**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Michael B. Slade, hereby request admission *pro hac vice* in the above-referenced chapter 11 cases to represent the Debtors and Debtors in Possession. I certify that I am a member in good standing of the bar of the States of Illinois and Texas. I have submitted the filing fee of $200 with this motion for *pro hac vice* admissions.

Dated: July 6, 2022         */s/ Michael B. Slade*
New York, New York        Michael B. Slade
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:          mslade@kirkland.com

*Proposed Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) | (Jointly Administered) |

# ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael B. Slade, to be admitted *pro hac vice* to represent the Debtors and Debtors in Possession in the above-referenced chapter 11 cases, and upon the movant's certification that she is a member in good standing of the bar of the States of Illinois and Texas, it is hereby:

**ORDERED** that Michael B. Slade, is admitted to practice *pro hac vice* in the above-captioned cases to represent the Debtors and Debtors in Possession in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: _____, 2022

THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

KE 87965124