**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

    Upon the motion of Nikki Sauer, to be admitted *pro hac vice* to represent the Debtors and Debtors in Possession in the above-referenced chapter 11 cases, and upon the movant's certification that she is a member in good standing of the bar of the State of New York, it is hereby:

    **ORDERED** that Nikki Sauer, is admitted to practice *pro hac vice* in the above-captioned cases to represent the Debtors and Debtors in Possession in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: July 6, 2022

                                                   s/Michael E. Wiles
                                                   THE HONORABLE MICHAEL E. WILES
                                                     UNITED STATES BANKRUPTCY JUDGE

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

KE 87948164