**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Gregory Lesage, depose and say that I am employed by Stretto, the ***proposed*** claims and noticing agent for the Debtors in the above-captioned cases.

On July 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief** (Docket No. 2)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program and (II) Granting Related Relief** (Docket No. 3)

- **Debtors' Motion for Entry of an Order (I) Authorizing Voyager Digital Ltd. To Act as Foreign Representative and (II) Granting Related Relief** (Docket No. 4)

- **Debtors' Application Seeking Entry of an Order (I) Authorizing and Approving the Appointment of Stretto, Inc. as Claims and Noticing Agent and (II) Granting Related Relief** (Docket No. 5)

- **Debtors' Motion for Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief** (Docket No. 6)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

- **Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief** (Docket No. 7)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief** (Docket No. 8)

- **Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, (II) Waiving Requirements to File List of Equity Holders, and (III) Granting Related Relief** (Docket No. 9)

- **Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief** (Docket No. 10)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Certain Debits Under the Voyager Debit Card to Customers in the Debtors' Sole Discretion and (II) Granting Related Relief** (Docket No. 11)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief** (Docket No. 12)

- **Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief** (Docket No. 13)

- **Declaration of Stephen Ehrlich, Chief Executive Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions** (Docket No. 15)

- **Declaration of Jared Dermont Regarding the Debtors' Marketing Process and in Support of the Debtors' Chapter 11 Petitions and First Day Motions** (Docket No. 16)

- **Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 17)

- **Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief** (Docket No. 18)

- **Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions** (Docket No. 24)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 30)

Furthermore, on July 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program and (II) Granting Related Relief** (Docket No. 3)

- **Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions** (Docket No. 24)

Furthermore, on July 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on Alameda Research Ventures LLC at 2000 Center St 4th Floor, Berkeley, CA 94704:

- **Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief** (Docket No. 7)

- **Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions** (Docket No. 24)

Furthermore, on July 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit D**, and via electronic mail on Metropolitan Commercial Bank at mcbcomplaints@mcbankyny.com:

- **Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, (II) Granting**

**Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief** (Docket No. 10)

- **Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions** (Docket No. 24)

Furthermore, on July 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on Ficentive, Inc. (Mastercard) at 3611 Paesanos Parkway, Suite 300, San Antonio, TX 78231:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Certain Debits Under the Voyager Debit Card to Customers in the Debtors' Sole Discretion and (II) Granting Related Relief** (Docket No. 11)

- **Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions** (Docket No. 24)

Furthermore, on July 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit E**:

- **Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions** (Docket No. 24)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 30)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on July 6, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via facsimile on the service list attached hereto as **Exhibit F**:

- **Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions** (Docket No. 24)

Dated: July 7, 2022

Gregory Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 7th day of July 2022 by Gregory Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **Exhibit A**



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALAMEDA RESEARCH | | TORTOLA PIER PARK, BUILDING 1, SECOND FLOOR | WICKHAMS CAY I, | ROAD TOWN | TORTOLA | | BRITISH VIRGIN ISLANDS |
| ALAMEDA VENTURES LTD | | F20 1ST FLOOR, EDEN PLAZA | | EDEN ISLAND | | | SEYCHELLES |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW | | WASHINGTON | DC | 20001 | |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | 100 LOMBARD STREET SUITE 302 | TORONTO | ON | M5C1M3 | |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER | 275 DUNDAS STREET UNIT 1 | LONDON | ON | N6B3L1 | |
| GOOGLE, LLC | | 1600 AMPHITHEATRE PKWY | | MOUNTAIN VIEW | CA | 94043 | |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | 201 VARICK STREET, ROOM 1006 | NEW YORK | NY | 10014 | |
| SECURITIES & EXCHANGE COMMISSION | | 100 F STREET NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL STREET SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR | 200 VESEY STREET SUITE 400 | NEW YORK | NY | 10281-1022 | |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE, STE 200 | | ANCHORAGE | AK | 99501 | |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 | |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST, STE 200 | | LITTLE ROCK | AR | 72201 | |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY, 10TH FL | DENVER | CO | 80203 | |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVENUE | | HARTFORD | CT | 6106 | |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL01 | | TALLAHASSEE | FL | 32399 | |
| STATE OF GEORGIA | OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334 | |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN STREET | | HONOLULU | HI | 96813 | |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | 700 W. JEFFERSON ST, SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | CHICAGO | IL | 60601 | |
| STATE OF INDIANA | OFFICE OF THE INDIANA ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST, 5TH FLOOR | INDIANAPOLIS | IN | 46204 | |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT STREET | DES MOINES | IA | 50319 | |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE, 2ND FLOOR | | TOPEKA | KS | 66612 | |
| STATE OF KENTUCKY | ATTORNEY GENERAL - DANIEL CAMERON | 700 CAPITAL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 | |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | 300 CAPITAL DRIVE | | BATON ROUGE | LA | 70802 | |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202 | |
| STATE OF MASSACHUSETTS | ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE, 20TH FLOOR | | BOSTON | MA | 02108 | |
| STATE OF MICHIGAN | DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST | | LANSING | MI | 48906 | |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST, STE 1400 | | ST. PAUL | MN | 55101 | |
| STATE OF MISSISSIPPI | OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING | 550 HIGH ST, PO BOX 220 | JACKSON | MS | 39201 | |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING | 207 W HIGH ST | JEFFERSON CITY | MO | 65101 | |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS, PO BOX 201401 | HELENA | MT | 59602 | |
| STATE OF NEBRASKA | OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL | | LINCOLN | NE | 68509 | |
| STATE OF NEVADA | OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING | 100 N CARSON ST | CARSON CITY | NV | 89701 | |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST. | CONCORD | NH | 3301 | |
| STATE OF NEW JERSEY | OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING BOX 080 | TRENTON | NJ | 8611 | |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO STREET | VILLAGRA BUILDING | SANTA FE | NM | 87501 | |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL | 2ND FLOOR | ALBANY | NY | 12224 | |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 114 W EDENTON ST | | RALEIGH | NC | 27603 | |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 600 E BOULEVARD AVE | DEPT. 125 | BISMARCK | ND | 58505 | |
| STATE OF OHIO | OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | COLUMBUS | OH | 43215 | |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 | |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE | | SALEM | OR | 97301-4096 | |
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | | HARRISBURG | PA | 17120 | |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST | | PROVIDENCE | RI | 2903 | |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 11549 | | COLUMBIA | SC | 29211 | |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST RM 519 | COLUMBIA | SC | 29201 | |
| STATE OF SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14, STE 1 | | PIERRE | SD | 57501-8501 | |
| STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | | AUSTIN | TX | 78701 | |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | SALT LAKE CITY | UT | 84114 | |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | | UT | 84114 | |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST. | | MONTPELIER | VT | 5609 | |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | | RICHMOND | VA | 23219 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE | | OLYMPIA | WA | 98501 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100 | | OLYMPIA | WA | 98504-00 | |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 1900 KANAWHA BLVD E | BUILDING 1 RM E-26 | CHARLESTON | WV | 25305 | |
| STATE OF WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | 17 WEST MAIN STREET, ROOM 114 EAST P | | MADISON | WI | 53702 | |
| STATE OF WYOMING | OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL | | CHEYENNE | WY | 82002 | |
| TORONTO STOCK EXCHANGE | | 300 - 100 ADELAIDE ST. | | WEST TORONTO | ON | M5H 1S3 | |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK | ONE ST. ANDREWS PLAZA | | NEW YORK | NY | 10007 | |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTORNEY GENERAL OF THE U.S. | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530-0001 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# <u>Exhibit B</u>



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | OAG@DC.GOV |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | MICHAEL.ROBB@SISKINDS.COM GARETT.HUNTER@SISKINDS.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ANTHONY.OBRIEN@SISKINDS.COM |
| GOOGLE, LLC | | COLLECTIONS@GOOGLE.COM |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| SECURITIES & EXCHANGE COMMISSION | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | NEWYORK@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | LAWRENCE.WASDEN@AG.IDAHO.GOV AGWASDEN@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | INFO@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | QUESTIONS@OAG.OK.GOV |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 3

**STRETTO**

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | AG@RIAG.RI.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | UAG@UTAH.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | MAIL@OAG.STATE.VA.US |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | CONSUMER@WVAGO.GOV |
| TORONTO STOCK EXCHANGE | | WEBMASTER@TMX.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 3 of 3

# **Exhibit C**

**STRETTO**

**Exhibit C**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| CAC SPECIALTY CO. | C/O COBBS ALLEN CAPITAL, LLC | 3424 PEACHTREE ROAD NE | SUITE 2200 | ATLANTA | GA | 30326 | |
| EUCLID'S LLOYDS OF LONDON SYNDICATE | C/O EUCLID FINANCIAL INSTITUTION UNDERWRITERS, LLC | 234 SPRING LAKE DRIVE | | ITASCA | IL | 60143 | |
| FIRSTBROOK CASSIE & ANDERSON LTD | | 1867 YONGE ST. | SUITE 300 | TORONTO | ON | M4S 1Y5 | CANADA |
| GREAT MIDWESTERN INSURANCE CO. | | 800 GESSNER RD #600 | | HOUSTON | TX | 77024 | |
| HARTFORD FIRE INSURANCE COMPANY | | 1145 NICHOLSON ROAD, UNIT 2 | | NEWMARKET | ON | L3Y 9C3 | CANADA |
| HARTFORD UNDERWRITERS INSURANCE COMPANY | | ONE HARTFORD PLAZA | | HARTFORD | CT | 06155 | |
| MJD3 ASSOCIATES, LLC. | | 233 LAFAYETTE AVENUE, SUITE 201 | | SUFFERN | NY | 10901-4822 | |
| RELM INSURANCE LIMITED | | PHASE 1 WASHINGTON MALL, SUITE 202 | 20 CHURCH STREET | HAMILTON | | HM 11 | BERMUDA |
| XL SPECIALTY INS. COMPANY | | 100 CONSTITUTION PLAZA | 17TH FLOOR | HARTFORD | CT | 06103 | |
| XL SPECIALTY INS. COMPANY | | 24111 NETWORK PLACE | | CHICAGO | IL | 60673-1241 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

# **<u>Exhibit D</u>**

STRETTO

**Exhibit D**
Served via Overnight Mail

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| BMO HARRIS BANK | 595 BURRARD STREET | VANCOUVER | BC | V7X 1L7 | CANADA |
| METROPOLITAN COMMERCIAL BANK | 99 PARK AVENUE, 12TH FLOOR | NEW YORK | NY | 10016 | |
| SIGNATURE BANK | 565 FIFTH AVENUE | NEW YORK | NY | 10017 | |
| SILVERGATE BANK | 4250 EXECUTIVE SQUARE SUITE 300 | LA JOLLA | CA | 92037 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **Exhibit E**



# Exhibit E

Served via Overnight Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|
| DISTRICT OF COLUMBIA - OFFICE OF TAX AND REVENUE | | 1101 4TH ST., SW, SUITE 270 WEST | | WASHINGTON | DC | 20024 |
| STATE OF ALABAMA | ALABAMA DEPARTMENT OF REVENUE | 50 N. RIPLEY | | MONTGOMERY | AL | 36130 |
| STATE OF ALASKA | DEPARTMENT OF REVENUE | PO BOX 110400 | | JUNEAU | AK | 99811-0400 |
| STATE OF ARIZONA | ARIZONA DEPARTMENT OF REVENUE | PO BOX 29085 | | PHOENIX | AZ | 85038 |
| STATE OF ARKANSAS | DEPARTMENT OF FINANCE AND ADMINISTRATION | 1509 W 7TH ST, RM 401 | DFA BUILDING | LITTLE ROCK | AR | 72201 |
| STATE OF CALIFORNIA | CALIFORNIA FRANCHISE TAX BOARD | 300 SOUTH SPRING STREET, SUITE 5704 | | LOS ANGELES | CA | 90013-1265 |
| STATE OF CONNECTICUT | DEPARTMENT OF REVENUE SERVICES | 450 COLUMBUS BLVD., STE 1 | | HARTFORD | CT | 6103 |
| STATE OF DELAWARE | DIVISION OF REVENUE | 820 N. FRENCH STREET | | WILMINGTON | DE | 19801 |
| STATE OF FLORIDA | FLORIDA DEPARTMENT OF REVENUE | 5050 W TENNESSEE ST | | TALLAHASSEE | FL | 32399-0100 |
| STATE OF GEORGIA | GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY BOULEVARD, NE | | ATLANTA | GA | 30345 |
| STATE OF IDAHO | IDAHO STATE TAX COMMISSION | COLLECTION DIVISION | PO BOX 36 | BOISE | ID | 83722-0410 |
| STATE OF ILLINOIS | DEPARTMENT OF REVENUE | WILLARD ICE BUILDING | 101 WEST JEFFERSON ST | SPRINGFIELD | IL | 62702 |
| STATE OF INDIANA | INDIANA DEPARTMENT OF REVENUE | ATTN: LEGAL DIVISION | 100 N. SENATE AVE, MS 102 | INDIANAPOLIS | IN | 46204 |
| STATE OF IOWA | DEPARTMENT OF REVENUE | PO BOX 10460 | | DES MOINES | IA | 50306-0460 |
| STATE OF KANSAS | KANSAS DEPARTMENT OF REVENUE | SCOTT STATE OFFICE BUILDING | 120 SE 10TH AVENUE | TOPEKA | KS | 66612-1103 |
| STATE OF KENTUCKY | KENTUCKY DEPARTMENT OF REVENUE | 501 HIGH STREET | STATION 38 | FRANKFORT | KY | 40601 |
| STATE OF LOUISIANA | LOUISIANA DEPARTMENT OF REVENUE | BATON ROUGE HEADQUARTERS | 617 NORTH THIRD STREET | BATON ROUGE | LA | 70802 |
| STATE OF MAINE | MAINE REVENUE SERVICES | TAXPAYER CONTACT CENTER | PO BOX 1057 | AUGUSTA | ME | 04332-1057 |
| STATE OF MARYLAND | COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATION CENTER | 110 CARROLL STREET TAXPAYER SERVICE DIVISION | ANNAPOLIS | MD | 21411-0001 |
| STATE OF MICHIGAN | | MICHIGAN DEPARTMENT OF TREASURY | | LANSING | MI | 48922 |
| STATE OF MINNESOTA | MINNESOTA DEPARTMENT OF REVENUE | 600 NORTH ROBERT ST | | ST. PAUL | MN | 55101 |
| STATE OF MISSISSIPPI | MISSISSIPPI DEPARTMENT OF REVENUE | 500 CLINTON CENTER DRIVE | | CLINTON | MS | 39056 |
| STATE OF NEBRASKA | DEPARTMENT OF REVENUE | NEBRASKA STATE OFFICE BUILDING | 301 CENTENNIAL MALL S. | LINCOLN | NE | 68508 |
| STATE OF NEW HAMPSHIRE | DEPARTMENT OF REVENUE ADMINISTRATION | GOVERNOR HUGH GALLEN STATE OFFICE PARK | 109 PLEASANT STREET | CONCORD | NH | 3301 |
| STATE OF NEW JERSEY | NEW JERSEY DIVISION OF TAXATION | REVENUE PROCESSING CENTER | PO BOX 281 | TRENTON | NJ | 08695-0281 |
| STATE OF NEW MEXICO | NEW MEXICO TAX AND REVENUE DEPT | 1100 SOUTH ST. FRANCIS DRIVE, SUITE 1100 | | SANTE FE | NM | 87504 |
| STATE OF NORTH CAROLINA | DEPARTMENT OF REVENUE | PO BOX 25000 | | RALEIGH | NC | 27640-0640 |
| STATE OF NORTH DAKOTA | OFFICE OF STATE TAX COMMISSIONER | 600 E. BOULEVARD AVE. | DEPT 127 | BISMARCK | ND | 58505-0599 |
| STATE OF OKLAHOMA | TAX COMMISSION | 2501 NORTH LINCOLN BOULEVARD | | OKLAHOMA CITY | OK | 73194 |
| STATE OF OREGON | OREGON DEPARTMENT OF REVENUE | 955 CENTER ST NE | | SALEM | OR | 97301-2555 |
| STATE OF PENNSYLVANIA | DEPARTMENT OF REVENUE | 1846 BROOKWOOD ST | | HARRISBURG | PA | 17104 |
| STATE OF RHODE ISLAND | DIVISION OF TAXATION | ONE CAPITAL HILL | | PROVIDENCE | RI | 2908 |
| STATE OF SOUTH CAROLINA | SOUTH CAROLINA DEPARTMENT OF REVENUE | 300A OUTLET POINTE BOULEVARD | | COLUMBIA | SC | 29210 |
| STATE OF TENNESSEE | ATTN: DAVID GERREGANO, COMMISSIONER | TENNESSEE DEPARTMENT OF REVENUE COLLECTION SERVICES DIVISION | 500 DEADERICK STREET | NASHVILLE | TN | 37242 |
| STATE OF TEXAS | TEXAS COMPTROLLER OF PUB. ACCOUNTS | PO BOX 13528 | CAPITOL STATION | AUSTIN | TX | 78711-3528 |
| STATE OF UTAH | STATE TAX COMMISSION | 210 NORTH 1950 WEST | | SALT LAKE CITY | UT | 84134-0700 |
| STATE OF VIRGINIA | DEPARTMENT OF TAXATION | 1957 WESTMORELAND STREET | | RICHMOND | VA | 23230 |
| STATE OF WEST VIRGINIA | WEST VIRGINIA TAX DEPARTMENT | STATE CAPITOL | BUILDING 1, W-300 | CHARLESTON | WV | 25305 |
| STATE OF WISCONSIN | WISCONSIN DEPARTMENT OF REVENUE | PO BOX 8949 | | MADISON | WI | 53713 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **Exhibit F**



**Exhibit F**
Served via Facsimile

| Name | Attention | Fax |
|---|---|---|
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | 202-347-8922 |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | 519-660-7873 |
| | | 519-600-7803 |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | 416-594-4395 |
| INTERNAL REVENUE SERVICE | | 267-941-1015 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | 212-668-2361 |
| SECURITIES & EXCHANGE COMMISSION | | 202-772-9317 |
| | | 202-772-9318 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 212-336-1320 |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 334-242-2433 |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | 907-276-3967 |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | 602-542-4085 |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 501-682-8084 |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | 916-323-5341 |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | 720-508-6030 |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | 860-808-5387 |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | 850-410-1630 |
| STATE OF GEORGIA | OFFICE OF THE ATTORNEY GENERAL | 404-657-8733 |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | 808-586-1239 |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | 208-854-8071 |
| STATE OF INDIANA | OFFICE OF THE INDIANA ATTORNEY GENERAL | 317-232-7979 |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | 515-281-4209 |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 785-296-6296 |
| STATE OF KENTUCKY | ATTORNEY GENERAL - DANIEL CAMERON | 502-564-2894 |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | 225-326-6793 |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | 651-282-2155 |
| STATE OF MISSISSIPPI | OFFICE OF THE ATTORNEY GENERAL | 601-359-4231 |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | 573-751-5818 |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | 406-444-3549 |
| STATE OF NEBRASKA | OFFICE OF THE ATTORNEY GENERAL | 402-471-3297 |
| STATE OF NEVADA | OFFICE OF THE ATTORNEY GENERAL | 775-684-1108 |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | 603-271-2110 |
| STATE OF NEW JERSEY | OFFICE OF THE ATTORNEY GENERAL | 609-292-3508 |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | 505-490-4883 |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL | 866-413-1069 |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 919-716-6050 |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 701-328-2226 |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | 405-521-6246 |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | 503-378-4017 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 2



**Exhibit F**
Served via Facsimile

| Name | Attention | Fax |
|------|-----------|-----|
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | 717-787-8242 |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | 401-274-3050 |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 803-253-6283 |
| STATE OF SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 605-773-4106 |
| STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | 615-741-2009 |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 512-475-2994 |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | 801-538-1121 |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | 801-538-1121 |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | 802-828-3187 802-828-2154 |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 804-225-4378 |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 304-558-0140 |
| STATE OF WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | 608-267-2779 |
| STATE OF WYOMING | OFFICE OF THE ATTORNEY GENERAL | 307-777-6869 |
| TORONTO STOCK EXCHANGE | | 416-947-4662 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2