**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Gregory Lesage, depose and say that I am employed by Stretto, the ***proposed*** claims and noticing agent for the Debtors in the above-captioned cases.

On July 7, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **<u>Exhibit A</u>**, via facsimile on the service list attached hereto as **<u>Exhibit B</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit C</u>**:

- **Amended Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions** (Docket No. 32)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

- **Amended Agenda for First Day Hearing** (Docket No. 33)

Dated: July 7, 2022

Gregory Lesage

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 7th day of July 2022 by Gregory Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **<u>Exhibit A</u>**

**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALAMEDA RESEARCH | ATTN: LEGAL DEPT | TORTOLA PIER PARK BUILDING 1 2ND FL | WICKHAMS CAY I ROAD TOWN | TORTOLA | | | BRITISH VIRGIN ISLANDS |
| ALAMEDA RESEARCH VENTURES LLC | ATTN: LEGAL DEPT | 2000 CENTER ST 4TH FLOOR | | BERKELEY | CA | 94704 | |
| ALAMEDA VENTURES LTD | ATTN: LEGAL DEPT | F20 1ST FLOOR  EDEN PLAZA | | EDEN ISLAND | | | SEYCHELLES |
| BMO HARRIS BANK | ATTN: LEGAL DEPT | 595 BURRARD STREET | | VANCOUVER | BC | V7X 1L7 | CANADA |
| CAC SPECIALTY CO. | C/O COBBS ALLEN CAPITAL LLC | 3424 PEACHTREE ROAD NE SUITE 2200 | | ATLANTA | GA | 30326 | |
| DISTRICT OF COLUMBIA | OFFICE OF TAX AND REVENUE | 1101 4TH ST. SW SUITE 270 WEST | | WASHINGTON | DC | 20024 | |
| EUCLID'S LLOYDS OF LONDON SYNDICATE | EUCLID FINANCIAL INST. UNDERWRITERS | 234 SPRING LAKE DRIVE | | ITASCA | IL | 60143 | |
| FICENTIVE INC. (MASTERCARD) | ATTN: LEGAL DEPT | 3611 PAESANOS PARKWAY SUITE 300 | | SAN ANTONIO | TX | 78231 | |
| FIRSTBROOK CASSIE & ANDERSON LTD | ATTN: LEGAL DEPT | 1867 YONGE ST. SUITE 300 | | TORONTO | ON | M4S 1Y5 | CANADA |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | 100 LOMBARD STREET SUITE 302 | TORONTO | ON | M5C1M3 | |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB | 275 DUNDAS STREET UNIT 1 | LONDON | ON | N6B3L1 | |
| GOOGLE LLC | ATTN: LEGAL DEPT | 1600 AMPHITHEATRE PKWY | | MOUNTAIN VIEW | CA | 94043 | |
| GREAT MIDWESTERN INSURANCE CO. | ATTN: LEGAL DEPT | 800 GESSNER RD #600 | | HOUSTON | TX | 77024 | |
| HARTFORD FIRE INSURANCE COMPANY | ATTN: LEGAL DEPT | 1145 NICHOLSON ROAD UNIT 2 | | NEWMARKET | ON | L3Y 9C3 | CANADA |
| HARTFORD UNDERWRITERS INSURANCE CO | ATTN: LEGAL DEPT | ONE HARTFORD PLAZA | | HARTFORD | CT | 06155 | |
| IRS | INTERNAL REVENUE SERVICE | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| METROPOLITAN COMMERCIAL BANK | ATTN: LEGAL DEPT | 99 PARK AVENUE 12TH FLOOR | | NEW YORK | NY | 10016 | |
| MJD3 ASSOCIATES LLC. | ATTN: LEGAL DEPT | 233 LAFAYETTE AVENUE SUITE 201 | | SUFFERN | NY | 10901-4822 | |
| RELM INSURANCE LIMITED | ATTN: LEGAL DEPT | 20 CHURCH STREET PHASE | 1 WASHINGTON MALL SUITE 202 | HAMILTON | | HM 11 | BERMUDA |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LEGAL DEPT | 100 F STREET NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL STREET SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI RD | 200 VESEY STREET SUITE 400 | NEW YORK | NY | 10281-1022 | |
| SIGNATURE BANK | ATTN: LEGAL DEPT | 565 FIFTH AVENUE | | NEW YORK | NY | 10017 | |
| SILVERGATE BANK | ATTN: LEGAL DEPT | 4250 EXECUTIVE SQUARE SUITE 300 | | LA JOLLA | CA | 92037 | |
| DISTRICT OF COLUMBIA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW | WASHINGTON | DC | 20001 | |
| STATE OF ALABAMA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | MONTGOMERY | AL | 36104 | |
| STATE OF ALASKA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE STE 200 | ANCHORAGE | AK | 99501 | |
| STATE OF ARIZONA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE | PHOENIX | AZ | 85004 | |
| STATE OF ARKANSAS | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST STE 200 | LITTLE ROCK | AR | 72201 | |
| STATE OF CALIFORNIA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | SACRAMENTO | CA | 94244-2550 | |
| STATE OF COLORADO OFFC OF AG | STATE ATTORNEY'S GENERAL | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY 10TH FL | DENVER | CO | 80203 | CANADA |
| STATE OF CONNECTICUT | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVENUE | HARTFORD | CT | 6106 | |
| STATE OF GEORGIA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW | ATLANTA | GA | 30334 | |
| STATE OF HAWAII | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN STREET | HONOLULU | HI | 96813 | |
| STATE OF IDAHO OFFC OF AG | STATE ATTORNEY'S GENERAL | 700 W. JEFFERSON ST SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| STATE OF ILLINOIS OFFC OF AG | STATE ATTORNEY'S GENERAL | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | CHICAGO | IL | 60601 | |
| STATE OF INDIANA OFFICE OF IN AG | STATE ATTORNEY'S GENERAL | HOOVER STATE OFFICE BUILDING | INDIANA GOVERNMENT CENTER SOUTH | INDIANAPOLIS | IN | 46204 | |
| STATE OF IOWA OFFC OF AG | STATE ATTORNEY'S GENERAL | ATTN ATTORNEY GENERAL DEREK SCHMIDT | 1305 E. WALNUT STREET | DES MOINES | IA | 50319 | |
| STATE OF KANSAS | STATE ATTORNEY'S GENERAL | ATTORNEY GENERAL - DANIEL CAMERON | 120 SW 10TH AVE 2ND FLOOR | TOPEKA | KS | 66612 | |
| STATE OF KENTUCKY | STATE ATTORNEY'S GENERAL | DEPT. OF JUSTICE - AG OFFICE | 700 CAPITAL AVENUE SUITE 118 | FRANKFORT | KY | 40601 | |
| STATE OF LOUISIANA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 300 CAPITAL DRIVE | BATON ROUGE | LA | 70802 | |
| STATE OF MAINE | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION | AUGUSTA | ME | 04333 | |
| STATE OF MARYLAND | STATE ATTORNEY'S GENERAL | ATTORNEY GENERAL'S OFFICE | 200 ST. PAUL PLACE | BALTIMORE | MD | 21202 | |
| STATE OF MASSACHUSETTS | STATE ATTORNEY'S GENERAL | DEPARTMENT OF ATTORNEY GENERAL | 1 ASHBURTON PLACE 20TH FLOOR | BOSTON | MA | 02108 | |
| STATE OF MICHIGAN | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 525 W OTTAWA ST | LANSING | MI | 48906 | |
| STATE OF MINNESOTA | STATE ATTORNEY'S GENERAL | WALTER SILLERS BUILDING | 445 MINNESOTA ST STE 1400 | ST. PAUL | MN | 55101 | |
| STATE OF MISSISSIPPI OFFC OF AG | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 550 HIGH ST PO BOX 220 | JACKSON | MS | 39201 | |
| STATE OF MISSOURI | STATE ATTORNEY'S GENERAL | JUSTICE BUILDING 3RD FLOOR | 207 W HIGH ST SUPREME COURT BLDG | JEFFERSON CITY | MO | 65101 | |
| STATE OF MONTANA OFFC OF AG | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 215 N SANDERS PO BOX 201401 | HELENA | MT | 59602 | |
| STATE OF NEBRASKA | STATE ATTORNEY'S GENERAL | SUPREME COURT BUILDING | 2115 STATE CAPITOL | LINCOLN | NE | 68509 | |
| STATE OF NEVADA OFFC OF AG | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 100 N CARSON ST OLD | CARSON CITY | NV | 89701 | |
| STATE OF NEW HAMPSHIRE | STATE ATTORNEY'S GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX | NH DEPT OF JUSTICE 33 CAPITOL ST. | CONCORD | NH | 3301 | |
| STATE OF NEW JERSEY OFFICE OF AG | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 25 MKT ST 8TH FL WEST WING BOX 080 | TRENTON | NJ | 8611 | |
| STATE OF NEW MEXICO | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO STREET VILLAGRA BLDG | SANTA FE | NM | 87501 | |
| STATE OF NEW YORK | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL 2ND FLOOR | ALBANY | NY | 12224 | |
| STATE OF NORTH CAROLINA | 114 W EDENTON ST | STATE ATTORNEY'S GENERAL | 114 W EDENTON ST | RALEIGH | NC | 27603 | |
| STATE OF NORTH DAKOTA OFFC OF AG | STATE ATTORNEY'S GENERAL | STATE CAPITOL 600 E BOULEVARD AVE | DEPT. 125 | BISMARCK | ND | 58505 | |
| STATE OF OHIO OFFC OF AG | STATE ATTORNEY'S GENERAL | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | COLUMBUS | OH | 43215 | |
| STATE OF OKLAHOMA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST | OKLAHOMA CITY | OK | 73105 | |
| STATE OF OREGON | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE | SALEM | OR | 97301-4096 | |
| STATE OF PENNSYLVANIA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | HARRISBURG | PA | 17120 | |
| STATE OF RHODE ISLAND | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST | PROVIDENCE | RI | 2903 | |
| STATE OF SOUTH CAROLINA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | PO BOX 11549 | COLUMBIA | SC | 29211 | |
| STATE OF SOUTH CAROLINA OFFC OF AG | STATE ATTORNEY'S GENERAL | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST RM 519 | COLUMBIA | SC | 29201 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| STATE OF SOUTH DAKOTA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14 STE 1 | PIERRE | SD | 57501-8501 | |
| STATE OF TENNESSEE | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | NASHVILLE | TN | 37202-0207 | |
| STATE OF TEXAS | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | AUSTIN | TX | 78701 | |
| STATE OF UTAH OFFC OF AG | STATE ATTORNEY'S GENERAL | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | SALT LAKE CITY | UT | 84114 | |
| STATE OF UTAH OFFC OF AG SEAN REYES | STATE ATTORNEY'S GENERAL | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | SALT LAKE CITY | UT | 84114 | |
| STATE OF VERMONT | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST. | MONTPELIER | VT | 5609 | |
| STATE OF VIRGINIA | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | RICHMOND | VA | 23219 | |
| STATE OF WASHINGTON | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE | OLYMPIA | WA | 98501 | |
| STATE OF WASHINGTON | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100 | OLYMPIA | WA | 98504-00 | |
| STATE OF WEST VIRGINIA OFFC OF AG | STATE ATTORNEY'S GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E BLDG 1 RM E-26 | CHARLESTON | WV | 25305 | |
| STATE OF WISCONSIN | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 17 WEST MAIN STREET ROOM 114 EAST P | MADISON | WI | 53702 | |
| STATE OF WYOMING | STATE ATTORNEY'S GENERAL | OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL | CHEYENNE | WY | 82002 | |
| UNITED STATES DEPARTMENT OF JUSTICE | STATE ATTORNEY'S GENERAL | ATTORNEY GENERAL OF THE U.S. | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | |
| STATE OF ALABAMA | ALABAMA DEPARTMENT OF REVENUE | 50 N. RIPLEY | | MONTGOMERY | AL | 36130 | |
| STATE OF ALASKA | DEPARTMENT OF REVENUE | PO BOX 110400 | | JUNEAU | AK | 99811-0400 | |
| STATE OF ARIZONA | ARIZONA DEPARTMENT OF REVENUE | PO BOX 29085 | | PHOENIX | AZ | 85038 | |
| STATE OF ARKANSAS | DEPARTMENT OF FINANCE AND ADMIN | 1509 W 7TH ST RM 401 | DFA BUILDING | LITTLE ROCK | AR | 72201 | |
| STATE OF CALIFORNIA | CALIFORNIA FRANCHISE TAX BOARD | 300 SOUTH SPRING STREET SUITE 5704 | | LOS ANGELES | CA | 90013-1265 | |
| STATE OF CONNECTICUT | DEPARTMENT OF REVENUE SERVICES | 450 COLUMBUS BLVD. STE 1 | | HARTFORD | CT | 6103 | |
| STATE OF DELAWARE | DIVISION OF REVENUE | 820 N. FRENCH STREET | | WILMINGTON | DE | 19801 | |
| STATE OF FLORIDA | FLORIDA DEPARTMENT OF REVENUE | 5050 W TENNESSEE ST | | TALLAHASSEE | FL | 32399-0100 | |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL01 | | TALLAHASSEE | FL | 32399 | |
| STATE OF GEORGIA | GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY BOULEVARD NE | | ATLANTA | GA | 30345 | |
| STATE OF IDAHO | IDAHO STATE TAX COMMISSION | COLLECTION DIVISION | PO BOX 36 | BOISE | ID | 83722-0410 | |
| STATE OF ILLINOIS | DEPARTMENT OF REVENUE | WILLARD ICE BUILDING | 101 WEST JEFFERSON ST | SPRINGFIELD | IL | 62702 | |
| STATE OF INDIANA | INDIANA DEPARTMENT OF REVENUE | ATTN: LEGAL DIVISION | 100 N. SENATE AVE MS 102 | INDIANAPOLIS | IN | 46204 | |
| STATE OF IOWA | DEPARTMENT OF REVENUE | PO BOX 10460 | | DES MOINES | IA | 50306-0460 | |
| STATE OF KANSAS | KANSAS DEPARTMENT OF REVENUE | SCOTT STATE OFFICE BUILDING | 120 SE 10TH AVENUE | TOPEKA | KS | 66612-1103 | |
| STATE OF KENTUCKY | KENTUCKY DEPARTMENT OF REVENUE | 501 HIGH STREET STATION 38 | | FRANKFORT | KY | 40601 | |
| STATE OF LOUISIANA | LOUISIANA DEPARTMENT OF REVENUE | BATON ROUGE HEADQUARTERS | 617 NORTH THIRD STREET | BATON ROUGE | LA | 70802 | |
| STATE OF MAINE | MAINE REVENUE SERVICES | TAXPAYER CONTACT CENTER | PO BOX 1057 | AUGUSTA | ME | 04332-1057 | |
| STATE OF MARYLAND | COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATION CENTER | 110 CARROLL STREET TAXPAYER SVC DIV | ANNAPOLIS | MD | 21411-0001 | |
| STATE OF MICHIGAN | ATTN: DEPARTMENT OF TREASURY | MICHIGAN DEPARTMENT OF TREASURY | | LANSING | MI | 48922 | |
| STATE OF MINNESOTA | MINNESOTA DEPARTMENT OF REVENUE | 600 NORTH ROBERT ST | | ST. PAUL | MN | 55101 | |
| STATE OF MISSISSIPPI | MISSISSIPPI DEPARTMENT OF REVENUE | 500 CLINTON CENTER DRIVE | | CLINTON | MS | 39056 | |
| STATE OF NEBRASKA | DEPARTMENT OF REVENUE | NEBRASKA STATE OFFICE BUILDING | 301 CENTENNIAL MALL S. | LINCOLN | NE | 68508 | |
| STATE OF NEW HAMPSHIRE | DEPARTMENT OF REVENUE ADMIN | GOV. HUGH GALLEN STATE OFFC PARK | 109 PLEASANT STREET | CONCORD | NH | 3301 | |
| STATE OF NEW JERSEY | NEW JERSEY DIVISION OF TAXATION | REVENUE PROCESSING CENTER | PO BOX 281 | TRENTON | NJ | 08695-0281 | |
| STATE OF NEW MEXICO | NEW MEXICO TAX AND REVENUE DEPT | 1100 SOUTH ST. FRANCIS DR STE 1100 | | SANTE FE | NM | 87504 | |
| STATE OF NORTH CAROLINA | DEPARTMENT OF REVENUE | PO BOX 25000 | | RALEIGH | NC | 27640-0640 | |
| STATE OF NORTH DAKOTA | OFFICE OF STATE TAX COMMISSIONER | 600 E. BOULEVARD AVE. DEPT 127 | | BISMARCK | ND | 58505-0599 | |
| STATE OF OKLAHOMA | TAX COMMISSION | 2501 NORTH LINCOLN BOULEVARD | | OKLAHOMA CITY | OK | 73194 | |
| STATE OF OREGON | OREGON DEPARTMENT OF REVENUE | 955 CENTER ST NE | | SALEM | OR | 97301-2555 | |
| STATE OF PENNSYLVANIA | DEPARTMENT OF REVENUE | 1846 BROOKWOOD ST | | HARRISBURG | PA | 17104 | |
| STATE OF RHODE ISLAND | DIVISION OF TAXATION | ONE CAPITAL HILL | | PROVIDENCE | RI | 2908 | |
| STATE OF SOUTH CAROLINA | SOUTH CAROLINA DEPARTMENT OF REV | 300A OUTLET POINTE BOULEVARD | | COLUMBIA | SC | 29210 | |
| STATE OF TENNESSEE | ATTN: DAVID GERREGANO COMMISSIONER | TN DEPT REV COLLECTION SVCS DIVSN | 500 DEADERICK STREET | NASHVILLE | TN | 37242 | |
| STATE OF TEXAS | TEXAS COMPTROLLER OF PUB. ACCOUNTS | PO BOX 13528 | CAPITOL STATION | AUSTIN | TX | 78711-3528 | |
| STATE OF UTAH | STATE TAX COMMISSION | 210 NORTH 1950 WEST | | SALT LAKE CITY | UT | 84134-0700 | |
| STATE OF VIRGINIA | DEPARTMENT OF TAXATION | 1957 WESTMORELAND STREET | | RICHMOND | VA | 23230 | |
| STATE OF WEST VIRGINIA | WEST VIRGINIA TAX DEPARTMENT | BUILDING 1 W-300 | STATE CAPITOL | CHARLESTON | WV | 25305 | |
| STATE OF WISCONSIN | WISCONSIN DEPARTMENT OF REVENUE | PO BOX 8949 | | MADISON | WI | 53713 | |
| TORONTO STOCK EXCHANGE | TORONTO STOCK EXCHANGE | 300 - 100 ADELAIDE ST. | | WEST TORONTO | ON | M5H 1S3 | |
| UNITED STATES ATTORNEYS OFFICE SDNY | UNITED STATES ATTORNEY'S OFFICE | ST. ANDREWS PLAZA | SOUTHERN DISTRICT OF NEW YORK | NEW YORK | NY | 10007 | |
| UNITED STATES TRUSTEE SDNY | OFFC OF UNITED STATES TRUSTEE SDNY | ATTN: R MORRISSEY ESQ. AND M BRUH | 201 VARICK STREET ROOM 1006 | NEW YORK | NY | 10014 | |
| XL SPECIALTY INS. COMPANY | ATTN: LEGAL DEPT | 100 CONSTITUTION PLAZA 17TH FLOOR | | HARTFORD | CT | 06103 | |
| XL SPECIALTY INS. COMPANY | ATTN: LEGAL DEPT | 24111 NETWORK PLACE | | CHICAGO | IL | 60673-1241 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2

# **Exhibit B**



**Exhibit B**
Served via Facsimile

| Name | Attention | Fax |
|------|-----------|-----|
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | 202-347-8922 |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | 519-660-7873<br>519-600-7803 |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | 416-594-4395 |
| INTERNAL REVENUE SERVICE | | 267-941-1015 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | 212-668-2361 |
| SECURITIES & EXCHANGE COMMISSION | | 202-772-9317<br>202-772-9318 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 212-336-1320 |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 334-242-2433 |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | 907-276-3967 |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | 602-542-4085 |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 501-682-8084 |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | 916-323-5341 |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | 720-508-6030 |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | 860-808-5387 |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | 850-410-1630 |
| STATE OF GEORGIA | OFFICE OF THE ATTORNEY GENERAL | 404-657-8733 |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | 808-586-1239 |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | 208-854-8071 |
| STATE OF INDIANA | OFFICE OF THE INDIANA ATTORNEY GENERAL | 317-232-7979 |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | 515-281-4209 |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 785-296-6296 |
| STATE OF KENTUCKY | ATTORNEY GENERAL - DANIEL CAMERON | 502-564-2894 |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | 225-326-6793 |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | 651-282-2155 |
| STATE OF MISSISSIPPI | OFFICE OF THE ATTORNEY GENERAL | 601-359-4231 |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | 573-751-5818 |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | 406-444-3549 |
| STATE OF NEBRASKA | OFFICE OF THE ATTORNEY GENERAL | 402-471-3297 |
| STATE OF NEVADA | OFFICE OF THE ATTORNEY GENERAL | 775-684-1108 |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | 603-271-2110 |
| STATE OF NEW JERSEY | OFFICE OF THE ATTORNEY GENERAL | 609-292-3508 |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | 505-490-4883 |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL | 866-413-1069 |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 919-716-6050 |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 701-328-2226 |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | 405-521-6246 |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | 503-378-4017 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 2

**Exhibit B**

Served via Facsimile

| Name | Attention | Fax |
|---|---|---|
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | 717-787-8242 |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | 401-274-3050 |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 803-253-6283 |
| STATE OF SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 605-773-4106 |
| STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | 615-741-2009 |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 512-475-2994 |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | 801-538-1121 |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | 801-538-1121 |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | 802-828-3187 802-828-2154 |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 804-225-4378 |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 304-558-0140 |
| STATE OF WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | 608-267-2779 |
| STATE OF WYOMING | OFFICE OF THE ATTORNEY GENERAL | 307-777-6869 |
| TORONTO STOCK EXCHANGE |  | 416-947-4662 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

# Exhibit C



**Exhibit C**

Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | OAG@DC.GOV |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | MICHAEL.ROBB@SISKINDS.COM GARETT.HUNTER@SISKINDS.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ANTHONY.OBRIEN@SISKINDS.COM |
| GOOGLE, LLC | | COLLECTIONS@GOOGLE.COM |
| METROPOLITAN COMMERCIAL BANK | | MCBCOMPLAINTS@MCBANKNY.COM |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| SECURITIES & EXCHANGE COMMISSION | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | NEWYORK@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | LAWRENCE.WASDEN@AG.IDAHO.GOV AGWASDEN@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | INFO@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | NDAG@ND.GOV |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 3

STRETTO

**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | AG@RIAG.RI.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | UAG@UTAH.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | MAIL@OAG.STATE.VA.US |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | CONSUMER@WVAGO.GOV |
| TORONTO STOCK EXCHANGE | | WEBMASTER@TMX.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 3 of 3