Law Office of Rachel S. Blumenfeld PLLC
26 Court Street, Suite 2220
Brooklyn, New York  11242
Tel:  (718) 858-9600
email:  rachel@blumenfeldbankruptcy.com

*Counsel for Matthew Levitt & The Levitt Group*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:

VOYAGER DIGITAL HOLDINGS, INC. *et al.*[1]        Chapter 11

                                                          Case 22-10943 (MEW)
                              Debtors.             (Jointly Administered)

---------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE,** that The Law Office of Rachel S. Blumenfeld PLLC hereby files this Notice of Appearance and Request for Service of Papers and appears in the above-referenced chapter 11 cases to represent  Matthew Levitt & The Levitt Group ("Levitt"), and Pursuant to the applicable Federal Rules of Bankruptcy Procedure, the undersigned does hereby request and demand that the Clerk of this Court and all other parties-in-interest in this proceeding, and further requests to be added to the master service list established in this case, and to be provided with notice of, and where applicable, service of, all motions, applications, orders, pleadings, notices or other communications filed in, or pertaining to this proceeding to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

1

undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever, to the attorney listed below:

>The Law Office of Rachel S. Blumenfeld PLLC
>26 Court Street, Suite 2220
>Brooklyn, New York  11242
>Attention:  Rachel Blumenfeld, Esq.
>Tel:  (718) 858-9600
>Fax: (718) 795-1956
>E-mail: rachel@blumenfeldbankruptcy.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver or release of Levitt's rights including, without limitation, (i) against the Debtors or any other person or entity, (ii) to a jury trial in any proceeding so triable herein or, in any case, any controversy or proceeding related hereto, (iii) to have any unliquidated portions of its claims determined by an applicable court other than the Bankruptcy Court, (iv) to have the reference withdrawn by the United States District Court for the Southern District of New York in any matter subject to mandatory or discretionary withdrawal, (v) to setoff or recoupment, (vi) to consent to the jurisdiction of the United States Bankruptcy Court, or (vii) any other rights, claims, actions, or defenses to which Levitt may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses are expressly reserved.

Dated:  July 8, 2022
        Brooklyn, New York

>THE LAW OFFICE OF RACHEL S. BLUMENFELD PLLC
>
>By:     */s/ Rachel Blumenfeld*

Rachel S. Blumenfeld (RB-1458)
Attorney for Matthew Levitt & The Levitt Group
26 Court Street, Suite 2220
Brooklyn, New York  11242
(718) 858-9600

3