UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

UPON the Motion of George H. Singer to be admitted, *pro hac vice*, to represent Metropolitan Commercial Bank (the "Client"), a creditor in the above-referenced case, and upon movant's certification that the movant is in good standing of the bars of the States of Minnesota, Wisconsin, and North Dakota, and licensed to practice before all courts of those states, and also admitted to practice in the U.S. Court of Appeals, 8th Circuit; U.S. District Court of Michigan, Western District; and the U.S. Supreme Court; it is hereby

ORDERED, that George H. Singer, Esquire, is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 8, 2022.

s/Michael E. Wiles
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.