VOYAGER 22-10943

To the Honorable Judge Michael Wiles:

Dear Sir,

Today, Voyager Digital release the following statement (see below) about users who hold USD on their exchange app. I don't understand why they are being allowed to keep this money from users if the money is kept in a separate account at MC Bank. Can you please order them to release our funds? If the bank really must go through a reconciliation process and fraud prevention phase like they state, at what point will our US Dollars be released? This is absolutely crushing me.

Kind regards,

Christopher Rouse

**VOYAGER**

Dear Christopher,

Last Friday, Voyager presented what are referred to as "First Day Motions" as part of our Chapter 11 filing to the U.S Bankruptcy Court. We were granted the relief requested. This was the first step in the restructuring process, which is intended to address the company's financial circumstances and allow us to resume normal operations.

We know you have many questions, and we are moving swiftly to give you answers. Below and in this more detailed blog post, we've tried to respond to your most pressing inquiries.

**How does the reorganization process impact my cash?**

We are working to restore access to USD deposits. Customer USD belongs to customers and will return to those same customers, subject to a reconciliation and fraud prevention process.

**Is the USD in my account FDIC insured?**

Yes. USD in your Voyager cash account is held at Metropolitan Commercial Bank of New York ("MCB") and is FDIC insured. That means you are covered in the event of MCB's failure, up to a maximum of $250,000 per Voyager customer. FDIC insurance does not protect against the failure of Voyager, but to be clear: Voyager does not hold customer cash, that cash is held at MCB.

**What will happen to the crypto in my account?**

Voyager currently has approximately $1.3 billion of crypto assets on its platform, plus claims against Three Arrows Capital ("3AC") of more than $650 million (it fluctuates due to the exchange rate between Bitcoin and USD).