**Desiree Fire**

13740 Sarita Dr. Unit #B
Desert Hot Springs, CA 92240
(951) 663-3661
desireey_medical@yahoo.com
Case 22-10943
Voyager Digital LLC

12th July 2022

**Honorable Judge Wiles**

United States Bankruptcy Court
Southern District of New York
One Bowling Green,
New York, NY 10004-1408

To The Honorable Judge Wiles,

My name is Desiree Fire and I am a customer/victim of Voyager just like many, but I wanted to speak for myself, Not let Voyager or its attorneys speak on what customers should get. I am new to the stable coin crypto world myself. When I was told about Voyager, I did some research. I came across videos and marketing as well as pop up ads in the app reassuring us our money was safe. So I opened an account with $10,000. I saw the rewards monthly from Voyager, so I decided to invest another $15,000. I (we) was told my (our) USDC ($25,000) was protected USD. (1 USCD: 1 USD ratio)

Voyager misled their customer and lied about many things. FDIC coverage, never any mention that the company was having problems. We were never told that OUR assets on the Voyager platform belonged to Voyager. No mention of lending millions and losing. No warning the company was having problems and possibly having to file bankruptcy. At Voyager descestion voyager suspends withdrawals, but Voyager is still continuing automatic deposits from customer bank accounts. Voyager customers should have been able to make their own decision to withdraw our money, not Voyager.

Your honor, some of the things that have come about since July 1, 2022 are very concerning. Definitely looks to be criminal activities going on. 3AC founders are nowhere to be found after receiving millions of dollars from Voyager. We are also finding out that Almeda is the highest shareholder, borrower and a lender of Voyager. Alameda owing Voyager millions of dollars currently. The ch11 filing is to prevent criminal charges for everyone involved. Not to mention the lawsuits. This was planned out in most people's eyes including mine.

**Desiree Fire**
13740 Sarita Dr. Unit #B
Desert Hot Springs, CA 92240
(951) 663-3661
desireey_medical@yahoo.com
Case 22-10943
Voyager Digital LLC

As Voyager customers we should be paid in full and first. It's not fair that Voyager customers have to lose everything due to the greed and criminal activities of Voyager. I would like my USDC exactly how I invested it into Voyager. When we deposited our money into the platform it wasn't at fair market value. I do not want Voyager shares, coins or anything associated with Voyager. These are of no value. Voyager wants to walk away with all of our hard earned money, life savings, peoples disability money ect. and we walk away with nothing. Please don't let the rich walk away richer and the poor walk away losing everything because they were misled and robbed by Voyager? Many people believed in the platform thinking they would be able to invest into their future, put children through college or even take care of family members all while gaining interest on our money. Some customers have everything on this platform and can't survive right now because of Voyager's mistakes. Many people have mention suicide, divorce and falling into a deep depression. We ask you to please keep us in mind when decisions are made. Your Honor, you are all the hope voyager customers have left. Thank you for taking the time to read this letter.

Sincerely,

Desiree Fire