Law Office of Rachel S. Blumenfeld PLLC
26 Court Street, Suite 2220
Brooklyn, New York  11242
Tel:  (718) 858-9600
email:  rachel@blumenfeldbankruptcy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:

                                                                           Chapter 11

VOYAGER DIGITAL HOLDINGS, INC. *et al.*[1]

                                                                           Case 22-10943 (MEW)
                                                                           (Jointly Administered)

                    Debtors.

_____

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my withdrawal herein as attorney for Matthew Levitt & The Levitt Group ("Levitt") in the above referenced case. My client has no motions now pending before the court; and I certify that I have served notice of said withdrawal on my client

Date:   July 14, 2022
           Brooklyn, New York

                                                 LAW OFFICE OF RACHEL BLUMENFELD

                                               BY:  */s/ Rachel S. Blumenfeld*

                                               Rachel S. Blumenfeld (RSB-1458)
                                             26 Court Street, Suite 2220

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Brooklyn, New York 11242
Tel: (718) 858-9600