# Your honor,

I write to you to share my personal thoughts and feelings about Voyager, their purposeful misleading practices, and our funds in/on/through their platform.

I, personally, did not simply deposit my hard earned funds into their custody on a 'whim' to 'gamble' in blond hopes of somehow 'magically' becoming a billionaire. In fact, I did my very best to perform 'due diligence' throughout the massive amounts of public information on the internet.

From thoroughly reading dozens of "Best of Cryptocurrency platforms" 2021, 2022, etc.

(Page 1)

To "Pros and Cons of Voyager crypto".

To "Why is Voyager Digital safe".

To "Voyager Digital leadership".

Throughout each and all of the many links, articles, information, reviews, and recommendations, it seemed like Voyager Digital was presented as "the closest, most safe, non traditional banking platform_ but for the cryptocurrency world".

Given the current horrible situation we are now facing with Voyager Digital, it seems evident, purposeful misleading advertisement from Voyager was regurgitated to us interested consumers. (Page 2)

We were falsely reassured by Voyager, through 'Banner Messages' on the Voyager Digital platform, social media assurance statements, and direct emails from Voyager... leading up to Voyager 'freezing/pausing' out accounts from trades, deposits withdrawals, etc.

My, recently earned/increased $100,000.00 daily withdrawal limit, was unknowingly & without any prior notice, reduced to only $10,000.00 per day... below even the normal regular $25,000.00 daily withdrawal limit.

All the while, Voyager, delayed in responding to my Customer Support emails & inquiries of reassurance our personal holdings with Voyager were safe & secure, etc.
(Page 3)

For me personally, Voyager, purposefully made it so that I was suddenly unable to withdrawal all of my holdings (usd, usdc StableCoins, and cryptocurrencies) rapidly & efficiently in accordance with my $100,000.00 daily withdrawal limit... allowing only $10,000.00 daily. Just prior to Voyager 'freezing' my account holdings, Voyager accepted, allowed, and processed 6 daily $10,000.00 withdrawals = only $60,000.00 versus the just prior 6 daily $100,000.00 daily withdrawals = up to $600,000.00... Manipulating/keeping $540,000.00 from rightfully being withdrawn.

Voyager has and continues to demonstrate their total disregard for our holding/funds. (Page 4)

Please direct Voyager & Metropolitan Commercial Bank to immediately/fully distribute our USD funds, from the omnibus 'FBO' account, to us.

In addition, please do not allow Voyager & it's leadership to do anything other then fully compensate us in the exact specific holdings they have made inaccessible from us.

It's time for corporations and their leaders to fully understand and be held fully & truly accountable for their malpractices. Please make an example of Voyager and make us "the people" whole again.

Very Respectfully,
Grant Pritchard