1) The information below is the first reason I did not withdraw my USD and coins from Voyager. I was tricked into believing they would not fail.

**As many of you know, Voyager has the benefit of seasoned leaders who've been through multiple market cycles. In other words, we have the experience to plan for volatile markets and the ability to stay agile. On our balance sheet, Voyager is well-capitalized and positioned to weather the bear market.**

**As you personally consider which crypto platform can support you through all market cycles, I urge you to look at how the company is disclosing the details of its financial position. Very few in the crypto industry are doing that today.**

**This is also a good time to remind everyone that USD is held by our banking partner, Metropolitan Commercial Bank, which is FDIC insured. The cash you hold with Voyager is protected up to $250,000—which means it's as safe with us as at a bank.**

**Keep looking forward. Market cycles are temporary, and Voyager is here to stay.**

2) The information below is the second reason I did not withdraw my USD and coins from Voyager. I was tricked into believing they would not fail.

**The platform continues to operate and fulfill customer orders and withdrawals. As of June 24, 2022, Voyager had approximately US$137 million cash and owned crypto assets on hand. The Company also has access to the previously announced US$200 million cash and USDC revolver and a 15,000 BTC revolver from Alameda Ventures Ltd.**

**The Company has accessed US$75 million of the line of credit made available by Alameda and may continue to make use of the Alameda facilities to facilitate customer orders and withdrawals, as needed. The default of 3AC does not cause a default in the agreement with Alameda.**

**"We are working diligently and expeditiously to strengthen our balance sheet and pursuing options so we can continue to meet customer liquidity demands," said Stephen Ehrlich, Chief Executive Officer of Voyager.**