UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**ORDER TO SHOW CAUSE AND SCHEDULING OF HEARING
TO CONSIDER DEBTORS' <u>EMERGENCY</u> MOTION FOR ENTRY OF AN
ORDER (I) AUTHORIZING THE DEBTORS TO PAY PREPETITION
CORPORATE CARD EXPENSES AND (II) GRANTING RELATED RELIEF**

Upon the request of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") in connection the *Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Corporate Card Expenses and (II) Granting Related Relief* (the "<u>Supplemental Cash Management Motion</u>"); and upon the *Declaration of Joshua A. Sussberg, P.C. in Support of the Order to Show Cause and Notice Fixing Hearing and Objection Deadline to Consider Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Corporate Card Expenses and (II) Granting Related Relief* (the "<u>Sussberg Declaration</u>"); it appearing that good cause exists for granting an order to show cause in accordance with Rule 9077-1(a) of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (this "<u>Order to Show Cause</u>"); and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. For the reasons stated in the Supplemental Cash Management Motion and the Sussberg Declaration, any party opposing the relief requested in the Supplemental Cash

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Management Motion is directed to appear telephonically before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York on **July 19, 2022, at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"), to show cause why an order, substantially in the form attached as **Exhibit A** to the Supplemental Cash Management Motion, granting the relief requested by the Debtors should not be entered.  Parties should not appear in person and those wishing to participate should register with Court Solutions LLC using the following link: https://www.court-solutions.com/.

2. On or before **July 16, 2022 at 4:00 p.m. prevailing Eastern Time**, the Debtors shall serve the Motion and a copy of this Order to Show Cause (a) by e-mail upon the Office of the United States Trustee for the Southern District of New York, (b) by e-mail to all parties who have filed a notice of appearance containing e-mail information in these chapter 11 cases; and (c) by electronic notification through posting on the Bankruptcy Court's website, www.nysb.uscourts.gov; and such service shall be deemed good and sufficient service and notice of the Motion, this Order to Show Cause, the Hearing, and all proceedings to be had thereon.

3. Responses and objections, if any, to the relief requested in the Motion can be raised at the Hearing.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order to Show Cause.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order to Show Cause.

Dated: New York, New York
       July 16, 2022

                                          /s/ **Michael E. Wiles**
                                          UNITED STATES BANKRUPTCY JUDGE