11:33

## Portfolio

| Positions | Quantity | Value |
|---|---|---|
| **BTC** ⭐ Bitcoin | 0.044133 | $922.13 |
| **ETH** ⭐ Ethereum | 0.17724 | $223.41 |
| **ADA** ⭐ Cardano | 144.4 | $64.11 |
| **SOL** ⭐ Solana | 0.9441 | $35.59 |
| **DOGE** ⭐ DogeCoin | 26,190.8 | $1,652.63 |
| **MATIC** ⭐ Polygon | 67.964 | $48.45 |
| **APE** ⭐ ApeCoin | 18.417 | $84.88 |
| **USDC** USD Coin | 26,081.14 | $26,081.14 |
| **ALGO** Algorand | 200.50 | $67.76 |
| **VET** VeChain | 546.2 | $12.56 |
| **LLUNA** Locked Ter... | 20.972 | $20.97 |