Your honor I write this letter to ask you to consider that in the Voyager app it states that we own our USDC. I was under the impression that Voyager hold our cryptocurrency on our behalf. To say that we aren't the owner of our assets is wrong. Thank you