To The Honorable Judge Wiles,

We are writing to you as customers of Voyager. We have USD totaling over $110,000 with Metropolitan Commercial Bank via Voyager that has been frozen from being withdrawal since July.1st. We understand our cryptos may have to go through entire bankruptcy process before we will regain the access given the nature of the assets. However, considering the following facts and conditions, we sincerely hope that you would approve USD owners to exercise our control to our USD accounts including access and withdrawal ASAP rather than being treated as general unsecured claimholders of the exchange as other crypto assets.

1. USD has only been managed under FOB account by Metropolitan Commercial Bank which means USD account owner the ONLY beneficial owner of the fiduciary account. As Voyager does not have equitable right/title to this property, it is not become debtor's estate in the bankruptcy court. Unlike Crypto assets with high interest rates and presumably higher risks due to speculation, USD account at Voyager carries ZERO interest rate because its not exposed to collateralized/uncollateralized loans as such there is no base for USD owners to share the risk or loss while not profit with other asset categories.

2. Since the lock up, there has been a good number of customer chargebacks raised towards USD ACH transfer and crypto asset purchase which complicates the USD reconciliation. However, the longer it takes to complete the cash reconciliation, the more chargebacks and fraud verification which Voyager and the bank will be dealing with. To settle legitimate USD account ASAP will stop fraudulent chargebacks by leaving a much clearer picture of assets that would subject to bankruptcy approval. Furthermore, it will avoid possible new issue arising from insufficient USD fund payout to good faith USD account owners due to fraudulent chargebacks.

3. As you might already know, Voyager pledged to its customers that USD held with Voyager is FDIC insured up to $250,000 and customers are guaranteed a full reimbursement if USD funds are compromised due to the company or its banking partner's failure. As such me and my husband left our lifetime savings in USD with Voyager as we considered it as a traditional bank USD account backed by government insurance. As mentioned earlier, Given that it later flipped the scripts, and then subsequently froze everyone's account access including USD starting 7/1, I believe it is quite hard for majority of customers like us to rebuild our trust to the platform if they again fail their commitment to return the USD to its customer within a reasonable time frame as they proposed in court filing. We can only rely on the judge's order to assure that it will happen so that upcoming tuition, mortgage as well as tax payment due can be paid in time before everything worsens.



Thank you for your time and consideration.

Warm regards,

Xiaojie(Joy) Dai & Dawei (David) Hu