

John Suh Lee
20611 Lugano Way
Porter Ranch, CA  91326
July 12,2022

Honorable Judge Michael E. Wiles
United States Bankruptcy Court for Southern District of New York
One Bowling Green
New York, NY 1004-1408

Dear Honorable Michael E. Wiles:

It is with great regret that I write this letter requesting your protection for my lifesavings invested with Voyager, regarding the following cases that are under your review:

| Case No. | Debtor Name |
| --- | --- |
| 22-10943 | Voyager Digital Holdings, Inc. |
| 22-10944 | Voyager Digital Ltd. |
| 22-10945 | Voyager Digital, LLC |

I am sending along my proof of claim and felt it necessary to appeal to your commitment to justice in determining the ability to recover my investment.  I have lived through many ups and downs in the stock market and have struggled and saved my entire life to have the ability to invest.  I was very comfortable with selecting Voyager with their commitment to ensuring that all funds would be FIDC insured; however, I regrettably discovered that Voyager was utilizing funds to make risky business decisions and subsequently froze my account and negated my ability to access the funds for with I entrusted them.

I believe that they mislead investors with the assurance that all funds would be FIDC insured and held as a type of safe harbor to earn interest.  After the information provided to you on July 8, 2022 and the blindsided freezing of investor accounts, I am concerned that the management of Voyager utilized reckless investment strategies and executed extremely risky loans utilizing the funds that received from investors for their own greed and the benefit of their own personal gain versus providing secure stewardship of the funds that they were entrusted with by hard working folks.  I am grateful for your consideration of protecting and giving priority to the smaller investors, such as myself, who are limited in our ability to legally pursue the return of our investments and reciprocity for the damages caused.

Sincerely,

John Suh Lee
Investor, jdlee813@gmail.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Voyager Digital Holdings, Inc. |
| Debtor 2 (Spouse, if filing) | Voyager Digital Ltd. & Voyager Digital, LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number | 22-10943 |



RECEIVED
MAY 18 2022
U.S BANKRUPTCY COURT
SO. DIST OF NEW YORK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:    Identify the Claim

**1. Who is the current creditor?**

John Lee
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

John Lee
Name

20611 Lugano Way
Number       Street

Porter Ranch          CA          91326
City                  State        ZIP Code

Contact phone 213-804-8811

Contact email jdlee813@gmail.com

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number       Street

_____
City          State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
        MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7. How much is the claim?**  $_____86,761.00 . Does this amount include interest or other charges?

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Investment portfolio, including interest due and loss of funds access

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:  $_____

Amount of the claim that is secured:  $_____

Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) _9.00_ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ **Yes.** *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___07/13/2022___
                    MM / DD / YYYY

*Signature*

**Print the name of the person who is completing and signing this claim:**

| Name | John | Suh | Lee |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 20611 Lugano Way | | |
| | Number        Street | | |
| | Porter Ranch | CA | 91326 |
| | City | State | ZIP Code |
| Contact phone | 213-804-8811 | Email | jdlee813@gmail.com |

| | | |
|---|---|---|
| Portfolio Value | $ | 56,644.58 |
| June Interest | | 333.67 |
| July Interest | | 427.34 |
| | $ | 57,405.58 |
| Loss to Mismanagement by  Voyager | | 29355.41 |
| Total (not including interest due monthly past July) | $ | 86,760.99 |

*Additional 9% interest due monthly for all funds in USDC until settlement distribution

3:53

## Account

Log Out

**john lee**

jdlee813@gmail.com

Settings  >

Bank Accounts  >

Transfer Cash or Crypto  >

Recurring Buys  >

Transaction History  >

Refer a Friend  >

Earn Rewards  >

Loyalty Program  NEW  >

Promotions  >

Node Blog  >

Help  >

Market | Portfolio | Debit | **Account**

5:03

# Portfolio

Total Value

## $56,644.58    -$29,355.41    Total Return

Asset Allocation



14.0% ETH

4.1% OTHER

3.3% BTC
0.0% USD

78.5% USDC

---

View Orders and Transfers    >

---

| Cash | Balance | Available ⓘ | > |
|------|---------|-------------|---|
| **USD** | $5.30 | $5.30 | |

---

| Positions | Quantity | Value | P |
|-----------|----------|-------|---|
| **BTC**<br>Bitcoin | 0.097487 | $1,879.06 | $ |
| **ETH**<br>Ethereum | 7.64060 | $7,921.54 | $ |

---

| Market | Portfolio | Debit | Account |

# Portfolio

| Positions | Quantity | Value | |
|---|---|---|---|
| **ETH**<br>Ethereum | 7.64060 | **$7,914.28** | $ |
| **USDC**<br>USD Coin | 44,488.84 | $44,488.84 | $ |
| **DOT**<br>Polkadot | 73.688 | $458.33 | $ |
| **LTC**<br>Litecoin | 17.71944 | $829.44 | $ |
| **SAND**<br>The Sandbox | 167.0789 | $180.44 | $ |
| **ALGO**<br>Algorand | 352.49 | $102.22 | $ |
| **MANA**<br>Decentraland | 298.96 | $232.59 | $ |
| **VET**<br>VeChain | 11,684.0 | $250.03 | $0 |
| **ENJ**<br>Enjin Coin | 339.72 | $156.27 | $ |
| **QTUM**<br>Qtum | 22.41 | $58.26 | $ |
| **VGX**<br>Voyager Tok… | 202.55 | | $ |