JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (pro hac vice pending)
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel to Jason Raznick*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:

VOYAGER DIGITAL HOLDINGS, INC., *et. al.*

        Debtor.

-------------------------------------------------------x

Chapter 11
Case No. 22-10943 (MEW)
Jointly Administered

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Paul R. Hage, request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent Jason Raznick, a creditor in the above-referenced bankruptcy cases. I certify that I am a member in good standing of the bar in the State of Michigan and the bar of the United States District Court for the Eastern District of Michigan.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

        Respectfully submitted,

        **JAFFE RAITT HEUER & WEISS, P.C.**

        By: /s/ Paul R. Hage
        Paul R. Hage (pro hac vice pending)
        27777 Franklin Rd., Suite 2500
        Southfield, MI 48034
        Telephone: (248) 351-3000
        phage@jaffelaw.com

Dated: July 19, 2022.

4872-5292-7274.v1

# CERTIFICATE OF SERVICE

I, Paul R. Hage, hereby certify that on this 19th day of July, 2022, I caused to be served a copy of the *Motion for Admission to Practice Pro Hac Vice* filed herewith to be served by this Court's CM/ECF System.

Respectfully submitted,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (pro hac vice pending)
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
phage@jaffelaw.com

Dated: July 19, 2022.