JAFFE RAITT HEUER & WEISS, P.C.
Paul R. Hage (pro hac vice pending)
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel to Jason Raznick*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re:

VOYAGER DIGITAL HOLDINGS, INC., *et. al.*

        Debtor.
------------------------------------------------------x

Chapter 11
Case No. 22-10943 (MEW)
Jointly Administered

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the undersigned is appearing in the above-captioned case on behalf of Jason Raznick. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

    Jaffe Raitt Heuer & Weiss, P.C.
    Attn: Paul R. Hage
    27777 Franklin Road, Suite 2500
    Southfield, MI 48034
    Phone: (248) 351-3000
    phage@jaffelaw.com

4872-5292-7274.v1

Respectfully submitted,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (pro hac vice pending)
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
phage@jaffelaw.com

*Counsel for Jason Raznick*

Dated: July 19, 2022

4872-5292-7274.v1

## CERTIFICATE OF SERVICE

I, Paul R. Hage, hereby certify that on this 19th day of July, 2022, I caused to be served a copy of the *Notice of Appearance* filed herewith to be served by this Court's CM/ECF System.

    Respectfully submitted,

    **JAFFE RAITT HEUER & WEISS, P.C.**

    By: /s/ Paul R. Hage
    Paul R. Hage (pro hac vice pending)
    27777 Franklin Rd., Suite 2500
    Southfield, MI 48034
    Telephone: (248) 351-3000
    phage@jaffelaw.com

    *Counsel for Jason Raznick*

Dated: July 19, 2022