Voyager Digital Holdings                                                                                              July 19, 2022

Case# 22-10943

Honorable Judge Wiles,

I appreciate your consideration in reference to my cash holdings in my Voyager account. I have sold all my crypto assets in April of 2022 and attempted to withdrawal my cash of $193,585.89 and for reason of compliance review they have blocked my withdrawal and when I asked as to what the issue is or what is reason of compliance review they never provided me of a reason.

I even found the personal email of the chief compliance officer Mr. Mark Egert and plead to have my funds released, all these is way before the bankruptcy, I even contacted the Voyager group on Twitter where my texts trail is attached.

Your honor I hope you can see that my claim is fair and should have been honored in May and they dragged me on in the name of compliance review and locked my account.

I ask your honor to make them pay my money back since they purposely blocked my account and held my money hostage.


Sincerely.


Alireza Johartchi

# USD Account

History

**Total Balance**

# $193,585.89

| Available to trade ⓘ | Held in orders ⓘ |
|---|---|
| $193,585.89 | $0.00 |

| Pending Deposits ⓘ | Available to withdraw ⓘ |
|---|---|
| $0.00 | $0.00 |

| Deposit limit ⓘ | Withdrawal limit ⓘ |
|---|---|
| $30,000.00 / 24 hrs | $10,000.01 / 24 hrs |

**Instant deposit limit** ⓘ

$60,000.00

[ Deposit USD ]  [ Withdraw USD ]

# USD Deposit Details

| | |
|---|---|
| **Type** | **Source** |
| Deposit | Voyager |
| **Amount** | **Cleared On** |
| 200,000.00 USD | Mar 16, 3:35 PM |

**Status**
Complete

**Note**
Incoming Wire - 031622

**Voyager Transaction ID**
01FYA72AVVX276KS7DZMCBH10X

9:36 | 7/19 Tue | 67%

**Voyager**
@investvoyager

**Voyager** @investvoyager
Award-winning mobile app with over 100 cryptocurrencies and a USD Coin-powered Debit Mastercard®. Making crypto for all simple and rewarding.

**1,161** Following  **160K** Followers

Joined March 2018

---

Hi, we'd like to help assist you with your support request. Can you please provide your email address, Voyager support ticket number, and a brief summary of the issue? Thank you.
06/22/22, 10:08 AM

> 562143, 595363, 622418, 629857, 635359, 637838, 638647, 640015 you guys have locked my account for compliance review 90 days now with no other info, why so much secrecy
> ajohartchi@hotmail.com
> 06/22/22, 10:16 AM ✓

Thank you for that information. I'll re-escalate with the team and work on getting you a resolution.
06/22/22, 10:35 AM

> I would appreciate that
> 👍 1
> 06/22/22, 10:36 AM ✓

> Any update on releasing my funds?
> 06/24/22, 5:08 AM ✓

Thank you for reaching out. I have escalated your request with the dedicates support team and they will reach out to you directly as soon as possible. Thank you so much for your patience.
06/24/22, 11:48 AM

> Thank you
> 06/24/22, 11:58 AM ✓

> Could you please advise by when should I be hearing something back cause it's been 90 days no one has explained why my account is under compliance review.
> 06/24/22, 5:21 PM ✓

> I need to know when I will have access to my funds, what are you people doing in name of compliance, release my funds please
> 06/27/22, 5:33 PM ✓

> When is support going to reach out, I need my funds.
> 06/30/22, 6:55 AM ✓

Thank you so much for your patience with us. I am working with support to get a response on your account as soon as possible.
06/30/22, 7:37 AM

> So now your CEO is coming out with truth that's why you guys locked my account in name of compliance review. This is outrageous
> 07/01/22, 1:59 PM ✓

> I have been patient and still no info on what's going on and why my account is locked while others had withdrawal request and you guys honoring them meanwhile you guys keeping my funds hostage, if there was issue by law you have to notify me why my account is in review, please advise what the problem is?
> 07/05/22, 8:34 AM ✓

> It has been 2 weeks and have not heard anything from you, please advise what the compliance review is about?
> Wednesday, 6:16 AM ✓

Start a message