UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

## AMENDED NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc. and its affiliated debtors-in-possession:

1. Russell G. Stewart
   Email: russ.stewart@tmf.mortgage

2. Jason Raznick
   Email: jason@benzinga.com

3. Brandon Mullenberg
   Email: brandonmullenberg2022@gmail.com

4. Richard Kiss for Thincat Trust
   Email: richard.kiss@gmail.com

5. Christopher Moser
   Email: chrismmoser@gmail.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

6. Byron Walker
   Email: bywalker01@gmail.com

7. Melissa and Adam Freedman
   Email: freemanmelissac@gmail.com

Dated: New York, New York
July 19, 2022

                         WILLIAM K. HARRINGTON
                         UNITED STATES TRUSTEE
                         Region 2

*By:*  */s/ Richard C. Morrissey*
      Richard C. Morrissey
      Mark Bruh
      Trial Attorneys
      Office of the United States Trustee
      U.S. Federal Office Building
      201 Varick Street, Room 1006
      New York, NY 10014
      Tel. (212) 510-0500