UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:

VOYAGER DIGITAL HOLDINGS, INC., *et. al.*

        Debtor.

-------------------------------------------------------x

Chapter 11
Case No. 22-10943 (MEW)
Jointly Administered

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Paul R. Hage, to be admitted *pro hac vice*, to represent Jason Raznick, a creditor in the above-referenced proceeding, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Michigan and the United States District Court for the Eastern District of Michigan, it is hereby

**ORDERED,** that Paul R. Hage is admitted to practice, *pro hac vice*, in the above-referenced proceeding to represent Jason Raznick in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 20, 2022

s/Michael E. Wiles
UNITED STATES BANKRUPTCY JUDGE

4854-0192-8490.v1