To the Honorable Judge Wiles,

I write as an unsecured creditor who has deposited her entire life savings into the USDC stablecoin under the consistent confirmation of CEO Stephen Ehrlich that we owned our assets. I would have NEVER in a million years taken my hard earned money and put it into an asset that I believed I was not the custodian of. I am not a gambler; the USDC stablecoin does not fluctuate from the US dollar and is "regulated and licensed by institutions that maintain full reserves of the equivalent fiat currency in a 1 USDC : 1 USD ratio." (See platform description) After watching the video interview below with Voyager's CEO, I felt completely safe to transfer my savings into Voyager. The transcript is attached in a PDF and the link to the actual video is here: https://youtu.be/yWlVZo904u8.  Aside from reassuring us that we OWNED our assets, it was stated that it was necessary to hold USDC in order to use the Voyager credit card. As customers, we were tricked into transferring our USD into USDC to utilize the credit card-   only to have our funds frozen and then ripped from us days later. I, and many others, believed USDC was our property and insured like USD due to the confusing language. Cryptocurrency may be seen as a risky investment, but certainly not this coin and it would be a pure injustice to not make the owners of USDC whole- especially when it was promoted by Voyager as a necessary asset to own in order to partake in the credit card program.

Most importantly, please watch the video above to verify the transcript attached stating that customers OWN their coins. Thank you.

Respectfully and desperately,

Aristea Theodoropoulos