*United States Bankruptcy Court*
*Room 614*
*Case : 22-10943*

Hello, **Mr. Judge Wiles** I hope at the time of you receiving this letter you are doing amazing and Thank You for your contribution and services in the Court of Law. I was informed that you are the Judge assigned to the **"Voyager Digital" Chapter 11 Bankruptcy** case proceedings, I am sincerely asking to please consider the information provided below of how this organization has impacted its clients severely .

I **"Analicia V"**  am a "small investor" & account holder of "Voyager Digital"  crypto currency exchange platform and a victim  of crypto-currency fraud , The organization Voyager Digital , is operated by a conglomerate of business entities who strategically lured customers with false marketing , false advertising & false information regarding the organization business metrics and customers purchased assets.  After signing up with the crypto currency exchange  app and purchasing a variety of crypto currency coins such as "Bitcoin , Avalanche , Dogecoin, and Shiba " on the crypto-currency Exchange platform.

I received multiple notices days prior to the company filing for **"Chapter 11 Bankruptcy"** , The email notice included false claims & advertisement stating *"The organization was more than prepared to weather the storm of the bear markets and volatility" and that the organization values its customers and does not participate in "De-fi lending Activities" The company also stated in the notice that if any deficiencies occur , they have many seasoned lenders with years of experience to help get through the "Bear Market" , hours later without warning I received a follow-up email notice stating Voyager has temporarily restricted withdrawals and buying options on the voyager exchange platform due to a "defaulted loan"* given to 3 Arrows Capital hedge fund which was loaned with the "customers funds and assets" & loaned without any collateral.  The loan includes "15,000 Bitcoins" which is the most valuable crypto-currency available and a loan of 360 million dollars cash.

Since then Voyager Digital and its Business partners : the owners of "**3 Arrows Capital"hedge fund** have *refused to cooperate with liquidation officials* of British Virgin Islands where they filed for bankruptcy and after receiving notice to liquidate its assets, the owners have fled the country and gone missing with over 10 Billion dollars worth of assets & has refused repaying its debts. It is believed that the owners of "3 Arrows Capital " have already begun transferring those assets to "unknown crypto wallets and sources" in order to prevent them from being tracked and confiscated by liquidation officials.

After receiving the Chapter 11 Bankruptcy email notice from Voyager Digital, the company stated their debt includes a loan of $670 million total to 3 Arrows Capital and have a balance sheet worth hold 1.5 billion dollars worth of "customers assets" on their platform & are seeking to restructure the organization in hopes to "resume services" and plan to reconcile the losses of customers by providing the possibility of relief with "pro-rata" compensation from 3 Arrows Capital in addition to a "Pro-Rata" fractional amount in crypto currencies we purchased, "which wouldnt be the initial purchase amount"  also Shares of the New Voyager Token (which many won't continue business with the organization due to loss of trust ) & shares of the old Voyager Tokens which have "no value" .

Due to Voyager impacting many people's lives due to their negligence , As a customer , I do not agree the organization Voyager Digital  is worthy of Chapter 11 restructuring and the announced proposal does not provide equivalent relief to its customers. The proposal of restructuring  provides no justice to the customers and small investors whose lives have been intensely impacted at the hands of this company without warning. We weren't even given the option to remove or transfer our purchased crypto-currencies.

As a hard working single mother and small investor , I initially used the exchange as a form of a savings account and invested a substantial amount of my savings to purchase crypto currency on the Voyager exchange platform in hopes of saving up for a home, but the opposite has happened, I feel as though , I'm being strategically robbed in a civil way by Voyager Digital . The negligence of this

organization has greatly impacted my life and the future of my child's life. I am sincerely seeking the best possible remedy from the organization which failed to disclose important information.

Days prior to their bankruptcy filing they failed to disclose valuable information regarding investors' funds & purchased crypto-currencies on the exchange, Since then the company has continued to "Pay its Employees' ' and continue business operations, all while freezing our accounts and restricting withdrawals .

I am asking you to please Judge Wiles consider all of the information of how this organization has affected & fraudulently robbed its small investors in addition to failing to provide services they proclaimed to offer. While small investors are now subject to paying for their mistakes, I do believe Voyager Digital is still withholding information and has motives to keep most of its clients crypto-currencies without repaying us, by exchanging them with value-less crypto tokens such as Voyager tokens & then filing for bankruptcy to obtain protection from its Small Investors . It's more than obvious this organization never had its clients best interest at heart. Due to the circumstances of how this organization has impacted & misused clients' money and assets to lend.

I'm very worried that this will have an effect on the condition of my life and my state of living for a very long time. My cognition has declined rapidly due to depression because I'm barely able to afford the cost of living and have very little cash left in case of a financial emergency & As a single mother with no family support and without a lucrative career. I may never be able to financially recover from the losses this organization has caused.

**I'm asking that you please Mr. Judge Wiles any help to provide a solution in favor of the small investors recovering our losses is appreciated. Unless Voyager Digital is able to "return all its customers purchased crypto-currencies and funds' ' , they shouldn't be allowed to resume services ,lure more victims & alter people's lives. I think the best solution would be to**

*permanently close the organization and discontinue business operations moving forward to potentially prevent harm to more people's lives.*

      Thank You for taking any time to consider the information above and provide any justice.

Sincerely ,

Analicia V.