United States Bankruptcy Court
Case : 22-10943

"Voyager Digital" Chapter 11 Bankruptcy

Dear Judge Wiles,
   I share similar concerns that many other Voyager clients/creditors have share with you;
 - False and misleading information
 - Assurances that our crypto assets were ours and safe
 - That creditors have been defrauded, lost faith in Voyager, and find it in no position to restructure
 - Inability to recover our Cash assets

Regarding the last point, I am requesting that Voyager customers gain immediate access to USD/CASH held in our accounts.   While I understand that the legal process will determine the fate our Crypto holdings including USDC, Voyager stated these funds are managed by the Metropolitan Commercial Bank and FDIC insured.

Thank you for your consideration.
V Sasso