Case Number: 22-10943

Honorable Judge Willis,

I am a current customer/depositor of Voyager who has been investing a major portion of my savings into cryptocurrency using Voyager services. I now feel regretful for believing into their marketing strategy and potentially losing my family's life savings. I want to bring few things to your attention as noted below.

- **Contrasting information between what I see as a customer, written right next to my crypto assets in my Voyager account and what was presented in court:**
    - If I do not own anything (per Voyager's lawyers in the first day hearing) then why does my Voyager account state that "I **own** X.XX Bitcoin"?
        - When as a customer I log into my Voyager account; it reads "**You own** XX.X Bitcoin (BTC)". However, we read the notes from the first day hearing; and the lawyers representing Voyager state in your court that the cryptocurrency that the customers bought was never theirs and it is all Voyager's property. I hope Voyager does not get to walk away with our hard-earned assets when all along giving us a false perception every single time we log into our Voyager account that we own the crypto we bought.
    - Mislead customers by continuous false advertisement on Voyager's part categorizing their lending practices as "low-risk"
        - I as a customer was and am aware of the associated risks with a new asset class such as cryptocurrency and we thought long and hard as a family prior to investing in Bitcoin with the hopes of passing onto our kid and paying for college down the line; when there was turmoil in the market we were discussing if we should move our Bitcoin from Voyager; however, Voyager released a press statement on 14th June 2022 assuring that they practice in low risk and transparent.
- **Per the plan proposed Voyager is only giving us portion of our cryptocurrency**
    - This is not acceptable; I would like my cryptocurrency as bought using my hard-earned money. The assets Voyager is proposing will instantly depreciate and will have no value.
- **Regain access to assets**
    - I understand that these proceedings can take time but given that as a country we are dealing with inflation and fear of recession it is more than necessary that middle class customers re-gain access to at least some portion of their assets so we can continue to support family and kids in these tough times.

Thank you for your time and consideration,

Regards,

Digant Goyal