**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 15, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Order to Show Cause and Scheduling of Hearing to Consider Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Corporate Card Expenses and (II) Granting Related Relief** (Docket No. 85)

Furthermore, on July 16, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing of Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Corporate Card Expenses and (II) Granting Related Relief** (Docket No. 86)

Furthermore, on July 18, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Brex, Inc at Attn: Jonathan Smith, 12832 Frontrunner Blvd, Suite 500, Draper, UT 84020:

- **Order to Show Cause and Scheduling of Hearing to Consider Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Corporate Card Expenses and (II) Granting Related Relief** (Docket No. 85)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

- **Notice of Hearing of Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Corporate Card Expenses and (II) Granting Related Relief** (Docket No. 86)

Furthermore, on July 18, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Order to Show Cause and Scheduling of Hearing to Consider Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Corporate Card Expenses and (II) Granting Related Relief** (Docket No. 85)

- **Notice of Hearing of Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Corporate Card Expenses and (II) Granting Related Relief** (Docket No. 86)

- **Notice of Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief** (Docket No. 95)

- **Notice of Hearing of Debtors' Motion Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business** (Docket No. 96)

- **Notice of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date** (Docket No. 97)

- **Notice of Hearing of Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof** (Docket No. 98)

Furthermore, on July 18, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief** (Docket No. 95)

- **Notice of Hearing of Debtors' Motion Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business** (Docket No. 96)

- **Notice of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date** (Docket No. 97)

- **Notice of Hearing of Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof** (Docket No. 98)

Furthermore, on July 18, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Notice of Hearing of Debtors' Motion Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business** (Docket No. 96)

Dated: July 22, 2022

_Monica Arellano_

Monica Arellano

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 22nd day of July 2022 by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# **<u>Exhibit A</u>**

**STRETTO**

## Exhibit A
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM |
| BREX, INC | ATTN: JONATHAN SMITH | JSMITH@BREX.COM |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | OAG@DC.GOV |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | MICHAEL.ROBB@SISKINDS.COM<br>GARETT.HUNTER@SISKINDS.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ANTHONY.OBRIEN@SISKINDS.COM |
| GOOGLE, LLC | | COLLECTIONS@GOOGLE.COM |
| MATTHEW LEVITT & THE LEVITT GROUP | C/O THE LAW OFFICE OF RACHEL S. BLUMENFELD PLLC | RACHEL@BLUMENFELDBANKRUPTCY.COM |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | SINGERG@BALLARDSPAHR.COM |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL, LIPTON, ROSEN & KATZ | RGMASON@WLRK.COM<br>ARWOLF@WLRK.COM<br>AKHERRING@WLRK.COM |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | AHAMMER@HMBLAW.COM<br>NDELMAN@HMBLAW.COM<br>ECFNOTICES@HMBLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | RICHARD.MORRISSEY@USDOJ.GOV<br>MARK.BRUH@USDOJ.GOV |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 3



**Exhibit A**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| SECURITIES & EXCHANGE COMMISSION | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | LAWRENCE.WASDEN@AG.IDAHO.GOV AGWASDEN@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | INFO@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | CONSUMER@AG.IOWA.GOV |



**Exhibit A**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | AG@RIAG.RI.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | UAG@UTAH.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | MAIL@OAG.STATE.VA.US |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | CONSUMER@WVAGO.GOV |
| TORONTO STOCK EXCHANGE | | WEBMASTER@TMX.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 3 of 3

# **Exhibit B**



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALAMEDA RESEARCH | ATTN: LEGAL DEPT | TORTOLA PIER PARK BUILDING 1 2ND FL | WICKHAMS CAY I ROAD TOWN | ROAD TOWN | TORTOLA | | BRITISH VIRGIN ISLANDS |
| ALAMEDA RESEARCH LCC | C/O SULLIVAN & CROMWELL LLP | 125 BROAD STREET | ATTN A DIETDERICH ET AL | NEW YORK | NY | 10004 | |
| ALAMEDA VENTURES LTD | ATTN: LEGAL DEPT | F20 1ST FLOOR EDEN PLAZA | | EDEN ISLAND | | | SEYCHELLES |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | 275 DUNDAS STREET UNIT 1 | ATTN: MICHAEL G. ROBB | LONDON | ON | N6B3L1 | |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | 100 LOMBARD STREET SUITE 302 | ATTN: ANTHONY O'BRIEN | TORONTO | ON | M5C1M3 | |
| GOOGLE LLC | ATTN: LEGAL DEPT | 1600 AMPHITHEATRE PKWY | | MOUNTAIN VIEW | CA | 94043 | |
| IRS | INTERNAL REVENUE SERVICE | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| KELLEHER PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | 500 W. MADISON ST STE 3700 | ATTN: AARON L. HAMMER & N DELMAN | CHICAGO | IL | 60661 | |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | 200 IDS CENTER 80 SOUTH 8TH STREET | ATTN: GEORGE H. SINGER ESQ | MINNEAPOLIS | MN | 55402-2119 | |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL LIPTON ROSEN & KATZ | 51 West 52nd Street | ATTN RICHARD MASON A WOLF A HERRING | NEW YORK | NY | 10019-6150 | |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | 500 W MADISON ST. STE 3700 | ATTN: AARON HAMMER NATHAN DELMAN | CHICAGO | IL | 60661 | |
| ON FILE | | ON FILE | | | | | |
| COMMISSION | ATTN: LEGAL DEPT | 100 F STREET NE | | WASHINGTON | DC | 20549 | |
| COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL STREET SUITE 20-100 | ATTN: ANDREW CALAMARI RD | NEW YORK | NY | 10004-2616 | |
| COMMISSION | NEW YORK REGIONAL OFFICE | 200 VESEY STREET SUITE 400 | | NEW YORK | NY | 10281-1022 | |
| STATE ATTORNEY'S GENERAL | DISTRICT OF COLUMBIA | 400 6TH STREET NW | OFFICE OF THE ATTORNEY GENERAL | WASHINGTON | DC | 20001 | |
| STATE ATTORNEY'S GENERAL | STATE OF ALABAMA | 501 WASHINGTON AVE | OFFICE OF THE ATTORNEY GENERAL | MONTGOMERY | AL | 36104 | |
| STATE ATTORNEY'S GENERAL | STATE OF ALASKA | 1031 W 4TH AVE STE 200 | OFFICE OF THE ATTORNEY GENERAL | ANCHORAGE | AK | 99501 | |
| STATE ATTORNEY'S GENERAL | STATE OF ARIZONA | 2005 N CENTRAL AVE | OFFICE OF THE ATTORNEY GENERAL | PHOENIX | AZ | 85004 | |
| STATE ATTORNEY'S GENERAL | STATE OF ARKANSAS | 323 CENTER ST STE 200 | OFFICE OF THE ATTORNEY GENERAL | LITTLE ROCK | AR | 72201 | |
| STATE ATTORNEY'S GENERAL | STATE OF CALIFORNIA | PO BOX 944255 | OFFICE OF THE ATTORNEY GENERAL | SACRAMENTO | CA | 94244-2550 | |
| STATE ATTORNEY'S GENERAL | STATE OF COLORADO OFFC OF AG | 1300 BROADWAY 10TH FL | RALPH L. CARR JUDICIAL BUILDING | DENVER | CO | 80203 | |
| STATE ATTORNEY'S GENERAL | STATE OF CONNECTICUT | 165 CAPITOL AVENUE | OFFICE OF THE ATTORNEY GENERAL | HARTFORD | CT | 6106 | |
| STATE ATTORNEY'S GENERAL | STATE OF GEORGIA | 40 CAPITOL SQ SW | OFFICE OF THE ATTORNEY GENERAL | ATLANTA | GA | 30334 | |
| STATE ATTORNEY'S GENERAL | STATE OF HAWAII | 425 QUEEN STREET | OFFICE OF THE ATTORNEY GENERAL | HONOLULU | HI | 96813 | |
| STATE ATTORNEY'S GENERAL | STATE OF IDAHO OFFC OF AG | 700 W. JEFFERSON ST SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| STATE ATTORNEY'S GENERAL | STATE OF ILLINOIS OFFC OF AG | 100 W. RANDOLPH ST | JAMES R. THOMPSON CENTER | CHICAGO | IL | 60601 | |
| STATE ATTORNEY'S GENERAL | STATE OF INDIANA OFFICE OF IN AG | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST 5TH FLOOR | INDIANAPOLIS | IN | 46204 | |
| STATE ATTORNEY'S GENERAL | STATE OF IOWA OFFC OF AG | 1305 E. WALNUT STREET | HOOVER STATE OFFICE BUILDING | DES MOINES | IA | 50319 | |
| STATE ATTORNEY'S GENERAL | STATE OF KANSAS | 120 SW 10TH AVE 2ND FLOOR | SCHMIDT | TOPEKA | KS | 66612 | |
| STATE ATTORNEY'S GENERAL | STATE OF KENTUCKY | 700 CAPITAL AVENUE SUITE 118 | ATTORNEY GENERAL - DANIEL CAMERON | FRANKFORT | KY | 40601 | |
| STATE ATTORNEY'S GENERAL | STATE OF LOUISIANA | 300 CAPITAL DRIVE | DEPT. OF JUSTICE - AG OFFICE | BATON ROUGE | LA | 70802 | |
| STATE ATTORNEY'S GENERAL | STATE OF MAINE | 6 STATE HOUSE STATION | OFFICE OF THE ATTORNEY GENERAL | AUGUSTA | ME | 04333 | |
| STATE ATTORNEY'S GENERAL | STATE OF MARYLAND | 200 ST. PAUL PLACE | OFFICE OF THE ATTORNEY GENERAL | BALTIMORE | MD | 21202 | |
| STATE ATTORNEY'S GENERAL | STATE OF MASSACHUSETTS | 1 ASHBURTON PLACE 20TH FLOOR | ATTORNEY GENERAL'S OFFICE | BOSTON | MA | 02108 | |
| STATE ATTORNEY'S GENERAL | STATE OF MICHIGAN | 525 W OTTAWA ST | DEPARTMENT OF ATTORNEY GENERAL | LANSING | MI | 48906 | |
| STATE ATTORNEY'S GENERAL | STATE OF MINNESOTA | 445 MINNESOTA ST STE 1400 | OFFICE OF THE ATTORNEY GENERAL | ST. PAUL | MN | 55101 | |
| STATE ATTORNEY'S GENERAL | STATE OF MISSISSIPPI OFFC OF AG | 550 HIGH ST PO BOX 220 | WALTER SILLERS BUILDING | JACKSON | MS | 39201 | |
| STATE ATTORNEY'S GENERAL | STATE OF MISSOURI | 207 W HIGH ST SUPREME COURT BLDG | OFFICE OF THE ATTORNEY GENERAL | JEFFERSON CITY | MO | 65101 | |
| STATE ATTORNEY'S GENERAL | STATE OF MONTANA OFFC OF AG | 215 N SANDERS PO BOX 201401 | JUSTICE BUILDING 3RD FLOOR | HELENA | MT | 59602 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEBRASKA | 2115 STATE CAPITOL | OFFICE OF THE ATTORNEY GENERAL | LINCOLN | NE | 68509 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEVADA OFFC OF AG | 100 N CARSON ST OLD | SUPREME COURT BUILDING | CARSON CITY | NV | 89701 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEW HAMPSHIRE | NH DEPT OF JUSTICE 33 CAPITOL ST. | OFFICE OF THE ATTORNEY GENERAL | CONCORD | NH | 3301 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEW JERSEY OFFICE OF AG | 25 MKT ST 8TH FL WEST WING BOX 080 | RICHARD J. HUGHES JUSTICE COMPLEX | TRENTON | NJ | 8611 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEW MEXICO | 408 GALISTEO STREET VILLAGRA BLDG | OFFICE OF THE ATTORNEY GENERAL | SANTA FE | NM | 87501 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEW YORK | THE CAPITOL 2ND FLOOR | OFFICE OF THE ATTORNEY GENERAL | ALBANY | NY | 12224 | |
| STATE ATTORNEY'S GENERAL | STATE OF NORTH CAROLINA | 114 W EDENTON ST | OFFICE OF THE ATTORNEY GENERAL | RALEIGH | NC | 27603 | |
| STATE ATTORNEY'S GENERAL | STATE OF NORTH DAKOTA OFFC OF AG | STATE CAPITOL 600 E BOULEVARD AVE | DEPT. 125 | BISMARCK | ND | 58505 | |
| STATE ATTORNEY'S GENERAL | STATE OF OHIO OFFC OF AG | 30 E BROAD ST 14TH FL | STATE OFFICE TOWER | COLUMBUS | OH | 43215 | |
| STATE ATTORNEY'S GENERAL | STATE OF OKLAHOMA | 313 NE 21ST ST | OFFICE OF THE ATTORNEY GENERAL | OKLAHOMA CITY | OK | 73105 | |
| STATE ATTORNEY'S GENERAL | STATE OF OREGON | 1162 COURT ST NE | OFFICE OF THE ATTORNEY GENERAL | SALEM | OR | 97301-4096 | |
| STATE ATTORNEY'S GENERAL | STATE OF PENNSYLVANIA | STRAWBERRY SQUARE 16TH FL | OFFICE OF THE ATTORNEY GENERAL | HARRISBURG | PA | 17120 | |
| STATE ATTORNEY'S GENERAL | STATE OF RHODE ISLAND | 150 S MAIN ST | OFFICE OF THE ATTORNEY GENERAL | PROVIDENCE | RI | 2903 | |
| STATE ATTORNEY'S GENERAL | STATE OF SOUTH CAROLINA | PO BOX 11549 | OFFICE OF THE ATTORNEY GENERAL | COLUMBIA | SC | 29211 | |
| STATE ATTORNEY'S GENERAL | STATE OF SOUTH CAROLINA OFFC OF AG | 1000 ASSEMBLY ST RM 519 | REMBERT C. DENNIS BLDG | COLUMBIA | SC | 29201 | |
| STATE ATTORNEY'S GENERAL | STATE OF SOUTH DAKOTA | 1302 E HIGHWAY 14 STE 1 | OFFICE OF THE ATTORNEY GENERAL | PIERRE | SD | 57501-8501 | |
| STATE ATTORNEY'S GENERAL | STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | NASHVILLE | TN | 37202-0207 | |
| STATE ATTORNEY'S GENERAL | STATE OF TEXAS | 300 W. 15TH ST | OFFICE OF THE ATTORNEY GENERAL | AUSTIN | TX | 78701 | |
| STATE ATTORNEY'S GENERAL | STATE OF UTAH OFFC OF AG | 350 NORTH STATE ST STE 230 | UTAH STATE CAPITOL COMPLEX | SALT LAKE CITY | UT | 84114 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 2

**Exhibit B**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| STATE ATTORNEY'S GENERAL | STATE OF UTAH OFFC OF AG SEAN REYES | 350 NORTH STATE ST STE 230 | UTAH STATE CAPITOL COMPLEX | | UT | 84114 | |
| STATE ATTORNEY'S GENERAL | STATE OF VERMONT | 109 STATE ST. | OFFICE OF THE ATTORNEY GENERAL | MONTPELIER | VT | 5609 | |
| STATE ATTORNEY'S GENERAL | STATE OF VIRGINIA | 202 N. NINTH ST. | OFFICE OF THE ATTORNEY GENERAL | RICHMOND | VA | 23219 | |
| STATE ATTORNEY'S GENERAL | STATE OF WASHINGTON | 1125 WASHINGTON ST SE | OFFICE OF THE ATTORNEY GENERAL | OLYMPIA | WA | 98501 | |
| STATE ATTORNEY'S GENERAL | STATE OF WASHINGTON | PO BOX 40100 | OFFICE OF THE ATTORNEY GENERAL | OLYMPIA | WA | 98504-00 | |
| STATE ATTORNEY'S GENERAL | STATE OF WEST VIRGINIA OFFC OF AG | 1900 KANAWHA BLVD E BLDG 1 RM E-26 | STATE CAPITOL | CHARLESTON | WV | 25305 | |
| STATE ATTORNEY'S GENERAL | STATE OF WISCONSIN | 17 WEST MAIN STREET ROOM 114 EAST P | OFFICE OF THE ATTORNEY GENERAL | MADISON | WI | 53702 | |
| STATE ATTORNEY'S GENERAL | STATE OF WYOMING | 109 STATE CAPITOL | OFFICE OF THE ATTORNEY GENERAL | CHEYENNE | WY | 82002 | |
| STATE ATTORNEY'S GENERAL | JUSTICE | 950 PENNSYLVANIA AVE NW | ATTORNEY GENERAL OF THE U.S. | WASHINGTON | DC | 20530-0001 | |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL01 | | TALLHASSEE | FL | 32399 | |
| TORONTO STOCK EXCHANGE | TORONTO STOCK EXCHANGE | 300 - 100 ADELAIDE ST. | | WEST TORONTO | ON | M5H 1S3 | CANADA |
| UNITED STATES ATTORNEYS OFFICE SDNY | UNITED STATES ATTORNEY'S OFFICE | ONE ST. ANDREWS PLAZA | SOUTHERN DISTRICT OF NEW YORK | NEW YORK | NY | 10007 | |
| UNITED STATES TRUSTEE SDNY | SDNY | 201 VARICK STREET ROOM 1006 | ATTN: R MORRISSEY ESQ. AND M BRUH | NEW YORK | NY | 10014 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2

# **<u>Exhibit C</u>**



**Exhibit C**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | OAG@DC.GOV |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | MICHAEL.ROBB@SISKINDS.COM<br>GARETT.HUNTER@SISKINDS.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ANTHONY.OBRIEN@SISKINDS.COM |
| GOOGLE, LLC | | COLLECTIONS@GOOGLE.COM |
| MATTHEW LEVITT & THE LEVITT GROUP | C/O THE LAW OFFICE OF RACHEL S. BLUMENFELD PLLC | RACHEL@BLUMENFELDBANKRUPTCY.COM |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | SINGERG@BALLARDSPAHR.COM |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL, LIPTON, ROSEN & KATZ | RGMASON@WLRK.COM<br>ARWOLF@WLRK.COM<br>AKHERRING@WLRK.COM |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | AHAMMER@HMBLAW.COM<br>NDELMAN@HMBLAW.COM<br>ECFNOTICES@HMBLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | RICHARD.MORRISSEY@USDOJ.GOV<br>MARK.BRUH@USDOJ.GOV |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 3



**Exhibit C**
Served via Electronic Mail

| Name | Attention | Email |
|------|-----------|-------|
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| ON FILE | | ON FILE |
| SECURITIES & EXCHANGE COMMISSION | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | LAWRENCE.WASDEN@AG.IDAHO.GOV AGWASDEN@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | INFO@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | DEREK.SCHMIDT@AG.KS.GOV |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)



**Exhibit C**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | AG@RIAG.RI.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | UAG@UTAH.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | MAIL@OAG.STATE.VA.US |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | CONSUMER@WVAGO.GOV |
| TORONTO STOCK EXCHANGE | | WEBMASTER@TMX.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 3 of 3

# Exhibit D

**STRETTO**

**Exhibit D**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|------|-------|-----|---------|
| BERGER SINGERMAN LLP | 201 E LAS OLAS BLVD | SUITE 1500 | FORT LAUDERDALE | FL | 33301 | |
| CONYERS DILL & PEARMAN | PO BOX 3140 | COMMERCE HOUSE, WICHAMS CAY 1 | ROAD TOWN TORTOLA | | VG1110 | BRITISH INDIAN OCEAN TERRITORY |
| DAY PITNEY LLP | ONE JEFFERSON ROAD | | PARSIPPANY | NJ | 07054 | |
| FRANKFURT KURNIT KLEIN & SELZ, P.C. | 28 LIBERTY STREET | | NEW YORK | NY | 10005 | |
| JACKSON LEWIS P.C. | 58 SOUTH SERVICE ROAD | | MELVILLE | NY | 11747 | |
| JENNER & BLOCK LLP | 353 N CLARK STREET | | CHICAGO | IL | 60654 | |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | 47 AVENUE HOCHE | | PARIS | | 75008 | FRANCE |
| LOWENSTEIN SANDLER LLP | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 | |
| MINTZ & GOLD LLP | 600 THIRD AVENUE, 25TH FLOOR | | NEW YORK | NY | 10016 | |
| Paul Hastings LLP | 1170 Peachtree Street N.E. | Suite 100 | Atlanta | GA | 30309 | |
| SEYFARTH SHAW LLP | 233 S. WACKER DRIVE | SUITE 8000 | CHICAGO | IL | 60606 | |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | 222 CENTRAL PARK AVENUE | SUITE 2000 | VIRGINIA BEACH | VA | 23462 | |
| WALKERS CORPORATE LIMITED | 90 ELGIN AVENUE | | GEORGE TOWN | | | CAYMAN ISLANDS |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1