**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 18, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notifications and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with respect to Common Stock and (II) granting related relief** (Docket No. 7)

- **Notice of (I) Disclosure Procedures Applicable to Certain Holders of Common Stock, (II) Disclosure Procedures for Transfers of and Declarations of Worthlessness with respect to Common Stock, and (III) Final Hearing on the Application Thereof** (attached hereto as **Exhibit A**)

- **Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief** (Docket No. 58)

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit B**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (4543); Enjoy Technology LLC (0230). The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

- **Notice Regarding Meeting of Creditors to be Held August 30, 2022 at 11:00 A.M. (Prevailing Eastern Time)** (Docket No. 71)

Dated: July 22, 2022

_____
Monica Arellano

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 22nd day of July, 2022, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF (I) DISCLOSURE
PROCEDURES APPLICABLE TO CERTAIN HOLDERS OF
COMMON STOCK, (II) DISCLOSURE PROCEDURES FOR TRANSFERS
OF AND DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO
COMMON STOCK, AND (III) FINAL HEARING ON THE APPLICATION THEREOF**

**TO: ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF THE EXISTING CLASSES OF COMMON STOCK (THE "COMMON STOCK")[2] OF VOYAGER DIGITAL LTD:**

**PLEASE TAKE NOTICE** that on July 5, 2022 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed petitions with the United States Bankruptcy Court for the Southern District of New York (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of or from the Debtors' estates or to exercise control over property of or from the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] For the avoidance of doubt, the Common Stock includes the variable voting shares.

*Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 7] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on July 8, 2022, the Court entered the *Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 58] (the "Interim Order") approving procedures for certain transfers of and declarations of worthlessness with respect to Common Stock set forth in **Exhibit 1** attached to the Interim Order (the "Procedures").[3]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, and any such transaction in violation of the Procedures shall be null and void *ab initio*.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, the Procedures shall apply to the holding and transfers of Common Stock or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Order, a 50-Percent Shareholder may not claim a worthless stock deduction with respect to Common Stock, or Beneficial Ownership of Common Stock, in violation of the Procedures, and any such deduction in violation of the Procedures shall be null and void *ab initio*, and the 50-Percent Shareholder shall be required to file an amended tax return revoking such proposed deduction.

---

[3] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Interim Order or the Motion, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, upon the request of any entity, the proposed notice, claims, and solicitation agent for the Debtors, Stretto, will provide a copy of the Interim Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time. Such declarations are also available via PACER on the Court's website at https://ecf.nysb.uscourts.gov/ for a fee or free of charge by accessing the Debtors' restructuring website at https://cases.stretto.com/Voyager.

**PLEASE TAKE FURTHER NOTICE** that the final hearing (the "Final Hearing") on the Motion shall be held on August 4, 2022, at 11:00 a.m., prevailing Eastern Time. Any objections or responses to entry of a final order on the Motion shall be filed on or before 4:00 p.m., prevailing Eastern Time, on July 28, 2022, and shall be served on: (a) the Debtors, Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn: David Brosgol; (b) proposed counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., and Allyson B. Smith; (c) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Richard Morrissey and Mark Bruh; and (d) counsel to any statutory committee appointed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, failure to follow the procedures set forth in the Interim Order shall constitute a violation of, among other things, the automatic stay provisions of section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that nothing in the Interim Order shall preclude any person desirous of acquiring any Common Stock from requesting relief from the Interim Order from this Court, subject to the Debtors' and the other Notice Parties' rights to oppose such relief.

**PLEASE TAKE FURTHER NOTICE** that other than to the extent that the Interim Order expressly conditions or restricts trading in, or claiming a worthless stock deduction with respect to, Common Stock, nothing in the Interim Order or in the Motion shall, or shall be deemed to, prejudice, impair, or otherwise alter or affect the rights of any holders of Common Stock, including in connection with the treatment of any such stock under any chapter 11 plan or any applicable bankruptcy court order.

**PLEASE TAKE FURTHER NOTICE** that any prohibited purchase, sale, other transfer of, or declaration of worthlessness with respect to Common Stock, beneficial ownership thereof, or option with respect thereto in violation of the Interim Order is prohibited and shall be null and void *ab initio* and may be subject to additional sanctions as this court may determine.

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the Interim Order are in addition to the requirements of applicable law and do not excuse compliance therewith.

# Exhibit B

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor: | **Voyager Digital Holdings, Inc.**[1]<br>Name | EIN | 8 2 – 3 9 9 7 6 8 7 |
| United States Bankruptcy Court for the: | Southern District of New York<br>(State) | Date case filed for chapter 11: | July 05, 2022<br>MM / DD / YYYY |
| Case Number: | 22-10943 (MEW) | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                                10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtors' full name:  See chart below.**

   **List of Jointly Administered Cases**

| No. | Debtor | Former Name | Address | Case No. | EIN # |
|---|---|---|---|---|---|
| 1 | **Voyager Digital Holdings, Inc.** | N/A | **33 Irving Place,<br>3rd Floor New York,<br>NY 10003** | **22-10943 (MEW)** | 82-3997687 |
| 2 | **Voyager Digital Ltd.** | **Voyager Digital (Canada) Ltd.** | **333 Bay Street<br>Suite 2400 Toronto,<br>Ontario M5H 2R2** | **22-10944 (MEW)** | N/A |
| 3 | **Voyager Digital, LLC** | N/A | **78 SW 7th Street,<br>8th Floor Miami,<br>FL 33130** | **22-10945 (MEW)** | 82-4138013 |

---

[1] The Debtors have requested joint administration of these chapter 11 cases. The location of the Debtors' service address for purposes of these chapter 11 cases is:  33 Irving Place, 3rd Floor New York, NY 10003.

**For more information, see page 2 ▶**

Official Form 309F1 (For Corporations or Partnerships) Notice of Chapter 11 Bankruptcy Case                                                                page 1

| Debtor | Voyager Digital Holdings, Inc. | Case number (*if known*) 22-10943 (MEW) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 2. | **All other names used in the last 8 years** | See chart above |
| 3. | **Address** | See chart above |
| 4. | **Debtor's attorney**<br>Name and address | Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900 |

| | | | |
|---|---|---|---|
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004<br><br>All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://cases.stretto.com/Voyager | Hours open<br>8:30 a.m. to 5:00 p.m. (prevailing Eastern Time)[2]<br><br>Contact phone:<br>(212) 668-2870 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | Time and Date to be Determined<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location to be Determined |
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | **Not yet set. If a deadline is set court will send you another notice.** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>☒ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>☒ you file a proof of claim in a different amount; or<br>☒ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |

---

[2] Please reference the Court's website for operating procedures in response to the COVID-19 pandemic: http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19.

| | | |
|---|---|---|
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**  Not yet set. If a deadline is set court will send you another notice. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

# **<u>Exhibit C</u>**

**STRETTO**

Exhibit C
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AMERICAN ENTERPRISE INVESTMENT SVCS | GREG WRAALSTAD | 901 3RD AVE SOUTH | | | MINNEAPOLIS | MN | 55474 | |
| APEX CLEARING CORPORATION | ATTN: BRIAN DARBY | ONE DALLAS CENTER | 350 M ST PAUL SUITE 1300 | | DALLAS | TX | 75201 | |
| BMO NESBITT BURNS INC CDS | CORPORATE ACTIONS | PHUTHORN PENIKETT | 250 YONGE STREET | 14TH FLOOR | TORONTO | ON | M5B 2M8 | CANADA |
| BNY MELLON | CORP ACTIONS | 525 WILLIAM PENN PLACE | SUITE 153-0400 | | PITTSBURGH | PA | 15259 | |
| BNY MELLON WEALTH MANAGEMENT | OPERATIONS DEPT | BETH COYLE | TWO BNY MELLON CENTER | SUITE 1215 | PITTSBURGH | PA | 15222 | |
| BNYMELLON WEALTH MANAGEMENT | KEVIN KELLY | CORPORATE ACTIONS | ONE MELLON BANK CENTER | 4TH FLOOR- 151-0440 | PITTSBURGH | PA | 15258 | |
| BNYMELLON WEALTH MANAGEMENT | MICHAEL KANIA | CORP ACTIONS | 525 WILLIAM PENN PLACE | SUITE 1215 | PITTSBURGH | PA | 15259 | |
| BROWN BROTHERS HARRIMAN & CO | JERRY TRAVERS | 525 WASHINGTON BLVD | | | JERSEY CITY | NJ | 07310 | |
| CANACCORD GENUITY CORP CDS | BEN THIESSEN | 2200-609 GRANVILLE STREET | | | VANCOUVER | BC | V7Y 1H2 | CANADA |
| CDS CLEARING AND DEPOSITORY SVCS | LORETTA VERELLI | 600 BOUL DE MAISONNEUVE | OUEST BUREAU 210 | | MONTREAL | QC | H3A 3J2 | CANADA |
| CETERA INVESTMENT SERVICES LLC | ANGELA HANDELAND | SUPERVISOR | 400 1ST STREET SOUTH | SUITE 300 | ST CLOUD | MN | 56301 | |
| CHARLES SCHWAB & CO INC | CHRISTINA YOUNG | 2423 E LINCOLN DRIVE | | | PHOENIX | AZ | 85016-1215 | |
| CHARLES SCHWAB & CO INC | Corporate Actions Dept : 01-1B572 | Christina Young | 2423 E LINCOLN DRIVE | | PHOENIX | AZ | 85016-1215 | |
| CITIBANK N A | SHERIDA SINANAN | 3801 CITIBANK CENTER | B 3RD FLOOR ZONE 12 | | TAMPA | FL | 33610 | |
| CITIGROUP GLOBAL MKTS INC CLEARING | CORRESPONDENT CLEARING | ABIGAIL DAVIES | 388 GREENWICH STREET | 11TH FLOOR | NEW YORK | NY | 10013 | |
| COR CLEARING LLC | ANH MECHALS | 9300 UNDERWOOD AVENUE | SUITE 400 | | OMAHA | NE | 68114 | |
| CREDENTIAL SECURITIES INC CDS | CORPORATE ACTIONS | 700 – 1111 WEST GEORGIA ST | | | VANCOUVER | BC | V6E 4T6 | CANADA |
| D A DAVIDSON & CO | RITA LINSKEY | 8 THIRD STREET NORTH | | | GREAT FALLS | MT | 59401 | |
| DEUTSCHE BANK AG NY CEDEAR | JOHN BINDER | VICE PRESIDENT | 100 PLAZA ONE | 2ND FLOOR | JERSEY CITY | NJ | 07311 | |
| E*TRADE CLEARING LLC | C O BROADRIDGE | ATTN: CORPORATE ACTIONS DEPT | 2 JOURNAL SQUARE PLAZA | 5TH FLOOR | JERSEY CITY | NJ | 07306 | |
| EDWARD D JONES & CO | DEREK ADAMS | 12555 MANCHESTER ROAD | | | ST LOUIS | MO | 63131 | |
| EDWARD D JONES & CO | ELIZABETH ROLWES | CORPORATE ACTIONS | 201 PROGRESS PARKWAY | | MARYLAND HEIGHTS | MO | 63043-3042 | |
| EDWARD D JONES & CO | ELIZABETH ROLWES | 201 PROGRESS PARKWAY | | | MARYLAND HEIGHTS | MO | 63043-3042 | |
| FIRST CLEARING LLC | CORPORATE ACTIONS | 2801 MARKET STREET | H0006-09B | | ST LOUIS | MO | 63103 | |
| GOLDMAN SACHS & CO | ATTN: STEVE BERRIOS - CORP ACTIONS | 100 BURMA ROAD | | | JERSEY CITY | NJ | 07305 | |
| GOLDMAN SACHS & CO | PROXY HOTLINE 1 | 30 HUDSON STREET | PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302 | |
| GOLDMAN SACHS INTERNATIONAL | ASSET SERVICING | 30 HUDSON STREET | PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302 | |
| HILLTOP SECURITIES INC | RHONDA JACKSON | 1201 ELM STREET | SUITE 3500 | | DALLAS | TX | 75270 | |
| INTERACTIVE BROKERS RETAIL EQTY CL | KARIN MCCARTHY | 8 GREENWICH OFFICE PARK | | | GREENWICH | CT | 06831 | |
| J P MORGAN CLEARING CORP | MARCIN BIEGANSKI | 14201 DALLAS PARKWAY 12TH FL | | | DALLAS | TX | 75254 | |
| JANNEY MONTGOMERY SCOTT LLC | ATTN: CORPORATE ACTIONS DEPARTMENT | 1717 ARCH STREET 19TH FLOOR | | | PHILADELPHIA | PA | 19103 | |
| JEFFERIES LLC | ROBERT MARANZANO | 34 EXCHANGE PL | | | JERSEY CITY | NJ | 07311 | |
| KCG AMERICAS LLC | JANICA BRINK VP | CORPORATE ACTIONS | 545 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310 | |
| LPL FINANCIAL CORPORATION | CORPORATE ACTIONS | KRISTIN KENNEDY | 9785 TOWNE CENTRE DRIVE | | SAN DIEGO | CA | 92121-1968 | |
| MARSCO INVESTMENT CORPORATION | MARK KADISON | 101 EISENHOWER PARKWAY | | | ROSELAND | NJ | 07068 | |
| MERRILL LYNCH PIERCE FENNER & | SMITH INC -SECURITIES LENDING | EARL WEEKS | 4804 DEER LAKE DR E | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH PIERCE FENNER & | SMITH INCORPORATED | EARL WEEKS | 4804 DEAR LAKE DR E | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH PIERCE FENNER & SMITH | DTC 8862 | EARL WEEKS | 4804 DEERLAKE DR E | | JACKSONVILLE | FL | 32246 | |
| MERRILL LYNCH PIERCE FENNER & SMITH | EARL WEEKS | ATTN: CORPORATE ACTIONS | 4804 DEER LAKE DR E | | JACKSONVILLE | FL | 32246 | |
| MORGAN STANLEY & CO INTERNATIONAL | DAN SPADACCINI | 901 SOUTH BOND ST | 6TH FL | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO INTL PLC | 25 CABOT SQUARE CANNARY WHARF | | | | LONDON | | E14 4QA | UNITED KINGDOM |
| MORGAN STANLEY & CO LLC | CORP ACTIONS | 1300 THAMES STREET | 7TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO LLC | MICHELLE FORD | 901 SOUTH BOND ST | 6TH FL | | BALTIMORE | MD | 21231 | |
| NATIONAL FINANCIAL SERVICES LLC | CORP ACTIONS | 200 Seaport Boulevard Z1B | | | BOSTON | MA | 02210 | |
| NBCN INC CDS | ANNA MEDEIROS | CORPORATE ACTIONS | 1010 RUE DE LA GAUCHETIERE ST WEST | SUITE 1925 | MONTREAL | QC | H3B 5J2 | CANADA |
| OPPENHEIMER & CO INC | OSCAR MAZARIO | 85 BROAD STREET | | | NEW YORK | NY | 10004 | |
| PERSHING LLC | JOSEPH LAVARA | ONE PERSHING PLAZA | | | JERSEY CITY | NJ | 07399 | |
| PNC BANK NATIONAL ASSOCIATION | JUANITA NICHOLS | 8800 TINICUM BLVD | MAILSTOP F6-F266-02-2 | | PHILADELPHIA | PA | 19153 | |
| QUESTRADE INC CDS | CORPORATE ACTIONS | 5650 YONGE STREET | SUITE 1700 | | TORONTO | ON | M2M 4G3 | CANADA |
| RAYMOND JAMES & ASSOCIATES INC | ROBERTA GREEN | 880 CARILION PARKWAY | | | SAIT PETERSBURG | FL | 33716 | |
| RAYMOND JAMES LTD CDS | CORPORATE ACTIONS | PO BOX 23558 | | | ST PETERSBURG | FL | 33742-3558 | |
| RBC CAPITAL MARKETS LLC | STEVE SCHAFER SR | ASSOCIATE | 60 S 6TH ST - P09 | | MINNEAPOLIS | MN | 55402-4400 | |
| RBC DOMINION SECURITIES INC CDS | KAREN OLIVERES | 200 BAY STREET 6TH FLOOR | ROYAL BANK PLAZA NORTH TOWER | | TORONTO | ON | M5J 2W7 | CANADA |
| ROBERT W BAIRD & CO INCORPORATED | JAN SUDFELD | 777 E WISCONSIN AVENUE | 19TH FLOOR | | MILWAUKEE | WI | 53202 | |
| SCOTIA CAPITAL INC CDS | CORPORATE ACTIONS | LUISA DOMINGUES | 40 KING STREET W | | TORONTO | ON | M5H1H1 | CANADA |
| SEI PRIVATE TRUST COMPANY | ERIC GREENE | ONE FREEDOM VALLEY DRIVE | | | OAKS | PA | 19456 | |
| SEI PRIVATE TRUST COMPANY C O GWP | ERIC GREENE | ONE FREEDOM VALLEY DRIVE | | | OAKS | PA | 19456 | |
| STATE STREET BANK & TRUST STATE ST | JOSEPH J CALLAHAN | GLOBAL CORP ACTION DEPT JAB5W | P O BOX 1631 | | BOSTON | MA | 02105-1631 | |
| STATE STREET BANK & TRUST TOTALETF | GLOBAL CORP ACTION DEPT JAB5W | JERRY PARRILLA | 1776 HERITAGE DR | | NORTH QUINCY | MA | 02171 | |
| STERNE AGEE & LEACH INC | KEN SIMPSON JAMES MEZRANO | 2 PERIMETER PARK | SUITE 100W | | BIRMINGHAM | AL | 35209 | |
| STIFEL NICOLAUS & COMPANY INC | 501 N BROADWAY | ONE FINANCIAL PLAZA | | | ST LOUIS | MO | 63102 | |
| STIFEL NICOLAUS & COMPANY INC | C O MEDIAN COMMUNICATIONS | 200 REGENCY FOREST DRIVE | | | CARY | NC | 27518 | |
| STOCKCROSS FINANCIAL SERVICES INC | DIANE TOBEY | 77 SUMMER STREET | | | BOSTON | MA | 02110 | |
| TD AMERITRADE CLEARING INC | ATTN: CORP ACTIONS | SUZANNE BRODD | 200 S 108TH AVENUE | | OMAHA | NE | 68154 | |
| TD AMERITRADE CLEARING INC | KEVIN STRINE | 4211 S 102ND STREET | | | OMAHA | NE | 68127 | |
| TD AMERITRADE CLEARING INC | MANDI FOSTER | 1005 N AMERITRADE PLACE | | | BELLEVUE | NE | 68005 | |
| TD WATERHOUSE CANADA INC CDS | YOUSUF AHMED | 77 BLOOR STREET WEST | 3RD FLOOR | | TORONTO | ON | M4Y 2T1 | CANADA |
| TRADESTATION SECURITIES INC | ATTN: ANDREA AUGUSTIN | CORPORATE ACTIONS | 8050 SW 10TH ST | | PLANTATION | FL | 33324 | |
| U S BANCORP INVESTMENTS INC | KEVIN BROWN | ASSISTANT VICE PRESIDENT | 60 LIVINGSTON AVE | | ST PAUL | MN | 55107-1419 | |
| UBS FINANCIAL SERVICES INC | JANE FLOOD | 1000 HARBOR BLVD | | | WEEHAWKEN | NJ | 07086 | |
| VANGUARD MARKETING CORPORATION | ATTN: BEN BEGUIN | 14321 N NORTHSIGHT BOULEVARD | | | SCOTTSDALE | AZ | 85260 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

**Exhibit C**
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| VANGUARD MARKETING CORPORATION | | 100 VANGUARD BOULEVARD | | | MALVERN | PA | 19355 | |
| VANGUARD MARKETING CORPORATION | | PO BOX 1170 | | | VALLEY FORGE | PA | 19482-1170 | |
| WEDBUSH SECURITIES INC | ALAN FERREIRA | P O BOX 30014 | | | LOS ANGELES | CA | 90030 | |
| WEDBUSH SECURITIES INC P3 | ALAN FERREIRA | 1000 WILSHIRE BLVD | SUITE #850 | | LOS ANGELES | CA | 90030 | |
| WILSON-DAVIS & CO  INC | BILL WALKER | 236 SOUTH MAIN STREET | | | SALT LAKE CITY | UT | 84101 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2

# **<u>Exhibit D</u>**



# Exhibit D
Served via Electronic Mail

| Nominee Name | Email |
| --- | --- |
| BMO NESBITT BURNS INC./CDS** | NBOPS.PROXY@BMO.COM<br>DINA.FERNANDES@BMONB.COM<br>BMOCMSETTLEMENTS.NEWYORK@BMO.COM<br>BMOGAM.SLOPERATIONS@BMO.COM |
| CANACCORD GENUITY CORP./CDS** | BEN.THIESSEN@CANACCORD.COM |
| CDS CLEARING AND DEPOSITORY SERVICES | CDSCUSTOMERSUPPORT@TMX.COM |
| TD WATERHOUSE CANADA INC./CDS** | TDWPROXY@TD.COM |
| AMERICAN ENTERPRISE INVESTMENT SERVI | GREGORY.A.WRAALSTAD@AMPF.COM |
| APEX CLEARING CORPORATION | CORPORATEACTIONS@APEXCLEARING.COM |
| BNY MELLON  - EMAIL | SLCW@BNYMELLON.COM<br>PROXYSUPPORT@BNYMELLON.COM<br>GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM<br>PXRPT@BNYMELLON.COM<br>PGHEVENTCREATION@BNYMELLON.COM<br>PGH.CA.EVENT.CREATION@BNYMELLON.COM<br>STEPHEN.COCCODRILLI@BNYMELLON.COM |
| BROWN BROTHERS HARRIMAN & CO. | JERRY.TRAVERS@BBH.COM |
| CETERA INVESTMENT SERVICES LLC | ANGELA.HANDELAND@CETERAFI.COM |
| CHARLES SCHWAB & CO., INC. | PHXMCBR@SCHWAB.COM |
| CHARLES SCHWAB & CO., INC. | CHRISTINA.YOUNG@SCHWAB.COM<br>JEN.CURTIN@SCHWAB.COM |
| CITIBANK, N.A. | GTS.CAEC.TPA@CITI.COM<br>MARIANNE.SULLIVAN@CITI.COM<br>PAOLA.PRINS@CITI.COM<br>DARYL.SLATER@CITI.COM<br>MICHAEL.FENNER@CITI.COM<br>THEOPHILUS.CHAN@CITI.COM<br>PRABHA.L.BATNI@CITI.COM<br>ANN.E.NOBBE@CITI.COM; |
| CITIGROUP GLOBAL MARKETS, INC./CORRESPONDENT CLEARING | GTS.CAEC.TPA@CITI.COM<br>MARIANNE.SULLIVAN@CITI.COM<br>PAOLA.PRINS@CITI.COM<br>DARYL.SLATER@CITI.COM<br>MICHAEL.FENNER@CITI.COM<br>THEOPHILUS.CHAN@CITI.COM<br>PRABHA.L.BATNI@CITI.COM<br>ANN.E.NOBBE@CITI.COM; |
| COR CLEARING LLC | CORPORATE.ACTION@CORCLEARING.COM |
| D. A. DAVIDSON & CO. | RLINSKEY@DADCO.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 5



**Exhibit D**
Served via Electronic Mail

| Nominee Name | Email |
|---|---|
| DEUTSCHE BANK AG NY/CEDEAR | KEVIN.MILLER@DB.COM |
| | SAGAR.SHARMA@DB.COM |
| | CYNTHIA.RAINIS@DB.COM |
| | JAMIE.SILVERSTEIN@DB.COM |
| E*TRADE CLEARING LLC | VANDANA.X.VEMULA@BROADRIDGE.COM |
| EDWARD D. JONES & CO. | ELIZABETH.ROLWES@EDWARDJONES.COM |
| EDWARD D. JONES & CO. | GINGER.STILLMAN@EDWARDJONES.COM |
| FIRST CLEARING, LLC | PPCA@FIRSTCLEARING.COM |
| | CYNTHIA.BROWN@FIRSTCLEARING.COM |
| | CYNTHIA.BROWN@WELLSFARGOADVISORS.COM |
| | JOHN.KALINOWSKI@FIRSTCLEARING.COM |
| | OPS@FIRSTCLEARING.COM |
| | CAV@FIRSTCLEARING.COM |
| Goldman Sachs & Co DTC #0005 | GS-AS-NY-PROXY@NY.EMAIL.GS.COM |
| GOLDMAN SACHS INTERNATIONAL | GS-AS-NY-PROXY@EMAIL.GS.COM |
| GOLDMAN, SACHS & CO. | GS-AS-NY-PROXY@GS.COM |
| GOLDMAN, SACHS & CO. | GS-AS-NY-PROXY@GS.COM |
| HILLTOP SECURITIES INC. | PROXY@SWST.COM |
| INTERACTIVE BROKERS RETAIL EQUITY CL | PROXY@INTERACTIVEBROKERS.COM |
| J.P. MORGAN CLEARING CORP. | USSO.PROXY.TEAM@JPMORGAN.COM |
| | JPMORGANINFORMATION.SERVICES@JPMORGAN.COM |
| | IB.MANDATORY.CORP.ACTIONS@JPMORGAN.COM |
| JANNEY MONTGOMERY SCOTT LLC | KWALTON@JANNEY.COM |
| | REORGCONTACTS@JANNEY.COM |
| JEFFERIES LLC | RMARANZANO@JEFFERIES.COM |
| KCG AMERICAS LLC | JBRINK@KNIGHT.COM |
| LPL FINANCIAL CORPORATION | KRISTIN.KENNEDY@LPL.COM |
| | JASON.ADAMEK@LPL.COM |
| | CORPORATE.ACTION@LPL.COM |
| | CINTHYA.LEITE@LPL.COM |
| | STEVEN.TRZCINSKI@LPL.COM |
| | KEVIN.MOULTON@LPL.COM |
| | MICAH.WEINSTEIN@LPL.COM |
| MARSCO INVESTMENT CORPORATION | MKADISON@MARSCO.COM |
| MERRILL LYNCH PIERCE FENNER & SMITH | CPACTIONSLITIGATION@ML.COM |
| | EARL.WEEKS@BAML.COM |
| | KATELYN.BECK@BAML.COM |
| | CORPACTIONSPROXY@ML.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 5

**Exhibit D**
Served via Electronic Mail

| Nominee Name | Email |
|---|---|
| MERRILL LYNCH, PIERCE FENNER & | CPACTIONSLITIGATION@ML.COM<br>EARL.WEEKS@BAML.COM<br>KATELYN.BECK@BAML.COM<br>CORPACTIONSPROXY@ML.COM |
| MERRILL LYNCH, PIERCE FENNER & SMITH | CPACTIONSLITIGATION@ML.COM<br>EARL.WEEKS@BAML.COM<br>KATELYN.BECK@BAML.COM<br>CORPACTIONSPROXY@ML.COM |
| MERRILL LYNCH, PIERCE, FENNER & | EARL.WEEKS@BAML.COM<br>CPACTIONSLITIGATION@ML.COM<br>KATELYN.BECK@BAML.COM<br>CORPACTIONSPROXY@ML.COM |
| MORGAN STANLEY & CO. INTERNATIONAL P | DANIEL.SPADACCIN@MORGANSTANLEY.COM |
| MORGAN STANLEY & CO. LLC | DEALSETUP@MORGANSTANLEY.COM<br>RAQUEL.DEL.MONTE@MORGANSTANLEY.COM<br>MARIA.CACOILO@MORGANSTANLEY.COM<br>PSCLASSACT@MORGANSTANLEY.COM<br>PROXY.BALT@MS.COM<br>PSCLASSACT@MS.COM<br>CLASSACT@MS.COM<br>PRODDATA@MORGANSTANLEY.COM<br>CLASSACT@MORGANSTANLEY.COM |
| MORGAN STANLEY & CO. LLC | PROXY.BALT@MS.COM<br>PSCLASSACT@MS.COM<br>CLASSACT@MS.COM<br>PRODDATA@MORGANSTANLEY.COM<br>CLASSACT@MORGANSTANLEY.COM |
| Morgan Stanley Smith Barney DTC #0015 | USPROXIES@MORGANSTANLEY.COM |
| NATIONAL FINANCIAL SERVICES LLC | PETER.CLOSS@FMR.COM<br>LISA.GANESH@FMR.COM<br>SEAN.MCDONOUGH@FMR.COM<br>JASON.DRESS@FMR.COM<br>ROHAN.ROSE@FMR.COM<br>JOHN.SPURWAY@FMR.COM<br>GERARDO.FLEITES@FMR.COM<br>ROB.DAY@FMR.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 3 of 5



Exhibit D
Served via Electronic Mail

| Nominee Name | Email |
|---|---|
| OPPENHEIMER & CO. INC. | GUILLERMO.GONZALEZ@OPCO.COM<br>COLIN.SANDY@OPCO.COM<br>REORG@OPCO.COM<br>KENYA.WHITE@OPCO.COM<br>FRAN.BANSON@OPCO.COM |
| PERSHING LLC | JLAVARA@PERSHING.COM<br>PERSHINGCORPORATEACTIONS@PERSHING.COM<br>VOLUNTARYPROCESSING@PERSHING.COM<br>PERSHINGCORPROATEACTIONSPROXY@PERSHING.COM<br>CHENICE.BRINSON@PERSHING.COM |
| PNC BANK, NATIONAL ASSOCIATION | CASPR@PNC.COM<br>MCA@PNC.COM<br>JNICHOLS@PNC.COM<br>YVONNE.MUDD@PNCBANK.COM |
| RAYMOND JAMES & ASSOCIATES, INC. | ROBERTA.GREEN@RAYMONDJAMES.COM |
| RAYMOND JAMES LTD./CDS** | CORPORATEACTIONS@RAYMONDJAMES.COM |
| RBC CAPITAL MARKETS, LLC | NICHOLAS.ONKEN@RBC.COM<br>RBCWM-PROXYNOTIFICATIONS@RBC.COM |
| ROBERT W. BAIRD & CO. INCORPORATED | JSUDFELD@RWBAIRD.COM |
| SEI PRIVATE TRUST COMPANY | EGREENE@SEIC.COM |
| STATE STREET BANK & TRUST/STATE STRE | PROXY-SERVICES@STATESTREET.COM<br>USCARESEARCH@STATESTREET.COM<br>BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM |
| STATE STREET BANK & TRUST/STATE STREET TOTALETF | PROXY-SERVICES@STATESTREET.COM<br>USCARESEARCH@STATESTREET.COM<br>BARINGSIMSUSCLIENTSERVICES@STATESTREET.COM |
| STERNE, AGEE & LEACH, INC. | JMEZRANO@STERNEAGEE.COM<br>KSIMPSON@STERNEAGEE.COM |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | RESMANNZ@STIFEL.COM |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED | RUSSELLC@STIFEL.COM<br>KIVLEHENS@STIFEL.COM<br>WIEGANDC@STIFEL.COM<br>OPSSTOCKRECORDS@STIFEL.COM<br>BLANNERM@STIFEL.COM |
| STOCKCROSS FINANCIAL SERVICES, INC. | DIANE.TOBEY@STOCKCROSS.COM |
| TD AMERITRADE CLEARING, INC. | DIANE.EASTER@TDAMERITRADE.COM<br>TDWPROXY@TDSECURITIES.COM |
| TRADESTATION SECURITIES, INC. | CORPACTIONS@TRADESTATION.COM |

**Exhibit D**
Served via Electronic Mail

| Nominee Name | Email |
|---|---|
| U.S. BANCORP INVESTMENTS, INC. | USBIIREORGINCOME@USBANK.COM<br>TRUSTCLASSACTIONS@USBANK.COM<br>TRUST.PROXY@USBANK.COM |
| UBS FINANCIAL SERVICES INC. | JANE.FLOOD@UBS.COM |
| VANGUARD MARKETING CORPORATION | VBS_CORPORATE_ACTIONS@VANGUARD.COM |
| WEDBUSH SECURITIES INC. | ALAN.FERREIRA@WEDUBUSH.COM |
| WEDBUSH SECURITIES INC./P3 | ALAN.FERREIRA@WEDBUSH.COM |