**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-10943(MEW) |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) ) |  |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Charles R. Gibbs, request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., in the above-referenced bankruptcy cases. I certify that I am admitted, practicing and in good standing of the bar of the State of Texas, the United States District Courts for the Eastern, Northern, Southern, and Western Districts of Texas, and the United States Courts of Appeals for the First, Third, Fourth, Fifth, Eighth, and Eleventh Circuits.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Respectfully submitted,

McDermott Will & Emery LLP

By: *Charles R. Gibbs*
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Fax: (972) 232-3098
E-mail: crgibbs@mwe.com

July 22, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

## **CERTIFICATE OF SERVICE**

I, Charles R. Gibbs, hereby certify that on this 22nd day of July, 2022, I caused to be served a copy of the *Motion for Admission to Practice Pro Hac Vice* filed herewith to be served by this Court's CM/ECF System.

    Respectfully submitted,

    McDermott Will & Emery LLP

    By: *Charles R. Gibbs*
    2501 North Harwood Street, Suite 1900
    Dallas, TX 75201-1664
    Telephone: (214) 295-8000
    Fax: (972) 232-3098
    E-mail: crgibbs@mwe.com

DM_US 189737168-1.T19413.0010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-10943(MEW) |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) ) |  |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Charles R. Gibbs, to be admitted *pro hac vice* to represent the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc. in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Texas; it is hereby:

**ORDERED** that Charles R. Gibbs, is admitted to practice *pro hac vice* in the above-referenced cases to represent the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc. in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: _____, 2022

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

DM_US 189737168-1.T19413.0010