Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF RESPONSE TO CERTAIN MEDIA STATEMENTS**

**PLEASE TAKE NOTICE** that, on July 11, 2021, KaJ Labs published a press release indicating that it had issued a letter of intent (the "LOI") to purchase certain assets of the above captioned debtors (the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, on July 21, 2022, KaJ Labs published a press release indicating that it had rescinded the purported LOI.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a response to KaJ Labs' press releases, attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| | |
|---|---|
| Dated: July 23, 2022<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:         jsussberg@kirkland.com<br>                    cmarcus@kirkland.com<br>                    christine.okike@kirkland.com<br>                    allyson.smith@kirkland.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

**<u>Exhibit A</u>**

**Response**

Re:  Press Releases by KaJ Labs

On July 11, 2022, KaJ Labs ("KaJ") announced, via press release, that it issued a letter of intent (the "LOI") to acquire the assets of Voyager Digital Holdings, Inc. ("Voyager"). The press release was published in several major news publications, including Bloomberg, Forbes, and Reorg Research.[2]

On July 21, 2022, KaJ announced, via press release, that it rescinded the LOI due to "disagreements regarding the deal structure and the closing process." The press release was published in Bloomberg, Reorg Research, and several other publications.[3]

KaJ's press releases are a complete fabrication.  KaJ has not participated in Voyager's marketing and sale process.  KaJ did not sign a confidentiality agreement and was not given access to any confidential information.  KaJ did not submit (and to date still has not submitted) an LOI to Voyager.  KaJ did not engage in any conversations with Voyager's management team or any of Voyager's advisors regarding deal structure or the closing process and, therefore, the statement regarding "disagreements" about deal structure and the closing process are completely fabricated.

The only communication with KaJ to date are emails from a KaJ principal asking Voyager to publicly acknowledge receipt of an LOI (which, as noted above, would have been false). Voyager responded by inviting KaJ to sign a confidentiality agreement and participate in the process just like every other potential bidder.  KaJ ignored Voyager's invitation.

It is unclear what KaJ hopes to gain by the public release of false and misleading statements.  But to ensure that these false statements have no impact on the fair and transparent process that Voyager and its advisors are currently engaged in, Voyager believes it is critical to correct the record.  Voyager remains steadfast in its restructuring process and continues to work to drive toward a value-maximizing transaction that is beneficial to Voyager's customers and stakeholders.

---

[2] *See, e.g.*, https://www.bloomberg.com/press-releases/2022-07-11/lithosphere-litho-developer-kaj-labs-announces-letter-of-intent-to-acquire-voyager-digital-assets-for-250-million.

[3] *See, e.g.*, https://www.bloomberg.com/press-releases/2022-07-21/kaj-labs-rescinds-250-million-loi-to-acquire-voyager-digital-s-assets