**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-10943(MEW) |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) ) |  |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Charles R. Gibbs, to be admitted *pro hac vice* to represent the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc. in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Texas; it is hereby:

**ORDERED** that Charles R. Gibbs, is admitted to practice *pro hac vice* in the above-referenced cases to represent the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc. in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: __July 25__, 2022

                                          s/Michael E. Wiles
                                          THE HONORABLE MICHAEL E. WILES
                                          UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.