**Mr. Judge Wiles**
**Case 22-10943**
**Room 614**

# "Request For Relief"

I am **Analicia V**, and I am an account holder with Voyager Digital . The organization is still in the process of Chapter 11 bankruptcy "restructuring". However , I do not feel as though the restructuring "pro-rata" proposal will be justice enough to reconcile the losses & effect this company has had on my life.

I am sincerely asking for the best possible remedy and "financial relief" and compensation due the severity & impact the organization Voyager has had & the negligence use of its customers' purchases and funds in addition to the restriction of access &  withdrawals. My purchases are of crypto-currencies are a estimated worth of  **$ 100,000** .

I am a victim of crpto-currency fraud & believe Voyager Digital is operated by civil fraudulent criminals who lured customers with false advertising and since have altered all of their business information online & are strategically attempting to rob its account holders and investors and proclaims to be bankrupt but is still operating business while also paying its staff and lawyers. I am very much worried that I will not receive ALL of my purchased crypto-currencies with the proposed Chapter 11 "Restructuring Plan" and do not feel the restructuring Proposal will be enough justice to small investors who were strategically lured by false marketing and have been severely affected at the hands of this organization.

I *Analicia V* am requesting financial relief from "*Voyager Digital"* in the amount of  **$ 100,000 US Dollars.**

*Thank You very much for taking any time to consider providing any solution and financial relief .*

Sincerely ,
***Analicia V.***