UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*** 

I, Eric A. Pullen, request admission, *pro hac vice*, before the Honorable Michael E. Wiles to represent USIO, Inc., a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the State of Texas, and licensed to practice before all courts of that state, and also admitted to practice in the United States District Court for the Southern and Western Districts of Texas.

I have submitted the filings fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 25, 2022

                                                          */S/Eric A. Pullen*
                                                          Eric A. Pullen
                                                          PULMAN, CAPPUCCIO & PULLEN, LLP
                                                          2161 N.W. Military Highway Ste. 400
                                                          San Antonio, Texas 78213
                                                          Ph: (210) 222-9494
                                                          Fax: (210) 892-1610
                                                          Email: epullen@pulmanlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

{00585372;1}

## CERTIFICATE OF SERVICE

      I, Eric A. Pullen, certify that on the 25 July 2022, a true and correct copy of the foregoing Motion for Admission to Practice *Pro Hac Vice* was filed and served by CM/ECF.

Dated:  July 25, 2022                          */s/Eric A. Pullen*
                                                      Eric A. Pullen

{00585372;1}