Dear Judge Micheal E. Wiles

I'm writing you as a customer of Voyager digital. I have spent years saving investing & trading crypto assets to build what was a life changing amount of money that I would one day sell to provide college & other needs for my family. I, Jacob Redburn, had deposited 100 ethereum on to a Voyager digitals trading platform. They said they would be open honest but a week before filing for bankruptcy the CEO posted how they were having no issues. Straight lied to us. The small % in returns does not justify them being able to just sell & steal our crypto. My familyes future is ruined if they just get to not return my assets. even if im only given half back & then years later given or payed back the rest to me. This will ruin my future, my daughters future & cost the goverment hundreds of thousands in capital gains I would pay when I do plan to sell. My plan was to stake my eth when eth 2.0 went live earning my family income to progress on. I beg that we are to recive our crypto that we're owed. not worthless stock or vgx tokens worth nothing.

Dear Judge Michael E. Wiles

I'm writing you as a customer of Voyager Digital. I have spent years actively investing & trying crypto assets to build a nest egg. A life changing amount of money that I would one day sell to provide college & other needs for my family. I, Todd Lederer, had deposited 100 of theseum on 6-10- & Voyagers digital's trading platform. They said they would be open honest but around & fair. Filing For Bankruptcy the Ceo acted how they were heading in issues. Stipulate lied to us The Super 10 in returns above not Justifing from being able to just sell & steal our crypto. My families future is ruined if this Judge get to not futher my asset. and If in only given Half back of that your beta give it back. This is lost to me. This will ruin my future, my daughters future & lost of the present amount of thousands in capital gains I would lost. What I do plan to sell my that was to Stake my eth either eth 2.0 under Lido earning my family income to progress on. I beg that we are to have our crypto that was over, not worthless stock or you tokens worth nothing.

Voyager should have to Return 100% of our crypto over time. The careless lending to (3AC) seems like intentional failure because no one is that dumb. I spend 6 years building my crypto portfolio. Please consider the ideas that were somewhat missed on the level of Risk that we were unaware we were being exposed to. losing 100 eth will ruin my family. at market peak that was 480,000 dollars & I was waiting for next cycle to sell out. They are stealing basically at least 1/2 million dollars value from my family. even if they work out a payment plan to pay us back. I'm on board with that, we just can't afford to lose 100 eth that took 6 yrs. & thousands of dollars of savings. My lifes savings would be wiped out. I just don't understand how they can even do this. Please help U.S. customers as primary lenders. We should be paid back first, The corporations can afford the write off, My family can not afford this. this will set us back 10+ years. Thank you for your time

Jacob Ryan Redburn
Voyager customer
7.18.22

Voyager should have to return 100% of our crypto one time. The Lawless linking to (SAC) seems like institutional failure. Voyager is one of those few. I feel it's unjust within my crypto portfolio. Voyager insists the idea that we were somewhat misled or are kind of left that left us were unaware we were being exposed to losing 100 of it with our family at present. Fuck that was $186,000 dollars + I was working for next crypto to sell out. They are trusting possibly attached to multi dollars values. From my family, even if they work out a payment plan to pay us back. I'm on board with that? It just won't afford to lose 100 of it that look to Mrs. & Mr. Howard or billions of saving.

My Mrs Savings would be wiped out. I just don't understand how they can even do this. Please help us. Listens as crypto victims. We should be paid back if the operators in offices of this write off my family can not afford this. Just will set us back 10+ years. Thank you for your your time.

Best from Victims,

Voyager Customer
7.18.22