Ms. Jennifer Walsh
1801 N Flagler Dr, Apt 511
West Palm Beach, FL 33407



July 18, 2022

US Bankruptcy Court, Southern District of NY
Attn: Judge for Voyager Case #22-10943 (MEW)
One Bowling Green
New York, NY 10004

Good afternoon Honorable Judge,

I hope this letter finds you well.

I am hoping that as a Judge presiding over the Voyager Bankruptcy case, you will always keep in mind the voice of the customer.

I am one such customer.

To give you a little bit about me, I like so many others entrusted my confidence with Voyager.

In the very least, my US dollars are just that – US dollars and as such, should not be viewed at all as property of Voyager (neither the crypto, but in the very least, the US dollars held at Metro Commercial Bank).

A hard working, single young professional who is just trying to make it in this world, is now placing her confidence in you to do what is right here – ensure that at a bare minimum, customers' US dollars are returned to them, and access to the app is restored for this request.

Thank you in advance – please remember you are our only voice right now…make us proud please ☺

Warm regards,

Jennifer Walsh,
A hard working, single female professional