Dear Judge Michael E. Wiles,

My name is Don and I am currently in this debacle with Voyager. I currently have around 31K frozen on the Voyager exchange. Losing this money with no end in sight has been unbearable for my family and I. I wake up most nights and just walk up and down the stairs contemplating on my own mistakes and wondering if this will ever end. My anxiety has been a struggle. Having hope one day, and the next day have it dashed away.

I don't really know or understand the bankruptcy process but I've definitely been a quick learner throughout the past six weeks. The troubling part of this process is that Voyager firmly believes that they have a strong customer base and somehow can do the right thing by offering us things we do not want. I would never want to be an investor in Voyager and just the thought of them offering me company stock or VGX tokens makes me sick to my stomach.  This company makes terrible decisions and has no idea what risk actually means. All we want as people who put our hard earned money in Voyager interest accounts, is the money back.

As a company, I would say Voyager was very misleading, they only said we could earn 7% interest on our USDC. They did not say they were taking extremely risky bets with 3 Arrows, if this was really spelled out that there was extreme risk in their decision making; I know I would have never put my money in their savings account.

I've been completely ashamed and embarrassed of my mistakes, only my wife and a trusted friend know. I really hope this doesn't drag out. Please understand that no one wants to be a part of Voyager, we just want whatever is left and let us just move on. A company like this who takes these kinds of bets really shouldn't exist. I have read FTX's bailout plan, it seems most likely the only one on the table, so I hope this can be considered. I just implore you not to drag this out for the sake of all of us.

Thank you,

Donald A.