UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re: VOYAGER DIGITAL HOLDINGS, INC et. al.,

Debtor

---------------------------------------------------------x

Plaintiff

v.

Defendant

---------------------------------------------------------x

Case No.: BK-22-10943

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lysbeth George, request admission, *pro hac vice*, before the Honorable Judge Wiles, to represent Matthew Edwards, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Oklahoma and, if applicable, the bar of the U.S. District Court for the Western District of Oklahoma.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 7/27/22
Oklahoma City, OK, ~~New York~~

/s/ Lysbeth George
*Mailing Address:*

Liz George and Associates
8101 S. Walker Ave., Suite F
Oklahoma City, OK 73102
*E-mail address:* georgelawok@gmail.co
*Telephone number:* (405) 689-5502