UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

In re: VOYAGER DIGITAL HOLDINGS, INC
  et. al.,

  Debtor

Case No.: BK-22-10943

Chapter 11

-----------------------------------------x

  Plaintiff

v.

  Defendant

Adversary Proceeding No.: _____

-----------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of  Lysbeth George , to be admitted, *pro hac vice*, to represent  Matthew Edwards , (the "Client") a  Creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Oklahoma  and, if applicable, the bar of the U.S. District Court for the  Western  District of  Oklahoma , it is hereby

**ORDERED**, that  Lysbeth George , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 7/27/22
  New York , New York

/s/  Michael E. Wiles
UNITED STATES BANKRUPTCY JUDGE