**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                                                    Case No.: _____

                                                                                                            Chapter ___

                                        Debtor
---------------------------------------------------------------x
                                                                                                            Adversary Proceeding No.: _____

                                        Plaintiff

                                v.

                                        Defendant
---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE***

      I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.

      *I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____
_____, Illinois                                                     _____
                                                                                                            *Mailing Address*:

                                                                                                            _____
                                                                                                            _____
                                                                                                            _____
                                                                                                            *E-mail address*: _____
                                                                                                            *Telephone number*: (____)_____

**EXHIBIT 1**

- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Central District of Illinois
- U.S. District Court for the Southern District of Illinois
- U.S. District Court for the Eastern District of Wisconsin
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Seventh Circuit