**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                                  Case No.: _____

                                                                                                        Chapter ___

                               Debtor

---------------------------------------------------------------x

                                                                                                        Adversary Proceeding No.: _____

                               Plaintiff

                v.

                               Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

      Upon the motion of _____, to be admitted, ***pro hac vice***, to represent _____, (the "Client") _____ in the above referenced ____ case ____ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the States of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ____ case ____ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                                          UNITED STATES BANKRUPTCY JUDGE