# EXHIBIT A

VOYAGER                                             Voyager is a public company

PRODUCTS          TOKEN          ABOUT          DOWNLOAD APP

## Voyager Digital Provides Update on Asset and Risk Management

June 14, 2022 06:45 AM EST

Voyager Digital Ltd. ("Voyager" or the "Company") (TSX: VOYG; OTCQX: VYGVF; FRA: UCD2), one of the fastest-growing consumer cryptocurrency platforms in the United States, and one of the first public companies in the crypto industry, today provides an asset and risk management update in light of changing market conditions. As a public company, Voyager operates with a consistently high level of transparency, providing regular quarterly financial statements detailing the company's financial position and financial statement disclosure surrounding risk management practices and counterparty exposure.

Voyager differentiates itself through a straightforward, low-risk approach to lending and asset management by working with a select group of reputable counterparties, which are all vetted through extensive due diligence by its Risk Committee. The company does not participate in DeFi lending activities, algorithmic stablecoin staking and lending, or derivative assets, such as stETH. One of Voyager's important objectives is to make crypto as simple and safe as possible for consumer use. With that mission in mind, safeguarding customer assets is a top priority.

Although Voyager announced a prior partnership with Celsius in 2019, due to the company's ongoing due diligence and risk management process, Voyager currently has no customer assets at Celsius.

"Voyager holds a strong position in the crypto industry. Not only were we among the first to go

VOYAGER                                           Voyager is a public company

PRODUCTS            TOKEN            ABOUT            DOWNLOAD APP

Executive Officer and co-founder of Voyager. "The company is well capitalized and in a good position to weather this market cycle and protect customer assets. It is Voyager's goal to continue to build secure products and services, as well as build trust and leadership in the cryptocurrency industry."

**About Voyager Digital Ltd.**
Voyager Digital Ltd.'s (TSX: VOYG) (OTCQX: VYGVF) (FRA: UCD2) US subsidiary, Voyager Digital, LLC, is a fast-growing cryptocurrency platform in the United States founded in 2018 to bring choice, transparency, and cost-efficiency to the marketplace. Voyager offers a secure way to trade over 100 different crypto assets using its easy-to-use mobile application. Through its subsidiary Coinify ApS, Voyager provides crypto payment solutions for both consumers and merchants around the globe. To learn more about the company, please visit https://www.investvoyager.com.

*The TSX has not approved or disapproved of the information contained herein.*

SOURCE Voyager Digital, Ltd.

**Press Contacts**

**Voyager Digital, Ltd.**
Voyager Public Relations Team
pr@investvoyager.com

PRODUCTS                          TOKEN

The App                           Voyager Token
Voyager Debit Card                Loyalty Program

# VOYAGER

Voyager is a public company

| PRODUCTS | TOKEN | ABOUT | DOWNLOAD APP |

**ABOUT**

Team
Investor Relations
Institutional
Node Blog
Careers
Voyager Merch

**NEWSROOM**

Voyager News
Press Releases
Media Coverage

**LEGAL**

Customer Agreement
Privacy Policy
Terms Of Use
Risk Disclosure
Licenses
Privacy Notice
Metropolitan Bank Privacy Notice

**SUPPORT**

Help Center
Promotions
Crypto Transfers
Tax Tool
Security

email address                SIGN UP

**GET VOYAGER NEWS IN YOUR INBOX**




     

©2022 Voyager Digital, LLC. VOYAGER is a trademark of Voyager IP, LLC, a wholly owned subsidiary of Voyager Digital Ltd. All services provided by Voyager Digital, LLC, a FinCEN registered company. Investments are subject to market risk. NMLS ID: 1730854. All rights reserved.