# Exhibit E

7/28/22, 6:10 PM    Three Arrows-Exposed Voyager Digital Slashes Daily Withdrawal Limit by More Than 50% - Decrypt

| Bitcoin BTC (24h) | $23,096.45 +7.61% | Ethereum ETH (24h) | $1,645.15 +10.44% | Binance Coin BNB (24h) | $268.70 +4.29% |

Price data by CoinMarketCap

▸ News ▸ Business

# Three Arrows-Exposed Voyager Digital Slashes Daily Withdrawal Limit by More Than 50%

The trading platform has reduced withdrawals limits to $10k from $25k following news of its involvement with the embattled Three Arrows Capital.

By Mat Di Salvo

Jun 23, 2022
2 min read



What could go wrong? Image: Shutterstock

Trading platform Voyager Digital has slashed its daily withdrawal limit to $10,000 from $25,000 following <u>news of its exposure</u> to struggling crypto hedge fund Three Arrows Capital.

Voyager <u>announced</u> the update to the withdrawal limit yesterday as the company's share prices crashed by over 60%.

Voyager Digital, a publicly traded company, provides a crypto trading platform that includes a mobile app and debit card. Users are able to buy and sell over 100 different digital assets via the app.

But the New York-based firm said Wednesday that it had aggregated exposure of $661 million to Singapore-based Three Arrows Capital (3AC) in the form of **stablecoins** ⓘ and **Bitcoin** ⓘ. Voyager Digital lent money to 3AC but the firm may not be able to repay the loan.

Voyager said it may issue a "notice of default" to the hedge fund after it requested a repayment of $25 million in the stablecoin USDC by June 24 and a subsequent request of repayment of the entire amount in USDC and Bitcoin by June 27. As a consequence of its exposure to Three Arrows, Voyager may itself be at risk of going under, despite already receiving <u>a $200 million bailout</u> in the form of a line of credit from billionaire FTX CEO Sam Bankman-Fried.

**How the Celsius Liquidity Crunch Is Linked to Lido's Staked Ethereum**

It's only been a month since the collapse of Terra, and the chaos that it created in the crypto market, and now Lido Finance and its Staked Ethereum (stETH) are at the cente...

News › Coins                                                    🕐 5 min read

Stacy Elliott    Jun 13, 2022                                   🔖

Three Arrows Capital, also known as 3AC, is a Singapore-based crypto hedge fund that manages an estimated $10 billion in assets. <u>But it's in trouble</u>: it's currently at risk of going bankrupt after failing to repay several loans worth hundreds of millions,

 News  Learn  Features  Coins  Videos

7/28/22, 6:10 PM  Three Arrows-Exposed Voyager Digital Slashes Daily Withdrawal Limit by More than 50% - Decrypt
22-10943-mew    Doc 161-6    Filed 07/28/22    Entered 07/28/22 15:51:49    Exhibit Ex. E
to Levitt Aff.    Pg 4 of 4

Like a number of other firms in the space, 3AC is struggling due to the crypto crash. The price of just about every coin and token has plunged—hitting businesses that have liquidity in the form of digital assets hard.

Twitter · Linkedin · Flipboard · Email · Facebook · IPFS

Copy link

**Stay on top of crypto news, get daily updates in your inbox.**

Your Email

you@emailaddress.com

Get it!

**Disclosure**

**BIT**
Blockchain education with 100K+ enrollments
Join 966 investors

Invest from
$100

Already raised
$347K

**Hedonova**
A single fund for all modern asset classes.
Join 3.2K investors

Min investment
$1K

Target return
25-30%