# EXHIBIT H

```
BOT: Welcome
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Send wire

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: Type your first & last name below

USER: Matthew Levitt

BOT: Type your email below

USER: Matthewjlevitt@gmail.com

BOT: Your ticket ID is 512402.  Our support team will get back to you
as soon as possible
BOT: 👀 Also lookout for an email with this ticket number. One of our
team will respond to that email

USER: When are you issuing the debit card?

BOT: To pre-register for the Voyager Debit Card, follow these steps:
BOT: 1️⃣ Update your Voyager app in the Apple App Store or Google Play
Store
BOT: 2️⃣ Open the app
BOT: 3️⃣ Tap Debit on the navigation bar
BOT: 4️⃣ Click Get Early Access to reserve your card

USER: Already did that

BOT: Please clarify, here's what I found 👇

USER: Send wire

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account
```

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: What is your full name?

USER: Matthew Levitt

BOT: What is the email address associated with your Voyager account?

USER: Matthewjlevitt@gmail.com

BOT: Your Voyager rep will respond here in a bit. Feel free to leave
and come back at your convenience to check on your inquiry.

AGENT (Florence Taylor): Hello there!
AGENT (Florence Taylor): Thank you reaching out to Voyager. I will be
assisting you today.

USER: Hello Florence. Looking to send a wire in

AGENT (Florence Taylor): I will be glad to help you out.

USER: Presuming ai use the same account details with my phone number
in memo
USER: Want to make sure you have on record that I'll be sending in
funds that will s week
USER: Please confirm

AGENT (Florence Taylor): Let me have a look into your account.
AGENT (Florence Taylor): There is a $50 charge from our bank that is
passed through to you and a $10K minimum on incoming wires and a $25K
minimum on outgoing wires. If you want to move less than these
amounts, please do so in the app. Your funds will generally be
available within 24 hours.
AGENT (Florence Taylor): Account Name: Voyager Digital, LLC.
ABA/Routing No: 026013356
Account No: 1099000254
Bank Address: Metropolitan Commercial Bank 99 Park Avenue New York, NY
10016
Reference: INCLUDE THE PHONE NUMBER ON YOUR ACCOUNT
AGENT (Florence Taylor): *Note* Voyager does not have an account
number. Please make sure to include your account phone number. Your
funds will generally be available within 24 hours.

BOT: Hey, it's Val again, hope you enjoyed your conversation with your
Voyager rep! Is there anything else I can help you with?

USER: Wire Instructions

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: What is your full name?

USER: Matthew Levitt

BOT: What is the email address associated with your Voyager account?

USER: Matthewjlevitt@gmail.com

BOT: Your Voyager rep will respond here in a bit. Feel free to leave
and come back at your convenience to check on your inquiry.

AGENT (Florence Taylor): Hello Matthew.

USER: I am looking to wire in several hundred thousand dollars can I
please get some kind of confirmation email that the wire instructions
are the same. Thank you
USER: Okay got it. Sorry. I left the char for a while and didn't see
the instructions provided. I will confirm once funds are sent this
week. Thanks
USER: I can confirm a wire will be sent tomorrow for $380 000 with the
memo as Matthew Levitt (424) 228–6796. Thank you

AGENT (Florence Taylor): You are welcome Matthew. Have a great day!

BOT: Hey, it's Val again, hope you enjoyed your conversation with your
Voyager rep! Is there anything else I can help you with?
BOT: 👋
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.
BOT: Greetings
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Send wire

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: What is your full name?

USER: Matthew Joel Levitt

BOT: What is the email address associated with your Voyager account?

USER: Matthewjlevitt@gmail.com

BOT: Your ticket ID is 570747. Our support team will get back to you
as soon as possible.
BOT: 👀 Also lookout for an email with this ticket number. One of our
team will respond to that email
BOT: Hello
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Send wire

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: What is your full name?

USER: Matthew Levitt

BOT: What is the email address associated with your Voyager account?

USER: Matthewjlevitt@gmail.com

BOT: Your Voyager rep will respond here in a bit. Feel free to leave
and come back at your convenience to check on your inquiry.

AGENT (Danny Johnson): Hello
AGENT (Danny Johnson): Thank you for contacting Voyager support.
AGENT (Danny Johnson): We're happy to help you with a wire transfer.
 There is a $50 charge from our bank that is passed through to you and
a $10K minimum on incoming wires and $25K minimum on outgoing wires..

 If you want to move less than these amounts, please do so in the app.
AGENT (Danny Johnson): Account Name: Voyager Digital, LLC.
ABA/Routing No: 026013356
Account No: 1099000254
Bank Address: Metropolitan Commercial Bank 99 Park Avenue New York, NY
10016
Reference: INCLUDE THE PHONE NUMBER ON YOUR ACCOUNT
AGENT (Danny Johnson):  *Note* Voyager does not have an account
number. Please make sure to include your account phone number. Your
funds will generally be available within 24 hours.

USER: Thank you. I will send today

BOT: Bye 👋

USER: Thank you. I will send today

AGENT (Danny Johnson): You're welcome. Have a good day.

BOT: 👋
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Wire

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: What is your full name?

USER: Matthew Levitt

BOT: What is the email address associated with your Voyager account?

USER: Matthewjlevitt@gmail.com

BOT: Your Voyager rep will respond here in a bit. Feel free to leave
and come back at your convenience to check on your inquiry.

USER: Matthewjlevitt@gmail.com
USER: I am confirming that $60 000 was just wired to Voyager for
Matthew Levitt 4242286796. Thank you.

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: I am confirming that $60 000 was just wired to Voyager for
Matthew Levitt 4242286796. Thank you.
USER: I am confirming that $60 000 was just wired to Voyager for
Matthew Levitt 4242286796. Thank you.

BOT: Sorry, I didn't quite get that. Please make your selection again.
BOT: What type of wire are you looking to do?

USER: I am confirming that $60 000 was just wired to Voyager for
Matthew Levitt 4242286796. Thank you.
USER: Wire in

BOT: Sorry, I didn't quite get that. Please make your selection again.
BOT: What type of wire are you looking to do?

USER: Wire in

BOT: Welcome
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Confirm wire transfer

BOT: We are happy to provide you info about wire transfers!

USER: Confirm wire transfer

BOT: What type of wire are you looking to do?

AGENT (BENJAMIN BARKER): Your wire has been credited to your account
and is available in the app. You're all set to start trading.

Let us know if you have any questions or concerns.

BOT: Welcome
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Wire Instructions

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: What is your full name?

USER: Matthew Levitt

BOT: What is the email address associated with your Voyager account?

USER: Matthewjlevitt@gmail.com

BOT: Your ticket ID is 610546. Our support team will get back to you
as soon as possible.
BOT: 👀 Also lookout for an email with this ticket number. One of our
team will respond to that email
BOT: survey message

USER: <a href="mailto:Matthewjlevitt@gmail.com" style="color:
inherit;">Matthewjlevitt@gmail.com</a>

BOT: What personal information do you need to update?
BOT: Hey!
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Wire Instructions

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: What is your full name?

USER: Matthew Levitt

BOT: What is the email address associated with your Voyager account?

USER: Matthewjlevitt@gmail.com

BOT: Your ticket ID is 610548. Our support team will get back to you
as soon as possible.
BOT: 👀 Also lookout for an email with this ticket number. One of our
team will respond to that email

BOT: survey message

USER: matthewjlevitt@gmail.com

BOT: Sorry, I can't follow links
BOT: 👋
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.
BOT: 👋
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Wire Instructions

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: What is your full name?

USER: Matthew Levitt

BOT: What is the email address associated with your Voyager account?

USER: matthewjlevitt@gmail.com

BOT: Your ticket ID is 610549. Our support team will get back to you
as soon as possible.
BOT: 👀 Also lookout for an email with this ticket number. One of our
team will respond to that email
BOT: survey message

USER: <a href="mailto:matthewjlevitt@gmail.com" style="color:
inherit;">matthewjlevitt@gmail.com</a>

BOT: What personal information do you need to update?
BOT: Hi there
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Transfer crypto

BOT: We've got a step—by—step video for that!
BOT: Take a look here
BOT: video message

USER: Transfer blocked

BOT: Ok, we'll try to help you out here, we know this is cause for
concern. A couple first steps:
BOT: 1️⃣  If you can, change your Voyager and personal email passwords
right away
BOT: 2️⃣  Update your 2—factor authentication to an Authenticator app
here and on your email
BOT: We will send this to our support team for handling as soon as
possible
BOT: First we'll put a hold on your account as soon as we can to
protect your assets.  Then we'll be in touch with you to learn more.
Before releasing the hold, we'll ask you for documents to verify your
ID
BOT: Type your first & last name below

USER: Matthew Levitt

BOT: Your ticket ID is 618441.  Our support team will get back to you
as soon as possible
BOT: 👀 Also lookout for an email with this ticket number. One of our
team will respond to that email

USER: Voyager not aloowing transfer

BOT: We have 30+ assets to send to and from Voyager right in your app!
BOT: Here's a full list of coins that can be transferred
BOT: https://www.investvoyager.com/blog/how—to—transfer—crypto—assets—
on—voyager/
BOT: Hi there
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Wire Instructions

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process

started with our support team!
BOT: What is your full name?

USER: Matthew Levitt

BOT: What is the email address associated with your Voyager account?

USER: Matthewjlevitt@gmail.com

BOT: Your Voyager rep will respond here in a bit. Feel free to leave
and come back at your convenience to check on your inquiry.

AGENT (Vanessa Merlyn): Hello Matthew. Thank you for contacting
Voyager.
AGENT (Vanessa Merlyn): I understand your concern regards to wire
instructions (add to Voyager account).
AGENT (Vanessa Merlyn): For incoming wires, Voyager has a $10,000
minimum and there is a $50 wire fee (charged by our bank) which will
be deducted from your wire amount for wires less than $25,000.00. For
outgoing wires, Voyager has a $10,000 USD minimum and charges a $50.00
USD fee.
AGENT (Vanessa Merlyn): Account Name: Voyager Digital, LLC.
ABA/Routing No: 026013356
Account No: 1099000254
Bank Address: Metropolitan Commercial Bank 99 Park Avenue New York, NY
10016
Reference: The phone number associated with your Voyager account
AGENT (Vanessa Merlyn): *Note* Voyager users do not have account
numbers. Please make sure to reference the phone number associated
with your Voyager account on the wire.
AGENT (Vanessa Merlyn): Once you receive confirmation that the wire
has been sent from your bank, please respond to this ticket with the
exact amount of your wire. Your funds will be available within 24
hours.
AGENT (Vanessa Merlyn): Thank you for messaging with us today. Take
care and stay well! Please message with us again if you need any
additional assistance.

BOT: Chat survey was submitted
      Satisfaction rating: None/5

BOT: Hey, it's Val again, hope you enjoyed your conversation with your
Voyager rep! Is there anything else I can help you with?

USER: Wire Sent today for $65000

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Add to my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire
BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: What is your full name?

USER: Matthew Levitt

BOT: What is the email address associated with your Voyager account?

USER: Matthewjlevitt@gmail.com

BOT: Your Voyager rep will respond here in a bit. Feel free to leave
and come back at your convenience to check on your inquiry.

USER: Confirming wire just sent today for $65000 for Matthew Levitt
4242286796. Thank you

AGENT (Matthew Martin): Hello Matthew. Thank you for reaching out to
Voyager support.

USER: Hello. Please post the $65000 to my account. It should be there
now or very soon

AGENT (Vanessa Merlyn): I understand your concern.
AGENT (Vanessa Merlyn): I am glad to assist you.
AGENT (Vanessa Merlyn): Thank you for confirming your wire. Your funds
will be available within the next 24 hours. Please let us know if you
have any further questions or concerns.

BOT: Chat survey was submitted
      Satisfaction rating: None/5

BOT: Hey, it's Val again, hope you enjoyed your conversation with your
Voyager rep! Is there anything else I can help you with?
BOT: Greetings
BOT: I'm Val, your Voyager virtual assistant. I'm created by the
Voyager team and hope I can help you out!
BOT: Let's get started! Ask me your question by typing below.

USER: Send wire

BOT: We are happy to provide you info about wire transfers!
BOT: What type of wire are you looking to do?

USER: Selected: Withdraw from my Voyager account

BOT: Ok, want you to know, there's $10K minimum and a $50.00 fee for
the wire

BOT: If you would like to initiate a wire, I can get the process
started with our support team!
BOT: What is your full name?

USER: Matthew Levitt

BOT: What is the email address associated with your Voyager account?

USER: Matthewjlevitt@gmail.com

BOT: Your Voyager rep will respond here in a bit. Feel free to leave
and come back at your convenience to check on your inquiry.

AGENT (Vanessa Merlyn): Hello Matthew. Thank you for contacting
Voyager.
AGENT (Vanessa Merlyn): I understand your concern regards to wire
withdrawal.
AGENT (Vanessa Merlyn): There is a $50 charge from our bank that is
passed through to you and a $10K minimum on incoming wires and a $25K
minimum on outgoing wires.
AGENT (Vanessa Merlyn): If you are interested in submitting a wire
withdrawal please provide your bank details below.
Account Name:
ABA/Routing No:
Account No:
Bank Address:
AGENT (Vanessa Merlyn): Also, please confirm the amount that you wish
to withdraw.

USER: The Levitt Group
USER: 026009593 Routing
USER: 325161129848 account number
USER: Entire account. Will move my crypto to cash. Approximately $700
000. Please advise if any restrictions before I give exact amount to
send

AGENT (Vanessa Merlyn): There is no limits for wire outgoing.
AGENT (Vanessa Merlyn): Please share the bank address and withdrawal
amount?

USER: Bank of America, 880 East Colorado Blvd, Pasadena, CA 91106

AGENT (Vanessa Merlyn): I will forward this request to our team and
will get back to you shortly with an update.
AGENT (Vanessa Merlyn): Thank you for messaging with us. We have
created a new ticket and your ticket ID is 643707. Our team will get
back to you as soon as possible via email.

BOT: Chat survey was submitted
       Satisfaction rating: None/5

BOT: Hey, it's Val again, hope you enjoyed your conversation with your
Voyager rep! Is there anything else I can help you with?

USER: $676551.66

BOT: Sorry, I don't understand that. I'm still learning...
BOT: Ask me again with different words?