# EXHIBIT I



Matthew Levitt <xxxxxxxxxxxxxx@gmail.com>

# 643707 Voyager Message Follow-Up
3 messages

**Vanessa Xxxxxx (Support)** <support@investvoyager.com> 23 June 2022 at 14:21 Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <xxxxxxxxxxxxxx@gmail.com>

Hi Matthew,

Thanks for choosing Voyager, it was great to message with you.

Unfortunately, our team was unable to resolve the inquiry in your message so your Voyager representative opened a support ticket (643707) for you. We will continue to look into this issue and get back to you as soon as possible with next steps.

Talk soon,
Voyager Support Team

This email is a service from Voyager Support. Delivered by Zendesk

[65P9ER-QKW3Q]

**Matthew Levitt** <xxxxxxxxxxxxxx@gmail.com> 23 June 2022 at 14:43 To: Support <support@investvoyager.com>

Please wire out
$676551.66 to the bank account I listed in the chat:
The Levitt Group
026009593 Routing
xxxxxxxxxxxx account number
Bank of America, 880 East Colorado Blvd, Pasadena, CA 91106

Thank you,

Matthew Levitt
xxx-xxx-xxxx
[Quoted text hidden]

**Matthew Levitt** <xxxxxxxxxxxxxx@gmail.com> 23 June 2022 at 16:08 To: Support <support@investvoyager.com>

Hello. I am not satisfied with the lack of a clear response about my outgoing wire request earlier today.

I need to know that my funds will be sent in full tomorrow/immediately as requested. We are talking about my life's savings here.

I understand Voyager may be experiencing liquidity issues, however the company was bailed out by Alameda Research recently and Steve Ehrlich said this money was there to protect the clients' assets.

Please confirm that my funds will be wired to my bank asap.

According to the attached screenshot from your customer service desk today, there is no restriction on the dollar amount of outgoing wires so please process my request immediately and let me know when that has been done.

Thank you,

Matthew Levitt
xxx-xxx-xxxx

[Quoted text hidden]



**Voyager Support Message_6_23_2022.pdf**
473K



**Matthew Levitt <xxxxxxxxxxxxxx@gmail.com>**

# [Voyager Support] Re: Wire outgoing

5 messages

**Support** <support@investvoyager.com> 23 June 2022 at 16:08
Reply-To: Support <support@investvoyager.com>

To: Matthew Levitt <matthewjlevitt@gmail.com>

Your request (643707) has been updated. To add additional comments, reply to this email.

### Matthew Levitt

Jun 23, 2022, 7:08 PM EDT

Hello. I am not satisfied with the lack of a clear response about my outgoing wire request earlier today.

I need to know that my funds will be sent in full tomorrow/immediately as requested. We are talking about my life's savings here.

I understand Voyager may be experiencing liquidity issues, however the company was bailed out by Alameda Research recently and Steve Ehrlich said this money was there to protect the clients' assets.

Please confirm that my funds will be wired to my bank asap.

According to the attached screenshot from your customer service desk today, there is no restriction on the dollar amount of outgoing wires so please process my request immediately and let me know when that has been done.

Thank you,

Matthew Levitt
xxx-xxx-xxxx

### Matthew Levitt

Jun 23, 2022, 5:43 PM EDT

Please wire out
$676551.66 to the bank account I listed in the chat:
The Levitt Group
026009593 Routing
xxxxxxxxxxx account number
Bank of America, 880 East Colorado Blvd, Pasadena, CA 91106

Thank you,

Matthew Levitt
xxx-xxx-xxxx

This email is a service from Voyager Support. Delivered by Zendesk

[65P9ER-QKW3Q]


**Voyager Support Message_6_23_2022.pdf**
473K

**Matthew Levitt** <xxxxxxxxxxxxxx@gmail.com> 24 June 2022 at 14:10 To: Support <support@investvoyager.com>

Hello,

I waited all day to see if I would get some customer support.

Unfortunately I didn't.

**Please cancel my wire out of funds request** as it looks like this is being ignored and I am stuck at the 10K daily withdrawal limit.

I was poorly advised by one of your customer service agents yesterday and ultimately I sold my bitcoin and just bought back effectively losing well over 1 bitcoin in price/spreads.

I am hopeful that I will have someone reply to me soon and offer me some sort of explanation and credit.

Thank you,

Matthew Levitt
xxx-xxx-xxxx

[Quoted text hidden]

**Support** <support@investvoyager.com> 24 June 2022 at 14:10 Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <xxxxxxxxxxxxxx@gmail.com>

Your request (643707) has been updated. To add additional comments, reply to this email.



**Matthew Levitt**
Jun 24, 2022, 5:10 PM EDT

Hello,

I waited all day to see if I would get some customer support.

Unfortunately I didn't.

**Please cancel my wire out of funds request** as it looks like this is being ignored and I am stuck at the 10K daily withdrawal limit.

I was poorly advised by one of your customer service agents yesterday and ultimately I sold my bitcoin and just bought back effectively losing well over 1 bitcoin in price/spreads.

I am hopeful that I will have someone reply to me soon and offer me some sort of explanation and credit.

Thank you,

Matthew Levitt
xxx-xxx-xxxx

**Matthew Levitt**
Jun 23, 2022, 7:08 PM EDT

Hello. I am not satisfied with the lack of a clear response about my outgoing wire request earlier today.

I need to know that my funds will be sent in full tomorrow/immediately as requested. We are talking about my life's savings here.

I understand Voyager may be experiencing liquidity issues, however the company was bailed out by Alameda Research recently and Steve Ehrlich said this money was there to protect the clients' assets.

Please confirm that my funds will be wired to my bank asap.

According to the attached screenshot from your customer service desk today, there is no restriction on the dollar amount of outgoing wires so please process my request immediately and let me know when that has been done.

Thank you,

Matthew Levitt
xxx-xxx-xxxx

Attachment(s)

Voyager Support Message_6_23_2022.pdf



**Matthew Levitt**
Jun 23, 2022, 5:43 PM EDT

Please wire out

$676551.66 to the bank account I listed in the chat:

The Levitt Group

026009593 Routing

xxxxxxxxxxxx account number

Bank of America, 880 East Colorado Blvd, Pasadena, CA 91106

Thank you,

Matthew Levitt

xxx-xxx-xxxx

[Quoted text hidden]

**Support** <support@investvoyager.com> 28 June 2022 at 08:23 Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <xxxxxxxxxxxxxx@gmail.com>



Your request (643707) has been updated. To add additional comments, reply to this email.

**Matthew Levitt**

Jun 28, 2022, 11:23 AM EDT

To whom this may concern,

I sold my Bitcoin last Thursday in anticipation of wiring out my funds. Voyager then ignoredy request for several business days. I rebought Bitcoin presuming my wire request was denied.

This morning on the Voyager app I am being asked to provide my ID which I will do immediately after sending this email.

Before I sell my Bitcoin again and move back to cash at a loss, I insist on you verifying that a wire will be sent to the bank account provided for my entire cash balance immediately in the region of $650000. I cannot give an exact amount right now as you know due to the sales spreads and market fluctuations. I have already gone in and out of the bid/ask twice in a few days due to lack of customer service support and clarity.

Please confirm in writing here that my request for the entire cash balance will be wired immediately to the bank details provided before I go ahead and sell the Bitcoin again today.

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

**Tony (Support)** <support@investvoyager.com> 30 June 2022 at 13:22 Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <xxxxxxxxxxxxxx@gmail.com>

Your request (643707) has been updated. To add additional comments, reply to this email.

**Tony** (Voyager Support)

Jun 30, 2022, 4:22 PM EDT

Hi Matthew,

I hope you are doing well.

Just touching base with you on your limits, currently daily withdrawal limits are set at $10k and are ACH only through our app. Thank you for checking in.

The Voyager Team



[Quoted text hidden]

[Quoted text hidden]