# EXHIBIT L



Matthew Levitt <matthewjlevitt@gmail.com>

## Confirm your blockchain withdrawal
1 message

**Voyager** <info@investvoyager.com>                                                      23 June 2022 at 13:53
Reply-To: info@investvoyager.com
To: matthewjlevitt@gmail.com

7/23/22, 12:46 AM    22-10943-mew    Doc 161-13    Filed 07/28/22    Entered 07/28/22 15:51:49    Exhibit Ex.
Gmail - Confirm your bitcoin withdrawal
L to Levitt Aff.    Pg 3 of 13

Hi Matthew,

Your blockchain withdrawal request placed on June 23, 2022 at 8:53 pm UTC is pending confirmation.

Transaction ID: 01G695E1VC468NT7TXGFA17NC8
Withdrawal Amount: 0.479496 BTC
Withdrawal Address: bc1qu92688ty4e9rcj45gnfqeeyz7mwhxdmf96tpgh
Fees: 0.0005 BTC

**Total: 0.479996 BTC**

Confirm Withdrawal

Cancel Withdrawal

This email will expire in 30 minutes. If not confirmed, the withdrawal request will be canceled. **If this request was not made by you, change your password immediately and** contact us.

If you're having trouble clicking the buttons, copy and paste the URLs below into your web browser:

Confirm Withdrawal URL:

https://www.investvoyager.com/verify_withdrawal/?transfer_id=01G695E1VC468NT7TXGFA17NC8&token=3d982f21b1ec528d4c004129e6b35a38

Cancel Withdrawal URL:

https://www.investvoyager.com/cancel_withdrawal/?transfer_id=01G695E1VC468NT7TXGFA17NC8&token=3d982f21b1ec528d4c004129e6b35a38

## Questions?

Have any questions or comments? We'd love to hear from you. Contact us at
support@investvoyager.com.

The Team at Voyager

   

© Voyager IP, LLC 2020.
VOYAGER is a trademark of Voyager IP, LLC.

BLOG

COMPANY

NEWSROOM

REWARDS

7/23/22, 12:10 PM
22-10943-mew    Doc 161-13    Filed 07/28/22    Entered 07/28/22 15:51:49    Exhibit Ex.
L to Levitt Aff.    Pg 5 of 13
Gmail - Confirm your blockchain withdrawal



Matthew Levitt <matthewjlevitt@gmail.com>

---

## Confirm your blockchain withdrawal
1 message

---

**Voyager** <info@investvoyager.com>  
Reply-To: info@investvoyager.com  
To: matthewjlevitt@gmail.com

27 June 2022 at 13:21

Hi Matthew,

Your blockchain withdrawal request placed on June 27, 2022 at 8:21 pm UTC is pending confirmation.

Transaction ID: 01G6KD7M3WRQQCKNVGK7Y44FS5
Withdrawal Amount: 0.477 BTC
Withdrawal Address: bc1qk6p39zq6cs4ymk50eekl7yv7y0mzmzxhe94n9u
Fees: 0.0005 BTC

**Total: 0.4775 BTC**

Confirm Withdrawal

Cancel Withdrawal

This email will expire in 30 minutes. If not confirmed, the withdrawal request will be canceled. **If this request was not made by you, change your password immediately and** contact us**.**

If you're having trouble clicking the buttons, copy and paste the URLs below into your web browser:

Confirm Withdrawal URL:

https://www.investvoyager.com/verify_withdrawal/?transfer_id=01G6KD7M3WRQQCKNVGK7Y44FS5&token=ccdc571dec71a74212ae3873e6adb323

Cancel Withdrawal URL:

https://www.investvoyager.com/cancel_withdrawal/?transfer_id=01G6KD7M3WRQQCKNVGK7Y44FS5&token=ccdc571dec71a74212ae3873e6adb323

## Questions?

Have any questions or comments? We'd love to hear from you. Contact us at support@investvoyager.com.

The Team at Voyager

   

© Voyager IP, LLC 2020.
VOYAGER is a trademark of Voyager IP, LLC.

**BLOG**

**COMPANY**

**NEWSROOM**

**REWARDS**



Matthew Levitt <matthewjlevitt@gmail.com>

## Confirm your blockchain withdrawal
1 message

**Voyager** <info@investvoyager.com>  28 June 2022 at 14:10
Reply-To: info@investvoyager.com
To: matthewjlevitt@gmail.com

7/23/22, 12:10 PM            Gmail - Confirm your blockdown withdrawal
22-10943-mew    Doc 161-13    Filed 07/28/22    Entered 07/28/22 15:51:49    Exhibit Ex.
L to Levitt Aff.    Pg 9 of 13

Hi Matthew,

Your blockchain withdrawal request placed on June 28, 2022 at 9:10 pm UTC is pending confirmation.

Transaction ID: 01G6P2D083H3ZVF1PVCKQYT4TK
Withdrawal Amount: 0.490591 BTC
Withdrawal Address: bc1qnmss5058d38qvef8nksulrflkn4g8m9ak786h3
Fees: 0.0005 BTC

**Total: 0.491091 BTC**

Confirm Withdrawal

Cancel Withdrawal

This email will expire in 30 minutes. If not confirmed, the withdrawal request will be canceled. **If this request was not made by you, change your password immediately and** contact us**.**

If you're having trouble clicking the buttons, copy and paste the URLs below into your web browser:

Confirm Withdrawal URL:

https://www.investvoyager.com/verify_withdrawal/?transfer_id=01G6P2D083H3ZVF1PVCKQYT4TK&token=df6b1e33dd7511e56e25d70b12d88186

Cancel Withdrawal URL:

https://www.investvoyager.com/cancel_withdrawal/?transfer_id=01G6P2D083H3ZVF1PVCKQYT4TK&token=df6b1e33dd7511e56e25d70b12d88186

## Questions?

Have any questions or comments? We'd love to hear from you. Contact us at
support@investvoyager.com.

The Team at Voyager

   

© Voyager IP, LLC 2020.
VOYAGER is a trademark of Voyager IP, LLC.

BLOG

COMPANY

NEWSROOM

REWARDS



**Matthew Levitt &lt;matthewjlevitt@gmail.com&gt;**

## Confirm your blockchain withdrawal
1 message

**Voyager** &lt;info@investvoyager.com&gt;  29 June 2022 at 15:51
Reply-To: info@investvoyager.com
To: matthewjlevitt@gmail.com

Hi Matthew,

Your blockchain withdrawal request placed on June 29, 2022 at 10:51 pm UTC is pending confirmation.

Transaction ID: 01G6RTJFF1WCAZ33ZG92XX6HNV
Withdrawal Amount: 0.495 BTC
Withdrawal Address: bc1qrtw4pm63yzrmuxcht47vgjxupvg6pkjhtdlg7h
Fees: 0.0005 BTC

**Total: 0.4955 BTC**

Confirm Withdrawal

Cancel Withdrawal

This email will expire in 30 minutes. If not confirmed, the withdrawal request will be canceled. **If this request was not made by you, change your password immediately and** contact us**.**

If you're having trouble clicking the buttons, copy and paste the URLs below into your web browser:

Confirm Withdrawal URL:

https://www.investvoyager.com/verify_withdrawal/?transfer_id=01G6RTJFF1WCAZ33ZG92XX6HNV&token=182a6d518f998d946f6cb5ee8670f610

Cancel Withdrawal URL:

https://www.investvoyager.com/cancel_withdrawal/?transfer_id=01G6RTJFF1WCAZ33ZG92XX6HNV&token=182a6d518f998d946f6cb5ee8670f610

7/23/22, 12:10 PM  Gmail - Confirm your crypto withdrawal
22-10943-mew    Doc 161-13    Filed 07/28/22    Entered 07/28/22 15:51:49    Exhibit Ex.
L to Levitt Aff.    Pg 13 of 13

## Questions?

Have any questions or comments? We'd love to hear from you. Contact us at
support@investvoyager.com.

The Team at Voyager

   

© Voyager IP, LLC 2020.
VOYAGER is a trademark of Voyager IP, LLC.

**BLOG**  **COMPANY**

**NEWSROOM**  **REWARDS**