**J. Singer Law Group, PLLC**
*Counsel for Matthew Levitt*
Jeb Singer, Esq.
One Liberty Plaza, 23rd Floor
New York, New York 10038
(917) 806-5832
jsinger@singerlawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTH DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| | **Case No. 22-10943-mew** |
| **VOYAGER DIGITAL HOLDINGS, INC. et. al.**[1] | |
| **Debtors** | |

-----------------------------------------------------------------X

### NOTICE OF HEARING OF CREDITOR MATTHEW LEVITT'S CROSS MOTION TO HONOR LEVITT'S WITHDRAWAL REQUEST AND GRANT RELATED RELIEF

**PLEASE TAKE NOTICE** that a hearing on CREDITOR MATTHEW LEVITT'S CROSS MOTION TO HONOR LEVITT'S WITHDRAWAL REQUEST AND GRANT RELATED RELIEF (the "Cross Motion") will be held on **August 16, 2022, at 11:00 a.m.**, **prevailing Eastern Time** (the "Hearing"). In accordance with General Order M-543 dated May 20, 2020, the Hearing will be conducted telephonically. Any parties wishing to participate must do so by making arrangements through CourtSolutions by visiting https://www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

York; (c) be filed electronically with the Court on the docket of In re Voyager Digital Holdings, Inc., No. 22-10943 (MEW) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served so as to be actually received by August 9, 2022, by (i) the entities on the Master Service List available on the case website of the above-captioned debtors and debtors in possession (the "Debtors") at https://cases.stretto.com/Voyager and (ii) any person or entity with a particularized interest in the subject matter of the Cross Motion.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Motion as requested by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of the Motion and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Date:   New York, NY
       July 28, 2022

       **J. Singer Law Group, PLLC**
       *Counsel for Matthew Levitt*

       **By: /s/ Jeb Singer**
         Jeb Singer, Esq.
         One Liberty Plaza, 23rd Floor
         New York, New York 10006
         (917) 806-5832
         jsinger@singerlawgroup.com