RECEIVED

JUL 26 2022

SD DIST OF NEW YORK

To whom it may concern,

Beginning on Sunday 08:08 AM July 25th, 2021, I was encountered by an intricate online scammer which was unbeknownst to me at the time. This scammer managed to gain access to my voyager account, email, and bank account. I became aware of this as late as September 28th, 2021. Since then, I have been working tirelessly to have transactions reversed. I even submitted a ticket to the voyager team through the platform explaining that I was compromised, and I never received a reply. I have managed to send a complaint to the Federal Trade Commission, the FBI, and even the CIA. I will provide a copy of the FBI report. The FBI report will go into greater detail about what took place. I have provided other supplemental information regarding what has taken place. I am aware that FDIC will kick in to assist users financially. I am hoping I too will be considered due to the very unfortunate nature of what has occurred to me. I have lost my entire life savings. I humbly ask for the person viewing this to please examine what I have provided carefully and include me in this ordeal involving Voyager's bankruptcy. My account has long been inaccessible due to Voyager deactivating my account. I was able to provide as much information as I was able to acquire. Thank you so much. I hope I am able to make a recovery of some kind so I can begin to put my life back together.

Sincerely,

Marquis Velazquez
Marquisvel@protonmail.com
856-244-4758



**Complaint Referral Form**
**Internet Crime Complaint Center**

## Victim Information

Name: Marquis Velazquez
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business [None]
operations?
Age: 20 - 29
Address: 5043 Muriel Lane drive
Address (continued):
Suite/Apt./Mail Stop:
City: New Port Richey
County: Pasco County
Country: United States of America
State: Florida
Zip Code/Route: 34653
Phone Number: 2677309188
Email Address: marquisvel@protonmail.com
Business IT POC, if applicable:
Other Business POC, if applicable:

## Financial Transaction(s)

Transaction Type: Virtual Currency

If other, please specify:
Transaction Amount: $54343
Transaction Date: 09/07/2021
Was the money sent? Yes

Victim Bank Name: TD Bank
Victim Bank Address:
Victim Bank Address (continued):
Victim Bank Suite/Mail Stop:
Victim Bank City:
Victim Bank Country: [None]
Victim Bank State [None]
Victim Bank Zip Code/Route:
Victim Name on Account: Marquis Velazquez
Victim Account Number:

Recipient Bank Name:

Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: [None]
Recipient Bank State [None]
Recipient Bank Zip Code/Route:
Recipient Name on Account: Eshima Sakurako
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

This began a month back when a Tik Toker with the username anqi11222 reached out to me and began to romance scam me. This person has revealed herself to be a pathological liar. The user convinced me to speak on Whatsapp using the phone number +64 21 211 0189. The country code is for New Zealand and when I asked about this to the user she simply said I travel there often for my store in Tokyo and my bar. She claimed that the name of her store was called "Nano Private Customizations" and her bar was called "Honghu Wineshop" and they were both supposedly located in Tokyo, Japan. The individual eventually convinced me to "invest" on a website called Skybet International (https://www.skybet8.com/). Over the course of a month and change I lost $54,343. This individual pulled images from a website called Weibo (https://weibo.com/login.php) for images of random Asian women. I conducted a simple trace on the individual two times and it returned an IP address in both Japan (202.221.128.203) and China (122.97.175.118). Now of course this could be because they used a VPN. The individual as well as the websites "customer service" kept fostering reasons for me to add more money. The person convinced me she was a designer and at that convinced me she was wealthy. She even gave me a dummy address of where she supposedly lived which is as follows: 22, Hyakunincho, Shinjuku District,Tokyo. She said the mailbox code was 137. I was unable to pull viable information from this address and concluded that it was an inauthentic address obviously. I am embarrassed and I feel so foolish. I have documented photos of my account and interactions with "customer service". This person is a fraud and I am most likely not the only victim. I have lost literally all my money due to this scam and have less than $100. I have contacted my bank as well as my exchange and made them aware of the fraudulent activity I hope they can reverse the charges although there is no guarantee and my world is crumbling. I took the liberty of using https://lookup.icann.org/lookup to search for the website owner. I found some information that may prove to be valuable. The domain appears to be registered to one individual on Godaddy.com. The mailing address for the individual is documented in Iceland and was created on 2021-07-01 04:19:02 UTC and expires on 2022-07-01 04:19:02 UTC. I believe godaddy.com can potentially be subpoenaed so that Eshima Sakurako which is the name this individual is using can be held accountable and so that my funds can be recovered. Please also note that this individual lured me to the site www.skybet8.com and pressured me into investing in it. Please note Skybet is a real company however, this individual intentionally used a website that shares the same name as an existing company and it is an entirely different website.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☒ Similar Domain
☐ Email Intrusion
☒ Other      Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

Name: Eshima Sakurako
Business Name:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country: [None]
State: [None]
Zip Code/Route:
Phone Number: 212110189
Email Address:
Website: www.skybet8.com
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

Yes my uncle lost $15,000 to this same scam as I was encouraged to ask him for money for the site and he also independently invested into the site.

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Federal Trade Commission.

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Marquis Velazquez

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. ***This is the only time you will have to make a copy of your complaint.***

 # USDC Sent Details

Type
**Crypto Sent**

Source
**Blockchain**

Amount
**13,000.00  USDC**

Cleared On
Aug 26, 12:15 PM

Status
**Complete**

Confirmation

From
**Voyager**

To
0xa987f975f42883c87b1b479169080
2c2bf497fb5                              

Voyager ID
01FCAWWP77J0K3V18C84FXM0H3

Transaction Hash
0x13b86b16db28a614ecbb169c84bce8439
433dd98f237082ebee6754bbccee645

◀ Search ▪ LTE          12:30 AM          🛰 ⏰ 29% 🔋

## ‹   USDC Sent Details

Type

**Crypto Sent**

Source

**Blockchain**

Amount

**11866.00 USDC**

Cleared On

**Aug 5, 10:49 AM**

Status

**Complete**

Confirmation

From

**Voyager**

To

**0xa987f975f42883c87b1b479169080
2c2bf497fb5**                                    

Voyager ID

**01FCAWWP77J0K3V18C84FXM0H3**

Transaction Hash

**0x13b86b16db28a614ecbb169c84bce8439
433dd98f237082ebee6754bbccee645**

# From the Florida Attorney General's Office

From: attorney.general@myfloridalegal.com <attorney.general@myfloridalegal.com>

To    marquisvel<MARQUISVEL@PROTONMAIL.COM>

Date: Friday, September 10th, 2021 at 12:02 PM


Florida Attorney General Ashley Moody received your correspondence regarding your concerns with the romance and investment scams you encountered online.

I am sorry your fell victim to these scams. We are forwarding your information to the Attorney General's Consumer Protection Division. We collect complaint information in an investigative database, and hopefully will develop enough data to lead us to those perpetuating this kind of scam.

Because you lost money, please report the fraud to law enforcement where you live and where this individual is located, if you know. Be sure to provide the local police with any evidence you may have. I have provided law enforcement contact information below:

Orlando Police Department
Non-emergency phone: (321) 235-5300
Website: https://www.orlando.gov/Our-Government/Departments-Offices/Orlando-Police-Department

Orange County Sheriff's Office
Non-Emergency: (407) 836-4357
Website: http://ocso.com
Online contact form: https://www.ocso.com/Contact

Scammers use social media and various websites, text and email messages, and other methods to meet potential victims. They create fake profiles to build online relationships, and eventually convince people to send money in the name of love or for other bogus reasons. An online love interest who asks for money is almost certainly a scam artist. The following consumer alerts provide information about romance scams, using mobile payment apps, and tips on protecting yourself from fraud:

https://www.fbi.gov/scams-and-safety/common-scams-and-crimes/romance-scams
https://www.consumer.ftc.gov/articles/what-you-need-know-about-romance-scams
https://www.ftc.gov/news-events/blogs/data-spotlight/2020/10/scams-starting-social-media-proliferate-early-2020
https://www.consumer.ftc.gov/articles/mobile-payment-apps-how-avoid-scam-when-you-use-one
https://www.usa.gov/online-safety

Please notify TikTok and CashApp about the scam you entcountered. For more information, visit each company's website:

TikTok
https://support.tiktok.com/en/safety-hc/report-a-problem
https://support.tiktok.com/en

CashApp:
https://cash.app/help/us/en-us/6482-recognize-scams
https://cash.app/contact

We also urge you to contact the Internet Crime Complaint Center (IC3), a partnership between the Federal Bureau of Investigation (FBI) and the National White Collar Crime Center (NW3C), which receives and reviews Internet related criminal complaints:

Internet Crime Complaint Center (IC3)
Website: http://www.ic3.gov

In regard to your investment transactions involving Skybet International, you may wish to speak to the Office of Financial Regulation (OFR), the state agency with primary jurisdiction over security related matters. The OFR's contact information is:

Florida Office of Financial Regulation
Telephone: (850) 487-9687
Website: https://www.flofr.com/sitePages/InvestorEducationAndProtection.htm
Complaint Forms: https://www.flofr.com/sitepages/FileAComplaint.htm
Verify A License: https://www.flofr.com/sitePages/verifyalicense.htm

Additional resources for investors include the Securities and Exchange Commission and the Financial Industry Regulatory
Authority, national organizations involved in regulating securities and investment offerings:

U.S. Securities and Exchange Commission
Toll-free: (800) 732-0330
Website: http://www.sec.gov/
Questions and Complaints: https://www.sec.gov/complaint/select.shtml
Investor Tips: http://investor.gov/

FINRA Investor Complaint Center
Telephone: (301) 590-6500
Broker Check Hotline: (800) 289-9999
Main website: http://www.finra.org/AboutFINRA/index.htm
Online/downloadable complaint form: http://www.finra.org/Investors/ProtectYourself/p118628

Finally, because our office is not at liberty to give legal opinions or advice to private individuals, if you need legal guidance,
please consult a private attorney. If you need help finding a lawyer, The Florida Bar offers a Lawyer Referral Service which
you may contact toll-free at (800) 342-8011 or online at https://www.floridabar.org/public/lrs.

Thank you for contacting Attorney General Moody's office. We hope this information assists you.

Sincerely,

Beverly Bailey
Office of Citizen Services
Florida Attorney General's Office
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Phone: (850) 414-3990
Toll-free within Florida: (866) 966-7226
Website: http://www.myfloridalegal.com

PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.

To contact this office please visit the Attorney General's website at www.myfloridalegal.com and complete the on-line contact
form.  Again, thank you for contacting the Office of the Florida Attorney General.
_____

INTERNET MESSAGE RECEIVED BY THE ATTORNEY GENERAL'S OFFICE ON 09/09/2021

Marquis Velazquez
5043 Muriel Lane
New Port Richey, FL 34653
Phone: (267) 730-9188
Email: marquisvel@protonmail.com

RE: Skybet International
Website: www.skybet8.com
Amount Paid: 54,343
Payment Method: Personal Check or Bank Debit

Subject: Scam

This began a month back when a Tik Toker with the username anqi11222 reached
out to me and began to romance scam me. This person has revealed herself to be
a pathological liar. The user convinced me to speak on Whatsapp using the phone

number +64 21 211 0189. The country code is for New Zealand. So when I asked about this to the user she simply said I travel there often for my store in Tokyo and my bar. She claimed that the name of her store was called "Nano Private Customizations" and her bar was called "Honghu Wineshop" and they were both supposedly located in Tokyo, Japan. The individual eventually convinced me to "invest" on a website called Skybet International (https://www.skybet8.com/ ). Over the course of a month and change I lost $54,343. This individual pulled images from a website called Weibo (https://weibo.com/login.php) for images of random Asian women. I conducted a simple trace on the individual two times and it returned an IP address in both Japan (202.221.128.203) and China (122.97.175.118). Now of course this could be because they used a VPN. The individual as well as the websites "customer service" kept fostering reasons for me to add more money. The person convinced me she was a designer and at that she convinced me she was wealthy. She even gave me a dummy address of where she supposedly lived which is as follows: 22, Hyakunincho, Shinjuku District,Tokyo. She said the mailbox code was 137. I was unable to pull viable information from this address and concluded that it was an inauthentic address obviously. I am embarrassed and I feel so foolish. I have documented photos of my account and interactions with "customer service". This person is a fraud and I am most likely not the only victim. I have lost literally all my money due to this scam and have less than $100. I have contacted my bank as well as my exchange and made them aware of the fraudulent activity I hope they can reverse the charges although there is no guarantee and my world is crumbling. I took the liberty of using https://lookup.icann.org/lookup to search for the website owner. I found some information that may prove to be valuable. The domain appears to be registered to one individual on Godaddy.com. The mailing address for the individual is documented in Iceland and was created on 2021-07-01 04:19:02 UTC and expires on 2022-07-01 04:19:02 UTC. I believe godaddy.com can potentially be subpoenaed so that Eshima Sakurako which is the name this individual is using can be held accountable and so that my funds can be recovered.