Ms. Jennifer Walsh
1801 N Flagler Dr, Apt 511
West Palm Beach, FL  33407

RECEIVED
JUL 2 8 2022
BANKRUPTCY COURT

July 24, 2022

Good afternoon Judge Wiles,

I hope this letter finds you well.

Please be sure to enter this letter as part of the "comments" that are allowed during Voyager Bankruptcy proceedings, and part of the "record."

On numerous occasion CEO of Voyager Digital, Steve Ehrlich has mentioned the customers of Voyager will: "..work with MCB to have cash withdrawal requests processed in the ordinary course following a review, reconciliation, and approval process.  Our ability to do this is subject **to approval by the court**."

Please approve Voyager Digital's request to have customers gain full access to their US Dollar deposits that are now being held frozen by the company.

In addition, **please ensure** that as customers, **we get back our US Dollars in full, as these are our monies and not Voyager's.**

**Might I also add, please have Voyager allow us access as we have always had access – through the app in order to make the normal cash transfer to our linked up bank accounts.**

There really should be no "review, reconciliation, and approval process.." for this since they already have all our information on file when we fist set up our accounts.

For the record, I urge you to insist on what they mean exactly by the above since all of our information is already on file through their platform/app.

Thank you in advance for your cooperation regarding this matter.

Sincerely,

Jennifer Walsh,
   A customer simply wanting access to her own monies ☹