**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:

|  |  |
|---|---|
| VOYAGER DIGITAL HOLDINGS, INC., *et al.* | Chapter 11 |
|  | Case No. 22-10943 (MEW) |
|  | Jointly Administered |
| Debtor. |  |

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Lysbeth L. George, of the Liz George and Associates represents

Matthew Edwards and hereby requests copies of all notices and pleadings filed in the case pursuant

to Fed.R.Bankr.P. 9010(b), 2002(a), and (b), and 3017(a).

Respectfully submitted,

*s/ Lysbeth L. George*_____
Lysbeth George, *Pro Hac Vice*
Oklahoma Bar No. 30562
LIZ GEORGE AND ASSOCIATES
8101 S. Walker, Suite F
Oklahoma City, Oklahoma 73139
Telephone:  (405) 689-5502
Facsimile:  (405) 689-5502
georgelawok@gmail.com

ATTORNEY FOR MATTHEW EDWARDS

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2022, I caused the Notice of Appearance filed herewith to be served by the Court's CM/ECF System.

/s/ Lysbeth L. George