UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: VOYAGER DIGITAL HOLDINGS, INC. et al

                        Debtor

Case No.: 22-10943 (MEW)

Chapter 11

-----------------------------------------------------------x

                        Plaintiff

v.

                        Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Matthew E. McClintock, to be admitted, ***pro hac vice***, to represent Emerald Ocean Isle, LLC, Amano Global Hldgs, Inc., Shingo and Adam Lavine, (the "Client") interested parties in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Georgia and Illinois and, if applicable, the bar of the U.S. District Court for the _____ District of _____ (see exhibit 1 attached to motion), it is hereby

      **ORDERED**, that Matthew E. McClintock, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 29, 2022

New York, New York

/s/ Michael E. Wiles

UNITED STATES BANKRUPTCY JUDGE