

To The Honorable Judge Michael E. Wiles,

      My name is Steven D and I am unfortunately a customer and victim of the Voyager bankruptcy. I know my story isn't different. I know I may have lost more money than some and not as much as others. I feel I represent the average customer who believed the Voyager platform was safe to invest on and hold for long term. They claimed or at least threw around the term FDIC insured, so why wouldn't I think my money and investments would be safe? I definitely feel mislead, as I'm sure all customers do at this point. I have lost retirement money in the sum of over 25k. I pray that all customers get as close to their investment back as possible. I don't claim to know a lot about crypto, but I feel that in some ways it could be worth investing in the future. After hearing about Bitcoin years ago and missing the boat, I wanted to invest in crypto. I didn't trust any platforms at the time, so I waited. When I first heard about Voyager, I waited. I did my homework and found out more about the company. CEO, Steven Ehrlich was definitely a name I was happy to see linked to this company. So many other platforms told me nothing and did not give me the confidence that Voyager did. Thank god all the people I told about joining Voyager did not do it. I would feel worse than I do now. Losing my money hurts enough w/o friends and family losing money too(because of me). I have not revealed my total losses to anyone. I feel ashamed that I fell for something that truly seemed legit. It's a horrible lesson to learn and my heart goes out to everyone that has lost money investing in Voyager!

Thank you,

Steven D

To the Honorable Judge Michael E. Wiles,

My name is Steven D and I am unfortunately a customer and victim of the Voyager bankruptcy. I know my story isn't different, I know I may have lost more money than some and not as much as others. I feel I represent the average customer who believed the Voyager platform was safe to invest on and lucky for long term. They alluded or at least threw around the term FDIC insured, so why wouldn't I think my money and investments would be safe? I definitely feel misled, as I'm sure all customers do at this point. I have lost a lot of money in the six plus 7 figures. 2/3. I pray that all customers get a fair deal and are compensated properly to regain their losses. I know a lot about crypto, but I feel that in some way it could be worth investing in the future. After hearing about Bitcoin years ago and missing the boat, I wanted to invest in crypto. I didn't trust any platforms at the time, so I waited. When I first heard about Voyager, I looked, I did my homework and found out more about the company, CEO, Steven Ehrlich was definitely a name I was happy to see linked to this company. So many other platforms told me nothing and did not give me the confidence that Voyager did. Thank god all the people I told about joining Voyager (I) not (I'd). I would feel worse than I do now. Losing my money hurts enough w/o friends and family losing money too/bc some of me. I have not revealed my total losses to anyone. I feel ashamed that I fell for something that truly seemed legit. It's a horrible lesson to learn and my heart goes out to everyone that has lost money investing in Voyager.

Thank you,

Steven D