# Exhibit A

















 **Gmail**

Matthew Levitt < ⋯ ⋮ ⋯ ⋮ ⋯ ⋯ >

---

## [Voyager Support] Re: • Browser: chrome • Browser Version: 94.0.4606.85...
3 messages

**Autumn (Support)** <support@investvoyager.com>                      6 November 2021 at 05:39
Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt < ⋯ ⋮ ⋯ ⋮ ⋯ >

Your request (285063) has been updated. To add additional comments, reply to this email.

    **Autumn** (Voyager Support)
Nov 6, 2021, 8:39 AM EDT

Hi Matthew,

If you are interested in transferring funds via bank wire, see the instructions below.
While there is no minimum for an incoming wire, there is a $50 wire fee (charged by
our bank) which will be deducted from your wire amount for wires less than
$25,000.00. For outgoing wires, Voyager has a $10,000 USD minimum and charges a
$50.00 USD fee.

Account Name: Voyager Digital, LLC.
ABA/Routing No:
Account No:
Bank Address: Metropolitan Commercial Bank 99 Park Avenue New York, NY 10016
Reference: The phone number associated with your Voyager account

*Note* Voyager does not have an account number. Please make sure to reference
your phone number associated with your Voyager account on the wire.

Once you receive confirmation that the wire has been sent from your bank, please
respond to this ticket with the exact amount of your wire. Your funds will be available
within 24 hours.

The Voyager Team



---

This email is a service from Voyager Support. Delivered by Zendesk

[YYLVK5-KRL0]

---

**Matthew Levitt** < ⋯ ⋮ ⋯ ⋮ ⋯ >                      8 November 2021 at 09:34

Wire sent just now for $210000. Memo says Matthew Levitt  . Thank you.
[Quoted text hidden]



**IMG_20211108_093356.jpg**
3151K

---

**Mila (Support)** <support@investvoyager.com>                                              8 November 2021 at 11:07
Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <                          >

Your request (285063) has been updated. To add additional comments, reply to this email.

 **Mila** (Voyager Support)
Nov 8, 2021, 2:07 PM EST

Hi Matthew,

Thank you for the heads up!

We will let you know as soon as it is received!

The Voyager Team

**VOYAGER**

---

**Matthew Levitt**
Nov 8, 2021, 12:34 PM EST

Wire sent just now for $210000. Memo says Matthew Levitt  . Thank you.

Attachment(s)
IMG_20211108_093356.jpg

---

 **Autumn** (Voyager Support)
Nov 6, 2021, 8:39 AM EDT

Hi Matthew,

If you are interested in transferring funds via bank wire, see the instructions below. While there is no minimum for an incoming wire, there is a $50 wire fee (charged by our bank) which will be deducted from your wire amount for wires less than $25,000.00. For outgoing wires, Voyager has a $10,000 USD minimum and charges a $50.00 USD fee.

Account Name: Voyager Digital, LLC.
ABA/Routing No:
Account No:
Bank Address: Metropolitan Commercial Bank 99 Park Avenue New York, NY 10016
Reference: The phone number associated with your Voyager account

*Note* Voyager does not have an account number. Please make sure to reference your phone number associated with your Voyager account on the wire.

Once you receive confirmation that the wire has been sent from your bank, please respond to this ticket with the exact amount of your wire. Your funds will be available within 24 hours.

The Voyager Team



[Quoted text hidden]

 Gmail

**Matthew Levitt <                    >**

## [Voyager Support] Re: • Browser: chrome • Browser Version: 95.0.4638.74...
2 messages

---

**Cliff (Support)** <support@investvoyager.com>                    15 November 2021 at 11:10
Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <                    >

Your request (310729) has been updated. To add additional comments, reply to this email.

---

 **Cliff** (Voyager Support)
Nov 15, 2021, 2:10 PM EST

Hi Matthew,

If you are interested in transferring funds via bank wire, see the instructions below. While there is no minimum for an incoming wire, there is a $50 wire fee (charged by our bank) which will be deducted from your wire amount for wires less than $25,000.00. For outgoing wires, Voyager has a $10,000 USD minimum and charges a $50.00 USD fee.

Account Name: Voyager Digital, LLC.
ABA/Routing No:
Account No:
Bank Address: Metropolitan Commercial Bank 99 Park Avenue New York, NY 10016
Reference: The phone number associated with your Voyager account

*Note* Voyager does not have an account number. Please make sure to reference your phone number associated with your Voyager account on the wire.

Once you receive confirmation that the wire has been sent from your bank, please respond to this ticket with the exact amount of your wire. Your funds will be available within 24 hours.

The Voyager Team



---

This email is a service from Voyager Support. Delivered by Zendesk

[3PPPGE-723V]

---

**Matthew Levitt**                    >                    18 November 2021 at 09:46

To: Support <support@investvoyager.com>

Wire sent just now for $42 000. I put "Matthew Levitt                  " in the memo section.

Please confirm receipt of this message and when funds are received.

Many thanks,
[Quoted text hidden]

---



**IMG_20211118_094555.jpg**
2730K

 Gmail

**Matthew Levitt <**         **>**

## [Voyager Support] Re: Important Information Regarding your Voyager Account
1 message

**Thomas O'Connor (Support)** <support@investvoyager.com>            25 January 2022 at 07:49
Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <        >

Your request (460570) has been updated. To add additional comments, reply to this email.

 **Thomas O'Connor** (Voyager Support)
Jan 25, 2022, 10:49 AM EST

Hi Matthew,

Your wire has been credited to your account and is available in the app.

Let us know if you have any questions or concerns. Thanks!

The Voyager Team



 **Matthew Levitt**
Jan 24, 2022, 8:22 PM EST

Wire should arrive tomorrow morning for $201000. I used my name and number in the memo line.Thank you.

 **Matthew Levitt**
Jan 24, 2022, 8:22 PM EST

Wire should arrive tomorrow morning for $201000. I used my name and number in the memo line.Thank you.

 **Ann** (Voyager Support)
Jan 24, 2022, 2:49 PM EST

Hi Matthew,

If you are interested in transferring funds via bank wire, see the instructions below. For incoming wires, Voyager has a $10,000 minimum and there is a $50 wire fee (charged by our bank) which will be deducted from your wire amount for wires less than $25,000.00. For outgoing wires, Voyager has a $10,000 USD minimum and charges a $50.00 USD fee

**Account Name:** Voyager Digital, LLC.
**ABA/Routing No:**
**Account No:**
**Bank Address:** Metropolitan Commercial Bank 99 Park Avenue New York, NY 10016
Reference: The **phone number** associated with your Voyager account

 *Note* Voyager does not have an account number. Please make sure to reference the phone number associated with your Voyager account on the wire.

Once you receive confirmation that the wire has been sent from your bank, please respond to this ticket with the exact amount of your wire. Your funds will be available within 24 hours.

The Voyager Team



---



**Andrew** (Voyager Support)
Jan 24, 2022, 2:22 PM EST

Hi Matthew,

If you are interested in transferring funds via bank wire, see the instructions below. For incoming wires, Voyager has a $10,000 minimum and there is a $50 wire fee (charged by our bank) which will be deducted from your wire amount for wires less than $25,000.00. For outgoing wires, Voyager has a $10,000 USD minimum and charges a $50.00 USD fee

**Account Name:** Voyager Digital, LLC.
**ABA/Routing No:**
**Account No:**
**Bank Address:** Metropolitan Commercial Bank 99 Park Avenue New York, NY 10016
Reference: The **phone number** associated with your Voyager account

 *Note* Voyager does not have an account number. Please make sure to reference the phone number associated with your Voyager account on the wire.

Once you receive confirmation that the wire has been sent from your bank, please respond to this ticket with the exact amount of your wire. Your funds will be available within 24 hours.

The Voyager Team



---

This email is a service from Voyager Support. Delivered by Zendesk

[4ZZX38-DGMM]

 **Gmail**

**Matthew Levitt <**         **>**

# [Voyager Support] Re: • Browser: chrome • Browser Version: 97.0.4692.98...
6 messages

**Andrew (Support)** <support@investvoyager.com>             24 January 2022 at 11:22
Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <        >

Your request (460570) has been updated. To add additional comments, reply to this email.

    **Andrew** (Voyager Support)
Jan 24, 2022, 2:22 PM EST

Hi Matthew,

If you are interested in transferring funds via bank wire, see the instructions below. For incoming wires, Voyager has a $10,000 minimum and there is a $50 wire fee (charged by our bank) which will be deducted from your wire amount for wires less than $25,000.00. For outgoing wires, Voyager has a $10,000 USD minimum and charges a $50.00 USD fee

**Account Name:** Voyager Digital, LLC.
**ABA/Routing No:**
**Account No:**
**Bank Address:** Metropolitan Commercial Bank 99 Park Avenue New York, NY 10016
Reference: The **phone number** associated with your Voyager account

*Note* Voyager does not have an account number. Please make sure to reference the phone number associated with your Voyager account on the wire.

Once you receive confirmation that the wire has been sent from your bank, please respond to this ticket with the exact amount of your wire. Your funds will be available within 24 hours.

The Voyager Team



This email is a service from Voyager Support. Delivered by **Zendesk**

[4ZZX38-DGMM]

**Ann (Support)** <support@investvoyager.com>             24 January 2022 at 11:49

Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <

Your request (460570) has been updated. To add additional comments, reply to this email.

---

 **Ann** (Voyager Support)

Jan 24, 2022, 2:49 PM EST

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

---

**Matthew Levitt** <                    >                                                    24 January 2022 at 17:21
To: Support <support@investvoyager.com>

Wire should arrive tomorrow morning for $201000. I used my name and number in the memo line.Thank you.
[Quoted text hidden]

---

**Matthew Levitt** <                    >                                                    24 January 2022 at 17:22
To: Support <support@investvoyager.com>

Wire should arrive tomorrow morning for $201000. I used my name and number in the memo line.Thank you.

[Quoted text hidden]

---

**Support** <support@investvoyager.com>                                                  24 January 2022 at 17:22
Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <                                >

Your request (460570) has been updated. To add additional comments, reply to this email.

---

 **Matthew Levitt**

Jan 24, 2022, 8:22 PM EST

Wire should arrive tomorrow morning for $201000. I used my name and number in the memo
line.Thank you.

[Quoted text hidden]

[Quoted text hidden]

---

**Support** <support@investvoyager.com>                                                  24 January 2022 at 17:22
Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <                                >

[Quoted text hidden]

 Gmail

**Matthew Levitt <                                    >**

# Important Information Regarding Your Voyager Account
1 message

**James (Support)** <support@investvoyager.com>                    12 April 2022 at 08:44
Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <

    **James** (Voyager Support)
Apr 12, 2022, 11:44 AM EDT

Hi Matthew,

Your wire has been credited to your account and is available in the app. You're all set to start trading.

Let us know if you have any questions or concerns.

The Voyager Team



This email is a service from Voyager Support. Delivered by Zendesk

[RE9OX8-VWVLG]



| | Matthew Levitt < | > |

---

## [Voyager Support] Re: • Browser: chrome • Browser Version: 98.0.4758.101...
3 messages

---

**Jerry (Support)** <support@investvoyager.com>                                    22 April 2022 at 06:22
Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <                                >

Your request (570747) has been updated. To add additional comments, reply to this email.

 **Jerry** (Voyager Support)
Apr 22, 2022, 9:22 AM EDT

Hi Matthew,

Thank you for reaching out to Voyager Support. I have attached the information for current incoming wire procedures below. For incoming wires, Voyager has a $10,000 minimum and there is a $50 wire fee (charged by our bank) which will be deducted from your wire amount for wires less than $25,000.00. For outgoing wires, Voyager has a $10,000 USD minimum and charges a $50.00 USD fee.

**Account Name:** Voyager Digital, LLC.
**ABA/Routing No:**
**Account No:**
**Bank Address:** Metropolitan Commercial Bank 99 Park Avenue New York, NY 10016
**Reference:** The phone number associated with your Voyager account

*Note* Voyager users do not have account numbers. *Please make sure to reference the phone number associated with your Voyager account on the wire.*

Once you receive confirmation that the wire has been sent from your bank, please respond to this ticket with the exact amount of your wire. Your funds will be available within 24 hours.

The Voyager Team



---

This email is a service from Voyager Support. Delivered by Zendesk

**Matthew Levitt <                    com>**                                    26 April 2022 at 13:04
To: Support <support@investvoyager.com>

Please see attached.

114K wire sent today for Matthew Levitt                     . Thank you for your assistance.

Cheers,

Matt Levitt
[Quoted text hidden]

---

**IMG2022 0426130401.jpg**
3285K

---

**Tommy (Support) <support@investvoyager.com>**                                    26 April 2022 at 13:53
Reply-To: Support <support@investvoyager.com>
To: Matthew Levitt <matthewjlevitt@gmail.com>

Your request (574638) has been updated. To add additional comments, reply to this email.

**Tommy** (Voyager Support)
Apr 26, 2022, 4:53 PM EDT

Hi Matthew,

Your wire has been credited to your account and is available in the app. You're all set
to start trading.

Let us know if you have any questions or concerns. Thanks!

The Voyager Team



**Matthew Levitt**
Apr 26, 2022, 4:05 PM EDT

This is a follow-up to your previous request #570747 "· Browser: chrome · Browser..."

Please see attached.

114K wire sent today for Matthew Levitt. Thank you for your assistance.

Cheers,

Matt Levitt

On Fri, Apr 22, 2022, 06:22 Jerry (Support) <support@investvoyager.com> wrote:

Your request (570747) has been updated. To add additional comments, reply to this email.

Jerry (Voyager Support)

Apr 22, 2022, 9:22 AM EDT

Hi Matthew,

Thank you for reaching out to Voyager Support. I have attached the information for current incoming wire procedures below. For incoming wires, Voyager has a $10,000 minimum and there is a $50 wire fee (charged by our bank) which will be deducted from your wire amount for wires less than $25,000.00. For outgoing wires, Voyager has a $10,000 USD minimum and charges a $50.00 USD fee.

Account Name: Voyager Digital, LLC.
ABA/Routing No:
Account No:
Bank Address: Metropolitan Commercial Bank 99 Park Avenue New York, NY 10016
Reference: The phone number associated with your Voyager account

*Note* Voyager users do not have account numbers. Please make sure to reference the phone number associated with your Voyager account on the wire.

Once you receive confirmation that the wire has been sent from your bank, please respond to this ticket with the exact amount of your wire. Your funds will be available within 24 hours.


The Voyager Team

This email is a service from Voyager Support. Delivered by Zendesk (https://www.zendesk.com/support/?utm_campaign=text&utm_content=Voyager+Support&utm_medium=poweredbyzendesk&utm_source=email-notification)
[500LD2-0Y4X7]

--
To unsubscribe from this group and stop receiving emails from it, send an email to support+unsubscribe@investvoyager.com.

Attachment(s)

IMG2022 0426130401.jpg

---

This email is a service from Voyager Support. Delivered by Zendesk

[WGGWZY-6VXZ]

## Your checking account

THE LEVITT GROUP INC  |  Account #          |  May 1, 2022 to May 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/05/22 | Bank of America  DES:CASHREWARD ID:LEVITT GROUP IN  INDN:0000000007005712000000 CO ID:2002290310 PPD | 101.55 |
| 05/10/22 | WIRE TYPE:BOOK IN DATE:220510 TIME:1525 ET TRN:2022051000437953 SNDR REF:387243436 ORIG:GOLD SAFE EXCHANGE LLC ID:325146754021 | 78,924.16 |
| 05/17/22 | WIRE TYPE:BOOK IN DATE:220517 TIME:0502 ET TRN:2022051600526561 SNDR REF:388021918 ORIG:GOLD SAFE EXCHANGE LLC ID:325146754021 | 37,432.29 |
| 05/26/22 | WIRE TYPE:BOOK IN DATE:220526 TIME:0506 ET TRN:2022052500528007 SNDR REF:389205826 ORIG:GOLD SAFE EXCHANGE LLC ID:325146754021 | 106,500.00 |
| **Total deposits and other credits** | | **$222,958.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/10/22 | Online Banking payment to CRD 1872 Confirmation# 0621116700 | -14,051.05 |
| 05/10/22 | Online Banking payment to CRD 5061 Confirmation# 2821127207 | -4,420.03 |
| 05/10/22 | Online Banking transfer to CHK 7518 Confirmation# 2321138324 | -1,210.00 |
| 05/11/22 | WIRE TYPE:WIRE OUT DATE:220511 TIME:1621 ET TRN:2022051100459950 SERVICE REF:015006 BNF:VOYAGER DIGITAL, LLC. ID:1099000254 BNF BK:MET ROPOLITAN COMMERCIAL ID:026013356 PMT DET:C4X2LGR6 G Other MATTHEW LEVITT (424)228-6796 | -60,000.00 |
| 05/18/22 | VOYAGER DB        DES:ONLINE PMT ID:220518034058RUK  INDN:MATTHEW LEVITT        CO ID:BXXXXXXXX WEB | -10,000.00 |
| 05/19/22 | VOYAGER DB        DES:ONLINE PMT ID:220519092226QXE  INDN:MATTHEW LEVITT        CO ID:BXXXXXXXX WEB | -10,000.00 |
| 05/25/22 | FRANCHISE TAX BO DES:PAYMENTS  ID:90402824      PM INDN:THE LEVI        CO ID:1282532045 CCD | -820.00 |
| 05/25/22 | FRANCHISE TAX BO DES:PAYMENTS  ID:90402814      PM INDN:STEVEN I        CO ID:1282532045 CCD | -820.00 |
| 05/31/22 | Online Banking transfer to CHK 7518 Confirmation# 1395163071 | -300.00 |
| 05/31/22 | | -2,500.00 |
| 05/31/22 | ⋮ | -100,000.00 |

*continued on the next page*

M Gmail

Matthew Levitt <                                >

## Your Same Day wire transfer was successfully sent

1 message

**Online Transfers from**                                                            16 June 2022 at
                                          >                                           12:24
Reply-To: Online Transfers from
To:

We have successfully sent the following transfer:

**********************************************

Item #:        392268610
Amount:        $65,000.00
To:            Voyager Digital, LLC.
Fee:           30.00
Send on Date:  06/16/2022
Service:       Same Day
**********************************************

If there is a problem with executing your request, we will notify you both by email and on the Manage Accounts tab.
You can always check your transfer status on the Review Transfer screen at

Sincerely,

Member Service

--------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------