**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Grayson W. Williams, request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al*. in the above-referenced bankruptcy cases. I certify that I am admitted, practicing and a member in good standing of the bar of the State of Texas.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By: */s/ Grayson W. Williams*
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
E-mail: gwilliams@mwe.com

Dated: July 29, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

## CERTIFICATE OF SERVICE

    I, Darren Azman, hereby certify that on this 29th day of July 2022, I caused a true and correct copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* (the "Motion") to be filed using this Court's CM/ECF System (the "CM/ECF System") which caused the Motion to be served on all registered users of the CM/ECF System who have consented to receive such notice in this case.

                                                */s/ Darren Azman*
                                                  Darren Azman

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) Case No. 22-10943 (MEW) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Grayson W. Williams, to be admitted *pro hac vice* to represent the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.* in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Florida; it is hereby:

**ORDERED** that Grayson W. Williams, is admitted to practice *pro hac vice* in the above-referenced cases to represent the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.* in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: _____, 2022

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.