UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| VOYAGER DIGITAL HOLDINGS, INC., et al. | : | Case No. 22-10943 (MEW) |
| | : | |
| Debtors. | : | |
| | : | |

ORDER AUTHORIZING MATTHEW LEVITT TO FILE UNDER SEAL
EXHIBIT A TO HIS LIMITED OBJECTION AT ECF NO. 161, AND
TO FILE A REDACTED COPY OF EXHIBIT A ON THE DOCKET

On July 28, 2022, the *Limited Objection of Matthew Levitt to the Debtors' Motion to Honor Withdrawals and Cross Motion to Honor Levitt's Withdrawal Request and Grant Related Relief* (the "Limited Objection") was filed on the docket of this case. [ECF No. 161]. On July 29, 2022, counsel to Mr. Levitt filed a motion to place Exhibit A to the Limited Objection under seal as it contains certain personally identifiable information, and for permission to file a redacted copy of the exhibit on the docket (the "Seal Motion"). [ECF No. 174]. After due consideration, it is hereby

ORDERED, that the Seal Motion is granted and an unredacted copy of Exhibit A to the Limited Objection may be filed under seal; and it is further

ORDERED, that a redacted copy of Exhibit A to the Limited Objection may be filed on the docket of the case.

Dated: New York, New York
      August 1, 2022

                                            /s/ **Michael E. Wiles**
                                            UNITED STATES BANKRUPTCY JUDGE