# JUEWETT BOSTICK

1155 South Grand Ave  |  213.204.0385  |  juewettb@mac.com

July 31, 2022

**Judge Michael E. Wiles**
One Bowling Green
New York, NY 10004-1408

**Re:** Voyager Digital Holdings  |  Case No. 22-10943

Honorable Judge Michael E. Wiles:

 I am an investor and customer of Voyager Digital. In my efforts to be informed on matters impacting Voyager and its customers, I have reviewed numerous submissions posted to the court docket from investors like myself. I wish to add my voice to the choir financially damaged by Voyager's poor management of our assets. There is substantial documentation of Voyager's social media campaign, intentionally misleading its investor base, all the while knowing it was on the precipice of insolvency. Voyager's deception warrants harsh legal admonishment.

 However, my primary concern is a resolution that will fully restore my holdings currently held hostage on Voyager's platform.  Most Voyagers customers are Individuals that are vulnerable and least able to retain the legal resources to amplify their voice in complex matters such as this.  In my humble effort to monitor developments, I'm witnessing Voyager, their institutional creditors, suitors of the crippled Voyager business and high worth investors all amassing an imposing legal armada. It's an intimidating collection of legal prowess that any individual will feel powerless and lost in the shadow of.

      This case is amassing an impressive collection of bright minds with sophisticated business acumen and innovative ideas. I'm hoping your honor can steer this eclectic aggregation of litigators toward a resolution that will restore the financial well-being of Voyager's retail investors. The crypto landscape is healthy and thriving with ideas and financial opportunities that can make an equitable solution for all an obtainable reality. The crypto community is technologically savvy and forward-thinking. The benefits of protecting these retail investors will be enormously positive for everyone within and outside the global crypto ecosystem.

      I'm convinced there can be a solution to fully restore the portfolios of Voyagers retail customers. A fresh breeze of creative ideas can overcome this predicament Voyager's misguided decisions created. Voyager's poor judgment must not impale the financial future of the common investor. The litigants must be encouraged to be thoughtful, creative and compassionate for the benefit of everyone!

Sincerely,

*Juewett Bostick*

Juewett Bostick