Harley J. Goldstein
Matthew E. McClintock (Admitted *pro hac vice*)
Steven Yachik
**GOLDSTEIN & MCCLINTOCK LLLP**
111 W Washington Street, Suite 1221
Chicago, Illinois 60602
Telephone: (312) 337-7700
E-mail: harleyg@restructuringshop.com
   mattm@restructuringshop.com
   steveny@restructuringshop.com

   *-and-*

Douglas T. Tabachnik
**LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.**
Woodhull House, Suite C
63 West Main Street
Freehold, New Jersey 07728
Telephone: (732) 780-2760
Facsimile: (732) 780-2761
E-mail: dtabachnik@dttlaw.com

*Co-Counsel to Emerald Ocean Isle LLC, Amano Global Holdings, Inc., Shingo Lavine, and Adam Lavine*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE PURSUANT TO 28 U.S.C. §1746 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9012(b)**

---

[1] The debtors in these chapter 11 cases (collectively, the "*Debtors*"), along with the last four digits of each debtor's federal tax identification number are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Douglas T. Tabachnik hereby certifies that on July 28, 2022, he caused to be served a copy of the following documents pursuant to Federal Rules of Bankruptcy Procedure 9014(b), 9006(d) and on the parties listed and in the respective manner indicated on the annexed service list:

1. Limited Objection to Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines; (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief.

I hereby certify that the foregoing is true under the penalties of perjury.

Dated: August 1, 2022                                By: /s/ Douglas T. Tabachnik
                                                         Douglas T. Tabachnik

## SERVICE LIST

By e-mail:

ALAMEDA VENTURES LTD
c/o SULLIVAN & CROMWELL LLP
Andrew G. Dietderich - dietdericha@sullcrom.com
Brian D. Glueckstein - gluecksteinb@sullcrom.com
Benjamin S. Beller - bellerb@sullcrom.com