**VOYAGER**

# Voyager Digital Provides Update on Asset and Risk Management

NEW YORK, June 14, 2022 /CNW/ - Voyager Digital Ltd. ("Voyager" or the "Company") (TSX: VOYG) (OTCQX: VYGVF) (FRA: UCD2), one of the fastest-growing consumer cryptocurrency platforms in the United States, and one of the first public companies in the crypto industry, today provides an asset and risk management update in light of changing market conditions. As a public company, Voyager operates with a consistently high level of transparency, providing regular quarterly financial statements detailing the company's financial position and financial statement disclosure surrounding risk management practices and counterparty exposure.

Voyager differentiates itself through a straightforward, low-risk approach to lending and asset management by working with a select group of reputable counterparties, which are all vetted through extensive due diligence by its Risk Committee. The company does not participate in DeFi lending activities, algorithmic stablecoin staking and lending, or derivative assets, such as stETH. One of Voyager's important objectives is to make crypto as simple and safe as possible for consumer use. With that mission in mind, safeguarding customer assets is a top priority.

Although Voyager announced a prior partnership with Celsius in 2019, due to the company's ongoing due diligence and risk management process, Voyager currently has no customer assets at Celsius.

"Voyager holds a strong position in the crypto industry. Not only were we among the first to go public and provide full balance sheet transparency, our leadership also has deep financial expertise across the sector and has led companies through multiple market cycles," said Steve Ehrlich, Chief Executive Officer and co-founder of Voyager. "The company is well capitalized and in a good position to weather this market cycle and protect customer assets. It is Voyager's goal to continue to build secure products and services, as well as build trust and leadership in the cryptocurrency industry."

## About Voyager Digital Ltd.

Voyager Digital Ltd.'s (TSX: VOYG) (OTCQX: VYGVF) (FRA: UCD2) US subsidiary, Voyager Digital, LLC, is a fast-growi cryptocurrency platform in the United States founded in 2018 to bring choice, transparency, and cost-efficiency to the marketplace. Voyager offers a secure way to trade over 100 different crypto assets using its easy-to-use mobile application. Through its subsidiary Coinify ApS, Voyager provides crypto payment solutions for both consumers and merchants around the globe. To learn more about the company, please visit https://www.investvoyager.com.

*The TSX has not approved or disapproved of the information contained herein.*

c View original content to download multimedia:
https://www.prnewswire.com/news-releases/voyager-digital-provides-update-on-asset-and-risk-management-301567456.html

SOURCE Voyager Digital (Canada) Ltd.

c View original content to download multimedia: http://www.newswire.ca/en/releases/archive/June2022/14/c5057.html

%SEDAR: 00005648E

**For further information:** Press Contacts, Voyager Digital, Ltd., Voyager Public Relations Team, pr@investvoyager.com

CO: Voyager Digital (Canada) Ltd.

CNW 07:45e 14-JUN-22

Exhibit E