**Alameda Ventures Surrenders Shares of Voyager Digital Ltd.**

*NOT FOR DISSEMINATION IN THE U.S. OR FOR DISTRIBUTION TO U.S. NEWSWIRE SERVICES*

**TORONTO, ONTARIO, June 23, 2022** – Alameda Research Ventures LLC ("**Alameda**") reported that on June 22, 2022 it disposed of 4,500,000 common and variable voting shares (the "**Shares**") of Voyager Digital Ltd. ("**Voyager**"), which occurred by way of surrender to Voyager for cancellation and for no consideration (the "**Surrender**") and represented approximately 2.29% of the issued and outstanding Shares of Voyager as of June 22, 2022. The Shares subject to the Surrender had a notional value of approximately C$3.4 million (or US$2.4 million) using the closing price of the Shares on the Toronto Stock Exchange as of June 22, 2022.

Prior to the Surrender, Alameda, together with its affiliate, Alameda Ventures Ltd., owned an aggregate of 22,681,260 Shares of Voyager, which represented approximately 11.56% of the issued and outstanding Shares of Voyager as of June 22, 2022. Following the Surrender, Alameda and its affiliate collectively own or exercise control or direction over, directly or indirectly, an aggregate of 18,181,260 Shares, representing approximately 9.49% of the issued and outstanding Shares of Voyager as of June 23, 2022.

The Surrender of Shares to Voyager was for no consideration or other value, and the Shares subject to the Surrender were subsequently cancelled by Voyager. As a result of the Surrender, Alameda and its affiliate have ceased to be a reporting insider of Voyager. Alameda may from time to time acquire additional securities, dispose of some or all of the existing or additional securities or may continue to hold the securities of Voyager. For further information and to obtain a copy of the early warning report filed by Alameda under applicable Canadian securities laws, please see Voyager's profile on SEDAR at www.sedar.com.

Alameda's address is 2000 Center Street, 4th Floor, Berkeley, California 94704. Alameda is a limited liability company formed under the laws of the State of Delaware engaged in private investment activities.

**Forward-Looking Statements**

Certain information in this press release, including, but not limited to, statements regarding Alameda's future plans, may constitute forward looking information (collectively, forward-looking statements), which can be identified by the use of terms such as "may," "will," "should," "expect," "anticipate," "project," "estimate," "intend," "continue," or "believe" (or the negatives) or other similar variations. Because of various risks and uncertainties, including those referenced below, actual events or results may differ materially from those reflected or contemplated in such forward-looking statements. As a result, you should not rely on such forward-looking statements. Additional information identifying assumptions, risks and uncertainties relating to Voyager is contained in Voyager's filings with the Canadian securities regulators available at www.sedar.com. Alameda assumes no obligation, except as required by law, to update any forward-looking statements to reflect new information or otherwise.

**Contact Information**

For further information about Alameda, or to obtain a copy of Alameda's early warning report, contact:

Media Contact
Jay Morakis
M Group Strategic Communications
Tel: +1 646 859 5951
jmorakis@mgroupsc.com

