AUG 0 1 2022
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

RE: Case Number: 22-10943

Honorable Judge Wiles,

I have been avid believer in cryptocurrency for last few years now and have been accumulating them on all possible occasion. In year 2021, I started to move my crypto assets from other exchanges to Voyager as they were offering good interest rates. I trusted them as they mentioned FDIC and the fact that they were mere custodian of those assets et el. Over the course of last year, I started to move every saving out of my paycheck to Voyager in hope our crypto were safe like as one would think of a high yield checking/savings account in any bank, albeit one for crypto assets. We considered it a safe place to keep our crypto as they emphasized that "we", the customer own their crypto we store on their platform

Very unfortunately, additionally over the course of last few months, I decided, to move part of my retirement savings, funds I had received from my partial 401k withdrawal earlier and also the funds we had saved up for our kid's college to Voyager as well thinking we will interest. Our elder daughter will be starting her college in Spring of 2023 which is when we need funds to cover her tuition, a timeframe of less than a year from now. There funds are in jeopardy with Voyagers bankruptcy plans. Whatever transpired now with Voyager Digital has devastated us completely with our crypto assets locked out. The approx. total I had contributed stored in Voyager as crypto's assets were about $240,000, with we now face the risk of losing most of it. We were completely in it, and we believed in the company until they froze crypto transfers. We did not see this coming as they kept reassuring nothing was wrong in email communications from them. Afterall what could go wrong? it's a publicly traded U.S. company. I was totally unaware of Voyagers risky & fraudulent lending practices as well as their financial situation.

When customers purchased crypto through the app, we were assured that we had purchased and owned crypto, with language such as: you purchased, and you owe. Anyone using the app is never told that the crypto they are keeping in the platform doesn't not belong to them and can be taken away anytime if the company ceases to exist or does bad. Also, few days before the bankruptcy in their Q3 earnings call they mentioned they were fully capitalized and strong, when they already knew there would be trouble ahead.

I want to express how extremely disappointed and distressed we are about this entire situation. Please help us recover our extremely critical savings, anything needful to make Voyager not liquidated or take away our crypto which we own on their platform and force them to open the platform so we can withdraw and/or transfer our crypto assets out.

Thanks for the consideration

*P. Hemavathi*

Hemavathi Payala

From.

Hemavathi Payala
23590 SE 49th ST,
Issaquah, WA 98029
hemavathi@gmail.com
Ph: 425-442-1773

To

Judge Michael E. Wiles
One Bowling Green
New York, New York
10004-1408