Josh Ragusa
13754 Mango Dr. #308
Del Mar, CA 92014



The Honorable Judge Michael E. Wiles
One Bowling Green
New York, NY 10004-1408
Courtroom #617

Your Honor,

    I am one of the many Voyager Crypto users that entrusted the company with my hard-earned & long saved investments. I was well aware of the high risk to cryptocurrencies while investing and did my best to mitigate the risk by utilizing larger exchanges & companies with my investments. However, like many others, I am now without access or control to my money/crypto. The risk I didn't foresee was the failure of some of the largest companies in the industry to fall with any large shift in the value of crypto currencies.

    I'm aware that Voyager was given an opportunity to accept a buyout offer that would have given all of its customers access to their crypto holdings in full but chose to pass on the offer due to it being a "lowball offer", or something along those lines. If it is at all within your abilities, I urge you to force that merger/opportunity/buyout to ensure average Americans can regain control over their financial future as best as possible. The futures of individuals should stand taller than the future of any one corporation.

Thank you for your time & service,

Josh Ragusa
13754 Mango Dr. #308
Del Mar, CA 92014
joshragusa@gmail.com

Judge Michael E. Wiles
One Bowling Green
New York, NY 10004-1408
Courtroom #617