Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING CERTAIN BANKING STATEMENTS**
**RELATED TO THE DEBTORS' MOTION FOR ENTRY**
**OF AN ORDER (I) AUTHORIZING THE DEBTORS**
**TO (A) HONOR WITHDRAWALS FROM THE MC FBO**
**ACCOUNTS, (B) LIQUIDATE CRYPTOCURRENCY FROM CUSTOMER**
**ACCOUNTS WITH A NEGATIVE BALANCE, (C) SWEEP CASH HELD**
**IN THIRD-PARTY EXCHANGES, (D) CONDUCT ORDINARY COURSE**
**RECONCILIATION OF CUSTOMER ACCOUNTS, AND (E) CONTINUE**
**STAKING CRYPTOCURRENCY, AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 5, 2022 (the "Petition Date"), the above-captioned

debtors and debtors in possession (collectively, the "Debtors"), each filed a voluntary petition for

relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532

(the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New

York (the "Court").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC
(8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY
10003.

**PLEASE TAKE FURTHER NOTICE** that on July 14, 2022 the Debtors filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency From Customer Accounts With a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief* [Docket No. 73] (the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that on July 29, 2022 the Debtors filed the *Supplement to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency From Customer Accounts With a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief* [Docket No. 173] (the "<u>Supplement</u>").

**PLEASE TAKE FURTHER NOTICE** that the Debtors' are disclosing certain banking statements relating to the Motion and the Supplement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit A</u>** is the FBO ACH Account_3997.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit B</u>** is the FBO Wires Account_0254.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit C</u>** is the Main Operating Account_3989.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit D</u>** is the Dormant SBLC Account_0688.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit E** is the Administrative Account_0238.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit F** is the Accounts Payable Account_0246.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit G** is the Debit Card Account_8835.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit H** is the Reserve Account for Debit Card_8762.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion and the Supplement will be held on August 4, 2022 at 11:00 a.m. (prevailing Eastern Time) (the "Hearing"). In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted telephonically. Any parties wishing to participate must do so by making arrangements through CourtSolutions by visiting https://www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the Supplement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of the Motion and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  August 1, 2022  
New York, New York

/s/ Joshua A. Sussberg

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        jsussberg@kirkland.com
              cmarcus@kirkland.com
              christine.okike@kirkland.com
              allyson.smith@kirkland.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## **Exhibit A**

**FBO ACH Account_3997**



**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank Since 1999



LISTED
**NYSE**

*Statement Ending 04/29/2022*

| | |
|---|---|
| METROPOLITAN COMMERCIAL | Page 1 of 6 |
| **Statement Number:** ▮▮▮▮▮▮▮ | |

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

METROPOLITAN COMMERCIAL BANK
FBO VOYAGER CUSTOMERS
99 PARK AVE
NEW YORK NY 10016-1601

### *Managing Your Accounts*

| | | |
|---|---|---|
| 🏛 | Banking Center | Park Avenue Banking Center |
| 👤 | Banking Center | 212-365-6700 |
| ✉ | Mailing Address | 99 Park Avenue New York, NY 10016 |
| 💻 | Online Banking | www.MCBankNY.com |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FBO VOYAGER - MAIN | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ |

## FBO VOYAGER - MAIN-▮▮▮▮▮▮▮

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2022 | Beginning Balance | ▮▮▮▮▮ |
| | 26 Credit(s) This Period | ▮▮▮▮▮ |
| | 58 Debit(s) This Period | ▮▮▮▮▮ |
| 04/29/2022 | Ending Balance | ▮▮▮▮▮ |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2022 | Beginning Balance | | | ▮▮▮▮ |
| 04/01/2022 | PDS GW30 - VOYAG SETTLEMENT 033122 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/01/2022 | PDS GW30 - VOYAG SETTLEMENT 033122 | ▮▮▮▮ | | ▮▮▮▮ |
| 04/01/2022 | WIRE FROM ▮▮▮▮ | | ▮▮▮▮ | ▮▮▮▮ |
| 04/01/2022 | WIRE TO ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/04/2022 | PDS GW30 - VOYAG SETTLEMENT 040122 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/04/2022 | PDS GW30 - VOYAG SETTLEMENT 040122 | ▮▮▮▮ | | ▮▮▮▮ |
| 04/04/2022 | WIRE TO ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/04/2022 | WIRE TO ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/05/2022 | PDS GW30 - VOYAG SETTLEMENT 040422 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/05/2022 | PDS GW30 - VOYAG SETTLEMENT 040422 | ▮▮▮▮ | | ▮▮▮▮ |
| 04/05/2022 | WIRE FROM ▮▮▮▮ | | ▮▮▮▮ | ▮▮▮▮ |
| 04/05/2022 | WIRE TO ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/06/2022 | PDS GW30 - VOYAG SETTLEMENT 040522 | | ▮▮▮▮ | ▮▮▮▮ |

**Online Banking**
www.MCBankNY.com

**Mobile Banking Apps**




Member FDIC

22-10943-mew    Doc 189    Filed 08/01/22    Entered 08/01/22 23:36:36    Main Document

**In case of errors or questions about your account telephone us at: 212-365-6700 or write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | CHECKS/WITHDRAWALS | AMOUNT |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | TOTAL to be entered in **Section 4** above. | $ |


**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

NYSE LISTED

## FBO VOYAGER - MAIN-▇▇▇▇▇▇▇▇▇▇▇ (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/06/2022 | PDS GW30 - VOYAG SETTLEMENT 040522 | ▇▇▇▇ | | ▇▇▇▇ |
| 04/06/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/06/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/07/2022 | PDS GW30 - VOYAG SETTLEMENT 040622 | | ▇▇▇▇ | ▇▇▇▇ |
| 04/07/2022 | PDS GW30 - VOYAG SETTLEMENT 040622 | ▇▇▇▇ | | ▇▇▇▇ |
| 04/07/2022 | WIRE FROM ▇▇▇▇ | | ▇▇▇▇ | ▇▇▇▇ |
| 04/07/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/08/2022 | PDS GW30 - VOYAG SETTLEMENT 040722 | | ▇▇▇▇ | ▇▇▇▇ |
| 04/08/2022 | PDS GW30 - VOYAG SETTLEMENT 040722 | ▇▇▇▇ | | ▇▇▇▇ |
| 04/08/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/08/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/11/2022 | PDS GW30 - VOYAG SETTLEMENT 040822 | | ▇▇▇▇ | ▇▇▇▇ |
| 04/11/2022 | PDS GW30 - VOYAG SETTLEMENT 040822 | ▇▇▇▇ | | ▇▇▇▇ |
| 04/11/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/11/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/12/2022 | PDS GW30 - VOYAG SETTLEMENT 041122 | | ▇▇▇▇ | ▇▇▇▇ |
| 04/12/2022 | PDS GW30 - VOYAG SETTLEMENT 041122 | ▇▇▇▇ | | ▇▇▇▇ |
| 04/12/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇ | | ▇▇▇▇ | ▇▇▇▇ |
| 04/13/2022 | PDS GW30 - VOYAG SETTLEMENT 041222 | | ▇▇▇▇ | ▇▇▇▇ |
| 04/13/2022 | PDS GW30 - VOYAG SETTLEMENT 041222 | ▇▇▇▇ | | ▇▇▇▇ |
| 04/13/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/13/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/14/2022 | PDS GW30 - VOYAG SETTLEMENT 041322 | | ▇▇▇▇ | ▇▇▇▇ |
| 04/14/2022 | PDS GW30 - VOYAG SETTLEMENT 041322 | ▇▇▇▇ | | ▇▇▇▇ |
| 04/14/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/14/2022 | WIRE TO ▇▇▇▇ | ▇▇▇▇ | | ▇▇▇▇ |
| 04/15/2022 | PDS GW30 - VOYAG SETTLEMENT 041422 | | ▇▇▇▇ | ▇▇▇▇ |
| 04/15/2022 | PDS GW30 - VOYAG SETTLEMENT 041422 | ▇▇▇▇ | | ▇▇▇▇ |
| 04/15/2022 | Transfer from DDA 3989 | | ▇▇▇▇ | ▇▇▇▇ |



**Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

MCB
LISTED
NYSE

## FBO VOYAGER - MAIN-▮▮▮▮▮▮▮▮▮▮▮ (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 04/15/2022 | WIRE TO ▮▮▮▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/18/2022 | PDS GW30 - VOYAG SETTLEMENT 041522 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/18/2022 | PDS GW30 - VOYAG SETTLEMENT 041522 | ▮▮▮ | | ▮▮▮▮ |
| 04/18/2022 | WIRE TO ▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/18/2022 | WIRE TO ▮▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/19/2022 | PDS GW30 - VOYAG SETTLEMENT 041822 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/19/2022 | PDS GW30 - VOYAG SETTLEMENT 041822 | ▮▮▮ | | ▮▮▮▮ |
| 04/19/2022 | WIRE TO ▮▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/19/2022 | WIRE TO ▮▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/20/2022 | PDS GW30 - VOYAG SETTLEMENT 041922 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/20/2022 | PDS GW30 - VOYAG SETTLEMENT 041922 | ▮▮▮ | | ▮▮▮▮ |
| 04/20/2022 | WIRE TO ▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/20/2022 | WIRE TO ▮▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/21/2022 | PDS GW30 - VOYAG SETTLEMENT 042022 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/21/2022 | PDS GW30 - VOYAG SETTLEMENT 042022 | ▮▮▮ | | ▮▮▮▮ |
| 04/21/2022 | WIRE TO ▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/21/2022 | WIRE TO ▮▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/22/2022 | PDS GW30 - VOYAG SETTLEMENT 042122 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/22/2022 | PDS GW30 - VOYAG SETTLEMENT 042122 | ▮▮▮ | | ▮▮▮▮ |
| 04/22/2022 | WIRE TO ▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/22/2022 | WIRE TO ▮▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/25/2022 | PDS GW30 - VOYAG SETTLEMENT 042222 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/25/2022 | PDS GW30 - VOYAG SETTLEMENT 042222 | ▮▮ | | ▮▮▮▮ |
| 04/25/2022 | WIRE TO ▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/25/2022 | WIRE TO ▮▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/26/2022 | PDS GW30 - VOYAG SETTLEMENT 042522 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/26/2022 | PDS GW30 - VOYAG SETTLEMENT 042522 | ▮▮▮ | | ▮▮▮▮ |
| 04/26/2022 | WIRE TO ▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/26/2022 | WIRE TO ▮▮▮▮ | ▮▮▮ | | ▮▮▮▮ |
| 04/27/2022 | PDS GW30 - VOYAG SETTLEMENT 042622 | | ▮▮▮▮ | ▮▮▮▮ |
| 04/27/2022 | PDS GW30 - VOYAG SETTLEMENT 042622 | ▮▮▮ | | ▮▮▮▮ |



**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

LISTED
NYSE

*Statement Ending 04/29/2022*

METROPOLITAN COMMERCIAL                    *Page 5 of 6*
Statement Number:

## FBO VOYAGER - MAIN- ███████████ (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|-----------|-------------|--------|---------|---------|
| 04/27/2022 | WIRE TO ███ | ███ | | ███ |
| 04/27/2022 | WIRE TO ███ | ███ | | ███ |
| 04/28/2022 | PDS GW30 - VOYAG SETTLEMENT 042722 | | ███ | ███ |
| 04/28/2022 | PDS GW30 - VOYAG SETTLEMENT 042722 | ███ | | ███ |
| 04/28/2022 | WIRE TO ███ | ███ | | ███ |
| 04/28/2022 | WIRE TO ███ | ███ | | ███ |
| 04/29/2022 | PDS GW30 - VOYAG SETTLEMENT 042822 | | ███ | ███ |
| 04/29/2022 | PDS GW30 - VOYAG SETTLEMENT 042822 | ███ | | ███ |
| 04/29/2022 | WIRE TO ███ | ███ | | ███ |
| 04/29/2022 | WIRE TO ███ | ███ | | ███ |
| **04/29/2022** | **Ending Balance** | | | ███ |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/01/2022 | ███ | 04/12/2022 | ███ | 04/21/2022 | ███ |
| 04/04/2022 | | 04/13/2022 | ███ | 04/22/2022 | |
| 04/05/2022 | ███ | 04/14/2022 | ███ | 04/25/2022 | ███ |
| 04/06/2022 | ███ | 04/15/2022 | ███ | 04/26/2022 | |
| 04/07/2022 | ███ | 04/18/2022 | | 04/27/2022 | |
| 04/08/2022 | | 04/19/2022 | ███ | 04/28/2022 | |
| 04/11/2022 | | 04/20/2022 | ███ | 04/29/2022 | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Metropolitan**
**Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

MCB
LISTED
NYSE

This page left intentionally blank

## **Exhibit B**

**FBO Wires Account_0254**



**Commercial Bank.**

The **Entrepreneurial** Bank Since 1999


LISTED

**NYSE**

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

METROPOLITAN COMMERCIAL BANK
FBO VOYAGER CUSTOMERS
99 PARK AVE
NEW YORK NY 10016-1601

*Statement Ending 04/29/2022*

METROPOLITAN COMMERCIAL                          Page 1 of 6
**Statement Number:** ▬▬▬▬▬▬▬

## *Managing Your Accounts*

| | | |
|---|---|---|
| 🏛 | Banking Center | Park Avenue Banking Center |
| 👤 | Banking Center | 212-365-6700 |
| ✉ | Mailing Address | 99 Park Avenue New York, NY 10016 |
| 💻 | Online Banking | www.MCBankNY.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FBO VOYAGER WIRES | ▬▬▬▬ | ▬▬▬▬ |

## FBO VOYAGER WIRES-▬▬▬▬▬▬▬

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2022 | Beginning Balance | ▬▬▬ |
| | 109 Credit(s) This Period | ▬▬▬ |
| | 26 Debit(s) This Period | ▬▬▬ |
| 04/29/2022 | Ending Balance | ▬▬▬ |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2022** | **Beginning Balance** | | | ▬▬▬ |
| 04/01/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/01/2022 | WIRE FROM ▬▬▬, | | ▬▬▬ | ▬▬▬ |
| 04/01/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/01/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/01/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/01/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/01/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/01/2022 | WIRE TO ▬▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/04/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/04/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/04/2022 | WIRE TO ▬▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/05/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/05/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/05/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/06/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/06/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/06/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/06/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |
| 04/06/2022 | WIRE FROM ▬▬▬ | | ▬▬▬ | ▬▬▬ |

**Online Banking**
www.MCBankNY.com

**Mobile Banking Apps**




**In case of errors or questions about your account telephone us at: 212-365-6700 or write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | CHECKS/WITHDRAWALS | AMOUNT |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | TOTAL to be entered in **Section 4** above. | $ |



## FBO VOYAGER WIRES-▇▇▇▇▇▇▇▇▇▇ (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/07/2022 | WIRE FROM ▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/07/2022 | WIRE FROM ▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/07/2022 | WIRE TO ▇▇▇ | ▇▇▇ | | ▇▇▇ |
| 04/07/2022 | WIRE FROM ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/07/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/07/2022 | WIRE TO ▇▇ | ▇▇▇ | | ▇▇▇ |
| 04/07/2022 | WIRE TO ▇▇▇ | ▇▇▇ | | ▇▇▇ |
| 04/07/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/08/2022 | WIRE FROM ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/08/2022 | WIRE FROM ▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/08/2022 | WIRE FROM ▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/08/2022 | WIRE FROM ▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/08/2022 | WIRE TO ▇▇ | ▇▇▇ | | ▇▇▇ |
| 04/08/2022 | WIRE TO ▇▇▇ | ▇▇▇ | | ▇▇▇ |
| 04/08/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/08/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/11/2022 | WIRE FROM ▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/11/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/11/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/11/2022 | WIRE FROM ▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/11/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/11/2022 | WIRE TO ▇▇▇ | ▇▇▇ | | ▇▇▇ |
| 04/11/2022 | WIRE TO ▇▇ | ▇▇▇ | | ▇▇▇ |
| 04/11/2022 | WIRE FROM ▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE FROM ▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/12/2022 | WIRE TO ▇▇▇ | ▇▇▇ | | ▇▇▇ |
| 04/13/2022 | WIRE FROM ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/13/2022 | WIRE FROM ▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/13/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/13/2022 | WIRE FROM ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/13/2022 | WIRE FROM ▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/14/2022 | WIRE FROM ▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/14/2022 | WIRE FROM ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/14/2022 | WIRE FROM ▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/14/2022 | WIRE TO ▇▇▇ | ▇▇▇ | | ▇▇▇ |
| 04/14/2022 | WIRE FROM ▇▇▇▇▇▇▇ | | ▇▇▇ | ▇▇▇ |
| 04/14/2022 | WIRE TO ▇▇▇ | ▇▇▇ | | |



## FBO VOYAGER WIRES-▬▬▬▬▬▬▬▬▬ (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/14/2022 | WIRE TO ▬▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/15/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/15/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/15/2022 | WIRE TO ▬▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/15/2022 | WIRE TO ▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/15/2022 | WIRE FROM ▬▬ | | ▬▬ | ▬▬▬ |
| 04/18/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/18/2022 | WIRE FROM ▬▬ | | ▬▬ | ▬▬▬ |
| 04/18/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/18/2022 | WIRE TO ▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/18/2022 | WIRE TO ▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/18/2022 | WIRE TO ▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/18/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/19/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/19/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/19/2022 | WIRE TO ▬▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/19/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/19/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/19/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/20/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/20/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/20/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/20/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/20/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/21/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/21/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/21/2022 | WIRE FROM ▬▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/21/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/21/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/21/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/21/2022 | WIRE TO ▬▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/21/2022 | WIRE TO ▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/21/2022 | WIRE TO ▬▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/21/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/22/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/22/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/22/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/22/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/22/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/22/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/25/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/25/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/25/2022 | WIRE FROM ▬▬▬ | | ▬▬ | ▬▬▬ |
| 04/25/2022 | WIRE TO ▬▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/25/2022 | WIRE TO ▬▬▬▬ | ▬▬▬ | | ▬▬▬ |
| 04/25/2022 | WIRE FROM ▬▬▬▬ | | ▬▬ | |



## FBO VOYAGER WIRES-▬▬▬▬▬ (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/26/2022 | WIRE FROM | | ▬ | ▬ |
| 04/26/2022 | WIRE FROM | | ▬ | ▬ |
| 04/26/2022 | WIRE FROM | | ▬ | ▬ |
| 04/26/2022 | WIRE FROM | | ▬ | ▬ |
| 04/26/2022 | WIRE FROM | | ▬ | ▬ |
| 04/26/2022 | WIRE FROM | | ▬ | ▬ |
| 04/26/2022 | WIRE TO | ▬ | | ▬ |
| 04/26/2022 | WIRE FROM | | ▬ | ▬ |
| 04/27/2022 | WIRE FROM | | ▬ | ▬ |
| 04/27/2022 | WIRE FROM | | ▬ | ▬ |
| 04/27/2022 | WIRE FROM | | ▬ | ▬ |
| 04/27/2022 | WIRE FROM | | ▬ | ▬ |
| 04/27/2022 | WIRE FROM | | ▬ | ▬ |
| 04/28/2022 | WIRE FROM | | ▬ | ▬ |
| 04/28/2022 | WIRE FROM | | ▬ | ▬ |
| 04/28/2022 | WIRE FROM | | ▬ | ▬ |
| 04/28/2022 | WIRE FROM | | ▬ | ▬ |
| 04/28/2022 | WIRE TO | ▬ | | ▬ |
| 04/28/2022 | WIRE FROM | | ▬ | ▬ |
| 04/29/2022 | WIRE FROM | | ▬ | ▬ |
| 04/29/2022 | WIRE FROM | | ▬ | ▬ |
| 04/29/2022 | WIRE FROM | | ▬ | ▬ |
| 04/29/2022 | WIRE FROM | | ▬ | ▬ |
| **04/29/2022** | **Ending Balance** | | | ▬ |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2022 | ▬ | 04/12/2022 | ▬ | 04/21/2022 | ▬ |
| 04/04/2022 | ▬ | 04/13/2022 | ▬ | 04/22/2022 | ▬ |
| 04/05/2022 | ▬ | 04/14/2022 | ▬ | 04/25/2022 | ▬ |
| 04/06/2022 | ▬ | 04/15/2022 | ▬ | 04/26/2022 | ▬ |
| 04/07/2022 | ▬ | 04/18/2022 | ▬ | 04/27/2022 | ▬ |
| 04/08/2022 | ▬ | 04/19/2022 | ▬ | 04/28/2022 | ▬ |
| 04/11/2022 | ▬ | 04/20/2022 | ▬ | 04/29/2022 | ▬ |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

MCB
LISTED
**NYSE**

*Statement Ending 04/29/2022*

*METROPOLITAN COMMERCIAL*                    *Page 6 of 6*
*Statement Number:* ████████

This page left intentionally blank

**<u>Exhibit C</u>**

**Main Operating Account_3989**


**Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

LISTED
**NYSE**

*Statement Ending 04/29/2022*

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

VOYAGER DIGITAL LLC
33 IRVING PL STE 3060
NEW YORK NY 10003-2332

*VOYAGER DIGITAL LLC*                    *Page 1 of 4*
*Statement Number:* ▮▮▮▮▮▮▮▮

## *Managing Your Accounts*

| | | |
|---|---|---|
| 🏛 | Banking Center | Park Avenue Banking Center |
| 👤 | Banking Center | 212-365-6700 |
| ✉ | Mailing Address | 99 Park Avenue New York, NY 10016 |
| 💻 | Online Banking | www.MCBankNY.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| OP-2 | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

## OP-2-▮▮▮▮▮▮▮▮

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2022 | Beginning Balance | |
| | 1 Credit(s) This Period | ▮▮▮▮▮ |
| | 9 Debit(s) This Period | ▮▮▮▮▮ |
| 04/29/2022 | Ending Balance | ▮▮▮▮▮ |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2022 | Beginning Balance | | | ▮▮▮▮ |
| 04/05/2022 | Transfer to | ▮▮▮▮ | | ▮▮▮▮ |
| 04/05/2022 | Transfer to ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/14/2022 | Transfer to ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/14/2022 | Transfer to ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/15/2022 | Transfer to ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/19/2022 | Transfer to ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/20/2022 | Transfer to ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/21/2022 | Transfer to ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/27/2022 | Transfer to ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ |
| 04/28/2022 | WIRE FROM ▮▮▮▮ | | ▮▮▮▮ | ▮▮▮▮ |
| 04/29/2022 | Ending Balance | | | |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/05/2022 | ▮▮▮ | 04/19/2022 | ▮▮▮ | 04/27/2022 | ▮▮▮ |
| 04/14/2022 | ▮▮▮ | 04/20/2022 | ▮▮▮ | 04/28/2022 | ▮▮▮ |
| 04/15/2022 | ▮▮▮ | 04/21/2022 | ▮▮▮ | | |

**Online Banking**
www.MCBankNY.com

**Mobile Banking Apps**
 



**In case of errors or questions about your account telephone us at: 212-365-6700 or write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will  recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | CHECKS/WITHDRAWALS | AMOUNT |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | TOTAL to be entered in **Section 4** above. | $ |



**NYSE** LISTED

*Statement Ending 04/29/2022*

*VOYAGER DIGITAL LLC*                                    *Page 3 of 4*

*Statement Number:* ███████████

## OP-2-██████████████ (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Metropolitan
Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

MCB
LISTED
NYSE

*VOYAGER DIGITAL LLC*                                              *Page 4 of 4*
*Statement Number:* ███████████

This page left intentionally blank

**Exhibit D**

**Dormant SBLC Account_0688**



# Metropolitan
# Commercial Bank.
The **Entrepreneurial** Bank Since 1999


LISTED
**NYSE**

*Statement Ending 04/29/2022*

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

VOYAGER DIGITAL LLC
33 IRVING PL STE 3060
NEW YORK NY 10003-2332

*VOYAGER DIGITAL LLC*                                    *Page 1 of 2*
**Statement Number:** ▮▮▮▮▮▮▮

## *Managing Your Accounts*

| | | |
|---|---|---|
| 🏛 | Banking Center | Park Avenue Banking Center |
| 👤 | Banking Center | 212-365-6700 |
| ✉ | Mailing Address | 99 Park Avenue New York, NY 10016 |
| 💻 | Online Banking | www.MCBankNY.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Digital Business Ckg | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

## Digital Business Ckg-▮▮▮▮▮▮▮

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2022 | **Beginning Balance** | ▮▮▮▮ |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 04/29/2022 | **Ending Balance** | ▮▮▮▮ |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/01/2022 | **Beginning Balance** | | | ▮▮▮▮ |
| | No activity this statement period | | | |
| 04/29/2022 | **Ending Balance** | | | ▮▮▮▮ |

### Overdraft and Returned Item Fees

| | **Total for this period** | **Total year-to-date** |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Online Banking**
www.MCBankNY.com

**Mobile Banking Apps**

   



**In case of errors or questions about your account telephone us at: 212-365-6700 or write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will  recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | CHECKS/WITHDRAWALS | AMOUNT |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | TOTAL to be entered in **Section 4** above. | $ |

**<u>Exhibit E</u>**

**Administrative Account_0238**



**Metropolitan**
**Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

LISTED
**NYSE**

*Statement Ending 04/29/2022*

99 Park Avenue, 12th Floor
New York, NY 10016

VOYAGER DIGITAL HOLDINGS INC        Page 1 of 4
*Statement Number:*

**RETURN SERVICE REQUESTED**

VOYAGER DIGITAL HOLDINGS INC
33 IRVING PL STE 3060
NEW YORK NY 10003-2332

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Banking Center | Park Avenue Banking Center |
| 👤 | Banking Center | 212-365-6700 |
| ✉ | Mailing Address | 99 Park Avenue New York, NY 10016 |
| 💻 | Online Banking | www.MCBankNY.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Digital Business Ckg | ███████ | ███████ |

## Digital Business Ckg- ███████

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2022 | **Beginning Balance** | ████ |
| | 8 Credit(s) This Period | ████ |
| | 24 Debit(s) This Period | ████ |
| 04/29/2022 | **Ending Balance** | ████ |
| | Service Charges | ████ |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2022** | **Beginning Balance** | | | ████ |
| 04/01/2022 | VD Holdings Inc Payment ████ | ████ | | ████ |
| 04/01/2022 | ████ | ████ | | |
| 04/04/2022 | ████ | ████ | | ████ |
| 04/04/2022 | WIRE FROM ████ | | ████ | ████ |
| 04/05/2022 | Transfer from ████ | | ████ | ████ |
| 04/06/2022 | VD Holdings Inc Payment ████ | ████ | | ████ |
| 04/06/2022 | VD Holdings Inc Payment ████ | ████ | | |
| 04/06/2022 | Transfer to ████ | ████ | | ████ |
| 04/07/2022 | ████ | ████ | | |
| 04/07/2022 | WIRE TO ████ | | | |
| 04/11/2022 | ████ | ████ | | |
| 04/11/2022 | WIRE TO ████ | ████ | | |
| 04/14/2022 | FUNDSTRAT GLOBAL VOYAGER ████ | | ████ | ████ |
| 04/14/2022 | ████ | | | |
| 04/14/2022 | WIRE TO ████ | ████ | | ████ |

**Online Banking**
www.MCBankNY.com

**Mobile Banking Apps**

  



**In case of errors or questions about your account telephone us at: 212-365-6700 or write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will  recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | CHECKS/WITHDRAWALS | AMOUNT |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | TOTAL to be entered in **Section 4** above. | $ |



**The Entrepreneurial Bank Since 1999**

## Digital Business Ckg- ██████████████ (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/14/2022 | Transfer from ██████ | | ██████ | ██████ |
| 04/18/2022 | VD Holdings Inc Payment ██████ | ██████ | | ██████ |
| 04/19/2022 | Transfer from ██████ | | ██████ | ██████ |
| 04/19/2022 | Transfer to ██████ | ██████ | | ██████ |
| 04/20/2022 | Transfer from ██████ | | ██████ | ██████ |
| 04/20/2022 | Transfer to ██████ | ██████ | | ██████ |
| 04/21/2022 | ██████ | ██████ | | ██████ |
| 04/21/2022 | Transfer from ██████ | | ██████ | ██████ |
| 04/21/2022 | Transfer to ██████ | ██████ | | ██████ |
| 04/22/2022 | Transfer to ██████ | ██████ | | ██████ |
| 04/25/2022 | ██████ | ██████ | | ██████ |
| 04/25/2022 | Transfer to ██████ | ██████ | | ██████ |
| 04/26/2022 | REMOTE DEPOSIT | | ██████ | ██████ |
| 04/27/2022 | WIRE TO ██████ | ██████ | | ██████ |
| 04/28/2022 | VD Holdings Inc Payment ██████ | ██████ | | ██████ |
| 04/28/2022 | ██████ | ██████ | | ██████ |
| 04/29/2022 | ACCOUNT ANALYSIS SERVICE CHARGE | ██████ | | ██████ |
| **04/29/2022** | **Ending Balance** | | | ██████ |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2022 | ██████ | 04/14/2022 | ██████ | 04/25/2022 | ██████ |
| 04/04/2022 | ██████ | 04/18/2022 | ██████ | 04/26/2022 | ██████ |
| 04/05/2022 | ██████ | 04/19/2022 | ██████ | 04/27/2022 | ██████ |
| 04/06/2022 | ██████ | 04/20/2022 | ██████ | 04/28/2022 | ██████ |
| 04/07/2022 | ██████ | 04/21/2022 | ██████ | 04/29/2022 | ██████ |
| 04/11/2022 | ██████ | 04/22/2022 | ██████ | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

MCB
LISTED
NYSE

*Statement Ending 04/29/2022*

*VOYAGER DIGITAL HOLDINGS INC* *Page 4 of 4*
*Statement Number:* ███████

This page left intentionally blank

**<u>Exhibit F</u>**

**Accounts Payable Account_0246**



**Metropolitan**
**Commercial Bank.**

The **Entrepreneurial** Bank Since 1999



LISTED
**NYSE**

*Statement Ending 04/29/2022*

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

VOYAGER DIGITAL LLC

33 IRVING PL STE 3060
NEW YORK NY 10003-2332

*VOYAGER DIGITAL LLC*                                          *Page 1 of 4*
*Statement Number:* ▓▓▓▓▓▓▓▓

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Banking Center | Park Avenue Banking Center |
| 👤 | Banking Center | 212-365-6700 |
| ✉ | Mailing Address | 99 Park Avenue New York, NY 10016 |
| 💻 | Online Banking | www.MCBankNY.com |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Digital Business Ckg | ▓▓▓▓▓▓▓ | ▓▓▓▓▓ |

## Digital Business Ckg-XXXXXXXX0246

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2022 | **Beginning Balance** | ▓▓▓▓ |
| | 4 Credit(s) This Period | ▓▓▓▓ |
| | 30 Debit(s) This Period | ▓▓▓▓ |
| 04/29/2022 | **Ending Balance** | ▓▓▓ |
| | Service Charges | ▓▓▓ |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2022** | **Beginning Balance** | | | ▓▓▓ |
| 04/01/2022 | Voyager Digital Payment ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| 04/05/2022 | Transfer from ▓▓▓ | | ▓▓▓ | ▓▓▓ |
| 04/06/2022 | Voyager Digital Payment ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| 04/06/2022 | Voyager Digital Payment ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| 04/11/2022 | USIO OPS ACCT 2102494100 ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| 04/14/2022 | Transfer from ▓▓▓ | | ▓▓▓ | ▓▓▓ |
| 04/15/2022 | WIRE TO ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| 04/18/2022 | Voyager Digital Payment ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| 04/18/2022 | ▓▓▓ | | | ▓▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓▓ | | ▓▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓▓ | | ▓▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓▓ | | ▓▓▓ |

**Online Banking**
www.MCBankNY.com

**Mobile Banking Apps**




**In case of errors or questions about your account telephone us at: 212-365-6700 or write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will  recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | CHECKS/WITHDRAWALS | AMOUNT |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | TOTAL to be entered in **Section 4** above. | $ |


**The Entrepreneurial Bank Since 1999**

LISTED
NYSE

*Statement Ending 04/29/2022*

*VOYAGER DIGITAL LLC* *Page 3 of 4*
**Statement Number:** ▓▓▓▓▓▓

## Digital Business Ckg-▓▓▓▓▓▓▓▓ (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/26/2022 | WITHDRAWAL METROPOLITAN CO | ▓▓ | | ▓▓ |
| 04/27/2022 | Transfer from ▓▓ | | ▓▓ | ▓▓ |
| 04/27/2022 | WIRE TO ▓▓ | ▓▓ | | ▓▓ |
| 04/28/2022 | Voyager Digital Payment ▓▓ | ▓▓ | | ▓▓ |
| 04/28/2022 | Voyager Digital Payment ▓▓ | ▓▓ | | ▓▓ |
| 04/29/2022 | WIRE FROM ▓▓ | | ▓▓ | ▓▓ |
| 04/29/2022 | WIRE TO ▓▓ | ▓▓ | | ▓▓ |
| 04/29/2022 | ACCOUNT ANALYSIS SERVICE CHARGE | ▓▓ | | ▓▓ |
| **04/29/2022** | **Ending Balance** | | | ▓▓ |

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2022 | ▓▓ | 04/14/2022 | ▓▓ | 04/27/2022 | ▓▓ |
| 04/05/2022 | ▓▓ | 04/15/2022 | ▓▓ | 04/28/2022 | ▓▓ |
| 04/06/2022 | ▓▓ | 04/18/2022 | ▓▓ | 04/29/2022 | ▓▓ |
| 04/11/2022 | ▓▓ | 04/26/2022 | ▓▓ | | |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

MCB
LISTED
NYSE

*Statement Ending 04/29/2022*

*VOYAGER DIGITAL LLC*                                          *Page 4 of 4*
*Statement Number:* █████████

This page left intentionally blank

## **Exhibit G**

**Debit Card Account_8835**





### Account Information Report
**VOYAGER DIGITAL LLC AKA
CRYPTOTRADING TE**

**April 01, 2022 - April 30, 2022**

Account: ▮▮▮▮  ▮▮▮▮  VOYAGER FUNDING ACCOUNT)

| Posted Date | Description | Check Number | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 04/29/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220429 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/28/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220428 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/27/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220427 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/26/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220426 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/26/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220426 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/26/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220426 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/25/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220425 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/22/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220422 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/21/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220421 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/20/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220420 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/19/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220419 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/19/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220419 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/19/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220419 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/18/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220418 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/15/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220415 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/14/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220414 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/13/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220413 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/12/2022 | ACH Withdrawal FICENTIVEPREPAID VOYAGERLOD 220412 CCD 9026014892 | | | ▮▮▮ | ▮▮▮ |
| 04/12/2022 | ACH Withdrawal | | | ▮▮▮ | ▮▮▮ |

| | | | |
|---|---|---|---|
| | FICENTIVEPREPAID VOYAGERLOD 220412 CCD 9026014892 | | |
| 04/12/2022 | ACH Withdrawal | ███████ | ███████ |
| | FICENTIVEPREPAID VOYAGERLOD 220412 CCD 9026014892 | | |
| 04/11/2022 | ACH Withdrawal | ███████ | ███████ |
| | FICENTIVEPREPAID VOYAGERLOD 220411 CCD 9026014892 | | |
| 04/08/2022 | ACH Withdrawal | ███████ | ███████ |
| | FICENTIVEPREPAID VOYAGERLOD 220408 CCD 9026014892 | | |
| 04/07/2022 | ACH Withdrawal | ███████ | ███████ |
| | FICENTIVEPREPAID VOYAGERLOD 220407 CCD 9026014892 | | |
| 04/06/2022 | ACH Withdrawal | ███████ | ███████ |
| | FICENTIVEPREPAID VOYAGERLOD 220406 CCD 9026014892 | | |
| 04/05/2022 | ACH Withdrawal | ███████ | ███████ |
| | FICENTIVEPREPAID VOYAGERLOD 220405 CCD 9026014892 | | |
| 04/05/2022 | ACH Withdrawal | ███████ | ███████ |
| | FICENTIVEPREPAID VOYAGERLOD 220405 CCD 9026014892 | | |
| 04/05/2022 | ACH Withdrawal | ███████ | ███████ |
| | FICENTIVEPREPAID VOYAGERLOD 220405 CCD 9026014892 | | |
| 04/04/2022 | ACH Withdrawal | ███████ | ███████ |
| | FICENTIVEPREPAID VOYAGERLOD 220404 CCD 9026014892 | | |
| 04/01/2022 | ACH Withdrawal | ███████ | ███████ |
| | FICENTIVEPREPAID VOYAGERLOD 220401 CCD 9026014892 | | |

Report Generated on: 06/03/22 12:28:44 AM

## **Exhibit H**

**Reserve Account for Debit Card_8762**

**Metropolitan Commercial Bank.**

Go To: [_____]  | Bulletins | Resource Center | Messages

Good Afternoon ▮▮▮▮▮ |

| Dashboard | Account Information | Payments & Transfers | Control & Recon | My Settings |

## Transaction Report for account ▮▮▮▮

*Reported on Jul 27, 2022 1:27 PM EDT*

| | |
|---|---|
| Current Balance | ▮▮▮▮ |
| Hold | $0.00 |
| Available Balance | ▮▮▮▮ |
| Available Credit | $0.00 |
| Float | $0.00 |
| Balance Last Statement | ▮▮▮▮ |
| Date Opened | 12/16/2021 |
| Interest Paid Prior Year | $0.00 |
| Interest Accrued | $0.00 |
| Interest Paid YTD | $0.00 |
| Interest Rate | 0.0000% |
| Sweep Balance | ▮▮▮▮ |

**Actions**

Transaction Search
Balance Reporting
Export Report

| Date | Description | Credit | Debit | Running Balance |
|---|---|---|---|---|
| 03/31/2022 | Deposit<br>WIRE FEE REVERSAL | ▮▮▮ | | ▮▮▮ |
| 03/21/2022 | Miscellaneous Debit<br>WIRE TRANSFER FEE | | ▮▮▮ | ▮▮▮ |
| 03/21/2022 | Domestic Wire Transfer<br>WIRE FROM ▮▮▮ | ▮▮▮ | | ▮▮▮ |

🏠 Back

\* indicates required fields
Page generated on 07/27/2022 at 1:26 PM EDT