Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-10943 (MEW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AGENDA FOR HEARING TO BE HELD**
**AUGUST 4, 2022, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | August 4, 2022, at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the First Day Hearing will only be conducted telephonically. Any parties wishing to participate in the First Day Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

> http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**I.     Uncontested Matters Going Forward**

    A.    **Final Relief on Certain First Day Motions**

    1.    ***Insurance Motion.***  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program and (II) Granting Related Relief [Docket No. 3].

Objection Deadline:  July 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Received:  None.

Related Documents:

    A.    Notice of Filing of Revised Proposed Final Order (I) Authorizing the Debtors to (A) Pay Their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program and (II) Granting Related Relief [Docket No. 203].

**Status**:  This matter is going forward for the purpose of presenting a proposed final order.

    2.    ***NOL Motion.***  Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 7].

Objection Deadline:  July 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Received:  None.

Related Documents:

       A.    Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 58].

       B.    Notice of Filing of Revised Proposed Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 207].

**Status**: This matter is going forward for the purpose of presenting a proposed final order.

3. ***Wages Motion.*** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 8].

Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Received: None.

Related Documents:

       A.    Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 57].

       B.    Notice of Filing of Revised Proposed Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 206].

**Status**: This matter is going forward for the purpose of presenting a proposed final order.

4. ***Cash Management Motion.*** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting

    Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 10].

    <u>Objection Deadline</u>:  July 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

    A.    Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 53].

    B.    Notice of Filing of Revised Proposed Second Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 211].

    **<u>Status</u>**:  This matter is going forward for the purpose of presenting a proposed second interim order.

5.    ***Case Management Motion.***  Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 12].

    <u>Objection Deadline</u>:  July 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

      A.    Interim Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 60].

      B.    Notice of Filing of Revised Proposed Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 205].

**Status**: This matter is going forward for the purpose of presenting a proposed final order.

6. ***Taxes Motion.*** Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 30].

Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Received: None.

Related Documents:

      A.    Interim Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 56].

      B.    Notice of Filing of Revised Proposed Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 197].

**Status**: This matter is going forward for the purpose of presenting a proposed final order.

B. **Additional Matters**

7. ***Interim Compensation Motion.*** Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief [Docket No. 95].

Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Received: None.

Related Documents:

A. Notice of Filing of Revised Proposed Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief [Docket No. 194].

**Status**: This matter is going forward for the purpose of presenting a proposed order.

8. ***Ordinary Course Professional Motion.*** Debtors' Motion Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business [Docket No. 96].

Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Received: None.

Related Documents:

A. Notice of Filing of Revised Proposed Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business [Docket No. 202].

**Status**: This matter is going forward for the purpose of presenting a proposed order.

9. ***Stretto Retention Application.*** Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date [Docket No. 97].

Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Received: None.

Related Documents:

A. Notice of Filing of Revised Proposed Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date [Docket No. 195].

      **Status**: This matter is going forward for the purpose of presenting a proposed order.

10. ***Bar Date Motion.*** Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof [Docket No. 98].

    Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

    Responses Received: None.

    Related Documents:

    A.    Notice of Filing of Revised Proposed Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof [Docket No. 198].

    **Status**: This matter is going forward for the purpose of presenting a proposed order.

11. ***Kirkland & Ellis Retention Application.*** Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 5, 2022 [Docket No. 116].

    Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

    Responses Received: None.

    Related Documents:

    A.    Supplemental Declaration of Joshua A. Sussberg, P.C. in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 5, 2022 [Docket No. 201].

    **Status**: This matter is going forward for the purpose of presenting a proposed order.

12. ***Moelis & Company LLC Retention Application.*** Application of Debtors and Debtors in Possession for Entry of an Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker, Capital Markets Advisor, and Financial Advisor Effective as of the Petition Date [Docket No. 117].

    <u>Objection Deadline</u>:  July 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline has been extended to August 1, 2022 at 5:00 p.m. (prevailing Eastern Time) for the United States Trustee.  The objection deadline has been extended to August 2, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

    A.  Notice of Filing of Revised Proposed Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker, Capital Markets Advisor, and Financial Advisor Effective as of the Petition Date [Docket No. 213].

    B.  First Supplemental Declaration of Jared Dermont in Support of Application of the Debtors and Debtors in Possession for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker and Financial Advisor Effective as of the Petition Date [Docket No. 214].

    **Status**:  This matter is going forward for the purpose of presenting a proposed order.

13. ***Quinn Emanuel Retention Application.*** Debtor Voyager Digital, LLC's Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014, 2016 and 5002 Authorizing Employment and Retention of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to Voyager Digital, LLC Effective July 13, 2022 [Docket No. 125].

    <u>Objection Deadline</u>:  July 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

        A.      Notice of Filing of Revised Proposed Order Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014, 2016 and 5002 Authorizing Debtor Voyager Digital, LLC to Employ and Retain Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel Effective July 13, 2022 [Docket No. 204].

        **Status**:    This matter is going forward for the purpose of presenting a proposed order.

## II. Contested Matters

14. ***FBO Accounts Motion.*** Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief [Docket No. 73].

    Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

    Responses Received:

    A.    Limited Objection of Matthew Levitt to the Debtors' Motion to Honor Withdrawals and Cross Motion to Honor Levitt's Withdrawal Request and Grant Related Relief [Docket No. 161].

    B.    Statement of Metropolitan Commercial Bank in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief [Docket No. 177].

    C.    Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with A Negative Balance, (C) Sweep Cash Held in Third Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief [Docket No. 193].

D.    Debtors' Omnibus Reply to Objections to Bidding Procedures Motion and FBO Motion [Docket No. 215].

Related Documents:

A.    Notice of Filing Certain Banking Agreements Related to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief [Docket No. 145].

B.    Supplement to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief [Docket No. 173].

C.    Notice of Filing Certain Banking Statements Related to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief [Docket No. 189].

D.    Declaration of Stephen Ehrlich in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Customer Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue to Stake Cryptocurrency, and (II) Granting Related Relief [Docket No. 192].

E.    Notice of Filing of Revised Proposed Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief [Docket No. 200].

      F.      Declaration of Jared Dermont in Support of the Debtors' Omnibus Reply to Objections to Bidding Procedures Motion and FBO Motion [Docket No. 216].

      **Status**:  This matter is going forward.

15.    ***Bidding Procedures Motion.*** Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief [Docket No. 126].

      Objection Deadline:  July 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Texas State Securities Board. The objection deadline has been extended to August 2, 2022, at 10:00 a.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

      Responses Received:

      A.      Limited Objection to Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines; (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief [Docket No. 159].

      B.      Limited Objection to Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief [Docket No. 160].

      C.      Limited Objection of the Texas State Securities Board to Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief [Docket No. 186].

      D.      Debtors' Omnibus Reply to Objections to Bidding Procedures Motion and FBO Motion [Docket No. 215].

      Related Documents:

      A.      Notice of Response to Certain Media Statements [Docket No. 136].

    B.    Notice of Response to Alameda/FTX Press Release [Docket No. 137].

    C.    Declaration of Jared Dermont in Support of the Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement and Plan Confirmation, and (III) Granting Related Relief [Docket No. 151].

    D.    Notice of Filing of Revised Proposed Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, (IV) Scheduling Hearings and Objection Deadlines with Respect to the Debtors Sale, Disclosure Statement, and Plan Confirmation and (V) Granting Related Relief [Docket No. 210].

    E.    Declaration of Jared Dermont in Support of the Debtors' Omnibus Reply to Objections to Bidding Procedures Motion and FBO Motion [Docket No. 216].

**Status**:  This matter is going forward.

### III.    Adjourned Matters

16.    ***Share Purchase Agreement Motion.***  Debtors' Motion for Entry of an Order (I) Approving the Share Purchase Agreement by and Among Voyager European Holdings ApS and Ascension ApS and Related Documents, (II) Authorizing the Private Sale of Equity Interests in Coinify ApS, and (III) Granting Related Relief [Docket No. 72].

Objection Deadline:  July 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Received:  None.

Related Documents:

    A.    Notice of Adjournment of Debtors' Motion for Entry of an Order (I) Approving the Share Purchase Agreement by and Among Voyager European Holdings ApS and Ascension ApS and Related Documents, (II) Authorizing the Private Sale of Equity Interests in Coinify ApS and (III) Granting Related Relief [Docket No. 209].

**Status**:  This matter has been adjourned to a date to be determined.

17. ***Berkeley Resource Group, LLC Retention Application.*** Application of Voyager Digital Holdings, Inc. for Entry of an Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor Effective as of July 5, 2022 [Docket No. 115].

   Objection Deadline:  July 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline has been extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.  The objection deadline has been extended to August 1, 2022 at 5:00 p.m. (prevailing Eastern Time) for the United States Trustee.

   Responses Received:  None.

   Related Documents:

   A.   First Supplemental Declaration of Mark A. Renzi in Support of the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Debtors [Docket No. 167].

   B.   Notice of Adjournment of the Application of Voyager Digital Holdings, Inc. for Entry of an Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor Effective as of July 5, 2022 [Docket No. 208].

   **Status**:  This matter has been adjourned to August 16, 2022 at 11:00 a.m. (prevailing Eastern Time).

   [*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: August 3, 2022<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: jsussberg@kirkland.com<br>cmarcus@kirkland.com<br>christine.okike@kirkland.com<br>allyson.smith@kirkland.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

KE 88781439