Case# 22-10943

Judge Michael E. Wiles

One Bowling Green

New York, NY  10004-1408


All due respect sir,


I read that the bankrupt entity Voyager Digital Holdings' attorneys gave a primer on crypto to the court in an initial hearing.  Shivers went down my spine to think that anyone involved with the defalcating band of professionals would have any credibility in the field they created a sham company and then bankrupted with misleading marketing.  Operations of the bankrupt company were then never meeting any level of reasonable standard of custodial due care, due to intentional reckless financial transactions.  These transactions were intentionally unreasonable in their risk factor, one which was never disclosed.


Mark Cuban publicly encouraged and incentivized investment in this startup.  Mark Cuban represents due diligence and careful minimized risk investments.  I know this as I watch Shark Tank, and that public persona and character is what I based my investment on.


Please use the resources you have available to procure competent successful crypto operators that can properly assess the intentional mismanagement of this media scam bankrupt company backed by Mark Cuban.


Glen Bascetta

26 Rosewood Dr

Simsbury, CT 06070