JASON B. BINFORD
Texas Bar No. 24045499
ABIGAIL R. RYAN
Texas Bar No. 24035956
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
ROMA N. DESAI
SDNY Bar No. RD8227
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173/F: (512) 936-1409
jason.binford@oag.texas.gov
abigail.ryan@oag.texas.gov
layla.milligan@oag.texas.gov
roma.desai@oag.texas.gov

ATTORNEYS FOR THE TEXAS STATE SECURITIES BOARD

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*[1],<br><br>Debtors. | Chapter: 11<br><br>Case No. 22-10943 (MEW)<br><br>(Jointly Administered) |

**SUPPLEMENTAL EXHIBIT TO THE LIMITED OBJECTION OF THE TEXAS STATE SECURITIES BOARD TO DEBTORS' MOTION SEEKING ENTRY OF AN ORDER (I) APPROVING THE BIDDING PROCEDURES AND RELATED DATES AND DEADLINES, (II) SCHEDULING HEARINGS AND OBJECTION DEADLINES WITH RESPECT TO THE DEBTORS' SALE, DISCLOSURE STATEMENT, AND PLAN CONFIRMATION, AND (III) GRANTING RELATED RELIEF (D.E. 186)**

The Texas State Securities Board ("SSB"), by and through the Office of the Texas Attorney General, hereby files this Supplemental Exhibit the *Limited Objection of the Texas State Securities Board to Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief* [D.E.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

186] (the "Scheduling Motion" or "Motion"). The SSB respectfully states as follows:

## **SUPPLEMENT**

Attached hereto as Supplemental Exhibit M, are letters in support of the SSB's Limited Objection filed at docket number 186. The following State Agencies or Attorney Generals' Offices have given permission for the SSB to share their letters of support with this Court:

Alaska Division of Banking and Securities

Arkansas Department of Securities

California Department of Financial Protection and Innovation

Hawaii Department of Commerce and Consumer Affairs

Illinois Attorney General's Office, Revenue Litigation Bureau

Kansas Department of Insurance

Kentucky Department of Financial Institutions

Louisiana Office of Financial Institutions

Maryland Office of the Attorney General, Securities Division

Mississippi Secretary of State, Securities Division

Nevada Secretary of State, Securities Division

Oklahoma Department of Securities

South Carolina Office of the Attorney General

Tennessee Department of Commerce and Insurance

Vermont Department of Financial Regulation

Washington D.C. Department of Insurance, Securities and Banking

Washington Department of Financial Institutions, Securities Division

*[Remainder of Page Intentionally Left Blank]*

Dated: August 3, 2022,                    Respectfully submitted,

                                          KEN PAXTON
                                          Attorney General of Texas

                                          BRENT WEBSTER
                                          First Assistant Attorney General

                                          GRANT DORFMAN
                                          Deputy First Assistant Attorney General

                                          SHAWN E. COWLES
                                          Deputy Attorney General for Civil Litigation

                                          RACHEL R. OBALDO
                                          Assistant Attorney General
                                          Chief, Bankruptcy & Collections Division

                                          */s/ Abigail Ryan*
                                          JASON B. BINFORD
                                          Texas State Bar No. 24045499
                                          ABIGAIL R. RYAN
                                          Texas State Bar No. 24035956
                                          LAYLA D. MILLIGAN
                                          Texas State Bar No. 24026015
                                          ROMA N. DESAI
                                          SDNY Bar No. RD8227
                                          Office of the Attorney General of Texas
                                          Bankruptcy & Collections Division
                                          P. O. Box 12548
                                          Austin, Texas 78711-2548
                                          Telephone: (512) 463-2173
                                          Facsimile: (512) 936-1409
                                          jason.binford@oag.texas.gov
                                          abigail.ryan@oag.texas.gov
                                          layla.milligan@oag.texas.gov
                                          roma.desai@oag.texas.gov

                                          ATTORNEYS FOR THE TEXAS STATE SECURITIES BOARD

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on August 3, 2022.

*/s/ Abigail Ryan*
ABIGAIL RYAN
Assistant Attorney General
