Harley J. Goldstein
Matthew E. McClintock (*pro hac vice*)
Steven Yachik
**GOLDSTEIN & MCCLINTOCK LLLP**
111 W Washington Street, Suite 1221
Chicago, Illinois 60602
Telephone: (312) 337-7700
E-mail: harleyg@restructuringshop.com
       mattm@restructuringshop.com
       steveny@restructuringshop.com

   *-and-*

Douglas T. Tabachnik
**LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.**
63 West Main Street, Suite C
Freehold, New Jersey 07728
Telephone: (732) 780-2760
Facsimile: (732) 780-2761
E-mail: dtabachnik@dttlaw.com
*Co-Counsel to Emerald Ocean Isle LLC, Amano Global Holdings, Inc., Shingo Lavine, and Adam Lavine*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO DEBTORS' MOTION SEEKING ENTRY OF AN ORDER (I) APPROVING THE BIDDING PROCEDURES AND RELATED DATES AND DEADLINES; (II) SCHEDULING HEARINGS AND OBJECTION DEADLINES WITH RESPECT TO THE DEBTORS' SALE, DISCLOSURE STATEMENT, AND PLAN CONFIRMATION, AND (III) GRANTING <u>RELATED RELIEF</u>**

---

[1] The debtors in these chapter 11 cases (collectively, the "*Debtors*"), along with the last four digits of each debtor's federal tax identification number are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

1

Emerald Ocean Isle LLC ("*Emerald*"), Amano Global Holdings, Inc. ("*Amano*"), Shingo Lavine ("*Shingo*"), and Adam Lavine ("*Adam*"; and together with Emerald, Amano, and Shingo, the "*Objecting Parties*"), by and through their counsel, Goldstein & McClintock LLLP and the Law Offices of Douglas T. Tabachnik, P.C., having resolved the Objecting Parties' issues with the Debtors, hereby withdraw their *Limited Objection* [Docket No. 159] to *Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief* [Docket No. 126].

| | |
|---|---|
| Dated: August 3, 2022 | **GOLDSTEIN & MCCLINTOCK LLLP** |
| | */s/ Harley J. Goldstein* |
| | Harley J. Goldstein |
| | Matthew E. McClintock (*pro hac vice pending*) |
| | Steven Yachik |
| | 111 W Washington Street, Suite 1221 |
| | Chicago, Illinois 60602 |
| | Telephone: (312) 337-7700 |
| | Facsimile: (312) 277-2305 |
| | E-mail: harleyg@restructuringshop.com |
| | mattm@restructuringshop.com |
| | steveny@restructuringshop.com |
| | |
| | --and-- |
| | |
| | **LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.** |
| | */s/ Douglas T. Tabachnik* |
| | Woodhull House, Suite C |
| | 63 West Main Street |
| | Freehold, New Jersey 07728 |
| | Telephone: (732) 780-2760 |
| | Facsimile: (732) 780-2761 |
| | E-mail: dtabachnik@dttlaw.com |
| | |
| | *Co-Counsel to Emerald Ocean Isle LLC, Amano Global Holdings, Inc., Shingo Lavine, and Adam Lavine* |