## THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Voyager Digital Holdings, Inc.,  Debtor(s).<br>33 Irving Place<br>3rd Floor<br>New York, NY 10003<br>82-3997687 | Case No. 22-10943 MEW<br>Chapter 11 |

### Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Commerce and Insurance.

Notices should be addressed to:
TN Dept of Commerce and Insurance
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Commerce and Insurance hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
Herbert H. Slatery III
Attorney General and Reporter

/s/ Marvin E. Clements, Jr.
Marvin E. Clements, Jr.
Senior Assistant Attorney General
BPR No. 016031
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville,  TN  37202-0207
Phone: (615) 741-1935    Fax: 615-741-3334
Email: AGBankNewYork@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on  August 3, 2022  a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Marvin E. Clements, Jr.
Marvin E. Clements, Jr.
Senior Assistant Attorney General

| | |
|---|---|
| United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building 201<br>Varick Street, Room 1006 New York,<br>NY 10014 | Joshua Sussberg<br>Attorney for the Debtor(s)<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |