UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Voyager Digital Holdings Inc.
(Jointly administered)

Case No.: 22-10943

Chapter 11

Debtor

------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jennifer Rood, request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent Vermont Dept. of Fin. Regulation, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Vermont and, if applicable, the bar of the U.S. District Court for the District of Vermont. Also NH and Maine.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 2, 2022
_____, New York

/s/Jennifer Rood
*Mailing Address*:
Assistant General Counsel
89 Main Street, Third Floor
Montpelier, VT 05620
*E-mail address*: jennifer.rood@vermont.gov
*Telephone number*: (802) 828-5672