**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

In re: Voyager Digital Holdings Inc.
     (Jointly adminstered)

                Debtor

Case No.: <u>22-10943 (MEW)</u>

Chapter <u>11</u>

------------------------------------------------------------- x

                Plaintiff

       v.

                Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------- x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

    Upon the motion of <u>Jennifer Rood, Esq.</u>, to be admitted, ***pro hac vice***, to represent <u>Vermont Dept. of Financial Regulation</u>, (the "Client") a <u>creditor</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Vermont</u> and, if applicable, the bar of the U.S. District Court for the _____ District of <u>Vermont, NH and Maine</u>, it is hereby

    **ORDERED**, that <u>Jennifer Rood</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 4, 2022
New York, New York

                                           **s/Michael E. Wiles**
                                           UNITED STATES BANKRUPTCY JUDGE