UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS INC.[1] | Case NO. 22-10943 |
| Debtors | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the attorney set forth below hereby appears as counsel to the Vermont Department of Financial Regulation, pursuant to Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and Local Rule 2002-2(c). The undersigned requests that all notices given or required to be given in the above-captioned case, including but not limited to all papers filed or served in all adversary proceedings in such case, be given to and served on the following:

> Jennifer Rood, Esq.
> Assistant General Counsel
> Vermont Department of Financial Regulation
> 89 Main Street, Third Floor
> Montpelier, VT 05620
> Jennifer.rood@vermont.gov

Please take further notice that this requests includes not only the notices and papers referred to in the Bankruptcy Rule specified above but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complain, or demand, statement of affairs, operating report, schedules or assets and liabilities, plan and disclosure statement, whether formal or informal, whether written or oral, whether transmitted by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise

---

[1] Debtors include Voyager Digital Holdings, Inc., Voyager Digital Ltd; and Voyager Digital LLC. Debtors; principal place of business is 33 Irving Place, Suite 3060, New York, New York 10003

filed or made regarding this case which seeks to affect in any way any rights or interests of any party in interest in this case.

Dated: August 4, 2022

                                 Vermont Department of Financial Regulation

                                 By:  */s/ Jennifer Rood*
                                      Jennifer.rood@vermont.gov