Voyager Digital Bankruptcy Objection, chapt 11

CASE# 22-10943
          22-10944
          22-10945

Claim amount = $49,314.00
account#  rudadc@sbcglobal.net

With my Proof of Claim, I am also expressing my objection to this chapt 11 proceeds as opposed to liquidating this broker-dealer to protect that customer account that Voyager has been entrusted as custodian for two reasons.

#1
Voyager had fraudulently solicited account deposits claiming that Voyager was a crypto brokerage that was FDIC insured and that my deposit assets were "it's as safe with us as at a bank."
SEE attached "Exhibit A" which Voyager forwarded to its clients, soliciting deposits 6/14/2022, just 2 weeks before filing.  My deposits from my Wells Fargo Bank were entrusted to Voyager under false pretenses.

#2
I had transferred $49,000 + from my bank savings to Voyager to act as CUSTODIAN of my account which was held in USDC (a stable crypto asset tethered to the US dollar).  By no means was this any type of liquidity pool, staking nor capital liquidity program.
Voyager was to solely act in a custodial role to function as my securities intermediary.
Therefore Voyager does not have any rights/claim to my crypto assets as precedent in re Joliet-Will County Community Action Agency and  Article 8 of UCC mirrors these rules for financial assets held by such a securities intermediary.

In conclusion, I would Object to Voyager holding onto these customer assets as they have no claim to them, they were fraudulently solicited,  and liquidating this broker-dealer would be most appropriate to protect the customer accounts.

Sincerely,

John Ruda
130 S. Halcyon Rd. #B
Arroyo Grande, CA 93420


(805) 801-2771