Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**DEBTORS' PERIODIC REPORT PURSUANT TO BANKRUPTCY RULE 2015.3**

    Under the Federal Rules of Bankruptcy Procedure Rule 2015.3(a), Voyager Digital Holdings, Inc. ("Voyager" and along with its direct and indirect subsidiaries, the "Company") and its affiliated debtors in the above captioned chapter 11 cases (collectively, the "Debtors") submit this report (this "Periodic Report") on the operations and profitability, as of June 30, 2022, of certain non-Debtor entities in which one or more Debtors hold a substantial or controlling interest (the "Controlled Non-Debtor Entities"). This Periodic Report has been prepared solely for the purpose of complying with the Federal Rules of Bankruptcy Procedure.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

This Periodic Report contains the following exhibits:

| **Exhibit A** | Financial Statements of Controlled Non-Debtor Entities |
|---|---|
| **Exhibit B** | Description of Operations for Controlled Non-Debtor Entities |
| **Exhibit C** | Debtors' Interest in Controlled Non-Debtor Entities |

The undersigned, having reviewed the attached Exhibits and this Periodic Report, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that this Periodic Report is complete, accurate, and truthful to the best of his knowledge.

[*Remainder of page intentionally left blank*]

Dated: August 4, 2022

*/s/ Stephen Ehrlich*
Name: Stephen Ehrlich
Title: Co-Founder and Chief Executive Officer
Voyager Digital Ltd.

## General Notes

### Description of these Chapter 11 Cases

On July 5, 2022 (the "Petition Date"), the Debtors commenced with the United States Bankruptcy Court for the Southern District of New York (the "Court") voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On the Petition Date, the Court entered an order authorizing the joint administration of these cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.[2]  On July 19, 2022, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code.  Additional information about these chapter 11 cases, court filings, and claims information is available at the Debtors' restructuring website: https://cases.stretto.com/Voyager.

### Financial Statements

The Debtors are providing balance sheets and income statements on a consolidated basis for all of the non-debtor subsidiaries of Voyager Digital Ltd., including the non-debtors that are directly "controlled" by the Debtors, as that term is defined in the Federal Rules of Bankruptcy Procedure Rule 2015.3.  Except as otherwise noted, the financial statements and supplemental information provided herein are set forth as of June 30, 2022.  As soon as reasonably practicable after the Debtors have closed their books for the period of July 1, 2022, through and including the Petition Date, but in no event later than August 10, 2022, the Debtors will file an amended Periodic Report reflecting the Debtors' financial statements and supplemental information as of the Petition Date. The Debtors prepare their statements of cash flows and changes in shareholder's equity solely on a consolidated basis.  Accordingly, statements of cash flows and changes in shareholder's equity for the non-Debtor entities have been omitted from this Periodic Report.

The unaudited, condensed financial statements presented in this Periodic Report are derived from the books and records of the controlled non-debtor entities.  Such information, however, is preliminary and unaudited and is not prepared in accordance with generally accepted accounting principles ("GAAP") in the United States or with International Financial Reporting Standards ("IFRS").  Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income or expenses have been recorded on the correct legal entity.  Accordingly, the Debtors and non-Debtors reserve all rights to supplement or amend any financial statements contained in this Periodic Report.

Although management made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the information. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not

---

[2]    *See* Docket No. 18.

undertake any obligation or commitment to update this Periodic Report. Nothing contained in this Periodic Report shall constitute a waiver of any rights of the Debtors, including the right to amend the information contained herein.

The information furnished in this report includes primarily normal recurring adjustments but does not include all of the adjustments that would typically be made in accordance with certain procedures that would typically be applied to financial information in accordance with GAAP or IFRS; upon application of such procedures the financial information contained herein could be subject to material change. The results of operations contained herein are not necessarily indicative of results that are expected from any other period and may not necessarily reflect the results of operations or financial position of the non-Debtors in the future. Further, this Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for purposes of fulfilling the requirements of Bankruptcy Rule 2015.3.

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

The preparation of the unaudited, condensed financial information presented in the Periodic Report requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of presentation, as well as the reported amount of revenues and expenses during the reporting period. Actual amounts and results could differ materially from those estimates and/or the information set forth in this Periodic Report. There can be no assurance that, from the perspective of an investor or potential investor in the Debtors' securities that this Periodic Report is complete. Likewise, no assurance can be given as to the value, if any, that may be ascribed to the interests identified in this Periodic Report, and such financial information should not be viewed as indicative of future results. For the reasons discussed above, the Debtors caution readers not to place undue reliance upon information contained in the Periodic Report.

**Intercompany Transactions**

Receivables and payables between the Controlled Non-Debtor Entities and Debtors and/or among the various Controlled Non-Debtor Entities have not been eliminated. No conclusion as to the legal obligation related to these intercompany transactions is made by this Periodic Report.

**Reservation of Rights**

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or admission with respect to these chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive

consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.  The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including, without limitation, with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

**Currency**

The amounts herein are presented in United States dollars, rounded to the nearest thousand, unless otherwise stated.

*   *   *   *   *

**Exhibit A**

**Financial Statements of Controlled Non-Debtor Entities**

| **Balance Sheet for Controlled Non-Debtor Entities** | | | | |
|---|---:|---:|---:|---:|
| *(Expressed in thousands of U.S. Dollars)* | | **June 30, 2022** | | **June 30, 2021** |
| **ASSETS** | | | | |
| Current Assets | | | | |
|    Cash and Cash Equivalents | $ | 5,393 | $ | 3,660 |
|    Crypto Assets Held | | 678 | | - |
|    Other Current Assets | | 1,077 | | 441 |
| Total Current Assets | | 7,148 | | 4,101 |
| Other Non-Current Assets | | 56 | | - |
| **Total Assets** | $ | 7,204 | $ | 4,101 |
| **LIABILITIES AND MEMBER'S CAPITAL** | | | | |
| Current Liabilities | | | | |
|    Crypto Assets and Fiat Payable to Customers | $ | 2,118 | $ | - |
|    Due to Related Parties, net | $ | 4,149 | | 1,566 |
|    Other Current Liabilities | | 762 | | 256 |
| Total Current Liabilities | | 7,029 | | 1,822 |
| Other Non-Current Liabilities | | 1,043 | | 1,185 |
| **Total Liabilities** | | 8,072 | | 3,007 |
| **Member's Capital** | | | | |
|    Member's Capital | | (868) | | 1,094 |
| **Total Member's Capital** | | (868) | | 1,094 |
| **Total Liabilities and Member's Capital** | $ | 7,204 | $ | 4,101 |

## Exhibit A

## Financial Statements of Controlled Non-Debtor Entities

| Income Statement for Controlled Non-Debtor Entities<br>*(Expressed in thousands of U.S. Dollars)* | Year Ended | |
|---|---:|---:|
| | June 30, 2022 | June 30, 2021 |
| **Revenues** | | |
| Merchant Services | $ 64,191 | $ - |
| Transaction Revenue | 8,900 | - |
| Other Revenue | 66 | - |
| Total Revenue | 73,157 | - |
| **Expenses** | | |
| Cost of Merchant Services | 62,851 | - |
| Marketing and Sales | 1,993 | - |
| Share-Based Payments | 641 | 390 |
| Compensation and Employee Benefits | 8,131 | 473 |
| Total Compensation and Employee Benefits | 8,772 | 863 |
| Customer Onboarding and Service | 3,309 | - |
| Professional and Consulting | 1,327 | 349 |
| General and Administrative | 3,775 | 81 |
| Total Expenses | 82,027 | 1,293 |
| **Income (Loss) Before Other Income (Loss)** | **(8,870)** | **(1,293)** |
| **Other Income (Loss)** | | |
| Change in Fair Value of Crypto Assets Held | (100) | - |
| Total Other Income (Loss) | (100) | - |
| Net Income Before Income Tax | (8,970) | (1,293) |
| Provision (Benefit) For Income Tax | (97) | - |
| **Net Income (Loss)** | **$ (9,067)** | **$ (1,293)** |

**Exhibit B**

**Description of Operations for Controlled Non-Debtor Entities**

| Name of Controlled Non-Debtor Entity | Description of Operations | Country |
|---|---|---|
| LGO SAS | Holding Company - Voyager Europe SAS | France |
| Voyager Europe SAS | Minimal Activities | France |
| Voyager Digital Brokerage Ltd. | Holding Company - Canadian Brokerage | Canada |
| Voyager Digital Brokerage Canada Ltd. | Canadian Payroll | Canada |
| HTC Trading, Inc. | Trade Execution | Cayman Islands |
| Voyager IP, LLC | Minimal Activities | United States |
| Voyager Digital NY, LLC | Minimal Activities | United States |
| Voyager European Holdings ApS | Holding Company Coinify ApS | Denmark |
| Coinify ApS | Merchant Service Provider | Denmark |
| Coinify Financial Services ApS | Coinify Subsidiary | Denmark |
| Coinify Technologies ApS | Coinify Subsidiary | Denmark |
| Coinify Ltd. | Coinify Subsidiary | United Kingdom |
| Coinify Global Solutions, Inc. | Coinify Subsidiary | United States |
| Coinify Payments OU | Coinify Subsidiary | Estonia |
| VYGR Holding, LLC | Holding Company | United States |
| VYGR Digital Securities, LLC | Minimal Activities | United States |
| VYGR Management LLC | Minimal Activities | United States |
| Voyager Digital Ventures LLC | Minimal Activities | United States |

*Coinify entities are controlled non-debtor entities of Coinify ApS*

## Exhibit C

**Debtors' Interest in Controlled Non-Debtor Entities**

| Name of Controlled Non-Debtor Entity | Interest of the Estate |
| --- | --- |
| LGO SAS | 100% - Direct |
| Voyager Europe SAS | 100% - Direct |
| Voyager Digital Brokerage Ltd. | 100% - Direct |
| Voyager Digital Brokerage Canada Ltd. | 100% - Direct |
| HTC Trading, Inc. | 100% - Direct |
| Voyager IP, LLC | 100% - Direct |
| Voyager Digital NY, LLC | 100% - Direct |
| Voyager European Holdings ApS | 100% - Direct |
| Coinify ApS | 100% - Direct |
| Coinify Financial Services ApS | 100% - Direct |
| Coinify Technologies ApS | 100% - Direct |
| Coinify Ltd. | 100% - Direct |
| Coinify Global Solutions, Inc. | 100% - Direct |
| Coinify Payments OU | 100% - Direct |
| Voyager Digital Ventures LLC | 100% - Direct |
| VYGR Holding, LLC | 50% - Direct |
| VYGR Digital Securities, LLC | 50% - Direct |
| VYGR Management LLC | 50% - Direct |

*\*Coinify entities are controlled non-debtor entities of Coinify ApS*