**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 5, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business** (Docket No. 244)

- **Declaration of Disinterestedness of Lowenstein Sandler LLP Pursuant to the Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business** (Docket No. 245)

- **Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief** (Docket No. 246)

- **Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief** (Docket No. 247)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

- **Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Approving the Form and Manner of Notice Thereof, (IV) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement and Plan Confirmation and (V) Granting Related Relief** (Docket No. 248)

Furthermore, on August 5, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business** (Docket No. 244)

Furthermore, on August 5, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on Metropolitan Commercial Bank Attn: Michael Guarino & Richard Foster at mguarino@mcbankny.com and rfoster@mcbankny.com:

- **Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief** (Docket No. 246)

- **Order (I) Authorizing the Debtors to (A) Honor Withdrawals from the MC FBO Accounts, (B) Liquidate Cryptocurrency from Customer Accounts with a Negative Balance, (C) Sweep Cash Held in Third-Party Exchanges, (D) Conduct Ordinary Course Reconciliation of Customer Accounts, and (E) Continue Staking Cryptocurrency, and (II) Granting Related Relief** (Docket No. 247)

Dated: August 8, 2022

Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 8th day of August 2022 by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **<u>Exhibit A</u>**



### Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, BENJAMIN S. BELLER | 125 BROAD STREET | NEW YORK | NY | 10004 | |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW | | WASHINGTON | DC | 20001 | |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O GOLDSTEIN & MCCLINKOCK LLLP | ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, AND STEVE YACHIK | 111 W WASHINGTON STREET SUITE 1221 | CHICAGO | IL | 60602 | |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK | 63 WEST MAIN STREET SUITE C | FREEHOLD | NJ | 07728-2141 | |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | 100 LOMBARD STREET SUITE 302 | TORONTO | ON | M5C1M3 | |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER | 275 DUNDAS STREET UNIT 1 | LONDON | ON | N6B3L1 | |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| JASON RAZNICK | C/O JAFFE RAITT HEUER & WEISS, P.C. | ATTN: PAUL R. HAGE | 27777 FRANKLIN ROAD SUITE 2500 | SOUTHFIELD | MI | 48034 | |
| KELLEHER PLACE MANAGEMENT, LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER & NATHAN E. DELMAN | 500 W. MADISON ST STE 3700 | CHICAGO | IL | 60661 | |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | ATTN: LYSBETH GEORGE | 8101 S. WALKER SUITE F | OKLAHOMA CITY | OK | 73139 | |
| MATTHEW LEVITT | C/O J. SINGER LAW GROUP, PLLC | ATTN: JEB SINGER | ONE LIBERTY PLAZA 23RD FLOOR | NEW YORK | NY | 10006 | |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | ATTN: GEORGE H. SINGER, ESQ | 200 IDS CENTER 80 SOUTH 8TH STREET | MINNEAPOLIS | MN | 55402-2119 | |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD G. MASON, AMY R. WOLF, ANGELA K. HERRING | 51 WEST 52ND STREET | NEW YORK | NY | 10019-6150 | |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER, NATHAN E. DELMAN | 500 W MADISON ST., STE 3700 | CHICAGO | IL | 60661 | |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | 201 VARICK STREET, ROOM 1006 | NEW YORK | NY | 10014 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES R. GIBBS & GRAYSON WILLIAMS | 2501 NORTH HARWOOD STREET, SUITE 1900 | DALLAS | TX | 75201-1664 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | 333 SE 2ND AVENUE SUITE 4500 | MIAMI | FL | 33131-2184 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN | ONE VANDERBILT AVENUE | NEW YORK | NY | 10017-3852 | |
| ORACLE AMERICA, INC. | C/O BUCHALTER | ATTN: SHAWN M. CHRISTIANSON | 425 MARKET ST., SUITE 2900 | SAN FRANCISCO | CA | 94105 | |
| SECURITIES & EXCHANGE COMMISSION | | 100 F STREET NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL STREET SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR | 200 VESEY STREET SUITE 400 | NEW YORK | NY | 10281-1022 | |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE, STE 200 | | ANCHORAGE | AK | 99501 | |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 | |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST, STE 200 | | LITTLE ROCK | AR | 72201 | |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY, 10TH FL | DENVER | CO | 80203 | |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVENUE | | HARTFORD | CT | 6106 | |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL01 | | TALLAHSSEE | FL | 32399 | |
| STATE OF GEORGIA | OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334 | |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN STREET | | HONOLULU | HI | 96813 | |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | 700 W. JEFFERSON ST, SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | CHICAGO | IL | 60601 | |
| STATE OF INDIANA | OFFICE OF THE INDIANA ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST, 5TH FLOOR | IN | IN | 46204 | |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT STREET | DES MOINES | IA | 50319 | |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE, 2ND FLOOR | | TOPEKA | KS | 66612 | |
| STATE OF KENTUCKY | ATTORNEY GENERAL - DANIEL CAMERON | 700 CAPITAL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 | |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | 300 CAPITAL DRIVE | | BATON ROUGE | LA | 70802 | |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202 | |
| STATE OF MASSACHUSETTS | ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE, 20TH FLOOR | | BOSTON | MA | 02108 | |
| STATE OF MICHIGAN | DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST | | LANSING | MI | 48906 | |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST, STE 1400 | | ST. PAUL | MN | 55101 | |
| STATE OF MISSISSIPPI | OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING | 550 HIGH ST, PO BOX 220 | JACKSON | MS | 39201 | |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING | 207 W HIGH ST | JEFFERSON CITY | MO | 65101 | |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS, PO BOX 201401 | HELENA | MT | 59602 | |
| STATE OF NEBRASKA | OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL | | LINCOLN | NE | 68509 | |
| STATE OF NEVADA | OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING | 100 N CARSON ST | CARSON CITY | NV | 89701 | |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST. | CONCORD | NH | 3301 | |
| STATE OF NEW JERSEY | OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING BOX 080 | TRENTON | NJ | 8611 | |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO STREET | VILLAGRA BUILDING | SANTA FE | NM | 87501 | |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL | 2ND FLOOR | ALBANY | NY | 12224 | |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 114 W EDENTON ST | | RALEIGH | NC | 27603 | |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 600 E BOULEVARD AVE | DEPT. 125 | BISMARCK | ND | 58505 | |
| STATE OF OHIO | OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | COLUMBUS | OH | 43215 | |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 | |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE | | SALEM | OR | 97301-4096 | |
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | | HARRISBURG | PA | 17120 | |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST | | PROVIDENCE | RI | 2903 | |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 11549 | | COLUMBIA | SC | 29211 | |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST RM 519 | COLUMBIA | SC | 29201 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 2

**STRETTO**

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| STATE OF SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14, STE 1 | | PIERRE | SD | 57501-8501 | |
| STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | | AUSTIN | TX | 78701 | |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | SALT LAKE CITY | UT | 84114 | |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | | UT | 84114 | |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST. | | MONTPELIER | VT | 5609 | |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | | RICHMOND | VA | 23219 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE | | OLYMPIA | WA | 98501 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100 | | OLYMPIA | WA | 98504-00 | |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 1900 KANAWHA BLVD E | BUILDING 1 RM E-26 | CHARLESTON | WV | 25305 | |
| STATE OF WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | 17 WEST MAIN STREET, ROOM 114 EAST P | | MADISON | WI | 53702 | |
| STATE OF WYOMING | OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL | | CHEYENNE | WY | 82002 | |
| STEVE LAIRD | C/O FORSHEY & PROSTOK LLP | ATTN: J. ROBERT FORSHEY | 777 MAIN STREET SUITE 1550 | FORT WORTH | TX | 76102 | |
| TEXAS SECURITIES BOARD | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ROMA N. DESAI ASSISTANT ATTORNEY GENERAL | PO BOX 12548 BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 | |
| TEXAS STATE SECURITIES BOARD | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ABIGAIL R RYAN, LAYLA D MILLIGAN & JASON B BINFORD | PO BOX 12548 BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 | |
| TN DEPT OF COMMERCE AND INSURANCE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS JR. | PO BOX 20207 | NASHVILLE | TN | 37202-0207 | |
| TORONTO STOCK EXCHANGE | | 300  100 ADELAIDE ST. | | WEST TORONTO | ON | M5H 1S3 | CANADA |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK | ONE ST. ANDREWS PLAZA | | NEW YORK | NY | 10007 | |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTORNEY GENERAL OF THE U.S. | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530-0001 | |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | C/O ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD, ESQ. | 89 MAIN STREET THIRD FLOOR | MONTPELIER | VT | 05620 | |

# Exhibit B

# Exhibit B

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, BENJAMIN S. BELLER | DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | | OAG@DC.GOV |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O GOLDSTEIN & MCCLINKOCK LLLP | ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, AND STEVE YACHIK | MATTM@GOLDMCLAW.COM HARLEYG@RESTRUCTURINGSHOP.COM STEVENY@GOLDMCLAW.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK | DTABACHNIK@DTTLAW.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | ANTHONY.OBRIEN@SISKINDS.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER | MICHAEL.ROBB@SISKINDS.COM GARETT.HUNTER@SISKINDS.COM |
| JASON RAZNICK | C/O JAFFE RAITT HEUER & WEISS, P.C. | ATTN: PAUL R. HAGE | PHAGE@JAFFELAW.COM |
| KELLEHER PLACE MANAGEMENT, LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER & NATHAN E. DELMAN | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM EFCNOTICES@HMBLAW.COM |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | ATTN: LYSBETH GEORGE | GEORGELAWOK@GMAIL.COM |
| MATTHEW LEVITT | C/O J. SINGER LAW GROUP, PLLC | ATTN: JEB SINGER | JSINGER@SINGERLAWGROUP.COM |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | ATTN: GEORGE H. SINGER, ESQ | SINGERG@BALLARDSPAHR.COM |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD G. MASON, AMY R. WOLF, ANGELA K. HERRING | RGMASON@WLRK.COM ARWOLF@WLRK.COM AKHERRING@WLRK.COM |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER, NATHAN E. DELMAN | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM ECFNOTICES@HMBLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | RICHARD.MORRISSEY@USDOJ.GOV MARK.BRUH@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BRANDON MULLENBERG | | BRANDONMULLENBERG2022@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BYRON WALKER | | BYWALKER01@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CHRISTOPHER MOSER | | CHRISMMOSER@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: JASON RAZNICK | | JASON@BEZINGA.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: RICHARD KISS FOR THINCAT TRUST | | RICHARD.KISS@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: RUSSELL G. STEWART | | RUSS.STEWART@TMF.MORTGAGE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES R. GIBBS & GRAYSON WILLIAMS | CRGIBBS@MWE.COM GWILLIAMS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | GSTEINMAN@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN | DAZMAN@MWE.COM JCALANDRA@MWE.COM JBEVANS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MELISSA AND ADAM FREEDMAN | | FREEMANMELISSAC@GMAIL.COM |
| ORACLE AMERICA, INC. | C/O BUCHALTER | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| SECURITIES & EXCHANGE COMMISSION | | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR | BANKRUPTCYNOTICESCHR@SEC.GOV |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | | INFO@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@AG.STATE.MN.US |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 2

**STRETTO**

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | | CONTACTDOJ@MT.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | | NDAG@ND.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | | AG@RIAG.RI.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | | UAG@UTAH.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | MAIL@OAG.STATE.VA.US |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@WVAGO.GOV |
| STEVE LAIRD | C/O FORSHEY & PROSTOK LLP | ATTN: J. ROBERT FORSHEY | BFORSHEY@FORSHEYPROSTOK.COM |
| TEXAS STATE SECURITIES BOARD | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ABIGAIL R RYAN, LAYLA D MILLIGAN & JASON B BINFORD | ABIGAIL.RYAN@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV JASON.BINFORD@OAG.TEXAS.GOV |
| TN DEPT OF COMMERCE AND INSURANCE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS JR. | AGBANKNEWYORK@AG.TN.GOV |
| TORONTO STOCK EXCHANGE | | | WEBMASTER@TMX.COM |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | C/O ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD, ESQ. | JENNIFER.ROOD@VERMONT.GOV |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2

# **<u>Exhibit C</u>**

**Exhibit C**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| BERGER SINGERMAN LLP | 201 E LAS OLAS BLVD | SUITE 1500 | FORT LAUDERDALE | FL | 33301 | |
| CONYERS DILL & PEARMAN | PO BOX 3140 | WICHAMS CAY 1 COMMERCE HOUSE | ROAD TOWN TORTOLA | | VG1110 | BRITISH INDIAN OCEAN TERRITORY |
| DAY PITNEY LLP | ONE JEFFERSON ROAD | | PARSIPPANY | NJ | 07054 | |
| FRANKFURT KURNIT KLEIN & SELZ, P.C. | 28 LIBERTY STREET | | NEW YORK | NY | 10005 | |
| JACKSON LEWIS P.C. | 58 SOUTH SERVICE ROAD | | MELVILLE | NY | 11747 | |
| JENNER & BLOCK LLP | 353 N CLARK STREET | | CHICAGO | IL | 60654 | |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | 47 AVENUE HOCHE | | PARIS | | 75008 | FRANCE |
| LOWENSTEIN SANDLER LLP | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 | |
| MINTZ & GOLD LLP | 600 THIRD AVENUE, 25TH FLOOR | | NEW YORK | NY | 10016 | |
| PAUL HASTINGS LLP | 1170 PEACHTREE STREET N.E. | SUITE 100 | ATLANTA | GA | 30309 | |
| SEYFARTH SHAW LLP | 233 S. WACKER DRIVE | SUITE 8000 | CHICAGO | IL | 60606 | |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | 222 CENTRAL PARK AVENUE | SUITE 2000 | VIRGINIA BEACH | VA | 23462 | |
| WALKERS CORPORATE LIMITED | 90 ELGIN AVENUE | | GEORGE TOWN | | | CAYMAN ISLANDS |

# **<u>Exhibit D</u>**

**Exhibit D**

Served via Electronic Mail

| Name | Email |
|---|---|
| BERGER SINGERMAN LLP | BERGER-SINGERMAN@BERGERSINGERMAN.COM |
| DAY PITNEY LLP | BILLING@DAYPITNEY.COM |
| FRANKFURT KURNIT KLEIN & SELZ, P.C. | HTAYLOR@FKKS.COM |
| JACKSON LEWIS P.C. | EPAYMENTS@JACKSONLEWIS.COM |
| JENNER & BLOCK LLP | ARREMITTANCE@JENNER.COM |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | HDEVAUPLANE@KRAMERLEVIN.COM |
| LOWENSTEIN SANDLER LLP | RECEIVABLES@LOWENSTEIN.COM |
| MINTZ & GOLD LLP | WONG@MINTZANDGOLD.CO |
| SEYFARTH SHAW LLP | DCROWLEY@SEYFARTH.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | CONNIE.POMEROY@TROUTMAN.COM |
| WALKERS CORPORATE LIMITED | INFO@WALKERSGLOBAL.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **<u>Exhibit E</u>**

**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip | COUNTRY |
|---|---|---|---|---|---|---|
| BMO BANK OF MONTREAL | | 595 BURRARD STREET | VANCOUVER | BC | V7X 1L7 | CANADA |
| METROPOLITAN COMMERCIAL BANK | ATTN: MICHAEL GUARINO, RICHARD FOSTER | 99 PARK AVENUE, 12TH FLOOR | NEW YORK | NY | 10016 | |
| SIGNATURE BANK | | 565 FIFTH AVENUE | NEW YORK | NY | 10017 | |
| SILVERGATE BANK | | 4250 EXECUTIVE SQUARE SUITE 300 | LA JOLLA | CA | 92037 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1