August 4, 2022

Honorable Judge Michael E. Wiles
United States Bankruptcy Court
Southern District of New York
Court Room #617
One Bowling Green
New York, New York 10004-1408
Regarding: Voyager Digital Holdings, Inc., et al, Chapter 11, case #22-10943 (MEW)

RECEIVED AUG -8 2022 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

To the Honorable Judge Michael E. Wiles,

The Voyager company and Stephen Ehrlich (who I met personally) have stated that "customers are their top priority" and Voyager's recent secret actions and transactions prove that customers have been deceived. Voyager's willful and intentional actions (malfeasance) are causing emotional and economic hardship for an entire community of customers. All customers matter and I am asking for a "good faith" gesture to reimbursement all assets for all customers. Please set a precedent, where customers have rights also, and companies cannot just leave investors high and dry without recourse….that companies need to be accountable and respectful stewards of customers investments.

I am a Voyager Customer with assets on the Voyager platform. Just before Voyager's withdrawal freeze and bankruptcy, I tried to remove certain assets off the platform but was denied, as apparently they do not even allow transfer of certain assets off site, which I was unaware of until recently. How is this "customer-owned"? So now I have an abruptly frozen account and my assets are now held hostage. I made investments with Voyager, a publicly traded company, with the expectation there would be some sense of accountability and responsibility to customers.

I am a newly retired senior citizen that has recently been hit hard from every side. Times have been tough recently. I listened to younger friends and family, who thought they were trying to help me. I was hopeful as I tried to learn and understand new technology and service.

Honorable Judge Michael E. Wiles, I am asking for my Assets to be returned to me, the market value is down and so It it less costly for Voyager to just release them. I would like to have my assets in-kind returned and hope that maybe, just maybe, I can recoup something back.
My assets are (type and units) on Voyager:
VGX    37.98
BTC    0.000525
DOT    36.634
LUNC   230,296
LUNA   3.52
USDC   2.93

Thank you for taking the time to read and consider my point of view.

Respectfully,

*Christine Marcy*

Christine Marcy
2755 Curlew Rd., #Lot67
Palm Harbor, FL. 34684
ncompass@protonmail.com