Ms. Jennifer Walsh
1801 N Flagler Dr Apt 511
West Palm Beach, FL 33407


RECEIVED
AUG - 9 2022
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

August 5, 2022

Dear Judge Wiles,

*Thank you for doing the right thing and granting Voyager customers access to their USD in the FBO MCB account.*

As you know, you have a daunting task ahead of you – every decision you make will have everlasting repercussions for the Crypto market.

That said, please see to it that you set the right precedent – that assets on Voyager's platform are those of the customers, as we did not sign up to be unsecured creditors of a "sinking ship."

The actions of Steve Ehrlich should not come at the cost of his customers. Rather, the $30 Million+ he made in stock sales that has recently come to light should be used towards having customers' crypto assets remain as their holdings, not that of Voyager.

I have all the faith in the world you will continue to do the right thing, as you have a list of very impressive credentials…

A graduate of Boston College, and you Georgetown, I know this case is in good hands. Please don't let Voyager customers down – make this a case the Crypto market will never forget.

Customers' monies and holdings aren't to be played with…they are meant to be treated the same as any brokerage house treats them - with respect and great care. Set the precedent – don't let this opportunity pass you by, and continue to lead by example as you make history.

Best regards,



Jennifer Walsh,
A Voyager Customer

* P.S. - Please make Voyager allow access to our US Dollars within 30 days - also, make them issue a Press Release telling us when we can make our US dollar withdraws and the steps we have to take as customers to gain our access!