Layla D. Milligan
Texas Bar No. 24026015
Assistant Attorneys General
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
layla.milligan@oag.texas.gov

ATTORNEY FOR THE TEXAS STATE SECURITIES BOARD

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: CHAPTER 11
In re: :
: Case No. 22-10943
VOYAGER DIGITAL HOLDINGS, INC.,[1] :
: (Jointly Administered)
Debtors. :
---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Layla D. Milligan, request admission, ***pro hac vice***, before the Honorable Michael E. Wiles, to represent the Texas State Securities Board, an Interested Party, in the above-referenced case.

***I certify that I am a member of good standing*** of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Dated: August 10, 2022

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Layla D. Milligan*
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
layla.milligan@oag.texas.gov

ATTORNEY FOR THE TEXAS STATE SECURITIES BOARD