UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: VOYAGER DIGITAL HOLDINGS, INC.,

                      Debtor

Case No.: 22-10943

Chapter 11

-------------------------------------------------------------x

                      Plaintiff

            v.

                      Defendant

Adversary Proceeding No.: _____

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Abigail R. Ryan**, to be admitted, *pro hac vice*, to represent **the Texas State Securities Board**, (the "Client") a **an Interested Party** in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Texas** and, if applicable, the bar of the U.S. District Court for the **Western** District of **Texas**, it is hereby

**ORDERED**, that **Abigail R. Ryan**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 10, 2022
      New York, New York

/s/ Michael E. Wiles
UNITED STATES BANKRUPTCY JUDGE