**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: VOYAGER DIGITAL HOLDINGS,
      INC.

Case No.: 22-10943

Chapter 11

Debtor

-------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Layla D. Milligan , to be admitted, ***pro hac vice***, to represent  the Texas State Securities Board , (the "Client") a  an Interested Party in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Texas  and, if applicable, the bar of the U.S. District Court for the  Western  District of  Texas , it is hereby

**ORDERED**, that  Layla D. Milligan , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  August 10, 2022
     New York , New York

/s/  Michael E. Wiles

UNITED STATES BANKRUPTCY JUDGE