**Adjourned Hearing Date and Time:  August 24, 2022 at 10:00 a.m. (prevailing Eastern Time)**

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT**
**OF THE DEBTORS' MOTION FOR ENTRY OF AN**
**ORDER (I) APPROVING THE DEBTORS' KEY EMPLOYEE**
**RETENTION PLAN AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the *Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief* [Docket No. 212] (the "Motion"), which was scheduled to be heard on August 16, 2022 at 11:00 a.m. (prevailing Eastern Time) has been adjourned and shall now be heard on **August 24, 2022 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Michael E. Wiles, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10004.  In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

telephonically.  Any parties wishing to participate must do so by making arrangements through

CourtSolutions by visiting https://www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned

thereafter from time to time without further notice other than an announcement of the adjourned

date or dates in open court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and other pleadings

filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at

https://cases.stretto.com/Voyager.   You may also obtain copies of the Motion and other

pleadings  filed  in  these  chapter  11  cases  by  visiting  the  Court's  website  at

http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated:  August 10, 2022 | */s/ Joshua A. Sussberg* |
| New York, New York | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Joshua A. Sussberg, P.C. |
| | Christopher Marcus, P.C. |
| | Christine A. Okike, P.C. |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:   (212) 446-4800 |
| | Facsimile:   (212) 446-4900 |
| | Email:        jsussberg@kirkland.com |
| | cmarcus@kirkland.com |
| | christine.okike@kirkland.com |
| | allyson.smith@kirkland.com |

*Counsel to the Debtors and Debtors in Possession*