JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
401 E. Jackson Street, Suite 3100
Tampa, FL 33602
Telephone:    813-225-2500
Facsimile:    813-223-7118
Email: AngelinaL@JPFirm.com
Angelina E. Lim (AL8845)

Counsel to Robert Snyders and Lisa Snyders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------x
                                                      :
In re:                                                :   CHAPTER 11
                                                      :
VOYAGER DIGITAL HOLDINGS, INC.,                       :   CASE NO. 22-10943-MEW
ET AL,                                                :
                                                      :
        Debtor.                                       :
------------------------------------------------------x
```

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

YOU ARE HEREBY NOTIFIED that ANGELINA E. LIM, ESQ., of the law firm of JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP, files this Notice of Appearance and Request for Notice as Counsel to Robert Snyders and Lisa Snyders, as Creditors, and requests that copies of all notices and pleadings filed in this case also be served upon the undersigned, and that the following name be added to the mailing Matrix:

> Angelina E. Lim, Esq.
> Johnson, Pope, Bokor, Ruppel & Burns, LLP
> 401 E. Jackson Street, Suite 3100
> Tampa, FL 33602

Dated:  August 12, 2022
      Tampa, Florida

JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

/s/ Angelina E. Lim
Angelina E. Lim
401 E. Jackson Street, Suite 3100
Tampa, FL  33602
Telephone:     813-225-2500
Facsimile:     813-223-7118
Email:  AngelinaL@JPFirm.com
Attorneys for Robert Snyders and Lisa Snyders

8174670_1