**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Richard U. S. Howell, hereby request admission *pro hac vice* in the above-referenced chapter 11 cases to represent the Debtors and Debtors in Possession. I certify that I am a member in good standing of the bar of the States of Illinois. I have submitted the filing fee of $200 with this motion for *pro hac vice* admissions.

Dated:  August 15, 2022           */s/ Richard U. S. Howell*
          New York, New York        Richard U. S. Howell
                                    **KIRKLAND & ELLIS LLP**
                                    **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                    300 North LaSalle
                                    Chicago, Illinois 60654
                                    Telephone:    (312) 862-2000
                                    Facsimile:    (312) 862-2200
                                    Email:        rhowell@kirkland.com

                                    *Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

KE 87965124

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Richard U. S. Howell, to be admitted *pro hac vice* to represent the Debtors and Debtors in Possession in the above-referenced chapter 11 cases, and upon the movant's certification that she is a member in good standing of the bar of the States of Illinois and Texas, it is hereby:

**ORDERED** that Richard U. S. Howell, is admitted to practice *pro hac vice* in the above-captioned cases to represent the Debtors and Debtors in Possession in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: _____, 2022

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.