Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED[2] AGENDA FOR HEARING TO BE HELD**
**AUGUST 16, 2022, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | August 16, 2022, at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] **Amended items appear in bold.**

KE 89565536

http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

### I. Uncontested Matters Going Forward

1. ***Share Purchase Agreement Motion.*** Debtors' Motion for Entry of an Order (I) Approving the Share Purchase Agreement by and Among Voyager European Holdings ApS and Ascension ApS and Related Documents, (II) Authorizing the Private Sale of Equity Interests in Coinify ApS, and (III) Granting Related Relief [Docket No. 72].

    Objection Deadline:   July 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

    Responses Received:  None.

    Related Documents:

    A. Notice of Adjournment of Debtors' Motion for Entry of an Order (I) Approving the Share Purchase Agreement by and Among Voyager European Holdings ApS and Ascension ApS and Related Documents, (II) Authorizing the Private Sale of Equity Interests in Coinify ApS and (III) Granting Related Relief [Docket No. 209].

    B. **Declaration of Jared Dermont in Support of the Debtors' Motion for Entry of an Order (I) Approving the Share Purchase Agreement by and among Voyager European Holdings Aps and Ascension Aps and Related Documents, (II) Authorizing the Private Sale of Equity Interests in Coinify Aps, and (III) Granting Related Relief [Docket No. 291].**

    C. **Declaration of Stephen Ehrlich in Support of the Debtors' Motion for Entry of an Order (I) Approving the Share Purchase Agreement by and Among Voyager European Holdings Aps and Ascension Aps and Related Documents, (II) Authorizing the Private Sale of Equity Interests in Coinify Aps, and (III) Granting Related Relief [Docket No. 292].**

      **Status**: This matter is going forward for the purpose of presenting a proposed order.

2. ***Berkeley Resource Group, LLC Retention Application.*** **Application of Voyager Digital Holdings, Inc. for Entry of an Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor Effective as of July 5, 2022 [Docket No. 115].**

   Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors. The objection deadline was extended to August 1, 2022 at 5:00 p.m. (prevailing Eastern Time) for the United States Trustee.

   Responses Received: None.

   Related Documents: None.

   A. First Supplemental Declaration of Mark A. Renzi in Support of the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Debtors [Docket No. 167].

   B. Notice of Adjournment of the Application of Voyager Digital Holdings, Inc. for Entry of an Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor Effective as of July 5, 2022 [Docket No. 208].

   C. Notice of Filing of Revised Proposed Order Granting the Application of Voyager Digital Holdings, Inc. Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor Effective as of July 5, 2022 [Docket No. 277].

   D. Second Supplemental Declaration of Mark A. Renzi in Support of the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Debtors [Docket No. 278].

   **Status**: This matter is going forward for the purpose of presenting a proposed order.

3. ***Moelis Retention Application.*** **Application of Debtors and Debtors in Possession for Entry of an Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker, Capital Markets Advisor, and Financial Advisor Effective as of the Petition Date [Docket No. 117].**

   **Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to August 1, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of**

>    Unsecured Creditors.  The objection deadline was extended to August 1, 2022 at 5:00 p.m. (prevailing Eastern Time) for the United States Trustee.
>
>    **Responses Received**:  None.
>
>    **Related Documents:**
>
>    A.   **Notice of Filing of Revised Proposed Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker, Capital Markets Advisor, and Financial Advisor Effective as of the Petition Date [Docket No. 213].**
>
>    B.   **First Supplemental Declaration of Jared Dermont in Support of Application of the Debtors and Debtors in Possession for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker and Financial Advisor Effective as of the Petition Date [Docket 214].**
>
>    C.   **Notice of Filing of Revised Proposed Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker and Capital Markets Advisor to the Debtors, Effective as of the Petition Date [Docket No. 290].**
>
>    **Status**:**This matter is going forward for the purpose of presenting a proposed order.**

II.   **Adjourned Matters**

>    4.   *Matthew Levitt Cross-Motion.*  Limited Objection of Matthew Levitt to the Debtors' Motion to Honor Withdrawals and Cross Motion to Honor Levitt's Withdrawal Request and Grant Related Relief [Docket No. 161].
>
>    Objection Deadline:  August 9, 2022, at 4:00 p.m. (prevailing Eastern Time).
>
>    Responses Received:
>
>    A.   Debtors' Objection to Matthew Levitt's Cross-Motion on the Debtors' Motion to Honor Cash Withdrawals [Docket No. 257].
>
>    C.   Notice of Filing of Amended Exhibit to Debtors' Objection to Matthew Levitt's Cross-Motion on the Debtors' Motion to Honor Cash Withdrawals [Docket No. 259].
>
>    Related Documents:

    B.    Notice of Hearing of Limited Objection of Matthew Levitt to the Debtors' Motion to Honor Withdrawals and Cross Motion to Honor Levitt's Withdrawal Request and Grant Related Relief [Docket No. 162].

    C.    **Notice of Adjournment of Hearing of Limited Objection of Matthew Levitt to the Debtors' Motion to Honor Withdrawals and Cross Motion to Honor Levitt's Withdrawal Request and Grant Related Relief [Docket No. 293].**

    Status: This matter has been adjourned to September 13, 2022, at 11:00 a.m. (prevailing Eastern Time).

5.    ***Key Employee Motion.***  Debtors' Motion for Entry of an Order (I) Approving the Debtors Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 212].

    Objection Deadline: August 9, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline has been extended to August 17, 2022, at 4:00 p.m. (prevailing Eastern Time) for the the Official Committee of Unsecured Creditors. The objection deadline has been extended to August 19, 2022, at 4:00 p.m. (prevailing Eastern Time) for the the United States Trustee.

    Responses Received: None.

    Related Documents:

    A.    Declaration of Zachary P. Georgeson in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 258].

    B.    Notice of Adjournment of Debtors' Motion for Entry of an Order (I) Approving the Debtors Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 266].

    C.    Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan [Docket No. 284].

    D.    Declaration of Stephen Ehrlich, Chief Executive Officer of the Debtors, in Support of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 285].

**Status**: This matter has been adjourned to August 24, 2022 at 10:00 a.m. (prevailing Eastern Time).

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: August 15, 2022<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:   jsussberg@kirkland.com<br>             cmarcus@kirkland.com<br>             christine.okike@kirkland.com<br>             allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

KE 89565536