Chris D. Barski (024321)
**BARSKI LAW PLC**
9375 E. Shea Blvd., Suite 100
Scottsdale, AZ 85260
(602) 441-4700
cbarski@barskilaw.com
*Counsel for Creditor*

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., ET AL., | Case No. 2:22-10943-MEW |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

NOTICE IS HEREBY GIVEN that attorney Chris D. Barski and the law firm of Barski Law PLC makes an appearance in this proceeding on behalf of Michael Gentsch, and requests that the following information to be added to the master mailing list, and that a copy of any notices in this case be sent to:

Chris D. Barski, Esq.
**BARSKI LAW PLC**
9375 E. Shea Blvd., Ste. 100
Scottsdale, Arizona 85260
(602) 441-4700 (Tel)
cbarski@barskilaw.com

DATED this 17th day of August, 2022.

**BARSKI LAW PLC**

By /s/ Chris Barski – 024321
Chris Barski
*Attorney for Gary Pryor*

1