Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AMENDMENT TO
## LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that on July 18, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [Docket No. 96] (the "OCP Motion"), which included a nonexclusive list of the tier 2 ordinary course professionals (the "Tier 2 OCPs"), attached thereto as Exhibit B (the "Original Tier 2 OCP List").[2]

**PLEASE TAKE FURTHER NOTICE** that on August 5, 2022, the Court entered the *Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [Docket No. 244] (the "OCP Order") approving the OCP Motion.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the OCP Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 3 of the OCP Order, the Debtors are authorized to supplement the Original Tier 2 OCP List as necessary to add or remove OCPs without the need for any further hearing and without the need to file individual retention applications for newly added OCPs, by (i) including such OCPs on an amended version of the OCP List that is filed with the Court and served on the Notice Parties and (ii) having such OCPs comply with the OCP Procedures.

**PLEASE TAKE FURTHER NOTICE** that on August 10, 2022, pursuant to paragraph 3 of the OCP Order, the Debtors filed the *Notice of Amendment to List of Ordinary Course Professionals* [Docket No. 267] (the "Amended Tier 2 OCP List") to supplement the Original Tier 2 OCP List.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby amend the Amended Tier 2 OCP List as set forth on **Exhibit A** hereto (the "Second Amended Tier 2 OCP List") to correct the name and address of Walkers (Cayman) LLP.  A redline of the Second Amended Tier 2 OCP List against the Amended Tier 2 OCP List is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, notice of the Second Amended Tier 2 OCP List will be provided to the Notice Parties.

*[Remainder of page left intentionally blank]*

Dated:  August 17, 2022                  /s/ Joshua A. Sussberg
New York, New York                       **KIRKLAND & ELLIS LLP**
                                         **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                         Joshua A. Sussberg, P.C.
                                         Christopher Marcus, P.C.
                                         Christine A. Okike, P.C.
                                         Allyson B. Smith (admitted *pro hac vice*)
                                         601 Lexington Avenue
                                         New York, New York 10022
                                         Telephone:    (212) 446-4800
                                         Facsimile:    (212) 446-4900
                                         Email:        jsussberg@kirkland.com
                                                       cmarcus@kirkland.com
                                                       christine.okike@kirkland.com
                                                       allyson.smith@kirkland.com

                                         *Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

**Second Amended Tier 2 OCP List**

| NAME | ADDRESS | TYPE OF SERVICE |
|---|---|---|
| Berger Singerman LLP | Berger Singerman, LLP<br>201 E Las Olas Blvd<br>Suite 1500<br>Fort Lauderdale, FL 33301<br>United States | Legal Services |
| Campbells Legal (BVI) Limited | Campbells Legal (BVI) Limited<br>Floor 4, Banco Popular Building<br>PO Box 4467<br>Road Town, Tortola VG-1110<br>British Virgin Islands | Legal Services |
| Conyers Dill & Pearman | Conyers Dill & Pearman<br>PO Box 3140<br>Commerce House, Wichams Cay 1<br>Road Town Tortola VG1110<br>British Indian Ocean Territory | Legal Services |
| Day Pitney LLP | Day Pitney LLP<br>One Jefferson Road<br>Parsippany, New Jersey 07054<br>United States | Legal Services |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | 1400 Broadway<br>New York NY 10018<br>United States | Legal Services |
| Frankfurt Kurnit Klein & Selz, P.C. | Frankfurt Kurnit Klein & Selz, P.C.28 Liberty Street<br>New York, NY 10005<br>United States | Legal Services |
| Jackson Lewis P.C. | Jackson Lewis P.C.<br>58 South Service Road<br>Melville, New York 11747<br>United States | Legal Services |
| Jenner & Block LLP | Jenner & Block LLP<br>353 N Clark Street<br>Chicago, IL 60654<br>United States | Legal Services |
| Kramer Levin Naftalis & Frankel LLP | Kramer Levin Naftalis & Frankel LLP | Legal Services |

| NAME | ADDRESS | TYPE OF SERVICE |
|---|---|---|
|  | 47 Avenue Hoche<br>Paris 75008<br>France |  |
| Lowenstein Sandler LLP | Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>United States | Legal Services |
| Mintz & Gold LLP | Mintz & Gold<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>United States | Legal Services |
| Seyfarth Shaw LLP | Seyfarth Shaw LLP<br>233 S. Wacker Drive<br>Suite 8000<br>Chicago, IL 60606<br>United States | Legal Services |
| Troutman Pepper Hamilton Sanders LLP | Troutman Pepper Hamilton Sanders LLP<br>222 Central Park Avenue<br>Suite 2000<br>Virginia Beach, VA 23462<br>United States | Legal Services |
| Walkers (Cayman) LLP | Walkers (Cayman) LLP<br>190 Elgin Avenue<br>George Town<br>Cayman Islands<br>KY1-9001 | Legal Services |

## Exhibit B

**Redline**

**Exhibit A**

Second Amended Tier 2 OCP List

| NAME | ADDRESS | TYPE OF SERVICE |
|---|---|---|
| Berger Singerman LLP | Berger Singerman, LLP<br>201 E Las Olas Blvd<br>Suite 1500<br>Fort Lauderdale, FL 33301<br>United States | Legal Services |
| Campbells Legal (BVI) Limited | Campbells Legal (BVI) Limited<br>Floor 4, Banco Popular Building<br>PO Box 4467<br>Road Town, Tortola VG-1110<br>British Virgin Islands | Legal Services |
| Conyers Dill & Pearman | Conyers Dill & Pearman<br>PO Box 3140<br>Commerce House, Wichams Cay 1<br>Road Town Tortola VG1110<br>British Indian Ocean Territory | Legal Services |
| Day Pitney LLP | Day Pitney LLP<br>One Jefferson Road<br>Parsippany, New Jersey 07054<br>United States | Legal Services |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | 1400 Broadway<br>New York NY 10018<br>United States | Legal Services |
| Frankfurt Kurnit Klein & Selz, P.C. | Frankfurt Kurnit Klein & Selz, P.C.28 Liberty Street<br>New York, NY 10005<br>United States | Legal Services |
| Jackson Lewis P.C. | Jackson Lewis P.C.<br>58 South Service Road<br>Melville, New York 11747<br>United States | Legal Services |
| Jenner & Block LLP | Jenner & Block LLP<br>353 N Clark Street<br>Chicago, IL 60654<br>United States | Legal Services |
| Kramer Levin Naftalis & Frankel LLP | Kramer Levin Naftalis & Frankel LLP | Legal Services |

| NAME | ADDRESS | TYPE OF SERVICE |
|---|---|---|
| | 47 Avenue Hoche<br>Paris 75008<br>France | |
| Lowenstein Sandler LLP | Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>United States | Legal Services |
| Mintz & Gold LLP | Mintz & Gold<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>United States | Legal Services |
| Seyfarth Shaw LLP | Seyfarth Shaw LLP<br>233 S. Wacker Drive<br>Suite 8000<br>Chicago, IL 60606<br>United States | Legal Services |
| Troutman Pepper Hamilton Sanders LLP | Troutman Pepper Hamilton Sanders LLP<br>222 Central Park Avenue<br>Suite 2000<br>Virginia Beach, VA 23462<br>United States | Legal Services |
| Walkers ~~Corporate Limited~~(Cayman) LLP | Walkers ~~Corporate Limited 90~~(Cayman) LLP<br>190 Elgin Avenue<br>George Town<br>Cayman Islands<br>KY1-9001 | Legal Services |

2