UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In Re:                                                                                  Chapter 11
                                                                                              Case No. 22-10943-mew
VOYAGER DIGITAL HOLDINGS, INC. et. al.[1]

      **Debtors**

------------------------------------------------------------------X

    **WHEREAS,** the J. Singer Law Group, PLLC ("Firm") represented Creditor Mathew Levitt in this matter and filed a Notice of Appearance on his behalf on July 28, 2022;

    **WHEREAS,** Levitt has informed this Firm that it wishes us to terminate this Firm's representation of him;

    **NOW THEREFORE,** this Firm does hereby withdrawal as counsel for Levitt and withdraws its Notice of Appearance.

Dated: August 18, 2022
New York, NY

              **J. Singer Law Group, PLLC**
              Ongoing Counsel for Creditor Matthew Levitt

              <u>By: /s/ Jeb Singer</u>
                  Jeb Singer, Esq.
                  One Liberty Plaza, 23rd Floor
                  New York, New York 10006
                  (917) 806-5832
                  jsinger@singerlawgroup.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.