Hearing Date: September 13, 2022 at 11:00 a.m. (prevailing Eastern Time)
Objection Deadline: September 6, 2022 at 4:00 p.m. (prevailing Eastern Time)

**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

*Proposed Counsel to the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) Case No. 22-10943 (MEW) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**NOTICE OF APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND
RETENTION OF MCDERMOTT WILL & EMERY LLP AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VOYAGER
DIGITAL HOLDINGS, INC., *ET AL.*, EFFECTIVE AS OF JULY 22, 2022**

**PLEASE TAKE NOTICE** that a hearing on the *Application for Order Authorizing
the Employment and Retention of McDermott Will & Emery LLP as Counsel to the Official
Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of
July 22, 2022* (the "Application") filed by the Official Committee of Unsecured Creditors of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

Voyager Digital Holdings, *et al.* (the "Committee") will be held on **September 13, 2022 at**

**11:00 a.m., prevailing Eastern Time** (the "Hearing"). In accordance with General Order M-

543 dated March 20, 2020, the Hearing will be conducted telephonically. Any parties wishing

to participate must do so by making arrangements through CourtSolutions by visiting

https://www.court-solutions.com.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the relief

requested in the Application shall: (a) be in writing; (b) conform to the Federal Rules of

Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York,

and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court

for the Southern District of New York; (c) be filed electronically with the Court on the docket

of *In re Voyager Digital Holdings, Inc*., No. 22-10943 (MEW) by registered users of the

Court's electronic filing system and in accordance with all General Orders applicable to

chapter 11 cases in the United States Bankruptcy Court for the Southern District of New

York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d)

be served so as to be actually received by **September 6, 2022 at 4:00 p.m., prevailing**

**Eastern Time**, by the entities on the Master Service List available on the case website of the

above-captioned debtors and debtors in possession (the "Debtors") at

https://cases.stretto.com/Voyager.

PLEASE TAKE FURTHER NOTICE that only those responses or objections that

are timely filed, served, and received will be considered at the Hearing. Failure to file a

timely objection may result in entry of a final order granting the Application as requested by

the Committee.

PLEASE TAKE FURTHER NOTICE that copies of the Application and other

pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the

website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of the

Application and other pleadings filed in these chapter 11 cases by visiting the Court's website

at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   New York, New York             MCDERMOTT WILL & EMERY LLP
         August 22, 2022

                                        */s/ Darren Azman*
                                        Darren Azman
                                        Joseph B. Evans
                                        One Vanderbilt Avenue
                                        New York, NY 10017-3852
                                        Telephone: (212) 547-5400
                                        Facsimile: (212) 547-5444
                                        E-mail: dazman@mwe.com
                                        E-mail: jbevans@mwe.com

                                        and

                                        Charles R. Gibbs (admitted *pro hac vice*)
                                        Grayson Williams (admitted *pro hac vice*)
                                        2501 North Harwood Street, Suite 1900
                                        Dallas, TX 75201
                                        Telephone: (214) 295-8000
                                        Facsimile: (972) 232-3098
                                        E-mail: crgibbs@mwe.com
                                        E-mail: gwilliams@mwe.com

                                        and

                                        Gregg Steinman (admitted *pro hac vice*)
                                        333 SE 2nd Avenue, Suite 4500
                                        Miami, FL 33131-2184
                                        Telephone: (305) 329-4473
                                        Facsimile: (305) 503-8805
                                        E-mail: gsteinman@mwe.com

                                        *Proposed Counsel to the Official*
                                        *Committee of Unsecured Creditors*

**Hearing Date: September 13, 2022 at 11:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: September 6, 2022 at 4:00 p.m. (prevailing Eastern Time)**

**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

*Proposed Counsel to the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 22-10943 (MEW) |
| Debtors.[1] | (Jointly Administered) |

**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND**
**RETENTION OF MCDERMOTT WILL & EMERY LLP AS COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VOYAGER**
**DIGITAL HOLDINGS, INC., *ET AL*., EFFECTIVE AS OF JULY 22, 2022**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the

above-captioned chapter 11 cases (the "Chapter 11 Cases") of Voyager Digital Holdings,

Inc., *et al.* (collectively, the "Debtors") hereby submits this *Application for Order*

*Authorizing the Employment and Retention of McDermott Will & Emery LLP as Counsel to*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and
Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital
Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager
Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

*the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.,*

*Effective as of July 22, 2022* (the "Application"), pursuant to sections 328(a) and 1103 of title

11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the

Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), for entry

of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"),

authorizing the employment and retention of McDermott Will & Emery LLP ("McDermott")

as counsel to the Committee. In support of the Application, the Committee submits the

declaration of Darren Azman, a partner at McDermott, attached hereto as **Exhibit B** (the

"Azman Declaration"), and the declaration of Jason Raznick, not in his individual capacity

but solely in his capacity as chair of the Committee, attached hereto as **Exhibit C** (the

"Raznick Declaration" and, together with the Azman Declaration, the "Supporting

Declarations"). In further support of this Application, the Committee respectfully states as

follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Southern District of New York

(the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

Amended Standing Order of Reference from the United States District Court for the Southern

District of New York, entered February 1, 2012. This matter is a core proceeding within the

meaning of 28 U.S.C. § 157(b)(2), and the Committee confirms its consent to the Court

entering a final order in connection with the Application to the extent that it is later

determined that the Court, absent consent of the parties, cannot enter final orders or

judgments in connection herewith consistent with Article III of the United States

Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are Bankruptcy Code sections 328(a) and 1103(a), Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1.

## BACKGROUND

4.      On July 5, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

5.      On July 6, 2022, the Court entered an order authorizing the joint administration and procedural consolidation of the Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b). *See* Docket No. 18.

6.      On July 19, 2022, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the Committee pursuant to Bankruptcy Code section 1102. *See* Docket No. 102. The Committee currently comprises: (i) Jason Raznick; (ii) Russell G. Stewart; (iii) Brandon Mullenberg; (iv) Richard Kiss for Thincat Trust; (v) Christopher Moser; (vi) Byron Walker; and (vii) Melissa and Adam Freeman. As of the date hereof, no request for the appointment of a trustee or examiner has been made in the Chapter 11 Cases.

7.      On July 22, 2022 (the "Retention Date"), the Committee selected McDermott as its proposed counsel, subject to this Court's approval. On July 25, 2022, the Committee selected FTI Consulting, Inc. ("FTI") to serve as its financial advisor, subject to this Court's approval.

## RELIEF REQUESTED

8.      By the Application, the Committee seeks entry of an order, substantially in the form of the Proposed Order, authorizing it to retain and employ McDermott as its bankruptcy

3

counsel pursuant to Bankruptcy Code sections 328(a) and 1103(a), Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1, effective as of July 22, 2022.

## **BASIS FOR RELIEF**

9.      The Committee selected McDermott because of its extensive experience in and knowledge of complex chapter 11 matters. As more fully described in the Azman Declaration, McDermott has represented official and unofficial committees and other prominent parties in numerous complex and prominent chapter 11 bankruptcy cases in recent years, including cases in this jurisdiction. Moreover, McDermott's lawyers have extensive experience advising clients in the cryptocurrency space, including representing the Official Committee of Unsecured Creditors of Cred, Inc., *et al.*, in its chapter 11 cases filed in the United States Bankruptcy Court for the District of Delaware (Case No. 20-12836 (JTD) (Bankr. D. Del.)), which involved a cryptocurrency yield earning platform. For these reasons, the Committee believes McDermott possesses the requisite knowledge and expertise in the areas of law relevant to the Chapter 11 Cases and is well qualified to represent the Committee.

## **MCDERMOTT'S ROLE**

10.     Subject to the direction of the Committee and further order of the Court, the Committee respectfully submits that it is necessary and appropriate for it to retain and employ McDermott to, among other things:

(a)     Advise the Committee with respect to its rights, duties, and powers in the Chapter 11 Cases;

(b)     Assist and advise the Committee in its consultations and negotiations with the Debtors and other parties in interest relative to the administration of the Chapter 11 Cases;

(c)     Solicit information from and provide information to the general creditor body, including through the establishment of a Committee information website and hosting regularly scheduled town halls;

(d)    Assist the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

(e)    Assist the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and their insiders and of the operation of the Debtors' businesses;

(f)    Assist the Committee in its analysis of, and negotiations with, the Debtors or any third party concerning matters related to, among other things, the assumption or rejection of certain leases of non-residential real property and executory contracts, asset dispositions, financing or other transactions, and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

(g)    Assist and advise the Committee as to its communications with the general creditor body regarding significant matters in the Chapter 11 Cases;

(h)    Monitoring international precedings involving the Debtors and property of the Debtors' estates;

(i)    Represent the Committee at all hearings and other proceedings before the Court;

(j)    Review and analyze applications, orders, statements of operations, and schedules filed with the Court and advise the Committee as to their propriety and, to the extent deemed appropriate by the Committee, support, join, or object thereto;

(k)    Advise and assist the Committee with respect to any legislative, regulatory, or governmental activities;

(l)    Assist the Committee in its review and analysis of the Debtors' various agreements;

(m)    Prepare, on behalf of the Committee, any pleadings, including, without limitation, motions, memoranda, complaints, adversary complaints, objections, or comments in connection with any matter related to the Debtors or the Chapter 11 Cases;

(n)    Investigate and analyze any claims belonging to the Debtors' estates; and

(o)    Perform such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties, as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

11.    The Committee believes that it is necessary to employ counsel to render the above-described professional services to the Committee so that the Committee may properly fulfill its duties under the Bankruptcy Code. Further, the Committee believes that McDermott

5

is well qualified to provide these services in the Chapter 11 Cases. The Committee

understands that McDermott intends to work closely with the Committee's other

professionals, including its proposed financial advisor, FTI, to ensure that there is no

unnecessary duplication of services.

### MCDERMOTT'S CONNECTIONS TO THESE CASES

12.     The Committee has reviewed the Azman Declaration, including the

"connections" to the Chapter 11 Cases disclosed therein, as such term is used in Bankruptcy

Rule 2014(a). Notwithstanding any such connections, the Committee believes that

McDermott is "disinterested," as that term is defined in Bankruptcy Code section 101(14),

and does not hold or represent an interest adverse to the Debtors' estates with respect to the

matters for which McDermott is to be employed, as required by Bankruptcy Code section

328(c).

13.     To the extent that issues arise that would cause the Committee to be adverse to

any of McDermott's clients, such that it would not be appropriate for McDermott to represent

the Committee with respect to such matters, the Committee will engage conflicts counsel

with respect to those matters.

14.     Other than as described herein and in the Azman Declaration, insofar as

McDermott has been able to ascertain, other than in connection with the Chapter 11 Cases,

neither McDermott, nor any partner, counsel, or associate of McDermott, has any connection

(connection being defined as a familial or professional relationship) with the Debtors, their

creditors, or any other interested party herein, their respective attorneys or accountants, or the

U.S. Trustee or any person employed in the Office of the United States Trustee.

15.     McDermott is conducting a continuing inquiry into matters that would affect

its disinterested status. In the event additional disclosure is necessary, McDermott will

promptly file a supplemental affidavit with the Court setting forth any facts and circumstances relevant thereto.

## MCDERMOTT'S COMPENSATION

16.    Subject to Court approval, and in accordance with Bankruptcy Code section 330(a) and the U.S. Trustee's *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 By Attorneys in Larger Chapter 11 Cases Effective As Of November 1, 2013* (the "U.S. Trustee Guidelines"), and any orders establishing fee procedures for professionals that may be entered in the Chapter 11 Cases, and as set forth in the Azman Declaration, the Committee proposes to compensate McDermott on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by McDermott according to its customary reimbursement policies.

17.    The Committee requests that all fees and related costs and expenses incurred by the Committee on account of services rendered by McDermott in the Chapter 11 Cases be paid as administrative expenses of the Debtors' estates pursuant to Bankruptcy Code sections 328, 330, 331, 503(b), and 507(a)(2). Subject to the Court's approval, McDermott will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates on the date such services are rendered, subject to Bankruptcy Code sections 328, 330, and 331.

18.    McDermott's current hourly rates for matters related to these Chapter 11

Cases range as follows:

| Billing Category | Range[2] |
|---|---|
| Partners | $875 – $1,510 |
| Counsel | $755 – $1,300 |
| Associates | $545 – $1,190 |
| Paraprofessionals | $115 – $650 |

19.    McDermott's hourly rates are set at a level designed to compensate

McDermott fairly for the work of its attorneys and paraprofessionals and to cover fixed and

routine expenses. Hourly rates vary with the experience and seniority of the individuals

assigned. McDermott's hourly rates are subject to periodic adjustments (typically effective as

of January of each year) to reflect economic and other conditions. McDermott will provide at

least 10 business days' notice to the Committee, the Debtors, and the U.S. Trustee prior to

any increases in the rates set forth in the Azman Declaration and will file such notice with

this Court.

20.    McDermott's policy is to request reimbursement of its actual and necessary

out-of-pocket expenses incurred in connection with providing legal services. Among other

things, McDermott charges its clients for facsimile and other charges, mail and express mail

charges, special or hand delivery charges, photocopying charges, travel expenses, after-hours

taxi expenses, expenses for working meals or overtime/after-hours meals, computerized

research, and transcript costs. McDermott, however, will not seek reimbursement of

secretarial or other overtime charges. McDermott will charge the Committee for these

expenses at rates consistent with charges made to other McDermott clients, and subject to the

Local Rules, orders of this Court, and the U.S. Trustee Guidelines.

---

[2]    McDermott has agreed to a $1,300 maximum hourly billing rate for professionals working on the
Chapter 11 Cases.

21.     McDermott will maintain detailed records of fees and expenses incurred in connection with the rendering of the legal services described above, in accordance with applicable rules and guidelines.

22.     Under Bankruptcy Code section 328(a), the Committee may retain counsel under reasonable terms and conditions. The Committee believes that the hourly rates and expense policies of McDermott, which are applied to other McDermott clients, all as described above, constitute fair and reasonable terms and conditions for the retention by the Committee of McDermott as counsel in accordance with Bankruptcy Code section 328(a).

23.     On account of its services to the Committee, McDermott will seek compensation and reimbursement of expenses consistent with any interim compensation procedures approved by the Court.

24.     The Committee requests that McDermott be allowed compensation for its services and reimbursement for its expenses in accordance with Bankruptcy Code sections 330 and 331 and Bankruptcy Rule 2016 upon submission of appropriate applications therefor in compliance with all applicable orders, rules, and guidelines, subject to the review and approval of the Court.

## MOTION PRACTICE

25.     The Application includes citations to the applicable rules and statutory authorities upon which the relief requested herein is predicated and a discussion of their application to this Motion. Accordingly, the Committee submits that the Application satisfies Local Rule 9013-1(a).

## NOTICE

26.     Notice of this Application has been provided in accordance with the *Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures*

*and (II) Granting Related Relief* [Docket No. 240]. The Committee submits that, in light of

the nature of the relief requested, no other or further notice need be given.

**NO PRIOR REQUEST**

27.     No prior request for the relief sought in this Application has been made in this

or any other court.

## CONCLUSION

WHEREFORE, the Committee respectfully requests that the Court enter an order,

substantially in the form of the Proposed Order, authorizing and approving the employment

and retention of McDermott as counsel to the Committee and granting the Committee such

other and further relief as the Court deems just and proper.

Dated:   New York, New York          Respectfully submitted,
         August 15, 2022

                                     THE OFFICIAL COMMITTEE OF UNSECURED
                                     CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET
                                     AL.*

                                     By:   _____

                                           Jason Raznick, not in his individual capacity but
                                           solely as Chair of the Official Committee of
                                           Unsecured Creditors of Voyager Digital
                                           Holdings, Inc., *et al*.

**<u>EXHIBIT A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943(MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF MCDERMOTT WILL & EMERY LLP AS COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VOYAGER**
**DIGITAL HOLDINGS, INC., *ET AL.*, EFFECTIVE AS OF JULY 22, 2022**

Upon the *Application for Order Authorizing the Employment and Retention of McDermott Will & Emery LLP as Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc.,* et al*., Effective as of July 22, 2022* (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Voyager Digital Holdings, Inc., *et al.* (collectively, the "Debtors") for entry of an order (this "Order") authorizing the Committee to employ and retain McDermott as its legal counsel effective as of the Retention Date, all as more fully set forth in the Application; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, entered February 1, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2]  Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Application.

having found that the relief requested in the Application is in the best interests of the Debtors'

estates, their creditors, and other parties in interest; and this Court having found that the

Committee's notice of the Application and opportunity for a hearing on the Application were

appropriate under the circumstances and no other notice need be provided; and the Court

having reviewed the Application and Supporting Declarations and having heard the

statements in support of the relief requested therein at a hearing before this Court (the

"Hearing"); and this Court having determined that the legal and factual bases set forth in the

Application, the Supporting Declarations, and at the Hearing establish just cause for the relief

granted herein; and the Court being satisfied, based on the representations made in the

Application and the Supporting Declarations, that McDermott is a "disinterested person" as

defined in Bankruptcy Code section 101(14) and does not hold or represent an interest

adverse to the Debtors' estates with respect to any of the matters for which McDermott is to

be engaged; and the Court finding that the employment of McDermott is necessary to the

performance of the Committee's duties; and upon all of the proceedings had before this

Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY

ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      Pursuant to Bankruptcy Code sections 328 and 1103(a), the Committee is

authorized to employ and retain McDermott as its legal counsel, effective as of July 22, 2022,

on the terms set forth in the Application.

3.      McDermott shall apply for compensation of professional services and

reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance

with Bankruptcy Code sections 330 and 331 and the applicable provisions of the Bankruptcy

Rules, the Local Rules, and any applicable orders of this Court.

4.      McDermott shall use its reasonable efforts to avoid any duplication of services

provided by any of the Committee's other retained professionals in the Chapter 11 Cases.

5.      McDermott shall file a supplemental declaration with this Court and give not less than ten (10) business days' notice to the Debtors, the U.S. Trustee, and the Committee prior to any increases in the rates set forth in the Azman Declaration. The supplemental declaration shall explain the basis for the requested increases in accordance with Bankruptcy Code section 330(a)(3)(F) and state whether the Committee has consented to the rate increase. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in Bankruptcy Code section 330, and the Court retains the right to review any rate increase pursuant to Bankruptcy Code section 330.

6.      To the extent the Application is inconsistent with this Order, the terms of this Order shall govern.

7.      Notice of the Application as provided therein shall be deemed good and sufficient notice of the Application, and the Local Rules are satisfied by the contents of the Application.

8.      The Committee and McDermott are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

9.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.     The Court shall retain jurisdiction with respect to any matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
        _____, 2022

THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit B</u>**

**Azman Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943(MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**DECLARATION OF DARREN AZMAN IN SUPPORT OF APPLICATION FOR**
**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**MCDERMOTT WILL & EMERY LLP AS COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VOYAGER**
**DIGITAL HOLDINGS, INC., *ET AL.*, EFFECTIVE AS OF JULY 22, 2022**

Pursuant to 28 U.S.C. § 1746, I, Darren Azman, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a partner in the law firm of McDermott Will & Emery LLP ("McDermott") and resident in McDermott's New York office at One Vanderbilt Avenue, New York, New York 10017-3852. I am a member in good standing of the Bars of the States of Massachusetts and New York. There are no disciplinary proceedings pending against me.

2.      I am familiar with the matters set forth herein and make this declaration (the "Declaration") pursuant to Bankruptcy Rule 2014(a) in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Voyager Digital Holdings, Inc., *et al.* (collectively, the "Debtors") for entry of an order authorizing the employment and retention of McDermott as counsel to the Committee. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

### McDermott's Qualifications

3.      McDermott and its attorneys have extensive experience and knowledge of complex chapter 11 matters and have successfully represented official and unofficial committees in many prominent and complex bankruptcy cases, including recent committee representations in *In re Centric Brands, Inc.* (Bankr. S.D.N.Y.); *In re Energy Alloys Holdings, LLC* (Bankr. D. Del.); *In re Entrust Energy, Inc.* (Bankr. S.D. Tex.); *In re Griddy Energy, LLC* (Bankr. S.D. Tex.); and *In re CBL & Associates Properties, Inc.* (Bankr. S.D. Tex.). Moreover, McDermott's lawyers have extensive experience advising clients in the cryptocurrency space, including representing the Official Committee of Unsecured Creditors of Cred, Inc., *et al.*, in its chapter 11 cases filed in the United States Bankruptcy Court for the District of Delaware (Case No. 20-12836 (JTD) (Bankr. D. Del.)), which involved a cryptocurrency yield earning platform, and the ongoing representation of the Cred Inc. Liquidation Trust. I believe that McDermott possesses the requisite knowledge and expertise in the areas of law relevant to the Chapter 11 Cases and is well qualified to represent the Committee.

### McDermott's Compensation

4.      McDermott has been asked to serve as counsel to the Committee appointed by the U.S. Trustee in the Chapter 11 Cases. The Committee proposes to compensate McDermott on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by McDermott according to its customary reimbursement policies.

5.      McDermott's current hourly rates for matters related to these Chapter 11 Cases range as follows:

| Billing Category | Range[3] |
|---|---|
| Partners | $875 – $1,510 |
| Counsel | $755 – $1,300 |
| Associates | $545 – $1,190 |
| Paraprofessionals | $115 – $650 |

6.     McDermott's hourly rates are set at a level designed to compensate McDermott fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. McDermott's hourly rates are subject to periodic adjustments (typically effective as of January of each year) to reflect economic and other conditions. McDermott will provide at least 10 business days' notice to the Committee, the Debtors, and the U.S. Trustee prior to any increases in the rates set forth in the Azman

7.     McDermott's policy is to request reimbursement of its actual and necessary out-of-pocket expenses incurred in connection with providing legal services. Among other things, McDermott charges its clients for facsimile and other charges, mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, after-hours taxi expenses, expenses for working meals or overtime/after-hours meals, computerized research, and transcript costs. McDermott, however, will not seek reimbursement of secretarial or other overtime charges. McDermott will charge the Committee for these expenses at rates consistent with charges made to other McDermott clients, and subject to the Local Rules, orders of this Court, and the U.S. Trustee Guidelines.

8.     McDermott will maintain detailed records of fees and expenses incurred in connection with the rendering of the legal services described above, in accordance with applicable rules and guidelines.

---

[3]     McDermott has agreed to a $1,300 maximum hourly billing rate for professionals working on the Chapter 11 Cases.

9.      McDermott intends to apply for compensation for professional services rendered and for reimbursement of expenses incurred in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, orders of this Court, and the U.S. Trustee Guidelines. McDermott will seek compensation and reimbursement of expenses consistent with any interim compensation procedures approved by this Court.

10.      Except as described herein, neither McDermott nor any professional or attorney associated with or employed by McDermott has received a promise as to payment or compensation in connection with the Chapter 11 Cases. No agreement exists, nor will any be made, to share any compensation received by McDermott for its services with any other person or firm other than members of McDermott.

### McDermott's Connections to the Chapter 11 Cases

11.      In connection with the Committee's proposed retention of McDermott, I directed McDermott staff to conduct a review (the "Conflicts Check") of McDermott's computerized client and conflict database (the "Conflicts Database") to determine McDermott's connections (as such term is used in Bankruptcy Rule 2014(a)) to the Debtors, their creditors, any other party-in-interest, or their respective attorneys or accountants (collectively, the "Potential Parties in Interest"). For purposes of the Conflicts Check, McDermott utilized the interested party list provided by the Debtors. Attached hereto as **Schedule 1** is the list of Potential Parties in Interest that was checked against the Conflicts Database.

12.      The Conflicts Database maintained by McDermott is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged, and, in each instance, the identity of certain related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter. It is

the policy of McDermott that no new matter may be accepted or opened without the firm

completing and submitting to those charged with maintaining the Conflicts Database the

information necessary to check each such matter for conflicts, including the identity of the

prospective client, the matter, and related and adverse parties. Accordingly, McDermott

maintains and systematically updates this system in the regular course of business of the firm,

and it is the regular practice of the firm to make and maintain these records.

13.    The Conflicts Check performed by McDermott included an email circulated to

all McDermott personnel alerting all professionals at McDermott to identify any connections

with the Potential Parties in Interest. As part of this circulation, the recipients were also

requested to identify: (a) any connections to the U.S. Trustee or any person employed in that

office, and (b) their direct holding of any claims against or interests in the Debtors.

14.    A summary of the results of the Conflicts Check is attached hereto as

**Schedule 2** (the "Connections List"). These connections were then reviewed to identify any

relationship that would need to be disclosed in accordance with Bankruptcy Rule 2014.

15.    The Conflicts List provides a listing of Potential Parties in Interest that

McDermott either: (i) currently represents (or represents a related party thereto) (the "Current

Clients") in matters wholly unrelated to the Chapter 11 Cases; or (ii) in the past represented

(or represented a related party thereto) in matters wholly unrelated to the Chapter 11 Cases.

In connection with the services to be rendered to the Committee, McDermott will not

commence a cause of action against any Current Client with respect to the Chapter 11 Cases,

unless McDermott has received a waiver from the Current Client allowing McDermott to

commence such an action. In connection with the Chapter 11 Cases, to the extent any causes

of action are commenced by or against any Current Client, and a waiver letter is not obtained

permitting McDermott to participate in such action, the Committee will retain conflicts

counsel to represent the interests of the Debtors' unsecured creditors.

5

16.     None of the McDermott existing clients noted on the Connections List accounted for more than 1% of McDermott's gross revenues for the past twelve (12) months.

17.     McDermott also performed general diligence to determine any connections beyond what is disclosed in the attached schedules. McDermott may have represented in the past or currently or in the future may represent entities (other than parties in the attached schedules) not known currently to McDermott in matters wholly unrelated to the Chapter 11 Cases who may be parties in interest in these cases. To the extent that McDermott discovers any such information or needs to update the information disclosed herein, McDermott will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

18.     To the best of my knowledge after diligent inquiry, no partner or employee of McDermott has been, within two years before the Petition Date, a director, officer, or employee of the Debtors. I am not, nor is McDermott, an insider of the Debtors. Except as set forth herein, neither McDermott nor I hold directly any claim, debt, or equity security of the Debtors. McDermott does not have an interest adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in Bankruptcy Code section 101(14)(C), or for any other reason.

19.     To the best of my knowledge after diligent inquiry, neither McDermott, any member of McDermott, nor any attorney associated with or employed by McDermott has any "connection," as such term is used in Bankruptcy Rule 2014(a), with the Debtors, their creditors, any other party-in-interest, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the United States Trustee, except to the extent set forth herein and on the Connections List.

20.      Notwithstanding the connections disclosed herein and on the Connections List,

I believe that McDermott is a disinterested person, and does not hold or represent an interest

adverse to the Debtors' estates with respect to the matters for which McDermott is to be

employed, as required by Bankruptcy Code section 328(c).

### Specific Disclosures

21.      Out of an abundance of caution, certain of the representations reflected on the

Connections List are also highlighted below.

22.      In response to the Conflicts Check, certain current McDermott attorneys and

staff members reported being customers of the Debtor. Those individuals have not and will

not perform work in connection with McDermott's representation of the Committee and will

not have access to confidential information related to the representation.

23.      McDermott attorneys Luc Jansen, Damon Lyon, and Greer Griffith are equity

interest holders of the Debtors. They will not perform work in connection with McDermott's

representation of the Committee nor will they have access to confidential information related

to the representation. I do not believe that their equity ownership prevents McDermott from

satisfying the Bankruptcy Code's disinterestedness standard.

24.      Shara Netterstrom, a conflicts attorney at McDermott, has a personal

relationship with Shara Cornell, a trial attorney with the U.S. Trustee's Office for the

Southern District of New York. Ms. Netterstrom will not perform work in connection with

McDermott's representation of the Committee and will not have access to confidential

information related to the representation. I do not believe that this Ms. Netterstrom's personal

relationship prevents McDermott from satisfying the Bankruptcy Code's disinterestedness

standard.

**Statement Regarding U.S. Trustee Guidelines**

25.     McDermott intends to make a reasonable effort to comply with the U.S.

Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee

Guidelines, both in connection with the Application and the interim and final fee applications

to be filed by McDermott in the course of its engagement. In doing so, however, McDermott

reserves all rights as to the relevance and substantive legal effect of the U.S. Trustee

Guidelines in respect of any application for employment or compensation in these cases that

falls within the ambit of the U.S. Trustee Guidelines.

I declare under penalty of perjury that the foregoing is true and correct to the best of

my knowledge and belief.

Dated:  August 22, 2022

By:     */s/ Darren Azman*
         Darren Azman
         Partner
         McDermott Will & Emery LLP

**Schedule 1**

**Potential Parties in Interest**

**List of Schedules**

| Schedule | Category |
|---|---|
| 1(a) | Current and Former Affiliates |
| 1(b) | Current and Former Directors and Officers |
| 1(c) | Significant Equityholders |
| 1(d) | Bankruptcy Professionals |
| 1(e) | Banks / Lenders / Administrative Agents |
| 1(f) | Contract Parties |
| 1(g) | Customers |
| 1(h) | Insurance |
| 1(i) | Landlords |
| 1(j) | Litigation |
| 1(k) | Ordinary Course Professionals |
| 1(l) | Potential M&A Transaction Counterparties |
| 1(m) | Taxing Authorities / Government / Regulatory Agencies |
| 1(n) | Top 50 Unsecured Creditors |
| 1(o) | U.S. Trustee, Judges, and Court Contacts for the Southern District of New York |
| 1(p) | Utilities |
| 1(q) | Vendors |

## Schedule 1(a)

**Current and Former Affiliates**

Coinify Financial Services ApS
Coinify Global Solutions Inc.
Coinify Ltd.
Coinify Payments OU
Coinify Technologies ApS
HTC Trading Inc.
LGO SAS
Voyager Digital Brokerage Canada Ltd.
Voyager Digital Brokerage Ltd.
Voyager Digital Holdings Inc.
Voyager Digital LLC
Voyager Digital Ltd.
Voyager Digital NY LLC
Voyager Europe
Voyager European Holdings ApS
Voyager IP LLC
VYGR Holdings LLC
VYGR Management LLC

**Schedule 1(b)**

**Current and Former Directors and Officers**

Ackart, Jennifer
Barrilleaux, Janice
Bateman, Lewis
Brooks, Brian
Brosgol, David
Costantino, Daniel
Dreuzy, Gaspard Aupepin de Lamothe
Egert, Mark
Ehrlich, Stephen
Elliott, Guy
Eytan, Philip
Frizzley, Jill
Gidwani, Rakesh
Hanshe, Gerard
Hugo, Victor
Jensen, Marshall
Keslassy, Jordana
Kramer, Pam
Kreiker, Serge
Ladhani, Akbar
Lavine, Shingo
Legg, Michael
Lightfoot, Jeffrey B.
Lilien, Jarrett
Pohl, Tim
Prithipaul, Ashwin
Psaropoulos, Evan
Ray,Matthew
Reynolds, Brandi
Stevens, Glenn
Toth, Krisztian
Vogel, Scott
Walmesley, Erin

**<u>Schedule 1(c)</u>**

**Significant Equityholders**

Alameda Research Ventures LLC

**Schedule 1(d)**

**Bankruptcy Professionals**

Berkeley Research Group LLC
Deloitte & Touche LLP
Fasken Martineau DuMoulin LLP
Grant Thornton LLP
Moelis & Co.
Quinn Emanuel Urquhart & Sullivan LLP
Stretto
Valuation Research Corp.

## **Schedule 1(e)**

### **Banks / Lenders / Administrative Agents**

Alameda Research Ltd.
Alameda Ventures Ltd.
Anchorage Digital Bank NA
Anchorage Lending CA LLC
Bank of Montreal
BitGo Prime LLC
BMO
Galaxy Digital LLC
Genesis Global Capital LLC
Metropolitan Commercial Bank
Signature Bank
Silvergate Bank
Tesseract Group Oy
Three Arrows Capital Ltd.

**Schedule 1(f)**

**Contract Parties**

Amazon.com Inc.
Celsius Network Ltd.
Chainalysis Inc.
Copper Technologies (UK) Ltd.
Cumberland DRW LLC
Dallas Basketball Ltd.
Dinwiddie Corp., The
DV Chain LLC
FiCentive Inc.
Fireblocks Inc.
Fireblocks Ltd.
Gronk Endorsements LLC
JSCT LLC
Landon Cassill Inc.
Ledger Technologies Inc.
Tai Mo Shan Ltd.
Talos Trading Inc.
ThoughtWorks Inc.
Usio Inc.
Wintermute Trading Ltd.

## **Schedule 1(g)**

**Customers**

[CONFIDENTIAL]

## **Schedule 1(h)**

**Insurance**

CAC Specialty Co.
FirstBrook Cassie & Anderson Ltd.
Great Midwestern Insurance Co.
Hartford Fire Insurance Co.
Hartford Underwriters Insurance Co.
Lloyd's of London Syndicate
MJD3 Associates LLC
Relm Insurance Ltd.
XL Specialty Insurance Co.

**<u>Schedule 1(i)</u>**

**Landlords**

Regus
WeWork Inc.

## Schedule 1(j)

### Litigation

Alabama, State of, Securities Commission Berk, Jordan
California, State of, Business, Consumer Services & Housing Agency, Department of
  Financial Protection & Innovation
Cassidy, Mark
Indiana, State of, Securities Division
Kentucky, Commonwealth of, Department of Financial Institutions
New Jersey, State of, Bureau of Securities
Oklahoma, State of, Department of Securities
South Carolina, State of, Securities Commissioner
Texas, State of, Securities Board
US Bank NA
Vermont, State of, Department of Financial Regulation
Washington, State of, Department of Financial Institutions, Securities Division

**Schedule 1(k)**

**Ordinary Course Professionals**

Berger Singerman LLP
Conyers Dill & Pearman LLP
Day Pitney LLP
Frankfurt Kurnit Klein & Selz PC
Jackson Lewis PC
Jenner & Block LLP
Kramer Levin Naftalis & Frankel LLP
Lowenstein Sandler LLP
Mintz & Gold LLP
Paul Hastings LLP
Seyfarth Shaw LLP
Troutman Pepper Hamilton Sanders LLP
Walkers Corporate Ltd.

## **Schedule 1(l)**

**Potential M&A Transaction Counterparties**

[CONFIDENTIAL]

**Schedule 1(m)**

**Taxing Authorities / Government / Regulatory Agencies**

Alabama, State of, Department of Revenue
Alaska, State of, Department of Revenue
Arizona, State of, Department of Revenue
Arkansas, State of, Department of Finance & Administration
California, State of, Franchise Tax Board
Connecticut, State of, Department of Revenue Services
Delaware, State of, Department of Revenue
Florida, State of, Department of Revenue
Georgia, State of, Department of Revenue
Idaho, State of, Tax Commission
Illinois, State of, Department of Revenue
Indiana, State of, Department of Revenue
Iowa, State of, Department of Revenue
Kansas, State of, Department of Revenue
Kentucky, Commonwealth of, Department of Revenue
Louisiana, State of, Department of Revenue
Maine, State of, Department of Revenue Services
Maryland, State of, Comptroller
Michigan, State of, Department of Treasury
Minnesota, State of, Department of Revenue
Mississippi, State of, Department of Revenue
Nebraska, State of, Department of Revenue
New Hampshire, State of, Department of Revenue Administration
New Jersey, State of, Division of Taxation
New Mexico, State of, Department of Tax & Revenue
North Carolina, State of, Department of Revenue
North Dakota, State of, Office of State Tax Commissioner
Oklahoma, State of, Tax Commission
Oregon, State of, Department of Revenue
Pennsylvania, Commonwealth of, Department of Revenue
Rhode Island, State of, Division of Taxation
South Carolina, State of, Department of Revenue
Tennessee, State of, Deparment of Revenue
Texas, State of, Comptroller of Public Accounts
Utah, State of, State Tax Commission
Virgina, Commonwealth of, Department of Taxation
Washington, D.C., Office of Tax & Revenue
West Virginia, State of, Tax Department
Wisconsin, State of, Department of Revenue

**<u>Schedule 1(n)</u>**

**Top 50 Unsecured Creditors**

Alameda Research LLC
[CONFIDENTIAL]

**Schedule 1(o)**

**U.S. Trustee Personnel, Judges, and Court Contacts for the Southern District of New York**

Arbeit, Susan
Beckerman, Lisa G.
Bruh, Mark, Esq.
Chapman, Shelley C.
Cornell, Shara
Drain, Robert D.
Garrity, James L., Jr.
Glenn, Martin
Harrington, William K.
Higgins, Benjamin J.
Jones, David S.
Lane, Sean H.
Masumoto, Brian S.
Morris, Cecelia G.
Morrissey, Richard C.
Riffkin, Linda A.
Schwartz, Andrea B.
Schwartzberg, Paul K.
Scott, Shannon
Tiantian, Tara
Velez-Rivera, Andy
Wells, Annie
Wiles, Michael E.
Zipes, Greg M.

**Schedule 1(p)**

**Utilities**

Phone.com Inc.
Verizon Wireless
WeWork Inc.

**Schedule 1(q)**

**Vendors**

15Five Inc.
33 Irving Tenant LLC
A&V Sports Group LLC
Accretive Capital
Accura Advokatpartnerselskab
Accurate Staffing Solutions Corp.
Ackart, Jennifer C.
Actimize Inc.
Acxiom LLC
Ada Support Inc.
Adam Atlas, Attorneys at Law
AdColony Inc.
Adobe
Adperio Network LLC
Advokaadibüroo Cobalt OÜ
Aiven
aktiencheck.de AG
A-LIGN
Alps Consulting LLP
Already Design Co.
Alvarez & Marsal Canada Inc.
Amalgamated Suncoast Portfolio LLC
Amazon
Amazon Web Services
Amazon Web Services Inc.
American Airlines
American Arbitration Association Inc.
Amicaz Group LLC
Angry Pug Sportswear LLC
Aon Consulting Inc.
Apple
Apple Inc.
Apple Search Ads
Appsflyer
Arianna Jonae LLC
Arndt, Krista
Arrow Search Partners
Atlassian
Aura Sub LLC
Authentic8 Inc.
Baker & McKenzie LLP
Bank Khanty-Mansiysk
Barefoot LLC
Barkley, Matthew M.
Bateman Capital Inc.
BDA International Ltd.

Beekman Social LLC
Behmer & Blackford LLP
Belk, Chandler
Benabe, Alejandro
Benchmark Co. LLC, The
Berger Singerman LLP
BetterInvesting Inc.
Beutler Enterprises Inc.
Beyond Studios
Big Outdoor Holdings LLC
BitGo Inc.
Bitrise.io
Blackwired (US) Inc.
Blake Cassels & Graydon LLP
Block Crypto Inc., The
Blockchain Association
Blockdaemon Inc.
BlockWorks Advisors LLC
BlockWorks Group LLC
Bloomberg Finance LP
Botero-Uribe, Sergio
BPM LLP
Brent, Karen
BrightEdge Technologies Inc.
Brill Advisors LLC
British Airways
Broadridge Financial Solutions Inc.
Brooks, Brian P.
Brunson, Jalen
Brunson, Jalen M.
BTC Media Ltd.
BTIG LLC
Buddakan Business Wire Inc.
Cabezas, Jamie
Campbells LLP
Canada Revenue Agency
Capone, Steven
Carbone
Carbone NYC
Cassill, Landon
Catamorphic Co.
CC API
CC Data
CCM Advisory LLC
CDS Clearing & Depository Services
CDW LLC
Certified Kernel Tech LLC
Chameleon Collective Consulting LLC
Chang Tsi & Co.
Chorba, Phillip J.

Chord Advisors LLC
Citigate Dewe Rogerson Ltd.
Cloud Posse LLC
Cloudflare Inc.
Cloudinary Ltd.
CNSX Markets Inc.
CNW Group Ltd.
Cockroach Labs Inc.
Coding Lobster
Coinbound Inc.
Colaprico, Danielle
ColorArt
Complex Sports & Entertainment LLC
Computershare Ltd.
Conbere, Anders
Concur Technologies Inc.
Consensus 2022
Constant Plan LLC, The
Conyers Dill & Pearman LLP
CorCom LLC
Corey Thomas Design
Corpay One Inc.
Cosmopolitan of Las Vegas, The
Costantino, Dan
Costantino, Daniel
Creative Circle LLC
Crypto Rating Council LLC, The
CXG Holdings Inc.
Cyber Job Central LLC
Cypress Group Staffing Inc.
CyZen Tech Co. Ltd.
Dajax LLC
Dallas Mavericks Inc.
Data.ai Inc.
Datadog Inc.
Daversa Partners Ltd.
David Bolton PC
Davis, Ashtyn
Day Pitney LLP
de Dreuzy, Gaspard
Dechert (Paris) LLP
Delaware, State of, Division of Revenue, Tax Agency
DeLeon, Zusette
Deloitte & Touche LLP
Delta Air Lines Inc.
Deshchenko, Anton
Devexperts Sofia Ltd.
Dezenhall Resources Ltd.
Diamond Equity Research LLC
Dianomi Inc.

Digital Commerce Bank
Digital Niche Agency
Digital257 Technologies Inc.
Dinwiddie Inc.
Dinwiddie, Spencer
Distinguished Search LLC
Distrust LLC
Docker Inc.
DocuSign Inc.
Donnelley Financial Solutions
Canada Corp. dotdigital Inc.
Dotmailer Inc.
DoubleStruck Designs
Dropbox Inc.
Duane Morris LLP
Duclair, Anthony
Elasticsearch Inc.
Elevate Brand Marketing Inc.
Ellenoff Grossman & Schole LLP
Endeavor Parent LLC
EQS Group AG
Eronin, Max
eSSENTIAL
Accessibility Inc.
Esterhuizen, Eben
Exzac Inc.
Eytan, Philip
Fastly Inc.
Feissli, Stefan
Fidelifacts Metropolitan New York Inc.
Figma Inc.
Financial Services Information Sharing & Analysis Center
Find Your Happy LLC
Finney-Smith, Dorian
FirstBrook Cassie & Anderson Ltd.
Fivetran Inc.
Flint Inc.
Florida, State of, Department of Agriculture & Consumer Services
Fogie, Seth
Fort Capital Ontario Inc.
Fragomen Del Rey Bernsen & Loewy LLP
Frankfurt Kurnit Klein & Selz PC
Freshworks Inc.
Friends of Falcon Hockey Inc., The
Fundamental Research Corp.
Fusion of Ideas Inc.
Gilja, Neha
GitHub Inc.
Glass Lewis & Co. LLC
Glendale Securities Inc.

Glushon Sports Management
Good Causes Inc.
Goodbay Technologies Inc.
GoodHire
Google Ads Management Ltd.
Google Cloud
Google G Suite
Google LLC
Google Voice Inc.
Gorsuch, Michael
GRA Enterprises LLC
Grant Thornton LLP
Gravitational Inc.
Green, Derek
Green, Sheri
Greenhouse Software Inc.
Greifenkamp, Jonathan
Gronkowski, Chris
Gronkowski, Christopher
Gronkowski, Daniel
Gronkowski, Glenn
Gronkowski, Gordon
Gronkowski, Gordon, Jr.
Gronkowski, Rob
G-Suite Holdings Ltd.
Gyamfi, Andrew
HackerOne Inc.
Hamilton, Kristen
HappyFunCorp LLC
HardHead Marketing
Harris, Lindsey
Harrison, Tom
Hashtag Business LLC
Helman, David
Hill Dickinson LLP
Hireclout Inc.
Holt, Robert B.
Hotjar Ltd.
Hunt, Akeem
ICE Systems Inc.
Impact Tech Inc.
Independent Trading Group (ITG) Inc.
Indianapolis Motor Speedway LLC
Infinite Agency LLC
Infinite IP Corp.
Infinity Consulting Solutions Inc.
Interviewstreet Inc.
Intralinks SA
Intuit Inc.
IPQualityScore

IQTalent Partners Inc.
Ironclad Inc.
Iterable Inc.
JA Visual Solutions LLC
Jackson Lewis PC
Jackson, Davin A.
Jackson, Sean
JDI Studio LLC
Jensen Hughes Inc.
JetBlue Airways Corp.
JetBrains s.r.o.
JFrog Ltd.
Jivaro Professional Headhunters LLC
Johnson Rivers Lyons LLC
Johnson, Estelle
JP Galda & Co.
Jumio Corp.
Karashik, Adam
Kate Leavell Cos. LLC
Kaulig Racing Inc.
KCSA Strategic Communications
Kelber, Maximilian
Ketchum Inc.
Kforce Inc.
KLDiscovery Ontrack LLC
Kleber, Maximilian
Klingenberg, Meghan
Knapp, Marla K.
KnowBe4 Inc.
Korn Ferry (US)
Koto Studio LLC
Kramer Levin Naftalis & Frankel LLP
Kramer, Pamela
Kratka, Mary
Kreiker, Serge
La Cantera Resort & Spa
Lagiglia, Dominique
Lakeshore Securities Inc.
Landgraf, Jennifer
Las Vegas Motor Speedway
LastPass
Laurel Hill Advisory Group LLC
LD Micro Inc.
Learfield Communications LLC
Lee, Janice
Levin Group Ltd.
Lin, Monica
LogMeIn
LogMeIn USA Inc.
Lord, Jessica

Loyalist LLC
Luk, Brian
Lussi, Tyler
Lytham Partners LLC
MaestroQA Inc.
Major Lindsey & Africa LLC
Malocca, Greg
Malwarebytes Inc.
Marcum LLP
Mark Fabiani LLC
Market One Media Group Inc.
Market Rebellion LLC
Marrelli Support Services Inc.
Maxx Management LLC
McCarter & English LLP
McCarthy Lebit Crystal & Liffman Co. LPA
McCrary, Chelsea
McCurdy, Tess
McDonald, Jess
McDonald, Jessica
Mediant Communications Inc.
Medium Rare Live LLC
Meltwater News US Inc.
Merlin Media LLC
MessageBank LLC
Meta Platforms Inc.
Microsoft Corp.
Mintz & Gold LLP
Miro SA
Mitchell, Jonahthan
Mixpanel Inc.
Mobile Action Inc.
Mohseni, Cyrus
monday.com Ltd.
Money Services Business Association Inc., The
Mortimer, Kelsey
Motivate Design LLC
Motive Interactive Inc.
Mountain Shadows Resort
MPJ Advisors LLC
MSG Arena LLC
NAI Interactive Ltd.
Nasdaq Corporate Solutions LLC
National Women's Soccer League LLC
NBCN Clearing Inc.
Netki Inc.
Network Redux LLC
New York, State of, Department of Taxation & Finance
Next for Me Media Inc.
NMLS

Noble Capital Markets
Noble Capital Markets Inc.
Nominis Advisory Ltd.
Ntilikina, Frank
NuMedia LLC
Octive
Ogon LLC
Olivia Faria LLC
Online Business Systems Inc.
OnlineNotary.net
Ontario Securities Commission
OpsGenie
OpsGenie Inc.
Optimal Workshop
Oracle America Inc.
Organic Inc.
OST Labz Pvt. Ltd.
OTC Markets Group Inc.
Owen Bird Law Corp.
Pada Ventures Inc.
Pager Inc.
Pagerduty Inc.
Penn Recruiting LLC
Perkins Coie LLP
Pickwick Capital Partners LLC
Piper Cos. LLC
PitchBook Data Inc.
Plaid Inc.
PN Agency
PopNoggins LLC
PortSwigger Ltd.
Postman Basic Monthly
Powell, Dwight
PR Newswire Inc.
Premier Partnerships Inc.
Pressley, Toni
Printed Threads
Proconsul Capital Ltd.
Project 1972 Inc.
Pro-Sport Media Management LLC
Psaropoulos, Evan
PSAV Inc.
Psyhnov, Timofy
Publicist Inc.
QLUE Forensic Systems Inc.
Quality Wolves
Quantstamp Inc.
Quantum Talent Group, The
QWIL Inc.
Ramnarine, Chandkumar R.

Rashad A. Jennings Inc.
Ratzlaff, Cordell
Reciprocity Inc. Regus
Regus Management Group LLC
Reisz, Carey
Republic Crypto LLC
Residence Inn by Marriott Dayton Beavercreek
Ringside Canada Inc.
Ripple, Peter I.
Roadmunk Rocketship HQ LLC
Rockwell, Fred
Rodriguez, Kevin
Ronick, David
S&S Activewear LLC
Sabetmoghaddam, Paniz
Santoshi Enterprise Ltd.
Santucci, Amanda
Schiff Hardin LLP
Scott, John M.
Seeking Alpha Inc.
Segment.IO Inc.
Seprio LLC
Seyfarth Shaw LLP
Shei, Christopher
Sheraton Grand Nashville Downtown Hotel
Sidoti & Co. LLC
Sift Science Inc.
Silver Management Group Inc.
Singular Research LLC
Slack Technologies LLC
Sloane & Co. LLC
SLS South Beach
Smarsh Inc.
Smart City Networks LP
Snapchat
Snowflake Inc.
Snyk Inc.
Soar, Hannah
Socure Inc.
Soona Co.
Sovran, William O.
Spacelift Inc.
Spatialize
Sports Girls, The
SquareWorks Consulting LLC
Staab, Sam
Staab, Samantha
Standout Tech Solutions LLC
Stephenson, Charles
Sterling Trading Tech

STK International Inc.
Stockhouse Publishing Ltd.
Stockjock.com LP
StockVest Inc.
Stone, Isaiah
Swag.com Inc.
Sweet, Noah C.
Tableau Software Inc.
Tam, Miko
Tapjoy Inc.
Taylor & Gray LLC
Techracers Pvt. Ltd.
Teneo Strategy LLC
Tennessee, State of, Department of Revenue
Terminal Inc.
Thompson House Group
TradingView Inc.
Travelator Inc.
Travelbank Ltd.
Travelers Cos. Inc., The
Troutman Pepper Hamilton Sanders LLP
TSX Inc.
Tuple Technologies Pte. Ltd.
Turnbull, James
Turner, Trea
Turner, Trea V.
Twilio Inc.
Twitter Inc.
Typeform SL
Uber Technologies Inc.
Unique Prints LLC
United Airlines Holdings Inc.
United Parcel Service Inc.
Unity Technologies Corp.
Upside Business Travel
UserTesting Inc.
Valdes-Scantling, Marquez
Valuation Research Corp.
Venture Group Capital LLC
Verizon Wireless Services LLC
Vijay, Kumar B.
Vincent Manufacturing Inc.
Vo, Donna
Vulcanize Inc.
W Dallas - Victory
W New York - Union Square
Walkers Corporate Ltd.
Walkers Ireland LLP
Wall Street Blockchain Alliance
Wall Street Dead aHead Networking LLC

Wandering Bear Inc.
Watt, Ally
Watt, Ally M.
Weisman Tech Law LLC
Westphal, Christen
WeWork Inc.
Whistler Search Partners LLC
White, Jarobi
WilliamsMarston LLC
Willis Towers Watson PLC
Winjit Technologies Pvt. Ltd.
Winslow, The
Wrike Inc.
WRZ Chartered Accountants
Yanpolsky, Andre
Yuen, Eva
Zapier Inc.
Zendesk Inc.
ZeroFox Inc.
Zoom Video Communications Inc.

## **Schedule 2**

**Connections List**

**Schedule 2(a) – Current[1] Clients[2]**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a McDermott Client |
|---|---|
| 1600 Ampitheatre Pkwy (Google LLC) | Google, Inc. |
| Acorns Grow Incorporated | Acorns Grow Incorporated |
| Amazon | Amazon.com |
| Apex Fintech Solutions, Inc. | Apex Fintech Solutions, Inc. |
| Apollo Management IX, L.P. | Apollo Global Management, LLC |
| Bank of Montreal | BMO Harris Bank National Association |
| Berkeley Research Group LLC | Berekely Research Group, LLC |
| Bullish Global | Bullish Global |
| Chainalysis Inc. | Chainalysis, Inc. |
| Coinbase Global, Inc. | Coinbase |
| Deloitte Tax LLP | Deloitte & Touche |
| Fasken Martineau DeMoulin LLP | Fasken, Martineau, DuMoulin s.r.l. |
| FMR LLC (d/b/a Fidelity) | Fidelity Investments |
| GoldenTree Asset Management LP | Goldentree Asset Management |
| Grant Thornton US Grant Thornton LLP | Grant Thornton LLP |
| John Phillips | John Wilson Phillips and Swati Pandey Phillips |
| JSCT, LLC (Jane Street) | Jane Street Group LLC |
| Nomura International Plc | Nomura Securities International, Inc. |
| Seyfarth Shaw LLP | Seyfarth Shaw LLP |
| Shared Office Space with Fasken Martineau DuMoulin, LLP | Fasken, Martineau, DuMoulin s.r.l. |
| Signature Bank | Signature Bank |
| Thomas Coleman | Thomas M. Coleman |
| Thomas Walsh | Thomas Walsh |
| U.S. Bank N.A. | U.S. Bank N.A. U.S. Bank |
| Verizon Wireless | Version Wireless, Inc. |

---

[1]    The term "current client" means a client to whom time was posted in the 12 months preceding July 22, 2022, the date the Committee selected McDermott as its proposed counsel.

[2]    McDermott may currently represent or have previously represented certain affiliates of the entities disclosed herein, and the disclosure is accordingly broad in scope.

**Schedule 2(b) – Former Clients[3]**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that was a McDermott Client |
|---|---|
| Day Pitney LLP | Amazon Trust, Leventhal Trusts Estates of Norman and Muriel Leventhal Anchorage Company |
| Paul Hastings LLP | Paul Hastings Foreign Law Enterprise |
| Rick Powell | Dina and Rick Powell |
| XL Specialty Insurance Company | XL Insurance Company SE |

---

[3]  The term "former client" means a client to whom time was posted between 12 and 36 months preceding July 22, 2022, the date the Committee selected McDermott as its proposed counsel, but for whom no time has been posted in the 12 months preceding July 22, 2022.

**Schedule 2(c) – Closed Clients[4]**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that was a McDermott Client |
|---|---|
| Day Pitney LLP | Day Pitney, H&K and Choate |
| Jenner & Block LLP | Jenner & Block |
| West Realm Shires Services Inc. (d/b/a FTX US) | FTX-LE Capital, LLC |

---

[4]    The term "closed client" means a client to whom time was posted in the 36 months preceding July 22, 2022, the date the Committee selected McDermott as its proposed counsel, but for which the client representation has been closed.

3

**<u>Exhibit C</u>**

**Raznick Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**DECLARATION OF JASON RAZNICK IN SUPPORT OF APPLICATION
FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF MCDERMOTT WILL & EMERY LLP AS COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VOYAGER
DIGITAL HOLDINGS, INC., *ET AL.*, EFFECTIVE AS OF JULY 22, 2022**

Pursuant to 28 U.S.C. § 1746, I, Jason Raznick, declare as follows under penalty of perjury:

1.      I make this declaration (the "Declaration") solely in my capacity as chair of

the Official Committee of Unsecured Creditors (the "Committee") of Voyager Digital

Holdings, Inc. and its affiliated debtors and debtors-in-possession (collectively, the

"Debtors") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

2.      I am familiar with the matters set forth herein and make this Declaration in

support of the application (the "Application")[2] of the Committee seeking to retain and

employ McDermott Will & Emery LLP ("McDermott") as counsel to the Committee. I am

competent to make this declaration in support of the Application.

3.      This Declaration is provided pursuant to the U.S. Trustee Guidelines. Except

as otherwise noted, all facts in this Declaration are based on my personal knowledge of the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and
Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital
Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager
Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the
Application.

matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by McDermott.

4.      I have been informed by McDermott that the U.S. Trustee Guidelines request that any application for employment of an attorney under sections 327 or 1103 of title 11 of the United States Code (the "Bankruptcy Code") be accompanied by a verified statement from the client that addresses:

   (a)     The identity and position of the person making the verification.

   (b)     The steps taken by the client to ensure the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

   (c)     The number of firms the client interviewed.

   (d)     If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, the circumstances warranting the retention of that firm.

   (e)     The procedures the client has established to supervise the applicant's fees and expenses and to manage costs. Whether and how the procedures for the budgeting, review, and approval of fees and expenses differ from those the client regularly employees in non-bankruptcy cases to supervise outside counsel, and any efforts to negotiate rates, including rates for routine matters, or in the alternative to delegate such matters to less expensive counsel.

### **The Committee's Selection of McDermott as Bankruptcy Counsel**

5.      On July 19, 2022, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the Committee in the Chapter 11 Cases. *See* Docket No. 120. In addition to myself, the Committee comprises: (i) Russell G. Stewart; (ii) Brandon Mullenberg; (iii) Richard Kiss for Thincat Trust; (iv) Christopher Moser; (v) Byron Walker; and (vi) Melissa and Adam Freeman.

6.      On July 22, 2022, the Committee held a meeting and, after interviewing five of the more than twelve law firms that submitted materials to the Committee, voted to retain McDermott as its bankruptcy counsel. The Committee believes that McDermott's extensive knowledge and experience in bankruptcy and insolvency matters generally, its experience

representing creditors and official committees in corporate reorganizations, and its expertise

in areas of non-bankruptcy law relevant in these Chapter 11 Cases make McDermott well

qualified to represent the Committee in the Chapter 11 Cases in an efficient and timely

manner. Thus, the Committee decided to retain McDermott as the Committee's bankruptcy

counsel during the Chapter 11 Cases, subject to Court approval.[3]

### Rate Structure

7.      The Committee has reviewed and approved McDermott's standard rates for

bankruptcy services as set forth in the Application. McDermott has informed the Committee

that its rates for bankruptcy representations are consistent with and comparable to the rates

McDermott charges for non-bankruptcy representations. McDermott also has informed the

Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by

McDermott, unless a contingent fee, mixed contingent fee, flat fee, or blended rate

arrangement is agreed upon. McDermott has agreed to set a maximum billing rate of $1,300

per hour. McDermott has further informed the Committee that its hourly rates are subject to

periodic adjustments (typically effective as of January each year) to reflect economic and

other conditions. The Committee has consented to such ordinary course rate increases. Based

upon these representations and the Committee members' experience, the Committee believes

that McDermott's proposed rates are reasonable.

### Cost Supervision

8.      I recognize that it is the Committee's responsibility to closely monitor the

billing practices of its professionals to ensure the fees and expenses paid by the estates

remain consistent with the Committee's expectations and the exigencies of the Chapter 11

Cases. To that end, the Committee will review the invoices submitted by McDermott to

ensure that the fees charged and expenses incurred are reasonable and necessary. The

---

[3]     On July 25, the Committee selected FTI Consulting, LLC to serve as financial advisor to the Committee, subject to Court approval.

Committee will further work to ensure that the services provided by McDermott are not

duplicative of the services provided by the Committee's other professionals.

Dated: August 15, 2022

By: /s/ _____
Name: Jason Raznick, not in his individual
capacity but solely as chair of the Official
Committee of Unsecured Creditors of Voyager
Digital Holdings, Inc., *et al*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of August 2022, a true and correct copy of the foregoing *Application for Order Authorizing the Employment and Retention of McDermott Will & Emery LLP as Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. Effective as of July 22, 2022* has been served on the Service List via (i) electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York, (ii) e-mail, or (iii) First Class U.S. Mail, as indicated in the service list attached hereto.

*/s/ Darren Azman*_____
Darren Azman

# SERVICE LIST

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW | | WASHINGTON | DC | 20001 | | OAG@DC.GOV | VIA E-MAIL |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | 100 LOMBARD STREET SUITE 302 | TORONTO | ON | M5C1M3 | | ANTHONY.OBRIEN@SISKINDS.COM | VIA E-MAIL |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER | 275 DUNDAS STREET UNIT 1 | LONDON | ON | N6B3L1 | | MICHAEL.ROBB@SISKINDS.COM GARETT.HUNTER@SISKINDS.COM | VIA E-MAIL |
| GOOGLE, LLC | | 1600 AMPHITHEATRE PKWY | | MOUNTAIN VIEW | CA | 94043 | | COLLECTIONS@GOOGLE.COM | VIA E-MAIL |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | | VIA FIRST CLASS MAIL |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | 201 VARICK STREET, ROOM 1006 | NEW YORK | NY | 10014 | | RICHARD.MORRISSEY@USDOJ.GOV MARK.BRUH@USDOJ.GOV | VIA E-MAIL |
| SECURITIES & EXCHANGE COMMISSION | | 100 F STREET NE | | WASHINGTON | DC | 20549 | | SECBANKRUPTCY-OGC-ADO@SEC.GOV | VIA E-MAIL |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL STREET SUITE 20-100 | | NEW YORK | NY | 10004-2616 | | NYROBANKRUPTCY@SEC.GOV | VIA E-MAIL |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR | 200 VESEY STREET SUITE 400 | NEW YORK | NY | 10281-1022 | | BANKRUPTCYNOTICESCHR@SEC.GOV | VIA E-MAIL |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | | CONSUMERINTEREST@ALABAMAAG.GOV | VIA E-MAIL |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE, STE 200 | | ANCHORAGE | AK | 99501 | | ATTORNEY.GENERAL@ALASKA.GOV | VIA E-MAIL |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 | | AGINFO@AZAG.GOV | VIA E-MAIL |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST, STE 200 | | LITTLE ROCK | AR | 72201 | | OAG@ARKANSASAG.GOV | VIA E-MAIL |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | | XAVIER.BECERRA@DOJ.CA.GOV | VIA E-MAIL |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY, 10TH FL | DENVER | CO | 80203 | | CORA.REQUEST@COAG.GOV | VIA E-MAIL |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | | ATTORNEY.GENERAL@CT.GOV | VIA E-MAIL |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL01 | | TALLHASSEE | FL | 32399 | | ASHLEY.MOODY@MYFLORIDALEGAL.CO | VIA E-MAIL |
| STATE OF GEORGIA | OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334 | | | VIA FIRST CLASS MAIL |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN STREET | | HONOLULU | HI | 96813 | | HAWAIIAG@HAWAII.GOV | VIA E-MAIL |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | 700 W. JEFFERSON ST, SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | | LAWRENCE.WASDEN@AG.IDAHO.GOV AGWASDEN@AG.IDAHO.GOV | VIA E-MAIL |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | CHICAGO | IL | 60601 | | INFO@LISAMADIGAN.ORG | VIA E-MAIL |
| STATE OF INDIANA | OFFICE OF THE INDIANA ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST, 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | | VIA FIRST CLASS MAIL |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT STREET | DES MOINES | IA | 50319 | | CONSUMER@AG.IOWA.GOV | VIA E-MAIL |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE, 2ND FLOOR | | TOPEKA | KS | 66612 | | DEREK.SCHMIDT@AG.KS.GOV | VIA E-MAIL |
| STATE OF KENTUCKY | ATTORNEY GENERAL - DANIEL CAMERON | 700 CAPITAL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 | | | VIA FIRST CLASS MAIL |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | 300 CAPITAL DRIVE | | BATON ROUGE | LA | 70802 | | ADMININFO@AG.STATE.LA.US | VIA E-MAIL |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | | ATTORNEY.GENERAL@MAINE.GOV | VIA E-MAIL |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202 | | OAG@OAG.STATE.MD.US | VIA E-MAIL |
| STATE OF MASSACHUSETTS | ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE, 20TH FLOOR | | BOSTON | MA | 02108 | | | VIA FIRST CLASS MAIL |
| STATE OF MICHIGAN | DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST | | LANSING | MI | 48906 | | | VIA FIRST CLASS MAIL |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST, STE 1400 | | ST. PAUL | MN | 55101 | | ATTORNEY.GENERAL@AG.STATE.MN.US | VIA E-MAIL |
| STATE OF MISSISSIPPI | OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING | 550 HIGH ST, PO BOX 220 | JACKSON | MS | 39201 | | | VIA E-MAIL |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING | 207 W HIGH ST | JEFFERSON CITY | MO | 65101 | | CONSUMER.HELP@AGO.MO.GOV | VIA E-MAIL |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS, PO BOX 201401 | HELENA | MT | 59602 | | CONTACTDOJ@MT.GOV | VIA E-MAIL |
| STATE OF NEBRASKA | OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL | | LINCOLN | NE | 68509 | | | VIA FIRST CLASS MAIL |
| STATE OF NEVADA | OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING | 100 N CARSON ST | CARSON CITY | NV | 89701 | | | VIA FIRST CLASS MAIL |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST. | CONCORD | NH | 03301 | | ATTORNEYGENERAL@DOJ.NH.GOV | VIA E-MAIL |
| STATE OF NEW JERSEY | OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING BOX 080 | TRENTON | NJ | 08611 | | | VIA FIRST CLASS MAIL |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO STREET | VILLAGRA BUILDING | SANTA FE | NM | 87501 | | HBALDERAS@NMAG.GOV | VIA E-MAIL |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL | 2ND FLOOR | ALBANY | NY | 12224 | | | VIA E-MAIL |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 114 W EDENTON ST | | RALEIGH | NC | 27603 | | | VIA FIRST CLASS MAIL |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 600 E | DEPT. 125 | BISMARCK | ND | 58505 | | NDAG@ND.GOV | VIA E-MAIL |
| STATE OF OHIO | OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | COLUMBUS | OH | 43215 | | | VIA FIRST CLASS MAIL |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 | | QUESTIONS@OAG.OK.GOV | VIA E-MAIL |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE | | SALEM | OR | 97301-4096 | | ELLEN.ROSENBLUM@DOJ.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.U | VIA E-MAIL |
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | | HARRISBURG | PA | 17120 | | | VIA FIRST CLASS MAIL |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST | | PROVIDENCE | RI | 02903 | | AG@RIAG.RI.GOV | VIA E-MAIL |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 11549 | | COLUMBIA | SC | 29211 | | | VIA FIRST CLASS MAIL |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST RM 519 | COLUMBIA | SC | 29201 | | | VIA FIRST CLASS MAIL |
| STATE OF SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14, STE 1 | | PIERRE | SD | 57501-8501 | | | VIA FIRST CLASS MAIL |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | | | VIA FIRST CLASS MAIL |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | | AUSTIN | TX | 78701 | | | VIA FIRST CLASS MAIL |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | SALT LAKE CITY | UT | 84114 | | UAG.GOV@UTAH.GOV | VIA E-MAIL |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST. | | MONTPELIER | VT | 05609 | | AGO.INFO@VERMONT.GOV | VIA E-MAIL |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | | RICHMOND | VA | 23219 | | MAIL@OAG.STATE.VA.US | VIA E-MAIL |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE | | OLYMPIA | WA | 98501 | | | VIA FIRST CLASS MAIL |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100 | | OLYMPIA | WA | 98504-00 | | | VIA FIRST CLASS MAIL |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 1900 KANAWHA | BUILDING 1 RM E-26 | CHARLESTON | WV | 25305 | | CONSUMER@WVAGO.GOV | VIA E-MAIL |
| STATE OF WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | 17 WEST MAIN STREET, ROOM 114 EAST P | | MADISON | WI | 53702 | | | VIA FIRST CLASS MAIL |
| STATE OF WYOMING | OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL | | CHEYENNE | WY | 82002 | | | VIA FIRST CLASS MAIL |
| TORONTO STOCK EXCHANGE | | 300 - 100 ADELAIDE ST. | | WEST TORONTO | ON | M5H 1S3 | | WEBMASTER@TMX.COM | VIA FIRST CLASS MAIL |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK | ONE ST. ANDREWS PLAZA | | NEW YORK | NY | 10007 | | | VIA FIRST CLASS MAIL |
| UNITED STATES DEPARTMENT OF | ATTORNEY GENERAL OF THE U.S. | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530-0001 | | | VIA FIRST CLASS MAIL |
| KELLEHER PLACE MANAGEMENT, LLC | HORWOOD MARCUS & BERK CHARTERED | 500 W. MADISON ST. | SUITE 3700 | CHICAGO | IL | 60661 | | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM | VIA ECF VIA E-MAIL |
| METROPOLITAN COMMERCIAL BANK | BALLARD SPAHR LLP | 200 IDS CENTER | 80 SOUTH 8TH STREET | MINNEAPOLIS | MN | 55402-2119 | | SINGERG@BALLARDSPAHR.COM | VIA E-MAIL |
| METROPOLITAN COMMERCIAL BANK | WACHTELL, LIPTON, ROSEN & KATZ | 51 WEST 52ND STREET | | NEW YORK | NY | 10019-6150 | | RGMASON@WLRK.COM ARWOLF@WLRK.COM AKHERRING@WLRK.COM | VIA E-MAIL VIA E-MAIL VIA E-MAIL |
| MATTHEW LEVITT | J. SINGER LAW GROUP, PLLC | ONE LIBERTY PLAZA | 23RD FLOOR | NEW YORK | NY | 10038 | | JSINGER@JSINGERLAWGROUP.COM | VIA ECF |
| JASON RAZNICK | JAFFE RAITT HEUER & WEISS, P.C. | 27777 FRANKLIN ROAD | SUITE 2500 | SOUTHFIELD | MI | 48034 | | PHAGE@JAFFELAW.COM | VIA ECF |
| STEVE LAIRD | FORSHEY & PROSTOK LLP | 777 MAIN STREET | SUITE 1550 | FORT WORTH | TX | 76102 | | BFORSHEY@FORSHEYPROSTOK.COM | VIA ECF |
| ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORA | 425 MARKET ST. | SUITE 2900 | SAN FRANCISCO | CA | 94105 | | SCHRISTIANSON@BUCHALTER.COM | VIA ECF |
| ALAMEDA RESEARCH LLC & AFFILIATES | SULLIVAN & CROMWELL LLP | 125 BROAD STREET | | NEW YORK | NY | 10004 | | DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM | VIA ECF VIA ECF VIA E-MAIL |
| VOYAGER DIGITAL HOLDINGS, INC., ET AL. | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | JSUSSBERG@KIRKLAND.COM CMARCUS@KIRKLAND.COM CHRISTINE.OKIKE@KIRKLAND.COM ALLYSON.SMITH@KIRKLAND.COM | VIA ECF VIA E-MAIL VIA E-MAIL VIA E-MAIL |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O GOLDSTEIN & MCCLINKOCK LLLP | ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, AND STEVE YACHIK | 111 W WASHINGTON STREET SUITE 1221 | CHICAGO | IL | 60602 | | MATTM@GOLDMCLAW.COM HARLEYG@RESTRUCTURINGSHOP.COM STEVENY@GOLDMCLAW.COM | VIA ECF VIA E-MAIL VIA E-MAIL |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK | 63 WEST MAIN STREET SUITE C | FREEHOLD | NJ | 07728-2141 | | DTABACHNIK@DTTLAW.COM | VIA ECF |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | ATTN: LYSBETH GEORGE | 8101 S. WALKER SUITE F | OKLAHOMA CITY | OK | 73139 | | GEORGELAWOK@GMAIL.COM | VIA ECF |
| TEXAS STATE SECURITIES BOARD | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ABIGAIL R RYAN, LAYLA D MILLIGAN & JASON B BINFORD | BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 | AUSTIN | TX | 78711-2548 | | ABIGAIL.RYAN@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV JASON.BINFORD@OAG.TEXAS.GOV | VIA ECF VIA E-MAIL VIA E-MAIL |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | | ATTN: ROMA N. DESAI | BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 | AUSTIN | TX | 78711-2548 | | ROMA.DESAI@OAG.TEXAS.GOV | VIA ECF |
| OFFICE OF THE ATTORNEY GENERAL | BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | BANKRUPTCY DIVISION P O BOX 20207 | NASHVILLE | TN | 37202-0207 | | AGBANKNEWYORK@AG.TN.GOV | VIA ECF |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD | 89 MAIN STREET THIRD FLOOR | MONTPELIER | VT | 05620 | | JENNIFER.ROOD@VERMONT.GOV | VIA ECF |
| ROBERT SNYDERS & LISA SNYDERS | C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP | ATTN: ANGELINA E. LIM | 401 E JACKSON STREET SUITE 3100 | TAMPA | FL | 33602 | | ANGELINAL@JPFIRM.COM | VIA ECF |
| MICHAEL LEGG | C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO. | ATTN: ROBERT R. KRACHT & NICHOLAS R. OLESKI | 1111 SUPERIOR AVENUE EAST SUITE 2700 | CLEVELAND | OH | 44114 | | RRK@MCCARTHYLEBIT.COM NRO@MCCARTHYLEBIT.COM | VIA E-MAIL VIA ECF |
| MICHAEL GENTSCH | C/O BARSKI LAW PLC | ATTN: CHRIS D. BRASKI | 9375 E. SHEA BLVD. STE 100 | SCOTTSDALE | AZ | 85260 | | CBARSKI@BARSKILAW.COM | VIA ECF |
| ILLINOIS SECRETARY OF STATE | C/O OFFICE OF THE ATTORNEY GENERAL | ATTN: JOHN P. REDING | 100 W. RANDOLPH ST FLOOR 13 | CHICAGO | IL | 60601 | | JOHN.REDING@ILAG.GOV | VIA ECF |