**McGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov, Esq.
ivolkov@mcgrailbensinger.com

*Attorneys for Matthew Levitt*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 22-10943 (MEW)<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for Matthew Levitt and requests that all notices given or required to be given, and all papers served or required to be served, in this case, and in all proceedings arising under or related thereto, be served upon the following as follows:

> Ilana Volkov, Esq.
> McGRAIL & BENSINGER LLP
> 888-C 8th Avenue #107
> New York, New York 10019
> Telephone: (201) 931-6910
> Email: ivolkov@mcgrailbensinger.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

orders and notice of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, electronic means or otherwise, which affects the Debtors or the property of the Debtors, or the administration of the Debtors' bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Request for Service of Papers nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the rights of Matthew Levitt under the U.S. Constitution and applicable law, including, without limitation, (i) the right to have final orders entered only after *de novo* review by a federal district court judge; (ii) right to trial by jury in any proceeding or controversy so triable; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any and all other rights, claims, actions, defenses, setoffs or recoupments to which Matthew Levitt is or may be entitled under agreements, prior court orders, Local Bankruptcy Rules, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

DATED:   August 22, 2022               MCGRAIL & BENSINGER LLP
                                        *Attorneys for Matthew Levitt*

                                        By: _____
                                            Ilana Volkov