**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov, Esq.
ivolkov@mcgrailbensinger.com

*Attorneys for Matthew Levitt*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC. *et al*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 22-10943 (MEW)<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF**
**MATTHEW LEVITT'S CROSS MOTION TO HONOR LEVITT'S**
**WITHDRAWAL REQUEST AND GRANT RELATED RELIEF**

Matthew Levitt, by and through his counsel, McGrail & Bensinger LLP, hereby withdraws, without prejudice, his *Cross Motion to Honor Levitt's Withdrawal Request and Grant Related Relief* [Docket No. 161].

DATED:    August 22, 2022        MCGRAIL & BENSINGER LLP
                                  *Attorneys for Matthew Levitt*

                                  By: _____
                                       Ilana Volkov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.