UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC. | ) | Case No. 22-10943 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nathan D. Hovey, request admission, ***pro hac vice***, before the Honorable Michael E. Wiles, to represent the Georgia Department of Banking and Finance, an Interested Party in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Georgia and, if applicable, the bar of the U.S. District Court for the Northern and Middle District of Georgia.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Date: August 22, 2022                    Respectfully submitted,

CHRISTOPHER M. CARR          112505
Attorney General

LOGAN B. WINKLES             136906
Deputy Attorney General

*/s/ Brooke Heinz Chaplain*
BROOKE HEINZ CHAPLAIN        927752
Senior Assistant Attorney General

*/s/ Nathan D. Hovey*
NATHAN D. HOVEY              329132
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Nathan Hovey
Assistant Attorney General
Department of Law
40 Capitol Square SW
Atlanta, GA  30334
Telephone 404-458-3483
Email: nhovey@law.ga.gov