## Exhibit A

Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC. | ) | Case No. 22-10943 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Nathan D. Hovey, to be admitted, ***pro hac vice***, to represent the Georgia Department of Banking and Finance, (the "Client") an Interested Party in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and, if applicable, the bar of the U.S. District Court for the Northern and Middle District of Georgia, it is hereby

**ORDERED**, that Nathan D. Hovey, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2022
_____, New York

_____
United States Bankruptcy Judge