## Our Life Savings Was Invested In USDC With Voyager



To the Honorable Michael E. Wiles,

My name is Nick Nardone and I am writing to you because I understand that you are the trusted judge residing over the Voyager bankruptcy case.

Thank you for be willing to read the real stories of myself and so many other Voyager account holders who had our lives turned upside down with the unexpected notice that all of our assets in Voyager were no longer available to us.

My wife and I are a married couple in South Florida and we are in our thirties. For the past years, we have been diligent in saving funds from our day jobs and we had our life savings invested in Voyager. We had researched Voyager and other crypto banks and Voyager seemed like the most well established and safest digital asset investment bank from what our research showed us.

We had $50,000 in USDC in Voyager and we were confident it was a safe investment. Voyager would constantly send us emails encouraging us that USDC was a safe place to store money and a good hedge against wavering crypto currency prices and inflation.

All of the sudden, with no warning, days after an "encouraging safe USDC" email was sent out to the Voyager email list, we found that our accounts were frozen and we could not trade, sell, or transfer assets to a hard wallet. Our accounts were locked before Voyager even notified any of its account holders why and what was going on. This was truly terrifying to us.

We now have $50,000 in USDC and tens of thousands more dollars stuck/frozen in Voyager and we are so scared of losing it.

This series of events from Voyager has caused a major upset in our lives and we are without YEARS of hard earned money. We did all the due diligence possible and we trusted Voyager's email campaigns and advertising that claimed USDC was a safe investment on their platform. We lost $50,000 in USDC which is a HUGE chunk of money for us and life changing.

**Please hear our story. There are so many other families like mine that this has damaged significantly.**

We are thankful for your service to us in this case! We pray for you and everyone else involved in this case. We pray that this will be resolved fairly and that trusting account holders will get their hard earned money returned. We trusted Voyager bank and they mishandled our investments. We don't want any interest or profit back from this, please just get us our original investment back. We are broken without this.

Thank you for hearing me,

**-Nick Nardone**
@NickNardone
NickNardone@me.com
754.422.0454 [iPhone]