UNITED STATES BANKRUPTCY COURT
Southern District of New York Manhattan

| In re: | Case No.: 22-10943 |
| --- | --- |
| Voyager Digital Holdings, Inc., | Chapter: 11 |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on August 19, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

OBJECTION OF THE UNITED STATES TRUSTEE TO (1) DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REDACT AND FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION RELATED TO THE DEBTORS' KEY EMPLOYEE RETENTION PLAN, AND (2) TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING DEBTORS' KEY EMPLOYEE RETENTION PLAN

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. August 19, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

# Exhibit A - Certificate of Service
## Voyager Digital Holdings, Inc. 22-10943

| List ID | Name and Address of Served Party | Mode of Service | Tracking Number |
|---|---|---|---|
| 4613 | ALAMEDA RESEARCH LLC, C/O SULLIVAN & CROMWELL LLP, ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, BENJAMIN S. BELLER, 125 BROAD STREET, NEW YORK, NY, 10004, dietdericha@sullcrom.com; gluecksteinb@sullcrom.com; bellerb@sullcrom.com | First Class | |
| 4613 | ALAMEDA VENTURES LTD, F20 1ST FLOOR, EDEN PLAZA, EDEN ISLAND, Seychelles | First Class | |
| 4613 | DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERAL, 400 6TH STREET NW, WASHINGTON, DC, 20001, OAG@DC.GOV | First Class | |
| 4613 | EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE, C/O GOLDSTEIN & MCCLINKOCK LLLP, ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, AND STEVE YACHIK, 111 W WASHINGTON STREET SUITE 1221, CHICAGO, IL, 60602, MATTM@GOLDMCLAW.COM; HARLEYG@RESTRUCTURINGSHOP.COM; STEVENY@GOLDMCLAW.COM | First Class | |
| 4613 | EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE, C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C., ATTN: DOUGLAS T. TABACHNIK, 63 WEST MAIN STREET SUITE C, FREEHOLD, NJ, 07728-2141, DTABACHNIK@DTTLAW.COM | First Class | |
| 4613 | FRANCINE DE SOUSA, C/O SISKINDS LLP, ATTN: MICHAEL G. ROBB & GARETT M. HUNTER, 275 DUNDAS STREET UNIT 1, LONDON, ON, N6B 3L1, Canada, MICHAEL.ROBB@SISKINDS.COM; GARETT.HUNTER@SISKINDS.COM | First Class | |
| 4613 | FRANCINE DE SOUSA, C/O SISKINDS LLP, ATTN: ANTHONY O'BRIEN, 100 LOMBARD STREET SUITE 302, TORONTO, ON, M5C1M3, Canada, ANTHONY.OBRIEN@SISKINDS.COM | First Class | |
| 4613 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | First Class | |
| 4613 | Jared Dermont;Michael Mesterayer;Brian Tichenor;Michael Diyanni;Barak Klein;Cullen Murphy, Moelis & Company LLC , 399 Park Ave, 4th Floor, New York City, NY , 10022 | Overnight | 590133732332 |
| 4613 | JASON RAZNICK, C/O JAFFE RAITT HEUER & WEISS, P.C., ATTN: PAUL R. HAGE, 27777 FRANKLIN ROAD SUITE 2500, SOUTHFIELD, MI, 48034, PHAGE@JAFFELAW.COM | First Class | |
| 4613 | Joshua A. Sussberg, P.C.; Christopher Marcus, P.C.; Christine A. Okike, P.C.; Allyson B. Smith, Esq., KIRKLAND & ELLIS, LLP, 601 Lexington Avenue, New York City, NY , 10022 | Overnight | 132460885278 |
| 4613 | Judge Michael E. Wiles, US Bankruptcy Court, One Bowling Green, Room 617, New York City, NY , 10004 | Overnight | 132460885267 |
| 4613 | KELLEHER PLACE MANAGEMENT, LLC, C/O HORWOOD MARCUS & BERK CHARTERED, ATTN: AARON L. HAMMER & NATHAN E. DELMAN, 500 W. MADISON ST STE 3700, CHICAGO, IL, 60661, AHAMMER@HMBLAW.COM; NDELMAN@HMBLAW.COM; EFCNOTICES@HMBLAW.COM | First Class | |
| 4613 | Mark Renzi; Evan Hengel; Patrick Farley; Bob Duffy, BRG , 99 High Street, 27th Floor, Boston, MA , 02110 | Overnight | 590133732321 |
| 4613 | MATTHEW EDWARDS, C/O LIZ GEORGE AND ASSOCIATES, ATTN: LYSBETH GEORGE, 8101 S. WALKER SUITE F, OKLAHOMA CITY, OK, 73139, GEORGELAWOK@GMAIL.COM | First Class | |
| 4613 | MATTHEW LEVITT, C/O J. SINGER LAW GROUP, PLLC, ATTN: JEB SINGER, ONE LIBERTY PLAZA 23RD FLOOR, NEW YORK, NY, 10006, JSINGER@SINGERLAWGROUP.COM | First Class | |
| 4613 | METROPOLITAN COMMERCIAL BANK, C/O BALLARD SPAHR LLP, ATTN: GEORGE H. SINGER, ESQ, 200 IDS CENTER 80 SOUTH 8TH STREET, MINNEAPOLIS, MN, 55402-2119, SINGERG@BALLARDSPAHR.COM | First Class | |
| 4613 | METROPOLITAN COMMERCIAL BANK, C/O WACHTELL, LIPTON, ROSEN & KATZ, ATTN: RICHARD G. MASON, AMY R. WOLF, ANGELA K. HERRING, 51 WEST 52ND STREET, NEW YORK, NY, 10019-6150, RGMASON@WLRK.COM; ARWOLF@WLRK.COM; AKHERRING@WLRK.COM | First Class | |
| 4613 | MICHAEL GENTSCH, C/O BARSKI LAW PLC, ATTN: CHRIS D. BRASKI, 9375 E. SHEA BLVD. STE 100, SCOTTSDALE, AZ, 85260, CBARSKI@BARSKILAW.COM | First Class | |
| 4613 | MICHAEL LEGG, C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., ATTN: ROBERT R. KRACHT & NICHOLAS R. OLESKI, 1111 SUPERIOR AVENUE EAST SUITE 2700, CLEVELAND, OH, 44114, RRK@MCCARTHYLEBIT.COM; NRO@MCCARTHYLEBIT.COM | First Class | |
| 4613 | MURPHY PLACE MANAGEMENT LLC, C/O HORWOOD MARCUS & BERK CHARTERED, ATTN: AARON L. HAMMER, NATHAN E. DELMAN, 500 W MADISON ST., STE 3700, CHICAGO, IL, 60661, ahammer@hmblaw.com; ndelman@hmblaw.com; ecfnotices@hmblaw.com | First Class | |
| 4613 | OFFICE OF THE UNITED STATES TRUSTEE, FOR THE SOUTHERN DIST OF NEW YORK, ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ., 201 VARICK STREET, ROOM 1006, NEW YORK, NY, 10014, RICHARD.MORRISSEY@USDOJ.GOV; MARK.BRUH@USDOJ.GOV | First Class | |
| 4613 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: RUSSELL G. STEWART, RUSS.STEWART@TMF.MORTGAGE.COM | First Class | |
| 4613 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: JASON RAZNICK, JASON@BEZINGA.COM | First Class | |
| 4613 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: BRANDON MULLENBERG, BRANDONMULLENBERG2022@GMAIL.COM | First Class | |
| 4613 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: RICHARD KISS FOR THINCAT TRUST, | First Class | |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | RICHARD.KISS@GMAIL.COM | |
| 4613 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: CHRISTOPHER MOSER, CHRISMMOSER@GMAIL.COM | First Class |
| 4613 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: BYRON WALKER, BYWALKER01@GMAIL.COM | First Class |
| 4613 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, C/O MELISSA AND ADAM FREEDMAN, FREEMANMELISSAC@GMAIL.COM | First Class |
| 4613 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, C/O MCDERMOTT WILL & EMERY LLP, ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN, ONE VANDERBILT AVENUE, NEW YORK, NY, 10017-3852, DAZMAN@MWE.COM; JCALANDRA@MWE.COM; JBEVANS@MWE.COM | First Class |
| 4613 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, C/O MCDERMOTT WILL & EMERY LLP, ATTN: CHARLES R. GIBBS & GRAYSON WILLIAMS, 2501 NORTH HARWOOD STREET, SUITE 1900, DALLAS, TX, 75201-1664, CRGIBBS@MWE.COM; GWILLIAMS@MWE.COM | First Class |
| 4613 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, C/O MCDERMOTT WILL & EMERY LLP, ATTN: GREGG STEINMAN, 333 SE 2ND AVENUE, MIAMI, FL, 33131-2184, GSTEINMAN@MWE.COM | First Class |
| 4613 | ORACLE AMERICA, INC., C/O BUCHALTER, ATTN: SHAWN M. CHRISTIANSON, 425 MARKET ST., SUITE 2900, SAN FRANCISCO, CA, 94105, SCHRISTIANSON@BUCHALTER.COM | First Class |
| 4613 | ROBERT SNYDERS & LISA SNYDERS, C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP, ATTN: ANGELINA E. LIM, 401 E JACKSON STREET SUITE 3100, TAMPA, FL, 33602, ANGELINAL@JPFIRM.COM | First Class |
| 4613 | SECURITIES & EXCHANGE COMMISSION, 100 F STREET NE, WASHINGTON, DC, 20549, SECBANKRUPTCY-OGC-ADO@SEC.GOV | First Class |
| 4613 | SECURITIES & EXCHANGE COMMISSION, NEW YORK REGIONAL OFFICE, ATTN: ANDREW CALAMARI REGIONAL DIRECTOR, 200 VESEY STREET SUITE 400, NEW YORK, NY, 10281-1022, BANKRUPTCYNOTICESCHR@SEC.GOV | First Class |
| 4613 | SECURITIES & EXCHANGE COMMISSION, NEW YORK REGIONAL OFFICE, 100 PEARL STREET SUITE 20-100, NEW YORK, NY, 10004-2616, NYROBankruptcy@SEC.GOV | First Class |
| 4613 | STATE OF ALABAMA, OFFICE OF THE ATTORNEY GENERAL, 501 WASHINGTON AVE, MONTGOMERY, AL, 36104, CONSUMERINTEREST@ALABAMAAG.GOV | First Class |
| 4613 | STATE OF ALASKA, OFFICE OF THE ATTORNEY GENERAL, 1031 W 4TH AVE, STE 200, ANCHORAGE, AK, 99501, ATTORNEY.GENERAL@ALASKA.GOV | First Class |
| 4613 | STATE OF ARIZONA, OFFICE OF THE ATTORNEY GENERAL, 2005 N CENTRAL AVE, PHOENIX, AZ, 85004, AGINFO@AZAG.GOV | First Class |
| 4613 | STATE OF ARKANSAS, OFFICE OF THE ATTORNEY GENERAL, 323 CENTER ST, STE 200, LITTLE ROCK, AR, 72201, OAG@ARKANSASAG.GOV | First Class |
| 4613 | STATE OF CALIFORNIA, OFFICE OF THE ATTORNEY GENERAL, PO BOX 944255, SACRAMENTO, CA, 94244-2550, XAVIER.BECERRA@DOJ.CA.GOV | First Class |
| 4613 | STATE OF COLORADO, OFFICE OF THE ATTORNEY GENERAL, RALPH L. CARR JUDICIAL BUILDING, 1300 BROADWAY, 10TH FL, DENVER, CO, 80203, CORA.REQUEST@COAG.GOV | First Class |
| 4613 | STATE OF CONNECTICUT, OFFICE OF THE ATTORNEY GENERAL, 165 CAPITOL AVENUE, HARTFORD, CT, 06106, ATTORNEY.GENERAL@CT.GOV | First Class |
| 4613 | STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL PL01, TALLHASSEE, FL, 32399, ASHLEY.MOODY@MYFLORIDALEGAL.COM | First Class |
| 4613 | STATE OF GEORGIA, OFFICE OF THE ATTORNEY GENERAL, 40 CAPITOL SQ SW, ATLANTA, GA, 30334 | First Class |
| 4613 | STATE OF HAWAII, OFFICE OF THE ATTORNEY GENERAL, 425 QUEEN STREET, HONOLULU, HI, 96813, HAWAIIAG@HAWAII.GOV | First Class |
| 4613 | STATE OF IDAHO, OFFICE OF THE ATTORNEY GENERAL, 700 W. JEFFERSON ST, SUITE 210, PO BOX 83720, BOISE, ID, 83720, STEPHANIE.GUYON@AG.IDAHO.GOV | First Class |
| 4613 | STATE OF ILLINOIS, OFFICE OF THE ATTORNEY GENERAL, JAMES R. THOMPSON CENTER, 100 W. RANDOLPH ST, CHICAGO, IL, 60601, INFO@LISAMADIGAN.ORG | First Class |
| 4613 | STATE OF INDIANA, OFFICE OF THE INDIANA ATTORNEY GENERAL, INDIANA GOVERNMENT CENTER SOUTH, 302 W WASHINGTON ST, 5TH FLOOR, Indianapolis, IN, 46204 | First Class |
| 4613 | STATE OF IOWA, OFFICE OF THE ATTORNEY GENERAL, HOOVER STATE OFFICE BUILDING, 1305 E. WALNUT STREET, DES MOINES, IA, 50319, CONSUMER@AG.IOWA.GOV | First Class |
| 4613 | STATE OF KANSAS, ATTN: ATTORNEY GENERAL DEREK SCHMIDT, 120 SW 10TH AVE, 2ND FLOOR, TOPEKA, KS, 66612, DEREK.SCHMIDT@AG.KS.GOV | First Class |
| 4613 | STATE OF KENTUCKY, ATTORNEY GENERAL - DANIEL CAMERON, 700 CAPITAL AVENUE, SUITE 118, FRANKFORT, KY, 40601 | First Class |
| 4613 | STATE OF LOUISIANA, DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE, 300 CAPITAL DRIVE, BATON ROUGE, LA, 70802, ADMININFO@AG.STATE.LA.US | First Class |
| 4613 | STATE OF MAINE, OFFICE OF THE ATTORNEY GENERAL, 6 STATE HOUSE STATION, AUGUSTA, ME, 04333, | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | ATTORNEY.GENERAL@MAINE.GOV | |
| 4613 | STATE OF MARYLAND, OFFICE OF THE ATTORNEY GENERAL, 200 ST. PAUL PLACE, BALTIMORE, MD, 21202, OAG@OAG.STATE.MD.US | First Class |
| 4613 | STATE OF MASSACHUSETTS, ATTORNEY GENERAL'S OFFICE, 1 ASHBURTON PLACE, 20TH FLOOR, BOSTON, MA, 02108 | First Class |
| 4613 | STATE OF MICHIGAN, DEPARTMENT OF ATTORNEY GENERAL, 525 W OTTAWA ST, LANSING, MI, 48906 | First Class |
| 4613 | STATE OF MINNESOTA, OFFICE OF THE ATTORNEY GENERAL, 445 MINNESOTA ST, STE 1400, ST. PAUL, MN, 55101, ATTORNEY.GENERAL@AG.STATE.MN.US | First Class |
| 4613 | STATE OF MISSISSIPPI, OFFICE OF THE ATTORNEY GENERAL, WALTER SILLERS BUILDING, 550 HIGH ST, PO BOX 220, JACKSON, MS, 39201 | First Class |
| 4613 | STATE OF MISSOURI, OFFICE OF THE ATTORNEY GENERAL, SUPREME COURT BUILDING, 207 W HIGH ST, JEFFERSON CITY, MO, 65101, CONSUMER.HELP@AGO.MO.GOV | First Class |
| 4613 | STATE OF MONTANA, OFFICE OF THE ATTORNEY GENERAL, JUSTICE BUILDING, 3RD FLOOR, 215 N SANDERS, PO BOX 201401, HELENA, MT, 59602, CONTACTDOJ@MT.GOV | First Class |
| 4613 | STATE OF NEBRASKA, OFFICE OF THE ATTORNEY GENERAL, 2115 STATE CAPITOL, LINCOLN, NE, 68509 | First Class |
| 4613 | STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL, OLD SUPREME COURT BUILDING, 100 N CARSON ST, CARSON CITY, NV, 89701 | First Class |
| 4613 | STATE OF NEW HAMPSHIRE, OFFICE OF THE ATTORNEY GENERAL, NH DEPARTMENT OF JUSTICE, 33 CAPITOL ST., CONCORD, NH, 03301, ATTORNEYGENERAL@DOJ.NH.GOV | First Class |
| 4613 | STATE OF NEW JERSEY, OFFICE OF THE ATTORNEY GENERAL, RICHARD J. HUGHES JUSTICE COMPLEX, 25 MARKET ST 8TH FL, WEST WING BOX 080, TRENTON, NJ, 08611 | First Class |
| 4613 | STATE OF NEW MEXICO, OFFICE OF THE ATTORNEY GENERAL, 408 GALISTEO STREET, VILLAGRA BUILDING, SANTA FE, NM, 87501, HBALDERAS@NMAG.GOV | First Class |
| 4613 | STATE OF NEW YORK, OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL, 2ND FLOOR, ALBANY, NY, 12224 | First Class |
| 4613 | STATE OF NORTH CAROLINA, OFFICE OF THE ATTORNEY GENERAL, 114 W EDENTON ST, RALEIGH, NC, 27603 | First Class |
| 4613 | STATE OF NORTH DAKOTA, OFFICE OF THE ATTORNEY GENERAL, STATE CAPITOL, 600 E BOULEVARD AVE, DEPT. 125, BISMARCK, ND, 58505, NDAG@ND.GOV | First Class |
| 4613 | STATE OF OHIO, OFFICE OF THE ATTORNEY GENERAL, STATE OFFICE TOWER, 30 E BROAD ST 14TH FL, COLUMBUS, OH, 43215 | First Class |
| 4613 | STATE OF OKLAHOMA, OFFICE OF THE ATTORNEY GENERAL, 313 NE 21ST ST, OKLAHOMA CITY, OK, 73105, QUESTIONS@OAG.OK.GOV | First Class |
| 4613 | STATE OF OREGON, OFFICE OF THE ATTORNEY GENERAL, 1162 COURT ST NE, SALEM, OR, 97301-4096, ELLEN.ROSENBLUM@DOG.STATE.OR.US; ATTORNEYGENERAL@DOJ.STATE.OR.US | First Class |
| 4613 | STATE OF PENNSYLVANIA, OFFICE OF THE ATTORNEY GENERAL, STRAWBERRY SQUARE 16TH FL, HARRISBURG, PA, 17120 | First Class |
| 4613 | STATE OF RHODE ISLAND, OFFICE OF THE ATTORNEY GENERAL, 150 S MAIN ST, PROVIDENCE, RI, 02903, AG@RIAG.RI.GOV | First Class |
| 4613 | STATE OF SOUTH CAROLINA, OFFICE OF THE ATTORNEY GENERAL, REMBERT C. DENNIS BLDG, 1000 ASSEMBLY ST RM 519, COLUMBIA, SC, 29201 | First Class |
| 4613 | STATE OF SOUTH CAROLINA, OFFICE OF THE ATTORNEY GENERAL, PO BOX 11549, COLUMBIA, SC, 29211 | First Class |
| 4613 | STATE OF SOUTH DAKOTA, OFFICE OF THE ATTORNEY GENERAL, 1302 E HIGHWAY 14, STE 1, PIERRE, SD, 57501-8501 | First Class |
| 4613 | STATE OF TENNESSEE, OFFICE OF THE ATTORNEY GENERAL, PO BOX 20207, NASHVILLE, TN, 37202-0207 | First Class |
| 4613 | STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL, 300 W. 15TH ST, AUSTIN, TX, 78701 | First Class |
| 4613 | STATE OF UTAH, OFFICE OF THE ATTORNEY GENERAL, UTAH STATE CAPITOL COMPLEX, 350 NORTH STATE ST STE 230, SALT LAKE CITY, UT, 84114, UAG@UTAH.GOV | First Class |
| 4613 | STATE OF UTAH, OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES, UTAH STATE CAPITOL COMPLEX, 350 NORTH STATE ST STE 230, Salt Lake City, UT, 84114, UAG@UTAH.GOV | First Class |
| 4613 | STATE OF VERMONT, OFFICE OF THE ATTORNEY GENERAL, 109 STATE ST., MONTPELIER, VT, 05609, AGO.INFO@VERMONT.GOV | First Class |
| 4613 | STATE OF VIRGINIA, OFFICE OF THE ATTORNEY GENERAL, 202 N. NINTH ST., RICHMOND, VA, 23219, MAIL@OAG.STATE.VA.US | First Class |
| 4613 | STATE OF WASHINGTON, OFFICE OF THE ATTORNEY GENERAL, 1125 WASHINGTON ST SE, OLYMPIA, WA, 98501 | First Class |
| 4613 | STATE OF WASHINGTON, OFFICE OF THE ATTORNEY GENERAL, PO BOX 40100, OLYMPIA, WA, 98504-00 | First Class |
| 4613 | STATE OF WEST VIRGINIA, OFFICE OF THE ATTORNEY GENERAL, STATE CAPITOL, 1900 KANAWHA BLVD E, BUILDING 1 RM E-26, CHARLESTON, WV, 25305, CONSUMER@WVAGO.GOV | First Class |
| 4613 | STATE OF WISCONSIN, OFFICE OF THE ATTORNEY GENERAL, 17 WEST MAIN STREET, ROOM 114 EAST P, MADISON, | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | WI, 53702 | |
| 4613 | STATE OF WYOMING, OFFICE OF THE ATTORNEY GENERAL, 109 STATE CAPITOL, CHEYENNE, WY, 82002 | First Class |
| 4613 | STEVE LAIRD, C/O FORSHEY & PROSTOK LLP, ATTN: J. ROBERT FORSHEY, 777 MAIN STREET SUITE 1550, FORT WORTH, TX, 76102, BFORSHEY@FORSHEYPROSTOK.COM | First Class |
| 4613 | TEXAS SECURITIES BOARD, C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS, ATTN: ROMA N. DESAI ASSISTANT ATTORNEY GENERAL, PO BOX 12548, AUSTIN, TX, 78711-2548 | First Class |
| 4613 | TEXAS STATE SECURITIES BOARD, OFFICE OF THE ATTORNEY GENERAL OF TEXAS, ATTN: ABIGAIL R RYAN, LAYLA D MILLIGAN & JASON B BINFORD, BANKRUPTCY & COLLECTIONS DIVISION, AUSTIN, TX, 78711-2548, ABIGAIL.RYAN@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV | First Class |
| 4613 | TN DEPT OF COMMERCE AND INSURANCE, C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION, ATTN: MARVIN E. CLEMENTS JR., PO BOX 20207, NASHVILLE, TN, 37202-0207, AGBANKNEWYORK@AG.TN.GOV | First Class |
| 4613 | TORONTO STOCK EXCHANGE, 300 100 ADELAIDE ST., WEST TORONTO, ON, M5H 1S3, Canada, WEBMASTER@TMX.COM | First Class |
| 4613 | UNITED STATES ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF NEW YORK, ONE ST. ANDREWS PLAZA, NEW YORK, NY, 10007 | First Class |
| 4613 | UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE U.S., 950 PENNSYLVANIA AVE, NW, WASHINGTON, DC, 20530-0001 | First Class |
| 4613 | VERMONT DEPARTMENT OF FINANCIAL REGULATION, C/O ASSISTANT GENERAL COUNSEL, ATTN: JENNIFER ROOD, ESQ., 89 MAIN STREET THIRD FLOOR, MONTPELIER, VT, 05620, JENNIFER.ROOD@VERMONT.GOV | First Class |