UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re

Voyager Digital Holdings, Inc., *et. al.*

                Debtors.

Chapter 11
Case No. 22-10943 - MEW

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Ilusion Rodriguez, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, I caused to be served a copy of Objection Of The United States Trustee To (1) Debtors' Motion For Entry Of An Order Authorizing The Debtors To Redact And File Under Seal Certain Confidential Information Related To The Debtors' Key Employee Retention Plan, And (2) To Motion Of Debtors For Entry Of An Order Approving Debtors' Key Employee Retention Plan (ECF No. 314) by electronic mail in an authorized depository on August 22, 2022, on parties listed in Exhibit A.

                                                  By:    /s/ Ilusion Rodriguez
                                                               Ilusion Rodriguez

# Exhibit A

# Email Service List

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | RUSS.STEWART@TMF.MORTGAGE.COM | ATTN: RUSSELL G. STEWART |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | JASON@BEZINGA.COM | ATTN: JASON RAZNICK |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BRANDONMULLENBERG2022@GMAIL.COM | ATTN: BRANDON MULLENBERG |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | RICHARD.KISS@GMAIL.COM | ATTN: RICHARD KISS FOR THINCAT TRUST |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | CHRISMMOSER@GMAIL.COM | ATTN: CHRISTOPHER MOSER |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BYWALKER01@GMAIL.COM | ATTN: BYRON WALKER |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FREEMANMELISSAC@GMAIL.COM | C/O MELISSA AND ADAM FREEDMAN |