**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Voyager Digital Holdings
     (Jointly administered)

                         Debtor

-------------------------------------------------------------x

                         Plaintiff

              v.

                         Defendant

-------------------------------------------------------------x

Case No.: 22-10943

Chapter 11

Adversary Proceeding No.: _____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John P. Reding , to be admitted, ***pro hac vice***, to represent Illinois Secretary of State , (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois , it is hereby

**ORDERED**, that John P. Reding , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 23, 2022
   New York , New York

/s/ Michael E. Wiles

                UNITED STATES BANKRUPTCY JUDGE