Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-10943 (MEW) |
| Debtors. | ) (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**AUGUST 24, 2022, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    August 24, 2022, at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Michael E. Wiles
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom 617
New York, New York 10004

Hearing Attendance Instructions:    In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the First Day Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543.

Copies of Motions:    A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

    http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**I.  Contested Matters Going Forward in Base Case**

  1. ***Key Employee Motion.*** Debtors' Motion for Entry of an Order (I) Approving the Debtors Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 212].

    Objection Deadline: August 9, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline has been extended to August 17, 2022, at 4:00 p.m. (prevailing Eastern Time) for the the Official Committee of Unsecured Creditors.  The objection deadline has been extended to August 19, 2022, at 4:00 p.m. (prevailing Eastern Time) for the the United States Trustee.

    Responses Received:

    A. Objection of the United States Trustee to (1) Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan, and (2) to Motion of Debtors for Entry of an Order Approving Debtors' Key Employee Retention Plan [Docket No. 325].

    B. Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 316]. This objection had been resolved

    Related Documents:

    A. Declaration of Zachary P. Georgeson in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 258].

    B. Notice of Adjournment of Debtors' Motion for Entry of an Order (I) Approving the Debtors Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 266].

    **Status**: This matter is going forward; the Official Committee of Unsecured Creditors is expected to withdraw their objection.

  2. ***Redaction Motion***. Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan [Docket No. 284]

Objection Deadline: August 9, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline has been extended to August 19, 2022, at 4:00 p.m. (prevailing Eastern Time) for the United States Trustee. The objection deadline has been extended to August 19, 2022, at 11:59 p.m. (prevailing Eastern Time) for the the Official Committee of Unsecured Creditors.

Responses Received:

A.  Objection of the United States Trustee to (1) Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan, and (2) to Motion of Debtors for Entry of an Order Approving Debtors' Key Employee Retention Plan [Docket No. 325].

Related Documents:

A.  Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 330]

B.  Supplemental Declaration of Stephen Ehrlich, Chief Executive Officer of the Debtors, in Support of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 339]

**Status**: This matter is going forward.

II.  **Adjourned Matters Going in Adversary Proceeding**

1.  ***Extend Automatic Stay Motion.*** The Debtors' Motion to Extend Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation Against the Debtors' Directors and Officers [Adv. Pro. 22-01133, Docket No. 3].

Objection Deadline: August 17, 2022, at 4:00 p.m. (prevailing Eastern Time).

Related Documents:

A.  Declaration of Michael B. Slade in Support of the Debtors' Motion to Extend Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation Against the Debtors' Directors and Officers [Adv. Pro. 22-01133, Docket No. 2].

B.  Notice of Adjournment of Debtors' Motion to Extend Automatic Stay Or, in the Alternative, for Injunctive Relief Enjoining Prosecution of

Certain Pending Litigation Against the Debtors' Directors and Officers [Adv. Pro. 22-01133, Docket No. 8].

C.   Stipulation [Adv. Pro. 22-01133, Docket No. 7].

**Status**:   This matter has been adjourned to the hearing on November 15, 2022 at 11:00 a.m. (prevailing Eastern Time).

| | |
|---|---|
| Dated: August 23, 2022<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: jsussberg@kirkland.com<br>cmarcus@kirkland.com<br>christine.okike@kirkland.com<br>allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |