UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Voyager Digital Holdings, Inc., *et al.*, | : | Case No. 22-10943 |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------X

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Michael D. Morris, request admission, *pro hac vice,* before the Honorable Michael E. Wiles, to represent the State of Wisconsin and its Department of Financial Institutions, in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Wisconsin, as well as the bars of the United Stated District Courts for the Eastern and Western Districts of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission

Dated this 24th day of August, 2022.

/s/ Michael D. Morris
MICHAEL D. MORRIS
Assistant Attorney General
State Bar #1112934

Attorney for State of Wisconsin
Department of Financial Institutions

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                  :    Chapter 11
                                                                            :
Voyager Digital Holdings, Inc., *et al.*,          :    Case No. 22-10943
                                                                            :
                                      Debtors.                  :    (Jointly Administered)
---------------------------------------------------------X

# ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael D. Morris to be admitted *pro hac vice* to represent the State of Wisconsin and its Department of Financial Institutions, ("the Client") a party in interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin, as well as the bars of the United States District Courts for the Eastern and Western Districts of Wisconsin, it is hereby

**ORDERED,** that Michael D. Morris is admitted to practice *pro hac vice* in the above referenced case, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
           New York, New York

                                                              _____
                                                              HONORABLE MICHAEL E. WILES
                                                              United States Bankruptcy Judge