## Christopher Paladino

2506 Willow St
Austin, TX 78702

chris@ncpholdings.org
(512) 720-8654

---

Judge Michael E. Wiles
US Bankruptcy Court SDNY
One Bowling Green
New York, NY 10004-1408



RECEIVED
AUG 24 2022
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**Re: Voyager Financial chapter 11**

Dear Judge Wiles:

I am writing to you after reading numerous news reports of creditors begging for your help after losing "all their life savings."

I hope you are not swayed by these pity stories. I'm sorry, but anyone who put dollars (1) into a fake "currency", then (2) "invested" it in an account that promised double-digit returns, frankly deserves to lose it all. It's a painful and expensive lesson, but seriously – how dumb must you be to believe there is a "low risk" way to buy a fake "asset" with real money, and make more than 10% a year?

These people need to learn the hard truth.

Sincerely,

Chris Paladino