Sigmund S. Wissner-Gross
Kenneth J. Aulet
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
(212) 209-4800

-and-

Stephen A. Best (*pro hac vice* pending)
Rachel O. Wolkinson (*pro hac vice* pending)
**BROWN RUDNICK LLP**
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005

*Counsel to Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10943 (MEW)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Brown Rudnick LLP hereby enters their appearance in the above-referenced chapter 11 cases to represent Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks and hereby request that all notices given or required in this Chapter 11 Cases, and all documents, and all other

papers served in the Chapter 11 Cases, be given to and served upon the undersigned counsel listed below:

Sigmund S. Wissner-Gross, Esq.
Kenneth J. Aulet, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
swissner-gross@brownrudnick.com
kaulet@brownrudnick.com


Stephen A. Best, Esq.
Rachel O. Wolkinson, Esq.
Brown Rudnick LLP
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005
Tel: (202) 536-1700
Fax: (202) 536-1701
sbest@brownrudnick.com
rwolkinson@brownrudnick.com


**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive the Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or

any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Cases.

Dated: August 26, 2022
New York, New York

*/s/ Sigmund S. Wissner-Gross*
Sigmund S. Wissner-Gross
Kenneth J. Aulet
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Tel: (212) 209-4800
swissnergross@brownrudnick.com
kaulet@brownrudnick.com

Stephen A. Best (*pro hac vice* pending)
Rachel O. Wolkinson (*pro hac vice* pending)
**BROWN RUDNICK LLP**
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005
Tel: (202) 536-1700
sbest@brownrudnick.com
rwolkinson@brownrudnick.com

*Counsel to Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks*