Sigmund S. Wissner-Gross
Kenneth J. Aulet
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 11106
Telephone: (212) 209-4800

*Counsel to Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*, | Case No. 22-10943 (MEW) (Jointly Administered) |
| Debtors. | |

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Stephen A. Best, a member in good standing of the bars in the District of Columbia and State of Virginia, respectfully request admission *pro hac vice* before the Honorable Michael E. Wiles, to represent Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks in the above-referenced case. My office and email address and my telephone and fax numbers are:

> Stephen A. Best, Esq.
> Brown Rudnick LLP
> 601 Thirteenth Street NW Suite 600
> Washington, D.C. 20005
> (202) 536-1737 Telephone
> (212) 938-2937 Facsimile
> sbest@brownrudnick.com

I agree to pay the fee of $200 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  August 26, 2022
      Washington, D.C.

                                                              */s/ Sigmund S. Wissner-Gross*

Dated: August 26, 2022
      Washington, D.C.

*/s/ Sigmund S. Wissner-Gross*
Sigmund S. Wissner-Gross
Kenneth J. Aulet
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
swissner-gross@brownrudnick.com
kaulet@brownrudnick.com

*Counsel to Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks*

Sigmund S. Wissner-Gross
Kenneth J. Aulet
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 11106
Telephone: (212) 209-4800

*Counsel to Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*, | Case No. 22-10943 (MEW) (Jointly Administered) |
| Debtors. | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of that Stephen A. Best, to be admitted, *pro hac vice*, to represent Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks above captioned case and upon the movant's certification that the movant is a member in good standing of the bars in the District of Columbia and State of Virginia, it is hereby

**ORDERED** that Stephen A. Best, is admitted to practice, *pro hac vice*, in the above-referenced case to represent Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE