Sigmund S. Wissner-Gross
Kenneth J. Aulet
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 11106
Telephone: (212) 209-4800

*Counsel to Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*, | Case No. 22-10943 (MEW)<br>(Jointly Administered) |
| Debtors. | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of that Stephen A. Best, to be admitted, *pro hac vice*, to represent Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks above captioned case and upon the movant's certification that the movant is a member in good standing of the bars in the District of Columbia and State of Virginia, it is hereby

**ORDERED** that Stephen A. Best, is admitted to practice, *pro hac vice*, in the above-referenced case to represent Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 26, 2022
New York, New York

s/Michael E. Wiles
UNITED STATES BANKRUPTCY JUDGE