WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Telephone: (212) 510–0500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------X

**INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS**

The Section 341 Meeting of Creditors for the above-captioned case is scheduled for **August 30, 2022, at 11:00 a.m. EST** (the "Designated Meeting Time"). The meeting will be conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

**Meeting Dial-in No: 888-889-1954, and when prompted, enter the Participant Code: 2991664, followed by #.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date: August 26, 2022

                                                Respectfully submitted,

                                                WILLIAM K. HARRINGTON
                                                UNITED STATES TRUSTEE

By:    /s/ *Richard C. Morrissey*
           Richard C. Morrissey
           Trial Attorney
           U.S. Department of Justice
           Office of the United States Trustee
           201 Varick Street, Room 1006
           New York, New York 10014