# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 9/7/2022 |
| Case: 22−10943−mew | Form ID: pdf001 | Total: 179 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Murphy Place Management LLC |
| cr | Alameda Research LLC |
| cr | Matthew Levitt & The Levitt Group |
| unk | Christopher Rouse |
| unk | Desiree Fire |
| unk | Xiang Chi |
| unk | Marc Ruiz |
| unk | Grant Pritchard |
| unk | David. |
| unk | Ryan Hourigan |
| cr | Kelleher Place Management, LLC |
| unk | Aristea Theodoropoulos |
| unk | Sariena Carmichael |
| unk | Ryan Bednarski |
| unk | William George |
| unk | Trevor Brucker |
| unk | Xiaojie Dai |
| unk | John Suh Lee |
| unk | Gregory Foss |
| unk | Gerardo Pedraza |
| cr | Jason Raznick |
| unk | Alireza Johartchi |
| unk | Aristea Theodoropoulos |
| unk | Analicia Van |
| unk | Vincent T. Sasso |
| unk | Digant Goyal |
| unk | Steve Laird |
| unk | Lisa Dagnoli |
| unk | Niraj Jani |
| unk | Jacoub Hammodeh |
| crcm | Official Committee Of Unsecured Creditors |
| unk | Chris Mirabs |
| unk | Daniel Hawley |
| unk | Analicia V. |
| cr | USIO, Inc. |
| unk | Jacob Redburn |
| unk | Jennifer Walsh |
| unk | Donald Angle |
| unk | Dlany Conny |
| unk | Marquis Velazquez |
| unk | Jennifer Walsh |
| unk | Steven D. |
| cr | Jeremy McAleer |
| cr | Juewett Bostick |
| cr | Hemavathi Payala |
| cr | Josh Ragusa |
| cr | Kim Bohle |
| cr | Glen Bascetta |
| cr | Jon Quezada |
| cr | VT Department of Financial Regulation |
| cr | John M. Ruda |
| unk | Jack Beeler |
| cr | Christine Marcy |
| unk | Georgia Department of Banking and Finance |
| cr | Nick Nardone |
| unk | Christopher Paladino |
| unk | Dallas Basketball Limited, d/b/a Dallas Mavericks |
| unk | Mark Cuban |
| 3pp | JON GIACOBBE |
| unk | Noha Ali |
| cr | JON GIACOBBE |
| cr | Ed Bolton |
| unk | Shikar S. Partab |
| unk | Jon Quezada |
| cr | Joseph Kevin Akers |
| cr | Thomas N. Gibson |

TOTAL: 66

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | A. Manny Alicandro | manny@alicandrolawoffice.com |
| aty | Aaron L. Hammer | ahammer@hmblaw.com |
| aty | Abigail Ryan | abigail.ryan@oag.texas.gov |
| aty | Amy R. Wolf | arwolf@wlrk.com |
| aty | Andrew G. Dietderich | dietdericha@sullcrom.com |
| aty | Angelina E. Lim | angelinal@jpfirm.com |
| aty | Brian D. Glueckstein | gluecksb@sullcrom.com |
| aty | Chris D. Barski | cbarski@barskilaw.com |
| aty | Darren T. Azman | dazman@mwe.com |
| aty | Douglas T. Tabachnik | dtabachnik@dttlaw.com |
| aty | Ilana Volkov | ivolkov@mcgrailbensinger.com |
| aty | J. Robert Forshey | bforshey@forsheyprostok.com |
| aty | Jennifer Rood | jennifer.rood@vermont.gov |
| aty | John Reding | john.reding@ilag.gov |
| aty | Joshua Sussberg | jsussberg@kirkland.com |
| aty | Layla Milligan | Layla.Milligan@oag.texas.gov |
| aty | Lysbeth George | liz@georgelawok.com |
| aty | Marvin E. Clements, Jr. | agbanknewyork@ag.tn.gov |
| aty | Michael D. Morris | morrismd@doj.state.wi.us |
| aty | Nathan Hovey | nhovey@law.ga.gov |
| aty | Nicholas R. Oleski | nro@mccarthylebit.com |
| aty | Paul R. Hage | phage@jaffelaw.com |
| aty | Randall Adam Swick | adam.swick@akerman.com |
| aty | Richard C. Morrissey | richard.morrissey@usdoj.gov |
| aty | Roma N Desai | roma.desai@oag.texas.gov |
| aty | Shawn M. Christianson | schristianson@buchalter.com |
| aty | Zachary R. Russell | zacharyrussell@quinnemanuel.com |

TOTAL: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Voyager Digital Holdings, Inc.    33 Irving Place    3rd Floor    New York, NY 10003 | | |
| cr | Metropolitan Commercial Bank    99 Park Avenue    12th Floor    New York, NY 10016 | | |
| cna | Stretto Claims Agent    8269 E. 23rd Avenue    Suite 275    www.stretto.com    Denver, CO 80238 | | |
| cr | Oracle America, Inc.    Buchaler PC    c/o Shawn M. Christianson, Esq.    425 Market St., Suite 2900    San Francisco, Ca 94105 | | |
| unk | Alameda Research Ventures LLC    2000 Centre Street, 4th Floor    Berkeley, CA 94704 | | |
| unk | Alameda Ventures Ltd.    F20, 1st Floor, Eden Plaza    Eden Island SEYCHELLES | | |
| cr | Matthew Edwards    c/o Liz George and Associates    8101 S Walker, Suite F    Oklahoma City, OK 73139 | | |
| aty | Matthew E. McClintock    Goldstein & McClintock LLLP    111 W Washington Street, Suite 1221    Chicago, IL 60602 | | |
| intp | Adam Lavine    1798 Hovenweep Road    Wesley Chapel, FL 33543 | | |
| intp | Shingo Lavine    1798 Hovenweep Road    Wesley Chapel, FL 33543 | | |
| intp | Amano Global Holdings, Inc.    1798 Hovenweep Road    Wesley Chapel, FL 33543 | | |
| intp | Emerald Ocean Isle, LLC    1798 Hovenweep Road    Wesley Chapel, FL 33543 | | |
| intp | Texas State Securities Board    c/o Texas Attorney General    Bankruptcy & Collections Division    PO Box 12548    Austin, TX 78711−2548 | | |
| cr | TN Dept of Commerce and Insurance    c/o TN Attorney General's Office,    Bankruptcy Division    PO Box 20207    Nashville, TN 37202−0207 | | |
| cr | Lisa Snyders    4819 Longwater Way    Tampa, FL 33615 | | |
| cr | Robert Snyders    4819 Longwater Way    Tampa, FL 33615 | | |
| unk | Chris Barski    Barski Law PLC    9375 E. Shea Blvd. Suite 100    Scottsdale, AZ 85260 | | |
| unk | Michael Legg    300 Crest Road    Ridgewood, NJ 07450 | | |
| unk | Illinois Secretary of State    Illinois Secretary of State    100 W Randolph, Floor 13    Chicago, IL 60601 | | |
| intp | State of Wisconsin – Dep't of Financial Instutions    17 West Main    P.O. Box 7857    Madison, WI 53707 | | |
| db | Voyager Digital, LLC    78 SW 7th Street    8th Floor    Miami, FL 33130 | | |
| 3pd | Voyager Digital Holdings, Inc.    33 Irving Place    3rd Floor    New York, NY 10003 | | |
| 3pd | Voyager Digital, LLC    78 SW 7th Street    8th Floor    Miami, FL 33130 | | |
| 7958883 | 1109 Love Ct    Virginia Beach, VA 23464−2346 | | |
| 7962452 | 2813 S Kildare Ave    Chicago, IL 60623−4351 | | |
| 7966133 | 3204 Crescent dr    United States    Killeen, TX 76543 | | |
| 7957672 | 3551 Admiral Drive    North Charleston, SC 29405−7702 | | |
| 7967344 | A. Manny Alicandro    Attorney for Creditor Jon Giacobbe    11 Broadway, Suite 615    New York, NY 10004 | | |
| 7956650 | ANGEL MOON    1617 VIA LAZO    PALOS VERDES ESTATES, CA 90274 | | |
| 7964057 | Abigail R. Ryan    Assistant Attorneys General    Office of the Attorney General of Texas    Bankruptcy & Collections Division    P. O. Box 12548    Austin, Texas 78711−2548 | | |
| 7957655 | Amanda Brennan    1503 Largo Rd    Unit 103    HENRICO, VA 23238 | | |
| 7964631 | Angelina E. Lim, Esq.    Johnson, Pope, Bokor, Ruppel & Burns, LL    401 E. Jackson Street, Suite 3100    Tampa, FL 33602 | | |
| 7962453 | Armando Bojorges    2813 S Kildare Ave    Chicago, IL 60623−4351 | | |
| 7956653 | Brian Mark Wilson    1931 Wagner Road    Batavia, IL | | |
| 7957649 | Bryan Florence    204 Birch Avenue    LaGrange, KY 40031 | | |

| | | |
|---|---|---|
| 7964785 | Chris D. Barski, Esq.    BARSKI LAW PLC    9375 E. Shea Blvd., Ste. 100    Scottsdale, Arizona 85260 | |
| 7957384 | Crystal Spithaler    2506 Brandy Lane    Accokeek, MD 20607 | |
| 7956651 | DENTON YIP    1617 VIA LAZO    PALOS VERDES ESTATES, 90274 | |
| 7957660 | Dallas Hynes    610 Sylvan Heights Way    Apt. 347    Nashville, TN 37209 | |
| 7961859 | Dalton Vanderbyl    4512 N 198th Avenue    Litchfield AZ 85340 | |
| 7964028 | Douglas T. Tabachnik, Esq.    Law Offices of Douglas T. Tabachnik, P.C    63 West Main Street, Suite C    Freehold, NJ 07728−2141 | |
| 7957853 | Georgi Nikolov Georgiev    3040 Courtside Dr    ROSEVEILLE, CA 95661−9566 | |
| 7956627 | Hector Calderon    1704 Gentle Wind Drive    Arlington, TX 76018 | |
| 7965358 | Ilana Volkov, Esq.    McGRAIL & BENSINGER LLP    888−C 8th Avenue #107    New York, New York 10019 | |
| 7964023 | J. Robert Forshey    Forshey & Prostok LLP    777 Main Street, Suite 1550    Fort Worth, TX 76102 | |
| 7955918 | Jacob ryan Redburn    29686 west 274th street    Paola, KS 66071 | |
| 7964022 | Jaffe Raitt Heuer & Weiss, P.C.    Attn: Paul R. Hage    27777 Franklin Road, Suite 2500    Southfield, MI 48034 | |
| 7956719 | Jamie Rehlaender    1417 NE Thompson St    Unit 1    Portland, OR 97212 | |
| 7964059 | Jason B. Binford    Assistant Attorneys General    Office of the Attorney General of Texas    Bankruptcy & Collections Division    P. O. Box 12548    Austin, Texas 78711−2548 | |
| 7964630 | Jennifer Rood, Esq.    Assistant General Counsel    Vermont Department of Financial Regulati    89 Main Street, Third Floor    Montpelier, VT 05620 | |
| 7967919 | Joanne Gelfand    AKERMAN LLP    1251 Avenue of the Americas    37th Floor    New York, New York 10020 | |
| 7967917 | John H. Thompson    AKERMAN LLP    1251 Avenue of the Americas,    37th Floor    New York, New York 10020 | |
| 7961651 | John J. Calandra, Joseph B. Evans, Gregg Steinman    Grayson Williams    McDermott Will & Emery LLP    One Vanderbilt Ave.    New York, New York 10017−3852 | |
| 7965550 | John P. Reding    Assistant Attorney General    Office of the Illinois Attorney General    100 W. Randolph St, Fl. 13    Chicago, IL 60601 | |
| 7956378 | Keith Dorio    Po Box 121    Roswell, GA 30077 | |
| 7957514 | Kelleher Place Management, LLC    c/o Aaron L. Hammer, Esq.    Nathan E. Delman, Esq.    Horwood Marcus & Berk Chartered    500 W. Madison St., Suite 3700    Chicago, IL 60661 | |
| 7960253 | Kimberly Bohle    5775 Del Rey Avenue    Las Vegas, NV 89146 | |
| 7956404 | Lacyanna Leong    5309 Mossy Stone Way    Rancho Cordova, CA 95742−9574 | |
| 7964058 | Layla D. Milligan    Assistant Attorneys General    Office of the Attorney General of Texas    Bankruptcy & Collections Division    P. O. Box 12548    Austin, Texas 78711−2548 | |
| 7963785 | Lisa Snyders    c/o Angelina E. Lim, Esq.    Johnson Pope    401 E. Jackson St Ste 3100    Tampa, FL 33602 | |
| 7964038 | Lysbeth George    LIZ GEORGE AND ASSOCIATES    8101 S. Walker, Suite F    Oklahoma City, Oklahoma 73139 | |
| 7964062 | MCDERMOTT WILL & EMERY LLP    Gregg Steinman    333 SE 2nd Avenue, Suite 4500    Miami, FL 33131−2184 | |
| 7964061 | MCDERMOTT WILL & EMERY LLP    John J. Calandra    Joseph B. Evans    One Vanderbilt Avenue    New York, NY 10017−3852 | |
| 7964678 | MD Mahamudul Hasan    71 Jefferson Ave. Apt. # 1    Brooklyn, NY 11216 | |
| 7964029 | Matthew E. McClintock, Esq.    Harley Goldstein, Esq.    Steve Yachik, Esq.    Goldstein & McClintock LLLP    111 W Washington Street, Suite 1221    Chicago, IL 60602 | |
| 7964025 | McDermott Will & Emery LLP    Charles R. Gibbs    2501 North Harwood Street    Suite 1900    Dallas, TX 75201−1664 | |
| 7964024 | McDermott Will & Emery LLP    Darren Azman    One Vanderbilt Avenue    New York, NY 10017−3852 | |
| 7956226 | Murphy Place Management, LLC    c/o Horwood Marcus & Berk Chartered    500 W. Madison St., Ste 3700    Chicago, IL 60661 | |
| 7964787 | Nicholas R. Oleski    MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO.,    1111 Superior Avenue East    Suite 2700    Cleveland, Ohio 44114 | |
| 7959252 | Oracle America, Inc.    c/o Shawn M. Christianson, Esq.    Buchalter PC    425 Market St., Suite 2900    San Francisco, CA 94105 | |
| 7967916 | R. Adam Swick    AKERMAN LLP    1251 Avenue of the Americas    37th Floor    New York, New York 10020 | |
| 7964786 | Robert R. Kracht    MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO.,    1111 Superior Avenue East    Suite 2700    Cleveland, Ohio 44114 | |
| 7963784 | Robert Snyders    c/o Angelina E. Lim, Esq.    Johnson Pope    401 E. Jackson St. Suite 3100    Tampa, FL 33602 | |
| 7955847 | Rod F Sweis    7413 Margerum Ave    San Diego, CA 92120 | |
| 7964635 | Roma N. Desai    Assistant Attorneys General    Office of the Attorney General of Texas    Bankruptcy & Collections Division    P. O. Box 12548    Austin, Texas 78711−2548 | |
| 7956204 | Ryan Hourigan    823 N Ambrosia    Mesa, 85205 | |
| 7964026 | Shawn M. Christianson, Esq.    Buchalter, A Professional Corporation    425 Market St., Suite 2900    San Francisco, CA 94105 | |
| 7966230 | Sigmund S. Wissner−Gross, Esq.    Kenneth J. Aulet, Esq.    BROWN RUDNICK LLP    Seven Times Square    New York, New York 10036 | |
| 7966231 | Stephen A. Best    Rachel O. Wolkinson    601 Thirteenth Street NW Suite 600    Washington, D.C. 20005 | |
| 7958660 | Steve Laird    c/o J. Robert Forshey    Forshey & Prostok, LLP    777 Main Street, Suite 1550    Fort Worth, Texas 76102 | |
| 7962146 | TN Dept of Commerce and Insurance    c/o TN Attorney General's Office,    Bankruptcy Division    PO Box 20207    Nashville, TN 37020−0207 | |

| | | | | |
|---|---|---|---|---|
| 7964629 | TN Dept of Commerce and Insurance | c/o TN Attorney General's Office, | Bankruptcy Division | PO Box 20207    Nashville, Tennessee 37202–0207 |
| 7957686 | Travis Shaver | 3551 Admiral Drive | North Charleston, SC 29405–2940 | |
| 7962249 | Vermont Department of Financial Regulation | 89 Main Street | Montpelier, VT 05620 | |
| 7961884 | William Holder | 4330 Locke Street | Zachary, LA 70791 | |

TOTAL: 85