Ms. Jennifer Walsh

1801 N Flagler Dr Apt 511

West Palm Beach, FL  33407

August 26, 2022

Dear Judge Wiles,

I hope this letter finds you well...

As I continue writing to you on an intermittent basis, I hope you keep in mind the everlasting impact you have on the Crypto market and consumers' best interest.

If the crypto market learns from this landmark case that they can ultimately take peoples' holdings as their own, then we have a real problem ahead of us.

You have the power with this case to set the precedent straight – that customers' holdings are just that – customers' holdings, not the company's!

As I have mentioned before in prior letters to you, I have the utmost faith we are in excellent hands with you as the Presiding Judge in the Voyager case.

Please ensure we keep the value of our holdings and continue to act with utmost fairness in all decision(s) you make.  Most importantly, take this opportunity to set the record straight for cyrpto markets everywhere – customers' holdings are customers' holdings, not that of the corporations!!

Treat Voyager as you would a Fidelity Investments, or Charles Schwab, etc.  Most importantly, continue to not let us down....

Thank you for everything –

Fondest regards,

Jennifer Walsh,

A Voyager Customer whose Voice Shall Continue to Be Heard