Noha Ali & Nada Ali
1250 S Brookhurst St apt 2004
Anaheim, CA 92804


Aug 30th, 2022


Dear Judge Wiles,

I hope this letter finds you well..

As I continue writing to you on an intermittent basis, I hope you keep in mind the everlasting impact you have on the Crypto market and consumer's best interest. If the Crypto market learns from this landmark case that they can ultimately take people's holdings as their own, then we have a real disaster a head of us. You

have the power with this case to set the precedent straight- that consumers' holdings are just that - Consumers' holdings, not the company's!

I have the ultimate faith we're in excellent hands with you as the presiding judge in the Voyager case.

Please ensure we keep the value of our holdings and continue to act with utmost fairness in all decision(s) you make.  Most importantly, take this opportunity to set the record straight for Crypto market everywhere - Customers' holdings are customers' holdings, not that of the corporation!!

 Please your honor; treat Voyager as if you would with Charles schwab or Fidielty investment, etc. Most importantly continue to not let us down, and please make them return our money, total investment for me

and my daughter Nada Ali is $36,000, please insure such act of Crypto exchange market ( Voyager) doesn't become an easy choice for the rest of exchange apps out there.

Thank you for reading this letter.

Best Regards,

Noha Ali and Nada Ali
Voyager customers whose voice shall continue to be heard