# EXHIBIT 1



# History

←     **Refresh**

**Orders** | Transfers

125 Orders     **Filters**

Completed

| | | |
|---|---|---|
| **Market Buy** | | +1,998.40 USDT |
| Jun 23, 2022 | | 2,000.00 USD |
| **Market Buy** | | +387.5 HBAR |
| Jun 15, 2022 | | 24.99 USD |
| **Market Buy** | | +56.8773 SAND |
| Jun 13, 2022 | | 49.99 USD |
| **Market Buy** | | +63.44 MANA |
| Jun 13, 2022 | | 50.00 USD |
| **Market Buy** | | +1.55585 AXS |
| Jun 13, 2022 | | 20.00 USD |
| **Market Buy** | | +266.8 HBAR |
| Jun 1, 2022 | | 25.00 USD |
| **Market Buy** | | +240.2 HBAR |
| May 15, 2022 | | 24.99 USD |
| **Market Buy** | | +1,085,564.1 LUNC |
| May 14, 2022 | | 500.00 USD |
| **Market Buy** | | +195,038.2 LUNC |

12:06 

# History

Refresh

**Orders** | Transfers

**Completed**

| | | |
|---|---|---|
| **Market Buy** | | +195,038.2 LUNC |
| May 14, 2022 | | 100.00 USD |
| **Market Buy** | | +13,966.4 LUNC |
| May 12, 2022 | | 100.00 USD |
| **Market Buy** | | +0.6 LUNC |
| May 1, 2022 | | 49.99 USD |
| **Market Buy** | | +167.7 HBAR |
| May 1, 2022 | | 24.99 USD |
| **Market Buy** | | +0.6 LUNC |
| Apr 15, 2022 | | 50.00 USD |
| **Market Buy** | | +122.9 HBAR |
| Apr 15, 2022 | | 25.00 USD |
| **Market Buy** | | +0.4 LUNC |
| Apr 1, 2022 | | 49.99 USD |
| **Market Buy** | | +99.8 HBAR |
| Apr 1, 2022 | | 25.00 USD |
| **Limit Buy** | | +406,338,886.6 SHIB |
| Mar 23, 2022 | | 9,999.99 USD at $0.00 |


< **History** Refresh

**Orders** | Transfers

Completed

| | |
|---|---|
| Limit Buy | +423,549,343.4 SHIB |
| Canceled | 9,999.99 USD at $0.00 |
| Limit Buy | +15.128 APE |
| Canceled | 99.99 USD at $6.61 |
| Limit Buy | +500.00 VGX |
| Mar 16, 2022 | 775.00 USD at $1.55 |
| Market Buy | +123.0 HBAR |
| Mar 15, 2022 | 25.00 USD |
| Market Buy | +0.5 LUNC |
| Mar 15, 2022 | 50.00 USD |
| Limit Buy | +0.256739 BTC |
| Mar 6, 2022 | 9,999.98 USD at $38,950.00 |
| Limit Buy | +0.263150 BTC |
| Canceled | 9,999.96 USD at $38,001.01 |
| Limit Buy | +0.798879 BTC |
| Mar 3, 2022 | 33,752.63 USD at $42,250.00 |
| Limit Buy | +0.798879 BTC |
| Canceled | 33,752.63 USD at $42,250.00 |


12:06 

# History

Refresh

**Orders** | Transfers

Completed

| | |
|---|---|
| **Market Sell**<br>Mar 3, 2022 | −26,502.65 USDC<br>26,502.65 USD |
| **Limit Buy**<br>Mar 3, 2022 | +1.000000 BTC<br>42,750.00 USD at $42,750.00 |
| **Market Buy**<br>Rejected | +0.000000 BTC<br>0.00 USD |
| **Market Buy**<br>Rejected | +0.000000 BTC<br>0.00 USD |
| **Limit Buy**<br>Canceled | +1.000000 BTC<br>42,550.01 USD at $42,550.01 |
| **Limit Buy**<br>Canceled | +1.000000 BTC<br>41,501.01 USD at $41,501.01 |
| **Market Sell**<br>Mar 2, 2022 | −10,000.00 USDC<br>10,000.00 USD |
| **Market Sell**<br>Mar 2, 2022 | −40,000.00 USDC<br>40,000.00 USD |
| **Market Buy**<br>Feb 28, 2022 | +10,000.00 USDC<br>10,000.00 USD |

12:07

# History

Refresh

**Orders** | Transfers

**Completed**

| | |
|---|---|
| **Market Buy** Feb 26, 2022 | +10,000.00 USDC 10,000.00 USD |
| **Market Buy** Feb 26, 2022 | +41,465.00 USDC 41,465.00 USD |
| **Market Sell** Feb 26, 2022 | -10.00 USDC 10.00 USD |
| **Market Sell** Rejected | -0.00 USDC 0.00 USD |
| **Market Buy** Feb 23, 2022 | +15,000.00 USDC 15,000.00 USD |
| **Limit Buy** Canceled | +0.777859 BTC 26,454.99 USD at $34,010.01 |
| **Limit Buy** Canceled | +0.777859 BTC 26,454.99 USD at $34,010.01 |
| **Limit Buy** Canceled | +0.483828 BTC 16,454.99 USD at $34,010.01 |
| **Market Buy** Rejected | +0.0 ADA 0.00 USD |



←     **History**     Refresh

**Orders** | Transfers
---|---

Completed

| | |
|---|---|
| **Market Buy** <br> Rejected | +0.000 DOT <br> 0.00 USD |
| **Market Buy** <br> Rejected | +0.00 MANA <br> 0.00 USD |
| **Market Buy** <br> Rejected | +0.00 MANA <br> 0.00 USD |
| **Market Buy** <br> Rejected | +0.0 ADA <br> 0.00 USD |
| **Market Buy** <br> Rejected | +0.000 DOT <br> 0.00 USD |
| **Market Buy** <br> Rejected | +0.00 MANA <br> 0.00 USD |
| **Market Buy** <br> Rejected | +0.00 MANA <br> 0.00 USD |
| **Market Buy** <br> Rejected | +0.0 ADA <br> 0.00 USD |
| **Market Buy** <br> Rejected | +0.000 DOT <br> 0.00 USD |

12:07 

< **History** Refresh

**Orders** | Transfers

Completed

| | |
|---|---|
| **Market Buy** | **+0.00 MANA** |
| Rejected | 0.00 USD |
| **Market Buy** | **+814.11 USDT** |
| Nov 18, 2021 | 815.34 USD |
| **Limit Buy** | **+0.022222 BTC** |
| Nov 18, 2021 | 1,046.65 USD at $47,100.01 |
| **Limit Buy** | **+0.022222 BTC** |
| Nov 18, 2021 | 1,077.98 USD at $48,510.00 |
| **Limit Buy** | **+0.022222 BTC** |
| Nov 18, 2021 | 1,110.01 USD at $49,951.00 |
| **Market Buy** | **+99.85 USDT** |
| Nov 15, 2021 | 100.00 USD |
| **Market Buy** | **+14.92 MANA** |
| Nov 15, 2021 | 50.00 USD |
| **Market Buy** | **+500.24 USDT** |
| Nov 14, 2021 | 501.00 USD |
| **Market Buy** | **+499.25 USDT** |
| Nov 13, 2021 | 499.99 USD |

12:07 

← **History** Refresh

**Orders** | Transfers

Completed

| | |
|---|---|
| **Market Buy** | **+11.9 ADA** |
| Nov 13, 2021 | 24.99 USD |
| **Market Buy** | **+2.161 DOT** |
| Nov 13, 2021 | 99.99 USD |
| **Market Buy** | **+50.92 USDT** |
| Nov 13, 2021 | 51.00 USD |
| **Market Buy** | **+99.85 USDT** |
| Nov 10, 2021 | 100.00 USD |
| **Market Buy** | **+0.0 XLM** |
| **Rejected** | 0.00 USD |
| **Market Buy** | **+0.1211 AAVE** |
| Sep 1, 2021 | 49.99 USD |
| **Market Buy** | **+0.10452 COMP** |
| Sep 1, 2021 | 49.99 USD |
| **Market Buy** | **+3.268 DOT** |
| Sep 1, 2021 | 100.00 USD |
| **Market Buy** | **+34.9 ADA** |
| Sep 1, 2021 | 99.99 USD |

# History

Refresh

**Orders** | Transfers

**Completed**

| | |
|---|---|
| **Market Buy** Sep 1, 2021 | +3.268 DOT 100.00 USD |
| **Market Buy** Sep 1, 2021 | +34.9 ADA 99.99 USD |
| **Market Buy** Sep 1, 2021 | +0.15590 BCH 100.00 USD |
| **Market Buy** Aug 15, 2021 | +0.1246 AAVE 49.99 USD |
| **Market Buy** Aug 15, 2021 | +0.10565 COMP 50.00 USD |
| **Market Buy** Aug 15, 2021 | +4.453 DOT 99.99 USD |
| **Market Buy** Aug 15, 2021 | +46.5 ADA 100.00 USD |
| **Market Buy** Aug 15, 2021 | +0.14680 BCH 99.99 USD |
| **Market Buy** Aug 13, 2021 | +1.667 UNI 49.99 USD |



←          **History**         Refresh

**Orders** | Transfers

**Completed**

| | |
|---|---|
| **Market Buy** | +0.002510 YFI |
| Aug 13, 2021 | 100.00 USD |
| **Market Buy** | +1.86 LINK |
| Aug 13, 2021 | 50.00 USD |
| **Market Buy** | +0.54802 LTC |
| Aug 13, 2021 | 100.00 USD |
| **Market Buy** | +69.367 MATIC |
| Aug 13, 2021 | 100.00 USD |
| **Market Buy** | +273.3 XLM |
| Aug 13, 2021 | 100.00 USD |
| **Market Sell** | −501.00 USDC |
| Aug 2, 2021 | 501.00 USD |
| **Market Buy** | +509.23 USDT |
| Aug 2, 2021 | 510.00 USD |
| **Market Buy** | +501.00 USDC |
| Aug 2, 2021 | 501.00 USD |
| **Market Buy** | +0.1531 AAVE |
| Aug 1, 2021 | 50.00 USD |

12:08 

# History

Refresh

**Orders** | Transfers

---

**Completed**

| | | |
|---|---|---|
| **Market Buy** | | +0.12435 COMP |
| Aug 1, 2021 | | 49.99 USD |
| **Market Buy** | | +5.190 DOT |
| Aug 1, 2021 | | 100.00 USD |
| **Market Buy** | | +72.3 ADA |
| Aug 1, 2021 | | 100.00 USD |
| **Market Buy** | | +0.17963 BCH |
| Aug 1, 2021 | | 99.99 USD |
| **Market Buy** | | +7.539 DOT |
| Jul 15, 2021 | | 100.00 USD |
| **Market Buy** | | +80.8 ADA |
| Jul 15, 2021 | | 100.00 USD |
| **Market Buy** | | +2.613 UNI |
| Jul 13, 2021 | | 49.99 USD |
| **Market Buy** | | +0.002939 YFI |
| Jul 13, 2021 | | 99.99 USD |
| **Market Buy** | | +2.89 LINK |
| Jul 13, 2021 | | 50.00 USD |

12:08 

# History

Refresh

**Orders** | Transfers

Completed

| | |
|---|---|
| **Market Buy** | +0.76627 LTC |
| Jul 13, 2021 | 99.99 USD |
| **Market Buy** | +101.128 MATIC |
| Jul 13, 2021 | 99.99 USD |
| **Market Buy** | +410.3 XLM |
| Jul 13, 2021 | 100.00 USD |
| **Market Buy** | +6.458 DOT |
| Jul 1, 2021 | 100.00 USD |
| **Market Buy** | +75.1 ADA |
| Jul 1, 2021 | 100.00 USD |
| **Market Buy** | +4.059 DOT |
| Jun 15, 2021 | 99.99 USD |
| **Limit Buy** | +0.002597 BTC |
| Canceled | 99.98 USD at $38,500.00 |
| **Limit Buy** | +0.08000 ETH |
| Canceled | 200.00 USD at $2,500.00 |
| **Market Buy** | +62.5 ADA |
| Jun 15, 2021 | 100.00 USD |

12:09 

# History

Refresh

**Orders** | Transfers

**Completed**

| | | |
|---|---|---|
| Market Buy | | +62.5 ADA |
| Jun 15, 2021 | | 100.00 USD |
| Market Buy | | +314.4 XLM |
| Jun 13, 2021 | | 100.00 USD |
| Market Buy | | +319.679 MATIC |
| Jun 6, 2021 | | 499.99 USD |
| Market Buy | | +4.478 DOT |
| Jun 1, 2021 | | 100.00 USD |
| Market Buy | | +57.7 ADA |
| Jun 1, 2021 | | 99.99 USD |
| Market Buy | | +2.156 DOT |
| May 15, 2021 | | 99.99 USD |
| Market Buy **Rejected** | | +0.000 DOT 0.00 USD |
| Market Buy | | +73.9 ADA |
| May 1, 2021 | | 100.00 USD |
| Market Buy | | +66.6 ADA |
| Apr 15, 2021 | | 99.99 USD |

# History

Refresh

**Orders** | Transfers

## Completed

| | | |
|---|---|---|
| **Market Buy** | +2.632 DOT | |
| Apr 11, 2021 | 110.00 USD | |
| **Market Buy** | +76.1 ADA | |
| Mar 1, 2021 | 99.99 USD | |
| **Market Buy** | +234.5 XLM | |
| Mar 1, 2021 | 99.99 USD | |
| **Market Buy** | +2.825 DOT | |
| Mar 1, 2021 | 99.99 USD | |
| **Market Buy** | +475.5 ADA | |
| Feb 21, 2021 | 500.00 USD | |
| **Market Buy** | +186.5 XLM | |
| Feb 15, 2021 | 100.00 USD | |
| **Market Buy** | +3.658 DOT | |
| Feb 15, 2021 | 100.00 USD | |
| **Market Buy** | +19.640 DOT | |
| Feb 11, 2021 | 499.99 USD | |
| **Market Buy** | +1,085.8 XLM | |
| Feb 11, 2021 | 500.00 USD | |

# History

**Orders** | Transfers

**Completed**

| | |
|---|---|
| Feb 15, 2021 | 100.00 USD |
| **Market Buy** | **+19.640 DOT** |
| Feb 11, 2021 | 499.99 USD |
| **Market Buy** | **+1,085.8 XLM** |
| Feb 11, 2021 | 500.00 USD |
| **Market Buy** | **+328.6 XRP** |
| Jul 13, 2019 | 110.04 USD |
| **Market Sell** | **-55.1 XRP** |
| Jun 4, 2019 | 21.97 USD |
| **Market Buy** | **+55.1 XRP** |
| Dec 21, 2018 | 19.99 USD |

12:11 

‹    **History**    Refresh

| Orders | **Transfers** |

197 Transfers    Filters

Completed

**Reward**
07/01/2022    +1.279 MATIC

**Reward**
07/01/2022    +0.641 DOT

**Reward**
07/01/2022    +2.1 XLM

**Reward**
07/01/2022    +3.0 ADA

**Reward**
07/01/2022    +0.003350 BTC

**Reward**
07/01/2022    +3.27 VGX

**Reward**
07/01/2022    +169483.1 SHIB

**Crypto Sent**
06/23/2022    -1988.41 USDT

Deposit

12:10

# History

Refresh

Orders | **Transfers**

## Completed

07/13/2019

| Deposit | |
|---|---|
| Rejected | +0.45 USD |

| Deposit | |
|---|---|
| 07/13/2019 | +100.05 USD |

| Deposit | |
|---|---|
| Rejected | +101.00 USD |

| Withdrawal | |
|---|---|
| 06/04/2019 | -21.97 USD |

| Deposit | |
|---|---|
| 12/21/2018 | +20.00 USD |