# EXHIBIT 2

**Case Name:** Voyager Digital Holdings, Inc., et al.
**Case No.:** 22-10943
**Claim Filed Date:** 07/08/2022

**Thank you for submitting a proof of claim against the case listed above. An email regarding the status of your submission, including a copy of your proof of claim form and attachment(s), if applicable, will be sent to you shortly.**

Any field which is displayed ending with an ellipsis (...) has been truncated on the Proof Of Claim form. The system has captured the entire field(s) value as entered.

Since your claim was filed electronically, you do not need to mail in a hard copy of your claim. If you have any additional supporting documentation that you would like to add to your claim, please mail it to the Claims Processing Center along with the copy of your electronically submitted proof of claim form and a letter indicating that the supporting documentation should be added.

Your proof of claim should appear on the case claims register within 2 business days of submission.

Additional supporting documentation can be submitted to the Claims Processing Center at the following address:

Claims Processing Center
c/o Stretto
410 Exchange, Ste 100
Irvine, CA 92602

If you have any questions, please contact Voyager Digital Holdings, Inc., et al. restructuring hotline at 855.812.6112 or inquiries@stretto.com.