# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | |
| ) | |
| VOYAGER DIGITAL HOLDINGS, INC., ) | Case No. 22-10943 (MEW) |
| and VOYAGER DIGITAL, LLC ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | Judge Michael E. Wiles |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Creditor JON GIACOBBE. Request is made that all documents filed in this case and identified below be served on the undersigned at the noted address.

Dated:    New York, New York
         September 1, 2022

/s/ A. Manny Alicandro, Esq.

A. Manny Alicandro
*Attorney for Creditor Jon Giacobbe*
11 Broadway, Suite 615
New York, NY 10004
Tel: (646) 509-3842
Email: manny@alicandrolawoffice.com

1