Joseph Kevin Akers
12701 126 Ave
Largo, Fl 33774

August 31, 2022



Dear Judge Wiles,

I would like to express my concern with the Voyager bankruptcy case. I invested in crypto coins with the Voyager company and had only read good things about the company and its management.

My concern is that of how a company can sell you the product, collect a commission and still own the product. I figured I was the owner of every purchase I made resultant of the "you own" statement on every window I open on my individual purchases. I naturally figured that Voyager was making plenty in commissions and their loans were made on that income stream. Had I known they were using all of my property to collateralize their loans I would have pulled out my assets immediately. They never mentioned the risky loans they had outstanding. Voyager was quick to assure you that your money was safe, insured to 250k. They could have told us that didn't include the USDC with as much vigor!

I've worked in sales all my life, I've never experienced a company selling products for commission and remaining the owner.

Thank you Judge Wiles for your help with this matter.

Kind regards,

Joseph Kevin Akers

Voyager customer

Joseph Kevin Akers
[illegible] Ave
Fargo, [illegible]

August [illegible], 2022

Dear Judge Wiles:

[illegible] with the Voyager bankruptcy [illegible] the Voyager company and had only good things about the company and its management.

My concern is that of how a company can sell you the product, collect a commission and still own the product. I figured I was the owner of every purchase I made. Instead of [illegible] statement on every [illegible] on my [illegible] purchases. I naturally figured that Voyager was making plenty in commissions and their loans were made on that income stream. Had I known they were using all of my property to collateralize their loans I would have pulled out my funds immediately. They never mentioned the risky loans they had outstanding. [illegible] was quick to assure you that your money was safe, insured to 250k. They could have told us that didn't include the USDC with no [illegible]!

I've worked in sales all my life, I've never experienced a company selling assets for commission and retaining the ownership.

[illegible] for your help with this matter.

Sincerely,

[illegible]

Joseph Kevin Akers

Joseph Kevin Akers
[illegible] Ave
Fargo, [illegible]

[illegible]