Joseph Kevin Akers
12701 126 Avenue
Largo, Fl 33774

September 01, 2022

Dear Judge Wiles,



RECEIVED SEP - 6 2022 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

I wanted to inform you of an email I received from Voyager on March 25, 2022 informing me, "The future's in full bloom." How many investors were misled by this statement. Voyager management, knowing that Three Arrows Capital was in default, continues to solicit investment with them months prior to the inevitable filing for bankruptcy.

Voyager management would have you believe they have their customers best interest in mind when in fact their actions to conceal the problems show that is not true.

On July 01, 2022 Voyager took possession of our assets resultant of poor decisions on their part to loan money to a questionable company. I firmly believe that Voyager customers should have had a vote in loaning decisions as the loans were collateralized with out assets. At the very least, their loans should have been disclosed to customers enabling them to decide whether to invest with, stay with or leave Voyager.

As I mentioned in my previous letter, Voyager was quick to tell us our money was insured to 250k at MCB but they let the large grey area go undefined regarding our money in USDC. We saw a significant uptick in texts from Voyager indicating the insurance with Voyager after the Luna crypto failure in May 2022.

In retrospect, this has been a very deceptive company.

Thank you Judge Wiles.

Regards,

*Joseph Kevin Akers*
Joseph Kevin Akers

Voyager customer

[illegible]

September 01, 2022

Dear Judge Wiles,

I wanted to inform [illegible] of an email I received from Voyager on March 18, 2022 informing [illegible] How many investors were enticed by [illegible] [illegible] continue to collect investment with them months prior to the Voyager filing for bankruptcy.

Voyager management would have you [illegible] they have their customers best interest in mind when in fact their actions [illegible] the proof [illegible] this is not true.

On July 01, 2022 Voyager took possession of our assets [illegible] all your decisions [illegible] part to [illegible] questionable [illegible] I firmly believe that Voyager customers should have had a vote in [illegible] as they were [illegible] with our assets. At the very least, their loans should have been [illegible] customers [illegible] to decide whether to invest [illegible] Voyager.

As I mentioned in my previous letter, Voyager was quick to tell its customers [illegible] to 250K in [illegible] but they [illegible] large grey area [illegible] regarding [illegible] in USDC [illegible] significant uptick in [illegible] indicating the [illegible] into Voyager after the Luna crypto failure in May 2022.

[illegible]

Thank you Judge Wiles.

Sincerely,

[illegible]

[illegible]

[illegible]