Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**SEPTEMBER 13, 2022, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | September 13, 2022, at 2:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

fees set forth therein.

## I. Matters Going Forward

1. ***FTI Retention Application.*** Application for Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 25, 2022 [Docket No. 318].

    Objection Deadline: September 6, 2022, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    A.  Notice of Adjournment of Certain Motions [Docket No. 378].

    **Status**: This matter is going forward.

2. ***McDermott Retention Application.*** Application for Order Authorizing the Employment and Retention of McDermott Will & Emery LLP as Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 22, 2022 [Docket No. 317].

    Objection Deadline: September 6, 2022, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    C.  First Supplemental Declaration of Darren Azman in Support of Application for Order Authorizing the Employment and Retention of McDermott Will & Emery LLP as Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., Et Al., Effective as of July 22, 2022 [Docket No. 385].

    D.  Supplemental Declaration of Jason Raznick in Support of Application for Order Authorizing the Employment and Retention of McDermott Will & Emery LLP as Counsel for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., Et Al., Effective as of July 22, 2022 [Docket No. 384].

    E.  Notice of Adjournment of Certain Motions [Docket No. 378].

    **Status**: This matter is going forward.

3. ***UCC RFI Motion.*** Motion of the Official Committee of Unsecured Creditors for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information, Effective as of July 19, 2022 [Docket No. 349].

   Objection Deadline: September 6, 2022, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None

   Related Documents:

   A.  Notice of Adjournment of Certain Motions [Docket No. 378].

   **Status**: This matter is going forward.

II.  **Adjourned Matters**

4. ***Extend Automatic Stay Motion.*** Debtors' Motion to Extend the Automatic Stay Or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation [Adv. Pro. No. 22-01138, Docket No. 2].

   Objection Deadline: October 3, 2022, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None.

   Related Documents:

   A.  Notice of Adjournment of Certain Motions [Docket No. 378].

   **Status**: This matter has been adjourned to October 18, 2022, at 2:00 p.m. (prevailing Eastern Time).

   [*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  September 9, 2022<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           jsussberg@kirkland.com<br>                      cmarcus@kirkland.com<br>                      christine.okike@kirkland.com<br>                      allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

KE 90036183