WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Telephone: (212) 510–0500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In re                                                                                          Chapter 11

VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1]           Case No. 22-10943 (MEW)

                              Debtors.                                             (Jointly Administered)
---------------------------------------------------------------X

### INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

The Section 341 Meeting of Creditors for the above-captioned case is scheduled for **August 30, 2022, at 11:00 a.m. EST** (the "Designated Meeting Time"). The meeting will be conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

**Meeting Dial-in No: 888-889-1954, and when prompted, enter the**

**Participant Code: 2991664, followed by #.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date: August 26, 2022

                                      Respectfully submitted,

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

By:   /s/ *Richard C. Morrissey*
       Richard C. Morrissey
       Trial Attorney
       U.S. Department of Justice
       Office of the United States Trustee
       201 Varick Street, Room 1006
       New York, New York 10014

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 22-10943-mew |
| Voyager Digital Holdings, Inc. | Chapter 11 |
| Voyager Digital, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Sep 07, 2022 | Form ID: pdf001 | Total Noticed: 81 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Voyager Digital Holdings, Inc., 33 Irving Place, 3rd Floor, New York, NY 10003-2332 |
| db | + | Voyager Digital, LLC, 78 SW 7th Street, 8th Floor, Miami, FL 33130-3402 |
| aty | + | Matthew E. McClintock, Goldstein & McClintock LLLP, 111 W Washington Street, Suite 1221, Chicago, IL 60602-3482 |
| intp | + | Adam Lavine, 1798 Hovenweep Road, Wesley Chapel, FL 33543-7234 |
| unk | + | Alameda Research Ventures LLC, 2000 Centre Street, 4th Floor, Berkeley, CA 94704-1223 |
| intp | + | Amano Global Holdings, Inc., 1798 Hovenweep Road, Wesley Chapel, FL 33543-7234 |
| unk | + | Chris Barski, Barski Law PLC, 9375 E. Shea Blvd. Suite 100, Scottsdale, AZ 85260-6986 |
| intp | + | Emerald Ocean Isle, LLC, 1798 Hovenweep Road, Wesley Chapel, FL 33543-7234 |
| unk | + | Illinois Secretary of State, Illinois Secretary of State, 100 W Randolph, Floor 13, Chicago, IL 60601-3273 |
| cr | + | Lisa Snyders, 4819 Longwater Way, Tampa, FL 33615-4216 |
| cr | + | Matthew Edwards, c/o Liz George and Associates, 8101 S Walker, Suite F, Oklahoma City, OK 73139-9406 |
| cr | + | Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016-1621 |
| unk | + | Michael Legg, 300 Crest Road, Ridgewood, NJ 07450-2437 |
| cr | + | Robert Snyders, 4819 Longwater Way, Tampa, FL 33615-4216 |
| intp | + | Shingo Lavine, 1798 Hovenweep Road, Wesley Chapel, FL 33543-7234 |
| intp | + | State of Wisconsin - Dep't of Financial Instutions, 17 West Main, P.O. Box 7857, Madison, WI 53707-7857 |
| cna | + | Stretto Claims Agent, 8269 E. 23rd Avenue, Suite 275, www.stretto.com, Denver, CO 80238-3597 |
| 7958883 | + | 1109 Love Ct, Virginia Beach, VA 23464-5011 |
| 7962452 | | 2813 S Kildare Ave, Chicago, IL 60623-4351 |
| 7966133 | + | 3204 Crescent dr, United States, Killeen, TX 76543-2846 |
| 7957672 | | 3551 Admiral Drive, North Charleston, SC 29405-7702 |
| 7967344 | + | A. Manny Alicandro, Attorney for Creditor Jon Giacobbe, 11 Broadway, Suite 615, New York, NY 10004-1490 |
| 7956650 | + | ANGEL MOON, 1617 VIA LAZO, PALOS VERDES ESTATES, CA 90274-1247 |
| 7964057 | | Abigail R. Ryan, Assistant Attorneys General, Office of the Attorney General of Texas, Bankruptcy & Collections Division, P. O. Box 12548 Austin, Texas 78711-2548 |
| 7957655 | + | Amanda Brennan, 1503 Largo Rd, Unit 103, HENRICO, VA 23238-4509 |
| 7964631 | + | Angelina E. Lim, Esq., Johnson, Pope, Bokor, Ruppel & Burns, LL, 401 E. Jackson Street, Suite 3100, Tampa, FL 33602-5228 |
| 7962453 | | Armando Bojorges, 2813 S Kildare Ave, Chicago, IL 60623-4351 |
| 7956653 | + | Brian Mark Wilson, 1931 Wagner Road, Batavia, IL 60510-9011 |
| 7957649 | + | Bryan Florence, 204 Birch Avenue, LaGrange, KY 40031-1308 |
| 7964785 | + | Chris D. Barski, Esq., BARSKI LAW PLC, 9375 E. Shea Blvd., Ste. 100, Scottsdale, Arizona 85260-6986 |
| 7957384 | + | Crystal Spithaler, 2506 Brandy Lane, Accokeek, MD 20607-3736 |
| 7956651 | + | DENTON YIP, 1617 VIA LAZO, PALOS VERDES ESTATES 90274-1247 |
| 7957660 | + | Dallas Hynes, 610 Sylvan Heights Way, Apt. 347, Nashville, TN 37209-4990 |
| 7961859 | + | Dalton Vanderbyl, 4512 N 198th Avenue, Litchfield AZ 85340-4577 |
| 7964028 | | Douglas T. Tabachnik, Esq., Law Offices of Douglas T. Tabachnik, P.C, 63 West Main Street, Suite C, Freehold, NJ 07728-2141 |
| 7957853 | + | Georgi Nikolov Georgiev, 3040 Courtside Dr, ROSEVEILLE, CA 95661-7918 |
| 7956627 | + | Hector Calderon, 1704 Gentle Wind Drive, Arlington, TX 76018-1846 |
| 7965358 | + | Ilana Volkov, Esq., McGRAIL & BENSINGER LLP, 888-C 8th Avenue #107, New York, New York 10019-8511 |
| 7964023 | + | J. Robert Forshey, Forshey & Prostok LLP, 777 Main Street, Suite 1550, Fort Worth, TX 76102-5384 |
| 7955918 | + | Jacob ryan Redburn, 29686 west 274th street, Paola, KS 66071-4101 |
| 7964022 | + | Jaffe Raitt Heuer & Weiss, P.C., Attn: Paul R. Hage, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8214 |
| 7956719 | + | Jamie Rehlaender, 1417 NE Thompson St, Unit 1, Portland, OR 97212-4203 |
| 7964059 | | Jason B. Binford, Assistant Attorneys General, Office of the Attorney General of Texas, Bankruptcy & Collections Division, P. O. Box 12548 Austin, Texas 78711-2548 |
| 7964630 | + | Jennifer Rood, Esq., Assistant General Counsel, Vermont Department of Financial Regulati, 89 Main Street, Third Floor, Montpelier, VT 05620-0009 |

22-10943-mew   Doc 394   Filed 09/09/22   Entered 09/10/22 00:09:55   Imaged
Certificate of Notice   Pg 4 of 8

| District/off: 0208-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf001 | Total Noticed: 81 |

| | | |
|---|---|---|
| 7967919 | + | Joanne Gelfand, AKERMAN LLP, 1251 Avenue of the Americas, 37th Floor, New York, New York 10020-1104 |
| 7967917 | + | John H. Thompson, AKERMAN LLP, 1251 Avenue of the Americas,, 37th Floor, New York, New York 10020-1104 |
| 7961651 | + | John J. Calandra, Joseph B. Evans, Gregg Steinman, Grayson Williams, McDermott Will & Emery LLP, One Vanderbilt Ave., New York, New York 10017-3807 |
| 7965550 | + | John P. Reding, Assistant Attorney General, Office of the Illinois Attorney General, 100 W. Randolph St, Fl. 13, Chicago, IL 60601-3218 |
| 7956378 | + | Keith Dorio, Po Box 121, Roswell, GA 30077-0121 |
| 7957514 | + | Kelleher Place Management, LLC, c/o Aaron L. Hammer, Esq., Nathan E. Delman, Esq., Horwood Marcus & Berk Chartered, 500 W. Madison St., Suite 3700 Chicago, IL 60661-4591 |
| 7960253 | + | Kimberly Bohle, 5775 Del Rey Avenue, Las Vegas, NV 89146-1201 |
| 7956404 | + | Lacyanna Leong, 5309 Mossy Stone Way, Rancho Cordova, CA 95742-8152 |
| 7964058 | | Layla D. Milligan, Assistant Attorneys General, Office of the Attorney General of Texas, Bankruptcy & Collections Division, P. O. Box 12548 Austin, Texas 78711-2548 |
| 7963785 | + | Lisa Snyders, c/o Angelina E. Lim, Esq., Johnson Pope, 401 E. Jackson St Ste 3100, Tampa, FL 33602-5228 |
| 7964038 | + | Lysbeth George, LIZ GEORGE AND ASSOCIATES, 8101 S. Walker, Suite F, Oklahoma City, Oklahoma 73139-9406 |
| 7964061 | + | MCDERMOTT WILL & EMERY LLP, John J. Calandra, Joseph B. Evans, One Vanderbilt Avenue, New York, NY 10017-3807 |
| 7964678 | + | MD Mahamudul Hasan, 71 Jefferson Ave. Apt. # 1, Brooklyn, NY 11216-5947 |
| 7964029 | + | Matthew E. McClintock, Esq., Harley Goldstein, Esq., Steve Yachik, Esq., Goldstein & McClintock LLLP, 111 W Washington Street, Suite 1221 Chicago, IL 60602-3482 |
| 7964024 | + | McDermott Will & Emery LLP, Darren Azman, One Vanderbilt Avenue, New York, NY 10017-3807 |
| 7964025 | | McDermott Will & Emery LLP, Charles R. Gibbs, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| 7956226 | + | Murphy Place Management, LLC, c/o Horwood Marcus & Berk Chartered, 500 W. Madison St., Ste 3700, Chicago, IL 60661-4591 |
| 7964787 | + | Nicholas R. Oleski, MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO.,, 1111 Superior Avenue East, Suite 2700, Cleveland, Ohio 44114-2519 |
| 7967916 | + | R. Adam Swick, AKERMAN LLP, 1251 Avenue of the Americas, 37th Floor, New York, New York 10020-1104 |
| 7964786 | + | Robert R. Kracht, MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO.,, 1111 Superior Avenue East, Suite 2700, Cleveland, Ohio 44114-2519 |
| 7963784 | + | Robert Snyders, c/o Angelina E. Lim, Esq., Johnson Pope, 401 E. Jackson St. Suite 3100, Tampa, FL 33602-5228 |
| 7955847 | + | Rod F Sweis, 7413 Margerum Ave, San Diego, CA 92120-2015 |
| 7964635 | | Roma N. Desai, Assistant Attorneys General, Office of the Attorney General of Texas, Bankruptcy & Collections Division, P. O. Box 12548 Austin, Texas 78711-2548 |
| 7956204 | + | Ryan Hourigan, 823 N Ambrosia, Mesa 85205-5464 |
| 7966230 | + | Sigmund S. Wissner-Gross, Esq., Kenneth J. Aulet, Esq., BROWN RUDNICK LLP, Seven Times Square, New York, New York 10036-6548 |
| 7966231 | + | Stephen A. Best, Rachel O. Wolkinson, 601 Thirteenth Street NW Suite 600, Washington, D.C. 20005-3807 |
| 7958660 | + | Steve Laird, c/o J. Robert Forshey, Forshey & Prostok, LLP, 777 Main Street, Suite 1550, Fort Worth, Texas 76102-5384 |
| 7957686 | + | Travis Shaver, 3551 Admiral Drive, North Charleston, SC 29405-7702 |
| 7962249 | + | Vermont Department of Financial Regulation, 89 Main Street, Montpelier, VT 05620-0009 |
| 7961884 | + | William Holder, 4330 Locke Street, Zachary, LA 70791-3916 |

TOTAL: 74

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: schristianson@buchalter.com | Sep 07 2022 19:05:00 | Oracle America, Inc., Buchaler PC, c/o Shawn M. Christianson, Esq., 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| intp | Email/Text: bcd@oag.texas.gov | Sep 07 2022 19:05:00 | Texas State Securities Board, c/o Texas Attorney General, Bankruptcy & Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 7964062 | Email/Text: wire@mwe.com | Sep 07 2022 19:05:00 | MCDERMOTT WILL & EMERY LLP, Gregg Steinman, 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131-2184 |
| 7959252 | + Email/Text: schristianson@buchalter.com | Sep 07 2022 19:05:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 7964026 | Email/Text: schristianson@buchalter.com | Sep 07 2022 19:05:00 | Shawn M. Christianson, Esq., Buchalter, A Professional Corporation, 425 Market St., Suite 2900, San Francisco, CA 94105 |
| 7962146 | + Email/Text: AGBankAGO@ag.tn.gov | Sep 07 2022 19:05:00 | TN Dept of Commerce and Insurance, c/o TN Attorney General's Office,, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 7964629 | + Email/Text: AGBankAGO@ag.tn.gov | | |

22-10943-mew    Doc 394    Filed 09/09/22    Entered 09/10/22 00:09:55    Imaged
Certificate of Notice    Pg 5 of 8

| District/off: 0208-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf001 | Total Noticed: 81 |

| | | Sep 07 2022 19:05:00 | TN Dept of Commerce and Insurance, c/o TN Attorney General's Office,, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202-4015 |
|---|---|---|---|

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Alameda Research LLC |
| unk | | Alameda Ventures Ltd., F20, 1st Floor, Eden Plaza, Eden Island, SEYCHELLES |
| unk | | Alireza Johartchi |
| unk | | Analicia V. |
| unk | | Analicia Van |
| unk | | Aristea Theodoropoulos |
| unk | | Aristea Theodoropoulus |
| unk | | Chris Mirabs |
| cr | | Christine Marcy |
| unk | | Christopher Paladino |
| unk | | Christopher Rouse |
| unk | | Dallas Basketball Limited, d/b/a Dallas Mavericks |
| unk | | Daniel Hawley |
| unk | | David. |
| unk | | Desiree Fire |
| unk | | Digant Goyal |
| unk | | Dlany Conny |
| unk | | Donald Angle |
| cr | | Ed Bolton |
| unk | | Georgia Department of Banking and Finance |
| unk | | Gerardo Pedraza |
| cr | | Glen Bascetta |
| unk | | Grant Pritchard |
| unk | | Gregory Foss |
| cr | | Hemavathi Payala |
| 3pp | | JON GIACOBBE |
| cr | | JON GIACOBBE |
| unk | | Jack Beeler |
| unk | | Jacob Redburn |
| unk | | Jacoub Hammodeh |
| cr | | Jason Raznick |
| unk | | Jennifer Walsh |
| unk | | Jennifer Walsh |
| cr | | Jeremy McAleer |
| cr | | John M. Ruda |
| unk | | John Suh Lee |
| cr | | Jon Quezada |
| unk | | Jon Quezada |
| cr | | Joseph Kevin Akers |
| cr | | Josh Ragusa |
| cr | | Juewett Bostick |
| cr | | Kelleher Place Management, LLC |
| cr | | Kim Bohle |
| unk | | Lisa Dagnoli |
| unk | | Marc Ruiz |
| unk | | Mark Cuban |
| unk | | Marquis Velazquez |
| cr | | Matthew Levitt & The Levitt Group |
| cr | | Murphy Place Management LLC |
| cr | | Nick Nardone |
| unk | | Niraj Jani |
| unk | | Noha Ali |

22-10943-mew    Doc 394    Filed 09/09/22    Entered 09/10/22 00:09:55    Imaged
Certificate of Notice    Pg 6 of 8

| District/off: 0208-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf001 | Total Noticed: 81 |

| | | |
|---|---|---|
| crcm | | Official Committee Of Unsecured Creditors |
| unk | | Ryan Bednarski |
| unk | | Ryan Hourigan |
| unk | | Sariena Carmichael |
| unk | | Shikar S. Partab |
| unk | | Steve Laird |
| unk | | Steven D. |
| cr | | Thomas N. Gibson |
| unk | | Trevor Brucker |
| cr | | USIO, Inc. |
| cr | | VT Department of Financial Regulation |
| unk | | Vincent T. Sasso |
| unk | | William George |
| unk | | Xiang Chi |
| unk | | Xiaojie Dai |
| cr | *+ | TN Dept of Commerce and Insurance, c/o TN Attorney General's Office,, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 3pd | *+ | Voyager Digital Holdings, Inc., 33 Irving Place, 3rd Floor, New York, NY 10003-2332 |
| 3pd | *+ | Voyager Digital, LLC, 78 SW 7th Street, 8th Floor, Miami, FL 33130-3402 |

TOTAL: 67 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

**Name**            **Email Address**

Aaron L. Hammer
   on behalf of Creditor Kelleher Place Management  LLC ahammer@hmblaw.com,
   ecfnotices@hmblaw.com;jguzzardo@hmblaw.com

Aaron L. Hammer
   on behalf of Creditor Murphy Place Management LLC ahammer@hmblaw.com
   ecfnotices@hmblaw.com;jguzzardo@hmblaw.com

Abigail Ryan
   on behalf of Interested Party Texas State Securities Board abigail.ryan@oag.texas.gov

Amy R. Wolf
   on behalf of Creditor Metropolitan Commercial Bank arwolf@wlrk.com  calert@wlrk.com

Andrew G. Dietderich
   on behalf of Creditor Alameda Research LLC dietdericha@sullcrom.com
   s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com

Angelina E. Lim
   on behalf of Creditor Robert Snyders angelinal@jpfirm.com  minervag@jpfirm.com;katherineb@jpfirm.com

Angelina E. Lim
   on behalf of Creditor Lisa Snyders angelinal@jpfirm.com  minervag@jpfirm.com;katherineb@jpfirm.com

Brian D. Glueckstein
   on behalf of Unknown Alameda Ventures Ltd. gluecksb@sullcrom.com

22-10943-mew    Doc 394    Filed 09/09/22    Entered 09/10/22 00:09:55    Imaged
Certificate of Notice    Pg 7 of 8

| District/off: 0208-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf001 | Total Noticed: 81 |

Brian D. Glueckstein
    s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Glueckstein
    on behalf of Creditor Alameda Research LLC gluecksb@sullcrom.com
    s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Glueckstein
    on behalf of Unknown Alameda Research Ventures LLC gluecksb@sullcrom.com
    s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Chris D. Barski
    on behalf of Unknown Chris Barski cbarski@barskilaw.com

Darren T. Azman
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors dazman@mwe.com
    mco@mwe.com;cgreer@mwe.com

Douglas T. Tabachnik
    on behalf of Attorney Matthew E. McClintock dtabachnik@dttlaw.com  rdalba@dttlaw.com

Douglas T. Tabachnik
    on behalf of Interested Party Emerald Ocean Isle  LLC dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T. Tabachnik
    on behalf of Interested Party Adam Lavine dtabachnik@dttlaw.com  rdalba@dttlaw.com

Douglas T. Tabachnik
    on behalf of Interested Party Amano Global Holdings  Inc. dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T. Tabachnik
    on behalf of Interested Party Shingo Lavine dtabachnik@dttlaw.com  rdalba@dttlaw.com

Ilana Volkov
    on behalf of Creditor Matthew Levitt & The Levitt Group ivolkov@mcgrailbensinger.com  ivolkov@mcgrailbensinger.com

J. Robert Forshey
    on behalf of Unknown Steve Laird bforshey@forsheyprostok.com
    calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;bforshey@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com

Jennifer Rood
    on behalf of Creditor VT Department of Financial Regulation jennifer.rood@vermont.gov

John Reding
    on behalf of Unknown Illinois Secretary of State john.reding@ilag.gov

Joshua Sussberg
    on behalf of Debtor Voyager Digital  LLC jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Plaintiff Voyager Digital Holdings  Inc. jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Debtor Voyager Digital Ltd. jsussberg@kirkland.com  hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Debtor Voyager Digital Holdings  Inc. jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Layla Milligan
    on behalf of Interested Party Texas State Securities Board Layla.Milligan@oag.texas.gov

Lysbeth George
    on behalf of Creditor Matthew Edwards liz@georgelawok.com

Marvin E. Clements, Jr.
    on behalf of Creditor TN Dept of Commerce and Insurance agbanknewyork@ag.tn.gov

Michael D. Morris
    on behalf of Interested Party State of Wisconsin - Dep't of Financial Instutions morrismd@doj.state.wi.us
    radkeke@doj.state.wi.us

Nathan Hovey
    on behalf of Unknown Georgia Department of Banking and Finance nhovey@law.ga.gov

Nicholas R. Oleski
    on behalf of Unknown Michael Legg nro@mccarthylebit.com

Paul R. Hage
    on behalf of Creditor Jason Raznick phage@jaffelaw.com  ttorni@jaffelaw.com

Roma N Desai
    on behalf of Interested Party Texas State Securities Board roma.desai@oag.texas.gov

District/off: 0208-1 | User: admin | Page 6 of 6
Date Rcvd: Sep 07, 2022 | Form ID: pdf001 | Total Noticed: 81

Shawn M. Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV

Zachary R. Russell
    on behalf of Debtor Voyager Digital LLC zacharyrussell@quinnemanuel.com

TOTAL: 36