Dear Judge Wiles,

A couple of things. I am trying to keep up with all the documents being submitted so quickly and so intensively on the Voyager cases (22-10943, 22-10944 and 22-10945). I am an average person and I have over $1million on the Voyager platform. I am not a lawyer and as you know, it would be very costly to get one on this case. I cannot afford with the expected losses to employ an attorney on my behalf, so I am trying as much as possible to sort through the language and documents to be best advised of the ongoings of the case.

I have a few comments that I really feel are important for you to know and consider.

I contacted the attorneys for the Unsecured Creditors Committee via email with questions and have heard nothing back. They had a forum on Reddit recently with questions and answers but the answers were canned and repetitive. I do believe our volunteers on the Creditors Committee are working hard, but I worry about our best interests being represented for the massive number of "average" investors and non-attorneys trying to follow this case. I could be completely but after going through this Voyager debacle I have become a skeptic. There are so many things written and so much deception from Mr. Ehrlich and the Debtors that at this point I just don't know who to trust.

I also think it's important that you know that it is not easy to file a Proof of Claim or get any information at all from Stretto on a claim that I "think" I filed correctly. I asked them the below questions on Friday of last week and have still not heard back. I know this case is moving forward at a record speed and things keep flying through the docket. Most of us do not work on this case full-time so I am finding it really hard to represent my best interests and keep a hold on important dates, hearings, filings, motions, etc. I am begging that you Judge Wiles, be our voice and our ears for the many, many unsecured, average, people putting our entire eggs in your basket to secure.

I found the US Trustee to be very responsive and helpful with the limited information he could provide.

Third, I did not realize that September 6th was the "due date" to file objections to motions for I think, tomorrow's hearing. I want to communicate to you directly that I STRONGLY OBJECT to the filing of docket 389. I do not think it is fair, justified, constitutional or within the best interests of the creditors to have ANY documents filed as "confidential material" or "highly confidential material," from the investigations, interviews or other with Voyager and/or their leaders, including Mr. Stephen Ehrlich, unless it is absolutely necessary and within the rights of the law and constitutional. This could cause some important information to be "hidden," or could limit the information provided to important creditors, law officials, future cases and/or other. Who decides what becomes "confidential" vs. "highly confidential?" Shouldn't that be decided at the US Trustee level or court level by you and yours in coordination with the Debtors? Some of the information from the tapes and interviews could be very important to us as creditors and could also be highly important to our best interests for this case and future cases.

I would also like to reiterate how important I feel it is that the costs are contained and reduced for the bonuses, salaries and continued corporate credit card usage on the debtors behalf. This is a bankruptcy chapter 11 filing and there have been multiple failures on multiple levels by voyager and their leadership group including Mr. Stephen Ehrlich. Why are we giving them continued high salaries and bonuses and corporate credit when essentially they failed at their position and their job?

I hope you consider at this hearing tomorrow the many people depending on you, your voice and your best judgement on our behalf.  Many of us cannot afford lawyers and law teams, investment advisors, special counsel, etc.  We are just average people and I beg of you, Honorable Judge Wiles, to please speak for our best interests and those of the unspoken.  I hope you can put yourself in our place and speak from that point of view.  I paid $70 to court solutions to listen to the hearing and I'm not sure if it's at 10 AM or 2 PM or even at all?

As a creditor that is "unsecured," I would strongly vote towards a sale of the entire company, Voyager et al, with the best and most equitable bidder coming out on top.  I would also strongly ask that we do NOT allow of "restructuring" of this company or with the same leadership.  This is nothing personal.  I have looked into the history of Voyager and these leaders and I believe they are unqualified, have participated in insider trading and have committed poor financial oversight for their customers and the crypto community overall.  Restructuring would be the LAST thing I would like to be a part of.  They have driven the company to bankruptcy with over-borrowing, over-committing and making POOR DECISIONS on many fronts on our behalf and on the company's behalf.  They love to spend our money and now are looking to erase those bad decisions and go their merry way.

Thank you Judge Wiles for your time, thought and I have the utmost confidence you will represent us all fairly.  Thank you from my family to yours.

Best regards,

Lisa Dagnoli
256 Millbrook Drive
East Longmeadow, MA 01028
LVeratti@icloud.com
cell 413-237-5870

From: Lisa Dagnoli
Sent: Friday, September 9, 2022 9:21 AM
To: voyagerinquiries@stretto.com
Subject: Claims for Lisa Dagnoli 5195

Hi I have a few questions on the email I received from Voyager digital restructuring on September 6 at 8:57 PM with the subject Voyager digital notice of claims deadline. First I have a few questions that I would love to have answered in completion as soon as possible to ensure I have all the information to ensure my claims are processed in full and as submitted.

1. I submitted three proofs of claim for each of the chapter 11 cases including 22-10943, 22-10944 and 22-10945. Do you have claims for each of these cases on my behalf filed?
2. What type of claim are each classified that I submitted? For example it says I have a general unsecured claim.  Does this apply to all three cases? Why am I a general unsecured claim and how did you classify my claim?
3. My claim is not subject to an offset is says.  What does this mean?  And why?
4. In reviewing the legal notice regarding the claim filing process that was linked in the email, can you confirm that all three of my proofs of claim submitted for each of the above three cases were submitted successfully and filed successfully?
5. On the stretto site if I look under claims I do not see mine since all of them say confidential creditor. How can I be sure that my claim is filed and recorded appropriately and successfully for all three cases?
6.  In step three of this email it says that we do not need to file a claim and no further action is required if the information recorded in the email for my crypto assets is correct. However my claim is or is not listed in the schedules filed by the debtors that I can see or am aware of.  Can you please confirm that my claims are scheduled and filed by the debtors?
7. Also in step three of the email it says that my claim could be scheduled as "disputed contingent or unliquidated". Can you confirm if my claims in all three cases are scheduled as any of these including disputed, contingent or unliquidated?
8. As mentioned I cannot see my claims on any of the schedules filed by the debtors since it says confidential creditor so how do I identify which claim is mine?
9. Can you please confirm that you received my three proof of claims via mail at Voyager claims processing care of stretto at the address provided in Irvine California?  Can you also confirm that you received with my proof of claims for all three cases the appropriate and complete supporting documentation required?


Thank you in advance for your quick response and assistance.


Lisa Dagnoli
256 Millbrook Dr
East Longmeadow, MA 01028
LVeratti@icloud.com
413-237-5870 (cell)