Richard M. Pachulski
Alan J. Kornfeld
Debra I. Grassgreen
Jason H. Rosell
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email: rpachulski@pszjlaw.com
 akornfeld@pszjlaw.com
 dgrassgreen@pszjlaw.com
 jrosell@pszjlaw.com

*Counsel to Pierce Robertson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | : | Case No. 22-10943 (MEW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |

------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, each of the undersigned counsel hereby appears on behalf of claimant, Pierce Robertson ("Claimant"), and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on the Claimant by and through his counsel as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

> Richard M. Pachulski
> Alan J. Kornfeld
> Debra I. Grassgreen
> Jason H. Rosell
> **PACHULSKI STANG ZIEHL & JONES LLP**
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, CA 90067
> Telephone: (310) 277-6910
> Email: rpachulski@pszjlaw.com
>        akornfeld@pszjlaw.com
>        dgrassgreen@pszjlaw.com
>        jrosell@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in these cases, and (iv) every pleading or report filed in these cases, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of Claimant to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

| | |
|---|---|
| Dated: September 13, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Jason H. Rosell* |
| | Richard M. Pachulski |
| | Alan J. Kornfeld |
| | Debra I. Grassgreen |
| | Jason H. Rosell |
| | 10100 Santa Monica Boulevard, 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (212) 561-7700 |
| | Email: rpachulski@pszjlaw.com |
| |       akornfeld@pszjlaw.com |
| |       dgrassgreen@pszjlaw.com |
| |       jrosell@pszjlaw.com |
| | |
| | *Counsel to Pierce Robertson* |

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in this case.

Dated: September 13, 2022          */s/ Jason H. Rosell*
                                                       Jason H. Rosell