Amy Brown
Verano Drive
Austin, TX 78735

August 26, 2022

Judge Michael Wiles
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green New York, NY 10004-1408

Re: Voyager Bankruptcy

Dear Judge Wiles:

    I understand that customers of Voyager will not receive their money back from Voyager. These individuals did not buy stock in Voyager – Voyager bought crypto for these customers with their own money. Why in the world would debtholders or anyone else have priority over customers' own funds that were not invested in the company?

    I understand that common stockholders are below debtholders, but customers are not common stockholders. They are customers who thought their funds were safe, and they should rank above every other claimant, not have to receive equity in a company they are not interested in investing in.

    Again, debtholders (and everyone else except for customers) should be subordinate to customers who placed their own money with Voyager to be invested in non-Voyager securities – Voyager was merely the agent. Why are customers' funds now subject to forfeiture? I hope action is taken against management for jeopardizing customers' funds.

    Thank you.

Sincerely,

Amy Brown