Ms. Jennifer Walsh
1801 N Flagler Dr Apt 511
West Palm Beach, FL  33407



September 9, 2022

Dear Judge Wiles,

I hope this letter finds you well...

As I continue writing to you on an intermittently, I hope you keep in mind the everlasting impact you have on the Crypto market and consumers' best interest.

Needless to say I was quite astonished at your latest move when you decided in favor of letting Voyager pay their staff (ridiculous) "bonuses" when innocent customers' lives are at stake and (potentially), financial ruin.

I will pray for you that you do not let us down in this case, and that you set the RIGHT precedent going forward...

If the crypto market learns from this landmark case that ultimately peoples' holdings are their own, then we have a real problem ahead of us...

Remember, you have the power with this case to set the right precedent - that customers' holdings are just that – customers' holdings, not the company's!

I did have the utmost faith in you, but your recent approval of the company bonuses has me worried...let's just hope you somehow redeem yourself here.  You will have to live with your conscious...

Please ensure we keep the value of our holdings and act with utmost fairness in all decision(s) you make.  Most importantly, take this opportunity to set the record straight for cyrpto markets everywhere – customers' holdings are customers' holdings, not that of the corporations!!

Treat Voyager as you would a Fidelity Investments, or Charles Schwab, etc.  Hopefully in the end you prove steadfast to delivering justice, not favoritism to Voyager.

Thank you in advance for your time.

Regards,

Jennifer Walsh,

A Voyager Customer whose Voice Shall Continue to Be Heard