Richard M. Pachulski, Esq.
Alan J. Kornfeld, Esq.
Debra I. Grassgreen, Esq.
Jason H. Rosell, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rpachulski@pszjlaw.com
   akornfeld@pszjlaw.com
   dgrassgreen@pszjlaw.com
   jrosell@pszjlaw.com

*Counsel to Pierce Robertson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
                                                              :
In re                                                         : Chapter 11
                                                              :
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,                     : Case No. 22-10943 (MEW)
                                                              :
                                                              : (Jointly Administered)
            Debtors.                                          :
--------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Debra I. Grassgreen, a member in good standing of the Bar of the States of California and Florida am admitted to practice before the United States District Courts for the Northern, Southern, Central and Eastern Districts of California, the United States Court of Appeals for the Fifth and Ninth Circuits, request admission to practice, *pro hac vice*, before the Honorable Michael E. Wiles to represent claimant, Pierce Robertson, in the proceedings in the above-referenced bankruptcy case.

I have submitted the filing fee of $200.00 with this *pro hac vice* motion for admission.

Dated: September 14, 2022
Los Angeles, California

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Debra I. Grassgreen*

Debra I. Grassgreen, Esq.
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Email: dgrassgreen@pszjlaw.com

*Counsel to Pierce Robertson*

Richard M. Pachulski, Esq.
Alan J. Kornfeld, Esq.
Debra I. Grassgreen, Esq.
Jason H. Rosell, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

*Counsel to Pierce Robertson*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re : Chapter 11
:
VOYAGER DIGITAL HOLDINGS, INC., *et al*., : Case No. 22-10943 (MEW)
:
: (Jointly Administered)
Debtors. :
---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Debra I. Grassgreen, to be admitted *pro hac vice*, to represent claimant, Pierce Robertson ("Claimant") in the above-referenced proceeding, and upon the movant's certification that the movant is a member in good standing of the bars in the State of California and Florida, it is hereby:

**ORDERED**, that Debra I. Grassgreen, Esq. is admitted to practice *pro hac vice* to represent Claimant in the proceedings in the above-referenced bankruptcy case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September __, 2022
New York, New York

_____
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE