Richard M. Pachulski, Esq.
Alan J. Kornfeld, Esq.
Debra I. Grassgreen, Esq.
Jason H. Rosell, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email:    rpachulski@pszjlaw.com
          akornfeld@pszjlaw.com
          dgrassgreen@pszjlaw.com
          jrosell@pszjlaw.com

*Counsel Pierce Robertson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re                                                           :     Chapter 11
                                                                :
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,                       :     Case No. 22-10943 (MEW)
                                                                :
                                                                :     (Jointly Administered)
                    Debtors.                                    :
----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Richard M. Pachulski, to be admitted ***pro hac vice***, to represent claimant, Pierce Robertson ("Claimant") in the above-referenced proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby:

**ORDERED**, that Richard M. Pachulski, Esq. is admitted to practice ***pro hac vice*** to represent Claimant in the proceedings in the above-referenced bankruptcy case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 15, 2022
New York, New York

s/Michael E. Wiles
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

4