**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES**
**OF VOYAGER DIGITAL HOLDINGS, INC. (CASE NO. 22-10943)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| Fill in this information to identify the case: | |
|---|---|
| **Debtor name:** Voyager Digital Holdings, Inc. | |
| **United States Bankruptcy Court for the:** Southern District of New York | |
| **Case number:** 22-10943 | ☑ **Check if this is an amended filing** |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: Undetermined
Priority amount: Undetermined

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**
N/A

**Basis for the claim:**
Potential Income Tax Liability

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Fill in this information to identify the case: |
|---|
| Debtor name: Voyager Digital Holdings, Inc. |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number: 22-10943 |

☑ **Check if this is an amended filing**

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | See Schedule G Attachment |

**AMENDED SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| Amendment Note | Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| Added | 1Password Service Agreement | N/A | Unknown | 1Password | 4711 Yonge Street | 1Th Floor | Toronto | Ontario | M2N 6K8 | Canada |
| Added | Amended Engagement And Fee Agreement: General Advice & Counseling, Handbook Review, Advice & Counsel R 2021 | N/A | Unknown | Jackson Lewis P.C. | 666 Third Avenue | | New York | NY | 10017-4030 | United States |
| Added | Marketing And Sponsorship Agreement | N/A | Unknown | Learfield Sports, Llc | Undetermined | | | | | |
| Added | Account Payment Services Agreement | N/A | Unknown | Metropolitan Commercial Bank | 99 Park Avenue | 12th Floor | New York | NY | 10016 | United States |
| Added | Consulting Agreement | 209 | Unknown | Name on File | Address on File | | | | | |
| Added | Soc Readiness And Advisory Services | N/A | Unknown | Online Business Systems | Undetermined | | | | | |
| Added | Master Services Order Form | 175 | Unknown | Pada Ventures,Inc. D/B/A Growrk Remote | 3534 Fifth Ave | | San Diego | CA | 9213 | United States |
| Added | Tuple'S Terms Of Service | N/A | Unknown | Tuple, Llc | 135 Willow Ave | | Somerville | MA | 2144 | United States |
| Added | Co-Marketing Agreement | 824 | Unknown | Usio, Inc. | Undetermined | | | | | |
| Added | Stock Purchase Agreement | N/A | Unknown | Usio, Inc. | Undetermined | | | | | |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Voyager Digital Holdings, Inc. |
| **United States Bankruptcy Court for the:** Southern District of New York |
| **Case number:** 22-10943 |

☑ **Check if this is an amended filing**

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*     Schedule E/F, Part 1; Schedule G

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 9/15/2022 | /s/ Stephen Ehrlich |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Stephen Ehrlich |
| | Printed name |
| | Chief Executive Officer and Co-Founder of Voyager |
| | Position or relationship to debtor |