UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC. | ) | Case No. 22-10943-MEW |
| | ) | |
| Debtors. | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stephen S. Manning, request admission, ***pro hac vice,*** before the Honorable Michael E. Wiles, to represent the Washington State Department of Financial Institutions, an Interested Party in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Washington and, if applicable, the bar of the U.S. District Court for the Western District of Washington and U.S. Court of Appeals for the Ninth Circuit.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Date: September 19, 2022

Respectfully submitted,

ROBERT W. FERGUSON
Attorney General

*/s/ Stephen S. Manning*
STEPHEN S. MANNING, WSBA #36965
Assistant Attorney General

Office of the Attorney General
Government Compliance & Enforcement Div.
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
Stephen.manning@atg.wa.gov
GCEEF@atg.wa.gov