UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
JON GIACOBBE

**Defendant / Respondent:**
Voyager Digital Holdings, Inc.; Voyager Digital, LLC

**AFFIDAVIT OF SERVICE**
Index No:
Bankruptcy Case No.: 22-10943-mew

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022. That on Fri, Sep 09 2022 AT 10:57 AM AT 33 IRVING PLACE 3RD FLOOR, NEW YORK, NY 10003 deponent served the within SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; CHAPTER 11; EXHIBIT 1; EXHIBIT 2 on VOYAGER DIGITAL HOLDINGS, INC.

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.
- [X] **Business:** By serving the above on VOYAGER DIGITAL HOLDINGS, INC. by delivering a true copy thereof to "JOHN DOE", WEWORK DESK ATTENDANT, a person authorized to accept service.
- [ ] **Suitable Person:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below.
- [ ] **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Sep 9, 2022, 10:57 am EDT at 33 IRVING PLACE 3RD FLOOR, NEW YORK, NY 10003 received by "JOHN DOE". Served upon party authorized to accept.

**Description:**
Age: 27   Skin Color: Caucasian   Gender: Female   Weight: 140
Height: 5'9"   Hair: Black   Relationship: WEWORK DESK ATTENDANT

Other   Recipient refused to provide name. The above address is a WeWork location. The desk attendant at WeWork would not confirm whether this is Voyager Digital Holdings, Inc.'s business location.

Sworn to before me on 9/12/22

_____ 9/12/22   _____
Michael Gorman                Notary Public
1381333

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6333791
Qualified in New York County
Commission Expires Nov. 26, 2022

# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES BANKRUPTCY COURT, COUNTY OF SOUTHERN DISTRICT   CASE NO: Bankruptcy Case No.: 22-10943-mew
Plaintiff / Petitioner: JON GIACOBBE
vs.
Defendant / Respondent: Voyager Digital Holdings, Inc.; Voyager Digital, LLC

---

I NASIM DEHGHANI being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Fri, Sep 09, 2022 deponent served the within:
SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; CHAPTER 11; EXHIBIT 1; EXHIBIT 2 on VOYAGER DIGITAL HOLDINGS, INC. at the address 33 IRVING PLACE 3RD FLOOR, NEW YORK, NY 10003 by enclosing a copy of same in a postpaid wrapper properly addressed to the above recipient and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services, Mailed on 09/09/2022 via:

First Class Mail Envelope marked "Personal and Confidential".

*(check all that apply)*

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[ ] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (_____)
[ ] RETURN RECEIPT REQUESTED marked "Personal and Confidential" Receipt Number (_____)
[ ] OVERNIGHT MAILING marked "Personal and Confidential" Receipt Number (_____)

---

Sworn to me on the 9/12/22

Notary Public

BRIAN D. RICKS
Notary Public, State of New York
Reg. No. 01RI6380701
Qualified in New York County
Commission Expires Nov. 26, 2022

NASIM DEHGHANI   9/12/22

---

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022