**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC. | ) | Case No. 22-10943-MEW |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stephen S. Manning, to be admitted, pro *hac vice,* to represent the Washington State Department of Financial Institutions, (the "Client") an Interested Party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Washington and, if applicable, the bar of the U.S. District Court for the Western District of Washington, and U.S. Court of Appeals for the Ninth Circuit, it is hereby

**ORDERED,** that Stephen S. Manning, Esq., is admitted to practice, pro *hac vice,* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 22, 2022         **s/Michael E. Wiles**
New York, New York                United States Bankruptcy Judge