Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) | (Jointly Administered) |

**NOTICE OF SUCCESSFUL BIDDER**

     **PLEASE TAKE NOTICE** that, on August 5, 2022, the Court entered the *Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief* [Docket No. 248] (the "Bidding Procedures Order"). The approved bidding procedures (the "Bidding Procedures") were attached as Exhibit 1 to the Bidding Procedures Order.[2]

     **PLEASE TAKE FURTHER NOTICE** that, on September 6, 2022, the Debtors filed the *Notice of Auction* [Docket No. 379].

     **PLEASE TAKE FURTHER NOTICE** that, on September 13, 2022, pursuant to the Bidding Procedures Order, the Debtors commenced the Auction.

     **PLEASE TAKE FURTHER NOTICE** that, upon the conclusion of the Auction, the Debtors, in the exercise of their business judgement, and in consultation with the Committee, selected West Realm Shires Inc. ("FTX US") as the Winning Bidder with respect to the Acquired Assets (as defined in the Asset Purchase Agreement).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Capitalized terms used in this notice and not immediately defined have the meanings given to such terms in the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, as soon as reasonably practicable, Debtor Voyager Digital, LLC (as Seller) and FTX US (as Purchaser), will enter into that certain asset purchase agreement memorializing the Successful Bid (the "Asset Purchase Agreement").

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Debtors' entry into the Asset Purchase Agreement is scheduled to be heard before the Honorable Michael E. Wiles in the United States Bankruptcy Court on **Wednesday, October 19, 2022, at 2:00 p.m. (prevailing Eastern Time)**. Objections to the proposed Sale are due **Wednesday, October 12, 2022, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, as soon as reasonably practicable, the Debtors will file an amended Plan and Disclosure Statement to seek consummation of the Sale pursuant to the Plan. A hearing on the adequacy of the Disclosure Statement is scheduled to be heard before the Honorable Michael E. Wiles in the United States Bankruptcy Court on **Wednesday, October 19, 2022, at 2:00 p.m. (prevailing Eastern Time)**. Objections to the adequacy of the Disclosure Statement are due **Wednesday, October 12, 2022, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Successful Bidder is subject to the terms and conditions of the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

\* \* \* \* \*

| | |
|---|---|
| Dated: September 26, 2022<br>New York, New York | */s/ Joshua A. Sussberg, P.C.*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          jsussberg@kirkland.com<br>                     cmarcus@kirkland.com<br>                     christine.okike@kirkland.com<br>                     allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |