**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 23, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on five (5) confidential parties not listed herein:

- **Notice of Deadline Requiring Submission of Proofs of Claim on or Before October 3, 2022, and Related Procedures for Submitting Proofs of Claim in the Above-Captioned Chapter 11 Cases** (Substantially in the Form of **Exhibit B** to **Docket No. 218**)

- **Proof of Claim – Form 410 and Instructions** (Substantially in the Form of **Exhibit A** to **Docket No. 218**)

Furthermore, on September 23, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Bar Date Notice Package [Customized]**

- **Proof of Claim – Form 410 and Instructions** (Substantially in the Form of **Exhibit A** to **Docket No. 218**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

- **Notice of Deadline Requiring Submission of Proofs of Claim on or Before October 3, 2022, and Related Procedures for Submitting Proofs of Claim in the Above-Captioned Chapter 11 Cases** (Substantially in the Form of **Exhibit B** to **Docket No. 218**)

Dated: September 27, 2022

Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27th day of September 2022 by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# Exhibit A

**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| 1PASSWORD | 4711 YONGE STREET | 1TH FLOOR | TORONTO | ON | M2N 6K8 | CANADA |
| ACTIMIZE | 221 RIVER ST | 1TH FLOOR | HOBOKEN | NJ | 07030 | |
| ADA SUPPORT INC. | 371 FRONT STREET W | SUITE 314 | TORONTO | ON | M5V 3S8 | CANADA |
| ADOBE | 345 PARK AVENUE | | SAN JOSE | CA | 9511-274 | |
| ANCHORAGE | 491 S. ISABEL PLACE | SUITE 2 | SIOUX FALLS | SD | 57180 | |
| CELSIUS | 35 GREAT ST. HELEN'S | | LONDON | | EC3A 6AP | UNITED KINGDOM |
| CITRIX | 851 CYPRESS CREEK ROAD | | FORT LAUDERDALE | FL | 33309 | |
| CNW GROUP, LTD. | 88 QUEENS QUAY STREET | SUITE 3 RBC WATERPARK PLACE | TORONTO | ON | M5J B8 | CANADA |
| DIGICERT | 281 NORTH THANKSGIVING WAY | SUITE 5 | LEHI | UT | 84043 | |
| DOCUSIGN | 221 MAIN ST. | SUITE 155 | SAN FRANCISCO | CA | 94105 | |
| DV CHAIN, LLC | 216 WEST JACKSON BLVD | 3RD FLOOR | CHICAGO | IL | 60606 | |
| FIGMA | 116 NEW MONTHOMERY STREET | SUITE 4 | SAN FRANSISCO | CA | 94105 | |
| FIREBLOCKS INC OR LTD | 33 IRVING PLACE | SUITE 36 | NEW YORK | NY | 10003 | |
| FUNDSTRAT | 150 EAST 52ND ST | 3RD FLOOR | NEW YORK | NY | 10022 | |
| GODADDY | 2155 E. GODADDY WAY | | TEMPE | AZ | 85284 | |
| HANNAH SOAR | TRUE NORTH SPORTS | 55 TABOR PLACE | SOUTH BURLINGTON | VT | 05403 | |
| INDIANAOPLIS MOTOR SPEEDWAY | 479 W. 16TH ST. | | INDIANAPOLIS | IN | 46222 | |
| IQTALENT PARTNERS, INC. | 21 4TH AVE N | SUITE 13 | NASHVILLE | TN | 37218 | |
| ITERABLE | 71 STEVENSON ST | SUITE 3 | SAN FRANSISCO | CA | 94105 | |
| JAMF | 1 WASHINGTON AVE S | SUITE 11 | MINNEAPOLIS | MN | 55401 | |
| LASTPASS | 32 SUMNER STREET | | BOSTON | MA | 02125 | |
| MELTWATER | 61 MONTGOMERY ST | #18 | SAN FRANSISCO | CA | 94104 | |
| METROPOLITAN COMMERCIAL BANK | 99 PARK AVENUE | 12TH FLOOR | NEW YORK | NY | 10016 | |
| MIRO | 21 SPEAR STREET | SUITE 11 | SAN FRANCISCO | CA | 94105 | |
| OKTA | 1 FIRST STREET | 6TH FLOOR | SAN FRANSISCO | CA | 94105 | |
| ORGANIC, INC. | 22 EAST 42ND ST | | NEW YORK | NY | 10017 | |
| PADA VENTURES,INC. D/B/A GROWRK REMOTE | 3534 FIFTH AVE | | SAN DIEGO | CA | 92103 | |
| TUPLE, LLC | 135 WILLOW AVE | | SOMERVILLE | MA | 02144 | |
| WRIKE, INC. | 7 NORTH 2ND STREET | | SAN JOSE | CA | 95113 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PO BOX 7346 | PHILADELPHIA | PA | 19101 |
| STEPHEN EHRLICH | 33 IRVING PLACE SUITE 3060 | NEW YORK | NY | 10003 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1