**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No.: 22-10943 (MEW) <br><br> (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION
SERVICE AND ALL SERVICE LISTS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws its appearance as counsel for Matthew Levitt in this case, and requests that service upon of all notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and requests that counsel be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.

Dated: September 28, 2022
   New York, New York

                                           **McGRAIL & BENSINGER LLP**
                                           **(Former Counsel for Matthew Levitt)**

                                       By:  Ilana Volkov, Esq.
                                               888-C 8th Avenue, #107
                                               New York, New York 10019
                                               ivolkov@mcgrailbensinger.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.