Richard M. Pachulski, Esq.
Alan J. Kornfeld, Esq. (
Debra I. Grassgreen, Esq.
Jason H. Rosell, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rpachulski@pszjlaw.com
 akornfeld@pszjlaw.com
 dgrassgreen@pszjlaw.com
 jrosell@pszjlaw.com

*Counsel to Pierce Robertson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11
                                                                :
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,                       :   Case No. 22-10943 (MEW)
                                                                :
                                                                :   (Jointly Administered)
                        Debtors.                                :
----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joseph M. Kaye, a member in good standing of the Bar of the State of Florida admitted to practice before the United States District Courts for the Southern, Middle and Northern Districts of Florida, the State of North Carolina and the Eleventh Circuit Court of Appeals request admission to practice, *pro hac vice*, before the Honorable Michael E. Wiles to represent claimant, Pierce Robertson, in the proceedings in the above-referenced bankruptcy case.

I have submitted the filing fee of $200.00 with this *pro hac vice* motion for admission.

Dated: September 28, 2022
Coral Gables, Florida

        THE MOSKOWITZ LAW FIRM

        */s/ Joseph M. Kaye*
        Joseph M. Kaye, Esq.
        2 Alhambra Plaza, Suite 601
        Coral Gables, FL 33134-5269
        Telephone: (305) 740-1423
        Email: Joseph@moskowitz-law.com

        *Counsel to Pierce Robertson*

Richard M. Pachulski, Esq.
Alan J. Kornfeld, Esq.
Debra I. Grassgreen, Esq.
Jason H. Rosell, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

*Counsel Pierce Robertson*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re : Chapter 11
:
VOYAGER DIGITAL HOLDINGS, INC., *et al.*, : Case No. 22-10943 (MEW)
:
: (Jointly Administered)
Debtors. :
---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Joseph M. Kaye, to be admitted *pro hac vice*, to represent claimant, Pierce Robertson ("Claimant") in the above-referenced proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida, it is hereby:

**ORDERED**, that Joseph M. Kaye, Esq. is admitted to practice *pro hac vice* to represent Claimant in the proceedings in the above-referenced bankruptcy case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September __, 2022
New York, New York

_____
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE