Richard M. Pachulski (admitted *pro hac vice*)
Alan J. Kornfeld
Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email:   rpachulski@pszjlaw.com
         akornfeld@pszjlaw.com
         dgrassgreen@pszjlaw.com
         jrosell@pszjlaw.com

*Counsel to Creditor Pierce Robertson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
VOYAGER DIGITAL HOLDINGS, INC., *et al*.,                       :    Case No. 22-10943 (MEW)
                                                                :
                                                                :    (Jointly Administered)
         Debtors.[1]                                            :
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION FOR**
**ADMISSION TO PRACTICE, *PRO HAC VICE***

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws without prejudice the Motion for Admission to Practice, *Pro Hac Vice of Adam M. Moskowitz*, filed on September 28, 2022 [Docket No. 466].

Dated: September 28, 2022          PACHULSKI STANG ZIEHL & JONES LLP

                                   */s/ Jason H. Rosell*
                                   Richard M. Pachulski (admitted *pro hac vice*)
                                   Alan J. Kornfeld

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (212) 561-7700
Email: rpachulski@pszjlaw.com
        akornfeld@pszjlaw.com
        dgrassgreen@pszjlaw.com
        jrosell@pszjlaw.com

*Counsel to Creditor Pierce Robertson*