**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., et al.,[1] | Case No. 22-10943-MEW |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that the attorney set forth below hereby appear as counsel for the Washington State Department of Financial Institutions, by and through the Office of the Attorney General of Washington, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Stephen Manning
Assistant Attorney General
Office of the Attorney General of Washington
Government Compliance and Enforcement Division
P. O. Box 40100
Olympia, WA  98504-4010
Phone: 360-534-4846 Fax: 360-664-0229

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: September 29, 2022                    Respectfully submitted,

                                             ROBERT FERGUSION
                                             Attorney General of Washington

                                             */s/ Stephen Manning*
                                             STEPHEN MANNING
                                             Washington State Bar No. 36965
                                             Attorney General of Washington
                                             Government Enforcement and Compliance
                                             P. O. Box 40100
                                             Olympia, WA  98504-0100
                                             Telephone: (360)
                                             Facsimile: (360) 664-0229
                                             stephen.manning@atg.wa.gov
                                             Attorney for Washington State
                                             Department of Financial Institutions

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on September 29, 2022.

                                             */s/ Stephen Manning*
                                             STEPHEN MANNING
                                             Assistant Attorney General