**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS INC., *et al.*,<br><br>         Debtors | Chapter 11<br><br>No. 22-10943 (MEW)<br><br>(Jointly Administered) |

CHEROKEE
———
ACQUISITION

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**VOY-15355**

Name and Current Address of Transferor:

**VOY-15355**

Name of Transferee:

**NovaWulf Digital Parallel Master Fund, L.P.**

Name and Address where notices and payments to transferee should be sent:

**NovaWulf Digital MGP, Ltd.**
**Attn: Michael Abbate**
**9 Federal Street**
**Easton, MD 21601**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 6781 | VOY-15355 | Unliquidated | Voyager Digital Ltd. | 22-10944 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                Date: September 29, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Identity of Transferor


Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.