UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER DENYING SHAIK TAJ BABA'S MOTION TO HONOR (OR) DISHONOR MY BOTH MARKET BUY AND BLOCKCHAIN CRYPTO TRANSFER ORDERS WHICH TOOK PLACE AFTER DEBTORS FROZE VOYAGER TRADING PLATFORM ON JULY 1, 2022 AND GRANT RELATED RELIEF**

On September 29, 2022, the Court held a hearing on Shaik Taj Baba's *Motion to Honor (or) Dishonor My Both Market Buy and Blockchain Crypto Transfer Orders Which Took Place After Debtors Froze Voyager Trading Platform on July 1, 2022 and Grant Related Relief* [Docket No. 375] (the "<u>Motion</u>") and considered the Motion, objections, and arguments of counsel and found the Motion was properly noticed. Pursuant to Federal Civil Rule 52, made applicable in bankruptcy proceedings by Bankruptcy Rule 7052, the Court stated its findings of fact and conclusions of law on the record.

For the reasons set forth by the Court in its oral ruling, the Court finds and concludes that the Motion should be denied without prejudice. It is, therefore HEREBY ORDERED THAT:

1. The Motion is denied without prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

2. The parties are authorized to take all actions necessary or appropriate to effectuate the relief granted herein.

3. Notwithstanding anything to the contrary in the Motion, this Order, or any finding announced at the hearing, nothing in the Motion, this Order, or announced at the hearing constitutes a finding under the federal securities laws as to whether crypto tokens or transactions involving crypto tokens are securities, and the right of the United States Securities and Exchange Commission to challenge transactions involving crypto tokens on any basis are expressly reserved.

4. This Order shall be immediately effective and enforceable upon its entry.

Dated: New York, New York
      September 30, 2022

                                      /s/ **Michael E. Wiles**
                                      THE HONORABLE MICHAEL E. WILES
                                      UNITED STATES BANKRUPTCY JUDGE