Judge Michael Wiles
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green, New York NY 10004-1408
Courtroom: 617

Re: Voyager Bankruptcy

Your Honor:

I am a Voyager customer with a considerable number of crypto coins locked up in their platform. I have been informed by Voyager via email that they have selected FTX to acquire their digital assets subject to a vote by the creditors and approval by the court via a hearing that is scheduled on October 19, 2022. The email goes on to state that the amount that will be returned to us will not be finalized until <u>after</u> this hearing, yet we are asked to vote on allowing this sale and acquisition to go through. How can we vote on something when there has been no transparency regarding its impacts and financial consequences on us, the voter and customer? It is very possible, being that they listed customers as "unsecured creditors," that we get anywhere from no money back to an unknown amount less than whole.

At this time, Voyager has all knowledge of their company finances along with the claims against them (which were due October 3, 2022) and their acquisition bid price. However, as customers we have been provided no estimate of our expected returns yet, and expected to vote without this knowledge. Even if exact amounts are undetermined until court proceedings are finalized, I am sure they can provide customers an estimate, or a range; e.g. the expected return for customers for their cyrpto coins is 30-50 percent (or similar).

With that said, Your Honor, I kindly request that you please consider requiring that Voyager inform us, the customers, of the anticipated return to be given back to us <u>before</u> we can vote and, definitely <u>before</u> the bid is finalized, so we can provide a properly informed vote.

Thank you in advance for your time,

Sincerely,

Andrew Rizk, P.E.