**Michael Simari**

9 Nathan Pratt Drive, Unit 1
Concord, MA 01742
978-804-2021

US BC – Southern District of New York
Honorable Michael E. Wiles
One Bowling Green
New York, NY 10004-1408

October 5, 2021

Dear Honorable Judge Michael E. Wiles,

Thank you for your discretion over the Voyager bankruptcy case, my family has faith that you are doing the best that you can for unsecured creditors. I had been waiting to write this, as frankly it is entirely too depressing for me to put to writing, until more information was released on the sale of the Voyager. In fact, my USDC was in cash until the day before Chapter 11 was declared on news that Voyager accepted a $500m loan to fill the 3AC hole, only to hours later being locked out.

We (wife, 2-year-old son - Lucas, 90 lb boxer - Obie, and myself) sold our condo in November 2020 and moved into a 900 sq ft apartment for months trying to land the house of our dreams. In early 2021 we were blessed with the news of a pregnancy, and for the following 8 months made several desperate attempts to overbid for a home only to finally move into a slightly larger 'short term rental unit'.

Shortly after the birth of our beautiful baby boy (Benjamin) he was hospitalized at 6 weeks old to complications of RSV and sick for the 7 months to follow. Thankfully he had 2 surgeries in August and has since been on a steady upward trajectory.

We thought the USDC was FDIC insured so we moved all the proceeds from the sale of our home to Voyager for period we took off the home search to care for our sick child. It was always our plan to pull the money to purchase a home, then on July 5th had to rescind an offer on the home of our dreams because we had no idea how long our money would be locked up.

The money in this account was the light at the end of the tunnel for our family, a shining light showing that we would be able to purchase a forever home and provide for Lucas and Benny's future. Losing even 20% of those funds will reduce the home we will be able to purchase by 10% and thus the opportunity for us to better the lives of our 2 boys.

My family is desperately asking that you protect our account as every cent is accounted for in our budget for the next 5-8 years.

Desperately,

**Michael Simari**
Father/Husband
Michael.A.Simari@gmail.com