The Honorable Judge Michael Wiles,

My account was hacked in October of 2021. I noticed monies drafted out of my US bank account by Voyager without my authorization. I contacted Voyager immediately, and then contacted US Bank. US Bank closed my account and began a fraud investigation with Voyager. We requested a full accounting of all purchases from Voyager. They sent us an excel spreadsheet. We found $15,000 in crypto was purchased without my authorization. The spreadsheet showed a purchase of Algorand on October 30th, which I did not purchase. It showed a purchase of Polkadot on October 23rd, that I did not purchase; Matic on October 24th , then another Matic on October 27th, and finally, Vechain on November 3rd. All of those I did not purchase, nor did I authorize. US Bank worked with Voyager to figure it out. I was then contacted by US Bank and they said they worked it out with Voyager and removed those purchases from my account and refunded me $14,000. I was told my account value was approximately $78,000 before they settled and after they settled, it was approximately $64,000. After that, I opened up a new bank account with US Bank and tried to link it to Voyager, which did not work. I contacted Voyager several times trying to set it up.
However, at the time I was and still am in the middle of going through Cancer. I had a lot going on with surgery, treatments, and doctors' appointments, I was sick at the time as a result of the treatment. Therefore, I did not spend any more time with Voyager after they settled everything. I assumed everything was back to normal with my account. I never heard from nor did I receive anything from Voyager stating there was a problem with my account.

Later, I was notified by Voyager that they had filed for bankruptcy. After that, I received an email stating that I owed Voyager $14,000 and because the crypto market crashed, my value was now below $14,000 and I was going to lose all of my assets.
I was shocked! This was the first time I heard I owed Voyager any money. They agreed and gave me the money back that was taken out of my account, which was clear when you look at the bank statements and the spreadsheet they sent me. There is no disputing those facts. Also, if they did not agree why then did they refund my money to US Bank? Why didn't they send me a notice letting me know when they settled, which was nearly a year ago? This does not make any sense. Had I known a year ago, I would have contacted Voyager and tried to work it out and if we would have failed to work it out, I would have removed all of my assets from Voyager. I would have then waited until I could afford an attorney to go after my $15,000. I just found out after preparing all of this documentation, that I am actually owed $15,000, not $14,000 – this is evident on the statement and spreadsheet.

If I had known this, I would have all of my assets and would not have been with Voyager and caught up in this Bankruptcy issue. This seems very deceitful and corrupt!
I never had problems with Voyager until my bank account was hacked and stolen from. I find it very disturbing that I didn't get notified that I owe Voyager money until after they filed for bankruptcy. How convenient! This is wrong!

Attached are my bank statements showing the money taken out, additionally, a copy of the spreadsheet Voyager sent me back then. It has the coin dates and amounts that I did not authorize to buy. I put lines under and an X next to them to match up. Attached are emails I sent to Voyager months ago, confirming the issues I was having. This is part of our retirement. I believe these assets that I own on Voyager will be worth something when the market turns around. Unfortunately, I am going through health issues and my medical bills are ridiculously high.  I can't afford to lose a dime of my assets. Again, none of my assets would be involved in this bankruptcy had Voyager sent me some sort of notice stating that they changed their minds. I am asking the courts if they would please grant me the release of all of my assets minus the ones I did not purchase which are clearly marked.

Thank you for your consideration in this matter.

Respectfully,

Aaron Niman (505) 933-0728





The information below, is what I believe belongs to me.  I am asking for relief from the courts that the assets listed below, are return to me in their entirety.

| Portfolio | | |
|---|---|---|
| Positions | Quantity | Value |
| DOGE DogeCoin | 39,770.2 | $2,600.97 |
| VET VeChain | 34,438.9 | $823.08 |
| STMX StormX | 31.0 | $0.22 |
| CKB Nervos N... | 35,184.7 | $134.75 |
| XVG Verge | 7,288.9 | $24.63 |
| SHIB Shiba Inu | 712,493,... | $8,200.79 |
| BTT BitTorrent | 1,352,24... | $1,041.23 |

4