David M. Posner
Kelly E. Moynihan
**KILPATRICK TOWNSEND &
STOCKTON LLP**
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
Facsimile:  (212) 775-8800
Email: dposner@kilpatricktownsend.com
          kmoynihan@kilpatricktownsend.com

Paul M. Rosenblatt, Esq.
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile:  (404) 815-6555
Email: prosenblatt@kilpatricktownsend.com

*Counsel to Ad Hoc Group of Equity Interest Holders*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : |  |
|  | : | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., et al.,[1] | : | Case No. 22-10943 (MEW) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - :

## SECOND AMENDED VERIFIED STATEMENT
## PURSUANT TO BANKRUPTCY RULE 2019

In connection with the above-captioned chapter 11 cases (the "Chapter 11 Cases"),

Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend") hereby submits this amended

verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy

Procedure ("Bankruptcy Rule 2019") with respect to the representation of a group of equity interest

holders (the "Ad Hoc Group of Equity Interest Holders" or the "AHG") of Voyager Digital Ltd.

("VDL"), a debtor and debtor-in-possession in these Chapter 11 Cases.

1.        Attached hereto as **Exhibit A** is a list of the names and addresses[2] of each member

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] To protect the personal information of each member, the address listed for each member is Kilpatrick Townsend's business address (c/o Kilpatrick Townsend & Stockton LLP, Attn: David M. Posner, The Grace Building, 1114

of the Ad Hoc Group of Equity Interest Holders and each member's disclosable economic interests in accordance with Bankruptcy Rule 2019, in the amount set forth in Exhibit A (accurate as of October 11, 2022 and reflects the approximate number of VDL shares held by each member as of July 5, 2022). The information contained in Exhibit A is based upon information provided by the members of AHG and is subject to change.

2.      On or about September 19, 2022, AHG retained Kilpatrick Townsend and Dundon Advisers, LLC in connection with the above-captioned Chapter 11 Cases.

3.      On September 19, 2022, Kilpatrick Townsend filed its original *Verified Statement Pursuant to Rule 2019* [Dkt. No. 436].

4.      On September 30, 2022, Kilpatrick Townsend filed its *First Amended Verified Statement Pursuant to Rule 2019* [Dkt. No. 482].

5.      Should additional members join the AHG, Kilpatrick Townsend will file additional Statements as necessary to comply with Bankruptcy Rule 2019.

6.      Each member of the AHG has consented to Kilpatrick Townsend's representation of the group. Kilpatrick Townsend does not represent any member of the AHG in its individual capacity.

7.      Furthermore, upon information and belief formed after due inquiry, Kilpatrick Townsend has no independent claims against or equity interests in VDL or its affiliated debtor entities.

8.      The information contained in this Statement and/or Exhibit A attached hereto is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose, including, without limitation, any restriction or limitation on the rights, abilities, or arguments of the AHG. Nothing in this Statement or Exhibit A hereto, should be construed as (i)

---

Avenue of the Americas, New York, NY 10036) and the email address for each member is listed as dposner@kilpatricktownsend.com .

a limitation upon, or waiver of, any member's right to assert, file, and/or amend claims, if any, in accordance with applicable law and any orders entered in these Chapter 11 Cases, or (ii) an admission with respect to any fact or legal theory. Kilpatrick Townsend reserves the right to amend or supplement this Statement on behalf of the AHG.

9.      The undersigned verify that the foregoing is true and correct to the best of their knowledge.

Dated:      October 11, 2022
            New York, NY

AD HOC GROUP OF
EQUITY INTEREST HOLDERS
By its Counsel,

**KILPATRICK TOWNSEND &
STOCKTON LLP**
By:  */s/ David S. Posner*
David M. Posner
Kelly E. Moynihan
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
Facsimile:  (212) 775-8800
Email: dposner@kilpatricktownsend.com
            kmoynihan@kilpatricktownsend.com

-and-

**KILPATRICK TOWNSEND &
STOCKTON LLP**
Paul M. Rosenblatt, Esq.
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile:  (404) 815-6555
Email: prosenblatt@kilpatricktownsend.com

**EXHIBIT A**

**Names, Addresses, and Nature of Disclosable Economic Interests of AHG Members**

| NAME[3] | APPROXIMATE NUMBER OF VDL SHARES[4] | OTHER DISCLOSABLE ECONOMIC INTERESTS |
|---|---|---|
| STEPHEN TALLEY | 538,809 | Certain interests arising from status as a proposed class member in the class action, De Sousa v. Voyager Digital Ltd. et al., Ontario Superior Court of Justice File No. CV-22-683699-00CP. |
| RYAN VICE | 148,249 | Certain interests arising from status as a proposed class member in the class action, De Sousa v. Voyager Digital Ltd. et al., Ontario Superior Court of Justice File No. CV-22-683699-00CP. |
| FRANCINE DE SOUSA | 13,000 | Certain interests arising from status as lead plaintiff in the class action, *De Sousa v. Voyager Digital Ltd. et al.*, Ontario Superior Court of Justice File No. CV-22-683699-00CP. |
| DHESAKA JAYASURIYA | 1,983 | Certain interests arising from status as a proposed class member in the class action, De Sousa v. Voyager Digital Ltd. et al., Ontario Superior Court of Justice File No. CV-22-683699-00CP. |
| MICHEL LASSONDE | 3,000 | Certain interests arising from status as a proposed class member in the class action, De Sousa v. Voyager Digital Ltd. et al., Ontario Superior Court of Justice File No. CV-22-683699-00CP. |
| SHIKAR PARTAB | 4,515 | |
| DAVID STEPHENSON | 1,877 | |

---

[3] The addresses and contact information for all members of the Ad Hoc Group of Equity Interest Holders are provided as c/o Kilpatrick Townsend & Stockton LLP, Attn: David M. Posner, The Grace Building, 1114 Avenue of the Americas, New York, NY 10036 and the email address for each member is listed as dposner@kilpatricktownsend.com.

[4] To the best of Kilpatrick Townsend's knowledge, the information provided in this column is accurate as of October 11, 2022 and reflects the approximate number of VDL shares held by each member as of July 5, 2022.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 11, 2022, I caused a true and exact copy of the foregoing

**SECOND AMENDED VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE**

**2019** to be filed electronically with the Clerk of the Court using the CM/ECF system which in turn

will send notification of such filing to all interested parties of record.

/s/ *David M. Posner*
David M. Posner