Richard M. Pachulski, Esq.
Alan J. Kornfeld, Esq.
Debra I. Grassgreen, Esq.
Jason H. Rosell, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com

*Counsel to Pierce Robertson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | : | Case No. 22-10943 (MEW) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Matthew Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA 94104.

On October 11, 2022, I caused to be served the below documents via: (i) electronic mail, on the parties identified on the Master Email Service List attached hereto as **Exhibit A**;

and (ii) First Class Mail on the parties identified on the Master Service List attached hereto as

**Exhibit B**:

- *Objection of Pierce Robertson to Debtors' Motion for Entry of an Order (I) Authorizing Entry Into the Asset Purchase Agreement and (II) Granting Related Relief* [Docket No. 507]

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 11, 2022, at San Francisco, California.

*/s/ Matthew J. Renck*
Matthew J. Renck

**EXHIBIT A**

**(Service By Email)**

| | | |
|---|---|---|
| AD HOC GROUP OF EQUITY INTEREST HOLDERS OF VOYAGER DIGITAL LTD.<br>C/O KILPATRICK TOWNSEND & STOCKTON LLP<br>DPOSNER@KILPATRICKTOWNSEND.COM;<br>KMOYNIHAN@KILPATRICKTOWNSEND.COM | AD HOC GROUP OF EQUITY INTEREST HOLDERS OF VOYAGER DIGITAL LTD.<br>C/O KILPATRICK TOWNSEND & STOCKTON LLP<br>PROSENBLATT@KILPATRICKTOWNSEND.COM | ALAMEDA RESEARCH LLC<br>C/O SULLIVAN & CROMWELL LLP<br>dietdericha@sullcrom.com;<br>gluecksteinb@sullcrom.com;<br>bellerb@sullcrom.com |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL<br>OAG@DC.GOV | ED BOLTON<br>C/O AKERMAN LLP<br>ADAM.SWICK@AKERMAN.COM;<br>JOHN.THOMPSON@AKERMAN.COM;<br>JOANNE.GELFAND@AKERMAN.COM | EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE<br>C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.<br>DTABACHNIK@DTTLAW.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE<br>C/O GOLDSTEIN & MCCLINKOCK LLLP<br>MATTM@GOLDMCLAW.COM;<br>HARLEYG@RESTRUCTURINGSHOP.COM;<br>STEVENY@GOLDMCLAW.COM | FRANCINE DE SOUSA<br>C/O SISKINDS LLP<br>ANTHONY.OBRIEN@SISKINDS.COM | FRANCINE DE SOUSA<br>C/O SISKINDS LLP<br>MICHAEL.ROBB@SISKINDS.COM;<br>GARETT.HUNTER@SISKINDS.COM |
| ILLINOIS SECRETARY OF STATE<br>C/O OFFICE OF THE ILLINOIS ATTORNEY GENERAL<br>JOHN.REDING@ILAG.GOV | JASON RAZNICK<br>C/O JAFFE RAITT HEUER & WEISS, P.C.<br>PHAGE@JAFFELAW.COM | JON GIACOBBE<br>ATTN: A. MANNY ALICANDRO<br>MANNY@ALICANDROLAWOFFICE.COM |
| KELLEHER PLACE MANAGEMENT, LLC<br>C/O HORWOOD MARCUS & BERK CHARTERED<br>AHAMMER@HMBLAW.COM;<br>NDELMAN@HMBLAW.COM;<br>ECFNOTICES@HMBLAW.COM | MARK CUBAN AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS<br>C/O BROWN RUDNICK LLP<br>SBEST@BROWNRUDNICK.COM;<br>RWOLKINSON@BROWNRUDNICK.COM | MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS<br>C/O BROWN RUDNICK LLP<br>SWISSNER-GROSS@BROWNRUDNICK.COM;<br>KAULET@BROWNRUDNICK.COM |
| MATTHEW EDWARDS<br>C/O LIZ GEORGE AND ASSOCIATES<br>GEORGELAWOK@GMAIL.COM | MATTHEW LEVITT<br>C/O MCGRAIL & BENSINGER LLP<br>IVOLKOV@MCGRAILBENSINGER.COM | METROPOLITAN COMMERCIAL BANK<br>C/O WACHTELL, LIPTON, ROSEN & KATZ<br>RGMASON@WLRK.COM;<br>ARWOLF@WLRK.COM;<br>AKHERRING@WLRK.COM |
| METROPOLITAN COMMERCIAL BANK<br>C/O BALLARD SPAHR LLP<br>SINGERG@BALLARDSPAHR.COM | MICHAEL GENTSCH<br>C/O BARSKI LAW PLC<br>CBARSKI@BARSKILAW.COM | MICHAEL LEGG<br>C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO.<br>RRK@MCCARTHYLEBIT.COM;<br>NRO@MCCARTHYLEBIT.COM |

| | | |
|---|---|---|
| MURPHY PLACE MANAGEMENT LLC<br>C/O HORWOOD MARCUS & BERK CHARTERED<br>ahammer@hmblaw.com;<br>ndelman@hmblaw.com;<br>ecfnotices@hmblaw.com | OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DIST OF NEW YORK<br>RICHARD.MORRISSEY@USDOJ.GOV;<br>MARK.BRUH@USDOJ.GOV | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: BRANDON MULLENBERG<br>BRANDONMULLENBERG2022@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: BYRON WALKER<br>BYWALKER01@GMAIL.COM | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: CHRISTOPHER MOSER<br>CHRISMMOSER@GMAIL.COM | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O MCDERMOTT WILL & EMERY LLP<br>CRGIBBS@MWE.COM;<br>GWILLIAMS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O MCDERMOTT WILL & EMERY LLP<br>DAZMAN@MWE.COM;<br>JCALANDRA@MWE.COM;<br>JBEVANS@MWE.COM | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O MELISSA AND ADAM FREEDMAN<br>FREEMANMELISSAC@GMAIL.COM | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O MCDERMOTT WILL & EMERY LLP<br>GSTEINMAN@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: RICHARD KISS FOR THINCAT TRUST<br>RICHARD.KISS@GMAIL.COM | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: RUSSELL G. STEWART<br>RUSS.STEWART@TMF.MORTGAGE.COM | ORACLE AMERICA, INC.<br>C/O BUCHALTER<br>SCHRISTIANSON@BUCHALTER.COM |
| PIERCE ROBERTSON<br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>RPACHULSKI@PSZJLAW.COM;<br>AKORNFELD@PSZJLAW.COM;<br>DGRASSGREEN@PSZJLAW.COM;<br>JROSELL@PSZJLAW.COM | ROBERT SNYDERS & LISA SNYDERS<br>C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP<br>ANGELINAL@JPFIRM.COM | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>NYROBankruptcy@SEC.GOV | SECURITIES & EXCHANGE COMMISSION<br><br>SECBANKRUPTCY-OGC-ADO@SEC.GOV | STATE OF ALABAMA<br>OFFICE OF THE ATTORNEY GENERAL<br>CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@ALASKA.GOV | STATE OF ARIZONA<br>OFFICE OF THE ATTORNEY GENERAL<br>AGINFO@AZAG.GOV | STATE OF ARKANSAS<br>OFFICE OF THE ATTORNEY GENERAL<br>OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA<br>OFFICE OF THE ATTORNEY GENERAL<br>XAVIER.BECERRA@DOJ.CA.GOV | STATE OF COLORADO<br>OFFICE OF THE ATTORNEY GENERAL<br>CORA.REQUEST@COAG.GOV | STATE OF CONNECTICUT<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@CT.GOV |
| STATE OF HAWAII<br>OFFICE OF THE ATTORNEY GENERAL<br>HAWAIIAG@HAWAII.GOV | STATE OF IDAHO<br>OFFICE OF THE ATTORNEY GENERAL<br>STEPHANIE.GUYON@AG.IDAHO.GOV | STATE OF ILLINOIS<br>OFFICE OF THE ATTORNEY GENERAL<br>MICHELLE@LISAMADIGAN.ORG |
| STATE OF IOWA<br>OFFICE OF THE ATTORNEY GENERAL<br>CONSUMER@AG.IOWA.GOV | STATE OF KANSAS<br>ATTN: ATTORNEY GENERAL DEREK SCHMIDT<br>DEREK.SCHMIDT@AG.KS.GOV | STATE OF LOUISIANA<br>DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE<br>ADMININFO@AG.STATE.LA.US |

| | | |
|---|---|---|
| STATE OF MAINE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@MAINE.GOV | STATE OF MARYLAND<br>OFFICE OF THE ATTORNEY GENERAL<br>OAG@OAG.STATE.MD.US | STATE OF MISSOURI<br>OFFICE OF THE ATTORNEY GENERAL<br>CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA<br>OFFICE OF THE ATTORNEY GENERAL<br>CONTACTDOJ@MT.GOV | STATE OF NEW HAMPSHIRE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEYGENERAL@DOJ.NH.GOV | STATE OF NEW MEXICO<br>OFFICE OF THE ATTORNEY GENERAL<br>HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA<br>OFFICE OF THE ATTORNEY GENERAL<br>NDAG@ND.GOV | STATE OF OKLAHOMA<br>OFFICE OF THE ATTORNEY GENERAL<br>QUESTIONS@OAG.OK.GOV | STATE OF OREGON<br>OFFICE OF THE ATTORNEY GENERAL<br>ELLEN.ROSENBLUM@DOG.STATE.OR.US;<br>ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND<br>OFFICE OF THE ATTORNEY GENERAL<br>AG@RIAG.RI.GOV | STATE OF UTAH<br>OFFICE OF THE ATTORNEY GENERAL<br>UAG@UTAH.GOV | STATE OF UTAH<br>OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES<br>UAG@UTAH.GOV |
| STATE OF VERMONT<br>OFFICE OF THE ATTORNEY GENERAL<br>AGO.INFO@VERMONT.GOV | STATE OF WEST VIRGINIA<br>OFFICE OF THE ATTORNEY GENERAL<br>CONSUMER@WVAGO.GOV | STEVE LAIRD<br>C/O FORSHEY & PROSTOK LLP<br>BFORSHEY@FORSHEYPROSTOK.COM |
| TEXAS DEPARTMENT OF BANKING<br>C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>JASON.BINFORD@OAG.TEXAS.GOV;<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV;<br>ABIGAIL.RYAN@OAG.TEXAS.GOV;<br>ROMA.DESAI@OAG.TEXAS.GOV | TEXAS STATE SECURITIES BOARD<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ABIGAIL.RYAN@OAG.TEXAS.GOV;<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV;<br>JASON.BINFORD@OAG.TEXAS.GOV | TN DEPT OF COMMERCE AND INSURANCE<br>C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION<br>AGBANKNEWYORK@AG.TN.GOV |
| TORONTO STOCK EXCHANGE<br><br>WEBMASTER@TMX.COM | VERMONT DEPARTMENT OF FINANCIAL REGULATION<br>C/O ASSISTANT GENERAL COUNSEL<br>JENNIFER.ROOD@VERMONT.GOV | |

**EXHIBIT B**

**(Service by U.S. First Class Mail)**

| | | |
|---|---|---|
| Voyager Digital Holdings, Inc.<br>Attention: Stephen Ehrlich and David Brosgol<br>33 Irving Place, Suite 3060<br>New York, NY 10003 | Kirkland & Ellis LLP<br>Attention: Joshua A. Sussberg; Christopher Marcus;<br>Christine A. Okike; Allyson B. Smith<br>601 Lexington Avenue<br>New York, NY 10022 | McDermott Will & Emery LLP<br>Attention: Darren Azman; Joseph B. Evans;<br>Grayson Williams; Gregg Steinman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852 |
| Office of the United States Trustee<br>for the Southern District of New York<br>U.S. Federal Office Building<br>Attention: Richard Morrissey; Mark Bruh<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Chambers of the Honorable Michael E. Wiles<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | ALAMEDA VENTURES LTD<br>F20 1ST FLOOR, EDEN PLAZA<br>EDEN ISLAND, SEYCHELLES |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | SPECIAL COUNSEL TO DEBTOR VOYAGER DIGITAL, LLC<br>C/O QUINN EMANUEL URQUHART & SULLIVAN LLP<br>ATTN: SUSHEEL KIRPALANI, KATE SCHERLING, & ZACHARY RUSSELL<br>51 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10010 | STATE OF GEORGIA<br>OFFICE OF THE ATTORNEY GENERAL<br>40 CAPITOL SQ SW<br>ATLANTA, GA 30334 |
| STATE OF INDIANA<br>OFFICE OF THE INDIANA ATTORNEY GENERAL<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W WASHINGTON ST, 5TH FLOOR<br>, IN 46204 | STATE OF KENTUCKY<br>ATTORNEY GENERAL - DANIEL CAMERON<br>700 CAPITAL AVENUE, SUITE 118<br>FRANKFORT, KY 40601 | STATE OF MASSACHUSETTS<br>ATTORNEY GENERAL'S OFFICE<br>1 ASHBURTON PLACE, 20TH FLOOR<br>BOSTON, MA 2108 |
| STATE OF MICHIGAN<br>DEPARTMENT OF ATTORNEY GENERAL<br>525 W OTTAWA ST<br>LANSING, MI 48906 | STATE OF MISSISSIPPI<br>OFFICE OF THE ATTORNEY GENERAL<br>WALTER SILLERS BUILDING<br>550 HIGH ST, PO BOX 220<br>JACKSON, MS 39201 | STATE OF NEBRASKA<br>OFFICE OF THE ATTORNEY GENERAL<br>2115 STATE CAPITOL<br>LINCOLN, NE 68509 |

| | | |
|---|---|---|
| STATE OF NEVADA<br>OFFICE OF THE ATTORNEY GENERAL<br>OLD SUPREME COURT BUILDING<br>100 N CARSON ST<br>CARSON CITY, NV 89701 | STATE OF NEW JERSEY<br>OFFICE OF THE ATTORNEY GENERAL<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL, WEST WING BOX 080<br>TRENTON, NJ 8611 | STATE OF NEW YORK<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>2ND FLOOR<br>ALBANY, NY 12224 |
| STATE OF NORTH CAROLINA<br>OFFICE OF THE ATTORNEY GENERAL<br>114 W EDENTON ST<br>RALEIGH, NC 27603 | STATE OF OHIO<br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS, OH 43215 | STATE OF PENNSYLVANIA<br>OFFICE OF THE ATTORNEY GENERAL<br>STRAWBERRY SQUARE 16TH FL<br>HARRISBURG, PA 17120 |
| STATE OF SOUTH CAROLINA<br>OFFICE OF THE ATTORNEY GENERAL<br>REMBERT C. DENNIS BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA, SC 29201 | STATE OF SOUTH CAROLINA<br>OFFICE OF THE ATTORNEY GENERAL<br>PO BOX 11549<br>COLUMBIA, SC 29211 | STATE OF SOUTH DAKOTA<br>OFFICE OF THE ATTORNEY GENERAL<br>1302 E HIGHWAY 14, STE 1<br>PIERRE, SD 57501-8501 |
| STATE OF TENNESSEE<br>OFFICE OF THE ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | STATE OF TEXAS<br>OFFICE OF THE ATTORNEY GENERAL<br>300 W. 15TH ST<br>AUSTIN, TX 78701 | STATE OF WASHINGTON<br>OFFICE OF THE ATTORNEY GENERAL<br>1125 WASHINGTON ST SE<br>OLYMPIA, WA 98501 |
| STATE OF WASHINGTON<br>OFFICE OF THE ATTORNEY GENERAL<br>PO BOX 40100<br>OLYMPIA, WA 98504-00 | STATE OF WISCONSIN<br>OFFICE OF THE ATTORNEY GENERAL<br>17 WEST MAIN STREET, ROOM 114 EAST P<br>MADISON, WI 53702 | STATE OF WYOMING<br>OFFICE OF THE ATTORNEY GENERAL<br>109 STATE CAPITOL<br>CHEYENNE, WY 82002 |
| TEXAS SECURITIES BOARD<br>C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ATTN: ROMA N. DESAI<br>ASSISTANT ATTORNEY GENERAL<br>PO BOX 12548<br>BANKRUPTCY & COLLECTIONS DIVISION<br>AUSTIN, TX 78711-2548 | NEY’S OFFICE<br>SOUTHERN DISTRICT OF NEW YORK<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTORNEY GENERAL OF THE U.S.<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 |

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>C/O ALDRIDGE PITE, LLP<br>ATTN: GREGORY A. WALLACH<br>15 PIEDMONT CENTER<br>3573 PIEDMONT ROAD N.E.<br>ATLANTA, GA 30305 | | |