Richard M. Pachulski, Esq.
Alan J. Kornfeld, Esq.
Debra I. Grassgreen, Esq.
Jason H. Rosell, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email:    rpachulski@pszjlaw.com
              akornfeld@pszjlaw.com
              dgrassgreen@pszjlaw.com
              jrosell@pszjlaw.com

*Counsel to Pierce Robertson*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | : | Case No. 22-10943 (MEW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA          )
                                                    )
CITY OF SAN FRANCISCO    )

I, Matthew Renck, am employed in the city and county of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA 94104.

On October 11, 2022, I caused to be served the below documents via: (i) electronic mail, on the parties identified on the Master Email Service List attached hereto as **Exhibit A**;

DOCS_SF:108066.1 75003/001

and (ii) First Class Mail on the parties identified on the Master Service List attached hereto as

**Exhibit B**:

- *Supplemental Objection of Pierce Robertson to First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 512]

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 11, 2022, at San Francisco, California.

*/s/ Matthew J. Renck*
Matthew J. Renck

# EXHIBIT A

## (Service By Email)

| | | |
|---|---|---|
| AD HOC GROUP OF EQUITY INTEREST HOLDERS OF VOYAGER DIGITAL LTD.<br>C/O KILPATRICK TOWNSEND & STOCKTON LLP<br>DPOSNER@KILPATRICKTOWNSEND.COM;<br>KMOYNIHAN@KILPATRICKTOWNSEND.COM | AD HOC GROUP OF EQUITY INTEREST HOLDERS OF VOYAGER DIGITAL LTD.<br>C/O KILPATRICK TOWNSEND & STOCKTON LLP<br>PROSENBLATT@KILPATRICKTOWNSEND.COM | ALAMEDA RESEARCH LLC<br>C/O SULLIVAN & CROMWELL LLP<br>dietdericha@sullcrom.com;<br>gluecksteinb@sullcrom.com;<br>bellerb@sullcrom.com |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL<br>OAG@DC.GOV | ED BOLTON<br>C/O AKERMAN LLP<br>ADAM.SWICK@AKERMAN.COM;<br>JOHN.THOMPSON@AKERMAN.COM;<br>JOANNE.GELFAND@AKERMAN.COM | EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE<br>C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.<br>DTABACHNIK@DTTLAW.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE<br>C/O GOLDSTEIN & MCCLINKOCK LLLP<br>MATTM@GOLDMCLAW.COM;<br>HARLEYG@RESTRUCTURINGSHOP.COM;<br>STEVENY@GOLDMCLAW.COM | FRANCINE DE SOUSA<br>C/O SISKINDS LLP<br>ANTHONY.OBRIEN@SISKINDS.COM | FRANCINE DE SOUSA<br>C/O SISKINDS LLP<br>MICHAEL.ROBB@SISKINDS.COM;<br>GARETT.HUNTER@SISKINDS.COM |
| ILLINOIS SECRETARY OF STATE<br>C/O OFFICE OF THE ILLINOIS ATTORNEY GENERAL<br>JOHN.REDING@ILAG.GOV | JASON RAZNICK<br>C/O JAFFE RAITT HEUER & WEISS, P.C.<br>PHAGE@JAFFELAW.COM | JON GIACOBBE<br>ATTN: A. MANNY ALICANDRO<br>MANNY@ALICANDROLAWOFFICE.COM |
| KELLEHER PLACE MANAGEMENT, LLC<br>C/O HORWOOD MARCUS & BERK CHARTERED<br>AHAMMER@HMBLAW.COM;<br>NDELMAN@HMBLAW.COM;<br>ECFNOTICES@HMBLAW.COM | MARK CUBAN AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS<br>C/O BROWN RUDNICK LLP<br>SBEST@BROWNRUDNICK.COM;<br>RWOLKINSON@BROWNRUDNICK.COM | MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS<br>C/O BROWN RUDNICK LLP<br>SWISSNER-GROSS@BROWNRUDNICK.COM;<br>KAULET@BROWNRUDNICK.COM |
| MATTHEW EDWARDS<br>C/O LIZ GEORGE AND ASSOCIATES<br>GEORGELAWOK@GMAIL.COM | MATTHEW LEVITT<br>C/O MCGRAIL & BENSINGER LLP<br>IVOLKOV@MCGRAILBENSINGER.COM | METROPOLITAN COMMERCIAL BANK<br>C/O WACHTELL, LIPTON, ROSEN & KATZ<br>RGMASON@WLRK.COM;<br>ARWOLF@WLRK.COM;<br>AKHERRING@WLRK.COM |
| METROPOLITAN COMMERCIAL BANK<br>C/O BALLARD SPAHR LLP<br>SINGERG@BALLARDSPAHR.COM | MICHAEL GENTSCH<br>C/O BARSKI LAW PLC<br>CBARSKI@BARSKILAW.COM | MICHAEL LEGG<br>C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO.<br>RRK@MCCARTHYLEBIT.COM;<br>NRO@MCCARTHYLEBIT.COM |

| | | |
|---|---|---|
| MURPHY PLACE MANAGEMENT LLC<br>C/O HORWOOD MARCUS & BERK CHARTERED<br>ahammer@hmblaw.com;<br>ndelman@hmblaw.com;<br>ecfnotices@hmblaw.com | OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DIST OF NEW YORK<br>RICHARD.MORRISSEY@USDOJ.GOV;<br>MARK.BRUH@USDOJ.GOV | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: BRANDON MULLENBERG<br>BRANDONMULLENBERG2022@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: BYRON WALKER<br>BYWALKER01@GMAIL.COM | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: CHRISTOPHER MOSER<br>CHRISMMOSER@GMAIL.COM | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O MCDERMOTT WILL & EMERY LLP<br>CRGIBBS@MWE.COM;<br>GWILLIAMS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O MCDERMOTT WILL & EMERY LLP<br>DAZMAN@MWE.COM;<br>JCALANDRA@MWE.COM;<br>JBEVANS@MWE.COM | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O MELISSA AND ADAM FREEDMAN<br>FREEMANMELISSAC@GMAIL.COM | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O MCDERMOTT WILL & EMERY LLP<br>GSTEINMAN@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: RICHARD KISS FOR THINCAT TRUST<br>RICHARD.KISS@GMAIL.COM | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: RUSSELL G. STEWART<br>RUSS.STEWART@TMF.MORTGAGE.COM | ORACLE AMERICA, INC.<br>C/O BUCHALTER<br>SCHRISTIANSON@BUCHALTER.COM |
| PIERCE ROBERTSON<br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>RPACHULSKI@PSZJLAW.COM;<br>AKORNFELD@PSZJLAW.COM;<br>DGRASSGREEN@PSZJLAW.COM;<br>JROSELL@PSZJLAW.COM | ROBERT SNYDERS & LISA SNYDERS<br>C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP<br>ANGELINAL@JPFIRM.COM | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>NYROBankruptcy@SEC.GOV | SECURITIES & EXCHANGE COMMISSION<br><br>SECBANKRUPTCY-OGC-ADO@SEC.GOV | STATE OF ALABAMA<br>OFFICE OF THE ATTORNEY GENERAL<br>CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@ALASKA.GOV | STATE OF ARIZONA<br>OFFICE OF THE ATTORNEY GENERAL<br>AGINFO@AZAG.GOV | STATE OF ARKANSAS<br>OFFICE OF THE ATTORNEY GENERAL<br>OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA<br>OFFICE OF THE ATTORNEY GENERAL<br>XAVIER.BECERRA@DOJ.CA.GOV | STATE OF COLORADO<br>OFFICE OF THE ATTORNEY GENERAL<br>CORA.REQUEST@COAG.GOV | STATE OF CONNECTICUT<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@CT.GOV |
| STATE OF HAWAII<br>OFFICE OF THE ATTORNEY GENERAL<br>HAWAIIAG@HAWAII.GOV | STATE OF IDAHO<br>OFFICE OF THE ATTORNEY GENERAL<br>STEPHANIE.GUYON@AG.IDAHO.GOV | STATE OF ILLINOIS<br>OFFICE OF THE ATTORNEY GENERAL<br>MICHELLE@LISAMADIGAN.ORG |
| STATE OF IOWA<br>OFFICE OF THE ATTORNEY GENERAL<br>CONSUMER@AG.IOWA.GOV | STATE OF KANSAS<br>ATTN: ATTORNEY GENERAL DEREK SCHMIDT<br>DEREK.SCHMIDT@AG.KS.GOV | STATE OF LOUISIANA<br>DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE<br>ADMININFO@AG.STATE.LA.US |

| STATE OF MAINE OFFICE OF THE ATTORNEY GENERAL ATTORNEY.GENERAL@MAINE.GOV | STATE OF MARYLAND OFFICE OF THE ATTORNEY GENERAL OAG@OAG.STATE.MD.US | STATE OF MISSOURI OFFICE OF THE ATTORNEY GENERAL CONSUMER.HELP@AGO.MO.GOV |
|---|---|---|
| STATE OF MONTANA OFFICE OF THE ATTORNEY GENERAL CONTACTDOJ@MT.GOV | STATE OF NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL ATTORNEYGENERAL@DOJ.NH.GOV | STATE OF NEW MEXICO OFFICE OF THE ATTORNEY GENERAL HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL NDAG@ND.GOV | STATE OF OKLAHOMA OFFICE OF THE ATTORNEY GENERAL QUESTIONS@OAG.OK.GOV | STATE OF OREGON OFFICE OF THE ATTORNEY GENERAL ELLEN.ROSENBLUM@DOG.STATE.OR.US; ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL AG@RIAG.RI.GOV | STATE OF UTAH OFFICE OF THE ATTORNEY GENERAL UAG@UTAH.GOV | STATE OF UTAH OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES UAG@UTAH.GOV |
| STATE OF VERMONT OFFICE OF THE ATTORNEY GENERAL AGO.INFO@VERMONT.GOV | STATE OF WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL CONSUMER@WVAGO.GOV | STEVE LAIRD C/O FORSHEY & PROSTOK LLP BFORSHEY@FORSHEYPROSTOK.COM |
| TEXAS DEPARTMENT OF BANKING C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; ROMA.DESAI@OAG.TEXAS.GOV | TEXAS STATE SECURITIES BOARD OFFICE OF THE ATTORNEY GENERAL OF TEXAS ABIGAIL.RYAN@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV | TN DEPT OF COMMERCE AND INSURANCE C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION AGBANKNEWYORK@AG.TN.GOV |
| TORONTO STOCK EXCHANGE WEBMASTER@TMX.COM | VERMONT DEPARTMENT OF FINANCIAL REGULATION C/O ASSISTANT GENERAL COUNSEL JENNIFER.ROOD@VERMONT.GOV | |

## EXHIBIT B

### (Service by U.S. First Class Mail)

| | | |
|---|---|---|
| Voyager Digital Holdings, Inc.<br>Attention: Stephen Ehrlich and David Brosgol<br>33 Irving Place, Suite 3060<br>New York, NY 10003 | Kirkland & Ellis LLP<br>Attention: Joshua A. Sussberg; Christopher Marcus;<br>Christine A. Okike; Allyson B. Smith<br>601 Lexington Avenue<br>New York, NY 10022 | McDermott Will & Emery LLP<br>Attention: Darren Azman; Joseph B. Evans;<br>Grayson Williams; Gregg Steinman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852 |
| Office of the United States Trustee for the Southern District of New York<br>U.S. Federal Office Building<br>Attention: Richard Morrissey; Mark Bruh<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Chambers of the Honorable Michael E. Wiles<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | ALAMEDA VENTURES LTD<br>F20 1ST FLOOR, EDEN PLAZA<br>EDEN ISLAND,  SEYCHELLES |