David M. Posner  
Kelly E. Moynihan  
**KILPATRICK TOWNSEND & STOCKTON LLP**  
The Grace Building  
1114 Avenue of the Americas  
New York, NY 10036  
Telephone: (212) 775-8700  
Facsimile: (212) 775-8800  
Email: dposner@kilpatricktownsend.com  
         kmoynihan@kilpatricktownsend.com  

Paul M. Rosenblatt, Esq.  
**KILPATRICK TOWNSEND & STOCKTON LLP**  
1100 Peachtree Street NE, Suite 2800  
Atlanta, GA 30309  
Telephone: (404) 815-6500  
Facsimile: (404) 815-6555  
Email: prosenblatt@kilpatricktownsend.com  

*Counsel to the Ad Hoc Group of Equity Holders of Voyager Digital Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **VOYAGER DIGITAL HOLDINGS, LLC,** *et al.*, | Case No. 22-10943 (MEW) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, true and correct copies of the following were filed electronically with the Clerk of the Court using the CM/ECF system, which in turn will send notifications of such filings to all interested parties of record:

1. *Limited Objection of the Ad Hoc Group of Equity Interest Holders to Debtors' Motion for Entry of an Order (i) Authorizing Entry Into the Asset Purchase Agreement and (ii) Granting Related Relief* [ECF No. 523] (the "Sale Objection");

2. *Objection of the Ad Hoc Group of Equity Interest Holders to Debtors' Motion for Entry of an Order Approving (i) the Adequacy of the Disclosure Statement, (ii) Solicitation and Notice Procedures, (iii) Forms of Ballots and Notices in Connection Therewith,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

*and (iv) Certain Dates with Respect Thereto* [ECF No. 524] (the "Disclosure Statement Objection"); and

3. *Declaration of Matthew Dundon in Support of the Objection of the Ad Hoc Group of Equity Interest Holders to Debtors' Motions for Entries of Orders Approving the Adequacy of the Disclosure Statement, Solicitation and Notices Procedures, Forms of Ballots and Notices in Connection Therewith, and Certain Dates with Respect Thereto* [ECF No. 525] (the "Dundon Declaration").

I further certify that on October 12, 2022, I caused true and correct copies of the (i) Sale Objection, (ii) Disclosure Statement Objection, and (iii) Dundon Declaration to be served upon the parties identified on the Master Email Service List attached hereto as **Exhibit A**, via email.

I further certify that on October 13, 2022, I caused true and correct copies of the (i) Sale Objection, (ii) Disclosure Statement Objection, and (iii) Dundon Declaration to be served upon the parties identified on the Master Service List attached hereto as **Exhibit B**, via First Class Mail.

*[Signature Appears on Following Page]*

| | |
|---|---|
| Dated: October 14, 2022 | /s/ *David M. Posner* |

**KILPATRICK TOWNSEND & STOCKTON LLP**
David M. Posner, Esq.
Kelly E. Moynihan, Esq.
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email: dposner@kilpatricktownsend.com
       kmoynihan@kilpatricktownsend.com

-and-

Paul M. Rosenblatt, Esq.
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: prosenblatt@kilpatricktownsend.com

*Counsel to the Ad Hoc Group of Equity Holders of Voyager Digital Ltd.*

# EXHIBIT A

## Master Email Service List

| Creditor Name | Email Address |
|---|---|
| ALAMEDA RESEARCH LLC | dietdericha@sullcrom.com; gluecksteinb@sullcrom.com; bellerb@sullcrom.com |
| DISTRICT OF COLUMBIA | OAG@DC.GOV |
| ED BOLTON | ADAM.SWICK@AKERMAN.COM; JOHN.THOMPSON@AKERMAN.COM; JOANNE.GELFAND@AKERMAN.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | MATTM@GOLDMCLAW.COM; HARLEYG@RESTRUCTURINGSHOP.COM; STEVENY@GOLDMCLAW.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | DTABACHNIK@DTTLAW.COM |
| FRANCINE DE SOUSA | MICHAEL.ROBB@SISKINDS.COM; GARETT.HUNTER@SISKINDS.COM |
| FRANCINE DE SOUSA | ANTHONY.OBRIEN@SISKINDS.COM |
| ILLINOIS SECRETARY OF STATE | JOHN.REDING@ILAG.GOV |
| JASON RAZNICK | PHAGE@JAFFELAW.COM |
| JON GIACOBBE | MANNY@ALICANDROLAWOFFICE.COM |
| KELLEHER PLACE MANAGEMENT, LLC | AHAMMER@HMBLAW.COM; NDELMAN@HMBLAW.COM; EFCNOTICES@HMBLAW.COM |
| MARCUM LLP | GOTTESMAN@MINTZANDGOLD.COM |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS | SBEST@BROWNRUDNICK.COM; RWOLKINSON@BROWNRUDNICK.COM |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS | SWISSNER-GROSS@BROWNRUDNICK.COM; KAULET@BROWNRUDNICK.COM |
| MATTHEW EDWARDS | GEORGELAWOK@GMAIL.COM |
| METROPOLITAN COMMERCIAL BANK | SINGERG@BALLARDSPAHR.COM |
| METROPOLITAN COMMERCIAL BANK | RGMASON@WLRK.COM; ARWOLF@WLRK.COM; AKHERRING@WLRK.COM |
| MICHAEL GENTSCH | CBARSKI@BARSKILAW.COM |
| MICHAEL LEGG | RRK@MCCARTHYLEBIT.COM; NRO@MCCARTHYLEBIT.COM |
| MURPHY PLACE MANAGEMENT LLC | ahammer@hmblaw.com; ndelman@hmblaw.com; ecfnotices@hmblaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHARD.MORRISSEY@USDOJ.GOV; MARK.BRUH@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | RUSS.STEWART@TMF.MORTGAGE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | JASON@BEZINGA.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BRANDONMULLENBERG2022@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | RICHARD.KISS@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | CHRISMMOSER@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BYWALKER01@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FREEMANMELISSAC@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | DAZMAN@MWE.COM; JCALANDRA@MWE.COM; JBEVANS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | CRGIBBS@MWE.COM; GWILLIAMS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | GSTEINMAN@MWE.COM |
| ORACLE AMERICA, INC. | SCHRISTIANSON@BUCHALTER.COM |
| PIERCE ROBERTSON | RPACHULSKI@PSZJLAW.COM; AKORNFELD@PSZJLAW.COM; DGRASSGREEN@PSZJLAW.COM; JROSELL@PSZJLAW.COM |
| ROBERT SNYDERS & LISA SNYDERS | ANGELINAL@JPFIRM.COM |
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | BANKRUPTCYNOTICESCHR@SEC.GOV |

| Creditor Name | Email Address |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | NYROBankruptcy@SEC.GOV |
| STATE OF ALABAMA | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | STEPHANIE.GUYON@AG.IDAHO.GOV |
| STATE OF ILLINOIS | michelle@lisamadigan.org |
| STATE OF IOWA | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF LOUISIANA | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OAG@OAG.STATE.MD.US |
| STATE OF MINNESOTA | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | CONTACTDOJ@MT.GOV |
| STATE OF NEW HAMPSHIRE | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | NDAG@ND.GOV |
| STATE OF OKLAHOMA | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | ELLEN.ROSENBLUM@DOG.STATE.OR.US; ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND | AG@RIAG.RI.GOV |
| STATE OF UTAH | UAG@UTAH.GOV |
| STATE OF UTAH | UAG@UTAH.GOV |
| STATE OF VERMONT | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | MAIL@OAG.STATE.VA.US |
| STATE OF WASHINGTON | stephen.manning@atg.wa.gov |
| STATE OF WEST VIRGINIA | CONSUMER@WVAGO.GOV |
| STEVE LAIRD | BFORSHEY@FORSHEYPROSTOK.COM |
| TEXAS DEPARTMENT OF BANKING | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS STATE SECURITIES BOARD | ABIGAIL.RYAN@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV |
| TN DEPT OF COMMERCE AND INSURANCE | AGBANKNEWYORK@AG.TN.GOV |
| TORONTO STOCK EXCHANGE | WEBMASTER@TMX.COM |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | JENNIFER.ROOD@VERMONT.GOV |

# EXHIBIT B

## Master First Class Mail Service List

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALAMEDA VENTURES LTD | | F20 1ST FLOOR, EDEN PLAZA | | EDEN ISLAND | | | Seychelles |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| SPECIAL COUNSEL TO DEBTOR VOYAGER DIGITAL, LLC | C/O QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN: SUSHEEL KIRPALANI, KATE SCHERLING, & ZACHARY RUSSELL | 51 MADISON AVENUE 22ND FLOOR | NEW YORK | NY | 10010 | |
| STATE OF GEORGIA | OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334 | |
| STATE OF INDIANA | OFFICE OF THE INDIANA ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST, 5TH FLOOR | INDIANAPOLIS | IN | 46204 | |
| STATE OF KENTUCKY | ATTORNEY GENERAL - DANIEL CAMERON | 700 CAPITAL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 | |
| STATE OF MASSACHUSETTS | ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE, 20TH FLOOR | | BOSTON | MA | 02108 | |
| STATE OF MICHIGAN | DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST | | LANSING | MI | 48906 | |
| STATE OF MISSISSIPPI | OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING | 550 HIGH ST, PO BOX 220 | JACKSON | MS | 39201 | |

US2008 20898850 2

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| STATE OF NEBRASKA | OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL | | LINCOLN | NE | 68509 | |
| STATE OF NEVADA | OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING | 100 N CARSON ST | CARSON CITY | NV | 89701 | |
| STATE OF NEW JERSEY | OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING BOX 080 | TRENTON | NJ | 8611 | |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL | 2ND FLOOR | ALBANY | NY | 12224 | |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 114 W EDENTON ST | | RALEIGH | NC | 27603 | |
| STATE OF OHIO | OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | COLUMBUS | OH | 43215 | |
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | | HARRISBURG | PA | 17120 | |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST RM 519 | COLUMBIA | SC | 29201 | |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 11549 | | COLUMBIA | SC | 29211 | |
| STATE OF SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14, STE 1 | | PIERRE | SD | 57501-8501 | |
| STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | | AUSTIN | TX | 78701 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE | | OLYMPIA | WA | 98501 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100 | | OLYMPIA | WA | 98504-00 | |
| STATE OF WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | 17 WEST MAIN STREET, ROOM 114 EAST P | | MADISON | WI | 53702 | |
| STATE OF WYOMING | OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL | | CHEYENNE | WY | 82002 | |
| TEXAS SECURITIES BOARD | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ROMA N. DESAI ASSISTANT ATTORNEY GENERAL | PO BOX 12548 | AUSTIN | TX | 78711-2548 | |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK | ONE ST. ANDREWS PLAZA | | NEW YORK | NY | 10007 | |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTORNEY GENERAL OF THE U.S. | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530-0001 | |
| WELLS FARGO BANK, N.A. | C/O ALDRIDGE PITE, LLP | ATTN: GREGORY A. WALLACH | 15 PIEDMONT CENTER | ATLANTA | GA | 30305 | |
| WEST REALM SHIRES INC. | RAMNIK ARORA, CAN SUN, RAHUL SHARMA | 2000 CENTER STREET, 4TH FLOOR | | BERKLEY | CA | 94704 | |

US2008 20898850 2