UNITED STATES BANKRUPTCY COURT
Southern District of New York Manhattan

| In re:<br>Voyager Digital Holdings, Inc.,<br>      Debtor(s). | Case No.: 22-10943<br>Chapter: 11 |
|---|---|

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on October 14, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

OBJECTION OF THE UNITED STATES TRUSTEE TO FIRST AMENDED DISCLOSURE STATEMENT RELATING TO SECOND AMENDED JOINT PLAN OF REORGANIZATION OF VOYAGER DIGITAL HOLDINGS, INC., AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE [Docket No. 530]

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
October 14, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Voyager Digital Holdings, Inc. 22-10943**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 5283 | ALAMEDA VENTURES LTD, F20 1ST FLOOR, EDEN PLAZA, EDEN ISLAND, Seychelles | First Class |
| 5283 | ATTORNEY GENERAL'S OFFICE, STATE OF MASSACHUSETTS, 1 ASHBURTON PLACE, 20TH FLOOR, BOSTON, MA, 2108 | First Class |
| 5283 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 5283 | MICHAEL D. MORRIS, Attorney for State of Wisconsin, Department of Financial Institutions, No email or address provided | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF MARYLAND, 200 ST. PAUL PLACE, BALTIMORE, MD, 21202, OAG@OAG.STATE.MD.US | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, THE CAPITOL PL01, TALLHASSEE, FL, 32399, ASHLEY.MOODY@MYFLORIDALEGAL.COM | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF MISSISSIPPI, WALTER SILLERS BUILDING, 550 HIGH ST, PO BOX 220, JACKSON, MS, 39201 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF IOWA, HOOVER STATE OFFICE BUILDING, 1305 E. WALNUT STREET, DES MOINES, IA, 50319, CONSUMER@AG.IOWA.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF ILLINOIS (#313), JAMES R. THOMPSON CENTER, 100 W. RANDOLPH ST, Floor 13, CHICAGO, IL, 60601, INFO@LISAMADIGAN.ORG; john.reding@ilag.gov | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF IDAHO, 700 W. JEFFERSON ST, SUITE 210, PO BOX 83720, BOISE, ID, 83720, STEPHANIE.GUYON@AG.IDAHO.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF HAWAII, 425 QUEEN STREET, HONOLULU, HI, 96813, HAWAIIAG@HAWAII.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, Georgia Department of Banking and Finance (#322), 40 CAPITOL SQ SW, ATLANTA, GA, 30334, nhovey@law.ga.gov | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF CONNECTICUT, 165 CAPITOL AVENUE, HARTFORD, CT, 6106, ATTORNEY.GENERAL@CT.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF COLORADO, RALPH L. CARR JUDICIAL BUILDING, 1300 BROADWAY, 10TH FL, DENVER, CO, 80203, CORA.REQUEST@COAG.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF CALIFORNIA, PO BOX 944255, SACRAMENTO, CA, 94244-2550, XAVIER.BECERRA@DOJ.CA.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF ARKANSAS, 323 CENTER ST, STE 200, LITTLE ROCK, AR, 72201, OAG@ARKANSASAG.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF ARIZONA, 2005 N CENTRAL AVE, PHOENIX, AZ, 85004, AGINFO@AZAG.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF ALABAMA, 501 WASHINGTON AVE, MONTGOMERY, AL, 36104, CONSUMERINTEREST@ALABAMAAG.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF MAINE, 6 STATE HOUSE STATION, AUGUSTA, ME, 4333, ATTORNEY.GENERAL@MAINE.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF MISSOURI, SUPREME COURT BUILDING, 207 W HIGH ST, JEFFERSON CITY, MO, 65101, CONSUMER.HELP@AGO.MO.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, DISTRICT OF COLUMBIA, 400 6TH STREET NW, WASHINGTON, DC, 20001, OAG@DC.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF ALASKA, 1031 W 4TH AVE, STE 200, ANCHORAGE, AK, 99501, ATTORNEY.GENERAL@ALASKA.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF RHODE ISLAND, 150 S MAIN ST, PROVIDENCE, RI, 2903, AG@RIAG.RI.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF SOUTH CAROLINA, REMBERT C. DENNIS BLDG, 1000 ASSEMBLY ST RM 519, COLUMBIA, SC, 29201 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF SOUTH CAROLINA, PO BOX 11549, COLUMBIA, SC, 29211 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF TENNESSEE, PO BOX 20207, NASHVILLE, TN, 37202-0207 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF MONTANA, JUSTICE BUILDING, 3RD FLOOR, 215 N SANDERS, PO BOX 201401, HELENA, MT, 59602, CONTACTDOJ@MT.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF MINNESOTA, 445 MINNESOTA ST, STE 1400, ST. PAUL, MN, 55101, ATTORNEY.GENERAL@AG.STATE.MN.US | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF PENNSYLVANIA, STRAWBERRY SQUARE 16TH FL, HARRISBURG, PA, 17120 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF UTAH, UTAH STATE CAPITOL COMPLEX, 350 NORTH STATE ST STE 230, SALT LAKE CITY, UT, 84114, UAG@UTAH.GOV | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF SOUTH DAKOTA, 1302 E HIGHWAY 14, STE 1, PIERRE, SD, 57501-8501 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF VERMONT, 109 STATE ST., MONTPELIER, VT, 5609, AGO.INFO@VERMONT.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF VIRGINIA, 202 N. NINTH ST., RICHMOND, VA, 23219, MAIL@OAG.STATE.VA.US | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF WASHINGTON, 1125 WASHINGTON ST SE, OLYMPIA, WA, 98501 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF WASHINGTON, PO BOX 40100, OLYMPIA, WA, 98504-4010 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF WEST VIRGINIA, STATE CAPITOL, 1900 KANAWHA BLVD E, BUILDING 1 RM E-26, CHARLESTON, WV, 25305, CONSUMER@WVAGO.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF WISCONSIN, 17 WEST MAIN STREET, ROOM 114 EAST P, MADISON, WI, 53702 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF WYOMING, 109 STATE CAPITOL, CHEYENNE, WY, 82002 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF TEXAS, 300 W. 15TH ST, AUSTIN, TX, 78701 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF NEW MEXICO, 408 GALISTEO STREET, VILLAGRA BUILDING, SANTA FE, NM, 87501, HBALDERAS@NMAG.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF OKLAHOMA, 313 NE 21ST ST, OKLAHOMA CITY, OK, 73105, QUESTIONS@OAG.OK.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF OHIO, STATE OFFICE TOWER, 30 E BROAD ST 14TH FL, COLUMBUS, OH, 43215 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF NORTH DAKOTA, STATE CAPITOL, 600 E BOULEVARD AVE, DEPT. 125, BISMARCK, ND, 58505, NDAG@ND.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF NORTH CAROLINA, 114 W EDENTON ST, RALEIGH, NC, 27603 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF NEW YORK, THE CAPITOL, 2ND FLOOR, ALBANY, NY, 12224 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF NEW HAMPSHIRE, NH DEPARTMENT OF JUSTICE, 33 CAPITOL ST., CONCORD, NH, 3301, ATTORNEYGENERAL@DOJ.NH.GOV | Electronic |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF NEW JERSEY, RICHARD J. HUGHES JUSTICE COMPLEX, 25 MARKET ST 8TH FL, WEST WING BOX 080, TRENTON, NJ, 8611 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF NEVADA, OLD SUPREME COURT BUILDING, 100 N CARSON ST, CARSON CITY, NV, 89701 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF NEBRASKA, 2115 STATE CAPITOL, LINCOLN, NE, 68509 | First Class |
| 5283 | OFFICE OF THE ATTORNEY GENERAL, STATE OF OREGON, 1162 COURT ST NE, SALEM, OR, 97301-4096, ELLEN.ROSENBLUM@DOJ.STATE.OR.US; ATTORNEYGENERAL@DOJ.STATE.OR.US | Electronic |
| 5283 | OFFICE OF THE INDIANA ATTORNEY GENERAL, STATE OF INDIANA, INDIANA GOVERNMENT CENTER SOUTH, 302 W WASHINGTON ST, 5TH FLOOR, Indianapolis, IN, 46204 | First Class |
| 5283 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, C/O MELISSA AND ADAM FREEDMAN, FREEMANMELISSAC@GMAIL.COM | Electronic |
| 5283 | SECURITIES & EXCHANGE COMMISSION, NEW YORK REGIONAL OFFICE, 100 PEARL STREET SUITE 20-100, NEW YORK, NY, 10004-2616, NYROBankruptcy@SEC.GOV | Electronic |
| 5283 | SECURITIES & EXCHANGE COMMISSION, 100 F STREET NE, WASHINGTON, DC, 20549, SECBANKRUPTCY-OGC-ADO@SEC.GOV | Electronic |
| 5283 | Shikar Partab, POSTNET BALLITO Suite #163, Ballito 4399, Republic of South Africa , shikarp@gmail.com | Electronic |
| 5283 | STATE OF LOUISIANA, DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE, 300 CAPITAL DRIVE, BATON ROUGE, LA, 70802, ADMININFO@AG.STATE.LA.US | Electronic |
| 5283 | STATE OF MICHIGAN, DEPARTMENT OF ATTORNEY GENERAL, 525 W OTTAWA ST, LANSING, MI, 48906 | First Class |
| 5283 | TORONTO STOCK EXCHANGE, 300 100 ADELAIDE ST., WEST TORONTO, ON, M5H 1S3, Canada, WEBMASTER@TMX.COM | Electronic |
| 5283 | UNITED STATES ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF NEW YORK, ONE ST. ANDREWS PLAZA, NEW YORK, NY, 10007 | First Class |
| 5283 | UNITED STATES DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE U.S., 950 PENNSYLVANIA AVE, NW, WASHINGTON, DC, 20530-0001 | First Class |
| 5283 | A. Manny Alicandro, Attorney for Creditor Jon Giacobbe, 11 Broadway, Suite 615, NEW YORK, NY , 10004, manny@alicandrolawoffice.com | Electronic |
| 5283 | ATTN: AARON L. HAMMER & NATHAN E. DELMAN, KELLEHER PLACE MANAGEMENT, LLC, C/O HORWOOD MARCUS & BERK CHARTERED, 500 W. MADISON ST STE 3700, CHICAGO, IL, 60661, AHAMMER@HMBLAW.COM; NDELMAN@HMBLAW.COM; EFCNOTICES@HMBLAW.COM | First Class |
| 5283 | ATTN: AARON L. HAMMER, NATHAN E. DELMAN, MURPHY PLACE MANAGEMENT LLC, C/O HORWOOD MARCUS & | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | BERK CHARTERED, 500 W MADISON ST., STE 3700, CHICAGO, IL, 60661, ahammer@hmblaw.com; ndelman@hmblaw.com; ecfnotices@hmblaw.com | |
| 5283 | ATTN: ABIGAIL R RYAN, LAYLA D MILLIGAN & JASON B BINFORD, TEXAS STATE SECURITIES BOARD, ATTORNEYS FOR THE TEXAS STATE SECURITIES BOARD, BANKRUPTCY & COLLECTIONS DIVISION, PO BOX 12548, AUSTIN, TX, 78711-2548, ABIGAIL.RYAN@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV; roma.desai@oag.texas.gov | Electronic |
| 5283 | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR, SECURITIES & EXCHANGE COMMISSION, NEW YORK REGIONAL OFFICE, 200 VESEY STREET SUITE 400, NEW YORK, NY, 10281-1022, BANKRUPTCYNOTICESCHR@SEC.GOV | Electronic |
| 5283 | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, BENJAMIN S. BELLER, ALAMEDA RESEARCH LLC, C/O SULLIVAN & CROMWELL LLP, 125 BROAD STREET, NEW YORK, NY, 10004, dietdericha@sullcrom.com; gluecksteinb@sullcrom.com; bellerb@sullcrom.com | Electronic |
| 5283 | Attn: Andrew R. Gottesman, Esq., MINTZ & GOLD LLP Attorneys for Marcum LLP, 600 Third Avenue, 25th Floor, NEW YORK, NY , 10016, gottesman@mintzandgold.com | Electronic |
| 5283 | ATTN: ANGELINA E. LIM, ROBERT SNYDERS & LISA SNYDERS  (#279), C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP, 401 E JACKSON STREET SUITE 3100, TAMPA, FL, 33602, ANGELINAL@JPFIRM.COM | Electronic |
| 5283 | ATTN: ANTHONY O'BRIEN, FRANCINE DE SOUSA, C/O SISKINDS LLP, 100 LOMBARD STREET SUITE 302, TORONTO, ON, M5C1M3, Canada, ANTHONY.OBRIEN@SISKINDS.COM | Electronic |
| 5283 | ATTN: ATTORNEY GENERAL DEREK SCHMIDT, STATE OF KANSAS, 120 SW 10TH AVE, 2ND FLOOR, TOPEKA, KS, 66612, DEREK.SCHMIDT@AG.KS.GOV | Electronic |
| 5283 | ATTN: BRANDON MULLENBERG, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, BRANDONMULLENBERG2022@GMAIL.COM | Electronic |
| 5283 | ATTN: BYRON WALKER, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, BYWALKER01@GMAIL.COM | Electronic |
| 5283 | ATTN: CHARLES R. GIBBS & GRAYSON WILLIAMS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, C/O MCDERMOTT WILL & EMERY LLP, 2501 NORTH HARWOOD STREET, SUITE 1900, DALLAS, TX, 75201-1664, CRGIBBS@MWE.COM; GWILLIAMS@MWE.COM | Electronic |
| 5283 | ATTN: CHRIS D. BRASKI, MICHAEL GENTSCH, C/O BARSKI LAW PLC, 9375 E. SHEA BLVD. STE 100, SCOTTSDALE, AZ, 85260, CBARSKI@BARSKILAW.COM | Electronic |
| 5283 | ATTN: CHRISTOPHER MOSER, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, CHRISMMOSER@GMAIL.COM | Electronic |
| 5283 | ATTN: DOUGLAS T. TABACHNIK, EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, & ADAM LAVINE, C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C., 63 WEST MAIN STREET SUITE C, FREEHOLD, NJ, 07728-2141, DTABACHNIK@DTTLAW.COM | Electronic |
| 5283 | ATTN: GEORGE H. SINGER, ESQ, METROPOLITAN COMMERCIAL BANK, C/O BALLARD SPAHR LLP, 200 IDS CENTER 80 SOUTH 8TH STREET, MINNEAPOLIS, MN, 55402-2119, SINGERG@BALLARDSPAHR.COM | Electronic |
| 5283 | ATTN: GREGG STEINMAN, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, C/O MCDERMOTT WILL & EMERY LLP, 333 SE 2ND AVENUE, SUITE 4500, MIAMI, FL, 33131-2184, GSTEINMAN@MWE.COM | Electronic |
| 5283 | ATTN: J. ROBERT FORSHEY, STEVE LAIRD, C/O FORSHEY & PROSTOK LLP, 777 MAIN STREET SUITE 1550, FORT WORTH, TX, 76102, BFORSHEY@FORSHEYPROSTOK.COM | Electronic |
| 5283 | ATTN: JASON RAZNICK, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, JASON@BENZINGA.COM | Electronic |
| 5283 | ATTN: JEB SINGER, MATTHEW LEVITT, C/O J. SINGER LAW GROUP, PLLC, ONE LIBERTY PLAZA 23RD FLOOR, NEW YORK, NY, 10006, JSINGER@SINGERLAWGROUP.COM | Electronic |
| 5283 | ATTN: JENNIFER ROOD, ESQ., VERMONT DEPARTMENT OF FINANCIAL REGULATION, C/O ASSISTANT GENERAL COUNSEL, 89 MAIN STREET THIRD FLOOR, MONTPELIER, VT, 5620, JENNIFER.ROOD@VERMONT.GOV | Electronic |
| 5283 | ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, C/O MCDERMOTT WILL & EMERY LLP, ONE VANDERBILT AVENUE, NEW YORK, NY, 10017-3852, DAZMAN@MWE.COM; JCALANDRA@MWE.COM; JBEVANS@MWE.COM | Electronic |
| 5283 | ATTN: LYSBETH GEORGE, MATTHEW EDWARDS  (#153), C/O LIZ GEORGE AND ASSOCIATES, 8101 S. WALKER SUITE F, OKLAHOMA CITY, OK, 73139, GEORGELAWOK@GMAIL.COM | Electronic |
| 5283 | ATTN: MARVIN E. CLEMENTS JR., TN DEPT OF COMMERCE AND INSURANCE, C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION, PO BOX 20207, NASHVILLE, TN, 37202-0207, AGBANKNEWYORK@AG.TN.GOV | Electronic |
| 5283 | ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, AND STEVE YACHIK, EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, & ADAM LAVINE, C/O GOLDSTEIN & MCCLINKOCK LLLP, 111 W WASHINGTON STREET SUITE 1221, CHICAGO, IL, 60602, MATTM@GOLDMCLAW.COM; HARLEYG@RESTRUCTURINGSHOP.COM; STEVENY@GOLDMCLAW.COM | Electronic |
| 5283 | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER, FRANCINE DE SOUSA, C/O SISKINDS LLP, 275 DUNDAS STREET UNIT 1, LONDON, ON, N6B 3L1, Canada, MICHAEL.ROBB@SISKINDS.COM; GARETT.HUNTER@SISKINDS.COM | Electronic |
| 5283 | ATTN: PAUL R. HAGE, JASON RAZNICK, C/O JAFFE RAITT HEUER & WEISS, P.C., 27777 FRANKLIN ROAD SUITE 2500, SOUTHFIELD, MI, 48034, PHAGE@JAFFELAW.COM | Electronic |

| List ID | Name and Address of Served Party | Mode of Service | Tracking No. |
|---|---|---|---|
| 5283 | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ., OFFICE OF THE UNITED STATES TRUSTEE, FOR THE SOUTHERN DIST OF NEW YORK, 201 VARICK STREET, ROOM 1006, NEW YORK, NY, 10014, RICHARD.MORRISSEY@USDOJ.GOV; MARK.BRUH@USDOJ.GOV | Electronic | |
| 5283 | ATTN: RICHARD G. MASON, AMY R. WOLF, ANGELA K. HERRING, METROPOLITAN COMMERCIAL BANK, C/O WACHTELL, LIPTON, ROSEN & KATZ, 51 WEST 52ND STREET, NEW YORK, NY, 10019-6150, RGMASON@WLRK.COM; ARWOLF@WLRK.COM; AKHERRING@WLRK.COM | Electronic | |
| 5283 | ATTN: RICHARD KISS FOR THINCAT TRUST, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, RICHARD.KISS@GMAIL.COM | Electronic | |
| 5283 | ATTN: ROBERT R. KRACHT & NICHOLAS R. OLESKI, MICHAEL LEGG (#304), C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., 1111 SUPERIOR AVENUE EAST SUITE 2700, CLEVELAND, OH, 44114, RRK@MCCARTHYLEBIT.COM; NRO@MCCARTHYLEBIT.COM | Electronic | |
| 5283 | ATTN: ROMA N. DESAI ASSISTANT ATTORNEY GENERAL, TEXAS SECURITIES BOARD, C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS, PO BOX 12548, BANKRUPTCY & COLLECTIONS DIVISION, AUSTIN, TX, 78711-2548 | First Class | |
| 5283 | ATTN: RUSSELL G. STEWART, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, RUSS.STEWART@TMF.MORTGAGE.COM | First Class | |
| 5283 | ATTN: SHAWN M. CHRISTIANSON, ORACLE AMERICA, INC., C/O BUCHALTER, 425 MARKET ST., SUITE 2900, SAN FRANCISCO, CA, 94105, SCHRISTIANSON@BUCHALTER.COM | Electronic | |
| 5283 | ATTORNEY GENERAL - DANIEL CAMERON, STATE OF KENTUCKY, 700 CAPITAL AVENUE, SUITE 118, FRANKFORT, KY, 40601 | First Class | |
| 5283 | Chris D. Barski, Esq., BARSKI LAW PLC, 9375 E. Shea Blvd., Ste. 100, SCOTTSDALE, AZ, 85260, cbarski@barskilaw.com | Electronic | |
| 5283 | Daniel M. Simon, MCDERMOTT WILL & EMERY LLP, e Official Committee of Unsecured Creditors (#178), 1180 Peachtree Street, Ste 3350, ATLANTA, GA, 30309, dmsimon@mwe.com | Electronic | |
| 5283 | David M. Posner, Esq.;Kelly Moynihan, Esq., KILPATRICK TOWNSEND & STOCKTON LLP, Counsel to Ad Hoc Group of Equity Interest Holders, The Grace Building, 1114 Avenue of the Americas, NEW YORK, NY , 10036, posner@kilpatricktownsend.com    kmoynihan@kilpatricktownsend.com; prosenblatt@kilpatricktownsend.com | Electronic | |
| 5283 | Debra I. Grassgreen, Esq, PACHULSKI STANG ZIEHL & JONES LLP  Counsel to Pierce Robertson , One Market Plaza, Spear Tower, 40th Floor, San Francisco , CA , 94105-1020,  dgrassgreen@pszjlaw.com | Electronic | |
| 5283 | Eric A. Pullen;Catherine S. Curtis, PULMAN, CAPPUCCIO & PULLEN, LLP  Counsel for USIO, Inc. , 2161 N.W. Military Highway Ste. 400, San antonio, Tx, 78213, epullen@pulmanlaw.com ; scurtis@pulmanlaw.com | Electronic | |
| 5283 | Gregory A. Wallach, ALDRIDGE PITE, LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Atlanta, GA , 30305 | First Class | |
| 5283 | Honorable Michael E. Wiles, US Bankruptcy Court Southern District of New York, One Bowling Green, Room 617, New York, NY, 10004 | Overnight | 590133734747 |
| 5283 | Jared Dermont;Michael Mesterayer;Brian Tichenor;Michael Diyanni;Barak Klein;Cullen Murphy, Moelis & Company LLC, 399 Park Ave, 4th Floor, NEW YORK, NY , 10022 | First Class | |
| 5283 | Joshua A. Sussberg, P.C.;Christopher Marcus, P.C.;Christine A. ;Okike, P.C.;Allyson B. Smith, Esq., KIRKLAND & ELLIS, LLP, 601 Lexington Avenue, NEW YORK, NY , 10022, jsussberg@kirkland.com; erica.clark@kirkland.com; nikki.sauer@kirkland.com; nicholas.adzima@kirkland.com; | Electronic | |
| 5283 | Mark Renzi;Evan Hengel;Patrick Farley;Bob Duffy, BRG, 99 High Street, 27th Floor, Boston, MA , 02110 | First Class | |
| 5283 | Michael B. Slade, Richard U. S. Howell, Zac Ciullo, Yates M. French, KIRKLAND & ELLIS, LLP  (#294, 327), 300 North LaSalle, CHICAGO, IL , 60654, mslade@kirkland.com ; rhowell@kirkland.com ; zac.ciullo@kirkland.com ; yfrench@kirkland.com | Electronic | |
| 5283 | Paul M. Rosenblatt, Esq., KILPATRICK TOWNSEND & STOCKTON LLP, Counsel to Ad Hoc Group of Equity Interest Holders (#435), 1100 Peachtree Street NE, Suite 2800, ATLANTA, GA , 30309, posner@kilpatricktownsend.com    kmoynihan@kilpatricktownsend.com; prosenblatt@kilpatricktownsend.com | Electronic | |
| 5283 | R. Adam Swick;John H. Thompson;Joanne Gelfand, AKERMAN LLP, 1251 Avenue of the Americas,, 37th Floor, NEW YORK, ny, 10020, adam.swick@akerman.com    john.thompson@akerman.com    joanne.gelfand@akerman.com | Electronic | |
| 5283 | Richard M. Pachulski Alan J. Kornfeld Debra I. Grassgreen Jason H. Rosell, PACHULSKI STANG ZIEHL & JONES LLP, Counsel to Pierce Robertson, 10100 Santa Monica Blvd., 13th Floor, Los Angeles , CA, 90067, rpachulski@pszjlaw.com    akornfeld@pszjlaw.com    dgrassgreen@pszjlaw.com    jrosell@pszjlaw.com | Electronic | |
| 5283 | Richard M. Pachulski, Esq.;Alan J. Kornfeld, Esq.;Debra I. Grassgreen, Esq.;Jason H. Rosell, Esq., PACHULSKI STANG ZIEHL & JONES LLP  Counsel to Pierce Robertson , 780 Third Avenue, 34th Floor, NEW YORK, NY , 10017, rpachulski@pszjlaw.com    akornfeld@pszjlaw.com    dgrassgreen@pszjlaw.com    jrosell@pszjlaw.com | Electronic | |
| 5283 | Richard M. Pachulski;Alan J. Kornfeld;Debra I. Grassgreen;Jason H. Rosell, PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Blvd.,, 13th Floor, Los Angeles , CA, 90067, rpachulski@pszjlaw.com    akornfeld@pszjlaw.com    dgrassgreen@pszjlaw.com    jrosell@pszjlaw.com | Electronic | |
| 5283 | SEAN D. REYES, OFFICE OF THE ATTORNEY GENERAL, STATE OF UTAH, UTAH STATE CAPITOL COMPLEX, 350 NORTH STATE ST STE 230, Salt Lake City, UT, 84114, UAG@UTAH.GOV | Electronic | |
| 5283 | Stephen A. Best, Esq., BROWN RUDNICK LLP, Counsel to Mark Cuban and Dallas Basketball, Limited, d/b/a Dallas Mavericks, | Electronic | |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
|  | 601 Thirteenth Street NW Suite 600, Washington , DC, 20005, sbest@brownrudnick.com ; rwolkinson@brownrudnick.com |  |
| 5283 | Stephen Manning, Assistant Attorney General, Office of the Attorney General of Washington, Government Compliance and Enforcement Division, P. O. Box 40100, 1125 Washington Street SE, OLYMPIA, WA , 98504-4010, stephen.manning@atg.wa.gov ; GCEEF@atg.wa.gov | **Electronic** |