**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC. et al.[1], | ) | Case No. 22-10943 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**WITHDRAWAL OF THE LIMITED OBJECTION OF THE GEORGIA DEPARTMENT OF BANKING AND FINANCE TO THE SALE OF VOYAGER DIGITAL, LLC IN WHOLE OR IN PART (Dkt. #388)**

COMES NOW the Georgia Department of Banking and Finance, by and through counsel, Christopher M. Carr, Attorney General for the State of Georgia, and hereby withdraws its Limited Objection to the Sale of Voyage Digital, LLC in Whole or in Part. [Dkt. #388]

This 18th day of October, 2022.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR | 112505 |
| Attorney General | |
| | |
| LOGAN B. WINKLES | 136906 |
| Deputy Attorney General | |
| | |
| */s/ Brooke Heinz Chaplain* | |
| BROOKE HEINZ CHAPLAIN | 927752 |
| Senior Assistant Attorney General | |
| | |
| */s/ Nathan D. Hovey* | |
| NATHAN D. HOVEY | 329132 |
| Assistant Attorney General | |

---

[1] The Debtors in this jointly administered chapter 11 case, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Nathan Hovey
Assistant Attorney General
Department of Law
40 Capitol Square SW
Atlanta, GA  30334
Telephone 404-458-3483
Email: nhovey@law.ga.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Withdrawal of the Limited Objection of the Georgia Department of Banking and Finance to the Sale of Voyager Digital, LLC In Whole or In Part* has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on October 18, 2022. Additionally, a true and correct copy of the foregoing was served by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Joshua A. Sussberg
Christopher Marcus
Christine A. Okike
Allyson B. Smith
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
*Debtors' Counsel*

Jared Dermont
Barak Klein
Mike DiYanni
Brian Tichenor
Moelis & Company LLC
399 Park Avenue, 4th Floor
New York, New York 10022
*Debtor's Financial Advisor and Investment Banker*

Richard C. Morrissey
Mark Bruh
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
*Office of the United States Trustee*

Daren Azman
Charles Gibbs
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, New York 10017
*Committee's Counsel*

Voyager Digital Holdings, Inc., *et al*
33 Irving Place
3rd Floor
New York, NY 10003
*Debtors*

This 18th day of October, 2022.

/s/ Nathan D. Hovey_____
Nathan D. Hovey
Assistant Attorney General