THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*[1]<br><br>Debtors. | Case No. 22-10943 (MEW)<br><br>Chapter 11<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Therese A. Scheuer, request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent the U.S. Securities and Exchange Commission, a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bars in the State of Delaware and the Commonwealth of Massachusetts. I am also admitted to practice in the bars of the U.S. District Court for the District of Delaware, the U.S. District Court for the District of Massachusetts, the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States.

I request a waiver of the filing fee, as I am representing an agency of the federal government.

Dated: October 18, 2022
   Washington, DC

Respectfully submitted,

U.S. SECURITIES AND EXCHANGE COMMISSION

By: */s/ Therese A. Scheuer*
  Therese A. Scheuer
  Senior Trial Counsel
  100 F Street, NE
  Washington D.C. 20549
  Email: scheuert@sec.gov
  Tel.: (202) 551-6029

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *In re:* | Case No. 22-10943 (MEW) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*[1] | Chapter 11<br>(Jointly Administered) |
| Debtors. |  |

## ORDER GRANTING MOTION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Therese A. Scheuer, to be admitted, ***pro hac vice***, to represent the U.S. Securities and Exchange Commission (the "SEC"), a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the State of Delaware and the Commonwealth of Massachusetts, and the bars of the U.S. District Court for the District of Delaware, the U.S. District Court for the District of Massachusetts, the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States, it is hereby

**ORDERED** that Therese A. Scheuer is admitted to practice, ***pro hac vice***, in the above referenced case to represent the SEC, in the United States Bankruptcy Court for the Southern District of New York. The filing fee is hereby waived.

Dated: _____
      New York, New York

 

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.