UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10943-MEW<br>(Jointly Administered) |

## NOTICE OF APPEARANCE OF COUNSEL AND
## REQUEST FOR SERVICE OF PAPERS

To:  The Clerk of Court and all parties of record

*PLEASE TAKE NOTICE* that the attorneys set forth below, Kevin R. Puvalowski, Linda Donahue, and Jason D. St. John, who are each admitted to practice in the United States District Court for the Southern District of New York, hereby appear as counsel for the New York State Department of Financial Services pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned request that all notices given or required be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the attorneys signing this document.

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: New York, New York
       October 19, 2022

_____
KEVIN R. PUVALOWSKI
Acting Executive Deputy Superintendent
Consumer Protection and Financial Enforcement
New York State Department of Financial Services
One State Street
New York, New York 10004-1511
(212) 709-7156
Kevin.Puvalowski@dfs.ny.gov

_____
LINDA DONAHUE
Deputy General Counsel for Litigation
New York State Department of Financial Services
One State Street.
New York, New York 10004-1511
(212) 709-1641
Linda.Donahue@dfs.ny.gov

_____
JASON D. ST. JOHN
Assistant Deputy Superintendent
Consumer Protection and Financial Enforcement
New York State Department of Financial Services
One State Street.
New York, New York 10004-1511
(646) 343-4199
Jason.Stjohn@dfs.ny.gov