UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., et al.,[1] | Case No. 22-10943-MEW |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

The undersigned counsel, of the New York State Department of Financial Services, hereby certifies that on the 20th day of October, 2022, he caused a true and correct copy of the *Motion of the New York State Department of Financial Services for an Order Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [Docket No. 573] (the "Motion") to be served on those parties appearing on Exhibit A by first class mail.

The undersigned further certifies that on the 21st day of October, 2022, he caused a true and correct copy of the Motion to be served on those parties appearing on Exhibit B by first class mail.

The undersigned further certifies that on the 24th day of October, 2022, he caused a true and correct copy of the Motion to be served on all parties appearing on Exhibit C by email.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687, hereinafter "Holdings"); Voyager Digital, Ltd. (7224, hereinafter, the "Canadian Parent Company"); and Voyager Digital, LLC (8013, hereinafter, "Voyager"). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Dated: New York, New York
       October 24, 2022

*/s/ Jason D. St. John*
Jason D. St. John
Assistant Deputy Superintendent
Consumer Protection and Financial Enforcement
New York State Department of Financial Services
One State Street
New York, New York 10004-1511
(646) 343-4199
Jason.Stjohn@dfs.ny.gov

2

**Exhibit A**

| | | |
|---|---|---|
| Voyager Digital Holdings, Inc.<br>Attn: Stephen Ehrlich and David Brosgol<br>33 Irving Place, 3rd Floor,<br>New York, NY 10003 | Kirkland & Ellis LLP<br>Attn: Joshua A. Sussberg; Christopher Marcus; Christine A. Okike; Allyson B. Smith<br>601 Lexington Avenue<br>New York, NY 10022 | Quinn Emanuel Urquhart & Sullivan LLP<br>Attn: Susheel Kirpalani, Kate Scherling, & Zachary Russell<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| Official Committee of Unsecured Creditors<br>c/o McDermott, Will & Emery LLP<br>Attn: John J. Calandra, Joseph B. Evans & Darren Azman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852 | Office of the United States Trustee for the Southern District of New York<br>Attn: Richard C. Morrissey, Esq.<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Ad Hoc Group of Equity Interest Holders of Voyager Digital Ltd.<br>c/o Kilpatrick Townsend & Stockton LLP<br>Attn: David M. Posner & Kelly Moynihan<br>1114 Avenue of the Americas, the Grace Building<br>New York, NY 10036-7703 |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ALAMEDA VENTURES LTD | | F20 1ST FLOOR, EDEN PLAZA | | | EDEN ISLAND | | | Seychelles |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| STATE OF GEORGIA | OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | |
| STATE OF INDIANA | OFFICE OF THE INDIANA ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST, 5TH FLOOR | | INDIANAPOLIS | IN | 46204 | |
| STATE OF KENTUCKY | ATTORNEY GENERAL - DANIEL CAMERON | 700 CAPITAL AVENUE, SUITE 118 | | | FRANKFORT | KY | 40601 | |
| STATE OF MASSACHUSETTS | ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE, 20TH FLOOR | | | BOSTON | MA | 02108 | |
| STATE OF MICHIGAN | DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST | | | LANSING | MI | 48906 | |
| STATE OF MISSISSIPPI | OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING | 550 HIGH ST, PO BOX 220 | | JACKSON | MS | 39201 | |
| STATE OF NEBRASKA | OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | |
| STATE OF NEVADA | OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | |
| STATE OF NEW JERSEY | OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING BOX 080 | | TRENTON | NJ | 8611 | |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 | |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | |
| STATE OF OHIO | OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | | COLUMBUS | OH | 43215 | |
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 | |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST RM 519 | | COLUMBIA | SC | 29201 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 11549 | | | COLUMBIA | SC | 29211 | |
| STATE OF SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14, STE 1 | | | PIERRE | SD | 57501-8501 | |
| STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | | | AUSTIN | TX | 78701 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 | |
| STATE OF WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | 17 WEST MAIN STREET, ROOM 114 EAST P | | | MADISON | WI | 53702 | |
| STATE OF WYOMING | OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 | |
| TEXAS SECURITIES BOARD | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ROMA N. DESAI ASSISTANT ATTORNEY GENERAL | PO BOX 12548 | BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 | |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 | |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTORNEY GENERAL OF THE U.S. | 950 PENNSYLVANIA AVE, NW | | | WASHINGTON | DC | 20530-0001 | |
| WELLS FARGO BANK, N.A. | C/O ALDRIDGE PITE, LLP | ATTN: GREGORY A. WALLACH | 15 PIEDMONT CENTER | 3573 PIEDMONT ROAD N.E. | ATLANTA | GA | 30305 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2

Exhibit C

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AD HOC GROUP OF EQUITY NTEREST HOLDERS OF VOYAGER DIGITAL LTD. | C/O K LPATRICK TOWNSEND & STOCKTON LLP | ATTN: DAV D M. POSNER & KELLY MOYNIHAN | 1114 AVENUE OF THE AMERICAS THE GRACE BUILD NG | | NEW YORK | NY | 10036-7703 | | 212-775-8700 | 212-775-8800 | DPOSNER@KILPATRICKTOWNSEND.COM; KMOYN HAN@K LPATRICKTOWNSEND.COM |
| AD HOC GROUP OF EQUITY NTEREST HOLDERS OF VOYAGER DIGITAL LTD. | C/O K LPATRICK TOWNSEND & STOCKTON LLP | ATTN: PAUL M. ROSENBLATT | 1100 PEACHTREE STREET NE SUITE 2800 | | ATLANTA | GA | 30309 | | 404-815-6321 | 404-541-3373 | PROSENBLATT@KILPATRICKTOWNSEND.COM |
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, BENJAM N S. BELLER | 125 BROAD STREET | | NEW YORK | NY | 10004 | | 212-558-4000 | 212-558-3588 | dietdericha@sullcrom.com; gluecksteinb@sullcrom com; bellerb@sullcrom.com |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW | | | WASH NGTON | DC | 20001 | | 202-727-3400 | 202-347-8922 | OAG@DC.GOV |
| ED BOLTON | C/O AKERMAN LLP | ATTN: R. ADAM SWICK, JOHN H. THOMPSON, JOANNE GELFAND | 1251 AVENUE OF THE AMERICAS, 37TH FL | | NEW YORK | NY | 10020 | | 212-880-3800 | 212-880-8965 | ADAM.SWICK@AKERMAN.COM; JOHN.THOMPSON@AKERMAN.COM; JOANNE.GELFAND@AKERMAN.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLD NGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O GOLDSTE N & MCCLINKOCK LLLP | ATTN: MATTHEW E. MCCL NTOCK, HARLEY GOLDSTEIN, AND STEVE YACH K | 111 W WASH NGTON STREET SUITE 1221 | | CHICAGO | IL | 60602 | | 312-337-7700 | 312-277-2305 | MATTM@GOLDMCLAW.COM; HARLEYG@RESTRUCTUR NGSHOP.COM; STEVENY@GOLDMCLAW.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLD NGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK | 63 WEST MAIN STREET SUITE C | | FREEHOLD | NJ | 07728-2141 | | 732-780-2760 | 732-780-2761 | DTABACHNIK@DTTLAW.COM |
| FRANC NE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER | 275 DUNDAS STREET UNIT 1 | | LONDON | ON | N6B 3L1 | Canada | 519-660-7872; 519-660-78 | 519-660-7873; 519-600-78 | MICHAEL.ROBB@SISKINDS.COM; GARETT.HUNTER@SISKINDS.COM |
| FRANC NE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | 100 LOMBARD STREET SUITE 302 | | TORONTO | ON | M5C1M3 | Canada | 416-594-4394 | 416-594-4395 | ANTHONY.OBRIEN@SISKINDS.COM |
| LLINOIS SECRETARY OF STATE | C/O OFFICE OF THE LLINOIS ATTORNEY GENERAL | ATTN: JOHN P. RED NG ASSISTANT ATTORNEY GENERAL | 100 W. RANDOLPH ST FL. 13 | | CHICAGO | IL | 60601 | | | | JOHN.RED NG@ L AG.GOV |
| JASON RAZNICK | C/O JAFFE RAITT HEUER & WEISS, P.C. | ATTN: PAUL R. HAGE | 27777 FRANKL N ROAD SUITE 2500 | | SOUTHFIELD | MI | 48034 | | 248-351-3000 | | PHAGE@JAFFELAW.COM |
| JON GIACOBBE | ATTN: A. MANNY ALICANDRO | 11 BROADWAY, SUITE 615 | | | NEW YORK | NY | 10004 | | 646-509-3842 | | MANNY@ALICANDROLAWOFFICE.COM |
| KELLEHER PLACE MANAGEMENT, LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER & NATHAN E. DELMAN | 500 W. MADISON ST STE 3700 | | CHICAGO | IL | 60661 | | 312-606-3200 | 312-606-3232 | AHAMMER@HMBLAW.COM; NDELMAN@HMBLAW.COM; EFCNOTICES@HMBLAW.COM |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MARCUM LLP | C/O M NTZ & GOLD, LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. | 600 TH RD AVENUE, 25TH FLOOR | | NEW YORK | NY | 10016 | | 212-696-4848 | 212-696-1231 | GOTTESMAN@MNTZANDGOLD.COM |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: STEPHEN A. BEST ESQ & RACHEL O. WOLKINSON, ESQ. | 601 TH RTEENTH STREET NW SUITE 600 | | WASH NGTON | DC | 20005 | | 202-536-1700 | 202-536-1701 | SBEST@BROWNRUDNICK.COM; RWOLKINSON@BROWNRUDNICK.COM |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: SIGMUND S. WISSNER-GROSS ESQ. & KENNETH J. AULET ESQ. | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | | 212-209-4800 | 212-209-4801 | SWISSNER-GROSS@BROWNRUDNICK.COM; KAULET@BROWNRUDNICK.COM |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | ATTN: LYSBETH GEORGE | 8101 S. WALKER SUITE F | | OKLAHOMA CITY | OK | 73139 | | 405-689-5502 | 405-689-5502 | GEORGELAWOK@GMAIL.COM |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | ATTN: GEORGE H. SINGER, ESQ | 200 DS CENTER 80 SOUTH 8TH STREET | | MINNEAPOLIS | MN | 55402-2119 | | 612-371-2493 | 612-371-3207 | SINGERG@BALLARDSPAHR.COM |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD G. MASON, AMY R. WOLF, ANGELA K. HERRING | 51 WEST 52ND STREET | | NEW YORK | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMASON@WLRK.COM; ARWOLF@WLRK.COM; AKHERR NG@WLRK.COM |
| MICHAEL GENTSCH | C/O BARSKI LAW PLC | ATTN: CHRIS D. BRASKI | 9375 E. SHEA BLVD. STE 100 | | SCOTTSDALE | AZ | 85260 | | 602-441-4700 | | CBARSKI@BARSKILAW.COM |
| MICHAEL LEGG | C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO. | ATTN: ROBERT R. KRACHT & NICHOLAS R. OLESKI | 1111 SUPERIOR AVENUE EAST SUITE 2700 | | CLEVELAND | OH | 44114 | | 216-696-1422 | | RRK@MCCARTHYLEBIT.COM; NRO@MCCARTHYLEBIT.COM |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER, NATHAN E. DELMAN | 500 W MADISON ST., STE 3700 | | CHICAGO | IL | 60661 | | 312-606-3200 | 312-606-3232 | ahammer@hmblaw.com; ndelman@hmblaw.com; ecfnotices@hmblaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | 201 VARICK STREET, ROOM 1006 | | NEW YORK | NY | 10014 | | 212-510-0500 | 212-668-2361 | RICHARD.MORRISSEY@USDOJ.GOV; MARK.BRUH@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: RUSSELL G. STEWART | | | | | | | | | | RUSS.STEWART@TMF.MORTGAGE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: JASON RAZNICK | | | | | | | | | | JASON@BEZ NGA.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BRANDON MULLENBERG | | | | | | | | | | BRANDONMULLENBERG2022@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: RICHARD KISS FOR THINCAT TRUST | | | | | | | | | | RICHARD.KISS@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CHRISTOPHER MOSER | | | | | | | | | | CHRISMMOSER@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BYRON WALKER | | | | | | | | | | BYWALKER01@GMAIL.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 5

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MELISSA AND ADAM FREEDMAN | | | | | | | | | | FREEMANMELISSAC@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT W LL & EMERY LLP | ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN | ONE VANDERB LT AVENUE | | NEW YORK | NY | 10017-3852 | | 212-547-5400 | 212-547-5444 | DAZMAN@MWE.COM; JCALANDRA@MWE.COM; JBEVANS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT W LL & EMERY LLP | ATTN: CHARLES R. G BBS & GRAYSON W LLIAMS | 2501 NORTH HARWOOD STREET, SUITE 1900 | | DALLAS | TX | 75201-1664 | | 214-295-8000 | 972-232-3098 | CRGIBBS@MWE.COM; GWILLIAMS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT W LL & EMERY LLP | ATTN: GREGG STE NMAN | 333 SE 2ND AVENUE | SUITE 4500 | MIAMI | FL | 33131-2184 | | 305-358-3500 | 305-503-8805 | GSTEINMAN@MWE.COM |
| ORACLE AMERICA, NC. | C/O BUCHALTER | ATTN: SHAWN M. CHRISTIANSON | 425 MARKET ST., SUITE 2900 | | SAN FRANCISCO | CA | 94105 | | 415-277-0900 | | SCHRISTIANSON@BUCHALTER.COM |
| P ERCE ROBERTSON | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: RICHARD M. PACHULSKI, ALAN J. KORNFELD, DEBRA I. GRASSGREEN, AND JASON H. ROSELL | 10100 SANTA MONICA BLVD 13TH FLOOR | | LOS ANGELES | CA | 90067 | | 310-277-6910 | | RPACHULSKI@PSZJLAW.COM; AKORNFELD@PSZJLAW.COM; DGRASSGREEN@PSZJLAW.COM; JROSELL@PSZJLAW.COM |
| ROBERT SNYDERS & LISA SNYDERS | C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP | ATTN: ANGELINA E. L M | 401 E JACKSON STREET SUITE 3100 | | TAMPA | FL | 33602 | | 813-225-2500 | 813-223-7118 | ANGELINAL@JPFIRM.COM |
| SECURIT ES & EXCHANGE COMMISSION | | 100 F STREET NE | | | WASH NGTON | DC | 20549 | | 202-942-8088 | 202-772-9317; 202-772-93 | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURIT ES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR | 200 VESEY STREET SUITE 400 | | NEW YORK | NY | 10281-1022 | | 212-336-1100 | 212-336-1320 | BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURIT ES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL STREET SUITE 20-100 | | | NEW YORK | NY | 10004-2616 | | | | NYROBankruptcy@SEC.GOV |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | | 334-242-7300 | 334-242-2433 | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE, STE 200 | | | ANCHORAGE | AK | 99501 | | 907-269-5100 | 907-276-3967 | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST, STE 200 | | | LITTLE ROCK | AR | 72201 | | 501-682-2007 | 501-682-8084 | OAG@ARKANSASAG.GOV |
| STATE OF CAL FORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILD NG | 1300 BROADWAY, 10TH FL | | DENVER | CO | 80203 | | 720-508-6000 | 720-508-6030 | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVENUE | | | HARTFORD | CT | 6106 | | 860-702-3125 | 860-808-5387 | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL01 | | | TALLAHASSEE | FL | 32399 | | 850-414-3300 | 850-410-1630 | ASHLEY.MOODY@MYFLOR DALEGAL.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 3 of 5

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN STREET | | | HONOLULU | HI | 96813 | | 808-586-1500 | 808-586-1239 | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | 700 W. JEFFERSON ST, SUITE 210 | PO BOX 83720 | | BOISE | ID | 83720 | | 208-334-2400 | 208-854-8071 | STEPHANIE.GUYON@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | | CHICAGO | IL | 60601 | | 312-814-3000 | | michelle@lisamadigan.org |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT STREET | | DES MOINES | IA | 50319 | | 515-281-5164 | 515-281-4209 | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE, 2ND FLOOR | | | TOPEKA | KS | 66612 | | 785-296-2215 | 785-296-6296 | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | 300 CAPITAL DRIVE | | | BATON ROUGE | LA | 70802 | | 225-326-6705 | 225-326-6793 | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | | 207-626-8800 | | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 | | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST, STE 1400 | | | ST. PAUL | MN | 55101 | | 651-296-3353 | 651-282-2155 | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | | 573-751-3321 | 573-751-5818 | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS, PO BOX 201401 | | HELENA | MT | 59602 | | 406-444-2026 | 406-444-3549 | CONTACTDOJ@MT.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST. | | CONCORD | NH | 3301 | | 603-271-3658 | 603-271-2110 | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO STREET | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | | 505-490-4060 | 505-490-4883 | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | | 701-328-2210 | 701-328-2226 | NDAG@ND.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | | 405-521-3921 | 405-521-6246 | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 | | 503-378-4400 | 503-378-4017 | ELLEN.ROSENBLUM@DOJ.STATE.OR.US; ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST | | | PROVIDENCE | RI | 2903 | | 401-274-4400 | 401-274-3050 | AG@RIAG.RI.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | | SALT LAKE CITY | UT | 84114 | | 800-244-4636 | 801-538-1121 | UAG@UTAH.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | | SALT LAKE CITY | UT | 84114 | | 801-366-0260 | 801-538-1121 | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST. | | | MONTPELIER | VT | 5609 | | 802-828-3173 | 802-828-3187; 802-828-21 | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | | | RICHMOND | VA | 23219 | | 804-786-2071 | 804-225-4378 | MAIL@OAG.STATE.VA.US |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | ATTN: STEPHEN MANNING | PO BOX 40100 | OLYMPIA | WA | 98504-4010 | | 360-534-4846 | 360-664-0229 | stephen.manning@atg.wa.gov |
| STATE OF WEST V RG NIA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 1900 KANAWHA BLVD E | BUILD NG 1 RM E-26 | | CHARLESTON | WV | 25305 | | 304-558-2021 | 304-558-0140 | CONSUMER@WVAGO.GOV |
| STEVE LAIRD | C/O FORSHEY & PROSTOK LLP | ATTN: J. ROBERT FORSHEY | 777 MAIN STREET SUITE 1550 | | FORT WORTH | TX | 76102 | | 817-877-8855 | 817-877-4151 | BFORSHEY@FORSHEYPROSTOK.COM |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ASSISTANT ATTORNEY GENERALS | ATTN: ABIGAL R. RYAN, LAYLA D. MILLIGAN, JASON B. BINFORD, AND ROMA N. DESAI | PO BOX 12548 BANKRUPTCY AND COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | JASON B NFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGA L RYAN@OAG.TEXAS.GOV; ROMA DESAI@OAG.TEXAS.GOV |
| TEXAS STATE SECURIT ES BOARD | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ABIGA L R RYAN, LAYLA D MILLIGAN, ROMA N. DESAI & JASON B B NFORD | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | ABIGA L RYAN@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; JASON B NFORD@OAG.TEXAS.GOV; ROMA DESAI@OAG.TEXAS.GOV |
| TN DEPT OF COMMERCE AND NSURANCE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | | 615-741-1935 | 615-741-3334 | AGBANKNEWYORK@AG.TN.GOV |
| TORONTO STOCK EXCHANGE | | 300  100 ADELAIDE ST. | | | WEST TORONTO | ON | M5H 1S3 | Canada | 416-947-4700 | 416-947-4662 | WEBMASTER@TMX.COM |
| VERMONT DEPARTMENT OF F NANCIAL REGULATION | C/O ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD, ESQ. | 89 MA N STREET THIRD FLOOR | | MONTPEL ER | VT | 05620 | | | | JENNIFER.ROOD@VERMONT.GOV |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 5 of 5