Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF FILING QUARTERLY STATEMENT PURSUANT
TO THE ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF
CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that on August 5, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and Granting Related Relief* [Docket No. 244] (the "OCP Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(i) of the OCP Order, the Debtors are required to provide a written statement to the Court and the Notice Parties, beginning with the period ending on September 30, 2022, and each Quarter thereafter, no later than 30 days after the end of each such Quarter, with respect to each OCP paid during the immediately preceding three-month period (each such statement, a "Quarterly Statement").

**PLEASE TAKE FURTHER NOTICE** that the Quarterly Statement for the Quarter ending on September 30, 2022 is attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] All capitalized terms used but not defined herein have the meanings ascribed to them in the OCP Order.

| | |
|---|---|
| Dated: October 25, 2022<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           jsussberg@kirkland.com<br>                     cmarcus@kirkland.com<br>                     christine.okike@kirkland.com<br>                     allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

**<u>Exhibit A</u>**

**Quarterly Statement for Quarter Ending on September 30, 2022**

**In re: Voyager Digital Holdings Inc.**
Ordinary Course Professoinal Payment Summary
July 5, 2022 - September 30, 2022

| Professional Name | Tier[1] | Service | July | August | September | Total Post-Petition Payments |
|---|---|---|---|---|---|---|
| Conyers Dill & Pearman | 2 | Legal Services | - $ | 31,874 | - $ | 31,874 |

---

1. Professionals categorized as tier 1 and tier 2 are subject to caps of $150,000 and $40,000, respectively, per month on average over a rolling three-month period.