## AFFIDAVIT OF PUBLICATION

IN THE MATTER OF: { KIRKLAND & ELLIS LLP. }

STATE OF NEW YORK

ss:

COUNTY OF NEW YORK

I, Jonathan Florez, being duly sworn, hereby certify that (a) I am the Account Planner, US Advertising of FT Publications, Inc. Publisher of the FINANCIAL TIMES, a daily newspaper published and of general circulation Worldwide including the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in THE FINANCIAL TIMES ON THE:

28th Day of October 2022.

Jonathan Florez, ACCOUNT PLANNER, **ADVERTISING**:

Signature: _[signature]_

JESSICA WONG
Notary Public - State of New York
NO. 01WO6203455
Qualified in Kings County
My Commission Expires 4/6/2025

Date: 10/28/2022

## COMPANIES & MARKETS

# Credit Suisse ready to undergo radical surgery

### Strategy involves stripping back the business and making it more focused on wealth management and domestic market

**OWEN WALKER, ARASH MASSOUDI AND ANDREW ENGLAND** — LONDON

When Credit Suisse executives struck a plan to spin off its capital markets and advisory business in the summer, they chose a name that harked back to its 1980s glory days: First Boston.

But as the strategy developed, they soon realised that the intellectual property for the brand was already owned by a series of small financial services businesses who refused to sell.

Instead, the bank settled on the name CS First Boston for the business that it plans to list next year as part of a major restructuring of the group.

For 166 years, Credit Suisse executives focused on growing the business from its humble beginnings financing Switzerland's railway network into an international bank offering wealth management and investment banking to a global client base. The 1988 merger with First Boston was part of the Swiss bank's efforts to grow its investment banking business in the US.

Yesterday morning, that expansion drive came screeching to a halt as the bank unveiled a radical new strategy aimed at arresting years of losses alongside a SFr1.5bn investment by the Saudi National Bank.

By the end of the day, Credit Suisse shares, already battered by years of scandals and churn at the top of the bank, had fallen by 19 per cent.

The plan, devised by the bank's latest management team, chief executive Ulrich Körner and chair Axel Lehmann, will involve stripping back the business and making it more focused on wealth management and its Swiss domestic market.

"We are creating a new Credit Suisse with a simpler, more stable, more focused business model," said the bank's chair Axel Lehmann yesterday.

The expensive restructuring is to be funded by a SFr4bn capital raise, backstopped by the Saudi National Bank, whose investment will make it Credit Suisse's largest shareholder with 9.9 per cent, based on current holdings.

That deal with SNB, the largest commercial bank in the Gulf country, was poorly received by Credit Suisse shareholders, whose earnings per share will be diluted by around a quarter.

"It's very painful to give 10 per cent of the bank away for just SFr1.5bn," said a top ten shareholder in the group. "Alternatives such as a partial IPO of the Swiss bank would have been better."

David Herro, chief investment officer of Harris Associates, the bank's largest current shareholder, was more supportive: "We welcome the aggressive approach Credit Suisse is taking to stabilise and improve the performance of both the investment bank and the group as a whole."

The retreat from global investment banking and doubling down on wealth management — especially in the Middle East — has raised concern among some shareholders and analysts about the influence of the new Saudi investors and whether the reformed business will be too conservative.

"Certainly radical surgery was needed, but you have to wonder what the new investors want out of this," said the top 10 shareholder.

The three-year plan drastically pares back Credit Suisse's investment bank, and involves partially selling off the profitable securitised products business and spinning out CS First Boston. It will also include SFr2.5bn of spending cuts across the business, with thousands of redundancies planned.

The group's headcount will drop by 9,000 to 43,000 by 2025, with 2,700 job cuts expected by the end of the year.

Over the next three years, the bank plans to shift billions of dollars of risk-weighted assets from its investment bank to its wealth management, domestic bank and asset management divisions, which will collectively account for 80 per cent of RWAs and 85 per cent of revenues by 2025.

Analysts greeted the new plan with scepticism, especially the company's conservative medium-term profit estimates, which target a group return on tangible equity of around 6 per cent by 2025.

"Our main concern is . . . the lowly Rote target for 2025, which appears to lack ambition," said Citigroup analyst Andrew Coombs. "Part of the rationale for reallocating capital is to drive a re-rating, but this can only go so far if the return prospects remain this low. The stock appears cheap, even post dilution, but there is likely to be significant execution risk in the coming months, so this remains a high-risk investment."

One Credit Suisse board member said the conservative approach was a symptom of how many Swiss nationals were currently running the bank, which has undergone a complete leadership change in the past year, with many senior roles going to former executives of rival UBS.

"That Swissness comes out in the conservative estimates," they said. "It creates a culture and a way of working that is sustainable and not short-term-minded."

SNB's involvement also raises questions about the future direction of the Swiss bank. SNB published a statement yesterday saying the reason for its investment was to work with Credit Suisse on developing asset management, wealth management and investment banking services in Saudi Arabia.

It also said it would explore "strategic partnerships" with the Swiss bank and would consider investing in the spun-off CS First Boston business.

A Credit Suisse executive involved in the discussions with the SNB said Saudi Arabia was a market it was planning to grow in and the SNB investment would help its expansion in the country.

"We have been in the Middle East for nearly 60 years and it will be one of the strongest growth regions over the next 10 years," they said. "It is a region we have focused on and we want to grow in — especially as we have strong partners in the region."

Credit Suisse already has two other large Middle Eastern shareholders, the Qatar Investment Authority and Olayan Group, an investment business run by a wealthy Saudi family. Both own about 5 per cent of its stock and bought their initial stakes during the financial crisis.

Despite the wider group job cuts, Credit Suisse announced last month that it would expand its presence in Doha, hiring 100 staff and launching a tech hub with Qatar's Investment Promotion Agency.

The SNB investment is a sign of growing interest from Saudi Arabia in buying into Western businesses.

Middle Eastern sovereign wealth funds from Qatar, the UAE and Kuwait bought stakes in Western banks and other distressed assets during the financial crisis, while Saudi Arabia's Public Investment Fund sat on the sidelines.

But under Crown Prince Mohammed bin Salman, who has chaired the PIF since 2015, Saudi Arabia has become much more aggressive in its approach to investing in western assets, and the recent boom in oil prices has given the country more financial firepower.

SNB was formed by the merger of the National Commercial Bank and Samba Financial Group. Analysts said the merger was partly driven by Riyadh's desire to create a national champion to develop the financial services sector as Prince Mohammed seeks to project the kingdom as a regional hub. State entities own just over 50 per cent of SNB, with the PIF the largest shareholder.

Though Credit Suisse shareholders said they were apprehensive about Saudi influence, these concerns were not shared by its senior executives.

"The region is important to us from a wealth perspective, so it's important to have large investors who are there," said a person involved in discussions over the SNB investment. "Some other investors may have concerns, but it's not something we worry about."

*Additional reporting by Samer Al-Atrush in Riyadh and Stephen Morris in London*

**See Lex**





*Credit Suisse shares, already battered by years of scandals and churn at the top of the bank, fell 19% yesterday — Michael Buholzer/epa-EFE/Shutterstock*

---

## Media

# TikTok to launch standalone gaming channel

**CRISTINA CRIDDLE** — LONDON
**PATRICK MCGEE** — SAN FRANCISCO

TikTok is making a big push into gaming, adding a dedicated tab within the short-form video platform, its first venture into a different entertainment format.

The Chinese-owned company is the latest video platform to expand into games, one of the most lucrative entertainment industries, following Netflix's launch of mobile games last year and filling a void left by rivals Snapchat and Facebook, which are winding down their gaming platforms.

Users will be able to access the games via a button on the homepage of what is one of the world's most popular video apps. It will feature a host of mobile games where ads can be served and users can pay for additional content, according to four people familiar with the plans.

ByteDance, TikTok's Chinese owner, has long developed its own games and is looking to bring titles over to the new channel, one person familiar with the strategy said.

Chinese regulators have cracked down on gaming over the past year, delaying approvals for new offerings and limiting the amount of time children can play video games. Douyin, the ByteDance-owned Chinese version of TikTok, has offered so-called hyper-casual games since 2019.

Assaf Sagy was appointed TikTok's head of global gaming last month. The former McKinsey manager and Intel system architect joined in 2020 after spending three years at Snap.

"TikTok and gaming were made for each other," he wrote in a LinkedIn post announcing his appointment last week. "TikTok has far shown its value in helping consumers discover what's fun, valuable, and popular."

The new channel could be announced as soon as next Wednesday at "TikTok Made Me Play It", what the company has described as its "first gaming event". It will feature speakers from gaming groups Electronic Arts, 2K, VNG Corporation, NetEase Games and Homa.

TikTok moderators in Europe, who remove harmful content from the platform, have been testing games before they are launched, according to two people with knowledge of the process.

The creation of the gaming channel follows tests in Vietnam in May. In the summer, TikTok quietly rolled out a feature that allowed video creators to link to simple games which, when clicked, can be played in a pop-up web browser.

TikTok already has a partnership with Zynga, the maker of gaming titles such as *High Heels!* It has more than 10 gaming partners including Voodoo, Aim Lab and Matchingham Games.

Social media rivals have struggled in this space. Last month, Snapchat-maker Snap said it would discontinue investment in gaming and Facebook will close its gaming app today, about two years after its launch. Google said this month that it would mothball Stadia, the three-year old cloud-based group it once called "the future of gaming".

But the mobile gaming industry is still seeing healthy growth, with revenues set to rise from $104bn last year to $128bn in 2026 — more than the total spend on console and PC gaming combined, according to analysts Omdia.

"There is plenty of room for TikTok to make an impact," George Jijiashvili, an Omdia analyst, said.

*Additional reporting by Tim Bradshaw in London.*



*A dedicated tab will be added to the China-owned short-video platform*

---

### Legal Notices

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re: VOYAGER DIGITAL HOLDINGS, INC., et al.,[1] Debtors.

Chapter 11
Case No. 22-10943 (MEW)
(Jointly Administered)

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES**

[Legal notice text continues with details of bankruptcy plan confirmation hearing, voting deadline of November 29, 2022 at 4:00 p.m., objection deadline, and related procedural information regarding the Third-Party Release, binding nature of the Plan, and instructions for holders of claims and interests.]

Dated: October 24, 2022, New York, New York
KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., Allyson B. Smith (admitted pro hac vice), 601 Lexington Avenue, New York, New York 10022, Telephone: (212) 446-4900, Facsimile: (212) 446-4900, Email: jsussberg@kirkland.com, cmarcus@kirkland.com, christine.okike@kirkland.com, allyson.smith@kirkland.com, *Counsel to the Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (2729). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.