Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 489-7000
Facsimile: (212) 846-4900

*Special Counsel to Debtor Voyager Digital, LLC*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re:                                                             :     Chapter 11
                                                                   :
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1]                       :     Case No. 22-10943 (MEW)
                                                                   :
                                        Debtors.                   :     (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client: | Voyager Digital, LLC |
| Retention Date: | July 13, 2022 |
| Time Period Covered: | September 1, 2022, through September 30, 2022 |
| Total Fees Requested: | $876,515.04[2] |
| Total Expenses Requested: | $5,021.25 |
| Type of Fee Statement | Monthly Fee Statement |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S Miami Ave, 8th Floor, Miami, FL 33131.

[2] Quinn Emanuel agreed with Voyager Digital, LLC ("Voyager LLC") to a 10% discount off of its customary fees. The Net Billed Fees reflect the fees actually billed to Voyager LLC after this 10% discount is applied. Accordingly, the total fees requested herein represent 80% of the Net Billed Fees.

**THIRD MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART &
SULLIVAN, LLP FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL
COUNSEL TO VOYAGER DIGITAL, LLC DURING THE PERIOD OF SEPTEMBER 1,
2022, THROUGH SEPTEMBER 30, 2022**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy
Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Rule
2016-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy
Court for the Southern District of New York (the "Local Rules"), the Amended Guidelines for
Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases
(the "Local Guidelines"), and the *Order (I) Establishing Procedures for Interim Compensation
and Reimbursement of Expenses of Professionals for Retained Professionals and (II) Granting
Related Relief* entered September 4, 2022 (the "Interim Compensation Order") (Dkt. No. 236),
Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel to Voyager LLC,[3]
hereby files its *Third Monthly Fee Statement for Compensation for Services Rendered and
Reimbursement of Expenses Incurred as Special  Counsel to Voyager Digital LLC During the
Period of September 1, 2022, through September 30,, 2022* (the "Third Monthly Fee Statement"),
for the amount of $876,515.04, which represents 80% of the total fees incurred by Quinn Emanuel
for reasonable and necessary professional services rendered, and $5,021;25 for the reimbursement
of the actual and necessary expenses incurred from September 1, 2022 through September 30,
2022 (the "Fee Period"), for  a total of $881,536.29.

### Itemization of Services Rendered and Disbursements Incurred

1.       In support of this Third Monthly Fee Statement, Quinn Emanuel has attached the
following:

---

[3]     This Court approved on September 4, 2022 the retention of Quinn Emanuel as Special Counsel to Voyager LLC
effective July 13, 2022.  *See* Dkt. No. 242.

Exhibit A is a summary schedule of hours and fees covered by this Third Monthly Fee Statement, categorized by project code;

Exhibit B is a summary schedule of the time expended by all Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period;

Exhibit C is a summary of expenses incurred by Quinn Emanuel during the Fee Period; and

Exhibit D is a detailed invoice for the hours expended and fees incurred by Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period.

## **Representations**

2.  Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Third Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, Local Guidelines, and the Interim Compensation Order.

## **Notice**

3.  Notice of this Third Monthly Fee Statement has been provide to all necessary parties in accordance with the Interim Compensation Order.

4.  Objections to this Third Monthly Fee Statement, if any, must be filed by the objection deadline and served upon Quinn Emanuel, 51 Madison Ave., New York, NY 10001, Attn: Susheel Kirpalani, Esq., and Zachary Russell, Esq.; Email: susheelkirpalani@quinnemanuel.com; zacharyrussell@quinnemanuel.com, no later than Monday November 15, 2022, at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

Objections to this Third Monthly Fee Statement, if any, must set forth the nature of the objection and the specific amount of fees or expenses at issue.

5.    If no objection to this Third Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall promptly pay Quinn Emanuel 80% of the fees and 100% of the expenses as identified in this Third Monthly Fee Statement.  To the extent that an objection to this Third Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall withhold payment of that portion of this Third Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

WHEREFORE, Quinn Emanuel Urquhart & Sullivan, LLP respectfully requests payment of $876,515.04 which represents 80% of the total fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered during the Fee Period and $5,021.25 for the reimbursement of the actual and necessary expenses incurred during the Fee Period for a total of $881,536.29.

Respectfully submitted this 31st day of October, 2022.

|  | Quinn Emanuel Urquhart & |
| New York, New York | Sullivan, LLP |

/s/    *Susheel Kirpalani*

Susheel Kirpalani
Kate Scherling
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

*Special Counsel to Voyager Digital LLC*

4

**EXHIBIT A**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES | TOTAL FEES BILLED TO VOYAGER LLC AFTER APPLICATION OF 10% DISCOUNT |
|---|---|---|---|---|
| | | | | |
| VO01 | Case Administration | 40.3 | $11,969.00 | $10,772.10 |
| VO02 | Fee Applications | 5.5 | $5,717.50 | $5,145.75 |
| VO05 | Special Committee Investigation | 937.80 | $1,199,695.50 | $1,079,725.95 |
| **TOTAL** | | **1,271.60** | **$1,657,618.00** | **$1,095,643.80** |

**EXHIBIT B**

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| Susheel Kirpalani | Partner | 51.7 | $2,130.00 | $110,121.00 |
| Danielle Gilmore | Partner | 10.10 | $1,770.00 | $17,877.00 |
| Katherine Lemire | Partner | 57.7 | $1,770.00 | $102,129.00 |
| Eric M. Kay | Counsel | 29.1 | $1,465.00 | $42,631.50 |
| Daniel Holzman | Counsel | 43.6 | $1,350.00 | $58,860.00 |
| Katherine A. Scherling | Counsel | 136.2 | $1,350.00 | $183,870.00 |
| Zachary Russell | Associate | 199.6 | $1,270.00 | $253,492.00 |
| Meredith Mandell | Associate | 143.1 | $1,270.00 | $181,737.00 |
| Joanna Caytas | Associate | 181.2 | $1,165.00 | $211,098.00 |
| Daniel Needleman | Attorney | 1.5 | $425.00 | $637.50 |
| Caitlin Garvey | Paralegal | 93.8 | $480.00 | $45,024.00 |
| Kathyann Small | Paralegal | 11.5 | $480.00 | $5,520.00 |
| James Bandes | Litigation Support | 1.3 | $250.00 | $325.00 |
| Steven Wong | Litigation Support | 19.0 | $175.00 | $3,325.00 |
| Anthony Bentancourt | Litigation Support | 0.2 | $175.00 | $35.00 |
| Jet Ma | Litigation Support | 3.1 | $175.00 | $542.50 |
| Daryl Lyew | Litigation Support | 0.9 | $175.00 | $157.50 |
| **Total** | | **1,271.60** | | **$1,217,382.00** |

**EXHIBIT C**

| EXPENSE | COST |
|---|---:|
| | |
| Meals during travel | $34.16 |
| Messenger | $639.67 |
| Hotel | $346.61 |
| Out-of-Town Travel | $254.66 |
| Air Travel | $882.19 |
| Document Services | $2,231.62 |
| Messenger | $50.00 |
| Local meals | $281.70 |
| Conference Fee | $210.00 |
| RelOne Acitve Hosting (Per GB) (Litigation Support cost) | $90.64 |
| **Total** | **$5,0121.25** |

**<u>EXHIBIT D</u>**

# quinn emanuel trial lawyers

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

October 24, 2022

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000142354
Responsible Attorney: Susheel Kirpalani

## Limited Engagement For Voyager Digital, LLC Special Committee

For Professional Services through September 30, 2022 in connection with acting as special counsel to Voyager Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC, comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special Committee's mandate.

| | |
|---|---:|
| Fees | $1,217,382.00 |
| 10% Discount | -$121,738.20 |
| Net Billed Fees | $1,095,643.80 |
| Expenses | $5,021.25 |
| Net Amount | $1,100,665.05 |
| Total Due This Invoice | $1,100,665.05 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin

# quinn emanuel trial lawyers

October 24, 2022                                                      Matter #: 11603-00001
Page 2                                                      Invoice Number: 101-0000142354

## Statement Detail

### VO01  Case Administration

| | | | | |
|---|---|---|---|---|
| 08/01/22 | CG3 | Analyze and process recent Voyager production (0.6). | 0.60 | 288.00 |
| 08/01/22 | JB3 | Manage, supervise and direct resources for processing and loading of Electronically Stored Information for attorney review and production (1.3). | 1.30 | 325.00 |
| 08/11/22 | CG3 | Analyze and process Cassidy docket filings to share drive (1.4); analyze and process recent productions and correspondence (0.6); review public sources for BVI docket filings (0.4). | 2.40 | 1,152.00 |
| 08/15/22 | CG3 | Analyze and process bankruptcy docket, recent correspondence, and productions (1.2). | 1.20 | 576.00 |
| 08/18/22 | CG3 | Review database for correspondence with Canadian regulators (1.1); analyze and process recent correspondence (1.0). | 2.10 | 1,008.00 |
| 08/21/22 | DL8 | Executing document searches and setting up review batches in Relativity workspace for Meredith Mandell and Joanna Caytas (0.9). | 0.90 | 157.50 |
| 08/21/22 | KS9 | Pulled docs from Relativity and download to S-Drive folder for Attorney Review (2.5). | 2.50 | 1,200.00 |
| 08/22/22 | KS9 | Pulled all cited docs in Outline and added to Folder for Review and download new production (2.5). | 2.50 | 1,200.00 |
| 08/25/22 | KS9 | Download new production (.5). | 0.50 | 240.00 |
| 08/27/22 | JM7 | Prepare documents for review per request from J. Caytas (1.3). | 1.30 | 227.50 |
| 08/28/22 | JM7 | Prepare documents for review per request from J. Caytas (1.3). | 1.80 | 315.00 |
| 08/30/22 | KS9 | Continued working on splitting up pdf (1.0). | 1.00 | 480.00 |

# quinn emanuel trial lawyers

October 24, 2022                                                          Matter #: 11603-00001
Page 3                                                              Invoice Number: 101-0000142354

| Date | | | | | |
|---|---|---|---|---|---|
| 08/31/22 | KS9 | Continued working on splitting up a production pdf for easy reference (3.0). | | 3.00 | 1,440.00 |
| 09/02/22 | AB2 | Locate, prepare and provide documents in specifed format per request from MM6. | | 0.20 | 35.00 |
| 09/02/22 | SW4 | Prepare multiple sets of documents for review per request from Joanna Caytas Prepare documents for review per request from Meredith Mandell. | | 3.50 | 612.50 |
| 09/06/22 | SW4 | Prepare documents for review per request from Kate Scherling. | | 2.00 | 350.00 |
| 09/07/22 | SW4 | Prepare documents for review per request from Meredith Mandell Prepare documents for review per request from Joanna Caytas. | | 3.50 | 612.50 |
| 09/08/22 | SW4 | Prepare documents for review per request from Meredith Mandell. | | 2.00 | 350.00 |
| 09/09/22 | SW4 | Prepare documents for review per request from Meredith Mandell. | | 2.00 | 350.00 |
| 09/12/22 | SW4 | Prepare documents for review per request from Joanna Caytas. | | 2.00 | 350.00 |
| 09/14/22 | SW4 | Prepare documents for review per request from Joanna Caytas. | | 2.00 | 350.00 |
| 09/22/22 | SW4 | Prepare documents for review per request from Joanna Caytas. | | 2.00 | 350.00 |
| | | | SUBTOTAL | 40.30 | 11,969.00 |

## VO02  Fee Applications

| Date | | | | | |
|---|---|---|---|---|---|
| 09/10/22 | ZR1 | Prepare fee statement (2.5). | | 2.50 | 3,175.00 |
| 09/21/22 | DN1 | Draft Second monthly Fee Statement (1.2). | | 1.20 | 510.00 |
| 09/27/22 | ZR1 | Prepare fee statement (.4). | | 0.40 | 508.00 |
| 09/28/22 | DN1 | Revise draft Fee Statement per Z. Russell (.2). | | 0.20 | 85.00 |
| 09/29/22 | DN1 | Ensure filing of Fee Statement (.1). | | 0.10 | 42.50 |

# quinn emanuel trial lawyers

October 24, 2022
Page 4

Matter #: 11603-00001
Invoice Number: 101-0000142354

| 09/29/22 | ZR1 | Finalize and file fee statement (1.1). | 1.10 | 1,397.00 |
|----------|-----|----------------------------------------|------|----------|
|          |     | SUBTOTAL | 5.50 | 5,717.50 |

**VO05  Special Committee Investigation**

| 08/15/22 | CG3 | Prepare and index hot document sets (5.9). | 5.90 | 2,832.00 |
|----------|-----|---------------------------------------------|------|----------|
| 08/16/22 | CG3 | Prepare and index additional hot document sets as well as supplements (2.9); review and revise same (1.2). | 4.10 | 1,968.00 |
| 08/17/22 | CG3 | Prepare and index hot document sets (11.3). | 11.30 | 5,424.00 |
| 08/18/22 | CG3 | Review treasury materials for update reports (.6); correspond with team re hot document sets (.6). | 1.20 | 576.00 |
| 08/19/22 | CG3 | Correspond with team re upcoming witness interviews (.4); compile materials cited in master outline (6.3); prepare electronic binder of same (1.2); analyze and process entire Voyager bankruptcy docket filings and recent productions (1.0). | 8.90 | 4,272.00 |
| 08/24/22 | KS9 | Updated all tabs in Depo outline and all corresponding exhibits in the S-Drive folder to create order of docs (2.0). | 2.00 | 960.00 |
| 08/29/22 | CG3 | Prepare and index witness materials for upcoming interviews (11.8). | 11.80 | 5,664.00 |
| 08/30/22 | CG3 | Prepare witness materials for upcoming interviews (3.1). | 3.10 | 1,488.00 |
| 08/31/22 | CG3 | Prepare witness materials for upcoming interviews (1.5). | 1.50 | 720.00 |
| 09/01/22 | SK2 | Prepare for and attend D. Brosgol interview (8.6); confer w/D. Holzman re update on facts learned and interplay with state of the law (.9). | 9.50 | 20,235.00 |
| 09/01/22 | ZR1 | Prepare for and attend interview of David Brosgol and follow up (8.6); | 9.70 | 12,319.00 |

**quinn emanuel** trial lawyers

October 24, 2022                                                           Matter #: 11603-00001
Page 5                                                          Invoice Number: 101-0000142354

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | logistics regarding upcoming interviews (1.1). | | |
| 09/01/22 | JDC | Correspond with QE team regarding indemnification agreements of board of directors (0.2); review produced documents (4.5); correspond with M. Mandell regarding document review (0.1);. | 4.80 | 5,592.00 |
| 09/01/22 | EMK | Review docs, emails research re potential claims arising out of customer disclosures. | 1.10 | 1,611.50 |
| 09/01/22 | KS2 | Outline Investigation Report and draft sections thereof (3.20). | 3.20 | 4,320.00 |
| 09/01/22 | DH3 | Exchange emails with s. Kirpalani regarding indemnification (.4); exchange emails with S. Kirpalani regarding fiduciary duties (.8); and discuss with S. Kirpalani interviews (.9). | 2.10 | 2,835.00 |
| 09/01/22 | KL | Interview of D. Brosgol. | 7.80 | 13,806.00 |
| 09/01/22 | MM6 | Prep for following week interviews, including review regulatory legal issues and documents (4.0) prep for Lalwani Binder and Interview (4.0). | 8.00 | 10,160.00 |
| 09/02/22 | ZR1 | Prepare outlines for upcoming interviewees (5.9); document review (4.9). | 10.80 | 13,716.00 |
| 09/02/22 | JDC | Review produced documents (9.5); prepare interview outline (0.9); prepare summary of indemnification provisions in corporate documents of the Debtor entities (1.3); correspond with QE team regarding exculpation provisions in corporate documents of the Debtors (0.6); coordinate processing of new document productions (0.2). | 12.50 | 14,562.50 |
| 09/02/22 | EMK | Review docs, emails, research re potential claims arising out of customer representations. | 1.00 | 1,465.00 |
| 09/02/22 | KS2 | Draft Brosnahan interview memo | 4.30 | 5,805.00 |

**quinn emanuel** trial lawyers

October 24, 2022                                                          Matter #: 11603-00001
Page 6                                                            Invoice Number: 101-0000142354

|            |      |                                                                                                                                                                                                                                     |       |            |
|------------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|------------|
|            |      | (2.40); correspondence with QE team re: Voyager corporate docs (.20); review revisions to interview outline (.40); continue researching and drafting investigation report (1.30).                                                         |       |            |
| 09/02/22   | DH3  | Read and analyze constituent documents (1.1).                                                                                                                                                                                            | 1.10  | 1,485.00   |
| 09/02/22   | KL   | Teleconference with M. Mandell re interviews and regulatory issues (.2); review documents in preparation for interviews (0.2).                                                                                                            | 0.40  | 708.00     |
| 09/02/22   | SK2  | Confer w/K. Scherling re results of interviews and analysis of potential claims and defenses (.6); TC w/J. Sussberg (Kirkland) to inquire about overall Chapter 11 standalone plan vs sale process (.4); review case law regarding distinctions between gross negligence and negligence and exculpation as impacting analysis (2.3). | 3.30  | 7,029.00   |
| 09/02/22   | MM6  | Brosgol Interview attend and take notes (8.6); facilitate pre-and-post interview logistics and organization (.4).                                                                                                                        | 9.00  | 11,430.00  |
| 09/03/22   | CG3  | Prepare and index materials for upcoming witness interviews (0.8).                                                                                                                                                                       | 0.80  | 384.00     |
| 09/03/22   | ZR1  | Document review and supplemental outlines (6.1).                                                                                                                                                                                         | 6.10  | 7,747.00   |
| 09/03/22   | JDC  | Review produced documents (6.8).                                                                                                                                                                                                         | 6.80  | 7,922.00   |
| 09/03/22   | MM6  | Supplemental outlines drafting and prep for witness interviews (6.0).                                                                                                                                                                    | 6.00  | 7,620.00   |
| 09/03/22   | DLG  | Prepare insurance coverage memorandum for inclusion in larger memorandum (1.1)                                                                                                                                                           | 1.10  | 1,947.00   |
| 09/04/22   | CG3  | Prepare and index materials for upcoming witness interviews (3.3).                                                                                                                                                                       | 3.30  | 1,584.00   |
| 09/04/22   | ZR1  | Prepare supplemental interview outlines and correspondence with QE team re same (8.9).                                                                                                                                                   | 8.90  | 11,303.00  |

# quinn emanuel trial lawyers

October 24, 2022                                                    Matter #: 11603-00001
Page 7                                                      Invoice Number: 101-0000142354

| | | | | |
|---|---|---|---|---|
| 09/04/22 | JDC | Review document production (10.1); correspond with Z. Russell regarding same (0.2); review Three Arrows bankruptcy filings and list of creditors (0.4); coordinate processing of new document production (0.3); correspond with K. Lemire and M. Mandell regarding regulatory documents (0.2); prepare interview outline questions regarding recall of Alameda loans (2.1); correspond with Z. Russell regarding Alameda loans recall (0.4). | 13.70 | 15,960.50 |
| 09/04/22 | MM6 | Supplemental outline and witness interview prep (6.0). | 6.00 | 7,620.00 |
| 09/04/22 | DLG | Prepare insurance coverage memorandum (1.3). | 1.30 | 2,301.00 |
| 09/04/22 | KL | Review documents in preparation for interviews (2.4); edit interview outlines (.4). | 2.80 | 4,956.00 |
| 09/05/22 | CG3 | Prepare and index materials for upcoming witness interviews (12.3). | 12.30 | 5,904.00 |
| 09/05/22 | ZR1 | Prepare for interviews (outlines/binders) (3.2). | 3.20 | 4,064.00 |
| 09/05/22 | MM6 | Call with K. Lemire (.5) review FDIC correspondence letters and accompanying charts (1.0); review notes from interviews from prior week (1.0); call with Z. Russell regarding interview prep (.5); email/call with C. Garvey regarding interview prep to collate binders and make additions (.5). | 3.50 | 4,445.00 |
| 09/05/22 | JDC | Review document production (7.7); correspond with Z. Russell regarding latest document productions (0.2); coordinate gathering of produced documents (0.3); correspond with E. Kay regarding intercompany matters (0.1). | 8.30 | 9,669.50 |
| 09/05/22 | DLG | Prepare insurance coverage memorandum (.8). | 0.80 | 1,416.00 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

# quinn emanuel trial lawyers

October 24, 2022                                                          Matter #: 11603-00001
Page 8                                                          Invoice Number: 101-0000142354

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/05/22 | KL | Review documents in preparation for interviews (3.1); edit interview outlines (.5). | 3.60 | 6,372.00 |
| 09/05/22 | KS2 | Call wtih M. Slade and S. Kirpalani re: investigation (.40); correspondence with M. Slade and S. Kirpalani re: response to UCC plan and disclosure statement document requests (.30); correspondence with QE team re: intercompany issues (.20). | 0.90 | 1,215.00 |
| 09/05/22 | SK2 | Prepare talking points for discussion w/Kirkland (.2); attend conference call w/M. Slade (Kirkland), K. Scherling re need for D. Brill, status of investigation, overall chapter 11 coordination (.5); review materials ahead of M. Lalwani interview tomorrow (1.2); corresp w/K. Lemire re issues for tomorrow (.2). | 2.10 | 4,473.00 |
| 09/06/22 | CG3 | Prepare and index materials for upcoming witness interviews (6.1). | 6.10 | 2,928.00 |
| 09/06/22 | SK2 | Attend portion of Lalwani interview (3.5);. | 3.50 | 7,455.00 |
| 09/06/22 | ZR1 | Prepare for and attend interviews of Lalwani and Prithipaul (8.1); prepare interview notes (1.4). | 9.50 | 12,065.00 |
| 09/06/22 | JDC | Confer with QE team reading investigation progress and interviews (0.5); prepare supplemental outline for G. Hanshe interview (1.7); correspond with Z. Russell and K. Scherling regarding same (0.2); review document production (5.8); prepare supplemental outline for Jensen interview (0.3); review FDIC-related documents (1.3); review BitLicense-related documents (0.4); confer with M. Mandell regarding FDIC issues (0.3); correspond with M. Mandell regarding Voyager loan interest rates (0.2). | 10.70 | 12,465.50 |

# quinn emanuel trial lawyers

October 24, 2022
Page 9

Matter #: 11603-00001
Invoice Number: 101-0000142354

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/06/22 | EMK | Review draft investigative report, emails re same (.8); review documents, schedules & SOFAs re potential claims arising out of intercompany transactiosn (2.8). | 3.60 | 5,274.00 |
| 09/06/22 | KL | Review documents in preparation for interviews (0.3); edit interview outlines (.2); interviews of M. Lalwani and A. Prithipaul (7.2). | 7.70 | 13,629.00 |
| 09/06/22 | KS2 | Revise Brosnahan interview memo (.90); Review documents/correspondence re: investigation issues (4.80); review updated master outline documents (1.30); correspondence re: discovery (.60). | 7.60 | 10,260.00 |
| 09/06/22 | MM6 | Witness interview of Manisha Lalwani and Ashwin PrithPaul (10.0); post interview work-reviewing notes and send follow up email to K&E regarding outstanding missing documents (2.0). | 12.00 | 15,240.00 |
| 09/06/22 | DH3 | Exchange emails with S. Kirpalani regarding fiduciary duties (.1) and read emails regarding investigation (.2). | 0.30 | 405.00 |
| 09/07/22 | CG3 | Prepare and index materials for upcoming witness interviews (4.9). | 4.90 | 2,352.00 |
| 09/07/22 | ZR1 | Prepare for and attend interview of Whooley (6.2); prepare for Jensen interview (3.2). | 9.40 | 11,938.00 |
| 09/07/22 | JDC | Prepare supplemental outline for Jensen interview (0.6); review document production (9.7); confer with M. Mandell regarding the interviews (0.3); coordinate document production processing (0.2); correspond with QE team regarding Whooley interview (0.4); correspond with QE team regarding produced documents (0.1); correspond with E. Kay regarding intercompany | 11.40 | 13,281.00 |

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | documents (0.1). | | |
| 09/07/22 | EMK | Review docs, research re intercompany transactions, potential claims. | 2.20 | 3,223.00 |
| 09/07/22 | MM6 | Read documents associated with Bates Number VOY-INV-00022587 (discussion between Ryan Whooley and Gerard Hanshe regarding S. Ehrlich and accusations of poor management) and associated family members (.5). | 0.50 | 635.00 |
| 09/07/22 | KL | Review documents in preparation for interviews (1.1); edit interview outlines (.2); interview of R. Whooley (6.0); email summary of testimony to team (0.4). | 7.70 | 13,629.00 |
| 09/07/22 | MM6 | Voyager interviews Ryan Whooley and post-interview team discussions (8.5). | 8.50 | 10,795.00 |
| 09/07/22 | DH3 | Read documents in connection with investigation (.4); research bad faith (3.8); and draft analysis thereof (1.9). | 6.10 | 8,235.00 |
| 09/07/22 | SK2 | Prepare for and attend portion of Whooley interview (5.8); TC w/M Slade re witness issues (.3); correspondence w/K Lemire, K Scherling re remainder of Whooley interview (.2). | 6.30 | 13,419.00 |
| 09/07/22 | KS2 | Review documents for Hanshe interview (1.40); attend portion of Whooley interview at K&E (4.0); follow-up conference with K. Lemire (.20); further review of documents and prepare outline for Hanshe interview (2.90); correspondence re: interviews going forward (.20). | 8.70 | 11,745.00 |
| 09/08/22 | CG3 | Prepare and index materials for upcoming witness interviews (1.1). | 1.10 | 528.00 |
| 09/08/22 | MM6 | Prep for interview with Pam Kramer, including review interview binder documents (3.0), draft interview | 10.00 | 12,700.00 |

**quinn emanuel** trial lawyers

October 24, 2022                                                          Matter #: 11603-00001
Page 11                                                          Invoice Number: 101-0000142354

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | outline (3.5), work with paralegal to collate documents and binder (.5), speak with K. Lemire regarding interview prep (.5), research blockFi settlement and other securities regulators pursuit of Voyager and other crypto industry players in the news and on public announcements/press releases (2.0); review interview notes from the week and team emails (.5). |  |  |
| 09/08/22 | ZR1 | Prepare for and attend interviews of Hanshe and Jensen and follow up (8.9). | 8.90 | 11,303.00 |
| 09/08/22 | EMK | Prepare CNO for protective order, emails re same (.4); review docs, research re intercompany transactions, potential avoidance claims (2.9). | 3.30 | 4,834.50 |
| 09/08/22 | KL | Review documents in preparation for interviews (.2); edit interview outlines (.2); interview of G. Hanshe (4.4). | 4.80 | 8,496.00 |
| 09/08/22 | SK2 | Corresp w/M Mandell re states' position and Gensler position on securities violations (.2). | 0.20 | 426.00 |
| 09/08/22 | JDC | Review produced documents (12.8); analyze Celsius filings with respect to regulators' approach to crypto companies (0.7); review regulatory documents with respect to crypto companies (0.3); correspond with QE team regarding regulatory documents (0.2); coordinate processing of produced documents (0.1); correspond with QE team regarding produced documents (0.5); prepare additional outline questions (1.7); review P. Kramer interview outline and correspond with QE team regarding same (0.4); prepare list of corrupt or illegible files in document production and correspond with K. | 19.50 | 22,717.50 |

# quinn emanuel trial lawyers

October 24, 2022                                                        Matter #: 11603-00001
Page 12                                                        Invoice Number: 101-0000142354

| | | Scherling regarding same (2.8). | | |
|---|---|---|---|---|
| 09/08/22 | KS2 | Prepare for (.60) and attend interview of G. Hanshe (5.0); attend interview (via zoom) of M. Jensen and follow-up correspondence with Z. Russell (2.80). | 8.40 | 11,340.00 |
| 09/08/22 | MM6 | Look At Celsius Examiner's Motion and Joinder Motions from Vermont and Texas regulators and see whether arguments are applicable and write analysis to team regarding applicability (2.5); review Investment Company Act of 1940 regulations and analyses and see whether there is illegality with going over threshold of lending more than 40 percent of Voyager's assets (2.5); binder and outline prep for Pam Kramer Kramer interview (5.0). | 10.00 | 12,700.00 |
| 09/08/22 | DH3 | Continue researching fiduciary duties (2.4) and draft memo regarding same (6.2). | 8.60 | 11,610.00 |
| 09/09/22 | CG3 | Prepare and index materials for upcoming witness interviews (3.1). | 3.10 | 1,488.00 |
| 09/09/22 | ZR1 | Review and revise Brosnahan notes summary (2.6); review and revise certificate of no objection regarding protective order (.8); prepare Lalwani notes summary (1.4); prepare outline for Psaropoulos interview (5.4). | 10.20 | 12,954.00 |
| 09/09/22 | JDC | Prepare supplemental outline for Ehrlich interview (0.9); correspond with Z. Russell regarding same (0.2); review document production (3.2); prepare timeline of Celsius's distress (0.3). | 4.60 | 5,359.00 |
| 09/09/22 | EMK | Review docs, emails re intercompany transactions (1.6); begin preparing excerpt for investigative report (1.1). | 2.70 | 3,955.50 |
| 09/09/22 | KL | Review P. Kramer outline and provide comments/edits (.4); review remediated blogs/posts re FDIC | 0.70 | 1,239.00 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

# quinn emanuel trial lawyers

October 24, 2022                                                     Matter #: 11603-00001
Page 13                                                     Invoice Number: 101-0000142354

| | | | | |
|---|---|---|---|---|
| | | coverage (.3). | | |
| 09/09/22 | KS2 | Correspondence with M. Mandell re: P. Kramer interview (.40); attend P. Kramer interview (via Zoom) (4.0); research and draft investigation report (1.70). | 6.10 | 8,235.00 |
| 09/09/22 | MM6 | Prep for Pam Kramer interview (3.0), conduct interview (3.4), and review notes post-interview (.6). | 7.00 | 8,890.00 |
| 09/09/22 | DH3 | Continue researching fiduciary duty issues (2.3) and drafting memo regarding same (5.2). | 7.50 | 10,125.00 |
| 09/10/22 | ZR1 | Prepare Psaropoulos outline (4.3). | 4.30 | 5,461.00 |
| 09/10/22 | CG3 | Prepare and index materials for upcoming witness interviews (0.8). | 0.80 | 384.00 |
| 09/10/22 | MM6 | Send email to Katie Lemire with case law regarding criminal violations related to 18 USC 1960 (.8); send email to Zach Russell re: follow up questions to add to Supplemental Ehrlich outline (.2) | 1.00 | 1,270.00 |
| 09/10/22 | JDC | Prepare supplemental outline for Ehrlich interview (1.2); correspond with Z. Russell regarding same (0.2); review document production (6.7). | 8.10 | 9,436.50 |
| 09/11/22 | ZR1 | Prepare outlines and materials for interviews of S. Ehrlich and E. Psaropoulos (5.2). | 5.20 | 6,604.00 |
| 09/11/22 | MM6 | Read U.S. V. Failla, U.S. V. Murgio, United States v. Neumann, and notes of cases on how criminal violations related to failure to hold Money Transmission license statute has been interpreted by courts (1.0); review interview notes from the previous week (2.0). | 3.00 | 3,810.00 |
| 09/11/22 | CG3 | Prepare and index materials for upcoming witness interviews (1.3). | 1.30 | 624.00 |
| 09/11/22 | KL | Edit Ehrlich interview outline (.6); review documents in preparation for | 1.10 | 1,947.00 |

**quinn emanuel** trial lawyers

October 24, 2022

Page 14

Matter #: 11603-00001

Invoice Number: 101-0000142354

| | | | | |
|---|---|---|---|---|
| | | Ehrlich interview (.5). | | |
| 09/11/22 | KS2 | Call with K&E re: interviews (.30); follow-up call with S. Kirpalani (.20); review supplemental outlines for Ehrlich and Psaropolous interviews (.80). | 1.30 | 1,755.00 |
| 09/11/22 | JDC | Prepare supplemental outline for Ehrlich interview (1.1); correspond with Z. Russell regarding same (0.3); coordinate binder production for Ehrlich interview (0.4); review document production (3.0); gather documents for Brill interview (0.9). | 5.70 | 6,640.50 |
| 09/12/22 | ZR1 | Prepare summary notes of interviews (7.1); document review (2.3). | 9.40 | 11,938.00 |
| 09/12/22 | CG3 | Prepare and index materials for upcoming witness interviews (2.4). | 2.40 | 1,152.00 |
| 09/12/22 | SK2 | Prepare for and attend internal interview of S. Ehrlich (10.4); confer w/K. Scherling re status of investigative report (.4); corresp w/T. Pohl, J. Frizzley re next Special Committee meeting (.1). | 10.90 | 23,217.00 |
| 09/12/22 | EMK | Review docs, research, emails re review intercompany transactions for investigative report (1.7); review docs, emails re insider transactions (1.0); continue preparing excerpt for investigative report (2.1). | 4.80 | 7,032.00 |
| 09/12/22 | MM6 | Interview with Steve Ehrlich (6.0); post-interview review of notes and send around summary of key points and draft memo on key points (3.0); review law on Investment Company Act and send around email regarding possible liability considerations for Voyager under Section 7A (0.5) | 9.50 | 12,065.00 |
| 09/12/22 | JDC | Review document production (5.3); correspond with QE team regarding same (0.2); analyze promissory notes and intercompany payables (0.9); prepare summary of same (0.3); | 9.10 | 10,601.50 |

# quinn emanuel trial lawyers

October 24, 2022                                          Matter #: 11603-00001
Page 15                                     Invoice Number: 101-0000142354

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | gather documents for Brill interview and prepare their summary (2.1); coordinate processing of document production (0.3). |  |  |
| 09/12/22 | KS2 | Attend S. Ehrlich interview (6.0); review J. Caytas summary of new productions (.30); correspondence with QE team re: same (.10); correspondence re: hearing tomorrow (.20); correspondence with K. Lemire re: regulatory issue (.20); review M. Mandell email/research re: regulatory issue (.20); call with S. Kirpalani re: same (.30); review Z. Russell interview memos (.90). | 8.20 | 11,070.00 |
| 09/12/22 | KL | Review documents in preparation for interviews (.2); edit interview outline (.2); interview of S. Ehrlich (6.7). | 7.10 | 12,567.00 |
| 09/12/22 | DH3 | Read summaries of interviews (.8) and research duty of care (3.1). | 3.90 | 5,265.00 |
| 09/13/22 | ZR1 | Prepare for and attend interview of E. Psaropoulos (7.5). | 7.50 | 9,525.00 |
| 09/13/22 | CG3 | Prepare and index materials for upcoming witness interviews (1.7). | 1.70 | 816.00 |
| 09/13/22 | SK2 | Preparing binder for questions of E. Psaropoulos (2.2); attend and interview E. Psaropoulos (6.5); confer w/J. Evans post-interviews to compare notes and thoughts on fact-gathering and takeaways (.5). | 9.20 | 19,596.00 |
| 09/13/22 | EMK | Continue preparing excerpt for investigative report on intercompany transactions and insider payments (2.2); review docs, research re potential claims against insider for pre-petion payments (1.2). | 3.40 | 4,981.00 |
| 09/13/22 | JDC | Correspond with QE team regarding notice of default of Three Arrows loan (0.3); review document production (1.1). | 1.40 | 1,631.00 |
| 09/13/22 | MM6 | Attend interview of Evan | 7.00 | 8,890.00 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin

# quinn emanuel trial lawyers

October 24, 2022
Page 16

Matter #: 11603-00001
Invoice Number: 101-0000142354

| | | | | |
|---|---|---|---|---|
| | | Psaropoulos and take notes (5.0); write up interview notes and finish creating memorandum for Steve Ehrlich (2.0). | | |
| 09/13/22 | KL | Edit interview outline and review documents in preparation for interview of E. Psaropoulos (.5); interview of E. Psaropoulos (4.0). | 4.50 | 7,965.00 |
| 09/13/22 | KS2 | Review documents and prepare for D. Brill interview tomorrow (5.80); prepare for hearing on protective order (.80); draft memo regarding M. Jensen interview (1.2); review Ehrlich memo (.60); correspondence re: Brill interview (.40). | 8.80 | 11,880.00 |
| 09/13/22 | DH3 | Send email to QE team regarding lending (.3) and continue researching fiduciary duty issues (6.1). | 6.40 | 8,640.00 |
| 09/14/22 | ZR1 | Prepare materials for Brill interview (3.1); Brill interview (2.3); prepare interview summary notes (3.5). | 8.90 | 11,303.00 |
| 09/14/22 | DLG | Prepare insurance coverage memorandum and research re same (1.1). | 1.10 | 1,947.00 |
| 09/14/22 | CG3 | Prepare and index materials for witness interviews (1.9). | 1.90 | 912.00 |
| 09/14/22 | EMK | Prepare excerpts for investigative report on intercompany transactions, insider pre-petition payments. | 1.70 | 2,490.50 |
| 09/14/22 | MM6 | Review working draft of final report (.5); continue drafting interview memorandums (1.0). | 1.50 | 1,905.00 |
| 09/14/22 | JDC | Coordinate processing of document production (0.3). | 0.30 | 349.50 |
| 09/14/22 | DH3 | Read interview summary (.4) and research duties of officers (1.2). | 1.60 | 2,160.00 |
| 09/14/22 | KS2 | Prepare for D. Brill interview (2.20); confer with Z. Russell re: report and interviews (.40); interview D. Brill (2.40); review interview memos | 6.70 | 9,045.00 |

# quinn emanuel trial lawyers

|  |  | prepared by team (1.70). |  |  |
|---|---|---|---|---|
| 09/14/22 | MM6 | Prep for Brill interview (3.1); Brill interview and take notes (2.0); revise interview summaries for interview memorandums for Ehrlich Brosgol, Prithipaul, and Silard (1.9). | 7.00 | 8,890.00 |
| 09/15/22 | ZR1 | Prepare interview summaries (8.2); attend team call (1.3). | 9.50 | 12,065.00 |
| 09/15/22 | SK2 | Prepare for and attend meeting w/team (K. Scherling, K. Lemire, D. Holzman, E. Kay, J. Caytas, Z. Russell) to combine notes and collaborate on advice to clients re investigation (1.0); TC w/M. Renzi re auction/management issues (.4). | 1.40 | 2,982.00 |
| 09/15/22 | EMK | Tcnf w/ QE team re catch-up call concerning potential claims, next steps; review docs, emails re potential claims relating to intercompany transactions. | 1.70 | 2,490.50 |
| 09/15/22 | JDC | Confer with QE team reading investigation progress and interviews (1.5); coordinate processing of document production (0.3); review produced documents (1.1). | 2.90 | 3,378.50 |
| 09/15/22 | KL | Internal team call re drafting report and conclusions from interviews (1.3). | 1.30 | 2,301.00 |
| 09/15/22 | KS2 | Finish drafting interview memos (1.70); correspondence with QE team re: investigation report (.40); attend QE update call (1.50); call with M. Slade re: case update (.10); review interview memos prepared by others (1.30); prepare agenda for tomorrow's Special Committee meeting and correspondence re: same (.20); draft section of investigation report (1.90). | 7.10 | 9,585.00 |
| 09/15/22 | MM6 | Continue editing interview notes and writing interview memorandums (6.1); team call to discuss final report and next steps (0.9). | 7.00 | 8,890.00 |

**quinn emanuel** trial lawyers

October 24, 2022                                                    Matter #: 11603-00001
Page 18                                                    Invoice Number: 101-0000142354

| 09/15/22 | DH3 | Conference call with QE team to discuss investigation (1) and continue research on duty of care (3.7). | 4.70 | 6,345.00 |
|---|---|---|---|---|
| 09/16/22 | ZR1 | Attend meeting with special committee (1.0); prepare interview summaries (10.6). | 11.60 | 14,732.00 |
| 09/16/22 | SK2 | Prepare for and attend special committee meeting w/ T. Pohl, J. Frizzley (1.1); attend zoom w/ D. Azman (MWE) to discuss overall impressions of investigation and preliminary legal analysis (.6); corresp w/ K. Scherling, Z. Russell re UCC discussion (.2). | 1.90 | 4,047.00 |
| 09/16/22 | DLG | Prepare portions of and revise and finalize insurance coverage memorandum and legal research re same (5.8). | 5.80 | 10,266.00 |
| 09/16/22 | JDC | Review produced documents (3.7); prepare section drafts of the investigation report (0.2). | 3.90 | 4,543.50 |
| 09/16/22 | MM6 | Finish interview memorandums for Silard, Prithipaul (5.0); call with K. Lemire (.4); research for regulatory section of memorandum (3.0). | 8.40 | 10,668.00 |
| 09/16/22 | KS2 | Attend Special Committee Zoom call (1.0); follow-up with Z. Russell (.20); assign sections of Investigation Report (.20); draft portions of Investigation Report (1.50). | 2.90 | 3,915.00 |
| 09/16/22 | KL | Updates meeting with Special Committee (1.0); tc M. Mandell re final report (.3). | 1.30 | 2,301.00 |
| 09/17/22 | ZR1 | Prepare report to special committee (3.5). | 3.50 | 4,445.00 |
| 09/17/22 | DH3 | Exchange emails with K. Scherling regarding fiduciary duties. | 0.30 | 405.00 |
| 09/17/22 | KS2 | Research and draft sections of Investigation Report (6.30). | 6.30 | 8,505.00 |
| 09/18/22 | ZR1 | Prepare investigation report (1.2). | 1.20 | 1,524.00 |

# quinn emanuel trial lawyers

October 24, 2022
Page 19

Matter #: 11603-00001
Invoice Number: 101-0000142354

| 09/18/22 | KL | Review and edit draft report. | 0.40 | 708.00 |
|---|---|---|---|---|
| 09/18/22 | KS2 | Draft section of Investigation Report (1.80). | 1.80 | 2,430.00 |
| 09/18/22 | JDC | Review produced documents (6.4); prepare section drafts of the investigation report (0.4). | 6.80 | 7,922.00 |
| 09/18/22 | MM6 | Begin drafting regulatory sections and misrepresentations sections of Final Report for Special Committee (3.0). | 3.00 | 3,810.00 |
| 09/19/22 | ZR1 | Prepare report to special committee (10.5). | 10.50 | 13,335.00 |
| 09/19/22 | MM6 | Drafting regulatory section of report and send draft to K. Lemire (7.0). | 7.00 | 8,890.00 |
| 09/19/22 | KS2 | Research and draft sections of Investigation Report. | 10.20 | 13,770.00 |
| 09/19/22 | JDC | Review produced documents (1.4). | 1.40 | 1,631.00 |
| 09/20/22 | ZR1 | Prepare investigation report to special committee (11.1). | 11.10 | 14,097.00 |
| 09/20/22 | EMK | Finalize excerpt on intercompany transactions and insider payments, emails re same. | 1.40 | 2,051.00 |
| 09/20/22 | KS2 | Call with Z. Russell re: report (.20); review and revise E. Kay's section on intercompany transfers and insider payments (2.70); review record and revise Report (1.40); correspondence re: revised schedule (.30). | 2.60 | 3,510.00 |
| 09/20/22 | DH3 | Research defenses (.6) and send email to K. Scherling regarding ame (.1). | 0.70 | 945.00 |
| 09/20/22 | MM6 | Review draft of regulatory section and updated team draft (5.). | 0.50 | 635.00 |
| 09/21/22 | KL | Review and edit draft of report. | 0.30 | 531.00 |
| 09/21/22 | KS2 | Review draft objection to pro se shareholder letter (.60); correspondence re: same (.30); prepare agenda for Special Committee meeting (.20); prepare for | 1.50 | 2,025.00 |

**quinn emanuel** trial lawyers

October 24, 2022
Page 20

Matter #: 11603-00001
Invoice Number: 101-0000142354

| | | | | |
|---|---|---|---|---|
| | | Special Committee meeting tomorrow (.40). | | |
| 09/21/22 | ZR1 | Prepare investigation report (10.1). | 10.10 | 12,827.00 |
| 09/21/22 | JDC | Coordinate processing of document production (0.1); review produced documents (6.4). | 6.50 | 7,572.50 |
| 09/22/22 | MM6 | Meeting with special committee take notes and and type up memorandum from meeting notes (2.9); revise draft of report and put in citations to research for report (4.1). | 7.00 | 8,890.00 |
| 09/22/22 | KL | Meeting with Special Committee and provide presentation on regulatory issues found in course of investigation (1.4). | 1.40 | 2,478.00 |
| 09/22/22 | EMK | Review docs, emails re customer agreement representations. | 0.80 | 1,172.00 |
| 09/22/22 | SK2 | Prepare talking points for oral presentation to Special Committee (.6); attend meeting with Special Committee to discuss case and latest developments (1.6);. | 2.20 | 4,686.00 |
| 09/22/22 | KS2 | Prepare for and attend Special Committee call (1.30). | 1.30 | 1,755.00 |
| 09/22/22 | JDC | Correspond with K. Scherling regarding customer agreements (0.2); prepare inserts to the investigation report (4.8); review produced documents (3.1). | 8.10 | 9,436.50 |
| 09/23/22 | KS2 | Draft sections of Investigation Report (2.70); call with M. Slade re: update (.20). | 2.90 | 3,915.00 |
| 09/23/22 | JDC | Review produced documents (1.8); correspond with Z. Russell regarding loan summaries (0.5); analyze SOFAs and schedules (2.8); prepare summary of loans issued by Voyager (1.7); prepare chart of Three Arrows loans (1.8). | 8.60 | 10,019.00 |
| 09/24/22 | KL | Edit draft report. | 0.50 | 885.00 |

**quinn emanuel** trial lawyers

October 24, 2022                                                    Matter #: 11603-00001
Page 21                                              Invoice Number: 101-0000142354

| | | | | |
|---|---|---|---|---|
| 09/24/22 | ZR1 | Review and revise report (2.4). | 2.40 | 3,048.00 |
| 09/24/22 | JDC | Review produced documents (0.5); prepare summary of loans issued by Voyager (1.6); confer and correspond with Z. Russell regarding loan summaries and Voyager business plan (0.9); review and revise chart with Three Arrows loans (2.4); prepare investigation report inserts (1.2); review and revise investigation report (1.9). | 8.50 | 9,902.50 |
| 09/25/22 | KL | Edit draft report (2.3). | 2.30 | 4,071.00 |
| 09/25/22 | KS2 | Call with M. Slade re: case update (.10); draft section of Investigation Report (.80). | 0.90 | 1,215.00 |
| 09/25/22 | JDC | Review produced documents (5.2); review and revise investigation report (2.1). | 7.30 | 8,504.50 |
| 09/26/22 | KL | Edit draft report (.6). | 0.60 | 1,062.00 |
| 09/26/22 | ZR1 | Review and revise report and prepare charts for report (11.7). | 11.70 | 14,859.00 |
| 09/26/22 | KS2 | Review portion of regulatory section of Investigation Report and correspondence with K. Lemire re: same (.40); correspondence with S. Kirpalani re: status update from M. Slade (.20). | 0.60 | 810.00 |
| 09/27/22 | EMK | Review docs, emails re potential claims relating to customer agreement disclosures. | 1.40 | 2,051.00 |
| 09/27/22 | KS2 | Draft sections of Investigation Report (2.60); revise sections of Investigation Report (3.20). | 5.80 | 7,830.00 |
| 09/27/22 | JDC | Review produced documents (4.6); correspond with Z. Russell regarding loans issued to company's officers and directors (0.3). | 4.90 | 5,708.50 |
| 09/28/22 | KS2 | Review record and add to Investigation Report (7.80); review asset purchase agreement and related | 8.20 | 11,070.00 |

# quinn emanuel trial lawyers

October 24, 2022                                                    Matter #: 11603-00001
Page 22                                                    Invoice Number: 101-0000142354

|            |      | motion (.40).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |       |           |
| ---------- | ---- | --- | ----- | --------- |
| 09/28/22   | KL   | Edit draft report.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 1.40  | 2,478.00  |
| 09/28/22   | ZR1  | Call with KS (.3); call with BRG (.3); prepare chart (1.2); revioew and revise report (1.1).                                                                                                                                                                                                                                                                                                                                                                                                                           | 2.90  | 3,683.00  |
| 09/28/22   | JDC  | Review media coverage of Voyager, Celsius, and Three Arrows for the time period relevant to the investigation.                                                                                                                                                                                                                                                                                                                                                                                                        | 0.80  | 932.00    |
| 09/29/22   | DH3  | Exchange emails with Z. Russel regarding indemnification.                                                                                                                                                                                                                                                                                                                                                                                                                                                              | 0.30  | 405.00    |
| 09/29/22   | SK2  | Conf call w/M. Slade, J. Susberg, K. Scherling re impressions of investigation (.5); attend call w/K. Scherling, Z. Russell re open issues and finalizing investigation (.7).                                                                                                                                                                                                                                                                                                                                          | 1.20  | 2,556.00  |
| 09/29/22   | KS2  | Call with S. Kirpalani, J. Sussberg, and M. Slade re: auction results (.50); follow-up call with S. Kirpalani (.20); correspondence with Z. Russell re: indemnification agreements (.40); revise fact sections and conclusions in Investigation Report (3.30); attend omnibus hearing (.80); Zoom with S. Kirpalani and Z. Russell and follow-up with Z. Russell (1.0); review and revise regulatory matters section of Investigation Report (1.1); further review and revise Investigation Report (2.90).                   | 10.20 | 13,770.00 |
| 09/29/22   | ZR1  | Review and revise report (1.8); call with SK & KS re report (.6); legal research on first party indemnity and prep analysis of same (4.1).                                                                                                                                                                                                                                                                                                                                                                              | 6.50  | 8,255.00  |
| 09/29/22   | JDC  | Review and prepare summary of media coverage of Voyager, Celsius, and Three Arrows for the time period relevant to the investigation (4.4); correspond with Z. Russell regarding same (.2).                                                                                                                                                                                                                                                                                                                             | 4.60  | 5,359.00  |
| 09/30/22   | MM6  | Review edits to K. Lemire's memo                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 0.70  | 889.00    |

# quinn emanuel trial lawyers

October 24, 2022
Page 23

Matter #: 11603-00001
Invoice Number: 101-0000142354

| | | | | |
|---|---|---|---|---|
| | | (.4.); updated S-drive with updated memos (.1); respond to email from K. Lemire regarding question about draft and review email (.1); review email from S. Kirpalani and accompanying email about sale of company (.1) | | |
| 09/30/22 | KS2 | Draft executive summary for Investigation Report (3.60); review and revise draft report (6.10). | 9.70 | 13,095.00 |
| 09/30/22 | ZR1 | Review and revise indemnity analysis (.7); review potential settlement construct and exemplars (1.9). | 2.60 | 3,302.00 |
| | | SUBTOTAL | 937.80 | 1,199,695.50 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 51.70 | 2,130.00 | 110,121.00 |
| Danielle Gilmore | DLG | Partner | 10.10 | 1,770.00 | 17,877.00 |
| Katherine Lemire | KL | Partner | 57.70 | 1,770.00 | 102,129.00 |
| Eric M. Kay | EMK | Counsel | 29.10 | 1,465.00 | 42,631.50 |
| Daniel Holzman | DH3 | Counsel | 43.60 | 1,350.00 | 58,860.00 |
| Katherine A. Scherling | KS2 | Counsel | 136.20 | 1,350.00 | 183,870.00 |
| Zachary Russell | ZR1 | Associate | 199.60 | 1,270.00 | 253,492.00 |
| Meredith Mandell | MM6 | Associate | 143.10 | 1,270.00 | 181,737.00 |
| Joanna Caytas | JDC | Associate | 181.20 | 1,165.00 | 211,098.00 |
| Daniel Needleman | DN1 | Attorney | 1.50 | 425.00 | 637.50 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Caitlin Garvey | CG3 | Paralegal | 93.80 | 480.00 | 45,024.00 |
| Kathyann Small | KS9 | Paralegal | 11.50 | 480.00 | 5,520.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| James Bandes | JB3 | Litigation Support | 1.30 | 250.00 | 325.00 |
| Steven Wong | SW4 | Litigation Support | 19.00 | 175.00 | 3,325.00 |
| Anthony Bentancourt | AB2 | Litigation Support | 0.20 | 175.00 | 35.00 |
| Jet Ma | JM7 | Litigation Support | 3.10 | 175.00 | 542.50 |
| Daryl Lyew | DL8 | Litigation Support | 0.90 | 175.00 | 157.50 |

# quinn emanuel trial lawyers

October 24, 2022
Page 24

Matter #: 11603-00001
Invoice Number: 101-0000142354

## Expense Summary

| Description | | Amount |
|---|---|---|
| Meals during travel | | 34.16 |
| Online Research | | 0.00 |
| Messenger | | 639.67 |
| Document Reproduction | 0.00 | 0.00 |
| Color Document Reproduction | 0.00 | 0.00 |
| Word processing | | 0.00 |
| Hotel | | 346.61 |
| Out-of-Town Travel | | 254.66 |
| Air travel | | 882.19 |
| Document Services | | 2,231.62 |
| Messenger | | 50.00 |
| Local meals | | 281.70 |
| Conference Fee | | 210.00 |

**Litigation Support Costs**

| | |
|---|---|
| RelOne Active Hosting (Per GB) | 90.64 |

| | |
|---|---|
| Total Expenses | $5,021.25 |

**quinn emanuel** trial lawyers
quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

## Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees.................................................$1,095,643.80 |
| Bill Date: October 24, 2022 | Expenses....................................................$5,021.25 |
| Invoice Number: 101-0000142354 | Total Due this Invoice.................................$1,100,665.05 |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds to:

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA 90071
Account Info:           Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:          Deposit Account ▮▮▮▮▮▮▮
Bank ABA No.:          122016066
Swift Code:              CINAUS6L
*References:*             *Invoice number and client name / matter number please*

Tax ID# 95-4004138