UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*[1] | Case No.: 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Katherine Johnson, request admission *pro hac vice*, before the Honorable Michael E. Wiles, to represent the Federal Trade Commission in the above-referenced jointly administered cases and any related adversary proceedings.

*I certify that I am a member in good standing* of the bars of the state of Maryland and the District of Columbia, and have been admitted to practice in the U.S. District Court for the District of Maryland and before the Fourth Circuit Court of Appeals.

I am an attorney for an independent agency of the United States Government, as such I have **not** submitted the filing fee of $200.00 with this motion for *pro hac vice* admission. As a government attorney, I am not required to pay the filing fee for admission to this Court. Please see **Exhibit A** attached hereto; see also Dist. Ct. Civil R. 1.3(c).

Dated: November 3, 2022  
Washington, D.C.

/s/ Katherine Johnson  
Katherine Johnson  
FEDERAL TRADE COMMISSION  
600 Pennsylvania Ave., NW  
Mail Stop CC-9528  
Washington, DC  20580  
(202) 326-2185  
(202) 326-3197 (fax)  
kjohnson3@ftc.gov  
*ATTORNEY FOR FEDERAL TRADE COMMISSION*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2022 the foregoing Motion for Admission to Practice, *Pro Hac Vice* was filed and served electronically through the Court's CM/ECF system.

                                                /s/ Katherine Johnson