Hearing Date: November 15, 2022, at 11:00 a.m. (prevailing Eastern Time)
Objection Deadline: November 8, 2022, at 4:00 p.m. (prevailing Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., et al.,[1] | Case No. 22-10943-MEW (Jointly Administered) |
| Debtors. | |

## NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION TO LIFT AUTOMATIC STAY

PLEASE TAKE NOTICE that the New York State Department of Financial Services voluntarily withdraws its Motion for an Order Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362(d), filed on October 19, 2022, with a hearing date of November 15, 2022 [Docket No. 573].

Dated: New York, New York
November 7, 2022

/s/ Kevin R. Puvalowski
KEVIN R. PUVALOWSKI
Acting Executive Deputy Superintendent
Consumer Protection and Financial Enforcement
New York State Department of Financial Services
One State Street
New York, NY 10004-1511
(212) 709-7156
Kevin.Puvalowski@dfs.ny.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

*/s/ Linda Donahue*
LINDA DONAHUE
Deputy General Counsel for Litigation
New York State Department of Financial Services
One State Street
New York, NY 10004-1511
(212) 709-1641
Linda.Donahue@dfs.ny.gov

*/s/ Jason D. St. John*
JASON D. ST. JOHN
Assistant Deputy Superintendent
Consumer Protection and Financial Enforcement
New York State Department of Financial Services
One State Street
New York, NY 10004-1511
(646) 343-4199
Jason.Stjohn@dfs.ny.gov