UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., et al.,[1] | Case No. 22-10943-MEW |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

The undersigned counsel, of the New York State Department of Financial Services, hereby certifies that on the 7th day of November, 2022, he caused a true and correct copy of the *Notice of Voluntary Withdrawal of Motion to Lift Automatic Stay* [Docket No. 619] to be served on those parties appearing on Exhibit A by certified mail.

Dated: New York, New York
November 7, 2022

/s/ Jason D. St. John
Jason D. St. John
Assistant Deputy Superintendent
Consumer Protection and Financial Enforcement
New York State Department of Financial Services
One State Street
New York, New York 10004-1511
(646) 343-4199
Jason.Stjohn@dfs.ny.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687, hereinafter "Holdings"); Voyager Digital, Ltd. (7224, hereinafter, the "Canadian Parent Company"); and Voyager Digital, LLC (8013, hereinafter, "Voyager"). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

**Exhibit A**

| | | |
|---|---|---|
| Voyager Digital Holdings, Inc.<br>Attn: Stephen Ehrlich and David Brosgol<br>33 Irving Place, 3rd Floor,<br>New York, NY 10003 | Kirkland & Ellis LLP<br>Attn: Joshua A. Sussberg; Christopher Marcus; Christine A. Okike; Allyson B. Smith<br>601 Lexington Avenue<br>New York, NY 10022 | Quinn Emanuel Urquhart & Sullivan LLP<br>Attn: Susheel Kirpalani, Kate Scherling, & Zachary Russell<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| Official Committee of Unsecured Creditors<br>c/o McDermott, Will & Emery LLP<br>Attn: John J. Calandra, Joseph B. Evans & Darren Azman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852 | Office of the United States Trustee for the Southern District of New York<br>Attn: Richard C. Morrissey, Esq.<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Ad Hoc Group of Equity Interest Holders of Voyager Digital Ltd.<br>c/o Kilpatrick Townsend & Stockton LLP<br>Attn: David M. Posner & Kelly Moynihan<br>1114 Avenue of the Americas, the Grace Building<br>New York, NY 10036-7703 |