**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Adjournment re Docket Nos. 373 and 491** (Docket No. 613)

Dated: November 7, 2022

Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 7th day of November 2022 by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

# Exhibit A



Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | 125 BROAD STREET | ATTN A DIETDERICH  ET AL | NEW YORK | NY | 10004 | |
| DAVID STEPHENSON | | 34 CHURCH LANE KIRK ELLA | | WILLERBY | HULL | HU10 7TA | UNITED KINGDOM |
| ED BOLTON | C/O AKERMAN LLP | 1251 AVE OF THE AMERICAS  37TH FL | ATTN R A SWICK J THOMPSON J GELFAND | NEW YORK | NY | 10020 | |
| EMERALD OCEAN ISLE  AMANO GLOBAL | C/O GOLDSTEIN & MCCLINKOCK LLLP | ATTN: M MCCLINTOCK & H GOLDSTEIN | 111 W WASHINGTON STREET SUITE 1221 | CHICAGO | IL | 60602 | |
| EMERALD OCEAN ISLE AMANO GLOBAL | C/O LAW OFFC DOUGLAS T. TABACHNIK | 63 WEST MAIN STREET SUITE C | ATTN: DOUGLAS T. TABACHNIK | FREEHOLD | NJ | 07728-2141 | |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | 100 LOMBARD STREET SUITE 302 | ATTN: ANTHONY O'BRIEN | TORONTO | ON | M5C1M3 | CANADA |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | 275 DUNDAS STREET UNIT 1 | ATTN: MICHAEL G. ROBB | LONDON | ON | N6B3L1 | CANADA |
| ILLINOIS SECRETARY OF STATE | C/O OFFICE OF THE ILLINOIS AG | 100 W. RANDOLPH ST FL. 13 | ATTN: JOHN P. REDING | CHICAGO | IL | 60601 | |
| IRS | INTERNAL REVENUE SERVICE | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| JASON RAZNICK | C/O JAFFE RAITT HEUER & WEISS  P.C. | 27777 FRANKLIN ROAD SUITE 2500 | ATTN: PAUL R. HAGE | SOUTHFIELD | MI | 48034 | |
| JON GIACOBBE | ATTN: A. MANNY ALICANDRO | 11 BROADWAY  SUITE 615 | | NEW YORK | NY | 10004 | |
| KELLEHER PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | 500 W. MADISON ST STE 3700 | ATTN: AARON L. HAMMER & N DELMAN | CHICAGO | IL | 60661 | |
| MARCUM LLP | C/O MINTZ & GOLD  LLP | 600 THIRD AVENUE  25TH FLOOR | ATTN: ANDREW R. GOTTESMAN  ESQ. | NEW YORK | NY | 10016 | |
| MARK CUBAN & DALLAS BASKETBALL LTD | C/O BROWN RUDNICK LLP | 601 THIRTEENTH STREET NW SUITE 600 | ATTN: STEPHEN A. BEST & R WOLKINSON | WASHINGTON | DC | 20005 | |
| MARK CUBAN & DALLAS BASKETBALL LTD | C/O BROWN RUDNICK LLP | SEVEN TIMES SQUARE | ATTN: S WISSNER-GROSS & K AULET | NEW YORK | NY | 10036 | |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | 8101 S. WALKER SUITE F | ATTN: LYSBETH GEORGE | OKLAHOMA CITY | OK | 73139 | |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | 200 IDS CENTER 80 SOUTH 8TH STREET | ATTN: GEORGE H. SINGER ESQ | MINNEAPOLIS | MN | 55402-2119 | |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL LIPTON ROSEN & KATZ | 51 West 52nd Street | ATTN RICHARD MASON A WOLF A HERRING | New York | NY | 10019-6150 | |
| MICHAEL GENTSCH | C/O BARSKI LAW PLC | ATTN: CHRIS D. BRASKI | 9375 E. SHEA BLVD. STE 100 | SCOTTSDALE | AZ | 85260 | |
| MICHAEL LEGG | CO MCCARTHY LEBIT CRYSTAL & LIFFMAN | ATTN: ROBERT KRACHT & N OLESKI | 1111 SUPERIOR AVENUE EAST STE 2700 | CLEVELAND | OH | 44114 | |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | 500 W. MADISON ST.  STE 3700 | ATTN: AARON HAMMER  NATHAN DELMAN | CHICAGO | IL | 60661 | |
| NY DEPARTMENT OF FINANCIAL SERVICES | C/O EXECUTIVE DEPUTY SUPERINTENDENT | ONE STATE STREET | ATTN: K PUVALOWSKI L DONAHUE J JOHN | NEW YORK | NY | 10004-1511 | |
| OFFC CMTE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ONE VANDERBILT AVENUE | ATTN: DARREN AZMAN JOHN CALANDRA | NEW YORK | NY | 10017-3852 | |
| OFFICIAL COMM UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | 2501 NORTH HARWOOD STREET STE 1900 | ATTN: CHARLES R. GIBBS & W GRAYSON | DALLAS | TX | 75201-1664 | |
| OFFICIAL COMM UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | 333 SE 2ND AVENUE SUITE 4500 | ATTN: GREGG STEINMAN | MIAMI | FL | 33131-2184 | |
| ORACLE AMERICA  INC. | C/O BUCHALTER | 425 MARKET ST.  SUITE 2900 | ATTN: SHAWN M. CHRISTIANSON | SAN FRANCISCO | CA | 94105 | |
| PIERCE ROBERTSON | C/O PACHULSKI STANG ZIEHL & JONES | 10100 SANTA MONICA BLVD 13TH FLOOR | ATTN: R PACHULSKI & A KORNFELD | LOS ANGELES | CA | 90067 | |
| ROBERT SNYDERS & LISA SNYDERS | C/O JOHNSON POPE BOKOR RUPPEL LLP | 401 E JACKSON STREET SUITE 3100 | ATTN: ANGELINA E. LIM | TAMPA | FL | 33602 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: THERESE A. SCHEUER, SENIOR TRIAL COUNSEL | 100 F STREET NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL STREET SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 200 VESEY STREET SUITE 400 | ATTN: ANDREW CALAMARI RD | NEW YORK | NY | 10281-1022 | |
| SHIKAR PARTAB | | SUITE #163 | | BALLITO | | 4399 | SOUTH AFRICA |
| SPECIAL COUNSEL TO DEBTOR | C/O QUINN EMANUEL URQUHART SULLIVAN | 51 MADISON AVENUE 22ND FLOOR | ATTN: S KIRPALANI & K SCHERLING | NEW YORK | NY | 10010 | |
| STATE ATTORNEY'S GENERAL | DISTRICT OF COLUMBIA | 400 6TH STREET NW | OFFICE OF THE ATTORNEY GENERAL | WASHINGTON | DC | 20001 | |
| STATE ATTORNEY'S GENERAL | STATE OF ALABAMA | 501 WASHINGTON AVE | OFFICE OF THE ATTORNEY GENERAL | MONTGOMERY | AL | 36104 | |
| STATE ATTORNEY'S GENERAL | STATE OF ALASKA | 1031 W 4TH AVE STE 200 | OFFICE OF THE ATTORNEY GENERAL | ANCHORAGE | AK | 99501 | |
| STATE ATTORNEY'S GENERAL | STATE OF ARIZONA | 2005 N CENTRAL AVE | OFFICE OF THE ATTORNEY GENERAL | PHOENIX | AZ | 85004 | |
| STATE ATTORNEY'S GENERAL | STATE OF ARKANSAS | 323 CENTER ST STE 200 | OFFICE OF THE ATTORNEY GENERAL | LITTLE ROCK | AR | 72201 | |
| STATE ATTORNEY'S GENERAL | STATE OF CALIFORNIA | PO BOX 944255 | OFFICE OF THE ATTORNEY GENERAL | SACRAMENTO | CA | 94244-2550 | |
| STATE ATTORNEY'S GENERAL | STATE OF COLORADO OFFC OF AG | 1300 BROADWAY 10TH FL | RALPH L. CARR JUDICIAL BUILDING | DENVER | CO | 80203 | |
| STATE ATTORNEY'S GENERAL | STATE OF CONNECTICUT | 165 CAPITOL AVENUE | OFFICE OF THE ATTORNEY GENERAL | HARTFORD | CT | 6106 | |
| STATE ATTORNEY'S GENERAL | STATE OF GEORGIA | 40 CAPITOL SQ SW | OFFICE OF THE ATTORNEY GENERAL | ATLANTA | GA | 30334 | |
| STATE ATTORNEY'S GENERAL | STATE OF HAWAII | 425 QUEEN STREET | OFFICE OF THE ATTORNEY GENERAL | HONOLULU | HI | 96813 | |
| STATE ATTORNEY'S GENERAL | STATE OF IDAHO OFFC OF AG | 700 W. JEFFERSON ST SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| STATE ATTORNEY'S GENERAL | STATE OF ILLINOIS OFFC OF AG | 100 W. RANDOLPH ST | JAMES R. THOMPSON CENTER | CHICAGO | IL | 60601 | |
| STATE ATTORNEY'S GENERAL | STATE OF INDIANA OFFICE OF IN AG | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST 5TH FLOOR | INDIANAPOLIS | IN | 46204 | |
| STATE ATTORNEY'S GENERAL | STATE OF IOWA OFFC OF AG | 1305 E. WALNUT STREET | HOOVER STATE OFFICE BUILDING | DES MOINES | IA | 50319 | |
| STATE ATTORNEY'S GENERAL | STATE OF KANSAS | 120 SW 10TH AVE 2ND FLOOR | ATTN ATTORNEY GENERAL DEREK SCHMIDT | TOPEKA | KS | 66612 | |
| STATE ATTORNEY'S GENERAL | STATE OF KENTUCKY | 700 CAPITAL AVENUE SUITE 118 | ATTORNEY GENERAL - DANIEL CAMERON | FRANKFORT | KY | 40601 | |
| STATE ATTORNEY'S GENERAL | STATE OF LOUISIANA | 300 CAPITAL DRIVE | DEPT. OF JUSTICE - AG OFFICE | BATON ROUGE | LA | 70802 | |
| STATE ATTORNEY'S GENERAL | STATE OF MAINE | 6 STATE HOUSE STATION | OFFICE OF THE ATTORNEY GENERAL | AUGUSTA | ME | 04333 | |
| STATE ATTORNEY'S GENERAL | STATE OF MARYLAND | 200 ST. PAUL PLACE | OFFICE OF THE ATTORNEY GENERAL | BALTIMORE | MD | 21202 | |
| STATE ATTORNEY'S GENERAL | STATE OF MASSACHUSETTS | 1 ASHBURTON PLACE 20TH FLOOR | ATTORNEY GENERAL'S OFFICE | BOSTON | MA | 02108 | |
| STATE ATTORNEY'S GENERAL | STATE OF MICHIGAN | 525 W OTTAWA ST | DEPARTMENT OF ATTORNEY GENERAL | LANSING | MI | 48906 | |
| STATE ATTORNEY'S GENERAL | STATE OF MINNESOTA | 445 MINNESOTA ST STE 1400 | OFFICE OF THE ATTORNEY GENERAL | ST. PAUL | MN | 55101 | |
| STATE ATTORNEY'S GENERAL | STATE OF MISSISSIPPI OFFC OF AG | 550 HIGH ST PO BOX 220 | WALTER SILLERS BUILDING | JACKSON | MS | 39201 | |
| STATE ATTORNEY'S GENERAL | STATE OF MISSOURI | 207 W HIGH ST SUPREME COURT BLDG | OFFICE OF THE ATTORNEY GENERAL | JEFFERSON CITY | MO | 65101 | |
| STATE ATTORNEY'S GENERAL | STATE OF MONTANA OFFC OF AG | 215 N SANDERS PO BOX 201401 | JUSTICE BUILDING 3RD FLOOR | HELENA | MT | 59602 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEBRASKA | 2115 STATE CAPITOL | OFFICE OF THE ATTORNEY GENERAL | LINCOLN | NE | 68509 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEVADA OFFC OF AG | 100 N CARSON ST OLD | SUPREME COURT BUILDING | CARSON CITY | NV | 89701 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 2



### Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| STATE ATTORNEY'S GENERAL | STATE OF NEW HAMPSHIRE | NH DEPT OF JUSTICE 33 CAPITOL ST. | OFFICE OF THE ATTORNEY GENERAL | CONCORD | NH | 3301 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEW JERSEY OFFICE OF AG | 25 MKT ST 8TH FL WEST WING BOX 080 | RICHARD J. HUGHES JUSTICE COMPLEX | TRENTON | NJ | 8611 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEW MEXICO | 408 GALISTEO STREET VILLAGRA BLDG | OFFICE OF THE ATTORNEY GENERAL | SANTA FE | NM | 87501 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEW YORK | THE CAPITOL 2ND FLOOR | OFFICE OF THE ATTORNEY GENERAL | ALBANY | NY | 12224 | |
| STATE ATTORNEY'S GENERAL | STATE OF NORTH CAROLINA | 114 W EDENTON ST | OFFICE OF THE ATTORNEY GENERAL | RALEIGH | NC | 27603 | |
| STATE ATTORNEY'S GENERAL | STATE OF NORTH DAKOTA OFFC OF AG | STATE CAPITOL 600 E BOULEVARD AVE | DEPT. 125 | BISMARCK | ND | 58505 | |
| STATE ATTORNEY'S GENERAL | STATE OF OHIO OFFC OF AG | 30 E BROAD ST 14TH FL | STATE OFFICE TOWER | COLUMBUS | OH | 43215 | |
| STATE ATTORNEY'S GENERAL | STATE OF OKLAHOMA | 313 NE 21ST ST | OFFICE OF THE ATTORNEY GENERAL | OKLAHOMA CITY | OK | 73105 | |
| STATE ATTORNEY'S GENERAL | STATE OF OREGON | 1162 COURT ST NE | OFFICE OF THE ATTORNEY GENERAL | SALEM | OR | 97301-4096 | |
| STATE ATTORNEY'S GENERAL | STATE OF PENNSYLVANIA | STRAWBERRY SQUARE 16TH FL | OFFICE OF THE ATTORNEY GENERAL | HARRISBURG | PA | 17120 | |
| STATE ATTORNEY'S GENERAL | STATE OF RHODE ISLAND | 150 S MAIN ST | OFFICE OF THE ATTORNEY GENERAL | PROVIDENCE | RI | 2903 | |
| STATE ATTORNEY'S GENERAL | STATE OF SOUTH CAROLINA | PO BOX 11549 | OFFICE OF THE ATTORNEY GENERAL | COLUMBIA | SC | 29211 | |
| STATE ATTORNEY'S GENERAL | STATE OF SOUTH CAROLINA OFFC OF AG | 1000 ASSEMBLY ST RM 519 | REMBERT C. DENNIS BLDG | COLUMBIA | SC | 29201 | |
| STATE ATTORNEY'S GENERAL | STATE OF SOUTH DAKOTA | 1302 E HIGHWAY 14 STE 1 | OFFICE OF THE ATTORNEY GENERAL | PIERRE | SD | 57501-8501 | |
| STATE ATTORNEY'S GENERAL | STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | NASHVILLE | TN | 37202-0207 | |
| STATE ATTORNEY'S GENERAL | STATE OF TEXAS | 300 W. 15TH ST | OFFICE OF THE ATTORNEY GENERAL | AUSTIN | TX | 78701 | |
| STATE ATTORNEY'S GENERAL | STATE OF UTAH OFFC OF AG | 350 NORTH STATE ST STE 230 | UTAH STATE CAPITOL COMPLEX | SALT LAKE CITY | UT | 84114 | |
| STATE ATTORNEY'S GENERAL | STATE OF UTAH OFFC OF AG SEAN REYES | 350 NORTH STATE ST STE 230 | UTAH STATE CAPITOL COMPLEX | SALT LAKE CITY | UT | 84114 | |
| STATE ATTORNEY'S GENERAL | STATE OF VERMONT | 109 STATE ST. | OFFICE OF THE ATTORNEY GENERAL | MONTPELIER | VT | 5609 | |
| STATE ATTORNEY'S GENERAL | STATE OF VIRGINIA | 202 N. NINTH ST. | OFFICE OF THE ATTORNEY GENERAL | RICHMOND | VA | 23219 | |
| STATE ATTORNEY'S GENERAL | STATE OF WASHINGTON | 1125 WASHINGTON ST SE | OFFICE OF THE ATTORNEY GENERAL | OLYMPIA | WA | 98501 | |
| STATE ATTORNEY'S GENERAL | STATE OF WASHINGTON | PO BOX 40100 | OFFICE OF THE ATTORNEY GENERAL | OLYMPIA | WA | 98504-00 | |
| STATE ATTORNEY'S GENERAL | STATE OF WEST VIRGINIA OFFC OF AG | 1900 KANAWHA BLVD E BLDG 1 RM E-26 | STATE CAPITOL | CHARLESTON | WV | 25305 | |
| STATE ATTORNEY'S GENERAL | STATE OF WISCONSIN | 17 WEST MAIN STREET ROOM 114 EAST P | OFFICE OF THE ATTORNEY GENERAL | MADISON | WI | 53702 | |
| STATE ATTORNEY'S GENERAL | STATE OF WYOMING | 109 STATE CAPITOL | OFFICE OF THE ATTORNEY GENERAL | CHEYENNE | WY | 82002 | |
| STATE ATTORNEY'S GENERAL | UNITED STATES DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVE NW | ATTORNEY GENERAL OF THE U.S. | WASHINGTON | DC | 20530-0001 | |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL01 | | TALLHASSEE | FL | 32399 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100 | COMPLIANCE AND ENFORCEMENT DIV | OLYMPIA | WA | 98504-4010 | |
| STEVE LAIRD | C/O FORSHEY & PROSTOK LLP | 777 MAIN STREET SUITE 1550 | ATTN: J. ROBERT FORSHEY | FORT WORTH | TX | 76102 | |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE AG OF TEXAS | PO BOX 12548 BANKRUPTCY DIVISION | ATTN: ABIGAL RYAN & LAYLA MILLIGAN | AUSTIN | TX | 78711-2548 | |
| TEXAS SECURITIES BOARD | C/O OFFICE OF THE AG OF TEXAS | PO BOX 12548 BANKRUPTCY DIVISION | ATTN: ROMA DESAI ASSISTANT AG | AUSTIN | TX | 78711-2548 | |
| TEXAS STATE SECURITIES BOARD | OFFICE OF ATTORNEY GENERAL OF TEXAS | PO BOX 12548 | ATTN: A RYAN L MILLIGAN & J BINFORD | AUSTIN | TX | 78711-2548 | |
| THE AHG | C/O KILPATRICK TOWNSEND & STOCKTON | 1100 PEACHTREE STREET NE SUITE 2800 | ATTN: PAUL M. ROSENBLATT | ATLANTA | GA | 30309 | |
| THE AHG | C/O KILPATRICK TOWNSEND & STOCKTON | 1114 AVE OF THE AMERICAS GRACE BLDG | ATTN: DAVID M. POSNER & K MOYNIHAN | NEW YORK | NY | 10036-7703 | |
| TN DEPT OF COMMERCE AND INSURANCE | C/O TN AG OFFC BANKRUPTCY DIVISION | PO BOX 20207 | ATTN: MARVIN E. CLEMENTS JR. | NASHVILLE | TN | 37202-0207 | |
| TORONTO STOCK EXCHANGE | TORONTO STOCK EXCHANGE | 300 - 100 ADELAIDE ST. | | WEST TORONTO | ON | M5H 1S3 | CANADA |
| UNITED STATES ATTORNEYS OFFICE SDNY | UNITED STATES ATTORNEY'S OFFICE | ONE ST. ANDREWS PLAZA | SOUTHERN DISTRICT OF NEW YORK | NEW YORK | NY | 10007 | |
| UNITED STATES TRUSTEE SDNY | OFFC OF UNITED STATES TRUSTEE SDNY | 201 VARICK STREET ROOM 1006 | ATTN: R MORRISSEY ESQ. AND M BRUH | NEW YORK | NY | 10014 | |
| VT DEPT OF FINANCIAL REGULATION | C/O ASSISTANT GENERAL COUNSEL | 89 MAIN STREET THIRD FLOOR | ATTN: JENNIFER ROOD ESQ. | MONTPELIER | VT | 05620 | |
| WELLS FARGO BANK N.A. | C/O ALDRIDGE PITE LLP | ATTN: GREGORY A. WALLACH | 15 PIEDMONT CENTER 3575 PIEDMONT RD | ATLANTA | GA | 30305 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2

# **Exhibit B**


Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AD HOC GROUP OF EQUITY INTEREST HOLDERS OF VOYAGER DIGITAL LTD. | C/O KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: DAVID M. POSNER & KELLY MOYNIHAN | DPOSNER@KILPATRICKTOWNSEND.COM KMOYNIHAN@KILPATRICKTOWNSEND.COM |
| AD HOC GROUP OF EQUITY INTEREST HOLDERS OF VOYAGER DIGITAL LTD. | C/O KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: PAUL M. ROSENBLATT | PROSENBLATT@KILPATRICKTOWNSEND.COM |
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, BENJAMIN S. BELLER | DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | | OAG@DC.GOV |
| ED BOLTON | C/O AKERMAN LLP | ATTN: R. ADAM SWICK, JOHN H. THOMPSON, JOANNE GELFAND | ADAM.SWICK@AKERMAN.COM JOHN.THOMPSON@AKERMAN.COM JOANNE.GELFAND@AKERMAN.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O GOLDSTEIN & MCCLINKOCK LLLP | ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, AND STEVE YACHIK | MATTM@GOLDMCLAW.COM HARLEYG@RESTRUCTURINGSHOP.COM STEVENY@GOLDMCLAW.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK | DTABACHNIK@DTTLAW.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | ANTHONY.OBRIEN@SISKINDS.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER | MICHAEL.ROBB@SISKINDS.COM GARETT.HUNTER@SISKINDS.COM |
| ILLINOIS SECRETARY OF STATE | C/O OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING ASSISTANT ATTORNEY GENERAL | JOHN.REDING@ILAG.GOV |
| JASON RAZNICK | C/O JAFFE RAITT HEUER & WEISS, P.C. | ATTN: PAUL R. HAGE | PHAGE@JAFFELAW.COM |
| JON GIACOBBE | ATTN: A. MANNY ALICANDRO | | MANNY@ALICANDROLAWOFFICE.COM |
| KELLEHER PLACE MANAGEMENT, LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER & NATHAN E. DELMAN | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM EFCNOTICES@HMBLAW.COM |
| MARCUM LLP | C/O MINTZ & GOLD, LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. | GOTTESMAN@MINTZANDGOLD.COM |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: STEPHEN A. BEST ESQ & RACHEL O. WOLKINSON, ESQ. | SBEST@BROWNRUDNICK.COM RWOLKINSON@BROWNRUDNICK.COM |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: SIGMUND S. WISSNER-GROSS ESQ. & KENNETH J. AULET ESQ. | SWISSNER-GROSS@BROWNRUDNICK.COM KAULET@BROWNRUDNICK.COM |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | ATTN: LYSBETH GEORGE | GEORGELAWOK@GMAIL.COM |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | ATTN: GEORGE H. SINGER, ESQ | SINGERG@BALLARDSPAHR.COM |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD G. MASON, AMY R. WOLF, ANGELA K. HERRING | RGMASON@WLRK.COM ARWOLF@WLRK.COM AKHERRING@WLRK.COM |
| MICHAEL GENTSCH | C/O BARSKI LAW PLC | ATTN: CHRIS D. BRASKI | CBARSKI@BARSKILAW.COM |
| MICHAEL LEGG | C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO. | ATTN: ROBERT R. KRACHT & NICHOLAS R. OLESKI | RRK@MCCARTHYLEBIT.COM NRO@MCCARTHYLEBIT.COM |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER, NATHAN E. DELMAN | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM ECFNOTICES@HMBLAW.COM |
| NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES | C/O ACTING EXECUTIVE DEPUTY SUPERINTENDENT, DEPUTY GENERAL COUNSEL FOR LITIGATION, AND ASSISTANT DEPUTY SUPERINTENDENT | ATTN: KEVIN R. PUVALOWSKI, LINDA DONAHUE, & JASON D. ST. JOHN | KEVIN.PUVALOWSKI@DFS.NY.GOV LINDA.DONAHUE@DFS.NY.GOV JASON.STJOHN@DFS.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | RICHARD.MORRISSEY@USDOJ.GOV MARK.BRUH@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BRANDON MULLENBERG | | BRANDONMULLENBERG2022@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BYRON WALKER | | BYWALKER01@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CHRISTOPHER MOSER | | CHRISMMOSER@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: JASON RAZNICK | | JASON@BEZINGA.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: RICHARD KISS FOR THINCAT TRUST | | RICHARD.KISS@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: RUSSELL G. STEWART | | RUSS.STEWART@TMF.MORTGAGE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES R. GIBBS & GRAYSON WILLIAMS | CRGIBBS@MWE.COM GWILLIAMS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | GSTEINMAN@MWE.COM |


| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN | DAZMAN@MWE.COM JCALANDRA@MWE.COM JBEVANS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MELISSA AND ADAM FREEDMAN | | FREEMANMELISSAC@GMAIL.COM |
| ORACLE AMERICA, INC. | C/O BUCHALTER | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| PIERCE ROBERTSON | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: RICHARD M. PACHULSKI, ALAN J. KORNFELD, DEBRA I. GRASSGREEN, AND JASON H. ROSELL | RPACHULSKI@PSZJLAW.COM AKORNFELD@PSZJLAW.COM DGRASSGREEN@PSZJLAW.COM JROSELL@PSZJLAW.COM |
| ROBERT SNYDERS & LISA SNYDERS | C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP | ATTN: ANGELINA E. LIM | ANGELINAL@JPFIRM.COM |
| SECURITIES & EXCHANGE COMMISSION | ATTN: THERESE A. SCHEUER, SENIOR TRIAL COUNSEL | | SECBANKRUPTCY-OGC-ADO@SEC.GOV SCHEUERT@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR | BANKRUPTCYNOTICESCHR@SEC.GOV |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | | MICHELLE@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | | CONTACTDOJ@MT.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | | NDAG@ND.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | | AG@RIAG.RI.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | | UAG@UTAH.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYE | | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | MAIL@OAG.STATE.VA.US |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | | STEPHEN.MANNING@ATG.WA.GOV |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@WVAGO.GOV |
| STEVE LAIRD | C/O FORSHEY & PROSTOK LLP | ATTN: J. ROBERT FORSHEY | BFORSHEY@FORSHEYPROSTOK.COM |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS | | JASON.BINFORD@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS STATE SECURITIES BOARD | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ABIGAIL R RYAN, LAYLA D MILLIGAN, ROMA N. DESAI & JASON B BINFORD | ABIGAIL.RYAN@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV JASON.BINFORD@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV |
| TN DEPT OF COMMERCE AND INSURANCE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS JR. | AGBANKNEWYORK@AG.TN.GOV |



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| TORONTO STOCK EXCHANGE | | | WEBMASTER@TMX.COM |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | C/O ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD, ESQ. | JENNIFER.ROOD@VERMONT.GOV |