**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| In re: | Chapter 11 |
|---|---|
| VOYAGER DIGITAL HOLDINGS, INC, *et al.*, | No. 22-10943 (MEW) |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Name (Redacted)** | **KB507 LLC** |
| Name and Current Address of Transferor:<br>**Name (Redacted)** | Name and Address where notices and payments to transferee should be sent:<br>**KB507 LLC**<br>**10830 SW 69 Ave**<br>**Pinecrest, FL 33156** |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | Last 4 Digits of Account: 3EFE | USDC 176952.15 | Voyager Digital, LLC | 22-10945 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: November 9, 2022
Transferee/Transferee's Agent

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## SCHEDULE F ATTACHMENT - Customer Claims
Creditors Who Have Non-Priority Unsecured Claims

| NAME (REDACTED) AND LAST 4 DIGITS OF ACCOUNT | ADDRESS | AMOUNT OF CLAIM | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | SUBJECT TO OFFSET? |
|---|---|---|---|---|
| 15A2 | Address on File | AAVE 1.6902; ADA 453.6; AVAX 18.6; DOGE 2936.2; DOT 72.174; ENJ 654.55; FTM 982.11; LINK 61.99; LLUNA 22.672; LUNA 9.717; LUNC 31.4; MANA 364.09; MATIC 650.472; SOL 176.3326; UNI 64.87; VET 11839.3 | | |
| 2B7E | Address on File | ADA 194.7 | | |
| 4BC6 | Address on File | ADA 172.6; ALGO 90; SHIB 2353903.4; VET 400; XLM 100 | | |
| B4BB | Address on File | VGX 2.8 | | |
| 186B | Address on File | BTC 0.000446; BTT 313738100; LLUNA 2.84; LUNA 1.217; LUNC 265607.9; MATIC 724.612; SAND 454.7935; SUSHI 319.5648; USDC 15164.29; VGX 524.78 | | |
| 5C85 | Address on File | BTC 0.00239 | | |
| A2A1 | Address on File | VGX 2.82 | | |
| A8A0 | Address on File | VGX 2.8 | | |
| A3A7 | Address on File | BTT 419371300; TRX 42624.7; VET 63776.3 | | |
| 58F3 | Address on File | ADA 195.7; DOGE 14924.4; ETC 5.31; SHIB 8130081.3; STMX 14090.8; USDC 1.5 | | |
| 24C8 | Address on File | SHIB 1232741.6 | | |
| D5E3 | Address on File | ADA 12.5; BTC 0.000405; DOGE 7.1; ETH 0.00577; MATIC 13.052 | | |
| 48B2 | Address on File | ADA 33.9; BTC 0.000425; BTT 6348300; SHIB 5673853.9; VET 1785.9 | | |
| 8425 | Address on File | BTT 4277900 | | |
| 2ABE | Address on File | VGX 8.38 | | |
| 937C | Address on File | BTC 0.026518; ETH 0.09614; LUNA 1.967; LUNC 1.9 | | |
| 8126 | Address on File | VGX 4.61 | | |
| 3EFE  << Seller | Address on File | USDC 176952.15 | | |
| | | ADA 3.8; AMP 7200.01; APE 40.170; LLUNA 6.462; LUNA | | |