Honorable Judge Michael Wiles,

In response to the court document that was filed by Joshua A. Sussberg, P.C. (Kirkland & Ellis LLP) 11/08/22.

Amendment:

 I understand through communication I have had in an attempt to resolve this without the courts, and in dealing with attorneys at both Kirkland & Ellis and Mcdermott & Emery, that the request I am making is difficult for the courts to grant because of the precedent it could set. As I have stated before, I believe my situation is different because I relied on my bank and Voyager to figure out and resolve what happened to my account. After they were done working together in 2021, I received a check for $14,000 and was told the matter was resolved.

 I did not become aware until after they filed for bankruptcy that they did not sell the assets in question from my account as I was told. Like I said, when my bank sent me the check and said it was resolved, I trusted it was resolved. Why would anyone think to question their own bank and what they say? Especially after they send you a check? With my health and all I was going through; I don't believe anyone would think to question if it was resolved or not.

However, what I was told recently by both firms, (Kirkland and Ellis and Mcdermott and Emery) makes sense to me and understanding the precedent it could set and the complications it could cause. So, I have been trying to come up with something for the courts that would be reasonable to resolve this. I would like to put forth a few options to provide the court that maybe helpful to find some way to resolve this situation.

Option 1: As I have already requested in my original filing. I am asking the courts if they will grant me the assets listed below. These are the coins that were in my account before my account was hacked. As you see I have removed the coins from the list that I did not authorize to be purchased back in 2021. The $14,000 should be removed because it was my understanding, they were going to remove it last year when my account was hacked. As you see the document, I provided the bank showing the coins that are underlined saying not authorized. Which is why they sent me the $14,000 as I remember. Plus I would like the $1,000 that was never refunded to me. As I have shown before $15,000 was removed out of my bank account in 2021 but they only refunded $14,000. As I stated in my first filing with the courts I was going through Cancer and other health issues back then and did not think to go over everything that was refunded to verify at the time.


Shiba inu 712,493,984.76

BTT bittorrent 1,352,249,887.49

Dodge 39,770.28

Vechain 34,438.96

CBK 35,184.75

VGX Voyager  1,098.26

STMX 31.0

Pokadot 49.0

XVG Verge 7,288.9

1

Option 2: Attach are 3 screenshots of what my account looked like before they removed the assets recently around 10/31/22 to offset the $14,000 which should have been removed in 2021 which caused it to be unbalanced $14,000. As you see all of those coins I have listed above were in there and the account kept ranging between $900 and $2000. Depending on the market as of October 31st 2022 of this year as you see in the screenshot.

As everyone can see in the market right now because of FTX and Binance, everything is collapsing and prices are very low. Bitcoin is down to $16,000. I am asking if the courts will allow me to buy the assets listed above for $2,200.00 which is more then all of the assets listed above are worth.

Option 3: If the courts would please allow me to buy all of the assets listed above for $3,000. This is certainly a lot more than they are valued, at this time in the market. I have tried working with both sides for the last few months, even though I don't think it was fair how this was handled over a year ago. I am trying to compromise the best I can with what I have. Otherwise, myself and my family will lose all of our money. Which we are counting on to live and pay medical bills.

I am pleading with the courts to please review everything I have provided. I believe you will see what I am asking is reasonable and fair considering the circumstances. I know all this happened a year ago. I know because of my health I don't remember everything that happened when my account was hacked back then and with limited documents. However, as I have gone through all of the emails and documents I have provided, I feel have been able to put together what I believe is a strong case for what happened in 2021 when my account was hacked. I did what most people in my situation would do by contacting both Voyager and my bank. To trust and allow both experts to resolve the situation as I did. As I said after that I assumed it was resolved. I never received any notice saying otherwise until almost a year later after they filed for bankruptcy. That is not fair! I have even sent emails to (Kirkland and Ellis) along with Mcdermott and Emery requesting if they could please find any documents or notices or communications back then that would have alerted me to a negative $14,000 balance , or any communication between Voyager and my bank that would explain what happened.

I spoke with Allyson Smith and Nikki Sauer at Kirkland and Ellis and they were very kind and had Voyager look into it to see if they could find any documents or communications.

Allyson and Nikki sent me an email on 11/7/22 stating that Voyager looked into it and was unable to find any documents they could provide from when they worked with my bank in 2021. Nor could they provide any notice or document from Voyager they could have sent me in 2021 or before the bankruptcy notifying me that my account was negative $14,000. How is that fair that after Voyager settled with my bank and sent me $14,000 and did not remove those assets from my account in 2021? Now that they have filed for bankruptcy, and I lose my assets because they did not remove them nor send me any notification that I needed to. So now myself and my family lose everything? That is not fair! I have had to represent myself because I can't afford an attorney right now while going through Cancer and many other health issues. It has been extremely stressful and overwhelming. If you could see the pictures of the cancer and everything, I have been going through I think everyone would truly see how reasonable I have been in dealing with this situation. Even offering to pay out of my pocket money for something that I should not have to pay for twice. I am just trying to compromise to help resolve this.

 In my opinion the only thing I can come up with is maybe the Voyager staff probably dropped the ball and failed to send out a notification back then telling me my account was negative $14,000 or someone at Voyager dropped the ball back then by not removing those coins after they gave me the $14,000. Either way I was not aware.

I know in the document Joshua Sussberg filed on 11/8/22 he put the Voyager terms of conditions. To say what each customer is responsible for to justify how this was handled or not handled by Voyager. However, most people see Voyager as a company/business/financial institution. Like I see my US Bank or my Charles Schwab account. Where if your account is hacked they would take action to fix it and make it right. As many people have had their credit cards

stolen or accounts hacked. Banks and investor firms take care of it. I know many people that has happened to. So now I am being told Voyager is not accountable to protect and make right like other financial institutions? If so this needs to be all over the news so that people know they can't trust crypto exchanges, because they are not held accountable like other financial institutions and in the end you could lose everything with no recourse. This very thing needs to be brought before Congress and the Senate so that this does not happen to anyone again.

As you see, I have tried everything reasonable to work with all parties to resolve this situation. I have even tried to get all of the facts as to what happened with no luck. So that is why I have provided options to the court and even providing the court with an option to split the baby so to speak, where I pay out of pocket even though I don't feel I should have to.

Your honor I truly appreciate your time and decision in this matter.

Thank you,

Aaron Niman

Honorable Judge Michael Wiles,

My account was hacked in October of 2021. I noticed monies drafted out of my US bank account by Voyager without my authorization. I contacted Voyager immediately, and then contacted US Bank. US Bank closed my account and began a fraud investigation with Voyager. We requested a full accounting of all purchases from Voyager. They sent us an excel spreadsheet. We found $15,000 in crypto was purchased without my authorization. The spreadsheet showed a purchase of Algorand on October 30th, which I did not purchase. It showed a purchase of Polkadot on October 23rd, that I did not purchase; Matic on October 24th, then another Matic on October 27th, and finally, Vechain on November 3rd. All of those I did not purchase, nor did I authorize. US Bank worked with Voyager to figure it out. I was then contacted by US Bank and they said they settled it out with Voyager and removed those purchases from my account and refunded me $14,000. I was told my account value was approximately $78,000 before they settled and after they settled, it was approximately $64,000. After that, I opened up a new bank account with US Bank and tried to link it to Voyager, which did not work. I contacted Voyager several times trying to set it up.

However, at the time I was and still am in the middle of going through Cancer. I had a lot going on with surgery, treatments, and doctors' appointments, I was sick at the time as a result of the treatment. Therefore, I did not spend any more time with Voyager after they settled everything. I assumed everything was back to normal with my account. I never heard from nor did I receive anything from Voyager stating there was a problem with my account.

Later, I was notified by Voyager that they had filed for bankruptcy. After that, I received an email stating that I owed Voyager $14,000 and because the crypto market crashed, my value was now below $14,000 and I was going to lose all of my assets.

I was shocked! This was the first time I heard I owed Voyager any money. They agreed and gave me the money back that was taken out of my account, which was clear when you look at the bank statements and the spreadsheet they sent me. There is no disputing those facts. Also, if they did not agree why then did they refund my money to US Bank? Why didn't they send me a notice letting me know when they settled, which was nearly a year ago? This does not make any sense. Had I known a year ago, I would have contacted Voyager and tried to work it out and if we would have failed to work it out, I would have removed all of my assets from Voyager. I would have then waited until I could afford an attorney to go after my $15,000. I just found out after preparing all of this documentation, that I am actually owed $15,000, not $14,000 – this is evident on the statement and spreadsheet.

If I had known this, I would have all of my assets and would not have been with Voyager and caught up in this Bankruptcy issue. This seems very deceitful and corrupt!
I never had problems with Voyager until my bank account was hacked and stolen from. I find it very disturbing that I didn't get notified that I owe Voyager money until after they filed for bankruptcy. How convenient! This is wrong!

Attached are my bank statements showing the money taken out, additionally, a copy of the spreadsheet Voyager sent me back then. It has the coin dates and amounts that I did not authorize to buy. I put lines under and an X next to them to match up. Attached are emails I sent to Voyager months ago, confirming the issues I was having. This is part of our retirement. I believe these assets that I own on Voyager will be worth something when the market turns around. Unfortunately, I am going through health issues and my medical bills are ridiculously high.  I can't afford to lose a dime of my assets. Again, none of my assets would be involved in this bankruptcy had Voyager sent me some sort of notice stating that they changed their minds. I am asking the courts if they would please grant me the release of all of my assets minus the ones I did not purchase which are clearly marked.

Thank you for your consideration in this matter.

Respectfully,

Aaron Niman (505) 933-0728





**Can't link new bank account** Add label ☆

**A** Aaron Niman Jan 12 ↩ ⋮
to Support ⌄

Hi my name is Aaron,

My US bank account got hacked a couple months ago. I have been trying to link my new US bank account to my voyager account. However plaid says it won't link up.

I dont understand. Its the same bank and routing number, just a different account number.

Please help.

Thank you.
Aaron

---

if you don't send multiple tickets on this same issue, we've got this one and assure you we are working on it!

To add additional comments, reply to this email.

This email is a service from Voyager Support. Delivered by Zendesk

**A** Aaron Niman Jan 13 ↩ ⋮
to Support ⌄

I just need to know why I can't link my new US bank account up to my voyager account?

Show quoted text

---

**Aaron niman**
Jan 13, 2022, 4:12 PM EST

I just need to know why I can't link my new US bank account up to my voyager account?

**Aaron niman**
Jan 12, 2022, 2:09 PM EST

Hi my name is Aaron,

My US bank account got hacked a couple months ago. I have been trying to link my new US bank account to my voyager account. However plaid says it won't link up.

I dont understand. Its the

**A** Aaron Niman 11/11/2021 ↩ ⋮
to Support ⌄

Hi there,

Thank you so much for your response.

I just need to see every deposit that was made into my voyager account and each purchase that was made from those deposits. Things are not lining up with what I believe so we are doing an audit to make sure things are correct or not.
So I am working with my bank and they asked me to get a full report showing each deposit and each purchase since the account was opened. Plus I keep getting alerts from Voyager about deposits when I did not do any at the time of the notifications. Nor am I seeing them in my Voyager account when I get the notices.

Thanks for your help.
Aaron

---

# VOYAGER

**Aaron niman**
Nov 10, 2021, 8:55 PM EST

I have made a lot of purchases over the year on voyager. However I keep seeing money leaving my bank account without my authorization. Please send me a full accounting of my voyager account including deposits and purchases since my voyager account was open. I am working with the fraud department at my US bank to figure what I authorized and what I did not. Thank you for your help.

Aaron

**Aaron niman**
Jan 12, 2022, 2:09 PM EST

Hi my name is Aaron,

My US bank account got hacked a couple months ago. I have been trying to link my new US bank account to my voyager account. However plaid says it won't link up.

I dont understand. Its the same bank and routing number, just a different account number.

Please help.

Thank you.
Aaron

6

The information below, is what I believe belongs to me.  I am asking for relief from the courts that the assets listed below, are return to me in their entirety.

## Portfolio

| Positions | Quantity | Value |
|---|---|---|
| **DOGE** DogeCoin | 39,770.2 | $2,600.97 |
| **VET** VeChain | 34,438.9 | $823.08 |
| **STMX** StormX | 31.0 | $0.22 |
| **CKB** Nervos N... | 35,184.7 | $134.75 |
| **XVG** Verge | 7,288.9 | $24.63 |
| **SHIB** Shiba Inu | 712,493,... | $8,200.79 |
| **BTT** BitTorrent | 1,352,24... | $1,041.23 |

| | EMAIL | USER ID | TRANSACTION ID | ASSET | TRANSACTION | TRANSACTION TYP | DATE | QUANTITY | CURRENCY | NET | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Account Holder: Aaron Niman<br>Account Value as of November 12, 2021: 78260.37 USD | | | | | | | | www.investvoyager.com | | |
| 3 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FKM30XWBRH6B | VET | Buy | TRADE | 2021-11-03 23:44:22 | 7146.226078 | USD | 1000 | 0.139934 |
| 4 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FKM305R22TD95 | USD | deposit | BANK | 2021-11-03 23:43:58 | 2000 | N/A | 2000 | 1 |
| 5 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FKF3K40RYA7AG | VGX | deposit | ADMIN | 2021-11-02 01:18:00 | 16.097 | N/A | 43.14 | 2.68 |
| 6 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FKE8SW1YK0HW | SHIB | deposit | INTEREST | 2021-11-01 17:29:56 | 1060327.024 | N/A | 75.22 | 0.00007054 |
| 7 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FKE354BB9PQRN | MATIC | deposit | INTEREST | 2021-11-01 15:51:14 | 2.89926 | N/A | 5.49 | 1.895 |
| 8 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FKDV9H44E5F7D | STMX | deposit | INTEREST | 2021-11-01 13:33:45 | 31.029517 | N/A | 0.96 | 0.03108 |
| 9 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FKDRW8NDEH3C | DOT | deposit | INTEREST | 2021-11-01 12:51:37 | 0.444635 | N/A | 19.07 | 42.88 |
| 10 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FKDNERFMR8JQ2 | VGX | deposit | INTEREST | 2021-11-01 11:51:45 | 5.971492 | N/A | 16.79 | 2.811 |
| 11 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FKDFRSGCN5ES2 | DOGE | deposit | INTEREST | 2021-11-01 10:12:26 | 65.730486 | N/A | 17.67 | 0.2689 |
| 12 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FK8YJ9EZ1S88C\ | ALGO | Buy | TRADE | 2021-10-30 15:54:50 | 1643.876222 | USD | 3000 | 1.82495492 |
| 13 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FK8YHJD6QG8S9 | USD | deposit | BANK | 2021-10-30 15:54:26 | 3000 | N/A | 3000 | 1 |
| 14 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJZHT16SJ2K77F | MATIC | Buy | TRADE | 2021-10-27 00:18:42 | 389.776714 | USD | 700 | 1.7959 |
| 15 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJSCQVN6JRRM4 | MATIC | Buy | TRADE | 2021-10-24 14:54:41 | 2712.031512 | USD | 4300 | 1.5855273 |
| 16 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJQENZE2JX83VI | USD | deposit | BANK | 2021-10-23 20:50:08 | 5000 | N/A | 5000 | 1 |
| 17 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJNEWVG4M6CW | DOT | Buy | TRADE | 2021-10-23 02:15:24 | 111.983063 | USD | 5000 | 44.64960932 |
| 18 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJMQJKXEMCVB | USD | deposit | BANK | 2021-10-22 19:27:52 | 5000 | N/A | 5000 | 1 |
| 19 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJM5SRYSR6A3F | SHIB | Buy | TRADE | 2021-10-22 14:17:12 | 3567606.136 | USD | 100 | 0.00002803 |
| 20 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJCR0YX0P4221C | SHIB | Buy | TRADE | 2021-10-19 17:01:46 | 3453038.674 | USD | 100 | 0.00002896 |
| 21 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJCR0H5AHJCK2! | SHIB | deposit | BANK | 2021-10-19 17:01:32 | 200 | N/A | 200 | 1 |
| 22 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJCQ2GYBFBNBC | SHIB | Buy | TRADE | 2021-10-19 17:00:55 | 17283097.13 | USD | 500 | 0.00002893 |
| 23 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJCQ21GMSXWG | USD | deposit | BANK | 2021-10-19 17:00:43 | 500 | N/A | 500 | 1 |
| 24 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJCPGGGNRH11C | SHIB | Buy | TRADE | 2021-10-19 16:35:15 | 83753018.28 | USD | 2428 | 0.00002899 |
| 25 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJB1KHBRWQJV2 | XLM | Sell | TRADE | 2021-10-19 01:10:42 | 6493.9 | USD | 2428.04 | 0.3738962 |
| 26 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJACEY74W5CFA | XLM | Buy | TRADE | 2021-10-19 01:09:11 | 6493.94486 | USD | 2487.59 | 0.383063 |
| 27 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJACC9BR69KZB | SOL | Sell | TRADE | 2021-10-18 18:59:46 | 16.0147 | USD | 2487.59 | 155.3319 |
| 28 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJA7QTMVWQVH | SOL | Buy | TRADE | 2021-10-18 17:38:41 | 9.854271 | USD | 1564.74 | 158.788 |
| 29 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJA7P28R88SBXI | DOT | Buy | TRADE | 2021-10-18 17:36:13 | 24.304467 | USD | 1000 | 41.1447 |
| 30 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJA7NK0EFCVMV | DGB | Sell | TRADE | 2021-10-18 17:37:26 | 27458.3 | USD | 1312.76 | 0.04780917 |
| 31 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJA7ES3MX1P40 | DGB | Sell | TRADE | 2021-10-18 17:33:44 | 25000 | USD | 1193.25 | 0.04773 |
| 32 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJ7M0CGBTV2J3 | DOT | Buy | TRADE | 2021-10-17 17:15:21 | 11.896077 | USD | 500 | 42.03066222 |
| 33 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJ7KBABY6D09C | DGB | Buy | TRADE | 2021-10-17 03:03:51 | 1000 | USD | 50.24 | 0.0502411 |
| 34 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJ7K9SBYR3SHN | SOL | Buy | TRADE | 2021-10-17 01:03:00 | 6.160503 | USD | 1000 | 162.3244 |
| 35 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FJ7K6P3D777ZYC | STMX | Sell | TRADE | 2021-10-17 01:01:19 | 33949.9 | USD | 1008.48 | 0.029705 |
| 36 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FGY62ACPNZY4K | SHIB | deposit | INTEREST | 2021-10-01 15:37:50 | 963293.5635 | N/A | 6.96 | 0.00000723 |
| 37 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FGXXCWQWCB3L | VGX | deposit | INTEREST | 2021-10-01 12:31:22 | 5.935713 | N/A | 14.6 | 2.459 |
| 38 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FGXNTJAHHPAY! | DOGE | deposit | INTEREST | 2021-10-01 01:19:01 | 65.621006 | N/A | 13.33 | 0.2032 |
| 39 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FFTY19SCK1BPP | VGX | deposit | ADMIN | 2021-09-17 22:29:05 | 0.34 | N/A | 0.84 | 2.478 |
| 40 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FF10RBEP8JV7Q | SHIB | Buy | TRADE | 2021-09-07 20:56:23 | 83056478.41 | USD | 500 | 0.00000602 |
| 41 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FF0MECFM1X9R! | USD | deposit | BANK | 2021-09-07 17:21:13 | 1000 | N/A | 1000 | 1 |
| 42 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FEHFDCN7FSSG/ | SHIB | deposit | INTEREST | 2021-09-01 20:04:41 | 745223.2553 | N/A | 5.17 | 0.00000694 |
| 43 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FEHJ3U66EPSSR1 | DOGE | deposit | INTEREST | 2021-09-01 16:37:36 | 65.511943 | N/A | 18.6 | 0.2839 |
| 44 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FEGPZXQNNZ1NE | VGX | deposit | INTEREST | 2021-09-01 12:57:54 | 5.900477 | N/A | 22.62 | 3.834 |
| 45 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FCTSE79NQHDA\ | SHIB | Buy | TRADE | 2021-08-11 14:21:41 | 24154589.37 | USD | 200 | 0.00000828 |
| 46 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FCTSDV3PTDX0C | USD | deposit | BANK | 2021-08-11 14:21:26 | 200 | N/A | 200 | 1 |
| 47 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FCTSCQ0Z8DTB0 | SHIB | Buy | TRADE | 2021-08-11 14:20:51 | 60827250.61 | USD | 500 | 0.00000822 |
| 48 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FCNRBP7767FGD1 | SHIB | Buy | TRADE | 2021-08-09 15:26:37 | 62500000 | USD | 500 | 0.000008 |
| 49 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FCNRB3MRQQ6H | USD | deposit | BANK | 2021-08-09 15:26:18 | 1000 | N/A | 1000 | 1 |
| 50 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FCNR6E7WTRF51 | SHIB | Buy | TRADE | 2021-08-09 15:25:40 | 62500000 | USD | 500 | 0.000008 |
| 51 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FCNR5VN2NORJE | USD | deposit | BANK | 2021-08-09 15:23:26 | 500 | N/A | 500 | 1 |
| 52 | aarieenim@gmail.cc | d505cf49-c681-405c | 01FC0SN33MBEFEC | DOGE | deposit | INTEREST | 2021-08-01 12:05:10 | 65.402507 | N/A | 13.94 | 0.2131 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 53 | aarleenim@gmail.cc | d505cf49-c681-405c | 01FC09RKSWDBG8( | VGX | | INTEREST | 2021-08-01 07:27:25 | 5.866263 | USD | 14.48 | 2.468 |
| 54 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F9M01WZES4CD; | STMX | Buy | TRADE | 2021-08-02 16:15:30 | 22516.23189 | USD | 500 | 0.02220423 |
| 55 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F9M01BJ2KSQYC | USD | deposit | BANK | 2021-07-02 16:15:12 | 500 | N/A | 500 | 1 |
| 56 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F9HFYEZDJ9JXD) | DOGE | | INTEREST | 2021-07-01 16:55:32 | 73.440488 | N/A | 17.6 | 0.2397 |
| 57 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F9GFE2AMH3485 | VGX | | INTEREST | 2021-07-01 07:27:20 | 5.833333 | N/A | 13.68 | 2.345 |
| 58 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F8ZV9SGD0SN99 | SHIB | Buy | TRADE | 2021-06-24 20:27:37 | 35014005.6 | USD | 250 | 0.00000714 |
| 59 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F8ZV7SF2S8DDX | USD | deposit | BANK | 2021-06-24 20:26:32 | 250 | N/A | 250 | 1 |
| 60 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F8RTT5XRG8H1K | SHIB | Buy | TRADE | 2021-06-22 03:04:25 | 79710144.93 | USD | 550 | 0.0000069 |
| 61 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F8EC9RB24KVK3 | SHIB | Buy | TRADE | 2021-06-18 01:38:22 | 64184852.37 | USD | 500 | 0.00000779 |
| 62 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F8DYQDD80ZH54 | SHIB | Buy | TRADE | 2021-06-17 21:41:10 | 124688279.3 | USD | 1000 | 0.00000802 |
| 63 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F8DYNV1XQDM48 | USD | deposit | BANK | 2021-06-17 21:40:18 | 2000 | N/A | 2000 | 1 |
| 64 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F739TEYFH9QEF | DOGE | | INTEREST | 2021-06-01 08:07:43 | 65.168494 | N/A | 21.62 | 0.3317 |
| 65 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F62FMDJJQ532B: | BTT | Buy | TRADE | 2021-05-19 14:14:21 | 140173.8155 | USD | 500 | 0.003567 |
| 66 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F62FKP2B2M5DT | USD | deposit | BANK | 2021-05-19 14:13:56 | 500 | N/A | 500 | 1 |
| 67 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F62FFQ03KZDG4 | VGX | Buy | TRADE | 2021-05-19 14:11:46 | 1000 | USD | 1950 | 1.95 |
| 68 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F5HGV7YD1DT3T | USD | deposit | BANK | 2021-05-13 00:08:27 | 2000 | N/A | 2000 | 1 |
| 69 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F4KGZW6XTNAKI | DOGE | | INTEREST | 2021-05-01 08:33:46 | 64.003452 | N/A | 23.59 | 0.3651 |
| 70 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F411XDNK1JB5F( | BTC | | REWARD | 2021-04-24 04:23:57 | 0.000498 | N/A | 25 | 50204.42 |
| 71 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F3NK02QYY63HB | VET | Buy | TRADE | 2021-04-19 17:31:37 | 4130.53652 | USD | 1000 | 0.2420993 |
| 72 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F2SC5VG20NRF1 | USD | deposit | BANK | 2021-04-08 18:33:42 | 1000 | N/A | 1000 | 1 |
| 73 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F2PTMQYFWWJV | CKB | Buy | TRADE | 2021-04-07 18:48:47 | 35184.71801 | USD | 1000 | 0.02842143 |
| 74 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F2EGKCBVKXGM | USD | deposit | BANK | 2021-04-04 13:19:21 | 1000 | N/A | 1000 | 1 |
| 75 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F27F8TVSC3XPS | DOGE | Buy | TRADE | 2021-04-01 19:41:26 | 8315.206184 | USD | 500 | 0.0601308 |
| 76 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F265A72AEP5ZS( | DOGE | | INTEREST | 2021-04-01 07:28:11 | 42.469511 | N/A | 2.3 | 0.0541 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 77 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F22ZYPHCAKGR) | BTT | Buy | TRADE | 2021-03-31 01:56:47 | 100739.4274 | USD | 500 | 0.0049633 |
| 78 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F22ZXPGMW0NC | USD | deposit | BANK | 2021-03-31 01:56:14 | 1000 | N/A | 1000 | 1 |
| 79 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F22XCV2CGVZK9WF | STMX | Buy | TRADE | 2021-03-31 01:54:55 | 3157.075716 | USD | 200.85 | 0.063619 |
| 80 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F22X1QM74R1W( | STMX | Buy | TRADE | 2021-03-31 01:06:01 | 8274.105904 | USD | 500 | 0.06042949 |
| 81 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F22WVX4ESFJW( | BTT | Buy | TRADE | 2021-03-31 01:02:50 | 107852.7594 | USD | 500 | 0.00463595 |
| 82 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F1P352K7F0ZMA | BTT | Buy | TRADE | 2021-03-26 01:42:34 | 92112.69681 | USD | 300 | 0.00325688 |
| 83 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F1MSKBHAP0CPI | USD | deposit | BANK | 2021-03-25 13:36:22 | 1500 | N/A | 1500 | 1 |
| 84 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F1D6PC7WYTGKI | BTT | Buy | TRADE | 2021-03-22 14:51:17 | 270500.0611 | USD | 929 | 0.00343438 |
| 85 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F0W1QN64FBJ5 | STMX | Sell | TRADE | 2021-03-17 19:54:22 | 29345 | USD | 929.86 | 0.031687 |
| 86 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F0R2VQ2SJRT4: | STMX | Buy | TRADE | 2021-03-17 18:45:04 | 29345.04788 | USD | 1000 | 0.0340773 |
| 87 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F0R125A4M3V31 | USD | deposit | BANK | 2021-03-17 18:44:05 | 1000 | N/A | 1000 | 1 |
| 88 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F0SPR2B3CJKHE | BTT | Buy | TRADE | 2021-03-15 01:07:01 | 281439.6199 | USD | 500 | 0.00177658 |
| 89 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F0SPQ2WDBW7F | USD | deposit | BANK | 2021-03-15 01:06:25 | 500 | N/A | 500 | 1 |
| 90 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F04CW2ZQC7VRE | DOGE | Buy | TRADE | 2021-03-06 18:30:24 | 19188.95944 | USD | 1000 | 0.0521133 |
| 91 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F04CRMP49AWV( | USD | deposit | BANK | 2021-03-06 18:28:31 | 1000 | N/A | 1000 | 1 |
| 92 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F04CFRHWZCK7\ | VET | Buy | TRADE | 2021-03-06 18:23:40 | 15160.90458 | USD | 800 | 0.0527673 |
| 93 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F04BW3NBZDM8. | DGB | Buy | TRADE | 2021-03-06 18:12:56 | 5448.354143 | USD | 300 | 0.0550625 |
| 94 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F04BS93Y9ZNJGI | DOGE | Buy | TRADE | 2021-03-06 18:11:22 | 7684.313051 | USD | 400 | 0.0520541 |
| 95 | aarleenim@gmail.cc | d505cf49-c681-405c | 01F04BCZD6SB1DB | USD | deposit | BANK | 2021-03-06 18:04:40 | 1500 | N/A | 1500 | 1 |
| 96 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZG086Q80YQA6 | DGB | Buy | TRADE | 2021-02-26 20:25:01 | 8521.731873 | USD | 473.78 | 0.05559668 |
| 97 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZG07JERW4YQ; | STMX | Sell | TRADE | 2021-02-26 20:24:40 | 54358 | USD | 473.78 | 0.008716 |
| 98 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZG05BYFS310X | DGB | Buy | TRADE | 2021-02-26 20:23:28 | 17927.03589 | USD | 1000 | 0.05578167 |
| 99 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZG03ZN4V0TR8 | USD | deposit | BANK | 2021-02-26 20:22:43 | 1000 | N/A | 1000 | 1 |
| 100 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZG01X0MFZVT1 | DGB | Buy | TRADE | 2021-02-26 20:21:34 | 5368.126427 | USD | 300 | 0.05588542 |
| 101 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZDV2V7EX2DP4 | DOGE | Buy | TRADE | 2021-02-26 00:16:14 | 3809.712481 | USD | 200 | 0.0524974 |
| 102 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZDT2OSV6YS4J | BTT | Buy | TRADE | 2021-02-26 00:14:32 | 146197.7617 | USD | 200 | 0.00136801 |
| 103 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZ4YYYVK5ZPX! | BTT | Buy | TRADE | 2021-02-24 21:26:17 | 213231.7403 | USD | 300 | 0.00140692 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 104 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZ4YXKWJ2A83H | USD | deposit | BANK | 2021-02-24 21:25:33 | 1000 | N/A | 1000 | 1 |
| 105 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZ4BYGG296NP; | VET | Buy | TRADE | 2021-02-24 15:54:00 | 8001.261913 | USD | 350 | 0.0437431 |
| 106 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZ4BJTBS34ZMF | STMX | Buy | TRADE | 2021-02-24 15:47:36 | 54358.46144 | USD | 500 | 0.0091982 |
| 107 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZ4B9FWE0KFR\ | XVG | Buy | TRADE | 2021-02-24 15:42:31 | 7288.998083 | USD | 150 | 0.02057896 |
| 108 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZ8VP3CMSMAT | DGB | Buy | TRADE | 2021-02-24 01:50:32 | 16193.12307 | USD | 1000 | 0.06175461 |
| 109 | aarleenim@gmail.cc | d505cf49-c681-405c | 01EZ8VG0ZYSATHF | USD | deposit | BANK | 2021-02-24 01:47:13 | 2000 | N/A | 2000 | 1 |