**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

*Counsel to the Official Committee of*
*Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: ECF No. 608** |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND**
**RETENTION OF HARNEY WESTWOOD & RIEGELS LP AS BVI COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**VOYAGER DIGITAL HOLDINGS, INC., *ET AL.*, EFFECTIVE AS OF JULY 31, 2022**

Pursuant to 28 U.S.C. § 1746, Rule 9075-2 of the Local Bankruptcy Rules for the

Southern District of New York (the "Local Bankruptcy Rules"), and in accordance with the

*Notice of Application for Order Authorizing the Employment and Retention of Harney*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

*Westwood & Riegels LP as BVI Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 31, 2022* [Docket No. 608] (the "Notice"), the undersigned counsel for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.* (the "Committee") in the above-captioned chapter 11 cases hereby certifies as follows:

1. On November 1, 2022, the Committee filed the *Application for Order Authorizing the Employment and Retention of Harney Westwood & Riegels LP as BVI Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 31, 2022* [Docket No. 608] (the "Application").[2]

2. The Notice and Application were served by undersigned counsel to the Committee as reflected in the certificate of service attached to and filed with the Notice and Application.

3. Pursuant to the Notice, the deadline for parties to object or file responses to the Application was November 8, 2022 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

4. Local Rule 9075-2 provides that the Application may be granted without a hearing if (a) no objections or other responsive pleadings have been filed on or before the applicable objection deadline and (b) the entity that filed the Application complies with such rule.

5. As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline, and the undersigned counsel hereby certifies that as of the date

---

[2] The Application was originally filed on October 31, 2022 at Docket No. 607. Shortly after completing the original filing, undersigned counsel for the Committee discovered that the incorrect pdf document was uploaded and filed at Docket No. 607. Counsel filed the correct pdf document at Docket No. 608 on November 1, 2022; and, at the request of counsel, access to the incorrect pdf document filed at Docket No. 607 has been restricted.

2

hereof, no objection or other response to the Application has been filed or served pursuant to the Notice.

6.  Accordingly, the undersigned counsel requests entry of the proposed order attached hereto as **Exhibit A** (the "Proposed Order") at the Court's earliest convenience.

7.  If not entered prior to the hearing, the Committee will seek entry of the proposed order at the telephonic-only hearing scheduled for 11:00 a.m., prevailing Eastern Time, on November 15, 2022, before the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York.

| | |
|---|---|
| Dated: New York, New York<br>November 11, 2022 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>E-mail: jbevans@mwe.com<br><br>and<br><br>Charles R. Gibbs (admitted *pro hac vice*)<br>Grayson Williams (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>E-mail: crgibbs@mwe.com<br>E-mail: gwilliams@mwe.com<br><br>and<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184<br>Telephone: (305) 329-4473<br>Facsimile: (305) 503-8805<br>E-mail: gsteinman@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |