**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**



In re:

VOYAGER DIGITAL HOLDINGS, INC, *et al.*,

Debtors

Chapter 11

No. 22-10943 (MEW)

(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**Cherokee Debt Acquisition, LLC**

Name and Address where notices and payments to transferee should be sent:
**Cherokee Debt Acquisition, LLC
1384 Broadway, Suite 906
New York, NY 10018**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | Last 4 Digits of Account: 1938 | as described on Schedule F (attached) | Voyager Digital, LLC | 22-10945 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Vladimir Jelisavcic*
Transferee/Transferee's Agent

Date: November 16, 2022

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## SCHEDULE F ATTACHMENT - Customer Claims
### Creditors Who Have Non-Priority Unsecured Claims

| NAME (REDACTED) AND LAST 4 DIGITS OF ACCOUNT | ADDRESS | AMOUNT OF CLAIM | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | SUBJECT TO OFFSET? |
|---|---|---|---|---|
| 8B7E | Address on File | ADA 444.8: BAT 148: BTC 0.00066: ETH 0.05083: MANA 33.34: MATIC 119.372: USDC 2.9: VET 2378.3: VGX 581.32 | | |
| 6C15 | Address on File | BTC 0.000413: SHIB 28742298.5 | | |
| E744 | Address on File | ADA 4.1: BTC 0.000628: LLUNA 105.194: LUNA 45.083: LUNC 9825359.2: SHIB 21693: USDC 76.71 | | |
| 9433 | Address on File | BTC 0.000245 | | |
| 8C19 | Address on File | DOGE 367.8 | | |
| 0E57 | Address on File | BTC 0.000512: VGX 293.43 | | |
| 9FB0 | Address on File | BTC 0.003189 | | |
| 428E | Address on File | BTC 0.076965: ETH 0.10328: SOL 2.2718 | | |
| B2F0 | Address on File | ALGO 185.82: BTC 0.00045: DGB 980.9: DOGE 20282.1: ICX 135.5: MANA 116.22: SHIB 49443502.8: TRX 1875.5: VET 1017.6: VGX 51.46 | | |
| 1938 | Address on File | ADA 0.7: ETH 6.59934: SOL 13.1304 | | |