UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF STRETTO, INC. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS
IN POSSESSION FOR THE PERIOD AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Name of Applicant: | Stretto, Inc. | |
|---|---|---|
| Applicant's Role in Case: | Administrative Advisor to Voyager Digital Holdings, Inc., *et al.* | |
| Date Order of Employment Signed: | August 4, 2022 [Docket No. 241] | |
| Time Period covered by this statement: | Beginning Period | End Period[2] |
|  | August 1, 2022 | August 31, 2022 |

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this statement: | $32,090.50 (80% of $40,113.12) |
| Total expenses requested in this statement: | $0.00 |
| Total fees and expenses requested in this statement: | $32,090.50 |
| This is a(n):  _X_ Monthly Application  ___ Interim Application  ___ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] This statement consists of fees and expenses from August 1, 2022, through August 31, 2022.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date* [Docket No. 241], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Stretto, Inc. ("Stretto"), administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Second Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period from August 1, 2022 through August 31, 2022* (this "Fee Statement").[3] Specifically, Stretto seeks: (i) interim allowance of $40,113.12 for the reasonable compensation for actual, necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $32,090.50, which is equal to 80% of the total amount of reasonable compensation for actual, necessary professional administrative services that Stretto incurred in connection with such services during the Fee Period (*i.e.*, $40,113.12); and (iii) allowance and payment of $0.00 for the actual, necessary expenses that Stretto incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Stretto professionals during the Fee Period with respect to each of the project categories Stretto established in accordance with its internal billing

---

[3] The period from August 1, 2022, through and including August 31, 2022, is referred to herein as the "Fee Period."

2

procedures. As reflected in **Exhibit A**, Stretto incurred $40,113.12[4] in fees during the Fee Period. Pursuant to this Fee Statement, Stretto seeks reimbursement for 80% of such fees (*i.e.*, $32,090.50 in the aggregate).

2. Attached hereto as **Exhibit B** is a schedule of Stretto professionals, including the standard hourly rate for each professional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of professionals for all services provided during the Fee Period is $154.40.

3. Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Stretto is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Stretto's out-of-pocket expenses, which total $0.00.

4. Attached hereto as **Exhibit D** are the time records of Stretto, which provide a daily summary of the time spent by each Stretto professional during the Fee Period.

## Notice

5. Stretto will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. Stretto submit that no other or further notice be given.

[*Remainder of page intentionally left blank*]

---

[4] Listed amount of fees requested is net of a contractual discount in the amount of $10,028.28.

WHEREFORE, Stretto, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $40,113.12 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $32,090.50, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors (i.e., $40,113.12); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that Stretto incurred in connection with such services during the Fee Period.

| | |
|---|---|
| Dated: November 17, 2022<br>Irvine, California | Respectfully submitted,<br><br>*/s/ Brian Karpuk*<br>Brian Karpuk<br>410 Exchange, Ste. 100<br>Irvine, California 92602<br>Tel: (312) 523-9564<br>Email: brian.karpuk@stretto.com<br><br>*Administrative Advisor for Debtors*<br>*and Debtors in Possession* |

# Exhibit A

## Statement of Fees and Expenses By Project Category

**Statement of Fees and Expenses By Project Category**

| Project Category | Hours | Fees |
|---|---|---|
| Schedules and Statements | 259.8 | $50,141.40 |
| Less Contractual Discount |  | ($10,028.28) |
| **Totals** | **259.8** | **$40,113.12** |

**Exhibit B**

**Summary of Timekeepers Included in this Fee Statement**

### Summary of Timekeepers Included in this Fee Statement

| Name | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Robert Klamser | Managing Director | $193.00 | 5.2 | $1,003.60 |
| Adam Fialkowski | Director | $193.00 | 74.9 | $14,455.70 |
| Aileen Daversa | Director | $193.00 | 13.7 | $2,644.10 |
| Alexa Westmoreland | Director | $193.00 | 12.4 | $2,393.20 |
| Leticia Sanchez | Director | $193.00 | 129.3 | $24,954.90 |
| Stephen Cady | Director | $193.00 | 0.4 | $77.20 |
| Jamilla Dennis | Senior Associate | $193.00 | 23.9 | $4,612.70 |
| Less Contractual Discount | | | | ($10,032.2) |
| **Grand Total** | | | **259.8** | **$40,113.12** |
| **Blended Rate** | | | | **$154.40** |

# Exhibit C

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense Category | Expenses |
|---|---:|
| None | $0.00 |

# Exhibit D

## Detailed Description of Time Records

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 08/01/2022 | Adam Fialkowski | Director | Schedules and Statements | Schedules and statements check in with case professionals | 1.7 | $193.00 | $328.10 |
| 08/01/2022 | Adam Fialkowski | Director | Schedules and Statements | Check in with client and professionals | 0.5 | $193.00 | $96.50 |
| 08/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with P. Farley re status of update Schedules and Statements | 0.3 | $193.00 | $57.90 |
| 08/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Review most updated SOFA exhibits populated with information provided so far (still a work in progress); and coordinate internally to be updated on the court forms | 0.5 | $193.00 | $96.50 |
| 08/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Review most updated Schedules exhibits populated with information provided so far (still a work in progress); and coordinate internally to be updated on the court forms | 0.5 | $193.00 | $96.50 |
| 08/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updated AP Aging as of 7.5.22 | 0.3 | $193.00 | $57.90 |
| 08/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Review most updated SOFA/SOALs workplan | 0.5 | $193.00 | $96.50 |
| 08/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference and email correspondence with BRG and Moelis re Customer List for Schedules and Statements, and Bar Date | 0.5 | $193.00 | $96.50 |
| 08/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend S&S status call with BRG and Voyager | 1.7 | $193.00 | $328.10 |
| 08/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Internal S&S Call with case team | 0.2 | $193.00 | $38.60 |
| 08/01/2022 | Adam Fialkowski | Director | Schedules and Statements | Review schedules data transfers for completion and accuracy | 1.8 | $193.00 | $347.40 |
| 08/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Review email correspondence with BRG and Voyager re open items for Schedules and Statements; including follow-up on same | 0.3 | $193.00 | $57.90 |
| 08/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with W. Chan re SOFA 9, SOAL AB 7, and SOAL AB 71 | 0.1 | $193.00 | $19.30 |
| 08/02/2022 | Adam Fialkowski | Director | Schedules and Statements | Review customer data and provide comments to case team members re: same | 0.9 | $193.00 | $173.70 |
| 08/02/2022 | Adam Fialkowski | Director | Schedules and Statements | Process schedules data into data tracking workbooks | 2.3 | $193.00 | $443.90 |
| 08/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Review email correspondence with L. Klaff re Should professionals be included in schedule E/F | 0.1 | $193.00 | $19.30 |
| 08/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Review responses from Voyager Legal team re Interests in insurance policies, Litigation Claims, Setoffs, Customer PII, Interests in other businesses, Current Owners & D&Os, and Former Owners & D&Os | 0.5 | $193.00 | $96.50 |
| 08/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and coordinate SOFA 9, SOAL AB 7, and SOAL AB 71 data | 1.0 | $193.00 | $193.00 |
| 08/03/2022 | Adam Fialkowski | Director | Schedules and Statements | Working meeting with company and advisors re: schedules data and responses to schedules questions | 2.3 | $193.00 | $443.90 |
| 08/03/2022 | Leticia Sanchez | Director | Schedules and Statements | Review outstanding SOFA/SOALs question provided to Voyager | 0.3 | $193.00 | $57.90 |
| 08/03/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Status call for S&S | 0.6 | $193.00 | $115.80 |
| 08/03/2022 | Aileen Daversa | Director | Schedules and Statements | Phone call with Stretto team re Schedules | 0.2 | $193.00 | $38.60 |
| 08/03/2022 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with Voyager, BRG and Stretto re open items for Schedules and Statements; including various follow-up emails on same | 0.3 | $193.00 | $57.90 |
| 08/03/2022 | Leticia Sanchez | Director | Schedules and Statements | Review most updated SOFA/SOALs workplan | 0.5 | $193.00 | $96.50 |
| 08/03/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and coordinate updated SOFA and exhibits | 0.7 | $193.00 | $135.10 |
| 08/03/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and coordinate updated Schedules and exhibits | 0.8 | $193.00 | $154.40 |
| 08/03/2022 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with M. Bukauskaite re open item on SOFA 26c | 0.1 | $193.00 | $19.30 |
| 08/03/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Teleconference with BRG team re: Schedules and Statements | 0.5 | $193.00 | $96.50 |
| 08/03/2022 | Leticia Sanchez | Director | Schedules and Statements | Coordinate with case team re reviewing Litigation information for SOFA 7 and Schedule F; including confirming same are listed in final court forms | 0.5 | $193.00 | $96.50 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 08/04/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare company accounting data to be used as responses for Schedule A/B questions | 1.6 | $193.00 | $308.80 |
| 08/04/2022 | Adam Fialkowski | Director | Schedules and Statements | Reconcile company provided data to schedules and statements trackers | 2.4 | $193.00 | $463.20 |
| 08/04/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare schedules and statements drafts for review | 2.9 | $193.00 | $559.70 |
| 08/04/2022 | Adam Fialkowski | Director | Schedules and Statements | Coordinate with case team re: SOFA form updates and review updates re: same | 2.1 | $193.00 | $405.30 |
| 08/04/2022 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with L. Klaff re SOFA/SOALs needs to be as of 7/5 and request to reschedule S&S to tomorrow | 0.1 | $193.00 | $19.30 |
| 08/05/2022 | Adam Fialkowski | Director | Schedules and Statements | SOFA/SOAL follow up with company | 1.0 | $193.00 | $193.00 |
| 08/05/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updates to SOFA 7/SOFA 11 | 1.2 | $193.00 | $231.60 |
| 08/05/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend call with BRG re SOFA open items | 1.1 | $193.00 | $212.30 |
| 08/05/2022 | Adam Fialkowski | Director | Schedules and Statements | Coordinate with case team re: schedules status | 0.5 | $193.00 | $96.50 |
| 08/05/2022 | Adam Fialkowski | Director | Schedules and Statements | Reconcile Stretto schedules trackers to company provided data | 2.6 | $193.00 | $501.80 |
| 08/05/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedules and Statements catchup call with K&E, BRG and Voyager | 0.7 | $193.00 | $135.10 |
| 08/05/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and change initial drafts | 0.9 | $193.00 | $173.70 |
| 08/05/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and coordinate SOFA 7 and SOFA 11 | 1.0 | $193.00 | $193.00 |
| 08/05/2022 | Leticia Sanchez | Director | Schedules and Statements | Review data provided for Schedules and Statements | 1.5 | $193.00 | $289.50 |
| 08/05/2022 | Aileen Daversa | Director | Schedules and Statements | Review schedules and statement data | 1.7 | $193.00 | $328.10 |
| 08/05/2022 | Aileen Daversa | Director | Schedules and Statements | Participate on call with Stretto and BRG team re schedules and statement | 1.0 | $193.00 | $193.00 |
| 08/06/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Schedules and Statements drafts for data received | 2.0 | $193.00 | $386.00 |
| 08/07/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Schedules and Statements drafts for data received | 1.5 | $193.00 | $289.50 |
| 08/07/2022 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with E. Swager re request to schedule a call to discuss the Solicitation Mechanics; and follow-up emails on same | 0.3 | $193.00 | $57.90 |
| 08/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with Voyager and BRG re SOFA 25; and teleconference with case team on same | 0.3 | $193.00 | $57.90 |
| 08/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with Voyager, BRG and K&E re Schedule E/F for Employees; and follow-up email correspondence on same | 0.2 | $193.00 | $38.60 |
| 08/08/2022 | Aileen Daversa | Director | Schedules and Statements | Phone call with Stretto team re SOFA 25 | 0.1 | $193.00 | $19.30 |
| 08/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Review email correspondence with Voyager and BRG re SOFA open questions | 0.1 | $193.00 | $19.30 |
| 08/08/2022 | Aileen Daversa | Director | Schedules and Statements | Participate on call with Stretto and BRG team re schedules and statement | 1.0 | $193.00 | $193.00 |
| 08/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Outstanding Items for Schedules | 0.2 | $193.00 | $38.60 |
| 08/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updated SOFA/SOALs exhibits | 1.0 | $193.00 | $193.00 |
| 08/08/2022 | Adam Fialkowski | Director | Schedules and Statements | Teleconference with company re: schedules workstream and status | 1.7 | $193.00 | $328.10 |
| 08/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedule call with BRG | 1.2 | $193.00 | $231.60 |
| 08/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare and submit Taxing Authorities for Schedule E/F | 0.3 | $193.00 | $57.90 |
| 08/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with case team re status of schedules and statements and daily work streams | 0.4 | $193.00 | $77.20 |
| 08/08/2022 | Adam Fialkowski | Director | Schedules and Statements | Teleconference with case advisors re: scheduling customer claims | 0.6 | $193.00 | $115.80 |
| 08/08/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Review correspondence between K&E and Stretto team re: Schedule F | 0.5 | $193.00 | $96.50 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 08/08/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Correspondence with stretto team re: Schedules and Statements updates | 0.4 | $193.00 | $77.20 |
| 08/09/2022 | Adam Fialkowski | Director | Schedules and Statements | Teleconference re: schedules and customer claim filing | 1.2 | $193.00 | $231.60 |
| 08/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with L. Klaff re status of schedules and SOFAs; and related open items | 0.1 | $193.00 | $19.30 |
| 08/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedules and Statements catchup call with K&E, BRG and Voyager | 0.5 | $193.00 | $96.50 |
| 08/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Review email correspondence with Voyager re status of Schedule G contracts and scheduling call to go over same | 0.1 | $193.00 | $19.30 |
| 08/09/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare draft statements and schedules | 2.7 | $193.00 | $521.10 |
| 08/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with L. Klaff re status of updated Schedules and Statements | 0.1 | $193.00 | $19.30 |
| 08/09/2022 | Adam Fialkowski | Director | Schedules and Statements | Reconcile company data to update statements and schedules data trackers | 2.1 | $193.00 | $405.30 |
| 08/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Review email correspondence with Voyager and BRG re missing noticing information for SOFA 7 state regulatory actions | 0.1 | $193.00 | $19.30 |
| 08/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Review email correspondence with Voyager and BRG re information for SOFA 26c - Possession of Books & Records | 0.1 | $193.00 | $19.30 |
| 08/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updated tracker with notes from today's SOALs & SOFA meeting | 0.3 | $193.00 | $57.90 |
| 08/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA Drafts for all debtors including notating and making changes to same before circulating to BRG, K&E and Voyager for review | 4.0 | $193.00 | $772.00 |
| 08/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Schedule Drafts for all debtors including notating and making changes to same before circulating to BRG, K&E and Voyager for review | 3.0 | $193.00 | $579.00 |
| 08/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Attend Schedules Call with Voyager, BRG, Teneo and Stretto | 0.9 | $193.00 | $173.70 |
| 08/09/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Teleconference with BRG team re: Schedules and Statements | 0.9 | $193.00 | $173.70 |
| 08/09/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Review correspondence between D. Pierson, P. Farket and Stretto team re: Schedules call | 0.5 | $193.00 | $96.50 |
| 08/10/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updates to schedules workbooks/forms re: Schedule A/B | 0.9 | $193.00 | $173.70 |
| 08/10/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updated schedules drafts and review product re: same | 2.3 | $193.00 | $443.90 |
| 08/10/2022 | Adam Fialkowski | Director | Schedules and Statements | Check in with client and professional team re: schedules status and data | 1.5 | $193.00 | $289.50 |
| 08/10/2022 | Adam Fialkowski | Director | Schedules and Statements | Daily check in with case professionals re: schedules data and status | 0.5 | $193.00 | $96.50 |
| 08/10/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and change SOFA Drafts for all debtors | 3.3 | $193.00 | $636.90 |
| 08/10/2022 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with L. Klaff re updated schedules A/B 22 and A/B 71 | 0.1 | $193.00 | $19.30 |
| 08/10/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updated schedules A/B 22 and A/B 71; and coordinate update to Schedule forms and Exhibits | 0.3 | $193.00 | $57.90 |
| 08/10/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedule and SOFA call with K&E, BRG and Voyager | 0.4 | $193.00 | $77.20 |
| 08/10/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedule and SOFA call with BRG | 1.4 | $193.00 | $270.20 |
| 08/10/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updates to Schedule of assets questions based on internal review | 0.7 | $193.00 | $135.10 |
| 08/10/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with BRG re SOFA drafts and SOFA 4 | 0.3 | $193.00 | $57.90 |
| 08/10/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Schedule Drafts for all debtors including notating and making changes to same before circulating to BRG, K&E, and Voyager for review | 3.5 | $193.00 | $675.50 |
| 08/10/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Review and update Schedules drafts | 1.1 | $193.00 | $212.30 |
| 08/10/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with E. Clark re SOFA 4 | 0.1 | $193.00 | $19.30 |
| 08/11/2022 | Leticia Sanchez | Director | Schedules and Statements | Email correspondence with K&E re questions of Schedules & Statement drafts; and follow-up on same | 0.2 | $193.00 | $38.60 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 08/11/2022 | Adam Fialkowski | Director | Schedules and Statements | Coordinate exhibit updates re: liabilities schedules | 1.0 | $193.00 | $193.00 |
| 08/11/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updated intangibles schedule, employee reimbursements, Alameda Interest, Updated Collateral Amount, and payments made to bankruptcy processionals from Voyager | 0.5 | $193.00 | $96.50 |
| 08/11/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and update statements and schedules exhibits | 2.0 | $193.00 | $386.00 |
| 08/11/2022 | Adam Fialkowski | Director | Schedules and Statements | Daily check in with case professional re: schedules data transfers | 0.5 | $193.00 | $96.50 |
| 08/11/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedule and SOFA call with K&E, BRG and Voyager | 0.6 | $193.00 | $115.80 |
| 08/11/2022 | Leticia Sanchez | Director | Schedules and Statements | Review open items for Statements and Schedules provided by BRG | 0.5 | $193.00 | $96.50 |
| 08/11/2022 | Leticia Sanchez | Director | Schedules and Statements | Review email correspondence with BRG and Voyager re status of Executory Contracts; including various follow-up emails on same | 0.3 | $193.00 | $57.90 |
| 08/11/2022 | Aileen Daversa | Director | Schedules and Statements | Attention to disclosure of professional retainers in prepaids; phone call with Stretto team re same | 0.3 | $193.00 | $57.90 |
| 08/11/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Teleconference with BRG team re: Schedules and Statements | 0.4 | $193.00 | $77.20 |
| 08/11/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Schedule Drafts for all debtors including notating and making changes to same before circulating to BRG, K&E, and Voyager for review | 2.0 | $193.00 | $386.00 |
| 08/12/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and update Schedules and Statements | 4.0 | $193.00 | $772.00 |
| 08/12/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updates to Schedule F data based on company data | 1.9 | $193.00 | $366.70 |
| 08/12/2022 | Adam Fialkowski | Director | Schedules and Statements | SOFA/Schedule form page turn | 1.0 | $193.00 | $193.00 |
| 08/12/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Customer File from Voyager as of August 12th and review for open items in anticipation of inclusion into Schedule F | 2.0 | $193.00 | $386.00 |
| 08/12/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend call with K&E and BRG re current Schedule and Statements Exhibits | 1.7 | $193.00 | $328.10 |
| 08/12/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Teleconference with BRG and K&E teams re: Schedules and Statements review | 1.4 | $193.00 | $270.20 |
| 08/12/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Review correspondence between G. Hanshe, P. Farley and Stretto team member re: Schedule F data; prepare client upload link per same | 0.5 | $193.00 | $96.50 |
| 08/12/2022 | Aileen Daversa | Director | Schedules and Statements | Review schedule and statement drafts | 1.1 | $193.00 | $212.30 |
| 08/12/2022 | Aileen Daversa | Director | Schedules and Statements | Prepare and participate on conference call with Debtors' counsel, Stretto and BRG teams re schedules and statement | 1.6 | $193.00 | $308.80 |
| 08/13/2022 | Leticia Sanchez | Director | Schedules and Statements | Review email correspondence with S. Ehrlich re Schedules and Statements Review | 0.1 | $193.00 | $19.30 |
| 08/13/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Customer File from Voyager as of August 12th and review for open items in anticipation of inclusion into Schedule F | 2.0 | $193.00 | $386.00 |
| 08/14/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and update Schedules and Statements as of 8/14 | 2.5 | $193.00 | $482.50 |
| 08/14/2022 | Adam Fialkowski | Director | Schedules and Statements | Reconcile company data into SOFA/Schedules Trackers | 2.3 | $193.00 | $443.90 |
| 08/14/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Customer File from Voyager as of August 12th and review for open items in anticipation of inclusion into Schedule F | 2.0 | $193.00 | $386.00 |
| 08/15/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and update schedules exhibits from BRG and Voyager | 3.1 | $193.00 | $598.30 |
| 08/15/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and update statement exhibits from BRG and Voyager | 2.1 | $193.00 | $405.30 |
| 08/15/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Update SOFAs per L. Klaff | 3.2 | $193.00 | $617.60 |
| 08/15/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with BRG re scheduling of customer list and open questions | 0.6 | $193.00 | $115.80 |
| 08/15/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with case team re customer list and scheduling same into Schedule F | 0.8 | $193.00 | $154.40 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 08/15/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with BRG re status of Updated Schedules and Statements tonight; and discuss open items for drafts tonight per timeline of updates | 0.5 | $193.00 | $96.50 |
| 08/15/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Customer File from Voyager as of August 12th and prepare same for inclusion into Schedule F | 4.6 | $193.00 | $887.80 |
| 08/15/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedule and SOFA call with K&E, BRG and Voyager | 0.7 | $193.00 | $135.10 |
| 08/15/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare SOFA 3 Exhibit Drafts | 1.9 | $193.00 | $366.70 |
| 08/15/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Update SOFAs 3 and 4 per L. Klaff | 1.5 | $193.00 | $289.50 |
| 08/15/2022 | Adam Fialkowski | Director | Schedules and Statements | Reconcile schedules trackers based on new client data | 2.4 | $193.00 | $463.20 |
| 08/15/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updates to asset schedules after administrative review of schedules | 2.7 | $193.00 | $521.10 |
| 08/16/2022 | Robert Klamser | Managing Director | Schedules and Statements | Review updated customer data for Schedule F and prepare various templates for presenting on exhibits for review by working group | 3.5 | $193.00 | $675.50 |
| 08/16/2022 | Robert Klamser | Managing Director | Schedules and Statements | Telephone conference with working group re: Schedules and SOFA update | 1.0 | $193.00 | $193.00 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Generate and update Schedules drafts and exhibits | 3.4 | $193.00 | $656.20 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Generate and update Statements drafts and exhibits | 2.6 | $193.00 | $501.80 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with Voyager and BRG re Customer List as of 8.16.22 COB | 0.4 | $193.00 | $77.20 |
| 08/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Daily check in with case professionals re: schedules responses and data transfer | 0.5 | $193.00 | $96.50 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with E. Clark and Stretto re Customer List as of 8.16.22 COB, and global notes on same | 0.3 | $193.00 | $57.90 |
| 08/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Meeting with Voyager, K&E and BRG re: schedules data and responses | 1.0 | $193.00 | $193.00 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Preliminary review of updated draft of the Global Notes | 0.5 | $193.00 | $96.50 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updates from K&E and confirm same will be implemented re SOFA 28-29 | 0.5 | $193.00 | $96.50 |
| 08/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare additional schedules drafts and review product re: same | 2.9 | $193.00 | $559.70 |
| 08/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updated SOFA 3 Exhibit | 0.6 | $193.00 | $115.80 |
| 08/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updated asset schedules exhibits | 0.9 | $193.00 | $173.70 |
| 08/16/2022 | Aileen Daversa | Director | Schedules and Statements | Prepare for and participate on conference call with BRG, Stretto and Voyager teams re schedules and statements | 0.7 | $193.00 | $135.10 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedule and SOFA call with K&E, BRG and Voyager | 0.7 | $193.00 | $135.10 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with E. Clark re status of Schedule F Exhibit for Customers | 0.2 | $193.00 | $38.60 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with case team re status of Schedules and Statements | 0.5 | $193.00 | $96.50 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Customer File from Voyager as of August 12th & 16th and prepare same for inclusion into Schedule F | 3.5 | $193.00 | $675.50 |
| 08/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend call re Schedules and Statements Review | 1.0 | $193.00 | $193.00 |
| 08/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare/Review schedules drafts | 2.6 | $193.00 | $501.80 |
| 08/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare/Review SOFA drafts | 1.5 | $193.00 | $289.50 |
| 08/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Coordinate new customer data receipt from client | 0.7 | $193.00 | $135.10 |
| 08/16/2022 | Aileen Daversa | Director | Schedules and Statements | Prepare for and participate on conference call with Debtors' counsel, BRG, and Voyager teams re schedules and statements | 1.7 | $193.00 | $328.10 |
| 08/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Reconcile updated schedules data trackers for updates to form drafts | 2.9 | $193.00 | $559.70 |
| 08/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Case team meeting re: schedules status and deadline tracking | 0.7 | $193.00 | $135.10 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 08/17/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Update Schedules and SOFA drafts | 3.7 | $193.00 | $714.10 |
| 08/17/2022 | Leticia Sanchez | Director | Schedules and Statements | Attend Call with K&E re Sample Schedule F Customer Exhibits | 0.3 | $193.00 | $57.90 |
| 08/17/2022 | Leticia Sanchez | Director | Schedules and Statements | Correspondence re status of Schedules and Statements | 2.0 | $193.00 | $386.00 |
| 08/17/2022 | Leticia Sanchez | Director | Schedules and Statements | Full review of updated draft of the Global Notes | 2.0 | $193.00 | $386.00 |
| 08/17/2022 | Aileen Daversa | Director | Schedules and Statements | Phone call with Stretto team re Customer File for Schedule F | 0.2 | $193.00 | $38.60 |
| 08/17/2022 | Aileen Daversa | Director | Schedules and Statements | Review drafts of schedules, statements and global notes | 1.5 | $193.00 | $289.50 |
| 08/17/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Schedule F for Customers | 1.3 | $193.00 | $250.90 |
| 08/17/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and update Schedule exhibits from BRG and coordinate updates to forms | 3.3 | $193.00 | $636.90 |
| 08/17/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and update Statement exhibits from BRG and coordinate updates to forms | 3.0 | $193.00 | $579.00 |
| 08/17/2022 | Adam Fialkowski | Director | Schedules and Statements | Communications with case professionals re: schedule F format | 0.5 | $193.00 | $96.50 |
| 08/17/2022 | Alexa Westmoreland | Director | Schedules and Statements | Review, format and update Schedules A/B and Schedule G data per updates provided by BRG | 3.7 | $193.00 | $714.10 |
| 08/17/2022 | Adam Fialkowski | Director | Schedules and Statements | Review case precedent and prepare examples for case team | 0.8 | $193.00 | $154.40 |
| 08/17/2022 | Robert Klamser | Managing Director | Schedules and Statements | Teleconference with Kirkland and Voyager teams re: daily checkin | 0.7 | $193.00 | $135.10 |
| 08/17/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedule and SOFA call with K&E, BRG and Voyager | 0.7 | $193.00 | $135.10 |
| 08/17/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updated SOFA workbooks based on additional client data | 1.2 | $193.00 | $231.60 |
| 08/17/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Teleconference with K&E, BRG and Voyager teams re: Schedule F | 0.4 | $193.00 | $77.20 |
| 08/17/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updates to schedules forms based on updated client data | 1.1 | $193.00 | $212.30 |
| 08/17/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Sample Schedule F Customer Exhibits | 1.5 | $193.00 | $289.50 |
| 08/18/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Review and format Schedules AB 71, 77 and SOFA 3, 4 and 11 | 3.8 | $193.00 | $733.40 |
| 08/18/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Review and update Global Notes, Schedules, and Statements | 3.3 | $193.00 | $636.90 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Schedule F and format for inclusion into final forms | 2.0 | $193.00 | $386.00 |
| 08/18/2022 | Alexa Westmoreland | Director | Schedules and Statements | On call for extended hours for assistance and updates with Schedules and SOFA preparation | 2.0 | $193.00 | $386.00 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Generate updated Schedule and Statement drafts and submit to K&E, BRG and Voyager for review and comment | 3.2 | $193.00 | $617.60 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Generate Final Proposed Statements and finalize Exhibits | 1.8 | $193.00 | $347.40 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updated Schedule exhibits from BRG and coordinate updates to forms | 2.9 | $193.00 | $559.70 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedule and SOFA call with K&E, BRG and Voyager | 1.5 | $193.00 | $289.50 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with E. Clark re status of updates to forms | 0.1 | $193.00 | $19.30 |
| 08/18/2022 | Stephen Cady | Director | Schedules and Statements | Review updated customer data for Schedule F and assist with formatting for inclusion into final forms | 0.4 | $193.00 | $77.20 |
| 08/18/2022 | Alexa Westmoreland | Director | Schedules and Statements | Review, format and update Schedules A/B, G and H data per updates provided by BRG | 2.2 | $193.00 | $424.60 |
| 08/18/2022 | Aileen Daversa | Director | Schedules and Statements | Prepare for and participate on conference call with debtors' counsel, BRG, Stretto and Voyager teams re schedules and statement | 1.6 | $193.00 | $308.80 |
| 08/18/2022 | Aileen Daversa | Director | Schedules and Statements | Prepare for and participate on conference call with debtors' counsel, BRG, Stretto and Voyager teams re schedules and statements | 1.0 | $193.00 | $193.00 |
| 08/18/2022 | Alexa Westmoreland | Director | Schedules and Statements | Review, format and update SOFA data per updates provided by BRG | 2.1 | $193.00 | $405.30 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with case team re status of Schedules and Statements and open items for same | 0.5 | $193.00 | $96.50 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare for and attend Schedule and SOFA call with K&E, BRG and Voyager | 1.0 | $193.00 | $193.00 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with E. Clark re open items on Schedules and Statements; and email correspondence on same | 0.5 | $193.00 | $96.50 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with A. Gains re open items on Schedules and Statements; and email correspondence on same | 0.3 | $193.00 | $57.90 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with BRG team re open items on Schedules and Statements; and email correspondence on same | 0.5 | $193.00 | $96.50 |
| 08/18/2022 | Alexa Westmoreland | Director | Schedules and Statements | Review and format Schedules drafts | 0.8 | $193.00 | $154.40 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updated Statement exhibits from BRG and coordinate updates to forms | 2.1 | $193.00 | $405.30 |
| 08/18/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Teleconference with BRG and K&E teams re: Schedules and Statements | 1.3 | $193.00 | $250.90 |
| 08/18/2022 | Jamilla Dennis | Senior Associate | Schedules and Statements | Teleconference with BRG team re: Schedules and Statements | 0.5 | $193.00 | $96.50 |
| 08/18/2022 | Alexa Westmoreland | Director | Schedules and Statements | Review and format SOFA drafts; correspondence with case team re: same | 0.4 | $193.00 | $77.20 |
| 08/18/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Sample Schedule F Customer Exhibits | 1.0 | $193.00 | $193.00 |
| 08/19/2022 | Alexa Westmoreland | Director | Schedules and Statements | Review, format and import Schedules G data into case management system | 1.2 | $193.00 | $231.60 |
| 08/19/2022 | Leticia Sanchez | Director | Schedules and Statements | Review email correspondence with K&E re final versions of the Schedules and Statements | 0.1 | $193.00 | $19.30 |
| 08/20/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and update Schedule F for potential redactions | 3.0 | $193.00 | $579.00 |
| 08/23/2022 | Leticia Sanchez | Director | Schedules and Statements | Prepare list of 24 Schedule G parties that we believe need to be redacted on the court-filed Schedules (Inc. and LLC) and additional corrections to misspellings for all Schedule G Exhibits; and submit same to K&E | 0.5 | $193.00 | $96.50 |
| 08/23/2022 | Leticia Sanchez | Director | Schedules and Statements | Review Schedule G for additional individual redactions and prepare related Exhibits for Amendments | 2.7 | $193.00 | $521.10 |
| 08/23/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare schedules and statements workbooks for circulation with case professionals | 2.4 | $193.00 | $463.20 |
| 08/24/2022 | Adam Fialkowski | Director | Schedules and Statements | Teleconference re: SOFA 3 and Schedule G | 0.5 | $193.00 | $96.50 |
| 08/29/2022 | Leticia Sanchez | Director | Schedules and Statements | Attend teleconference with K&E and BRG re Schedule G and SOFA 3 | 0.9 | $193.00 | $173.70 |
| 08/29/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with case team re customers informed that their claim was scheduled; including reviewing email correspondence on same with K&E | 0.5 | $193.00 | $96.50 |
| 08/30/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare amended schedules instance and input initial data | 1.8 | $193.00 | $347.40 |
| 08/30/2022 | Adam Fialkowski | Director | Schedules and Statements | Coordinate with BRG team re schedules updates | 0.6 | $193.00 | $115.80 |
| 08/30/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and update Amendments to Schedule G provided by BRG | 1.0 | $193.00 | $193.00 |
| 08/31/2022 | Leticia Sanchez | Director | Schedules and Statements | Review and update Amended Schedule E/F provided by K&E | 1.0 | $193.00 | $193.00 |
| | Contractual Discount | | | | | | ($10,028.28) |
| | **TOTAL** | | | | **259.8** | | **$40,113.12** |