**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **VOYAGER DIGITAL HOLDINGS, INC.**, *et al.*, [1] | ) | **Case No. 22-10943 (MEW)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**FIRST MONTHLY FEE APPLICATION OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD <u>FROM AUGUST 1, 2022 THROUGH OCTOBER 31, 2022</u>**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Services as: | Tax Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2020 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2022 through October 31, 2022 |
| Total Amount of Fees Requested: | $ 749,232.00 |
| Less 20% Holdback | $ (149,846.40) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $ 599,385.60 |
| Amount of Expense Reimbursement Sought | $ - |
| Total Amount of Fees and Expense: | **$ 599,385.60** |

This is an:  _X_ Monthly     __Interim    __Final Application

---

[1] The Debtors in these chapter 11 cases, along with the four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Date: November 17, 2022
      Houston, Texas

Respectfully submitted,

DELOITTE TAX LLP


/s/ Ala'a Boulos
Ala'a Boulos
Partner
1111 Bagby, Suite 4500
Houston, Texas 77002
Telephone:  713.982.3805
Facsimile:  877.501.1621

## Exhibit A
### Voyager Digital Holdings Inc., et, al.,
### Case No. 22-10943

**CUMULATIVE TIME SUMMARY BY PROFESSIONAL**
For the Period of August 1, 2022 through October 31, 2022

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Gutierrez, Dalia | Consultant | $250.00 | 19.6 | $4,900.00 |
| **Professional Subtotal:** | | | **19.6** | **$4,900.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Advisory Services** | | | | |
| Boulos, Ala'a | Partner/Principal | $1,160.00 | 35.7 | $41,412.00 |
| Fernandez, Tom | Partner/Principal | $1,160.00 | 0.5 | $580.00 |
| Forrest, Jonathan | Partner/Principal | $1,160.00 | 37.5 | $43,500.00 |
| Gibian, Craig | Partner/Principal | $1,160.00 | 84.1 | $97,556.00 |
| Massey, Rob | Partner/Principal | $1,160.00 | 3.4 | $3,944.00 |
| Tasso, Nathan | Partner/Principal | $1,160.00 | 8.5 | $9,860.00 |
| Turenshine, Aaron | Partner/Principal | $1,160.00 | 94.9 | $110,084.00 |
| Tzavelis, Elias | Partner/Principal | $1,160.00 | 5.7 | $6,612.00 |
| Ulleweit, Michael | Partner/Principal | $1,160.00 | 0.5 | $580.00 |
| Cooper, Matt | Managing Director | $1,160.00 | 0.5 | $580.00 |
| Krozek, Derek | Managing Director | $1,160.00 | 41.9 | $48,604.00 |
| Penico, Victor | Managing Director | $1,160.00 | 1.6 | $1,856.00 |
| Spowage, Kelly | Managing Director | $1,160.00 | 1.6 | $1,856.00 |
| Sullivan, Brian | Managing Director | $1,160.00 | 8.6 | $9,976.00 |
| Abney, Teresa | Senior Manager | $1,020.00 | 0.5 | $510.00 |
| Butler, Mike | Senior Manager | $1,020.00 | 51.0 | $52,020.00 |
| Cukier, Lindsay | Senior Manager | $1,020.00 | 5.1 | $5,202.00 |
| Cutler, Jonathan | Senior Manager | $1,020.00 | 0.7 | $714.00 |
| Etzl, Matthew | Senior Manager | $1,020.00 | 0.5 | $510.00 |
| Gladman, Paul | Senior Manager | $1,020.00 | 3.2 | $3,264.00 |
| Padilla, Dana | Senior Manager | $1,020.00 | 4.5 | $4,590.00 |
| Tucker, Erin | Senior Manager | $1,020.00 | 17.1 | $17,442.00 |
| Boyd, Anna | Manager | $870.00 | 29.0 | $25,230.00 |
| Chatten, Colin | Manager | $870.00 | 13.7 | $11,919.00 |
| Cooper, Kenny | Manager | $870.00 | 10.1 | $8,787.00 |
| Lim, Han Xin | Manager | $870.00 | 60.8 | $52,896.00 |
| O'Brien, Conor | Manager | $870.00 | 0.5 | $435.00 |
| Pickering, Maria | Manager | $870.00 | 42.5 | $36,975.00 |

4

| | | | | | |
|---|---|---|---|---|---|
| McDermott, Jack | Senior Consultant | | $750.00 | 34.0 | $25,500.00 |
| Heyman, Tom | Consultant | | $630.00 | 48.5 | $30,555.00 |
| Torres, Nicole | Consultant | | $630.00 | 13.8 | $8,694.00 |
| Wegesin, Jack | Consultant | | $630.00 | 21.3 | $13,419.00 |
| Weiss, Thomas | Consultant | | $630.00 | 70.5 | $44,415.00 |
| Wilson, Clinton | Consultant | | $630.00 | 38.5 | $24,255.00 |
| **Professional Subtotal:** | | | | **790.8** | **$744,332.00** |
| **Total** | | **Blended Rate:** | **$924.52** | **810.4** | **$749,232.00** |

4

# **Exhibit B**
## **Voyager Digital Holdings Inc., et, al.,**
## **Case No. 22-10943**

### **CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period of August 1, 2021 through August 31, 2021

| Categories | Hours | Fees |
|---|---|---|
| Preparation of Fee Applications | 19.6 | $4,900.00 |
| Tax Advisory Services | 790.8 | $744,332.00 |
| **Fees Category Subtotal :** | **810.4** | **$749,232.00** |

# EXHIBIT C
## Voyager Digital Holdings Inc., et, al.,
## Case No. 22-10943

Professional Fees for the Period from
August 1, 2022 through October 31, 2022