UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Randall A. Pulman, request admission, *pro hac vice*, before the Honorable Michael E. Wiles to represent USIO, Inc., a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the State of Texas and licensed to practice before all courts of that state, and also admitted to practice in the United States District Court for the Eastern, Northern, Southern and Western Districts of Texas.

I have submitted the filings fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 17, 2022

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:  */s/ Randall A. Pulman*
       Randall A. Pulman
       Texas State Bar No. 16393250
       rpulman@pulmanlaw.com

**ATTORNEYS FOR USIO, INC.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

{00600895;1}                                          1

## **CERTIFICATE OF SERVICE**

      I, Randall A. Pulman, certify that on the 17 November 2022, a true and correct copy of the foregoing Motion for Admission to Practice *Pro Hac Vice* was filed and served by CM/ECF.

Dated:  November 17, 2022                                */s/Randall A. Pulman*
                                                                               Randall A. Pulman