**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

UPON the Motion of Randall A. Pulman to be admitted, *pro hac vice*, to represent USIO, Inc. (the "Client"), a creditor in the above-referenced case, and upon movant's certification that the movant is in good standing of the bar of the State of Texas, and licensed to practice before all courts of that state, and also admitted to practice in the United States District Court for the Eastern, Northern, Southern and Western Districts of Texas; it is hereby

ORDERED, that Randall A. Pulman, Esq., is admitted to practice, *pro hac vice*, in the above- referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2022          _____
                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

{00600896;1}