Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby withdraws the *Debtors' Motion for Entry of an Order (I) Approving the Membership Interest Purchase Agreement, by and Between Voyager Digital Holdings, Inc., Market Rebellion, LLC, VYGR Holdings, LLC, and VYGR Management LLC and Related Documents and Agreements and (II) Granting Related Relief* [Docket No. 657] and the *Declaration of Stephen Ehrlich in Support of the Debtors' Motion for Entry of an Order (I) Approving the Membership Interest Purchase Agreement, by and Between Voyager Digital Holdings, Inc., Market Rebellion, LLC, VYGR Holdings, LLC, and VYGR Management LLC and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

KE 91980042

*Related Documents and Agreements and (II) Granting Related Relief* [Docket No. 58], which were filed on November 17, 2022.

[*Remainder of page intentionally left blank*]

|  |  |
|---|---|
| Dated: November 18, 2022<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          jsussberg@kirkland.com<br>                    cmarcus@kirkland.com<br>                    christine.okike@kirkland.com<br>                    allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |