**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re:

VOYAGER DIGITAL HOLDINGS, INC, *et al.,*

Debtors

Chapter 11

No. 22-10943 (MEW)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Name (Redacted)** | **Cherokee Debt Acquisition, LLC** |
| Name and Current Address of Transferor:<br>**Name (Redacted)** | Name and Address where notices and payments to transferee should be sent:<br>**Cherokee Debt Acquisition, LLC**<br>**1384 Broadway, Suite 906**<br>**New York, NY 10018** |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | Last 4 Digits of Account: d99c | as described on Schedule F (attached) | Voyager Digital, LLC | 22-10945 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Vladimir Jelisavcic*
Transferee/Transferee's Agent

Date: November 18, 2022

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## SCHEDULE F ATTACHMENT - Customer Claims
Creditors Who Have Non-Priority Unsecured Claims

| NAME (REDACTED) AND LAST 4 DIGITS OF ACCOUNT | ADDRESS | AMOUNT OF CLAIM | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | SUBJECT TO OFFSET? |
|---|---|---|---|---|
| 7282 | Address on File | ALGO 1600.46: BTC 0.000499: DOT 60.174: ETH 1.25045: GALA 7299.27: LLUNA 47.9: LUNA 20.529: LUNC 2768175.1: MATIC 270.694: SOL 6.0781 | | |
| BF6B | Address on File | SHIB 7681684.9 | | |
| 2058 | Address on File | AXS 0.07224: BTC 0.00287: ETH 0.03122: FTM 16.935: IOT 7.1 | | |
| 3E45 | Address on File | LUNA 1.035: LUNC 1 | | |
| B402 | Address on File | BTC 0.000442: CKB 46769.1: DGB 3928.3: DOGE 6966.9: DOT 59.133: ETH 0.53626: GLM 2725.25: KNC 191.54: LLUNA 511.253: LUNA 219.109: LUNC 300949.5: SHIB 50544207.1: SOL 4.0513: TRX 20453: VET 7798.1 | | |
| 2915 | Address on File | BTC 0.000524: DGB 511.6: DOGE 552: LUNC 3: SHIB 3124727.7 | | |
| 0BE2 | Address on File | VGX 2.78 | | |
| 2EF2 | Address on File | BTC 0.006059: USDC 2344.29: VGX 20.06 | | |
| 32A5 | Address on File | DOGE 1.9 | | |
| B9E2 | Address on File | BTC 0.000446: DOGE 958.3: LTC 1.12496: TRX 1296.6: VET 1367.7 | | |
| FCB4 | Address on File | BTC 0.00165: DOT 2.317 | | |
| F098 | Address on File | BTC 0.000246 | | |
| F032 | Address on File | ADA 24.8: BTC 0.001649 | | |
| 0FB3 | Address on File | BTC 0.000245 | | |
| 57AD | Address on File | AMP 563.79: AVAX 7.4: BTT 11752500: CKB 6718.8: EOS 22.39: HBAR 1374.6: STMX 8847.2: VGX 11.7: XVG 4406 | | |
| C750 | Address on File | VGX 8.38 | | |
| 22B1 | Address on File | ADA 93.7: AMP 814.79: BTC 0.002643: BTT 54381000: CKB 650.4: SHIB 1170960.1: STMX 5799.4: TRX 827: VET 353.5: XVG 964.3 | | |
| D99C | Address on File | ADA 186.8: BTC 0.090439: CKB 694.4: ETH 0.57877: MATIC 108.226: USDC 14472.52: VET 138.2 | | |
| | Address on File | VGX 2.77 | | |