**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re:

**VOYAGER DIGITAL HOLDINGS, INC,** *et al.,*

Debtors

Chapter 11

No. 22-10943 (MEW)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**Cherokee Debt Acquisition, LLC**

Name and Address where notices and payments to transferee should be sent:
**Cherokee Debt Acquisition, LLC**
**1384 Broadway, Suite 906**
**New York, NY 10018**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | Last 4 Digits of Account: 5803 | as described on Schedule F (attached) | Voyager Digital, LLC | 22-10945 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Vladimir Jelisavcic*
Transferee/Transferee's Agent

Date: November 18, 2022

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

### SCHEDULE F ATTACHMENT - Customer Claims
Creditors Who Have Non-Priority Unsecured Claims

| NAME (REDACTED) AND LAST 4 DIGITS OF ACCOUNT | ADDRESS | AMOUNT OF CLAIM | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | SUBJECT TO OFFSET? |
|---|---|---|---|---|
| B6A2 | Address on File | ADA 587.4: BTC 0.056751: ETH 0.35048 | | |
| B68E | Address on File | BTT 46147009.5 | | |
| 6B03 | Address on File | ETH 0.00434 | | |
| 127D | Address on File | VGX 8.38 | | |
| B9C1 | Address on File | ADA 1720.6: BTT 1006958200 | | |
| 7BAB | Address on File | BTC 0.018907 | | |
| FD3A | Address on File | SHIB 2793127.8 | | |
| 7EAA | Address on File | BTC 0.000945: ETH 0.69196 | | |
| 93F6 | Address on File | VGX 2.78 | | |
| 6CE9 | Address on File | BTT 2860399.9: DOGE 159.5: HBAR 111.8: USDT 10.08: VET 134.2 | | |
| 4A20 | Address on File | BTC 0.000075 | | |
| 26A7 | Address on File | VGX 4.97 | | |
| 5803 | Address on File | USDC 18800.14 | | |