Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 489-7000
Facsimile:  (212) 846-4900

*Special Counsel to Debtor Voyager Digital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | : | Case No. 22-10943 (MEW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

-----------------------------------------------------------------x

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client: | Voyager Digital, LLC |
| Retention Date: | July 13, 2022 |
| Time Period Covered: | October 1, 2022, through October 31, 2022 |
| Total Fees Requested: | $264,965.76[2] |
| Total Expenses Requested: | $6,446.09 |
| Type of Fee Statement | Monthly Fee Statement |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.  Voyager Digital, LLC's principal place of business is 701 S Miami Ave, 8th Floor, Miami, FL 33131.

[2] Quinn Emanuel agreed with Voyager Digital, LLC ("Voyager LLC") to a 10% discount off of its customary fees.  The Net Billed Fees reflect the fees actually billed to Voyager LLC after this 10% discount is applied. Accordingly, the total fees requested herein represent 80% of the Net Billed Fees.

**FOURTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART &
SULLIVAN, LLP FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL
COUNSEL TO VOYAGER DIGITAL, LLC DURING THE PERIOD OF OCTOBER 1,
2022, THROUGH OCTOBER 31, 2022**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy
Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Rule
2016-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy
Court for the Southern District of New York (the "Local Rules"), the Amended Guidelines for
Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases
(the "Local Guidelines"), and the *Order (I) Establishing Procedures for Interim Compensation
and Reimbursement of Expenses of Professionals for Retained Professionals and (II) Granting
Related Relief* entered September 4, 2022 (the "Interim Compensation Order") (Dkt. No. 236),
Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel to Voyager LLC,[3]
hereby files its *Fourth Monthly Fee Statement for Compensation for Services Rendered and
Reimbursement of Expenses Incurred as Special  Counsel to Voyager Digital LLC During the
Period of October 1, 2022, through October 31, 2022* (the "Fourth Monthly Fee Statement"), for
the amount of $264,965.76, which represents 80% of the total fees incurred by Quinn Emanuel for
reasonable and necessary professional services rendered, and $6,446.09 for the reimbursement of
the actual and necessary expenses incurred from October 1, 2022 through October 31, 2022 (the
"Fee Period"), for  a total of $271,411.85.

### Itemization of Services Rendered and Disbursements Incurred

1.    In support of this Fourth Monthly Fee Statement, Quinn Emanuel has attached the
following:

---

[3]    This Court approved on September 4, 2022 the retention of Quinn Emanuel as Special Counsel to Voyager LLC
effective July 13, 2022.  *See* Dkt. No. 242.

Exhibit A is a summary schedule of hours and fees covered by this Fourth Monthly Fee Statement, categorized by project code;

Exhibit B is a summary schedule of the time expended by all Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period;

Exhibit C is a summary of expenses incurred by Quinn Emanuel during the Fee Period; and

Exhibit D is a detailed invoice for the hours expended and fees incurred by Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period.

## **Representations**

2.      Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Fourth Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  Quinn Emanuel reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, Local Guidelines, and the Interim Compensation Order.

## **Notice**

3.      Notice of this Fourth Monthly Fee Statement has been provide to all necessary parties in accordance with the Interim Compensation Order.

4.      Objections to this Fourth Monthly Fee Statement, if any, must be filed by the objection deadline and served upon Quinn Emanuel, 51 Madison Ave., New York, NY 10010, Attn:    Susheel    Kirpalani,    Esq.,    and    Zachary    Russell,    Esq.;    Email: susheelkirpalani@quinnemanuel.com; zacharyrussell@quinnemanuel.com, no later than Monday December 8, 2022, at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

Objections to this Fourth Monthly Fee Statement, if any, must set forth the nature of the objection and the specific amount of fees or expenses at issue.

5.      If no objection to this Fourth Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall promptly pay Quinn Emanuel 80% of the fees and 100% of the expenses as identified in this Fourth Monthly Fee Statement.  To the extent that an objection to this Fourth Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall withhold payment of that portion of this Fourth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

WHEREFORE, Quinn Emanuel Urquhart & Sullivan, LLP respectfully requests payment of $264,965.76 which represents 80% of the total fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered during the Fee Period and $6,446.09 for the reimbursement of the actual and necessary expenses incurred during the Fee Period for a total of $271,411.85.

Respectfully submitted this 23rd day of November, 2022.

New York, New York

Quinn Emanuel Urquhart &
    Sullivan, LLP

/s/    *Susheel Kirpalani*

Susheel Kirpalani
Kate Scherling
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

*Special Counsel to Voyager Digital LLC*

**EXHIBIT A**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES | TOTAL FEES BILLED TO VOYAGER LLC AFTER APPLICATION OF 10% DISCOUNT |
|---|---|---|---|---|
| | | | | |
| VO01 | Case Administration | 6.5 | $1,137.50 | $1,023.75 |
| VO02 | Fee Applications | 7.4 | $8,046.00 | $7,241.40 |
| VO05 | Special Committee Investigation | 243.2 | $358,824.50 | $322,942.05 |
| **TOTAL** | | **257.1** | **$368,008.00** | **$331,207.20** |

**EXHIBIT B**

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| Susheel Kirpalani | Partner | 54.8 | $2,130.00 | $116,724.00 |
| Danielle Gilmore | Partner | 0.7 | $1,770.00 | $1,239.00 |
| Katherine Lemire | Partner | 2.7 | $1,770.00 | $4,779.00 |
| Eric M. Kay | Counsel | 1.0 | $1,465.00 | $1,465.00 |
| Katherine A. Scherling | Counsel | 59.1 | $1,350.00 | $79,785.00 |
| Zachary Russell | Associate | 94.6 | $1,270.00 | $120,142.00 |
| Joanna Caytas | Associate | 36.1 | $1,165.00 | $42,056.50 |
| Daniel Needleman | Attorney | 1.6 | $425.00 | $680.00 |
| Steven Wong | Litigation Support | 6.5 | $175.00 | $1,137.50 |
| **Total** | | **257.1** | | **$368,008.00** |

**EXHIBIT C**

| EXPENSE | COST |
|---|---|
| | |
| Online Research | $153.00 |
| Local Business Travel | $180.52 |
| Travel | $72.45 |
| Hotel | $3,037.11 |
| Out-of-Town Travel | $244.40 |
| Air Travel | $1,888.41 |
| Conference Fee | $70.00 |
| RelOne User Fee | $700.00 |
| RelOne Active Hosting (Per GB) (Litigation Support cost) | $100.20 |
| **Total** | **$6,446.09** |

**<u>EXHIBIT D</u>**

**quinn emanuel** trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

November 09, 2022

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000142802
Responsible Attorney: Susheel Kirpalani

Limited Engagement For Voyager Digital, LLC Special Committee

For Professional Services through October 31, 2022 in connection with acting as special counsel to Voyager
Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC,
comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the
Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues
undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and
causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special
Committee's mandate.

| | |
|---|---:|
| Fees | $368,008.00 |
| 10% Discount | -$36,800.80 |
| Net Billed Fees | $331,207.20 |
| Expenses | $6,446.09 |
| Net Amount | $337,653.29 |
| Total Due This Invoice | $337,653.29 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin

# quinn emanuel trial lawyers

November 09, 2022                                                                        Matter #: 11603-00001
Page 2                                                                          Invoice Number: 101-0000142802

## Statement Detail

### VO01  Case Administration

| | | | | |
|---|---|---|---|---|
| 10/06/22 | SW4 | Prepare multiple sets of documents for review per request from Joanna Caytas. | 3.50 | 612.50 |
| 10/10/22 | SW4 | Prepare documents for review per request from Meredith Mandell. | 1.00 | 175.00 |
| 10/11/22 | SW4 | Prepare documents for review per request from Joanna Caytas. | 2.00 | 350.00 |
| | | SUBTOTAL | 6.50 | 1,137.50 |

### VO02  Fee Applications

| | | | | |
|---|---|---|---|---|
| 10/13/22 | ZR1 | Prepare fee statement (3.1). | 3.10 | 3,937.00 |
| 10/25/22 | DN1 | Draft third Fee Statement. | 1.20 | 510.00 |
| 10/27/22 | ZR1 | Review and revise fee statement (1.6). | 1.60 | 2,032.00 |
| 10/27/22 | DN1 | Prepare draft Fee Statement for filing. | 0.20 | 85.00 |
| 10/28/22 | ZR1 | Finalize fee application. | 0.90 | 1,143.00 |
| 10/31/22 | ZR1 | File fee statement (.2). | 0.20 | 254.00 |
| 10/31/22 | DN1 | Ensure filing of Third Fee Statement. | 0.20 | 85.00 |
| | | SUBTOTAL | 7.40 | 8,046.00 |

### VO05  Special Committee Investigation

| | | | | |
|---|---|---|---|---|
| 10/01/22 | KS2 | Call T. Pohl and J. Frizzley to provide update (.30); correspondence with Z. Russell re: Investigation Report (.10). | 0.40 | 540.00 |
| 10/01/22 | ZR1 | Review and revise report (5.4). | 5.40 | 6,858.00 |
| 10/01/22 | SK2 | Conf call w/T. Pohl, J. Frizzley, K. Scherling re update on investigation (.4). | 0.40 | 852.00 |
| 10/03/22 | ZR1 | Review press from 2022 regarding Voyager/Celsius/3AC and update chron graph accordingly (5.8). | 5.80 | 7,366.00 |
| 10/03/22 | SK2 | TC w/J. Callandra (MWE) re status of | 2.90 | 6,177.00 |

# quinn emanuel trial lawyers

November 09, 2022                                                    Matter #: 11603-00001
Page 3                                                    Invoice Number: 101-0000142802

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | investigation, insurance issues (.4); reviewing and revising investigative report for Special Committee (2.5). |  |  |
| 10/03/22 | KS2 | Correspondence with S. Kirpalani re: UCC update (.30). | 0.30 | 405.00 |
| 10/04/22 | SK2 | Corresp w/K. Scherling re D&O insurance issues (.2); corresp w/counsel to S. Ehrlich (.1); review and provide final comments to investigative report draft for K. Scherling and Z. Russell (3.6). | 3.90 | 8,307.00 |
| 10/04/22 | KS2 | Review S. Kirpalani's comments to Investigation Report (.80). | 0.80 | 1,080.00 |
| 10/05/22 | ZR1 | Review and revise report and D&O issues and analysis (3.5). | 3.50 | 4,445.00 |
| 10/06/22 | ZR1 | Review amended plan (1.6); call SK/KS (.7); review and revise report (7.1). | 9.40 | 11,938.00 |
| 10/06/22 | SK2 | Confer w/K. Scherling re position of S. Ehrlich's counsel (.5); review revised plan and disclosure statement (1.5); attend meeting w/K. Scherling, Z. Russell re update on status of claims vs officers and situation w/UCC (.9). | 2.90 | 6,177.00 |
| 10/06/22 | KS2 | Call with D. Schwartz and M. Slade (.30); zoom with S. Kirpalani and Z. Russell re: case updates and report (.70); call with M. Slade (.10); review draft plan (.70); call with J. Calandra re: same (.10); follow-up call with J. Calandra (.10); call with W. Pruitt re: insurance issue (.10); review and revise Investigation Report (4.20). | 6.30 | 8,505.00 |
| 10/06/22 | JDC | Review and revise Investigation Report (3.6); coordinate processing of document production (0.2). | 3.80 | 4,427.00 |
| 10/07/22 | ZR1 | Review and analyze draft letter from UCC (1.5); finalize report (1.3); review and revise disclosure statement insert (1.3); prepare | 4.70 | 5,969.00 |

**quinn emanuel** trial lawyers

|          |      |                                                                                                                                                                                                                |      |          |
|----------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|          |      | presentation slides (1.6).                                                                                                                                                                                      |      |          |
| 10/07/22 | SK2  | Review draft disclosure statement insert re role of Special Committee (.2); confer w/K. Scherling re need for greater amount of information, what should be included (.5).                                       | 0.70 | 1,491.00 |
| 10/07/22 | KS2  | Review UCC draft letter to creditors (.60); review Z. Russell analysis of same and of insert for Disclosure Statement (.40); prepare agenda for Special Committee meeting (.20); correspondence with Z. Russell re: deliverables for Special Committee (.20). | 1.40 | 1,890.00 |
| 10/08/22 | KS2  | Correspondence re: UCC's draft letter to creditors (.30); review protective order and draft email to S. Kirpalani (.90); correspondence/call with D. GIlmore re: D&O insurance (.40); correspondence with Kirkland re: same (.20). | 1.80 | 2,430.00 |
| 10/08/22 | DLG  | Review policies re defense versus indemnity question; emails re same and conf. K. Scherling re same.                                                                                                            | 0.70 | 1,239.00 |
| 10/08/22 | JDC  | Review produced documents.                                                                                                                                                                                     | 2.60 | 3,029.00 |
| 10/09/22 | KL   | Review draft investigative report and UCC letter objecting to sale (1.6).                                                                                                                                       | 1.60 | 2,832.00 |
| 10/09/22 | JDC  | Review produced documents.                                                                                                                                                                                     | 3.20 | 3,728.00 |
| 10/09/22 | ZR1  | Review and revise slides (.5); prepare letter (3.9).                                                                                                                                                            | 4.40 | 5,588.00 |
| 10/09/22 | KS2  | Prepare for call with M. Slade and J. Sussberg (.30); call with M. Slade and J. Sussberg (.40); follow-up call with S. Kirpalani (.50); review and correspondence with Z. Russell re: slides on plan releases (.40); review and revise draft letter to MWE (.40); correspondence re: Special Committee meeting tomorrow (.30); call with J. Calandra (.10); correspondence with S. Kirpalani | 2.50 | 3,375.00 |

## quinn emanuel trial lawyers

November 09, 2022
Page 5

Matter #: 11603-00001
Invoice Number: 101-0000142802

| | | | | |
|---|---|---|---|---|
| | | (.10). | | |
| 10/09/22 | SK2 | Conf call w/J Sussberg, M Slade, K Scherling to discuss UCC letter (.6); confer w/K Scherling re insurance issues (.4); review slides for special committee discussion tomorrow (.3); review insurance endorsements (.5). | 1.80 | 3,834.00 |
| 10/10/22 | KL | Prepare for and attend call with Special Committee (.9). | 0.90 | 1,593.00 |
| 10/10/22 | ZR1 | Document review (1.1); prepare for and attend SC meeting (1.4); prepare minutes (1.0). | 3.50 | 4,445.00 |
| 10/10/22 | SK2 | Prepare talking points for meeting w/Special Committee to discuss results of investigation (.4); attend meeting w/Special Committee (.8); TC w/K. Scherling re UCC's threat to send letter containing highly confidential information (.3); corresp w/J. Calandra re Special Committee position on releases (.1); review and finalize letter to UCC counsel (.3). | 1.90 | 4,047.00 |
| 10/10/22 | KS2 | Prepare for and attend call with Special Committee re: Investigation Report (1.30); revise draft letter to McDermott (.80); correspondence with S. Kirpalani re: same (.30); further revise letter (.60). | 3.00 | 4,050.00 |
| 10/10/22 | JDC | Review produced documents (4.2); correspond with Z. Russell regarding newest document productions (0.3); coordinate gathering of relevant documents (0.1). | 4.60 | 5,359.00 |
| 10/11/22 | KS2 | Review draft plan and disclosure statement (2.20); review Z. Russell suggested comments and comment on same (.40); calls with Kirkland re: settlement (.60); correspondence with Z. Russell and S. Kirpalani re: same (.70). | 3.90 | 5,265.00 |
| 10/11/22 | ZR1 | Review and revise plan and disclosure statement (4.7); call with | 5.30 | 6,731.00 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | K&E (.6). | | |
| 10/11/22 | SK2 | Review draft plan and disclosure statement re status of potential insider claims (1.1); review and revise markup to same (.6); attend meeting w/M. Slade, K. Scherling, Z. Russell to discuss (.7); TC w/T. Pohl re next steps (.5); corresp w/J. Frizzley re direction (.4). | 3.30 | 7,029.00 |
| 10/12/22 | KS2 | Call with Special Committee and Kirkland re: potential settlements (.50); review Ehrlich and Psaropoulos net worth statements (.40); correspondence re: potential settlement constructs (.40). | 1.30 | 1,755.00 |
| 10/12/22 | SK2 | Meeting w/J. Sussberg, M. Slade, J. Frizzley, K. Scherling, Z. Russell to discuss status of obtaining financial information and related issues (.4); corresp w/T. Pohl to catch up on latest status (.2); TC w/T. Pohl re further direction (.4); reviewing financial information (.3); TC w/D. Brosgol re information requests and overall status (.4). | 1.70 | 3,621.00 |
| 10/12/22 | JDC | Review and analyze produced documents. | 3.10 | 3,611.50 |
| 10/12/22 | ZR1 | Prepare for and attend call with SC and K&E (1.4). | 1.40 | 1,778.00 |
| 10/13/22 | KS2 | Call with Special Committee re: potential settlement (1.0); call with Day Pitney re: potential settlement (0.9); email to Special Committee re: update (.40); call with E. Psaropoulos re: potential settlement (.60); draft summary email to Special Committee re: same (.30); follow-up correspondence with Day Pitney re: Ehrlich's net worth statement (.20); call with McDermott re: status update (.40); email to Special Committee re: same (.30); correspondence with QE team re: settlement issues (.80). | 4.90 | 6,615.00 |

# quinn emanuel trial lawyers

November 09, 2022                                                     Matter #: 11603-00001
Page 7                                                      Invoice Number: 101-0000142802

| | | | | |
|---|---|---|---|---|
| 10/13/22 | ZR1 | Attend SC call re settlement (1.4). | 1.40 | 1,778.00 |
| 10/13/22 | SK2 | Corresp w/K. Scherling re due diligence on financial issues (.2); reviewing financial information provided by certain individuals (.8); attend Special Committee meeting to discuss cost-benefit issues (.9); confer w/K. Scherling throughout the day about settlement ideas (2.2); attend call w/individual officers' counsel to discuss settlement (2.0); conf call w/J. Calandra (MWE) to update on Special Committee's perspective and status of settlement talks (.6); TC w/K. Scherling re follow-up with Ehrlich's counsel (.3); corresp w/Ehrlich's counsel re financial issues (.2). | 7.20 | 15,336.00 |
| 10/14/22 | KS2 | Call with Special Committee re: settlement (.50); multiple rounds of revisions to term sheets and correspondence re: same (2.90); correspondence with S. Kirpalani and Z. Russell re: same (.40); review trust agreement and correspondence with S. Kirpalani re: same (0.9); multiple calls with M. Slade (.40); review UCC disclosure statement objection (.80). | 5.90 | 7,965.00 |
| 10/14/22 | JDC | Legal research on fraudulent marital transfers under Connecticut law. | 2.70 | 3,145.50 |
| 10/14/22 | ZR1 | Attend call with SC (1.1); review UCC objection (1.1); prepare term sheets (2.5). | 4.70 | 5,969.00 |
| 10/14/22 | SK2 | Prepare for and attend special committee meeting (1.3); review marital property rules in states where potential targets reside (.9); review and revise draft term sheets to propose for settlement w/senior officers (1.8); corresp w/Z. Russell, K. Scherling re same (.5); review comments from special committee re proposed term sheets (.4); TC | 6.40 | 13,632.00 |

**quinn emanuel trial lawyers**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | w/target's counsel to hear outrage on settlement proposal, explaining rationale (.5); confer w/K. Scherling re same (.2); review unredacted version of UCC's objection to disclosure statement (.8). | | |
| 10/15/22 | KS2 | Draft sections of disclosure statement regarding 3AC and Special Committee Investigation (2.90); correspondence re: same (.30); revise term sheets and correspondence with T. Pohl and J. Frizzley re: same (1.50). | 4.70 | 6,345.00 |
| 10/15/22 | ZR1 | Review and revise disclosure statement inserts. | 3.50 | 4,445.00 |
| 10/15/22 | SK2 | Review and revise draft on disclosure inserts to describe role of Special Committee (2.5); TC w/counsel for E. Psaropoulos re outstanding settlement points (.4). | 2.90 | 6,177.00 |
| 10/16/22 | KL | Review UCC filing re objection to sale. | 0.20 | 354.00 |
| 10/16/22 | ZR1 | Review and revise disclosure statement (3.1); review and revise term sheets and correspondence re same (3.7). | 6.80 | 8,636.00 |
| 10/16/22 | KS2 | Revise term sheets (1.20); correspondence re: same (.20); call with B. Psaropoulos re: settlement (.10); correspondence with W. Pruitt and M. Slade (.20); call with MWE and Kirkland (0.3); review MWE comments to plan (1.0); review and revise disclosure statement sections (1.30); review and revise term sheets (.80); correspondence with S. Kirpalani re: settlement status (.20). | 5.30 | 7,155.00 |
| 10/16/22 | JDC | Legal research on common-law fraudulent transfers between spouses under Connecticut law (4.2); correspond with Z. Russell regarding same (0.4). | 4.60 | 5,359.00 |
| 10/17/22 | EMK | Review schedules and SOFAs re | 1.00 | 1,465.00 |

**quinn emanuel** trial lawyers

November 09, 2022                                                      Matter #: 11603-00001
Page 9                                              Invoice Number: 101-0000142802

| | | | | |
|---|---|---|---|---|
| | | insider payments, distributions, emails re same. | | |
| 10/17/22 | SK2 | Working on disclosure statement discussion of 3AC and Special Committee work (2.5); revising and negotiating term sheets for settlement w/senior officers (2.2); conf call re insurance claim issues w/K. Scherling, W. Pruitt, M. Slade, counsel for senior officers (.9); reviewing insider preferences exposure (1.2); confer w/K Scherling, Z Russell throughout the day (1.3). | 8.10 | 17,253.00 |
| 10/17/22 | KS2 | Review revised disclosure statement and comment on same (1.30); review and revise term sheets and correspondence re: same (1.10); review revised plan (.80); analysis of potential preference actions (.70); call with Kirkland and MWE re: plan revisions (1.0). | 4.90 | 6,615.00 |
| 10/18/22 | SK2 | Finalizing disclosure statement discussion of 3AC and work of Special Committee (1.7); review and revise draft reply brief (.8); numerous conferences w/K. Scherling re plan and disclosure issues, settlement issues (.9); review and respond to correspondence from UCC counsel re aspects of settlement (.4); TC w/counsel to S. Ehrlich (.4); TC w/T. Pohl re language describing settlement (.3). | 4.50 | 9,585.00 |
| 10/18/22 | KS2 | Revise Disclosure Statement and correspondence re: same (3.10); review 1-year insider transfers (.20); review and revise Disclosure Statement brief (1.90); review revised plan (.60); call with S. Kirpalani re: status/disclosure statement (.50); call with M. Slade re: same (.10); follow-up call with S. Kirpalani (.10); review UCC letter (.30); correspondence re: plan and disclosure statement (.40). | 7.20 | 9,720.00 |

# quinn emanuel trial lawyers

November 09, 2022
Page 10

Matter #: 11603-00001
Invoice Number: 101-0000142802

| 10/19/22 | ZR1 | Prepare for and attend disclosure statement hearing (3.6); review UCC letter (.3); review updated plan documents (.4). | 4.30 | 5,461.00 |
|---|---|---|---|---|
| 10/19/22 | SK2 | Reviewing filings relating to disclosure statement in preparation for today's hearing (2.8); prepare talking points for questions that may arise about Special Committee work (.9); attend disclosure statement hearing before Judge Wiles (2.5). | 6.20 | 13,206.00 |
| 10/19/22 | KS2 | Review revised disclosure statement (.70); correspondence re: disclosure statement hearing (.40). | 1.10 | 1,485.00 |
| 10/20/22 | KS2 | Review amended disclosure statement and plan (1.40). | 1.40 | 1,890.00 |
| 10/21/22 | KS2 | Call with K&E re: investigation (.50); email to S. Kirpalani re: same (.10); email to T. Pohl and J. Frizzley re: same (.30); call with M. Slade (.10). | 1.00 | 1,350.00 |
| 10/25/22 | ZR1 | Prepare letter (2.1); prepare presentation (2.7). | 4.80 | 6,096.00 |
| 10/25/22 | JDC | Prepare slide deck with non-privileged conclusions of the investigation. | 1.20 | 1,398.00 |
| 10/26/22 | ZR1 | Prepare letter (3.5); review and revise letter (.8); prepare PowerPoint (2.9). | 5.20 | 6,604.00 |
| 10/26/22 | JDC | Prepare secondary slide deck with report of the investigation. | 3.10 | 3,611.50 |
| 10/26/22 | KS2 | Correspondence re: letter to insurance carriers (.20); review draft of same (.20). | 0.40 | 540.00 |
| 10/27/22 | ZR1 | Prepare declaration (4.5); review and revise PPT (1.8). | 6.30 | 8,001.00 |
| 10/27/22 | JDC | Prepare slide deck with non-privileged report of the investigation (2.8); correspond with Z. Russell regarding same (0.3). | 3.10 | 3,611.50 |
| 10/28/22 | ZR1 | Prepare declaration. | 3.80 | 4,826.00 |

# quinn emanuel trial lawyers

November 09, 2022                                   Matter #: 11603-00001
Page 11                                    Invoice Number: 101-0000142802

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/22 | ZR1 | Review and revise declaration (4.6). | 4.60 | 5,842.00 |
| 10/31/22 | KS2 | Correspondence re: financial discovery (.20); correspondence re: investigation issues (.40). | 0.60 | 810.00 |
| 10/31/22 | JDC | Prepare slide deck with non-privileged report of the investigation (3.9); correspond with Z. Russell regarding same (0.2). | 4.10 | 4,776.50 |
| | | SUBTOTAL | 243.20 | 358,824.50 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 54.80 | 2,130.00 | 116,724.00 |
| Danielle Gilmore | DLG | Partner | 0.70 | 1,770.00 | 1,239.00 |
| Katherine Lemire | KL | Partner | 2.70 | 1,770.00 | 4,779.00 |
| Eric M. Kay | EMK | Counsel | 1.00 | 1,465.00 | 1,465.00 |
| Katherine A. Scherling | KS2 | Counsel | 59.10 | 1,350.00 | 79,785.00 |
| Zachary Russell | ZR1 | Associate | 94.60 | 1,270.00 | 120,142.00 |
| Joanna Caytas | JDC | Associate | 36.10 | 1,165.00 | 42,056.50 |
| Daniel Needleman | DN1 | Attorney | 1.60 | 425.00 | 680.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Steven Wong | SW4 | Litigation Support | 6.50 | 175.00 | 1,137.50 |

# quinn emanuel trial lawyers

November 09, 2022

Matter #: 11603-00001

Page 12

Invoice Number: 101-0000142802

## Expense Summary

| Description | | Amount |
|---|---|---|
| Online Research | | 153.00 |
| Local business travel | | 180.52 |
| Document Reproduction | 0.00 | 0.00 |
| Travel | | 72.45 |
| Color Document Reproduction | 0.00 | 0.00 |
| Word processing | | 0.00 |
| Hotel | | 3,037.11 |
| Out-of-Town Travel | | 244.40 |
| Air travel | | 1,888.41 |
| PACER Services | | 0.00 |
| Conference Fee | | 70.00 |

**Litigation Support Costs**

| | |
|---|---|
| RelOne User Fee | 700.00 |
| RelOne Active Hosting (Per GB) | 100.20 |
| Total Expenses | $6,446.09 |

**quinn emanuel** trial lawyers
quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

### Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees.....................................................$331,207.20 |
| Bill Date: November 09, 2022 | Expenses........................................................$6,446.09 |
| Invoice Number: 101-0000142802 | Total this Invoice........................................$337,653.29 |

### Account Summary

Balance Due from Previous Statement(s)..........................................**$1,447,852.29**
Total Balance Due.........................................................................**$1,785,505.58**

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 08/16/22 | 101-0000139142 | July 2022 | $244,217.65 | $195,401.65 | $48,816.00 |
| 09/16/22 | 101-0000140759 | August 2022 | $1,501,346.07 | $1,202,974.83 | $298,371.24 |
| 10/24/22 | 101-0000142354 | September 2022 | $1,100,665.05 | $0.00 | $1,100,665.05 |
| 11/09/22 | 101-0000142802 | October 2022 | $337,653.29 | $0.00 | $337,653.29 |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| Or Wire funds to: | City National Bank |
| | 555 South Flower St., 12th Floor |
| | Los Angeles, CA  90071 |
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account # ▮▮▮▮▮ |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |
| *References:* | *Invoice number and client name / matter number please* |

Tax ID#  95-4004138