# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VOYAGER DIGITAL HOLDINGS, INC.,** | Case No. 22-10943 (MEW) |
| | Lead Case – Jointly Administered |
| | Chapter 11 |
| **VOYAGER DIGITAL HOLDINGS, INC., DEBTOR.** | Case No. 22-10943 (MEW) |

## NOTICE OF WITHDRAWAL OF CLAIM

On July 29, 2022, the Tennessee Department of Revenue (TDOR) filed proof of claim no. 727 in the case of VOYAGER DIGITAL HOLDINGS, INC., Case No. 22-10943 (MEW). Claim has been satisfied. TDOR hereby gives notice that it wishes to withdraw claim no. 727.

Respectfully submitted,
JONATHAN SKRMETTI
Attorney General & Reporter

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
agbanknewyork@ag.tn.gov

1

## CERTIFICATE OF SERVICE

      I certify that on November 23, 2022 a copy of the foregoing Notice of Withdrawal of Claim was sent via U.S. mail, postage prepaid, or electronically to the parties set out below.

                                                   /s/ Marvin E. Clements, Jr.

**Joshua Sussberg**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

*Claims and Noticing Agent*
**Stretto Claims Agent**
8269 E. 23rd Avenue
Suite 275
Denver, CO 80238