**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Randall A. Pulman, of the firm of Pulman, Cappuccio & Pullen, LLP, counsel for USIO, Inc. ("USIO") – admitted Pro Hac Vice herein on November 21, 2022 -- hereby requests, pursuant to Fed. R. Bankr. P. 2002, 9010, BLR 2001, 11 U.S.C. § 1101, *et seq.*, and all other applicable bankruptcy statutes and rules, that any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents filed or entered in this case, be transmitted to:

**Randall A. Pulman**
PULMAN, CAPPUCCIO, & PULLEN, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
rpulman@pulmanlaw.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice,

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

application, complaint, demand, motion, petition, pleading or request, including disclosure statements or plans, whether formal or information, written or oral, and by whatever method transmitted or conveyed or otherwise filed or made with regard to the above-captioned bankruptcy case and any and all proceedings therein.

Dated: November 28, 2022

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
Randall A. Pulman
*Admitted Pro Hac Vice*
Texas State Bar No. 16393250
rpulman@pulmanlaw.com

**ATTORNEYS FOR USIO, INC.**

**CERTIFICATE OF SERVICE**

I, Randall A. Pulman, certify that on the 28 November 2022, a true and correct copy of the foregoing Notice of Appearance was filed and served by CM/ECF.

Dated: November 28, 2022

*/s/Randall A. Pulman*
Randall A. Pulman