**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| In re: | Chapter 11 |
|---|---|
| VOYAGER DIGITAL HOLDINGS, INC, *et al.*, | No. 22-10943 (MEW) |
|  | (Jointly Administered) |
| Debtors |  |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Name (Redacted)** | **Cherokee Debt Acquisition, LLC** |
| Name and Current Address of Transferor:<br>**Name (Redacted)** | Name and Address where notices and payments to transferee should be sent:<br>**Cherokee Debt Acquisition, LLC**<br>**1384 Broadway, Suite 906**<br>**New York, NY 10018** |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | Last 4 Digits of Account: 0DD1 | as described on Schedule F (attached) | Voyager Digital, LLC | 22-10945 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Vladimir Jelisavcic*
Transferee/Transferee's Agent

Date: November 30, 2022

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## SCHEDULE F ATTACHMENT - Customer Claims
Creditors Who Have Non-Priority Unsecured Claims

| NAME (REDACTED) AND LAST 4 DIGITS OF ACCOUNT | ADDRESS | AMOUNT OF CLAIM | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | SUBJECT TO OFFSET? |
|---|---|---|---|---|
| 7B34 | Address on File | ADA 1187.3: ALGO 113.14: BTC 0.001165: COMP 0.21771: DOT 10.994: EGLD 0.6195: ENJ 1076.11: KNC 91.3: MANA 2104.98: MKR 0.0084: OXT 164.2: SOL 1.0097: VET 11278.8 | | |
| 5AE9 | Address on File | VGX 4.75 | | |
| Transferor 0DD1 | Address on File | ADA 1577.4: BTC 0.773971: DOT 32.247: ETH 16.68271: MATIC 669.401: SOL 55.4251: USDC 15865.42: VGX 5381.24 | | |