Adjourned Hearing Date and Time: January 24, 2023, at 11:00 a.m. (prevailing Eastern Time)

| | |
|---|---|
| Joshua A. Sussberg, P.C. | Michael B. Slade (admitted *pro hac vice*) |
| Christopher Marcus, P.C. | Richard U.S. Howell, P.C. (admitted *pro hac vice*) |
| Christine A. Okike, P.C. | **KIRKLAND & ELLIS LLP** |
| Allyson B. Smith (admitted *pro hac vice*) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **KIRKLAND & ELLIS LLP** | 300 North LaSalle |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Chicago, IL 60654 |
| 601 Lexington Avenue | Telephone:   (312) 862-2000 |
| New York, NY 10022 | Facsimile:    (312) 862-2200 |
| Telephone:   (212) 446-4800 | |
| Facsimile:    (212) 446-4900 | |

*Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10943 (MEW)<br>(Jointly Administered) |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCINE DE SOUSA, et al,<br><br>Defendants. | Adv. Pro. No. 22-01133 (MEW) |

**NOTICE OF (I) CANCELLATION OF THE HEARING SCHEDULED FOR
DECEMBER 8, 2022, AND (II) ADJOURNMENT OF MATTERS RELATED THERETO**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") originally scheduled for December 8, 2022, at 11:00 a.m. (prevailing Eastern Time) has been canceled.

**PLEASE TAKE NOTICE** that the Hearing on the *Debtors' Motion to Extend Automatic Stay or, in the alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation Against the Debtors' Directors and Officers* [Docket No. 3] (the "Extension Motion")

has been adjourned to **January 24, 2023, at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Michael E. Wiles, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10004:

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted telephonically. Any parties wishing to participate must do so by making arrangements through CourtSolutions by visiting https://www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications, Motion, and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of the Application and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: December 6, 2022<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  jsussberg@kirkland.com<br>cmarcus@kirkland.com<br>christine.okike@kirkland.com<br>allyson.smith@kirkland.com<br><br>Michael B. Slade (admitted *pro hac vice*)<br>Richard U.S. Howell, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:   mslade@kirkland.com<br>rhowell@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

3