**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 2, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Hearing of Debtors' Motion for Entry of an Order (I) Compelling the Release of the Reserve Held by Metropolitan Commercial Bank on Debtors' Bank Account and (II) Granting Related Relief** (Docket No. 690)

- **Notice of Adjournment of Debtors' Summons with Notice of Pretrial Conference in an Adversary Proceeding** (Docket No. 691)

- **Fourth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2022 Through October 31, 2022** (Docket No. 692)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Furthermore, on December 2, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Metropolitan Commercial Bank at Attn: Michael Guarino, Richard Foster, 99 Park Avenue, 12th Floor, New York, NY 10016, and via electronic mail on Metropolitan Commercial Bank at Attn: Michael Guarino, Richard Foster, mguarino@mcbankny.com; Rfoster@mcbankny.com:

- **Notice of Hearing of Debtors' Motion for Entry of an Order (I) Compelling the Release of the Reserve Held by Metropolitan Commercial Bank on Debtors' Bank Account and (II) Granting Related Relief** (Docket No. 690)

Dated: December 6, 2022

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 6th day of December 2022 by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **<u>Exhibit A</u>**



Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STA | ZIP | COUNTR |
|---|---|---|---|---|---|---|---|
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | ATTN A DIETDERICH ET AL | 125 BROAD STREET | NEW YORK | NY | 10004 | |
| ED BOLTON | C/O AKERMAN LLP | ATTN R A SWICK J THOMPSON J GELFAND | 1251 AVE OF THE AMERICAS 37TH FL | NEW YORK | NY | 10020 | |
| EMERALD OCEAN ISLE AMANO GLOBAL | C/O GOLDSTEIN & MCCLINKOCK LLLP | ATTN: M MCCLINTOCK & H GOLDSTEIN | 111 W WASHINGTON STREET SUITE 1221 | CHICAGO | IL | 60602 | |
| EMERALD OCEAN ISLE AMANO GLOBAL | C/O LAW OFFC DOUGLAS T. TABACHNIK | ATTN: DOUGLAS T. TABACHNIK | 63 WEST MAIN STREET SUITE C | FREEHOLD | NJ | 07728-2141 | |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | 100 LOMBARD STREET SUITE 302 | TORONTO | ON | M5C1M3 | CANADA |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB | 275 DUNDAS STREET UNIT 1 | LONDON | ON | N6B3L1 | CANADA |
| ILLINOIS SECRETARY OF STATE | C/O OFFICE OF THE ILLINOIS AG | ATTN: JOHN P. REDING | 100 W. RANDOLPH ST FL. 13 | CHICAGO | IL | 60601 | |
| IRS | INTERNAL REVENUE SERVICE | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| JASON RAZNICK | C/O JAFFE RAITT HEUER & WEISS P.C. | ATTN: PAUL R. HAGE | 27777 FRANKLIN ROAD SUITE 2500 | SOUTHFIELD | MI | 48034 | |
| JON GIACOBBE | ATTN: A. MANNY ALICANDRO | 11 BROADWAY SUITE 615 | | NEW YORK | NY | 10004 | |
| KELLEHER PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER & N DELMAN | 500 W. MADISON ST STE 3700 | CHICAGO | IL | 60661 | |
| MARCUM LLP | C/O MINTZ & GOLD LLP | ATTN: ANDREW R. GOTTESMAN ESQ. | 600 THIRD AVENUE 25TH FLOOR | NEW YORK | NY | 10016 | |
| MARK CUBAN & DALLAS BASKETBALL LTD | C/O BROWN RUDNICK LLP | ATTN: S WISSNER-GROSS & K AULET | SEVEN TIMES SQUARE | NEW YORK | NY | 10036 | |
| MARK CUBAN & DALLAS BASKETBALL LTD | C/O BROWN RUDNICK LLP | ATTN: STEPHEN A. BEST & R WOLKINSON | 601 THIRTEENTH STREET NW SUITE 600 | WASHINGTON | DC | 20005 | |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | ATTN: LYSBETH GEORGE | 8101 S. WALKER SUITE F | OKLAHOMA CITY | OK | 73139 | |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | ATTN: GEORGE H. SINGER ESQ | 2000 IDS CENTER 80 SOUTH 8TH STREET | MINNEAPOLIS | MN | 55402-2119 | |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL LIPTON ROSEN & KATZ | ATTN RICHARD MASON A WOLF A HERRING | 51 WEST 52ND STREET | NEW YORK | NY | 10019-6150 | |
| MICHAEL GENTSCH | C/O BARSKI LAW PLC | ATTN: CHRIS D. BRASKI | 9375 E. SHEA BLVD. STE 100 | SCOTTSDALE | AZ | 85260 | |
| MICHAEL LEGG | CO MCCARTHY LEBIT CRYSTAL & LIFFMAN | ATTN: ROBERT KRACHT & N OLESKI | 1111 SUPERIOR AVENUE EAST STE 2700 | CLEVELAND | OH | 44114 | |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON HAMMER NATHAN DELMAN | 500 W MADISON ST. STE 3700 | CHICAGO | IL | 60661 | |
| NEW JERSEY BUREAU OF SECURITIES | MCELROY DEUTSCH MULVANEY CARPENTER | ATTN: JEFFREY BERNSTEIN | 570 BROAD STREET | NEWARK | NJ | 07102 | |
| NEW JERSEY BUREAU OF SECURITIES | MCELROY DEUTSCH MULVANEY CARPENTER | ATTN: NICOLE LEONARD | 225 LIBERTY STREET 36TH FLOOR | NEW YORK | NY | 10281 | |
| NEW JERSEY BUREAU OF SECURITIES | MCELROY DEUTSCH MULVANEY CARPENTER | ATTN: VIRGINIA T. SHEA | 1300 MT KEMBLE AVENUE | MORRISTOWN | NJ | 02075 | |
| NY DEPARTMENT OF FINANCIAL SERVICES | C/O EXECUTIVE DEPUTY SUPERINTENDENT | ATTN: K PUVALOWSKI L DONAHUE J JOHN | ONE STATE STREET | NEW YORK | NY | 10004-1511 | |
| OFFC CMTE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN JOHN CALANDRA | ONE VANDERBILT AVENUE | NEW YORK | NY | 10017-3852 | |
| OFFICIAL COMM UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES R. GIBBS & W GRAYSON | 2501 NORTH HARWOOD STREET STE 1900 | DALLAS | TX | 75201-1664 | |
| OFFICIAL COMM UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | 333 SE 2ND AVENUE SUITE 4500 | MIAMI | FL | 33131-2184 | |
| ORACLE AMERICA INC. | C/O BUCHALTER | ATTN: SHAWN M. CHRISTIANSON | 425 MARKET ST. SUITE 2900 | SAN FRANCISCO | CA | 94105 | |
| PIERCE ROBERTSON | C/O PACHULSKI STANG ZIEHL & JONES | ATTN: R PACHULSKI & A KORNFELD | 10100 SANTA MONICA BLVD 13TH FLOOR | LOS ANGELES | CA | 90067 | |
| ROBERT SNYDERS & LISA SNYDERS | C/O JOHNSON POPE BOKOR RUPPEL LLP | ATTN: ANGELINA E. LIM | 401 E JACKSON STREET SUITE 3100 | TAMPA | FL | 33602 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: THERESE A. SCHEUER | 100 F STREET NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL STREET SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ADAM CALAMARI RD | 200 VESEY STREET SUITE 400 | NEW YORK | NY | 10281-1022 | |
| SPECIAL COUNSEL TO DEBTOR | C/O QUINN EMANUEL URQUHART SULLIVAN | ATTN: S KIRPALANI & K SCHERLING | 51 MADISON AVENUE 22ND FLOOR | NEW YORK | NY | 10010 | |
| STATE ATTORNEY'S GENERAL | DISTRICT OF COLUMBIA | 400 6TH STREET NW | OFFICE OF THE ATTORNEY GENERAL | WASHINGTON | DC | 20001 | |
| STATE ATTORNEY'S GENERAL | STATE OF ALABAMA | 501 WASHINGTON AVE | OFFICE OF THE ATTORNEY GENERAL | MONTGOMERY | AL | 36104 | |
| STATE ATTORNEY'S GENERAL | STATE OF ALASKA | 1031 W 4TH AVE STE 200 | OFFICE OF THE ATTORNEY GENERAL | ANCHORAGE | AK | 99501 | |
| STATE ATTORNEY'S GENERAL | STATE OF ARIZONA | 2005 N CENTRAL AVE | OFFICE OF THE ATTORNEY GENERAL | PHOENIX | AZ | 85004 | |
| STATE ATTORNEY'S GENERAL | STATE OF ARKANSAS | 323 CENTER ST STE 200 | OFFICE OF THE ATTORNEY GENERAL | LITTLE ROCK | AR | 72201 | |
| STATE ATTORNEY'S GENERAL | STATE OF CALIFORNIA | PO BOX 944255 | OFFICE OF THE ATTORNEY GENERAL | SACRAMENTO | CA | 94244-2550 | |
| STATE ATTORNEY'S GENERAL | STATE OF COLORADO OFFC OF AG | 1300 BROADWAY 10TH FL | RALPH L. CARR JUDICIAL BUILDING | DENVER | CO | 80203 | |
| STATE ATTORNEY'S GENERAL | STATE OF CONNECTICUT | 165 CAPITOL AVENUE | OFFICE OF THE ATTORNEY GENERAL | HARTFORD | CT | 6106 | |
| STATE ATTORNEY'S GENERAL | STATE OF GEORGIA | 40 CAPITOL SQ SW | OFFICE OF THE ATTORNEY GENERAL | ATLANTA | GA | 30334 | |
| STATE ATTORNEY'S GENERAL | STATE OF HAWAII | 425 QUEEN STREET | OFFICE OF THE ATTORNEY GENERAL | HONOLULU | HI | 96813 | |
| STATE ATTORNEY'S GENERAL | STATE OF IDAHO OFFC OF AG | 700 W. JEFFERSON ST SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| STATE ATTORNEY'S GENERAL | STATE OF ILLINOIS OFFC OF AG | 100 W. RANDOLPH ST | JAMES R. THOMPSON CENTER | CHICAGO | IL | 60601 | |
| STATE ATTORNEY'S GENERAL | STATE OF INDIANA OFFICE OF IN AG | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST 5TH FLOOR | INDIANAPOLIS | IN | 46204 | |
| STATE ATTORNEY'S GENERAL | STATE OF IOWA OFFC OF AG | 1305 E. WALNUT STREET | HOOVER STATE OFFICE BUILDING | DES MOINES | IA | 50319 | |
| STATE ATTORNEY'S GENERAL | STATE OF KANSAS | ATTN ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE 2ND FLOOR | TOPEKA | KS | 66612 | |
| STATE ATTORNEY'S GENERAL | STATE OF KENTUCKY | ATTORNEY GENERAL - DANIEL CAMERON | 700 CAPITAL AVENUE SUITE 118 | FRANKFORT | KY | 40601 | |
| STATE ATTORNEY'S GENERAL | STATE OF LOUISIANA | DEPT. OF JUSTICE - AG OFFICE | 300 CAPITAL DRIVE | BATON ROUGE | LA | 70802 | |
| STATE ATTORNEY'S GENERAL | STATE OF MAINE | 6 STATE HOUSE STATION | OFFICE OF THE ATTORNEY GENERAL | AUGUSTA | ME | 04333 | |
| STATE ATTORNEY'S GENERAL | STATE OF MARYLAND | 200 ST. PAUL PLACE | OFFICE OF THE ATTORNEY GENERAL | BALTIMORE | MD | 21202 | |
| STATE ATTORNEY'S GENERAL | STATE OF MASSACHUSETTS | ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE 20TH FLOOR | BOSTON | MA | 02108 | |
| STATE ATTORNEY'S GENERAL | STATE OF MICHIGAN | DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST | LANSING | MI | 48906 | |
| STATE ATTORNEY'S GENERAL | STATE OF MINNESOTA | 445 MINNESOTA ST STE 1400 | OFFICE OF THE ATTORNEY GENERAL | ST. PAUL | MN | 55101 | |
| STATE ATTORNEY'S GENERAL | STATE OF MISSISSIPPI OFFC OF AG | 550 HIGH ST PO BOX 220 | WALTER SILLERS BUILDING | JACKSON | MS | 39201 | |
| STATE ATTORNEY'S GENERAL | STATE OF MISSOURI | 207 W HIGH ST SUPREME COURT BLDG | OFFICE OF THE ATTORNEY GENERAL | JEFFERSON CITY | MO | 65101 | |
| STATE ATTORNEY'S GENERAL | STATE OF MONTANA OFFC OF AG | 215 N SANDERS PO BOX 201401 | JUSTICE BUILDING 3RD FLOOR | HELENA | MT | 59602 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEBRASKA | 2115 STATE CAPITOL | OFFICE OF THE ATTORNEY GENERAL | LINCOLN | NE | 68509 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEVADA OFFC OF AG | 100 N CARSON ST OLD | SUPREME COURT BUILDING | CARSON CITY | NV | 89701 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEW HAMPSHIRE | NH DEPT OF JUSTICE 33 CAPITOL ST. | OFFICE OF THE ATTORNEY GENERAL | CONCORD | NH | 3301 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEW JERSEY OFFICE OF AG | 25 MKT ST 8TH FL WEST WING BOX 080 | RICHARD J. HUGHES JUSTICE COMPLEX | TRENTON | NJ | 8611 | |
| STATE ATTORNEY'S GENERAL | STATE OF NEW MEXICO | 408 GALISTEO STREET VILLAGRA BLDG | OFFICE OF THE ATTORNEY GENERAL | SANTA FE | NM | 87501 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 2



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STA | ZIP | COUNTR |
|---|---|---|---|---|---|---|---|
| STATE ATTORNEY'S GENERAL | STATE OF NEW YORK | THE CAPITOL 2ND FLOOR | OFFICE OF THE ATTORNEY GENERAL | ALBANY | NY | 12224 | |
| STATE ATTORNEY'S GENERAL | STATE OF NORTH CAROLINA | 114 W EDENTON ST | OFFICE OF THE ATTORNEY GENERAL | RALEIGH | NC | 27603 | |
| STATE ATTORNEY'S GENERAL | STATE OF NORTH DAKOTA OFFC OF AG | DEPT. 125 | STATE CAPITOL 600 E BOULEVARD AVE | BISMARCK | ND | 58505 | |
| STATE ATTORNEY'S GENERAL | STATE OF OHIO OFFC OF AG | 30 E BROAD ST 14TH FL | STATE OFFICE TOWER | COLUMBUS | OH | 43215 | |
| STATE ATTORNEY'S GENERAL | STATE OF OKLAHOMA | 313 NE 21ST ST | OFFICE OF THE ATTORNEY GENERAL | OKLAHOMA CITY | OK | 73105 | |
| STATE ATTORNEY'S GENERAL | STATE OF OREGON | 1162 COURT ST NE | OFFICE OF THE ATTORNEY GENERAL | SALEM | OR | 97301-4096 | |
| STATE ATTORNEY'S GENERAL | STATE OF PENNSYLVANIA | STRAWBERRY SQUARE 16TH FL | OFFICE OF THE ATTORNEY GENERAL | HARRISBURG | PA | 17120 | |
| STATE ATTORNEY'S GENERAL | STATE OF RHODE ISLAND | 150 S MAIN ST | OFFICE OF THE ATTORNEY GENERAL | PROVIDENCE | RI | 2903 | |
| STATE ATTORNEY'S GENERAL | STATE OF SOUTH CAROLINA | PO BOX 11549 | OFFICE OF THE ATTORNEY GENERAL | COLUMBIA | SC | 29211 | |
| STATE ATTORNEY'S GENERAL | STATE OF SOUTH CAROLINA OFFC OF AG | 1000 ASSEMBLY ST RM 519 | REMBERT C. DENNIS BLDG | COLUMBIA | SC | 29201 | |
| STATE ATTORNEY'S GENERAL | STATE OF SOUTH DAKOTA | 1302 E HIGHWAY 14 STE 1 | OFFICE OF THE ATTORNEY GENERAL | PIERRE | SD | 57501-8501 | |
| STATE ATTORNEY'S GENERAL | STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | NASHVILLE | TN | 37202-0207 | |
| STATE ATTORNEY'S GENERAL | STATE OF TEXAS | 300 W. 15TH ST | OFFICE OF THE ATTORNEY GENERAL | AUSTIN | TX | 78701 | |
| STATE ATTORNEY'S GENERAL | STATE OF UTAH OFFC OF AG | 350 NORTH STATE ST STE 230 | UTAH STATE CAPITOL COMPLEX | SALT LAKE CITY | UT | 84114 | |
| STATE ATTORNEY'S GENERAL | STATE OF UTAH OFFC OF AG SEAN REYES | 350 NORTH STATE ST STE 230 | UTAH STATE CAPITOL COMPLEX | SALT LAKE CITY | UT | 84114 | |
| STATE ATTORNEY'S GENERAL | STATE OF VERMONT | 109 STATE ST. | OFFICE OF THE ATTORNEY GENERAL | MONTPELIER | VT | 5609 | |
| STATE ATTORNEY'S GENERAL | STATE OF VIRGINIA | 202 N. NINTH ST. | OFFICE OF THE ATTORNEY GENERAL | RICHMOND | VA | 23219 | |
| STATE ATTORNEY'S GENERAL | STATE OF WASHINGTON | 1125 WASHINGTON ST SE | OFFICE OF THE ATTORNEY GENERAL | OLYMPIA | WA | 98501 | |
| STATE ATTORNEY'S GENERAL | STATE OF WASHINGTON | PO BOX 40100 | OFFICE OF THE ATTORNEY GENERAL | OLYMPIA | WA | 98504-00 | |
| STATE ATTORNEY'S GENERAL | STATE OF WEST VIRGINIA OFFC OF AG | 1900 KANAWHA BLVD E BLDG 1 RM E-26 | STATE CAPITOL | CHARLESTON | WV | 25305 | |
| STATE ATTORNEY'S GENERAL | STATE OF WISCONSIN | 17 WEST MAIN STREET ROOM 114 EAST P | OFFICE OF THE ATTORNEY GENERAL | MADISON | WI | 53702 | |
| STATE ATTORNEY'S GENERAL | STATE OF WYOMING | 109 STATE CAPITOL | OFFICE OF THE ATTORNEY GENERAL | CHEYENNE | WY | 82002 | |
| STATE ATTORNEY'S GENERAL | UNITED STATES DEPARTMENT OF JUSTICE | ATTORNEY GENERAL OF THE U.S. | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL01 | | TALLHASSEE | FL | 32399 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | COMPLIANCE AND ENFORCEMENT DIV | PO BOX 40100 | OLYMPIA | WA | 98504-4010 | |
| STEVE LAIRD | C/O FORSHEY & PROSTOK LLP | ATTN: J. ROBERT FORSHEY | 777 MAIN STREET SUITE 1550 | FORT WORTH | TX | 76102 | |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE AG OF TEXAS | ATTN: ABIGAL RYAN & LAYLA MILLIGAN | PO BOX 12548 BANKRUPTCY DIVISION | AUSTIN | TX | 78711-2548 | |
| TEXAS SECURITIES BOARD | C/O OFFICE OF THE AG OF TEXAS | ATTN: ROMA DESAI ASSISTANT AG | PO BOX 12548 BANKRUPTCY DIVISION | AUSTIN | TX | 78711-2548 | |
| TEXAS STATE SECURITIES BOARD | OFFICE OF ATTORNEY GENERAL OF TEXAS | ATTN: A RYAN L MILLIGAN & J BINFORD | PO BOX 12548 | AUSTIN | TX | 78711-2548 | |
| THE AHG | C/O KILPATRICK TOWNSEND & STOCKTON | ATTN: DAVID M. POSNER & K MOYNIHAN | 1114 AVE OF THE AMERICAS GRACE BLDG | NEW YORK | NY | 10036-7703 | |
| THE AHG | C/O KILPATRICK TOWNSEND & STOCKTON | ATTN: PAUL M. ROSENBLATT | 1100 PEACHTREE STREET NE SUITE 2800 | ATLANTA | GA | 30309 | |
| TN DEPT OF COMMERCE AND INSURANCE | C/O TN AG OFFC BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS JR. | PO BOX 20207 | NASHVILLE | TN | 37202-0207 | |
| TORONTO STOCK EXCHANGE | TORONTO STOCK EXCHANGE | 300 - 100 ADELAIDE ST. | | WEST TORONTO | ON | M5H 1S3 | CANADA |
| UNITED STATES ATTORNEYS OFFICE SDNY | UNITED STATES ATTORNEY'S OFFICE | ONE ST. ANDREWS PLAZA | SOUTHERN DISTRICT OF NEW YORK | NEW YORK | NY | 10007 | |
| UNITED STATES TRUSTEE SDNY | OFFC OF UNITED STATES TRUSTEE SDNY | ATTN: R MORRISSEY ESQ. AND M BRUH | 201 VARICK STREET ROOM 1006 | NEW YORK | NY | 10014 | |
| USIO INC. | C/O PULMAN CAPPUCCIO & PULLEN LLP | ATTN: RANDALL A. PULMAN | 2161 NW MILITARY HIGHWAY SUITE 400 | SAN ANTONIO | TX | 78213 | |
| VT DEPT OF FINANCIAL REGULATION | C/O ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD ESQ. | 89 MAIN STREET THIRD FLOOR | MONTPELIER | VT | 05620 | |
| WELLS FARGO BANK N.A. | C/O ALDRIDGE PITE LLP | ATTN: GREGORY A. WALLACH | 15 PIEDMONT CENTER 3575 PIEDMONT RD | ATLANTA | GA | 30305 | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2

# Exhibit B

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AD HOC GROUP OF EQUITY INTEREST HOLDERS OF VOYAGER DIGITAL LTD. | C/O KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: DAVID M. POSNER & KELLY MOYNIHAN | DPOSNER@KILPATRICKTOWNSEND.COM KMOYNIHAN@KILPATRICKTOWNSEND.COM |
| AD HOC GROUP OF EQUITY INTEREST HOLDERS OF VOYAGER DIGITAL LTD. | C/O KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: PAUL M. ROSENBLATT | PROSENBLATT@KILPATRICKTOWNSEND.COM |
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, BENJAMIN S. BELLER | DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | | OAG@DC.GOV |
| ED BOLTON | C/O AKERMAN LLP | ATTN: R. ADAM SWICK, JOHN H. THOMPSON, JOANNE GELFAND | ADAM.SWICK@AKERMAN.COM JOHN.THOMPSON@AKERMAN.COM JOANNE.GELFAND@AKERMAN.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O GOLDSTEIN & MCCLINKOCK LLLP | ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, AND STEVE YACHIK | MATTM@GOLDMCLAW.COM HARLEYG@RESTRUCTURINGSHOP.COM STEVENY@GOLDMCLAW.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK | DTABACHNIK@DTTLAW.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | ANTHONY.OBRIEN@SISKINDS.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER | MICHAEL.ROBB@SISKINDS.COM GARETT.HUNTER@SISKINDS.COM |
| ILLINOIS SECRETARY OF STATE | C/O OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING ASSISTANT ATTORNEY GENERAL | JOHN.REDING@ILAG.GOV |
| JASON RAZNICK | C/O JAFFE RAITT HEUER & WEISS, P.C. | ATTN: PAUL R. HAGE | PHAGE@JAFFELAW.COM |
| JON GIACOBBE | ATTN: A. MANNY ALICANDRO | | MANNY@ALICANDROLAWOFFICE.COM |
| KELLEHER PLACE MANAGEMENT, LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER & NATHAN E. DELMAN | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM EFCNOTICES@HMBLAW.COM |
| MARCUM LLP | C/O MINTZ & GOLD, LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. | GOTTESMAN@MINTZANDGOLD.COM |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: STEPHEN A. BEST ESQ & RACHEL O. WOLKINSON, ESQ. | SBEST@BROWNRUDNICK.COM RWOLKINSON@BROWNRUDNICK.COM |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: SIGMUND S. WISSNER-GROSS ESQ. & KENNETH J. AULET ESQ. | SWISSNER-GROSS@BROWNRUDNICK.COM KAULET@BROWNRUDNICK.COM |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | ATTN: LYSBETH GEORGE | GEORGELAWOK@GMAIL.COM |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | ATTN: GEORGE H. SINGER, ESQ | SINGERG@BALLARDSPAHR.COM |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD G. MASON, AMY R. WOLF, ANGELA K. HERRING | RGMASON@WLRK.COM ARWOLF@WLRK.COM AKHERRING@WLRK.COM |
| MICHAEL GENTSCH | C/O BARSKI LAW PLC | ATTN: CHRIS D. BRASKI | CBARSKI@BARSKILAW.COM |
| MICHAEL LEGG | C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO. | ATTN: ROBERT R. KRACHT & NICHOLAS R. OLESKI | RRK@MCCARTHYLEBIT.COM NRO@MCCARTHYLEBIT.COM |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER, NATHAN E. DELMAN | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM EFCNOTICES@HMBLAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN | JBERNSTEIN@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD | NLEONARD@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: VIRGINIA T. SHEA | VSHEA@MDMC-LAW.COM |
| NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES | C/O ACTING EXECUTIVE DEPUTY SUPERINTENDENT, DEPUTY GENERAL COUNSEL FOR LITIGATION, AND ASSISTANT DEPUTY SUPERINTENDENT | ATTN: KEVIN R. PUVALOWSKI, LINDA DONAHUE, & JASON D. ST. JOHN | KEVIN.PUVALOWSKI@DFS.NY.GOV LINDA.DONAHUE@DFS.NY.GOV JASON.STJOHN@DFS.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | RICHARD.MORRISSEY@USDOJ.GOV MARK.BRUH@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BRANDON MULLENBERG | | BRANDONMULLENBERG2022@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BYRON WALKER | | BYWALKER01@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CHRISTOPHER MOSER | | CHRISMMOSER@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: JASON RAZNICK | | JASON@BEZINGA.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: RICHARD KISS FOR THINCAT TRUST | | RICHARD.KISS@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: RUSSELL G. STEWART | | RUSS.STEWART@TMF.MORTGAGE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES R. GIBBS & GRAYSON WILLIAMS | CRGIBBS@MWE.COM GWILLIAMS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | GSTEINMAN@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN | DAZMAN@MWE.COM JCALANDRA@MWE.COM JBEVANS@MWE.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 2



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MELISSA AND ADAM FREEDMAN | | FREEMANMELISSAC@GMAIL.COM |
| ORACLE AMERICA, INC. | C/O BUCHALTER | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| PIERCE ROBERTSON | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: RICHARD M. PACHULSKI, ALAN J. KORNFELD, DEBRA I. GRASSGREEN, AND JASON H. ROSELL | RPACHULSKI@PSZJLAW.COM AKORNFELD@PSZJLAW.COM DGRASSGREEN@PSZJLAW.COM JROSELL@PSZJLAW.COM |
| ROBERT SNYDERS & LISA SNYDERS | C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP | ATTN: ANGELINA E. LIM | ANGELINAL@JPFIRM.COM |
| SECURITIES & EXCHANGE COMMISSION | ATTN: THERESE A. SCHEUER, SENIOR TRIAL COUNSEL | | SECBANKRUPTCY-OGC-ADO@SEC.GOV SCHEUERT@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR | BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | | MICHELLE@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | | CONTACTDOJ@MT.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | | NDAG@ND.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | | AG@RIAG.RI.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | | UAG@UTAH.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | MAIL@OAG.STATE.VA.US |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | STEPHEN.MANNING@ATG.WA.GOV |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@WVAGO.GOV |
| STEVE LAIRD | C/O FORSHEY & PROSTOK LLP | ATTN: J. ROBERT FORSHEY | BFORSHEY@FORSHEYPROSTOK.COM |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ASSISTANT ATTORNEY GENERALS | JASON.BINFORD@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS STATE SECURITIES BOARD | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ABIGAIL R RYAN, LAYLA D MILLIGAN, ROMA N. DESAI & JASON B BINFORD | ABIGAIL.RYAN@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV JASON.BINFORD@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV |
| TN DEPT OF COMMERCE AND INSURANCE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS JR. | AGBANKNEWYORK@AG.TN.GOV |
| TORONTO STOCK EXCHANGE | | | WEBMASTER@TMX.COM |
| USIO, INC. | C/O PULMAN, CAPPUCCIO & PULLEN, LLP | ATTN: RANDALL A. PULMAN | RPULMAN@PULMANLAW.COM |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | C/O ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD, ESQ. | JENNIFER.ROOD@VERMONT.GOV |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2