**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                   :

In re                                :        Chapter 11
                                   :

**VOYAGER DIGITAL HOLDINGS, INC.,** *et al.,*    :        **Case No. 22-10943 (MEW)**
                                   :

                  **Debtors.**[1]       :        **(Jointly Administered)**
                                   :

------------------------------------------------------------------ X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Rosemary Spaziani, hereby request *admission pro hac vice* in the above-referenced chapter 11 cases to represent Metropolitan Commercial Bank.

I certify that I am a member in good standing of the bar of the State of New York.

I have submitted the filing fee of $200 with this motion for pro hac vice admission.

Dated:  December 7, 2022              Respectfully submitted,
        New York, New York

                                   */s/ Rosemary Spaziani*
                                   Rosemary Spaziani
                                   WACHTELL, LIPTON, ROSEN & KATZ
                                   51 West 52nd Street
                                   New York, New York  10019
                                   Telephone:  (212) 403-1342
                                   Email:  RSpaziani@wlrk.com

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.