**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x
:
**In re**                                                            :     **Chapter 11**
:
**VOYAGER DIGITAL HOLDINGS, INC.,** *et al.*,                         :     **Case No. 22-10943 (MEW)**
:
**Debtors.**[1]                                                      :     **(Jointly Administered)**
:
:
-------------------------------------------------------------------- X

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Rosemary Spaziani, to be admitted, *pro hac vice*, to represent Metropolitan Commercial Bank, (the "Client") a party in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, it is hereby

ORDERED, that Rosemary Spaziani, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  _____
   New York, New York

                                                  _____
                                                  The Honorable Michael E. Wiles
                                                  United States Bankruptcy Judge

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.