**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**COMBINED FIRST MONTHLY FEE STATEMENT OF
CASSELS BROCK & BLACKWELL LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS CANADIAN COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VOYAGER
DIGITAL HOLDINGS, INC., *ET AL*. FOR THE PERIOD FROM JULY 30, 2022
THROUGH AUGUST 31, 2022**

| | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

| | |
|---|---|
| Date of Retention: | <u>October 18, 2022, effective as of July 29, 2022</u> |
| Period for Which Compensation and Reimbursement Will be Sought: | <u>July 30, 2022 to August 31, 2022</u> |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$59,937.84 (80% of CAD$74,922.30)<br>USD$43,916.46 (80% OF USD$54,895.57)[2] |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$162.00<br>USD$118.70 |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 29, 2022*, dated October 18, 2022 [Docket No. 550] (the "<u>Retention Order</u>"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236], Cassels Brock & Blackwell LLP ("<u>Cassels</u>") hereby submits this *Combined First Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from July 30, 2022 Through August 31, 2022* (this "<u>First Monthly Fee Statement</u>").[3] Specifically, Cassels seeks: (i) interim allowance of

---

[2] Calculated based on the Bank of Canada exchange rate for October 31, 2022 (October 31, 2022 is the date the account was finalized) (CAD$1:USD$0.7327).

[3] The period from July 30, 2022 through and including August 31, 2022, is referred to herein as the "<u>Fee Period</u>."

2

CAD$60,099.84 for the reasonable and necessary legal services that Cassels rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) compensation in the amount of CAD$59,937.84, which is equal to 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.*, CAD$74,922.30); and (iii) allowance and payment of CAD$162.00 for the actual and necessary expenses that Cassels incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of Cassels lawyers and paraprofessionals who rendered services to the Committee in connection with these Chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.

2. Attached hereto as **Exhibit B** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Cassels is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Cassels's out-of-pocket expenses, which total CAD$162.00.

3. Attached hereto as **Exhibit C** are the time and expense records of Cassels, which provide a daily summary of the time spent by each Cassels professional during the Fee Period as well as an itemization of expenses.

4. Attached hereto as **Exhibit D** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cassels lawyers and paraprofessionals during the Fee Period with respect to each of the project categories Cassels established in accordance with its internal billing procedures. As reflected in **Exhibit D**, Cassels incurred CAD$74,922.30 in fees

during the Fee Period. Pursuant to this Fee Statement, Cassels seeks reimbursement for 80% of such fees (CAD$59,937.84 in the aggregate).

### Notice

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

| | |
|---|---|
| Dated: New York, New York<br>December 7, 2022 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>E-mail: jbevans@mwe.com<br><br>and<br><br>Charles R. Gibbs (admitted *pro hac vice*)<br>Grayson Williams (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>E-mail: crgibbs@mwe.com<br>E-mail: gwilliams@mwe.com<br><br>and<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184<br>Telephone: (305) 329-4473<br>Facsimile: (305) 503-8805<br>E-mail: gsteinman@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

**Exhibit A**

**Summary of Timekeepers Included in this Fee Statement**
**(All amounts are in Canadian Dollars)**

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Shayne Kukulowicz | Partner, Ontario 1990, Alberta 2016, Restructuring and Insolvency | 34.40 | $1,075.00 | $36,980.00 |
| Ryan Jacobs | Partner, New York 2004, Ontario 2011, Restructuring and Insolvency | 17.20 | $1,150.00 | $19,780.00 |
| Natalie Levine | Partner, New York 2008, District of Columbia 2011, Ontario 2013, Restructuring and Insolvency | 34.10 | $735.00 | $25,063.50 |

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| **ASSOCIATES** | | | | |
| Natalie Thompson[1] | Student, Alberta 2022, Restructuring and Insolvency | 7.30 | $195.00 | $1,423.50 |

---

[1] Ms. Thompson was called to the bar in September 2022 and was therefore billed as a student for this Fee Period.

## Exhibit B

**Expense Summary**
**(All amounts are in Canadian Dollars)**

| Category | Amount |
|---|---:|
| NT Filing Fees | $162.00 |
| **TOTAL** | **$162.00** |

## Exhibit C

## Time Records

Cassels Brock & Blackwell LLP  Page 2 of 7
Official Committee of Unsecured Creditors of Voyager Digital  Invoice No: 2182387
Holdings, Inc
Re: CCAA Recognition Proceedings  Matter No. 057782-00001

**FEE DETAIL**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Jul-31-22 | R. Jacobs | B160 | Draft engagement letter for Committee (.6); correspondence with D. Azman of MWE regarding same (.1); | 0.70 |
| Aug-01-22 | R. Jacobs | B470 | Review of CCAA proceeding documents (.7); attend call with D. Azman and N. Levine and advise of same (.4); outline summary for memo for Committee (.4); | 1.50 |
| Aug-01-22 | N. Levine | B320 | Review plan documents; | 1.00 |
| Aug-01-22 | N. Levine | B470 | Participate in call with D. Azman and R. Jacobs re CCAA proceedings (.4); correspond with Canadian counsel to company (S. Brotman) and Information Officer re service list (L. Rogers) (.1); correspond with C. McIntyre re proceedings (.1); | 0.60 |
| Aug-02-22 | N. Levine | B470 | Call with counsel to the Information Officer (C. McIntyre) (.4); review CCAA pleadings (2); review new notice of motion (.4); correspondence with S. Brotman re CCAA (.1); revise summary for UCC (1.1); | 4.00 |
| Aug-02-22 | S. Kukulowicz | B470 | Review CCAA documents to prepare for hearing; | 2.80 |
| Aug-02-22 | R. Jacobs | B470 | Correspondence with D. Azman regarding CCAA status and hearings (.2); review motion record and relief sought by class action plaintiff (1.2); draft correspondence to N. Levine regarding action on same (.1); | 1.50 |
| Aug-03-22 | S. Kukulowicz | B470 | Review documents re proposed class action (1); telephone attendance with R. Jacobs regarding class action (.2); further review of initial CCAA recognition pleadings and US Chapter 22 pleadings (3); | 4.20 |
| Aug-03-22 | R. Jacobs | B470 | Revise draft memorandum for UCC regarding CCAA proceeding and recommendations on plaintiff motions (.9); discuss with N. Levine (.2); attend meeting with S. Brotman (company counsel) and N. Levine (.5); update correspondence to D. Azman (.2); call with S. Kukulowicz re background (.2); | 2.00 |
| Aug-03-22 | N. Levine | B470 | Participate in call with D. Richer, S. Brotman (company counsel) and R. Jacobs (.5); correspond with D. Azman re hearing in Canada and update to committee (.3); draft additional materials for committee (.2); review US plan issues to address NOM (.8); | 1.80 |
| Aug-04-22 | N. Levine | B470 | Review all Canadian motion materials (2); review cross examination questions from Company counsel (.2); | 2.20 |
| Aug-04-22 | N. Levine | B110 | Review US materials to analyze CCAA schedule; | 0.90 |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc   Invoice No: 2182387
Re: CCAA Recognition Proceedings                                              Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Aug-04-22 | S. Kukulowicz | B470 | Review memorandum to UCC regarding Canadian proceedings (.2); analyze current CCAA stay against D&O (.2); review of summary of US docket materials (.5); review of motion record of Class Action Plaintiff and review of prior pleadings regarding COMI and foreign main proceeding (3.4); review of CCAA court endorsement regarding "foreign main proceeding" (.2); review of written cross-examination questions for class action plaintiff (.3); | 4.80 |
| Aug-04-22 | R. Jacobs | B470 | Review CCAA Court decision on recognition (.3); report to D. Azman re same (.2); respond to related inquiries from D. Azman (.1); review motion record filed by plaintiffs and correspondence from Fasken regarding interrogatories (.6); | 1.20 |
| Aug-05-22 | N. Levine | B470 | Review motion materials (.9); discuss same with S. Kukulowicz (.6); | 1.50 |
| Aug-05-22 | S. Kukulowicz | B470 | Conference call with N. Levine regarding class action plaintiff materials and CCAA court's endorsement (.6); review of summary of US orders granted on August 4, 2022 (.5); correspond with D. Azman (committee counsel) re orders (.2); review of responses to written cross-examination questions (.2); further review of class action counsel motion materials (2.4); | 3.90 |
| Aug-06-22 | N. Levine | B160 | Correspond with D. Azman re retention; | 0.10 |
| Aug-06-22 | N. Levine | B470 | Analyze Canadian motion record (.5); draft email re issues to D. Azman (.1); | 0.60 |
| Aug-06-22 | S. Kukulowicz | B470 | Review of VDL motion record for recognition of US court orders; | 0.80 |
| Aug-07-22 | N. Levine | B470 | Correspond with D. Azman re case strategy; | 0.10 |
| Aug-07-22 | S. Kukulowicz | B470 | Review of amended affidavit of class action plaintiff; | 0.30 |
| Aug-07-22 | R. Jacobs | B470 | Review amended affidavit evidence filed by plaintiff (0.2) and correspondence with Cassels team regarding same (0.2); | 0.40 |
| Aug-08-22 | N. Levine | B470 | Prepare for hearing (.5); participate in hearing (.5); discuss Canadian materials with R. Jacobs and S. Kukulowicz (.4); review endorsement (.1); | 1.50 |
| Aug-08-22 | N. Levine | B150 | Participate in committee meeting (.3); prepare for same (.1); | 0.40 |
| Aug-08-22 | S. Kukulowicz | B470 | Review of First Report of the Information Officer; | 0.60 |
| Aug-08-22 | S. Kukulowicz | B470 | Attended hearing in CCAA proceedings (.5); prepare for same (1.1); | 1.60 |
| Aug-08-22 | S. Kukulowicz | B150 | Office conference with N. Levine regarding UCC meeting; | 0.10 |
| Aug-08-22 | S. Kukulowicz | B470 | Prepare for August 8 hearing; | 0.50 |
| Aug-08-22 | S. Kukulowicz | B470 | Review of court endorsement; | 0.30 |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc
Re: CCAA Recognition Proceedings

Invoice No: 2182387
Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Aug-08-22 | R. Jacobs | B470 | Correspondence with D. Azman regarding CCAA hearing (.2); call with N. Levine regarding reporting to UCC (.1); review Information Officers report (.7); | 1.00 |
| Aug-09-22 | N. Levine | B110 | Review US docket updates; | 0.10 |
| Aug-09-22 | N. Levine | B470 | Review IOs report (.5); draft email to US counsel re same (.1); discuss hearing submissions with S. Kukulowicz (.3); draft additional correspondence to D. Simon re Canadian proceedings (.3); | 1.20 |
| Aug-09-22 | N. Levine | B160 | Correspond with D. Azman and B. Nasri re retention application; | 0.10 |
| Aug-09-22 | S. Kukulowicz | B470 | Review of Court materials; | 0.80 |
| Aug-09-22 | R. Jacobs | B470 | Review class plaintiff's factum; | 0.80 |
| Aug-09-22 | S. Kukulowicz | B470 | Office conference with N. Levine regarding various issues for hearing; | 0.30 |
| Aug-10-22 | N. Levine | B110 | Draft email G. Steinmen re retention materials; | 0.10 |
| Aug-10-22 | N. Levine | B470 | Call with S. Kukulowicz re motion materials (.2); draft email to D. Price re motion materials (.1); review motion materials (1); call with S. Kukulowicz re research issues (.3); analysis of research (.5); call with S. McIntyre re hearing (.1); review applicant factum (.4); prepare for hearing (.2); | 2.80 |
| Aug-10-22 | R. Jacobs | B470 | Review Company factum; | 0.50 |
| Aug-10-22 | R. Jacobs | B470 | Prepare for contested CCAA hearing; | 0.50 |
| Aug-10-22 | S. Kukulowicz | B470 | Review of additional case law (Grace decisions and pleadings); | 0.40 |
| Aug-10-22 | S. Kukulowicz | B470 | Discussion with plaintiff's counsel (S. Graff) (.6); correspond with N. Levine and R. Jacobs re same (.3); | 0.90 |
| Aug-10-22 | S. Kukulowicz | B470 | Review of VDL factum; | 1.10 |
| Aug-10-22 | S. Kukulowicz | B470 | Correspond with counsel for Proposed Plaintiffs (S. Graff); | 0.60 |
| Aug-10-22 | S. Kukulowicz | B470 | Review of factum and authorities filed by Proposed Plaintiff; | 1.20 |
| Aug-10-22 | S. Kukulowicz | B470 | Telephone attendance with N. Levine regarding research; | 0.30 |
| Aug-11-22 | R. Jacobs | B470 | Draft update email to D. Azman regarding CCAA hearing; | 0.10 |
| Aug-11-22 | R. Jacobs | B470 | Attend CCAA hearing regarding appointment of equity committee; | 1.00 |
| Aug-11-22 | S. Kukulowicz | B470 | Participated in Court hearing for recognition order and to oppose motion by Proposed Plaintiff for Representative Counsel (1); prepare for same (.4); | 1.40 |
| Aug-11-22 | S. Kukulowicz | B470 | Prepare for Court hearing; | 1.10 |
| Aug-11-22 | N. Levine | B110 | Brief review of US docket updates; | 0.10 |
| Aug-11-22 | N. Levine | B470 | Review complaint for Canadian stay issues (.7); correspond with US counsel re hearing (.1); | 0.80 |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc                        Invoice No: 2182387
Re: CCAA Recognition Proceedings                                                          Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Aug-12-22 | N. Levine | B470 | Review Cavanagh J. endorsement re equity committee (.1); review correspondence to D. Simon re same (.1); correspond with G. Steinmann re Canadian proceedings (.1); | 0.30 |
| Aug-12-22 | N. Levine | B110 | Review US docket for Canadian issues; | 0.10 |
| Aug-12-22 | S. Kukulowicz | B470 | Review of decision denying request by Proposed Plaintiff to appoint Rep Counsel for equity holders and related emails; | 0.50 |
| Aug-14-22 | N. Levine | B320 | Review revised plan docs for Canadian issues; | 0.10 |
| Aug-15-22 | R. Jacobs | B320 | Review plan and disclosure statement; | 1.10 |
| Aug-15-22 | N. Levine | B320 | Review disclosure statement motion (.4); brief review of additional plan materials filed (.1); correspond with US counsel re need for Canadian review (.1); | 0.60 |
| Aug-15-22 | N. Levine | B155 | Review US hearing agenda for matters relating to Canada; | 0.10 |
| Aug-17-22 | S. Kukulowicz | B470 | Review correspondence from N. Levine re updated on US proceedings and potential recognition orders; | 0.30 |
| Aug-18-22 | S. Kukulowicz | B320 | Review correspondence from N. Levine re plan; | 0.50 |
| Aug-18-22 | N. Levine | B470 | Call with company counsel (D. Richer) re upcoming hearings (.4); draft email to D. Simon and D. Azman re upcoming Canadian matters (.1); | 0.50 |
| Aug-19-22 | R. Jacobs | B160 | Email to N. Levine regarding Cassels retention application; | 0.20 |
| Aug-19-22 | R. Jacobs | B470 | Email correspondence to N. Levine regarding recognition of foreign orders; | 0.30 |
| Aug-19-22 | N. Levine | B160 | Prepare retention application schedules; | 0.20 |
| Aug-20-22 | N. Levine | B470 | Brief review of US motions to be recognized in Canada; | 0.10 |
| Aug-21-22 | N. Levine | B470 | Review stipulation with Canadian proposed plaintiff; | 0.10 |
| Aug-21-22 | N. Levine | B470 | Review committee objection to KERP motion; | 0.10 |
| Aug-22-22 | S. Kukulowicz | B470 | Review of stipulation regarding Ontario class action plaintiff in US proceedings; | 0.20 |
| Aug-23-22 | N. Levine | B470 | Review US complaint re shareholder issues for impact on Canadian proceedings; | 0.50 |
| Aug-24-22 | N. Levine | B470 | Review US materials to be recognized in Canada; | 0.30 |
| Aug-25-22 | N. Levine | B160 | Correspond with G. Steinman re retention application; | 0.10 |
| Aug-25-22 | N. Levine | B470 | Review protective order for implications in Canada; | 0.10 |
| Aug-25-22 | S. Kukulowicz | B160 | Respond to question from N. Levine re Cassels retention application; | 0.30 |
| Aug-26-22 | R. Jacobs | B470 | Email correspondence with N. Levine regarding Cassels retention application; | 0.30 |
| Aug-26-22 | N. Levine | B160 | Prepare Cassels retention application; | 0.90 |
| Aug-26-22 | N. Levine | B470 | Discuss foreign proceeding with N. Thompson; | 0.40 |
| Aug-26-22 | N. Thompson | B470 | Call with N. Levine to discuss cross border issues; | 0.40 |
| Aug-26-22 | S. Kukulowicz | B155 | Review of US docket update for impact on Canada; | 0.80 |
| Aug-27-22 | N. Levine | B160 | Revise retention application schedules; | 1.90 |
| Aug-28-22 | R. Jacobs | B470 | Analysis and interpretation of legal conflict results; | 1.00 |

Cassels Brock & Blackwell LLP    Page 6 of 7
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc    Invoice No: 2182387
Re: CCAA Recognition Proceedings    Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Aug-28-22 | N. Levine | B160 | Revise retention application; | 1.10 |
| Aug-29-22 | N. Levine | B160 | Finalize retention application (4.6); correspond with N. Thompson re same (.2); call with R. Jacobs re same (.2); | 5.00 |
| Aug-29-22 | N. Levine | B470 | Correspond with D. Richer (company counsel) re Canadian hearing; | 0.20 |
| Aug-29-22 | R. Jacobs | B160 | Comment on draft retention application and Jacobs' declaration; | 1.40 |
| Aug-29-22 | N. Thompson | B160 | Review and analyze legal conflicts reports (4.5); correspondence with N. Levine regarding same (.2); | 4.70 |
| Aug-29-22 | N. Thompson | B160 | Review draft Retention Application (1); correspondence with N. Levine to finalize Schedules to Retention Application (.9); | 1.90 |
| Aug-29-22 | S. Kukulowicz | B155 | Review of US docket update; | 0.30 |
| Aug-29-22 | S. Kukulowicz | B160 | Review of conflict searches for Cassels' retention application; | 2.20 |
| Aug-29-22 | R. Jacobs | B160 | Phone call with N. Levine regarding proposed conflict disclosures; | 0.20 |
| Aug-29-22 | R. Jacobs | B160 | Examine legal conflicts review and proposed disclosures; | 0.50 |
| Aug-30-22 | N. Thompson | B160 | Review and revise Retention Application; | 0.30 |
| Aug-30-22 | R. Jacobs | B470 | Email correspondence with N. Levine regarding CCAA action items; | 0.20 |
| Aug-30-22 | R. Jacobs | B160 | Finalize retention application and Jacobs declaration; | 0.40 |
| Aug-30-22 | S. Kukulowicz | B160 | Review of final version of retention application; | 0.90 |
| Aug-30-22 | N. Levine | B160 | Correspond with G. Steinman re retention application (.1); finalize application (.3); | 0.40 |
| Aug-30-22 | N. Levine | B470 | Correspond with D. Richer re Canadian hearing (.1); review additional complaint filed with US court for Canadian issues (.2); | 0.30 |
| Aug-30-22 | N. Levine | B110 | Brief review of US docket for CCAA matters; | 0.10 |
| Aug-31-22 | S. Kukulowicz | B470 | Exchanged emails with D. Azman regarding status of equity committee; | 0.20 |
| Aug-31-22 | S. Kukulowicz | B110 | Emails with R. Jacobs regarding budget; | 0.20 |
| Aug-31-22 | R. Jacobs | B110 | Email with D. Azman regarding Cassels budget; | 0.10 |
| Aug-31-22 | R. Jacobs | B470 | Email with N. Levine regarding update from Fasken on CCAA motions and timing; | 0.30 |
| Aug-31-22 | N. Levine | B470 | Call with D. Richer (company counsel) (.2); draft summary of Canadian issues (.2); review additional US filings for upcoming recognition motion (.3); | 0.70 |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc                               Invoice No: 2182387
Re: CCAA Recognition Proceedings                                                                          Matter No. 057782-00001

## FEE SUMMARY

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jacobs, Ryan | Partner | 17.20 | 1,150.00 | 19,780.00 |
| Levine, Natalie | Partner | 34.10 | 735.00 | 25,063.50 |
| Kukulowicz, Shayne | Partner | 34.40 | 1,075.00 | 36,980.00 |
| Thompson, Natalie | Law Student | 7.30 | 195.00 | 1,423.50 |
| **Total (CAD)** | | **93.00** | | **83,247.00** |

## TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.70 | 1,359.00 |
| B150 | Meetings/Communications w/Creditors | 0.50 | 401.50 |
| B155 | Court Hearings | 1.20 | 1,256.00 |
| B160 | Fee/Employment Applications | 23.50 | 16,113.50 |
| B320 | Plan and Disclosure Statement | 3.30 | 3,052.00 |
| B470 | Foreign Proceedings | 62.80 | 61,065.00 |
| **Total (CAD)** | | **93.00** | **83,247.00** |

| | |
|---|---|
| Our Fees | 83,247.00 |
| Less: 10% Discount on Fees | (8,324.70) |
| Total Fees | 74,922.30 |
| **TOTAL FEES (CAD)** | **74,922.30** |

## DISBURSEMENT SUMMARY

**Non-Taxable Disbursements**

| | |
|---|---|
| NT Filing Fees | 162.00 |
| Total Non-Taxable Disbursements | 162.00 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS (CAD)** | **162.00** |
| **TOTAL FEES** | **74,922.30** |
| **TOTAL DISBURSEMENTS** | **162.00** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **75,084.30** |

**Exhibit D**

**Statement of Fees by Project Category**
**(All amounts are in Canadian Dollars)**

| Task Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 1.70 | $1,359.00 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 |
| B130 | Asset Disposition | 0.00 | $0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.00 | $0.00 |
| B150 | Creditor Meetings and Communication | 0.50 | $401.50 |
| B155 | Court Hearings | 1.20 | $1,256.00 |
| B160 | Fee/Employment Applications | 23.50 | $16,113.50 |
| B170 | Fee/Employment Objections | 0.00 | $0.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 0.00 | $0.00 |
| B190 | Other Contested Matters | 0.00 | $0.00 |
| B195 | Non-Working Travel | 0.00 | $0.00 |
| B210 | Business Operations | 0.00 | $0.00 |
| B220 | Employee Issues | 0.00 | $0.00 |
| B230 | Financing/Cash Collateral Issues | 0.00 | $0.00 |
| B240 | Tax Issues | 0.00 | $0.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 0.00 | $0.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 0.00 | $0.00 |
| B310 | Claims Administration & Objections | 0.00 | $0.00 |
| B320 | Plan and Disclosure Statement | 3.30 | $3,052.00 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.00 | $0.00 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Special Committee Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 0.00 | $0.00 |
| B470 | Foreign Proceedings | 62.80 | $61,065.00 |
| **TOTAL** | | **93.00** | **$83,247.00** |