**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

*Counsel to the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) | Case No. 22-10943 (MEW) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF
CASSELS BROCK & BLACKWELL LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS CANADIAN COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VOYAGER
DIGITAL HOLDINGS, INC., *ET AL*. FOR THE PERIOD
FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al*. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

| | |
|---|---|
| Date of Retention: | <u>October 18, 2022, effective as of July 29, 2022</u> |
| Period for Which Compensation and Reimbursement Will be Sought: | <u>September 1, 2022 to September 30, 2022</u> |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$9,338.04 (80% of CAD$11,672.55)<br>USD$6,841.98 (80% OF USD$8,552.48)[2] |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$0.00<br>USD$0.00 |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 29, 2022*, dated October 18, 2022 [Docket No. 550] (the "<u>Retention Order</u>"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "<u>Interim Compensation Order</u>"), Cassels Brock & Blackwell LLP ("<u>Cassels</u>") hereby submits this *Second Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from September 1, 2022 Through September 30, 2022* (this "<u>Second Monthly Fee Statement</u>").[3]

---

[2] Calculated based on the Bank of Canada exchange rate for October 31, 2022 (October 31, 2022 is the date the account was finalized) (CAD$1:USD$0.7327).

[3] The period from September 1, 2022 through and including September 30, 2022, is referred to herein as the "<u>Fee Period</u>."

2

Specifically, Cassels seeks: (i) interim allowance of CAD$9,338.04 for the reasonable and necessary legal services that Cassels rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) compensation in the amount of CAD$9,338.04, which is equal to 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.*, CAD$11,672.55).

### Itemization of Services Rendered and Disbursements Incurred

1. Attached hereto as **Exhibit A** is a schedule of Cassels lawyers and paraprofessionals who rendered services to the Committee in connection with these Chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. [4]

2. Attached hereto as **Exhibit B** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Cassels is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Cassels's out-of-pocket expenses, which total $0.00.

3. Attached hereto as **Exhibit C** are the time and expense records of Cassels, which provide a daily summary of the time spent by each Cassels professional during the Fee Period as well as an itemization of expenses.

4. Attached hereto as **Exhibit D** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cassels lawyers and paraprofessionals during the Fee Period with respect to each of the project categories Cassels established in accordance with its internal billing procedures. As reflected in **Exhibit D**, Cassels incurred CAD$11,672.55 in fees

---

[4] Exhibit "A" reflects a write off of all services provided by timekeepers billing less than 5 hours during the Fee Period.

3

during the Fee Period. Pursuant to this Fee Statement, Cassels seeks reimbursement for 80% of such fees (CAD$9,338.04).

## Notice

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

Dated:  New York, New York  
December 7, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ Darren Azman*  
Darren Azman  
Joseph B. Evans  
One Vanderbilt Avenue  
New York, NY 10017-3852  
Telephone: (212) 547-5400  
Facsimile: (212) 547-5444  
E-mail: dazman@mwe.com  
E-mail: jbevans@mwe.com  

and  

Charles R. Gibbs (admitted *pro hac vice*)  
Grayson Williams (admitted *pro hac vice*)  
2501 North Harwood Street, Suite 1900  
Dallas, TX 75201  
Telephone: (214) 295-8000  
Facsimile: (972) 232-3098  
E-mail: crgibbs@mwe.com  
E-mail: gwilliams@mwe.com  

and  

Gregg Steinman (admitted *pro hac vice*)  
333 SE 2nd Avenue, Suite 4500  
Miami, FL 33131-2184  
Telephone: (305) 329-4473  
Facsimile: (305) 503-8805  
E-mail: gsteinman@mwe.com  

*Counsel to the Official Committee of Unsecured Creditors*

## Exhibit A

### Summary of Timekeepers Included in this Fee Statement
### (All amounts are in Canadian Dollars)

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Shayne Kukulowicz | Partner, Ontario 1990, Alberta 2016, Restructuring and Insolvency | 6.80 | $1,075.00 | $7,310.00 |
| Natalie Levine | Partner, New York 2008, District of Columbia 2011, Ontario 2013, Restructuring and Insolvency | 7.70 | $735.00 | $5,659.50 |

## Exhibit B

**Expense Summary**
**(All amounts are in Canadian Dollars)**

| Category | Amount |
|---|---:|
| **TOTAL** | **$0.00** |

# Exhibit C

# Time Records

Cassels Brock & Blackwell LLP  Page 2 of 4
Official Committee of Unsecured Creditors of Voyager Digital  Invoice No: 2182388
Holdings, Inc
Re: CCAA Recognition Proceedings  Matter No. 057782-00001

**FEE DETAIL**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Sep-01-22 | N. Levine | B110 | Correspond with G. Steinman re confidentiality agreement; | 0.10 |
| Sep-01-22 | N. Levine | B470 | Review upcoming hearing changes for recognition motion updates; | 0.10 |
| Sep-01-22 | S. Kukulowicz | B470 | Review of proposed NDA and related emails; | 0.40 |
| Sep-02-22 | N. Levine | B470 | Review US docket for revised timelines; | 0.10 |
| Sep-02-22 | S. Kukulowicz | B470 | Review schedule for town hall meeting; | 0.20 |
| Sep-07-22 | N. Levine | B110 | Review updated US hearing schedule for impact on Canadian hearings; | 0.10 |
| Sep-07-22 | N. Levine | B470 | Evaluate impact of US equity committee motion on Canadian proceedings; | 0.20 |
| Sep-07-22 | N. Levine | B160 | Prepare fee application; | 0.10 |
| Sep-07-22 | S. Kukulowicz | B470 | Review US equity committee motion for impact on Canada; | 0.30 |
| Sep-12-22 | S. Kukulowicz | B470 | Review of AMA Q&A transcript; | 0.40 |
| Sep-12-22 | N. Levine | B110 | Correspond with G Steinmann re upcoming CCAA hearings; | 0.10 |
| Sep-13-22 | S. Kukulowicz | B470 | Analyze US auction status for impact on Canadian proceedings; | 0.30 |
| Sep-13-22 | N. Levine | B470 | Review motions regarding return of collateral for recognition purposes (.2); evaluate AMA update for motion record (.1); correspond with D. Azman re sale (.1); correspond with R. Jacobs re hearing (.1); | 0.50 |
| Sep-14-22 | N. Levine | B470 | Correspond with N. Thompson and N. Shivartan re CCAA status; | 0.10 |
| Sep-15-22 | N. Levine | B470 | Review US docket update for recognition purposes; | 0.10 |
| Sep-16-22 | S. Kukulowicz | B130 | Review US docket re sale update; | 0.20 |
| Sep-20-22 | S. Kukulowicz | B470 | Review of filing in CCAA case by Ad Hoc Committee of equity holders; | 0.20 |
| Sep-20-22 | N. Levine | B130 | Review US sale update from docket; | 0.20 |
| Sep-20-22 | N. Levine | B470 | Analyze US docket updates on equity committee; | 0.10 |
| Sep-21-22 | S. Kukulowicz | B470 | Review of US docket filings for purpose of Canadian recognition; | 0.30 |
| Sep-21-22 | N. Levine | B470 | Confer with D. Richer re next hearing (.1); draft email to D. Azman re next hearing in light of US adjournment (.1); review US docket (.1); | 0.30 |
| Sep-22-22 | S. Kukulowicz | B470 | Review of US docket update; | 0.10 |
| Sep-22-22 | N. Levine | B470 | Review US docket updates for impact on Canadian proceedings (.2); draft email update to R. Jacobs and S. Kukulowicz re same (.1); | 0.30 |
| Sep-23-22 | N. Levine | B470 | Review US docket updates for impact on Canadian proceedings; | 0.20 |

Cassels Brock & Blackwell LLP  Page 3 of 4
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc  Invoice No: 2182388
Re: CCAA Recognition Proceedings  Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Sep-27-22 | N. Levine | B470 | Review stay motion materials for impact on Canadian proceedings; | 0.70 |
| Sep-27-22 | S. Kukulowicz | B130 | Review of press release regarding auction and evaluated Canadian issues; | 0.30 |
| Sep-28-22 | N. Levine | B470 | Review motion record of Foreign Rep (.2); correspond with D. Richer re same (.1); | 0.30 |
| Sep-28-22 | S. Kukulowicz | B470 | Review of Canadian Motion Record for recognition of retention orders; | 0.80 |
| Sep-28-22 | S. Kukulowicz | B470 | Review US docket for impact on Canadian motion; | 0.30 |
| Sep-29-22 | N. Levine | B470 | Review motion materials and precedents (.5) Calls with D. Richer re motion materials (.5); call with S. Kukulowicz re same (.1); draft email to D. Azman re same (.1); call with C. McIntyre re hearing and materials (.2); call with S. Brotman re record (.1); calls with S. Ferguson re meeting (.2); call with G Steinmann re same (.3); call with R. Jacobs re IO meeting (.2); | 2.20 |
| Sep-29-22 | S. Kukulowicz | B470 | Call with G. Steinman re IO meeting (.3); call with S. Ferguson re same (.2); evaluate strategy for IO meeting (.3); | 0.80 |
| Sep-29-22 | S. Kukulowicz | B470 | Further review of motion record for recognition of retention orders (.3) and discussed same with N. Levine (.1); | 0.40 |
| Sep-29-22 | S. Kukulowicz | B470 | Analysis of intercompany transfers and implication for CCAA proceedings; | 0.70 |
| Sep-30-22 | N. Levine | B470 | Participate in call with L. Rogers, S. Ferguson, D. Azman, S. Kukulowicz re intercompany claims (.4); prepare for same by reviewing relevant reports and US pleadings (1); correspond with D. Azman motion record (.1); correspond with D. Richer re same (.1); correspond with R. Jacobs re same (.1); review final report (.2); | 1.90 |
| Sep-30-22 | S. Kukulowicz | B470 | Review portion of Information Officer report describing intercompany transfers; | 0.30 |
| Sep-30-22 | S. Kukulowicz | B470 | Conference call with Information Officer and counsel regarding intercompany debt (.4); strategize for same (.4); | 0.80 |

| FEE SUMMARY | | | | |
|---|---|---|---|---|
| Name | Title | Hours | Rate | Amount |
| Levine, Natalie | Partner | 7.70 | 735.00 | 5,659.50 |
| Kukulowicz, Shayne | Partner | 6.80 | 1,075.00 | 7,310.00 |
| **Total (CAD)** | | **14.50** | | **12,969.50** |

Cassels Brock & Blackwell LLP | Page 4 of 4
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc | Invoice No: 2182388
Re: CCAA Recognition Proceedings | Matter No. 057782-00001

## TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|---|---|---:|---:|
| B110 | Case Administration | 0.30 | 220.50 |
| B130 | Asset Disposition | 0.70 | 684.50 |
| B160 | Fee/Employment Applications | 0.10 | 73.50 |
| B470 | Foreign Proceedings | 13.40 | 11,991.00 |
| **Total (CAD)** | | **14.50** | **12,969.50** |

| | |
|---|---:|
| Our Fees | 12,969.50 |
| Less: 10% Discount on Fees | (1,296.95) |
| Total Fees | 11,672.55 |
| **TOTAL FEES (CAD)** | **11,672.55** |

## OUTSTANDING INVOICES

| Invoice Number | Invoice Date | Bill Amount | Payments / Credits | Balance Due |
|---|---|---:|---:|---:|
| 2182388 | 10/31/22 | 11,672.55 | 0.00 | 11,672.55 |
| 2182387 | 10/31/22 | 75,084.30 | 0.00 | 75,084.30 |
| **Total (CAD)** | | **86,756.85** | **0.00** | **86,756.85** |

**Exhibit D**

**Statement of Fees by Project Category**
**(All amounts are in Canadian Dollars)**

| Task Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 0.30 | $220.50 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 |
| B130 | Asset Disposition | 0.70 | $684.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.00 | $0.00 |
| B150 | Creditor Meetings and Communication | 0.00 | $0.00 |
| B155 | Court Hearings | 0.00 | $0.00 |
| B160 | Fee/Employment Applications | 0.10 | $73.50 |
| B170 | Fee/Employment Objections | 0.00 | $0.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 0.00 | $0.00 |
| B190 | Other Contested Matters | 0.00 | $0.00 |
| B195 | Non-Working Travel | 0.00 | $0.00 |
| B210 | Business Operations | 0.00 | $0.00 |
| B220 | Employee Issues | 0.00 | $0.00 |
| B230 | Financing/Cash Collateral Issues | 0.00 | $0.00 |
| B240 | Tax Issues | 0.00 | $0.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 0.00 | $0.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 0.00 | $0.00 |
| B310 | Claims Administration & Objections | 0.00 | $0.00 |
| B320 | Plan and Disclosure Statement | 0.00 | $0.00 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.00 | $0.00 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Special Committee Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 0.00 | $0.00 |
| B470 | Foreign Proceedings | 13.40 | $11,991.00 |
| **TOTAL** | | **14.50** | **$12,969.50** |