UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) Case No. 22-10943 (NEW) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**FIRST MONTHLY FEE STATEMENT OF
EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND
INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL.*, FOR
THE PERIOD FROM JULY 26, 2022 THROUGH JULY 31, 2022**

| | |
|---|---|
| Name of Applicant: | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Voyager Digital Holdings, Inc., et al., Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered on October 18, 2022 retaining Epiq Corporate Restructuring, LLC effective as of July 26, 2022 [Docket No. 552] |
| Period for which compensation and reimbursement is sought: | July 26, 2022 through July 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $9,322.50 |
| Amount of compensation sought to be paid (eighty percent (80%) of amount of compensation sought as actual, reasonable and necessary) | $7,458.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,000.00 |
| Blended Rate of Professionals during the Fee Period: | $161.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

This statement is the first monthly fee statement (the "Fee Statement") of Epiq Corporate Restructuring, LLC ("Epiq"), noticing and information agent to the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order"). Epiq requests: (a) payment of compensation in the amount of $7,458.00 (80 percent of $9,322.50 of fees on account of reasonable and necessary professional services rendered to the Committee by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $1,000.00 incurred by Epiq, each during the period of July 26, 2022 through July 31, 2022 (the "Fee Period"). Attached as **Exhibit A** hereto is the itemization and description of the services that Epiq rendered as noticing and information agent and a list of the detailed expenses incurred by Epiq during the Fee Period.

Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services; and (d) includes a detailed list of expenses incurred by Epiq during the Fee Period.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bridget Gallerie | Director/V.P. Consulting | $180.00 | 4.6 | $828.00 |
| Sophie Frodsham | Director/V.P. Consulting | $180.00 | 19.0 | $3,420.00 |
| Bashu Joseph | Senior Consultant II | $170.00 | 1.5 | $255.00 |
| Sidney Garabato | Senior Consultant II | $170.00 | 6.6 | $1,122.00 |
| Andre Gibbs | Senior Consultant I | $160.00 | 5.0 | $800.00 |
| Jesse Steichen | Senior Consultant I | $160.00 | 0.1 | $16.00 |
| Rafi Iqbal | Senior Consultant I | $160.00 | 2.3 | $368.00 |
| Sandhya Obulareddygari | Senior Consultant I | $160.00 | 0.3 | $48.00 |

2

| | | | | |
|---|---|---|---|---|
| Shivam Patel | Senior Consultant I | $160.00 | 5.2 | $832.00 |
| Diane Streany | Senior Case Manager III | $150.00 | 7.3 | $1,095.00 |
| Panagiota Manatakis | Senior Case Manager III | $150.00 | 3.3 | $495.00 |
| Sharna Wilson | Senior Case Manager II | $145.00 | 0.5 | $72.50 |
| **TOTALS FOR PROFESSIONALS** | | | **55.5** | **$9,322.50** |

### Summary of Fees Billed by Subject Matter for the Fee Period

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | Creditor Communications | 5.2 | $909.00 |
| 230 | Committee Website Set-Up and Maintenance | 37.2 | $6,315.00 |
| 395 | Case Management Services - Other | 13.1 | $2,098.50 |
| | **TOTAL** | **55.5** | **$9,322.50** |

### Summary of Expenses for the Fee Period

| Expense Category | Amount |
|---|---|
| RE800 – Court Docket Services | $1,000.00 |
| **TOTAL EXPENSES** | **$1,000.00** |

### Notice

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests: (a) payment of compensation in the amount of $7,458.00 (80 percent of $9,322.50 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $1,000.00 and that the Court grant such other and further relief as is justified.

Dated: December 7, 2022  /s/ Sophie Frodsham
New York, NY  Director of Consulting Services

# **EXHIBIT A**

## **Timekeeper, Matter & Expense Detail**

**MATTER NUMBER: 130**
**Matter Description: Creditor Communications**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 7/27/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | PREPARE INSTRUCTIONS AND REQUEST DESIGNATED EMAIL INBOX FOR CREDITOR INQUIRIES. |
| 7/28/2022 | Bridget Gallerie | Director/V.P. Consulting | 130 Creditor Communications | 180.00 | 0.3 | $54.00 | ASSIST CASE TEAM W/ GETTING INBOX SET UP |
| 7/28/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | FOLLOW UP ON STATUS OF DESIGNATED EMAIL INBOX. PREPARE TEST EMAILS AND CONFIRM RECEIPT. FORWARD INFORMATION ON DESIGNATED EMAIL INBOX TO CASE TEAM. |
| 7/29/2022 | Sophie Frodsham | Director/V.P. Consulting | 130 Creditor Communications | 180.00 | 2.0 | $360.00 | CALL RE TOWN HALL MEETING SET UP, EMAILS WITH TEAM, LUMEN AND MWE RE TOWN HALL MEETING. |
| 7/29/2022 | Sophie Frodsham | Director/V.P. Consulting | 130 Creditor Communications | 180.00 | 2.0 | $360.00 | EMAILS WITH TEAM, LUMEN AND MWE RE TOWN HALL MEETING, SEND BUDGET ESTIMATE TO MWE. |
| | | | | | **5.2** | **$909.00** | |

**MATTER NUMBER: 230**
**Matter Description: Committee Website Set-Up and Maintenance**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 7/27/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 2.0 | $340.00 | PREPARE WEBSITE MOCK-UP INSTRUCTIONS, SEND INITIAL MOCKUP REQUEST TO CASE TEAM |
| 7/27/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.3 | $51.00 | ATTEND CALL WITH COUNSEL ON KICK OFF AND WEBSITE REQUIREMENTS |
| 7/27/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.3 | $51.00 | PROOF PREVIEW PAGE OF MOCK-UP AND PROVIDE COMMENTS TO B. GALLERIE FOR UPDATE PRIOR TO SENDING TO COUNSEL |
| 7/27/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.7 | $119.00 | PROOF WEBSITE AND CONFER WITH COUNSEL ON TIMING TO LAUNCH |
| 7/27/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.7 | $119.00 | OVERSEE POTENTIAL LAUNCHING OF WEBSITE ON 7/27 PER COUNSEL AND COORDINATE DOCKET SCRAPE |
| 7/27/2022 | Panagiota Manatakis | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.3 | $45.00 | REVIEW WEBSITE MOCKUP |
| 7/27/2022 | Panagiota Manatakis | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.4 | $60.00 | FORWARD POC FOR WEBSITE MOCKUP AND REVIEW INSTRUCTIONS |
| 7/27/2022 | Panagiota Manatakis | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 1.4 | $210.00 | MAKE REVISIONS TO WEBSITE PER CREDITOR COMMITTEES COUNSEL; SETUP DOCKET SCRAPE; FOLLOW UP DOCKET SCRAPE AND RESEARHC TOWN HALL INFORMATION; SETUP BRIDGE CALL FOR 7/28 |
| 7/27/2022 | Panagiota Manatakis | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.8 | $120.00 | ADD LINKS AND DOCUMENTS FOR WEBSITE MOCKUP TO BE PROCESSED; PROVIDE MOCKUP FOR COUNSEL TO REVIEW |
| 7/27/2022 | Bridget Gallerie | Director/V.P. Consulting | 230 Committee Website Set-Up and Maintenance | 180.00 | 3.0 | $540.00 | REVIEW AND REVISE WEBSITE MOCK-UP FOR CONFORMITY AND ASSIST CASE TEAM W/ COORDINATING SET-UP OF SAME; UPLOADING VARIOUS KEY DOCUMENTS TO BE LINKED APPROPRIATELY |
| 7/27/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 1.2 | $180.00 | REVIEW EMAIL FROM S.GARABATO WITH WEBSITE INFORMATION AND DISCUSS SAME WITH B.GALLERIE. PREPARE WEBSITE TEMPLATE AND INSTRUCTIONS AND REQUEST WEBSITE MOCK-UP. |
| 7/27/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.3 | $45.00 | REVIEW WEBSITE UPDATES, DISCUSS SAME WITH CASE TEAM. PREPARE ADDITIONAL WEBSITE UPDATES AND REQUEST SAME. |
| 7/27/2022 | Shivam Patel | Senior Consultant I | 230 Committee Website Set-Up and Maintenance | 160.00 | 5.2 | $832.00 | CREATE WEBSITE MOCKUP AND MAKE ADDITIONAL UPDATES TO THE MOCKUP PROVIDED BY COUNSEL. |
| 7/27/2022 | Sophie Frodsham | Director/V.P. Consulting | 230 Committee Website Set-Up and Maintenance | 180.00 | 4.0 | $720.00 | EMAILS RE NEW CASE ASSIGNMENT, PREP FOR KICK-OFF CALL, ATTENDING SAME, REVIEWING WGL AND EMAILS RE SAME, SENDING FOLLOW-UP EMAIL TO MWE FOLLOWING KICK OFF CALL, EMAILS RE CONFLICT CHECKS, UPDATE RETENTION APP FOR CONFLICT CHECK RESULTS AND SEND TO MWE, REVIEW WEBSITE MOCKUP AND COMMENTS RE SAME, SEND WEBSITE MOCKUP TO COUNSEL, EMAILS RE TOWN HALL CALL SET-UP AND BUDGET. |
| 7/27/2022 | Sophie Frodsham | Director/V.P. Consulting | 230 Committee Website Set-Up and Maintenance | 180.00 | 4.0 | $720.00 | EMAILS RE NEW CASE ASSIGNMENT, PREP FOR KICK-OFF CALL, ATTENDING SAME, REVIEWING WGL AND EMAILS RE SAME, SENDING FOLLOW-UP EMAIL TO MWE FOLLOWING KICK OFF CALL, EMAILS RE CONFLICT CHECKS, UPDATE RETENTION APP FOR CONFLICT CHECK RESULTS AND SEND TO MWE, REVIEW WEBSITE MOCKUP AND COMMENTS RE SAME, SEND WEBSITE MOCKUP TO COUNSEL, EMAILS RE TOWN HALL CALL SET-UP AND BUDGET. |
| 7/28/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.9 | $153.00 | ATTEND BRIDGE CALL IN LAUNCHING OF WEBSITE, PROOF AND TEST LIVE SITE |
| 7/28/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.3 | $51.00 | REVIEW LIVE SET AND COORDINATE UPDATES TO SITE RE 2ND DAY HEARING AND OMNI HEARING DATES |
| 7/28/2022 | Bridget Gallerie | Director/V.P. Consulting | 230 Committee Website Set-Up and Maintenance | 180.00 | 0.3 | $54.00 | REVIEW WEBSITE FOR UPDATES |
| 7/28/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 1.0 | $150.00 | ATTEND BRIDGE CALL WITH S.FRODSHAM, S.GARABATO, AND R.IQBAL FOR WEBSITE UPDATES. |
| 7/28/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.4 | $60.00 | REVIEW EMAILS FROM S.FRODSHAM AND S.GARABATO WITH ADDITIONAL WEBSITE UPDATES. PREPARE INSTRUCTIONS AND REQUEST SAME. |
| 7/28/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.9 | $135.00 | REVIEW WEBSITE UPDATES, PROVIDE COMMENTS, REVIEW REVISIONS AND REQUEST ADDITIONAL CHANGES. |
| 7/28/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.3 | $45.00 | REVIEW REVISED WEBSITE UPDATES AND PROVIDE FURTHER COMMENTS. REVIEW FINAL WEBSITE REVISIONS AND APPROVE SAME. |
| 7/28/2022 | Sophie Frodsham | Director/V.P. Consulting | 230 Committee Website Set-Up and Maintenance | 180.00 | 5.0 | $900.00 | ATTENDING BRIDGE CALL FOR WEBSITE PUSH, INTERNAL CALL RE TOWN HALL WEBCAST SET-UP, REVIEW EVENT FORM FOR MEETING AND MARKUP, SEND TO TEAM, EMAIL TO MWE RE WEBSITE LIVE, UPDATES TO WEBSITE, EMAILS RE CONFLICT CHECKS, EMAILS INTERNALLY AND WITH MWE RE TOWN HALL EVENT. |
| 7/28/2022 | Sophie Frodsham | Director/V.P. Consulting | 230 Committee Website Set-Up and Maintenance | 180.00 | 2.0 | $360.00 | ATTENDING BRIDGE CALL FOR WEBSITE PUSH, INTERNAL CALL RE TOWN HALL WEBCAST SET-UP, REVIEW EVENT FORM FOR MEETING AND MARKUP, SEND TO TEAM, EMAIL TO MWE RE WEBSITE LIVE, UPDATES TO WEBSITE, EMAILS RE CONFLICT CHECKS, EMAILS INTERNALLY AND WITH MWE RE TOWN HALL EVENT. |
| 7/28/2022 | Bashu Joseph | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 1.5 | $255.00 | CLIENT HOMEPAGE UPDATES |
| | | | | | **37.2** | **$6,315.00** | |

**MATTER NUMBER: 395**
**Matter Description: Case Management Services - Other**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 7/27/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 1.3 | $221.00 | COORDINATE CONFLICTS CHECK AND CASE OPENING SERVICE REQUEST |
| 7/27/2022 | Panagiota Manatakis | Senior Case Manager III | 395 Case Management Services - Other | 150.00 | 0.4 | $60.00 | COORDINATE TO RUN CONFLICTS CHECK |
| 7/27/2022 | Bridget Gallerie | Director/V.P. Consulting | 395 Case Management Services - Other | 180.00 | 1.0 | $180.00 | ASSIST CASE TEAM W/ SET-UP |
| 7/27/2022 | Diane Streany | Senior Case Manager III | 395 Case Management Services - Other | 150.00 | 1.7 | $255.00 | DISCUSS CREDITOR COMMITTEE CASE ASSIGNMENT WITH B.GALLERIE. PREPARE INSTRUCTIONS FOR DESIGNATE CASE EMAIL LIST AND REQUEST SAME. PREPARE WORKING GROUP LIST AND FORWARD SAME TO CASE TEAM FOR REVIEW. |
| 7/27/2022 | Diane Streany | Senior Case Manager III | 395 Case Management Services - Other | 150.00 | 0.4 | $60.00 | RESPOND TO EMAIL FROM S.GARABATO WITH INTERESTED PARTIES FILE. PREPARE INSTRUCTIONS AND REQUEST CONFLICTS REVIEW FOR SAME. |
| 7/27/2022 | Diane Streany | Senior Case Manager III | 395 Case Management Services - Other | 150.00 | 0.2 | $30.00 | REVIEW CONFLICTS REPORT AND FORWARD SAME TO S.GARABATO. |
| 7/27/2022 | Jesse Steichen | Senior Consultant I | 395 Case Management Services - Other | 160.00 | 0.1 | $16.00 | REVIEW REQUEST FOR CONFLICTS REVIEW |
| 7/27/2022 | Andre Gibbs | Senior Consultant I | 395 Case Management Services - Other | 160.00 | 5.0 | $800.00 | TRANSLATE 18 TABS FROM EXCEL AND RUN CONFLICTS CHECKS |
| 7/27/2022 | Sandhya Obulareddyga | Senior Consultant I | 395 Case Management Services - Other | 160.00 | 0.3 | $48.00 | REVIEW INCOMING CASE REQUEST AND ASSIGN PROGRAMMER |
| 7/28/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.1 | $17.00 | COORDINATE CONFLICTS FOR OMERS AND HARVEST PARTNERS CHECK |
| 7/28/2022 | Rafi Iqbal | Senior Consultant I | 395 Case Management Services - Other | 160.00 | 1.2 | $192.00 | PERFORM THE FOLLOWING: 1. TRANSLATE A FILE "CONFLICT.DBF", UPDATE DATA TO CONFORM DATABASE STRUCTURE AND MATCH DATA IN THE SYSTEM. 2. RUN CONFLICTS PROCESS. 3. EXPORT MATCING REPORT IN EXCEL. |
| 7/28/2022 | Rafi Iqbal | Senior Consultant I | 395 Case Management Services - Other | 160.00 | 1.1 | $176.00 | ATTEND BRIDGE CALL FOR CASE FILING. |
| 7/28/2022 | Sharna Wilson | Senior Case Manager II | 395 Case Management Services - Other | 145.00 | 0.3 | $43.50 | REVIEW AND FILE CASE TEAM EMAILS |
| | | | | | **13.1** | **$2,098.50** | |

| MATERIAL CODE:  RE800 | | | |
|---|---|---|---|
| **Expense Description:  Court Docket Services** | | | |
| **Date** | **Material Code** | **Expense** | **Expense Amount** |
| July-22 | RE800 | Court Docket Services | $1,000.00 |
| | | | **$1,000.00** |