**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) Case No. 22-10943 (NEW) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**SECOND MONTHLY FEE STATEMENT OF
EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND
INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL*., FOR
THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| | |
|---|---|
| Name of Applicant: | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Voyager Digital Holdings, Inc., et al., Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered on October 18, 2022 retaining Epiq Corporate Restructuring, LLC effective as of July 26, 2022 [Docket No. 552] |
| Period for which compensation and reimbursement is sought: | August 1, 2022 through August 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $13,828.50 |
| Amount of compensation sought to be paid (eighty percent (80%) of amount of compensation sought as actual, reasonable and necessary) | $11,062.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,000.00 |
| Blended Rate of Professionals during the Fee Period: | $161.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

This statement is the second monthly fee statement (the "Fee Statement") of Epiq Corporate Restructuring, LLC ("Epiq"), noticing and information agent to the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order"). Epiq requests: (a) payment of compensation in the amount of $11,062.80 (80 percent of $13,828.50 of fees on account of reasonable and necessary professional services rendered to the Committee by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $1,000.00 incurred by Epiq, each during the period of August 1, 2022 through August 31, 2022 (the "Fee Period"). Attached as **Exhibit A** hereto is the itemization and description of the services that Epiq rendered as noticing and information agent and a list of the detailed expenses incurred by Epiq during the Fee Period.

Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services; and (d) includes a detailed list of expenses incurred by Epiq during the Fee Period.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bridget Gallerie | Director/V.P. Consulting | $180.00 | 0.7 | $126.00 |
| Kathryn Mailloux | Director/V.P. Consulting | $180.00 | 4.9 | $882.00 |
| Sophie Frodsham | Director/V.P. Consulting | $180.00 | 9.0 | $1,620.00 |
| Bashu Joseph | Senior Consultant II | $170.00 | 2.3 | $391.00 |
| Sidney Garabato | Senior Consultant II | $170.00 | 2.6 | $442.00 |
| Rafi Iqbal | Senior Consultant I | $160.00 | 1.6 | $256.00 |
| Sandhya Obulareddygari | Senior Consultant I | $160.00 | 0.4 | $64.00 |
| David Rodriguez | Senior Case Manager III | $150.00 | 1.3 | $195.00 |

| | | | | |
|---|---|---|---|---|
| Diane Streany | Senior Case Manager III | $150.00 | 60.4 | $9,060.00 |
| Janice Livingstone | Senior Case Manager III | $150.00 | 1.9 | $285.00 |
| Andrea Speelman | Senior Case Manager II | $145.00 | 3.5 | $507.50 |
| **TOTALS FOR PROFESSIONALS** | | | **88.6** | **$13,828.50** |

**Summary of Fees Billed by Subject Matter for the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | Creditor Communications | 61.6 | $9,292.50 |
| 230 | Committee Website Set-Up and Maintenance | 15.6 | $2,499.00 |
| 395 | Case Management Services - Other | 11.4 | $2,037.00 |
| | TOTAL | 88.6 | $13,828.50 |

**Summary of Expenses for the Fee Period**

| Expense Category | Amount |
|---|---|
| RE800 – Court Docket Services | $1,000.00 |
| **TOTAL EXPENSES** | **$1,000.00** |

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests: (a) payment of compensation in the amount of $11,062.80 (80 percent of $13,828.50 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $1,000.00 and that the Court grant such other and further relief as is justified.

Dated: December 7, 2022  /s/ Sophie Frodsham
    New York, NY  Director of Consulting Services

# EXHIBIT A

## Timekeeper, Matter & Expense Detail

**MATTER NUMBER: 130**
**Matter Description: Creditor Communications**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 8/1/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.3 | $45.00 | REVIEW REVISED EMAIL INQUIRY TRACKER FROM S.FRODSHAM. PREPARE EMAIL TO G.STEINMAN AND FORWARD SAME. |
| 8/2/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.3 | $45.00 | RESPOND TO NEW CREDITOR INQUIRY REGARDING NEED TO FILE PROOF OF CLAIM. |
| 8/2/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.6 | $240.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER ACCORDINGLY. RESPOND TO CREDITOR EMAIL REGARDING NEED TO FILE PROOF OF CLAIM. |
| 8/2/2022 | Sophie Frodsham | Director/V.P. Consulting | 130 Creditor Communications | 180.00 | 2.0 | $360.00 | EMAILS RE TOWN HALL CALLS. |
| 8/3/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | DISCUSS REVISED INQUIRIES FILE WITH S.FRODSHAM. RESPOND TO CREDITOR 2ND INQUIRY REGARDING FILING PROOF OF CLAIM. PREPARE REVISED INQUIRIES FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN FOR REVIEW. |
| 8/3/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.9 | $135.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER ACCORDINGLY. RESPOND TO CREDITOR EMAILS REGARDING NEED TO FILE PROOF OF CLAIM; AND LETTER TO JUDGE. |
| 8/4/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER ACCORDINGLY. |
| 8/8/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/8/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/8/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.1 | $165.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/8/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/8/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.2 | $330.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 8/9/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/9/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/9/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 8/9/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/10/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.1 | $165.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 8/10/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/10/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/10/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/11/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.2 | $180.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/11/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.3 | $45.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/11/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 8/11/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/11/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/11/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.9 | $285.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER FOR TOWN HALL MEETING. |
| 8/15/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/15/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/15/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/15/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/15/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/15/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 8/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 8/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND |
| 8/17/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.3 | $45.00 | REVIEW EMAIL INQUIRY RESPONSES AND TRANSFER SAME TO DESIGNATED EMAIL SENT FOLDER FOR REFERENCE. |

**MATTER NUMBER: 130**
**Matter Description: Creditor Communications**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 8/17/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | TRAINING WITH A.SPEELMAN ON EMAIL INQUIRY TRACKER. |
| 8/17/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | CONTINUE WITH EMAIL INQUIRY RESPONSES AND TRANSFER SAME TO DESIGNATED EMAIL SENT FOLDER FOR REFERENCE. |
| 8/17/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | CONTINUE WITH EMAIL INQUIRY RESPONSES AND TRANSFER SAME TO DESIGNATED EMAIL SENT FOLDER FOR REFERENCE. |
| 8/17/2022 | Andrea Speelman | Senior Case Manager II | 130 Creditor Communications | 145.00 | 0.3 | $43.50 | RESPOND TO CREDITOR INQUIRIES AND UPDATE MASTER LOG |
| 8/17/2022 | Andrea Speelman | Senior Case Manager II | 130 Creditor Communications | 145.00 | 0.1 | $14.50 | RESPOND TO CREDITOR INQUIRY AND UPDATE MASTER LOG |
| 8/17/2022 | Andrea Speelman | Senior Case Manager II | 130 Creditor Communications | 145.00 | 0.4 | $58.00 | CALL LOG INQUIRY TRAINING |
| 8/18/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/18/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/18/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/19/2022 | Andrea Speelman | Senior Case Manager II | 130 Creditor Communications | 145.00 | 0.5 | $72.50 | RESPOND TO CREDITOR INQUIRY AND UPDATE MASTER LOG |
| 8/19/2022 | Andrea Speelman | Senior Case Manager II | 130 Creditor Communications | 145.00 | 0.7 | $101.50 | RESPOND TO CREDITOR INQUIRY AND UPDATE MASTER LOG |
| 8/22/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.8 | $270.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 8/22/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 8/22/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/23/2022 | Sidney Garabato | Senior Consultant II | 130 Creditor Communications | 170.00 | 0.2 | $34.00 | REVIEW CASE INBOX FOR OUTSTANDING INQUIRIES |
| 8/23/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.1 | $315.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/24/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/25/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 8/26/2022 | Andrea Speelman | Senior Case Manager II | 130 Creditor Communications | 145.00 | 0.8 | $116.00 | RESPOND TO CREDITOR INQUIRIES AND UPDATE MASTER LOG |
| 8/29/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 8/29/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 8/30/2022 | Andrea Speelman | Senior Case Manager II | 130 Creditor Communications | 145.00 | 0.7 | $101.50 | RESPOND TO CREDITOR INQUIRIES AND UPDATE MASTER LOG |
| 8/31/2022 | Sidney Garabato | Senior Consultant II | 130 Creditor Communications | 170.00 | 0.3 | $51.00 | CONFER WITH D. STREANY ON PROCESSING OF CERTAIN CREDITOR INQUIRIES |
| 8/31/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
|  |  |  |  |  | **61.6** | **$9,292.50** |  |

**MATTER NUMBER: 230**
**Matter Description: Committee Website Set-Up and Maintenance**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 8/1/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 1.4 | $210.00 | RESPOND TO EMAIL FROM G.STEINMAN REGARDING CREDITOR INQUIRIES RECEIVED VIA WEBSITE. REVIEW CASE INFORMATION INBOX AND PREPARE EMAIL INQUIRY TRACKER. FORWARD TRACKER TO CASE TEAM FOR REVIEW. |
| 8/3/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.4 | $60.00 | REVIEW BAR DATE ORDER. PREPARE WEBSITE UPDATE DRAFT FOR SAME AND FORWARD TO CASE TEAM FOR APPROVAL. PREPARE INSTRUCTIONS AND REQUEST WEBSITE UPDATE. |
| 8/4/2022 | Rafi Iqbal | Senior Consultant I | 230 Committee Website Set-Up and Maintenance | 160.00 | 0.7 | $112.00 | UPDATE CLIENT WEBPAGE AND PUSH CHANGES LIVE. |
| 8/9/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.2 | $34.00 | PROOF WEBSITE AND CONFER WITH CASE TEAM ON PROPOSED UPDATE RE TOWN HALL MEETING |
| 8/9/2022 | Bridget Gallerie | Director/V.P. Consulting | 230 Committee Website Set-Up and Maintenance | 180.00 | 0.5 | $90.00 | INTERNAL DISCUSSION RELATED TO SETTING UP ALIAS FOR EXISTING INBOX, COORDINATING SET-UP AND TESTING TO CONFIRM IT'S WORKING |
| 8/9/2022 | Rafi Iqbal | Senior Consultant I | 230 Committee Website Set-Up and Maintenance | 160.00 | 0.9 | $144.00 | UPDATE CLIENT WEBPAGE AND PUSH CHANGES LIVE. |
| 8/9/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.2 | $30.00 | REVIEW WEBSITE UPDATES AND REQUEST ADDITIONAL UPDATES. |
| 8/9/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.3 | $45.00 | RESPOND TO EMAIL FROM G.STEINMAN REGARDING CASE SPECIFIC CLAIM FORM. PREPARE PDF OF CASE SPECIFIC CLAIM FORM AND REQUEST UPLOAD OF SAME TO WEBSITE. |
| 8/9/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.3 | $45.00 | REVIEW WEBSITE UPDATES FOR NEW EMAIL INFORMATION INBOX. TEST AND CONFIRM RECEIPT OF EMAIL INQUIRIES FOR NEW INBOX. REVIEW AND APPROVE ALL WEBSITE UPDATES. |
| 8/9/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.1 | $15.00 | PREPARE EMAIL TO G.STEINMAN AND CONFIRM WEBSITE UPDATES COMPLETED. |
| 8/9/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.6 | $90.00 | PREPARE INSTRUCTIONS FOR WEBSITE UPDATES AND REQUEST SAME. |
| 8/9/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.4 | $60.00 | REVIEW NOTICE OF FIRST TOWN HALL MEETING AND PREPARE DRAFT LANGUAGE FOR WEBSITE UPDATE. FORWARD SAME TO CASE TEAM FOR REVIEW. |
| 8/10/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.3 | $51.00 | REVIEW WEBSITE FOR UPDATES TO CASE MANAGEMENT |
| 8/10/2022 | Bridget Gallerie | Director/V.P. Consulting | 230 Committee Website Set-Up and Maintenance | 180.00 | 0.2 | $36.00 | REVIEWING REQUEST FROM COUNSEL REGARDING DOCUMENTS ON OUR SITE AND FORWARD TO OUR APP SUPPORT TEAM FOR FURTHER DISCUSSION |
| 8/10/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.6 | $90.00 | RESEARCH UCC TWITTER SITE AND CONFIRM INFORMATION ON LINKED DOCUMENTS. PREPARE EMAIL TO CASE TEAM AND PROVIDE INFORMATION ON SAME. |
| 8/10/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.2 | $30.00 | REVIEW EMAIL FROM A.DENBESTE REGARDING DOCUMENT LINKS FOR UCC TWITTER ACCOUNT. PREPARE EMAIL TO CASE TEAM REGARDING SAME. |
| 8/11/2022 | Janice Livingstone | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.7 | $105.00 | RESPOND TO REQUEST FROM COUNSEL TO UPDATE WEBSITE POST 8/11/22 TOWN HALL MEETING, COORDINATE AND SUBMIT REQUEST TO UPDATE AS REQUESTED |
| 8/11/2022 | Janice Livingstone | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.4 | $60.00 | REVIEW AND APPROVE WEBSITE UPDATES AND ASSOCIATED LINKS, LISTEN TO PORTION OF PRESENTATION TO ENSURE IN WORKING ORDER |
| 8/11/2022 | Janice Livingstone | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.8 | $120.00 | REVIEW G. STEINMAN REQUEST REGARDING LINK TO CREDITOR COMMITTEE'S TWITTER PAGE, FOLLOW UP WITH DATA TEAM MEMBER AND PROVIDE SOLUTION TO COUNSEL AS REQUESTED |
| 8/11/2022 | Sophie Frodsham | Director/V.P. Consulting | 230 Committee Website Set-Up and Maintenance | 180.00 | 2.0 | $360.00 | ATTEND TOWN HALL MEETING, UPDATES TO CASE TEAM RE SAME, WEBSITE UPDATES. |
| 8/11/2022 | Bashu Joseph | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 1.3 | $221.00 | CLIENT HOMEPAGE UPDATES |
| 8/11/2022 | Sandhya Obulareddyga | Senior Consultant I | 230 Committee Website Set-Up and Maintenance | 160.00 | 0.4 | $64.00 | REVIEW INCOMING CASE REQUEST AND ASSIGN PROGRAMMER |
| 8/18/2022 | David Rodriguez | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 1.3 | $195.00 | COORDINATE WEBSITE UPDATES TO THE HOMEPAGE RE: KEY INFORMATION; REVIEW AND APPROVE PREVIEW PAGE TO CONFIRM UPDATES ARE ACCURATE. |
| 8/30/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.1 | $17.00 | UPDATE WEBSITE FOR 341 NOTICE UPDATED DIAL IN INFORMATION |
| 8/31/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.3 | $45.00 | DISCUSS WEBSITE UPDATE FOR 341 MEETING WITH B.GALLERIE. PREPARE INSTRUCTIONS AND REQUEST WEBSITE UPDATE FOR SAME. |
| 8/31/2022 | Bashu Joseph | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 1.0 | $170.00 | PERFORM CLIENT HOMEPAGE UPDATES |
| | | | | | **15.6** | **$2,499.00** | |

**MATTER NUMBER:  395**
**Matter Description:  395 Case Management Services - Other**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 8/1/2022 | Sophie Frodsham | Director/V.P. Consulting | 395 Case Management Services - Other | 180.00 | 4.0 | $720.00 | EMAILS WITH MWE, INTERNAL AND THIRD PARTY RE TOWN HALL CALLS AND SET-UP, EMAILS RE CONFLICT CHECKS. |
| 8/3/2022 | Sophie Frodsham | Director/V.P. Consulting | 395 Case Management Services - Other | 180.00 | 1.0 | $180.00 | EMAILS RE CONFLICTS. |
| 8/19/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.4 | $68.00 | REVIEW DOCKET FOR CASE MANAGEMENT UPDATES |
| 8/23/2022 | Kathryn Mailloux | Director/V.P. Consulting | 395 Case Management Services - Other | 180.00 | 2.0 | $360.00 | REVIEW CONFLICTS SEARCH |
| 8/25/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.9 | $153.00 | REVIEW REVISED EPIQ RETENTION APP ON MWE COMMENTS AND CONFER WITH K. MAILLOUX ON SAME. REVIEW NOMURA CONFLICT CHECK MATCH |
| 8/30/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.2 | $34.00 | REVIEW DOCKET FOR CASE MANAGEMENT UPDATES |
| 8/31/2022 | Kathryn Mailloux | Director/V.P. Consulting | 395 Case Management Services - Other | 180.00 | 1.9 | $342.00 | PREPARE CASE ESTIMATE |
| 8/31/2022 | Kathryn Mailloux | Director/V.P. Consulting | 395 Case Management Services - Other | 180.00 | 1.0 | $180.00 | PREPARE CASE ESTIMATE |
| | | | | | **11.4** | **$2,037.00** | |

| | MATERIAL CODE: RE800 | | |
|---|---|---|---|
| | **Expense Description: Court Docket Services** | | |
| **Date** | **Material Code** | **Expense** | **Expense Amount** |
| August-22 | RE800 | Court Docket Services | $1,000.00 |
| | | | **$1,000.00** |