**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) Case No. 22-10943 (NEW) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**THIRD MONTHLY FEE STATEMENT OF
EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND
INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL.*, FOR THE PERIOD
FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| | |
|---|---|
| Name of Applicant: | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Voyager Digital Holdings, Inc., et al., Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered on October 18, 2022 retaining Epiq Corporate Restructuring, LLC effective as of July 26, 2022 [Docket No. 552] |
| Period for which compensation and reimbursement is sought: | September 1, 2022 through September 30, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $3,918.50 |
| Amount of compensation sought to be paid (eighty percent (80%) of amount of compensation sought as actual, reasonable and necessary) | $3,134.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $561.60 |
| Blended Rate of Professionals during the Fee Period: | $161.25 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

This statement is the third monthly fee statement (the "Fee Statement") of Epiq Corporate Restructuring, LLC ("Epiq"), noticing and information agent to the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order"). Epiq requests: (a) payment of compensation in the amount of $3,134.80 (80 percent of $3,918.50 of fees on account of reasonable and necessary professional services rendered to the Committee by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $561.60 incurred by Epiq, each during the period of September 1, 2022 through September 30, 2022 (the "Fee Period"). Attached as **Exhibit A** hereto is the itemization and description of the services that Epiq rendered as noticing and information agent and a list of the detailed expenses incurred by Epiq during the Fee Period.

Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services; and (d) includes a detailed list of expenses incurred by Epiq during the Fee Period.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kathryn Mailloux | Director/V.P. Consulting | $180.00 | 1.2 | $216.00 |
| Sidney Garabato | Senior Consultant II | $170.00 | 0.8 | $136.00 |
| Diane Streany | Senior Case Manager III | $150.00 | 20.3 | $3,045.00 |
| Panagiota Manatakis | Senior Case Manager III | $150.00 | 2.8 | $420.00 |
| Andrea Speelman | Senior Case Manager II | $145.00 | 0.7 | $101.50 |
| **TOTALS FOR PROFESSIONALS** | | | **25.8** | **$3,918.50** |

**Summary of Fees Billed by Subject Matter for the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | Creditor Communications | 24.3 | $3,651.50 |
| 230 | Committee Website Set-Up and Maintenance | 0.1 | $17.00 |
| 395 | Case Management Services - Other | 1.4 | $250.00 |
| | **TOTAL** | **25.8** | **$3,918.50** |

**Summary of Expenses for the Fee Period**

| Expense Category | Amount |
|---|---|
| RE800 – Court Docket Services | $561.60 |
| **TOTAL EXPENSES** | **$561.60** |

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests: (a) payment of compensation in the amount of $3,134.80 (80 percent of $3,918.50 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $561.60 and that the Court grant such other and further relief as is justified.

Dated: December 7, 2022                           /s/ Sophie Frodsham
       New York, NY                               Director of Consulting Services

# EXHIBIT A

# Timekeeper, Matter & Expense Detail

**MATTER NUMBER: 130**
**Matter Description: Creditor Communications**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 9/1/2022 | Andrea Speelman | Senior Case Manager II | 130 Creditor Communications | 145.00 | 0.7 | $101.50 | RESPOND TO CREDITOR INQUIRIES AND UPDATE MASTER LOG |
| 9/2/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 9/6/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 9/6/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 9/7/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 9/8/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.1 | $165.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 9/9/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD CREDITOR EMAIL REGARDING SALE ASSETS. |
| 9/12/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 9/14/2022 | Sidney Garabato | Senior Consultant II | 130 Creditor Communications | 170.00 | 0.1 | $17.00 | REVIEW CASE INBOX FOR OUTSTANDING INQUIRIES |
| 9/14/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 9/14/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 9/15/2022 | Sidney Garabato | Senior Consultant II | 130 Creditor Communications | 170.00 | 0.2 | $34.00 | REVIEW CASE INBOX FOR OUTSTANDING INQUIRIES |
| 9/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 9/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.1 | $165.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 9/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 9/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 9/19/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 9/19/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.0 | $300.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 9/19/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.9 | $285.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 9/19/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 9/19/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | REVIEW DOCKET FOR AUCTION/SALE INFORMATION. PREPARE EMAIL TO CASE TEAM AND PROVIDE INFORMATION ON 2ND TOWN HALL MEETING. |
| 9/20/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 9/20/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | CONTINUE WITH EMAIL INQUIRY INBOX, UPDATES TO EMAIL TRACKER AND RESPOND TO CREDITOR CLAIM FILING INQUIRIES. |
| 9/21/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 9/22/2022 | Sidney Garabato | Senior Consultant II | 130 Creditor Communications | 170.00 | 0.1 | $17.00 | REVIEW CASE INBOX FOR OUTSTANDING INQUIRIES |
| 9/22/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | PROCESS ALL CREDITOR EMAIL INBOX INQUIRIES |
| 9/22/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | DISCUSS EMAIL INQUIRY INBOX TRACKER WITH P.MANATAKIS. |
| 9/23/2022 | Sidney Garabato | Senior Consultant II | 130 Creditor Communications | 170.00 | 0.1 | $17.00 | PROVIDE GUIDANCE ON POTENTIAL INVESTIGATION INQUIRY |
| 9/23/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | REVIEW FINAL EXCEL OF EMAIL INQUIRIES AND SEND TO COUNSEL |
| 9/23/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | PREPARE EXCEL FOR EMAIL INQUIRIES FOR COUNSEL AND REPLY TO CREDITORS |
| 9/23/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.3 | $45.00 | REVIEW EMAIL INQUIRY FROM S.MANNING AT OFFICE OF WASHINGTON STATE ATTORNEY GENERAL. DISCUSS SAME WITH CASE TEAM. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL INQUIRY. |
| 9/23/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 9/23/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | REVIEW MASTER EMAIL INQUIRY TRACKER. PREPARE EMAIL TO P.MANATAKIS AND FORWARD SAMPLE EMAIL FOR RESPONSE TO CLAIM INFORMATION REQUESTS. |
| 9/26/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 9/27/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.3 | $195.00 | LOG AND REPLY TO CREDITOR INQUIRIES |
| 9/29/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.9 | $135.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 9/30/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |

**MATTER NUMBER: 130**
**Matter Description: Creditor Communications**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 9/30/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| | | | | | **24.3** | **$3,651.50** | |

**MATTER NUMBER: 230**
**Matter Description: Committee Website Set-Up and Maintenance**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 9/20/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.1 | $17.00 | REVIEW WEBSITE FOR UPDATES TO CASE MANAGEMENT |
| | | | | | **0.1** | **$17.00** | |

**MATTER NUMBER: 395**
**Matter Description: Case Management Services - Other**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 9/14/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.2 | $34.00 | REVIEW DOCKET FOR CASE MANAGEMENT UPDATES |
| 9/19/2022 | Kathryn Mailloux | Director/V.P. Consulting | 395 Case Management Services - Other | 180.00 | 1.2 | $216.00 | FOLLOW UP WITH TEAM RE CASE STATUS; CALL WITH G STEINMAN RE EPIQ RETENTION |
| | | | | | 1.4 | $250.00 | |

| MATERIAL CODE: RE800 Expense Description: Court Docket Services | | | |
|---|---|---|---:|
| **Date** | **Material Code** | **Expense** | **Expense Amount** |
| September-22 | RE800 | Court Docket Services | $561.60 |
| | | | **$561.60** |