**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 22-10943 (NEW) |
| Debtors.[1] | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF**
**EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND**
**INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL.*, FOR**
**THE PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Voyager Digital Holdings, Inc., et al., Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered on October 18, 2022 retaining Epiq Corporate Restructuring, LLC effective as of July 26, 2022 [Docket No. 552] |
| Period for which compensation and reimbursement is sought: | October 1, 2022 through October 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $4,135.50 |
| Amount of compensation sought to be paid (eighty percent (80%) of amount of compensation sought as actual, reasonable and necessary) | $3,308.40 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $48,464.90 |
| Blended Rate of Professionals during the Fee Period: | $152.50 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

This statement is the fourth monthly fee statement (the "Fee Statement") of Epiq Corporate Restructuring, LLC ("Epiq"), noticing and information agent to the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order"). Epiq requests: (a) payment of compensation in the amount of $3,308.40 (80 percent of $4,135.50 of fees on account of reasonable and necessary professional services rendered to the Committee by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $48,464.90 incurred by Epiq, each during the period of October 1, 2022 through October 31, 2022 (the "Fee Period"). Attached as **Exhibit A** hereto is the itemization and description of the services that Epiq rendered as noticing and information agent and a list of the detailed expenses incurred by Epiq during the Fee Period.

Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services; and (d) includes a detailed list of expenses incurred by Epiq during the Fee Period.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bridget Gallerie | Director/V.P. Consulting | $180.00 | 1.8 | $324.00 |
| Kathryn Mailloux | Director/V.P. Consulting | $180.00 | 0.8 | $162.00 |
| Sophie Frodsham | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 |
| Sidney Garabato | Senior Consultant II | $170.00 | 1.8 | $306.00 |
| Jacob Baez | Senior Consultant I | $160.00 | 0.8 | $128.00 |
| Sandhya Obulareddygari | Senior Consultant I | $160.00 | 0.3 | $64.00 |
| Diane Streany | Senior Case Manager III | $150.00 | 5.7 | $915.00 |
| Panagiota Manatakis | Senior Case Manager III | $150.00 | 7.5 | $1,185.00 |

2

| | | | | |
|---|---|---|---|---|
| Forrest Houku | Senior Case Manager II | $145.00 | 0.6 | $101.50 |
| Konstantina Haidopoulos | Senior Case Manager II | $145.00 | 4.8 | $754.00 |
| Sharna Wilson | Senior Case Manager II | $145.00 | 0.2 | $29.00 |
| Karen Zenteno Garcia | Case Manager II | $110.0 | 0.6 | $77.00 |
| **TOTALS FOR PROFESSIONALS** | | | **25.3** | **$4,135.50** |

**Summary of Fees Billed by Subject Matter for the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | Creditor Communications | 7.5 | $1,200.00 |
| 205 | Set Up Mailing/Noticing | 14.3 | $2,332.50 |
| 230 | Committee Website Set-Up and Maintenance | 0.9 | $147.00 |
| 395 | Case Management Services - Other | 2.2 | $366.00 |
| 642 | Fee Application Prep and Related Issues | 0.5 | $90.00 |
| | **TOTAL** | **25.3** | **$4,135.50** |

**Summary of Expenses for the Fee Period**

| Expense Category | Amount |
|---|---|
| NO120 – Email Noticing per File | $48,260.80 |
| RE800 – Court Docket Services | $4.10 |
| RE900 – Email Service Setup/Custom Reporting Fee | $600.00 |
| **TOTAL EXPENSES** | **$48,864.90** |

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests: (a) payment of compensation in the amount of $3,308.40 (80 percent of $4,135.50 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $48,864.90 and that the Court grant such other and further relief as is justified.

Dated: December 7, 2022　　　　　　　　　　　　/s/ Sophie Frodsham
　　　　 New York, NY　　　　　　　　　　　　　　Director of Consulting Services

# EXHIBIT A

**Timekeeper, Matter & Expense Detail**

**MATTER NUMBER: 130**
**Matter Description: Creditor Communications**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 10/4/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.0 | $150.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 10/6/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.9 | $135.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 10/6/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 10/11/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 10/11/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.9 | $135.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 10/14/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 10/14/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 10/18/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 10/18/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 10/20/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD EMAIL TRACKER. |
| 10/20/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 10/20/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | REVIEW EMAIL INQUIRY INBOX AND UPDATE EMAIL TRACKER TO REFLECT ACCORDINGLY. RESPOND TO INQUIRIES REGARDING CLAIM FILING AND PROVIDE INFORMATION ON SAME. |
| 10/24/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | REVIEW INBOX; REPLY TO CREDITORS AND UPDATE SPREADSHEET |
| 10/26/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | UPDATE MASTER TRACKER FILE; REPLY TO CREDITORS AND FORWARD NEW INQUIRIES TO COUNSEL |
| 10/28/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | LOG AND REPLY TO EMAILS AND PREPARE EXCEL TO COUNSEL |
| | | | | | **7.5** | **$1,200.00** | |

**MATTER NUMBER: 205**
**Matter Description: Set Up Mailing/Noticing**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 10/20/2022 | Bridget Gallerie | Director/V.P. Consulting | 205 Set Up Mailing/Noticing | 180.00 | 0.8 | $144.00 | DISCUSSION W/ A DENBESTE RE EMAIL CAMPAIGN TO ~1M PARTIES; COORDINATE W/ NOTICING TEAM TO OBTAIN A QUOTE |
| 10/20/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 1.0 | $145.00 | PREPARE FOR UPCOMING SERVICE OF BLAST EMAIL SERVICE FOR CUSTOMER AND CREDITOR LETTER |
| 10/20/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.3 | $43.50 | PREPARE FOR UPCOMING SERVICE OF BLAST EMAIL SERVICE FOR CUSTOMER AND CREDITOR LETTER |
| 10/24/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.3 | $58.00 | PREPARE FOR UPCOMING SERVICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS LETTER |
| 10/24/2022 | Forrest Houku | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.3 | $43.50 | PREPARE FOR UPCOMING BLAST EMAIL SERVICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS LETTER TO AFFECTED PARTIES |
| 10/25/2022 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 170.00 | 0.2 | $34.00 | REVIEW EMAIL BLAST MOCKUP |
| 10/25/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 0.3 | $60.00 | COORDINATE SERVICE OF UCC LETTER TO CREDITORS |
| 10/25/2022 | Bridget Gallerie | Director/V.P. Consulting | 205 Set Up Mailing/Noticing | 180.00 | 1.0 | $180.00 | COORDINATE REVISIONS TO LETTER FOR EMAIL CAMPAIGN; PREPARE SECOND MOCK-UP FOR VENDOR TO USE; INTERNAL DISCUSSION W/ A DEN BESTE |
| 10/25/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.7 | $101.50 | PREPARE FOR UPCOMING SERVICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS LETTER |
| 10/25/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.3 | $43.50 | PREPARE FOR UPCOMING SERVICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS LETTER |
| 10/25/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.2 | $29.00 | PREPARE FOR UPCOMING SERVICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS LETTER |
| 10/25/2022 | Forrest Houku | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.2 | $29.00 | REVIEW BLAST EMAIL SERVICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS LETTER TO AFFECTED PARTIES |
| 10/27/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 0.3 | $45.00 | FOLLOW UP ON REACH OUT TO STRETTO |
| 10/27/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 1.1 | $165.00 | REACH OUT FOR CONTACT AT STRETTO; EMAIL TO OBTAIN EMAIL LISTS AND TIMING FROM STRETTO FOR EMAIL BLAST |
| 10/27/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.2 | $29.00 | PREPARE FOR UPCOMING SERVICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS LETTER |
| 10/27/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.3 | $58.00 | PREPARE FOR UPCOMING SERVICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS LETTER |
| 10/28/2022 | Jacob Baez | Senior Consultant I | 205 Set Up Mailing/Noticing | 160.00 | 0.8 | $128.00 | PARSE EXCEL FILES FOR MAILING |
| 10/28/2022 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 170.00 | 0.2 | $34.00 | GET STATUS ON LETTER MOCKUP UPDATE AND EMAIL LISTS FROM STRETTO |
| 10/28/2022 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 170.00 | 0.4 | $68.00 | EMAIL CORRESPONDENCE RE UCC LETTER |
| 10/28/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 0.2 | $30.00 | FOLLOW UP ON STRETTO EMAIL FOR LISTS AND TIMING |
| 10/28/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 1.5 | $225.00 | DOWNLOAD EMAIL LISTS FOR SERVICE OF COMMITTEE LETTER AND ASK FOR THEM TO BE SPLIT |
| 10/28/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 0.4 | $75.00 | NOTIFY AND COORDINATE THE EMAIL SERVICE LISTS |
| 10/28/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.3 | $58.00 | PREPARE FOR UPCOMING SERVICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS LETTER |
| 10/28/2022 | Sandhya Obulareddyga | Senior Consultant I | 205 Set Up Mailing/Noticing | 160.00 | 0.3 | $64.00 | REVIEW INCOMING CASE REQUEST AND ASSIGN PROGRAMMER |
| 10/31/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 1.5 | $225.00 | COORDINATE SERVICE OF COMMITTEE LETTER TO EMAIL BLAST |
| 10/31/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.3 | $43.50 | COORDINATE SERVICE OF LETTER FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO BE SERVED ON 10/31/22 AND 11/1/22 |
| 10/31/2022 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 1.0 | $145.00 | COORDINATE SERVICE OF LETTER FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO BE SERVED ON 10/31/22 AND 11/1/22 |
| 10/31/2022 | Forrest Houku | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.2 | $29.00 | REVIEW SERVICE OF CREDITOR COMMITTEE LETTER TO CUSTOMER PARTIES, FOR DROP 10/31/2022-11/1/2022 |
| | | | | | **14.3** | **$2,332.50** | |

**MATTER NUMBER: 230**
**Matter Description: Committee Website Set-Up and Maintenance**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 10/14/2022 | Sidney Garabato | Senior Consultant II | 230 Committee Website Set-Up and Maintenance | 170.00 | 0.6 | $102.00 | REVIEW WEBSITE FOR UPDATES TO CASE MANAGEMENT |
| 10/27/2022 | Panagiota Manatakis | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 0.3 | $45.00 | REQUEST REVISION OF MOCKUP |
| | | | | | **0.9** | **$147.00** | |

**MATTER NUMBER: 395**
**Matter Description: Case Management Services - Other**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 10/3/2022 | Karen Zenteno Garcia | Case Manager II | 395 Case Management Services - Other | 110.00 | 0.3 | $33.00 | REVIEW DAILY COURT DOCKET REPORT TO IDENTIFY AND TRACK CLAIM TRANSFER AND CLAIM WITHDRAWAL ENTRIES |
| 10/12/2022 | Karen Zenteno Garcia | Case Manager II | 395 Case Management Services - Other | 110.00 | 0.2 | $22.00 | REVIEW DAILY COURT DOCKET REPORT TO IDENTIFY AND TRACK CLAIM TRANSFER AND CLAIM WITHDRAWAL ENTRIES |
| 10/14/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.4 | $68.00 | REVIEW DOCKET FOR CASE MANAGEMENT UPDATES |
| 10/14/2022 | Karen Zenteno Garcia | Case Manager II | 395 Case Management Services - Other | 110.00 | 0.2 | $22.00 | REVIEW DAILY COURT DOCKET REPORT TO IDENTIFY AND TRACK CLAIM TRANSFER AND CLAIM WITHDRAWAL ENTRIES |
| 10/18/2022 | Kathryn Mailloux | Director/V.P. Consulting | 395 Case Management Services - Other | 180.00 | 0.8 | $162.00 | REVIEW RETENTION APPLICATION UPDATES |
| 10/21/2022 | Panagiota Manatakis | Senior Case Manager III | 395 Case Management Services - Other | 150.00 | 0.2 | $30.00 | REVIEW DOCKET FOR ORDERS AFFECTING CLAIMS REGISTER REVIEW DOCKET FOR NOTICES OF APPEARANCE FOR UPDATE OF SERVICE LISTS |
| 10/27/2022 | Sharna Wilson | Senior Case Manager II | 395 Case Management Services - Other | 145.00 | 0.2 | $29.00 | REVIEW AND FILE CASE TEAM EMAILS |
| | | | | | **2.2** | **$366.00** | |

**MATTER NUMBER:  642**
**Matter Description:  Fee Application Prep and Related Issues**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 10/19/2022 | Sophie Frodsham | Director/V.P. Consulting | 642 Fee Application Prep and Related Issues | 180.00 | 0.5 | $90.00 | EMAIL TO S. GARABATO RE PREPARATION OF FEE APP. |
| | | | | | **0.5** | **$90.00** | |

Page 1 of 1

| MATERIAL CODE: NO120 Expense Description: Email Noticing per File |||||
|---|---|---|---|---|
| **Date** | **Material Code** | **Expense** ||| **Expense Amount** |
| October-22 | NO120 | Email Noticing per File ||| $48,260.80 |
|  |  |  ||| **$48,260.80** |

| MATERIAL CODE: RE800 Expense Description: Court Docket Services | | | |
|---|---|---|---|
| **Date** | **Material Code** | **Expense** | **Expense Amount** |
| October-22 | RE800 | Court Docket Services | $4.10 |
| | | | **$4.10** |

| MATERIAL CODE: RE900 | | | |
|---|---|---|---|
| **Expense Description: Email Service Setup/Custom Reporting Fee** | | | |
| **Date** | **Material Code** | **Expense** | **Expense Amount** |
| October-22 | RE900 | Email Service Setup/Custom Reporting Fee | $600.00 |
| | | | **$600.00** |