UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
:
In re                                                                  :    Chapter 11
:
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,                              :    Case No. 22-10943 (MEW)
:
Debtors.[1]                                                            :    (Jointly Administered)
:
---------------------------------------------------------------------- X

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Rosemary Spaziani, to be admitted, *pro hac vice*, to represent Metropolitan Commercial Bank, (the "Client") a party in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, it is hereby

ORDERED, that Rosemary Spaziani, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 8, 2022
       New York, New York

                                                  s/Michael E. Wiles
                                                  The Honorable Michael E. Wiles
                                                  United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.