UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
: 
In re : Chapter 11
:
VOYAGER DIGITAL HOLDINGS, INC., *et al.*, : Case No. 22-10943 (MEW)
:
Debtors.[1] : (Jointly Administered)
:
------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that, on December 7, 2022, I caused the following documents (together, the "MC Bank Filings") to be served on the Master Service List available at cases.stretto.com/Voyager via electronic notification pursuant to the CM/ECF system of the United States Bankruptcy Court for the Southern District of New York:

- *Objection of Metropolitan Commercial Bank to Debtors' Motion for Entry of an Order (I) Compelling the Release of the Reserve Held by Metropolitan Commercial Bank on Debtors' Bank Account and (II) Granting Related Relief and Cross-Motion for Relief from the Automatic Stay to Permit Setoff* [ECF No. 704].

- *Notice of Cross-Motion of Metropolitan Commercial Bank for Relief from the Automatic Stay to Permit Setoff* [ECF No. 706]

- *Declaration of David Jenkins in Support of Objection of Metropolitan Commercial Bank to Debtors' Motion for Entry of an Order (I) Compelling the Release of the Reserve Held by Metropolitan Commercial Bank on Debtors' Bank Account and (II) Granting Related Relief and Cross-Motion for Relief from the Automatic Stay to Permit Setoff* [ECF No. 708]

I also caused the MC Bank Filings to be served (i) via email on December 7, 2022, to parties on the Master Service List with email addresses listed, and (ii) via first-class mail on December 8, 2022, to parties on the Master Service List without email addresses listed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Dated: December 12, 2022
       New York, New York

Respectfully submitted,

*/s/ Amy R. Wolf*
Amy R. Wolf
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  ARWolf@wlrk.com

*Attorneys for Metropolitan Commercial Bank*