**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE APPLICATION OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Services as: | Tax Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2020 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2022 through November 30, 2022 |
| Total Amount of Fees Requested: | $ 118,285.00 |
| Less 20% Holdback: | $ (23,657.00) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $ 94,628.00 |
| Amount of Expense Reimbursement Sought | $ - |
| Total Amount of Fees and Expense: | **$ 94,628.00** |

This is an:  _X_ Monthly    __ Interim    __ Final Application

---

[1] The Debtors in these chapter 11 cases, along with the four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Date: December 9, 2022
Houston, Texas

Respectfully submitted,

DELOITTE TAX LLP

/s/ Ala'a Boulos
Ala'a Boulos
Partner
1111 Bagby, Suite 4500
Houston, Texas 77002
Telephone:  713.982.3805
Facsimile:  877.501.1621

2

# Exhibit A
## Voyager Digital Holdings Inc., et, al.,
## Case No. 22-10943

**CUMULATIVE TIME SUMMARY BY PROFESSIONAL**
For the Period of November 1, 2022 through November 30, 2022

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| ***Preparation of Fee Applications*** | | | | |
| Gutierrez, Dalia | Consultant | $250.00 | 7.0 | $1,750.00 |
| **Professional Subtotal:** | | | **7.0** | **$1,750.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| ***Tax Advisory Services*** | | | | |
| Boulos, Ala'a | Partner/Principal | $1,160.00 | 3.0 | $3,480.00 |
| Forrest, Jonathan | Partner/Principal | $1,160.00 | 5.1 | $5,916.00 |
| Gibian, Craig | Partner/Principal | $1,160.00 | 7.8 | $9,048.00 |
| Larsen, Peter | Partner/Principal | $1,160.00 | 3.6 | $4,176.00 |
| Turenshine, Aaron | Partner/Principal | $1,160.00 | 19.7 | $22,852.00 |
| Krozek, Derek | Managing Director | $1,160.00 | 6.0 | $6,960.00 |
| Penico, Victor | Managing Director | $1,160.00 | 0.4 | $464.00 |
| Cutler, Jonathan | Senior Manager | $1,020.00 | 2.0 | $2,040.00 |
| Tucker, Erin | Senior Manager | $1,020.00 | 0.4 | $408.00 |
| Boyd, Anna | Manager | $870.00 | 1.7 | $1,479.00 |
| Paradis, Matt | Manager | $870.00 | 2.8 | $2,436.00 |
| Pickering, Maria | Manager | $870.00 | 5.7 | $4,959.00 |
| Roldan, Carolina | Senior Consultant | $750.00 | 10.2 | $7,650.00 |
| Heyman, Tom | Consultant | $630.00 | 15.4 | $9,702.00 |
| Liu, Lily | Consultant | $630.00 | 10.1 | $6,363.00 |
| Moon, Hyewon | Consultant | $630.00 | 9.5 | $5,985.00 |
| Song, Jessie | Consultant | $630.00 | 5.5 | $3,465.00 |
| Wegesin, Jack | Consultant | $630.00 | 4.6 | $2,898.00 |
| Weiss, Thomas | Consultant | $630.00 | 25.8 | $16,254.00 |
| **Professional Subtotal:** | | | **139.3** | **$116,535.00** |
| **Total** | | **Blended Rate:** $808.51 | **146.3** | **$118,285.00** |

3

# Exhibit B
## Voyager Digital Holdings Inc., et, al.,
## Case No. 22-10943

**CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period of November 1, 2022 through November 30, 2022

| Categories | Hours | Fees |
|---|---:|---:|
| Preparation of Fee Applications | 7.0 | $1,750.00 |
| Tax Advisory Services | 139.3 | $116,535.00 |
| **Fees Category Subtotal :** | **146.3** | **$118,285.00** |

4

# EXHIBIT C
**Voyager Digital Holdings Inc., et, al.,
Case No. 22-10943**

Professional Fees for the Period from
November 1, 2022 through November 30, 2022

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

### November 01, 2022 - November 30, 2022

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

### Preparation of Fee Applications

**11/11/2022**

| | Gutierrez, Dalia | Draft first monthly fee statement. | $250.00 | 1.0 | $250.00 |
| | Gutierrez, Dalia | Prepare exhibits for first monthly fee statement. | $250.00 | 1.6 | $400.00 |
| | Gutierrez, Dalia | Update fee detail in preparation for the first monthly fee statement. | $250.00 | 2.3 | $575.00 |

**11/16/2022**

| | Gutierrez, Dalia | Update first monthly fee application for team final approval. | $250.00 | 2.1 | $525.00 |
| | **Subtotal for Preparation of Fee Applications:** | | | **7.0** | **$1,750.00** |

### Tax Advisory Services

**11/01/2022**

| | Heyman, Tom | Call with A. Turenshine, T. Weiss (Deloitte) to discuss next steps after Voyager bankruptcy deal updates. | $630.00 | 0.5 | $315.00 |
| | Heyman, Tom | Reconcile digital asset inventory roll workpaper to general ledger. | $630.00 | 1.3 | $819.00 |
| | Pickering, Maria | Gather insiders information filings in Canada for the significant shareholders in order to compare the shares reported. | $870.00 | 2.9 | $2,523.00 |
| | Turenshine, Aaron | Call with T. Heyman, T. Weiss (Deloitte) to discuss next steps after Voyager bankruptcy deal updates. | $1,160.00 | 0.5 | $580.00 |
| | Turenshine, Aaron | Review inventory of holdings in order to analyze reconciliation to general ledger data. | $1,160.00 | 1.0 | $1,160.00 |
| | Weiss, Thomas | Reconcile digital asset inventory activity account to capture movement required for tax return reporting purposes. | $630.00 | 2.0 | $1,260.00 |
| | Weiss, Thomas | Email T. Heyman, A. Turenshine (Deloitte) regarding calculation of inventory roll. | $630.00 | 0.4 | $252.00 |
| | Weiss, Thomas | Call with A. Turenshine, T. Heyman (Deloitte) to discuss next steps after Voyager bankruptcy deal updates. | $630.00 | 0.5 | $315.00 |

1

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

### Tax Advisory Services

| | | | | | |
|---|---|---|---|---|---|
| 11/02/2022 | | | | | |
| | Penico, Victor | Call with E. Tucker, J. Wegesin, M. Pickering (Deloitte) to discuss the application of small issuance exception to Voyager's equity transactions. | $1,160.00 | 0.4 | $464.00 |
| | Pickering, Maria | Call with E. Tucker, J. Wegesin, V. Penico (Deloitte) to discuss the application of small issuance exception to Voyager's equity transactions. | $870.00 | 0.4 | $348.00 |
| | Pickering, Maria | Summarize equity transactions ahead of upcoming call to discuss the small issuance exception. | $870.00 | 1.2 | $1,044.00 |
| | Tucker, Erin | Call with J. Wegesin, M. Pickering, V. Penico (Deloitte) to discuss the application of small issuance exception to Voyager's equity transactions. | $1,020.00 | 0.4 | $408.00 |
| | Wegesin, Jack | Call with E. Tucker, M. Pickering, V. Penico (Deloitte) to discuss the application of small issuance exception to Voyager's equity transactions. | $630.00 | 0.4 | $252.00 |
| 11/03/2022 | | | | | |
| | Boyd, Anna | Review model tax values from trade-by-trade, coin-by-coin, or adjusting financials. | $870.00 | 1.2 | $1,044.00 |
| | Boyd, Anna | Discuss status update and information required for potential gain / (loss) tax analysis with C. Gibian, J. Forrest, A. Turenshine, T. Heyman, T. Weiss, D. Krozek (Deloitte). | $870.00 | 0.5 | $435.00 |
| | Forrest, Jonathan | Discuss status update and information required for potential gain / (loss) tax analysis with C. Gibian, A. Turenshine, A. Boyd, T. Heyman, T. Weiss, D. Krozek (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| | Gibian, Craig | Discuss status update and information required for potential gain / (loss) tax analysis with J. Forrest, A. Turenshine, A. Boyd, T. Heyman, T. Weiss, D. Krozek (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| | Gibian, Craig | Analyze calculation of taxable income upon restructuring transaction. | $1,160.00 | 0.9 | $1,044.00 |

2

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Tax Advisory Services* | | | | | |
| 11/03/2022 | | | | | |
| | Heyman, Tom | Discuss status update and information required for potential gain / (loss) tax analysis with C. Gibian, J. Forrest, A. Turenshine, A. Boyd, T. Weiss, D. Krozek (Deloitte). | $630.00 | 0.5 | $315.00 |
| | Krozek, Derek | Discuss status update and information required for potential gain / (loss) tax analysis with C. Gibian, J. Forrest, A. Turenshine, A. Boyd, T. Heyman, T. Weiss (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| | Turenshine, Aaron | Discuss status update and information required for potential gain / (loss) tax analysis with C. Gibian, J. Forrest, A. Boyd, T. Heyman, T. Weiss, D. Krozek (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| | Weiss, Thomas | Discuss status update and information required for potential gain/(loss) tax analysis with C. Gibian, J. Forrest, A. Turenshine, A. Boyd, T. Heyman, D. Krozek (Deloitte). | $630.00 | 0.5 | $315.00 |
| 11/07/2022 | | | | | |
| | Boulos, Ala'a | Discuss case updates related to asset inventory rebalancing and related tax considerations with J. Forrest, C. Gibian, A. Turenshine, D. Krozek (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| | Boulos, Ala'a | Discuss Form 1099 information reporting with E. Psaropolous (Voyager), A. Sexton (Kirkland & Ellis), J. Forrest, A. Turenshine, C. Gibian, D. Krozek (Deloitte). | $1,160.00 | 0.7 | $812.00 |
| | Forrest, Jonathan | Discuss Form 1099 information reporting with E. Psaropolous (Voyager), A. Sexton (Kirkland & Ellis), A. Turenshine, A. Boulos, C. Gibian, D. Krozek (Deloitte). | $1,160.00 | 0.7 | $812.00 |
| | Forrest, Jonathan | Discuss case updates related to asset inventory rebalancing and related tax considerations with C. Gibian, A. Turenshine, A. Boulos, D. Krozek (Deloitte). | $1,160.00 | 0.5 | $580.00 |

3

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 11/07/2022 | | | | |
| Forrest, Jonathan | Discuss information reporting considerations related to Form 1099 with A. Turenshine, D. Krozek (Deloitte). | $1,160.00 | 0.8 | $928.00 |
| Gibian, Craig | Analyze treatment of restructuring transaction for impact on taxable income. | $1,160.00 | 1.1 | $1,276.00 |
| Gibian, Craig | Discuss Form 1099 information reporting with E. Psaropolous (Voyager), A. Sexton (Kirkland & Ellis), J. Forrest, A. Turenshine, A. Boulos, D. Krozek (Deloitte). | $1,160.00 | 0.7 | $812.00 |
| Gibian, Craig | Discuss case updates related to asset inventory rebalancing and related tax considerations with J. Forrest, A. Turenshine, A. Boulos, D. Krozek (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| Heyman, Tom | Analyze general ledger and asset inventory roll forward information. | $630.00 | 0.8 | $504.00 |
| Krozek, Derek | Discuss case updates related to asset inventory rebalancing and related tax considerations with J. Forrest, C. Gibian, A. Turenshine, A. Boulos (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| Krozek, Derek | Discuss Form 1099 information reporting with E. Psaropolous (Voyager), A. Sexton (Kirkland & Ellis), J. Forrest, A. Turenshine, A. Boulos, C. Gibian (Deloitte). | $1,160.00 | 0.7 | $812.00 |
| Krozek, Derek | Discuss information reporting considerations related to Form 1099 with J. Forrest, A. Turenshine (Deloitte). | $1,160.00 | 0.8 | $928.00 |
| Turenshine, Aaron | Discuss information reporting considerations related to Form 1099 with J. Forrest, D. Krozek (Deloitte). | $1,160.00 | 0.8 | $928.00 |
| Turenshine, Aaron | Draft email to A. Turenshine, P. Larsen, C. Gibian (Deloitte) regarding information reporting. | $1,160.00 | 0.4 | $464.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

*Tax Advisory Services*

| | | | | | |
|---|---|---|---|---|---|
| 11/07/2022 | | | | | |
| | Turenshine, Aaron | Discuss case updates related to asset inventory rebalancing and related tax considerations with J. Forrest, C. Gibian, A. Boulos, D. Krozek (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| | Turenshine, Aaron | Discuss Form 1099 information reporting with E. Psaropolous (Voyager), A. Sexton (Kirkland & Ellis), J. Forrest, A. Boulos, C. Gibian, D. Krozek (Deloitte). | $1,160.00 | 0.7 | $812.00 |
| | Weiss, Thomas | Review month over month movement in asset inventory settlement and compare difference to financial statement rollover data. | $630.00 | 2.0 | $1,260.00 |
| 11/08/2022 | | | | | |
| | Liu, Lily | Revise data collection template for 1099 reporting. | $630.00 | 2.0 | $1,260.00 |
| | Turenshine, Aaron | Review digital asset inventory settlement calculations month over month activity with T. Weiss (Deloitte). | $1,160.00 | 2.0 | $2,320.00 |
| | Weiss, Thomas | Review digital asset inventory settlement calculations month over month activity with A. Turenshine (Deloitte). | $630.00 | 2.0 | $1,260.00 |
| 11/10/2022 | | | | | |
| | Gibian, Craig | Analyze calculation of taxable income upon restructuring transaction. | $1,160.00 | 0.8 | $928.00 |
| | Heyman, Tom | Analyze reconciliation of inventory roll. | $630.00 | 0.7 | $441.00 |
| | Heyman, Tom | Call with T. Weiss (Deloitte) to discuss inventory reconciliation calculations. | $630.00 | 0.5 | $315.00 |
| | Pickering, Maria | Identify 5-percent shareholders listed in the insider's information report filed with the System for Electronic Disclosure by Insiders to update the section 382 analysis for Voyager. | $870.00 | 1.2 | $1,044.00 |
| | Turenshine, Aaron | Review tax basis calculations based on mark to market rollforwards. | $1,160.00 | 2.0 | $2,320.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 11/10/2022 | | | | |
| Wegesin, Jack | Analyze shareholder listings provided by client and publicly available for potential movement among 5% shareholders. | $630.00 | 1.7 | $1,071.00 |
| Wegesin, Jack | Compile information about the several types of stock issuances into one document to assess if the issuances may be aggregated for 382 purposes. | $630.00 | 1.3 | $819.00 |
| Weiss, Thomas | Email A. Turenshine, T. Heyman (Deloitte) on findings related to outcome of digital asset inventory roll forward calculations. | $630.00 | 0.6 | $378.00 |
| Weiss, Thomas | Call with T. Heyman (Deloitte) to discuss inventory reconciliation calculations. | $630.00 | 0.5 | $315.00 |
| Weiss, Thomas | Prepare an inventory roll calculation on an asset by asset level. | $630.00 | 2.5 | $1,575.00 |
| 11/11/2022 | | | | |
| Heyman, Tom | Analyze monthly digital asset roll reconciliation for 2021 tax year end. | $630.00 | 3.1 | $1,953.00 |
| Wegesin, Jack | Compile information about the several types of stock issuances into one document to assess if the issuances may be aggregated for 382 purposes. | $630.00 | 1.2 | $756.00 |
| Weiss, Thomas | Summarize digital asset roll calculation required for tax return. | $630.00 | 3.5 | $2,205.00 |
| 11/14/2022 | | | | |
| Forrest, Jonathan | Discuss customer required information reporting considerations with E. Psaropoulos, G. Hanshe, S. Ehrlich, W. Chan (Voyager), S. Cantor (Kirkland), C. Gibian, A. Turenshine, P. Larsen, D. Krozek (Deloitte). | $1,160.00 | 1.0 | $1,160.00 |
| Gibian, Craig | Discuss customer required information reporting considerations with E. Psaropoulos, G. Hanshe, S. Ehrlich, W. Chan (Voyager), S. Cantor (Kirkland), J. Forrest, A. Turenshine, P. Larsen, D. Krozek (Deloitte). | $1,160.00 | 1.0 | $1,160.00 |

6

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

### Tax Advisory Services

11/14/2022

| | | | | | |
|---|---|---|---|---|---|
| | Heyman, Tom | Call with M. Paradis, T. Weiss, C. Roldan, L. Liu (Deloitte) to discuss next steps regarding characterization of income. | $630.00 | 0.5 | $315.00 |
| | Krozek, Derek | Discuss customer required information reporting considerations with E. Psaropoulos, G. Hanshe, S. Ehrlich, W. Chan (Voyager), S. Cantor (Kirkland), J. Forrest, C. Gibian, A. Turenshine, P. Larsen (Deloitte). | $1,160.00 | 1.0 | $1,160.00 |
| | Larsen, Peter | Discuss customer required information reporting considerations with E. Psaropoulos, G. Hanshe, S. Ehrlich, W. Chan (Voyager), S. Cantor (Kirkland), J. Forrest, C. Gibian, A. Turenshine, D. Krozek (Deloitte). | $1,160.00 | 1.0 | $1,160.00 |
| | Liu, Lily | Call with M. Paradis, T. Weiss, C. Roldan, T. Heyman (Deloitte) to discuss next steps regarding characterization of income. | $630.00 | 0.5 | $315.00 |
| | Liu, Lily | Review customer consent agreement to check type of tax electronic communication. | $630.00 | 1.2 | $756.00 |
| | Paradis, Matt | Call with T. Weiss, C. Roldan, L. Liu, T. Heyman (Deloitte) to discuss next steps regarding characterization of income. | $870.00 | 0.5 | $435.00 |
| | Roldan, Carolina | Review documentation required to determine Form 1099 next steps. | $750.00 | 1.6 | $1,200.00 |
| | Roldan, Carolina | Call with M. Paradis, T. Weiss, L. Liu, T. Heyman (Deloitte) to discuss next steps regarding characterization of income. | $750.00 | 0.5 | $375.00 |
| | Turenshine, Aaron | Discuss customer required information reporting considerations with E. Psaropoulos, G. Hanshe, S. Ehrlich, W. Chan (Voyager), S. Cantor (Kirkland), J. Forrest, C. Gibian, P. Larsen, D. Krozek (Deloitte). | $1,160.00 | 1.0 | $1,160.00 |

7

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 11/14/2022 | | | | |
| Weiss, Thomas | Prepare Voyager digital asset reconciliation computation needed for potential reporting on the tax return. | $630.00 | 0.2 | $126.00 |
| Weiss, Thomas | Call with M. Paradis, C. Roldan, L. Liu, T. Heyman (Deloitte) to discuss next steps regarding characterization of income. | $630.00 | 0.5 | $315.00 |
| 11/15/2022 | | | | |
| Heyman, Tom | Analyze 2021 year end asset class reconciliation calculations. | $630.00 | 0.9 | $567.00 |
| Liu, Lily | Meeting with M. Paradis (Deloitte) to discuss the tax reporting requirements PowerPoint deliverable. | $630.00 | 0.5 | $315.00 |
| Liu, Lily | Prepare the PowerPoint deliverable pertaining to customer tax reporting alternatives - gathering information from PBC and other service line work. | $630.00 | 1.2 | $756.00 |
| Liu, Lily | Prepare the PowerPoint deliverable pertaining to customer tax reporting alternatives - research on irc 6041. | $630.00 | 0.7 | $441.00 |
| Liu, Lily | Prepare the PowerPoint deliverable pertaining to customer tax reporting alternatives - clean up notes and summarize. | $630.00 | 0.8 | $504.00 |
| Liu, Lily | Prepare the PowerPoint deliverable pertaining to customer tax reporting alternatives - writing script for ppt slides. | $630.00 | 1.0 | $630.00 |
| Paradis, Matt | Meeting with L. Liu (Deloitte) to discuss the tax reporting requirements PowerPoint deliverable. | $870.00 | 0.5 | $435.00 |
| Turenshine, Aaron | Review token inventory roll schedules. | $1,160.00 | 1.2 | $1,392.00 |
| Weiss, Thomas | Analyze Voyager digital asset roll methodology to analyze calculations related to changes in assets held. | $630.00 | 0.5 | $315.00 |
| Weiss, Thomas | Email T. Heyman (Deloitte) regarding roll theory month/month. | $630.00 | 0.4 | $252.00 |

8

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Tax Advisory Services* | | | | | |
| 11/16/2022 | | | | | |
| | Heyman, Tom | Analyze 2021 year end digital asset reconciliation calculations. | $630.00 | 0.2 | $126.00 |
| | Krozek, Derek | Review documentation related to required Form 1099 reporting analysis. | $1,160.00 | 1.3 | $1,508.00 |
| | Larsen, Peter | Review documentation related to required Form 1099 reporting analysis. | $1,160.00 | 0.3 | $348.00 |
| | Roldan, Carolina | Review documentation related to required Form 1099 reporting analysis. | $750.00 | 1.9 | $1,425.00 |
| | Weiss, Thomas | Email T. Heyman (Deloitte) regarding Voyager digital asset inventory roll over method. | $630.00 | 0.5 | $315.00 |
| | Weiss, Thomas | Summarize Voyager digital asset inventory rollover methodology for preparing tax return. | $630.00 | 0.7 | $441.00 |
| 11/17/2022 | | | | | |
| | Boulos, Ala'a | Discussion with J. Cutler (Deloitte) regarding Form 1099 Reporting requirement for rewards and analysis of IRC 6049 vs 6041, review of contractual/user terms. | $1,160.00 | 1.0 | $1,160.00 |
| | Cutler, Jonathan | Discussion with A. Boulos (Deloitte) regarding Form 1099 Reporting requirement for rewards and analysis of IRC 6049 vs 6041, review of contractual/user terms. | $1,020.00 | 1.0 | $1,020.00 |
| | Roldan, Carolina | Review customer agreements - 1099 reporting analysis. | $750.00 | 1.6 | $1,200.00 |
| 11/18/2022 | | | | | |
| | Cutler, Jonathan | Discussion with P. Larsen (Deloitte) regarding Form 1099 Reporting requirement for rewards and analysis of IRC 6049 vs 6041. | $1,020.00 | 1.0 | $1,020.00 |
| | Gibian, Craig | Call with M. Paradis, A. Turenshine (Deloitte) to discuss characterization of yield product payments for tax reporting purposes. | $1,160.00 | 0.5 | $580.00 |

9

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

*Tax Advisory Services*

**11/18/2022**

| | | | | |
|---|---|---|---|---|
| Larsen, Peter | Discussion with J. Cutler (Deloitte) regarding Form 1099 Reporting requirement for rewards and analysis of IRC 6049 vs 6041. | $1,160.00 | 1.0 | $1,160.00 |
| Liu, Lily | Call with M. Paradis, C. Roldan (Deloitte) to discuss customer agreement analysis - 1099 reporting of reward income. | $630.00 | 0.8 | $504.00 |
| Paradis, Matt | Call with C. Gibian, A. Turenshine (Deloitte) to discuss characterization of yield product payments for tax reporting purposes. | $870.00 | 0.5 | $435.00 |
| Paradis, Matt | Call with L. Liu, C. Roldan (Deloitte) to discuss customer agreement analysis - 1099 reporting of reward income. | $870.00 | 0.8 | $696.00 |
| Roldan, Carolina | Call with L. Liu, M. Paradis (Deloitte) to discuss customer agreement analysis - 1099 reporting of reward income. | $750.00 | 0.8 | $600.00 |
| Roldan, Carolina | Review customer consent agreements to summarize potential tax reporting alternatives. | $750.00 | 2.4 | $1,800.00 |
| Turenshine, Aaron | Call with M. Paradis, C. Gibian (Deloitte) to discuss characterization of yield product payments for tax reporting purposes. | $1,160.00 | 0.5 | $580.00 |

**11/20/2022**

| | | | | |
|---|---|---|---|---|
| Turenshine, Aaron | Develop proof of inventory roll pertaining to unrealized gain /(loss). | $1,160.00 | 4.5 | $5,220.00 |

**11/21/2022**

| | | | | |
|---|---|---|---|---|
| Heyman, Tom | Digital asset inventory and liability rollforward for November 2021. | $630.00 | 1.6 | $1,008.00 |
| Heyman, Tom | Develop proof of inventory roll and unrealized general ledger. | $630.00 | 1.7 | $1,071.00 |
| Larsen, Peter | Analyze 1099 eFiling ability. | $1,160.00 | 0.5 | $580.00 |
| Liu, Lily | Review customer consent agreements related to electronic tax communication. | $630.00 | 0.5 | $315.00 |

10

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

*Tax Advisory Services*

**11/21/2022**

| | | | | |
|---|---|---|---|---|
| Roldan, Carolina | Review electronic delivery of documents clause in customer agreement and analyze vis-a-vis electronic delivery requirements for Form 1099 to draft conclusions on potential delivery options. | $750.00 | 1.4 | $1,050.00 |
| Song, Jessie | Computation of inventory roll pertaining to unrealized gain /(loss) to develop proof of proposed method to measure balance changes for tax purposes. | $630.00 | 5.5 | $3,465.00 |
| Turenshine, Aaron | Review Voyager 2021 tax returns. | $1,160.00 | 1.0 | $1,160.00 |
| Turenshine, Aaron | Email T. Heyman (Deloitte) to explain digital asset inventory roll and next steps. | $1,160.00 | 0.5 | $580.00 |

**11/22/2022**

| | | | | |
|---|---|---|---|---|
| Boulos, Ala'a | Call with C. Gibian, J. Forrest, A. Turenshine, P. Larsen, D. Krozek (Deloitte) to discuss next steps related to customer required tax reporting. | $1,160.00 | 0.3 | $348.00 |
| Forrest, Jonathan | Discuss digital asset inventory and liability rollforward schedules, using November 2021 as an example with A. Turenshine, C. Gibian, T. Heyman (Deloitte), A. Sexton (K&E), M. Bukauskaite (Voyager). | $1,160.00 | 0.9 | $1,044.00 |
| Forrest, Jonathan | Call with C. Gibian, A. Turenshine, P. Larsen, A. Boulos, D. Krozek (Deloitte) to discuss next steps related to customer required tax reporting. | $1,160.00 | 0.3 | $348.00 |
| Gibian, Craig | Discuss digital asset inventory and liability rollforward schedules, using November 2021 as an example with A. Turenshine, J. Forrest, T. Heyman (Deloitte), A. Sexton (K&E), M. Bukauskaite (Voyager). | $1,160.00 | 0.9 | $1,044.00 |
| Gibian, Craig | Call with J. Forrest, A. Turenshine, P. Larsen, A. Boulos, D. Krozek (Deloitte) to discuss next steps related to customer required tax reporting. | $1,160.00 | 0.3 | $348.00 |

11

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 11/22/2022 | | | | |
| Gibian, Craig | Prepare outline for calculation of taxable income. | $1,160.00 | 0.6 | $696.00 |
| Heyman, Tom | Discuss digital asset inventory and liability rollforward schedules, using November 2021 as an example with A. Turenshine, C. Gibian, J. Forrest (Deloitte), A. Sexton (K&E), M. Bukauskaite (Voyager). | $630.00 | 0.9 | $567.00 |
| Krozek, Derek | Call with C. Gibian, J. Forrest, A. Turenshine, P. Larsen, A. Boulos (Deloitte) to discuss next steps related to customer required tax reporting. | $1,160.00 | 0.3 | $348.00 |
| Larsen, Peter | Call with C. Gibian, J. Forrest, A. Turenshine, A. Boulos, D. Krozek (Deloitte) to discuss next steps related to customer required tax reporting. | $1,160.00 | 0.3 | $348.00 |
| Turenshine, Aaron | Discuss digital asset inventory and liability rollforward schedules, using November 2021 as an example with C. Gibian, J. Forrest, T. Heyman (Deloitte), A. Sexton (K&E), M. Bukauskaite (Voyager). | $1,160.00 | 0.9 | $1,044.00 |
| Turenshine, Aaron | Call with C. Gibian, J. Forrest, P. Larsen, A. Boulos, D. Krozek (Deloitte) to discuss next steps related to customer required tax reporting. | $1,160.00 | 0.3 | $348.00 |
| 11/28/2022 | | | | |
| Boulos, Ala'a | Discuss Form 1099 information reporting next steps with A. Turenshine, M. Paradis, L. Liu, D. Krozek (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| Krozek, Derek | Discuss Form 1099 information reporting next steps with A. Turenshine, A. Boulos, M. Paradis, L. Liu (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| Liu, Lily | Discuss Form 1099 information reporting next steps with A. Turenshine, A. Boulos, M. Paradis, D. Krozek (Deloitte). | $630.00 | 0.5 | $315.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 11/28/2022 | | | | |
| Moon, Hyewon | Analyze rolling forward customer transaction data asset by asset from November 2021 to December 2021. | $630.00 | 1.0 | $630.00 |
| Paradis, Matt | Discuss Form 1099 information reporting next steps with A. Turenshine, A. Boulos, L. Liu, D. Krozek (Deloitte). | $870.00 | 0.5 | $435.00 |
| Turenshine, Aaron | Discuss Form 1099 information reporting next steps with A. Boulos, M. Paradis, L. Liu, D. Krozek (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Review December digital asset inventory file provide by M. Bukaukaiste (Voyager Digital). | $1,160.00 | 0.5 | $580.00 |
| Weiss, Thomas | Analyze rolling over customer transaction data from November to December 2021. | $630.00 | 2.5 | $1,575.00 |
| 11/29/2022 | | | | |
| Forrest, Jonathan | Discuss tax information reporting with E. Psarapolous (Voyager), A. Turenshine, L. Liu, D. Krozek (Deloitte). | $1,160.00 | 0.4 | $464.00 |
| Heyman, Tom | Perform digital asset inventory and liability rollforward for Nov 2021 to check inventory roll and unrealized general ledger. | $630.00 | 2.2 | $1,386.00 |
| Krozek, Derek | Discuss tax information reporting with E. Psarapolous (Voyager), A. Turenshine, J. Forrest, L. Liu (Deloitte). | $1,160.00 | 0.4 | $464.00 |
| Larsen, Peter | Research and write-up support for position related to 1099 electronic process. | $1,160.00 | 0.5 | $580.00 |
| Liu, Lily | Discuss tax information reporting with E. Psarapolous (Voyager), A. Turenshine, J. Forrest, D. Krozek (Deloitte). | $630.00 | 0.4 | $252.00 |
| Moon, Hyewon | Work on rolling forward customer transaction data asset by asset from November 2021 to December 2021. | $630.00 | 7.0 | $4,410.00 |

13

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Tax Advisory Services* | | | | | |
| 11/29/2022 | | | | | |
| | Turenshine, Aaron | Discuss tax information reporting with E. Psarapolous (Voyager), J. Forrest, L. Liu, D. Krozek (Deloitte). | $1,160.00 | 0.4 | $464.00 |
| | Weiss, Thomas | Work on rolling forward customer transaction data asset by asset from November 2021 to December 2021. | $630.00 | 1.0 | $630.00 |
| 11/30/2022 | | | | | |
| | Moon, Hyewon | Computation of rolling forward customer transaction data asset by asset from November 2021 to December 2021. | $630.00 | 1.5 | $945.00 |
| | Weiss, Thomas | Continue computation of rolling forward customer transaction data asset by asset from November 2021 to December 2021. | $630.00 | 5.0 | $3,150.00 |
| | Subtotal for Tax Advisory Services: | | | 139.3 | $116,535.00 |
| **Total** | | | | 146.3 | **$118,285.00** |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Boulos, Ala'a | $1,160.00 | 3.0 | $3,480.00 |
| Forrest, Jonathan | $1,160.00 | 5.1 | $5,916.00 |
| Gibian, Craig | $1,160.00 | 7.8 | $9,048.00 |
| Krozek, Derek | $1,160.00 | 6.0 | $6,960.00 |
| Larsen, Peter | $1,160.00 | 3.6 | $4,176.00 |
| Penico, Victor | $1,160.00 | 0.4 | $464.00 |
| Turenshine, Aaron | $1,160.00 | 19.7 | $22,852.00 |
| Cutler, Jonathan | $1,020.00 | 2.0 | $2,040.00 |
| Tucker, Erin | $1,020.00 | 0.4 | $408.00 |
| Boyd, Anna | $870.00 | 1.7 | $1,479.00 |
| Paradis, Matt | $870.00 | 2.8 | $2,436.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2022 - November 30, 2022

## Recapitulation

| Name | Rate | Hours | Fees |
| --- | --- | --- | --- |
| Pickering, Maria | $870.00 | 5.7 | $4,959.00 |
| Roldan, Carolina | $750.00 | 10.2 | $7,650.00 |
| Heyman, Tom | $630.00 | 15.4 | $9,702.00 |
| Liu, Lily | $630.00 | 10.1 | $6,363.00 |
| Moon, Hyewon | $630.00 | 9.5 | $5,985.00 |
| Song, Jessie | $630.00 | 5.5 | $3,465.00 |
| Wegesin, Jack | $630.00 | 4.6 | $2,898.00 |
| Weiss, Thomas | $630.00 | 25.8 | $16,254.00 |
| Gutierrez, Dalia | $250.00 | 7.0 | $1,750.00 |