**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
In re: : Chapter 11
: 
VOYAGER DIGITAL HOLDINGS, INC., *et al.*, : Case No. 22-10943 (MEW)
: 
: Jointly Administered
Debtors. :
: 
---------------------------------------------------------------X

**[PROPOSED] ORDER (I) LIFTING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1) AND BANKRUPTCY RULE 4001 AND (II) GRANTING CELSIUS LEAVE TO FILE LATE PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULES 3003(c) AND 9006(b)(1)**

This matter coming before the Court on the motion (the "Motion") filed by Celsius Network LLC ("Celsius") for entry of an Order (a) lifting the automatic stay in this chapter 11 case to permit Celsius to commence an adversary proceeding in Celsius' chapter 11 case in order to pursue a preference action against Debtor Voyager Digital LLC ("Voyager") and (b) granting leave pursuant to Bankruptcy Rules 3003(c) and 9006(b)(1) extending, *nunc pro tunc*, Celsius' time to file a proof of claim to within 14 days of a decision granting such relief; the Court having reviewed the Motion's supporting materials, including the declarations of Holden Bixler, Christopher Ferraro, and Mitchell Hurley, Esq. (collectively, the "Declarations"); and the Court having held a hearing on January 24, 2023, at 11:00 a.m., prevailing Eastern Time, to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing, and upon all of the proceedings had before the Court; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) due and proper notice of the Motion having been given in accordance with the Case Management Order [Case No. 22-10943, ECF No. 240] (the "CMO"); (d) service

of the Motion having been proper under Federal Rule of Civil Procedure 5 as made applicable by Bankruptcy Rule 7005 and the CMO; and (e) the Court having determined that the legal and factual bases set forth in the Motion and supporting materials establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED** that the automatic stay is lifted pursuant to Bankruptcy Code section 362(d) and Bankruptcy Rule 4001 for the limited purpose of allowing Celsius to commence and prosecute an adversary proceeding against Voyager to recover preferential transfers; and it is further

**ORDERED** that pursuant to Bankruptcy Rules 3003(c) and 9006(b)(1), Celsius' time to file a proof of claim against Voyager on account of the alleged preferential transfers is extended, *nunc pro tunc*, to permit Celsius to file a proof of claim in this action within 14 days of the date of this decision; and it is further

**ORDERED** that the parties are authorized, but not directed, to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient; and it is further

**ORDERED** that notwithstanding the possible applicability of Bankruptcy Rules 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that the Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:   January 24, 2023
         New York, New York

                                                                                                                                    _____
                                                                                                                                    The Honorable Michael E. Wiles
                                                                                                                                    United States Bankruptcy Judge