AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000
Mitchell P. Hurley
Dean L. Chapman Jr.
mhurley@akingump.com
dchapman@akingump.com

*Attorneys for Celsius Network LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re:                                                                           :    Chapter 11
:
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,       :    Case No. 22-10943 (MEW)
:
:    Jointly Administered
Debtors.                                       :
:
---------------------------------------------------------------X

**DECLARATION OF MITCHELL P. HURLEY IN SUPPORT OF
MOTION OF CELSIUS NETWORK LLC FOR ORDER
(I) LIFTING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1)
AND BANKRUPTCY RULE 4001 AND (II) GRANTING LEAVE TO FILE LATE
PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULES 3003(c) AND 9006(b)(1)**

I, Mitchell P. Hurley, Esq., declare under penalty of perjury:

1. I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), Special Litigation Counsel to Celsius Network LLC ("Celsius"). I am admitted to practice before this Court.

2. I submit this declaration (the "Declaration") in support of Celsius' Motion for an Order (I) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and (II) Granting Leave to File Late Proof of Claims Pursuant to Bankruptcy Rules 3003(c) and 9006(b)(1) (the "Motion"). I make this declaration based on my personal knowledge and documents and information available to me as counsel to Celsius. No previous application for similar relief has been made.

1

3. Celsius retained Akin Gump to act as Special Litigation Counsel to represent the Celsius estates in certain matters Akin Gump was handling pre-petition, and to act as conflicts counsel when appropriate and as instructed by Celsius.

4. On November 5, 2022, Celsius asked Akin Gump to act as conflict counsel in connection with transactions involving Voyager Digital LLC ("Voyager"). Thereafter, Akin Gump promptly investigated the Voyager transactions and considered Celsius' potential claims, and related substantive and procedural options, in connection with those transactions.

5. On November 15, 2022 Akin Gump spoke with Voyager's counsel concerning Celsius' potential claims, and the possibility of reaching a stipulation that would eliminate or minimize the need for potentially costly motion practice. Celsius engaged in further such discussions with Voyager's counsel on November 23, 2022, and December 1, 2022, and followed up with a letter dated December 2, 2022. After sending the letter, Akin Gump continued to meet and confer with Voyager in an effort to obtain relief via stipulation, including in calls and correspondence exchanged with Voyager's counsel on December 8, 2022 and December 12, 2022. Those efforts have not as yet succeeded. Celsius has therefore filed the Motion, though Celsius remains hopeful that a consensual resolution is possible.

Dated: December 13, 2022

                                                    */s/ Mitchell P. Hurley*
                                                    Mitchell P. Hurley