UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (NEW) |
| Debtors in a Foreign Proceeding | (Jointly Administered) |
| | **Ref. Docket Nos. 711-714** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2022, I caused to be served the:

    a. "First Monthly Fee Statement of Epiq Corporate Restructuring, LLC for Compensation for Services and Reimbursement of Expenses as Noticing and Information Agent for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.*, for the Period From July 26, 2022 Through July 31, 2022," dated December 7, 2022 [Docket No. 711],

    b. "Second Monthly Fee Statement of Epiq Corporate Restructuring, LLC for Compensation for Services and Reimbursement of Expenses as Noticing and Information Agent for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.*, for the Period From August 1, 2022 Through August 31, 2022," dated December 7, 2022 [Docket No. 712],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

    c. "Third Monthly Fee Statement of Epiq Corporate Restructuring, LLC for Compensation for Services and Reimbursement of Expenses as Noticing and Information Agent for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.*, for the Period From September 1, 2022 Through September 30, 2022," dated December 7, 2022 [Docket No. 713], and

    d. "Fourth Monthly Fee Statement of Epiq Corporate Restructuring, LLC for Compensation for Services and Reimbursement of Expenses as Noticing and Information Agent for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.*, for the Period From October 1, 2022 Through October 31, 2022," dated December 7, 2022 [Docket No. 714],

by causing true and correct copies to be:

    i.    enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit A</u>, and

    ii.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<i>/s/ Panagiota Manatakis</i><br>Panagiota Manatakis

Sworn to before me this
13th day of December, 2022
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2026

# EXHIBIT A

VOYAGER DIGITAL HOLDINGS, INC., et al.
Case No. 22-10943 (NEW)
First Class Mail Service List

Voyager Digital Holdings, Inc.
Attn: David Brosgol and Brian Nistler
33 Irving Place, Suite 3060
New York, New York 10003,

# EXHIBIT B

VOYAGER DIGITAL HOLDINGS, INC., et al. Case No. 22-10943 (NEW)
Electronic Mail Service List

| Name | Attn | Email |
|---|---|---|
| Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C. | jsussberg@kirkland.com |
| Kirkland & Ellis LLP | Attn: Christopher Marcus, P.C. | cmarcus@kirkland.com |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, P.C. | christine.okike@kirkland.com |
| Kirkland & Ellis LLP | Attn: Allyson B. Smith | allyson.smith@kirkland.com |
| Office of the United States Trustee | Attn: Mark Bruh, Esq. | mark.bruh@usdoj.gov |
| Office of the United States Trustee | Attn: Richard C. Morrissey, Esq. | richard.morrissey@usdoj.gov |
| McDermott Will & Emery LLP | Attn: John J. Calandra | jcalandra@mwe.com |
| McDermott Will & Emery LLP | Attn: Joseph B. Evans | jbevans@mwe.com |
| McDermott Will & Emery LLP | Attn: Darren Azman | dazman@mwe.com |