**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors.[1] | ) ) | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF
CASSELS BROCK & BLACKWELL LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS CANADIAN COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
VOYAGER DIGITAL HOLDINGS, INC., *ET AL*. FOR THE PERIOD FROM
OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al*. |
| Date of Retention: | October 18, 2022, effective as of July 29, 2022 |
| Period for Which Compensation and Reimbursement Will be Sought: | October 1, 2022 to October 31, 2022 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$16,558.20 (80% of CAD$20,697.75) USD$12,123.91 (80% of USD$15,154.89)[2] |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$96.06 USD$70.36 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2] Calculated based on the Bank of Canada exchange rate for December 12, 2022, (December 13, 2022 is the date the account was finalized) (CAD$1:USD$0.7322).

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 29, 2022*, dated October 18, 2022 [Docket No. 550] (the "Retention Order"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Cassels Brock & Blackwell LLP ("Cassels") hereby submits this *Third Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from October 1, 2022 Through October 31, 2022* (this "Third Monthly Fee Statement").[3] Specifically, Cassels seeks: (i) interim allowance of CAD$20,697.75 for the reasonable and necessary legal services that Cassels rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) compensation in the amount of CAD$16,558.20, which is equal to 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.*, CAD$20,697.75); and (iii) allowance and payment of CAD$96.06 for the actual and necessary expenses that Cassels incurred in connection with such services during the Fee Period.

---

[3] The period from October 1, 2022 through and including October 31, 2022, is referred to herein as the "Fee Period."

2

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of Cassels lawyers and paraprofessionals who rendered services to the Committee in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.[4]

2. Attached hereto as **Exhibit B** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Cassels is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Cassels's out-of-pocket expenses, which total CAD$96.09.

3. Attached hereto as **Exhibit C** are the time and expense records of Cassels, which provide a daily summary of the time spent by each Cassels professional during the Fee Period as well as an itemization of expenses.

4. Attached hereto as **Exhibit D** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cassels lawyers and paraprofessionals during the Fee Period with respect to each of the project categories Cassels established in accordance with its internal billing procedures. As reflected in **Exhibit D**, Cassels incurred CAD$20,697.75 in fees during the Fee Period. Pursuant to this Fee Statement, Cassels seeks reimbursement for 80% of such fees (CAD$16,558.20).

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the

---

[4] Exhibit "A" reflects a write off of all services provided by timekeepers billing less than 5 hours during the Fee Period.

Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

| | |
|---|---|
| Dated: December 15, 2022<br>Toronto, Ontario | **CASSELS BROCK & BLACKWELL LLP**<br><br>By:   */s/ Ryan C. Jacobs*<br>Name:   Ryan C. Jacobs<br>Title:    Partner<br>Cassels Brock & Blackwell LLP<br><br>*Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.* |

## Exhibit A

### Summary of Timekeepers Included in this Fee Statement
### (All amounts are in Canadian Dollars)

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation[1] |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Shayne Kukulowicz | Partner, Ontario 1990, Alberta 2016, Restructuring and Insolvency | 9.10 | $1,075.00 | $9,782.50 |
| Ryan Jacobs | Partner, New York 2004, Ontario 2011, Restructuring and Insolvency | 5.10 | $1,150.00 | $5,865.00 |
| Natalie Levine | Partner, New York 2008, District of Columbia 2011, Ontario 2013, Restructuring and Insolvency | 10.00 | $735.00 | $7,350.00 |

---

[1] Does not reflect 10% discount on fees.

## Exhibit B

**Expense Summary**
**(All amounts are in Canadian Dollars)**

| Category | Amount |
|---|---:|
| Court - Sundry | $96.09 |
| **TOTAL** | **$96.09** |

**<u>Exhibit C</u>**

**Time Records**

Cassels Brock & Blackwell LLP								Page 2 of 4
Official Committee of Unsecured Creditors of Voyager Digital					Invoice No: 2186379
Holdings, Inc
Re: CCAA Recognition Proceedings							Matter No. 057782-00001

**FEE DETAIL**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Oct-03-22 | N. Levine | B470 | Correspond with D. Richer and S. Kukulowicz re recognition hearing; | 0.20 |
| Oct-03-22 | S. Kukulowicz | B470 | Correspond with N. Levine regarding recognition hearing; | 0.20 |
| Oct-03-22 | S. Kukulowicz | B470 | Analyze recognition orders not being opposed; | 0.20 |
| Oct-06-22 | N. Levine | B470 | Correspondence with S. Kukulowicz re hearing (.1); review update to D. Azman re same (.1); | 0.20 |
| Oct-06-22 | S. Kukulowicz | B470 | Attend hearing for recognition of various retention orders (.5) draft report to D. Azman re same (.1); correspond with N. Levine re hearing (.1); | 0.70 |
| Oct-06-22 | S. Kukulowicz | B470 | Review of Court's endorsement and issued recognition order; | 0.30 |
| Oct-07-22 | N. Levine | B470 | Correspond with S. Kukulowicz re plan impacts in Canada; | 0.10 |
| Oct-07-22 | S. Kukulowicz | B470 | Exchange emails with N. Levine regarding Chapter 11 plan and sale and potential Canadian issues; | 0.20 |
| Oct-07-22 | S. Kukulowicz | B470 | Review of Second Amended Plan; | 0.40 |
| Oct-10-22 | N. Levine | B470 | Analyze updates on plan distribution issues for impact on Canadian proceedings; | 0.20 |
| Oct-11-22 | N. Levine | B470 | Analyze plan objections; | 0.20 |
| Oct-12-22 | S. Kukulowicz | B470 | Review of Ad Hoc Equity Committee filings; | 0.30 |
| Oct-13-22 | S. Kukulowicz | B470 | Review of objections filed by Ad Hoc Equity Committee and UCC; | 1.20 |
| Oct-13-22 | R. Jacobs | B470 | Review equity committee motion; | 2.40 |
| Oct-13-22 | N. Levine | B470 | Review equity committee pleadings (.8); draft email to S. Kukulowicz and R. Jacobs re misstatements of Canadian law (.2); | 1.00 |
| Oct-14-22 | S. Kukulowicz | B470 | Further review of objections filed in respect of the APA and plan disclosure; | 0.40 |
| Oct-14-22 | N. Levine | B470 | Correspond with D. Simon re objection (.1); confer with S. Kukulowicz re intercompany issues (.2); | 0.30 |
| Oct-14-22 | R. Jacobs | B470 | Analysis of equity committee pleadings regarding claim characterization; | 2.70 |
| Oct-14-22 | S. Kukulowicz | B470 | Consider bullet points on Information Officer report and intercompany receivable issue; | 0.30 |
| Oct-14-22 | S. Kukulowicz | B470 | Office conference with N. Levine regarding intercompany receivable issue; | 0.20 |
| Oct-15-22 | S. Kukulowicz | B470 | Review of Information Officer's Second Report and Limited Objection of Ad Hoc Equity Committee regarding references to intercompany receivables; | 1.10 |
| Oct-15-22 | S. Kukulowicz | B470 | Summarize issues and commentary on intercompany receivables (.7); discuss same with N. Levine (.1); | 0.80 |
| Oct-15-22 | N. Levine | B470 | Call with S. Kukulowicz re IO report (.1); review equity materials re IO report (.4); | 0.50 |

Cassels Brock & Blackwell LLP | Page 3 of 4
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc | Invoice No: 2186379
Re: CCAA Recognition Proceedings | Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Oct-16-22 | S. Kukulowicz | B470 | Telephone conference with N. Levine regarding comments on draft commentary; | 0.20 |
| Oct-16-22 | S. Kukulowicz | B470 | Review of draft commentary on Information Officer's Second Report references to intercompany receivable and objection by Ad Hoc Equity Committee to plan related documents; | 0.40 |
| Oct-16-22 | N. Levine | B470 | Draft summary of Canadian issues for D. Simon (.3); research re same (.1); call with S. Kukulowicz re same (.2); | 0.60 |
| Oct-17-22 | S. Kukulowicz | B470 | Assess legal filings for Canadian implications; | 0.80 |
| Oct-18-22 | N. Levine | B155 | Prepare for US hearing; | 0.10 |
| Oct-19-22 | S. Kukulowicz | B470 | Office conference with N. Levine regarding US hearing (.2) review of related pleadings (.4); | 0.60 |
| Oct-19-22 | N. Levine | B155 | Confer with S. Kukulowicz to prepare for hearing (.2); participate in US hearing (3.2); | 3.40 |
| Oct-20-22 | N. Levine | B470 | Review of plan documents from US hearing to prepare for recognition issues; | 0.30 |
| Oct-21-22 | N. Levine | B470 | Review updated plan documents; | 0.30 |
| Oct-24-22 | N. Levine | B160 | Prepare fee application; | 0.30 |
| Oct-25-22 | N. Levine | B160 | Prepare fee application; | 0.20 |
| Oct-25-22 | N. Levine | B470 | Analysis of updated disclosure statement for impact on Canada; | 1.50 |
| Oct-25-22 | S. Kukulowicz | B470 | Assess legal U.S. filings for Canadian implications; | 0.50 |
| Oct-28-22 | N. Levine | B470 | Correspond with D. Azman re next Canadian hearing; | 0.20 |
| Oct-28-22 | S. Kukulowicz | B470 | Review of emails with D. Azman regarding recognition of Sale Order or the Disclosure Statement Order; | 0.30 |
| Oct-31-22 | N. Levine | B470 | Call with D. Richer re hearing (.1); correspond with D. Azman re same (.1); analyze precedent recognition orders (.2); | 0.40 |

| FEE SUMMARY | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Hours** | **Rate** | **Amount** |
| Levine, Natalie | Partner | 10.00 | 735.00 | 7,350.00 |
| Kukulowicz, Shayne | Partner | 9.10 | 1,075.00 | 9,782.50 |
| Jacobs, Ryan | Partner | 5.10 | 1,150.00 | 5,865.00 |
| **Total (CAD)** | | **24.20** | | **22,997.50** |

Cassels Brock & Blackwell LLP  
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc  
Re: CCAA Recognition Proceedings

Page 4 of 4  
Invoice No: 2186379  
Matter No. 057782-00001

## TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|---|---|---:|---:|
| B155 | Court Hearings | 3.50 | 2,572.50 |
| B160 | Fee/Employment Applications | 0.50 | 367.50 |
| B470 | Foreign Proceedings | 20.20 | 20,057.50 |
| **Total (CAD)** | | **24.20** | **22,997.50** |

| | |
|---|---:|
| Our Fees | 22,997.50 |
| Less: 10% Discount on Fees | (2,299.75) |
| Total Fees | 20,697.75 |
| **TOTAL FEES (CAD)** | **20,697.75** |

## DISBURSEMENT SUMMARY

**Non-Taxable Disbursements**

| | |
|---|---:|
| Court - Sundry | 96.09 |
| Total Non-Taxable Disbursements | 96.09 |
| **TOTAL DISBURSEMENTS (CAD)** | **96.09** |

| | |
|---|---:|
| **TOTAL FEES** | **20,697.75** |
| **TOTAL DISBURSEMENTS** | **96.09** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **20,793.84** |

## OUTSTANDING INVOICES

| Invoice Number | Invoice Date | Bill Amount | Payments / Credits | Balance Due |
|---|---|---:|---:|---:|
| 2182388 | 10/31/22 | 11,672.55 | 0.00 | 11,672.55 |
| 2182387 | 10/31/22 | 75,084.30 | 0.00 | 75,084.30 |
| 2186379 | 12/13/22 | 20,793.84 | 0.00 | 20,793.84 |
| **Total (CAD)** | | **107,550.69** | **0.00** | **107,550.69** |

## Exhibit D

## Statement of Fees by Project Category
## (All amounts are in Canadian Dollars)

| Task Code | Description | Total Hours | Total Fees[1] |
|---|---|---|---|
| B110 | Case Administration | 0.00 | $0.00 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 |
| B130 | Asset Disposition | 0.00 | $0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.00 | $0.00 |
| B150 | Creditor Meetings and Communication | 0.00 | $0.00 |
| B155 | Court Hearings | 3.50 | $2,572.50 |
| B160 | Fee/Employment Applications | 0.50 | $367.50 |
| B170 | Fee/Employment Objections | 0.00 | $0.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 0.00 | $0.00 |
| B190 | Other Contested Matters | 0.00 | $0.00 |
| B195 | Non-Working Travel | 0.00 | $0.00 |
| B210 | Business Operations | 0.00 | $0.00 |
| B220 | Employee Issues | 0.00 | $0.00 |
| B230 | Financing/Cash Collateral Issues | 0.00 | $0.00 |
| B240 | Tax Issues | 0.00 | $0.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 0.00 | $0.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 0.00 | $0.00 |
| B310 | Claims Administration & Objections | 0.00 | $0.00 |
| B320 | Plan and Disclosure Statement | 0.00 | $0.00 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.00 | $0.00 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Special Committee Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 0.00 | $0.00 |
| B470 | Foreign Proceedings | 20.20 | $20,057.50 |
| **TOTAL** | | **24.20** | **$22,997.50** |

---

[1] Does not reflect 10% discount on fees.