UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF STRETTO, INC. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Name of Applicant: | Stretto, Inc. |
|---|---|
| Applicant's Role in Case: | **Administrative Advisor to Voyager Digital Holdings, Inc.,** *et al.* |
| Date Order of Employment Signed: | August 4, 2022 [Docket No. 241] |
| Time Period covered by this statement: | **Beginning Period** / **End Period**[2] |
| | September 1, 2022 / September 30, 2022 |

| Summary of Total Fees and Expenses Requested: ||
|---|---|
| **Total fees requested in this statement:** | $11,190.91 (80% of $13,988.84) |
| **Total expenses requested in this statement:** | $0.00 |
| **Total fees and expenses requested in this statement:** | $11,190.91 |
| This is a(n):  __X__ Monthly Application  ____ Interim Application  ____ Final Application ||

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] This statement consists of fees and expenses from September 1, 2022, through September 30, 2022.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date* [Docket No. 241], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Stretto, Inc. ("Stretto"), administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Third Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period from September 1, 2022 through September 30, 2022* (this "Fee Statement").³ Specifically, Stretto seeks: (i) interim allowance of $13,988.84 for the reasonable compensation for actual, necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $11,190.91, which is equal to 80% of the total amount of reasonable compensation for actual, necessary professional administrative services that Stretto incurred in connection with such services during the Fee Period (*i.e.*, $13,988.84); and (iii) allowance and payment of $0.00 for the actual, necessary expenses that Stretto incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.  Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Stretto professionals during the Fee Period with respect to each of the project categories Stretto established in accordance with its internal billing

---

³ The period from September 1, 2022, through and including September 30, 2022, is referred to herein as the "Fee Period."

2

procedures. As reflected in **Exhibit A**, Stretto incurred $13,988.84[4] in fees during the Fee Period. Pursuant to this Fee Statement, Stretto seeks reimbursement for 80% of such fees (*i.e.*, $11,190.91 in the aggregate).

2. Attached hereto as **Exhibit B** is a schedule of Stretto professionals, including the standard hourly rate for each professional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of professionals for all services provided during the Fee Period is $181.67.

3. Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Stretto is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Stretto's out-of-pocket expenses, which total $0.00.

4. Attached hereto as **Exhibit D** are the time records of Stretto, which provide a daily summary of the time spent by each Stretto professional during the Fee Period.

## Notice

5. Stretto will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. Stretto submit that no other or further notice be given.

[*Remainder of page intentionally left blank*]

---

[4] Listed amount of fees requested is net of a contractual discount in the amount of $3,497.16.

WHEREFORE, Stretto, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $13,988.84 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $11,190.91, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors (i.e., $13,988.84); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that Stretto incurred in connection with such services during the Fee Period.

| | |
|---|---|
| Dated: December 16, 2022<br>Irvine, California | Respectfully submitted,<br><br>*/s/ Brian Karpuk*<br>Brian Karpuk<br>410 Exchange, Ste. 100<br>Irvine, California 92602<br>Tel: (312) 523-9564<br>Email: brian.karpuk@stretto.com<br><br>*Administrative Advisor for Debtors*<br>*and Debtors in Possession* |

# Exhibit A

## Statement of Fees and Expenses By Project Category

**Statement of Fees and Expenses By Project Category**

| Project Category | Hours | Fees |
|---|---:|---:|
| Schedules and Statements | 77.0 | $17,458.80 |
| Less Contractual Discount |  | ($3,497.16) |
| **Totals** | **77.0** | **$13,988.84** |

**<u>Exhibit B</u>**

**Summary of Timekeepers Included in this Fee Statement**

**Summary of Timekeepers Included in this Fee Statement**

| Name | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Adam Fialkowski | Director | $193.00 | 29.5 | $5,693.50 |
| Leticia Sanchez | Director | $193.00 | 46.1 | $11,522.10 |
| Stephen Cady | Director | $193.00 | 1.4 | $270.20 |
| Less Contractual Discount | | | | ($3,497.16) |
| **Grand Total** | | | **77.0** | **$13,988.84** |
| **Blended Rate** | | | | **$181.67** |

**Exhibit C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense Category | Expenses |
|---|---:|
| None | $0.00 |

**<u>Exhibit D</u>**

**Detailed Description of Time Records**

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 09/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with L. Klaff re status of SOFA 3 and open items on same; and status on Amendments to SOAL G and E; including email correspondence on same | 1.0 | $193.00 | $193.00 |
| 09/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 3 data from Voyager and BRG; and generate Exhibits for Amended SOFA 3 re Sell Trade | 3.5 | $193.00 | $675.50 |
| 09/01/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare transactional data for amended SOFA 3 | 3.8 | $193.00 | $733.40 |
| 09/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Teleconference with E. Clark re status of SOFA 3 and open items on same; and status on Amendments to SOAL G and E; including email correspondence on same | 0.5 | $193.00 | $96.50 |
| 09/01/2022 | Leticia Sanchez | Director | Schedules and Statements | SOFA 3 analysis and discussion on same | 3.0 | $193.00 | $579.00 |
| 09/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Review most updated Schedule G Amendment; and coordinate forms to be updated with same for all debtors | 1.0 | $193.00 | $193.00 |
| 09/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Generate Schedule E Amended forms and submit same to K&E for review | 1.0 | $193.00 | $193.00 |
| 09/01/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 3 data from Voyager and BRG; and generate Exhibits for Amended SOFA 3 re Withdrawals | 3.3 | $193.00 | $636.90 |
| 09/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOAL G and update same for all debtors | 1.0 | $193.00 | $193.00 |
| 09/02/2022 | Adam Fialkowski | Director | Schedules and Statements | Review and update schedules workbooks re: Schedule G | 0.9 | $193.00 | $173.70 |
| 09/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 3 data from Voyager and BRG re Customer Withdrawals of Crypto; and generate Exhibits for Amended SOFA 3 | 2.0 | $193.00 | $386.00 |
| 09/02/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updated exhibits to transactional data for SOFA 3 | 3.8 | $193.00 | $733.40 |
| 09/02/2022 | Adam Fialkowski | Director | Schedules and Statements | Print and review amended SOFA 3 schedules | 3.4 | $193.00 | $656.20 |
| 09/02/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare database for SOFA 3 transactions | 3.6 | $193.00 | $694.80 |
| 09/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 3 data from Voyager and BRG re Customer Crypto Sale Transactions | 3.5 | $193.00 | $1,351.00 |
| 09/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Generate Exhibits for Amended SOFA 3 | 3.5 | $193.00 | $1,351.00 |
| 09/02/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare and review amended schedule drafts. Prepare share site re: same | 3.1 | $193.00 | $598.30 |
| 09/02/2022 | Stephen Cady | Director | Schedules and Statements | Review amended SOFA 3 data and generate template to transform data for presentation in exhibits | 1.4 | $193.00 | $270.20 |
| 09/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 3 data from Voyager and BRG re Customer Crypto Sale Transactions | 3.3 | $193.00 | $1,273.80 |
| 09/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Generate further updated Exhibits for Amended SOFA 3 | 3.3 | $193.00 | $1,273.80 |
| 09/07/2022 | Leticia Sanchez | Director | Schedules and Statements | Update SOFA 3 Exhibits for Customer Withdrawals of Crypto; and generate updated Exhibits | 0.9 | $193.00 | $173.70 |
| 09/07/2022 | Leticia Sanchez | Director | Schedules and Statements | Update Schedule E forms re updates from K&E; and submit same for final sign-off | 0.3 | $193.00 | $57.90 |
| 09/07/2022 | Leticia Sanchez | Director | Schedules and Statements | Update SOFA 3 Exhibits for Customer Crypto Sale Transactions; and generate updated Exhibits | 2.0 | $193.00 | $386.00 |
| 09/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 3 Amendments re new potential additions | 0.3 | $193.00 | $57.90 |
| 09/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 3 data re D&O insurance payment made prior to the petition date; including multiple email correspondence on same | 0.3 | $193.00 | $57.90 |
| 09/09/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 3 updates from Voyager; and review correspondence with K&E, BRG and Voyager on same | 0.5 | $193.00 | $96.50 |
| 09/13/2022 | Leticia Sanchez | Director | Schedules and Statements | Review SOFA 3 updates and coordinate updated Exhibits | 0.5 | $193.00 | $96.50 |
| 09/13/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare amended SOFA 3 | 0.9 | $193.00 | $173.70 |
| 09/13/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare/Review updated schedules drafts | 1.4 | $193.00 | $270.20 |
| 09/13/2022 | Leticia Sanchez | Director | Schedules and Statements | Request for updated versions of the proposed Amendments and circulate them once available per K&E | 0.3 | $193.00 | $57.90 |
| 09/13/2022 | Leticia Sanchez | Director | Schedules and Statements | Review amended SOFAs/Schedules reflecting the recent additions to SOFA 3; including coordinating same to be submitted to K&E team | 0.8 | $193.00 | $154.40 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 09/14/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare/Aggregate SOFA 3 data | 2.9 | $193.00 | $559.70 |
| 09/14/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare amended Schedule F | 0.5 | $193.00 | $96.50 |
| 09/14/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare statements drafts | 3.2 | $193.00 | $617.60 |
| 09/14/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare schedules drafts | 0.9 | $193.00 | $173.70 |
| 09/14/2022 | Leticia Sanchez | Director | Schedules and Statements | Review amended Schedule F; including coordinating same to be submitted to K&E for review and filing | 0.5 | $193.00 | $96.50 |
| 09/14/2022 | Leticia Sanchez | Director | Schedules and Statements | Review schedules drafts; including coordinating same to be submitted to K&E for review and filing | 0.5 | $193.00 | $96.50 |
| 09/14/2022 | Leticia Sanchez | Director | Schedules and Statements | Review statements drafts; including coordinating same to be submitted to K&E for review and filing | 2.0 | $193.00 | $386.00 |
| 09/14/2022 | Leticia Sanchez | Director | Schedules and Statements | Review/Aggregate SOFA 3 data; including coordinating same to be submitted to K&E for review and filing | 2.0 | $193.00 | $386.00 |
| 09/14/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updates from K&E to SOFA 3; including reviewing same and coordinating same to be submitted to K&E team | 1.0 | $193.00 | $193.00 |
| 09/15/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare schedules drafts | 1.1 | $193.00 | $212.30 |
| 09/15/2022 | Leticia Sanchez | Director | Schedules and Statements | Coordinate final versions of Amended Statements; including reviewing same and coordinating same to be submitted to K&E team | 1.0 | $193.00 | $193.00 |
| 09/22/2022 | Leticia Sanchez | Director | Schedules and Statements | Review customer inquiries from S. Casey | 0.3 | $193.00 | $57.90 |
| 09/30/2022 | Leticia Sanchez | Director | Schedules and Statements | Generate Preliminary Voting Amount Spreadsheet per request from BRG re amounts by class; including submitting same to BRG and K&E | 3.0 | $193.00 | $579.00 |
| | Contractual Discount | | | | | | ($3,497.16) |
| | **TOTAL** | | | | **77.0** | | **$13,988.64** |