**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC,<br>*et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-10943 (MEW)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of
Transferor:
**Name (Redacted)**

Name of Transferee:

**Cherokee Debt Acquisition, LLC**

Name and Address where notices and payments
to transferee should be sent:
**Cherokee Debt Acquisition, LLC**
**1384 Broadway, Suite 906**
**New York, NY 10018**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | Last 4 Digits of Account: 6892 | as described on Schedule F (attached) | Voyager Digital, LLC | 22-10945 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Vladimir Jelisavcic*
—————————————
Transferee/Transferee's Agent

Date: December 16 , 2022

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

| 3254 | Address on File | LUNA 3.288 | | |
|------|----------------|------------|---|---|
| 98A9 | Address on File | VGX 4.6 | | |
| 9058 | Address on File | BTC 0.010917: USDC 524.05 | | |
| 2068 | Address on File | APE 2.476: VGX 615.53 | | |
| 495C | Address on File | APE 0.036 | | |
| 6892 | Address on File | USDC 75772.61 | | |
| 3B40 | Address on File | ADA 0.5 | | |
| E715 | Address on File | BTC 0.000442: BTT 120000000: QTUM 20: USDC 109.37 | | |

In re: Voyager Digital, LLC
Case Number: 22-10945

5028 of 20395

\* Customer account has undergone Reconciliation
\*\* Customer account has undergone Negative
USD Balance Cryptocurrency Liquidation
See Global Notes for more information