PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF CHANGE IN HOURLY RATES OF**
**PAUL HASTINGS LLP, ORDINARY COURSE PROFESSIONAL TO THE DEBTORS**

**PLEASE TAKE NOTICE** that, on August 5, 2022, the Bankruptcy Court for the Southern District of New York entered the *Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [Docket No. 244] (the "OCP Order"). In accordance with the OCP Order, Paul Hastings serves as an ordinary course professional to the above-captioned debtors and debtors in possession in their chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that Paul Hastings LLP hereby provides notice of the following adjusted hourly rates, effective January 1, 2023:

| **Timekeeper Category** | **U.S. Hourly Rate Range** |
|---|---|
| Partners | $1,400 - $2,075 |
| Of Counsel | $1,400 - $2,000 |
| Associates | $800 - $1,320 |
| Paraprofessionals | $275 - $600 |

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Dated: December 21, 2022  /s/ Kenneth Pasquale
     New York, New York  Kenneth Pasquale
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000