**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**



CHEROKEE
ACQUISITION

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC,<br>*et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-10943 (MEW)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name of Transferee:

**Contrarian Funds, LLC**

Name and Current Address of Transferor:
**Name (Redacted)**

Name and Address where notices and payments to transferee should be sent:
**Contrarian Funds, LLC**
**Attn: Alpa Jimenez**
**411 West Putnam Avenue, Suite 425**
**Greenwich, CT 06830**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | Last 4 Digits of Account: 92DD | as described on Schedule F (attached) | Voyager Digital, LLC | 22-10945 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *A Jimenez*
Transferee/Transferee's Agent

Date: December 21 , 2022

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

| | | |
|---|---|---|
| 92DD | Address on File | ADA 471; BTC 0.000523; DOGE 1796.6; ETH 5.7026; HBAR 7938.1; SHIB 3108486.1; USDC 256567.03 |