**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 28, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cherokee Debt Acquisition, LLC, 1384 Broadway Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 780]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 791]**

Furthermore, on December 28, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 780]**

Furthermore, on December 28, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 791]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Furthermore, on December 28, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Contrarian Funds, LLC at Attn: Alpa Jimenez, 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830, and one (1) confidential party not included herein:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 785]**

Furthermore, on December 28, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on KB507 LLC at Attn: Thomas Braziel, 10830 SW 69 Ave, Pinecrest, FL 33156, and one (1) confidential party not included herein:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 790]**

Dated: December 30, 2022

_____
Amanda Hinchey

State of Illinois        )
                         ) SS.
County of Cook           )

Subscribed and sworn before me this 30th day of December 2022 by Amanda Hinchey.

_____
(Notary's official signature)

DANIEL DROS
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
December 26, 2023