## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: *VOYAGER DIGITAL HOLDINGS, INC.*,

Case No.: 22-10943 (MEW)

Chapter 11

Debtor

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Karen Cordry, to be admitted, ***pro hac vice***, to represent the States of Alabama, Arkansas, California, District of Columbia, Hawaii, Maine, North Dakota, Oklahoma, and South Carolina, (the "Clients"), creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  District of Columbia, it is hereby

**ORDERED**, that  Karen Cordry    , Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 4, 2023

_____New York_____, New York

s/Michael E. Wiles
_____
UNITED STATES BANKRUPTCY JUDGE