Karen Cordry
D.C. Bar No. 278051
Bankruptcy Counsel,
National Association of Attorneys General
1850 M St., NW, 12th Floor
Washington, DC 20036
Telephone: (301) 933-3640
kcordry@naag.org

ATTORNEY FOR THE STATES OF ALABAMA, ARKANSAS,
CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE,
NORTH DAKOTA, OKLAHOMA, AND SOUTH CAROLINA[1]

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
          : CHAPTER 11
In re:    :
          : Case No. 22-10943 (MEW)
VOYAGER DIGITAL HOLDINGS, INC.,[2]    :
          :
          : Jointly Administered
     Debtors.    :
---------------------------------------------------------------x

# NOTICE OF APPEARANCE AND REQUEST
# FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that Karen Cordry hereby appears as counsel for the States of Alabama, Arkansas, California, District of Columbia, Hawaii, Maine, North Dakota, Oklahoma and South Carolina, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in

---

[1] The specific State agencies represented are the Alabama Securities Commission, the Arkansas Securities Department, the California Department of Financial Protection and Innovation, the District of Columbia, Department of Insurance, Securities and Banking, the Hawaii Department of Commerce and Consumer Affairs, Securities Enforcement Branch, the Maine Securities Administrator, the North Dakota Securities Department, the Oklahoma Department of Securities, and the South Carolina Attorney General Office.  For ease of reference, these entities will be referred to herein simply under the relevant state names.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 3 rving Place, Suite 3060, New York, NY 10003.

the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Karen Cordry<br>
Bankruptcy Counsel<br>
National Association of Attorneys General<br>
1850 M St., NW, 12th Floor<br>
Washington, DC<br>
Phone: 301-933-3640<br>
Email: kcordry@naag.org

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: January 4, 2023    Respectfully submitted,

Karen Cordry,

*/s/ Karen Cordry*

Karen Cordry
Bankruptcy Counsel
National Association of Attorneys General
1850 M St., NW, 12th Floor

Washington, DC
Phone: 301-933-3640
kcordry@naag.org

ATTORNEY FOR:
Alabama Securities Commission
Arkansas Securities Department
California Department of Financial Protection and Innovation
District of Columbia, Department of Insurance, Securities and Banking
Hawaii Department of Commerce and Consumer Affairs, Securities Enforcement Branch
Maine Securities Administrator
North Dakota Securities Department
Oklahoma Department of Securities
South Carolina Attorney General Office

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on January 4, 2023.

*/s/ Karen Cordry*
Karen Cordry,
Bankruptcy Counsel