**Hearing Date: January 10, 2023 at 2:00 p.m.**
                                                         **Opp. Deadline: January 4, 2023 at 4:00 p.m.**

**McELROY, DEUTSCH, MULVANEY**
 **& CARPENTER, LLP**
Jeffrey Bernstein, Esq.
Virginia T. Shea, Esq.
570 Broad Street, Suite 1500
Newark, NJ 07102
Phone: (973) 565-2183
jbernstein@mdmc-law.com
vshea@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*[1] | ) Case No. 22-10943-MEW |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Wednesday, January 4, 2023, *The New Jersey Bureau of Securities Response and Reservation of Rights to 1) Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Binance.US Purchase Agreement and (II) Granting Related Relief [Doc. No. 775], and 2) Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

*Objections, and (IV) Granting Related Relief [Doc. No. 779]* (the "Response") was e-filed and served via CM/ECF on all parties registered to receive notification of such filings. Additionally, the Response was served by e-mail on the following parties:

| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith, P.C.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>jsussberg@kirkland.com<br>cmarcus@kirkland.com<br>christine.okike@kirkland.com<br>allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Richard Morrissey, Esq.<br>Mark Bruh, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK<br>Richard.morrissey@usdoj.gov<br>mark.bruh@usdoj.gov<br><br>*U.S. Trustee* |
| John J. Calandra, Esq.<br>Joseph B. Evans, Esq.<br>Darren Azman, Esq.<br>MCDERMOTT WILL & EMERY LLP<br>jcalandra@mwe.com<br>jbevans@mwe.com<br>dazman@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | Therese A. Scheuer, Esq.<br>Andrew Calamari, Esq.<br>SECURITIES & EXCHANGE COMMISSION<br>scheuert@sec.gov<br>nyrobankruptcy@sec.gov<br><br>*Counsel to the Securities & Exchange Commission* |
| Adam J. Goldberg, Esq.<br>Nacif Taousse, Esq.<br>Jonathan J. Weichselbaum, Esq.<br>Andrew D. Sorkin, Esq.<br>LATHAM & WATKINS, LLP<br>adam.goldberg@lw.com<br>nacif.taousse@lw.com<br>jon.weichselbaum@lw.com<br>Andrew.sorkin@lw.com<br><br>*Counsel to BAM Trading Services Inc. d/b/a Binance.US* | |

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Jeffrey Bernstein*
Jeffrey Bernstein, Esq.
Virginia T. Shea, Esq.
570 Broad Street, Suite 1500
Newark, NJ 07102
Telephone: (973) 565-2183
E-mail: jbernstein@mdmc-law.com
vshea@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*

3