Sheryl P. Guigliano, Esq.
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza, 15th Floor
Uniondale, New York 11556-1425
(516) 663-6600

*Local Counsel to Usio, Inc. and FiCentive, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al*. | Case No. 22-10943 (MEW) |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------X

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ruskin Moscou Faltischek, P.C. ("RMF") by Sheryl P. Guigliano, hereby appears as local counsel to Usio, Inc. ("Usio") and FiCentive, Inc. ("FiCentive") and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 2018, 4001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and demands that all notices given or required to be given in these jointly administered cases, and all papers served or required to be served in these cases, be given to and served upon RMF at the following address:

> Sheryl P. Giugliano, Esq.
> Ruskin Moscou Faltischek, P.C.
> 1425 RXR Plaza, 15th Floor
> Uniondale, NY 11556-1425
> (516) 663-6600
> E-mail: sgiugliano@rmfpc.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed

by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise, which affect or seeks to affect in any way, any rights, claims or interests of Usio and FiCentive.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the above-captioned cases is intended to be, or shall be construed as, a waiver of Usio's or FiCentive's: (i) rights to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related thereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoff, defenses, and recoupments are expressly reserved.

Dated: Uniondale, New York
       January 4, 2023

                                      RUSKIN MOSCOU FALTISCHEK, P.C.
                                      *Local Counsel to Usio, Inc. and FiCentive, Inc.*

                              By:   /s/ Sheryl P. Giugliano
                                      Sheryl P. Giugliano, Esq.
                                      1425 RXR Plaza, 15th Floor
                                      Uniondale, NY 11556-1425
                                      (516) 663-6600

TO:    All Parties Receiving ECF Notification

990858