UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., et al.,[1] | Case No. 22-10943-MEW |
| | (Jointly Administered) |
| Debtors. | |

CERTIFICATE OF SERVICE

The undersigned counsel, of the New York State Department of Financial Services, hereby certifies that on the 4th day of January, 2023, he caused a true and correct copy of the *Limited Objection of the New York State Department of Financial Services to Debtors' Motion for Entry of an Order (I) Authorizing Entry Into the Binance US Asset Purchase Agreement and (II) Granting Related Relief*, [Docket No. 812] (the "Objection") to be e-filed and served via CM/ECF on all parties registered to receive notification of such filings.

The undersigned further certifies that on the 5th day of January, 2023, he caused a true and correct copy of the Objection to be served on those parties appearing on Exhibit A by e-mail.

The undersigned further certifies that on the 5th day of January, 2023, he caused a true and correct copy of the Objection to be served on those parties appearing on Exhibit B by first class mail.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687, hereinafter "Holdings"); Voyager Digital, Ltd. (7224, hereinafter, the "Canadian Parent Company"); and Voyager Digital, LLC (8013, hereinafter, "Voyager"). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Dated:  New York, New York
      January 5, 2023

                                                                      */s/ Jason D. St. John*
                                                                      Jason D. St. John
                                                                       Assistant Deputy Superintendent
                                                                       Consumer Protection and Financial Enforcement
                                                                       New York State Department of Financial Services
                                                                       One State Street
                                                                       New York, New York 10004-1511
                                                                       (646) 343-4199
                                                                       Jason.Stjohn@dfs.ny.gov

**Exhibit A**

| | | |
|---|---|---|
| Kirkland & Ellis LLP<br>Attn: Joshua A. Sussberg; Christopher Marcus; Christine A. Okike; Allyson B. Smith<br>601 Lexington Avenue<br>New York, NY 10022<br><br>jsussberg@kirkland.com<br>cmarcus@kirkland.com<br>Christine.okike@kirkland.com<br>Allyson.smith@kirkland.com<br><br>*Counsel to Debtors* | McDermott, Will & Emery LLP<br>Attn: John J. Calandra; Joseph B. Evans;  Darren Azman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br><br>jcalandra@mwe.com<br>jbevans@mwe.com<br>dazman@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | Office of the United States Trustee for the Southern District of New York<br>Attn: Richard C. Morrissey; Mark Bruh<br>201 Varick Street, Room 1006<br>New York, NY 10014<br><br>Richard.morrissey@usdoj.gov<br>Mark.bruh@usdoj.gov |
| Securities & Exchange Commission<br>Attn: Therese A. Scheuer<br>scheuert@sec.gov<br>nyrobankruptcy@sec.gov | Latham & Watkins, LLP<br>Attn: Adam J. Goldberg, Nacif Taousse, Jonathan Weichselbaum, Andrew Sorkin<br><br>Adam.goldberg@lw.com<br>Nacif.taousse@lw.com<br>Jon.weichselbaum@lw.com<br>Andrew.sorkin@lw.com<br><br>*Counsel to BAM Trading Services Inc. d/b/a Binance.US* | |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NTERNAL REVENUE SERVICE | | PO BOX 7346 | | | PH LADELPHIA | PA | 19101-7346 | | 800-973-0424 | 267-941-1015 | |
| SPECIAL COUNSEL TO DEBTOR VOYAGER DIGITAL, LLC | C/O QU NN EMANUEL URQUHART & SULLIVAN LLP | ATTN: SUSHEEL KIRPALANI, KATE SCHERL NG, & ZACHARY RUSSELL | 51 MADISON AVENUE 22ND FLOOR | | NEW YORK | NY | 10010 | | 212-849-7000 | 212-849-7100 | |
| STATE OF INDIANA | OFFICE OF THE NDIANA ATTORNEY GENERAL | NDIANA GOVERNMENT CENTER SOUTH | 302 W WASH NGTON ST, 5TH FLOOR | | INDIANAPOLIS | IN | 46204 | | 317-232-6201 | 317-232-7979 | |
| STATE OF KENTUCKY | ATTORNEY GENERAL - DAN EL CAMERON | 700 CAPITAL AVENUE, SUITE 118 | | | FRANKFORT | KY | 40601 | | 502-696-5300 | 502-564-2894 | |
| STATE OF MASSACHUSETTS | ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE, 20TH FLOOR | | | BOSTON | MA | 02108 | | 617-727-2200 | | |
| STATE OF MICHIGAN | DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST | | | LANSING | MI | 48906 | | 517-335-7622 | | |
| STATE OF MISSISSIPPI | OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILD NG | 550 HIGH ST, PO BOX 220 | | JACKSON | MS | 39201 | | 601-359-3680 | 601-359-4231 | |
| STATE OF NEBRASKA | OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | | 402-471-2683 | 402-471-3297 | |
| STATE OF NEVADA | OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | | 775-684-1100 | 775-684-1108 | |
| STATE OF NEW JERSEY | OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING BOX 080 | | TRENTON | NJ | 8611 | | 609-292-8740 | 609-292-3508 | |
| STATE OF NEW YORK | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 | | 518-474-7330 | 866-413-1069 | |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | | (919) 716-6400 | 919-716-6050 | |
| STATE OF OHIO | OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | | COLUMBUS | OH | 43215 | | 614-466-4986 | | |
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST RM 519 | | COLUMBIA | SC | 29201 | | 803-734-3970 | 803-253-6283 | |
| STATE OF SOUTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 11549 | | | COLUMBIA | SC | 29211 | | | | |
| STATE OF SOUTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14, STE 1 | | | PIERRE | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | |
| STATE OF TENNESSEE | OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | | 615-741-3491 | 615-741-2009 | |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | | | AUSTIN | TX | 78701 | | 512-463-2100 | 512-475-2994 | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | 1125 WASH NGTON ST SE | | | OLYMPIA | WA | 98501 | | 206-464-6684 | | |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 | | 360-753-6200 | | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 2

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | Fax | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF WISCONSIN | OFFICE OF THE ATTORNEY GENERAL | 17 WEST MAIN STREET, ROOM 114 EAST P | | | MADISON | WI | 53702 | | 608-266-1221 | 608-267-2779 | |
| STATE OF WYOMING | OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 | | 307-777-7841 | 307-777-6869 | |
| TEXAS SECURITIES BOARD | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ROMA N. DESAI ASSISTANT ATTORNEY GENERAL | PO BOX 12548 | BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 | | 212-637-2200 | | |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTORNEY GENERAL OF THE U.S. | 950 PENNSYLVANIA AVE, NW | | | WASHINGTON | DC | 20530-0001 | | 202-353-1555 | | |
| WELLS FARGO BANK, N.A. | C/O ALDRIDGE PITE, LLP | ATTN: GREGORY A. WALLACH | 15 PIEDMONT CENTER | 3575 PIEDMONT ROAD N.E. | ATLANTA | GA | 30305 | | | | |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2