# The Honorable Judge Wills:

I'm writing to you to express my disappointment with the legal and professional fees being indirectly charged to creditors in the voyager bankruptcy case. This situation is painful. The actions regarding the recovery effort have real consequences for real families. Why is this so hard to understand? We are watching millions upon millions of dollars go to law firms while our families suffer during the holidays. Can you pass voyager, Kirkland, Mcdermott, Moelis and even the UCC a message to let them know the pain they have caused normal, hardworking Americans. I want to call out Kirkland law firm specifically as being extremely negligent and careless. How is it ok for an attorney to spend $2200 dollars on one night hotel stay and then indirectly charge that back to creditors. I have a young family, an 18-month-old boy and a daughter that was just born 10/27/22. Every dollar back to the estate counts and matters. It's not fair to my kids. They too have endured sacrifices that impact their life not only in the short term but many years down the road. It's shameful to know Steve Ehrlich is getting paid $30,000 a month to basically do nothing. We know he's not leading voyager or mentoring his staff. So, what's he doing? He's bleeding our hard-earned dollars, dollars he stole with his poor and fraudulent decisions. It's a clown show at best. We will never forget.

I'd also like to call your attention to the Unsecured creditors Committee. A group that's supposed to be the voice of creditors. An organized and well-funded committee that's supposed to have our best interest in mind. I speak for all the creditors, and I can say that our voices have not been heard. We have been silenced, intimidated, and bullied. The lack of information, the lack of communication is simply unacceptable. Make sure whoever is leading the UCC knows they need to do a better job. The conflicts of interest are obvious and easy to see and prove.

Once this bankruptcy process ends rest assured this debacle won't be over until every cent is repaid and everyone involved is held accountable. We the people may not have a voice now against corporate greed however I have full confidence that given enough time we will find a way to prove what has happened here and hold those individuals accountable.

I'd like to see Steve bunking with SBF in prison, but I don't think Steve is Sam's type…. Please see that there is an end to this horrible situation in a timely fashion. Thank you