Hearing Date and Time:  February 7, 2023, at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline:  January 31, 2023, at 4:00 p.m. (prevailing Eastern Time)

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF FIRST INTERIM FEE HEARING

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") with respect to the applications for allowance of interim compensation and reimbursement of expenses for the period July 5, 2022 (or the effective date of retention), through and including October 31, 2022 (the "First Interim Fee Applications"), filed by certain professionals retained in the above-captioned chapter 11 cases of the above-captioned reorganized debtors and debtors in possession (collectively, the "Debtors"), will be held before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10022, on **February 7, 2023, at 10:00 a.m. (prevailing Eastern Time)**.  The First Interim Fee Applications and the amounts requested therein are set forth as follows:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| **Debtor Professionals** | | | |
| Moelis & Company LLC [Docket No. 716] | Investment Banker | $800,000.00 | $88,307.62 |
| Quinn Emanuel Urquhart & Sullivan, LLP [Docket No. 760] | Special Counsel | $3,162,787.20 | $21,084.61 |
| Stretto, Inc. [Docket No. 763] | Administrative Advisor | $89,729.68 | $0.00 |
| Kirkland & Ellis LLP [Docket No. 767] | Attorneys for the Debtors | $14,836,834.00 | $317,936.45 |
| Berkeley Research Group [Docket No. 770] | Financial Advisor | $6,166,951.00 | $29,172.86 |
| **Official Committee of Unsecured Creditors Professionals** | | | |
| Cassels Brock & Blackwell LLP [Docket No. 764] | Canadian Counsel for the Official Committee of Unsecured Creditors | CAD$107,292.60 | CAD$258.09 |
| FTI Consulting, Inc. [Docket No. 765] | Financial Advisor | $4,081,091.10 | $22,224.87 |
| Epiq Corporate Restructuring LLC [Docket No. 766] | Noticing and Information Agent | $31,205.00 | $51,426.50 |
| McDermott Will & Emery LLP [Docket No. 768] | Counsel for the Official Committee of Unsecured Creditors | $5,658,727.50 | $103,415.61 |
| Harney Westwood & Riegels LP [Docket No. 771] | BVI Counsel for the Official Committee of Unsecured Creditors | $8,223.00 | $0.00 |

**PLEASE TAKE FURTHER NOTICE** that the Interim Fee Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Interim Fee Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Interim Fee Applications (each, an "Objection") are required to be filed and served so as to be actually received no later than **January 31, 2023, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") upon the parties on the Service List (as defined in the case management order in these chapter 11 cases [Docket No. 240]).

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the First Interim Fee Applications, the Debtors shall, on or after the Objection Deadline, submit to the Court a proposed order granting the First Interim Fee Applications, which order the Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Interim Fee Applications and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: January 5, 2023<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: jsussberg@kirkland.com<br>cmarcus@kirkland.com<br>christine.okike@kirkland.com<br>allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |