Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**JANUARY 10, 2023, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   January 10, 2023, at 2:00 p.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Michael E. Wiles
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom 617
New York, New York 10004

Hearing Attendance Instructions:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543.

Copies of Motions:   A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

    fees set forth therein.

## I. Matters Going Forward

1. ***APA Motion.*** Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Granting Related Relief [Docket No. 775].

    <u>Objection Deadline</u>:  January 4, 2023, at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

    A. Limited Objection and Reservation of Rights of the U.S. Securities and Exchange Commission to Debtors' Motions (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Conditionally Approving the Adequacy of the Debtors' Disclosure   Statement [Docket No. 807].

    B. The New Jersey Bureau of Securities Response and Reservation of Rights to 1) Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Granting Related Relief [Doc. No. 775], and 2) Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections, and (IV) Granting Related Relief [Doc. No. 779] [Docket No. 808].

    C. Objection to Debtors' Motion for Entry of an Order Authorizing Entry into the Binance US Asset Purchase Agreement and Joinder in the Objections of the States of New Jersey and Texas [Docket No. 810].

    D. Objection of the United States Trustee to Debtors' Motions for Entry of Orders (A) (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Granting Related Relief [Doc. No. 775], and (B) (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections, and (IV) Granting Related Relief [Doc. No. 779] [Docket No. 811].

  E. Limited Objection of New York State Department of Financial Services to Debtors' Motion to Authorize Entry into Binance US Purchase Agreement [Docket No. 812].

  F. Objection of the Texas State Securities Board and the Texas Department of Banking to Debtors' Motion for Entry of an Order [Docket No. 815].

  G. Supplemental Declaration to the Texas State Securities Board and the Texas Department of Banking's Objection to Debtors' Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and Objection to Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Granting Related Relief [Docket No. 817].

Related Documents:

  H. Debtors' Motion to Shorten the Notice Period with Respect to the Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Binance US Purchase Agreement, and (II) Granting Related Relief [Docket No. 776].

  I. Order Shortening the Notice Period with Respect to the Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Binance US Purchase Agreement, and (II) Granting Related Relief [Docket No. 786].

  J. Notice of Adjournment of Hearing on Debtors' APA Motion and Conditional Disclosure Statement Motion [Docket No. 776].

2. ***Disclosure Statement Motion.*** Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections, and (IV) Granting Related Relief [Docket No. 779].

Objection Deadline: January 4, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

  A. The New Jersey Bureau of Securities Response and Reservation of Rights to 1) Debtors Motion for Entry of an Order (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Granting

      Related Relief [Doc. No. 775], and 2) Debtors Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections, and (IV) Granting Related Relief [Doc. No. 779] [Docket No. 808].

B.    Objection to the Adequacy of Debtors' Second Amended Disclosure Statement [Docket No. 809].

C.    Objection of the United States Trustee to Debtors' Motions for Entry of Orders (A) (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Granting Related Relief [Doc. No. 775], and (B) (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections, and (IV) Granting Related Relief [Doc. No. 779] [Docket No. 811].

D.    Objection to Debtors' Conditional Disclosure Statement Motion [Docket No. 813].

E.    Objection of the Texas State Securities Board and the Texas Department of Banking to Debtors' Second Amended Disclosure Statement [Docket No. 814].

F.    Supplemental Declaration to the Texas State Securities Board and the Texas Department of Banking's Objection to Debtors' Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and Objection to Debtors' Motion for Entry of an Order (I) Authorizing Entry into the Binance US Purchase Agreement and (II) Granting Related Relief [Docket No. 817].

Related Documents:

G.    Notice of Adjournment of Hearing on Debtors' APA Motion and Conditional Disclosure Statement Motion [Docket No. 776].

H.    Notice of Filing of Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 777].

I. Notice of Filing of Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 778].

**Status**: This matter is going forward

| | |
|---|---|
| Dated: January 6, 2023<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: jsussberg@kirkland.com<br>cmarcus@kirkland.com<br>christine.okike@kirkland.com<br>allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |