**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**STIPULATION AND AGREED ORDER**
**EXTENDING GOVERNMENTAL BAR DATE FOR THE STATES**

**WHEREAS**, on July 5, 2022 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of title 11 (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court");

**WHEREAS**, by Order dated August 3, 2022, [Docket No. 218] (the "Bar Date Order"), the Court set January 3, 2023 (the "Governmental Bar Date") as the deadline by which a governmental unit, as defined in section 101(27) of the Bankruptcy Code, must file proofs of claim in these chapter 11 cases.

**WHEREAS**, all states are governmental units (collectively, the "States") within the meaning of section 101(27) of the Bankruptcy Code.

**WHEREAS**, the Parties have agreed, subject to the approval of the Bankruptcy Court, to an extension of the Governmental Bar Date for the States.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Based on the foregoing stipulation of the parties, it is ORDERED that:

1. The Government Bar Date for the States shall be January 17, 2023, or such later date as may be ordered by the Court, without prejudice to the States' rights to seek further extensions of the date.

IT IS SO ORDERED.

Dated: New York, New York
January 9, 2023

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

**AGREED TO BY:**

By: /s/ *Karen Cordry*
Karen Cordry
Bankruptcy Counsel
National Association of Attorneys General
1850 M St., NW, 12th Floor
Washington, DC 20549
Telephone: (301) 933-3640
Email: kcordry@naag.org

*Counsel for the NAAG member states and the Alabama Securities Commission*

**AGREED TO BY:**

By: /s/ *Abigail R. Ryan*
ABIGAIL R. RYAN
Texas State Bar No. 24035956
LAYLA MILLIGAN
Texas State Bar No. 24026015
ROMA DESAI
S.D.N.Y. Bar No. RD8227
Texas Bar No. 24095553
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
Email: abigail.ryan@oag.texas.gov
    Layla.milligan@oag.texas.gov
    Roma.desai@oag.texas.gov

*Counsel for the Texas Department of Banking and the Texas State Securities Board*

**AGREED TO BY:**

By: /s/ *Joshua A. Sussberg*
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jsussberg@kirkland.com
    cmarcus@kirkland.com
    christine.okike@kirkland.com
    allyson.smith@kirkland.com

*Counsel for the Debtors*