**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (NEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 766** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK  )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 20, 2022, I caused to be served the "First Interim Application of Epiq Corporate Restructuring LLC for Compensation for Services and Reimbursement of Expenses for the Period From July 29, 2022 Through October 31, 2022," dated December 20, 2022 [Docket No. 766], by causing true and correct copies to be:

    a.  enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *Voyager Digital Holdings, Inc., Attn: David Brosgol and Brian Nistler, 33 Irving Place, Suite 3060, New York, New York 10003*, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

3.  The envelope utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                        */s/ Cassandra Murray*
                                                        Cassandra Murray

Sworn to before me this
21st day of December, 2022
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

**EXHIBIT A**

VOYAGER DIGITAL HOLDINGS, *et al.* - Case No. 22-10943 (MEW)
Fee App Email Parties

| Name | Attn | Email Address |
|---|---|---|
| Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C. | jsussberg@kirkland.com |
| Kirkland & Ellis LLP | Attn: Christopher Marcus, P.C. | cmarcus@kirkland.com |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, P.C. | christine.okike@kirkland.com |
| Kirkland & Ellis LLP | Attn: Allyson B. Smith | allyson.smith@kirkland.com |
| Office of the United States Trustee | Attn: Mark Bruh, Esq. | mark.bruh@usdoj.gov |
| Office of the United States Trustee | Attn: Richard C. Morrissey, Esq. | richard.morrissey@usdoj.gov |
| McDermott Will & Emery LLP | Attn: John J. Calandra | jcalandra@mwe.com |
| McDermott Will & Emery LLP | Attn: Joseph B. Evans | jbevans@mwe.com |
| McDermott Will & Emery LLP | Attn: Darren Azman | dazman@mwe.com |