Your honor, I respectfully request to be able to withdraw my funds as promised by Voyager's CEO.

https://www.youtube.com/clip/UgkxPc45rbNzLZ6wn_kvWvK6weUB3oiz2etH



# I moved my crypto to Voyager because I thought I owned my crypto. Voyager's CEO said publicly that customers owned their crypto. I would like to withdraw what I own.

Interviewer: Is it true that customers own the crypto, specifically Bitcoin and Ethereum on your platform, where that's not necessarily the case on other platforms?

CEO: Yeah, they absolutely own it. They can take it off the platform any time they want, uh, and bring it into their own personal wallets. You know, a lot of customers want us to hold it for them. And we have a, everybody who brings crypto into us has a specified, uh, wallet. Uh, for them, but if you want to take it out to your own personal wallets, say you had a Trezor, or a Ledger or you were using some other app. Uh, wallet app. Yeah, you could take it any time you want.