**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., et al.,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Amended Agenda for Hearing to be Held January 10, 2023, at 2:00 P.M. (Prevailing Eastern Time)** (Docket No. 855)

Dated: January 12, 2023

Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 12th day of January, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.



Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AD HOC GROUP OF EQUITY INTEREST HOLDERS OF VOYAGER DIGITAL LTD. | C/O KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: DAVID M. POSNER & KELLY MOYNIHAN | DPOSNER@KILPATRICKTOWNSEND.COM KMOYNIHAN@KILPATRICKTOWNSEND.COM |
| AD HOC GROUP OF EQUITY INTEREST HOLDERS OF VOYAGER DIGITAL LTD. | C/O KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: PAUL M. ROSENBLATT | PROSENBLATT@KILPATRICKTOWNSEND.COM |
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, BENJAMIN S. BELLER | DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM |
| ATTORNEY FOR THE STATES OF ALABAMA, ARKANSAS, CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE, NORTH DAKOTA, OKLAHOMA, AND SOUTH CAROLINA | C/O NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY BANKRUPTCY COUNSEL | KCORDRY@NAAG.ORG |
| BAM TRADING SERVICES INC. D/B/A BINANCE.US | C/O LATHAM & WATKINS LLP | ATTN: ADAM J. GOLDBERG, NACIF TAOUSSE, & JONATHAN J. WECHSELBAUM | ADAM.GOLDBERG@LW.COM NACIF.TAOUSSE@LW.COM JON.WEICHSELBAUM@LW.COM |
| BAM TRADING SERVICES INC. D/B/A BINANCE.US | C/O LATHAM & WATKINS LLP | ATTN: ANDREW D. SORKIN | ANDREW.SORKIN@LW.COM |
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | | OAG@DC.GOV |
| ED BOLTON | C/O AKERMAN LLP | ATTN: R. ADAM SWICK, JOHN H. THOMPSON, JOANNE GELFAND | ADAM.SWICK@AKERMAN.COM JOHN.THOMPSON@AKERMAN.COM JOANNE.GELFAND@AKERMAN.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O GOLDSTEIN & MCCLINKOCK LLLP | ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, AND STEVE YACHIK | MATTM@GOLDMCLAW.COM HARLEYG@RESTRUCTURINGSHOP.COM STEVENY@GOLDMCLAW.COM |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK | DTABACHNIK@DTTLAW.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | ANTHONY.OBRIEN@SISKINDS.COM |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER | MICHAEL.ROBB@SISKINDS.COM GARETT.HUNTER@SISKINDS.COM |
| ILLINOIS SECRETARY OF STATE | C/O OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING ASSISTANT ATTORNEY GENERAL | JOHN.REDING@ILAG.GOV |
| JASON RAZNICK | C/O JAFFE RAITT HEUER & WEISS, P.C. | ATTN: PAUL R. HAGE | PHAGE@JAFFELAW.COM |
| JON GIACOBBE | ATTN: A. MANNY ALICANDRO | | MANNY@ALICANDROLAWOFFICE.COM |
| KELLEHER PLACE MANAGEMENT, LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER & NATHAN E. DELMAN | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM EFCNOTICES@HMBLAW.COM |
| MARCUM LLP | C/O MINTZ & GOLD, LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. | GOTTESMAN@MINTZANDGOLD.COM |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: STEPHEN A. BEST ESQ & RACHEL O. WOLKINSON, ESQ. | SBEST@BROWNRUDNICK.COM RWOLKINSON@BROWNRUDNICK.COM |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: SIGMUND S. WISSNER-GROSS ESQ. & KENNETH J. AULET ESQ. | SWISSNER-GROSS@BROWNRUDNICK.COM KAULET@BROWNRUDNICK.COM |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | ATTN: LYSBETH GEORGE | GEORGELAWOK@GMAIL.COM |
| METROPOLITAN COMMERCIAL BANK | C/O BALLARD SPAHR LLP | ATTN: GEORGE H. SINGER, ESQ | SINGERG@BALLARDSPAHR.COM |
| METROPOLITAN COMMERCIAL BANK | C/O WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD G. MASON, AMY R. WOLF, ANGELA K. HERRING | RGMASON@WLRK.COM ARWOLF@WLRK.COM AKHERRING@WLRK.COM |
| MICHAEL GENTSCH | C/O BARSKI LAW PLC | ATTN: CHRIS D. BRASKI | CBARSKI@BARSKILAW.COM |
| MICHAEL LEGG | C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO. | ATTN: ROBERT R. KRACHT & NICHOLAS R. OLESKI | RRK@MCCARTHYLEBIT.COM NRO@MCCARTHYLEBIT.COM |
| MURPHY PLACE MANAGEMENT LLC | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER, NATHAN E. DELMAN | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM EFCNOTICES@HMBLAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN | JBERNSTEIN@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD | NLEONARD@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: VIRGINIA T. SHEA | VSHEA@MDMC-LAW.COM |
| NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES | C/O ACTING EXECUTIVE DEPUTY SUPERINTENDENT, DEPUTY GENERAL COUNSEL FOR LITIGATION, AND ASSISTANT DEPUTY SUPERINTENDENT | ATTN: KEVIN R. PUVALOWSKI, LINDA DONAHUE, & JASON D. ST. JOHN | KEVIN.PUVALOWSKI@DFS.NY.GOV LINDA.DONAHUE@DFS.NY.GOV JASON.STJOHN@DFS.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | RICHARD.MORRISSEY@USDOJ.GOV MARK.BRUH@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BRANDON MULLENBERG | | BRANDONMULLENBERG2022@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BYRON WALKER | | BYWALKER01@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CHRISTOPHER MOSER | | CHRISMMOSER@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: JASON RAZNICK | | JASON@BEZINGA.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: RICHARD KISS FOR THINCAT TRUST | | RICHARD.KISS@GMAIL.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: RUSSELL G. STEWART | | RUSS.STEWART@TMF.MORTGAGE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES R. GIBBS & GRAYSON WILLIAMS | CRGIBBS@MWE.COM GWILLIAMS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | GSTEINMAN@MWE.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 2



Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN | DAZMAN@MWE.COM<br>JCALANDRA@MWE.COM<br>JBEVANS@MWE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MELISSA AND ADAM FREEDMAN | | FREEMANMELISSAC@GMAIL.COM |
| ORACLE AMERICA, INC. | C/O BUCHALTER | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| ORACLE AMERICA, INC. | C/O DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI | AMISH@DOSHILEGAL.COM |
| PIERCE ROBERTSON | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: RICHARD M. PACHULSKI, ALAN J. KORNFELD, DEBRA I. GRASSGREEN, AND JASON H. ROSELL | RPACHULSKI@PSZJLAW.COM<br>AKORNFELD@PSZJLAW.COM<br>DGRASSGREEN@PSZJLAW.COM<br>JROSELL@PSZJLAW.COM |
| ROBERT SNYDERS & LISA SNYDERS | C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP | ATTN: ANGELINA E. LIM | ANGELINAL@JPFIRM.COM |
| SECURITIES & EXCHANGE COMMISSION | ATTN: THERESE A. SCHEUER, SENIOR TRIAL COUNSEL | | SECBANKRUPTCY-OGC-ADO@SEC.GOV<br>SCHEUERT@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR | BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | | CORA.REQUEST@COAG.GOV |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | | MICHELLE@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | | ADMININFO@AG.STATE.LA.US |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | | CONTACTDOJ@MT.GOV |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | | NDAG@ND.GOV |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | | ELLEN.ROSENBLUM@DOG.STATE.OR.US<br>ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | | AG@RIAG.RI.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | | UAG@UTAH.GOV |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | | UAG@UTAH.GOV |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | MAIL@OAG.STATE.VA.US |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL | | STEPHEN.MANNING@ATG.WA.GOV |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@WVAGO.GOV |
| STEVE LAIRD | C/O FORSHEY & PROSTOK LLP | ATTN: J. ROBERT FORSHEY | BFORSHEY@FORSHEYPROSTOK.COM |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ASSISTANT ATTORNEY GENERALS | JASON.BINFORD@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS STATE SECURITIES BOARD | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ABIGAIL R RYAN, LAYLA D MILLIGAN, ROMA N. DESAI & JASON B BINFORD | ABIGAIL.RYAN@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>JASON.BINFORD@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV |
| TN DEPT OF COMMERCE AND INSURANCE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS JR. | AGBANKNEWYORK@AG.TN.GOV |
| TORONTO STOCK EXCHANGE | | | WEBMASTER@TMX.COM |
| UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRI | C/O ASSISTANT UNITED STATES ATTORNEY | ATTN: JEAN-DAVID BARNEA | JEAN-DAVID.BARNEA@USDOJ.GOV |
| USIO, INC. | RANDALL A. PULMAN | | RPULMAN@PULMANLAW.COM |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | C/O ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD, ESQ. | JENNIFER.ROOD@VERMONT.GOV |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 2 of 2