**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



CHEROKEE
ACQUISITION

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC, *et al.,* | No. 22-10943 (MEW) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name of Transferee:

**Contrarian Funds, LLC**

Name and Current Address of
Transferor:
**Name (Redacted)**

Name and Address where notices and payments
to transferee should be sent:
**Contrarian Funds, LLC**
**411 West Putnam Avenue, Suite 425**
**Greenwich, CT 06830**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F | Last 4 Digits of Account: 8619 | as described on Schedule F (attached) | Voyager Digital, LLC | 22-10945 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: January 10, 2023

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

| 8619 | Address on File | ADA 0.5; LLUNA 3.365; LUNA 1.443; LUNC 307808.1; USDC 75413 |