# EXHIBIT A

## Celsius UK Schedule G Excerpt

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1616 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OMNIBUS WALLET SERVICE AGREEMENT -- EFFECTIVE DATE: 06/12/2020 | VOYAGER<br>33 IRVING PLACE 3060<br>NEW YORK, NY 10003 |
| 2.1617 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUTUAL NONDISCLOSURE AGREEMENT -- EFFECTIVE DATE: 02/10/2021 | VOYAGER DIGITAL, LLC<br>33 IRVING PLACE<br>NEW YORK, NY 10003 |
| 2.1618 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUTUAL NON DISCLOSURE AGREEMENT -- EFFECTIVE DATE: 07/20/2021 | W3BCLOUD LIMITED<br>48 RINGSEND ROAD<br>DUBLIN, 4<br>IRELAND (EIRE) |
| 2.1619 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUTUAL NONDISCLOSURE AGREEMENT -- EFFECTIVE DATE: 05/26/2022 | WALLBROOK ADVISORY LIMITED<br>1 KING STREET<br>LONDON, ENGLAND, EC2V 8AU<br>UNITED KINGDOM |
| 2.1620 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUTUAL NONDISCLOSURE AGREEMENT -- EFFECTIVE DATE: 03/24/2022 | WALNUT, INC.<br>454 MANHATTAN AVENUE<br>NEW YORK, NY 10026 |
| 2.1621 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUTUAL NONDISCLOSURE AGREEMENT -- EFFECTIVE DATE: 05/21/2022 | WANG XINXI<br>ADDRESS REDACTED |
| 2.1622 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RESTRICTED TOKEN AGREEMENT -- EFFECTIVE DATE: 01/28/2021 | WASEEM SHABOUT<br>ADDRESS REDACTED |