## EXHIBIT B

**Celsius US Transfer Schedule Excerpt**

Debtor Name: Celsius Network LLC — 22-10964-mg Doc 976 Filed 10/05/22 Entered 10/05/22 16:02:42 Main Document Pg 2 of 2 — Case Number: 22-10964

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
Celsius US Transfer Schedule 4 Excerpt

| USERNAME | ADDRESS | DATE | ACCOUNT | TYPE | Descriptive Purpose | COIN | COIN QUANTITY | COIN USD |
|---|---|---|---|---|---|---|---|---|
| VIDWANI KUMAR | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | USDC | 172.694969765 | $172.69 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/4/2022 | Withheld | Outgoing | Deposit | BTC | 0.00067755 | $27.03 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/5/2022 | Earn | Outgoing | Internal Account Transfer | KNC | (152,371.300610005) | ($474,160.69) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/5/2022 | Withheld | Incoming | Internal Account Transfer | KNC | 152,371.300610005 | $474,160.69 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | DASH | (14,456.532120292) | ($959,190.91) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | DASH | 14,456.532120292 | $959,190.91 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | XLM | (8,760,325.72705237) | ($1,208,403.33) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | XLM | 8,760,325.72705237 | $1,208,403.33 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | AAVE | (6,338.614841893) | ($587,002.77) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | AAVE | 6,338.614841893 | $587,002.77 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | ZRX | (831,066.97294943) | ($355,087.49) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | ZRX | 831,066.97294943 | $355,087.49 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | LTC | (3,601.813181522) | ($277,824.27) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | LTC | 3,601.813181522 | $277,824.27 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | EOS | (76,646.328600705) | ($122,619.42) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | EOS | 76,646.328600705 | $122,619.42 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | USDC | (104,163.77574563) | ($104,163.78) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | USDC | 104,163.77574563 | $104,163.78 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | ETH | (36.386063847) | ($84,203.13) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | ETH | 36.386063847 | $84,203.13 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | BCH | (164.730101117) | ($36,206.03) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | BCH | 164.730101117 | $36,206.03 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | MATIC | (37,002.590334137) | ($28,747.72) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | MATIC | 37,002.590334137 | $28,747.72 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | BTC | (0.3568480349) | $11,084.06 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | BTC | 0.3568480349 | $11,084.06 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Earn | Outgoing | Internal Account Transfer | BTC | (0.357525) | ($11,254.47) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | USDC | (100.0) | ($100.00) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Incoming | Internal Account Transfer | USDC | 100.0 | $100.00 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Outgoing | Withdrawal | LTC | (123.45) | ($9,075.02) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Outgoing | Withdrawal | USDC | (104,163.775) | ($104,163.78) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/11/2022 | Withheld | Outgoing | Withdrawal | ETH | (36.386) | ($82,225.20) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/12/2022 | Withheld | Incoming | Deposit | USDC | 123.45 | $123.45 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/25/2022 | Withheld | Outgoing | Withdrawal | AAVE | (6,338.614) | ($663,887.55) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/25/2022 | Withheld | Outgoing | Withdrawal | ZRX | (831,066.97) | ($345,555.15) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/25/2022 | Earn | Outgoing | Internal Account Transfer | USDC | (3,451,881.40915071) | ($3,451,881.41) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/25/2022 | Withheld | Incoming | Internal Account Transfer | USDC | 3,451,881.40915071 | $3,451,881.41 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/25/2022 | Withheld | Outgoing | Withdrawal | EOS | (76,646.3286) | ($101,930.46) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/25/2022 | Withheld | Outgoing | Withdrawal | USDC | (3,451,981.4091) | ($3,451,981.41) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 5/27/2022 | Withheld | Outgoing | Withdrawal | XLM | (8,760,325.727) | ($1,067,842.16) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 6/2/2022 | Withheld | Outgoing | Withdrawal | DASH | (123.0) | ($7,290.14) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 6/2/2022 | Withheld | Outgoing | Withdrawal | MATIC | (37,002.590334) | ($22,281.60) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 6/2/2022 | Withheld | Outgoing | Withdrawal | BCH | (164.730101) | ($30,435.08) |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BTC | 0.001343012605704915 | $51.20 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | CEL | 0.015626344329 | $0.02 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | ETH | 0.150974614782465 | $425.60 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | USDC | 30,809.6618726489 | $30,809.66 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | USDC | 654.818027228099 | $654.82 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | MATIC | 237.361991300159 | $279.75 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | LTC | 5.747518271346 | $567.90 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | XLM | 8,034.533199811229 | $1,454.74 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | AAVE | 27.59533812447 | $4,194.07 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BCH | 0.287591442410952 | $90.06 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | LUNC | 6.312894215 | $359.37 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | SGB | 2,727.87765117 | $111.22 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | EOS | 306.3037491702 | $663.15 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | COMP | 0.0267405013019999 | $2.02 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | DASH | 30.723461393558 | $2,978.51 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | ETC | 0.110366892932 | $2.59 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | ZRX | 580.781309093843 | $428.14 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | OMG | 0.00217527639259999 | $0.01 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BSV | 0.001318954422 | $0.08 |
| VOYAGER DIGITAL | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | KNC | 57.926039525068 | $254.36 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 | Earn | Outgoing | Withdrawal | ETH | (3.0) | ($9,152.71) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 | Custody | Incoming | Deposit | BTC | 0.0015585 | $62.40 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/15/2022 | Custody | Incoming | Deposit | BTC | 0.00163378 | $66.06 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/16/2022 | Custody | Incoming | Deposit | BTC | 0.00266937 | $108.58 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/17/2022 | Custody | Incoming | Deposit | BTC | 0.00256564 | $103.36 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/18/2022 | Custody | Incoming | Deposit | BTC | 0.00247878 | $101.23 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/19/2022 | Custody | Incoming | Deposit | BTC | 0.00197586 | $81.71 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/20/2022 | Custody | Outgoing | Loan Interest Payment | BTC | (0.000502513807) | ($20.83) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/20/2022 | Custody | Incoming | Deposit | BTC | 0.00175537 | $72.86 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/21/2022 | Custody | Outgoing | Loan Interest Payment | BTC | (0.001002646776) | ($41.67) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/21/2022 | Custody | Incoming | Deposit | BTC | 0.00122135 | $49.76 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/22/2022 | Custody | Incoming | Deposit | BTC | 0.0035883 | $142.53 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/23/2022 | Custody | Incoming | Deposit | BTC | 0.00250247 | $99.89 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/24/2022 | Custody | Incoming | Deposit | BTC | 0.00248488 | $98.57 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/25/2022 | Custody | Incoming | Deposit | BTC | 0.00236028 | $95.07 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/26/2022 | Custody | Incoming | Deposit | BTC | 0.00335587 | $136.46 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/27/2022 | Custody | Incoming | Deposit | BTC | 0.00294934 | $115.31 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/28/2022 | Custody | Incoming | Deposit | BTC | 0.00266599 | $106.25 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/29/2022 | Custody | Incoming | Deposit | BTC | 0.00291778 | $112.77 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/30/2022 | Custody | Incoming | Deposit | BTC | 0.00257882 | $98.81 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/1/2022 | Custody | Outgoing | Swap Out | BTC | (0.026114) | ($999.41) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/1/2022 | Custody | Incoming | Swap In | SOL | 11.25953 | $999.41 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/2/2022 | Custody | Incoming | Deposit | BTC | 0.00252677 | $97.16 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/3/2022 | Custody | Incoming | Deposit | BTC | 0.00207959 | $82.77 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/4/2022 | Custody | Incoming | Deposit | BTC | 0.00218741 | $82.77 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/4/2022 | Custody | Incoming | Deposit | BTC | 0.00241368 | $96.05 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/5/2022 | Custody | Incoming | Deposit | BTC | 0.00234239 | $85.47 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/6/2022 | Custody | Incoming | Deposit | BTC | 0.00170459 | $61.31 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/7/2022 | Custody | Incoming | Deposit | BTC | 0.00169314 | $59.69 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/8/2022 | Custody | Incoming | Deposit | BTC | 0.00168763 | $57.89 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/9/2022 | Custody | Outgoing | Loan Interest Payment | BTC | (0.001515810905) | ($51.04) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/9/2022 | Custody | Incoming | Deposit | BTC | 0.00161127 | $52.48 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/10/2022 | Earn | Outgoing | Internal Account Transfer | ETH | (0.516261761) | ($1,200.00) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/10/2022 | Custody | Incoming | Internal Account Transfer | ETH | 0.516261761 | $1,200.00 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/10/2022 | Custody | Outgoing | Withdrawal | ETH | (0.516261761) | ($1,191.78) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/10/2022 | Custody | Incoming | Deposit | BTC | 0.00198777 | $60.95 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/11/2022 | Custody | Incoming | Deposit | BTC | 0.00237407 | $68.72 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Earn | Outgoing | Internal Account Transfer | ETH | (6.363208844) | ($12,346.92) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Incoming | Internal Account Transfer | ETH | 6.363208844 | $12,346.92 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Withdrawal | ETH | (6.363208844) | ($12,397.95) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Incoming | Deposit | MCDAI | 12,108.05846484 | $12,108.06 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Incoming | Loan Interest Payment | MCDAI | 24,675.97281747 | $24,675.97 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Loan Principal Payment | MCDAI | (41.66) | ($41.66) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Loan Principal Payment | MCDAI | (25,000.0) | ($25,000.00) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Collateral | ETH | 25.169027655 | $48,440.56 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Incoming | Internal Account Transfer | ETH | 25.169027655 | $48,374.37 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Internal Account Transfer | ETH | 25.169027655 | ($48,387.86) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Internal Account Transfer | BTC | 0.06610618524 | ($1,887.27) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Swap Out | BTC | (0.099565) | ($2,838.20) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Incoming | Swap In | ETH | 1.47299 | $2,838.20 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Withdrawal | ETH | (1.041192153) | ($1,997.02) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Withdrawal | ETH | (0.431978469) | ($822.07) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Incoming | Deposit | MCDAI | 49,766.88717532 | $49,766.89 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Loan Interest Payment | MCDAI | (51.04) | ($51.04) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Outgoing | Loan Principal Payment | MCDAI | (61,250.0) | ($61,250.00) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Incoming | Collateral | ETH | 51.435716503 | $96,967.13 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Earn | Outgoing | Internal Account Transfer | ETH | 38.46 | $72,977.99 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/12/2022 | Custody | Incoming | Internal Account Transfer | ETH | 38.46 | $72,977.99 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/13/2022 | Custody | Incoming | Deposit | BTC | 0.00162408 | $47.12 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/13/2022 | Custody | Outgoing | Collateral | ETH | (38.46) | ($78,885.94) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/13/2022 | Custody | Incoming | Deposit | BTC | 0.00191758 | $57.71 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/14/2022 | Earn | Outgoing | Internal Account Transfer | ETH | (12.955369) | ($25,526.12) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/14/2022 | Custody | Incoming | Internal Account Transfer | ETH | 12.955369 | $25,526.12 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/14/2022 | Custody | Outgoing | Withdrawal | ETH | (12.955369) | ($25,459.76) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/14/2022 | Custody | Incoming | Deposit | BTC | 0.0024917 | $74.57 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/15/2022 | Custody | Incoming | Deposit | BTC | 0.00262683 | $81.94 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/16/2022 | Custody | Incoming | Deposit | BTC | 0.00247557 | $74.69 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/17/2022 | Custody | Incoming | Deposit | BTC | 0.00261225 | $79.69 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/18/2022 | Custody | Incoming | Deposit | BTC | 0.00253158 | $74.31 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/19/2022 | Custody | Incoming | Deposit | BTC | 0.00251123 | $70.59 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/20/2022 | Custody | Incoming | Deposit | BTC | 0.00241091 | $70.59 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/21/2022 | Custody | Outgoing | Loan Interest Payment | BTC | (0.001420150894) | ($41.67) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/21/2022 | Custody | Incoming | Deposit | BTC | 0.00219375 | $65.06 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/22/2022 | Custody | Incoming | Deposit | BTC | 0.00199929 | $58.14 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/23/2022 | Custody | Incoming | Deposit | BTC | 0.00214616 | $62.00 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/24/2022 | Custody | Incoming | Deposit | BTC | 0.00209941 | $62.00 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/25/2022 | Custody | Incoming | Deposit | BTC | 0.00272487 | $81.12 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/26/2022 | Custody | Incoming | Deposit | BTC | 0.00264871 | $78.47 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/27/2022 | Custody | Incoming | Deposit | BTC | 0.00277267 | $80.04 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/29/2022 | Custody | Incoming | Deposit | BTC | 0.00238923 | $69.34 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/29/2022 | Custody | Incoming | Deposit | BTC | 0.00246071 | $71.71 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/30/2022 | Custody | Incoming | Deposit | BTC | 0.00242245 | $71.06 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 5/31/2022 | Custody | Incoming | Deposit | BTC | 0.00214629 | $70.90 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/1/2022 | Custody | Incoming | Deposit | BTC | 0.00108629 | $32.11 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/2/2022 | Custody | Incoming | Deposit | BTC | 0.00199487 | $60.86 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/3/2022 | Custody | Incoming | Deposit | BTC | 0.00215537 | $64.44 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/4/2022 | Custody | Incoming | Deposit | BTC | 0.00380779 | $114.22 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/5/2022 | Custody | Incoming | Deposit | BTC | 0.00387425 | $115.47 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/6/2022 | Custody | Incoming | Deposit | BTC | 0.00366793 | $97.03 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/8/2022 | Custody | Incoming | Deposit | BTC | 0.00398934 | $120.16 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/9/2022 | Custody | Incoming | Deposit | BTC | 0.00362821 | $105.44 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/10/2022 | Custody | Incoming | Deposit | BTC | 0.00365266 | $99.56 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/11/2022 | Custody | Incoming | Deposit | BTC | 15.3591106 | $24,023.33 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/11/2022 | Custody | Outgoing | Collateral | ETH | (15.28) | ($23,458.74) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/11/2022 | Custody | Incoming | Deposit | BTC | 0.00375508 | $107.42 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/12/2022 | Custody | Outgoing | Swap Out | BTC | (0.076496) | ($2,106.01) |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/12/2022 | Custody | Incoming | Swap In | ETH | 1.443815 | $2,106.01 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 6/12/2022 | Custody | Incoming | Deposit | BTC | 0.00353912 | $100.40 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BTC | 0.000363905757522693599 | $13.15 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | SOL | 1.96064561122 | $111.15 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | MCDAI | 0.03741387826022 | $103.03 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | ADA | 10.9497554235 | $6.88 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | MATIC | 77.215279622 | $57.06 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | DOT | 4.454593277 | $49.52 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | LINK | 1.3307024972 | $11.75 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | XLM | 0.000098918439935 | $0.00 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | XLM | 14.12983574 | $0.00 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | SNX | 39.6676839576 | $135.52 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | MCDAI | 0.195244255 | $0.10 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | AAVE | 0.13989711816 | $13.21 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | UNI | 3.409332786 | $20.98 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BCH | 0.0000064519186238 | $0.00 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | USDC | 0.448795852 | $3.40 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | COMP | 0.108154021128 | $7.71 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | MANA | 4.7517939097 | $2.29 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BAT | 3.39797703405 | $0.00 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | ZRX | 12.48711987898 | $6.65 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | CEL | 0.028023075568 | $0.00 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | OMG | 0.000204297904465 | $0.00 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | KNC | 0.000104615056422999 | $0.00 |
| VP INVESTMENTS & ASSETS LLC | 4141 FRISCO GREEN AVENUE, FRISCO, TEXAS 75034 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | 1INCH | 3.955539458 | $0.56 |
| VRAID SYSTEMS LIMITED | WADSWORTH BLVD #127, LAKEWOOD, COLORADO 80226-1550 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | XTZ | 0.003498364886 | $0.00 |
| VRAID SYSTEMS LIMITED | WADSWORTH BLVD #127, LAKEWOOD, COLORADO 80226-1550 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | USDC | 96.596199289666 | $96.59 |
| VRAID SYSTEMS LIMITED | WADSWORTH BLVD #127, LAKEWOOD, COLORADO 80226-1550 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | USDC | 0.0155231735638 | $0.02 |
| VRAID SYSTEMS LIMITED | WADSWORTH BLVD #127, LAKEWOOD, COLORADO 80226-1550 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | ETH | 0.100272646488 | $202.67 |
| VRAID SYSTEMS LIMITED | WADSWORTH BLVD #127, LAKEWOOD, COLORADO 80226-1550 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | SNX | 964.2664998661 | $964.27 |
| VRAID SYSTEMS LIMITED | WADSWORTH BLVD #127, LAKEWOOD, COLORADO 80226-1550 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | MANA | 1.15986585243 | $0.95 |
| VRAID SYSTEMS LIMITED | WADSWORTH BLVD #127, LAKEWOOD, COLORADO 80226-1550 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BCH | 0.27505640107 | $0.28 |
| VRAID SYSTEMS LIMITED | WADSWORTH BLVD #127, LAKEWOOD, COLORADO 80226-1550 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | PAXG | 0.176927859569 | $329.00 |
| VRAID SYSTEMS LIMITED | WADSWORTH BLVD #127, LAKEWOOD, COLORADO 80226-1550 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | TAUD | 0.000137016353050999 | $0.00 |
| VRAID SYSTEMS LIMITED | WADSWORTH BLVD #127, LAKEWOOD, COLORADO 80226-1550 | 4/14/2022 - 7/13/2022 | Earn - Interest; Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | TCAD | 0.000063396070551 | $0.00 |
| VRAJ PATEL | ADDRESS REDACTED | 5/9/2022 | Earn | Outgoing | Internal Account Transfer | ETH | 0.0014289618 | $44.31 |
| VRAJ PATEL | ADDRESS REDACTED | 5/9/2022 | Custody | Incoming | Internal Account Transfer | ETH | 0.0014289618 | $44.31 |
| VRAJ PATEL | ADDRESS REDACTED | 5/9/2022 | Earn | Outgoing | Internal Account Transfer | ETH | 0.0033779921 | $7.73 |
| VRAJ PATEL | ADDRESS REDACTED | 5/9/2022 | Custody | Incoming | Internal Account Transfer | ETH | 0.0033779921 | $7.73 |
| VRAJ PATEL | ADDRESS REDACTED | 5/9/2022 | Custody | Incoming | Swap In | BTC | 0.0003488 | $7.72 |
| VRAJ PATEL | ADDRESS REDACTED | 5/9/2022 | Custody | Outgoing | Swap Out | ETH | (0.001677) | ($52.00) |
| VRAJ PATEL | ADDRESS REDACTED | 5/9/2022 | Custody | Outgoing | Withdrawal | BTC | 0.0226479921 | $51.70 |
| VRAJ PATEL | ADDRESS REDACTED | 5/31/2022 | Custody | Incoming | Deposit | BCH | 0.00025734565065 | $0.05 |
| VRAJ PATEL | ADDRESS REDACTED | 5/31/2022 | Earn | Outgoing | Internal Account Transfer | BCH | 0.00025734565065 | $0.05 |
| VRAJ PATEL | ADDRESS REDACTED | 5/31/2022 | Withheld | Incoming | Internal Account Transfer | BCH | 0.0000059552124 | $0.00 |
| VRAJ PATEL | ADDRESS REDACTED | 5/31/2022 | Custody | Incoming | Deposit | CEL | 0.11128906525 | $0.09 |
| VRAJ PATEL | ADDRESS REDACTED | 5/31/2022 | Earn | Outgoing | Internal Account Transfer | CEL | 0.11128906525 | $0.09 |
| VRAJ PATEL | ADDRESS REDACTED | 5/31/2022 | Custody | Incoming | Deposit | DASH | 0.00065132456629 | $0.03 |
| VRAJ PATEL | ADDRESS REDACTED | 5/31/2022 | Earn | Outgoing | Internal Account Transfer | DASH | 0.00055132456629 | $0.03 |
| VRAJ PATEL | ADDRESS REDACTED | 5/31/2022 | Withheld | Incoming | Internal Account Transfer | EOS | 0.00076534918 | $0.00 |
| VRAJ PATEL | ADDRESS REDACTED | 5/31/2022 | Custody | Incoming | Deposit | EOS | 0.00076534918 | $0.00 |
| VRAJ PATEL | ADDRESS REDACTED | 5/31/2022 | Earn | Outgoing | Internal Account Transfer | ETH | (0.0000020082275903) | $0.00 |