Jonathan D. Canfield
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000

Matthew M. Murphy
PAUL HASTINGS LLP
71 S. Wacker Drive
Forty-Fifth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000

*Proposed Special Regulatory and Conflicts Counsel*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**MOTION OF MATTHEW M. MURPHY
FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Matthew M. Murphy, request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent the Debtors in the above-captioned chapter 11 cases.

I certify that I am a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court of the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Dated: January ___, 2022
      Chicago, Illinois

/s/ Matthew M. Murphy
Matthew M. Murphy
PAUL HASTINGS LLP
71 S. Wacker Drive
Forty-Fifth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000

*Proposed Special Regulatory and Conflicts Counsel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING MATTHEW M. MURPHY
### ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew M. Murphy, to be admitted, pro hac vice, to represent the Debtors in the above-captioned chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and , the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Matthew M. Murphy, Esq. is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023
       New York, New York

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.