Jonathan D. Canfield
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000

Michael C. Whalen
PAUL HASTINGS LLP
71 S. Wacker Drive
Forty-Fifth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000

*Proposed Special Regulatory and Conflicts Counsel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

## MOTION OF MICHAEL C. WHALEN
## FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael C. Whalen, request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent the Debtors in the above-captioned chapter 11 cases.

I certify that I am a member in good standing of the bar in the State of Illinois and the bars of the U.S. District Courts of the Northern District of Illinois and Eastern District of Michigan as well as the U.S. Courts of Appeals for the 6th and 7th Circuits.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Dated: January 17_, 2022
      Chicago, Illinois                    /s/ Michael C. Whalen
                                            Michael C. Whalen
                                            PAUL HASTINGS LLP
                                            71 S. Wacker Drive
                                            Forty-Fifth Floor
                                            Chicago, Illinois 60606
                                            Telephone: (312) 499-6000

                                            *Proposed Special Regulatory and Conflicts Counsel*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) | (Jointly Administered) |

### ORDER GRANTING MICHAEL C. WHALEN
### ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael C. Whalen, to be admitted, *pro hac vice*, to represent the Debtors in the above-captioned chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and , the bars of the U.S. District Courts for the Northern District of Illinois and the Eastern District of Michigan, as well as the U.S. Courts of Appeals for the 6th and 7th Circuits, it is hereby

**ORDERED**, that Michael C. Whalen, Esq. is admitted to practice, ***pro hac vice***, in the above-captioned chapter 11 cases to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023
       New York, New York

 

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.