**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING MICHAEL C. WHALEN ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael C. Whalen, to be admitted, *pro hac vice*, to represent the Debtors in the above-captioned chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and , the bars of the U.S. District Courts for the Northern District of Illinois and the Eastern District of Michigan, as well as the U.S. Courts of Appeals for the 6th and 7th Circuits, it is hereby

**ORDERED**, that Michael C. Whalen, Esq. is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 18, 2023
  New York, New York

s/Michael E. Wiles
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.