**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING MATTHEW M. MURPHY
### ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew M. Murphy, to be admitted, pro hac vice, to represent the Debtors in the above-captioned chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and , the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Matthew M. Murphy, Esq. is admitted to practice, ***pro hac vice***, in the above-captioned chapter 11 cases to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 18, 2023
       New York, New York

                                        <u>s/Michael E. Wiles</u>
                                        THE HONORABLE MICHAEL E. WILES
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.