Darren Azman
Joseph B. Evans
**McDermott Will & Emery LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Official Committee of Unsecured
Creditors*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
|  | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January 2023, I caused a true and correct copy of the *Objection of the Official Committee of Unsecured Creditors to Celsius Network LLC's Motion Seeking an Order (I) Lifting the Automatic Stay Pursuant to 11 U.S.C. § 362(D)(1) and Bankruptcy Rule 4001 and (II) Granting Leave to File Late Proof of Claim Pursuant to Bankruptcy Rule 3003(C) and 9006(B)(1)* [Docket No. 866] to be served on the additional party listed below via electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and/or via e-mail.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

Dated:  New York, New York
        January 18, 2023

MCDERMOTT WILL & EMERY LLP

*/s/ Darren Azman*       
Darren Azman
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com

*Counsel for the Official Committee of
Unsecured Creditors*

## **ADDITIONAL PARTY**

Mitchell P. Hurley
Dean L. Chapman Jr.
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
One Bryant Park
New York, New York 10036
mhurley@akingump.com (ECF & E-mail)
dchapman@akingump.com (E-mail)

*Counsel for Celsius Network LLC*

2