Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 489-7000
Facsimile:  (212) 846-4900

*Special Counsel to Debtor Voyager Digital, LLC*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------------x

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client: | Voyager Digital, LLC |
| Retention Date: | July 13, 2022 |
| Time Period Covered: | December 1, 2022, through December 31, 2022 |
| Total Fees Requested: | $51,950.16 (80% of $64,937.70)[2] |
| Total Expenses Requested: | $830.86 |
| Type of Fee Statement | Monthly Fee Statement |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Quinn Emanuel agreed with Voyager Digital, LLC ("Voyager LLC") to a 10% discount off of its customary fees.  The Net Billed Fees reflect the fees actually billed to Voyager LLC after this 10% discount is applied. Accordingly, the total fees requested herein represent 80% of the Net Billed Fees.

**SIXTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART &
SULLIVAN, LLP FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL
COUNSEL TO VOYAGER DIGITAL LLC DURING THE PERIOD OF
<u>DECEMBER 1, 2022, THROUGH DECEMBER 31, 2022</u>**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy</u> <u>Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "<u>Bankruptcy Rules</u>"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Southern District of New York (the "<u>Local Rules</u>"), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases (the "<u>Local Guidelines</u>"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals for Retained Professionals and (II) Granting Related Relief* entered September 4, 2022 (the "<u>Interim Compensation Order</u>") (ECF. No. 236), Quinn Emanuel Urquhart & Sullivan, LLP ("<u>Quinn Emanuel</u>"), special counsel to Voyager LLC,[3] hereby files its *Sixth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to Voyager Digital LLC During the Period of December 1, 2022, through December 31, 2022* (the "<u>Sixth Monthly Fee Statement</u>"), for the amount of $51,950.16, which represents 80% of the total fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered, and $830.86 for the reimbursement of the actual and necessary expenses incurred from December 1, 2022 through December 31, 2022 (the "<u>Fee Period</u>"), for  a total of $52,781.02.

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

1.    In support of this Sixth Monthly Fee Statement, Quinn Emanuel has attached the following:

---

[3]    This Court approved on August 4, 2022 the retention of Quinn Emanuel as Special Counsel to Voyager LLC effective July 13, 2022.  *See* ECF. No. 242.

Exhibit A is a summary schedule of hours and fees covered by this Sixth Monthly Fee Statement, categorized by project code;

Exhibit B is a summary schedule of the time expended by all Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period;

Exhibit C is a summary of expenses incurred by Quinn Emanuel during the Fee Period; and

Exhibit D is a detailed invoice for the hours expended and fees incurred by Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period.

### **Representations**

2.      Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Sixth Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  Quinn Emanuel reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, Local Guidelines, and the Interim Compensation Order.

### **Notice**

3.      Notice of this Sixth Monthly Fee Statement has been provide to all necessary parties in accordance with the Interim Compensation Order.

4.      Objections to this Sixth Monthly Fee Statement, if any, must be filed by the objection deadline and served upon Quinn Emanuel, 51 Madison Ave., New York, NY 10010, Attn: Susheel Kirpalani, Esq., and Zachary Russell, Esq.; Email: susheelkirpalani@quinnemanuel.com; zacharyrussell@quinnemanuel.com, no later than Wednesday February 8, 2023, at 12:00 p.m. (prevailing Eastern Time) (the "Objection

Deadline"). Objections to this Sixth Monthly Fee Statement, if any, must set forth the nature of the objection and the specific amount of fees or expenses at issue.

5.      If no objection to this Sixth Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall promptly pay Quinn Emanuel 80% of the fees and 100% of the expenses as identified in this Sixth Monthly Fee Statement. To the extent that an objection to this Sixth Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall withhold payment of that portion of this Sixth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

WHEREFORE, Quinn Emanuel Urquhart & Sullivan, LLP respectfully requests payment of $51,950.16 which represents 80% of the total fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered during the Fee Period and $830.86 for the reimbursement of the actual and necessary expenses incurred during the Fee Period for a total of $52,781.02.

Respectfully submitted this 24th day of January, 2023.

New York, New York

Quinn Emanuel Urquhart &
   Sullivan, LLP

/s/    *Susheel Kirpalani*
Susheel Kirpalani
Kate Scherling
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

*Special Counsel to Voyager Digital LLC*

**EXHIBIT A**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES | TOTAL FEES BILLED TO VOYAGER LLC AFTER APPLICATION OF 10% DISCOUNT |
|---|---|---|---|---|
| VO01 | Case Administration | 7.5 | $1,648.00 | $1,483.20 |
| VO02 | Fee Applications | 48 | $36,905.00 | $33,214.50 |
| VO03 | Employment Applications | 1.6 | $2,032.00 | $1,828.80 |
| VO05 | Special Committee Investigation | 23.7 | $31,568.00 | $28,411.20 |
| **TOTAL** | | **80.8** | **$72,153.00** | **$64,937.70** |

**EXHIBIT B**

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| Susheel Kirpalani | Partner | 1.1 | $2,130.00 | $2,343.00 |
| Katherine A. Scherling | Counsel | 15.1 | $1,350.00 | $20,385.00 |
| Zachary Russell | Associate | 23.7 | $1,270.00 | $30,099.00 |
| Joanna Caytas | Associate | 4.6 | $1,165.00 | $5,359.00 |
| Daniel Needleman | Attorney | 27.8 | $425.00 | $11,815.00 |
| Diana Cordoba | Managing Clerk | 0.4 | $540.00 | $216.00 |
| Caitlin Garvey | Paralegal | 1.7 | $480.00 | $816.00 |
| Steven Wong | Litigation Support | 6.4 | $175.00 | $1,120.00 |
| **Total** | | **80.8** | **n/a** | **$72,153.00** |

**EXHIBIT C**

| EXPENSE | COST |
|---|---|
|  |  |
| Local business travel | $13.94 |
| RelOne User Fee | $700.00 |
| RelOne Active Hosting (Per GB) (Litigation Support cost) | $116.92 |
| **Total** | **$830.86** |

**<u>EXHIBIT D</u>**

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

January 12, 2023

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000145976
Responsible Attorney: Susheel Kirpalani

Limited Engagement For Voyager Digital, LLC Special Committee

For Professional Services through December 31, 2022 in connection with acting as special counsel to Voyager
Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC,
comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the
Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues
undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and
causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special
Committee's mandate.

| | |
|---|---|
| Fees | $72,153.00 |
| 10% Discount | -$7,215.30 |
| Net Billed Fees | $64,937.70 |
| Expenses | $830.86 |
| Net Amount | $65,768.56 |
| Total Due This Invoice | $65,768.56 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin

# quinn emanuel trial lawyers

January 12, 2023                                                                Matter #: 11603-00001
Page 2                                                          Invoice Number: 101-0000145976

## Statement Detail

### VO01  Case Administration

| Date | Code | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/01/22 | CG3 | Analyze and process recent production. | 0.50 | 240.00 |
| 12/02/22 | CG3 | Compile pdfs of recent production to share drive for team review. | 0.60 | 288.00 |
| 12/02/22 | SW4 | Prepare multiple sets of documents for review per request from Caitlin Garvey. | 3.60 | 630.00 |
| 12/28/22 | SW4 | Prepare documents for review per request from Caitlin Garvey. | 2.80 | 490.00 |
| | | SUBTOTAL | 7.50 | 1,648.00 |

### VO02  Fee Applications

| Date | Code | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/23/22 | DC3 | Electronic filing of Fourth Monthly Fee Statement for ZRR on behalf of Voyager Digital, LLC. | 0.20 | 108.00 |
| 12/01/22 | DN1 | Continue drafting Fee Application. | 7.40 | 3,145.00 |
| 12/06/22 | DN1 | Complete draft Fee Application. | 3.20 | 1,360.00 |
| 12/07/22 | ZR1 | Prepare fee application (2.1); prepare fee statement (.8). | 2.90 | 3,683.00 |
| 12/08/22 | ZR1 | Prepare fee application (.7). | 0.70 | 889.00 |
| 12/09/22 | ZR1 | Attn to fee application (1.1). | 1.10 | 1,397.00 |
| 12/11/22 | ZR1 | Review and revise fee application (1.2). | 1.20 | 1,524.00 |
| 12/12/22 | ZR1 | Review and revise fee application (1.3). | 1.30 | 1,651.00 |
| 12/13/22 | ZR1 | Review and revise fee application (1.2). | 1.20 | 1,524.00 |
| 12/13/22 | DN1 | Revise draft Fee Application per Zach Russell. | 5.00 | 2,125.00 |
| 12/14/22 | ZR1 | Review and revise fee application (2.4). | 2.40 | 3,048.00 |
| 12/14/22 | DN1 | Revise draft Fee Application per Zach Russell. | 2.50 | 1,062.50 |
| 12/15/22 | JDC | Review and revise first interim fee application (2.9); confer with D. Needleman regarding same (0.1); correspond with Z. Russell regarding | 3.20 | 3,728.00 |

**quinn emanuel** trial lawyers

January 12, 2023                                                    Matter #: 11603-00001
Page 3                                                    Invoice Number: 101-0000145976

| | | | | |
|---|---|---|---|---|
| | | same (0.2). | | |
| 12/17/22 | DN1 | Revise draft Fee Application per Zach Russell. | 2.70 | 1,147.50 |
| 12/18/22 | DN1 | Revise draft Fee Application per Zach Russell. | 0.80 | 340.00 |
| 12/19/22 | ZR1 | Review and revise fee application (1.1); correspondence with client and K&E re same (.4). | 1.50 | 1,905.00 |
| 12/19/22 | KS2 | Review first interim fee application and correspondence re: same (.80). | 0.80 | 1,080.00 |
| 12/19/22 | DN1 | Revise draft Fee Application per Zach Russell. | 3.50 | 1,487.50 |
| 12/20/22 | DN1 | Prepare Fee Application for filing (1.4) Draft Fifth Monthly Fee Statement (.8). | 2.20 | 935.00 |
| 12/20/22 | ZR1 | Finalize and oversee filing of fee application and associated documents (3.1). | 3.10 | 3,937.00 |
| 12/23/22 | ZR1 | Review and revise fee statement (.4). | 0.40 | 508.00 |
| 12/23/22 | DN1 | Revise draft Fifth Fee Statement. | 0.10 | 42.50 |
| 12/27/22 | DN1 | Revise draft Fifth Fee Statement. | 0.30 | 127.50 |
| 12/29/22 | DN1 | Ensure filing of Fifth Fee Statement. | 0.10 | 42.50 |
| 12/29/22 | DC3 | Review and prepare for electronic filing of Fifth Monthly Fee Statement for ZR on behalf of Voyager Digital, LLC. | 0.20 | 108.00 |
| | | SUBTOTAL | 48.00 | 36,905.00 |

**VO03  Employment Applications**

| | | | | |
|---|---|---|---|---|
| 12/01/22 | ZR1 | Prepare second supplemental declaration (1.1). | 1.10 | 1,397.00 |
| 12/05/22 | ZR1 | Review and revise supplemental declaration (.5). | 0.50 | 635.00 |
| | | SUBTOTAL | 1.60 | 2,032.00 |

**VO05  Special Committee Investigation**

**quinn emanuel** trial lawyers

January 12, 2023                                         Matter #: 11603-00001
Page 4                                        Invoice Number: 101-0000145976

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/22 | ZR1 | Prepare for and attend call with Celsius counsel and follow up call with KS/SK (1.3); correspondence rte document productions from Ehrlich and Psaropoulos (.3). | 1.60 | 2,032.00 |
| 12/01/22 | SK2 | Attend zoom w/K. Scherling to discuss Celsius late claim and bar date issue (.5). | 0.50 | 1,065.00 |
| 12/05/22 | ZR1 | Review docket for bar date order and PoCs (.5); legal research on excusable neglect (1.2). | 1.70 | 2,159.00 |
| 12/05/22 | ZR1 | Legal research on claim objections (1.4). | 1.40 | 1,778.00 |
| 12/05/22 | KS2 | Review letter from Akin and case law cited therein (2.40); factual and legal research re: same (2.70). | 5.10 | 6,885.00 |
| 12/06/22 | ZR1 | Call with KS (.3); call with K&E (.2); Celsius claim discussion (.5); prepare documents for Paul Hastings (.6). | 1.60 | 2,032.00 |
| 12/06/22 | KS2 | Call with R. Howell re: intercompanies (.20); multiple calls with Z. Russell re: same and case status (.30); research and review case law re: late filed proofs of claim (3.80); correspondence to BRG re: Voyager transfers (.20); calls and emails with S. Kirpalani and Z. Russell re: same (.90); review financial disclosure documents from S. Ehrlich (1.10). | 6.50 | 8,775.00 |
| 12/06/22 | SK2 | Attend meeting w/K. Scherling, Z. Russell re Celsius bar date issue (.6). | 0.60 | 1,278.00 |
| 12/07/22 | KS2 | Email to Paul Hastings re: potential Celsius claim (.30). | 0.30 | 405.00 |
| 12/08/22 | KS2 | Call with Paul Hastings re: potential Celsius claims (.20). | 0.20 | 270.00 |
| 12/23/22 | JDC | Analyze notice of adjournment of hearing on the disclosure statement and sale motion and related filings (1.3); correspond with Z. Russell regarding adjourned hearing (0.1). | 1.40 | 1,631.00 |
| 12/26/22 | KS2 | Review amended plan and disclosure statement (1.80). | 1.80 | 2,430.00 |
| 12/28/22 | CG3 | Analyze and process document | 0.60 | 288.00 |

# quinn emanuel trial lawyers

January 12, 2023                                                          Matter #: 11603-00001
Page 5                                                          Invoice Number: 101-0000145976

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | production to share drive (0.6). |  |  |
| 12/29/22 | KS2 | Survey supplemental document production from S. Ehrlich (.40). | 0.40 | 540.00 |
|  |  | SUBTOTAL | 23.70 | 31,568.00 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 1.10 | 2,130.00 | 2,343.00 |
| Katherine A. Scherling | KS2 | Counsel | 15.10 | 1,350.00 | 20,385.00 |
| Zachary Russell | ZR1 | Associate | 23.70 | 1,270.00 | 30,099.00 |
| Joanna Caytas | JDC | Associate | 4.60 | 1,165.00 | 5,359.00 |
| Daniel Needleman | DN1 | Attorney | 27.80 | 425.00 | 11,815.00 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Diana Cordoba | DC3 | Managing Clerk | 0.40 | 540.00 | 216.00 |
| Caitlin Garvey | CG3 | Paralegal | 1.70 | 480.00 | 816.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Steven Wong | SW4 | Litigation Support | 6.40 | 175.00 | 1,120.00 |

## Expense Summary

| Description |  | Amount |
|---|---|---|
| Online Research |  | 0.00 |
| Local business travel |  | 13.94 |
| Document Reproduction | 0.00 | 0.00 |
| Word processing |  | 0.00 |

**Litigation Support Costs**

| RelOne User Fee | 700.00 |
|---|---|
| RelOne Active Hosting (Per GB) | 116.92 |
| Total Expenses | $830.86 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin

**quinn emanuel** trial lawyers
quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

## Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees..............................................................$64,937.70 |
| Bill Date: January 12, 2023 | Expenses..................................................................$830.86 |
| Invoice Number: 101-0000145976 | Total Due this Invoice...........................................$65,768.56 |
| | **Payment Due By February 13, 2023** |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds to:

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA 90071

Account Info:          Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:          Deposit Account #██████
Bank ABA No.:          122016066
Swift Code:            CINAUS6L
*References:*           *Invoice number and client name / matter number please*

Tax ID#  95-4004138