HEARING DATE & TIME: February 22, 2023 at 10am

UNITED STATES BANKRUPTCY COURT
~~EASTERN~~ DISTRICT OF NEW YORK
SOUTHERN
-----------------------------------------x

In re:

Voyager Digital Holdings, Inc. et al

Case No. 22-10943

Chapter: 11

**Debtor(s)**
-----------------------------------------x

## OBJECTION TO NOTICE OF MOTION

To the Hon. Judge Michael Wiles, Bankruptcy Judge;

I Lisa Dagnoli (creditor), in the above-captioned bankruptcy proceeding, respectfully Object to the Motion filed by Voyager Digital Holdings, Inc. et al for the following relief, on docket 905, "order signed 1/24/2023 authorizing the retention and employment of ArentFox Schiff LLP as Special Counsel Effective as of November 10, 2022 (related doc#746)."

In support of this objection, I hereby allege as follows:

Honorable Judge Wiles, the Debtor (Voyager Digital Hodlings, Inc. et al) over the past few days, in several dockets including 905, has requested to spend more money and funds on FOUR new professionals, including the one listed above. They already have spent, as you can see in monthly operating reports, millions of dollars. The goal of this Bankruptcy on both sides has admittedly, by the Debtors legal team, Voyager and the Unsecured Creditors Legal team and the Unsecured Creditor Committee, been to "maximize recoveries for the creditors." That includes the many (billions?) of small people like myself who are now in the "unsecured creditors," group by no choice of our own. To us, every dollar counts. I ask you to unauthorize on this docket 905 the employment of yet another cost and expense by adding another counsel to their team. They are very well represented by top legal firms, lawyers, attorneys, financial professionals and more. This is UNECESSESARY and unless they can prove that this is something their current long list of professionals cannot handle, I beg you to deny this application and I so strongly object. My evidence is in their monthly expense reports and operating expenses and fees.

Wherefore, I respectfully request that this Court enter an order denying the relief requested.

Dated: 1/26/23

By: _[signature]_
(Signature of ~~Debtor~~)
(creditor)