HEARING DATE & TIME: February 22, 2023 at 10am

UNITED STATES BANKRUPTCY COURT
~~EASTERN~~ DISTRICT OF NEW YORK
SOUTHERN
---------------------------------------------x

In re:    Case No. 22-10943

Voyager Digital Holdings, Inc. et al    Chapter: 11

Debtor(s)
---------------------------------------------x

## OBJECTION TO NOTICE OF MOTION

To the Hon. Judge Michael Wiles, Bankruptcy Judge;

I Lisa Dagnoli (creditor), in the above-captioned bankruptcy proceeding, respectfully Object to the Motion filed by Voyager Digital Holdings, Inc. et al for the following relief, I ask that you do NOT release any of the executives, leadership, CEO, CFO or other top brass of the Debtor, in any locations, Voyager Digital Holdings, Inc. et al, from any liability, legal proceedings or personal responsibilities now, or in the future.

In support of this objection, I hereby allege as follows:

Honorable Judge Wiles, the Debtor (Voyager Digital Hodlings, Inc. et al), should NOT be allowed, as part of their "Plan," or other, to release ANY of their current and/or former executives, CEO's or other such high level decision makers at Voyager from any and all liabilities including personal liability. I object to any proceedings, motions or other legal actions that would allow these executives and leaders that were at the helm of Voyager, the Debtor, and/or any of it's subsidiaries, to be free from personal legal action, investigations, criminal investigation and/or litigations now or in the future. No matter if they "pay their way" out of jail with their approximate $1.2 million dollar "fee" paid, it is the principle of the matter. These people, collectively, made decisions that imploded the company and took all our money with them. They ruined people's lives as they knew it. They want to say they are "not responsible," and play the blame game that it was the cryptocurrency market and the failure of 3AC and all the other finger pointing. But they still have not taken any accountability for lying to us, mis-using our funds, showing negligence and for acting maliciously and criminally by loaning our money out and overextending the company and all of the funds held by trusting investors on their "safe" platform. They DID promise FDIC insured backing. They DID market Voyager as "safe" and "secure." They knew what they were doing. They knowingly acted in ways that broke trust, laws and ultimately continue to lie about it. I know there is a vote and I know there is an opt-in or out on this matter, but I ask you Honorable Judge Wiles, to have some say on this. They do not deserve to pay their way out of this or walk away from billions of dollars lost and who knows how many lives affected, with their pockets full and their conscience and record free and clear. Thank you for your consideration.

Wherefore, I respectfully request that this Court enter an order denying the relief requested.

Dated: 1/26/23    By: _____
                      (Signature of ~~Debtor~~)
                              (creditor)