Alah Shehadeh
P.O BOX 2454
ORLAND PARK, IL 60462

UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK                                                         CASE NO: 22-10943
                                                                                      Judge Wiles

IN RE:
Voyager Digital Holdings Inc.et al

## MOTION FOR AUDITING OF BALANCE SHEETS AND FINANCIAL OVERSIGHT.

1. Under penalty of perjury Steve has signed each monthly operating report. Which itself is a crime. Look at doc number 543 page 9-20 Steve has signed. Doc 17 page 18 Steve has signed and ect, for each document and each report this criminal has signed.
2. Case law supports the grant of this motion (Billy V. Arthur Young and CO. 1982)
3. Counsel has failed to effectively bargain and pursue the best deal for the creditors. Kirkland is a creditor on FTX which would clearly make them a conflict of interest. This 60-million-dollar witch hunt to pay these offshore companies is all a scam.
4. I seek that a new CPA get involved and do a true audit of all finances of Voyager during the bankruptcy.
5. I ask the court to stop the pay of the executives and tell us why the monthly insiders continue to grow and why more money was going to pay these executives when the company is not operable.
6. I seek full reports on the operating cost [audited] and want to know why money is being used for software and infrastructure.
7. I want to know how it was possible on January 24, 2023, 19:27 UTC there was a transfer allowed of 36,002,963 Matic from Voyager to an unknown address.
8. All money that was paid out from Metropolitan bank and other banks to be fully audited and all the money returned from the executives to the bank account for a rebalancing of the company.

I Alah Shehadeh a creditor in this matter is seeking the relief mentioned above and ask this court and honorable judge; to return the money paid to the executives and do a rebalancing.