**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Cherokee Debt Acquisition, LLC at 1384 Broadway, Suite 906 New York, New York 10018 and one (1) confidential party not included herein:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 859]**

Furthermore, on January 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Contrarian Funds, LLC Attn; Alpa Jimenez at 411 West Putnam Avenue, Suite 425 Greenwich, CT 06830 and one (1) confidential party not included herein:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 862]**

Furthermore, on January 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail Bradford Capital Holdings, LP Attn: Brian L. Brager at P.O. Box 4353 Clifton, NJ 07012 and one (1) confidential party not included herein:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 879]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Furthermore, on January 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Cherokee Debt Acquisition, LLC at 1384 Broadway, Suite 906 New York, New York 10018 and one (1) confidential party not included herein:

- [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 899]

Furthermore, on January 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on FTX Bidco LLC Attn: Susan Meyers at 90 Argyle Ave, New Rochelle, NY 10804 and one (1) confidential party not included herein:

- [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 913]

Dated: January 30, 2023

Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 30th day of January, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026