UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.* | : | Case No. 22-10943 (MEW) |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER DENYING REQUEST FOR RECONSIDERATION OF**
**ORDER APPROVING RETENTION OF ARENTFOX SCHIFF LLP**

On January 26, 2023, Lisa Dagnoli, *pro se*, filed a document titled Objection to Notice of Motion [ECF No. 914], in which she objected to the order entered in this case on January 24, 2023 authorizing the retention of ArentFox Schiff LLP ("ArentFox) as special counsel to Voyager Holdings effective November 10, 2022 (the "Retention Order") [ECF No. 905], and in which she asked the Court to "unauthorize" the retention. To the extent the letter was intended as an objection to the relevant application it is overruled as untimely. To the extent the letter seeks a reconsideration of the Court's order, it is denied. Some Voyager entities have claims against each other or matters as to which their interests conflict, and as to those matters the different Voyager entities require separate counsel. The letter has complained about the overall amount of legal work and expense in these cases, but it is nevertheless necessary that the separate Debtors have separate counsel to deal with any issues as to which different Debtors have conflicting interests. The letter has not identified any matter that the Court overlooked or any errors of law in the Court's prior rulings, and the requested relief therefore is denied.

Dated: New York, New York
      January 31, 2023

                                    /s/ **Michael E. Wiles**
                                    UNITED STATES BANKRUPTCY JUDGE