# EXHIBIT 14

| | |
|---|---|
| **From:** | Dietderich, Andrew G. <dietdericha@sullcrom.com> |
| **Sent:** | Tuesday, November 8, 2022 8:34 AM |
| **To:** | Azman, Darren |
| **Cc:** | gluecksteinb; FTI_Voyager; Steinman, Gregg; Williams, Grayson; Evans, Joseph |
| **Subject:** | RE: [EXTERNAL] Re: Town Hall |

**[ External Email ]**

First I've heard of it.  Talking with them later today on Voyager migration protocol and will ask.  Assume Binance nonsense.  This is getting crazy.

**From:** Azman, Darren <Dazman@mwe.com>
**Date:** Tuesday, Nov 08, 2022, 9:29 AM
**To:** Dietderich, Andrew G. <dietdericha@sullcrom.com>
**Cc:** Glueckstein, Brian D. <gluecksteinb@sullcrom.com>, FTI_Voyager <FTI_Voyager@fticonsulting.com>, Steinman, Gregg <Gsteinman@mwe.com>, Williams, Grayson <Gwilliams@mwe.com>, Evans, Joseph <Jbevans@mwe.com>
**Subject:** RE: [EXTERNAL] Re: Town Hall

Andy: Can you let me know whether this story is accurate about FTX withdrawals being paused (removing your client from this email).

https://www.theblock.co/post/184176/ftx-appears-to-have-stopped-processing-withdrawals-on-chain-data-show [theblock.co]

DARREN AZMAN
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5615    **Mobile** +1 410 409 7591    **Email** dazman@mwe.com
Biography [mwe.com] | Website [mwe.com] | vCard [dynasend.com] | Twitter [twitter.com] | LinkedIn [linkedin.com]