# **EXHIBIT C**

**Exhibits to Evans Declaration**

# EXHIBIT 10

[FILED UNDER SEAL]

22-10943-mew    Doc 938-3    Filed 02/01/23    Entered 02/01/23 02:43:53    Exhibit C - Exhibits to Evans Declaration    Pg 3 of 6

22-10943-mew    Doc 937-11    Filed 02/01/23    Entered 02/01/23 00:45:39    Exhibit 11 - Bid Letter and Revised Asset Purchase Agreement    Pg 1 of 1

# EXHIBIT 11

**[FILED UNDER SEAL]**

# EXHIBIT 12

**From:** Dietderich, Andrew G. <dietdericha@sullcrom.com>
**Sent:** Wednesday, July 27, 2022 2:36 PM
**To:** Steinman, Gregg <Gsteinman@mwe.com>; Azman, Darren <Dazman@mwe.com>; Wu, Mimi <wum@sullcrom.com>; Gibbs, Chuck <Crgibbs@mwe.com>; Zhu, Angela <zhua@sullcrom.com>; Ljustina, Jessica <ljustinaj@sullcrom.com>; Sun, Yiming <sunyi@sullcrom.com>
**Cc:** Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Eitel, Mitchell S. <Eitelm@sullcrom.com>; Jensen, Christian P. <jensenc@sullcrom.com>
**Subject:** Voyager - ▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2

Two smaller differences. First, different deals may have a different ability to "match" what the customers had. FTX has a bottomless sea of ordinary cryptocurrency, but not sure we can match every currency. On the other hand, the estate may not have enough cryptocurrency to match the basics without going out to buy it. Not sure how all that plays out or how material.

Best,
Andy