**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-10943 (MEW) |
| Debtors. | ) (Jointly Administered) |

**COVER SHEETS FOR SIXTH MONTHLY
APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS
FROM DECEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022**

| | |
|---|---|
| Name of applicant: | Moelis & Company LLC |
| Authorized to provide professional services to: | Debtors |
| Date of retention order: | July 5, 2022 |
| Period for which compensation and reimbursement are sought (the "**Compensation Period**"): | December 1, 2022 through December 31, 2022 |
| Amount of compensation sought: | $200,000 |
| Amount of payment requested for compensation: | $160,000 (80% of $200,000) |
| Amount of expense reimbursement sought: | $3,062.36[2] |
| This is a(n): | Monthly Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Please note that certain vendor invoices may not be received until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC reserves the right to include such unbilled expenses in subsequent fee applications.

**Prior Applications:**

1. *First Monthly Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from July 5, 2022 Through and Including July 31, 2022* filed September 15, 2022 [D.I. 431].
2. *Second and Third Monthly Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from August 1, 2022 Through and Including September 30, 2022* filed November 7, 2022 [D.I. 611]
3. *Fourth Monthly Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from October 1, 2022 Through and Including October 31, 2022* filed November 28, 2022 [D.I. 680]
4. *First Interim Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from July 5, 2022 Through and Including October 31, 2022* filed December 8, 2022 [D.I. 716]
5. *Fifth Monthly Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from November 1, 2022 Through and Including November 30, 2022* filed December 23, 2022 [D.I. 784]

**Summary of Monthly Fee Applications**

| Date Filed/ Docket No. | Period Encompassed | Requested Fees | Requested Expenses | Approved/Paid Fees | Approved/Paid Expenses |
|---|---|---|---|---|---|
| September 15, 2022 Docket No. 431 | July 5, 2022 through July 31, 2022 | $200,000 | $22,850.87 | $160,000 | $22,850.87 |
| November 3, 2022 Docket No. 611 | August 1, 2022 through September 30, 2022 | $400,000 | $65,456.75 | $320,000 | $65,456.75 |
| November 28, 2022 Docket No. 680 | October 1, 2022 through October 31, 2022 | $200,000 | $0.00 | $160,000 | $0.00 |
| December 23, 2022 Docket No. 784 | November 1, 2022 through November 30, 2022 | $200,000 | $9,242.86 | $160,000 | $9,242.86 |

# SUMMARY OF PROFESSIONALS' TIME DURING COMPENSATION PERIOD OF DECEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022

*Voyager Digital Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*December 01, 2022 - December 31, 2022*

| | Hours Summary - December | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jared Dermont | Michael DiYanni | Brian Tichenor | Barak Klein | Michael Mestayer | Cullen Murphy | Total |
| | Managing Director | Managing Director | Managing Director | Managing Director | Executive Director | Executive Director | |
| **By Month** | | | | | | | |
| November 2022 | 33.0 hour(s) | 13.5 hour(s) | 45.5 hour(s) | 40.5 hour(s) | 24.0 hour(s) | 27.5 hour(s) | 184.0 hour(s) |
| **Total** | **33.0 hour(s)** | **13.5 hour(s)** | **45.5 hour(s)** | **40.5 hour(s)** | **24.0 hour(s)** | **27.5 hour(s)** | **184.0 hour(s)** |

| | Hours Summary - December | | | | | |
|---|---|---|---|---|---|---|
| | Kenneth Fujita | Brendon Barnwell | Christopher Morris | Jonathan Rotbard | Erik Asplund | Total |
| | Vice President | Associate | Associate | Analyst | Analyst | |
| **By Month** | | | | | | |
| November 2022 | 18.5 hour(s) | 34.0 hour(s) | 73.5 hour(s) | 31.5 hour(s) | 138.5 hour(s) | 296.0 hour(s) |
| **Total** | **18.5 hour(s)** | **34.0 hour(s)** | **73.5 hour(s)** | **31.5 hour(s)** | **138.5 hour(s)** | **296.0 hour(s)** |

**SUMMARY OF EXPENSES DURING COMPENSATION PERIOD OF
DECEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022**

| December | |
|---|---|
| **Category** | **Amount** |
| Travel | $0.00 |
| Overtime Meals | 0.00 |
| Phone Bills | 0.00 |
| Presentations | 38.25 |
| Legal Fees | 2,825.00 |
| Taxi | 196.11 |
| Auction-Related Expenses | 0.00 |
| Client Meals | 0.00 |
| Info Services | 3.00 |
| **Total Expenses** | **$3,062.36** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SIXTH MONTHLY
APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS
FROM DECEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022**

Pursuant to sections 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [D.I. 236] (the "**Interim Compensation Order**"), Moelis & Company LLC ("**Moelis**"), the retained investment banker to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby submits this sixth monthly application (this "**Application**") for the allowance of compensation for professional services performed by Moelis for the period from December 1, 2022 through and including December 31, 2022 (the "**Compensation Period**"), and reimbursement of its actual and necessary expenses incurred during the Compensation Period. By this Application,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

1

Moelis seeks (a) payment for compensation for services rendered in the amount of $160,000, which is 80 percent of the $200,000 in fees for which it seeks interim allowance for the Compensation Period, and (b) reimbursement of actual and necessary expenses in the amount of $3,062.36 incurred during the Compensation Period. In support of this Application, Moelis respectfully represents as follows:

## Background

1. On July 5, 2022 (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 19, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the official committee of unsecured creditors (the "**Committee**") pursuant to section 1102 of the Bankruptcy Code. [D.I. 102]. No trustee or examiner has been appointed in these Chapter 11 Cases.

2. Additional factual background and information regarding the Debtors, including their business operations, their corporate and capital structure, their restructuring activities, and the events leading to the commencement of these Chapter 11 Cases, is set forth in detail in the *Declaration of Stephen Ehrlich, Chief Executive Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* [D.I. 15].

3. On August 16, 2022, the Court entered an order authorizing the Debtors to retain Moelis as their investment banker, effective as of the Petition Date [D.I. 299] (the "**Retention Order**") in accordance with the engagement letter attached thereto (the "**Engagement Letter**"), subject to the modifications stated in the Retention Order.

## COMPENSATION REQUESTED FOR
## SERVICES RENDERED DURING THE COMPENSATION PERIOD

4. Moelis' requested compensation for the Compensation Period includes its Monthly Fee (as defined in the Engagement Letter) for December 2022, net of crediting provided for in the Engagement Letter. As stated in the Engagement Letter, the Monthly Fee is $200,000

5. During the Compensation Period, Moelis' investment banking professionals rendered approximately 480.0 hours of services to the Debtors, based on the time records those professionals maintained pursuant to the Retention Order. As stated in the Debtors' application to retain Moelis [D.I. 117], (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

6. Moelis' work on behalf of the Debtors during the Compensation Period involved tasks that are briefly summarized below. This summary is not intended to be a detailed description of the work Moelis has performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis.

(a) **Meetings and Calls with Management and Creditors**. During the Compensation Period, Moelis participated in calls and meetings with management, the Debtors' other professionals, and creditors and the creditors' advisors. These calls covered various topics, including but not limited to the chapter 11 process, liquidity, financial scenario analysis, crypto market impact on the Debtors' capital structure, the state of business operations and transition strategy. Moelis prepared materials for management and creditors and provided strategic advice regarding these chapter 11 cases. Moelis participated in meetings with the Debtors' management and board of directors and presented materials regarding the Debtors' business plan, financials, the sale process and strategic matters. Moelis also provided updates to the Committee.

(b) **Meetings and Calls with State Regulators**. Moelis coordinated with the Debtors' counsel and state regulators to discuss the logistics and detailed mechanics of a proposed transaction structure. Moelis reviewed its financial analysis materials to address questions from various state regulators.

3

(c) **Meetings and Calls with Potential Investors.** Moelis scheduled and led calls with potential investors to provide guidance on the sale process timeline, chapter 11 proceedings, Debtors' business operations, and potential transactions structures. Moelis coordinated presentations between potential investors, Debtors and their professionals. Moelis also coordinated responses to diligence questions between potential investors and the Debtors.

(d) **Preparation/Review of Various Analyses and Documents.** Moelis reviewed various iterations of the Debtors' short- and medium-term business plan, operating plans, forecasted operating model, financial statements and financial projections prepared by the Debtors and their professionals. Moelis conducted due diligence on the Debtors' business operations, financial condition and proposed financial projections and forecasted operating model and attended due diligence meetings with the Debtors, the Debtors' advisors and various parties-in-interest. Moelis also assessed the Debtors' current capital structure, including the crypto market's impact on account holders and balance sheet cryptocurrency, as well as liquidity.

(e) **Plan of Reorganization Process.** Moelis worked with the Debtors and their advisors to prepare, analyze, and negotiate FTX transaction alternatives and their corresponding impact on account holder recovery. Moelis facilitated diligence for and helped the Debtors prepare materials for various parties in interest in this process. Moelis helped management to diligence financial models upon which the Debtors could evaluate plan of reorganization alternatives. In support of these efforts, Moelis conducted numerous calls with Debtors' management and their other advisors to refine such analysis.

(f) **Proposal Review**. Moelis reviewed multiple indications of interest pertaining to the Debtors. Moelis provided bid comparison materials to the Unsecured Creditors' Committee advisors and Debtors' other professionals.

(g) **Administrative Matters.** Moelis conducted investment banking and capital market services, including, but not limited to, services related to these chapter 11 cases generally, retention matters, chapter 11 procedures, and communications, administrative functions, and other matters not falling into any of the service categories listed above.

7. Moelis' time records for the Compensation Period, maintained in accordance with the Retention Order, are annexed hereto as **Exhibit A**. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rules have been modified such that Moelis' restructuring professionals are required only to keep reasonably detailed time records in half-hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not

4

required to maintain time records; Moelis' restructuring professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedules of hourly rates.

8.    To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rules (as modified by the Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

### REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED DURING THE COMPENSATION PERIOD

9.    Expenses incurred by Moelis for the Compensation Period total $3,062.36. A detailed description of the expenses Moelis incurred during the Compensation Period is annexed hereto as **Exhibit B**. The expenses incurred by Moelis during the Compensation Period include attorneys' fees and expenses of its outside legal counsel relating to retention issues and services performed by Moelis, invoices supporting which are included in **Exhibit B**.

10.    Moelis has made every reasonable effort to minimize its disbursements in these chapter 11 cases. All of the fees and expenses for which allowance and payment is requested by Moelis in this Application are reasonable and necessary, and Moelis' work was performed for and on behalf of the Debtors during the Compensation Period. In seeking reimbursement of an expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on such expenditure.

**WHEREFORE,** pursuant to the Interim Compensation Order, Moelis respectfully requests that an allowance be made to Moelis for 100% of its fees of $200,000 and 100% of its expenses of $3,062.36 incurred during the Compensation Period. Moelis also respectfully requests

5

payment by the Debtors of $160,000 representing the sum of 80% of its fees requested herein, plus 100% of the expense reimbursement requested herein.

Dated: January 31, 2022
New York, New York

                                **MOELIS & COMPANY LLC**

                                By: */s/ Jared Dermont*
                                Name:    Jared Dermont
                                Title:     Managing Director
                                               Moelis & Company LLC
                                               *Investment Banker to the Debtors*
                                               *and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-10943 (MEW) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATION OF COMPLIANCE WITH GUIDELINES AND LOCAL RULES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS
IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES**

I, Jared Dermont, certify that:

1. I am a Managing Director and head of the Financial Institutions Group (the "FIG Group") at Moelis & Company LLC ("Moelis"), the investment banker to the Debtors in these chapter 11 cases. This certification is made pursuant to the *United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330* (the "**Guidelines**") in support of Moelis' foregoing sixth monthly fee application (the "**Application**").[2] I am Moelis' Certifying Professional as defined in the Guidelines.

2. I have read the Application and reviewed the requirements of the Local Rules. I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the contrary herein or in the Application or to the extent compliance has been modified or waived by the Retention Order: (a) the Application complies with the Guidelines and the Local Rules; and (b) the fees and disbursements sought by Moelis fall

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

within the Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients (though Moelis normally does not bill its clients by the hour). In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rules have been modified such that Moelis' investment banking professionals are required only to keep reasonably detailed time records in half-hour increments, Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records, Moelis' restructuring professionals are not required to keep time records on a project category basis, and Moelis is not required to provide or conform to any schedules of hourly rates. As stated in the Debtors' application to retain Moelis [D.I. 117], (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

| | |
|---|---|
| Dated: January 31, 2022<br>New York, New York | */s/ Jared Dermont*<br>Jared Dermont<br>Managing Director<br>Moelis & Company LLC |

# EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD

| Date | December | | | | | |
|---|---|---|---|---|---|---|
| | Jared Dermont<br>Managing Director | Michael DiYanni<br>Managing Director | Brian Tichenor<br>Managing Director | Barak Klein<br>Managing Director | Michael Mestayer<br>Executive Director | Cullen Murphy<br>Executive Director |
| 12/01/22 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 3.0 hour(s) | 1.0 hour(s) | 2.5 hour(s) |
| 12/02/22 | - | - | 2.0 hour(s) | 2.0 hour(s) | 0.5 hour(s) | - |
| 12/03/22 | - | - | 1.0 hour(s) | - | 0.5 hour(s) | - |
| 12/04/22 | - | - | 1.5 hour(s) | - | - | - |
| 12/05/22 | 1.0 hour(s) | 1.0 hour(s) | 1.5 hour(s) | 3.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) |
| 12/06/22 | 3.0 hour(s) | 0.5 hour(s) | 4.5 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 1.5 hour(s) |
| 12/07/22 | - | - | 1.0 hour(s) | 1.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) |
| 12/08/22 | 3.5 hour(s) | 1.0 hour(s) | 4.5 hour(s) | 2.5 hour(s) | 1.0 hour(s) | 2.5 hour(s) |
| 12/09/22 | 1.5 hour(s) | 1.5 hour(s) | 1.5 hour(s) | 4.5 hour(s) | 2.5 hour(s) | 2.5 hour(s) |
| 12/10/22 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| 12/11/22 | - | - | 0.5 hour(s) | - | - | - |
| 12/12/22 | 3.5 hour(s) | 3.5 hour(s) | 4.5 hour(s) | 4.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) |
| 12/13/22 | 2.5 hour(s) | - | 2.5 hour(s) | 1.5 hour(s) | 1.0 hour(s) | 1.5 hour(s) |
| 12/14/22 | 1.5 hour(s) | - | 1.0 hour(s) | 2.0 hour(s) | 0.5 hour(s) | 2.0 hour(s) |
| 12/15/22 | 2.0 hour(s) | - | 2.0 hour(s) | 1.5 hour(s) | 1.5 hour(s) | 1.5 hour(s) |
| 12/16/22 | - | - | 0.5 hour(s) | 1.5 hour(s) | 1.0 hour(s) | 1.5 hour(s) |
| 12/17/22 | - | - | - | - | - | - |
| 12/18/22 | 0.5 hour(s) | - | 0.5 hour(s) | - | 0.5 hour(s) | - |
| 12/19/22 | - | - | - | 1.5 hour(s) | 0.5 hour(s) | 1.5 hour(s) |
| 12/20/22 | 3.0 hour(s) | 1.0 hour(s) | 3.0 hour(s) | 2.5 hour(s) | - | 2.5 hour(s) |
| 12/21/22 | 0.5 hour(s) | - | 0.5 hour(s) | 2.5 hour(s) | 1.0 hour(s) | 2.5 hour(s) |
| 12/22/22 | 1.5 hour(s) | - | 1.5 hour(s) | - | 0.5 hour(s) | - |
| 12/23/22 | - | - | - | - | 0.5 hour(s) | - |
| 12/24/22 | - | - | - | - | - | - |
| 12/25/22 | - | - | - | - | - | - |
| 12/26/22 | - | - | 1.0 hour(s) | - | - | - |
| 12/27/22 | 2.5 hour(s) | 0.5 hour(s) | 2.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) |
| 12/28/22 | 3.0 hour(s) | 2.5 hour(s) | 4.5 hour(s) | 3.0 hour(s) | 2.0 hour(s) | - |
| 12/29/22 | 1.5 hour(s) | - | 1.5 hour(s) | - | - | - |
| 12/30/22 | - | - | - | - | - | - |
| 12/31/22 | - | - | - | - | - | - |
| **Total** | **33.0 hour(s)** | **13.5 hour(s)** | **45.5 hour(s)** | **40.5 hour(s)** | **24.0 hour(s)** | **27.5 hour(s)** |

| Date | December | | | | |
|---|---|---|---|---|---|
| | Kenneth Fujita<br>Vice President | Brendon Barnwell<br>Associate | Christopher Morris<br>Associate | Jonathan Rotbard<br>Analyst | Erik Asplund<br>Analyst |
| 12/01/22 | 1.0 hour(s) | 3.5 hour(s) | 3.5 hour(s) | 2.0 hour(s) | 5.0 hour(s) |
| 12/02/22 | 3.0 hour(s) | 1.0 hour(s) | 2.5 hour(s) | 4.0 hour(s) | 4.0 hour(s) |
| 12/03/22 | - | 2.0 hour(s) | 2.0 hour(s) | - | 3.0 hour(s) |
| 12/04/22 | - | - | 1.5 hour(s) | - | 3.0 hour(s) |
| 12/05/22 | 1.0 hour(s) | 2.5 hour(s) | 1.5 hour(s) | 1.0 hour(s) | 4.0 hour(s) |
| 12/06/22 | 1.5 hour(s) | 1.5 hour(s) | 3.5 hour(s) | 1.5 hour(s) | 6.0 hour(s) |
| 12/07/22 | - | 1.5 hour(s) | 3.0 hour(s) | - | 5.0 hour(s) |
| 12/08/22 | 1.5 hour(s) | 3.0 hour(s) | 3.0 hour(s) | 4.5 hour(s) | 5.5 hour(s) |
| 12/09/22 | 1.5 hour(s) | 1.5 hour(s) | 3.0 hour(s) | 1.5 hour(s) | 2.0 hour(s) |
| 12/10/22 | - | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| 12/11/22 | - | - | 0.5 hour(s) | - | 2.0 hour(s) |
| 12/12/22 | 1.0 hour(s) | 1.5 hour(s) | 4.5 hour(s) | 3.5 hour(s) | 7.5 hour(s) |
| 12/13/22 | - | 2.0 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 1.0 hour(s) |
| 12/14/22 | - | 2.5 hour(s) | 2.5 hour(s) | - | 4.0 hour(s) |
| 12/15/22 | 0.5 hour(s) | 2.0 hour(s) | 1.5 hour(s) | 2.5 hour(s) | 1.5 hour(s) |
| 12/16/22 | - | 1.0 hour(s) | 2.5 hour(s) | - | 4.0 hour(s) |
| 12/17/22 | - | - | 0.5 hour(s) | - | 1.5 hour(s) |
| 12/18/22 | 0.5 hour(s) | - | 0.5 hour(s) | 0.5 hour(s) | 2.5 hour(s) |
| 12/19/22 | - | 2.5 hour(s) | 3.5 hour(s) | - | 8.0 hour(s) |
| 12/20/22 | - | 1.5 hour(s) | 2.0 hour(s) | 5.0 hour(s) | 7.0 hour(s) |
| 12/21/22 | 1.5 hour(s) | 1.5 hour(s) | 5.5 hour(s) | 0.5 hour(s) | 12.5 hour(s) |
| 12/22/22 | 1.0 hour(s) | - | 2.5 hour(s) | - | 7.0 hour(s) |
| 12/23/22 | - | - | 3.5 hour(s) | - | 10.0 hour(s) |
| 12/24/22 | 2.0 hour(s) | - | 6.0 hour(s) | - | 12.0 hour(s) |
| 12/25/22 | - | - | - | - | - |
| 12/26/22 | 1.0 hour(s) | - | 2.5 hour(s) | - | 4.0 hour(s) |
| 12/27/22 | 1.0 hour(s) | 2.0 hour(s) | 5.0 hour(s) | - | 6.5 hour(s) |
| 12/28/22 | - | - | 4.0 hour(s) | 3.5 hour(s) | 7.0 hour(s) |
| 12/29/22 | - | - | - | - | 1.0 hour(s) |
| 12/30/22 | - | - | - | - | 0.5 hour(s) |
| 12/31/22 | 0.5 hour(s) | - | 1.5 hour(s) | - | 0.5 hour(s) |
| **Total** | **18.5 hour(s)** | **34.0 hour(s)** | **73.5 hour(s)** | **31.5 hour(s)** | **138.5 hour(s)** |

| Professional | Date | Hours | Description | Person |
|---|---|---|---|---|
| Erik Asplund | 12/1/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | EA |
| Erik Asplund | 12/1/2022 | 2.0 hour(s) | Developed materials for future filing | EA |
| Erik Asplund | 12/1/2022 | 1.0 hour(s) | Responded to diligence requests | EA |
| Erik Asplund | 12/1/2022 | 1.0 hour(s) | General administrative / scheduling functions | EA |
| Michael Mestayer | 12/1/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | MM |
| Jared Dermont | 12/1/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | JD |
| Michael DiYanni | 12/1/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | MD |
| Barak Klein | 12/1/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | BK |
| Barak Klein | 12/1/2022 | 2.0 hour(s) | Calls and communications re: bid and plan | BK |
| Kenneth Fujita | 12/1/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | KF |
| Cullen Murphy | 12/1/2022 | 0.5 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | CM |
| Cullen Murphy | 12/1/2022 | 1.0 hour(s) | Calls and communications re: bid and plan | CM |
| Cullen Murphy | 12/1/2022 | 1.0 hour(s) | Discuss and review analysis re: plan | CM |
| Christopher Morris | 12/1/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | CH |
| Christopher Morris | 12/1/2022 | 1.0 hour(s) | Developed materials for future filing | CH |
| Christopher Morris | 12/1/2022 | 1.5 hour(s) | Responded to diligence requests | CH |
| Jonathan Rotbard | 12/1/2022 | 1.0 hour(s) | Work on discussion materials | JR |
| Jonathan Rotbard | 12/1/2022 | 1.0 hour(s) | Discussion with Voyager team | JR |
| Brendon Barnwell | 12/1/2022 | 1.0 hour(s) | Call with company and company advisors | BB |
| Brendon Barnwell | 12/1/2022 | 2.5 hour(s) | Reviewed materials re potential bidder, plan; communications and discussions re same | BB |
| Brian Tichenor | 12/1/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | BT |
| Erik Asplund | 12/2/2022 | 2.0 hour(s) | Worked on a legal filing | EA |
| Erik Asplund | 12/2/2022 | 2.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Michael Mestayer | 12/2/2022 | 0.5 hour(s) | Calls with potential investors | MM |
| Barak Klein | 12/2/2022 | 2.0 hour(s) | Review plan analysis | BK |
| Kenneth Fujita | 12/2/2022 | 2.0 hour(s) | Worked on a legal filing | KF |
| Kenneth Fujita | 12/2/2022 | 1.0 hour(s) | Reviewed financial analysis materials | KF |
| Christopher Morris | 12/2/2022 | 0.5 hour(s) | Worked on a legal filing | CH |
| Christopher Morris | 12/2/2022 | 2.0 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Jonathan Rotbard | 12/2/2022 | 4.0 hour(s) | Work on discussion materials | JR |
| Brendon Barnwell | 12/2/2022 | 1.0 hour(s) | Reviewed materials re potential bidder | BB |
| Brian Tichenor | 12/2/2022 | 1.0 hour(s) | Reviewed materials on a legal filing | BT |
| Brian Tichenor | 12/2/2022 | 1.0 hour(s) | Reviewed financial analysis materials on a potential bidder | BT |
| Erik Asplund | 12/3/2022 | 2.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Erik Asplund | 12/3/2022 | 1.0 hour(s) | Responded to diligence requests | EA |
| Michael Mestayer | 12/3/2022 | 0.5 hour(s) | Calls with potential investors | MM |
| Christopher Morris | 12/3/2022 | 1.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Christopher Morris | 12/3/2022 | 0.5 hour(s) | Responded to diligence requests | CH |
| Brendon Barnwell | 12/3/2022 | 2.0 hour(s) | Reviewed materials re potential bidder | BB |
| Brian Tichenor | 12/3/2022 | 1.0 hour(s) | Reviewed financial analysis materials on a potential bidder | BT |
| Erik Asplund | 12/4/2022 | 3.0 hour(s) | Developed materials for future filing | EA |
| Christopher Morris | 12/4/2022 | 1.5 hour(s) | Developed materials for future filing | CH |
| Brian Tichenor | 12/4/2022 | 1.5 hour(s) | Reviewed materials on a legal filing | BT |
| Erik Asplund | 12/5/2022 | 1.0 hour(s) | Call with the UCC advisors, Moelis, Kirkland & Ellis, and BRG | EA |
| Erik Asplund | 12/5/2022 | 2.0 hour(s) | Responded to diligence requests | EA |
| Erik Asplund | 12/5/2022 | 1.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Michael Mestayer | 12/5/2022 | 0.5 hour(s) | Call with the UCC advisors, Moelis, Kirkland & Ellis, and BRG | MM |
| Michael Mestayer | 12/5/2022 | 1.5 hour(s) | Calls with potential investors | MM |
| Jared Dermont | 12/5/2022 | 1.0 hour(s) | Call with the UCC advisors, Moelis, Kirkland & Ellis, and BRG | JD |
| Michael DiYanni | 12/5/2022 | 1.0 hour(s) | Call with the UCC advisors, Moelis, Kirkland & Ellis, and BRG | MD |
| Barak Klein | 12/5/2022 | 1.0 hour(s) | Call with the UCC advisors, Moelis, Kirkland & Ellis, and BRG | BK |
| Barak Klein | 12/5/2022 | 2.0 hour(s) | Calls and communications re: bid and plan | BK |
| Kenneth Fujita | 12/5/2022 | 1.0 hour(s) | Call with the UCC advisors, Moelis, Kirkland & Ellis, and BRG | KF |
| Cullen Murphy | 12/5/2022 | 1.0 hour(s) | Calls and communications re: bid and plan | CM |
| Christopher Morris | 12/5/2022 | 1.0 hour(s) | Call with the UCC advisors, Moelis, Kirkland & Ellis, and BRG | CH |
| Christopher Morris | 12/5/2022 | 0.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Jonathan Rotbard | 12/5/2022 | 1.0 hour(s) | Discussion with the UCC | JR |
| Brendon Barnwell | 12/5/2022 | 1.0 hour(s) | Call with company advisors and UCC advisors | BB |
| Brendon Barnwell | 12/5/2022 | 1.5 hour(s) | Reviewed financial analysis re potential bidder, plan; internal communications re same | BB |
| Brian Tichenor | 12/5/2022 | 1.0 hour(s) | Call with the UCC advisors, Moelis, Kirkland & Ellis, and BRG | BT |
| Brian Tichenor | 12/5/2022 | 0.5 hour(s) | Reviewed financial analysis materials on a potential bidder | BT |
| Erik Asplund | 12/6/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | EA |
| Erik Asplund | 12/6/2022 | 1.0 hour(s) | Financial analysis discussions with BRG and Moelis | EA |
| Erik Asplund | 12/6/2022 | 4.5 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Michael Mestayer | 12/6/2022 | 1.0 hour(s) | Financial analysis discussions with BRG and Moelis | MM |
| Michael Mestayer | 12/6/2022 | 1.0 hour(s) | Internal calls with the Moelis team | MM |
| Jared Dermont | 12/6/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | JD |
| Jared Dermont | 12/6/2022 | 1.0 hour(s) | Financial analysis discussions with BRG and Moelis | JD |
| Michael DiYanni | 12/6/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | MD |
| Barak Klein | 12/6/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | BK |
| Barak Klein | 12/6/2022 | 1.5 hour(s) | Review analysis re: plan | BK |
| Kenneth Fujita | 12/6/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | KF |
| Kenneth Fujita | 12/6/2022 | 1.0 hour(s) | Financial analysis discussions with BRG and Moelis | KF |
| Cullen Murphy | 12/6/2022 | 0.5 hour(s) | Prep for legal discussion with Kirkland & Ellis and Moelis | CM |
| Cullen Murphy | 12/6/2022 | 1.0 hour(s) | Review analysis re: plan | CM |
| Christopher Morris | 12/6/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | CH |

2

| Name | Date | Hours | Description | Initials |
|---|---|---|---|---|
| Christopher Morris | 12/6/2022 | 1.0 hour(s) | Financial analysis discussions with BRG and Moelis | CH |
| Christopher Morris | 12/6/2022 | 2.0 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Jonathan Rotbard | 12/6/2022 | 1.0 hour(s) | Discussion with BRG | JR |
| Jonathan Rotbard | 12/6/2022 | 0.5 hour(s) | Discussion with K&E | JR |
| Brendon Barnwell | 12/6/2022 | 1.5 hour(s) | Financial modeling and analysis re plan; calls with company advisors re same | BB |
| Brian Tichenor | 12/6/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | BT |
| Brian Tichenor | 12/6/2022 | 1.0 hour(s) | Financial analysis discussions with BRG and Moelis | BT |
| Brian Tichenor | 12/6/2022 | 1.5 hour(s) | Reviewed financial analysis materials on a potential bidder | BT |
| Brian Tichenor | 12/6/2022 | 1.5 hour(s) | Internal strategy discussion | BT |
| Jared Dermont | 12/6/2022 | 1.5 hour(s) | Internal strategy discussion | JD |
| Erik Asplund | 12/7/2022 | 5.0 hour(s) | Developed presentation materials for future meeting | EA |
| Michael Mestayer | 12/7/2022 | 0.5 hour(s) | Call with advisors | MM |
| Michael Mestayer | 12/7/2022 | 0.5 hour(s) | Call with UCC advisors | MM |
| Michael Mestayer | 12/7/2022 | 1.0 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | MM |
| Barak Klein | 12/7/2022 | 1.0 hour(s) | Review emails and communications re: plan | BK |
| Cullen Murphy | 12/7/2022 | 1.0 hour(s) | Review emails and communications re: plan | CM |
| Christopher Morris | 12/7/2022 | 3.0 hour(s) | Developed presentation materials for future meeting | CH |
| Brendon Barnwell | 12/7/2022 | 1.5 hour(s) | Review documents and communications re plan; calls with company advisors re same | BB |
| Brian Tichenor | 12/7/2022 | 1.0 hour(s) | Reviewed presentation materials | BT |
| Erik Asplund | 12/8/2022 | 4.0 hour(s) | Developed presentation materials for future meeting | EA |
| Erik Asplund | 12/8/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | EA |
| Erik Asplund | 12/8/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | EA |
| Michael Mestayer | 12/8/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | MM |
| Jared Dermont | 12/8/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | JD |
| Jared Dermont | 12/8/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | JD |
| Michael DiYanni | 12/8/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | MD |
| Barak Klein | 12/8/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | BK |
| Barak Klein | 12/8/2022 | 1.5 hour(s) | Review analysis re: recovery and plan | BK |
| Kenneth Fujita | 12/8/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | KF |
| Kenneth Fujita | 12/8/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | KF |
| Cullen Murphy | 12/8/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | CM |
| Cullen Murphy | 12/8/2022 | 1.5 hour(s) | Review analysis re: recovery and plan | CM |
| Christopher Morris | 12/8/2022 | 1.5 hour(s) | Developed presentation materials for future meeting | CH |
| Christopher Morris | 12/8/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | CH |
| Christopher Morris | 12/8/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | CH |
| Jonathan Rotbard | 12/8/2022 | 0.5 hour(s) | Discussion with BRG | JR |
| Jonathan Rotbard | 12/8/2022 | 1.0 hour(s) | Discussion with Voyager team | JR |
| Jonathan Rotbard | 12/8/2022 | 3.0 hour(s) | Work on discussion materials | JR |
| Brendon Barnwell | 12/8/2022 | 1.0 hour(s) | Call with company and company advisors | BB |
| Brendon Barnwell | 12/8/2022 | 2.0 hour(s) | Analyze and review documents and draft filings re plan | BB |
| Brian Tichenor | 12/8/2022 | 1.0 hour(s) | Reviewed presentation materials | BT |
| Brian Tichenor | 12/8/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | BT |
| Brian Tichenor | 12/8/2022 | 1.0 hour(s) | Meeting with Voyager, Kirkland & Ellis, BRG, and Moelis | BT |
| Brian Tichenor | 12/8/2022 | 2.0 hour(s) | Internal strategy discussion | BT |
| Jared Dermont | 12/8/2022 | 2.0 hour(s) | Internal strategy discussion | JD |
| Erik Asplund | 12/9/2022 | 0.5 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Erik Asplund | 12/9/2022 | 1.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis to discuss potential bidders | EA |
| Michael Mestayer | 12/9/2022 | 0.5 hour(s) | Internal call | MM |
| Michael Mestayer | 12/9/2022 | 2.0 hour(s) | Internal calls with the Moelis team | MM |
| Jared Dermont | 12/9/2022 | 1.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis to discuss potential bidders | JD |
| Michael DiYanni | 12/9/2022 | 1.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis to discuss potential bidders | MD |
| Barak Klein | 12/9/2022 | 1.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis to discuss potential bidders | BK |
| Barak Klein | 12/9/2022 | 3.0 hour(s) | Review analysis re: recovery and plan | BK |
| Kenneth Fujita | 12/9/2022 | 1.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis to discuss potential bidders | KF |
| Cullen Murphy | 12/9/2022 | 1.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis to discuss potential bidders | CM |
| Cullen Murphy | 12/9/2022 | 1.0 hour(s) | Review analysis re: recovery and plan | CM |
| Christopher Morris | 12/9/2022 | 1.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Christopher Morris | 12/9/2022 | 1.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis to discuss potential bidders | CH |
| Jonathan Rotbard | 12/9/2022 | 1.5 hour(s) | Discussion with UCC | JR |
| Brendon Barnwell | 12/9/2022 | 1.5 hour(s) | Call with company advisors and UCC advisors re plan, potential bidders | BB |
| Brian Tichenor | 12/9/2022 | 1.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis to discuss potential bidders | BT |
| Erik Asplund | 12/10/2022 | 1.0 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | EA |
| Michael Mestayer | 12/10/2022 | 1.0 hour(s) | Calls with potential investors | MM |
| Jared Dermont | 12/10/2022 | 1.0 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | JD |
| Michael DiYanni | 12/10/2022 | 1.0 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | MD |
| Barak Klein | 12/10/2022 | 1.0 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | BK |
| Barak Klein | 12/10/2022 | 1.0 hour(s) | Call w stakeholder re: plan | BK |
| Cullen Murphy | 12/10/2022 | 1.0 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | CM |
| Christopher Morris | 12/10/2022 | 1.0 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | CH |
| Jonathan Rotbard | 12/10/2022 | 1.0 hour(s) | Discussion with buyer | JR |
| Brendon Barnwell | 12/10/2022 | 1.0 hour(s) | Call with company advisors, potential bidder, and advisors | BB |
| Brian Tichenor | 12/10/2022 | 1.0 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | BT |
| Erik Asplund | 12/11/2022 | 2.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Christopher Morris | 12/11/2022 | 0.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Brian Tichenor | 12/11/2022 | 0.5 hour(s) | Reviewed financial analysis materials on a potential bidder | BT |
| Erik Asplund | 12/12/2022 | 1.0 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | EA |
| Erik Asplund | 12/12/2022 | 2.0 hour(s) | Legal discussion with Voyager, potential bidder, counsel, Kirkland & Ellis, and Moelis | EA |
| Erik Asplund | 12/12/2022 | 0.5 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | EA |

| Name | Date | Hours | Description | Initials |
|---|---|---|---|---|
| Erik Asplund | 12/12/2022 | 3.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Erik Asplund | 12/12/2022 | 1.0 hour(s) | General administrative / scheduling functions | EA |
| Michael Mestayer | 12/12/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | MM |
| Michael Mestayer | 12/12/2022 | 1.5 hour(s) | Calls with potential investors | MM |
| Jared Dermont | 12/12/2022 | 1.0 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | JD |
| Jared Dermont | 12/12/2022 | 2.0 hour(s) | Legal discussion with Voyager, potential bidder, counsel, Kirkland & Ellis, and Moelis | JD |
| Jared Dermont | 12/12/2022 | 0.5 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | JD |
| Michael DiYanni | 12/12/2022 | 1.0 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | MD |
| Michael DiYanni | 12/12/2022 | 2.0 hour(s) | Legal discussion with Voyager, potential bidder, counsel, Kirkland & Ellis, and Moelis | MD |
| Michael DiYanni | 12/12/2022 | 0.5 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | MD |
| Barak Klein | 12/12/2022 | 2.0 hour(s) | Legal discussion with Voyager, potential bidder, counsel, Kirkland & Ellis, and Moelis | BK |
| Barak Klein | 12/12/2022 | 0.5 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | BK |
| Barak Klein | 12/12/2022 | 1.5 hour(s) | Call and communication re: plan and bid | BK |
| Kenneth Fujita | 12/12/2022 | 1.0 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | KF |
| Cullen Murphy | 12/12/2022 | 0.5 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | CM |
| Cullen Murphy | 12/12/2022 | 1.5 hour(s) | Call and communication re: plan and bid | CM |
| Christopher Morris | 12/12/2022 | 1.0 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | CH |
| Christopher Morris | 12/12/2022 | 2.0 hour(s) | Legal discussion with Voyager, potential bidder, counsel, Kirkland & Ellis, and Moelis | CH |
| Christopher Morris | 12/12/2022 | 0.5 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | CH |
| Christopher Morris | 12/12/2022 | 1.0 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Jonathan Rotbard | 12/12/2022 | 0.5 hour(s) | Discussion with buyer | JR |
| Jonathan Rotbard | 12/12/2022 | 1.0 hour(s) | Discussion with K&E | JR |
| Jonathan Rotbard | 12/12/2022 | 2.0 hour(s) | Discussion with Voyager team | JR |
| Brendon Barnwell | 12/12/2022 | 1.5 hour(s) | Analysis re plan; calls with company advisors, potential bidder, and advisors | BB |
| Brian Tichenor | 12/12/2022 | 1.0 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | BT |
| Brian Tichenor | 12/12/2022 | 2.0 hour(s) | Legal discussion with Voyager, potential bidder, counsel, Kirkland & Ellis, and Moelis | BT |
| Brian Tichenor | 12/12/2022 | 0.5 hour(s) | Legal discussion with potential bidder, counsel, Kirkland & Ellis, and Moelis | BT |
| Brian Tichenor | 12/12/2022 | 1.0 hour(s) | Reviewed financial analysis materials on a potential bidder | BT |
| Erik Asplund | 12/13/2022 | 0.5 hour(s) | Calls with potential investors | EA |
| Erik Asplund | 12/13/2022 | 0.5 hour(s) | General administrative / scheduling functions | EA |
| Michael Mestayer | 12/13/2022 | 1.0 hour(s) | Calls with potential investors | MM |
| Jared Dermont | 12/13/2022 | 0.5 hour(s) | Calls with potential investors | JD |
| Barak Klein | 12/13/2022 | 1.5 hour(s) | Review analysis re: bid | BK |
| Cullen Murphy | 12/13/2022 | 1.5 hour(s) | Review analysis re: bid | CM |
| Christopher Morris | 12/13/2022 | 0.5 hour(s) | Calls with potential investors | CH |
| Jonathan Rotbard | 12/13/2022 | 0.5 hour(s) | Discussion with buyer | JR |
| Brendon Barnwell | 12/13/2022 | 0.5 hour(s) | Call with potential investor | BB |
| Brendon Barnwell | 12/13/2022 | 1.5 hour(s) | Analyze and review bids, plan; communications re same | BB |
| Brian Tichenor | 12/13/2022 | 0.5 hour(s) | Calls with potential investors | BT |
| Brian Tichenor | 12/13/2022 | 2.0 hour(s) | Internal strategy discussion | BT |
| Jared Dermont | 12/13/2022 | 2.0 hour(s) | Internal strategy discussion | JD |
| Erik Asplund | 12/14/2022 | 3.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Erik Asplund | 12/14/2022 | 1.0 hour(s) | General administrative / scheduling functions | EA |
| Michael Mestayer | 12/14/2022 | 0.5 hour(s) | Call with the UCC advisors, Moelis, Kirkland & Ellis, and BRG | MM |
| Jared Dermont | 12/14/2022 | 1.5 hour(s) | Reviewed news update materials | JD |
| Barak Klein | 12/14/2022 | 2.0 hour(s) | Review communications and documents re: plan and bid | BK |
| Cullen Murphy | 12/14/2022 | 2.0 hour(s) | Review communications and documents re: plan and bid | CM |
| Christopher Morris | 12/14/2022 | 2.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Brendon Barnwell | 12/14/2022 | 2.5 hour(s) | Analyze and review documents and draft filings re bid, plan | BB |
| Brian Tichenor | 12/14/2022 | 1.0 hour(s) | Reviewed presentation materials | BT |
| Erik Asplund | 12/15/2022 | 0.5 hour(s) | Meeting with the internal Moelis team | EA |
| Erik Asplund | 12/15/2022 | 1.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Michael Mestayer | 12/15/2022 | 0.5 hour(s) | Call with the UCC advisors | MM |
| Michael Mestayer | 12/15/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | MM |
| Michael Mestayer | 12/15/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | MM |
| Barak Klein | 12/15/2022 | 1.5 hour(s) | Discussion re: transaction alternatives. Review of analysis. | BK |
| Kenneth Fujita | 12/15/2022 | 0.5 hour(s) | Meeting with the internal Moelis team | KF |
| Cullen Murphy | 12/15/2022 | 1.5 hour(s) | Discussion re: transaction alternatives. Review of analysis. | CM |
| Christopher Morris | 12/15/2022 | 0.5 hour(s) | Meeting with the internal Moelis team | CH |
| Christopher Morris | 12/15/2022 | 1.0 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Jonathan Rotbard | 12/15/2022 | 2.0 hour(s) | Work on discussion materials | JR |
| Jonathan Rotbard | 12/15/2022 | 0.5 hour(s) | Internal discussion | JR |
| Brendon Barnwell | 12/15/2022 | 2.0 hour(s) | Analysis re plan, transaction alternatives; internal discussions re same | BB |
| Brian Tichenor | 12/15/2022 | 2.0 hour(s) | Internal strategy discussion | BT |
| Jared Dermont | 12/15/2022 | 2.0 hour(s) | Internal strategy discussion | JD |
| Erik Asplund | 12/16/2022 | 2.0 hour(s) | Developed news update materials for the Moelis team | EA |
| Erik Asplund | 12/16/2022 | 2.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Michael Mestayer | 12/16/2022 | 1.0 hour(s) | Calls with potential investors | MM |
| Barak Klein | 12/16/2022 | 1.5 hour(s) | Call re: bid and transaction implications re: plan | BK |
| Cullen Murphy | 12/16/2022 | 1.5 hour(s) | Call re: bid and transaction implications re: plan | CM |
| Christopher Morris | 12/16/2022 | 1.0 hour(s) | Developed news update materials for the Moelis team | CH |
| Christopher Morris | 12/16/2022 | 1.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Brendon Barnwell | 12/16/2022 | 1.0 hour(s) | Call with company advisors re bid, plan; analysis re same | BB |
| Brian Tichenor | 12/16/2022 | 0.5 hour(s) | Reviewed financial analysis materials on a potential bidder | BT |
| Erik Asplund | 12/17/2022 | 1.5 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Christopher Morris | 12/17/2022 | 0.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Erik Asplund | 12/18/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | EA |
| Erik Asplund | 12/18/2022 | 2.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |

4

| Name | Date | Hours | Description | Initials |
|---|---|---|---|---|
| Michael Mestayer | 12/18/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | MM |
| Jared Dermont | 12/18/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | JD |
| Kenneth Fujita | 12/18/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | KF |
| Christopher Morris | 12/18/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | CH |
| Jonathan Rotbard | 12/18/2022 | 0.5 hour(s) | Discussion with BRG | JR |
| Brian Tichenor | 12/18/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | BT |
| Erik Asplund | 12/19/2022 | 7.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Erik Asplund | 12/19/2022 | 1.0 hour(s) | Developed news update materials for the Moelis team | EA |
| Michael Mestayer | 12/19/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | MM |
| Barak Klein | 12/19/2022 | 1.5 hour(s) | Review communications and documents re: plan and bid | BK |
| Cullen Murphy | 12/19/2022 | 1.5 hour(s) | Review communications and documents re: plan and bid | CM |
| Christopher Morris | 12/19/2022 | 2.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Christopher Morris | 12/19/2022 | 1.0 hour(s) | Developed news update materials for the Moelis team | CH |
| Brendon Barnwell | 12/19/2022 | 2.5 hour(s) | Review documents and communications re bid, plan; internal communications re same | BB |
| Erik Asplund | 12/20/2022 | 7.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Jared Dermont | 12/20/2022 | 1.0 hour(s) | Reviewed financial analysis materials on a potential bidder | JD |
| Michael DiYanni | 12/20/2022 | 1.0 hour(s) | Reviewed financial analysis materials on a potential bidder | MD |
| Barak Klein | 12/20/2022 | 1.0 hour(s) | Reviewed financial analysis materials on a potential bidder | BK |
| Barak Klein | 12/20/2022 | 1.5 hour(s) | Review communications and documents re: plan and bid | BK |
| Cullen Murphy | 12/20/2022 | 1.0 hour(s) | Reviewed financial analysis materials on a potential bidder | CM |
| Cullen Murphy | 12/20/2022 | 1.5 hour(s) | Review communications and documents re: plan and bid | CM |
| Christopher Morris | 12/20/2022 | 2.0 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Jonathan Rotbard | 12/20/2022 | 5.0 hour(s) | Work on discussion materials | JR |
| Brendon Barnwell | 12/20/2022 | 1.0 hour(s) | Analyze and review financial analysis re potential bidder; communications re same | BB |
| Brendon Barnwell | 12/20/2022 | 0.5 hour(s) | Call with company advisors re plan filings, documentation | BB |
| Brian Tichenor | 12/20/2022 | 1.0 hour(s) | Reviewed financial analysis materials on a potential bidder | BT |
| Brian Tichenor | 12/20/2022 | 2.0 hour(s) | Internal strategy discussion | BT |
| Jared Dermont | 12/20/2022 | 2.0 hour(s) | Internal strategy discussion | JD |
| Erik Asplund | 12/21/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | EA |
| Erik Asplund | 12/21/2022 | 6.0 hour(s) | Compiled data for legal filing | EA |
| Erik Asplund | 12/21/2022 | 6.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Michael Mestayer | 12/21/2022 | 0.5 hour(s) | Call with the UCC advisors | MM |
| Michael Mestayer | 12/21/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | MM |
| Jared Dermont | 12/21/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | JD |
| Barak Klein | 12/21/2022 | 2.5 hour(s) | Review analysis re: alternatives and prep for call. | BK |
| Kenneth Fujita | 12/21/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | KF |
| Kenneth Fujita | 12/21/2022 | 1.0 hour(s) | Reviewed data for legal filing | KF |
| Cullen Murphy | 12/21/2022 | 2.5 hour(s) | Review analysis re: alternatives and prep for call. | CM |
| Christopher Morris | 12/21/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | CH |
| Christopher Morris | 12/21/2022 | 1.0 hour(s) | Reviewed analysis for legal filing | CH |
| Christopher Morris | 12/21/2022 | 4.0 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Jonathan Rotbard | 12/21/2022 | 0.5 hour(s) | Discussion with BRG | JR |
| Brendon Barnwell | 12/21/2022 | 1.5 hour(s) | Review draft filings; calls with company advisors re same | BB |
| Brian Tichenor | 12/21/2022 | 0.5 hour(s) | Financial analysis discussions with BRG and Moelis | BT |
| Erik Asplund | 12/22/2022 | 7.0 hour(s) | Drafted financial analysis for a legal filing | EA |
| Michael Mestayer | 12/22/2022 | 0.5 hour(s) | Internal calls with the Moelis team | MM |
| Kenneth Fujita | 12/22/2022 | 1.0 hour(s) | Reviewed financial analysis for a legal filing | KF |
| Christopher Morris | 12/22/2022 | 2.5 hour(s) | Reviewed financial analysis for a legal filing | CH |
| Brian Tichenor | 12/22/2022 | 1.5 hour(s) | Internal strategy discussion | BT |
| Jared Dermont | 12/22/2022 | 1.5 hour(s) | Internal strategy discussion | JD |
| Erik Asplund | 12/23/2022 | 10.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Michael Mestayer | 12/23/2022 | 0.5 hour(s) | Legal discussion with Kirkland & Ellis and Moelis | MM |
| Christopher Morris | 12/23/2022 | 3.5 hour(s) | Reviewed financial analysis materials on a potential bidder | CH |
| Erik Asplund | 12/24/2022 | 10.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Erik Asplund | 12/24/2022 | 2.0 hour(s) | Drafted financial analysis for a legal filing | EA |
| Kenneth Fujita | 12/24/2022 | 2.0 hour(s) | Reviewed financial analysis for a legal filing | KF |
| Christopher Morris | 12/24/2022 | 4.0 hour(s) | Reviewed financial analysis materials on a potential bidder | CH |
| Christopher Morris | 12/24/2022 | 2.0 hour(s) | Drafted financial analysis for a legal filing | CH |
| Erik Asplund | 12/26/2022 | 4.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Kenneth Fujita | 12/26/2022 | 1.0 hour(s) | Reviewed financial analysis materials | KF |
| Christopher Morris | 12/26/2022 | 2.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Brian Tichenor | 12/26/2022 | 1.0 hour(s) | Reviewed financial analysis materials on a potential bidder | BT |
| Erik Asplund | 12/27/2022 | 0.5 hour(s) | Discussed transaction logistics with a potential bidder and their counsel, Kirkland & Ellis, and Moelis | EA |
| Erik Asplund | 12/27/2022 | 1.0 hour(s) | Drafted financial analysis for a legal filing | EA |
| Erik Asplund | 12/27/2022 | 5.0 hour(s) | Developed financial analysis materials on a potential bidder | EA |
| Michael Mestayer | 12/27/2022 | 0.5 hour(s) | Discussed transaction logistics with a potential bidder and their counsel, Kirkland & Ellis, and Moelis | MM |
| Jared Dermont | 12/27/2022 | 0.5 hour(s) | Discussed transaction logistics with a potential bidder and their counsel, Kirkland & Ellis, and Moelis | JD |
| Michael DiYanni | 12/27/2022 | 0.5 hour(s) | Discussed transaction logistics with a potential bidder and their counsel, Kirkland & Ellis, and Moelis | MD |
| Barak Klein | 12/27/2022 | 0.5 hour(s) | Discussed transaction logistics with a potential bidder and their counsel, Kirkland & Ellis, and Moelis | BK |
| Kenneth Fujita | 12/27/2022 | 1.0 hour(s) | Drafted financial analysis for a legal filing | KF |
| Cullen Murphy | 12/27/2022 | 0.5 hour(s) | Discussed transaction logistics with a potential bidder and their counsel, Kirkland & Ellis, and Moelis | CM |
| Christopher Morris | 12/27/2022 | 0.5 hour(s) | Discussed transaction logistics with a potential bidder and their counsel, Kirkland & Ellis, and Moelis | CH |
| Christopher Morris | 12/27/2022 | 1.0 hour(s) | Drafted financial analysis for a legal filing | CH |
| Christopher Morris | 12/27/2022 | 3.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Brendon Barnwell | 12/27/2022 | 2.0 hour(s) | Review plan documentation; calls with company advisors re same | BB |
| Brian Tichenor | 12/27/2022 | 0.5 hour(s) | Discussed transaction logistics with a potential bidder and their counsel, Kirkland & Ellis, and Moelis | BT |
| Brian Tichenor | 12/27/2022 | 2.0 hour(s) | Internal strategy discussion | BT |
| Jared Dermont | 12/27/2022 | 2.0 hour(s) | Internal strategy discussion | JD |
| Erik Asplund | 12/28/2022 | 5.5 hour(s) | Developed financial analysis materials on a potential bidder | EA |

5

| | | | | |
|---|---|---|---|---|
| Erik Asplund | 12/28/2022 | 1.5 hour(s) | Attended discussion with State regulators | EA |
| Michael Mestayer | 12/28/2022 | 0.5 hour(s) | Call with UCC advisors | MM |
| Michael Mestayer | 12/28/2022 | 1.5 hour(s) | Attended discussion with State regulators | MM |
| Jared Dermont | 12/28/2022 | 1.5 hour(s) | Reviewed financial analysis materials on a potential bidder | JD |
| Jared Dermont | 12/28/2022 | 1.5 hour(s) | Attended discussion with State regulators | JD |
| Michael DiYanni | 12/28/2022 | 1.0 hour(s) | Reviewed financial analysis materials on a potential bidder | MD |
| Michael DiYanni | 12/28/2022 | 1.5 hour(s) | Attended discussion with State regulators | MD |
| Barak Klein | 12/28/2022 | 1.5 hour(s) | Prep for call with regulators | BK |
| Barak Klein | 12/28/2022 | 1.5 hour(s) | Attended discussion with State regulators | BK |
| Christopher Morris | 12/28/2022 | 2.5 hour(s) | Developed financial analysis materials on a potential bidder | CH |
| Christopher Morris | 12/28/2022 | 1.5 hour(s) | Attended discussion with State regulators | CH |
| Jonathan Rotbard | 12/28/2022 | 1.5 hour(s) | Discussion with regulators | JR |
| Jonathan Rotbard | 12/28/2022 | 2.0 hour(s) | Work on discussion materials | JR |
| Brian Tichenor | 12/28/2022 | 3.0 hour(s) | Reviewed financial analysis materials on a potential bidder | BT |
| Brian Tichenor | 12/28/2022 | 1.5 hour(s) | Attended discussion with State regulators | BT |
| Erik Asplund | 12/29/2022 | 1.0 hour(s) | General administrative / scheduling functions | EA |
| Brian Tichenor | 12/29/2022 | 1.5 hour(s) | Internal Strategy discussion | BT |
| Jared Dermont | 12/29/2022 | 1.5 hour(s) | Internal Strategy discussion | JD |
| Erik Asplund | 12/30/2022 | 0.5 hour(s) | General administrative / scheduling functions | EA |
| Erik Asplund | 12/31/2022 | 0.5 hour(s) | General administrative / scheduling functions | EA |
| Kenneth Fujita | 12/31/2022 | 0.5 hour(s) | General administrative functions | KF |
| Christopher Morris | 12/31/2022 | 1.5 hour(s) | General administrative / scheduling functions | CH |

6

## EXHIBIT B — EXPENSE SUPPLEMENT

| December | |
|---|---|
| **Category** | **Amount** |
| Travel | $0.00 |
| Overtime Meals | 0.00 |
| Phone Bills | 0.00 |
| Presentations | 38.25 |
| Legal Fees | 2,825.00 |
| Taxi | 196.11 |
| Auction-Related Expenses | 0.00 |
| Client Meals | 0.00 |
| Info Services | 3.00 |
| **Total Expenses** | **$3,062.36** |