| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Chapter 11 |
| IN re: | Case No 22-10943 |
| VOYAGER DIGITAL HOLDINGS, INC., et al., | Judge Wiles |
| Debtors. | |

## Motion for Order to Return Cryptocurrency Assets

Comes now, pro se creditor, Alah Shehadeh, Plaintiff in the above-captioned matter, respectfully moves this Honorable Court for an Order to Return Cryptocurrency Assets as follows:

1. Plaintiff transferred 3512.5 ADA on November 9, 06:24 PM from wallet address "addr1vypr00ss7hkqejmvh53xkyf0p9q0a4z2uprxmx6njc463vgst3pe4" to the voyager platforms receiving address "01FM3KQBCBEQGSBT888ZWR1S3W" which shows a status of complete, but no confirmation.

2. transaction Hash "33c6686r2eb7371a9cffd1146baf9298080a8eac0ad62cb12ed76b231283296b" upon checking the transaction hash rate you will see that on cardanoexplorer.com, the transaction doesn't exist. Below are attached proofs of transfers to the platform.





3. Basis for Relief: The transferred funds are the rightful property of the pro se creditor and their absence from my voyager wallet constitutes a return of my cryptocurrency.

4. Request for Relief: Therefore, Plaintiff respectfully requests that this Honorable Court enter an Order directing Voyager Digital Holdings INC,. et al., to return the crypto that was transferred to the wallet address; not only for the Ada, but for the Ethereum and bitcoin that was transferred as well on mentioned dates.

5. The requested relief is necessary to prevent further injury to Plaintiff and is warranted by the law and the facts of this case.

Respectfully submitted,

Pro Se Creditor

/s/ Alah Shehadeh                                             Dated:  02/01/2023

P.O Box 2454
Orland park, Il 60462
708-971-3241
exclusivetrends@icloud.com