Heath Mendelsohn
Pro Se Creditor
Los Angeles, USA

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| Voyager Digital Holdings, Inc, et al.,[1] | ) Case No. 22-10943 (MEW) |
| Debtors | ) (Jointly Administered) |

**OBJECTION TO INTERIM AND FINAL FEE APPLICATION AND MOTION TO APPOINT FEE EXAMINER ON THIS MEGA BANKRUPTCY CASE**

The above-captioned creditor (the "Creditors") state the following in support of this objection (this "Objection") and motion (this "Motion"):

### RELIEF REQUESTED

1. By applying my/our signature below, as Pro Se Creditor/s, we hereby request to join the above motion, as documented by our e-signature below.

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

CREDITORS

/s/ Heath Mendelsohn
Heath Mendelsohn
Los Angeles, USA
heath.mendelsohn@gmail.com