**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et. al.*, [1] | ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF
EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND
INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL*., FOR
THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| | |
|---|---|
| **Name of Applicant:** | **Epiq Corporate Restructuring, LLC** |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered on October 18, 2022 retaining Epiq Corporate Restructuring, LLC effective as of July 26, 2022 [Docket No. 552] |
| Period for which compensation and reimbursement is sought: | November 1, 2022, through November 30, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $6,119.00 |
| Amount of compensation sought to be paid (eighty percent (80%) of amount of compensation sought as actual, reasonable and necessary): | $4,895.20 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| | |
|---|---|
| Blended Rate of Professionals during the Fee Period: | $152.50 |

      This statement is the fifth monthly fee statement (the "<u>Fee Statement</u>") of Epiq Corporate Restructuring, LLC ("<u>Epiq</u>"), noticing and information agent to The Official Committee of Unsecured Creditors (the "<u>Committee</u>") in the above-captioned cases, filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "<u>Interim Compensation Order</u>"). Epiq requests payment of compensation in the amount of $4,895.20 (80 percent of $6,119.00 of fees on account of reasonable and necessary professional services rendered to the Committee by Epiq) during the period of November 1, 2022 through November 30, 2022 (the "<u>Fee Period</u>"). Attached as **Exhibit A** hereto is the itemization and description of the services that Epiq rendered as noticing and information agent during the Fee Period.

      Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Sophie Frodsham | Director/V.P. Consulting | $180.00 | 3.5 | $630.00 |
| Sidney Garabato | Senior Consultant II | $170.00 | 8.3 | $1,411.00 |
| Dexter Campbell | Senior Consultant I | $160.00 | 1.0 | $160.00 |
| Paul Sheffron | Senior Consultant I | $160.00 | 0.5 | $80.00 |
| Sandhya Obulareddygari | Senior Consultant I | $160.00 | 0.5 | $80.00 |
| Diane Streany | Senior Case Manager III | $150.00 | 19.4 | $2,910.00 |
| Panagiota Manatakis | Senior Case Manager III | $150.00 | 4.2 | $630.00 |
| Konstantina Haidopoulos | Senior Case Manager II | $145.00 | 0.8 | $116.00 |
| Sena Sengun | Senior Case Manager II | $145.00 | 0.2 | $29.00 |
| Sharna Wilson | Senior Case Manager II | $145.00 | 0.2 | $29.00 |
| Karen Zenteno Garcia | Case Manager II | $110.00 | 0.4 | $44.00 |
| **TOTALS FOR PROFESSIONALS** | | | **39.0** | **$6,119.00** |

**Summary of Fees Billed by Subject Matter for the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | Creditor Communications | 24.8 | $3,798.00 |
| 205 | Set Up Mailing/Noticing | 1.6 | $239.00 |
| 230 | Committee Website Set-Up and Maintenance | 3.3 | $515.00 |
| 395 | Case Management Services - Other | 2.3 | $377.00 |
| 642 | Fee Application Prep and Related Issues | 7.0 | $1,190.00 |
| | TOTAL | **39.0** | **$6,119.00** |

**Notice**

No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, a copy of this Fee Statement has been served by overnight mail upon: (i) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn: David Brosgol and Brian Nistler; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., and Allyson B. Smith; (iii) United States

Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Richard Morrissey and Mark Bruh; and (iv) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, Attn: Darren Azman.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests payment of compensation in the amount of $4,895.20 (80 percent of $6,119.00 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq) and that the Court grant such other and further relief as is justified.

Dated: February 3, 2023                          /s/ Sidney Garabato
       New York, New York                     Consultant

# EXHIBIT A

# Timekeeper & Matter Detail

**MATTER NUMBER: 130**
**Matter Description: Creditor Communications**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 11/1/2022 | Sidney Garabato | Senior Consultant II | 130 Creditor Communications | 170.00 | 0.7 | $119.00 | PROVIDE GUIDANCE TO D. STREANY ON CREDITOR INQUIRIES, ALSO COORDINATE VARIOUS CASE WEBSITE UPDATES |
| 11/1/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | DISCUSS EMAIL INQUIRY VOLUME WITH P.MANATAKIS. REVIEW SAMPLING OF INQUIRY EMAILS AND PROVIDE INFORMATION ON SAME TO CASE TEAM. |
| 11/1/2022 | Sophie Frodsham | Director/V.P. Consulting | 130 Creditor Communications | 180.00 | 2.0 | $360.00 | EMAILS WITH CM RE QUERIES IN INBOX IN RESPONSE TO UCC LETTER, RESEARCHING AND DRAFTING EMAIL TO MWE WITH PROPOSED RESPONSES. |
| 11/2/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.9 | $135.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/2/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.3 | $45.00 | REVIEW RESPONSE PROCEDURES FROM S.FRODSHAM FOR CREDITOR INQUIRIES REGARDING COMMITTEE LETTER. |
| 11/2/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.8 | $270.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/2/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | RESPOND TO EMAIL FROM K.HAIDOPOULOS WITH EMAIL BOUNCE BACK REPORT FROM SERVICE OF COMMITTEE LETTER. REVIEW REPORT AND DISCUSS SAME WITH A.DENBESTE. PREPARE EMAIL TO D.AZMAN AND G.STEINMAN AND FORWARD REPORT. |
| 11/3/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Communications | 150.00 | 2.1 | $315.00 | REVIEW AND REPLY TO EMAILS FROM INBOX |
| 11/3/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.5 | $225.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/3/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.2 | $180.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/3/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.3 | $195.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/3/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.4 | $210.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 11/4/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/7/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 11/7/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/9/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.5 | $225.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/10/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.9 | $135.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 11/14/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Communications | 150.00 | 1.2 | $180.00 | REPLY TO CREDITORS FROM EMAIL BLAST |
| 11/14/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | DISCUSS EMAIL INQUIRIES FOR COUNSEL RESPONSE WITH P.MANATAKIS. |
| 11/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.9 | $135.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.6 | $90.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 11/17/2022 | Sidney Garabato | Senior Consultant II | 130 Creditor Communications | 170.00 | 0.2 | $34.00 | REVIEW CASE INBOX FOR OUTSTANDING INQUIRIES |
| 11/17/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.2 | $30.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/18/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.7 | $105.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD BID EMAIL. |
| 11/21/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.4 | $60.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/22/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.5 | $75.00 | REPLY TO CREDITOR INQUIRIES |
| 11/22/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.3 | $45.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 11/29/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Communications | 150.00 | 0.8 | $120.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL TO G.STEINMAN AND D.AZMAN AND FORWARD BID EMAIL. |
|  |  |  |  |  | **24.8** | **$3,798.00** |  |

**MATTER NUMBER: 205**
**Matter Description: Set Up Mailing/Noticing**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 11/1/2022 | Sena Sengun | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.2 | $29.00 | REVIEW SERVICE OF CREDITOR COMMITTEE LETTER SERVED 11/1 |
| 11/1/2022 | Konstantina Haidopoulos | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.4 | $58.00 | DOCUMENT SERVICE OF LETTER FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO BE SERVED ON 10/31/22 AND 11/1/22 |
| 11/2/2022 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 170.00 | 0.2 | $34.00 | PROVIDE GUIDANCE ON TYPO IN UCC LETTER |
| 11/2/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 0.4 | $60.00 | DOCUMENT SERVICE OF COMMITTEE LETTER |
| 11/7/2022 | Konstantina Haidopoulos | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.4 | $58.00 | DOCUMENT SERVICE OF LETTER FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO BE SERVED ON 10/31/22 AND 11/1/22 |
| | | | | | **1.6** | **$239.00** | |

**MATTER NUMBER: 230**
**Matter Description: Committee Website Set-Up and Maintenance**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 11/1/2022 | Diane Streany | Senior Case Manager III | 230 Committee Website Set-Up and Maintenance | 150.00 | 1.3 | $195.00 | RESPOND TO EMAIL FROM S.GARABATO WITH WEBSITE UPDATES FOR BAR DATE ORDER, CONFIRMATION NOTICE AND MONTHLY OPERATING REPORTS AND UPDATE WEBSITE TO REFLECT SAME. PREPARE INSTRUCTIONS AND REQUEST NEW KEY DATE CARDS FOR CLAIMS BAR DATE, VOTING DEADLINE AND CONFIRMATION HEARING DATE. |
| 11/1/2022 | Paul Sheffron | Senior Consultant I | 230 Committee Website Set-Up and Maintenance | 160.00 | 0.5 | $80.00 | PROCESS HOMEPAGE UPDATES |
| 11/1/2022 | Sandhya Obulareddyga | Senior Consultant I | 230 Committee Website Set-Up and Maintenance | 160.00 | 0.5 | $80.00 | REVIEW INCOMING CASE REQUEST AND ASSIGN PROGRAMMER |
| 11/2/2022 | Dexter Campbell | Senior Consultant I | 230 Committee Website Set-Up and Maintenance | 160.00 | 1.0 | $160.00 | UPDATE CLIENT WEBSITE |
| | | | | | **3.3** | **$515.00** | |

**MATTER NUMBER: 395**
**Matter Description: Case Management Services - Other**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 11/2/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.2 | $34.00 | REVIEW AND PROCESS EMAIL CORRESPONDENCE AND ARCHIVE |
| 11/2/2022 | Sharna Wilson | Senior Case Manager II | 395 Case Management Services - Other | 145.00 | 0.2 | $29.00 | REVIEW AND FILE CASE TEAM EMAILS |
| 11/2/2022 | Sophie Frodsham | Director/V.P. Consulting | 395 Case Management Services - Other | 180.00 | 1.0 | $180.00 | EMAILS TO MWE RE RESPONSES, EMAILS TO CM RE SAME. |
| 11/14/2022 | Sophie Frodsham | Director/V.P. Consulting | 395 Case Management Services - Other | 180.00 | 0.5 | $90.00 | RESPONSE TO COUNSEL RE EPIQ BANK DETAILS FOR PROFESSIONAL FEES ESCROW ACCOUNT |
| 11/18/2022 | Karen Zenteno Garcia | Case Manager II | 395 Case Management Services - Other | 110.00 | 0.4 | $44.00 | REVIEW DAILY COURT DOCKET REPORT TO IDENTIFY AND TRACK CLAIM TRANSFER AND CLAIM WITHDRAWAL ENTRIES |
| | | | | | **2.3** | **$377.00** | |

**MATTER NUMBER: 642**
**Matter Description: Fee Application Prep and Related Issues**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 11/9/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 0.6 | $102.00 | REVIEW FEE APP DATA IN PREPARATION FOR FEE APP PREP |
| 11/16/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.1 | $187.00 | PREPARE DOCUMENTATION FOR 1ST FEE APP |
| 11/17/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.7 | $289.00 | PREPARE COMBINED FEE APP IN PLEADING |
| 11/17/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.9 | $323.00 | PROOF TIME ENTRIES IN PREPARATION FOR FEE APP FILING |
| 11/17/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.5 | $255.00 | COMPILE, FORMAT AND PROOF EXHIBITS |
| 11/17/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 0.2 | $34.00 | COMPILE, PROOF AND FINALIZE 1ST FEE APP |
| | | | | | **7.0** | **$1,190.00** | |