Jon Warren
Pro Se Creditor
Florida, USA

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Voyager Digital Holdings, Inc, et al.,[1] | ) | Case No. 22-10943 (MEW) |
|  | ) |  |
| Debtors | ) | (Jointly Administered) |
|  | ) |  |

**MOTION TO RELEASE UNREDACTED VERSION OF "NOTICE OF FILING OF REDACTED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING (I) THE ADEQUACY OF THE AMENDED DISCLOSURE STATEMENT, (II) SOLICITATION AND NOTICE PROCEDURES,**
**(III) FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH, AND**
**(IV) CERTAIN DATES WITH RESPECT THERETO" (DOC #526), TO RELEASE SPECIAL COMMITTEE SUMMARY REPORTS INTO INVESTIGATION OF DEBTOR ACTIONS, AND OBJECT TO REDACTION OF "MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REDACT AND FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION RELATED TO DEBTORS' OBJECTION TO MOTION OF CELSIUS NETWORK LLC FOR ORDER (I) LIFTING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(D)(1) AND BANKRUPTCY RULE 4001 AND (II) GRANTING LEAVE TO FILE LATE PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULES 3003(C) AND 9006(B)(1)" (DOC #892)**

The above-captioned creditor (the "Creditors") state the following in support of this objection (this "Objection") and motion (this "Motion"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

## **RELIEF REQUESTED**

1. Dear Honorable Judge,

I am writing this letter in support of the motion to release unredacted versions of the document stated above (DOC #526) and also the Special Committee summary report (DOC#892) in the Voyager Bankruptcy Case. As a pro se creditor in this case, who has been actively following a long since the case first started, I strongly believe that unsecured creditors should have access to this information in order to make informed decisions regarding the future of their investment.

The ability to review and understand the financial information contained in these documents is crucial for unsecured creditors. Having access to these documents will allow creditors to assess the current condition of the debtor, including the findings in the investigations that we paid for. This information is essential for unsecured creditors to evaluate the potential risks and benefits of their investment.

Furthermore, the unredacted versions of these documents & the release of the special committee investigation will provide greater transparency and accountability in the case. Unsecured creditors will have a clearer understanding of the debtor's financial situation, which will help to prevent any potential abuses or mismanagement of funds.

In conclusion, unsecured creditors should have access to the unredacted versions of these documents in order to make informed decisions regarding the future of their investment. This information is essential for unsecured creditors to evaluate the potential risks and benefits of their investment, and to ensure transparency and accountability in the case. I respectfully request that the court grant the motion to release the unredacted versions of these documents.

Thank you for your time and consideration.

2. By applying my signature below, as Pro Se Creditor, I hereby request to join the above motion, as documented by my e-signature below.

**CREDITOR**

/s/ _____
Jon Warren
Florida, USA
jontenxmedia@gmail.com