Jon Warren
Pro Se Creditor
Florida, USA

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Voyager Digital Holdings, Inc, et al.,[1] | ) ) | Case No. 22-10943 (MEW) |
| Debtors | ) ) ) | (Jointly Administered) |

**OBJECTION TO INTERIM AND FINAL FEE APPLICATION AND MOTION TO APPOINT FEE EXAMINER ON THIS MEGA BANKRUPTCY CASE**

The above-captioned creditor (the "Creditors") state the following in support of this objection (this "Objection") and motion (this "Motion"):

**RELIEF REQUESTED**

1. Dear Honorable Judge,

It is with utmost urgency that I write this letter in support of the motion to appoint a Chapter 11 Trustee in the Voyager Bankruptcy Case. As an unsecured creditor invested in this matter, I am confident that the appointment of a trustee is imperative to ensuring a fair and equitable resolution to this case.

The appointment of a Chapter 11 Trustee brings a new level of impartiality and expertise to the case, which is critical in a complex and often volatile bankruptcy proceeding. The trustee's role is to oversee the case and ensure that all parties, including the debtor, are in compliance with the bankruptcy laws and regulations. They will also serve as a mediator between the debtor and

1

creditors, helping to resolve conflicts and disputes efficiently. Furthermore, the trustee has the authority to object to any motions or proposals that do not serve the best interests of the creditors. The expertise and experience of a Chapter 11 Trustee cannot be overstated. They possess the knowledge and skills to manage the bankruptcy process with professionalism and efficiency, leading to a faster resolution of the case. This will not only benefit the creditors but also the debtor, and everyone else involved.

Moreover, the appointment of a Chapter 11 Trustee brings transparency and accountability to the case. The trustee has the power to request financial information from the debtor and other parties, as well as monitor the use of funds throughout the case. This serves as a safeguard against any potential abuses or mismanagement of funds, and protects the creditors' interests.

In conclusion, the appointment of a Chapter 11 Trustee in the Voyager Bankruptcy Case is of paramount importance for the effective management of the case, resolution of conflicts, provision of financial insight, and increased transparency and accountability. The trustee will play a crucial role in securing a successful outcome for all parties involved. I implore the court to grant the motion for the appointment of a trustee, and I thank you for your time and consideration.

2. By applying my signature below, as Pro Se Creditor, I hereby request to join the above motion, as documented by my e-signature below.

---

1  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

**CREDITORS**

/s/
Jon Warren
Florida, USA
jontenxmedia@gmail.com

3