UNITED STATES BANKRUPTCY COURT                    CHAPTER 11
SOUTHER DISTRICT OF NEW YORK                      Case No 22-10943 (MEW)
                                                  Judge Wiles

In re: VOYAGER DIGITAL HOLDINGS INC., et al.,
                    DEBTORS


**Motion to Deny Request for Third Monthly Fee Statement of FTI Consulting, Inc**


This motion is made with reference to sections 327, 330, and 331 of title 11 of the

United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, and

the Order Authorizing the Employment and Retention of FTI Consulting, Inc. dated September

13, 2022, and the Order Establishing Procedures for Interim Compensation dated August 4,

2022.

Whereas FTI Consulting, Inc. has submitted a Third Monthly Fee Statement for

compensation for services and reimbursement of expenses as financial advisor to the Official

Committee of Unsecured Creditors for the period from October 1, 2022, to October 31, 2022, in

the amount of $745,449.85 for compensation and $1,864.27 for expenses,

It is hereby moved that the requested compensation and expenses be denied for the

following reasons:

1.  The creditors were not given an opportunity to vote to hire the Unsecured Creditors

    committee, let alone FTI Consulting Inc.

2.  They are a consulting firm and the decision to hire them should have been made

    before the company collapsed.

3.  I find it to be a financial burden to the creditors to pay almost a million dollars of

    their money to a consulting firm when the company is not even operating; and

customers are given a "wind down "option. This is absurd and is a crime against the American people.

4. Why is the burden of food and lodging on the creditor? Your Honorable judge Wiles, you work for the court on New York, yes? How many times has the court paid for your catering orders and lodging? I would assume not that many times or at all unless it be an event or party or something of that nature. Now, I ask you judge Wiles, would you agree for us creditors to pay for the "exaggerated fees" provided to us in these filings? These unaudited filings. Isn't it enough we have ti pay for the directors of Voyager, but not only that we must pay for a consulting firm for a committee that doesn't even have the best interest of the creditors. They need someone to consult them on how to handle the committee. That's easy, just give us the creditors the almost $800,000.00 dollars, and we as a collective group of creditors can consult the committee on what to do with "Our Crypto"

5. I would also like to go over all Exhibits in re to document numbers 759 page 5-48. I would like to see the official billing and receipt from FTI Consulting Inc.

6. Ask that FTI Consulting Inc. be terminated, fired and billed for the money loss of the creditors immediately and I ask for dismantling of the committee and for a vote to be held by all creditors on a new path forward.

Pro Se CredItor

/s/ Alah Shehadeh

Orland Park, Il 60462

708-971-3241