UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Rescheduled Sale and Disclosure Statement Hearing Date** (Docket No. 442)

Furthermore, on January 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Docket No. 593)

Furthermore, on January 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 743]**

Furthermore, on January 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 780]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Furthermore, on or before January 11, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on three hundred fifty-six (356) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Deadlines Related to the Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 646)

Furthermore, on or before January 11, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail Office of the United States Trustee, For the Southern Dist of New York, Attn: Richard C. Morrissey, Esq. and Mark Bruh, Esq. at 1 Bowling Grn, Ste 534, New York, NY 10004-1459, pursuant to USPS forwarding instructions:

- **Notice of Hearing of Debtors' Motion for Entry of an Order (I) Compelling the Release of the Reserve Held by Metropolitan Commercial Bank on Debtors' Bank Account and (II) Granting Related Relief** (Docket No. 690)

- **Second Supplemental Declaration of Susheel Kirpalani in Connection with Employment as Special Counsel to Debtor Voyager Digital, LLC** (Docket No. 693)

- **Notice of (I) Cancellation of the Hearing Scheduled for December 8, 2022, and (II) Adjournment of Matters Related Thereto** (Docket No. 694)

- **Stipulation and Agreed Order Between the Debtors, Ficentive, Inc., and Metropolitan Commercial Bank** (Docket No. 695)

- **Joint Stipulation and Agreed Order Between the Debtors and FTX US** (Docket No. 717)

- **Notice of Hearing on Application of Debtor Voyager Digital Ltd. for Entry of an Order Authorizing the Retention and Employment of Kateen Muchin Rosenman LLP as Special Counsel for Debtor Voyager Digital Ltd., on behalf of and at the Sole Direction of the Independent Director, Effective as of November 11, 2022** (Docket No. 718)

- **Second Monthly Fee Application of Deloitte Tax LLP as Tax Services Provider to the Debtors and Debtors-In-Possession for the Period from November 1, 2022 Through November 30, 2022** (Docket No. 724)

- **Notice of (I) Cancellation of the Hearing Scheduled for December 14, 2022 and (II) Adjournment of Matters Related Thereto** (Docket No. 725)

- **Notice of Hearing on Application of Debtor Voyager Digital Ltd. For Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Special Counsel for Debtor Voyager Digital Ltd., on Behalf of and at the Sole Direction of the Independent Director, Effective as of November 11, 2022** (Docket No. 732)

- **Third Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period September 1, 2022 Through September 30, 2022** (Docket No. 741)

- **Third Supplemental Declaration of Joshua A. Sussberg in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 5, 2022** (Docket No. 744)

- **Third Monthly Fee Statement of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors During the Period from September 1, 2022 Through September 30, 2022** (Docket No. 745)

- **Notice of Hearing of an Application of Debtor Voyager Digital Holdings, Inc.'s Application for Entry Order Authorizing the Retention and Employment of Arentfox Schiff LLP as Special Counsel Effective as of November 10, 2022** (Docket No. 746)

- **Fourth Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period October 1, 2022 Through October 31, 2022** (Docket No. 747)

- **Notice of Successful Bidder** (Docket No. 748)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Notice of Presentment and Opportunity for Hearing on Stipulation and Agreed Order Extending Governmental Bar Date for the US Securities and Exchange Commission** (Docket No. 758)

Dated: January 13, 2023

_____
Monica Arellano

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 13th day of January, 2023, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# Exhibit A

**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ANCHORAGE | 101 S REID ST | STE 307 | SIOUX FALLS | SD | 57103-7045 |
| TUPLE, LLC | PO BOX 441548 | | SOMERVILLE | MA | 02144-0035 |