**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING IN PART AND DENYING IN PART *EX PARTE*
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE
FILING OF THE OBJECTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO PROOFS OF CLAIM NOS. 11206, 11209,
AND 11213 AND EXHIBITS IN SUPPORT THEREOF UNDER SEAL
AND GRANTING RELATED RELIEF**

Upon the *Ex Parte Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Filing of the Objection of the Official Committee of Unsecured Creditors to Proofs of Claim Nos. 11206, 11209, and 11213 and Exhibits in Support Thereof Under Seal and Granting Related Relief* (the "Motion");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and sufficient notice and opportunity for a hearing having been given; and no other or further notice being required; and the Court having reviewed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

the Motion; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY
ORDERED THAT:

1.      The Motion is GRANTED as to Exhibit 12 only.  The Motion is DENIED as to
the Objection and the remaining Exhibits.

2.      The Committee is authorized to file Exhibit 12 under seal.

3.      The Committee is authorized to provide an unredacted copy of Exhibit 12 to each
of the Receiving Parties.

4.      Exhibit 12 shall not be made available to any party that is not one of the
Receiving Parties without the Committee's written consent or further order of the Court.

5.      Exhibit 12 shall remain under seal until the closing of the Debtors' cases, upon
which the Clerk's Office shall release any hard copies of or electronic storage device containing
Exhibit 12 to the Committee or, if it no longer exists, a party that the Committee designated
before its existence ceased.

6.      The Committee shall submit an unredacted copy of Exhibit 12 to the Clerk of this
Court under seal in an envelope, clearly marked to indicate that the same has been filed under
seal by order of this Court.

7.      This Order is without prejudice to the rights of any party in interest, or the U.S.
Trustee, to seek to unseal Exhibit 12.

8.      Notwithstanding any procedural rule to the contrary, this order shall become
effective immediately on its entry.

9.     This Court retains jurisdiction of any matter arising from or relating to the

implementation, interpretation, or enforcement of this Order.

Dated: February 9, 2023
      New York, New York

                      **s/Michael E. Wiles**
                      THE HONORABLE MICHAEL E. WILES
                      UNITED STATES BANKRUPTCY JUDGE