Hearing Date: February 22, 2023 at 10:00 a.m. (prevailing Eastern Time)

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**BRIDGE ORDER PENDING A HEARING ON THE DEBTORS'**
**MOTION FOR ENTRY OF AN ORDER (I) EXTENDING THE TIME WITHIN**
**WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF**
**NONRESIDENTIAL REAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, (a) extending the time within which the Debtors must assume or reject their unexpired leases of nonresidential real property (collectively, the "Unexpired Leases") by up to 90 days, through and including the earlier of (i) May 1, 2023 and (ii) the date of entry of an order confirming the Debtors' chapter 11 plan, without prejudice to the Debtors' right to request additional extensions of the time to assume or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

reject the Unexpired Leases as contemplated under section 365(d)(4) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and (b) granting related relief, all as more fully set forth in the Motion, which Motion was filed prior to the expiration of the 365(d)(4) Deadline; and upon the First Day Declaration; and the hearing on such Motion being scheduled for February 22, 2023 at 10:00 a.m. (prevailing Eastern Time) or such other time as the Court may hear the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, entered February 1, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this bridge order (this "Bridge Order") is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. A hearing on the Motion will be held on **February 22, 2023 at 10:00 a.m. (prevailing Eastern Time)**, subject to modification as needed.

2. The period to assume or reject the Unexpired Leases is hereby extended through and including the later of (a) February 22, 2023 or (b) such other date on which the Court enters an order ruling on the merits of the Motion.

3. Nothing herein shall prejudice the Debtors' rights to request additional extensions of the 365(d)(4) Deadline consistent with section 365(d)(4) of the Bankruptcy Code.

4. The terms and conditions of this Bridge Order shall be immediately effective and enforceable upon its entry.

5.	The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Bridge Order in accordance with the Motion.

6.	This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Bridge Order.

New York, New York
Dated: February 9, 2023

                                                     **s/Michael E. Wiles**
                                                     THE HONORABLE MICHAEL E. WILES
                                                     UNITED STATES BANKRUPTCY JUDGE