**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY FEE APPLICATION OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Services as: | Tax Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2020 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2022 through December 31, 2022 |
| Total Amount of Fees Requested: | $ 31,520.00 |
| Less 20% Holdback | $ (6,304.00) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $ 25,216.00 |
| Amount of Expense Reimbursement Sought | $ - |
| **Total Amount of Fees and Expense:** | **$ 25,216.00** |

This is an:  _X_ Monthly   __ Interim   __ Final Application

---

[1] The Debtors in these chapter 11 cases, along with the four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Date: January 5, 2023
Houston, Texas

Respectfully submitted,

DELOITTE TAX LLP

/s/ Ala'a Boulos
Ala'a Boulos
Partner
1111 Bagby, Suite 4500
Houston, Texas 77002
Telephone: 713.982.3805
Facsimile: 877.501.1621

# Exhibit A
## Voyager Digital Holdings Inc., et, al.,
## Case No. 22-10943

**CUMULATIVE TIME SUMMARY BY PROFESSIONAL**
For the Period of December 1, 2022 through December 31, 2022

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Gutierrez, Dalia | Consultant | $250.00 | 12.2 | $3,050.00 |
| **Professional Subtotal:** | | | **12.2** | **$3,050.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Advisory Services** | | | | |
| Boulos, Ala'a | Partner/Principal | $1,160.00 | 1.5 | $1,740.00 |
| Forrest, Jonathan | Partner/Principal | $1,160.00 | 2.5 | $2,900.00 |
| Gibian, Craig | Partner/Principal | $1,160.00 | 1.0 | $1,160.00 |
| Turenshine, Aaron | Partner/Principal | $1,160.00 | 10.9 | $12,644.00 |
| Krozek, Derek | Managing Director | $1,160.00 | 1.5 | $1,740.00 |
| Boyd, Anna | Manager | $870.00 | 0.3 | $261.00 |
| Roldan, Carolina | Senior Consultant | $750.00 | 0.2 | $150.00 |
| Heyman, Tom | Consultant | $630.00 | 5.9 | $3,717.00 |
| Weiss, Thomas | Consultant | $630.00 | 6.6 | $4,158.00 |
| **Professional Subtotal:** | | | **30.4** | **$28,470.00** |
| **Total** | | **Blended Rate:** $739.91 | **42.6** | **$31,520.00** |

3

# Exhibit B
**Voyager Digital Holdings Inc., et, al.,
Case No. 22-10943**

**CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period of December 1, 2022 through December 31, 2022

| Categories | Hours | Fees |
|---|---|---|
| Preparation of Fee Applications | 12.2 | $3,050.00 |
| Tax Advisory Services | 30.4 | $28,470.00 |
| **Fees Category Subtotal :** | **42.6** | **$31,520.00** |

# EXHIBIT C
**Voyager Digital Holdings Inc., et, al.,
Case No. 22-10943**

Professional Fees for the Period from
December 1, 2022 through December 31, 2022

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

December 01, 2022 - December 31, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 12/05/2022 | | | | |
| Gutierrez, Dalia | Review November fee detail in preparation for the monthly fee statement. | $250.00 | 4.2 | $1,050.00 |
| 12/06/2022 | | | | |
| Gutierrez, Dalia | Prepare November monthly fee statement. | $250.00 | 2.9 | $725.00 |
| 12/07/2022 | | | | |
| Gutierrez, Dalia | Update November fee statement. | $250.00 | 0.9 | $225.00 |
| 12/12/2022 | | | | |
| Gutierrez, Dalia | Prepare first draft of Voyager first interim fee application. | $250.00 | 4.2 | $1,050.00 |
| Subtotal for Preparation of Fee Applications: | | | 12.2 | $3,050.00 |
| *Tax Advisory Services* | | | | |
| 12/01/2022 | | | | |
| Roldan, Carolina | Draft questions pertaining to Form 1099 delivery and the related user agreement to be shared with W. Chan (Voyager Controller) for reporting purposes. | $750.00 | 0.2 | $150.00 |
| 12/05/2022 | | | | |
| Forrest, Jonathan | Discuss digital asset inventory rollforward schedules with E. Psaropoulos, R. Whooley, D. Brosgol, M. Jensen (Voyager Digital), A. Turenshine, C. Gibian, T. Heyman, T. Weiss (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| Gibian, Craig | Discuss digital asset inventory rollforward schedules with E. Psaropoulos, R. Whooley, D. Brosgol, M. Jensen (Voyager Digital), A. Turenshine, J. Forrest, T. Heyman, T. Weiss (Deloitte). | $1,160.00 | 0.5 | $580.00 |

1

# Voyager Digital Holdings, Inc.
# Deloitte Tax LLP
# Fees Sorted by Category for the Fee Period

December 01, 2022 - December 31, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 12/05/2022 | | | | |
| Heyman, Tom | Discuss digital asset inventory rollforward schedules with E. Psaropoulos, R. Whooley, D. Brosgol, M. Jensen (Voyager Digital), A. Turenshine, J. Forrest, C. Gibian, T. Weiss (Deloitte). | $630.00 | 0.5 | $315.00 |
| Turenshine, Aaron | Discuss digital asset inventory rollforward schedules with E. Psaropoulos, R. Whooley, D. Brosgol, M. Jensen (Voyager Digital), J. Forrest, C. Gibian, T. Heyman, T. Weiss (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| Weiss, Thomas | Discuss digital asset inventory rollforward schedules with E. Psaropoulos, R. Whooley, D. Brosgol, M. Jensen (Voyager Digital), A. Turenshine, J. Forrest, C. Gibian, T. Heyman (Deloitte). | $630.00 | 0.5 | $315.00 |
| 12/07/2022 | | | | |
| Boyd, Anna | Review IRS proof of claim submission in bankruptcy. | $870.00 | 0.3 | $261.00 |
| Turenshine, Aaron | Review IRS priority tax claim, considering potential impact to restructuring analysis. | $1,160.00 | 0.5 | $580.00 |
| 12/16/2022 | | | | |
| Forrest, Jonathan | Discussion with C. Gibian, A. Turenshine (Deloitte) regarding digital asset inventory rollforward and assessment of next steps. | $1,160.00 | 0.5 | $580.00 |
| Gibian, Craig | Discussion with A. Turenshine, J. Forrest (Deloitte) regarding digital asset inventory rollforward and assessment of next steps. | $1,160.00 | 0.5 | $580.00 |
| Heyman, Tom | Discussion with A. Turenshine, T. Weiss (Deloitte) regarding digital asset inventory rollforward. | $630.00 | 0.5 | $315.00 |
| Heyman, Tom | Prepare monthly inventory roll with new client provided data regarding same. | $630.00 | 2.2 | $1,386.00 |

2

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

December 01, 2022 - December 31, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 12/16/2022 | | | | |
| Turenshine, Aaron | Discussion with C. Gibian, J. Forrest (Deloitte) regarding digital asset inventory rollforward and assessment of next steps. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Discussion with T. Heyman, T. Weiss (Deloitte) regarding digital asset inventory rollforward. | $1,160.00 | 0.5 | $580.00 |
| Weiss, Thomas | Compare detail on Voyager asset inventory roll over month over month activity to check mark to market treatment of the various assets. | $630.00 | 0.3 | $189.00 |
| Weiss, Thomas | Discussion with T. Heyman, A. Turenshine (Deloitte) regarding digital asset inventory rollforward. | $630.00 | 0.4 | $252.00 |
| 12/18/2022 | | | | |
| Turenshine, Aaron | Analyze digital asset inventory and customer payable rollforward schedules to assess treatment of identified items. | $1,160.00 | 3.8 | $4,408.00 |
| Weiss, Thomas | Review inventory data to compare inventory rollforward, customer payable rollforward data. | $630.00 | 2.2 | $1,386.00 |
| 12/19/2022 | | | | |
| Heyman, Tom | Call with A. Turenshine, T. Weiss (Deloitte) to discuss inventory rollforward and customer payable rollforward. | $630.00 | 0.5 | $315.00 |
| Heyman, Tom | Analyze monthly rollforward data for December 2021 with new client provided support regarding same. | $630.00 | 2.2 | $1,386.00 |
| Turenshine, Aaron | Summarize observations on digital asset inventory and customer payable rollforward schedules. | $1,160.00 | 0.6 | $696.00 |
| Turenshine, Aaron | Call with T. Heyman, T. Weiss (Deloitte) to discuss inventory rollforward and customer payable rollforward. | $1,160.00 | 0.5 | $580.00 |

3

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

December 01, 2022 - December 31, 2022

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 12/19/2022 | | | | |
| Weiss, Thomas | Call with A. Turenshine, T. Heyman (Deloitte) to discuss inventory rollforward and customer payable rollforward. | $630.00 | 0.5 | $315.00 |
| Weiss, Thomas | Review asset inventory information in order to draft questions to be shared with M. Bukauskaite (Voyager finance) related to unanticipated differences in the rollforward. | $630.00 | 2.7 | $1,701.00 |
| 12/27/2022 | | | | |
| Turenshine, Aaron | Review responses provided by M. Bukaukaiste (Voyager Digital) regarding digital asset inventory and customer payable rollforward schedules. | $1,160.00 | 2.5 | $2,900.00 |
| 12/28/2022 | | | | |
| Boulos, Ala'a | Discuss inventory rollforward schedule with E. Psaropolous, M. Bukauskaite, R. Whooley, W. Chan (Voyager), J. Forrest, A. Turenshine, D. Krozek (Deloitte). | $1,160.00 | 1.5 | $1,740.00 |
| Forrest, Jonathan | Discuss inventory rollforward schedule with E. Psaropolous, M. Bukauskaite, R. Whooley, W. Chan (Voyager), A. Turenshine, A. Boulos, D. Krozek (Deloitte). | $1,160.00 | 1.5 | $1,740.00 |
| Krozek, Derek | Discuss inventory rollforward schedule with E. Psaropolous, M. Bukauskaite, R. Whooley, W. Chan (Voyager), J. Forrest, A. Turenshine, A. Boulos (Deloitte). | $1,160.00 | 1.5 | $1,740.00 |
| Turenshine, Aaron | Discuss inventory rollforward schedule with E. Psaropolous, M. Bukauskaite, R. Whooley, W. Chan (Voyager), J. Forrest, A. Boulos, D. Krozek (Deloitte). | $1,160.00 | 1.5 | $1,740.00 |
| Subtotal for Tax Advisory Services: | | | 30.4 | $28,470.00 |
| **Total** | | | **42.6** | **$31,520.00** |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

December 01, 2022 - December 31, 2022

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---:|---:|---:|
| Boulos, Ala'a | $1,160.00 | 1.5 | $1,740.00 |
| Forrest, Jonathan | $1,160.00 | 2.5 | $2,900.00 |
| Gibian, Craig | $1,160.00 | 1.0 | $1,160.00 |
| Krozek, Derek | $1,160.00 | 1.5 | $1,740.00 |
| Turenshine, Aaron | $1,160.00 | 10.9 | $12,644.00 |
| Boyd, Anna | $870.00 | 0.3 | $261.00 |
| Roldan, Carolina | $750.00 | 0.2 | $150.00 |
| Heyman, Tom | $630.00 | 5.9 | $3,717.00 |
| Weiss, Thomas | $630.00 | 6.6 | $4,158.00 |
| Gutierrez, Dalia | $250.00 | 12.2 | $3,050.00 |