Susheel Kirpalani
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | : | Case No. 22-10943 (MEW) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF FILING OF REDACTED VERSION OF
SPECIAL COMMITTEE'S INVESTIGATION REPORT**

**PLEASE TAKE NOTICE** that on October 7, 2022, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel to debtor Voyager Digital, LLC ("Voyager LLC"), delivered to the Special Committee of the Board of Directors of Voyager LLC (the "Special Committee") the Investigation Report (the "Report").

**PLEASE TAKE FURTHER NOTICE** that the *Motion to Release Unredacted Version of "Notice of Filing of Redacted Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Amended Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S Miami Ave, 8th Floor, Miami, FL 33131.

*Connection Therewith, and (IV) Certain Dates with Respect Thereto" (Doc #526), to Release Special Committee Summary Reports into Investigation of Debtor Actions, and Object to Redaction of "Motion of the Debtors for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to Debtors' Objection to Motion of Celsius Network LLC for Order (I) Lifting the Automatic Stay Pursuant to 11 U.S.C. 362(D)(1) and Bankruptcy Rule 4001 and (II) Granting Leave to File Late Proof of Claim Pursuant to Bankruptcy Rules 3003(C) and 9006(B)(1)" (Doc #892)* [Docket No. 903] and *Letter dated January 9, 2023, to Judge Wiles Filed by Tracy Hendershott* [Docket No. 843] (together, the "Motion"), requested, among other things, disclosure of portions of the Report.

**PLEASE TAKE FURTHER NOTICE** that, on February 3, 2023, the Special Committee filed the *Special Committee of the Board of Directors of Voyager Digital, LLC's Objection to Motion to Release Investigation Report* [Docket No 956], objecting to the Motion on the grounds that, among other things, the Report contains privileged information and constitutes protected attorney-work product.

**PLEASE TAKE FURTHER NOTICE** that, at the February 7, 2023 hearing on the Motion (the "Hearing"), movants clarified that the relief requested in the Motion does not seek to invade privileged information.

**PLEASE TAKE FURTHER NOTICE** that, at the Hearing, Quinn Emanuel, on behalf of the Special Committee, agreed to file a redacted version of the Report (the "Redacted Report") on the docket of the above-captioned case, provided that it will not operate as a waiver of any privileges possessed by the Special Committee or the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, on February 13, 2023, the Court entered the *Order Regarding Disclosure of Portions of Special Committee's Investigation Report* [Docket No. 997] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, the Special Committee hereby files the Redacted Report, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Redacted Report and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of the pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| New York, New York<br>Dated: February 14, 2023 | */s/ Susheel Kirpalani*<br>Susheel Kirpalani<br>Kate Scherling<br>Zachary Russell<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100<br><br>*Special Counsel to Debtor Voyager Digital, LLC* |

3