Darren Azman
Joseph B. Evans
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February 2023, I caused a true and correct <u>unredacted</u> copy of Exhibit 12 (the "<u>Exhibit</u>") to the *Declaration of Joseph B. Evans in Support of the Objection of the Official Committee of Unsecured Creditors to Proofs of Claim Nos. 11206, 11209 and 11213* to be served on the Service Parties indicated below by electronic mail. A redacted copy of the Exhibit was previously filed at Docket No. 937-12.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

| | |
|---|---|
| Dated:  New York, New York<br>February 15, 2023 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

### SERVICE PARTIES

| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>E-mail: joshua.sussberg@kirkland.com<br>　　　　christine.okike@kirkland.com<br>　　　　allyson.smith@kirkland.com<br><br>*Counsel for the Debtors* | Andrew G. Dietderich<br>Brian D. Glueckstein<br>Benjamin S. Beller<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>E-mail: dietdericha@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com<br>　　　　bellerb@sullcrom.com<br><br>*Counsel for Alameda Ventures Ltd.* |

United State Trustee
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, New York 10014
Attn: Richard Morrissey and Mark Bruh
E-mail: Richard.Morrissey@usdoj.gov
　　　　Mark.Bruh@usdoj.gov