UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF STRETTO, INC. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Name of Applicant: | Stretto, Inc. |
|---|---|
| Applicant's Role in Case: | **Administrative Advisor to Voyager Digital Holdings, Inc.,** *et al.* |
| Date Order of Employment Signed: | August 4, 2022 [Docket No. 241] |
| Time Period covered by this statement: | Beginning Period / End Period[2] |
| | November 1, 2022 / November 30, 2022 |

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this statement: | $15,769.47 (80% of $19,711.84) |
| Total expenses requested in this statement: | $0.00 |
| Total fees and expenses requested in this statement: | $15,769.47 |
| This is a(n):  __X__ Monthly Application  ____ Interim Application  ____ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] This statement consists of fees and expenses from November 1, 2022, through November 30, 2022.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date* [Docket No. 241], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Stretto, Inc. ("Stretto"), administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Fifth Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period from November 1, 2022 through November 30, 2022* (this "Fee Statement").[3] Specifically, Stretto seeks: (i) interim allowance of $19,711.84 for the reasonable compensation for actual, necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $15,769.47, which is equal to 80% of the total amount of reasonable compensation for actual, necessary professional administrative services that Stretto incurred in connection with such services during the Fee Period (*i.e.*, $19,711.84); and (iii) allowance and payment of $0.00 for the actual, necessary expenses that Stretto incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.  Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Stretto professionals during the Fee Period with respect to each of the project categories Stretto established in accordance with its internal billing

---

[3] The period from November 1, 2022, through and including November 30, 2022, is referred to herein as the "Fee Period."

procedures. As reflected in **Exhibit A**, Stretto incurred $19,711.84[4] in fees during the Fee Period. Pursuant to this Fee Statement, Stretto seeks reimbursement for 80% of such fees (*i.e.*, $15,769.47 in the aggregate).

2.  Attached hereto as **Exhibit B** is a schedule of Stretto professionals, including the standard hourly rate for each professional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of professionals for all services provided during the Fee Period is $173.52.

3.  Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Stretto is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Stretto's out-of-pocket expenses, which total $0.00.

4.  Attached hereto as **Exhibit D** are the time records of Stretto, which provide a daily summary of the time spent by each Stretto professional during the Fee Period.

## Notice

5.  Stretto will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. Stretto submit that no other or further notice be given.

*[Remainder of page intentionally left blank]*

---

[4]  Listed amount of fees requested is net of a contractual discount in the amount of $4,927.96.

3

WHEREFORE, Stretto, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $19,711.84 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $15,769.47, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors (i.e., $19,711.84); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that Stretto incurred in connection with such services during the Fee Period.

Dated: February 16, 2023
       Irvine, California

Respectfully submitted,

*/s/ Brian Karpuk*
Brian Karpuk
410 Exchange, Ste. 100
Irvine, California 92602
Tel: (312) 523-9564
Email: brian.karpuk@stretto.com

*Administrative Advisor for Debtors*
*and Debtors in Possession*

**Exhibit A**

**Statement of Fees and Expenses By Project Category**

**Statement of Fees and Expenses By Project Category**

| Project Category | Hours | Fees |
|---|---:|---:|
| Fee Applications | 9.5 | $1,833.50 |
| Schedules and Statements | 49.8 | $9,611.40 |
| Tabulation | 54.3 | $13,194.90 |
| Less Contractual Discount | | ($4,927.96) |
| **Totals** | **113.6** | **$19,711.84** |

# Exhibit B

## Summary of Timekeepers Included in this Fee Statement

**Summary of Timekeepers Included in this Fee Statement**

| Name | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Leticia Sanchez | Solicitation Associate / Director | $243.00 / $193.00 | 84.5 | $19,023.50 |
| Brian Karpuk | Managing Director | $193.00 | 2.0 | $386.00 |
| Robert Klamser | Managing Director | $193.00 | 13.1 | $2,528.30 |
| Adam Fialkowski | Director | $193.00 | 7.0 | $1,351.00 |
| Nicholas Kennedy | Director | $193.00 | 7.0 | $1,351.00 |
| Less Contractual Discount | | | | ($4,927.96) |
| **Grand Total** | | | 113.6 | **$19,711.84** |
| **Blended Rate** | | | | **$173.52** |

# Exhibit C

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense Category | Expenses |
|---|---:|
| None | $0.00 |

**<u>Exhibit D</u>**

**Detailed Description of Time Records**

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 11/03/2022 | Nicholas Kennedy | Director | Fee Applications | Draft, revise Second Monthly Fee Statement | 1.5 | $193.00 | $289.50 |
| 11/04/2022 | Leticia Sanchez | Director | Fee Applications | Review, analyze issues re First Monthly Fee Statement | 0.5 | $193.00 | $96.50 |
| 11/04/2022 | Nicholas Kennedy | Director | Fee Applications | Draft, revise Second Monthly Fee Statement | 1.0 | $193.00 | $193.00 |
| 11/14/2022 | Brian Karpuk | Managing Director | Fee Applications | Review, comment on Second Monthly Fee Statement | 1.3 | $193.00 | $250.90 |
| 11/14/2022 | Nicholas Kennedy | Director | Fee Applications | Draft, revise Second Monthly Fee Statement | 2.5 | $193.00 | $482.50 |
| 11/15/2022 | Nicholas Kennedy | Director | Fee Applications | Draft, revise Second Monthly Fee Statement | 2.0 | $193.00 | $386.00 |
| 11/16/2022 | Brian Karpuk | Managing Director | Fee Applications | Review, comment on Second Monthly Fee Statement | 0.7 | $193.00 | $135.10 |
| | Contractual Discount | | | | | | ($366.70) |
| | **TOTAL** | | | | **9.5** | | **$1,466.80** |
| 11/02/2022 | Leticia Sanchez | Director | Schedules and Statements | Review, update schedule amendments Schedule E/F, Part 1 | 3.5 | $193.00 | $675.50 |
| 11/03/2022 | Leticia Sanchez | Director | Schedules and Statements | Review, update schedule amendments Schedule E/F, Part 1 | 2.0 | $193.00 | $386.00 |
| 11/03/2022 | Leticia Sanchez | Director | Schedules and Statements | Review, analyze updated date file for amended schedules Schedule E/F, Part 1 | 4.0 | $193.00 | $772.00 |
| 11/07/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updated customer data for Amended Schedule Schedule E/F, Part 1 (2.0); submit questions re same to Voyager (.5); compare underlying data file (1.5) | 4.0 | $193.00 | $772.00 |
| 11/07/2022 | Leticia Sanchez | Director | Schedules and Statements | Review variance file for implementation into Amended Schedule Schedule E/F, Part 1 data (3.0); and submit questions re same to Voyager (1.0) | 4.0 | $193.00 | $772.00 |
| 11/08/2022 | Leticia Sanchez | Director | Schedules and Statements | Review, analyze amended schedules data Schedule E/F, Part 1 | 4.0 | $193.00 | $772.00 |
| 11/10/2022 | Robert Klamser | Managing Director | Schedules and Statements | Prepare redacted variance exhibits to amended Schedule F | 4.0 | $193.00 | $772.00 |
| 11/10/2022 | Robert Klamser | Managing Director | Schedules and Statements | Prepare unredacted variance exhibits to amended Schedule F | 4.0 | $193.00 | $772.00 |
| 11/10/2022 | Robert Klamser | Managing Director | Schedules and Statements | Further review, revision of Schedule F exhibits | 0.6 | $193.00 | $115.80 |
| 11/11/2022 | Leticia Sanchez | Director | Schedules and Statements | Generate updated amended schedule exhibits Schedule E/F, Part 1 | 4.0 | $193.00 | $772.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 11/11/2022 | Adam Fialkowski | Director | Schedules and Statements | Prepare updated amended schedules drafts and review materials re: same | 3.7 | $193.00 | $714.10 |
| 11/11/2022 | Robert Klamser | Managing Director | Schedules and Statements | Prepare redacted exhibits to amended Schedule F | 2.3 | $193.00 | $443.90 |
| 11/11/2022 | Robert Klamser | Managing Director | Schedules and Statements | Prepare unredacted exhibits to amended Schedule F | 2.2 | $193.00 | $424.60 |
| 11/15/2022 | Adam Fialkowski | Director | Schedules and Statements | Deliver final amended schedules to counsel | 1.1 | $193.00 | $212.30 |
| 11/15/2022 | Leticia Sanchez | Director | Schedules and Statements | Communications with N. Gavey re status of amended schedules and timeline of same | 0.2 | $193.00 | $38.60 |
| 11/15/2022 | Leticia Sanchez | Director | Schedules and Statements | Coordinate updates to amended schedule exhibits Schedule E/F, Part 1 | 1.0 | $193.00 | $193.00 |
| 11/16/2022 | Adam Fialkowski | Director | Schedules and Statements | Coordinate with case team re amended schedule updates | 2.2 | $193.00 | $424.60 |
| 11/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Review updated exhibits for amended schedules Schedule E/F, Part 1 | 1.0 | $193.00 | $193.00 |
| 11/16/2022 | Leticia Sanchez | Director | Schedules and Statements | Oversee, facilitate scheduled claim changes per Second Amended Schedules and related email services | 2.0 | $193.00 | $386.00 |
| | Contractual Discount | | | | | | ($1,922.28) |
| | **TOTAL** | | | | **49.8** | | **$7,689.12** |
| 11/01/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate the latest tabulation report with Class 3 voting details | 2.5 | $243.00 | $607.50 |
| 11/01/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Identify late-filed claims and duplicate ballots, remove from tabulation | 0.5 | $243.00 | $121.50 |
| 11/02/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate the latest tabulation report with Class 3 voting details | 3.0 | $243.00 | $729.00 |
| 11/02/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Identify late-filed claims and duplicate ballots, remove from tabulation | 0.6 | $243.00 | $145.80 |
| 11/03/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate the latest tabulation report with Class 3 voting details | 2.2 | $243.00 | $534.60 |
| 11/03/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Identify late-filed claims and duplicate ballots, remove from tabulation | 0.8 | $243.00 | $194.40 |
| 11/04/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate the latest tabulation report with Class 3 voting details | 3.5 | $243.00 | $850.50 |
| 11/04/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Identify late-filed claims and duplicate ballots, remove from tabulation | 2.5 | $243.00 | $607.50 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 11/04/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Review the status of the notional value for the tabulation report, and coordinate additional updates to tabulation report | 2.0 | $243.00 | $486.00 |
| 11/07/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate the latest tabulation report with Class 3 voting details | 2.9 | $243.00 | $704.70 |
| 11/07/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Identify late-filed claims and duplicate ballots, remove from tabulation | 1.1 | $243.00 | $267.30 |
| 11/08/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate the latest tabulation report with Class 3 voting details | 3.0 | $243.00 | $729.00 |
| 11/08/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Identify late-filed claims and duplicate ballots, remove from tabulation | 1.5 | $243.00 | $364.50 |
| 11/09/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate detailed Class 3 report with Schedule Data for all voting parties | 4.0 | $243.00 | $972.00 |
| 11/09/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate updated detailed Class 3 report with Schedule Data for all voting parties per comments from the committee | 3.8 | $243.00 | $923.40 |
| 11/09/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Finalize, circulate detailed Class 3 report with Schedule and Claim Data | 3.0 | $243.00 | $729.00 |
| 11/09/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate the latest tabulation report with Class 3 voting details | 2.8 | $243.00 | $680.40 |
| 11/09/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Identify late-filed claims and duplicate ballots, remove from tabulation | 0.5 | $243.00 | $121.50 |
| 11/10/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Analyze duplicate ballots submitted and identify voting versus non voting | 3.0 | $243.00 | $729.00 |
| 11/10/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate the latest tabulation report with Class 3 voting details | 4.0 | $243.00 | $972.00 |
| 11/14/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Identify late-filed claims and duplicate ballots, remove from tabulation | 1.1 | $243.00 | $267.30 |
| 11/14/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate the latest tabulation report with Class 3 voting details | 4.0 | $243.00 | $972.00 |
| 11/14/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Identify late-filed claims and duplicate ballots, remove from tabulation | 2.0 | $243.00 | $486.00 |
| | Contractual Discount | | | | | | ($2,638.98) |
| | **TOTAL** | | | | 54.3 | | $10,555.92 |
| | Total Contractual Discount | | | | | | ($4,927.96) |
| | **GRAND TOTAL** | | | | 113.6 | | $19,711.84 |