UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                :
In re:                                          :     Chapter 11
                                                :
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,       :     Case No. 22-10943 (MEW)
                                                :
                                                :     Jointly Administered
                    Debtors.                    :
                                                :
------------------------------------------------------------------X

## ORDER

This matter coming before the Court on the motion (the "Motion") filed by Celsius Network LLC ("Celsius") for entry of an Order (a) lifting the automatic stay in this chapter 11 case to permit Celsius to commence an adversary proceeding in Celsius' chapter 11 case in order to pursue a preference action against Debtor Voyager Digital LLC ("Voyager") and (b) granting leave pursuant to Bankruptcy Rules 3003(c) and 9006(b)(1) extending Celsius' time to file a proof of claim to within 14 days of a decision granting such relief; the Court having reviewed the Motion's supporting materials, including the declarations of Holden Bixler, Christopher Ferraro, and Mitchell Hurley, (collectively, the "Declarations"); and the Court having held a hearing on January 24, 2023, at 11:00 a.m., prevailing Eastern Time, to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing, and upon all of the proceedings had before the Court; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) due and proper notice of the Motion having been given in accordance with the Case Management Order [Case No. 22-10943, ECF No. 240] (the "CMO"); (d) service of the Motion having been proper under Federal Rule of Civil Procedure 5 as made applicable by Bankruptcy Rule 7005 and

the CMO; and (e) upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED:**

1. The Motion is **DENIED WITHOUT PREJUDICE** to Celsius' right to renew the Motion, and to submit additional evidence in further support of any such renewed Motion. To the extent a renewed Motion is filed, any renewed objection(s) shall be due within twenty-one (21) business days of the filing of such renewed Motion, and any replies shall be due within seven (7) business days of filing of any such renewed objection(s). After any renewed Motion is filed, the parties shall negotiate in good faith concerning the need for, and timing of, any discovery associated with any renewed Motion, including in connection with any papers submitted in support of or in opposition to any such renewed Motion. The parties may modify the foregoing briefing schedule by mutual written agreement, which may be in the form of an exchange of emails, without further order of the Court.

2. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: February 17, 2023
New York, New York

s/Michael E. Wiles
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE