**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket Nos. 716, 760, 763, 764,** |
| | ) | **765, 766, 767, 768, 770, and 771** |

## ORDER GRANTING FIRST INTERIM APPLICATIONS
## FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
## SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED

Upon consideration of each application (each an "Application" and collectively,

the "Applications") [Docket Nos. 716, 760, 763, 764, 765, 766, 767, 768, 770, and 771] of the

professionals (the "Professionals") listed on **Schedule A** and **Schedule B** hereto, pursuant to

sections 327, 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code") and

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking

allowance of first interim compensation for professional services rendered and reimbursement of

actual and necessary expenses incurred during the period from July 5, 2022, through October 31,

2022 (the "Fee Period"), in connection therewith; and due and proper notice having been provided

pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2), and it appearing that no other or further notice

need be provided; and the Court having jurisdiction to consider the Applications and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the

Applications and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

upon the record of all of the proceedings had before the Court; and after due deliberation and

sufficient cause appearing therefor; it is:

1.      ORDERED that the Applications are granted to the extent set forth on **<u>Schedule A</u>**

and **<u>Schedule B</u>** hereto.

2.      ORDERED that upon entry of this Order, the Debtors are directed and authorized

to remit payment to each of the Professionals in the amounts set forth on **<u>Schedule A</u>** and

**<u>Schedule B</u>** hereto less all amounts previously paid on account of such fees and expenses.

3.      ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

New York, New York
Dated: February 16, 2023

**s/Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

**CURRENT INTERIM FEE PERIOD**
**JULY 5, 2022 THROUGH OCTOBER 31, 2022**

<u>Case No:</u>  **22-10943 (MEW)**                                                                                      <u>Schedule A</u>

<u>Case Name:</u>  **In re Voyager Digital Holdings, Inc.,** *et al.*

| (1)<br>Applicant | (2)<br>Date/Document Number of Application | (3)<br>Interim Fees Requested on Application | (4)<br>Fees Allowed | (5)<br>Fees to be Paid for Current Fee Period | (6)<br>Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7)<br>Total Fees to be Paid | (8)<br>Interim Expenses Requested | (9)<br>Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Debtor Professionals** | | | | | | | | |
| Moelis & Company LLC | 12/8/2022 [Docket No. 716] | $800,000.00 | $800,000.00 | $640,000.00 | $0.00 | $640,000.00 | $88,307.62 | $80,587.96 |
| Quinn Emanuel Urquhart & Sullivan, LLP | 12/20/2022 [Docket No. 760] | $3,162,787.20 | $3,082,787.20 | $2,466,229.76 | $0.00 | $2,466,229.76 | $21,084.61 | $20,852.88 |
| Stretto, Inc. | 12/20/2022 [Docket No. 763] | $89,729.68 | $88,178.38 | $7,0542.70 | $0.00 | $7,0542.70 | $0.00 | $0.00 |
| Kirkland & Ellis LLP | 12/20/2022 [Docket No. 767] | $14,836,834.00 | $14,657,922.00 | $1,1726,337.60 | $0.00 | $1,1726,337.60 | $317,936.45 | $291,629.56 |
| Berkeley Research Group | 12/20/2022 [Docket No. 770] | $6,166,951.00 | $6,120,111.06 | $4,896,088.85 | $0.00 | $4,896,088.85 | $29,172.86 | $25,354.85 |
| **Official Committee of Unsecured Creditors Professionals** | | | | | | | | |
| Cassels Brock & Blackwell LLP | 12/20/2022 [Docket No. 764] | CAD$107,292.60 | CAD$107,292.60 | CAD$85,834.08 | $0.00 | CAD$85,834.08 | CAD$258.09 | CAD$258.09 |
| FTI Consulting, Inc. | 12/20/2022 [Docket No. 765] | $4,081,091.10 | $4,056,091.10 | $3,244,872.88 | $0.00 | $3,244,872.88 | $22,224.87 | $21,724.87 |
| Epiq Corporate Restructuring LLC | 12/20/2022 [Docket No. 766] | $31,205.00 | $31,205.00 | $24,964.00 | $0.00 | $24,964.00 | $51,426.50 | $51,426.50 |
| McDermott Will & Emery LLP | 12/20/2022 [Docket No. 768] | $5,658,727.50 | $5,633,727.50 | $4,506,982.00 | $0.00 | $4,506,982.00 | $103,415.61 | $103,415.61 |
| Harney Westwood & Riegels LP | 12/20/2022 [Docket No. 771] | $8,223.00 | $8,223.00 | $6,578.40 | $0.00 | $6,578.40 | $0.00 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: <u>2/16/2023</u>                                                        INITIALS: <u>**MEW**</u> USBJ

**FIRST INTERIM FEE APPLICATION TOTALS**
**JULY 5, 2022 THROUGH OCTOBER 31, 2022**

<u>Case No:</u>  **22-10943 (MEW)**                                                                                                          <u>Schedule B</u>

<u>Case Name:</u>  **In re Voyager Digital Holdings, Inc., *et al.***

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Paid | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Paid |
|---|---|---|---|---|
| **Debtor Professionals** | | | | |
| Moelis & Company LLC | $800,000.00 | $640,000.00 | $88,307.62 | $80,587.96 |
| Quinn Emanuel Urquhart & Sullivan, LLP | $3,162,787.20 | $2,466,229.76 | $21,084.61 | $20,852.88 |
| Stretto, Inc. | $89,729.68 | $7,0542.70 | $0.00 | $0.00 |
| Kirkland & Ellis LLP | $14,836,834.00 | $1,1726,337.60 | $317,936.45 | $291,629.56 |
| Berkeley Research Group | $6,166,951.00 | $4,896,088.85 | $29,172.86 | $25,354.85 |
| **Official Committee of Unsecured Creditors Professionals** | | | | |
| Cassels Brock & Blackwell LLP | CAD$107,292.60 | CAD$85,834.08 | CAD$258.09 | CAD$258.09 |
| FTI Consulting, Inc. | $4,081,091.10 | $3,244,872.88 | $22,224.87 | $21,724.87 |
| Epiq Corporate Restructuring LLC | $31,205.00 | $24,964.00 | $51,426.50 | $51,426.50 |
| McDermott Will & Emery LLP | $5,658,727.50 | $4,506,982.00 | $103,415.61 | $103,415.61 |
| Harney Westwood & Riegels LP | $8,223.00 | $6,578.40 | $0.00 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: <u>2/16/2023</u>                                                  INITIALS: <u>**MEW**</u> USBJ