Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**FEBRUARY 22, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | February 22, 2023, at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**I. Matters Going Forward**

1. ***Omnibus Claims Motion.*** Debtors' Motion for an Order (I) Approving (A) Omnibus Claims Objection Procedures and Form of Notice, (B) Omnibus Substantive Claims Objections, and (C) Satisfaction Procedures and Form of Notice and (II) Waiving Bankruptcy Rule 3007(E)(6) [Docket No. 925].

    Objection Deadline:  February 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:  None.

    Related Documents:

    A. Certificate of No Objection Regarding Debtors' Motion for an Order (I) Approving (A) Omnibus Claims Objection Procedures and Form of Notice, (B) Omnibus Substantive Claims Objections, and (C) Satisfaction Procedures and Form of Notice and (II) Waiving Bankruptcy Rule 3007(E)(6) [Docket No. 1014].

    Status: This matter is going forward.

2. ***Auditing Motion.*** Motion for Auditing of Balance Sheets and Financial Oversight. [Docket No. 922].

    Objection Deadline:  February 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Debtors' Omnibus Objection to Certain Motions Set for Hearing on February 22, 2023 [Docket No. 1004].

    Related Documents:

    B. Hearing of Motion for Auditing of Balance Sheets and Financial Oversight [Docket No. 923].

    Status This matter is going forward.

3. ***Subpoena Motion.*** Motion for Subpoena in US Bankruptcy Court [Docket No. 930].

    Objection Deadline: February 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A.    Debtors' Omnibus Objection to Certain Motions Set for Hearing on February 22, 2023 [Docket No. 1004].

    Related Documents:

    B.    Amended Motion for Subpoena in US Bankruptcy Court [Docket No. 934].

    C.    Amended Motion for Subpoena in US Bankruptcy Court [Docket No. 940].

    **Status** This matter is going forward.

4.    ***365(d)(4) Extension Motion.*** Debtors' Motion for Entry of an Order (I) Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 935].

    Objection Deadline: February 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A.    Motion to Deny the Debtors Motion for Extension of Time and Deny the Motion for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Property and to Dent Relief Requested by Debtors (Doc 935) [Docket No. 948].

    B.    Amended Motion to Deny the Debtors Motion for Extension of Time and Deny the Motion for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Property and to Deny Relief Requested by Debtors (Doc 935) [Docket No. 953].

    Related Documents:

    C.    Bridge Order Pending A Hearing on the Debtors' Motion for Entry of an Order (I) Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 988].

    **Status** This matter is going forward.

5. ***Unaudited Balance Sheets.*** Filing Unaudited Balance Sheets in Bankruptcy is Illegal [Docket No. 942].

    Objection Deadline: February 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Debtors' Omnibus Objection to Certain Motions Set for Hearing on February 22, 2023 [Docket No. 1004].

    Related Documents: None.

    **Status** This matter is going forward.

6. ***SOFA Motion.*** Motion to Compel the Debtors to File a Statement of Financial Affairs [Docket No. 945].

    Objection Deadline: February 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Debtors' Omnibus Objection to Certain Motions Set for Hearing on February 22, 2023 [Docket No. 1004].

    Related Documents: None.

    **Status** This matter is going forward.

7. ***Manager Consent Motion.*** Debtors' Motion for Entry of an Order (I) Approving Post Hoc the Consent of the Manager and Members of VYGR Management LLC and (II) Granting Related Relief [Docket No. 975].

    Objection Deadline: February 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Approving Post Hoc the Consent of the Manager and Members of VYGR Management LLC and (II) Granting Related Relief [Docket No. 1015].

    **Status** This matter is going forward.

**II.     Adjourned Matters**

8.  ***Paul Hasting Retention.*** Application of the Debtors Pursuant to Sections 327(e) and 330 of the Bankruptcy Code for Authority to Employ and Retain Paul Hastings LLP as Special Regulatory and Conflicts Counsel, Effective as of the Petition Date [Docket No. 911].

    Objection Deadline: February 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A.  Objection to Notice of Motion [Docket No. 916].

    Related Documents:

    B.  Notice of Application of Debtors Pursuant to Sections 327(e) and 330 of the Bankruptcy Code for Authority to Employ and Retain Paul Hastings LLP as Special Regulatory and Conflicts Counsel, Effective as of the Petition Date [Docket No. 912].

    C.  Notice of Adjournment of Application of Debtors Pursuant to Sections 327(e) and 330 of the Bankruptcy Code for Authority to Employ and Retain Paul Hastings LLP as Special Regulatory and Conflicts Counsel, Effective as of the Petition Date [Docket No. 1005].

    **Status**: This matter has been adjourned to March 1, 2023, at 10:00 a.m. (prevailing Eastern Time).

| | |
|---|---|
| Dated: February 17, 2023<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: jsussberg@kirkland.com<br>cmarcus@kirkland.com<br>christine.okike@kirkland.com<br>allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |