Darren Azman
Joseph B. Evans
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

Gregg Steinman (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Official Committee of*
*Unsecured Creditors of Voyager Digital Holdings, Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 22-10943 (MEW) |
| Debtors.[1] | (Jointly Administered) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF SUBPOENA TO SAMUEL TRABUCCO**

Pursuant to Federal Rule of Civil Procedure 45, as made applicable to this proceeding through Rule 9016 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al*. (the "Committee"), by and through its undersigned counsel, has served a *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* on Samuel Trabucco, requesting that he produce all Documents and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

1

Communications responsive to the document requests set forth in <u>Attachment A</u> thereto, in the manner provided in the Definitions and Instructions set forth therein, at the offices of McDermott Will & Emery LLP, 415 Mission Street, Suite 5600, San Francisco, California 94105, no later than **February 20, 2023**, or by such other date as may be agreed to by the parties or ordered by the Bankruptcy Court, and requesting that he appear for a remote deposition on **March 1, 2023,** commencing at **10:00 AM (prevailing Eastern Time)** at the offices of McDermott Will & Emery LLP, 415 Mission Street, Suite 5600, San Francisco, California 94105, or at such other time and place mutually acceptable to counsel.

| | |
|---|---|
| Dated:   New York, New York<br>            February 18, 2023 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Joseph B. Evans*<br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>dazman@mwe.com<br>jbevans@mwe.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy the foregoing *Notice of Subpoena* was served on February 18, 2023, by (i) electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York upon all registered users thereof entitled to receive notices in these chapter 11 cases, and (ii) by e-mail on upon the following additional parties:

| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>E-mail: jsussberg@kirkland.com<br>        cmarcus@kirkland.com<br>        christine.okike@kirkland.com<br>        allyson.smith@kirkland.com<br><br>*Counsel to the Debtors* | Office of the United States Trustee for the Southern District of New York<br>Attn: Richard C. Morrisey and Mark Bruh<br>201 Varick Street, Room 1006<br>New York, New York 10004<br>E-mail: Richard.Morrissey@usdoj.gov<br>        Mark.Bruh@usdoj.gov |

Robert M. Katz
Daniel Mun
Adam J. Goldberg
Andrew D. Sorkin
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
E-mail: Robert.Katz@lw.com
        Daniel.Mun@lw.com
        Adam.Goldberg@lw.com
        Andrew.Sorkin@lw.com

*Counsel to Binance*

                                                */s/ Joseph B. Evans*
                                                Joseph B. Evans