**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **VOYAGER DIGITAL HOLDINGS, INC.,** *et al.*,[1] | ) | **Case No. 22-10943 (MEW)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

_____

### FOURTH MONTHLY FEE APPLICATION OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Services as: | Tax Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2020 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2023 through January 31, 2023 |
| Total Amount of Fees Requested: | $                 168,590.00 |
| Less 20% Holdback | $                 (33,718.00) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $                 134,872.00 |
| Amount of Expense Reimbursement Sought | $                           - |
| Total Amount of Fees and Expense: | **$                 134,872.00** |

This is an:   X  Monthly    __Interim    __Final Application

---

[1] The Debtors in these chapter 11 cases, along with the four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Date: February __, 2023
      Houston, Texas

                    Respectfully submitted,

                    DELOITTE TAX LLP

                    /s/ Ala'a Boulos
                    Ala'a Boulos
                    Partner
                    1111 Bagby, Suite 4500
                    Houston, Texas 77002
                    Telephone:  713.982.3805
                    Facsimile:  877.501.1621

# Exhibit A
## Voyager Digital Holdings Inc., et, al.,
## Case No. 22-10943

### CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period of January 1, 2023 through January 31, 2023

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Gutierrez, Dalia | Consultant | $250.00 | 3.0 | $750.00 |
| **Professional Subtotal:** | | | **3.0** | **$750.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Advisory Services** | | | | |
| Boulos, Ala'a | Partner/Principal | $1,160.00 | 3.0 | $3,480.00 |
| Edwards, Banks | Partner/Principal | $1,160.00 | 0.5 | $580.00 |
| Forrest, Jonathan | Partner/Principal | $1,160.00 | 4.4 | $5,104.00 |
| Gibian, Craig | Partner/Principal | $1,160.00 | 12.5 | $14,500.00 |
| Turenshine, Aaron | Partner/Principal | $1,160.00 | 22.1 | $25,636.00 |
| Krozek, Derek | Managing Director | $1,160.00 | 17.0 | $19,720.00 |
| Schaefer, Eric | Senior Manager | $1,020.00 | 17.4 | $17,748.00 |
| Paradis, Matt | Manager | $870.00 | 3.5 | $3,045.00 |
| Pickering, Maria | Manager | $870.00 | 0.6 | $522.00 |
| Azus, Scott | Senior Consultant | $750.00 | 15.0 | $11,250.00 |
| Harold, Robert | Senior Consultant | $750.00 | 15.6 | $11,700.00 |
| He, Jiasui | Senior Consultant | $750.00 | 29.9 | $22,425.00 |
| Heyman, Tom | Consultant | $630.00 | 21.2 | $13,356.00 |
| Liu, Lily | Consultant | $630.00 | 2.7 | $1,701.00 |
| Stern, Nethaniel | Consultant | $630.00 | 4.4 | $2,772.00 |
| Weiss, Thomas | Consultant | $630.00 | 18.7 | $11,781.00 |
| Wilson, Clinton | Consultant | $630.00 | 4.0 | $2,520.00 |
| **Professional Subtotal:** | | | **192.5** | **$167,840.00** |
| **Total** | Blended Rate: | $862.35 | **195.5** | **$168,590.00** |

# **Exhibit B**
## **Voyager Digital Holdings Inc., et, al.,**
## **Case No. 22-10943**

**CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period of January 1, 2023 through January 31, 2023

| Categories | Hours | Fees |
|---|---|---|
| Preparation of Fee Applications | 3.0 | $750.00 |
| Tax Advisory Services | 192.5 | $167,840.00 |
| **Fees Category Subtotal :** | **195.5** | **$168,590.00** |

# EXHIBIT C

**Voyager Digital Holdings Inc., et, al.,**
**Case No. 22-10943**

Professional Fees for the Period from
January 1, 2023 through January 31, 2023

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **_Preparation of Fee Applications_** | | | | |
| 01/04/2023 | | | | |
| Gutierrez, Dalia | Review December fee detail in preparation for the monthly fee statement. | $250.00 | 1.5 | $375.00 |
| 01/05/2023 | | | | |
| Gutierrez, Dalia | Update December monthly fee statement. | $250.00 | 1.0 | $250.00 |
| 01/12/2023 | | | | |
| Gutierrez, Dalia | Revise first interim fee application. | $250.00 | 0.5 | $125.00 |
| Subtotal for Preparation of Fee Applications: | | | 3.0 | $750.00 |
| **_Tax Advisory Services_** | | | | |
| 01/02/2023 | | | | |
| Turenshine, Aaron | Review accounting treatment and valuation of accounting entries of the activity on inventory and customer payable roll forwards. | $1,160.00 | 2.2 | $2,552.00 |
| 01/03/2023 | | | | |
| Boulos, Ala'a | Call with J. Forrest, A. Turenshine, D. Krozek, C. Gibian (Deloitte) to discuss access to required tax data for potential amendment of income tax returns in advance of call with Kirkland & Ellis. | $1,160.00 | 0.6 | $696.00 |
| Forrest, Jonathan | Call with A. Boulos, A. Turenshine, D. Krozek, C. Gibian (Deloitte tax) to discuss access to required tax data for potential amendment of income tax returns in advance of call with Kirkland & Ellis. | $1,160.00 | 0.6 | $696.00 |
| Gibian, Craig | Analyze calculation of taxable income for 2021. | $1,160.00 | 1.1 | $1,276.00 |
| Gibian, Craig | Call with A. Turenshine, T. Heyman, T. Weiss (Deloitte) to discuss digital asset inventory and customer payable rollforward schedules, identify adjustments and accounting methodology for financial statements. | $1,160.00 | 1.0 | $1,160.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 01/03/2023 | | | | |
| Gibian, Craig | Call with J. Forrest, A. Boulos, A. Turenshine, D. Krozek (Deloitte tax) to discuss access to required tax data for potential amendment of income tax returns in advance of call with Kirkland & Ellis. | $1,160.00 | 0.6 | $696.00 |
| Heyman, Tom | Call with A. Turenshine, C. Gibian, T. Weiss (Deloitte) to discuss digital asset inventory and customer payable rollforward schedules, identify adjustments and accounting methodology for financial statements. | $630.00 | 1.0 | $630.00 |
| Krozek, Derek | Call with J. Forrest, A. Boulos, A. Turenshine, C. Gibian (Deloitte tax) to discuss access to required tax data for potential amendment of income tax returns in advance of call with Kirkland & Ellis. | $1,160.00 | 0.6 | $696.00 |
| Turenshine, Aaron | Call with J. Forrest, A. Boulos, D. Krozek, C. Gibian (Deloitte tax) to discuss access to required tax data for potential amendment of income tax returns in advance of call with Kirkland & Ellis. | $1,160.00 | 0.6 | $696.00 |
| Turenshine, Aaron | Call with C. Gibian, T. Heyman, T. Weiss (Deloitte) to discuss digital asset inventory and customer payable rollforward schedules, identify adjustments and accounting methodology for financial statements. | $1,160.00 | 1.0 | $1,160.00 |
| Weiss, Thomas | Call with A. Turenshine, C. Gibian, T. Heyman (Deloitte) to discuss digital asset inventory and customer payable rollforward schedules, identify adjustments and accounting methodology for financial statements. | $630.00 | 1.0 | $630.00 |
| 01/04/2023 | | | | |
| Boulos, Ala'a | Call with J. Forrest, A. Turenshine, D. Krozek, C. Gibian (Deloitte) to discuss data provided by Voyager in assessing potential tax return position for marking assets. | $1,160.00 | 0.8 | $928.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/04/2023 | | | | |
| Boulos, Ala'a | Call with A. Sexton, S. Cantor (Kirkland & Ellis), J. Forrest, A. Turenshine, D. Krozek, C. Gibian (Deloitte) to update documents related to tax reporting considerations. | $1,160.00 | 0.6 | $696.00 |
| Forrest, Jonathan | Call with A. Sexton, S. Cantor (Kirkland & Ellis), A. Boulos, A. Turenshine, D. Krozek, C. Gibian (Deloitte) to update documents related to tax reporting considerations. | $1,160.00 | 0.6 | $696.00 |
| Forrest, Jonathan | Call with A. Boulos, A. Turenshine, D. Krozek, C. Gibian (Deloitte) to discuss data provided by Voyager in assessing potential tax return position for marking assets. | $1,160.00 | 0.8 | $928.00 |
| Forrest, Jonathan | Call with C. Gibian (Deloitte) to discuss tax reporting issues. | $1,160.00 | 0.3 | $348.00 |
| Gibian, Craig | Call with J. Forrest (Deloitte) to discuss tax reporting issues. | $1,160.00 | 0.3 | $348.00 |
| Gibian, Craig | Analyze calculation of taxable income. | $1,160.00 | 0.5 | $580.00 |
| Gibian, Craig | Call with A. Sexton, S. Cantor (Kirkland & Ellis), J. Forrest, A. Boulos, A. Turenshine, D. Krozek (Deloitte) to update documents related to tax reporting considerations. | $1,160.00 | 0.6 | $696.00 |
| Gibian, Craig | Call with A. Boulos, J. Forrest, A. Turenshine, D. Krozek (Deloitte) to discuss data provided by Voyager in assessing potential tax return position for marking assets. | $1,160.00 | 0.8 | $928.00 |
| Krozek, Derek | Call with A. Boulos, J. Forrest, A. Turenshine, C. Gibian (Deloitte) to discuss data provided by Voyager in assessing potential tax return position for marking assets. | $1,160.00 | 0.8 | $928.00 |
| Krozek, Derek | Call with A. Sexton, S. Cantor (Kirkland & Ellis), J. Forrest, A. Boulos, A. Turenshine, C. Gibian (Deloitte) to update documents related to tax reporting considerations. | $1,160.00 | 0.6 | $696.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 01/04/2023 | | | | |
| Turenshine, Aaron | Email C. Gibian (Deloitte) regarding tax data to support tax accounting method. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Call with A. Sexton, S. Cantor (Kirkland & Ellis), J. Forrest, A. Boulos, D. Krozek, C. Gibian (Deloitte) to update documents related to tax reporting considerations. | $1,160.00 | 0.6 | $696.00 |
| Turenshine, Aaron | Call with A. Boulos, J. Forrest, D. Krozek, C. Gibian (Deloitte) to discuss data provided by Voyager in assessing potential tax return position for marking assets. | $1,160.00 | 0.8 | $928.00 |
| 01/05/2023 | | | | |
| Edwards, Banks | Call with J. Forrest, C. Gibian (Deloitte) to discuss tax reporting issues. | $1,160.00 | 0.5 | $580.00 |
| Forrest, Jonathan | Call with B. Edwards, C. Gibian (Deloitte) to discuss tax reporting issues. | $1,160.00 | 0.5 | $580.00 |
| Gibian, Craig | Call with J. Forrest, B. Edwards (Deloitte) to discuss tax reporting issues. | $1,160.00 | 0.5 | $580.00 |
| Paradis, Matt | Review potential withholding tax penalty related to 2020 and 2021 distribution activities. | $870.00 | 1.0 | $870.00 |
| Turenshine, Aaron | Summarize activities performed to date in course of Voyager bankruptcy work. | $1,160.00 | 0.8 | $928.00 |
| Turenshine, Aaron | Update customer tax information reporting analysis for 2020/2021. | $1,160.00 | 0.5 | $580.00 |
| 01/09/2023 | | | | |
| Forrest, Jonathan | Discuss next steps related to tax reporting with C. Gibian, A. Turenshine, M. Pickering, D. Krozek (Deloitte). | $1,160.00 | 0.6 | $696.00 |
| Gibian, Craig | Discuss next steps related to tax reporting with J. Forrest, A. Turenshine, M. Pickering, D. Krozek (Deloitte). | $1,160.00 | 0.6 | $696.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/09/2023 | | | | |
| Gibian, Craig | Draft description of support and methodology for calculating taxable income. | $1,160.00 | 1.3 | $1,508.00 |
| Krozek, Derek | Discuss next steps related to tax reporting with J. Forrest, C. Gibian, A. Turenshine, M. Pickering (Deloitte). | $1,160.00 | 0.6 | $696.00 |
| Pickering, Maria | Discuss next steps related to tax reporting with J. Forrest, C. Gibian, A. Turenshine, D. Krozek (Deloitte). | $870.00 | 0.6 | $522.00 |
| Turenshine, Aaron | Discuss next steps related to tax reporting with J. Forrest, C. Gibian, M. Pickering, D. Krozek (Deloitte). | $1,160.00 | 0.6 | $696.00 |
| 01/10/2023 | | | | |
| Gibian, Craig | Draft description of methodology for calculating clear reflection of income. | $1,160.00 | 0.6 | $696.00 |
| 01/11/2023 | | | | |
| Turenshine, Aaron | Review disclosure statement draft. | $1,160.00 | 1.0 | $1,160.00 |
| 01/12/2023 | | | | |
| Gibian, Craig | Prepare draft disclosure statement for calculation of taxable income. | $1,160.00 | 0.7 | $812.00 |
| Heyman, Tom | Analyze monthly asset/liability schedules from inception to 2020 year end. | $630.00 | 0.9 | $567.00 |
| Liu, Lily | Review potential withholding tax penalty related to 2020 and 2021 distribution activities. | $630.00 | 1.0 | $630.00 |
| 01/13/2023 | | | | |
| Azus, Scott | Call with A. Turenshine, E. Schaefer, T. Heyman, T. Weiss, R. Harold, J. He (Deloitte) to discuss monthly asset/liability schedules from inception to 2020 year end. | $750.00 | 1.0 | $750.00 |
| Azus, Scott | Analyze August 2020 financial data to reconcile inventory and payables. | $750.00 | 2.0 | $1,500.00 |
| Forrest, Jonathan | Discuss with C. Gibian, A. Turenshine, D. Krozek (Deloitte) draft disclosure language pertaining to amending 2021 return and related next steps. | $1,160.00 | 0.5 | $580.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/13/2023 | | | | |
| Gibian, Craig | Discuss with J. Forrest, A. Turenshine, D. Krozek (Deloitte) draft disclosure language pertaining to amending 2021 return and related next steps. | $1,160.00 | 0.5 | $580.00 |
| Harold, Robert | Call with A. Turenshine, E. Schaefer, T. Heyman, T. Weiss, S. Azus, J. He (Deloitte) to discuss monthly asset/liability schedules from inception to 2020 year end. | $750.00 | 1.0 | $750.00 |
| Harold, Robert | Analyze December 2020 inventory, customer payables and revenue schedules for accounting treatment. | $750.00 | 1.5 | $1,125.00 |
| Harold, Robert | Review results of analysis and next steps for preparing monthly rollfowards. | $750.00 | 0.5 | $375.00 |
| He, Jiasui | Call with A. Turenshine, E. Schaefer, T. Weiss, S. Azus, R. Harold (Deloitte) to discuss monthly asset/liability schedules from inception to 2020 year end. | $750.00 | 1.0 | $750.00 |
| He, Jiasui | Analyze monthly asset/liability schedules from inception to 2020 year end. | $750.00 | 2.3 | $1,725.00 |
| Heyman, Tom | Call with A. Turenshine, E. Schaefer, T. Weiss, S. Azus, R. Harold, J. He (Deloitte) to discuss monthly asset/liability schedules from inception to 2020 year end. | $630.00 | 1.0 | $630.00 |
| Heyman, Tom | Call with A. Turenshine, T. Weiss (Deloitte) regarding follow up on work analyzing monthly asset/liability schedules from inception to 2020 year end. | $630.00 | 0.7 | $441.00 |
| Heyman, Tom | Analyze monthly asset/liability schedule for November 2020 to track asset basis. | $630.00 | 2.1 | $1,323.00 |
| Krozek, Derek | Discuss with J. Forrest, C. Gibian, A. Turenshine (Deloitte) draft disclosure language pertaining to amending 2021 return and related next steps. | $1,160.00 | 0.5 | $580.00 |

# Voyager Digital Holdings, Inc.

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/13/2023 | | | | |
| Liu, Lily | Call with M. Paradis, A. Turenshine (Deloitte) to analyze data provided to assess penalty exposure for customer tax reporting obligations in tax years 2020 and 2021. | $630.00 | 0.5 | $315.00 |
| Paradis, Matt | Call with L. Liu, A. Turenshine (Deloitte) to analyze data provided to assess penalty exposure for customer tax reporting obligations in tax years 2020 and 2021. | $870.00 | 0.5 | $435.00 |
| Schaefer, Eric | Call with A. Turenshine, T. Heyman, T. Weiss, S. Azus, R. Harold, J. He (Deloitte) to discuss monthly asset/liability schedules from inception to 2020 year end. | $1,020.00 | 1.0 | $1,020.00 |
| Schaefer, Eric | Review September 2020 books and records tracing payable asset balances, inventory balances, recalculating the revenue and expense totals. | $1,020.00 | 2.0 | $2,040.00 |
| Schaefer, Eric | Review month to month asset inventory rolls to assess issues with external reporting. | $1,020.00 | 0.7 | $714.00 |
| Turenshine, Aaron | Call with M. Paradis, L. Liu (Deloitte) to analyze data provided to assess penalty exposure for customer tax reporting obligations in tax years 2020 and 2021. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Call with T. Heyman, T. Weiss (Deloitte) regarding follow up on work analyzing monthly asset/liability schedules from inception to 2020 year end. | $1,160.00 | 0.7 | $812.00 |
| Turenshine, Aaron | Discuss with J. Forrest, C. Gibian, D. Krozek (Deloitte) draft disclosure language pertaining to amending 2021 return and related next steps. | $1,160.00 | 0.5 | $580.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/13/2023 | | | | |
| Turenshine, Aaron | Call with E. Schaefer, T. Heyman, T. Weiss, S. Azus, R. Harold, J. He (Deloitte) to discuss monthly asset/liability schedules from inception to 2020 year end. | $1,160.00 | 1.0 | $1,160.00 |
| Weiss, Thomas | Call with A. Turenshine, E. Schaefer, T. Heyman, S. Azus, R. Harold, J. He (Deloitte) to discuss monthly asset/liability schedules from inception to 2020 year end. | $630.00 | 1.0 | $630.00 |
| Weiss, Thomas | Call with T. Heyman, A. Turenshine (Deloitte) regarding follow up on work analyzing monthly asset/liability schedules from inception to 2020 year end. | $630.00 | 0.7 | $441.00 |
| Weiss, Thomas | Review Voyager October 2020 financial data to assess reporting methods and reconcile/gather an understanding of their revenue, expense and payable items. | $630.00 | 2.4 | $1,512.00 |
| 01/16/2023 | | | | |
| Gibian, Craig | Call with D. Krozek, A. Turenshine (Deloitte) to discuss engagement status, data received to date and next steps. | $1,160.00 | 0.6 | $696.00 |
| Krozek, Derek | Call with C. Gibian, A. Turenshine (Deloitte) to discuss engagement status, data received to date and next steps. | $1,160.00 | 0.6 | $696.00 |
| Krozek, Derek | Review findings from monthly asset inventory roll to assess potential tax reporting implications for the 2021 tax year. | $1,160.00 | 1.4 | $1,624.00 |
| Turenshine, Aaron | Review penalty exposure calculation for non-filing of Form 1099s for tax years 2020 and 2021. | $1,160.00 | 0.4 | $464.00 |
| Turenshine, Aaron | Call with D. Krozek, C. Gibian (Deloitte) to discuss engagement status, data received to date and next steps. | $1,160.00 | 0.6 | $696.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/17/2023 | | | | |
| Azus, Scott | Reconcile August 2020 monthly rolls - create roll based on source data provided to compare to client roll on the payable and inventory side to check whether beginning and ending balances reconcile. | $750.00 | 1.3 | $975.00 |
| Azus, Scott | Reconcile May 2021 monthly rolls - create roll based on source data provided to compare to client roll on the payable and inventory side to check whether beginning and ending balances reconcile. | $750.00 | 1.0 | $750.00 |
| Harold, Robert | Reconcile December 2020, November 2021 and December 2021 monthly customer payable and inventory rollovers to compare ending balances. | $750.00 | 2.5 | $1,875.00 |
| He, Jiasui | Reconcile June 2020, July 2020, January 2021 and February 2021 monthly rolls - create roll based on source data provided to compare to client roll on the payable and inventory side to check whether beginning and ending balances reconcile. | $750.00 | 6.0 | $4,500.00 |
| Heyman, Tom | Analyze monthly asset/liability schedules for July and August '21 to track asset basis. | $630.00 | 1.3 | $819.00 |
| Heyman, Tom | Analyze monthly asset/liability schedules for November 2020 to track asset basis. | $630.00 | 1.9 | $1,197.00 |
| Krozek, Derek | Review findings from monthly asset inventory roll to assess potential tax reporting implications for the 2022 tax year. | $1,160.00 | 2.5 | $2,900.00 |
| Paradis, Matt | Review potential withholding tax penalty related to 2020 and 2021 distribution activities. | $870.00 | 2.0 | $1,740.00 |
| Schaefer, Eric | Prepare summary template to organize and present the month over month roll forwards balances on customer payable and in house inventory. | $1,020.00 | 0.9 | $918.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/17/2023 | | | | |
| Schaefer, Eric | Update September 2020 customer payable and inventory roll forward balance to compute the potential mark adjustment to be booked in the month closing files. | $1,020.00 | 2.3 | $2,346.00 |
| Turenshine, Aaron | Analyze monthly inventory and customer payable rollforward schedules. | $1,160.00 | 0.7 | $812.00 |
| Weiss, Thomas | Roll over September data and October activity to check whether inventory, payables and activities reconcile. | $630.00 | 4.3 | $2,709.00 |
| 01/18/2023 | | | | |
| Azus, Scott | Reconcile May 2021 monthly rolls - create roll based on source data provided to compare to client roll on the payable and inventory side to check whether beginning and ending balances reconcile. | $750.00 | 1.2 | $900.00 |
| Azus, Scott | Prepare June 2021 payable and inventory rollforward for current month's mark to market. | $750.00 | 1.3 | $975.00 |
| Azus, Scott | Call with A. Turenshine, T. Heyman, T. Weiss, R. Harold, J. He, E. Schaefer (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $750.00 | 0.5 | $375.00 |
| Harold, Robert | Call with A. Turenshine, T. Heyman, T. Weiss, J. He, E. Schaefer, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $750.00 | 0.5 | $375.00 |
| Harold, Robert | Reconcile December 2020, November 2021 and December 2021 monthly customer payable and inventory rollovers - create monthly rollforwards using source data to compare ending balances. | $750.00 | 2.5 | $1,875.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/18/2023 | | | | |
| He, Jiasui | Reconcile June 2020, July 2020, January 2021 and February 2021 monthly rolls - create roll based on source data provided to compare to client roll on the payable and inventory side to check whether beginning and ending balances reconcile. | $750.00 | 5.1 | $3,825.00 |
| He, Jiasui | Call with A. Turenshine, T. Heyman, T. Weiss, R. Harold, E. Schaefer, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $750.00 | 0.5 | $375.00 |
| Heyman, Tom | Call with A. Turenshine, T. Weiss, R. Harold, J. He, E. Schaefer, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $630.00 | 0.5 | $315.00 |
| Heyman, Tom | Analyze monthly asset/liability schedules for July and August '21 to track asset basis. | $630.00 | 4.3 | $2,709.00 |
| Schaefer, Eric | Call with A. Turenshine, T. Heyman, T. Weiss, R. Harold, J. He, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $1,020.00 | 0.5 | $510.00 |
| Turenshine, Aaron | Call with T. Heyman, T. Weiss, R. Harold, J. He, E. Schaefer, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $1,160.00 | 0.5 | $580.00 |
| Weiss, Thomas | Call with A. Turenshine, T. Heyman, R. Harold, J. He, E. Schaefer, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $630.00 | 0.5 | $315.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/19/2023 | | | | |
| Azus, Scott | Prepare June 2021 payable and inventory rollforward for current month's mark to market. | $750.00 | 1.5 | $1,125.00 |
| Azus, Scott | Review June 2021 payable and inventory rollforward for current month's mark to market. | $750.00 | 1.5 | $1,125.00 |
| Azus, Scott | Call with A. Turenshine, E. Schaefer, T. Heyman, T. Weiss, J. He, R. Harold (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $750.00 | 0.5 | $375.00 |
| Azus, Scott | Call with T. Weiss, T. Heyman, R. Harold (Deloitte) to discuss inventory/payable rollforward and update client questions/comments list regarding same. | $750.00 | 0.5 | $375.00 |
| Gibian, Craig | Analyze calculation of taxable income. | $1,160.00 | 0.6 | $696.00 |
| Harold, Robert | Call with A. Turenshine, E. Schaefer, T. Heyman, T. Weiss, J. He, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $750.00 | 0.5 | $375.00 |
| Harold, Robert | Call with S. Azus, T. Weiss, T. Heyman (Deloitte) to discuss inventory/payable rollforward and update client questions/comments list regarding same. | $750.00 | 0.5 | $375.00 |
| Harold, Robert | Meeting with A. Turenshine, T. Weiss, C. Wilson, N. Stern (Deloitte) regarding roll forward reconciliation calculation, findings and questions regarding same. | $750.00 | 1.1 | $825.00 |
| Harold, Robert | Call with A. Turenshine (Deloitte) regarding monthly inventory and customer payable rollforwards. | $750.00 | 1.0 | $750.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/19/2023 | | | | |
| He, Jiasui | Reconcile June 2020, July 2020, January 2021 and February 2021 monthly rolls - create roll based on source data provided to compare to client roll on the payable and inventory side to check whether beginning and ending balances reconcile. | $750.00 | 2.5 | $1,875.00 |
| He, Jiasui | Call with A. Turenshine, E. Schaefer, T. Heyman, T. Weiss, R. Harold, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $750.00 | 0.5 | $375.00 |
| Heyman, Tom | Call with A. Turenshine, E. Schaefer, T. Weiss, J. He, R. Harold, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $630.00 | 0.5 | $315.00 |
| Heyman, Tom | Call with S. Azus, T. Weiss, R. Harold (Deloitte) to discuss inventory/payable rollforward and update client questions/comments list regarding same. | $630.00 | 0.5 | $315.00 |
| Heyman, Tom | Analyze monthly asset/liability schedule for the July to August 2021 period in order to track inventory asset basis. | $630.00 | 3.3 | $2,079.00 |
| Liu, Lily | Perform updates to the tax reporting penalty calculation. | $630.00 | 1.2 | $756.00 |
| Schaefer, Eric | Call with A. Turenshine, T. Heyman, T. Weiss, J. He, R. Harold, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $1,020.00 | 0.5 | $510.00 |
| Schaefer, Eric | Perform testing of client monthly workpapers - trace roll forward balances of customer payable, inventory, recalculate journal entries for August 2021, September 2021, October 2021, November 2021. | $1,020.00 | 5.0 | $5,100.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 01/19/2023 | | | | |
| Stern, Nathaniel | Tie income items from monthly roll forward reconciliations to 2020-2022 unaudited income statements. | $630.00 | 1.6 | $1,008.00 |
| Stern, Nathaniel | Meeting with A. Turenshine, R. Harold, T. Weiss, C. Wilson (Deloitte) regarding roll forward reconciliation calculation, findings and questions regarding same. | $630.00 | 1.1 | $693.00 |
| Turenshine, Aaron | Meeting with R. Harold, T. Weiss, C. Wilson, N. Stern (Deloitte) regarding roll forward reconciliation calculation, findings and questions regarding same. | $1,160.00 | 1.1 | $1,276.00 |
| Turenshine, Aaron | Call with E. Schaefer, T. Heyman, T. Weiss, J. He, R. Harold, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Call with R. Harold (Deloitte) regarding monthly inventory and customer payable rollforwards. | $1,160.00 | 1.0 | $1,160.00 |
| Weiss, Thomas | Call with A. Turenshine, E. Schaefer, T. Heyman, J. He, R. Harold, S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $630.00 | 0.5 | $315.00 |
| Weiss, Thomas | Call with S. Azus, T. Heyman, R. Harold (Deloitte) to discuss inventory/payable rollforward and update client questions/comments list regarding same. | $630.00 | 0.5 | $315.00 |
| Weiss, Thomas | Meeting with A. Turenshine, R. Harold, C. Wilson, N. Stern (Deloitte) regarding roll forward reconciliation calculation, findings and questions regarding same. | $630.00 | 1.1 | $693.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/19/2023 | | | | |
| Weiss, Thomas | Reconcile October 2020, March 2021 and April 2021 monthly rolls - create roll based on source data provided to compare to client roll on the payable and inventory side to check whether beginning and ending balances reconcile. | $630.00 | 3.9 | $2,457.00 |
| Wilson, Clinton | Meeting with A. Turenshine, R. Harold, T. Weiss, N. Stern (Deloitte) regarding roll forward reconciliation calculation, findings and questions regarding same. | $630.00 | 1.1 | $693.00 |
| Wilson, Clinton | Tie income items from monthly roll forward reconciliations to 2020-2022 unaudited income statements. | $630.00 | 1.6 | $1,008.00 |
| 01/20/2023 | | | | |
| Azus, Scott | Reconcile June 2021 monthly rolls - create roll based on source data provided to compare to client roll on the payable and inventory side to check whether beginning and ending balances reconcile. | $750.00 | 1.5 | $1,125.00 |
| Azus, Scott | Call with R. Harold (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $750.00 | 0.5 | $375.00 |
| Boulos, Ala'a | Call with  A. Sexton, S. Cantor (Kirkland & Ellis), C. Gibian, J. Forrest, A. Turenshine, D. Krozek (Deloitte) discussing next steps related to income tax reporting. | $1,160.00 | 0.5 | $580.00 |
| Forrest, Jonathan | Call with  A. Sexton, S. Cantor (Kirkland & Ellis), C. Gibian, A. Boulos, A. Turenshine, D. Krozek (Deloitte) discussing next steps related to income tax reporting. | $1,160.00 | 0.5 | $580.00 |
| Gibian, Craig | Analyze calculation of taxable income. | $1,160.00 | 0.4 | $464.00 |

15

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/20/2023 | | | | |
| Gibian, Craig | Call with  A. Sexton, S. Cantor (Kirkland & Ellis), J. Forrest, A. Boulos, A. Turenshine, D. Krozek (Deloitte) discussing next steps related to income tax reporting. | $1,160.00 | 0.5 | $580.00 |
| Harold, Robert | Call with S. Azus (Deloitte) discussing monthly asset/liability schedules as well as open items and questions with client's rollforward. | $750.00 | 0.5 | $375.00 |
| Harold, Robert | Reconcile December 2020, November 2021 and December 2021 monthly customer payable and inventory rollovers - create monthly rollforwards using source data to compare ending balances. | $750.00 | 0.5 | $375.00 |
| He, Jiasui | Reconcile June 2020, July 2020, January 2021 and February 2021 monthly rolls - create roll based on source data provided to compare to client roll on the payable and inventory side to check whether beginning and ending balances reconcile. | $750.00 | 1.4 | $1,050.00 |
| He, Jiasui | Call with C. Wilson (Deloitte) discussing monthly asset/liability schedules from inception to 2020 and 2021 year end. | $750.00 | 0.6 | $450.00 |
| Heyman, Tom | Call with E. Schaefer, T. Heyman, T. Weiss, T. Heyman (Deloitte) discussing next steps regarding reconciliation of monthly rollforward schedules and financial statement tie-outs. | $630.00 | 0.8 | $504.00 |
| Krozek, Derek | Call with  A. Sexton, S. Cantor (Kirkland & Ellis), C. Gibian, J. Forrest, A. Boulos, A. Turenshine (Deloitte) discussing next steps related to income tax reporting. | $1,160.00 | 0.5 | $580.00 |
| Krozek, Derek | Call with A. Turenshine (Deloitte) regarding next steps on income tax reporting. | $1,160.00 | 0.5 | $580.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/20/2023 | | | | |
| Schaefer, Eric | Call with E. Schaefer, T. Heyman, T. Weiss, T. Heyman (Deloitte) discussing next steps regarding reconciliation of monthly rollforward schedules and financial statement tie-outs. | $1,020.00 | 0.8 | $816.00 |
| Turenshine, Aaron | Call with E. Schaefer, T. Heyman, T. Weiss, T. Heyman (Deloitte) discussing next steps regarding reconciliation of monthly rollforward schedules and financial statement tie-outs. | $1,160.00 | 0.8 | $928.00 |
| Turenshine, Aaron | Call with  A. Sexton, S. Cantor (Kirkland & Ellis), C. Gibian, J. Forrest, A. Boulos, D. Krozek (Deloitte) discussing next steps related to income tax reporting. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Call with D. Krozek (Deloitte) regarding next steps on income tax reporting. | $1,160.00 | 0.5 | $580.00 |
| Weiss, Thomas | Call with E. Schaefer, T. Heyman, T. Weiss, T. Heyman (Deloitte) discussing next steps regarding reconciliation of monthly rollforward schedules and financial statement tie-outs. | $630.00 | 0.8 | $504.00 |
| Wilson, Clinton | Call with J. He (Deloitte) discussing monthly asset/liability schedules from inception to 2020 and 2021 year end. | $630.00 | 0.6 | $378.00 |
| 01/22/2023 | | | | |
| He, Jiasui | Reconcile June 2020, July 2020, January 2021 and February 2021 monthly rolls. | $750.00 | 1.0 | $750.00 |
| Schaefer, Eric | Update assigned monthly roll ups comments. | $1,020.00 | 2.0 | $2,040.00 |
| Weiss, Thomas | Review monthly roll schedules (October 2020, March 2021 and April 2021) to develop questions to understand profit and loss/ beginning and ending balances. | $630.00 | 1.2 | $756.00 |

17

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/23/2023 | | | | |
| Azus, Scott | Meeting with R. Harold, N. Stern, C. Wilson (Deloitte) to discuss question list, request list, needs from Grant Thornton and next steps for compliance preparation process. | $750.00 | 0.7 | $525.00 |
| Harold, Robert | Meeting with S. Azus, N. Stern, C. Wilson (Deloitte) to discuss question list, request list, needs from Grant Thornton and next steps for compliance preparation process. | $750.00 | 0.7 | $525.00 |
| He, Jiasui | Create a summary page on the "Monthly Admin Expenses" and " Blockchain Recovery" line items of financial data for months from June '20 through March '22 for analysis. | $750.00 | 2.1 | $1,575.00 |
| He, Jiasui | Call with E. Schaefer (Deloitte) discussing monthly asset/liability schedules from inception to 2020 and 2021 year end. | $750.00 | 0.9 | $675.00 |
| Heyman, Tom | Draft list of questions/request list for Voyager to provide additional information on monthly asset schedules for July '20 - December '21 | $630.00 | 1.6 | $1,008.00 |
| Heyman, Tom | Call with A. Turenshine, T. Weiss (Deloitte) to discuss questions/request list for Voyager to provide additional monthly reconciliation data. | $630.00 | 0.8 | $504.00 |
| Krozek, Derek | Review findings from monthly asset inventory roll to assess potential tax reporting implications for the combined history of the group. | $1,160.00 | 2.0 | $2,320.00 |
| Schaefer, Eric | Call with A. Turenshine (Deloitte) to discuss observations from analyzing monthly inventory and customer payable rollforward schedules. | $1,020.00 | 0.8 | $816.00 |
| Schaefer, Eric | Call with J. He (Deloitte) discussing monthly asset/liability schedules from inception to 2020 and 2021 year end. | $1,020.00 | 0.9 | $918.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Advisory Services** | | | | |
| 01/23/2023 | | | | |
| Stern, Nathaniel | Meeting with S. Azus, R. Harold, C. Wilson (Deloitte) to discuss question list, request list, needs from Grant Thornton and next steps for compliance preparation process. | $630.00 | 0.7 | $441.00 |
| Turenshine, Aaron | Call with E. Schaefer (Deloitte) to discuss observations from analyzing monthly inventory and customer payable rollforward schedules. | $1,160.00 | 0.8 | $928.00 |
| Turenshine, Aaron | Call with T. Heyman, T. Weiss (Deloitte) to discuss questions/request list for Voyager to provide additional monthly reconciliation data. | $1,160.00 | 0.8 | $928.00 |
| Weiss, Thomas | Call with T. Heyman, A. Turenshine (Deloitte) to discuss questions/request list for Voyager to provide additional monthly reconciliation data. | $630.00 | 0.8 | $504.00 |
| Wilson, Clinton | Meeting with S. Azus, R. Harold, N. Stern (Deloitte) to discuss question list, request list, needs from Grant Thornton and next steps for compliance preparation process. | $630.00 | 0.7 | $441.00 |
| 01/24/2023 | | | | |
| Harold, Robert | Meeting with J. He (Deloitte) to prepare information request list for monthly payable and inventory reconciliations. | $750.00 | 2.3 | $1,725.00 |
| He, Jiasui | Meeting with R. Harold (Deloitte) to prepare information request list for monthly payable and inventory reconciliations. | $750.00 | 2.3 | $1,725.00 |
| He, Jiasui | Review client provided 2020 asset inventory files. | $750.00 | 1.2 | $900.00 |
| Krozek, Derek | Review updated findings from monthly asset inventory roll to assess potential tax reporting implications for the combined history of the group. | $1,160.00 | 2.1 | $2,436.00 |
| Turenshine, Aaron | Perform Voyager tax return review and information request for tax return preparation. | $1,160.00 | 1.1 | $1,276.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 01/25/2023 | | | | |
| He, Jiasui | Review company provided asset inventory roll files in order to finalize request list to amend 2020 and 2021 tax returns. | $750.00 | 2.5 | $1,875.00 |
| Krozek, Derek | Draft required tax return disclosure statement related to potential filing of amended federal income tax returns. | $1,160.00 | 2.3 | $2,668.00 |
| Stern, Nethaniel | Clear comments from A. Turenshine (Deloitte) on the engagement letters. | $630.00 | 1.0 | $630.00 |
| Turenshine, Aaron | Prepare information request list for tax return preparation. | $1,160.00 | 1.0 | $1,160.00 |
| 01/30/2023 | | | | |
| Krozek, Derek | Analyze potential cash tax refund implications related to potential filing of amended federal income tax returns. | $1,160.00 | 2.0 | $2,320.00 |
| 01/31/2023 | | | | |
| Boulos, Ala'a | Call with C. Gibian, A. Turenshine (Deloitte) to discuss drafting of engagement letter related to potential amending and filing of income tax returns. | $1,160.00 | 0.5 | $580.00 |
| Gibian, Craig | Analyze implications of potential filing of amended tax returns for the 2021 and 2022 years. | $1,160.00 | 0.8 | $928.00 |
| Gibian, Craig | Call with A. Turenshine, A. Boulos (Deloitte) to discuss drafting of engagement letter related to potential amending and filing of income tax returns. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Call with C. Gibian, A. Boulos (Deloitte) to discuss drafting of engagement letter related to potential amending and filing of income tax returns. | $1,160.00 | 0.5 | $580.00 |
| Subtotal for Tax Advisory Services: | | | 192.5 | $167,840.00 |
| **Total** | | | **195.5** | **$168,590.00** |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

January 01, 2023 - January 31, 2023

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Boulos, Ala'a | $1,160.00 | 3.0 | $3,480.00 |
| Edwards, Banks | $1,160.00 | 0.5 | $580.00 |
| Forrest, Jonathan | $1,160.00 | 4.4 | $5,104.00 |
| Gibian, Craig | $1,160.00 | 12.5 | $14,500.00 |
| Krozek, Derek | $1,160.00 | 17.0 | $19,720.00 |
| Turenshine, Aaron | $1,160.00 | 22.1 | $25,636.00 |
| Schaefer, Eric | $1,020.00 | 17.4 | $17,748.00 |
| Paradis, Matt | $870.00 | 3.5 | $3,045.00 |
| Pickering, Maria | $870.00 | 0.6 | $522.00 |
| Azus, Scott | $750.00 | 15.0 | $11,250.00 |
| Harold, Robert | $750.00 | 15.6 | $11,700.00 |
| He, Jiasui | $750.00 | 29.9 | $22,425.00 |
| Heyman, Tom | $630.00 | 21.2 | $13,356.00 |
| Liu, Lily | $630.00 | 2.7 | $1,701.00 |
| Stern, Nethaniel | $630.00 | 4.4 | $2,772.00 |
| Weiss, Thomas | $630.00 | 18.7 | $11,781.00 |
| Wilson, Clinton | $630.00 | 4.0 | $2,520.00 |
| Gutierrez, Dalia | $250.00 | 3.0 | $750.00 |