The Honorable Judge Michael Wiles,

This letter is in response to what Joshua Sussberg filed. First off, I object to the Objection that the Voyager digital filed objecting to my claims. As you know we had a hearing on 11/15/2022. I took notes from the hearing and have included them below.

You honor you asked, "Nikki how is it that the money was refunded to Mr. Niman from Voyager, but the unauthorized trade remained in the account? How is it that Mr. Niman can call and say this was an unauthorized trade and the cash part of the trade gets undone but the rest stays on the books? How does that happen? Obviously Mr. Niman asked to undo the transaction because he got the money back from Voyager. So why is the transaction still reflected on his Voyager records?" Nikki responded. You then told Nikki that she was not answering your question. Again you asked, "how do you simultaneously undo the transaction by returning cash while at the same time leaving the transaction on his account? How do you do both of those? How does that happen? Voyager has the discretion of moving cash to Mr. Niman, correct?" Nikki said yes. You then told Nikki "In the agreement Mr. Niman was supposed to contact Voyager about the unauthorized trade. Which he did". "It appears only a partial or part of the trade was undone". You then said "I am at a loss how you return Mr. Niman cash and still show he still owes for the crypto. How is that the right response?", you asked. You then said, "no body contacted Mr. Niman and said thanks for the notice but the crypto you unauthorized is staying in your account". The questions you asked are the same ones I have been asking for a long time.

You told me that "we will litigate this at the appropriate time if and when there is an Objection by the debtor about this $14,000 issue." You said, "the debtor might want to think about how they want to handle this with the amount of money at stake." You then told me "We could not address this now but in the future there will be a claims process to litigate if needed in the future." You said, "the debtors will have to address these issues with you in discussions."

I asked you if I needed to do anything at this point or wait to hear from someone. You then said "let me ask the debtors if a proof of claim was filed". That's when Nikki Sauer said "no, I did not." She clearly knew that I did because that is why she called me in the early part of October after I filed the claim. I was confused when asked in the hearing if I filed because I thought maybe it's a different claim I was supposed to file because I thought surely Nikki would not dispute something she called to discuss with me over the phone in October. However, Nikki told you that she would coordinate with me. I never heard a word from her or anyone at Kirkland and Ellis. Despite reaching out to them several times.

I then told the courts that I did file something on the 3rd of October, but I was not sure if that is what claim you all were talking about. You then asked Nikki "why don't you check on that with Mr. Niman." Nikki said "yes, we certainly will, your honor." You then said "I am denying your claim but obviously your claim needs to be addressed through the claims process and the debtor will talk to you to make sure you filed a proof of claim, (Never heard from anyone). You then said, "if the debtors hear my claim and decide not to object then it is mine but if they object then you will hear the objection." You then said "at that point there will be a schedule, there will be discovery, there will be regular litigation to resolve it."

1

Now they want to make this go away? I want my day in court to litigate this whole situation. So, I am asking the courts once again to deny Voyager's objection so that I can go through litigation over this matter. As you can clearly see yourself it does not make sense that they gave me the money back but did not remove the coins from my account.

I have tried everything to resolve this whole thing with Voyager and their attorneys after the hearing. I contacted Kirkland and Ellis Allyson Smith several times with no responses. I even contacted McDermott and Emery several times asking them if they could get someone at Kirkland and Ellis to contact me to try and resolve this.

On a side note, as I stated in the hearing I did not remember all of the details. However, I continued to find more information. I was finally able to connect with a person at US
Bank that told me that it was not one check for $14,000 as I filed in the courts initially. It was 4 separate checks for each coin that was refunded. Also, the bank said it was $15,000 that was refunded not $14,000 as I stated based on the spread sheet Voyager sent me which I provided to the courts. As you see the spread sheet shows $14,000. However, the bank showed that they got back $15,000. Which they issued in 4 different checks for each coin that shows on that spread sheet is underlined for each unauthorized coin which was provided to the courts. Attached is the document I received recently from US Bank showing the checks, the dates and the amounts.
So, I was wrong in my memory that I thought it was one check. As far as the $1000. I thought they did not pay me because I went off of the spread sheet that Voyager sent me that I requested from them when my account was hacked. It only showed $14,000. Not $15,000.

So, as you see from the US Bank document showing the checks. There were 4 checks. Two were for $5,000 each. Then one for $3,000 and one for $2000.

It's even more clear now Voyager agreed and refunded my money for those transactions.

I feel there is a lot of deceitful stuff going on with Voyager. When I read that the Executives at Voyager requested that an immunity clause is put in excluding them from any future liabilities and future lawsuits. Especially after I was told by the attorneys that they investigated the Voyager Executives and found that they invested insane millions into a company over one email and a sushi dinner. With no due diligence. Is that not a breach of fiduciary duty? Now they file in the court a document saying they object to my claim? When it is clear as day by everyone that looks at my case that Voyager messed up and should not be taking away $15,000 of my crypto when they worked with my bank to resolve and refund it? Now my rights to my claim are now being objected to. This is insane! Where is the justice? Where is the government in all of this? Where is the accountability? I also received this email notification on Friday February 17th for the first time that I had until Monday the 20th to file an Objection. The 20th is a holiday. (Email screenshot attached). So that only gave me 2 days to file. Should I not have been given a reasonable amount of time to get understanding and then be able to file? I had to rush to get this in. Again, the way Voyager is handling the whole situation is not right or fair.

My case is simple. All they must do is remove the $15,000 negative balance from my account which should not be there in the first place and issue me the assets that were in my account before they filed for bankruptcy. After the bankruptcy is completed.

2

They gave me back my $15,000. Which was what they were supposed to do. Now they want to take $15,000 from my crypto because they failed to remove the 4 coins that were purchased in the hack back in 2021. Had they removed it then they would have made a profit because the market was up then and the coins in dispute were worth a lot. I believe it probably was someone's job at Voyager back then that was supposed to remove them and failed to do so and now they find themselves in a situation where the value of those coins is down considerably and instead of doing the right thing based on all of the facts. They are simply trying to push me around and keep my money because they think I will go away. The more I see the corruption in all of this the more I am determined to fight no matter what.

Again, I am asking the courts to please reject Voyager's objection to my claim, so that I can continue to fight for my claim and go through litigation, if need be, to resolve this.

I humbly thank you.

Aaron Niman

---

Aaron,

You filed your claim on October 3, 2022.
Your claim # is "VOY-19692."

Best,
Grayson

GRAYSON WILLIAMS
Associate

McDermott Will & Emery LLP  2501 North Harwood Street, Suite 1900, Dallas, TX 75201

Tel +1 214 210 2814
Email gwilliams@mwe.com



| CASE | AMOUNT | COMP ID | DATE | PAR# | TRACE ED | ORIGINATOR |
|---|---|---|---|---|---|---|
| 12850589001 | $ 5,000.00 | B980190072 | 10/25/2021 | 021298010869833 | 26013350401288 | VOYAGER DB |
| 12850590001 | $ 5,000.00 | B980190072 | 10/25/2021 | 021298011931209 | 26013350481303 | VOYAGER DB |
| 12850593001 | $ 3,000.00 | B980190072 | 11/1/2021 | 021305010751492 | 26013359328460 | VOYAGER DB |
| 12850595001 | $ 2,000.00 | B980190072 | 11/5/2021 | 021308011644548 | 26013356846990 | VOYAGER DB |

From  Voyager Digital Restructuring •
      noreply@cases-cr.stretto-services
      .com
To    aarleenim@gmail.com
Date  Feb 17, 2023, 1:33 AM
      Standard encryption (TLS).
      View security details

**In re: Voyager Digital Holdings, Inc., et al., Case No. 22-10943**

**Dear Customer,**

You recently received materials relating to Voyager Digital Holdings, Inc. and its affiliates (collectively, the "**Debtors**") objecting to your claim(s) **for**