**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MOTION SEEKING THE TEMPORARY ALLOWANCE OF A CLAIM IN THE AMOUNT LISTED ON THE PROOF OF CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018**

Creditor VOY-18674 respectfully submits this Motion Seeking the Temporary Allowance of a Claim in the Amount Listed on the Proof of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018 in the above-captioned bankruptcy case (the "Case"). In support of this Motion, Creditor VOY-18674 states as follows:

Creditor VOY-18674 is a customer of Debtor Voyager Digital Holdings, Inc., and is a creditor in the Case.

The Debtor has filed an objection to the Claim (the "Objection") titled DEBTORS' OMNIBUS OBJECTION TO (I) THE VOTING AMOUNT ASSOCIATED WITH CERTAIN DISPUTED ACCOUNT HOLDER CLAIMS AND (II) THE MERITS OF CERTAIN DISPUTED ACCOUNT HOLDER CLAIMS.

Creditor VOY-18674 filed a Proof of Claim (the "Claim") in the amounts of the following:

| | |
|---|---|
| Cardano (ADA) | 1419.1 |
| Bitcoin (BTC) | 0.632627 |
| Dogecoin (DOGE) | 4 |
| Polkadot (DOT) | 0.373 |
| Ethereum (ETH) | 2.68198 |
| Locked Luna (LLUNA) | 11.952 |
| Terra Luna (LUNA) | 5.123 |
| Luna Classic (LUNC) | 16.6 |
| Shiba Inu (SHIB) | 1300081840 |
| Voyager Token (VGX) | 503.41 |

Those amounts are the correct amounts of cryptocurrency held in the creditor's account as of the Petition Date, and for that reason Creditor VOY-18674 requests that the Court not grant the Debtor's Objection.

Pursuant to Bankruptcy Rule 3018, Creditor VOY-18674 hereby moves for a temporary allowance of the Claim in the above listed amounts for voting purposes pending a determination of the Objection.

Dated: February 17, 2023

Respectfully submitted,

/s/ Robert Beaucage (Creditor VOY-18674)
4760 Kester Ave #14, Los Angeles, CA 91403
(323) 371-9845
phyfutima@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion for Temporary Allowance of a Claim Pursuant to Bankruptcy Rule 3018 to be served upon the following parties:

a. Debtors. Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., Michael B. Slade, and Allyson B. Smith;

b. Committee. McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York, 10017-3852, Attn: Darren Azman, Joseph B. Evans, Grayson Williams, Greg Steinman; and

c. U.S. Trustee. The Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Richard Morrissey, Mark Bruh.