**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10943 (MEW) |
| | ) | |
| **VOYAGER DIGITAL HOLDINGS INC**, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION FOR ADMISSION FOR
## MARVIN E. CLEMENTS, JR TO PRACTICE, *Pro Hac Vice*

I, Marvin E. Clements, Jr., a member in good standing of the bar in the State of Tennessee and the bar for the U.S. District Court for the Eastern District of Tennessee, request admission, *pro hac vice,* before the Honorable Michael E. Wiles to represent the Tennessee Department of Commerce and Insurance, a creditor in the above referenced case. I agree to pay the fee of $200 upon approval by this Court of admission to practice, *pro hac vice*.

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
agbanknewyork@ag.tn.gov

**Dated: February 21, 2023.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 22-10943 (MEW) |
| | ) | |
| **VOYAGER DIGITAL HOLDINGS INC,** *et al.*, | ) | Chapter 11 |
| | ) | |
| **Debtors.** | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION FOR**
**MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE***

**ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
    New, New York

                                       /s/
                                      UNITED STATES BANKRUPTCY JUDGE