# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10943 (MEW) |
| | ) | |
| **VOYAGER DIGITAL HOLDINGS INC , *et al.*,** | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING MOTION FOR ADMISSION FOR
## MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE*

**ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: February 21, 2023
New York, New York

                                        **s/Michael E. Wiles**
                                        UNITED STATES BANKRUPTCY JUDGE