THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*[1]<br><br>                Debtors. | Case No. 22-10943 (MEW)<br><br>Chapter 11<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, William M. Uptegrove, request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent the U.S. Securities and Exchange Commission, a creditor in the above-referenced case.

    *I certify that I am a member in good standing* of the bars in the State of New York and the State of New Jersey. I am also admitted to practice in the bars of the U.S. District Court for the District of New Jersey, the U.S. Court of Appeals for the Third Circuit, and the Supreme Court of the United States.

    I request a waiver of the filing fee, as I am representing an agency of the federal government.

Dated:  February 22, 2023
         Atlanta, GA

Respectfully submitted,

U.S. SECURITIES AND EXCHANGE COMMISSION

By:  */s/ William M. Uptegrove*
      William M. Uptegrove
      Senior Trial Counsel
      950 East Paces Ferry Rd., N.E.
      Suite 900
      Atlanta, GA 30326
      Email: uptegrovew@sec.gov
      Tel.: (404) 842-5765

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* to be served upon counsel or parties of record by the Court's CM/ECF system on February 22, 2023.

By: */s/ William M. Uptegrove*
William M. Uptegrove