# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 22-10943 (MEW) |
| ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*[1] ) | **Chapter 11** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |

## ORDER GRANTING MOTION TO PRACTICE, *PRO HAC VICE*

Upon the motion of William M. Uptegrove, to be admitted, *pro hac vice*, to represent the U.S. Securities and Exchange Commission (the "SEC"), a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the State of New York and the State of New Jersey, and the bars of the U.S. District Court for the District of New Jersey, the U.S. Court of Appeals for the Third Circuit, and the Supreme Court of the United States, it is hereby

**ORDERED** that William M. Uptegrove is admitted to practice, ***pro hac vice***, in the above referenced case to represent the SEC, in the United States Bankruptcy Court for the Southern District of New York. The filing fee is hereby waived.

Dated: _____
       New York, New York

 

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.