UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

VOYAGER DIGITAL HOLDINGS, INC., et al.,[1]

Debtors.

Chapter 11

Case No. 22-10943-MEW

(Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

# NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL'S JOINDER TO OBJECTION OF THE NEW YORK STATE DEPARTMENT OF FINANICAL SERVICES TO DEBTORS' THIRD AMENDED PLAN

The People of the State of New York, by Letitia James, Attorney General of the State of New York (the "OAG") hereby join in the Objection filed by the New York State Department of Financial Services ("DFS") on February 22, 2023, (Docket No. 1051) to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

For the reasons identified by the DFS, the OAG joins in the Objection filed by the DFS.

Dated: February 22, 2023
      New York, New York

*/s/ Tanya Trakht*
Tanya Trakht
Senior Enforcement Counsel
Investor Protection Bureau
Office of the Attorney General
of the State of New York
28 Liberty Street, 21st Floor
New York, New York 10005
(212) 416-8457
tanya.trakht@ag.ny.gov

*Counsel for the People of the State of New York*

# CERTIFICATE OF SERVICE

I certify that on February 22, 2023, the foregoing was filed and served electronically via the Court's Electronic Filing System.

*/s/ Tanya Trakht*
Tanya Trakht
Senior Enforcement Counsel