**To the Honorable Judge Wiles-**

**I am a concerned creditor of the Voyager bankruptcy case that has written to you before. I wanted to express my support for the Objection by the Federal Trade Commission to the Debtors Third Amended Joint Plan (Doc 1042). As you know full well, the employees and executives at Voyager were the ones who drove the company into the ground with reckless disregard for their fiduciary duties. They then forced a Chapter 11 Bankruptcy when they knew full well a reorganization was impossible for a variety of reasons, including lack of MTLs and various regulatory hurdles to reopening.**

**For these reasons, it has been so painful for us creditors to watch these same people collect healthy salaries (including raises and bonuses) while we all watch our assets bleed away to fund this charade. The current sale agreement has releases for all officers built in, and frankly it's a slap in the face for creditors who have suffered while these people have cruised through this bankruptcy.**

**I hope the court takes the FTC objection into strong consideration and also understands the importance of creditors being able to pursue damages**

**from the officers and those involved in the fraudulent/criminal marketing practices that manipulated and lured creditors into complacency in the hours, days, weeks, and even months that lead up to the UNNECESSARY bankruptcy filing that ruined so many lives.**

**-Heath Mendelsohn**