UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER DENYING ALAH SHEHADEH'S MOTIONS**

On February 22, 2023, the Court held a hearing on Alah Shehadeh's *Motion for Auditing of Balance Sheets and Financial Oversight* [Docket No. 922], *Motion for Subpoena in US Bankruptcy Court* [Docket No. 930], *Amended Motion for Subpoena in US Bankruptcy Court* [Docket No. 934], *Amended Motion for Subpoena in US Bankruptcy Court* [Docket No. 940], *Filing Unaudited Balance Sheets in Bankruptcy is Illegal* [Docket No. 942], and *Motion to Compel the Debtors to File a Statement of Financial Affairs* [Docket No. 945] (the "Motions") and considered the Motions, objections, and arguments of counsel and found the Motions were properly noticed. Pursuant to Federal Civil Rule 52, made applicable in bankruptcy proceedings by Bankruptcy Rule 7052, the Court stated its findings of fact and conclusions of law on the record.

For the reasons set forth by the Court in its oral ruling, the Court finds and concludes that the Motions should be denied with prejudice. It is, therefore HEREBY ORDERED THAT:

1. The Motions are denied.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

2.       The parties are authorized to take all actions necessary or appropriate to effectuate the relief granted herein.

3.       This Order shall be immediately effective and enforceable upon its entry.

Dated: New York, New York
      February 23, 2023

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE