UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF STRETTO, INC. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Name of Applicant: | Stretto, Inc. | |
|---|---|---|
| Applicant's Role in Case: | **Administrative Advisor to Voyager Digital Holdings, Inc.,** *et al.* | |
| Date Order of Employment Signed: | August 4, 2022 [Docket No. 241] | |
| Time Period covered by this statement: | Beginning Period | End Period[2] |
|  | December 1, 2022 | December 31, 2022 |

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this statement: | $15,606.66 (80% of $19,508.32) |
| Total expenses requested in this statement: | $0.00 |
| Total fees and expenses requested in this statement: | $15,606.66 |
| This is a(n):  __X__ Monthly Application  ____ Interim Application  ____ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] This statement consists of fees and expenses from December 1, 2022, through December 31, 2022.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date* [Docket No. 241], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Stretto, Inc. ("Stretto"), administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Sixth Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period from December 1, 2022 through December 31, 2022* (this "Fee Statement").[3] Specifically, Stretto seeks: (i) interim allowance of $19,508.32 for the reasonable compensation for actual, necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $15,606.66, which is equal to 80% of the total amount of reasonable compensation for actual, necessary professional administrative services that Stretto incurred in connection with such services during the Fee Period (*i.e.*, $19,508.32); and (iii) allowance and payment of $0.00 for the actual, necessary expenses that Stretto incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Stretto professionals during the Fee Period with respect to each of the project categories Stretto established in accordance with its internal billing

---

[3] The period from December 1, 2022, through and including December 31, 2022, is referred to herein as the "Fee Period."

2

procedures. As reflected in **Exhibit A**, Stretto incurred $19,508.32[4] in fees during the Fee Period. Pursuant to this Fee Statement, Stretto seeks reimbursement for 80% of such fees (*i.e.*, $15,606.66 in the aggregate).

2.    Attached hereto as **Exhibit B** is a schedule of Stretto professionals, including the standard hourly rate for each professional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of professionals for all services provided during the Fee Period is $176.87.

3.    Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Stretto is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Stretto's out-of-pocket expenses, which total $0.00.

4.    Attached hereto as **Exhibit D** are the time records of Stretto, which provide a daily summary of the time spent by each Stretto professional during the Fee Period.

## Notice

5.    Stretto will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. Stretto submit that no other or further notice be given.

*[Remainder of page intentionally left blank]*

---

[4]    Listed amount of fees requested is net of a contractual discount in the amount of $4,877.08.

3

WHEREFORE, Stretto, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $19,508.32 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $15,606.66, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors (i.e., $19,508.32); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that Stretto incurred in connection with such services during the Fee Period.

| | |
|---|---|
| Dated: February 23, 2023<br>Irvine, California | Respectfully submitted,<br><br>/s/ Brian Karpuk<br>Brian Karpuk<br>410 Exchange, Ste. 100<br>Irvine, California 92602<br>Tel: (312) 523-9564<br>Email: brian.karpuk@stretto.com<br><br>*Administrative Advisor for Debtors*<br>*and Debtors in Possession* |

# Exhibit A

## Statement of Fees and Expenses By Project Category

**Statement of Fees and Expenses By Project Category**

| Project Category | Hours | Fees |
|---|---|---|
| Claims Reconciliation | 34.3 | $6,619.90 |
| Fee Applications | 15.2 | $2,933.60 |
| Tabulation | 60.8 | $14,831.90 |
| Less Contractual Discount | | ($4,877.08) |
| **Totals** | **110.3** | **$19,508.32** |

# Exhibit B

## Summary of Timekeepers Included in this Fee Statement

**Summary of Timekeepers Included in this Fee Statement**

| Name | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Jung Woo Song | Director of Securities | $268.00 | 2.3 | $616.40 |
| Abigail Nolasco | Solicitation Associate | $243.00 | 0.8 | $194.40 |
| Keny Contreras | Solicitation Associate | $243.00 | 0.9 | $218.70 |
| Michael Deboissiere | Solicitation Associate | $243.00 | 1.5 | $364.50 |
| Ted Toduka | Solicitation Associate | $243.00 | 7.0 | $1,701.00 |
| Leticia Sanchez | Solicitation Associate / Director | $243.00 / $193.00 | 65.9 | $15,133.70 |
| Brian Karpuk | Managing Director | $193.00 | 3.0 | $579.00 |
| Adam Fialkowski | Director | $193.00 | 13.2 | $2,547.60 |
| Nicholas Kennedy | Director | $193.00 | 12.2 | $2,354.60 |
| Jamilla Dennis | Senior Associate | $193.00 | 3.5 | $675.50 |
| Less Contractual Discount | | | | ($4,877.08) |
| **Grand Total** | | | **110.3** | **$19,508.32** |
| **Blended Rate** | | | | **$176.87** |

# Exhibit C

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense Category | Expenses |
|---|---:|
| None | $0.00 |

# Exhibit D

## Detailed Description of Time Records

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 12/06/2022 | Leticia Sanchez | Director | Claims Reconciliation | Email correspondence with O. Acuna re update on Claims Reconciliation and claims objection process | 0.1 | $193.00 | $19.30 |
| 12/12/2022 | Jamilla Dennis | Senior Associate | Claims Reconciliation | Prepare omnibus objection exhibits | 3.5 | $193.00 | $675.50 |
| 12/14/2022 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise "USD Claims" exhibit | 4.0 | $193.00 | $772.00 |
| 12/14/2022 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise "Partial USD Claims" exhibit | 2.0 | $193.00 | $386.00 |
| 12/15/2022 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise "USD Claims" exhibit | 4.0 | $193.00 | $772.00 |
| 12/16/2022 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise "USD Claims" exhibit | 4.0 | $193.00 | $772.00 |
| 12/20/2022 | Adam Fialkowski | Director | Claims Reconciliation | Prepare claims analysis re: filed/scheduled claims | 3.9 | $193.00 | $752.70 |
| 12/20/2022 | Adam Fialkowski | Director | Claims Reconciliation | Prepare claims analysis re: filed/scheduled claims, continued | 3.7 | $193.00 | $714.10 |
| 12/21/2022 | Adam Fialkowski | Director | Claims Reconciliation | Prepare Modify Amount claims exhibits | 3.9 | $193.00 | $752.70 |
| 12/21/2022 | Adam Fialkowski | Director | Claims Reconciliation | Review, circulate final exhibits to case team | 1.7 | $193.00 | $328.10 |
| 12/21/2022 | Leticia Sanchez | Director | Claims Reconciliation | Review, coordinate updates to claim exhibits | 3.5 | $193.00 | $675.50 |
| | Contractual Discount | | | | | | ($1,323.98) |
| | **TOTAL** | | | | **34.3** | | **$5,295.92** |
| 12/13/2022 | Nicholas Kennedy | Director | Fee Applications | Draft, revise Third Monthly Fee Statement | 3.0 | $193.00 | $579.00 |
| 12/13/2022 | Brian Karpuk | Managing Director | Fee Applications | Review, comment on Third Monthly Fee Statement | 1.0 | $193.00 | $193.00 |
| 12/15/2022 | Nicholas Kennedy | Director | Fee Applications | Communications re: fee applications | 0.3 | $193.00 | $57.90 |
| 12/16/2022 | Nicholas Kennedy | Director | Fee Applications | Draft, revise Fourth Monthly Fee Statement | 2.5 | $193.00 | $482.50 |
| 12/16/2022 | Nicholas Kennedy | Director | Fee Applications | Draft First Interim Fee Application | 3.5 | $193.00 | $675.50 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 12/16/2022 | Nicholas Kennedy | Director | Fee Applications | Review, edit First Interim Fee Application | 1.5 | $193.00 | $289.50 |
| 12/16/2022 | Nicholas Kennedy | Director | Fee Applications | Communications re: fee applications | 0.2 | $193.00 | $38.60 |
| 12/16/2022 | Brian Karpuk | Managing Director | Fee Applications | Review, comment on First Interim Fee Application | 1.2 | $193.00 | $231.60 |
| 12/16/2022 | Brian Karpuk | Managing Director | Fee Applications | Review, comment on Fourth Monthly Fee Statement | 0.6 | $193.00 | $115.80 |
| 12/19/2022 | Nicholas Kennedy | Director | Fee Applications | Communications re: fee applications | 0.5 | $193.00 | $96.50 |
| 12/20/2022 | Nicholas Kennedy | Director | Fee Applications | Analyze, attend to retention and administrative issues | 0.3 | $193.00 | $57.90 |
| 12/20/2022 | Nicholas Kennedy | Director | Fee Applications | Communications re: fee applications | 0.2 | $193.00 | $38.60 |
| 12/21/2022 | Brian Karpuk | Managing Director | Fee Applications | Analyze, attend to retention and administrative issues | 0.2 | $193.00 | $38.60 |
| 12/21/2022 | Nicholas Kennedy | Director | Fee Applications | Analyze, attend to retention and administrative issues | 0.2 | $193.00 | $38.60 |
| | Contractual Discount | | | | | | ($586.72) |
| | **TOTAL** | | | | **15.2** | | **$2,346.88** |
| 12/01/2022 | Keny Contreras | Solicitation Associate | Tabulation | Input ballots received into case management system | 0.4 | $243.00 | $97.20 |
| 12/02/2022 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to creditor inquiries re common stock | 0.4 | $243.00 | $97.20 |
| 12/05/2022 | Jung Woo Song | Director of Securities | Tabulation | Review, follow-up re solicitation timeline | 0.5 | $268.00 | $134.00 |
| 12/06/2022 | Ted Tokuda | Solicitation Associate | Tabulation | Review drafts and redlines of the Amended Plan, Disclosure Statement Motion, and Disclosure Statement Exhibits in preparation of solicitation to equity holders | 3.8 | $243.00 | $923.40 |
| 12/06/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, comment on draft Solicitation Procedures | 1.0 | $243.00 | $243.00 |
| 12/06/2022 | Keny Contreras | Solicitation Associate | Tabulation | Input ballots received into case management system | 0.4 | $243.00 | $97.20 |
| 12/07/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Communications with BRG and K&E re Claims Estimate for Updated Plan / DS | 0.5 | $243.00 | $121.50 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 12/07/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, finalize Conditional DS Motion and exhibits | 3.0 | $243.00 | $729.00 |
| 12/08/2022 | Abigail Nolasco | Solicitation Associate | Tabulation | Input ballots received into case management system | 0.2 | $243.00 | $48.60 |
| 12/09/2022 | Abigail Nolasco | Solicitation Associate | Tabulation | Input ballots received into case management system | 0.2 | $243.00 | $48.60 |
| 12/13/2022 | Keny Contreras | Solicitation Associate | Tabulation | Input ballots received into case management system | 0.1 | $243.00 | $24.30 |
| 12/14/2022 | Abigail Nolasco | Solicitation Associate | Tabulation | Input ballots received into case management system | 0.2 | $243.00 | $48.60 |
| 12/14/2022 | Jung Woo Song | Director of Securities | Tabulation | Attend matter re upcoming solicitation timeline and its requirements | 0.4 | $268.00 | $107.20 |
| 12/19/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Review schedules in advance of solicitation | 1.0 | $243.00 | $243.00 |
| 12/19/2022 | Michael Deboissiere | Solicitation Associate | Tabulation | Review updated Question and Answer sheet to be posted to Stretto website for customer inquiries | 1.1 | $243.00 | $267.30 |
| 12/19/2022 | Ted Tokuda | Solicitation Associate | Tabulation | Review updated FAQ in preparation of respond to equity holder inquiries | 0.9 | $243.00 | $218.70 |
| 12/20/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Review schedules in advance of solicitation | 1.0 | $243.00 | $243.00 |
| 12/22/2022 | Jung Woo Song | Director of Securities | Tabulation | Review various updated solicitation materials and timeline to prepare for the upcoming solicitation | 0.8 | $268.00 | $214.40 |
| 12/22/2022 | Jung Woo Song | Director of Securities | Tabulation | Follow up with public securities group of Stretto re preparation of upcoming solicitation and establishing a new voting record date for service of opt-in form upon equity holders | 0.6 | $268.00 | $160.80 |
| 12/22/2022 | Ted Tokuda | Solicitation Associate | Tabulation | Review Disclosure Statement Motion in preparation of solicitation to equity holders | 2.3 | $243.00 | $558.90 |
| 12/22/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.1 | $243.00 | $753.30 |
| 12/22/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.9 | $243.00 | $947.70 |
| 12/23/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.5 | $243.00 | $850.50 |
| 12/23/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.4 | $243.00 | $826.20 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 12/27/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.5 | $243.00 | $850.50 |
| 12/27/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.8 | $243.00 | $923.40 |
| 12/28/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.0 | $243.00 | $729.00 |
| 12/28/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 2.6 | $243.00 | $631.80 |
| 12/28/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Update electronic ballot platform to reflect plan class information and solicitation procedures | 2.4 | $243.00 | $583.20 |
| 12/29/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.0 | $243.00 | $729.00 |
| 12/29/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.5 | $243.00 | $850.50 |
| 12/29/2022 | Abigail Nolasco | Solicitation Associate | Tabulation | Input ballots received into case management system | 0.2 | $243.00 | $48.60 |
| 12/30/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.0 | $243.00 | $729.00 |
| 12/30/2022 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review and classification of claims under Plan | 3.1 | $243.00 | $753.30 |
| | Contractual Discount | | | | | | ($2,966.38) |
| | **TOTAL** | | | | **60.8** | | **$11,865.52** |
| | Total Contractual Discount | | | | | | ($4,877.08) |
| | **GRAND TOTAL** | | | | **110.3** | | **$19,508.32** |