**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**
------------------------------------------------------- X
In re:                                                                Chapter: 11
                                                                          Case No.: 22-10943
Voyager Digital Holdings, Inc.,                         Judge: Michael E. Wiles
                                        Debtor.
------------------------------------------------------- X

## OBJECTION TO PLAN CONFIRMATION

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-38, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-38 as Serviced by Shellpoint Mortgage Servicing (the "Secured Creditor"), by its counsel, McCalla Raymer Leibert Pierce, LLC, states the following grounds as and for an Objection to Confirmation of Voyager Digital Holdings, Inc.'s Chapter 11 plan (the "Plan"):

1. Secured Creditor holds a perfected mortgage on the property commonly known as 37 Black Hawk, Irvine, California 92603 (the "Property"). On June 29, 2005, Michael G. Beason and Mickey L. Wiebe (collectively the "Borrower") received a loan in the principal sum of $2,665,999.in exchange for a mortgage lien on the Property (the "Deed of Trust"). The Deed of Trust was recorded prepetition in the Orange County Clerk's office on or about July 1, 2005.

2. On or about January 5, 2023, Borrowers transferred title to the Property to Voyager Digital, LLC ("Debtor") via a Deed of Trust and Assignment of Rents recorded January 5, 2023(the "Deed"). A true copy of the recorded Deed is submitted herewith.

3. Upon being contacted by Secured Creditor about the title transfer, the undersigned contacted Debtor's counsel to confirm whether Debtor was authorized by the Court to take title to the Property and Debtor's counsel was unable to explain why Debtor took title to

the Property during this active bankruptcy case.

4. Given that the Property is title in Debtor's favor after commencement of the case and without any prior notice to Secured Creditor, Secured Creditor anticipates filing a proof of claim with arrears in excess of $2,988,488.41 and on a total claim in excess of $5,149,037.25.

5. If the title transfer was not authorized by this Court, said transfer should be void.

6. To the extent Debtor was authorized to take title to the Property, Secured Creditor's anticipated claim is not addressed in the Plan. Accordingly, Secured Creditor objects to Plan because it fails to properly address Secured Creditor's claim and to preserve any and all rights it may have.

WHEREFORE, Secured Creditor respectfully requests that the Court deny confirmation of the Debtors' Chapter 11 Plan for the reasons set forth above and for other relief as the Court may deem just and proper.

Dated: February 23, 2023

            McCalla Raymer Leibert Pierce, LLC
            Attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-38, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-38,
            /s/Phillip Raymond
By:  Phillip Raymond
      420 Lexington Avenue, Suite 840
      New York, NY 10170
      Phone: 732-692-6872
      Fax: /fx/
      NY_ECF_Notices@McCalla.com
      Attorneys for Secured Creditor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

------------------------------------------------------- X

In re:                                                                              **OBJECTION TO PLAN**

Voyager Digital Holdings, Inc.,                                         Chapter: 11
                                                 Debtor.                    Case No.: 22-10943
                                                                                      Judge: Hon. Michael E. Wiles

------------------------------------------------------- X

## CERTIFICATION OF SERVICE

I hereby certify that on, February 23, 2023, I caused the Objection to Plan to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

| | | |
|---|---|---|
| Richard C. Morrissey | United States Trustee | Email: richard.morrissey@usdoj.gov |
| Mathew M. Murphy | Debtor's Attorney | Email: mattmurphy@paulhastings.com |
| Joshua Sussberg | Debtor's Attorney | Email: jsussberg@kirkland.com |
| Darren T. Azman | Official Committee of Unsecured Creditors | Email: dazman@mwe.com |

**See List of Creditors on next page for additional electronic notice parties**

And, I hereby certify that I caused the foregoing to be mailed by the United States Postal Service the document to the following non CM/ECF participants:

Debtors:
Voyager Digital Holdings, Inc.
33 Irving Place
3rd Floor
New York, NY 10003

Stretto Claims Agent
8269 E. 23rd Avenue
www.stretto.com
Denver, CO 80238

Chambers:
Judge Michael E. Wiles
One Bowling Green
New York, New York 10004

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated:

McCalla Raymer Leibert Pierce, LLC
Attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-38, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-38

By: Mayra Ladouceur

Legal Assistant

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 22-10943-mew<br>Southern District of New York<br>Manhattan<br>Mon Feb  6 11:00:28 EST 2023 | Alameda Research Ventures LLC<br>2000 Centre Street, 4th Floor<br>Berkeley, CA 94704-1223 | Amano Global Holdings, Inc.<br>1798 Hovenweep Road<br>Wesley Chapel, FL 33543-7234 |
| Cherokee Acquisition<br>1384 Broadway<br>Suite 906<br>New York, NY 10018-6146 | Emerald Ocean Isle, LLC<br>1798 Hovenweep Road<br>Wesley Chapel, FL 33543-7234 | Epiq Corporate Restructuring, LLC<br>777 Third Avenue, 12th Floor<br>www.epiqglobal.com<br>New York, NY 10017-1302 |
| (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 | Illinois Secretary of State<br>Illinois Secretary of State<br>100 W Randolph, Floor 13<br>Chicago, IL 60601-3273 | Metropolitan Commercial Bank<br>99 Park Avenue<br>12th Floor<br>New York, NY 10016-1374 |
| New York State Department of Financial Servi<br>One State Street<br>New York, NY 10004-1561 | Oracle America, Inc.<br>Buchaler PC<br>c/o Shawn M. Christianson, Esq.<br>425 Market St., Suite 2900<br>San Francisco, Ca 94105-2491 | State of Washington<br>Department of Financial Institutions<br>Office of Attorney General - GCE<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504-0100 |
| State of Wisconsin - Dep't of Financial<br>17 West Main<br>P.O. Box 7857<br>Madison, WI 53707-7857 | TN Dept of Commerce and Insurance<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| Texas Department of Banking<br>c/o Office of the Texas Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Texas State Securities Board<br>c/o Texas Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | U.S. Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549-2001 |
| United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1459 | Voyager Digital Holdings, Inc.<br>33 Irving Place<br>3rd Floor<br>New York, NY 10003-2332 | Voyager Digital, LLC<br>78 SW 7th Street<br>8th Floor<br>Miami, FL 33130-3402 |
| Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 | 1109 Love Ct<br>Virginia Beach, VA 23464-5011 | 2813 S Kildare Ave<br>Chicago, IL 60623-4351 |
| 3204 Crescent dr<br>United States<br>Killeen, TX 76543-2846 | 3551 Admiral Drive<br>North Charleston, SC 29405-7702 | A. Manny Alicandro<br>Attorney for Creditor Jon Giacobbe<br>11 Broadway, Suite 615<br>New York, NY 10004-1490 |
| ALAH SHEHADEH<br>P.O BOX 2454<br>ORLAND PARK, IL 60462-1089 | ANGEL MOON<br>1617 VIA LAZO<br>PALOS VERDES ESTATES, CA 90274-1247 | Abigail R. Ryan<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548 |

| | | |
|---|---|---|
| Adam J. Goldberg<br>Nacif Taousse<br>Jonathan J. Weichselbaum<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020-1300 | Alan J. Kornfeld<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4114 | Amanda Brennan<br>1503 Largo Rd<br>Unit 103<br>HENRICO, VA 23238-4509 |
| Angelina E. Lim, Esq.<br>Johnson, Pope, Bokor, Ruppel & Burns, LL<br>401 E. Jackson Street, Suite 3100<br>Tampa, FL 33602-5228 | Armando Bojorges<br>2813 S Kildare Ave<br>Chicago, IL 60623-4351 | Brian Mark Wilson<br>1931 Wagner Road<br>Batavia, IL 60510-9011 |
| Bryan Florence<br>204 Birch Avenue<br>LaGrange, KY 40031-1308 | Chris D. Barski, Esq.<br>BARSKI LAW PLC<br>9375 E. Shea Blvd., Ste. 100<br>Scottsdale, Arizona 85260-6986 | Crystal Spithaler<br>2506 Brandy Lane<br>Accokeek, MD 20607-3736 |
| DC Department of Insurance, Securities, & Ba<br>400 6th Street, N.W.<br>United States<br>Washington, DC 20001-0189 | DENTON YIP<br>1617 VIA LAZO<br>PALOS VERDES ESTATES 90274-1247 | Dallas Hynes<br>610 Sylvan Heights Way<br>Apt. 347<br>Nashville, TN 37209-4990 |
| Dalton Vanderbyl<br>4512 N 198th Avenue<br>Litchfield AZ 85340-4577 | David M. Posner, Esq.<br>Kelly Moynihan, Esq.<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7703 | Debra I. Grassgreen<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4114 |
| Douglas T. Tabachnik, Esq.<br>Law Offices of Douglas T. Tabachnik, P.C<br>63 West Main Street, Suite C<br>Freehold, NJ 07728-2141 | Fabian Diego Garcia<br>10575 Boston Street<br>Henderson, CO 80640-7754 | Georgi Nikolov Georgiev<br>3040 Courtside Dr<br>ROSEVEILLE, CA 95661-7918 |
| Hector Calderon<br>1704 Gentle Wind Drive<br>Arlington, TX 76018-1846 | J. Robert Forshey<br>Forshey & Prostok LLP<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 | JASON D. ST. JOHN<br>Assistant Deputy Superintendent<br>Consumer Protection and Financial Enforc<br>New York State Department of Financial S<br>One State Street.<br>New York, New York 10004-1511 |
| Jacob ryan Redburn<br>29686 west 274th street<br>Paola, KS 66071-4101 | Jaffe Raitt Heuer & Weiss, P.C.<br>Attn: Paul R. Hage<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8214 | Jamie Rehlaender<br>1417 NE Thompson St<br>Unit 1<br>Portland, OR 97212-4203 |
| Jason B. Binford<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548 | Jason H. Rosell<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4114 | Jeffrey Bernstein, Esq.<br>MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>570 Broad Street<br>Newark, NJ 07102-4560 |
| Jennifer Rood, Esq.<br>Assistant General Counsel<br>Vermont Department of Financial Regulati<br>89 Main Street, Third Floor<br>Montpelier, VT 05620-0009 | Joanne Gelfand<br>AKERMAN LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, New York 10020-1104 | John H. Thompson<br>AKERMAN LLP<br>1251 Avenue of the Americas,<br>37th Floor<br>New York, New York 10020-1104 |

| | | |
|---|---|---|
| John J. Calandra, Joseph B. Evans, Gregg Ste<br>Grayson Williams<br>McDermott Will & Emery LLP<br>One Vanderbilt Ave.<br>New York, New York 10017-3807 | John P. Reding<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>100 W. Randolph St, Fl. 13<br>Chicago, IL 60601-3218 | KEVIN R. PUVALOWSKI<br>Acting Executive Deputy Superintendent<br>Consumer Protection and Financial Enforc<br>New York State Department of Financial S<br>One State Street<br>New York, New York 10004-1511 |
| Karen Cordry<br>Bankruptcy Counsel<br>National Association of Attorneys Genera<br>1850 M St., NW, 12th Floor<br>Washington, DC 20036-5882 | Keith Dorio<br>Po Box 121<br>Roswell, GA 30077-0121 | Kelleher Place Management, LLC<br>c/o Aaron L. Hammer, Esq.<br>Nathan E. Delman, Esq.<br>Horwood Marcus & Berk Chartered<br>500 W. Madison St., Suite 3700<br>Chicago, IL 60661-4591 |
| Kimberly Bohle<br>5775 Del Rey Avenue<br>Las Vegas, NV 89146-1201 | LINDA DONAHUE<br>Deputy General Counsel for Litigation<br>New York State Department of Financial S<br>One State Street.<br>New York, New York 10004-1511 | Lacyanna Leong<br>5309 Mossy Stone Way<br>Rancho Cordova, CA 95742-8152 |
| Layla D. Milligan<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548 | Lisa Snyders<br>c/o Angelina E. Lim, Esq.<br>Johnson Pope<br>401 E. Jackson St Ste 3100<br>Tampa, FL 33602-5228 | Lysbeth George<br>LIZ GEORGE AND ASSOCIATES<br>8101 S. Walker, Suite F<br>Oklahoma City, Oklahoma 73139-9406 |
| MCDERMOTT WILL & EMERY LLP<br>Gregg Steinman<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184 | MCDERMOTT WILL & EMERY LLP<br>John J. Calandra<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017-3807 | MD Mahamudul Hasan<br>71 Jefferson Ave. Apt. # 1<br>Brooklyn, NY 11216-5947 |
| MINTZ & GOLD LLP<br>Attn: Andrew R. Gottesman, Esq.<br>600 Third Avenue, 25th Floor<br>New York, New York 10016-1910 | Marcum LLP<br>c/0/ Mintz & Gold LLP<br>600 Third Ave, 25th Floor<br>NY, NY 10016-1910<br>Attn: Andrew R. Gottesman, Esq. | Mary Harristakis<br>18171 Bigelow Park<br>United States<br>Tustin, CA 92780-2201 |
| Matthew E. McClintock, Esq.<br>Harley Goldstein, Esq.<br>Steve Yachik, Esq.<br>Goldstein & McClintock LLLP<br>111 W Washington Street, Suite 1221<br>Chicago, IL 60602-3482 | McDermott Will & Emery LLP<br>Charles R. Gibbs<br>2501 North Harwood Street<br>Suite 1900<br>Dallas, TX 75201-1664 | McDermott Will & Emery LLP<br>Darren Azman<br>One Vanderbilt Avenue<br>New York, NY 10017-3807 |
| Murphy Place Management, LLC<br>c/o Horwood Marcus & Berk Chartered<br>500 W. Madison St., Ste 3700<br>Chicago, IL 60661-4591 | Nancy Alper<br>400 6th Street, N.W.<br>Washington 20001-0189 | Natl Assn of Attys General<br>1850 M St., NW, 12th Fl<br>Washington, DC 20036-5882 |
| Nicholas R. Oleski<br>MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO.,<br>1111 Superior Avenue East<br>Suite 2700<br>Cleveland, Ohio 44114-2519 | Nicole Leonard, Esq.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER,<br>225 Liberty Street, 36th Floor<br>New York, NY 10281-5001 | Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market St., Suite 2900<br>San Francisco, CA 94105-2491 |
| R. Adam Swick<br>AKERMAN LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, New York 10020-1104 | Randall A. Pulman<br>PULMAN, CAPPUCCIO, & PULLEN, LLP<br>2161 NW Military Highway, Suite 400<br>San Antonio, Texas 78213-1844 | Richard M. Pachulski<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4114 |

| | | |
|---|---|---|
| Robert R. Kracht<br>MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO.,<br>1111 Superior Avenue East<br>Suite 2700<br>Cleveland, Ohio 44114-2519 | Robert Snyders<br>c/o Angelina E. Lim, Esq.<br>Johnson Pope<br>401 E. Jackson St. Suite 3100<br>Tampa, FL 33602-5228 | Rod F Sweis<br>7413 Margerum Ave<br>San Diego, CA 92120-2015 |
| Roma N. Desai<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548 | Ryan Hourigan<br>823 N Ambrosia<br>Mesa 85205-5464 | (p)SHAWN M CHRISTIANSON<br>ATTN BUCHALTER PC<br>ATTN SHAWN M CHRISTIANSON<br>425 MARKET ST SUITE 2900<br>SAN FRANCISCO CA 94105-2491 |
| Sheryl P. Giugliano, Esq.<br>Ruskin Moscou Faltischek, P.C.<br>1425 RXR Plaza, 15th Floor<br>Uniondale, NY 11556-3807 | Sigmund S. Wissner-Gross, Esq.<br>Kenneth J. Aulet, Esq.<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York 10036-6548 | Stephen A. Best<br>Rachel O. Wolkinson<br>601 Thirteenth Street NW Suite 600<br>Washington, D.C. 20005-3807 |
| Stephen Manning<br>Assistant Attorney General<br>Office of the Attorney General of Washin<br>P. O. Box 40100<br>Olympia, WA 98504-4010 | Steve Laird<br>c/o J. Robert Forshey<br>Forshey & Prostok, LLP<br>777 Main Street, Suite 1550<br>Fort Worth, Texas 76102-5384 | TN Dept of Commerce and Insurance<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-4015 |
| Travis Shaver<br>3551 Admiral Drive<br>North Charleston, SC 29405-7702 | Vermont Department of Financial Regulation<br>89 Main Street<br>Montpelier, VT 05620-0009 | Vincent Mountney<br>315 Central Ave<br>Glenside, PA 19038-2214 |
| Virginia T. Shea, Esq.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER,<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | Wells Fargo Bank, N.A.<br>c/oGregory A. Wallach<br>ALDRIDGE PITE, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E.<br>Atlanta, GA 30305-1636 | William Holder<br>4330 Locke Street<br>Zachary, LA 70791-3916 |
| Adam Lavine<br>1798 Hovenweep Road<br>Wesley Chapel, FL 33543-7234 | Chris Barski<br>Barski Law PLC<br>9375 E. Shea Blvd. Suite 100<br>Scottsdale, AZ 85260-6986 | Joshua Sussberg<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4643 |
| Karen Cordry<br>National Assn of Attorneys General<br>1850 M St., NW<br>12th Floor<br>Washington, DC 20036-5882 | Lisa Snyders<br>4819 Longwater Way<br>Tampa, FL 33615-4216 | Matthew Edwards<br>c/o Liz George and Associates<br>8101 S Walker, Suite F<br>Oklahoma City, OK 73139-9406 |
| Matthew E. McClintock<br>Goldstein & McClintock LLLP<br>111 W Washington Street, Suite 1221<br>Chicago, IL 60602-3482 | Matthew M. Murphy<br>Paul Hastings LLP<br>71 S. Wacker Drive<br>Forty-Fifth Floor<br>Chicago, IL 60606 | Michael Legg<br>300 Crest Road<br>Ridgewood, NJ 07450-2437 |
| Michael Simari<br>9 Nathan Pratt Drive, Unit 1<br>Concord, MA 01742-4645 | Robert Snyders<br>4819 Longwater Way<br>Tampa, FL 33615-4216 | Shingo Lavine<br>1798 Hovenweep Road<br>Wesley Chapel, FL 33543-7234 |

Stretto Claims Agent
8269 E. 23rd Avenue
Suite 275
www.stretto.com
Denver, CO 80238-3597

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Federal Trade Commission
600 Pennsylvania Ave., NW
CC-9528
Washington, DC 20580

Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market St., Suite 2900
San Francisco, CA 94105

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ad Hoc Group of Equity Interest Holders of

(u)Alameda Research LLC

(u)Alameda Ventures Ltd.
F20, 1st Floor, Eden Plaza
Eden Island Seychelles

(u)BAM Trading Services Inc. d/b/a Binance.US

(u)Celsius Network LLC
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York

(u)Dallas Basketball Limited, d/b/a Dallas Ma

(u)David.

(u)Georgia Department of Banking and Finance

(u)Kelleher Place Management, LLC

(u)Marcum LLP

(u)Matthew D. Ray, Independent Director of Vo

(u)Matthew Levitt & The Levitt Group

(u)Murphy Place Management LLC

(u)Official Committee Of Unsecured Creditors

(u)Paul Hastings LLP

(u)The New Jersey Bureau of Securities

(d)U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549-2001

(u)USIO, Inc.

| | | |
|---|---|---|
| (u)United States Of America | (u)VT Department of Financial Regulation | (d)Voyager Digital Holdings, Inc.<br>33 Irving Place<br>3rd Floor<br>New York, NY 10003-2332 |
| (u)Wells Fargo Bank, N.A. | (d)Jeffrey Bernstein, Esq.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER,<br>570 Broad Street<br>Newark, NJ 07102-4560 | (u)Karen Cordry- AL, AR, CA, DC, HI, ME, ND, |
| (d)TN Dept of Commerce and Insurance<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | (u)Aaron Niman | (u)Aaron Sherbondy |
| (u)Alah Shehadeh | (u)Alfred Gentilini | (u)Alireza Johartchi |
| (u)Amy Brown | (u)Analicia V. | (u)Analicia Van |
| (u)Andrew Rizk | (u)Aristea Theodoropoulos | (u)Aristea Theodoropoulus |
| (u)Aunali S. Khaku | (u)Chris Mirabs | (u)Christine Marcy |
| (u)Christopher Paladino | (u)Christopher Rouse | (u)Daniel Hawley |
| (u)David Stephenson | (u)Desiree Fire | (u)Digant Goyal |
| (u)Dlany Conny | (u)Donald Angle | (u)Ed Bolton |

| | | |
|---|---|---|
| (u)Gerardo Pedraza | (u)Glen Bascette | (u)Grant Pritchard |
| (u)Gregory Foss | (u)Heath Mendelsohn | (u)Hemavathi Payala |
| (u)JON GIACOBBE | (du)JON GIACOBBE | (u)Jack Beeler |
| (u)Jacob Redburn | (u)Jacoub Hammodeh | (u)Jason Raznick |
| (u)Jennifer Walsh | (u)Jeremy McAleer | (u)Jessica Roth |
| (u)John M. Ruda | (u)John Suh Lee | (u)Jon Quezada |
| (u)Jon Warren | (u)Joseph Kevin Akers | (u)Josh Ragusa |
| (u)Juewett Bostick | (u)Jumbo Jeter | (u)Kim Bohle |
| (u)Lisa Dagnoli | (u)Marc Ruiz | (u)Mark Cuban |
| (u)Marquis Velazquez | (u)Michelle D. DiVita | (u)Nick Nardone |

| | | |
|---|---|---|
| (u)Niraj Jani | (u)Noha Ali | (u)Pierce Robertson |
| (u)Ryan Bednarski | (u)Ryan Hourigan | (u)Sariena Carmichael |
| (u)Seth Jones | (u)Shikar S. Partab | (u)Steve Laird |
| (u)Steven D. | (u)Thomas N. Gibson | (u)Tracy Hendershott |
| (u)Trevor Brucker | (u)Vincent T. Sasso | (u)William George |
| (u)Xiang Chi | (u)Xiaojie Dai | (u)Zainab Ali |

**End of Label Matrix**
Mailable recipients    120
Bypassed recipients     96
Total                  216

From: Gilbert Badillo. Phone #:9495661502 Mon Jan 09 07:57 2023   1 of 6

22-10943-mew   Doc 1078   Filed 02/23/23   Entered 02/23/23 16:36:40   Main Document
Pg 13 of 18

**Recipient Information**

**To: BK DEPT**
**Fax #: 16195683518**

**Sender Information**

**From: Gilbert Badillo**
**Company: GBII Diversified, LLC**
**Email address: BRUCEBERT2022@GMAIL.COM (from 23.240.61.74)**
**Phone #: 9495661502**
**Sent on: Monday, January 9 2023 at 2:48 AM EST**

fax

STOP TRUSTEE SALE BK DOCS ATTACHED
TS#CA-21-894906-AB

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #32245107. We will add your fax number to the block list.

1/1

From: Gilbert Badillo. Phone #:9495661502 Mon Jan 09 07:57 2023     2 of 6

22-10943-mew    Doc 1078    Filed 02/23/23    Entered 02/23/23 16:36:40    Main Document
Pg 14 of 18

RECORDING REQUESTED BY:

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

*MICHAEL G. BEASON*
*37 BLACK HAWK*
*IRVINE, CA. 92603*

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

179.00

2023000002345 11:31 am 01/05/23
63 RW11A D11 A36    4
0.00 0.00 0.00 0.00 9.00 0.00 0.000.00150.00 6.00

APN: 464-031-29

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

## DEED OF TRUST AND ASSIGNMENT OF RENTS

**This DEED OF TRUST**, made January 5, 2023, between MICHAEL G. BEASON, MICKEY L. WIEBE, herein called Trustor, whose address is 37 BLACK HAWK, IRVINE, CA 92603 and FIRST AMERICAN TITLE COMPANY herein called TRUSTEE, and VOYAGER DIGITAL, LLC, herein called BENEFICIARY,

**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in the County of ORANGE, State of California, described as:

See attached Exhibit A

Commonly known as (37 BLACK HAWK, IRVINE, CA 92603)

**TOGETHER WITH** the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority hereinafter given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

**For the Purpose of Securing:** (1) Performance of each agreement of Trustor incorporated by reference or contained herein. (2) Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the **PRINCIPAL SUM OF $45,000.00** executed by Trustor in favor of Beneficiary or order. (3) Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it so secured.

The following is a copy of provisions (1) to (14), inclusive, of the fictitious Deed of Trust, recorded in each county in California, as stated in the foregoing Deed of Trust and incorporated by reference in said Deed of Trust as being a part thereof as set forth at length therein.

### To protect the Security of this Deed of Trust, Trustor Agrees:

(1) To keep said property in good condition and repair; not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefor; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon; not to commit or permit waste thereof; not to commit, suffer or permit any act upon said property in violation of law; to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumerations herein not excluding the general.

(2) To provide, maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon any indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor. Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(3) To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed.

(4) To pay: at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; when due, all encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior or superior hereto; all costs, fees and expenses of this Trust.

From: Gilbert Badillo. Phone #:9495661502 Mon Jan 09 07:57 2023      3 of 6
22-10943-mew    Doc 1078    Filed 02/23/23    Entered 02/23/23 16:36:40    Main Document
                                       Pg 15 of 18

Page **2** of **4**

Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do, without notice to or demand upon Trustor, and without releasing Trustor from any obligation hereof, may: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

(5) To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereof, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

(6) That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such monies received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

(7) That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

(8) That at any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

(9) That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in such reconveyance may be described as "the person or persons legally entitled thereto". Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed (unless directed in such request to retain them).

(10) That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving onto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(11) That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of: all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

From: Gilbert Badillo. Phone #:9495661502 Mon Jan 09 07:57 2023      4 of 6

22-10943-mew   Doc 1078    Filed 02/23/23    Entered 02/23/23 16:36:40    Main Document
Pg 16 of 18

Page **3** of **4**

(12) Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties. Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

(13) That this Deed applies to, inures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledgees, of the note secured hereby, whether or not named as Beneficiary herein. In this Deed, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

(14) That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

Dated _JANUARY 5, 2023_      _____
MICHAEL G. BEASON

Dated _JANUARY 5, 2023_      _____
MICKEY L. WIEBE

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA     }
COUNTY OF __Orange__     }ss
                          }

On __01/05/2023__ before me __Yunjeong Jeong__, Notary Public,
personally appeared __Michael G. Beason & Mickey L. Wiebe__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____



YUNJEONG JEONG
COMM. # 2335472
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. OCT. 13, 2024

SPACE ABOVE RESERVED FOR NOTARY SEAL

From: Gilbert Badillo. Phone #:9495661502 Mon Jan 09 07:57 2023    5 of 6

22-10943-mew   Doc 1078   Filed 02/23/23   Entered 02/23/23 16:36:40   Main Document
Pg 17 of 18

EXHIBIT "A"

## LEGAL DESCRIPTION

The land referred to herein is situated in the State of California, County of ORANGE, City of IRVINE, described as follows:

PARCEL 1:

LOT 55, TRACT 15941, IN THE CITY OF IRVINE, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 809 PAGES 13 THROUGH 32 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM, ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS AND OTHER HYDROCARBON SUBSTANCES BY WHATEVER NAME KNOWN, TOGETHER WITH APPURTENANT RIGHTS THERETO, WITHOUT, HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING ABOVE A DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED IN INSTRUMENTS OF RECORD.

EXCEPT THEREFROM ALL UNDERGROUND WATER LYING BENEATH SAID LAND, BUT WITHOUT THE RIGHT OF ENTRY TO THE SURFACE THEREOF FOR THE PURPOSE OF PROCURING WATER AS RESERVED UPON THE MAP OF SAID LAND.

PARCEL 2:

NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, ACCESS, MAINTENANCE, REPAIRS, DRAINAGE, ENCROACHMENT, USE AND ENJOYMENT AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SHADY CANYON (MASTER DECLARATION) RECORDED MARCH 7, 2001 AS INSTRUMENT NO. 20010128871 AND/OR IN THE NOTICE OF ANNEXATION TO SHADY CANYON (PHASE 3 CUSTOM) (NOTICE OF ANNEXATION) RECORDED AUGUST 29, 2001 AS INSTRUMENT NO. 2001-0604047 BOTH OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

End of Legal Description

United States Bankruptcy Court
Southern District of New York



## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 07/05/2022 at 11:40 PM and filed on 07/05/2022.

FILED
07/05/2022
11:40 PM

**Voyager Digital, LLC**
78 SW 7th Street
8th Floor
Miami, FL 33130
Tax ID / EIN: 82-4138013

The case was filed by the debtor's attorney:

**Joshua Sussberg**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

The case was assigned case number 22-10945-mew to Judge Michael E. Wiles.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**