**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*[1], | ) Case No. 22-10943-MEW |
| | ) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Friday, February 24, 2023, the *New Jersey Bureau of Securities' Limited Objection to Final Approval of the Adequacy of Disclosures in the Debtors' Second Amended Disclosure Statement and Confirmation of the Third Amended Joint Plan [Dkt. No. 863] and Joinder to (1) Objection of the U.S. Securities and Exchange Commission to Final Approval of the Adequacy of the Debtors' Disclosure Statement and Confirmation for the Chapter 11 Plan [Dkt. No. 1047]; and (2) Objection of the Texas State Securities Board and the Texas Department of Banking to Final Approval of the Adequacy of the Debtors' Disclosure Statement and Confirmation of the Chapter 11 Plan* was e-filed using the Court's CM/ECF system and served on all parties registered to receive notifications of such filings. Additionally, the following parties were served by e-mail:

| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith<br>**KIRKLAND & ELLIS LLP**<br>jsussberg@kirkland.com<br>cmarcus@kirkland.com<br>christine.okike@kirkland.com<br>allyson.smith@kirkland.com<br>*Counsel for Debtors* | Darren T. Azman<br>Joseph B. Evans<br>**MCDERMOTT WILL & EMERY LLP**<br>dazman@mwe.com<br>jbevans@mwe.com<br>*Counsel to the Official Committee of Unsecured Creditors* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| | |
|---|---|
| Adam J. Goldberg<br>Nacif Taousse<br>Jonathan J. Weichselbaum<br>Andrew D. Sorkin<br>**LATHAM & WATKINS LLP**<br>adam.goldberg@lw.com<br>nacif.taousse@lw.com<br>jon.weichselbaum@lw.com<br>andrew.sorkin@lw.com<br>*Counsel to BAM Trading Services Inc. d/b/a Binance.US* | Richard C. Morrissey<br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>richard.morrissey@usdoj.gov<br>*U.S. Trustee* |

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Jeffrey Bernstein*
_____
JeffreyBernstein, Esq.
Virginia T. Shea, Esq.
570 Broad Street, Suite 1500
Newark, NJ 07102
Telephone: (973) 565-2183
E-mail: jbernstein@mdmc-law.com
           vshea@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*