**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight on the service list attached hereto as **Exhibit A**:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 3 Holders of Account Holder Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3A** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on or before February 10, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on six (6) confidential parties not included herein:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 3 Holders of Account Holder Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3A** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on February 10, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on Stockvest at Attn: Legal Department, 52 Riley Road, Unit 376, Celebration, FL 34747:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **<u>Exhibit 4</u>** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **<u>Exhibit 5</u>** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 4C Holders of TOPCO General Unsecured Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **<u>Exhibit 3D</u>** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **<u>Exhibit 1</u>** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **<u>Exhibit 6</u>** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on or before February 13, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **<u>Exhibit 4</u>** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **<u>Exhibit 5</u>** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 4B Holders of HoldCo General Unsecured Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3C** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on or before February 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the State of Washington Department of Financial Institutions Securities Division, at Attn: William Beatty, Security Administrator, PO Box 9033, Olympia, WA 98507:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 4B Holders of HoldCo General Unsecured Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3C** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on or before February 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 861**)
- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 4A Holders of OPCO General Unsecured Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3B** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on or before February 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 4B Holders of HoldCo General Unsecured Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3C** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on February 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 4C Holders of TOPCO General Unsecured Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3D** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on February 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on Alameda Research Ventures LLC at c/o Sullivan & Cromwell LLP, 125 Broad Street, Attn: Brian Glueckstein et al, New York, NY 10004:

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of (I) Non-Voting Status to Holders of Impaired Claims or Interests Conclusively Presumed to Reject the Plan, (II) opportunity to Opt In to the Third-Party Releases, and (III) Opportunity to Contribute Third-Party Claims** (Substantially in the Form as **Exhibit 2B** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)
- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on or before February 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on three (3) confidential parties not included herein:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 3 Holders of Account Holder Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3A** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on or before February 21, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on three (3) confidential parties not included herein:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 3 Holders of Account Holder Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3A** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on or before February 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on three (3) confidential parties not included herein:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 861**)
- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 3 Holders of Account Holder Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3A** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Furthermore, on or before February 23, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on four (4) confidential parties not included herein:

- **Voyager Cover Letter in Support of Plan** (Substantially in the Form as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 861**)
- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the Form as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 861**)

- **[Customized] Class 3 Holders of Account Holder Claims – Ballot for Voting to Accept or Reject the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Substantially in the Form as **Exhibit 3A** to the Disclosure Statement Order filed as **Docket No. 861**)

- **Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections** (Docket No. 861 *less Exhibits*)

- **Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 863)

- **Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** (Docket No. 852)

- **Solicitation and Voting Procedures** (Substantially in the Form as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 861**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Notice of Hearing to Consider (I) Adequacy of the Second Amended Disclosure
Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan Filed
by the Debtors and Related Voting and Objection Deadlines** (Substantially in the Form
as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 861**)

Dated: February 24, 2023

Amanda Hinchey

State of Illinois      )
                       ) SS.
County of Cook         )

Subscribed and sworn before me this 24th day of February 2023 by Amanda Hinchey.

(Notary's official signature)

OFFICIAL SEAL
DONALD J SCRIVNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/24

# **Exhibit A**

**STRETTO**

**Exhibit A**

Served via Overnight Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| BRADFORD CAPITAL HOLDINGS LP | ASSIGNEE CONFIDENTIAL CREDITOR A34F | PO BOX 4353 | ATTN: BRIAN L. BRAGER | CLIFTON | NJ | 07012 |
| CHEROKEE DEBT ACQUISITION LLC | ASSIGNEE CONFIDENTIAL CREDITOR 0DD1 | 1384 BROADWAY SUITE 906 | | NEW YORK | NY | 10018 |
| CHEROKEE DEBT ACQUISITION LLC | ASSIGNEE CONFIDENTIAL CREDITOR 1938 | 1384 BROADWAY SUITE 906 | | NEW YORK | NY | 10018 |
| CHEROKEE DEBT ACQUISITION LLC | ASSIGNEE CONFIDENTIAL CREDITOR 377F | 1384 BROADWAY SUITE 906 | | NEW YORK | NY | 10018 |
| CHEROKEE DEBT ACQUISITION LLC | ASSIGNEE CONFIDENTIAL CREDITOR 5803 | 1384 BROADWAY SUITE 906 | | NEW YORK | NY | 10018 |
| CHEROKEE DEBT ACQUISITION LLC | ASSIGNEE CONFIDENTIAL CREDITOR 6892 | 1384 BROADWAY SUITE 906 | | NEW YORK | NY | 10018 |
| CHEROKEE DEBT ACQUISITION LLC | ASSIGNEE CONFIDENTIAL CREDITOR D82C | 1384 BROADWAY SUITE 906 | | NEW YORK | NY | 10018 |
| CHEROKEE DEBT ACQUISITION LLC | ASSIGNEE CONFIDENTIAL CREDITOR D99C | 1384 BROADWAY SUITE 906 | | NEW YORK | NY | 10018 |
| CHEROKEE DEBT ACQUISITION LLC | ASSIGNEE CONFIDENTIAL CREDITOR E372 | 1384 BROADWAY SUITE 906 | | NEW YORK | NY | 10018 |
| CHEROKEE DEBT ACQUISITION LLC | ASSIGNEE CONFIDENTIAL CREDITOR f252 | 1384 BROADWAY SUITE 906 | | NEW YORK | NY | 10018 |
| CONTRARIAN FUNDS LLC | ASSIGNEE CONFIDENTIAL CREDITOR 92DD | 411 WEST PUTNAM AVENUE SUITE 425 | ATTN: ALPA JIMENEZ | GREENWICH | CT | 06830 |
| CONTRARIAN FUNDS LLC | ASSIGNEE CONFIDENTIAL CREDITOR FC3C | 411 WEST PUTNAM AVENUE SUITE 425 | ATTN: ALPA JIMENEZ | GREENWICH | CT | 06830 |
| KB507 LLC | ASSIGNEE CONFIDENTIAL CREDITOR 3EFE | 10830 SW 69 AVE | ATTN: THOMAS BRAZIEL | PINECREST | FL | 33156 |
| KB507 LLC | ASSIGNEE CONFIDENTIAL CREDITOR 6220 | 10830 SW 69 AVE | ATTN: THOMAS BRAZIEL | PINECREST | FL | 33156 |
| KB507 LLC | ASSIGNEE CONFIDENTIAL CREDITOR C745 | 10830 SW 69 AVE | ATTN: THOMAS BRAZIEL | PINECREST | FL | 33156 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **Exhibit B**

STRETTO

**Exhibit B**
Served via Overnight Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP |
|------|-----------|------|-------|-----|
| STATE NJ UNCLAIMED PROPERTY DIV | PO BOX 214 | TRENTON | NEW JERSEY | 8695 |
| TDOR C/O ATTORNEY GENERAL | PO BOX 20207 | NASHVILLE | TENNESSEE | 37202-0207 |
| WA DEPARTMENT OF REVENUE | 2101 4TH AVE SUITE 1400 | SEATTLE | WASHINGTON | 98121 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

# **Exhibit C**

**STRETTO**

**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| D.C. DEPARTMENT OF INSURANCE, SECURITIES AND BANKING | C/O ASSOCIATE COMMISSIONER FOR SECURITIES | ATTN: STEPHEN BOUCHARD AND DAVID O'BRIEN | DEPARTMENT OF INSURANCE, SECURITIES AND BANKING | 1050 1ST STREET, NE, 8TH FLOOR | WASHINGTON | DC | 20002 |
| DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS. | DCCA/SEB | PO BOX 40 | | | HONOLULU | HI | 96810 |
| OFFICE OF THE SOUTH CAROLINA ATTORNEY GENERAL, SECURITIES DIVISION | SECURITIES DIVISION | PO BOX 11549 | | | COLUMBIA | SC | 29211 |
| TENNESSEE DEPARTMENT OF REVENUE | TDOR C/O ATTORNEY GENERAL | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 |
| TEXAS DEPARTMENT OF BANKING | | 2601 N LAMAR BLVD | STE 300 | | AUSTIN | TX | 78705 |
| THE NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | 570 BROAD STREET, SUITE 1401 | | NEWARK | NJ | 7102 |
| TN DEPT OF COMMERCE AND INSURANCE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| VT DEPARTMENT OF FINANCIAL REGULATION | JENNIFER ROOD | 89 MAIN STREET | | | MONTPELIER | VT | 5620 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **Exhibit D**

**Exhibit D**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| ALABAMA SECURITIES COMMISSION | ANDREW O. SCHIFF | 445 DEXTER AVENUE | SUITE 1200 | | MONTGOMERY | AL | 36104 |
| ARIZONA CORPORATE COMMISSION | C/O ARIZONA ATTORNEY GENERAL'S OFFICE | ATTN:  MATTHEW A. SILVERMAN | 2005 N. CENTRAL AVE. | | PHOENIX | AZ | 85004 |
| D.C. DEPARTMENT OF INSURANCE, SECURITIES AND BANKING | C/O ASSOCIATE COMMISSIONER FOR SECURITIES | ATTN: STEPHEN BOUCHARD AND DAVID O'BRIEN | DISTRICT OF COLUMBIA DEPARTMENT OF INSURANCE, SECURITIES AND BANKING | 1050 1ST STREET, NE, 8TH FLOOR | WASHINGTON | DC | 20002 |
| NEW HAMPSHIRE BUREAU OF SECURITIES REGULATION | | 107 N. MAIN STREET, STATE HOUSE RM. 204 | | | CONCORD | NH | 3301 |
| OFFICE OF THE SOUTH CAROLINA ATTORNEY GENERAL, SECURITIES DIVISION | SECURITIES DIVISION | P.O. BOX 11549 | | | COLUMBIA | SC | 29211 |
| OKLAHOMA DEPARTMENT OF SECURITIES | GERRI KAVANAUGH, GENERAL COUNSEL | 204 NORTH ROBINSON AVENUE | SUITE 400 | | OKLAHOMA CITY | OK | 73102 |
| STATE OF WASHINGTON DEPARTMENT OF FINANCIAL INSTITUTIONS SECURITIES DIVISION VS. VOYAGER DIGITAL LLC, ET AL. | ATTN: WILLIAM BEATTY, SECURITY ADMINISTRATOR | PO BOX 9033 | | | OLYMPIA | WA | 98507 |
| STATE OF WISCONSIN, DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN: MICHAEL D. MORRIS | PO BOX 7857 | | | MADISON | WI | 53707 |
| TEXAS DEPARTMENT OF BANKING | | 2601 N LAMAR BLVD | STE 300 | | AUSTIN | TX | 78705 |
| TEXAS STATE SECURITIES BOARD | ATTN: JOE ROTUNDA | 208 E. 10TH STREET | ROOM 610 | | AUSTIN | TX | 78701 |
| THE NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | 570 BROAD STREET, SUITE 1401 | | NEWARK | NJ | 7102 |
| TN DEPT OF COMMERCE AND INSURANCE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| TN DEPT OF LABOR - BUREAU OF UNEMPLOYMENT INSURANCE | C/O BANKRUPTCY DIVISION | ATTN: TN ATTORNEY GENERAL; MARVIN E. CLEMENS, JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | C/O ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD, ESQ. | 89 MAIN STREET THIRD FLOOR | | MONTPELIER | VT | 5620 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **Exhibit E**

**STRETTO**

**Exhibit E**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| DC DEPARTMENT OF INSURANCE, SECURITIES AND BANKING | ATTN: STEPHEN BOUCHARD AND DAVID O'BRIEN | 1050 FIRST STREET, NE, SUITE 801 | | WASHINGTON | DC | 20002 |
| IOWA INSURANCE DIVISION | ANDREW HARTNETT | 1963 BELL AVENUE | | DES MOINES | IA | 50315 |
| OFFICE OF THE SOUTH CAROLINA ATTORNEY GENERAL | SECURITIES DIVISION | P.O. BOX 11549 | | COLUMBIA | SC | 29211 |
| TEXAS DEPARTMENT OF BANKING | | 2601 N LAMAR BLVD | STE 300 | AUSTIN | TX | 78705 |
| THE NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | 570 BROAD STREET, SUITE 1401 | NEWARK | NJ | 7102 |
| TN DEPT OF COMMERCE AND INSURANCE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS JR. | PO BOX 20207 | NASHVILLE | TN | 37202-0207 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1