Jeffrey R. Gleit, Esq.
Brett D. Goodman, Esq.
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas
Floor 42
New York, NY 10019-6040
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Jeffrey.Gleit@afslaw.com
Brett.Goodman@afslaw.com

*Special Counsel for Voyager Digital
Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al*.,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF ARENTFOX SCHIFF LLP,
SPECIAL COUNSEL FOR VOYAGER DIGITAL HOLDINGS, INC., FOR
INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR SERVICES RENDERED DURING THE
PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| | |
|---|---|
| Name of Applicant: | ArentFox Schiff LLP |
| Authorized to Provide Professional Services to: | Special Counsel for Voyager Digital Holdings, Inc. |
| Date of Retention: | January 24, 2023 (*Nunc Pro Tunc* to November 10, 2022) |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2023 through January 31, 2023 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| Total Fees Requested in this Statement by ArentFox Schiff: | $68,374.00 (80% of $85,467.50) |
|---|---|
| Total Expenses Requested in this Statement by ArentFox Schiff: | $0.00 |
| Total Fees and Expenses Requested in this Statement: | $68,374.00 |

This is a(n) __X__ monthly _____ interim _____ final application.  No prior application was filed for this Fee Period.

*[Remainder of Page Left Intentionally Blank]*

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of ArentFox Schiff LLP as Special Counsel Effective as of November 10, 2022* dated January 24, 2023 [Docket No. 905], and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), the law firm of ArentFox Schiff LLP ("ArentFox Schiff" or the "Firm"), Special Counsel for Voyager Digital Holdings, Inc. ("Voyager Holdings" or the "Debtor"), hereby submits this monthly fee statement (the "Monthly Fee Statement") for: (a) interim allowance of $85,467.50 for reasonable compensation for the actual, necessary legal services ArentFox Schiff rendered to the Debtor during the period from January 1, 2023 through January 31, 2023 (the "Fee Period"); and (b) compensation in the amount of $68,374.00, which is equal to 80% of the total amount of reasonable compensation for the actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period (*i.e.*, $85,467.50).

### Itemization of Services Rendered and Disbursements Incurred

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by ArentFox Schiff's attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories established by ArentFox Schiff in accordance with its internal billing procedures. ArentFox Schiff requests compensation in the amount of $68,374.00 for the actual, reasonable and necessary legal services rendered to the Debtor during the Fee Period, which is equal to 80% of the total amount of reasonable compensation for the actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period (i.e., $85,467.50).

3

- **Exhibit B** is a schedule providing certain information regarding the ArentFox Schiff attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of ArentFox Schiff have expended a total of 96.50 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which ArentFox Schiff is seeking reimbursement in this Monthly Fee Statement.

- **Exhibit D** consists of ArentFox Schiff's time detail and records of fees and expenses incurred during the Fee Period.

## Notice

2.      Pursuant to the Interim Compensation Order, notice of this Monthly Fee Statement has been served upon (i) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn: David Brosgol, Esq. and Brian Nistler, Esq.; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., and Allyson B. Smith, Esq.; (iii) United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Richard Morrissey, Esq. and Mark Bruh, Esq.; and (iv) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, Attn: Darren Azman, Esq. (collectively, the "Application Recipients").

AFDOCS:26992247.3

WHEREFORE, ArentFox Schiff respectfully requests: (a) interim allowance of $85,467.50 for the reasonable compensation of actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period; and (b) compensation in the amount of $68,374.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period (*i.e.*, $85,467.50); and further requests such other and further relief as this Court deems necessary and just.

Dated:    February 27, 2023
          New York, New York

                      **ARENTFOX SCHIFF LLP**

                      */s/ Jeffrey R. Gleit*
                      Jeffrey R. Gleit, Esq.
                      Brett D. Goodman, Esq.
                      1301 Avenue of the Americas
                      Floor 42
                      New York, NY 10019-6040
                      Telephone: (212) 484-3900
                      Facsimile: (212) 484-3990
                      Jeffrey.Gleit@afslaw.com
                      Brett.Goodman@afslaw.com

                      *Special Counsel for Voyager Digital Holdings, Inc.*

**EXHIBIT A**

**SUMMARY OF FEES BY SUBJECT MATTER**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Project Category | Hours Billed | Fees Billed |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.00 | $0.00 |
| Case Management and Operating Reports (02) | 0.00 | $0.00 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Investigation, Due Diligence, Analysis (04) | 88.10 | $79,331.50 |
| Committee and Debtor Communications (05) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (06) | 0.00 | $0.00 |
| Creditor Inquiries (07) | 0.00 | $0.00 |
| Sale and Disposition of Assets (08) | 0.40 | $416.00 |
| Asset Analysis and Recovery (09) | 0.00 | $0.00 |
| Claims Administration and Objections (10) | 1.70 | $1,750.00 |
| Miscellaneous Motions and Objections (11) | 0.00 | $0.00 |
| Adversary Proceedings (12) | 0.00 | $0.00 |
| Professional Retention (13) | 4.90 | $3,054.00 |
| Fee Applications (14) | 0.00 | $0.00 |
| Cash Collateral and DIP Financing (15) | 0.00 | $0.00 |
| Disclosure Statement and Plan Matters (16) | 1.40 | $916.00 |
| Wage Employee Benefits, Severance, Pensions (17) | 0.00 | $0.00 |
| Real Estate (18) | 0.00 | $0.00 |
| Automatic Stay and Section 362 and 363 Matters (19) | 0.00 | $0.00 |
| Equipment Lessors and Non Real Estate Leases (20) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (21) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection, Investigation (22) | 0.00 | $0.00 |
| Executory Contracts and Related Matters (23) | 0.00 | $0.00 |
| Tax (Federal, State, Local and Corporate) (24) | 0.00 | $0.00 |
| NOL's and Tax Attributes (25) | 0.00 | $0.00 |
| Plan or Restructuring Support Agreement (26) | 0.00 | $0.00 |
| Environmental Matters (27) | 0.00 | $0.00 |
| Debtor Communications/Negotiations (28) | 0.00 | $0.00 |
| Travel (29) | 0.00 | $0.00 |
| **TOTAL:** | **96.50** | **$85,467.50** |

## EXHIBIT B

## COMPENSATION BY TIMEKEEPER
## JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey R. Gleit | Joined firm as a Partner in 2022. Member of NY bar since 2001. Bankruptcy & Financial Restructuring Group. | $1,120 | 23.40 | $26,208.00 |
| Brett D. Goodman | Joined firm as a Partner in 2021. Member of NJ bar since 2006. Member of NY bar since 2007. Bankruptcy & Financial Restructuring Group. | $1,040 | 14.40 | $14,976.00 |
| Allison Weiss | Joined firm as Counsel in 2022. Member of NY bar since 1995. Bankruptcy & Financial Restructuring Group. | $1,015 | 6.80 | $6,902.00 |
| Nicholas A. Marten | Joined firm as an Associate in 2016. Member of the NY bar since 2012. Bankruptcy and Financial Restructuring Group. | $835 | 2.10 | $1,753.50 |
| Patrick Feeney | Joined firm as an Associate in 2021. Member of NY bar since 2018. Bankruptcy & Financial Restructuring. | $740 | 44.70 | $33,078.00 |
| Lisa Indelicato | Bankruptcy Senior Paralegal Specialist. | $500 | 5.10 | $2,550.00 |
| **TOTAL:** | | | **96.50** | **$85,467.50** |

**Blended Rate: $907.19**[1]

---

[1]    The Blended Rate excludes paraprofessionals' time

## EXHIBIT C

**SUMMARY OF EXPENSES**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| None. | | $0.00 |
| **TOTAL** | | **$  0.00** |

## EXHIBIT D

**INVOICE**



Scott Vogel
33 Irving Plaza
Suite 3060
New York, NY 10003

| | | |
|---|---|---|
| Invoice Number | 2205584 |
| Invoice Date | 02/23/2023 |
| Client Number | 044261 |

For Professional Services Rendered Through:  January 31, 2023

| No | Reference | Hours | Total |
|---|---|---|---|
| 00004 | Investigation, Due Diligence and Analysis | 88.10 | 79,331.50 |
| 00008 | Sale and Disposition of Assets | 0.40 | 416.00 |
| 00010 | Claims Administration and Objections | 1.70 | 1,750.00 |
| 00013 | Professional Retention | 4.90 | 3,054.00 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 1.40 | 916.00 |
| | **Totals** | **96.50** | **85,467.50** |

Taxpayer Identification Number:  53-0214923        Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott

Invoice Number 2205584

Page 2

February 23, 2023

---

### Time Summary

| | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Jeffrey R. Gleit | 23.40 | 1,120.00 | 26,208.00 |
| Brett D. Goodman | 14.40 | 1,040.00 | 14,976.00 |
| **Of Counsel** | | | |
| Allison H. Weiss | 6.80 | 1,015.00 | 6,902.00 |
| **Associate** | | | |
| Nicholas A. Marten | 2.10 | 835.00 | 1,753.50 |
| Patrick Feeney | 44.70 | 740.00 | 33,078.00 |
| **Blended Rate for Attorneys: $907.19** | | | |
| **Paralegal** | | | |
| Lisa A. Indelicato | 5.10 | 500.00 | 2,550.00 |
| **Totals** | **96.50** | | **85,467.50** |

Taxpayer Identification Number:  53-0214923      Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                                          Invoice Number 2205584
00004      Investigation, Due Diligence and Analysis                                               Page 3
February 23, 2023

---

For Professional Services Rendered Through:  January 31, 2023

Re: Investigation, Due Diligence and Analysis

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/03/23 | Brett D. Goodman | Correspondence regarding follow-up on questions for HoldCo. | 0.10 | 104.00 |
| 01/10/23 | Jeffrey R. Gleit | Review responses to diligence questions (.5); review supporting documentation re same (.4). | 0.90 | 1,008.00 |
| 01/10/23 | Patrick Feeney | Review received answers from Holdco re: intercompany transactions. | 0.20 | 148.00 |
| 01/11/23 | Brett D. Goodman | Review of responses to inquiries from HoldCo (.6); review of certain portions of second amended disclosure statement relating to intercompany transactions (.4); conference call with J. Gleit and P. Feeney to discuss same (.4). | 1.40 | 1,456.00 |
| 01/11/23 | Jeffrey R. Gleit | Review approved DS (.5); review background docs for analysis (.7); review responses received from the company (.4); meeting with B. Goodman and P. Feeney re presentation and next steps (.4); research re Fundstrat transaction (.4); t/c's with P. Feeney re director presentation (.2). | 2.60 | 2,912.00 |
| 01/11/23 | Patrick Feeney | Review received answers from HoldCo. re: intercompany transactions (1.2); confer w/ J. Gleit and B. Goodman re: same (.4); draft summary of intercompany transactions and recharacterization issues (3.5); confer w/ J. Gleit re; same (.2) | 5.30 | 3,922.00 |
| 01/12/23 | Brett D. Goodman | Revise analysis and presentation to independent director (2.1); review of revised version of presentation (.3); confer with J. Gleit re: same (.3); Confer w/ P. Feeney regarding same (.1). | 2.80 | 2,912.00 |
| 01/12/23 | Jeffrey R. Gleit | Revise presentation to S. Vogel (1.6); t/c's with B. Goodman re same (.3). | 1.90 | 2,128.00 |
| 01/12/23 | Patrick Feeney | Revise summary of intercompany transactions per received comments from J. Gleit and B. Goodman (2.8); confer w/ B. Goodman re: same (.1). | 2.90 | 2,146.00 |

Arent Fox Schiff LLP
Attorneys at Law

044261    Vogel, Scott                                                                        Invoice Number 2205584
00004    Investigation, Due Diligence and Analysis                                              Page 4
February 23, 2023

---

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/13/23 | Brett D. Goodman | Participate in conference call with independent directors' counsel (.3); follow up w/ J. Gleit regarding same (.4}. | 0.70 | 728.00 |
| 01/13/23 | Jeffrey R. Gleit | Revise presentation to S. Vogel (.5); meeting with counsel for independent directors and Kirkland (.3); draft email to S. Vogel re same (.2); t/c's with B. Goodman re same (.4); t/c with S. Vogel re status and next steps (.3). | 1.70 | 1,904.00 |
| 01/13/23 | Patrick Feeney | Revise and redraft intercompany transactions summary. | 0.90 | 666.00 |
| 01/14/23 | Brett D. Goodman | Review of summary chart for S. Vogel and initial comments from J. Gleit to same. | 0.40 | 416.00 |
| 01/14/23 | Jeffrey R. Gleit | Revise summary of initial findings for S. Vogel. | 0.50 | 560.00 |
| 01/14/23 | Patrick Feeney | Revise and redraft intercompany transactions summary. | 1.20 | 888.00 |
| 01/15/23 | Jeffrey R. Gleit | Review backup documents and revise summary of initial findings. | 0.70 | 784.00 |
| 01/15/23 | Patrick Feeney | Revise and redraft intercompany transactions summary. | 1.60 | 1,184.00 |
| 01/16/23 | Allison H. Weiss | Review and revise memo re intercompany claims (.4); review presentation re same (.3); emails with J. Gleit re same (.3). | 1.00 | 1,015.00 |
| 01/17/23 | Allison H. Weiss | Review and revise presentation re intercompany claims (1.1); confs with J. Gleit re same (.4). | 1.50 | 1,522.50 |
| 01/17/23 | Brett D. Goodman | Various correspondence, drafting and updates regarding summary analysis for S. Vogel (1.1); call with J. Gleit regarding same (.2). | 1.30 | 1,352.00 |
| 01/17/23 | Jeffrey R. Gleit | Further revise summary memo for S. Vogel (.5); confer w/ B. Goodman re: same (.2); revise presentation to S. Vogel (.1): conferences with A. Weiss re same (.4). | 1.20 | 1,344.00 |
| 01/17/23 | Patrick Feeney | Revise presentation materials re: Autostyle factors (1.3); research case law re: director duties in relation to raising or maintaining litigation claims (2.2). | 3.50 | 2,590.00 |
| 01/18/23 | Brett D. Goodman | Perform review and comments to updated versions of summary and presentations to S. Vogel. | 0.60 | 624.00 |

Arent Fox Schiff LLP
Attorneys at Law

| 044261 | Vogel, Scott | | Invoice Number 2205584 |
|---|---|---|---|
| 00004 | Investigation, Due Diligence and Analysis | | Page 5 |
| February 23, 2023 | | | |

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|
| 01/18/23 | Patrick Feeney | Review case law re: identity of interest AutoStyle factor and revise presentation materials re: same. | 0.40 | 296.00 |
| 01/19/23 | Brett D. Goodman | Further updates and correspondence regarding summary sheet and identity of interests | 0.40 | 416.00 |
| 01/19/23 | Patrick Feeney | Review Voyager debtors schedules and statements for liabilities. | 0.50 | 370.00 |
| 01/20/23 | Patrick Feeney | Research cases regarding duty to litigate claims (1.4); draft inquiries for company regarding intercompany transactions (1.1). | 2.50 | 1,850.00 |
| 01/23/23 | Brett D. Goodman | Review of certain documents in supplemental production and Grant Thorton analyses (2.1); review of certain Fundstrat consents (.5). | 2.60 | 2,704.00 |
| 01/23/23 | Jeffrey R. Gleit | Revise interview questions for 1/24 interview (.5); review hot documents from production (.7); conferences with P. Feeney re discovery and interview questions (.3). | 1.50 | 1,680.00 |
| 01/23/23 | Patrick Feeney | Review production materials from company (2.4); confer w/ J. Gleit re: same (.3). | 2.70 | 1,998.00 |
| 01/24/23 | Brett D. Goodman | Participate in portion of independent director counsel meeting with company (.8); follow-up internally regarding call (.3). | 1.10 | 1,144.00 |
| 01/24/23 | Jeffrey R. Gleit | Revise questions for interview (.4); review recent production (.5); t/c with R. Howell re interview (.2); interview of E. Psarapoulos with Katten and Quinn (1.3); follow up call with K. Hill (.2). | 2.60 | 2,912.00 |
| 01/24/23 | Patrick Feeney | Revise memo materials per J. Gleit comments, new materials, and discussion from company meeting (3.4); attend E. Psarapoulos Interview (1.3). | 4.70 | 3,478.00 |
| 01/25/23 | Brett D. Goodman | Review of updated deck for S. Vogel. | 0.40 | 416.00 |
| 01/25/23 | Patrick Feeney | Revise memo materials per J. Gleit comments, new materials (1.3); review Alvarez and Marsal reports filed in Canadian proceedings and cash management motions and orders (2.0). | 3.30 | 2,442.00 |
| 01/26/23 | Jeffrey R. Gleit | Review A&M reports in Canada (.7); revise director presentation (.4); prepare for BRG | 1.40 | 1,568.00 |

ArentFox Schiff LLP
Attorneys at Law

| 044261 | Vogel, Scott | | Invoice Number 2205584 |
|---|---|---|---|
| 00004 | Investigation, Due Diligence and Analysis | | Page 6 |
| February 23, 2023 | | | |

| **Date** | **Timekeeper** | **Narrative** | **Hours** | **Value** |
|---|---|---|---|---|
| | | call (.3). | | |
| 01/27/23 | Brett D. Goodman | Participate in portion of call with BRG and independent directors' counsel (.6); follow-up with J. Gleit regarding same (.2) | 0.80 | 832.00 |
| 01/27/23 | Jeffrey R. Gleit | Prepare for (.3) and participate in interview of BRG with Quinn and Katten (.8); t/c's with K. Hill re follow-up questions (.2); t/c's with B. Goodman re BRG interview (.2); review Voyager production (1); revise Vogel presentation (.5). | 3.00 | 3,360.00 |
| 01/27/23 | Patrick Feeney | Attend call with company counsel and advisors from Berkeley Restructuring Group re: intercompany transfer (.8); revise memo materials for S. Vogel in relation to discussion (1); draft summary of subordination arguments for Alameda loan (.5). | 2.30 | 1,702.00 |
| 01/29/23 | Jeffrey R. Gleit | Review correspondence from Topco counsel (.2); emails with S. Vogel, Katten and Kirkland re same (.1). | 0.30 | 336.00 |
| 01/30/23 | Allison H. Weiss | Review and revise letter to Katten re discovery. | 0.40 | 406.00 |
| 01/30/23 | Brett D. Goodman | Correspondence regarding intercompany claims, recoveries and settlement discussions. | 0.30 | 312.00 |
| 01/30/23 | Jeffrey R. Gleit | T/C's with R. Howell re intercompany claims (.3); t/c with S. Rochester and J. Hodge re same (.4); t/c with K. Scherling re Katten letter and documents to be produced (.3); t/c's with S. Rochester re intercompany claims (.3); revise presentation to S. Vogel (.8). | 2.10 | 2,352.00 |
| 01/30/23 | Lisa A. Indelicato | Internal discussions regarding bates stamping documents. | 0.20 | 100.00 |
| 01/30/23 | Patrick Feeney | Prepare document production for response to Katten (.5) draft cover letters regarding document production (1.5); revise presentation materials for S. Vogel re: intercompany transactions edits to decks (2); review schedules and statements re: assets and liabilities for settlement calculation (1.6). | 5.60 | 4,144.00 |
| 01/31/23 | Allison H. Weiss | Meeting with J. Gleit and P. Feeney re presentation (.2); review key documents in | 3.90 | 3,958.50 |

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                           Invoice Number 2205584
00004      Investigation, Due Diligence and Analysis                         Page 7
February 23, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | connection with presentation (.9); confs with P. Feeney and N. Marten re: presentation (.8); review and revise draft presentation (2.0). | | |
| 01/31/23 | Jeffrey R. Gleit | T/C with S. Vogel re status and upcoming meetings (.3); meeting with A. Weiss and P. Feeney re revisions to Vogel presentation (.2); revise same (.8). | 1.30 | 1,456.00 |
| 01/31/23 | Nicholas A. Marten | Confer with P. Feeney and A. Weiss regarding issue analysis for client (0.8); conduct initial review of current draft of analysis and relevant documents (1.3). | 2.10 | 1,753.50 |
| 01/31/23 | Patrick Feeney | Review MORs and schedules and statements (.3); confer w/ J. Gleit and A. Weiss re: settlement and presentation materials (.2); revise presentation to independent director to discuss potential settlement options (5.5); confer w/ A. Weiss and N. Marten re: same (.8). | 6.80 | 5,032.00 |
| | | **Fee Total** | **88.10** | **$79,331.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Jeffrey R. Gleit | 21.70 | 1,120.00 | 24,304.00 |
| Brett D. Goodman | 12.90 | 1,040.00 | 13,416.00 |
| Allison H. Weiss | 6.80 | 1,015.00 | 6,902.00 |
| Nicholas A. Marten | 2.10 | 835.00 | 1,753.50 |
| Patrick Feeney | 44.40 | 740.00 | 32,856.00 |
| Lisa A. Indelicato | 0.20 | 500.00 | 100.00 |
| **Timekeeper Summary Total** | **88.10** | | **79,331.50** |

| | | |
|---|---|---|
| Current Fees | | $79,331.50 |
| **Subtotal For This Matter** | | $79,331.50 |

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                            Invoice Number 2205584
00008      Sale and Disposition of Assets                                        Page 8
February 23, 2023

---

For Professional Services Rendered Through:  January 31, 2023

Re: Sale and Disposition of Assets

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/04/23 | Brett D. Goodman | Review of objections to Binance Purchase Agreement and Combined DS and Plan Hearing. | 0.40 | 416.00 |
| | | **Fee Total** | **0.40** | **$416.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Brett D. Goodman | 0.40 | 1,040.00 | 416.00 |
| **Timekeeper Summary Total** | **0.40** | | **416.00** |

| | | |
|---|---|---|
| Current Fees | | $416.00 |
| **Subtotal For This Matter** | | $416.00 |

Arent Fox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 044261 | Vogel, Scott | Invoice Number 2205584 |
| 00010 | Claims Administration and Objections | Page 9 |
| February 23, 2023 | | |

For Professional Services Rendered Through:  January 31, 2023

Re: Claims Administration and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 01/13/23 | Jeffrey R. Gleit | Review Alameda claims. | 0.40 | 448.00 |
| 01/31/23 | Brett D. Goodman | Review of debtors' objection to Alameda proofs of claim. | 0.50 | 520.00 |
| 01/31/23 | Jeffrey R. Gleit | Review claim objection to Alameda claim. | 0.50 | 560.00 |
| 01/31/23 | Patrick Feeney | Review objection to Alameda claims. | 0.30 | 222.00 |
| | | **Fee Total** | **1.70** | **$1,750.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Jeffrey R. Gleit | 0.90 | 1,120.00 | 1,008.00 |
| Brett D. Goodman | 0.50 | 1,040.00 | 520.00 |
| Patrick Feeney | 0.30 | 740.00 | 222.00 |
| **Timekeeper Summary Total** | **1.70** | | **1,750.00** |

| | |
|---|---|
| Current Fees | $1,750.00 |
| **Subtotal For This Matter** | $1,750.00 |

Arent Fox Schiff LLP
Attorneys at Law

044261     Vogel, Scott                                                    Invoice Number 2205584
00013      Professional Retention                                                      Page 10
February 23, 2023

For Professional Services Rendered Through:  January 31, 2023

Re: Professional Retention

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 01/05/23 | Lisa A. Indelicato | Internal discussions regarding annual rate increase declaration. | 0.20 | 100.00 |
| 01/13/23 | Lisa A. Indelicato | Review and revise annual rate increase declaration (.3); internal discussions re same (.3); review docket and download Katten declaration re annual rate increase (.1). | 0.70 | 350.00 |
| 01/17/23 | Brett D. Goodman | Review of declaration and updates regarding annual rate increases. | 0.20 | 208.00 |
| 01/17/23 | Jeffrey R. Gleit | Revise supplemental declaration re fee increase. | 0.20 | 224.00 |
| 01/17/23 | Lisa A. Indelicato | Download and circulate Katten Muchin's Annual Rate Increase Declaration (.1); internal discussions regarding 2023 rates (.1); review, revise and circulate AFS's Annual Rate Increase Declaration (.3); revise same per J. Gleit's comments and re-circulate (.3); email Declaration to N. Adzima for review and electronic filing (.1); download and circulate filed copy to team (.1); review connections to certain parties in interest and mark for disclosure (.2); calendar future date to revisit same (.1). | 1.30 | 650.00 |
| 01/23/23 | Lisa A. Indelicato | Prepare hearing binder for retention hearing. | 0.70 | 350.00 |
| 01/23/23 | Lisa A. Indelicato | Arrange for J. Gleit to appear at hearing to consider AFS retention application. | 0.80 | 400.00 |
| 01/24/23 | Jeffrey R. Gleit | Prepare for (.2) and participate in retention hearing (.4). | 0.60 | 672.00 |
| 01/24/23 | Lisa A. Indelicato | Download and circulate AFS Retention Order. | 0.10 | 50.00 |
| 01/27/23 | Lisa A. Indelicato | Download and circulate objection to AFS retention. | 0.10 | 50.00 |
| | | **Fee Total** | **4.90** | **$3,054.00** |

Arent Fox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                    Invoice Number 2205584
00013      Professional Retention                                        Page 11
February 23, 2023

---

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Jeffrey R. Gleit | 0.80 | 1,120.00 | 896.00 |
| Brett D. Goodman | 0.20 | 1,040.00 | 208.00 |
| Lisa A. Indelicato | 3.90 | 500.00 | 1,950.00 |
| **Timekeeper Summary Total** | **4.90** | | **3,054.00** |

|  |  |
|---|---|
| Current Fees | $3,054.00 |
| **Subtotal For This Matter** | $3,054.00 |

Arent Fox Schiff LLP
Attorneys at Law

| | | |
|---|---|---|
| 044261 | Vogel, Scott | Invoice Number 2205584 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | Page 12 |
| February 23, 2023 | | |

For Professional Services Rendered Through:  January 31, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 01/09/23 | Brett D. Goodman | Review of debtors' omnibus reply to disclosure statement objections. | 0.40 | 416.00 |
| 01/13/23 | Lisa A. Indelicato | Review Order Scheduling Combined Hearing on Disclosure Statement and Plan Confirmation and calendar critical dates. | 1.00 | 500.00 |
| | | **Fee Total** | **1.40** | **$916.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Brett D. Goodman | 0.40 | 1,040.00 | 416.00 |
| Lisa A. Indelicato | 1.00 | 500.00 | 500.00 |
| **Timekeeper Summary Total** | **1.40** | | **916.00** |

| | |
|---|---|
| Current Fees | $916.00 |
| **Subtotal For This Matter** | $916.00 |

ArentFox Schiff LLP
Attorneys at Law

044261    Vogel, Scott                                        Invoice Number 2205584
                                                                         Page 13
February 23, 2023

Current Fees For All Matters                                   $85,467.50

**Total Amount Due This Invoice**                              **$85,467.50**