**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**FOURTH MONTHLY FEE STATEMENT OF
CASSELS BROCK & BLACKWELL LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS CANADIAN COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
VOYAGER DIGITAL HOLDINGS, INC., *ET AL*. FOR THE PERIOD FROM
NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al*. |
| Date of Retention: | October 18, 2022, effective as of July 29, 2022 |
| Period for Which Compensation and Reimbursement Will be Sought: | November 1, 2022 to November 30, 2022 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$10,341.72 (80% of CAD$12,927.15) USD$7,702.51 (80% of USD$9,628.14)[2] |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$186.56 USD$138.95 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2] Calculated based on the Bank of Canada exchange rate for February 9, 2023, (February 9, 2023 is the date the account was finalized) (CAD$1:USD$0.7448).

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 29, 2022*, dated October 18, 2022 [Docket No. 550] (the "Retention Order"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Cassels Brock & Blackwell LLP ("Cassels") hereby submits this *Fourth Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from November 1, 2022 Through November 30, 2022* (this "Fourth Monthly Fee Statement").[3] Specifically, Cassels seeks: (i) interim allowance of CAD$12,927.15 for the reasonable and necessary legal services that Cassels rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) payment of the amount of CAD$10,341.72, which is equal to 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.*, CAD$12,927.15); and (iii) allowance and payment of CAD$186.56 for the actual and necessary expenses that Cassels incurred in connection with such services during the Fee Period.

---

[3]    The period from November 1, 2022 through and including November 30, 2022, is referred to herein as the "Fee Period."

## Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a schedule of Cassels lawyers and paraprofessionals who rendered services to the Committee in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.

2.      Attached hereto as **Exhibit B** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Cassels is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Cassels's out-of-pocket expenses, which total CAD$186.56 (USD$138.95).

3.      Attached hereto as **Exhibit C** are the time and expense records of Cassels, which provide a daily summary of the time spent by each Cassels professional during the Fee Period as well as an itemization of expenses.

4.      Attached hereto as **Exhibit D** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cassels lawyers and paraprofessionals during the Fee Period with respect to each of the project categories Cassels established in accordance with its internal billing procedures. As reflected in **Exhibit D**, Cassels incurred CAD$12,927.15 (USD$9,628.14) in fees during the Fee Period.  Pursuant to this Fee Statement, Cassels seeks reimbursement for 80% of such fees (CAD$10,341.72) (USD$7,702.51).

### Notice

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

3

Dated: February 27, 2023
Toronto, Ontario

**CASSELS BROCK & BLACKWELL LLP**

By:  */s/ Ryan C. Jacobs*

Name:    Ryan C. Jacobs

Title:     Partner

Cassels Brock & Blackwell LLP

*Canadian Counsel to the Official
Committee of Unsecured Creditors of
Voyager Digital Holdings, Inc., et al.*

## Exhibit A

### Summary of Timekeepers Included in this Fee Statement
### (All amounts are in Canadian Dollars)

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation[1] |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Shayne Kukulowicz | Partner, Ontario 1990, Alberta 2016, Restructuring and Insolvency | 6.20 | $1,075.00 | $6,665.00 |
| Natalie Levine | Partner, New York 2008, District of Columbia 2011, Ontario 2013, Restructuring and Insolvency | 7.10 | $735.00 | $5,218.50 |
| **ASSOCIATES** | | | | |
| Natalie Thompson | Associate, Alberta 2022, Restructuring and Insolvency | 6.20 | $400.00 | $2,480.00 |

---

[1]    Does not reflect 10% discount on fees.

## **Exhibit B**

**Expense Summary**
**(All amounts are in Canadian Dollars)**

| Category | Amount |
|---|---|
| Court – Sundry (Court Hearing Registration Cost) | $186.56 |
| **TOTAL** | **$186.56** |

**<u>Exhibit C</u>**

**Time Records**

Cassels Brock & Blackwell LLP                                                                    Page 2 of 6
Official Committee of Unsecured Creditors of Voyager Digital                         Invoice No: 2191877
Holdings, Inc
Re: CCAA Recognition Proceedings                                                       Matter No. 057782-00001

| | | | **FEE DETAIL** | |
|---|---|---|---|---|

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Nov-01-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-01-22 | N. Thompson | B160 | Draft first interim fee application; | 0.60 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Nov-01-22 | N. Levine | B470 | Review US orders entered and to be recognized (.2); correspond with D. Richer (.1); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-02-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-02-22 | N. Levine | B470 | Correspond with D. Richer (company counsel) re recognition of US orders; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-02-22 | S. Kukulowicz | B470 | Analyze orders to be recognized in Canada; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-03-22 | N. Levine | B470 | Communicate with counsel to Debtors (D. Richer) (.4); communicate with US counsel re recognition (.1); call with S. Kukulowicz re same (.3); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-03-22 | S. Kukulowicz | B470 | Analysis of emails from D. Richer regarding opposition to recognition (.4); call with N. Levine re response (.3); prepare for hearing re same (.2); analysis of recognition issues (.2); | 1.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-03-22 | S. Kukulowicz | B155 | Review of US docket regarding November 15 hearing; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Nov-04-22 | N. Levine | B470 | Review US docket for impact on CCAA proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-05-22 | N. Levine | B110 | Draft email to G. Steinman re US proceedings; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Nov-07-22 | S. Kukulowicz | B470 | Review of US docket update to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-07-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-08-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP                                                    Page 3 of 6
Official Committee of Unsecured Creditors of Voyager Digital          Invoice No: 2191877
Holdings, Inc
Re: CCAA Recognition Proceedings                                      Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Nov-09-22 | N. Levine | B470 | Correspond with US counsel (D. Azman) re hearing in Canada (.2); analyze updates on transaction for Canadian timing (.3); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-09-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-09-22 | S. Kukulowicz | B470 | Prepare for upcoming CCAA hearing; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-09-22 | S. Kukulowicz | B470 | Analyze US pleadings related to Canada; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-10-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-10-22 | S. Kukulowicz | B470 | Review of reports regarding FTX insolvency and related emails; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-10-22 | N. Levine | B130 | Call with US counsel (G. Steinman) re sale status in light of market updates (.4); draft email to R. Jacobs and S. Kukulowicz re same (.2); | 0.60 |
| Nov-11-22 | N. Thompson | B130 | Review US documents for updates on sale issues; | 0.50 |
| | | | *Task: B130 - Asset Disposition* | |
| Nov-11-22 | S. Kukulowicz | B470 | Review issue related to sale order recognition; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-11-22 | N. Levine | B130 | Review updates re potential sale issues and impact in Canada; | 0.50 |
| | | | *Task: B130 - Asset Disposition* | |
| Nov-12-22 | N. Levine | B470 | Review equity committee complaint for analysis of intercompany issues; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-13-22 | N. Levine | B470 | Summarize complaint and potential Canadian implications; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-13-22 | S. Kukulowicz | B470 | Analyze Canadian implications of complaint; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-14-22 | N. Levine | B110 | Correspond with G. Williams re case management orders; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Nov-14-22 | N. Thompson | B155 | Prepare for November 15 U.S. Hearing; | 0.50 |
| | | | *Task: B155 - Court Hearings* | |
| Nov-15-22 | N. Levine | B470 | Discuss revisions to schedule with D. Richer (Canadian counsel to debtors) (.1); draft summary of same (.1); | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP                                                                 Page 4 of 6
Official Committee of Unsecured Creditors of Voyager Digital                  Invoice No: 2191877
Holdings, Inc
Re: CCAA Recognition Proceedings                                                Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Nov-15-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-15-22 | S. Kukulowicz | B155 | Review of report on November 15 hearing (.4) review of related emails (.4); | 0.80 |
| | | | *Task: B155 - Court Hearings* | |
| Nov-15-22 | N. Levine | B110 | Correspond with G. Williams re case deadlines; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Nov-15-22 | N. Thompson | B155 | Prepare for (.3) and attend hearing In re Voyager Digital Holdings, Inc., et al. (1); | 1.30 |
| | | | *Task: B155 - Court Hearings* | |
| Nov-16-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-16-22 | S. Kukulowicz | B470 | Review of US docket update to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-16-22 | N. Levine | B110 | Evaluate revised hearing schedule for impact on Canadian proceedings; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Nov-17-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-17-22 | N. Levine | B110 | Correspond with G. Williams re case updates; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Nov-18-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-18-22 | S. Kukulowicz | B470 | Review of US plan and sale documents for impact on CCAA; | 0.70 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-18-22 | N. Levine | B160 | Correspond with G. Williams concerning preparation of fee statements; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Nov-21-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-21-22 | N. Levine | B470 | Analyze confidentiality agreement for impact on Canadian proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-21-22 | S. Kukulowicz | B470 | Review of US docket update to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings

Page 5 of 6
Invoice No: 2191877

Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Nov-22-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-23-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-23-22 | N. Levine | B160 | Correspond with G. Williams concerning preparation of fee statements; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Nov-24-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-25-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-28-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-29-22 | N. Levine | B470 | Communicate with S. Kukulowicz re next steps (.2); communicate with D. Richer re next steps in foreign proceeding (.5); research orders to be recognized and precedent for same (1.2); draft email to D. Azman re same (.1); | 2.00 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-29-22 | N. Thompson | B470 | Correspond with S. Kukulowicz re recognition of US documents (.1); research documents re same (.1); | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-29-22 | S. Kukulowicz | B470 | Confer with N. Levine regarding Voyager plans to recognize various US orders (.2); correspond with N. Thompson re same (.1); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-29-22 | S. Kukulowicz | B470 | Review of emails with D. Azman regarding recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-30-22 | N. Levine | B470 | Call with D. Richer re hearing (.1); correspond with D. Azman re same (.1); | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-30-22 | N. Thompson | B470 | Summaize documents per N. Levine request; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |

### FEE SUMMARY

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Kukulowicz, Shayne | Partner | 6.20 | 1,075.00 | 6,665.00 |

Cassels Brock & Blackwell LLP

Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc

Invoice No: 2191877

Re: CCAA Recognition Proceedings

Matter No. 057782-00001

Page 6 of 6

| | | | | |
|---|---|---|---|---|
| Levine, Natalie | Partner | 7.10 | 735.00 | 5,218.50 |
| Thompson, Natalie | Associate | 6.20 | 400.00 | 2,480.00 |
| **Total (CAD)** | | **19.50** | | **14,363.50** |

| TASK CODE SUMMARY | | | |
|---|---|---|---|
| **Task** | **Description** | **Hours** | **Amount** |
| B110 | Case Administration | 0.50 | 367.50 |
| B130 | Asset Disposition | 1.60 | 1,008.50 |
| B155 | Court Hearings | 2.80 | 1,795.00 |
| B160 | Fee/Employment Applications | 0.80 | 387.00 |
| B470 | Foreign Proceedings | 13.80 | 10,805.50 |
| **Total (CAD)** | | **19.50** | **14,363.50** |

| | | |
|---|---|---|
| Our Fees | 14,363.50 | |
| Less: 10% Discount on Fees | (1,436.35) | |
| Total Fees | 12,927.15 | |
| **TOTAL FEES (CAD)** | | **12,927.15** |

| DISBURSEMENT SUMMARY | |
|---|---|
| **Non-Taxable Disbursements** | |
| Court - Sundry | 186.56 |
| Total Non-Taxable Disbursements | 186.56 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS (CAD)** | **186.56** |
| **TOTAL FEES** | **12,927.15** |
| **TOTAL DISBURSEMENTS** | **186.56** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **13,113.71** |

| OUTSTANDING INVOICES | | | | |
|---|---|---|---|---|
| **Invoice Number** | **Invoice Date** | **Bill Amount** | **Payments / Credits** | **Balance Due** |
| 2182388 | 10/31/22 | 11,672.55 | 11,067.15 | 605.40 |
| 2186379 | 12/13/22 | 20,793.84 | 0.00 | 20,793.84 |
| 2191877 | 02/09/23 | 13,113.71 | 0.00 | 13,113.71 |
| **Total (CAD)** | | **45,580.10** | **11,067.15** | **34,512.95** |

**Exhibit D**

## Statement of Fees by Project Category
### (All amounts are in Canadian Dollars)

| Task Code | Description | Total Hours | Total Fees[1] |
|:---:|---|:---:|:---:|
| B110 | Case Administration | 0.50 | $367.50 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 |
| B130 | Asset Disposition | 1.60 | $1,008.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.00 | $0.00 |
| B150 | Creditor Meetings and Communication | 0.00 | $0.00 |
| B155 | Court Hearings | 2.80 | $1,795.00 |
| B160 | Fee/Employment Applications | 0.80 | $387.00 |
| B170 | Fee/Employment Objections | 0.00 | $0.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 0.00 | $0.00 |
| B190 | Other Contested Matters | 0.00 | $0.00 |
| B195 | Non-Working Travel | 0.00 | $0.00 |
| B210 | Business Operations | 0.00 | $0.00 |
| B220 | Employee Issues | 0.00 | $0.00 |
| B230 | Financing/Cash Collateral Issues | 0.00 | $0.00 |
| B240 | Tax Issues | 0.00 | $0.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 0.00 | $0.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 0.00 | $0.00 |
| B310 | Claims Administration & Objections | 0.00 | $0.00 |
| B320 | Plan and Disclosure Statement | 0.00 | $0.00 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.00 | $0.00 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Special Committee Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 0.00 | $0.00 |
| B470 | Foreign Proceedings | 13.80 | $10,805.50 |
| **TOTAL** | | **19.50** | **$14,363.50** |

---

[1]    Does not reflect 10% discount on fees.