# **EXHIBIT B**

# **Hage CV**

# PAUL R. HAGE

Taft Stettinius & Hollister, LLP • 27777 Franklin, Suite 2500, Southfield, MI 48034
(248) 727-1543 • phage@taftlaw.com

### PRACTICE:

Paul is Co-Chair of the Business Restructuring, Bankruptcy & Creditors' Rights Group at Taft. He specializes in representing debtors, creditors' committees, secured and unsecured creditors, trustees and asset purchasers in proceedings nationwide. Paul is also a member of the firm's Diversity, Equity and Inclusion Committee.

Prior to starting practice, Paul interned for the Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York and the Honorable George Caram Steeh, United States District Court for the Eastern District of Michigan.



Paul has twice been selected by the Sixth Circuit Court of Appeals as a finalist for a bankruptcy judgeship in the United States Bankruptcy Court for the Eastern District of Michigan. He is a Fellow in the American College of Bankruptcy. He has been an Adjunct Professor at the University of Michigan Law School and is certified by the American Board of Certification as a specialist in business bankruptcy law. He is a member of the Mediation Panel for the United States Bankruptcy Court for the Eastern District of Michigan. Additionally, Paul serves as Co-Director of the Conrad B. Duberstein National Bankruptcy Moot Court Competition, the largest single site moot court competition in the country.

### COMMUNITY INVOLVEMENT:

Paul serves as the President of Access to Bankruptcy Court, a non-profit that raises funds to provide experienced bankruptcy counsel, free of charge, to low-income individuals residing in the Eastern District of Michigan. He is a member of the Board of Directors of CARE (Credit Abuse Resistance Education), a national nonprofit that provides financial literacy education to students and young adults. He also serves as a mentor for City Year Detroit, an organization that places individuals in Detroit public schools to help students obtain the social, emotional and academic skills necessary to succeed.

### EDUCATION:

**St. John's University School of Law**, New York, NY
LL.M. in Bankruptcy Law, 2007
   **Honors:**   **Top GPA in LL.M. Program**, 2006-2007

**Loyola University Chicago School of Law**, Chicago, IL
Juris Doctorate, 2006
   **Honors:**   **Loyola University Chicago International Law Review**, Associate Editor, 2005-2006

**Michigan State University**, East Lansing, MI
Bachelor of Arts, James Madison College, International Relations, 2003

### PROFESSIONAL ASSOCIATIONS & MEMBERSHIPS:

**American Bankruptcy Institute**
  - Executive Committee and Secretary, 2022-present
  - Board of Directors, 2019-present
  - American Bankruptcy Institute Journal, Executive Editor, 2020-present; Coordinating Editor, 2012-2019
  - Shapero Cup Regional Moot Court Competition & Symposium Planning Committee, 2019-present

4862-7050-6270.v1

  - Strategic Planning Task Force, 2018-2019
  - ABI Unsecured Trade Creditors Committee, Co-Chair, 2015-2017; Education Director, 2014-2015; Newsletter Editor, 2012-2014
  - ABI Emerging Industries & Technology Committee, Education Director, 2017-2019
  - Volo Circuit Court Opinion First Responder, Editorial Board, 2010-2016

**American Bankruptcy Law Journal**
  - Editorial Advisory Board, 2017-2019
  - National Conference of Bankruptcy Judges Symposium Committee, Chair, 2019

**American Bar Association, Business Law Section, Business Bankruptcy Committee**
  - Claims & Priorities Subcommittee, Co-Chair, 2011-present
  - Abuses of the Bankruptcy Process Subcommittee, Vice-Chair, 2009-2011

**American Board of Certification of Bankruptcy and Creditors' Rights Attorneys**
  - Board of Directors, 2019-present

**American College of Bankruptcy**
  - Fellow, 2022-present

**American Law Institute**
  - Member, 2019-present

**CARE (Credit Abuse Resistance Education)**
  - Board of Directors, 2022-present
  - Development Committee, 2022-present

**Consumer Bankruptcy Association**
  - Member, 2018-present

**Federal Bar Association for the Eastern District of Michigan**
  - Bankruptcy Committee, Co-Chair, 2021-present
  - Barbara J. Rom Award for Bankruptcy Excellence Selection Committee, 2019-present
  - Western District of Michigan Bankruptcy Seminar Education Committee, 2019-present

**Mediation Panel for the United States Bankruptcy Court for the Eastern District of Michigan**
  - Member, 2021-present

**National Conference of Bankruptcy Judges**
  - Education Committee, 2021-2022

**Norton Institutes on Bankruptcy Law**
  - Norton Annual Survey of Bankruptcy Law, Contributing Editor, 2008-present
  - Norton Bankruptcy Law Adviser, Editorial Advisory Board, 2018-present
  - Norton Bankruptcy Law & Practice 3d Treatise, Contributing Editor, 2007-present
  - Norton Journal of Bankruptcy Law & Practice, Editorial Advisory Board, 2010-present

**Pro Se Bankruptcy Assistance Project d/b/a Access to Bankruptcy Court**
  - President, 2019-present
  - Secretary, 2016-2019

**State Bar of Michigan Business Law Section Debtor/Creditor Rights Committee**
  - Vice-Chair, 2016-present

**Turnaround Management Association**
  - Michigan Chapter President, 2013-2014
  - Michigan Chapter Board of Directors, 2010-2016
  - TMA Global NextGen Leadership Committee, 2013-2014

**HONORS & AWARDS:**
- **American Bankruptcy Institute 40 Under 40 Award**, 2017 (Inaugural Class)
- **American Bankruptcy Institute Committee Leader of the Year Award**, 2017
- **American Bankruptcy Law Journal Award**, 2007
- **American Bar Association Business Bankruptcy Committee Kathryn R. Heidt Award**, 2013
- **dBusiness Top Lawyers**, 2013, 2015, 2016, 2018, 2019, 2020
- **dBusiness Top Young Lawyer**, 2013
- **Federal Bar Association for the Eastern District of Michigan Chapter Recognition Award**, 2022
- **Michigan Lawyers Weekly Up & Coming Lawyer**, 2011
- **Michigan Super Lawyer**, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022 (Top 100)
- **Michigan Super Lawyers Rising Star**, 2011, 2012

**BOOKS:**
- *Michigan Security Interests in Personal Property*, The Institute of Continuing Legal Education (2017) (co-author).

- *Representing the Creditors' Committee: A Guide for Practitioners*, American Bankruptcy Institute (2016) (co-author).

- *Credit-Bidding in Bankruptcy: A Guide for Lenders, Creditors and Distressed-Debt Investors*, American Bankruptcy Institute (2015) (co-author).

- *The Bankruptcy Claims Handbook*, American Bar Association (2013) (co-author).

- *Strategic Alternatives for Distressed Business*, ThomsonReuters (2008) (co-author).

- *Norton Bankruptcy Law & Practice, 2d.*, Thomson Reuters (2008) (co-author).

**PUBLICATIONS:**
- *The New Michigan Uniform Assignment of Rents Act*, THE MICHIGAN BUSINESS LAW JOURNAL, 42 MI. Bus. L.J. 33 (2022) (co-author).

- *Recent Developments in Section 503 - Administrative Expenses*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2022 Ann. Surv. of Bankr.Law 20 (2022) (co-author).

- *"The Great Unsettled Question": Third-Party Releases Deemed Impermissible in Purdue*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 41-FEB Am.Bankr.Inst.J. 12 (2022).

- *Michigan Dramatically Expands Existing Receivership Law with the Enactment of The Receivership Act*, THE MICHIGAN BUSINESS LAW JOURNAL, 41 MI. Bus. L.J. 15 (2021) (co-author).

- *Ten Years Later, Access to Bankruptcy Court Has Never Been More Important*, THE MICHIGAN BUSINESS LAW JOURNAL, 41 MI. Bus. L.J. 22 (2021).

- *Recent Developments in Section 503 - Administrative Expenses*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2021 Ann. Surv. of Bankr.Law 591 (2021) (co-author).

- *City of Chicago v. Fulton: Supreme Court Rules that Passive Retention of Estate Property Does Not Violate the Automatic Stay*, JOURNAL OF BANKRUPTCY LAW & PRACTICE, 30 No. 2 J. Bankr. L. & Prac. 6, Art. 2 (2021) (co-author).

- *The Next Wave of PPP Litigation: Use of PPP Funds in Chapter 11*, NORTON BANKRUPTCY LAW ADVISER, 2020 No. 8 Norton Bankr. L. Adviser 1 (2020) (co-author).

- *Recent Developments in Section 503 - Administrative Expenses & Key Employee Retention, Incentive and Severance Plans*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2020 Ann. Surv. of Bankr.Law 19 (2020) (co-author).

- *The Nuts and Bolts of the Structured Dismissal of a Chapter 11 Case*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 39-MAY Am.Bankr.Inst.J. 12 (2020) (co-author).

- *The New Small Business Bankruptcy Law: What You Need to Know*, THE MICHIGAN BUSINESS LAW JOURNAL, 39 MI. Bus. L.J. 38 (2019) (co-author).

- *Eleventh Circuit Highlights Difficulty of Obtaining Sanctions for Discharge Violations Post-Taggart*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 38-NOV Am.Bankr.Inst.J. 6 (2019).

- *Still the Same: Direct Payments In Chapter 13 Are "Payments Under the Plan"*, NORTON BANKRUPTCY LAW ADVISER, 2019 No. 10 Norton Bankr. L. Adviser 1 (2019).

- *Border Control: The Enforceability of Contractual Restraints on Bankruptcy Filings*, ABA BUSINESS LAW TODAY (2019).

- *You Never Give Me Your Money: Tenancy by the Entireties in Michigan*, THE MICHIGAN BUSINESS LAW JOURNAL, 39 MI. Bus. L.J. 35 (2019).

- *Recent Developments in Section 503 - Administrative Expenses & Key Employee Retention, Incentive and Severance Plans*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2019 Ann. Surv. of Bankr.Law 20 (2019) (co-author).

- *Passive Retention of Impounded Vehicles Violates the Automatic Stay*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 38-AUG Am.Bankr.Inst.J. 6 (2019).

- *Sovereign Immunity Shields Native American Tribe From Fraudulent Transfer Liability*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 38-MAY Am.Bankr.Inst.J. 6 (2019).

- *First Circuit Addresses BAPCPA Stay Termination for Repeat Filers*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 38-FEB Am.Bankr.Inst.J. 6 (2019).

- *Second Circuit Affirms Dismissal of Involuntary Bankruptcy Involving Two-Party Dispute*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 37-NOV Am.Bankr.Inst.J. 6 (2018).

- *Recent Developments in Section 503 - Administrative Expenses*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2018 Ann. Surv. of Bankr.Law 21 (2018) (co-author).

- *Purchase of Unsecured Claims to Defeat Confirmation Does Not Constitute Bad Faith*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 37-AUG Am.Bankr.Inst.J. 6 (2018).

- *The New Michigan Domestic Asset Protection Trust Statute and its Impact on Fraudulent Transfer Law*, THE MICHIGAN BUSINESS LAW JOURNAL, 38 MI. Bus. L.J. 24 (2018) (co-author).

- *Statutory Commission for Chapter 7 Trustees Must be Awarded Absent Exceptional Circumstances*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 37-MAY Am.Bankr.Inst.J. 6 (2018).

- *Eleventh Circuit Adopts Totality of Circumstances Standard for Judicial Estoppel*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 37-FEB Am.Bankr.Inst.J. 6 (2018).

- *Ninth Circuit Holds that a Sale Under Section 363(f) Strips Tenants of their 365(h) Rights*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 36-NOV Am.Bankr.Inst.J. 6 (2017).

- *Physical Possession of Goods is Required for an Administrative Expense Under Section 503(b)(9)*, ABI UNSECURED TRADE CREDITORS COMMITTEE NEWSLETTER, Vol. 15, No. 4 (2017).

- *Sixth Circuit Court of Appeals Holds That A Perfected Assignment of Rents Enforced Pre-Petition Excludes Such Rents From Being Property of the Bankruptcy Estate*, THE MICHIGAN BUSINESS LAW JOURNAL, 37 MI. Bus. L.J. 37 (2017) (co-author).

- *Bankruptcy Courts Lack Constitutional Authority to Approve Third Party Releases*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 36-AUG Am.Bankr.Inst.J. 6 (2017).

- *Recent Developments in Section 503 - Administrative Expenses & Key Employee Retention, Incentive and Severance Plans*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2017 Ann. Surv. of Bankr.Law 699 (2017) (co-author).

- *Sixth Circuit Addresses Good Faith and Mere Conduit Fraudulent Transfer Defenses*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 36-MAY Am.Bankr.Inst.J. 6 (2017).

- *Ninth Circuit Extends Barton Doctrine to Unsecured Creditor Committee Members*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 36-FEB Am.Bankr.Inst.J. 6 (2017).

- *Ninth Circuit Holds that Costs of Juvenile Detention Can be Discharged*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 35-NOV Am.Bankr.Inst.J. 6 (2016).

- *Recent Developments in Section 503 - Administrative Expenses & Key Employee Retention, Incentive and Severance Plans*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2016 Ann. Surv. of Bankr.Law 507 (2016) (co-author).

- *Circuit Split: Dischargeability of Tax Debts on Late Filed Returns*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 35-AUG Am.Bankr.Inst.J. 6 (2016).

- *Seventh Circuit: $10,000 Book of Mormon Bible is An Exempt Asset*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 35-MAY Am.Bankr.Inst.J. 6 (2016).

- *Third Circuit Weighs Factors for Granting A Stay Pending Appeal*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 35-FEB Am.Bankr.Inst.J. 6 (2016).

- *Sixth Circuit Holds That Substantial Contribution Claims are Available in Chapter 7*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 34-DEC Am.Bankr.Inst.J. 10 (2015).

- *Tenth Circuit Holds That Recharacterization Remedy Survives Recent Supreme Court Rulings*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 34-OCT Am.Bankr.Inst.J. 6 (2015).

- *Recent Developments in Section 503 - Administrative Expenses*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2015 Ann. Surv. of Bankr.Law 661 (2015) (co-author).

- *Puerto Rico's Municipal Restructuring Law Ruled Unconstitutional*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 34-SEP Am.Bankr.Inst.J. 26 (2015) (co-author).

- *Fifth Circuit Rejects Retrospective "Actual Benefit" Standard for Reviewing Attorney Fees*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 34-AUG Am.Bankr.Inst.J. 6 (2015).

- *Victory Through Application of "Hypothetical" Test*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 34-JUN Am.Bankr.Inst.J. 8 (2015).

- *Mistakenly Filed Termination Statement Is Effective to Terminate Security Interest in $1.5 Billion Loan*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 34-APR Am.Bankr.Inst.J. 8 (2015).

- *Courts Lack Jurisdiction to Determine Tax Refund Claims Brought by Liquidating Trustees*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 34-FEB Am.Bankr.Inst.J. 10 (2015).

- *Not for Sale: An Approach to the Approval of Chapter 7 Discharge Settlements by Trustees*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 33-OCT Am.Bankr.Inst.J. 14 (2014) (co-author).

- *Sixth Circuit Clarifies Standard for When a Cause of Action Becomes Property of the Estate*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 33-NOV Am.Bankr.Inst.J. 6 (2014).

- *Is the Unfinished Business Rule Finished? Recent Decisions May Close the Book on Hourly Matters*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 33-SEP Am.Bankr.Inst.J. 12 (2014).

- *Recent Developments in Section 503 - Administrative Expenses & Key Employee Retention, Incentive and Severance Plans*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2014 Ann. Surv. of Bankr.Law 617 (2014) (co-author).

- *Eighth Circuit Addresses Subsequent New Value Defense in Tri-Party Relationships*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 33-AUG Am.Bankr.Inst.J. 8 (2014).

- *When the Third Circuit Speaks, Trade Creditors Should Listen: Takeaways on Subsequent New Value from* In re Friedman's, NACM BUSINESS CREDIT (2014) (co-author).

- *Fisker Court Limits Secured Creditor's Right to Credit Bid*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 33-MAY Am.Bankr.Inst.J. 8 (2014).

- *Third Circuit Clarifies Impact of Section 502(d) On Claims Trading in In re KB Toys Inc.*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 33-FEB Am.Bankr.Inst.J. 8 (2014).

- *Retooling for Chapter 9: How is Chapter 9 Different from Chapter 11?*, THE JOURNAL OF CORPORATE RENEWAL, Vol. 26, No. 9, 16 (2013) (co-author).

- *The Belly of the Beast: Law Firm Insolvencies, Unfinished Business and Jewel-Waivers*, ABA BUSINESS LAW TODAY, 2013-AUG BUSLT 1 (2013) (co-author).

- *Recent Developments in Section 503 - Administrative Expenses & Key Employee Retention, Incentive and Severance Plans*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2013 Ann. Surv. of Bankr.Law 25 (2013) (co-author).

- *Circuit Split Regarding Whether the Holder Of An Unstayed State Court Judgment Can Be a Petitioning Creditor in an Involuntary Case*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 32-AUG Am.Bankr.Inst.J. 54 (2013) (co-author).

- *A Guide to Chapter 9 of the Bankruptcy Code: What You Need to Know*, CRAIN'S DETROIT BUSINESS (2013) (co-author).

- *The (Heightened) Requirements for Chapter 7 Trustees to Retain Their Own Law Firms*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 32-JULY Am.Bankr.Inst.J.30 (2013) (co-author).

- *Coming Soon to a State Near You: What You Should Know About the New Revisions to Article 9*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 32-JUNE Am.Bankr.Inst.J. 32 (2013).

- *Statutory Cap on Lease Termination Claims Does Not Preclude Additional Claims by a Landlord for Maintenance and Repair Damages*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 32-MAY Am.Bankr.Inst.J. 8 (2013).

- *When Can Indirect Benefits Constitute Reasonably Equivalent Value in Fraudulent Transfer Actions?*, THE MICHIGAN BUSINESS LAW JOURNAL, 33 MI. Bus. L.J. 31 (2013) (co-author).

- *California Bankruptcy Court Analyzes Eligibility Requirements to be a Chapter 9 Debtor*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 32-FEB Am.Bankr.Inst.J. 8 (2013).

- *Res Judicata Bars Avoidance Actions Against Estate Professionals Where Pre-Petition Transfers Are Properly Disclosed*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 31-SEP Am.Bankr.Inst.J. 46 (2012) (co-author).

- *You Can't Take Them With You: Coudert Brothers and the Application of the Unfinished Business Rule to Dissolved Law Firms*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 31-AUG Am.Bankr.Inst.J. 14 (2012) (co-author).

- *Recent Developments in Section 503 - Administrative Expenses*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2012 Ann. Surv. of Bankr.Law 25 (2012) (co-author).

- *What Can Your Operating Agreement Do For You?: Navigating the Intersection of Bankruptcy & LLC Law*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 31-JUL Am.Bankr.Inst.J. 24 (2012) (co-author).

- *Who Is A "Transferee" Under Section 550(a) of the Bankruptcy Code? - The Divide Over Dominion, Control and Good Faith in Applying the Mere Conduit Defense*, JOURNAL OF BANKRUPTCY LAW & PRACTICE, 21 J. Bankr. L. & Prac. 6, Art. 1 (2012) (co-author).

- *If You Build It... What You Should Know About Mechanic's Liens in Bankruptcy*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 30-OCT Am.Bankr.Inst.J. 14 (2011) (co-author).

- *Recent Developments in Section 503 - Administrative Expenses*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2011 NRTN-ASBL 26 (2011) (co-author).

- *When Timing is Everything: Treatment of Consignment Agreements in Bankruptcy*, ABI UNSECURED TRADE CREDITORS COMMITTEE NEWSLETTER, Vol. 9, No. 3 (2011).

- *State Courts Have Concurrent Jurisdiction to Interpret § 363 Sales Orders*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 30-JUN Am.Bankr.Inst.J. 26 (2011) (co-author).

- *A Hot Issue – Does Electricity Constitute "Goods" Under the Bankruptcy Code?*, JOURNAL OF BANKRUPTCY LAW & PRACTICE, 20 J. Bankr. L. & Prac. 3, Art. 3 (2011).

- *A Split in the Case Law: Does BAPCPA's Small Dollar Venue Restriction Apply to Preference Actions?*, AMERICAN BANKRUPTCY INSTITUTE JOURNAL, 29-JAN Am.Bankr.Inst.J. 26 (2010) (co-author).

- *Is it Still New Value? – Application of § 503(b)(9) to the Subsequent New Value Defense*, JOURNAL OF BANKRUPTCY LAW & PRACTICE, 19 J. Bankr. L. & Prac. 4, Art. 7 (2010) (co-author).

- *Recent Developments in Section 502(d) - Does 502(d) Apply to Administrative Expenses*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2010 Ann. Surv. of Bankr.Law 24 (2010).

- *Recent Developments in Section 503 - Administrative Expenses*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2010 Ann. Surv. of Bankr.Law 25 (2010) (co-author).

- *Does § 502(d) Apply to Administrative Expenses? - The Second Circuit Joins the Debate In In re Ames*, JOURNAL OF BANKRUPTCY LAW & PRACTICE, 18 J. Bankr. L. & Prac. 6, Art. 4 (2009).

- *Of Claims, Planes & Automobiles - An Update on § 503(b)(9) and Reclamation Claims*, ABA SECTION OF BUSINESS LAW BUSINESS BANKRUPTCY NEWSLETTER (2009) (co-author).

- *Recent Developments in Section 503 - Administrative Expenses*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2009 Ann. Surv. of Bankr.Law 28 (2009) (co-author).

- *Key Employee Retention Plans Under BAPCPA: Is There Anything Left?*, JOURNAL OF BANKRUPTCY LAW & PRACTICE, 17 J. Bankr. L. & Prac. 1 Art 4 (2008).

- *Recent Developments in Section 503 - Allowance of Administrative Expenses*, NORTON ANNUAL SURVEY OF BANKRUPTCY LAW, 2008 Ann. Surv. of Bankr.Law 27 (2008) (co-author).

- *A Primer on BAPCPA's Small Business Bankruptcy Provisions*, NORTON BANKRUPTCY LAW ADVISER, 2007 No. 9 Norton Bankr. L. Adviser 1 (2007).

- *Small Business Provisions Under BAPCPA*, Journal of Bankruptcy Law & Practice, 16 J. Bankr. L. & Prac. 3 Art. 1 (2007).

**SPEAKING ENGAGEMENTS:**

- *Third-Party Releases in Chapter 11 Bankruptcy*, Seventy-Sixth Judicial Conference of the Sixth Circuit Court of Appeals (2022).

- *The New Michigan Uniform Assignment of Rents Act,* State Bar of Michigan Webinar (2022).

- *Circuit Splits: Split Open and Melt*, Federal Bar Association Western District of Michigan Bankruptcy Seminar (2022).

- *Equitable Mootness: What Should the Law Be?*, American Bankruptcy Institute Annual Spring Meeting (2022).

- *All Things Bankruptcy Legislative Update*, Hon. Steven W. Rhodes Consumer Bankruptcy Conference (2021).

- *Receiverships*, Federal Bar Association Western District of Michigan Bankruptcy Seminar (2021).

- *The New Normal in the Bankruptcy Court*, Federal Bar Association Eastern District of Michigan Webinar (2021).

- *Lessons Learned: The Demise of Art Van and Loves Furniture*, Turnaround Management Association Webinar (2021).

- *Barfly Ventures Bankruptcy: A Case Study*, Turnaround Management Association Webinar (2021).

- *Hot Topics with Bill Rochelle*, American Bankruptcy Institute Winter Leadership Conference (2020).

- *Michigan's "New Expanded" Receivership Act*, State Bar of Michigan Business Law Section, Debtor/Creditors Rights Committee (2020).

- *Chapter 11 in the Era of COVID-19*, Federal Bar Association Western District of Michigan Bankruptcy Seminar (2020).

- *Insolvency Issues In the Wake of COVID-19 and The CARES Act*, Federal Bar Association Eastern District of Michigan Webinar (2020).

- *A Deep Dive on Important Bankruptcy Cases*, Hon. Steven W. Rhodes Consumer Bankruptcy Conference (2019).

- *Eye on Bankruptcy*, American Bankruptcy Institute Webinar (2019).

- *Enigmatic Exemptions Explained*, Federal Bar Association Western District of Michigan Bankruptcy Seminar (2019).

- *Tempnology: Trademark Agreements and the Consequences of Rejection*, American Bankruptcy Institute Webinar (2019).

- *Assume? Reject? Assign? Ride Through? Jump Around?*, Federal Bar Association Western District of Michigan Bankruptcy Seminar (2018).

- *The Tightrope Walk of Asset Protection Planning*, MICPA Management Information and Business Conference (2018).

- *Getting Paid and Avoiding Disgorgement*, American Bankruptcy Institute Central States Bankruptcy Workshop (2018).

- *Contracting Away the Code: The Enforceability of Pre-Bankruptcy Agreements*, American Bar Association Business Law Section Spring Meeting (2018).

4862-7050-6270.v1

- ***Advanced Chapter 11 Issues***, Federal Bar Association Western District of Michigan Bankruptcy Seminar (2017).

- ***Energy Case Studies***, American Bankruptcy Institute Central States Bankruptcy Workshop (2017).

- ***Bankruptcy Fundamentals***, Eastern District of Michigan Consumer Bankruptcy Association (2017).

- ***The New Michigan Domestic Asset Protection Trust Act***, State Bar of Michigan Business Law Section, Debtor/Creditors Rights Committee (2017).

- ***Discharging "Unknown" Claims***, National Conference of Bankruptcy Judges (2016).

- ***Recent Developments in 363 Sales***, Norton Bankruptcy Litigation Institute - Las Vegas (2016).

- ***Litigation of Professional Fees***, Norton Bankruptcy Litigation Institute - Las Vegas (2016).

- ***Current Issues Regarding Objections to Discharge in Chapter 7 Cases***, Hon. Steven W. Rhodes Consumer Bankruptcy Conference (2015).

- ***Not for Profit and Religious Bankruptcies***, American Bankruptcy Institute Midwestern Bankruptcy Institute (2015).

- ***Loan-to-Own and Other § 363 Bidding and Acquisition Strategies***, American Bankruptcy Institute Central States Bankruptcy Workshop (2015).

- ***Is There a Need for Venue Reform in Chapter 11?***, American Bankruptcy Institute Webinar (2015).

- ***Supreme Court Case Law Update***, American Bankruptcy Institute Memphis Consumer Bankruptcy Conference (2015).

- ***Supreme Court Consumer Bankruptcy Decisions***, American Bankruptcy Institute Media Teleconference (2015).

- ***The Legal Fight for the Future of Detroit***, Turnaround Management Association Spring Conference (2015).

- ***One City at a Time: The Role and Increasing Presence of Chapter 9 Municipal Bankruptcies***, Campbell University Law School Symposium (2014).

- ***(Almost) Everything You Wanted To Know About … Executory Contracts***, National Conference of Bankruptcy Judges (2014).

- ***Bankruptcy 101***, Turnaround Management Association, Michigan Chapter (2014).

- ***Non-Profit Chapter 11's***, Norton Institutes Western Mountains Bankruptcy Law Seminar (2014).

- ***Municipal Bankruptcy and Recent Developments in Chapter 9***, Norton Institutes Western Mountains Bankruptcy Law Seminar (2014).

- ***The Intricacies of Section 363 Sales***, American Bankruptcy Institute Central States Bankruptcy Workshop (2014).

- ***Supreme Court Case Law Update***, American Bankruptcy Institute Memphis Consumer Bankruptcy Conference (2014).

- ***Chapter 9: The Detroit Case***, Turnaround Management Association Great Lakes Regional Conference (2014).

- ***Representing Creditors in Wilmington and Manhattan: An Outsider's Primer to Litigating in America's Busiest Bankruptcy Courts***, American Bankruptcy Institute Webinar (2014).

- ***Live to Negotiate Another Day***, Turnaround Management Association Senate Conference (2014).

9

- ***The Impact of Section 503(b)(9) on the Subsequent New Value Preference Defense***, American Bankruptcy Institute Webinar (2013).

- ***Supreme Court Case Law Update***, American Bankruptcy Institute Memphis Consumer Bankruptcy Conference (2013).

- ***All That You Can't Leave Behind: Law Firm Insolvencies, the Unfinished Business Rule and its Impact on Business Lawyers***, American Bar Association Business Law Section Spring Meeting (2013).

- ***Recent Developments in Preference Litigation***, Norton Bankruptcy Litigation Institute - Las Vegas (2013).

- ***Substantive Consolidation of Bankruptcy Cases***, Norton Bankruptcy Litigation Institute - Las Vegas (2013).

- ***Fraudulent Transfer Law: Should It Be Changed?***, State Bar of Michigan Business Law Section, Debtor/Creditors Rights Committee (2013).

- ***Complex Bankruptcy Litigation in the Wake of Stern v. Marshall***, West Legal Ed Teleseminar (2012).

- ***Tropical Storm TOUSA: Has the 11th Circuit Burst Lending to Distressed Borrowers on the Bubble?***, National Conference of Bankruptcy Judges (2012).

- ***Examining Litigation Surrounding the Dissolution of a Distressed Law Firm***, American Bankruptcy Institute Webinar (2012).

- ***Recent Developments in Claims & Preference Litigation***, Norton Bankruptcy Litigation Institute - Las Vegas (2012).

- ***Bankruptcy Jurisdiction, Withdrawal & Abstention***, ICLE Basic Litigation in Bankruptcy Court Seminar (2012).

- ***Goldilocks and the Three Fraudulent Transfer Defenses: Can Good Faith, Mere Conduit or In Pari Delicto be the Perfect Size?***, National CLE Conference, Snowmass, Colorado (2012).

- ***Everything You Prefer to Avoid: What You <u>Really</u> Should Know About Fraudulent Transfers, Preferences and Avoidance Actions***, National Conference of Bankruptcy Judges (2011).

- ***Iqbal & Twombly: Application of the Heightened Pleading Standard in Bankruptcy Adversary Proceedings***, National CLE Conference, Vail, Colorado (2011).

- ***Bankruptcy & Reorganization: What You Need to Know***, Michigan Association of Certified Public Accountants' Automotive, Construction Industry & Controllership Conference (2010).

- ***Bankruptcy Pleading Standards After Twombly and Iqbal***, State Bar of Michigan Business Law Section, Debtor/Creditors Rights Committee (2010).

- ***Representing Unsecured Creditors' Committees***, Turnaround Management Association, Michigan Chapter (2010).