Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**MARCH 2, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    March 2, 2023, at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable Judge Michael E. Wiles
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom 617
New York, New York 10004

Hearing Attendance Instructions:    This will be a hybrid hearing. Individuals attending in person may report to room 615. In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will also be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Copies of Motions:     A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I. Matters Going Forward

1. **Chapter 11 Plan.** Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 852].

    Objection Deadline: February 22, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Objection to Notice of Motion [Docket No. 917].

    B. Objection by Federal Trade Commission to Debtors' Third Amended Joint Plan [Docket No. 1042].

    C. Objection of the U.S. Securities and Exchange Commission to Final Approval of the Adequacy of the Debtors' Disclosure Statement and Confirmation of the Chapter 11 Plan [Docket No. 1047].

    D. Omnibus Objection of the Reorganized Debtors to Request for Allowance and Payment of Administrative Expense Claims of Certain Former Officers and Directors [Docket No. 1049].

    E. Objection of the Ad Hoc Group of Equity Holders to Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1050] and Supplemental Objection of the Ad Hoc Group of Equity Holders to Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1097].

    F. Objection of the New York State Department of Financial Services to Debtors' Third Amended Plan [Docket No. 1051].

    G. New York State Office of the Attorney General's Joinder to Objection of the New York State Department of Financial Services to Debtors' Third Amended Plan [Docket No. 1052].

    H. Notice of Filing of Objection of Unsecured Creditors to 1) Debtors' Motion for Final Order Approving the Amended Purchase

        Agreement and Amended Disclosure Statement with Respect to the Appropriateness of Third Party Releases, 2) the Inadequacy of the Plan to Meet the Bankruptcy Fair and Equitable Standard for the Outcome of VGX, and 3) the Appointment of the Proposed Wind down Trustee, Legal Counsel and Existing UCC Members. [Docket No. 1059].

I.     Letter to Judge Wiles in re: In Support of the FTC Objection to the Debtors Third Amended Joint Plan [Docket No. 1060].

J.     Objection to Disclosure Statements and Plan, with Motion To: 1) Remove Existing Debtor and UCC Leadership, and Their Appointees for Administration of Wind down Trust, in Lieu of UST Appointed Trustee 2) Classify Debtor Creditors as Fraud Victims for Relief Under IRS Revenue Ruling 2009-9 3) Remove All Releases for Debtors and 3rd Parties [Docket No. 1061].

K.     Letter to Judge Wiles [Docket No. 1063].

L.     Letter to Judge Wiles [Docket No. 1066].

M.     Objection to Claim Amounts [Docket No. 1069].

N.     Objection to Claim Amounts [Docket No. 1070].

O.     Motion/Statement to the Court [Docket No. 1072].

P.     Objection to Plan Confirmation [Docket No. 1078].

Q.     Motion of Fraud and Deceptive Practices by Counsel and Voyager Digital Holdings, Inc. et al,. [Docket No. 1082].

R.     Objection of the United States Trustee to Final Approval of Second Amended Disclosure Statement and to Confirmation of Third Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1085].

S.     Objection of the Texas State Securities Board and the Texas Department of Banking to Final Approval of the Adequacy of the Debtors' Disclosure Statement and Confirmation of the Chapter 11 Plan [Docket No. 1086].

T.     The New Jersey Bureau of Securities' Limited Objection to Final Approval of the Adequacy of Disclosures in the Debtors' Second Amended Disclosure Statement and Confirmation of the Third Amended Joint Plan [Docket No. 863] and Joinder To: 1) Objection of the U.S. Securities and Exchange Commission to Final Approval

of the Adequacy of the Debtors' Disclosure Statement and Confirmation of the Chapter 11 Plan [Docket No. 1047]; and 2) Objection of the Texas State Securities Board and the Texas Department of Banking to Final Approval of the Adequacy of the Debtors' Disclosure Statement and Confirmation of the Chapter 11 Plan. [Docket No. 1087].

Related Documents:

U.  Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 17].

V.  First Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 287].

W.  Disclosure Statement Relating to the First Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 288].

X.  Notice of Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (Iv) Certain Dates with Respect Thereto [Docket No. 289].

Y.  Second Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 496].

Z.  First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 498].

AA. Second Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 539].

BB. First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 540].

CC. Notice of Filing of Exhibits to the First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Voyager

Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 547].

DD. Notice of Filing of the Revised Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates With Respect Thereto [Docket No. 563]

EE. Second Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 564].

FF. First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 565].

GG. Second Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 584].

HH. First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Reorganization of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 585].

II. Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Notice Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (Iv) Certain Dates with Respect Thereto [Docket No. 586].

JJ. Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 590].

KK. First Amended Disclosure Statement Relating to the Second Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 591].

LL. Notice of Filing of Exhibits to the Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Docket No. 592].

MM. Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 777].

NN. Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 778].

OO. Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes, and (D) Procedures for Objections, and (IV) Granting Related Relief [Docket No. 779].

PP. Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 829].

QQ. Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 830].

RR. Notice of Filing of the Revised Order (I) Scheduling A Combined Disclosure Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections [Docket No. 834].

SS. Notice of Filing of the Revised Order (I) Scheduling A Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, and (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections [Docket No. 851].

TT. Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 852].

UU. Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its

Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 853].

VV. Order (I) Scheduling A Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections [Docket No. 861].

WW. Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 863].

XX. Notice of Filing of Plan Supplement [Docket No. 943].

YY. Notice of Filing of First Amended Plan Supplement [Docket No. 986].

ZZ. Notice of Filing of Second Amended Plan Supplement [Docket No. 1006].

AAA. Notice of Filing of Third Amended Plan Supplement [Docket No. 1035].

BBB. Declaration of Leticia Sanchez Regarding the Solicitation and Tabulation of Votes on the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1108].

CCC. Debtors' Memorandum of Law in Support of (I) Final Approval of the Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (II) an Order Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1110].

DDD. Declaration of Timothy R. Pohl, Independent Director and Member of the Special Committee of the Board of Directors of Voyager Digital, LLC, in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1111]

EEE. Declaration of Brian Tichenor in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And

                Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1113].

FFF.    Notice of Filing of Fourth Amended Plan Supplement [Docket No. 1115].

GGG.    Reservation of Rights by Voyager Digital Ltd., at the Direction of its Independent Director, Regarding Objections Filed by the Ad Hoc Group of Equity Holders [Docket No. 1116].

HHH.    Notice of Filing of Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1117].

III.    Declaration of Brian Tichenor in Support of Confirmation of the Third Amended Joint Plan of Voyager Digital Holdings, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1119].

JJJ.    Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1120].

**Status** This matter is going forward.

2.    ***UCC Objection to Claims.*** Ex Parte Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Filing of the Objection of the Official Committee of Unsecured Creditors to Proofs of Claim Nos. 11206, 11209, and 11213 and Exhibits in Support Thereof Under Seal and Granting Related Relief [Docket No. 938].

Objection Deadline: February 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

A.    Debtors' Objection to Proofs of Claim Nos. 11206, 11209 & 11213 of Alameda Ventures Ltd. [Docket No. 929].

B.    Objection of the Official Committee of Unsecured Creditors to Proofs of Claim Nos. 11206, 11209, and 11213 [Docket No. 936].

C.    Declaration of Joseph B. Evans in Support of the Objection of the Official Committee of Unsecured Creditors to Proofs of Claim Nos. 11206, 11209, and 11213 [Docket No. 937].

    D.    Order Granting in Part and Denying in Part Ex Parte Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Filing of the Objection of the Official Committee of Unsecured Creditors to Proofs of Claim Nos. 11206, 11209, and 11213 and Exhibits in Support Thereof Under Seal and Granting Related Relief [Docket No. 987].

    E.    Notice of Filing of Unredacted Objection of the Official Committee of Unsecured Creditors to Proofs of Claim Nos. 11206, 11209, and 11213 and Exhibits 10 and 11 in Support Thereof [Docket No. 998].

**Status**: This matter is going forward.

3. ***Equity Committee Motion.*** Letter to Judge Wiles [Docket No. 373].

Objection Deadline: December 1, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    A.    Statement of the United States Trustee Regarding Objection and Motion for Appointment of an Equity Committee and a Motion to Hold Directors Personally Liable [Docket No. 492].

Related Documents:

    B.    Notice of Hearing for Motions to Be Heard on September 29, 2022, at 2:00 P.M. [Docket No. 377].

    C.    Notice of Adjournment Re Docket No. 373 [Docket No. 444].

    D.    Letter dated September 30, 2022, to Judge Wiles in re: Recovery for Existing Shareholders [Docket No. 491].

    E.    Notice of Adjournment Re Docket Nos. 373 and 491 [Docket No. 500].

    F.    Notice of Adjournment Re Docket Nos. 373 and 491 [Docket No. 613].

    G.    Notice of Adjournment Re Docket Nos. 373 and 491 [Docket No. 682].

    H.    Notice of Adjournment of Certain Pleadings [Docket No. 887].

**Status**: This matter is going forward.

4. ***Extend Automatic Stay Motion.*** Debtors' Motion to Extend Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of

        Certain Pending Litigation Against the Debtors' Directors and Officers [Adv. Pro. 22-01133, Docket No. 3].

        <u>Objection Deadline</u>:  January 17, 2023, at 4:00 p.m. (prevailing Eastern Time).

        <u>Responses Received</u>:  None.

        <u>Related Documents</u>:

    A.    Declaration of Michael B. Slade in Support of the Debtors' Motion to Extend Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation Against the Debtors' Directors and Officers [Adv. Pro. 22-01133, Docket No. 2].

    B.    Notice of Hearing of the Debtors' Motion to Extend Automatic Stay Or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation Against the Debtors' Directors and Officers [Adv. Pro. 22-01133, Docket No. 4].

    C.    Notice of Adjournment of Debtors' Motion to Extend Automatic Stay Or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation Against the Debtors' Directors and Officers [Adv. Pro. 22-01133, Docket No. 8].

    D.    Notice of Adjournment of Debtors' Motion to Extend Automatic Stay Or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation Against the Debtors' Directors and Officers [Adv. Pro. 22-01133, Docket No. 19].

    E.    Notice of (I) Cancellation of the Hearing Scheduled for December 8, 2022, and (II) Adjournment of Matters Related Thereto [Adv. Pro. 22-01133, Docket No. 21].

    F.    Notice of Adjournment of Certain Pleadings [Adv. Pro. 22-01133, Docket No. 22].

        **<u>Status</u>**: This matter is going forward.

5.    ***Motion to Appoint Trustee.***  Motion for Appointment of a Chapter 11 Trustee [Docket No. 941].

        <u>Responses Received</u>:

    A.    Debtors' Omnibus Objection to Certain Motions Set for Hearing on March 2, 2023 [Docket No. 1076].

      B.      The Official Committee of Unsecured Creditors' Omnibus Objection to Motion Seeking Conversion or Appointment of a Chapter 11 Trustee [Docket No. 1077].

      Related Documents:

      C.      Letter to Judge Wiles [Docket No. 843].

      **Status**: This matter is going forward.

6.    *Motion for Return of Assets.* Motion for Order to Return Cryptocurrency Assets [Docket No. 944].

      Responses Received:

      B.      Debtors' Omnibus Objection to Certain Motions Set for Hearing on March 2, 2023 [Docket No. 1074].

      Related Documents:

      C.      Letter to Judge Wiles [Docket No. 854].

      D.      Letter to Judge Wiles [Docket No. 946].

      E.      Letter to Judge Wiles [Docket No. 947].

7.    *Pretrial Conference Summons.* Summons with Notice of Pretrial Conference [Adv. Pro. 22-01170, Docket No. 2].

      Responses Received: None.

      Related Documents:

      B.      Notice of Adjournment of Debtors' Summons with Notice of Pretrial Conference in an Adversary Proceeding [Adv. Pro. 22-01170, Docket No. 5].

      C.      Notice of Adjournment of Certain Pleadings [Docket No. Adv. Pro. 22-01170, Docket No. 6].

      **Status**: This matter is going forward.

## II.    Adjourned Matters

8.    *M3 Advisor Partners, LP Retention.* Application for Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of

    Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023 [Docket No. 1011].

Objection Deadline: February 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

A. Notice of Adjournment of Hearing on Application for Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023 [Docket No. 1071].

**Status**: This matter has been adjourned to March 23, 2023, at 11:00 a.m. (prevailing Eastern Time).

| | |
|---|---|
| Dated:  March 1, 2023<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          jsussberg@kirkland.com<br>                     cmarcus@kirkland.com<br>                     christine.okike@kirkland.com<br>                     allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |