Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING AMENDED SCHEDULE F AND SUPPLEMENTAL DEADLINE TO SUBMIT PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that, on September 15, 2022, the debtors and debtors in possession (the "Debtors") filed schedule F of their schedules of assets and liabilities ("Schedule F") in the United States Bankruptcy Court for the Southern District of New York (the "Court") pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, (the "Bankruptcy Code") and rule 1007(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule").

**PLEASE TAKE FURTHER NOTICE** that, on March 1, 2023, Debtor Voyager Digital Holdings, Inc. filed amendments to Schedule F ("Amended Schedule F") pursuant to Bankruptcy Rule 1009(a) and rule 1009-1 of the Local Rules of Bankruptcy Practice and Procedure of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rule"). Amended Schedule F shall be deemed included in the original schedules.

**PLEASE TAKE FURTHER NOTICE** that claimants who are affected as a result of Amended Schedule F must submit a proof of claim within forty-five (45) days from the date of service of this notice pursuant to the *Order (I) Setting Deadlines for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof* [Docket No. 218] (the "Bar Date Order").[2]

**PLEASE TAKE FURTHER NOTICE** that Stretto must actually receive your proof of claim forty-five (45) days from the date of service of this notice (the "Supplemental Bar Date"). FAILURE TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM ON OR BEFORE THE DEADLINE SET FORTH HEREIN WILL RESULT IN YOU BEING FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (A) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (B) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (C) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further amend or supplement, in their sole discretion, Amended Schedule F, any other schedules of assets and liabilities, or their statements of financial affairs filed in these chapter 11 cases, consistent with the Bankruptcy Code, Bankruptcy Rules, and Bar Date Order.

---

[2] Capitalized terms used but not otherwise defined herein have the same meaning as in the Bar Date Order.

**If you have any questions related to this notice, please call 855-473-8665 or 949-271-6507 for international callers. You may access Amended Schedule F, the Bar Date Order, other documents, and case information at https://cases.stretto.com/Voyager.**

| | |
|---|---|
| Dated: March 1, 2023<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:         jsussberg@kirkland.com<br>                    cmarcus@kirkland.com<br>                    christine.okike@kirkland.com<br>                    allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) | (Jointly Administered) |

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES**
**OF VOYAGER DIGITAL HOLDINGS, INC. (CASE NO. 22-10943)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

**Fill in this information to identify the case:**

**Debtor name:** Voyager Digital Holdings, Inc.

**United States Bankruptcy Court for the:** Southern District of New York

**Case number:** 22-10943

☑ **Check if this is an amended filing**

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** **List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: 
Priority amount: $0.00

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Voyager Digital LLC<br>33 Irving Place<br>3rd Floor<br>New York, NY 10003<br><br>**Date or dates debt was incurred**<br>Various Dates | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $26,274,919.31 |
| 3.2 | Voyager Digital Ltd.<br>33 Irving Place<br>3rd Floor<br>New York, NY 10003<br><br>**Date or dates debt was incurred**<br>10/1/2021 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,329,942.60 |
| 3.3 | Voyager Digital Ltd.<br>33 Irving Place<br>3rd Floor<br>New York, NY 10003<br><br>**Date or dates debt was incurred**<br>Various Dates | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,132,044.79 |

# Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____<br>☐ Not listed. Explain | |

# Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $34,736,906.70 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $34,736,906.70 |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Voyager Digital Holdings, Inc. |
| **United States Bankruptcy Court for the:** Southern District of New York |
| **Case number:** 22-10943 |

☑ **Check if this is an amended filing**

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 02/24/2023 | Stephen Ehrlich |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | /s/ Stephen Ehrlich |
| | Printed name |
| | Chief Executive Officer and Co-Founder of Voyager |
| | Position or relationship to debtor |