Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF AMENDED**
**JOINT STIPULATION AND AGREED ORDER**
**BETWEEN THE DEBTORS AND GOVERNMENTAL CLAIMANTS**

**PLEASE TAKE NOTICE** that on February 27, 2023, the above-captioned debtors and

debtors in possession (collectively, the "Debtors") filed the *Joint Stipulation and Agreed Order*

*Between the Debtors and Governmental Claimants* [Docket No. 1100] (the "Initial Stipulation").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file an amended

stipulation and agreed order attached hereto as **Exhibit A** (the "Amended Stipulation"),[2] which

adds the New York State Department of Financial Services as a Signatory Governmental Claimant

and amends and supersedes the Initial Stipulation in all respects.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC
(8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY
10003.

[2]    Capitalized terms used but not defined herein shall have the meanings set forth in the Amended Stipulation.

**PLEASE TAKE FURTHER NOTICE** that a comparison between the Initial Stipulation and the Amended Stipulation is attached hereto as **<u>Exhibit B</u>**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Initial Stipulation and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at <u>http://www.cases.stretto.com/Voyager</u>.  You may also obtain copies of any pleadings by visiting the Court's website at <u>http://www.nysb.uscourts.gov</u> in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank.]*

Dated:  March 1, 2023                    */s/ Joshua A. Sussberg*
New York, New York                       **KIRKLAND & ELLIS LLP**
                                         **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                         Joshua A. Sussberg, P.C.
                                         Christopher Marcus, P.C.
                                         Christine A. Okike, P.C.
                                         Allyson B. Smith (admitted *pro hac vice*)
                                         601 Lexington Avenue
                                         New York, New York 10022
                                         Telephone:     (212) 446-4800
                                         Facsimile:     (212) 446-4900
                                         Email:         jsussberg@kirkland.com
                                                        cmarcus@kirkland.com
                                                        christine.okike@kirkland.com
                                                        allyson.smith@kirkland.com

                                         *Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT A**

**Amended Stipulation**

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## JOINT STIPULATION AND AGREED ORDER
## BETWEEN THE DEBTORS AND GOVERNMENTAL CLAIMANTS

This stipulation and agreed order (this "Stipulation") is made this 1st day of March 2023 by each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the state and federal governmental entities signatory hereto (the "Signatory Governmental Claimants" and together with the Debtors, the "Parties").

### Recitals

WHEREAS, on July 5, 2022, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

WHEREAS, the Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, on August 3, 2022, the Court entered an order [Docket No. 218], which, among other things, set January 3, 2023, as the deadline by which a governmental unit, as defined in section 101(27) of the Bankruptcy Code, must file proofs of claim in these chapter 11 cases;

WHEREAS, on January 9, 2023, the Court entered an order approving that certain *Stipulation and Agreed Order Extending Governmental Bar Date for the States* [Docket No. 840] entered into by the Debtors and certain governmental units, which set January 17, 2023, as the revised deadline by which a governmental unit must file proofs of claim in these chapter 11 cases (the "Revised Governmental Bar Date");

WHEREAS, prior to the Revised Governmental Bar Date, the Signatory Governmental Claimants filed proofs of claim totaling approximately $60,922,000,000,[2] inclusive of unliquidated claims;

WHEREAS, on January 13, 2023, the Court entered the *Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots And Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections* [Docket No. 861], which conditionally approved the Debtors' disclosure statement [Docket No. 863] (the "Disclosure Statement") and approved certain solicitation and voting procedures (the "Solicitation and Voting Procedures") with respect to the *Third Amended Joint*

---

[2] The proofs of claim are numbers 11461, 11462, 11463, 11957, 11959, 11960, 11961, 11962, 11963, 12025, 12031, 12036, 12037, 12038, 12040, 12041, 12042, 12044, 12045, 12046, 12112, 12113, 12115, 12114, 12119, 12120, 12121, 12122, 12123, 12124, 12125, 12137 (collectively, the "Signatory Governmental Proofs of Claim" and the claims reflected therein are referred to as Signatory Governmental Claims).

*Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 826] (the "<u>Plan</u>");[3]

WHEREAS, the Solicitation and Voting Procedures established a deadline of February 22, 2023, at 4:00 p.m. (prevailing Eastern Time) for holders of Class 4A OpCo General Unsecured Claims, Class 4B HoldCo General Unsecured Claims, and Class 4C TopCo General Unsecured Claims to accept or reject the Plan;

WHEREAS, on February 10, 2023, the Debtors and certain Signatory Governmental Claimants filed the *Joint Stipulation and Agreed Order Between the Debtors and Governmental Claimants* [Docket No. 991] (the "<u>Voting Stipulation</u>"), pursuant to which, among other things, the Debtors and such Signatory Governmental Claimants agreed to temporarily allow such Signatory Governmental Claimants' claims as General Unsecured Claims against the applicable Debtors, each in the amount of $1.00, solely for purposes of voting on the Plan pursuant to rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>");

WHEREAS, on February 14, 2023, the Court entered an order approving the Voting Stipulation [Docket No. 1001];

WHEREAS, the Parties have determined that it is in their best interests to enter into this Stipulation agreeing to (a) subordinate any Allowed Signatory Governmental Claims (as set out in footnote 2) that are Allowed Class 4A OpCo General Unsecured Claims to (x) Allowed Class 3 Account Holder Claims, and (y) Allowed Class 4A OpCo General Unsecured Claims, *excluding* any Allowed Signatory Governmental Claims, until Holders of Allowed Class 3 Account Holder Claims receive payment in full, and (b) contribute any recoveries on account of any Allowed Signatory Governmental Claims that are Allowed Class 4B HoldCo General Unsecured Claims

---

[3]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

and Allowed Class 4C TopCo General Unsecured Claims to OpCo for distribution to Holders of

Allowed Class 3 Account Holder Claims until Holders of Allowed Class 3 Account Holder Claims

receive payment in full; and

WHEREAS, this Stipulation does not apply to any claims filed by governmental entities,

including the Signatory Governmental Claimants that are not listed in footnote 2 (i.e., claims filed

by the Signatory Governmental Claimants for taxes);

WHEREAS, the Debtors have discussed the relief requested in this Stipulation with the

Official Committee of Unsecured Creditors (the "Committee"), and the Committee is supportive

of the Debtors' entry into this Stipulation.

**NOW, IT IS THEREFORE STIPULATED AND AGREED, AND UPON
APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED
EFFECTIVE AS OF THE EFFECTIVE DATE HEREOF AS FOLLOWS:**

1.      The foregoing recitals are incorporated herein by reference.

2.      Any Allowed Signatory Governmental Claims that are Allowed Class 4A OpCo

General Unsecured Claims shall be subordinated to (x) Allowed Class 3 Account Holder Claims,

and (y) Allowed Class 4A OpCo General Unsecured Claims, *excluding* any Allowed Signatory

Governmental Claims, until Holders of Allowed Class 3 Account Holder Claims receive payment

in full.  Any claims filed by a governmental claimant that are not designated above as a Signatory

Governmental Claim are not covered by this subordination agreement.

3.      Any recoveries on account of Allowed Signatory Governmental Claims that are

Allowed Class 4B HoldCo General Unsecured Claims or Allowed Class 4C TopCo General

Unsecured Claims shall be contributed to OpCo for distribution to Holders of Allowed Class 3

Account Holder Claims until Holders of Allowed Class 3 Account Holder Claims receive payment

in full.  Any claims filed by a governmental claimant that are not designated above as a Signatory

Governmental Claim are not covered by this contribution agreement.

4.      Nothing in this Stipulation or the relief sought herein shall constitute or be deemed: (a) an admission as to the amount of, basis for, or validity of any Signatory Governmental Claims against a Debtor under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any Signatory Governmental Claims on any grounds; (c) a promise or requirement to pay any Signatory Governmental Claims; (d) an implication or admission that any particular claim is of a type specified or defined in this Stipulation or the Signatory Governmental Proofs of Claim or a finding that any particular claim is an administrative expense claim, other priority claim, or secured claim; (e) an admission as to the validity, priority, enforceability, or perfection of any lien (contractual, common law, statutory, or otherwise) on, security interest in, or other encumbrance on property of the Debtors' bankruptcy estates, and the rights of all parties in interest are expressly reserved to contest the extent, validity, priority, enforceability, or perfection or seek avoidance of any such lien; (f) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law, including without limitation to object to the Signatory Governmental Claims; (g) an assumption or rejection of an executory contract or unexpired lease under section 365 of the Bankruptcy Code; or (h) relief from the automatic stay of section 362(a) of the Bankruptcy Code to enforce or seek collection of any claim directly against the Debtors or the Debtors' bankruptcy estates.

5.      This Stipulation may be signed in counterparts and signatures may be delivered by fax or email, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.  Each Party who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party.

6.      This Stipulation constitutes the entire agreement between the Parties in respect of the subject matter hereof and shall not be modified, altered, amended, or vacated without the prior written consent of all Parties hereto.

7.      Nothing in this Stipulation shall be construed as an admission as to the merits of any Signatory Governmental Claims, and the Debtors and their related parties retain all defenses to any Signatory Governmental Claims.

8.      Nothing in this Stipulation shall be construed as a waiver of the validity, in part or in whole, of any claim filed by the Signatory Governmental Claimants, and this Stipulation in no way limits the amount of fines, penalties, restitution, damages, or any other recovery that the Signatory Governmental Claimants may seek in connection with any claims.

9.      Nothing in the Stipulation constitutes a waiver of any other rights under the Bankruptcy Code, including, without limitation, the right to object to approval of the Disclosure Statement or confirmation of the Plan; provided that the Signatory Governmental Claimants shall not be entitled to object to the Plan and Disclosure Statement on the basis of the treatment of the Signatory Governmental Claims as set forth in this Stipulation.

10.     Each Party agrees that this Stipulation shall not be used in any other proceeding for any purpose.

11.     Each of the Parties represents and warrants to the other Parties that it has: (a) entered into this Stipulation freely and voluntarily and with full knowledge of its significance; and (b) been represented by counsel of its own choice in the negotiation, drafting, and execution of this Stipulation.

12.     Notwithstanding anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), or

otherwise, the terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

13.    The Court shall retain exclusive jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.  Any request for relief brought before the Court to resolve a dispute arising from or related to this Stipulation, and the matters agreed to herein, shall be brought on proper notice and in accordance with the relevant Bankruptcy Rules and the Local Rules.

**IT IS SO ORDERED**.

New York, New York
Dated: _____, 2023

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

7

**STIPULATED AND AGREED TO THIS 1ST DAY OF MARCH, 2023:**

Dated:  March 1, 2023
New York, New York

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          jsussberg@kirkland.com
                cmarcus@kirkland.com
                christine.okike@kirkland.com
                allyson.smith@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

**Vermont Department of Financial Regulation**

 /s/Jennifer Rood
Jennifer Rood, Assistant General Counsel
Vermont Department of Financial Regulation
89 Main Street, Third Floor
Montpelier, Vermont 05620
(802)828-5672
Jennifer.rood@vermont.gov

**Claim Numbers Subject to Stipulation:**
12119, 12120

Dated:  Feb 17, 2023

*Stephen Bouchard*
Stephen Bouchard (Feb 17, 2023 16:33 EST)

Stephen Bouchard, Associate Commissioner for Securities
**District of Columbia Department of Insurance, Securities and Banking**
1050 1st Street, NE, 8th Floor
Washington, DC 20002
Telephone: 202-442-7800
Facsimile: 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
Email: stephen.bouchard@dc.gov

Claim Numbers Subject to Stipulation:

11957, 11961, 11963, 12025, 11962

Dated: February 22, 2023        **/s/Michael Kirwin**
                                Staff Attorney
                                New Hampshire Bureau of Securities Regulation
                                107 N. Main St., State House Rm. 204, Concord, NH 03301
                                Telephone: 603-271-1463
                                Facsimile: 603-271-7933
                                **Email: Michael.Kirwin@sos.nh.gov**

                                **Claim Numbers Subject to Stipulation**
                                12031, 12040

**Dated: February 21, 2023**    **/s/  Blake S. Kennedy**

**Office of the South Carolina Attorney General**
Securities Division
Blake S. Kennedy, Assistant Attorney General
P.O. Box 11549
Columbia, South Carolina 29211
Telephone: 803-734-3718
Facsimile: 803-734-3677
Email: BlakeKennedy@scag.gov

**Claim Numbers Subject to Stipulation:**
**12123/12124/12125**

Dated: February 17th, 2023

Gerri Kavanaugh
General Counsel
Oklahoma Department of Securities
204 North Robinson Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Telephone:  (405) 280-7700
Facsimile:  (405) 280-7742
Email:      gkavanaugh@securities.ok.gov

Claim Number Subject to Stipulation: 12122

Dated:  **February 21, 2023**          **/s/  Marvin E. Clements, Jr.**

**JONATHAN SKRMETTI**
Tennessee Attorney General and Reporter

Marvin E. Clements, Jr. (TN BPR 016031)
Senior Assistant Attorney General
Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202
Phone: (615) 741-1935
Fax: (615) 741-3334
Marvin.Clements@ag.tn.gov

*Attorney for Tennessee Department of Commerce
and Insurance*

**Claim Numbers Subject to Stipulation**
12041, 12042, 12044, TDC & I

Dated:  February 17, 2023         **/s/   Paul Kitchin**

                              Arizona Corporation Commission
                              Paul Kitchin, Director of Enforcement
                              1300 West Washington, 3rd Floor
                              Phoenix, Arizona 85007
                              Telephone: (602) 364-0790
                              Fax: (602) 714-8120
                              E-mail: pkitchin@azcc.gov

                              **Claim Numbers Subject to Stipulation**:
                              11959

Dated:  February 21, 2023        **/s/Andrew O. Schiff**
Assistant Attorney General
Alabama Securities Commission
445 Dexter Avenue—Suite 12000
Montgomery, Alabama 36104
(334) 242-2984
(334) 242-0240 (fax)
andrew.schiff@asc.alabama.gov

**Claim Number Subject to Stipulation:**
12114

*Counsel to the Alabama Securities Commission*

Dated:  February 16, 2023

Attorney General
ROBERT W. FERGUSON

/s/ *Stephen S. Manning*
STEPHEN S. MANNING, WSBA #36965
Assistant Attorney General
Office of the Attorney General
Government Compliance & Enforcement Div.
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
Stephen.manning@atg.wa.gov
GCEEF@atg.wa.gov

*Counsel for Washington State
Department of Financial Institutions*

**Claims Subject to Stipulation**
12045

Dated: February 22, 2023

/s/ Jordan Esbrook
JORDAN ESBROOK
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building, 2nd Floor
1305 East Walnut Street
Des Moines, Iowa 50319
Telephone: 515-281-8159
Email: jordan.esbrook@ag.iowa.gov

**Claim Number Subject to Stipulation:**
12121

Dated:  February 22, 2023                 /s/ Keola L. Fong
Honolulu, Hawaii                          Keola L. Fong
                                          State of Hawaii
                                          Department of Commerce and Consumer Affairs
                                          Securities Enforcement Branch
                                          335 Merchant Street, Suite 205
                                          Honolulu, Hawaii 96813
                                          Telephone:      (808) 586-2740
                                          Facsimile:      (808) 586-3977
                                          Email:          kfong@dcca.hawaii.gov

                                          **Claim Number(s) Subject to Stipulation**:  12137

                                          *Counsel to Claimant State of Hawaii, Department of
                                          Commerce and Consumer Affairs, Securities Enforcement
                                          Branch*

Dated:  February 22, 2023

**/s/Michael D. Morris**

**Wisconsin Department of Financial Institutions**
 **By: Michael D. Morris, Assistant Attorney General**
**Wisconsin Department of Justice**
**17 W. Main Street**
**Madison, Wisconsin 53707**
**Telephone: (608) 266-3936**
**Email: morrismd@doj.state.wi.us**
**Claim Number Subject to Stipulation:**

  12046

Dated:  February 23, 2023              */s/ Jeffrey Bernstein*
New York, New York                     **McELROY, DEUTSCH, MULVANEY**
                                       **& CARPENTER, LLP**
                                       Jeffrey Bernstein, Esq.
                                       Virginia T. Shea, Esq.
                                       570 Broad Street, Suite 1500
                                       Newark, NJ 07102
                                       Telephone:  (973) 565-2183
                                       Facsimile:  (973) 622-5314
                                       Email:        jbernstein@mdmc-law.com
                                                       vshea@mdmc-law.com

                                       *Counsel for the New Jersey Bureau of Securities*


                              **Claim Numbers Subject to Stipulation:**

                              **12036, 12037 and 12038**

Dated: February 24, 2023,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Abigail R. Ryan*
ABIGAIL R. RYAN
Texas State Bar No. 24035956
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
ROMA N. DESAI
S.D.N.Y. Bar Number RD8227
Texas Bar No. 24095553
AUTUMN D. HIGHSMITH
Texas Bar No. 24048806
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
jason.binford@oag.texas.gov
layla.milligan@oag.texas.gov
abigail.ryan@oag.texas.gov

ATTORNEYS FOR THE TEXAS DEPARTMENT OF
BANKING AND THE TEXAS STATE SECURITIES
BOARD

**Claims Subject to Stipulation:**
11461, 11462, 11463, 11960

TEXAS'S SIGNATURE BLOCK FOR THE SUBORDINATION STIPULATION

15

Dated: March 1, 2023              /s/ **Linda Donahue**
                                  **Linda Donahue**
                                  Deputy General Counsel for Litigation
                                  New York State Department of Financial Services
                                  One State Street, 20th Fl.,
                                  New York, NY 10004-1511
                                  Telephone:  (212) 709-1641
                                  Email:  Linda.Donahue@dfs.ny.gov


                                  **Claims Subject to Stipulation:**

                                  **12112, 12113, 12115**

## EXHIBIT B

**Redline**

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**JOINT STIPULATION AND AGREED ORDER**
**BETWEEN THE DEBTORS AND GOVERNMENTAL CLAIMANTS**

This stipulation and agreed order (this "Stipulation") is made this ~~27th~~1st day of ~~February~~March 2023 by each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the state and federal governmental entities signatory hereto (the "Signatory Governmental Claimants" and together with the Debtors, the "Parties").

**Recitals**

WHEREAS, on July 5, 2022, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court");

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

WHEREAS, the Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, on August 3, 2022, the Court entered an order [Docket No. 218], which, among other things, set January 3, 2023, as the deadline by which a governmental unit, as defined in section 101(27) of the Bankruptcy Code, must file proofs of claim in these chapter 11 cases;

WHEREAS, on January 9, 2023, the Court entered an order approving that certain *Stipulation and Agreed Order Extending Governmental Bar Date for the States* [Docket No. 840] entered into by the Debtors and certain governmental units, which set January 17, 2023, as the revised deadline by which a governmental unit must file proofs of claim in these chapter 11 cases (the "Revised Governmental Bar Date");

WHEREAS, prior to the Revised Governmental Bar Date, the Signatory Governmental Claimants filed proofs of claim totaling approximately $60,922,000,000,[2] inclusive of unliquidated claims;

WHEREAS, on January 13, 2023, the Court entered the *Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Adequacy of the Debtors' Disclosure Statement, (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots And Notices, (C) Procedures for Tabulation of Votes and (D) Procedures for Objections* [Docket No. 861], which conditionally approved the Debtors' disclosure statement [Docket No. 863] (the "Disclosure Statement") and approved certain

---

[2]    The proofs of claim are numbers 11461, 11462, 11463, 11957, 11959, 11960, 11961, 11962, 11963, 12025, 12031, 12036, 12037, 12038, 12040, 12041, 12042, 12044, 12045, 12046, 12112, 12113, 12115, 12114, 12119, 12120, 12121, 12122, 12123, 12124, 12125, 12137 (collectively, the "Signatory Governmental Proofs of Claim" and the claims reflected therein are referred to as Signatory Governmental Claims).

solicitation and voting procedures (the "Solicitation and Voting Procedures") with respect to the

*Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 826] (the "Plan");[3]

WHEREAS, the Solicitation and Voting Procedures established a deadline of February 22, 2023, at 4:00 p.m. (prevailing Eastern Time) for holders of Class 4A OpCo General Unsecured Claims, Class 4B HoldCo General Unsecured Claims, and Class 4C TopCo General Unsecured Claims to accept or reject the Plan;

WHEREAS, on February 10, 2023, the Debtors and certain Signatory Governmental Claimants filed the *Joint Stipulation and Agreed Order Between the Debtors and Governmental Claimants* [Docket No. 991] (the "Voting Stipulation"), pursuant to which, among other things, the Debtors and such Signatory Governmental Claimants agreed to temporarily allow such Signatory Governmental Claimants' claims as General Unsecured Claims against the applicable Debtors, each in the amount of $1.00, solely for purposes of voting on the Plan pursuant to rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules");

WHEREAS, on February 14, 2023, the Court entered an order approving the Voting Stipulation [Docket No. 1001];

WHEREAS, the Parties have determined that it is in their best interests to enter into this Stipulation agreeing to (a) subordinate any Allowed Signatory Governmental Claims (as set out in footnote 2) that are Allowed Class 4A OpCo General Unsecured Claims to (x) Allowed Class 3 Account Holder Claims, and (y) Allowed Class 4A OpCo General Unsecured Claims, *excluding* any Allowed Signatory Governmental Claims, until Holders of Allowed Class 3

---

[3]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

Account Holder Claims receive payment in full, and (b) contribute any recoveries on account of any Allowed Signatory Governmental Claims that are Allowed Class 4B HoldCo General Unsecured Claims and Allowed Class 4C TopCo General Unsecured Claims to OpCo for distribution to Holders of Allowed Class 3 Account Holder Claims until Holders of Allowed Class 3 Account Holder Claims receive payment in full; and

WHEREAS, this Stipulation does not apply to any claims filed by governmental entities, including the Signatory Governmental Claimants that are not listed in footnote 2 (i.e., claims filed by the Signatory Governmental Claimants for taxes);

WHEREAS, the Debtors have discussed the relief requested in this Stipulation with the Official Committee of Unsecured Creditors (the "Committee"), and the Committee is supportive of the Debtors' entry into this Stipulation.

**NOW, IT IS THEREFORE STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED EFFECTIVE AS OF THE EFFECTIVE DATE HEREOF AS FOLLOWS:**

1. The foregoing recitals are incorporated herein by reference.

2. Any Allowed Signatory Governmental Claims that are Allowed Class 4A OpCo General Unsecured Claims shall be subordinated to (x) Allowed Class 3 Account Holder Claims, and (y) Allowed Class 4A OpCo General Unsecured Claims, *excluding* any Allowed Signatory Governmental Claims, until Holders of Allowed Class 3 Account Holder Claims receive payment in full. Any claims filed by a governmental claimant that are not designated above as a Signatory Governmental Claim are not covered by this subordination agreement.

3. Any recoveries on account of Allowed Signatory Governmental Claims that are Allowed Class 4B HoldCo General Unsecured Claims or Allowed Class 4C TopCo General Unsecured Claims shall be contributed to OpCo for distribution to Holders of Allowed Class 3

Account Holder Claims until Holders of Allowed Class 3 Account Holder Claims receive payment in full. Any claims filed by a governmental claimant that are not designated above as a Signatory Governmental Claim are not covered by this contribution agreement.

4.      Nothing in this Stipulation or the relief sought herein shall constitute or be deemed:  (a) an admission as to the amount of, basis for, or validity of any Signatory Governmental Claims against a Debtor under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any Signatory Governmental Claims on any grounds; (c) a promise or requirement to pay any Signatory Governmental Claims; (d) an implication or admission that any particular claim is of a type specified or defined in this Stipulation or the Signatory Governmental Proofs of Claim or a finding that any particular claim is an administrative expense claim, other priority claim, or secured claim; (e) an admission as to the validity, priority, enforceability, or perfection of any lien (contractual, common law, statutory, or otherwise) on, security interest in, or other encumbrance on property of the Debtors' bankruptcy estates, and the rights of all parties in interest are expressly reserved to contest the extent, validity, priority, enforceability, or perfection or seek avoidance of any such lien; (f) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law, including without limitation to object to the Signatory Governmental Claims; (g) an assumption or rejection of an executory contract or unexpired lease under section 365 of the Bankruptcy Code; or (h) relief from the automatic stay of section 362(a) of the Bankruptcy Code to enforce or seek collection of any claim directly against the Debtors or the Debtors' bankruptcy estates.

5.      This Stipulation may be signed in counterparts and signatures may be delivered by fax or email, each of which shall be deemed an original, but all of which together shall constitute

one and the same instrument. Each Party who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party.

6.      This Stipulation constitutes the entire agreement between the Parties in respect of the subject matter hereof and shall not be modified, altered, amended, or vacated without the prior written consent of all Parties hereto.

7.      Nothing in this Stipulation shall be construed as an admission as to the merits of any Signatory Governmental Claims, and the Debtors and their related parties retain all defenses to any Signatory Governmental Claims.

8.      Nothing in this Stipulation shall be construed as a waiver of the validity, in part or in whole, of any claim filed by the Signatory Governmental Claimants, and this Stipulation in no way limits the amount of fines, penalties, restitution, damages, or any other recovery that the Signatory Governmental Claimants may seek in connection with any claims.

9.      Nothing in the Stipulation constitutes a waiver of any other rights under the Bankruptcy Code, including, without limitation, the right to object to approval of the Disclosure Statement or confirmation of the Plan; provided that the Signatory Governmental Claimants shall not be entitled to object to the Plan and Disclosure Statement on the basis of the treatment of the Signatory Governmental Claims as set forth in this Stipulation.

10.     Each Party agrees that this Stipulation shall not be used in any other proceeding for any purpose.

11.     Each of the Parties represents and warrants to the other Parties that it has: (a) entered into this Stipulation freely and voluntarily and with full knowledge of its significance;

and (b) been represented by counsel of its own choice in the negotiation, drafting, and execution of this Stipulation.

12.    Notwithstanding anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), or otherwise, the terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

13.    The Court shall retain exclusive jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.  Any request for relief brought before the Court to resolve a dispute arising from or related to this Stipulation, and the matters agreed to herein, shall be brought on proper notice and in accordance with the relevant Bankruptcy Rules and the Local Rules.

**IT IS SO ORDERED**.

New York, New York
Dated: _____, 2023

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

**STIPULATED   AND   AGREED   TO   THIS   ~~27TH~~1ST   DAY   OF**

**~~FEBRUARY~~MARCH, 2023:**

Dated:  ~~February 27~~March 1, 2023          */s/ Joshua A. Sussberg*
New York, New York                                    **KIRKLAND & ELLIS LLP**
                                                                **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                                                Joshua A. Sussberg, P.C.
                                                                Christopher Marcus, P.C.
                                                                Christine A. Okike, P.C.
                                                                Allyson B. Smith (admitted *pro hac vice*)
                                                                601 Lexington Avenue
                                                                New York, New York 10022
                                                                Telephone:     (212) 446-4800
                                                                Facsimile:     (212) 446-4900
                                                                Email:            jsussberg@kirkland.com
                                                                                     cmarcus@kirkland.com
                                                                                     christine.okike@kirkland.com
                                                                                     allyson.smith@kirkland.com

                                                                *Counsel to the Debtors and Debtors in Possession*

**Vermont Department of Financial Regulation**

 /s/Jennifer Rood
Jennifer Rood, Assistant General Counsel
Vermont Department of Financial Regulation
89 Main Street, Third Floor
Montpelier, Vermont 05620
(802)828-5672
Jennifer.rood@vermont.gov

**Claim Numbers Subject to Stipulation:**
12119, 12120

Dated: Feb 17, 2023


Stephen Bouchard (Feb 17, 2023 16:33 EST)

Stephen Bouchard, Associate Commissioner for Securities
**District of Columbia Department of Insurance, Securities
and Banking**
1050 1st Street, NE, 8th Floor
Washington, DC 20002
Telephone: 202-442-7800
Facsimile: 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
Email: stephen.bouchard@dc.gov


Claim Numbers Subject to Stipulation:

11957, 11961, 11963, 12025, 11962

Dated: February 22, 2023        **/s/Michael Kirwin**
                                Staff Attorney
                                New Hampshire Bureau of Securities Regulation
                                107 N. Main St., State House Rm. 204, Concord, NH 03301
                                Telephone: 603-271-1463
                                Facsimile: 603-271-7933
                                **Email: Michael.Kirwin@sos.nh.gov**

                                **Claim Numbers Subject to Stipulation**
                                12031, 12040

**Dated: February 21, 2023**      /s/ **Blake S. Kennedy**_____

**Office of the South Carolina Attorney General**
Securities Division
Blake S. Kennedy, Assistant Attorney General
P.O. Box 11549
Columbia, South Carolina 29211
Telephone: 803-734-3718
Facsimile: 803-734-3677
Email: BlakeKennedy@scag.gov

**Claim Numbers Subject to Stipulation:**
**12123/12124/12125**

Dated: February ⎽⎽⎽17th⎽⎽, 2023

Gerri Kavanaugh
General Counsel
Oklahoma Department of Securities
204 North Robinson Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Telephone:   (405) 280-7700
Facsimile:    (405) 280-7742
Email:         gkavanaugh@securities.ok.gov

Claim Number Subject to Stipulation: 12122

Dated:  _February 21, 2023__          /s/_Marvin E. Clements, Jr. _____

**JONATHAN SKRMETTI**
Tennessee Attorney General and Reporter

Marvin E. Clements, Jr. (TN BPR 016031)
Senior Assistant Attorney General
Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202
Phone: (615) 741-1935
Fax: (615) 741-3334
Marvin.Clements@ag.tn.gov

*Attorney for Tennessee Department of Commerce*
*and Insurance*

**Claim Numbers Subject to Stipulation**
12041, 12042, 12044, TDC & I

Dated:  February 17, 2023          **/s/__Paul Kitchin_____**

Arizona Corporation Commission
Paul Kitchin, Director of Enforcement
1300 West Washington, 3rd Floor
Phoenix, Arizona 85007
Telephone: (602) 364-0790
Fax: (602) 714-8120
E-mail: pkitchin@azcc.gov

**Claim Numbers Subject to Stipulation**:
11959

Dated:  February 21, 2023

**/s/Andrew O. Schiff**
Assistant Attorney General
Alabama Securities Commission
445 Dexter Avenue—Suite 12000
Montgomery, Alabama 36104
(334) 242-2984
(334) 242-0240 (fax)
andrew.schiff@asc.alabama.gov

**Claim Number Subject to Stipulation:**
12114

*Counsel to the Alabama Securities Commission*

Dated:  February 16, 2023

Attorney General
ROBERT W. FERGUSON

*/s/ Stephen S. Manning*
STEPHEN S. MANNING, WSBA #36965
Assistant Attorney General
Office of the Attorney General
Government Compliance & Enforcement Div.
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
Stephen.manning@atg.wa.gov
GCEEF@atg.wa.gov

*Counsel for Washington State*
*Department of Financial Institutions*

**Claims Subject to Stipulation**
12045

Dated: February 22, 2023      */s/ Jordan Esbrook*                   
JORDAN ESBROOK
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building, 2nd Floor
1305 East Walnut Street
Des Moines, Iowa 50319
Telephone: 515-281-8159
Email: jordan.esbrook@ag.iowa.gov

**Claim Number Subject to Stipulation:**
12121

Dated:  February 22, 2023              /s/ Keola L. Fong
Honolulu, Hawaii                       _____
                                       Keola L. Fong
                                       State of Hawaii
                                       Department of Commerce and Consumer Affairs
                                       Securities Enforcement Branch
                                       335 Merchant Street, Suite 205
                                       Honolulu, Hawaii 96813
                                       Telephone:     (808) 586-2740
                                       Facsimile:     (808) 586-3977
                                       Email:         kfong@dcca.hawaii.gov

                                       **Claim Number(s) Subject to Stipulation**:  12137

                                       *Counsel to Claimant State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch*

Dated:  February 22, 2023

**/s/Michael D. Morris**

**Wisconsin Department of Financial Institutions**
 **By: Michael D. Morris, Assistant Attorney General**
**Wisconsin Department of Justice**
**17 W. Main Street**
**Madison, Wisconsin 53707**
**Telephone: (608) 266-3936**
**Email: morrismd@doj.state.wi.us**
**Claim Number Subject to Stipulation:**

    12046

Dated:  February 23, 2023          */s/ Jeffrey Bernstein*
New York, New York                 **McELROY, DEUTSCH, MULVANEY
                                   & CARPENTER, LLP**
                                   Jeffrey Bernstein, Esq.
                                   Virginia T. Shea, Esq.
                                   570 Broad Street, Suite 1500
                                   Newark, NJ 07102
                                   Telephone:  (973) 565-2183
                                   Facsimile:  (973) 622-5314
                                   Email:       jbernstein@mdmc-law.com
                                                vshea@mdmc-law.com

                                   *Counsel for the New Jersey Bureau of Securities*


                       **Claim Numbers Subject to Stipulation:**

                       **12036, 12037 and 12038_____**

Dated: February 24, 2023.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ Abigail R. Ryan
ABIGAIL R. RYAN
Texas State Bar No. 24035956
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
ROMA N. DESAI
S.D.N.Y. Bar Number RD8227
Texas Bar No. 24095553
AUTUMN D. HIGHSMITH
Texas Bar No. 24048806
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
jason.binford@oag.texas.gov
layla.milligan@oag.texas.gov
abigail.ryan@oag.texas.gov

ATTORNEYS FOR THE TEXAS DEPARTMENT OF
BANKING AND THE TEXAS STATE SECURITIES
BOARD

| Claims Subject to Stipulation: |
| --- |
| 11461, 11462, 11463, 11960 |

TEXAS'S SIGNATURE BLOCK FOR THE SUBORDINATION STIPULATION

Dated: March 1, 2023          /s/ Linda Donahue

**Linda Donahue**
Deputy General Counsel for Litigation
New York State Department of Financial Services
One State Street, 20th Fl.,
New York, NY 10004-1511
Telephone:  (212) 709-1641
Email:  Linda.Donahue@dfs.ny.gov


**Claims Subject to Stipulation:**

**12112, 12113, 12115**

| Summary report:<br>Litera Compare for Word 11.0.0.61 Document comparison done on<br>3/1/2023 11:42:58 AM | |
|---|---|
| **Style name:** Color (Kirkland Default) | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://dms.kirkland.com/LEGAL/93631550/47 | |
| **Modified DMS:** iw://dms.kirkland.com/LEGAL/93631550/50 | |
| **Changes:** | |
| Add | 7 |
| Delete | 5 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 1 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 13 |