# Exhibit 26

# OFFICER'S CERTIFICATE
BAM Trading Services, Inc. (d/b/a Binance.us)
(the "Company")

February 28, 2023 (the "Effective Date")

Erik Kellogg ("Officer") executes and delivers this Officer's Certificate (the "Certificate") in connection with the following documents (the "Transaction Documents"): (a) that certain Asset Purchase Agreement, dated as of December 18, 2022, by and between the Company, as Purchaser, and Voyager Digital, LLC, as Seller (as amended, restated or otherwise modified from time to time, the "Primary Agreement") and (b) any other documents related to the Primary Agreement as are necessary and appropriate to consummate the transactions contemplated by the Primary Agreement. Capitalized terms not defined in this Certificate have the same definitions as in the Primary Agreement.

As of the Effective Date, Officer certifies (solely in Officer's capacity as an officer of the Company and not in Officer's individual or personal capacity):

1. Mr. Kellogg is the Company's duly authorized, qualified, and elected (or appointed) Chief Information Security Officer.

2. The Company holds the digital assets deposited by its customers on the Company's platform (such assets, the "Customer Assets") solely in a custodial capacity and on a one-to-one reserve basis.

3. The Company offers its customers the option to opt in to staking services where services provided by third parties are used to delegate digital assets to a staking services provider or to act as a transaction validator. (*See* https://www.binance.us/terms-of-use.)

4. The Company segregates the Customer Assets from the Company's digital assets on its general ledger.

5. Only employees of the Company are able to move or withdraw the Customer Assets from the Company's platform.

6. The Company does not lend or rehypothecate the Customer Assets.

7. The Company has the technical expertise, required licenses (other than Unsupported Jurisdiction Approvals) and existing infrastructure to perform its obligations as contemplated pursuant to the Primary Agreement, including with respect to the onboarding of and the making of distributions to Seller's customers subject to and in accordance with the Primary Agreement.

8. The Company maintains information security controls, plans, policies, procedures and standards consistent with leading industry standards, and such controls, plans, policies, procedures and standards are reviewed in accordance with SSAE 18 SOC 2 Type I, ISO/IEC 27001 Information Security Management and ISO/IEC 27701 Privacy Information Management standards by multiple, independent auditors. The Company has reviewed access rights to ensure that only authorized persons have access. Such information security controls, plans, policies, procedures and standards are believed by the Company to be adequate to ensure the safeguarding of the Customer Assets and the Company's customers' personal identifiable information.

Debtors
Ex-26

9. The Company's relationship with Binance.com is limited to a common ultimate beneficial owner and three commercial agreements that the Company previously disclosed to Seller's advisors on a professional-eyes-only and strictly confidential basis in connection with Seller's diligence related to the Primary Agreement.

10. No Purchaser Development has occurred.

11. Seller's counsel and advisors, including Moelis & Company Inc., may rely on this Certificate in rendering any testimony in connection with the Transaction Documents. This Certificate is provided to Seller's counsel and advisors on a professional-eyes-only and strictly confidential basis only and may not be relied upon or shared with any other Person without the Company's prior written consent (which may be provided via e-mail).

Officer hereby (a) signs and delivers this Certificate solely in Officer's capacity as an officer of the Company and on the Company's behalf, and not in Officer's individual or personal capacity; and (b) undertakes no individual or personal liability or obligation whatsoever, whether absolute, contingent or otherwise, by signing and delivering this Certificate.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF**, Officer delivers this Certificate on the Company's behalf in the capacity stated above, on and as of the Effective Date.

**BAM Trading Services, Inc. (d/b/a Binance.us)**

By: *Erik Kellogg* (DocuSigned)

Name:  Erik Kellogg

Title:  Chief Information Security Officer

## CONFIRMATION OF OFFICER'S STATUS

The undersigned of the Company certifies on Company's behalf that: (a) Officer as defined above is the duly authorized, qualified, and elected (or appointed) Chief Information Security Officer of the Company; and (b) Officer's signature above is Officer's true signature.

By: *KJ* (DocuSigned)

Name:  Krishna Juvvadi

Title:  SVP, Head of Legal

3

**DocuSign**

## Certificate Of Completion

Envelope Id: 13A67815D0144D63813027F61B8E8B68  Status: Completed
Subject: Complete with DocuSign: Voyager - Binance.US Officers Certificate [LW Draft - 02272023]-v5.docx.pdf
Source Envelope:
Document Pages: 3                           Signatures: 2                           Envelope Originator:
Certificate Pages: 5                        Initials: 0                             Alanna Taylor
AutoNav: Enabled                                                                    1 Letterman Drive
EnvelopeId Stamping: Enabled                                                        Building C, Suite C3-800
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                                   San Francisco, CA  94129
                                                                                    alanna.taylor@binance.us
                                                                                    IP Address: 73.84.78.119

## Record Tracking

Status: Original                            Holder: Alanna Taylor                   Location: DocuSign
        2/28/2023 8:51:52 AM                        alanna.taylor@binance.us

| Signer Events | Signature | Timestamp |
|---|---|---|
| Erik Kellogg<br>erik.kellogg@binance.us<br>CISO<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Erik Kellogg*<br>—5F30169B5C51483...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 34.193.113.160 | Sent: 2/28/2023 8:52:27 AM<br>Viewed: 2/28/2023 9:20:12 AM<br>Signed: 2/28/2023 9:20:19 AM |

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

| | | |
|---|---|---|
| Krishna Juvvadi<br>krishna.juvvadi@binance.us<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*K—*<br>—FF0D81B9BA274C6...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 107.3.138.252 | Sent: 2/28/2023 8:52:28 AM<br>Viewed: 2/28/2023 8:52:53 AM<br>Signed: 2/28/2023 8:53:09 AM |

**Electronic Record and Signature Disclosure:**
   Accepted: 2/28/2023 8:52:53 AM
   ID: 1da58d50-ced9-420c-a4f6-a1c6f89f25b1

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/28/2023 8:52:28 AM |
| Certified Delivered | Security Checked | 2/28/2023 8:52:53 AM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Signing Complete | Security Checked | 2/28/2023 8:53:09 AM |
| Completed | Security Checked | 2/28/2023 9:20:19 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, BAM (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact BAM:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: coley@binance.us

**To advise BAM of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at coley@binance.us and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from BAM**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to coley@binance.us and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with BAM**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to coley@binance.us and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify BAM as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by BAM during the course of your relationship with BAM.