**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### FIRST MONTHLY FEE STATEMENT OF
### POTTER ANDERSON & CORROON LLP FOR COMPENSATION
### FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
### DELAWARE COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR
### THE PERIOD FROM NOVEMBER 30, 2022 THROUGH JANUARY 31, 2023

| | | |
|---|---|---|
| Name of Applicant: | **Potter Anderson & Corroon LLP** | |
| Applicant's Role in Case: | **Delaware Counsel to Voyager Digital Holdings, *et al.*** | |
| Date Order of Employment Signed: | **January 24, 2023 [Docket No. 904]** | |
| Time period covered by this statement: | **Beginning of Period** | **End of Period[2]** |
| | **November 30, 2022** | **January 31, 2023** |
| **Summary of Total Fees and Expenses Requested:** | | |
| Total fees requested in this statement: | **$77,134.80**<br>**(80% of $96,418.50)** | |
| Total expenses requested in this statement: | **$35.00** | |
| Total fees and expenses requested in this statement: | **$77,169.80** | |
| This is a(n):   __X__ Monthly Application ___ Interim Application ___ Final Application | | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] This statement consists of fees and expenses incurred from November 30, 2022 through January 31, 2023.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Potter Anderson & Corroon LLP as Delaware Counsel for the Debtors Effective as of November 30, 2022,* dated January 24, 2022 [Docket No. 904], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Potter Anderson & Corroon LLP ("Potter Anderson"), Delaware counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *First Monthly Fee Statement of Potter Anderson & Corroon LLP for Compensation for Services and Reimbursement of Expenses as Delaware Counsel to the Debtors for the Period From November 30, 2022 Through January 31, 2023* (this "Fee Statement").[3]  Specifically, Potter Anderson seeks (i) interim allowance of $96,418.50 for the reasonable compensation for actual, necessary legal services that Potter Anderson rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $77,134.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Potter Anderson incurred in connection with such services during the Fee Period (*i.e.*, $96,418.50); (iii) allowance and payment of $35.00 for the actual, necessary expenses that Potter Anderson incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Potter Anderson partners, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Potter

---

[3]     The period from November 30, 2022, through and including January 31, 2023, is referred to herein as the "Fee Period."

Anderson established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Potter Anderson incurred $96,418.50 in fees during the Fee Period.  Pursuant to this Fee Statement, Potter Anderson seeks reimbursement for 80% of such fees (i.e., $77,134.80 in the aggregate).

2.      Attached hereto as **Exhibit B** is a schedule of Potter Anderson professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $677.15.[4]  The blended hourly billing rate of all paraprofessionals is $350.00.[5]

3.      Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Potter Anderson is seeking payment in this Fee Statement.  All of these disbursements comprise the requested sum for Potter Anderson's out-of-pocket expenses, which total $35.00.

4.      Attached hereto as **Exhibit D** are the time records of Potter Anderson, which provide a daily summary of the time spent by each Potter Anderson professional during the Fee Period as well as an itemization of expenses by project category.

## Notice

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  A copy of this Fee Statement is also available on the website of the

---

[4]     The blended hourly billing rate of $677.15 for attorneys is derived by dividing the total fees for attorneys of $95,613.50 by the total hours of 141.20 for those same attorneys.

[5]     The blended hourly billing rate of $350.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $805.00 by the total hours of 2.30 for these same paraprofessionals.

Debtors' solicitation agent at https://cases.stretto.com/Voyager. The Debtors submit that no other or further notice be given.

WHEREFORE, Potter Anderson, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $96,418.50 for the reasonable and necessary legal services that Potter Anderson rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $77,134.80, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Potter Anderson rendered to the Debtors (i.e., $96,418.50); and (iii) allowance and payment of $35.00 for the actual and necessary expenses that Potter Anderson incurred in connection with such services during the Fee Period.

Dated: March 7, 2023
Wilmington, Delaware

/s/ Christopher M. Samis
**POTTER ANDERSON & CORROON LLP**
Christopher M. Samis
Aaron H. Stulman
Sameen Rizvi
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone:    (302) 984-6000
Facsimile:    (302) 658-1192
Email:    csamis@potteranderson.com
        astulman@potteranderson.com
        srizvi@potteranderson.com

*Delaware Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**Statement of Fees and Expenses By Project Category**

| | PROJECT CATEGORY PROJECT DESCRIPTION | HOURS | FEES ($) | EXPENSES ($) | TOTAL AMOUNT OF FEES AND EXPENSES ($) |
|---|---|---|---|---|---|
| AP | Litigation/Adversary Proceedings | 29.60 | 24,986.50 | 0.00 | 24,986.50 |
| BO | Business Operations | 0.60 | 519.00 | 0.00 | 519.00 |
| CA | Case Administration | 41.60 | 22,974.50 | 0.00 | 22,974.50 |
| CH | Court Appearances/Communications/ Hearings | 27.10 | 15,828.00 | 0.00 | 15,828.00 |
| CR | Financing/Cash Collateral/DIP | 0.20 | 154.00 | 0.00 | 154.00 |
| EA | Employment Applications/Objections | 27.30 | 17,690.50 | | 17,690.50 |
| EC | Executory Contracts and Leases | 0.30 | 259.50 | 0.00 | 259.50 |
| GA | Fee Applications/Objections | 1.00 | 865.00 | 0.00 | 865.00 |
| MR | Relief from Stay Proceedings | 3.00 | 2,595.00 | 0.00 | 2,595.00 |
| PL | Plan and Disclosure Statement | 3.10 | 2,681.50 | 0.00 | 2,681.50 |
| SA | Asset Disposition/Use, Sale | 9.70 | 7,865.00 | 0.00 | 7,865.00 |
| E112 | Expenses | 0.00 | 0.00 | 35.00 | 35.00 |
| | | | | | |
| **Totals** | | **143.50** | **$96,418.50** | **$35.00** | **$96,453.50** |

**<u>Exhibit B</u>**

**Attorneys' and Paraprofessionals' Information**

The Potter Anderson attorneys who rendered professional services in these cases during the Fee Period are:

| ATTORNEY | POSITION WITH THE APPLICANT | YEAR ADMITTED | DEPARTMENT | HOURLY BILLING RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|---|---|---|
| Christopher M. Samis | Partner | 2006 | General Litigation/Bankruptcy | 865.00 | 66.90 | 57,868.50 |
| Aaron H. Stulman | Partner | 2012 | General Litigation/Bankruptcy | 675.00 | 4.60 | 3,105.00 |
| | Associate | | General Litigation/Bankruptcy | 640.00 | 11.00 | 7,040.00 |
| Katelin A. Morales | Associate | 2017 | General Litigation/Bankruptcy | 575.00 | 5.20 | 2,990.00 |
| Sameen Rizvi | Associate | 2022 | General Litigation/Bankruptcy | 460.00 | 53.50 | 24,610.00 |
| | | | | | | |
| **TOTALS FOR ATTORNEYS** | | | | | **141.20** | **$95,613.50** |

The paraprofessionals of Potter Anderson who rendered professional services in these cases during the Fee Period are:

| PARAPROFESSIONAL | POSITION WITH THE APPLICANT | NUMBER OF YEARS IN THAT POSITION | DEPARTMENT | HOURLY BILLING RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|---|---|---|
| Michelle M. Dero | Paralegal | 26 | General Litigation/Bankruptcy | 350.00 | 1.00 | 350.00 |
| Shannon J. Hamlin | Paralegal | 19 | General Litigation | 350.00 | 1.30 | 455.00 |
| | | | | | | |
| **TOTALS FOR PARAPROFESSIONALS** | | | | | **2.30** | **$805.00** |

**TOTAL FEES REQUESTED FOR ATTORNEYS AND PARAPROFESSIONALS**          **$96,418.50**

**Exhibit C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense Category | Amount ($) |
|---|---|
| | |
| Electronic Court Filing Fee | 35.00 |
| | |
| **Total** | **$35.00** |

**<u>Exhibit D</u>**

**Detailed Description of Time Records and Expenses**



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

March 2, 2023
Bill Number    291584
File Number    22731.00001

Voyager Digital Ltd.
Attn: Stephen Ehrlich
33 Irving Pl
New York, NY  10003

Email: sehrlich@investvoyager.com

For legal services rendered as more fully set forth in the attached statement.

| | |
|---|---|
| Legal Services | $96,418.50 |
| Disbursements | $35.00 |
| Bill Total | $96,453.50 |

**Grand Total Due**                                            **$96,453.50**

**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
| | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | 22731-00001 |

CMS



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

March 2, 2023
Bill Number    291584
File Number    ( 22731.00001

Voyager Digital Ltd.
Attn: Stephen Ehrlich
33 Irving Pl
New York, NY  10003

RE: FTX Trading, Ltd.

Through January 31, 2023

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| **Litigation/Adversary Proceedings** | | | | | |
| 11/30/22 | CMS | Litigation/Adversary Proceedings Review declarations and media/other coverage for background on claims, causes of action and related issues. | 2.50 Hrs | 865/hr | $2,162.50 |
| 12/09/22 | CMS | Litigation/Adversary Proceedings Review Emergency Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. (I) for Relief from Automatic Stay and (II) to Compel Turnover of Electronic Records. | 1.20 Hrs | 865/hr | $1,038.00 |
| 12/13/22 | CMS | Litigation/Adversary Proceedings Call w/ A. Smith and others re: case strategy and stipulation terminating APA and preserving claims. | 0.50 Hrs | 865/hr | $432.50 |
| 12/13/22 | CMS | Litigation/Adversary Proceedings Review/revise stipulation terminating APA and preserving claims. | 0.40 Hrs | 865/hr | $346.00 |
| 12/13/22 | CMS | Litigation/Adversary Proceedings E-mails to A. Smith and A. Stulman re: case strategy and stipulation terminating APA and preserving claims. | 0.50 Hrs | 865/hr | $432.50 |
| 12/14/22 | CMS | Litigation/Adversary Proceedings Review second amended plan in Voyager case. | 1.80 Hrs | 865/hr | $1,557.00 |
| 12/14/22 | CMS | Litigation/Adversary Proceedings Review first amended disclosure statement in Voyager case. | 2.70 Hrs | 865/hr | $2,335.50 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 12/14/22 | CMS | Litigation/Adversary Proceedings Review Ehrlich declaration in support of first day relief. | 2.20 Hrs | 865/hr | $1,903.00 |
| 12/14/22 | CMS | Litigation/Adversary Proceedings Review Dermot declaration in support of marketing process. | 0.60 Hrs | 865/hr | $519.00 |
| 12/16/22 | AHSA | Litigation/Adversary Proceedings Correspondence with co-counsel and debtors re: 9019 (.1); review/analyze same (.5); review hearing summary (.1); | 0.70 Hrs | 640/hr | $448.00 |
| 12/20/22 | AHSA | Litigation/Adversary Proceedings Correspondence with client and debtors re: 9019 (.1); review redline of same (.4); | 0.50 Hrs | 640/hr | $320.00 |
| 12/20/22 | AHSA | Litigation/Adversary Proceedings Review summary of 341 meeting (.2); correspondence with S. Rizvi re: same (.1); | 0.30 Hrs | 640/hr | $192.00 |
| 12/21/22 | AHSA | Litigation/Adversary Proceedings Correspondence with S. Rizvi re: 341 meeting (.1); correspondence with client, C. Samis and debtors re: 9019 edits and filing (.3); | 0.40 Hrs | 640/hr | $256.00 |
| 12/21/22 | CMS | Litigation/Adversary Proceedings Call w/ S. Van Aalten re: committee issues and Voyager litigation. | 0.50 Hrs | 865/hr | $432.50 |
| 01/03/23 | CMS | Litigation/Adversary Proceedings Review pre-trial order on Provisional Liquidators Document Turnover Motion. | 0.40 Hrs | 865/hr | $346.00 |
| 01/03/23 | CMS | Litigation/Adversary Proceedings Review Debtors' objection to Provisional Liquidators Document Turnover Motion. | 1.10 Hrs | 865/hr | $951.50 |
| 01/09/23 | CMS | Litigation/Adversary Proceedings Review Joint Provisional Liquidator cooperation agreement. | 0.50 Hrs | 865/hr | $432.50 |
| 01/13/23 | CMS | Litigation/Adversary Proceedings Review recent flings for case status and action items re: litigation posture. | 2.10 Hrs | 865/hr | $1,816.50 |
| 01/26/23 | CMS | Litigation/Adversary Proceedings Review joint provision liquidator objection to examiner motion. | 0.20 Hrs | 865/hr | $173.00 |
| 01/26/23 | CMS | Litigation/Adversary Proceedings Review Debtors' objection to appointment of examiner. | 2.00 Hrs | 865/hr | $1,730.00 |
| 01/26/23 | CMS | Litigation/Adversary Proceedings Review motion for turnover of assets by Interactive Brokers. | 0.40 Hrs | 865/hr | $346.00 |
| 01/26/23 | CMS | Litigation/Adversary Proceedings Review joint motion by Debtors and committee authorizing examinations. | 1.10 Hrs | 865/hr | $951.50 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/26/23 | CMS | Litigation/Adversary Proceedings<br>Review motion approving cooperation agreement between Debtors and Join provisional Liquidators. | 0.80 Hrs | 865/hr | $692.00 |
| 01/26/23 | CMS | Litigation/Adversary Proceedings<br>Review committee objection to appointment of examiner. | 1.60 Hrs | 865/hr | $1,384.00 |
| 01/30/23 | AHSA | Litigation/Adversary Proceedings<br>Call with C. Samis re: complaint (.2); review/analyze same (.2); correspondence with A. Smith re: same (.1); | 0.50 Hrs | 675/hr | $337.50 |
| 01/30/23 | CMS | Litigation/Adversary Proceedings<br>Review confidential investigation discovery motion. | 1.30 Hrs | 865/hr | $1,124.50 |
| 01/30/23 | CMS | Litigation/Adversary Proceedings<br>Review preference complaint and related background. | 0.80 Hrs | 865/hr | $692.00 |
| 01/31/23 | AHSA | Litigation/Adversary Proceedings<br>Correspondence with Kirkland and C. Samis re: service/complaint (.1); call with FTX re: same (.1); review/analyze weekly pleading summaries (.2); correspondence with S. Rizvi re: same (.1); | 0.50 Hrs | 675/hr | $337.50 |
| 01/31/23 | CMS | Litigation/Adversary Proceedings<br>Research issues re: proper service of complaint. | 1.00 Hrs | 865/hr | $865.00 |
| 01/31/23 | CMS | Litigation/Adversary Proceedings<br>Call w/ A. Stulman re: service of complaint. | 0.20 Hrs | 865/hr | $173.00 |
| 01/31/23 | CMS | Litigation/Adversary Proceedings<br>E-mails w/ A. Stulman re: j. sensing on litigation issues and service of complaint. | 0.30 Hrs | 865/hr | $259.50 |
| | | **Total AP Litigation/Adversary Proceedings** | **29.60** | | **$24,986.50** |

**Business Operations**

| | | | | | |
|---|---|---|---|---|---|
| 12/20/22 | CMS | Business Operations<br>Review 341 meeting summary. | 0.30 Hrs | 865/hr | $259.50 |
| 12/22/22 | CMS | Business Operations<br>Review supplement to schedules/statements motion. | 0.30 Hrs | 865/hr | $259.50 |
| | | **Total BO Business Operations** | **0.60** | | **$519.00** |

**Case Administration**

| | | | | | |
|---|---|---|---|---|---|
| 12/01/22 | SR | Case Administration<br>Draft/revise NOA (x3)(.5); email with C Samis re same (0.1); email with Kirkland | 0.70 Hrs | 460/hr | $322.00 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | team re same (0.1). | | | |
| 12/01/22 | CMS | Case Administration | 0.70 Hrs | 865/hr | $605.50 |
| | | E-mails to S. Rivzi and others re: matter logistics and retention of PAC. | | | |
| 12/01/22 | CMS | Case Administration | 0.20 Hrs | 865/hr | $173.00 |
| | | Review/revise NOA. | | | |
| 12/01/22 | CMS | Case Administration | 0.40 Hrs | 865/hr | $346.00 |
| | | Calls to S. Rizvi and others re:  matter logistics and retention of PAC. | | | |
| 12/02/22 | CMS | Case Administration | 0.40 Hrs | 865/hr | $346.00 |
| | | E-mails to D. Brosgol and others re: completing and transmitting UST questionnaire. | | | |
| 12/02/22 | CMS | Case Administration | 0.10 Hrs | 865/hr | $86.50 |
| | | Call to D. Brosgol re:  completing and transmitting UST questionnaire. | | | |
| 12/02/22 | CMS | Case Administration | 2.10 Hrs | 865/hr | $1,816.50 |
| | | Attention to completing and transmitting UST questionnaire. | | | |
| 12/08/22 | CMS | Case Administration | 0.30 Hrs | 865/hr | $259.50 |
| | | E-mails to A. Smith re: case strategy and overview. | | | |
| 12/09/22 | CMS | Case Administration | 0.50 Hrs | 865/hr | $432.50 |
| | | Call w/ A. Smith re: case strategy and background. | | | |
| 12/14/22 | CMS | Case Administration | 0.60 Hrs | 865/hr | $519.00 |
| | | Review docket to pull important filings for case review for FTX rep. | | | |
| 12/15/22 | AHSA | Case Administration | 1.40 Hrs | 640/hr | $896.00 |
| | | Review/analyze first day declaration and sale declaration from Voyager bankruptcy case (1.1); meet with S. Rizvi and S. Hamlin re: case update (.3); | | | |
| 12/15/22 | SR | Case Administration | 0.50 Hrs | 460/hr | $230.00 |
| | | Meeting with S Hamlin and A Stulman re case strategy | | | |
| 12/15/22 | SJH | Case Administration | 0.50 Hrs | 350/hr | $175.00 |
| | | Case evaluation and assessment | | | |
| 12/16/22 | SR | Case Administration | 1.30 Hrs | 460/hr | $598.00 |
| | | Prepare for and attend 12/16 hearing (1.1); prepare summary re same (0.2). | | | |
| 12/19/22 | SR | Case Administration | 5.00 Hrs | 460/hr | $2,300.00 |
| | | Review/analyze pleadings for the week of 12/12 to 12/19 (3.2); prepare summary of weekly pleadings (1.8). | | | |
| 12/19/22 | AHSA | Case Administration | 0.30 Hrs | 640/hr | $192.00 |
| | | Review/analyze weekly summary of filings; | | | |
| 12/21/22 | CMS | Case Administration | 0.20 Hrs | 865/hr | $173.00 |
| | | E-mails to A. Stulman re: committee and | | | |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | next steps. | | | |
| 12/22/22 | SR | Case Administration Review/analyze weekly pleadings for 12/19 (1.0); prepare summary re same (.5). | 1.50 Hrs | 460/hr | $690.00 |
| 12/23/22 | SR | Case Administration Review/analyze weekly pleadings for 12/19 to 12/23 (3.1); prepare summary re same (.8). | 3.90 Hrs | 460/hr | $1,794.00 |
| 12/27/22 | SR | Case Administration Review/analyze weekly pleadings for 12/19 to 12/23 (.7); prepare summary re same (.3). | 1.00 Hrs | 460/hr | $460.00 |
| 12/27/22 | CMS | Case Administration Review Provisional Relief Motion. | 1.00 Hrs | 865/hr | $865.00 |
| 12/28/22 | AHSA | Case Administration Review/analyze weekly filing summaries; | 0.30 Hrs | 640/hr | $192.00 |
| 12/28/22 | SR | Case Administration Review/analyze weekly pleadings for 12/19 to 12/23 (1.1); prepare summary re same (.4). | 1.50 Hrs | 460/hr | $690.00 |
| 01/05/23 | CMS | Case Administration Review and update critical dates. | 0.20 Hrs | 865/hr | $173.00 |
| 01/09/23 | CMS | Case Administration Call from B. Knowles re: purchase of claim. | 0.20 Hrs | 865/hr | $173.00 |
| 01/09/23 | CMS | Case Administration E-mail to A. Smith re: purchase of claim. | 0.10 Hrs | 865/hr | $86.50 |
| 01/11/23 | MMDA | Case Administration Retrieve amended agenda notice for today's hearing and email same to PAC team | 0.10 Hrs | 350/hr | $35.00 |
| 01/19/23 | MMDA | Case Administration Retrieve (Notice of Debtors' Intent to Offer Witness Testimony at Hearing on January 20, 2023 and email same to PAC team | 0.10 Hrs | 350/hr | $35.00 |
| 01/19/23 | SR | Case Administration Review pleadings and prepare summary re same. | 1.50 Hrs | 460/hr | $690.00 |
| 01/19/23 | MMDA | Case Administration Retrieve January 20 amended agenda notice and email same to PAC team | 0.10 Hrs | 350/hr | $35.00 |
| 01/20/23 | SR | Case Administration Review pleadings for 12/24-1/15 and prepare summary re same. | 4.20 Hrs | 460/hr | $1,932.00 |
| 01/23/23 | SR | Case Administration Review weekly docket and prepare summary re substative pleadings for 1/16 - | 2.50 Hrs | 460/hr | $1,150.00 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | 1/23. | | | |
| 01/23/23 | AHSA | Case Administration | 0.20 Hrs | 675/hr | $135.00 |
| | | Review weekly filing summary; | | | |
| 01/26/23 | CMS | Case Administration | 0.30 Hrs | 865/hr | $259.50 |
| | | Review committee information motion. | | | |
| 01/26/23 | CMS | Case Administration | 0.40 Hrs | 865/hr | $346.00 |
| | | Briefly review chapter 15 docket/new filings for case status. | | | |
| 01/27/23 | SR | Case Administration | 3.90 Hrs | 460/hr | $1,794.00 |
| | | Review/analyze pleadings filed 1/23 to 1/27 (3.2); prepare summary re same (.7). | | | |
| 01/30/23 | CMS | Case Administration | 1.00 Hrs | 865/hr | $865.00 |
| | | Review motion to dismiss FTX Turkey, etc. cases. | | | |
| 01/31/23 | SR | Case Administration | 0.70 Hrs | 460/hr | $322.00 |
| | | Review/analyze pleadings filed 1/23 to 1/27 (.5); prepare summary re same (.2). | | | |
| 01/31/23 | SR | Case Administration | 0.70 Hrs | 460/hr | $322.00 |
| | | Prepare/revise summary re weekly pleadings. | | | |
| 01/31/23 | SR | Case Administration | 1.00 Hrs | 460/hr | $460.00 |
| | | Review/analyze preference complaint with FTX and related documents. | | | |
| | | **Total CA Case Administration** | **41.60** | | **$22,974.50** |

**Court Appearances/Communications/Hearings**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 12/14/22 | AHSA | Court Appearances/Communications/Hearings Correspondence with PAC team re: hearing; | 0.10 Hrs | 640/hr | $64.00 |
| 12/14/22 | SR | Court Appearances/Communications/Hearings Prepare for and attend 12/14 hearing | 2.70 Hrs | 460/hr | $1,242.00 |
| 12/14/22 | AHSA | Court Appearances/Communications/Hearings Review/analyze hearing summary (.1); correspondence with S. Rizvi re: same (.1); | 0.20 Hrs | 640/hr | $128.00 |
| 12/20/22 | SR | Court Appearances/Communications/Hearings Prepare for 341 meeting. | 1.20 Hrs | 460/hr | $552.00 |
| 12/20/22 | SR | Court Appearances/Communications/Hearings Prepare for 341 meeting (0.3); attend 341 meeting (3.0); prepare summary re same (0.6); emails with A Stulman & C Samis re same (0.1) | 4.00 Hrs | 460/hr | $1,840.00 |
| 12/30/22 | AHSA | Court | 0.10 Hrs | 640/hr | $64.00 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 01/03/23 | AHSA | Appearances/Communications/Hearings Correspondence with S. Hamlin re: hearing/agenda; review same; Court | 0.30 Hrs | 675/hr | $202.50 |
| 01/03/23 | SJH | Appearances/Communications/Hearings Correspondence with S. Hamlin re: hearing (.1); review agenda (.1); correspondence with L. Huber re: same (.1); Court | 0.30 Hrs | 350/hr | $105.00 |
| 01/04/23 | AHSA | Appearances/Communications/Hearings Arrange attorney court appearance and review upcoming deadlines Court | 0.90 Hrs | 675/hr | $607.50 |
| 01/09/23 | SJH | Appearances/Communications/Hearings Attend status conference (.7); prepare summary of same and correspondence with C. Samis and S. Rizvi re: same (.2); Court | 0.30 Hrs | 350/hr | $105.00 |
| 01/10/23 | CMS | Appearances/Communications/Hearings Prepare attys for upcoming hearing and review critical dates Court | 0.10 Hrs | 865/hr | $86.50 |
| 01/11/23 | AHSA | Appearances/Communications/Hearings E-mail to A. Stulman re: coverage for 11/11/23 hearing. Court | 0.60 Hrs | 675/hr | $405.00 |
| 01/11/23 | KAMA | Appearances/Communications/Hearings Review/analyze amended agenda (.2); correspondence with C. Samis and K. Morales re: hearing (.1); review/analyze hearing notes/summary (.3); Court | 5.20 Hrs | 575/hr | $2,990.00 |
| 01/11/23 | CMS | Appearances/Communications/Hearings Attend hearing Court | 0.30 Hrs | 865/hr | $259.50 |
| 01/18/23 | MMDA | Appearances/Communications/Hearings Review summary of 1/11/23 hearing. Court | 0.10 Hrs | 350/hr | $35.00 |
| 01/18/23 | CMS | Appearances/Communications/Hearings Retrieve January 20 agenda notice and email same to PAC team Court | 0.30 Hrs | 865/hr | $259.50 |
| 01/18/23 | SJH | Appearances/Communications/Hearings Review 1/20/23 agenda. Court | 0.20 Hrs | 350/hr | $70.00 |
|  |  | Appearances/Communications/Hearings Review agenda for Hearing scheduled for 1/20/2023, registered attys |  |  |  |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 01/20/23 | CMS | Court Appearances/Communications/Hearings Review 1/20/23 hearing summary. | 0.30 Hrs | 865/hr | $259.50 |
| 01/20/23 | SR | Court Appearances/Communications/Hearings Prepare for and attend 1.20.23 hearing (2.9); prepare summary re same (1.0); email A Stulman and C Samis re sam (.1). | 4.00 Hrs | 460/hr | $1,840.00 |
| 01/20/23 | AHSA | Court Appearances/Communications/Hearings Review hearing agenda (.1); confer with S. Rizvi re: same (.2); review/analyze hearing summary (.2); | 0.50 Hrs | 675/hr | $337.50 |
| 01/23/23 | CMS | Court Appearances/Communications/Hearings Review media coverage and analysis of resolution of S&C retention dispute for potential litigation strategy. | 1.40 Hrs | 865/hr | $1,211.00 |
| 01/24/23 | AHSA | Court Appearances/Communications/Hearings Correspondence with M. Dero re: hearing agenda (.1); confer with C. Samis re: retention hearing (.1); | 0.20 Hrs | 675/hr | $135.00 |
| 01/24/23 | MMDA | Court Appearances/Communications/Hearings Review email message from C. Samis regarding today's hearing; Retrieve amended agenda notice and email same to PAC team; Leave voicemail message for Judge Wiles' assistant regarding appearance; Sign-up C. Samis for CourtSolutions and register for hearing; Email message to same with log-in/dial-in information | 0.50 Hrs | 350/hr | $175.00 |
| 01/24/23 | CMS | Court Appearances/Communications/Hearings Prepare for 1/24/23 Voyager hearing. | 1.80 Hrs | 865/hr | $1,557.00 |
| 01/24/23 | CMS | Court Appearances/Communications/Hearings E-mails to A. Smith re: preparation for 1/24/23 Voyager hearing and possible PAC retention inquiries. | 0.90 Hrs | 865/hr | $778.50 |
| 01/24/23 | CMS | Court Appearances/Communications/Hearings PARTICIPATE IN 1/24/23 VOYAGER HEARING. | 0.60 Hrs | 865/hr | $519.00 |
| **Total CH Court Appearances/Communications/Hearing** | | | **27.10** | | **$15,828.00** |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Descriptions | Time | Rate | Value |
|------|------|-------------|------|------|-------|

**Financing/Cash Collateral/DIP**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 01/04/23 | CMS | Financing/Cash Collateral/DIP E-mail to A. Stulman re: budget. | 0.10 Hrs | 865/hr | $86.50 |
| 01/04/23 | AHSA | Financing/Cash Collateral/DIP Correspondence with debtors and C. Samis re: budget issues; | 0.10 Hrs | 675/hr | $67.50 |
| | | **Total CR Financing/Cash Collateral/DIP** | **0.20** | | **$154.00** |

**Employment Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 12/14/22 | SR | Employment Applications/Objections Prepare schedules for retention application. | 0.60 Hrs | 460/hr | $276.00 |
| 12/15/22 | CMS | Employment Applications/Objections Review schedules to retention application. | 1.70 Hrs | 865/hr | $1,470.50 |
| 12/15/22 | AHSA | Employment Applications/Objections Correspondence with PAC team re: retention application/schedules; | 0.20 Hrs | 640/hr | $128.00 |
| 12/16/22 | SR | Employment Applications/Objections Prepare schedules for Potter retention application. | 4.40 Hrs | 460/hr | $2,024.00 |
| 12/17/22 | SR | Employment Applications/Objections Prepare schedules for Potter retention application. | 1.40 Hrs | 460/hr | $644.00 |
| 12/19/22 | SR | Employment Applications/Objections Prepare schedules for Potter retention application. | 2.10 Hrs | 460/hr | $966.00 |
| 12/19/22 | CMS | Employment Applications/Objections Call from A. Stulman re: PAC retention. | 0.20 Hrs | 865/hr | $173.00 |
| 12/19/22 | AHSA | Employment Applications/Objections Call with S. Rizvi re: retention application (.2); call with C. Samis re: same (.2); correspondence with S. Rizvi re: schedules to retention application (.2); | 0.60 Hrs | 640/hr | $384.00 |
| 12/20/22 | AHSA | Employment Applications/Objections Review/revise schedules to retention application (.5); correspondence with S. Rizvi re: same (.1); correspondence with co-counsel re: same (.1); | 0.70 Hrs | 640/hr | $448.00 |
| 12/22/22 | CMS | Employment Applications/Objections Review Quinn retention application. | 0.40 Hrs | 865/hr | $346.00 |
| 12/27/22 | AHSA | Employment Applications/Objections Correspondence with co-counsel and S. Rizvi re: retention application; | 0.20 Hrs | 640/hr | $128.00 |
| 12/28/22 | SR | Employment Applications/Objections Review/revise Potter retention application (3.1); email A Stulman and C Samis re | 3.20 Hrs | 460/hr | $1,472.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | same (.1). | | | |
| 12/28/22 | AHSA | Employment Applications/Objections Correspondence with S. Rizvi re: retention application (.2); review/revise same (1.2); correspondence with debtors re: same (.1); correspondence with C. Samis re: same (.1); | 1.60 Hrs | 640/hr | $1,024.00 |
| 12/28/22 | CMS | Employment Applications/Objections Review/revise PAC retention application. | 1.20 Hrs | 865/hr | $1,038.00 |
| 12/29/22 | AHSA | Employment Applications/Objections Call with C. Samis re: retention application (.2); review/revise same (.8); | 1.00 Hrs | 640/hr | $640.00 |
| 12/29/22 | CMS | Employment Applications/Objections Review/revise PAC retention application. | 1.20 Hrs | 865/hr | $1,038.00 |
| 12/29/22 | CMS | Employment Applications/Objections Call to A. Stulman re: comments to PAC retention application. | 0.20 Hrs | 865/hr | $173.00 |
| 12/29/22 | CMS | Employment Applications/Objections E-mail to A. Stulman re: comments to PAC retention application. | 0.10 Hrs | 865/hr | $86.50 |
| 12/30/22 | AHSA | Employment Applications/Objections Correspondence with Kirkland re: retention application (.2); review/comment same (.4); call with C. Samis re: same (.2); | 0.80 Hrs | 640/hr | $512.00 |
| 12/30/22 | CMS | Employment Applications/Objections Call to A. Stulman re: finalizing PAC retention application. | 0.20 Hrs | 865/hr | $173.00 |
| 12/30/22 | CMS | Employment Applications/Objections E-mail to A. Stulman re: clearance of PAC retention application. | 0.10 Hrs | 865/hr | $86.50 |
| 01/12/23 | CMS | Employment Applications/Objections Review FTI retention application. | 1.10 Hrs | 865/hr | $951.50 |
| 01/17/23 | CMS | Employment Applications/Objections Review Committee Statement on Retention of Professionals. | 0.30 Hrs | 865/hr | $259.50 |
| 01/17/23 | CMS | Employment Applications/Objections E-mail to A. Smith re: PAC retention order. | 0.10 Hrs | 865/hr | $86.50 |
| 01/18/23 | CMS | Employment Applications/Objections Review Debtors' omnibus reply on retention applications and related declarations. | 1.20 Hrs | 865/hr | $1,038.00 |
| 01/19/23 | CMS | Employment Applications/Objections Review motion to retain Paul Hastings. | 0.80 Hrs | 865/hr | $692.00 |
| 01/19/23 | CMS | Employment Applications/Objections Review motion to retain Jefferies. | 1.00 Hrs | 865/hr | $865.00 |
| 01/19/23 | CMS | Employment Applications/Objections Review motion to retain YCS&T. | 0.50 Hrs | 865/hr | $432.50 |
| 01/25/23 | AHSA | Employment Applications/Objections Correspondence and confer with C. Samis | 0.20 Hrs | 675/hr | $135.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | re: retention order (.1); correspondence with client re: same (.1); | | | |
| | | **Total EA Employment Applications/Objections** | **27.30** | | **$17,690.50** |

**Executory Contract and Leases**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 12/22/22 | CMS | Executory Contract and Leases Review lease rejection motion. | 0.30 Hrs | 865/hr | $259.50 |
| | | **Total EC Executory Contract and Leases** | **0.30** | | **$259.50** |

**Fee Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 01/06/23 | CMS | Fee Applications/Objections Review/revise December 2022 billing statement for compliance with local rules. | 1.00 Hrs | 865/hr | $865.00 |
| | | **Total FA Fee Applications/Objections** | **1.00** | | **$865.00** |

**Relief from Stay Proceedings**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 12/27/22 | CMS | Relief from Stay Proceedings Review BlockFi/Robinhood stay enforcement/extension motion. | 1.30 Hrs | 865/hr | $1,124.50 |
| 01/06/23 | CMS | Relief from Stay Proceedings Review Bankman-Friedman opposition to motion to enforce stay. | 0.30 Hrs | 865/hr | $259.50 |
| 01/06/23 | CMS | Relief from Stay Proceedings Review BlockFi opposition to motion to enforce stay. | 1.20 Hrs | 865/hr | $1,038.00 |
| 01/06/23 | CMS | Relief from Stay Proceedings Review Joint Provisional Liquidators RoR re: motion to enforce stay. | 0.20 Hrs | 865/hr | $173.00 |
| | | **Total MR Relief from Stay Proceedings** | **3.00** | | **$2,595.00** |

**Plan and Disclosure Statement**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 12/13/22 | CMS | Plan and Disclosure Statement Review joint provisional liquidators' motion to dismiss. | 2.10 Hrs | 865/hr | $1,816.50 |
| 12/15/22 | CMS | Plan and Disclosure Statement Review joint provisional liquidators reply in support of motion to dismiss. | 1.00 Hrs | 865/hr | $865.00 |
| | | **Total PL Plan and Disclosure Statement** | **3.10** | | **$2,681.50** |

**Asset Disposition/Use, Sale**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 12/13/22 | AHSA | Asset Disposition/Use, Sale Attend call re: 9019/case update (.2); correspondence with S. Rizvi re: same | 0.70 Hrs | 640/hr | $448.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | (.1); call and correspondence with C. Samis re: same (.2); correspondence with co-counsel and C. Samis re: retention application (.1); correspondence with S. Rizvi re: same (.1); | | | |
| 12/16/22 | CMS | Asset Disposition/Use, Sale<br>Review business line sale motion. | 2.10 Hrs | 865/hr | $1,816.50 |
| 12/16/22 | CMS | Asset Disposition/Use, Sale<br>E-mails to A. Stulman and others re: APA termination 9019. | 0.30 Hrs | 865/hr | $259.50 |
| 12/19/22 | AHSA | Asset Disposition/Use, Sale<br>Correspondence with C. Samis and client re: 9019 (.2); review/analyze same (.5); correspondence with debtors and C. Samis re: same (.2); | 0.90 Hrs | 640/hr | $576.00 |
| 12/19/22 | CMS | Asset Disposition/Use, Sale<br>Review/revise FTX 9019 on APA termination. | 1.00 Hrs | 865/hr | $865.00 |
| 12/19/22 | CMS | Asset Disposition/Use, Sale<br>Calls to/from A. Stulman re: 9019 motion on termination of APA. | 0.40 Hrs | 865/hr | $346.00 |
| 12/19/22 | CMS | Asset Disposition/Use, Sale<br>E-mails to 9019 motion on termination of APA. | 0.20 Hrs | 865/hr | $173.00 |
| 12/20/22 | CMS | Asset Disposition/Use, Sale<br>E-mail to A. Stulman re: filing of APA termination stip and related documents. | 0.10 Hrs | 865/hr | $86.50 |
| 12/22/22 | CMS | Asset Disposition/Use, Sale<br>Review as-filed APA termination 9019. | 0.50 Hrs | 865/hr | $432.50 |
| 01/03/23 | CMS | Asset Disposition/Use, Sale<br>Review Preliminary Statement of Provisional Liquidators on bid proc./sale. | 0.30 Hrs | 865/hr | $259.50 |
| 01/03/23 | AHSA | Asset Disposition/Use, Sale<br>Correspondence with debtors re: stipulation/UCC comments (.1); review same (.1); | 0.20 Hrs | 675/hr | $135.00 |
| 01/04/23 | AHSA | Asset Disposition/Use, Sale<br>Correspondence with debtors and C. Samis re: revised stip (.1); review same (.1); | 0.20 Hrs | 675/hr | $135.00 |
| 01/04/23 | CMS | Asset Disposition/Use, Sale<br>Review 9019 and related documents in connection with proposed committee change. | 1.10 Hrs | 865/hr | $951.50 |
| 01/04/23 | CMS | Asset Disposition/Use, Sale<br>E-mail to B. Beller re: clearance of 9019 edit. | 0.10 Hrs | 865/hr | $86.50 |
| 01/09/23 | CMS | Asset Disposition/Use, Sale<br>Review committee RoR on bid | 0.30 Hrs | 865/hr | $259.50 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | procedures. | | | |
| 01/09/23 | CMS | Asset Disposition/Use, Sale<br>E-mail to A. Smith re: entry of 9019 order. | 0.10 Hrs | 865/hr | $86.50 |
| 01/10/23 | AHSA | Asset Disposition/Use, Sale<br>Review stipulation in Voyager case (.1); correspondence with A. Smith and debtors re: same (.1); | 0.20 Hrs | 675/hr | $135.00 |
| 01/10/23 | CMS | Asset Disposition/Use, Sale<br>Review SDNY STIP btw. voyager and FTX. | 0.30 Hrs | 865/hr | $259.50 |
| 01/19/23 | MMDA | Asset Disposition/Use, Sale<br>Retrieve Debtors' Motion for Order (I) Authorizing/Approving Procedures for Sale/Transfer of Certain De Minimis Assets and Fund Assets and (II) Approving Assumption, Assignment and Rejection Procedures and (III) Granting Related Relief and email same to PAC team | 0.10 Hrs | 350/hr | $35.00 |
| 01/19/23 | CMS | Asset Disposition/Use, Sale<br>Review de minimis asset sales procedures motion. | 0.60 Hrs | 865/hr | $519.00 |
| | | **Total SA Asset Disposition/Use, Sale** | **9.70** | | **$7,865.00** |
| | | **Total** | | | **$96,418.50** |

LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Christopher M. Samis | 66.90 Hrs | 865.00/hr | $57,868.50 |
| Aaron H. Stulman | 4.60 Hrs | 675.00/hr | $3,105.00 |
| Katelin A. Morales | 5.20 Hrs | 575.00/hr | $2,990.00 |
| Sameen Rizvi | 53.50 Hrs | 460.00/hr | $24,610.00 |
| Aaron H. Stulman | 11.00 Hrs | 640.00/hr | $7,040.00 |
| Michelle M. Dero | 1.00 Hrs | 350.00/hr | $350.00 |
| Shannon J. Hamlin | 1.30 Hrs | 350.00/hr | $455.00 |
| | 143.50 Hrs | | $96,418.50 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

DISBURSEMENTS

Through January 31, 2023

**E112 - Court Fees**

| 1487 | Court E-Filing | 35.00 | |
|------|----------------|-------|---|
| | | | $35.00 |
| | Total Disbursements | | $35.00 |

| | Total Due This Bill | | $96,453.50 |
|---|---|---|---|

CMS