Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 489-7000
Facsimile: (212) 846-4900

*Special Counsel to Debtor Voyager Digital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] : Case No. 22-10943 (MEW)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client: | Voyager Digital, LLC |
| Retention Date: | July 13, 2022 |
| Time Period Covered: | January 1, 2023, through January 31, 2023 |
| Total Fees Requested: | $58,411.44 (80% of $73,014.30)[2] |
| Total Expenses Requested: | $887.32 |
| Type of Fee Statement | Monthly Fee Statement |

**SEVENTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL COUNSEL TO VOYAGER DIGITAL LLC DURING THE PERIOD OF JANUARY 1, 2023, THROUGH JANUARY 31, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Quinn Emanuel agreed with Voyager Digital, LLC ("Voyager LLC") to a 10% discount off of its customary fees. The Net Billed Fees reflect the fees actually billed to Voyager LLC after this 10% discount is applied. Accordingly, the total fees requested herein represent 80% of the Net Billed Fees.

Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases (the "Local Guidelines"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals for Retained Professionals and (II) Granting Related Relief* entered September 4, 2022 (the "Interim Compensation Order") (ECF. No. 236), Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel to Voyager Digital, LLC ("Voyager LLC"),[3] hereby files its *Seventh Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to Voyager Digital LLC During the Period of January 1, 2023, through January 31, 2023* (the "Seventh Monthly Fee Statement"), for the amount of $58,411.44, which represents 80% of the net fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered, and $887.32 for the reimbursement of the actual and necessary expenses incurred from January 1, 2023 through January 31, 2023 (the "Fee Period"), for a total of $59,298.76.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Seventh Monthly Fee Statement, Quinn Emanuel has attached the following:

> Exhibit A is a summary schedule of hours and fees covered by this Seventh Monthly Fee Statement, categorized by project code;
>
> Exhibit B is a summary schedule of the time expended by all Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period;

---

[3] This Court approved on August 4, 2022 the retention of Quinn Emanuel as Special Counsel to Voyager LLC effective July 13, 2022. *See* ECF. No. 242.

>Exhibit C is a summary of expenses incurred by Quinn Emanuel during the Fee Period; and

>Exhibit D is a detailed invoice for the hours expended and fees incurred by Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period.

## **Representations**

2. Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Seventh Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, Local Guidelines, and the Interim Compensation Order.

## **Notice**

3. Notice of this Seventh Monthly Fee Statement has been provide to all necessary parties in accordance with the Interim Compensation Order.

4. Objections to this Seventh Monthly Fee Statement, if any, must be filed by the objection deadline and served upon Quinn Emanuel, 51 Madison Ave., New York, NY 10010, Attn: Susheel Kirpalani, Esq., and Zachary Russell, Esq.; Email: susheelkirpalani@quinnemanuel.com; zacharyrussell@quinnemanuel.com, no later than Friday March 24, 2023, at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"). Objections to this Seventh Monthly Fee Statement, if any, must set forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objection to this Seventh Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall promptly pay Quinn Emanuel 80% of the fees and 100%

of the expenses as identified in this Seventh Monthly Fee Statement. To the extent that an objection to this Seventh Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall withhold payment of that portion of this Seventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

WHEREFORE, Quinn Emanuel Urquhart & Sullivan, LLP respectfully requests payment of $58,411.44 which represents 80% of the net fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered during the Fee Period and $887.32 for the reimbursement of the actual and necessary expenses incurred during the Fee Period for a total of $59,298.76.

Respectfully submitted this 9th day of March, 2023.

New York, New York

Quinn Emanuel Urquhart & Sullivan, LLP

/s/    *Susheel Kirpalani*
Susheel Kirpalani
Kate Scherling
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Special Counsel to Voyager Digital LLC*

# EXHIBIT A

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES | TOTAL FEES BILLED TO VOYAGER LLC AFTER APPLICATION OF 10% DISCOUNT |
|---|---|---|---|---|
| VO01 | Case Administration | 2.5 | $529.00 | $476.10 |
| VO02 | Fee Applications | 7.7 | $8,511.50 | $7,660.35 |
| VO04 | Fee/Employment Objections | 2.4 | $2,710.00 | $2,439.00 |
| VO05 | Special Committee Investigation | 53.9 | $69,376.50 | $62,438.85 |
| **TOTAL** | | **66.5** | **$81,127.00** | **$73,014.30** |

5

**EXHIBIT B**

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Katherine A. Scherling | Counsel | 26.9 | $1,350.00 | $36,315.00 |
| Zachary Russell | Associate | 23.5 | $1,270.00 | $29,845.00 |
| Joanna Caytas | Associate | 11.7 | $1,165.00 | $13,630.50 |
| Daniel Needleman | Attorney | 1.9 | $425.00 | $807.50 |
| Caitlin Garvey | Paralegal | 0.3 | $480.00 | $144.00 |
| Steven Wong | Litigation Support | 2.2 | $175.00 | $385.00 |
| **Total** | | **66.5** | **n/a** | **$81,127.00** |

## **EXHIBIT C**

| EXPENSE | COST |
|---|---:|
|  |  |
| Conference Fee | $70.00 |
| RelOne User Fee | $700.00 |
| RelOne Active Hosting (Per GB) (Litigation Support cost) | $117.32 |
| **Total** | **$887.32** |

# **EXHIBIT D**

**quinn emanuel trial lawyers**

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

February 21, 2023

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000147893
Responsible Attorney: Susheel Kirpalani

Limited Engagement For Voyager Digital, LLC Special Committee

For Professional Services through January 31, 2023 in connection with acting as special counsel to Voyager Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC, comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special Committee's mandate.

| | |
|---:|---:|
| Fees | $81,127.00 |
| 10% Discount | -$8,112.70 |
| Net Billed Fees | $73,014.30 |
| Expenses | $887.32 |
| Net Amount | $73,901.62 |
| Total Due This Invoice | $73,901.62 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich | sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

## quinn emanuel trial lawyers

| February 21, 2023 | Matter #: 11603-00001 |
|---|---|
| Page 2 | Invoice Number: 101-0000147893 |

**Statement Detail**

**VO01   Case Administration**

| 01/23/23 | SW4 | Prepare documents from recent document production for review per request from Caitlin Garvey. | 2.20 | 385.00 |
|---|---|---|---|---|
| 01/23/23 | CG3 | Analyze and process recent document production from the debtors (0.2); correspond with lit support re loading materials to database (0.1). | 0.30 | 144.00 |
| | | SUBTOTAL | 2.50 | 529.00 |

**VO02   Fee Applications**

| 01/19/23 | DN1 | Draft Sixth monthly fee statement. | 1.00 | 425.00 |
|---|---|---|---|---|
| 01/20/23 | DN1 | Determine objection deadline for Fee Application. | 0.30 | 127.50 |
| 01/23/23 | ZR1 | Review and revise fee statement (.6). | 0.60 | 762.00 |
| 01/23/23 | DN1 | Prepare draft Fee Statement for filing. | 0.10 | 42.50 |
| 01/24/23 | DN1 | Arrange for filing of Fee Statement. | 0.10 | 42.50 |
| 01/28/23 | ZR1 | Prepare supplemental declaration regarding first interim fee application (2.1). | 2.10 | 2,667.00 |
| 01/30/23 | ZR1 | Prepare supplemental declaration regarding first interim fee application (2.5). | 2.50 | 3,175.00 |
| 01/31/23 | ZR1 | Review and revise supplemental declaration (1.0) | 1.00 | 1,270.00 |
| | | SUBTOTAL | 7.70 | 8,511.50 |

**VO04   Fee/Employment Objections**

| 01/26/23 | ZR1 | Attend meeting with R. Morrissey regarding QE's first interim fee application (1.2). | 1.20 | 1,524.00 |
|---|---|---|---|---|
| 01/27/23 | DN1 | Prepare information in response to | 0.10 | 42.50 |

**quinn emanuel trial lawyers**

February 21, 2023　　　　　　　　　　　　　　　　　　　　　　　　Matter #: 11603-00001
Page 3　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice Number: 101-0000147893

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| | | inquiries from UST. | | |
| 01/28/23 | DN1 | Prepare information in response to inquiries from UST. | 0.20 | 85.00 |
| 01/30/23 | ZR1 | Attend call with UST re fee application (.8). | 0.80 | 1,016.00 |
| 01/30/23 | DN1 | Prepare information in response to inquiries from UST. | 0.10 | 42.50 |
| | | SUBTOTAL | 2.40 | 2,710.00 |

**VO05   Special Committee Investigation**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/05/23 | JDC | Correspond with K. Scherling and Z. Russell regarding objections to the disclosure statement (0.1); analyze objections to the Asset Purchase Agreement and Disclosure Statement (1.2). | 1.30 | 1,514.50 |
| 01/05/23 | KS2 | Call with D. Epstein re: financial disclosure production (.20); review intercompany claim issues (.30); call with R. Howell re: same (.20); review Alameda disclosure statement objection (.40); email to S. Kirpalani providing case update (.50). | 1.60 | 2,160.00 |
| 01/05/23 | ZR1 | Attend call with K&E re intercompany transfers (.2). | 0.20 | 254.00 |
| 01/06/23 | JDC | Analyze and summarize in a chart objections to the Asset Purchase Agreement and Disclosure Statement (1.7); correspond with K. Scherling and Z. Russell regarding same (0.1). | 1.80 | 2,097.00 |
| 01/10/23 | KS2 | Attend hearing on APA and Disclosure Statement. | 4.00 | 5,400.00 |
| 01/11/23 | KS2 | Call with R. Howell re: intercompany adversary proceeding (.20); confer with Z. Russell re: same (.20); review Z. Russell notes on intercompanies (.20). | 0.60 | 810.00 |
| 01/11/23 | ZR1 | Analysis on intercompany transactions (1.8) | 1.80 | 2,286.00 |

**quinn emanuel trial lawyers**

February 21, 2023  Matter #: 11603-00001
Page 4  Invoice Number: 101-0000147893

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/13/23 | KS2 | Prepare for and attend zoom with Kirkland, Katten, and Arent Fox (.60); follow-up with Z. Russell re: same (.20). | 0.80 | 1,080.00 |
| 01/15/23 | ZR1 | Prepare outline of intercompany transfer presentation (1.2) | 1.20 | 1,524.00 |
| 01/16/23 | JDC | Confer with Z. Russell regarding presentation on intercompany transfers (0.3); review background materials (0.9). | 1.20 | 1,398.00 |
| 01/16/23 | ZR1 | Call with JC re intercompany transfer presentation (.3); follow up correspondence with JC re same (.3). | 0.60 | 762.00 |
| 01/16/23 | KS2 | Email to Independent Directors re: status of intercompany issues. | 0.70 | 945.00 |
| 01/18/23 | JDC | Review documents relating to intercompany transfers (0.6); prepare presentation regarding intercompany transfers (1.3). | 1.90 | 2,213.50 |
| 01/19/23 | ZR1 | Review and revise intercompany presentation (2.6). | 2.60 | 3,302.00 |
| 01/19/23 | JDC | Review documents relating to intercompany transfers (0.4); prepare presentation regarding intercompany transfers (1.4); correspond with Z. Russell regarding same (0.1). | 1.90 | 2,213.50 |
| 01/23/23 | ZR1 | Review new document production re intercompany transfers (1.2). | 1.20 | 1,524.00 |
| 01/23/23 | KS2 | Review selected documents produced by the Debtors (.70); prepare for E. Psaropolous interview (1.30); correspondence with Z. Russell re: document review (.10). | 2.10 | 2,835.00 |
| 01/24/23 | ZR1 | Review documents regarding intercompany transfers (2.1); attend interview of E. Psaropoulos re same (1.4); prepare summary of same (.3). | 3.80 | 4,826.00 |
| 01/24/23 | KS2 | Attend omnibus hearing telephonically (2.10); further preparation for E. Psaropolous | 4.10 | 5,535.00 |

## quinn emanuel trial lawyers

February 21, 2023  Matter #: 11603-00001
Page 5  Invoice Number: 101-0000147893

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | interview (.60); attend interview of E. Psaropolous re: intercompany transfers (1.20); follow-up with Z. Russell (.20). | | |
| 01/25/23 | KS2 | Correspondence re: BRG interview re: intercompanies (.10). | 0.10 | 135.00 |
| 01/26/23 | KS2 | Call with M. Slade re: creditor motion (.10); review creditor motion seeking to disclose the Investigation Report (.30); correspondence with S. Kirpalani and Z. Russell re: same (.20). | 0.60 | 810.00 |
| 01/27/23 | ZR1 | Prepare for call with BRG (.2); Attend call with BRG re intercompany transactions and schedules (.6). | 0.80 | 1,016.00 |
| 01/27/23 | KS2 | Prepare for BRG interview (.30); attend BRG interview re: intercompany claims (.60). | 0.90 | 1,215.00 |
| 01/28/23 | JDC | Analyze document production (2.7); review and revise presentation regarding intercompany transfers (0.9). | 3.60 | 4,194.00 |
| 01/29/23 | KS2 | Review correspondence and document requests from Katten (.20). | 0.20 | 270.00 |
| 01/30/23 | ZR1 | Attend call with Katten re document requests (.3); prepare follow up email to Katten re same (.7). | 1.00 | 1,270.00 |
| 01/30/23 | KS2 | Call with J. Gleit re: intercompany issues (.10); further analysis of intercompany transfers (.40); review objection to Alameda's proof of claim (.30). | 0.80 | 1,080.00 |
| 01/31/23 | KS2 | Call with S. Kirpalani re: intercompany issues (.20); draft presentation to Special Committee regarding Intercompany Transfers (10.2). | 10.40 | 14,040.00 |
| 01/31/23 | ZR1 | Review and revise presentation to SC re intercompany transactions. | 2.10 | 2,667.00 |
| | | SUBTOTAL | 53.90 | 69,376.50 |

# quinn emanuel trial lawyers

February 21, 2023  
Page 6

Matter #: 11603-00001  
Invoice Number: 101-0000147893

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Katherine A. Scherling | KS2 | Counsel | 26.90 | 1,350.00 | 36,315.00 |
| Zachary Russell | ZR1 | Associate | 23.50 | 1,270.00 | 29,845.00 |
| Joanna Caytas | JDC | Associate | 11.70 | 1,165.00 | 13,630.50 |
| Daniel Needleman | DN1 | Attorney | 1.90 | 425.00 | 807.50 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Caitlin Garvey | CG3 | Paralegal | 0.30 | 480.00 | 144.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Steven Wong | SW4 | Litigation Support | 2.20 | 175.00 | 385.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Online Research | | 0.00 |
| Document Reproduction | 0.00 | 0.00 |
| Word processing | | 0.00 |
| PACER Services | | 0.00 |
| Conference Fee | | 70.00 |

**Litigation Support Costs**

| | |
|---|---|
| RelOne User Fee | 700.00 |
| RelOne Active Hosting (Per GB) | 117.32 |
| Total Expenses | $887.32 |

# quinn emanuel trial lawyers
quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

## Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees......................................................$73,014.30 |
| Bill Date: February 21, 2023 | Expenses.............................................................$887.32 |
| Invoice Number: 101-0000147893 | Total Due this Invoice......................................$73,901.62 |

**Payment Due By March 25, 2023**

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds to:         City National Bank
                          555 South Flower St., 12th Floor
                          Los Angeles, CA  90071

Account Info:             Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:             Deposit Account # ▮▮▮▮▮▮▮
Bank ABA No.:             122016066
Swift Code:               CINAUS6L
*References:*             *Invoice number and client name / matter number please*

Tax ID# 95-4004138

REMITTANCE