### Ehrlich interview from sept 20, 2021

Stacey Cohen <scohen
Mon 3/6/2023 5:30 PM

To: Chambers

1 attachments (29 MB)
Ehrlich Vgx.mp3;

**CAUTION - EXTERNAL:**

From Stacey Cohen - creditor and equity holder

I interviewed mr. Erlich for a podcast on crypto Sept 20, 2021

Memorandum Endorsement from Chambers
The attachment to this email is not in proper form and is not being filed.