**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>              Debtors. | Chapter 11<br>Case No. 22-10943 (MEW)<br>(Jointly Administered)<br><br>**NOTICE OF APPEAL** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   <u>United States of America; United States Trustee for Region 2</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☑ Trustee (U.S. Trustee, Region 2)
   ☑ Other: United States of America

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: <u>The United States of America and United States Trustee for Region 2 appeal to the United States District Court for the Southern District of New York from the Court's order confirming the Debtors' chapter 11 plan (ECF No. 1159), annexed hereto, by the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York.</u>

2. State the date on which the judgment, order, or decree was entered: <u>March 8, 2023</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Plaintiffs-Appellants | Counsel for Plaintiffs-Appellants |
|---|---|
| United States of America<br><br>United States Trustee, Region 2 | DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York<br>By:  LAWRENCE H. FOGELMAN<br>JEAN-DAVID BARNEA<br>PETER ARONOFF<br>Assistant United States Attorneys<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel.:  (212) 637-2800<br>E-mail:  Lawrence.Fogelman@usdoj.gov<br>Jean-David.Barnea@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br><br>WILLIAM K. HARRINGTON<br>United States Trustee, Region 2<br>LINDA A. RIFFKIN<br>Assistant United States Trustee<br>RICHARD C. MORRISSEY<br>MARK BRUH<br>Trial Attorneys<br><br>U.S. Department of Justice<br>Office of the United States Trustee – NY Office<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, New York 10004-1408<br>(212) 510-0500 |

| Defendants-Appellees | Counsel for Defendants-Appellees |
|---|---|
| Voyager Digital Holdings, Inc.; Voyager Digital Ltd.; and Voyager Digital, LLC | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted pro hac vice)<br><br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |

Dated:  March 9, 2023
        New York, New York

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:     */s/ Peter Aronoff*
        LAWRENCE H. FOGELMAN
        JEAN-DAVID BARNEA
        PETER ARONOFF
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.:    (212) 637-2800
        E-mail:
        Lawrence.Fogelman@usdoj.gov
        Jean-David.Barnea@usdoj.gov
        Peter.Aronoff@usdoj.gov

By:    */s/ Linda A. Riffkin*
WILLIAM K. HARRINGTON
United States Trustee, Region 2
LINDA A. RIFFKIN
Assistant United States Trustee
RICHARD C. MORRISSEY
MARK BRUH
Trial Attorneys

U.S. Department of Justice
Office of the United States Trustee –
NY Office
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408
Tel.: (212) 510-0500