UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER EXTENDING THE STAY OF THE CONFIRMATION ORDER

On March 10, 2023, the Court entered the *Corrected and Amended Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166] (the "Confirmation Order"),[2] which amended a prior order originally entered March 8, 2023 and which provided that the stay of the effectiveness of the Confirmation Order would terminate at the end of the day on March 13, 2023, and the Confirmation Order would be effective and enforceable immediately thereafter. The Debtors and certain Governmental Units have agreed to extend the stay of the Confirmation Order through March 15, and the affected Governmental Units have agreed not to seek reconsideration of the Court's decision to waive and reduce the 14-day stay described in Bankruptcy Rule 3020(e), but reserve the right to seek further interim relief in connection with a stay motion.

It is, therefore HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Confirmation Order.

1.       The date by which the stay of the Confirmation Order provided by the Bankruptcy Rules shall terminate as set forth in paragraph 124 of the Confirmation Order is hereby extended to March 15, 2023 at 5:00 p.m. (prevailing Eastern Time), and the Confirmation Order shall be effective and enforceable immediately thereafter.

2.       The parties are authorized to take all actions necessary or appropriate to effectuate the relief granted herein.

3.       This Order shall be immediately effective and enforceable upon its entry.

Dated: New York, New York
       March 11, 2023

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE