UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Re Docket Nos.: 843, 854, 941, 944, 946, 947, 1059, 1061, 1063, 1066, 1072, 1082** |

## OMNIBUS ORDER DENYING CERTAIN MOTIONS

On March 2, 2023 through March 7, 2023, the Court held a hearing (the "Hearing") that, among other things, addressed the relief sought in that certain letter filed by Tracy Hendershott dated January 9, 2023 [Docket No. 843], that certain letter filed by Gerado Pedraza dated January 10, 2023 [Docket No. 854], the *Motion for Appointment of a Chapter 11 Trustee* [Docket No. 941], the *Motion for Order to Return Cryptocurrency Assets* [Docket No. 944], those certain letters filed by Alah Shehadeh [Docket Nos. 946, 947, 1063, 1066], the *Objection of Unsecured creditors to 1) Debtors' Motion for Final Order Approving the Amended Purchase Agreement and Amended Disclosure Statement with Respect to the Appropriateness of Third Party Releases, 2) The Inadequacy of the Plan to Meet the Bankruptcy Fair and Equitable Standard for the Outcome of VGX and 3) the Appointment of the wind Down Trustee, Legal counsel and Existing UCC Members* [Docket No. 1059], the *Objection to Disclosure Statement and Plan, with Motion to: 1) Remove Existing Debtor and UCC Leadership, and Their Appointees for Administration of Wind Down*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

*Trust, In Lieu of UST Appointed Trustee, 2) Classify Debtor Creditors as Fraud Victims for Relief Under IRS Ruling 2009-9 and 3) Remove all Releases for Debtors and 3rd Parties* [Docket No. 1061], the *Motion/Statement to the Court* [Docket No. 1072], and the *Motion of Fraud and Deceptive Practices by Counsel and Voyager Digital Holdings, Inc. et al.,* [Docket No. 1082] (collectively, the "Motions"), and considered the Motions, objections, and arguments of the parties and found the Motions were properly noticed.  Pursuant to Federal Civil Rule 52, made applicable in bankruptcy proceedings by Bankruptcy Rule 7052, the Court stated its findings of fact and conclusions of law on the record.

For the reasons set forth by the Court in its oral rulings at the Hearing itself, and in the Decision of the Court entered March 11, 2023, the Court finds and concludes that the Motions should be denied.  It is, therefore HEREBY ORDERED THAT:

1. The Motions are denied.

2. The parties are authorized to take all actions necessary or appropriate to effectuate the relief granted herein.

3. This Order shall be immediately effective and enforceable upon its entry.

Dated: New York, New York
       March 11, 2023

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE