UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
VOYAGER DIGITAL HOLDINGS, INC., et al.,               : Case No. 22-10943 (MEW)
                                                      :
                    Debtors.                          : (Jointly Administered)
                                                      :
_____

**ERRATA ORDER FOR
DECISION REGARDING (1) APPROVAL OF THE DEBTORS'
DISCLOSURE STATEMENT, (2) CONFIRMATION OF THE DEBTORS'
PLAN OF REORGANIZATION, (3) MOTIONS SEEKING THE APPOINTMENT
OF A TRUSTEE, (4) MOTIONS REQUESTING FULL CUSTOMER ACCESS TO
ACCOUNT HOLDINGS, AND (5) RELATED MATTERS**

ORDERED, that the Decision, dated March 11, 2023, be amended as follows:

1. On **page 4**, in the ninth line, add the word "we" before "have not changed the substance of . . ."

2. **Page 7** – In the first line, replace "Three Arrows" with "Three Arrows Capital, Ltd."

3. On **page 20**, in the third line of the last paragraph, "i.e." should be italicized.

4. On **page 30**, in the second sentence of the last full paragraph replace the word "courts" with "course."

5. On **page 32**, in the next to last line of the page, delete the word "making."

6. On **page 36**, in the fifth line of the first paragraph that starts on that page, add the word "trades" after the word "rebalancing."

7. On **page 36**, in the sixth line of the first paragraph that starts on that page, delete the semicolon after the word "Debtors."

8. On **page 39**, in the seventh line of the second paragraph on the page, delete the comma and add the word "and" after the words "over the confirmation of the plan" and before the words "over the actions that must be taken . . ."

9. On **page 45**, in the third line of the second full paragraph, change the word "their" to the word "its"

10. On **page 46**, in the eighth line, change the word "committee" to "Committee."

11. On **page 49**, in the second line of the page, delete "(ECF Nos. 843, 941, 1059, 1061, 1076, 1077.)" and replace it with "(ECF Nos. 843, 941, 1059, 1061, 1066, 1082.)"

12. On **page 49**, in the first full paragraph, in the second line, delete "(ECF Nos. 854, 947.)" and replace it with "(ECF Nos. 854, 944, 946, 947.)"

Dated: New York, New York
March 13, 2023

/s/ **Michael E. Wiles**
Honorable Michael E. Wiles
United States Bankruptcy Judge