RECEIVED
MAR 13 2023
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

VOYAGER DIGITAL HOLDINGS, INC., *et al.*,

Debtor.

_____/

Case No. 22-10943 (MEW)

Chapter 11
(Jointly Administered)

## MURRAY FISCH'S RESPONSE TO OBJECTION TO CLAIM NUMBER 5478

Creditor, Murray Fisch, hereby files this Response to the Debtors' Omnibus Objection to (I) The Voting Amount Associated with Certain Disputed Account Holder Claims and (II) The Merits of Certain Disputed Account Holder Claims [ECF No. 859] (the "Objection"), and states as follows:

1. The Objection has improperly listed two of the four scheduled coin amounts.

2. As of March 7, 2023, the below chart details the correct amounts for each of the crypto assets I owed.

| BITCOIN (BTC) | 0.000401 |
|---|---|
| CHAINLINK (LINK) | 21.21 |
| POLYGON (MATIC) | 70,112.972 |
| USDCOIN (USDC) | 35,637.26 |

3. The account details evidencing the correct number of CHAINLINK and POLYGON coins are attached.

4. Based on the above and attached, the Court should not grant the Objection with respect to Claim Number 5478.

DATED: March 10, 2023.

                                 _____ – Manager EST 2011, LLC
                                 Murray Fisch
                                 410 Interstate Court
                                 Sarasota, FL 34240
                                 Email: fivefischsllc@gmail.com
                                 Phone: (813) 838-2355

12:17

Menu    Log Out

**EST 2011 LLC**
fivefischsllc@gmail.com

Settings  >

Bank Accounts  >

Transfer Cash or Crypto  >

Recurring Buys  >

Transaction History  >

Tax Documents   NEW   >

Refer a Friend  >

Earn Rewards  >

Loyalty Program  >

Promotions  >

Node Blog  >

Support  >

Market   Portfolio   Claim   Menu

# Claim

Your claim amount is calculated based on the USD price of the crypto assets in your Voyager account as of July 5, 2022. Your actual recovery amount will be a percentage of your claim amount, as determined by Voyager's rebalancing.

Binance.US has been selected by Voyager as the distribution platform for the return of crypto assets to Voyager customers.

You have opted in to transfer your User Data to Binance.US early and will gain access to your crypto asset distributions as soon as possible after they are made available for distribution. Binance.US will send you an email with next steps. No further action is required by you at this time.

**Learn More**

| Position | 7/5 Price | Quantity | Cl... |
|---|---|---|---|
| **MATIC** Polygon | $0.512 | 70,112.972 | $35... |
| **LINK** Chainlink | $6.30 | 35,637.26 | $22... |

 Market   Portfolio   Claim   Menu