# Exhibit A

Exhibit A2 Time Detail

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 07/11/2022 | Herring | Angela K. | Associate | 2.89 | 3,684.75 | Read background materials and discuss same with internal team and client (R. Foster). | B |
| 07/11/2022 | Kim | Richard K. | Partner | 8.00 | 14,800.00 | Meetings with MCB management to finalize engagement. Reviewed documents. Calls with regulators. | A |
| 07/11/2022 | Mason | Richard G. | Partner | 8.00 | 15,600.00 | Reviewed documents and internal and external calls. | B |
| 07/11/2022 | Wolf | Amy R. | Of Counsel | 1.90 | 3,705.00 | T/C RGM (.3); review background materials (.4) team conference call (1.2). | B |
| 07/12/2022 | Brown | Maggie L. | Paralegal | 2.00 | 650.00 | Setting up dlist and workspace. | B |
| 07/12/2022 | Herring | Angela K. | Associate | 7.83 | 9,983.25 | Read background materials and court pleadings; emails and calls among team; coordinate filing of notice of appearance. | B |
| 07/12/2022 | Kim | Richard K. | Partner | 8.00 | 14,800.00 | Calls with Voyager management, Reviewed documents. Calls with regulators. | A |
| 07/12/2022 | Mason | Richard G. | Partner | 6.00 | 11,700.00 | Reviewed documents and internal and client/Kirkland communications. | B |
| 07/12/2022 | Nickerson | Benjamin J. | Associate | 2.00 | 1,450.00 | Reviewed pleadings. | B |
| 07/12/2022 | Spaziani | Rosemary | Of Counsel | 4.00 | 5,200.00 | Review materials. | B |
| 07/12/2022 | Wolf | Amy R. | Of Counsel | 4.50 | 8,775.00 | Review materials to get up to speed. | B |
| 07/13/2022 | Herring | Angela K. | Associate | 6.17 | 7,866.75 | WLRK team meeting to discuss case status; kick-off call with client; review key contracts and pleadings. | B |
| 07/13/2022 | Kim | Richard K. | Partner | 7.00 | 12,950.00 | Calls with MCB management. Call with Voyager's counsel. Calls with regulators. Reviewed documents. | A |
| 07/13/2022 | Mason | Richard G. | Partner | 6.00 | 11,700.00 | Reviewed documents and internal and external calls. | B |
| 07/13/2022 | Nickerson | Benjamin J. | Associate | 2.50 | 1,812.50 | Reviewed agreements and filings. | B |
| 07/13/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 2.75 | 618.75 | Internal pre-call preparation and client call; working with Amy Wolf. | B |
| 07/13/2022 | Spaziani | Rosemary | Of Counsel | 6.00 | 7,800.00 | Prep for and calls re matter; research reg issues on the same. | B |
| 07/13/2022 | Wolf | Amy R. | Of Counsel | 4.00 | 7,800.00 | WLRK team meeting to discuss case status; kick-off call with client; review key contracts and pleadings. | B |
| 07/14/2022 | Brown | Maggie L. | Paralegal | 0.75 | 243.75 | Index. | B |
| 07/14/2022 | Herring | Angela K. | Associate | 8.35 | 10,646.25 | Call with client re: bankruptcy issues and strategy; review key pleadings and contracts; legal research re same. | B |
| 07/14/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Calls with MCB management. Calls with regulators. Reviewed documents. | A |
| 07/14/2022 | Mason | Richard G. | Partner | 7.50 | 14,625.00 | worked on docs and internal and external calls re: FBO. | B |
| 07/14/2022 | Nickerson | Benjamin J. | Associate | 2.25 | 1,631.25 | Reviewed agreements. | B |
| 07/14/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 1.00 | 225.00 | Bankruptcy update call (Angie Herring). | B |
| 07/14/2022 | Spaziani | Rosemary | Of Counsel | 2.00 | 2,600.00 | Review additional info; emails re FBO accounts and shortfall considerations. | B |
| 07/14/2022 | Wolf | Amy R. | Of Counsel | 5.50 | 10,725.00 | Call with client re: bankruptcy issues and strategy; review key pleadings and contracts; legal research re same. | B |
| 07/15/2022 | Anders | David B. | Partner | 0.70 | 1,190.00 | T/cs, emails re: document requests. | A |

Exhibit A3 Time Detail

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 07/15/2022 | Herring | Angela K. | Associate | 8.07 | 10,289.25 | Calls with debtors and internal team re case status and strategy; review key agreements and pleadings; legal research. | B |
| 07/15/2022 | Kim | Richard K. | Partner | 6.00 | 11,100.00 | Calls with MCB management. Call with Voyager's counsel. Calls with regulators. Reviewed documents. | A |
| 07/15/2022 | Mason | Richard G. | Partner | 6.50 | 12,675.00 | Worked on FBO issues, many calls and emails re same. | B |
| 07/15/2022 | McKay | Nancy R. | Library | 0.50 | 150.00 | Bankr treatise info for A Herring. | B |
| 07/15/2022 | Nickerson | Benjamin J. | Associate | 2.50 | 1,812.50 | Reviewed agreements. | B |
| 07/15/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 2.50 | 562.50 | Updating account summary and listening in on calls (Ben Nickerson). | B |
| 07/15/2022 | Spaziani | Rosemary | Of Counsel | 5.00 | 6,500.00 | Doc review, calls and emails. | B |
| 07/15/2022 | Wolf | Amy R. | Of Counsel | 6.20 | 12,090.00 | Calls with debtors and internal team re case status and strategy; review key agreements and pleadings; legal research. | B |
| 07/16/2022 | Herring | Angela K. | Associate | 0.41 | 522.75 | Analyze Voyager agreements; emails w/ team re related issues. | B |
| 07/16/2022 | Nickerson | Benjamin J. | Associate | 2.50 | 1,812.50 | Reviewed agreements. | B |
| 07/16/2022 | Spaziani | Rosemary | Of Counsel | 2.00 | 2,600.00 | Review documents and emails on the same. | B |
| 07/17/2022 | Herring | Angela K. | Associate | 0.68 | 867.00 | Analyze Voyager agreements and discuss same w team via email. | B |
| 07/17/2022 | Nickerson | Benjamin J. | Associate | 1.25 | 906.25 | Reviewed agreements. | B |
| 07/17/2022 | Wolf | Amy R. | Of Counsel | 0.50 | 975.00 | Analyze Voyager agreements and discuss same w team via email. | B |
| 07/18/2022 | Brown | Maggie L. | Paralegal | 1.00 | 325.00 | Index. | B |
| 07/18/2022 | Herring | Angela K. | Associate | 7.15 | 9,116.25 | Review Voyager agreements, legal research re same, review pleadings, calls w/ client re agreements. | B |
| 07/18/2022 | Kim | Richard K. | Partner | 6.00 | 11,100.00 | Calls with MCB management. Calls with regulators. Reviewed documents. | A |
| 07/18/2022 | Mason | Richard G. | Partner | 6.50 | 12,675.00 | Worked on FBO issues; many calls and emails re same. | B |
| 07/18/2022 | Nickerson | Benjamin J. | Associate | 3.50 | 2,537.50 | Reviewed contracts and attended calls. | B |
| 07/18/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 1.50 | 337.50 | Working on tracking documents and attending client meetings (Angie Herring). | B |
| 07/18/2022 | Spaziani | Rosemary | Of Counsel | 4.00 | 5,200.00 | Emails and calls re FBO account and related documents. | B |
| 07/18/2022 | Wolf | Amy R. | Of Counsel | 5.50 | 10,725.00 | Review Voyager agreements, review pleadings, calls w/ client re agreements. | B |
| 07/19/2022 | Herring | Angela K. | Associate | 5.84 | 7,446.00 | Attend telephonic hearing re credit card payments; calls w/ client and internal team re agreements, legal strategy, etc. | B |
| 07/19/2022 | Kim | Richard K. | Partner | 5.00 | 9,250.00 | Calls with MCB management. Attended bankruptcy court hearing. Calls with regulators. | A |
| 07/19/2022 | Mason | Richard G. | Partner | 6.50 | 12,675.00 | Worked on FBO and related issues; many calls and emails re same. | B |
| 07/19/2022 | Nickerson | Benjamin J. | Associate | 3.50 | 2,537.50 | Reviewed contracts and attended calls. | B |
| 07/19/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 2.25 | 506.25 | Attending hearing and client meetings, analyze agreements and account documents. Working with Angie Herring. | B |

Exhibit A-4 Time Detail

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 07/19/2022 | Spaziani | Rosemary | Of Counsel | 3.00 | 3,900.00 | Emails and calls; review additional materials. | B |
| 07/19/2022 | Wolf | Amy R. | Of Counsel | 5.70 | 11,115.00 | Attend telephonic hearing re credit card payments; calls w/ client and internal team re agreements, legal strategy, etc. | B |
| 07/20/2022 | Anders | David B. | Partner | 0.50 | 850.00 | T/c w/ client re: document requests; emails w/ client. | A |
| 07/20/2022 | Herring | Angela K. | Associate | 2.58 | 3,289.50 | Team call re regulatory matters; review and discuss comments on FBO motion. | A,B |
| 07/20/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Calls with MCB management. Calls with regulators. Reviewed documents. | A |
| 07/20/2022 | Mason | Richard G. | Partner | 4.00 | 7,800.00 | Prepared for and attended regulatory calls and follow up. | A |
| 07/20/2022 | Nickerson | Benjamin J. | Associate | 2.25 | 1,631.25 | Reviewed agreements. | B |
| 07/20/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 1.75 | 393.75 | Prep and client meetings, including regulatory call (Angie Herring). | B |
| 07/20/2022 | Spaziani | Rosemary | Of Counsel | 3.50 | 4,550.00 | Prep and regulatory call; review additional agreements and documents sent; emails with WLRK and client on the same. | B |
| 07/20/2022 | Wolf | Amy R. | Of Counsel | 3.20 | 6,240.00 | Team call re regulatory matters; review and discuss comments on FBO motion. | A,B |
| 07/21/2022 | Herring | Angela K. | Associate | 1.48 | 1,887.00 | Review pleadings filed in bankruptcy court; review and comment on FBO motion. | B |
| 07/21/2022 | Kim | Richard K. | Partner | 5.00 | 9,250.00 | Calls with MCB management. Calls with regulators. Reviewed documents. | A |
| 07/21/2022 | Mason | Richard G. | Partner | 5.00 | 9,750.00 | Communications and review re FBO issues and related matters. | B |
| 07/21/2022 | Nickerson | Benjamin J. | Associate | 2.19 | 1,587.75 | Drafted amended motion. | B |
| 07/21/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 3.00 | 675.00 | Memo documenting every motion filed by debtors (Angie Herring). | C |
| 07/21/2022 | Spaziani | Rosemary | Of Counsel | 6.00 | 7,800.00 | Calls and emails; revise motion regarding the different accounts. | B |
| 07/21/2022 | Wolf | Amy R. | Of Counsel | 3.50 | 6,825.00 | Review pleadings filed in bankruptcy court; review and comment on FBO motion. | B |
| 07/22/2022 | Herring | Angela K. | Associate | 2.79 | 3,557.25 | Review and comment on summer associate memo re second-day motions; review bid procedures motion; call w/ Debtors re FBO issues. | B |
| 07/22/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Calls with MCB management. Calls with Voyager's counsel. Calls with regulators. Prepared regulatory correspondence. | A |
| 07/22/2022 | Mason | Richard G. | Partner | 3.00 | 5,850.00 | Prepared for and attended FBO related calls. | B |
| 07/22/2022 | Nickerson | Benjamin J. | Associate | 2.18 | 1,580.50 | Reviewed pleadings. | B |
| 07/22/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 3.50 | 787.50 | Working on memo, meetings (Angie Herring). | B |
| 07/22/2022 | Spaziani | Rosemary | Of Counsel | 2.00 | 2,600.00 | Misc matters - emails, doc review and calls. | B |
| 07/23/2022 | Herring | Angela K. | Associate | 1.91 | 2,435.25 | Emails with Kirkland and client re potential filing of Voyager agreements and confidentiality issues. | B |
| 07/23/2022 | Nickerson | Benjamin J. | Associate | 0.50 | 362.50 | Reviewed agreements. | B |
| 07/23/2022 | Wolf | Amy R. | Of Counsel | 0.80 | 1,560.00 | Emails with Kirkland and client re potential filing of Voyager agreements and confidentiality issues. | B |

Exhibit A: Time Detail

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 07/24/2022 | Herring | Angela K. | Associate | 3.28 | 4,182.00 | Review Voyager agreements, communicate with Kirkland and client re same including sealing issues. | B |
| 07/24/2022 | Nickerson | Benjamin J. | Associate | 0.50 | 362.50 | Reviewed agreements. | B |
| 07/24/2022 | Spaziani | Rosemary | Of Counsel | 1.00 | 1,300.00 | Review account docs and emails re the same. | A |
| 07/25/2022 | Herring | Angela K. | Associate | 2.01 | 2,562.75 | Review Voyager-related agreements; coordinate with Kirkland and client re filing of certain agreements. | B |
| 07/25/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Calls with MCB management.  Calls with Voyager's counsel.  Calls with regulators.  Prepared regulatory correspondence. | A |
| 07/25/2022 | Mason | Richard G. | Partner | 4.00 | 7,800.00 | FBO related issues. | B |
| 07/25/2022 | Spaziani | Rosemary | Of Counsel | 0.50 | 650.00 | Review revised motion; email on the same. | B |
| 07/25/2022 | Wolf | Amy R. | Of Counsel | 0.60 | 1,170.00 | Review Voyager-related agreements; coordinate with Kirkland and client re filing of certain agreements. | B |
| 07/26/2022 | Herring | Angela K. | Associate | 7.94 | 10,123.50 | Review debtors' draft supplement, review agreements; call w/ Kirkland re plan for supplemental filing; draft statement in support. | B |
| 07/26/2022 | Kim | Richard K. | Partner | 1.00 | 1,850.00 | Calls with MCB management.  Call with Voyager's counsel.  Prepared regulatory correspondence. | A |
| 07/26/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 0.75 | 168.75 | Meeting with debtors' counsel (Angie Herring). | B |
| 07/26/2022 | Spaziani | Rosemary | Of Counsel | 1.00 | 1,300.00 | Emails and calls. | B |
| 07/26/2022 | Wolf | Amy R. | Of Counsel | 4.50 | 8,775.00 | Review debtors' draft supplement, review agreements; call w/ Kirkland re plan for supplemental filing; draft statement in support. | B |
| 07/27/2022 | Herring | Angela K. | Associate | 4.95 | 6,311.25 | Review debtors' revised pleadings; emails re agreements; draft statement in support. | B |
| 07/27/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Calls with MCB management.  Calls with regulators.  Prepared regulatory correspondence. | A |
| 07/27/2022 | Mason | Richard G. | Partner | 4.00 | 7,800.00 | Reviewed papers; FBO related issues. | B |
| 07/27/2022 | Nickerson | Benjamin J. | Associate | 1.00 | 725.00 | Reviewed agreements. | B |
| 07/27/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 5.00 | 1,125.00 | Researching re: issues relating to contracts; calls with debtors' counsel (Angie Herring). | B,C |
| 07/27/2022 | Wolf | Amy R. | Of Counsel | 3.90 | 7,605.00 | Review debtors' revised pleadings; emails re agreements; draft statement in support. | B |
| 07/28/2022 | Acevedo | Jonathan M. | Associate | 4.26 | 3,088.50 | Discuss new matter with David Anders, get read up on document requests and other materials. | A |
| 07/28/2022 | Anders | David B. | Partner | 0.50 | 850.00 | Emails re: custodians, hold notice, next steps. | A |
| 07/28/2022 | Herring | Angela K. | Associate | 3.91 | 4,985.25 | Review objections filed in bankruptcy case; draft statement in support; review and comment on debtors' draft pleadings. | B |
| 07/28/2022 | Kim | Richard K. | Partner | 6.00 | 11,100.00 | Calls with MCB management.  Prepared regulatory correspondence. | A |
| 07/28/2022 | Nickerson | Benjamin J. | Associate | 1.50 | 1,087.50 | Reviewed documents. | B |
| 07/28/2022 | Schleifman | Alicia Gabrielle | Summer Associate | 0.30 | 67.50 | Research re regulatory matters (Angie Herring). | A |

Exhibit A६ Time Detail

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 07/28/2022 | Spaziani | Rosemary | Of Counsel | 2.50 | 3,250.00 | Review Voyager marketing; C&D letter; calls with A. Wolf and RKK on the same. | A |
| 07/28/2022 | Watiker | Jeffrey A. | Counsel | 1.90 | 2,375.00 | Review letter from FDIC to Voyager. Review press material. Review diligence materials. | A |
| 07/28/2022 | Wolf | Amy R. | Of Counsel | 5.00 | 9,750.00 | Review objections filed in bankruptcy case; draft statement in support; review and comment on debtors' draft pleadings. | B |
| 07/29/2022 | Acevedo | Jonathan M. | Associate | 1.34 | 971.50 | Call re document requests; review materials provided by client for production, begin working with automated legal services team to prepare documents for production. | A |
| 07/29/2022 | Anders | David B. | Partner | 1.00 | 1,700.00 | Call re document requests; emails re: doc production issues. | A |
| 07/29/2022 | Herring | Angela K. | Associate | 5.26 | 6,706.50 | Revise and finalize statement in support of FBO motion; review pleadings and emails re same. | B |
| 07/29/2022 | Kim | Richard K. | Partner | 5.00 | 9,250.00 | Calls with MCB management. Prepared regulatory correspondence. | A |
| 07/29/2022 | Min | Soe | Automated Legal Support ("ALS") | 1.50 | 525.00 | Imported data into processing engines deduplicated files and loaded into Relativity for case team review as per Acevedo, Jonathan M. | A |
| 07/29/2022 | Rojas | Juan | ALS | 0.20 | 80.00 | Load document set to e-discovery database for attorney review per Jonathan Acevedo request. | A |
| 07/29/2022 | Spaziani | Rosemary | Of Counsel | 0.50 | 650.00 | Review marketing materials. | B |
| 07/29/2022 | Watiker | Jeffrey A. | Counsel | 5.80 | 7,250.00 | Work on outline re: regulatory matters. Research, re: same. Review diligence materials. | A |
| 07/30/2022 | Acevedo | Jonathan M. | Associate | 4.01 | 2,907.25 | Review production documents and continue working with ALS on production; coordinate with client on additional produced documents. | A |
| 07/30/2022 | Anders | David B. | Partner | 0.50 | 850.00 | Emails re: doc production. | A |
| 07/30/2022 | Herring | Angela K. | Associate | 0.49 | 624.75 | Finalize and coordinate filing of statement in support of FBO motion. | B |
| 07/30/2022 | Rojas | Juan | ALS | 1.50 | 600.00 | Prepare document set for production to outside party per Jonathan Acevedo request. | A |
| 07/30/2022 | Wick | Kelum S. | ALS | 0.60 | 240.00 | Creating document production in Relativity workspace and preparing an export of the produced documents in order to make the production available for offline review and transmission via FTP. | A |
| 07/31/2022 | Acevedo | Jonathan M. | Associate | 3.09 | 2,240.25 | Continue working with ALS and reviewing production, preparing for distribution, and coordinate with client on additional production requests not present in set of production documents. | A |
| 07/31/2022 | Anders | David B. | Partner | 0.70 | 1,190.00 | Review, revise cover letter; emails re: production. | A |
| 07/31/2022 | Herring | Angela K. | Associate | 0.33 | 420.75 | Gather materials for Aug. 4 hearing. | B |

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 07/31/2022 | Min | Soe | ALS | 1.00 | 350.00 | Imported data into processing engines deduplicated files and Export stamped productions from Relativity as per Acevedo, Jonathan M. | A |
| 07/31/2022 | Nickerson | Benjamin J. | Associate | 0.50 | 362.50 | Reviewed pleadings. | B |
| 07/31/2022 | Samaroo | Aaron R. | ALS | 0.30 | 120.00 | Prepare electronic documents in the document review repository for attorney review and production as requested by J. Acevedo. | A |
| 07/31/2022 | Wolf | Amy R. | Of Counsel | 0.20 | 390.00 | Prep for Aug. 4 hearing. | B |
| 08/01/2022 | Acevedo | Jonathan M. | Associate | 4.36 | 3,161.00 | Continue drafting and finalize production cover letter and other materials, compile production in FTP site, and send production. | A |
| 08/01/2022 | Anders | David B. | Partner | 0.50 | 850.00 | Review cover letter; emails re: doc production. | A |
| 08/01/2022 | Gomes | Paul | ALS | 0.25 | 100.00 | Finalized outgoing production and encrypted files for submission to outside entities. requested by Jonathan Acevedo. | A |
| 08/01/2022 | Herring | Angela K. | Associate | 2.52 | 3,213.00 | Coordinate service of pleading; planning for Aug. 4 hearing. | B |
| 08/01/2022 | Litinski | Rotem | Paralegal | 0.83 | 269.75 | Litigation Search for Ben Nickerson. | A |
| 08/01/2022 | Mason | Richard G. | Partner | 3.00 | 5,850.00 | Worked on FBO issues. | B |
| 08/01/2022 | Nickerson | Benjamin J. | Associate | 2.00 | 1,450.00 | Prepared hearing documents. | B |
| 08/01/2022 | Watiker | Jeffrey A. | Counsel | 3.60 | 4,500.00 | Work on outline re: regulatory matters. Research, re: same. Review diligence materials. | A |
| 08/02/2022 | Herring | Angela K. | Associate | 0.80 | 1,020.00 | Review and organize filings in advance of second-day hearing. | B |
| 08/02/2022 | Mason | Richard G. | Partner | 2.00 | 3,900.00 | Worked on FBO issues. | B |
| 08/02/2022 | Nickerson | Benjamin J. | Associate | 3.25 | 2,356.25 | Prepared hearing documents. | B |
| 08/02/2022 | Watiker | Jeffrey A. | Counsel | 5.20 | 6,500.00 | Work on outline re: regulatory matters. Research, re: same. Review diligence materials. | A |
| 08/02/2022 | Wolf | Amy R. | Of Counsel | 0.20 | 390.00 | Prep for Aug. 4 hearing. | B |
| 08/03/2022 | Acevedo | Jonathan M. | Associate | 0.14 | 101.50 | Correspondence regarding productions. | A |
| 08/03/2022 | Herring | Angela K. | Associate | 3.69 | 4,704.75 | Review recent filings and orders in bankruptcy case and email team and client re same; prepare for Aug. 4 hearing. | B |
| 08/03/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Calls with MCB management.  Call with Voyager's counsel.  Prepared regulatory correspondence. | A |
| 08/03/2022 | Mason | Richard G. | Partner | 2.00 | 3,900.00 | Worked on FBO issues. | B |
| 08/03/2022 | Nickerson | Benjamin J. | Associate | 3.50 | 2,537.50 | Prepared for hearing. | B |
| 08/03/2022 | Watiker | Jeffrey A. | Counsel | 4.60 | 5,750.00 | Work on outline re: regulatory matters. Research, re: same. Review diligence materials. Review court filings. | A |
| 08/03/2022 | Wolf | Amy R. | Of Counsel | 0.40 | 780.00 | Prep for Aug. 4 hearing. | B |
| 08/04/2022 | Byron | Janeen M. | Manager | 0.50 | 150.00 | Reference request for B. Nickerson. | B |
| 08/04/2022 | Herring | Angela K. | Associate | 7.33 | 9,345.75 | Review pleadings and proposed orders; prep for and attend second-day hearing. | B |
| 08/04/2022 | Kim | Richard K. | Partner | 6.00 | 11,100.00 | Calls with MCB management.  Attended bankruptcy court proceeding.  Prepared regulatory correspondence. | A |
| 08/04/2022 | Mason | Richard G. | Partner | 6.00 | 11,700.00 | Prepared for and attended court hearing re FBO and follow up. | B |

Exhibit A: Time Detail

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 08/04/2022 | Nickerson | Benjamin J. | Associate | 4.00 | 2,900.00 | Attended hearing. | B |
| 08/04/2022 | Spaziani | Rosemary | Of Counsel | 3.50 | 4,550.00 | Hearing; review revised order. | B |
| 08/04/2022 | Watiker | Jeffrey A. | Counsel | 4.50 | 5,625.00 | Work on outline re: regulatory matters.  Research, re: same. Review court filings.  Monitor court hearing. | A |
| 08/04/2022 | Wolf | Amy R. | Of Counsel | 5.50 | 10,725.00 | Attend second-day hearing. | B |
| 08/05/2022 | Herring | Angela K. | Associate | 1.38 | 1,759.50 | Review second-day orders; emails re plan for opening FBO account. | B |
| 08/05/2022 | Watiker | Jeffrey A. | Counsel | 0.30 | 375.00 | Review court materials. | A |
| 08/08/2022 | Herring | Angela K. | Associate | 0.73 | 930.75 | Review Voyager and Celsius filings; review and analyze contracts. | C |
| 08/08/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Calls with MCB management.  Prepared regulatory correspondence. | A |
| 08/08/2022 | Watiker | Jeffrey A. | Counsel | 3.00 | 3,750.00 | Review court materials. Work on regulatory correspondence. | A |
| 08/09/2022 | Herring | Angela K. | Associate | 1.06 | 1,351.50 | Review and analyze contracts; review transcript and court filings and email team/client re same. | C |
| 08/09/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Calls with MCB management.  Prepared regulatory correspondence. | A |
| 08/09/2022 | Mason | Richard G. | Partner | 1.50 | 2,925.00 | Worked on FBO issues. | B |
| 08/09/2022 | Watiker | Jeffrey A. | Counsel | 8.70 | 10,875.00 | Review court materials. Work on regulatory correspondence. Send draft of same to R. Kim. | A |
| 08/10/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Attended MCB board meeting.  Calls with regulators. | A |
| 08/10/2022 | Mason | Richard G. | Partner | 4.00 | 7,800.00 | Prepared for and attended board meeting. | C |
| 08/10/2022 | Watiker | Jeffrey A. | Counsel | 0.70 | 875.00 | Review court materials. Work on regulatory correspondence. | A |
| 08/11/2022 | Goldenberg | Lena | Library | 0.40 | 120.00 | Case pull for R. Mason. | C |
| 08/11/2022 | Watiker | Jeffrey A. | Counsel | 1.50 | 1,875.00 | Review court materials.  Monitor Creditors' Committee virtual townhall. | A |
| 08/12/2022 | Herring | Angela K. | Associate | 0.30 | 382.50 | Coordinate registrations for upcoming hearing and review pleadings re same. | C |
| 08/12/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Calls with MCB management.  Prepared regulatory correspondence. | A |
| 08/12/2022 | Spaziani | Rosemary | Of Counsel | 0.50 | 650.00 | Review emails and filings. | A |
| 08/12/2022 | Watiker | Jeffrey A. | Counsel | 0.30 | 375.00 | Work on regulatory correspondence. | A |
| 08/15/2022 | Goldman | Shera | Library | 1.00 | 300.00 | Kim, R - obtain regulatory materials. | A |
| 08/15/2022 | Herring | Angela K. | Associate | 2.43 | 3,098.25 | Review materials on agenda for August 16 hearing; review and email team re plan filings. | C |
| 08/15/2022 | Kim | Richard K. | Partner | 4.00 | 7,400.00 | Calls with MCB management.  Prepared regulatory correspondence. | A |
| 08/15/2022 | Sternberg | Henry R. | Paralegal | 0.50 | 162.50 | Printed index. | A |
| 08/15/2022 | Watiker | Jeffrey A. | Counsel | 1.00 | 1,250.00 | Monitor court filings. Review materials on Voyager's exposure to Three Arrows. | A |
| 08/15/2022 | Wolf | Amy R. | Of Counsel | 0.10 | 195.00 | Attention to team emails re Voyager plan filings. | C |

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 08/16/2022 | Herring | Angela K. | Associate | 3.05 | 3,888.75 | Prep for and attend omnibus hearing; review and analyze contracts. | C |
| 08/16/2022 | Kim | Richard K. | Partner | 3.00 | 5,550.00 | Calls with MCB management. Prepared regulatory correspondence. | A |
| 08/16/2022 | Spaziani | Rosemary | Of Counsel | 0.50 | 650.00 | Review materials. | A |
| 08/16/2022 | Spaziani | Rosemary | Of Counsel | 1.00 | 1,300.00 | Review and revise regulatory correspondence. | A |
| 08/16/2022 | Watiker | Jeffrey A. | Counsel | 0.10 | 125.00 | Review materials on consumer compliance issues. | A |
| 08/17/2022 | Kim | Richard K. | Partner | 3.00 | 5,550.00 | Calls with MCB management. Calls with regulators. Prepared regulatory correspondence. | A |
| 08/17/2022 | Spaziani | Rosemary | Of Counsel | 1.00 | 1,300.00 | Review regulatory correspondence. | A |
| 08/22/2022 | Herring | Angela K. | Associate | 1.04 | 1,326.00 | Review schedules and statements; emails re same. | C |
| 08/23/2022 | Herring | Angela K. | Associate | 0.84 | 1,071.00 | Review and email team re recent filings including updated confirmation schedule; coordinate re coverage of 8/24 hearing. | C |
| 08/23/2022 | Nickerson | Benjamin J. | Associate | 1.50 | 1,087.50 | Attended hearing. | C |
| 08/23/2022 | Wolf | Amy R. | Of Counsel | 0.10 | 195.00 | Attention to team emails re plan filings. | C |
| 08/25/2022 | Herring | Angela K. | Associate | 1.33 | 1,695.75 | Research re contract issues. | C |
| 08/26/2022 | Herring | Angela K. | Associate | 0.11 | 140.25 | Review recent bankruptcy court filings. | C |
| 08/28/2022 | Nickerson | Benjamin J. | Associate | 1.00 | 725.00 | Reviewed MCB documents. | C |
| 08/29/2022 | Brown | Maggie L. | Paralegal | 1.50 | 487.50 | Downloaded files from MCB data room per B. Nickerson request. | C |
| 08/29/2022 | Herring | Angela K. | Associate | 0.25 | 318.75 | Review bankruptcy court filings. | C |
| 08/30/2022 | Herring | Angela K. | Associate | 0.15 | 191.25 | Review bankruptcy court filings. | C |
| 08/31/2022 | Herring | Angela K. | Associate | 0.32 | 408.00 | Review bankruptcy court filings and coordinate scheduling changes. | C |
| 09/01/2022 | Herring | Angela K. | Associate | 0.31 | 395.25 | Review court filings and coordinate re: upcoming hearings. | C |
| 09/06/2022 | Nickerson | Benjamin J. | Associate | 1.00 | 725.00 | Reviewed pleadings. | C |
| 09/09/2022 | Herring | Angela K. | Associate | 0.54 | 688.50 | Review recent court filings and arrange for dial-in to upcoming telephonic hearing. | C |
| 09/10/2022 | Herring | Angela K. | Associate | 0.07 | 89.25 | Read bankruptcy case filings. | C |
| 09/13/2022 | Mason | Richard G. | Partner | 2.00 | 3,900.00 | Sale issues. | C |
| 09/14/2022 | Herring | Angela K. | Associate | 0.62 | 790.50 | Review case filings and exchange emails w/ RGM re same; attention to reporting re: auction. | C |
| 09/15/2022 | Herring | Angela K. | Associate | 1.44 | 1,836.00 | Review and email team and client re schedules; communicate with team re possible contract issues. | C |
| 09/16/2022 | Herring | Angela K. | Associate | 0.59 | 752.25 | Emails w/ client re auction status, review news re same. | C |
| 09/16/2022 | Spaziani | Rosemary | Of Counsel | 0.50 | 650.00 | Emails re: case status. | C |
| 09/16/2022 | Wolf | Amy R. | Of Counsel | 1.00 | 1,950.00 | Emails w/ client re auction status, review news re same. | C |
| 09/17/2022 | Herring | Angela K. | Associate | 0.27 | 344.25 | Review filings and news reports re auction, email team re same. | C |
| 09/27/2022 | Herring | Angela K. | Associate | 0.23 | 293.25 | Review bankruptcy court filings and email WLRK team re same; coordinate re upcoming hearing. | C |
| 10/04/2022 | Nickerson | Benjamin J. | Associate | 1.25 | 906.25 | Reviewed pleadings. | C |
| 10/05/2022 | Nickerson | Benjamin J. | Associate | 2.25 | 1,631.25 | Reviewed pleadings. | C |

Exhibit A - Time Detail

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 10/06/2022 | Herring | Angela K. | Associate | 0.11 | 140.25 | Emails among team re: FBO wind-down issues. | C |
| 10/07/2022 | Herring | Angela K. | Associate | 0.79 | 1,007.25 | Review plan documents re treatment of FBO account and emails among team re same. | C |
| 10/07/2022 | Nickerson | Benjamin J. | Associate | 2.50 | 1,812.50 | Reviewed Plan. | C |
| 10/10/2022 | Herring | Angela K. | Associate | 0.40 | 510.00 | Emails among team and to Kirkland re next steps for FBO account; review objection to sale motion. | C |
| 10/10/2022 | Wolf | Amy R. | Of Counsel | 0.20 | 390.00 | Emails among team and to Kirkland re next steps for FBO account; review objection to sale motion. | C |
| 10/11/2022 | Herring | Angela K. | Associate | 1.27 | 1,619.25 | Emails w/ Kirkland and team re: status of MCB-Voyager arrangements. | C |
| 10/12/2022 | Herring | Angela K. | Associate | 1.25 | 1,593.75 | Review DS and sale documents and emails among team re strategy. | C |
| 10/12/2022 | Wolf | Amy R. | Of Counsel | 0.20 | 390.00 | Emails among team re DS/plan. | C |
| 10/13/2022 | Herring | Angela K. | Associate | 0.24 | 306.00 | Review sale and DS objections. | C |
| 10/14/2022 | Herring | Angela K. | Associate | 0.69 | 879.75 | Coordinate re: upcoming hearing; review emails and notes for upcoming client call; review objections filed in bankruptcy court. | C |
| 10/17/2022 | Herring | Angela K. | Associate | 0.18 | 229.50 | Review filings re amended plan and disclosure statement. | C |
| 10/19/2022 | Herring | Angela K. | Associate | 4.11 | 5,240.25 | Attend disclosure statement hearing telephonically; follow-up emails and discussion w/ team re same. | C |
| 10/19/2022 | Wolf | Amy R. | Of Counsel | 0.30 | 585.00 | Emails/discussion with team re DS hearing and next steps. | C |
| 10/20/2022 | Herring | Angela K. | Associate | 2.56 | 3,264.00 | Discuss status w/ BJN; call w/ WLRK team; call w/ client; research and review docs re same. | C |
| 10/20/2022 | Mason | Richard G. | Partner | 3.00 | 5,850.00 | Prepared for and attended calls re FBO. | C |
| 10/20/2022 | Nickerson | Benjamin J. | Associate | 2.50 | 1,812.50 | Reviewed pleadings. | C |
| 10/21/2022 | Herring | Angela K. | Associate | 0.28 | 357.00 | Email client re disclosure statement order and upcoming schedule. | C |
| 10/24/2022 | Herring | Angela K. | Associate | 0.13 | 165.75 | Review BJN draft email to client re card program. | C |
| 11/01/2022 | Herring | Angela K. | Associate | 0.22 | 280.50 | Emails among team re status of FBO account. | C |
| 11/02/2022 | Herring | Angela K. | Associate | 0.61 | 777.75 | Meet w/ ARW and RGM to discuss status of FBO account; emails/calls w/ team re same. | C |
| 11/02/2022 | Wolf | Amy R. | Of Counsel | 1.00 | 1,950.00 | Meet w/ AKH and RGM re status of FBO account; emails/calls among team re same. | C |
| 11/07/2022 | Herring | Angela K. | Associate | 0.64 | 816.00 | Update call w/ client re FBO strategy. | C |
| 11/07/2022 | Wolf | Amy R. | Of Counsel | 0.60 | 1,170.00 | Update call w/ client re FBO strategy. | C |
| 11/08/2022 | Herring | Angela K. | Associate | 1.30 | 1,657.50 | Read about case developments, email team and client re same, coordinate re upcoming hearing. | C |
| 11/08/2022 | Wolf | Amy R. | Of Counsel | 1.00 | 1,950.00 | Read about case developments, email team and client re same, coordinate re upcoming hearing. | C |
| 11/09/2022 | Herring | Angela K. | Associate | 1.42 | 1,810.50 | Read news coverage re: FTX and related matters; emails among team re same. | C |

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 11/09/2022 | Nickerson | Benjamin J. | Associate | 1.25 | 906.25 | Reviewed filings. | C |
| 11/11/2022 | Herring | Angela K. | Associate | 0.19 | 242.25 | Review letter from Voyager; monitor FTX situation. | C,D |
| 11/11/2022 | Nickerson | Benjamin J. | Associate | 1.25 | 906.25 | Reviewed pleadings. | C |
| 11/11/2022 | Wolf | Amy R. | Of Counsel | 1.50 | 2,925.00 | Review Voyager letter and discuss response. | D |
| 11/12/2022 | Watiker | Jeffrey A. | Counsel | 0.10 | 125.00 | Monitor FBO-account developments. | D |
| 11/13/2022 | Herring | Angela K. | Associate | 0.34 | 433.50 | Review emails re reserve; coordinate re upcoming hearing. | C,D |
| 11/13/2022 | Wolf | Amy R. | Of Counsel | 0.70 | 1,365.00 | Emails/calls re reserve and FBO issues. | D |
| 11/14/2022 | Herring | Angela K. | Associate | 1.20 | 1,530.00 | Coordinate hearing dial-ins, review filings and monitor FTX situation. | C |
| 11/15/2022 | Herring | Angela K. | Associate | 1.74 | 2,218.50 | Attend omnibus hearing and update team and client re same; review recent pleadings and news developments re FTX/market. | C |
| 11/15/2022 | Wolf | Amy R. | Of Counsel | 0.40 | 780.00 | Read team emails re recent Voyager hearing. | C |
| 11/16/2022 | Herring | Angela K. | Associate | 0.52 | 663.00 | Review filings re Voyager cash position and emails among team re same and FTX issues. | C |
| 11/16/2022 | Wolf | Amy R. | Of Counsel | 0.30 | 585.00 | Emails among team re Voyager operating report and FTX issues | C |
| 11/17/2022 | Herring | Angela K. | Associate | 4.62 | 5,890.50 | Legal research re: FBO agreement issues, draft summary re same. | D |
| 11/17/2022 | Wolf | Amy R. | Of Counsel | 2.50 | 4,875.00 | Emails/discussion re FBO issues. | D |
| 11/18/2022 | Herring | Angela K. | Associate | 0.37 | 471.75 | Review Voyager filings and email team re same. | C |
| 11/20/2022 | Wolf | Amy R. | Of Counsel | 0.30 | 585.00 | Calls/emails re FBO issue | D |
| 11/21/2022 | Herring | Angela K. | Associate | 3.47 | 4,424.25 | Call w/ Kirkland re reserve issue; follow-up calls w/ team re same; review agreements and legal research. | D |
| 11/21/2022 | Spaziani | Rosemary | Of Counsel | 1.50 | 1,950.00 | Calls and review emails on account issues. | D |
| 11/22/2022 | Herring | Angela K. | Associate | 0.38 | 484.50 | Read and respond to emails re: card program stipulation and FBO issues. | C,D |
| 11/22/2022 | Nickerson | Benjamin J. | Associate | 1.30 | 942.50 | Reviewed pleadings. | C |
| 11/22/2022 | Spaziani | Rosemary | Of Counsel | 0.50 | 650.00 | Emails on risks/exposure. | D |
| 11/22/2022 | Wolf | Amy R. | Of Counsel | 0.50 | 975.00 | Emails re: card program stipulation and FBO. | D |
| 11/23/2022 | Herring | Angela K. | Associate | 0.39 | 497.25 | Read Voyager filing re: amended schedules. | C |
| 11/23/2022 | Nickerson | Benjamin J. | Associate | 1.25 | 906.25 | Reviewed pleadings. | C |
| 11/23/2022 | Wolf | Amy R. | Of Counsel | 0.50 | 975.00 | Emails/calls re FBO account. | D |
| 11/28/2022 | Herring | Angela K. | Associate | 0.59 | 752.25 | Emails re: FBO status; attention to docket and to related crypto bankruptcy developments. | C,D |
| 11/29/2022 | Herring | Angela K. | Associate | 0.43 | 548.25 | Read Voyager pleading re amended schedules; emails re FBO account. | C,D |
| 11/29/2022 | Nickerson | Benjamin J. | Associate | 1.00 | 725.00 | Reviewed and summarized amended Voyager schedules. | C |
| 11/29/2022 | Watiker | Jeffrey A. | Counsel | 0.20 | 250.00 | Review answers from K&E regarding FBO account closure. | D |
| 11/29/2022 | Wolf | Amy R. | Of Counsel | 1.50 | 2,925.00 | Emails/calls re FBO account. | D |
| 11/30/2022 | Herring | Angela K. | Associate | 2.44 | 3,111.00 | Review debtors' motion re: reserve and prepare response to same. | D |

Exhibit A 2 Time Detail

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 11/30/2022 | Spaziani | Rosemary | Of Counsel | 2.00 | 2,600.00 | Emails/calls; draft basis for reserves. | D |
| 11/30/2022 | Watiker | Jeffrey A. | Counsel | 0.30 | 375.00 | Work on FBO account closure. | D |
| 11/30/2022 | Wolf | Amy R. | Of Counsel | 2.00 | 3,900.00 | Review motion re reserve and prepare response. | D |
| 12/01/2022 | Herring | Angela K. | Associate | 8.50 | 10,837.50 | Review debtors' motion re: reserve, calls w/ internal team and client, legal research, prepare response. | D |
| 12/01/2022 | Nickerson | Benjamin J. | Associate | 2.00 | 1,450.00 | Reviewed pleadings. | D |
| 12/01/2022 | Spaziani | Rosemary | Of Counsel | 1.20 | 1,560.00 | Calls and emails regarding FBO account and Voyager bankruptcy. | D |
| 12/01/2022 | Watiker | Jeffrey A. | Counsel | 0.70 | 875.00 | Work on FBO account closure. Review materials of the release of the reserve. | D |
| 12/01/2022 | Wolf | Amy R. | Of Counsel | 5.50 | 10,725.00 | Discuss and prepare response to Voyager motion re reserve. | D |
| 12/02/2022 | Herring | Angela K. | Associate | 6.01 | 7,662.75 | Research for and prepare response to motion to compel release of reserve; calls re same. | D |
| 12/02/2022 | Spaziani | Rosemary | Of Counsel | 2.00 | 2,600.00 | Calls/emails re: FBO reserve issues. | D |
| 12/02/2022 | Wolf | Amy R. | Of Counsel | 1.80 | 3,510.00 | Discuss and prepare response to Voyager motion re reserve. | D |
| 12/03/2022 | Herring | Angela K. | Associate | 5.50 | 7,012.50 | Prepare response to motion to compel release of reserve. | D |
| 12/03/2022 | Wolf | Amy R. | Of Counsel | 0.20 | 390.00 | Review and comment on response to Voyager motion re FBO reserve. | D |
| 12/04/2022 | Herring | Angela K. | Associate | 2.47 | 3,149.25 | Prepare response to motion to compel release of reserve. | D |
| 12/05/2022 | Herring | Angela K. | Associate | 8.04 | 10,251.00 | Prepare response to Voyager motion re FBO reserve, research and discussion re same. | D |
| 12/05/2022 | Nickerson | Benjamin J. | Associate | 2.25 | 1,631.25 | Drafted pleadings. | D |
| 12/05/2022 | Spaziani | Rosemary | Of Counsel | 1.00 | 1,300.00 | Calls and emails regarding FBO account and Voyager bankruptcy. | D |
| 12/05/2022 | Watiker | Jeffrey A. | Counsel | 0.10 | 125.00 | Work on FBO account closure. | D |
| 12/05/2022 | Wolf | Amy R. | Of Counsel | 2.50 | 4,875.00 | Review and comment on response to Voyager motion re FBO reserve. | D |
| 12/06/2022 | Bartel | Filip N. | Paralegal | 3.00 | 975.00 | Cite Checking Voyager brief for A. Herring. | D |
| 12/06/2022 | Herring | Angela K. | Associate | 13.27 | 16,919.25 | Prepare response to Voyager motion re FBO reserve, research and discussion re same. | D |
| 12/06/2022 | Nickerson | Benjamin J. | Associate | 4.00 | 2,900.00 | Drafted Pleadings. | D |
| 12/06/2022 | Obmascik | Max B. | Paralegal | 8.00 | 2,600.00 | Brief cite check and finalization. | D |
| 12/06/2022 | Spaziani | Rosemary | Of Counsel | 1.50 | 1,950.00 | Calls/emails regarding FBO bankruptcy issues. | D |
| 12/06/2022 | Watiker | Jeffrey A. | Counsel | 0.10 | 125.00 | Work on FBO account closure. | D |
| 12/06/2022 | Wolf | Amy R. | Of Counsel | 2.00 | 3,900.00 | Review and comment on response to reserve motion. | D |
| 12/07/2022 | Bartel | Filip N. | Paralegal | 3.50 | 1,137.50 | Preparing Exhibits for Voyager brief. | D |
| 12/07/2022 | Bartel | Filip N. | Paralegal | 3.50 | 1,137.50 | Preparing Final Exhibits and cite checking brief again for A. Herring. | D |
| 12/07/2022 | Cassel | Michael H. | Associate | 0.90 | 1,012.50 | Assist finalization of objection. | D |
| 12/07/2022 | Herring | Angela K. | Associate | 17.25 | 21,993.75 | Revise, finalize and prepare filing and service of objection to reserve motion and ancillary papers. | D |
| 12/07/2022 | Nickerson | Benjamin J. | Associate | 4.25 | 3,081.25 | Prepared filings. | D |
| 12/07/2022 | Obmascik | Max B. | Paralegal | 7.00 | 2,275.00 | Brief cite check and finalization. | D |

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 12/07/2022 | Watiker | Jeffrey A. | Counsel | 0.40 | 500.00 | Work on FBO account closure. | D |
| 12/07/2022 | Wolf | Amy R. | Of Counsel | 7.60 | 14,820.00 | Review and comment on draft response to reserve motion and ancillary documents. | D |
| 12/08/2022 | Bartel | Filip N. | Paralegal | 5.50 | 1,787.50 | Extracting addresses and creating mailings for copies of brief to send out for B. Nickerson. | D |
| 12/08/2022 | Herring | Angela K. | Associate | 1.02 | 1,300.50 | Review and prepare response to Court concerning sealing issue; coordinate mail service of pleading. | D |
| 12/08/2022 | Watiker | Jeffrey A. | Counsel | 0.40 | 500.00 | Review filed materials regarding the FBO reserve account. | D |
| 12/09/2022 | Herring | Angela K. | Associate | 4.23 | 5,393.25 | Communicate with Kirkland and with client/internal team re settlement proposal; review and consider response to doc requests; review time records. | D |
| 12/09/2022 | Watiker | Jeffrey A. | Counsel | 0.20 | 250.00 | Review proposed stipulation. | D |
| 12/09/2022 | Wolf | Amy R. | Of Counsel | 1.50 | 2,925.00 | Communicate w/ Kirkland and client/team re settlement proposal. | D |
| 12/10/2022 | Herring | Angela K. | Associate | 0.27 | 344.25 | Email Court concerning settlement. | D |
| 12/10/2022 | Wolf | Amy R. | Of Counsel | 0.20 | 390.00 | Emails re advising court of settlement. | D |
| 12/12/2022 | Herring | Angela K. | Associate | 5.34 | 6,808.50 | Prepare certificate of service, emails re upcoming hearings, respond to K&E re requests, review time records for submission to debtors; review and comment on stip. | D |
| 12/12/2022 | Watiker | Jeffrey A. | Counsel | 0.10 | 125.00 | Work on release of reserve account. | D |
| 12/12/2022 | Wolf | Amy R. | Of Counsel | 1.00 | 1,950.00 | Review and comment on stipulation. | D |
| 12/13/2022 | Herring | Angela K. | Associate | 1.78 | 2,269.50 | Review and comment on draft stipulation re: FBO account; review time records. | D |
| 12/13/2022 | Watiker | Jeffrey A. | Counsel | 0.10 | 125.00 | Review draft MCB Stipulation. | D |
| 12/13/2022 | Wolf | Amy R. | Of Counsel | 2.50 | 4,875.00 | Review and comment on draft FBO stipulation. | D |
| 12/15/2022 | Herring | Angela K. | Associate | 0.06 | 76.50 | Review recent pleadings. | C |
| 12/15/2022 | Wolf | Amy R. | Of Counsel | 0.10 | 195.00 | Emails re: status of FBO stipulation. | D |
| 12/16/2022 | Herring | Angela K. | Associate | 0.23 | 293.25 | Review draft stip sent by Kirkland; review other pleadings filed in case. | C,D |
| 12/16/2022 | Watiker | Jeffrey A. | Counsel | 0.20 | 250.00 | Review materials related to the FBO account. | D |
| 12/17/2022 | Herring | Angela K. | Associate | 0.09 | 114.75 | Review draft stipulation sent by Kirkland. | D |
| 12/18/2022 | Watiker | Jeffrey A. | Counsel | 0.10 | 125.00 | Review materials related to the FBO account, including the draft stipulation. | D |
| 12/19/2022 | Herring | Angela K. | Associate | 1.79 | 2,282.25 | Review and comment on draft stipulation; read about sale developments and email team re same. | C,D |
| 12/19/2022 | Nickerson | Benjamin J. | Associate | 1.50 | 1,087.50 | Reviewed materials related to FBO accounts and drafted response to Kirkland re stipulation. | D |
| 12/19/2022 | Wolf | Amy R. | Of Counsel | 1.00 | 1,950.00 | Review and comment on draft stipulation; attention to emails among team re: sale developments. | C,D |
| 12/20/2022 | Herring | Angela K. | Associate | 0.12 | 153.00 | Review draft stipulation; respond to ARW inquiries re fees. | D |
| 12/20/2022 | Nickerson | Benjamin J. | Associate | 2.00 | 1,450.00 | Prepared stipulation. | D |

| Work Date | Last Name | First Name | Title | Work Hours | Work Amount | Description | Category |
|---|---|---|---|---|---|---|---|
| 12/20/2022 | Wolf | Amy R. | Of Counsel | 1.20 | 2,340.00 | Review draft stipulation; discuss issues: re preparing and submitting fees. | D |
| 12/21/2022 | Nickerson | Benjamin J. | Associate | 0.75 | 543.75 | Prepared stipulation. | D |
| 12/22/2022 | Herring | Angela K. | Associate | 1.29 | 1,644.75 | Review plan/sale pleadings; review and comment on stipulation; review time records. | C,D |
| 12/22/2022 | Nickerson | Benjamin J. | Associate | 1.25 | 906.25 | Prepared stipulation. | D |
| 12/22/2022 | Wolf | Amy R. | Of Counsel | 0.50 | 975.00 | Review and sign off on stipulation. | D |
| 12/23/2022 | Nickerson | Benjamin J. | Associate | 3.00 | 2,175.00 | Reviewed pleadings re: Binance sale. | C |
| 12/24/2022 | Wolf | Amy R. | Of Counsel | 4.00 | 7,800.00 | Review and discuss changes to stipulation requested by Chambers. | D |
| 12/26/2022 | Herring | Angela K. | Associate | 0.10 | 127.50 | Review revised draft stipulation. | D |
| 12/27/2022 | Herring | Angela K. | Associate | 2.88 | 3,672.00 | Review draft stipulation; review and discuss time records and related confidentiality issues. | D |
| 12/27/2022 | Wolf | Amy R. | Of Counsel | 1.10 | 2,145.00 | Review and discuss changes to stipulation requested by Chambers. | D |
| 12/28/2022 | Herring | Angela K. | Associate | 1.59 | 2,027.25 | Review revised draft stipulation re FBO account and review time records. | D |
| 12/28/2022 | Watiker | Jeffrey A. | Counsel | 0.10 | 125.00 | Monitor draft stipulation. | D |
| 12/28/2022 | Wolf | Amy R. | Of Counsel | 0.60 | 1,170.00 | Review and discuss changes to stipulation requested by Chambers. | D |
| 12/29/2022 | Wolf | Amy R. | Of Counsel | 0.40 | 780.00 | Emails re: revisions to stipulation. | D |

**TOTALS**

| | | |
|---|---|---|
| Category A Total | 200.06 | 309,094.25 |
| Category B Total | 345.48 | 482,853.50 |
| Category C Total | 83.05 | 99,618.75 |
| Category D Total | 193.39 | 236,212.25 |
| **TOTAL** | **821.98** | **1,127,778.75** |