# Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ x
                                                                   :
In re                                                              :   Chapter 11
                                                                   :
VOYAGER DIGITAL HOLDINGS, INC., et al.,                            :   Case No. 22-10943 (MEW)
                                                                   :
                            Debtors.[1]                            :   (Jointly Administered)
                                                                   :
------------------------------------------------------------------ X
```

**ORDER GRANTING REQUEST OF METROPOLITAN
COMMERCIAL BANK FOR REIMBURSEMENT OF FEES**

Upon the request (the "Request") of Metropolitan Commercial Bank ("MCB") for entry of an order permitting it to apply funds in the Reserve[2] to compensate MCB for the MCB Fees; and the Court having jurisdiction to consider the Request pursuant to 28 U.S.C. §§ 157 and 1334(a) and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, entered February 1, 2012; and consideration of the Request being a core proceeding pursuant to 28 U.S.C. § 157(a); and venue being proper pursuant to 28 U.S.C. § 1409(a); and the Court having authority to enter a final order with respect to the Request consistent with Article III of the United States Constitution; and adequate notice of the Request having been given; and it appearing that no other notice need be give; and upon the record of all proceedings before the Court; and after due deliberation and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. The Request is hereby granted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.
[2] Capitalized terms not defined herein have the meanings used in the Request.

-2-

2.      MCB is hereby authorized to apply funds in the Reserve to compensate MCB for the MCB Fees in the amount of $1,127,778.75.

3.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____
      New York, New York

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE