| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Hearing Date:   **March 15, 2023**<br>Hearing Time:     **2:00 PM** |

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 22-10943 (MEW)<br><br>(Jointly Administered) |

## <u>NOTICE OF EXPEDITED MOTION FOR STAY PENDING APPEAL</u>

**DAMIAN WILLIAMS**
United States Attorney for the
Southern District of New York

**LAWRENCE H. FOGELMAN**
**JEAN-DAVID BARNEA**
**PETER ARONOFF**
Assistant United States Attorneys

United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007

**WILLIAM K. HARRINGTON**
United States Trustee, Region 2
**LINDA A. RIFFKIN**
Assistant United States Trustee

Department of Justice
Office of the United States Trustee
One Bowling Green
New York, NY 10004

**RAMONA D. ELLIOTT**
Deputy Director/General Counsel
**P. MATTHEW SUTKO**
Associate General Counsel
**BETH A. LEVENE**
**ANDREW BEYER**
**SUMI K. SAKATA**
Trial Attorneys

Department of Justice
Executive Office for United States
Trustees
441 G Street, N.W., Suite 6150
Washington, DC 20530

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of the United States of America and United States Trustee's Expedited Motion for Stay of Confirmation Order Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York; and Justice Department official William K. Harrington, the United States Trustee for Region 2 (together, the "**Government**"), submit this Expedited Motion for Stay Pending Appeal (the "**Motion**") pursuant to Federal Rule of Bankruptcy Procedure 8007. This Motion seeks (1) a partial stay pending appeal[1] of the exculpation provision of the March 8, 2023, Confirmation Order confirming the Third Amended Joint Chapter 11 Plan of Voyager Digital Holdings, Inc., *et al*. [Dkt. No 1159], or, if necessary, a stay of the entire Confirmation Order, and (2) in the alternative, if the Court denies the stay pending appeal, a two-week stay for the Government to pursue a stay in the District Court.  Additionally, the Government requests an interim stay until the Court decides and determines this Motion, because the current stay expires on Wednesday, March 15, 2023, at 5:00pm.[2] Thus, absent an interim stay, the challenged exculpation provision will become effective before the Court has had an opportunity to rule on the Motion.

---

[1] *See* Notice of Appeal of United States and U.S. Trustee Region 2 of Order Confirming Debtors' Chapter 11 Plan [Dkt. No. 1165].
[2] *See* Order Extending the Stay of the Confirmation Order [Dkt. No. 1169].

Dated: March 14, 2023
      New York, New York

                                DAMIAN WILLIAMS
                                United States Attorney
                                Southern District of New York

By:   /s/ Lawrence H. Fogelman
        LAWRENCE H. FOGELMAN
        JEAN-DAVID BARNEA
        PETER ARONOFF
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.:   (212) 637-2800
        Lawrence.Fogelman@usdoj.gov
        Jean-David.Barnea@usdoj.gov
        Peter.Aronoff@usdoj.gov

By:   /s/ Linda A. Riffkin
        WILLIAM K. HARRINGTON
        United States Trustee, Region 2
        LINDA A. RIFFKIN
        Assistant United States Trustee
        RICHARD C. MORRISSEY
        MARK BRUH
        Trial Attorneys

        U.S. Department of Justice
        Office of the United States Trustee –
        NY Office
        Alexander Hamilton Custom House
        One Bowling Green, Room 534
        New York, New York 10004-1408
        (212) 510-0500