**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on **nine hundred and forty-two (942)** confidential parties not included herein:

- **Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 993)

- **Notice of Filing of Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 1002)

- **Notice of Filing of Second Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 1040)

- **[*Customized*] Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court** (substantially in the form as **Exhibit 2** to the Omnibus Objection Procedure Motion filed as **Docket No. 925** with Schedule 1 to Docket No. 1002)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Furthermore, on March 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on **two thousand and eight (2008)** confidential parties not included herein:

- **Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 993)

- **Notice of Filing of Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 1002)

- [*Customized*] **Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court** (substantially in the form as **Exhibit 2** to the Omnibus Objection Procedure Motion filed as **Docket No. 925** with Schedule 2 to Docket No. 1002)

Furthermore, on March 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on **four hundred and forty-three (443)** confidential parties not included herein:

- **Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 993)

- **Notice of Filing of Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 1002)

- [*Customized*] **Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court** (substantially in the form as **Exhibit 2** to the Omnibus Objection Procedure Motion filed as **Docket No. 925** with Schedule 3 to Docket No. 1002)

Furthermore, on March 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on **fifty-one (51)** confidential parties not included herein:

- **Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 993)

- **Notice of Filing of Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 1002)

- **Notice of Filing of Second Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 1040)

- [*Customized*] **Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court** (substantially in the form as **Exhibit 2** to the Omnibus Objection Procedure Motion filed as **Docket No. 925** with Schedule 1 to Docket No. 1002)

Furthermore, on March 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on **thirty-one (31)** confidential parties not included herein:

- **Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 993)

- **Notice of Filing of Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 1002)

- [*Customized*] **Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court** (substantially in the form as **Exhibit 2** to the Omnibus Objection Procedure Motion filed as **Docket No. 925** with Schedule 2 to Docket No. 1002)

Furthermore, on March 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on **eight (8)** confidential parties not included herein:

- **Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 993)

- **Notice of Filing of Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims** (Docket No. 1002)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **[*Customized*] Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court** (substantially in the form as **Exhibit 2** to the Omnibus Objection Procedure Motion filed as **Docket No. 925** with Schedule 3 to Docket No. 1002)

Dated: March 14, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 14th day of March, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026