UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: 
In re : Chapter 11
: 
VOYAGER DIGITAL HOLDINGS, INC., *et al.*, : Case No. 22-10943 (MEW)
: 
Debtors.[1] : (Jointly Administered)
: 
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2023, I caused the *Request of Metropolitan Commercial Bank for Reimbursement of Fees* [ECF No. 1180] (the "MC Bank Request") to be served on the Master Service List available at cases.stretto.com/Voyager via electronic notification pursuant to the CM/ECF system of the United States Bankruptcy Court for the Southern District of New York.

I also caused the MC Bank Request to be served (i) via email on March 14, 2023, to parties on the Master Service List with email addresses listed, and (ii) via first-class mail on March 15, 2023, to parties on the Master Service List.

Dated: March 16, 2023
      New York, New York

Respectfully submitted,

*/s/ Amy R. Wolf*
Amy R. Wolf
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  ARWolf@wlrk.com

*Attorneys for Metropolitan Commercial Bank*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.