UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 22-10943 (MEW) |
| Debtors.[1] | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF
CASSELS BROCK & BLACKWELL LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS CANADIAN COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
VOYAGER DIGITAL HOLDINGS, INC., *ET AL*. FOR THE PERIOD
FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al*. |
| Date of Retention: | October 18, 2022, effective as of July 29, 2022 |
| Period for Which Compensation and Reimbursement Will be Sought: | December 1, 2022 to December 31, 2022 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$15,080.76 (80% of CAD$18,850.95)<br>USD$11,027.05 (80% of USD$13,783.81)[2] |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$9.75<br>USD$7.13 |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2]   Calculated based on the Bank of Canada exchange rate for March 14, 2023, (March 14, 2023 is the date the account was finalized) (CAD$1:USD$0.7312).

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 29, 2022*, dated October 18, 2022 [Docket No. 550] (the "Retention Order"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Cassels Brock & Blackwell LLP ("Cassels") hereby submits this *Fifth Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from December 1, 2022 Through December 31, 2022* (this "Fifth Monthly Fee Statement").[3] Specifically, Cassels seeks: (i) interim allowance of CAD$18,850.95 for the reasonable and necessary legal services that Cassels rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) payment of the amount of CAD$15,080.76, which is equal to 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.*, CAD$18,850.95); and (iii) allowance and payment of CAD$9.75 for the actual and necessary expenses that Cassels incurred in connection with such services during the Fee Period.

---

[3] The period from December 1, 2022 through and including December 31, 2022, is referred to herein as the "Fee Period."

2

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of Cassels lawyers who rendered services to the Committee in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.[4]

2. Attached hereto as **Exhibit B** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Cassels is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Cassels's out-of-pocket expenses, which total CAD$9.75 (USD$7.13).

3. Attached hereto as **Exhibit C** are the time and expense records of Cassels, which provide a daily summary of the time spent by each Cassels professional during the Fee Period as well as an itemization of expenses.

4. Attached hereto as **Exhibit D** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cassels lawyers during the Fee Period with respect to each of the project categories Cassels established in accordance with its internal billing procedures. As reflected in **Exhibit D**, Cassels incurred CAD$18,850.95 (USD$13,783.81) in fees during the Fee Period. Pursuant to this Fee Statement, Cassels seeks reimbursement for 80% of such fees (CAD$15,080.76) (USD$11,027.05).

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the

---

[4] Exhibit "A" reflects a write off of all services provided by timekeepers billing less than 5 hours during the Fee Period.

3

Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

| | |
|---|---|
| Dated: March 16, 2023<br>Toronto, Ontario | **CASSELS BROCK & BLACKWELL LLP** |
| | By: /s/ Ryan C. Jacobs <br>Name:    Ryan C. Jacobs<br>Title:    Partner<br><br>Cassels Brock & Blackwell LLP<br>*Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.* |

## Exhibit A

## Summary of Timekeepers Included in this Fee Statement
### (All amounts are in Canadian Dollars)

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation[1] |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Shayne Kukulowicz | Partner, Ontario 1990, Alberta 2016, Restructuring and Insolvency | 6.20 | $1,075.00 | $6,665.00 |
| Natalie Levine | Partner, New York 2008, District of Columbia 2011, Ontario 2013, Restructuring and Insolvency | 12.30 | $735.00 | $9,040.50 |
| **ASSOCIATES** | | | | |
| Natalie Thompson | Associate, Alberta 2022, Restructuring and Insolvency | 13.10 | $400.00 | $5,240.00 |

---

[1] Does not reflect 10% discount on fees.

## <u>Exhibit B</u>

**Expense Summary**
**(All amounts are in Canadian Dollars)**

| Category | Amount |
|---|---:|
| Copies | $9.75 |
| **TOTAL** | **$9.75** |

**Exhibit C**

**Time Records**

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc
Re: CCAA Recognition Proceedings

Invoice No: 2194565
Matter No. 057782-00001

## FEE DETAIL

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Dec-01-22 | N. Thompson | B470 | Review and summarize docket updates for purposes of recognition proceeding; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-01-22 | N. Levine | B110 | Correspond with G. Williams re next steps in US proceedings; | 0.20 |
| | | | *Task: B110 - Case Administration* | |
| Dec-01-22 | N. Thompson | B160 | Review and revise fee statement; | 0.40 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-02-22 | N. Levine | B470 | Prepare for upcoming Canadian hearing; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-02-22 | N. Levine | B160 | Revise fee application (.2); correspond with N. Thompson re same (.1); | 0.30 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-02-22 | N. Thompson | B470 | Review and summarize docket updates; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-02-22 | N. Thompson | B160 | Review and revise fee statements (.7); correspond with N. Levine and B. Nasri regarding the same (.1); | 0.80 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-05-22 | N. Levine | B160 | Revise fee application; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-05-22 | N. Levine | B470 | Review motion materials for recognition proceeding; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-05-22 | N. Thompson | B470 | Review and summarize docket updates for purposes of recognition proceedings; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-06-22 | N. Levine | B470 | Analyze additional motion record (.1); brief review of material for upcoming Canadian hearing (.2); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-06-22 | N. Thompson | B470 | Review of Canadian motion materials; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-06-22 | S. Kukulowicz | B470 | Review of motion record of Voyager Digital Ltd. for recognition of US orders; | 0.90 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-07-22 | N. Levine | B470 | Summarize Canadian motion material for US counsel; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-07-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-08-22 | N. Levine | B470 | Prepare for recognition hearing; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc
Re: CCAA Recognition Proceedings

Invoice No: 2194565
Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Dec-08-22 | N. Thompson | B470 | Summarize US updates for purpose of CCAA recognition; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-08-22 | N. Thompson | B160 | Update draft interim fee application; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-09-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-09-22 | N. Levine | B470 | Review Canadian materials for hearing; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-09-22 | S. Kukulowicz | B470 | Review of pending motions before US Court; | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-11-22 | N. Thompson | B160 | Draft interim fee application; | 1.00 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-12-22 | N. Thompson | B160 | Correspond with N. Levine and B. Nasri regarding interim fee application; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-12-22 | N. Levine | B470 | Analyze information officer's report, including legal issues raised (.6); draft email to D. Simon and D. Azman of MWE (US counsel) re same (.1); review precedent documents (.3); correspond with N. Thompson re interim fee application (.2); | 1.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-12-22 | N. Levine | B160 | Revise fee application (.9); revise supplemental declaration (.7); | 1.60 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-12-22 | S. Kukulowicz | B470 | Review Third Report of the Information Officer; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-12-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-13-22 | N. Thompson | B160 | Review and revise interim fee application (.5) and third fee statement (.8); | 1.30 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-13-22 | S. Kukulowicz | B470 | Review of emails with D. Azman regarding Canadian recognition motion and committee position; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-13-22 | S. Kukulowicz | B470 | Telephone attendance with N. Levine regarding Third Report of the Information Officer and Committee position on upcoming recognition motion; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-13-22 | N. Levine | B470 | Prepare for hearing (.1); confer with S. Kukulowicz re hearing (.3); correspond with D. Azman re hearing (.2); | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP                                                                  Page 4 of 8
Official Committee of Unsecured Creditors of Voyager Digital                          Invoice No: 2194565
Holdings, Inc
Re: CCAA Recognition Proceedings                                                Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Dec-13-22 | N. Levine | B155 | Correspond with G. Williams re upcoming US hearings; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Dec-13-22 | N. Levine | B160 | Prepare supplemental declaration (.5); revise interim fee application (.5); | 1.00 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-13-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-14-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-14-22 | N. Levine | B470 | Review US pleadings for impact on Canadian restructuring (.2); correspond with D. Richer and S. Kukulowicz re hearing (.2); | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-14-22 | S. Kukulowicz | B470 | Correspond with N. Levine and D. Richer re recognition hearing on December 15, 2022; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-14-22 | N. Levine | B110 | Review upcoming case deadlines and schedules; | 0.20 |
| | | | *Task: B110 - Case Administration* | |
| Dec-15-22 | N. Thompson | B160 | Revise interim fee application; | 0.60 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-15-22 | N. Thompson | B470 | Summarize US motions for impact on recognition proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-15-22 | S. Kukulowicz | B470 | Attend hearing for recognition of various US orders (retention, cash management and exclusivity) (.6); review issued order and report to U.S. Counsel for the Committee (.1); confer with N. Levine re same (.1); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-15-22 | N. Levine | B110 | Draft emails to G. Williams re upcoming filings in US proceedings; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Dec-15-22 | N. Levine | B470 | Confer with S. Kukulowicz re hearing; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-16-22 | N. Thompson | B160 | Revise interim fee application (1); correspondence with N. Levine regarding same (.1); | 1.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-16-22 | N. Thompson | B470 | Analysis of US documents filed for recognition proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-16-22 | N. Levine | B160 | Finalize fee application (.8); correspond with N. Thompson re same (.1); | 0.90 |

Cassels Brock & Blackwell LLP | Page 5 of 8
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc | Invoice No: 2194565
Re: CCAA Recognition Proceedings | Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-16-22 | N. Levine | B470 | Review materials circulated to CCAA service list; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-18-22 | N. Levine | B110 | Analysis of US updates for impact on CCAA proceedings; | 0.50 |
| | | | *Task: B110 - Case Administration* | |
| Dec-19-22 | N. Levine | B160 | Revise fee application (.8); call with N. Thompson re same (.1); | 0.90 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-19-22 | N. Levine | B130 | Brief review of sale documents for Canadian issues (.1); correspond with US counsel (D. Azman) re same (.1); confer with N. Thompson re same (.1); | 0.30 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-19-22 | N. Thompson | B130 | Review sale updates for impact on CCAA (.4); call with N. Levine regarding the same (.1); | 0.50 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-19-22 | N. Thompson | B470 | Confer with N. Levine regarding sale documents and related Canadian issues; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-19-22 | S. Kukulowicz | B130 | Review of announcement regarding sale (.4); emails with D. Azman on Canadian recognition issues (.1); | 0.50 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-19-22 | N. Levine | B470 | Review correspondence from D. Richer re sale update and impact on Canadian timing (.2); consider public press releases regarding asset sale update (.2); | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-19-22 | N. Thompson | B470 | Summarize docket updates for impact on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-20-22 | N. Levine | B110 | Confer with N. Thompson re additional documents; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Dec-20-22 | N. Levine | B160 | Finalize fee application; | 0.40 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-20-22 | N. Thompson | B470 | Review and summarize docket updates (.2); confer with N. Levine re additional documents (.1); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-21-22 | N. Levine | B110 | Correspond with G. Williams re documents requested; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Dec-21-22 | N. Levine | B130 | Review stipulation re termination of APA and other US materials for impact on Canadian proceedings (.4); discuss same with S. Kukulowicz (.1); | 0.50 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-21-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.40 |

Cassels Brock & Blackwell LLP                                                                 Page 6 of 8
Official Committee of Unsecured Creditors of Voyager Digital                      Invoice No: 2194565
Holdings, Inc
Re: CCAA Recognition Proceedings                                              Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-21-22 | S. Kukulowicz | B130 | Review of pleadings regarding sale transaction (.1); discuss same with N. Levine (.1); | 0.20 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-22-22 | N. Levine | B470 | Analysis of updated timeline filed with US court for impact on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-22-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-22-22 | S. Kukulowicz | B130 | Review of motion seeking authorization to enter into Binance purchase agreement; | 0.20 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-23-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-28-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-28-22 | N. Levine | B470 | Review additional motion materials for impact on Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-29-22 | S. Kukulowicz | B470 | Exchange emails with N. Levine and N. Thompson regarding sale and plan recognition in Canada; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-29-22 | N. Thompson | B470 | Correspond with S. Kukulowicz re transaction documents; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-29-22 | N. Levine | B470 | Correspond with S. Kukulowicz re sale documents; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-30-22 | S. Kukulowicz | B130 | Review of Binance APA regarding any Canadian cross-border issues (1.2); correspond with N. Thompson re same (.1); | 1.30 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-30-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings (.3); correspond with S. Kukulowicz re documents to review (.1); research re same (.5); | 0.90 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP  
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc  
Re: CCAA Recognition Proceedings

Page 7 of 8  
Invoice No: 2194565  
Matter No. 057782-00001

## FEE SUMMARY

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Levine, Natalie | Partner | 12.30 | 735.00 | 9,040.50 |
| Kukulowicz, Shayne | Partner | 6.20 | 1,075.00 | 6,665.00 |
| Thompson, Natalie | Associate | 13.10 | 400.00 | 5,240.00 |
| **Total (CAD)** | | **31.60** | | **20,945.50** |

## TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.20 | 882.00 |
| B130 | Asset Disposition | 3.50 | 3,153.00 |
| B155 | Court Hearings | 0.10 | 73.50 |
| B160 | Fee/Employment Applications | 10.70 | 6,022.00 |
| B470 | Foreign Proceedings | 16.10 | 10,815.00 |
| **Total (CAD)** | | **31.60** | **20,945.50** |

| | |
|---|---|
| Our Fees | 20,945.50 |
| Less: 10% Discount on Fees | (2,094.55) |
| Total Fees | 18,850.95 |
| **TOTAL FEES (CAD)** | **18,850.95** |

## DISBURSEMENT SUMMARY

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 9.75 |
| Total Non-Taxable Disbursements | 9.75 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS (CAD)** | **9.75** |
| **TOTAL FEES** | **18,850.95** |
| **TOTAL DISBURSEMENTS** | **9.75** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **18,860.70** |

Cassels Brock & Blackwell LLP | Page 8 of 8
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc | Invoice No: 2194565
Re: CCAA Recognition Proceedings | Matter No. 057782-00001

### OUTSTANDING INVOICES

| Invoice Number | Invoice Date | Bill Amount | Payments / Credits | Balance Due |
|---|---|---|---|---|
| 2182388 | 10/31/22 | 11,672.55 | 11,067.15 | 605.40 |
| 2186379 | 12/13/22 | 20,793.84 | 0.00 | 20,793.84 |
| 2191877 | 02/09/23 | 13,113.71 | 0.00 | 13,113.71 |
| 2194565 | 03/14/23 | 18,860.70 | 0.00 | 18,860.70 |
| **Total (CAD)** | | 64,440.80 | 11,067.15 | 53,373.65 |

**Exhibit D**

**Statement of Fees by Project Category**
**(All amounts are in Canadian Dollars)**

| Task Code | Description | Total Hours | Total Fees[1] |
|---|---|---|---|
| B110 | Case Administration | 1.20 | $882.00 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 |
| B130 | Asset Disposition | 3.50 | $3,153.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.00 | $0.00 |
| B150 | Creditor Meetings and Communication | 0.00 | $0.00 |
| B155 | Court Hearings | 0.10 | $73.50 |
| B160 | Fee/Employment Applications | 10.70 | $6,022.00 |
| B170 | Fee/Employment Objections | 0.00 | $0.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 0.00 | $0.00 |
| B190 | Other Contested Matters | 0.00 | $0.00 |
| B195 | Non-Working Travel | 0.00 | $0.00 |
| B210 | Business Operations | 0.00 | $0.00 |
| B220 | Employee Issues | 0.00 | $0.00 |
| B230 | Financing/Cash Collateral Issues | 0.00 | $0.00 |
| B240 | Tax Issues | 0.00 | $0.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 0.00 | $0.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 0.00 | $0.00 |
| B310 | Claims Administration & Objections | 0.00 | $0.00 |
| B320 | Plan and Disclosure Statement | 0.00 | $0.00 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.00 | $0.00 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Special Committee Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 0.00 | $0.00 |
| B470 | Foreign Proceedings | 16.10 | $10,815.00 |
| **TOTAL** | | **31.60** | **$20,945.50** |

---

[1] Does not reflect 10% discount on fees.