Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 22-10943-mew

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    Voyager Digital Holdings, Inc.

8

9           Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11                   United States Bankruptcy Court

12                   One Bowling Green

13                   New York, NY   10004

14

15                   March 15, 2023

16                   2:03 PM

17

18

19

20

21   B E F O R E :

22   HON MICHAEL E. WILES

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  KAREN

1    HEARING re Motion for Stay Pending Appeal

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

1    A P P E A R A N C E S :

2

3    TAFT LAW

4          Attorney for Jason Raznick

5          27777 Franklin Road

6          Southfield, MI 48034

7

8    BY:  PAUL HAGE

9

10    UNITED STATES DEPARTMENT OF JUSTICE

11          Attorneys for the U.S. Trustee

12          1100 L Street NW

13          Washington, D.C. 20530

14

15    BY:  MARGARET NEWELL

16

17    UNITED STATES DEPARTMENT OF JUSTICE

18          Attorneys for the U.S. Trustee

19          Alexander Hamilton Custom House

20          New York, NY 10004

21

22    BY:  ANNIE WELLS

23

24

25

Page 4

1    UNITED STATES DEPARTMENT OF JUSTICE

2         Attorneys for the U.S. Trustee

3         201 Varick Street

4         New York, NY 10014

5

6    BY:  ANDREW VELEZ-RIVERA

7         MARK BRUH

8         RICHARD MORRISSEY

9

10   LATHAM & WATKINS

11        Attorneys for BAM Trading Services, Inc. d/b/a Binance

12        885 Third Avenue

13        New York, NY 10022

14

15   BY:  ADAM GOLDBERG

16        ROBERT MALIONEK

17        NACIF TAOUSSE

18

19

20

21

22

23

24

25

Page 5

1    KIRKLAND & ELLIS LLP

2          Attorneys for Voyager Digital Holdings, Inc.

3          601 Lexington Avenue

4          New York, NY 10022

5

6    BY:  CHRISTINE OKIKE

7          ALLYSON SMITH

8

9    KIRKLAND & ELLIS LLP

10          Attorneys for Voyager Digital Holdings, Inc.

11          300 North LaSalle

12          Chicago, IL 60625

13

14    BY:  MICHAEL SLADE

15

16    MCDERMOTT WILL & EMERY

17          Attorneys for the Official Committee of Unsecured

18          Creditors of Voyager Digital Holdings, Inc.

19          2501 North Harwood Street, Suite 1900

20          Dallas, TX 75201

21

22    BY:  GRAYSON WILLIAMS

23          DARREN AZMAN

24          MARIS KANDESTIN

25          JOSEPH EVANS

Page 6

1    LISA PROVINO

2         Pro Se Creditor

3

4    AW JO

5         Pro Se Creditor

6

7    GINA DIRESTA

8         Pro Se Creditor

9

10   SJ JONES

11        Pro Se Creditor

12

13   JON WARREN

14        Pro Se Creditor

15

16   ALSO PRESENT:

17   DUSTIN PETERSON

18   MICHELLE DIVITA

19   TAYLOR HARRISON

20   LISANDRA AVILA

21   JASON RAZNICK

22   SARAH KIMMER

23   THERESE SCHEUER

24   ETHAN TROTZ

25   JEFF GLEIT

1    STEPHANIE MURRAY

2    PAUL CHAN

3    STEVEN CHURCH

4    MIKE SAMARI

5    MIKE LEGGE

6    PAWEL SAWICKI

7    HEATH MENDELSOHN

8    DAN NEWSOM

9    KATHERINE SCHERLING

10   RYAN CHEN

11   MATTHEW CHERRY

12   SUSAN GOLDEN

13   MICHAEL MAGZAMEN

14   NEVILLE PATTERSON

15   JACOB HIRSHMAN

16   ANDREA B. SCHWARTZ

17   SHARA CORNELL

18   LINDA RIFFKIN

19   MARSHALL EISLER

20   EMILY KEIL

21

22

23

24

25

1                   P R O C E E D I N G S

2           MR. FOGELMAN:  Your Honor, good afternoon again.

3    This is Larry Fogelman, and the Government is ready to

4    proceed.  There are others in the courtroom who can identify

5    themselves.

6           MR. MORRISSEY:  Good afternoon, Your Honor.

7    Richard Morrissey for the Trustee.  I am also in the

8    courtroom.

9           MS. SCHWARTZ:  And, Your Honor, Andrea Schwartz

10   with the U.S. Trustee in the courtroom and are on listen

11   only.

12          THE COURT:  Okay, very good.  Once again, I

13   apologize.  This is entirely my fault for the confusion

14   about how this would be conducted.  But I just realized I

15   wasn't going to be able to absorb everything last night and

16   would have to spend the morning doing so and didn't want to

17   use the time to commute.

18          I've read the Government's papers, I've read the

19   Debtor's and Committee's papers, and I have some questions

20   before I hear anything further.

21          Number one, Mr. Slade, in the original proposed

22   confirmation order that was filed on February 28th, there

23   was a paragraph that said that the exculpation would not

24   provide -- not apply to the Government.  Now, I never saw

25   such a limitation in the plan itself.  And obviously you've

Page 9

1    changed that approach more than 180 degrees, I would say, in

2    the next version of the confirmation order that you filed

3    two days later.  Where did that original provision come

4    from?  Did you have negotiations with the Government and

5    initially agree to include that?

6              MR. SLADE:  There were a lot of negotiations

7    between us and the Government, Your Honor.  I can't remember

8    which version that you are speaking of right now.  I do

9    recall having discussions with the Government and then

10   trying to have them clarify what they were trying to

11   preserve.  And then we had further discussions related to

12   the impact of the bar date, and we wanted to make sure that

13   we were clear that because the bar date order had been

14   entered and a number of the entities that were engaging with

15   us bout the plan had not filed claims, that nothing in the

16   plan or the confirmation order would eliminate whatever

17   rights that they lost by not filing the claim by the

18   governmental bar date.

19             And it was at that point in time when basically

20   based on their statements about what they might do in the

21   future, we determined that we needed to make clear that once

22   we actually implemented the plan, we were going to be able

23   to do so free from interference until and unless the

24   Government actually came out with substantive new rules that

25   we could follow going forward.  And that led to the language

Page 10

1    that I think Your Honor pointed out was perhaps a little

2    overstated in the plan.  But there were a number of

3    negotiations with a number of different governmental

4    agencies, including Mr. Morrissey's office.  I don't recall

5    speaking with Mr. Fogelman until the confirmation hearing,

6    but we did speak with a number of different federal and

7    state agencies, and that led to different versions of the

8    exculpation plan being proposed.

9         THE COURT:  The language I have in mind is in

10   Paragraph 141 of the first proposed version of the

11   confirmation order that was filed on February 29th.  It was

12   at Docket Number 1120.  And it says, "Nor shall anything in

13   the confirmation order or the plan exculpate any such

14   party," referring to various people, "from any liability to

15   the United States or any of its agencies arising under the

16   Internal Revenue Code, the environmental laws, or any

17   similar criminal laws of the United States or under any

18   rules or regulations enforced by the United States."  That's

19   pretty much the end of the relevant language.

20        The Government kind of hinted yesterday that it

21   was taken aback or surprised by the exculpation that you

22   sought.  And I couldn't tell whether this was something you

23   had agreed to with the Government and that you had changed

24   your mind, whether it's an accident that it appeared in

25   there.  The limitation never appeared in the versions of the

Page 11

1    plan that were filed.  So where did this language come from

2    and how is it that it got included and not immediately

3    withdrawn?

4            MR. SLADE:  I've got to be honest, I don't know

5    the answer to that question.  Maybe one of my colleagues on

6    the phone knows.  I was not involved in the negotiations

7    that led to that version of the confirmation order.

8            MS. SMITH:  Him, Your Honor.  It's Allyson Smith

9    at Kirkland.  The language had been negotiated with the FTC.

10   And that was why it was originally included.  But then as

11   Mr. Slade said, once it became clear that governments may

12   try to retroactively assert actions, we did do -- we did

13   pivot a bit.

14           THE COURT:  Okay.  All right.  Wasn't something

15   you negotiated with Mr. Morrissey or with the United States

16   Trustee or with the United States Attorney's Office?

17           MS. SMITH:  Not that I recall.

18           MR. MORRISSEY:  Your Honor, this is Richard

19   Morrissey.  I believe -- and Ms. Smith can correct me if I'm

20   wrong on this -- but I believe another intervening factor

21   that led to the change of the language during the hearing

22   was something that the Securities and Exchange Commission

23   counsel had said as well.  So I don't want to leave out any

24   of the agencies or parties involved.  So counsel to the

25   Debtors can confirm or deny that that might have played a

1    role in the fact that we were taken aback, again, by the

2    change in the proposed order in Paragraph 141.

3            THE COURT:  There's -- well, I don't think there's

4    any question that you were taken aback by the breadth of

5    what the Debtors proposed on March 2nd.  I'm not disputing

6    that.  I'm just turning to that original provision and

7    whether you were somehow taken aback by the whole idea that

8    exculpation would apply to the government.  Because all of

9    the filed versions of the plan had no exclusions for the

10   government.  It's just this one draft of the confirmation

11   order in which that language appeared and then taken out in

12   the next -- or certainly (indiscernible).

13           MR. SLADE:  Yeah.  I can confirm I don't think

14   anybody had any discussion with Mr. Fogelman or his group

15   before the confirmation hearing.  I'm not aware of any such

16   discussions.

17           MR. FOGELMAN:  Your Honor, I've been supervising

18   this case until quite recently, and now I'm more actively

19   involved in it.  I can tell you if the FTC negotiated for

20   that language, the FTC is part of the United States and

21   certainly inured to our benefit.  We became more involved in

22   the case -- look, earlier in this case, we had just filed a

23   notice on behalf of CFIUS.  And my colleague, J.D. Barnea,

24   was the primary attorney working on the case at that time.

25           And that said, again, that the FTC asked for it

Page 13

1    and it was included inure to our benefit.  And we became

2    very involved, again, when we saw that that language had

3    been stricken because that was a substantial concern to us,

4    Your Honor.

5              THE COURT:  Well, you did nothing until after --

6    none of -- this language wasn't even on file until after the

7    objection deadline.  Nice try to kind of put everybody and

8    the Government in the same boat, but I'm not going to accept

9    the idea that you, the U.S. Attorneys Office, or the Justice

10   Department somehow knew -- even knew or were relying on any

11   of the discussions with the FTC, which apparently doesn't

12   have any problem with what I've done.

13             MR. FOGELMAN:  I'm not asserting, Your Honor, that

14   the Government had been directly involved in those

15   negotiations.  Those are what they are.  But at the end of

16   the day, the Debtors put in an illegal provision in the

17   confirmation order that substantially prejudices the United

18   States that was not there the day that the confirmation

19   hearing started.  And it was removed -- that protection for

20   the Government was removed.  And we think that is absolutely

21   wrong.  Even in the Aegean case, which this Court has relied

22   on, which the Debtors have relied on, the government had a

23   carveout from exculpation that we quoted in our brief.

24             THE COURT:  But there was no such carveout in any

25   of the versions of the plan that were on file, to which you

Page 14

1    didn't object.  And there hasn't been such a carveout in

2    many of the bankruptcy cases, which you know.

3            And so you say these things as though the whole

4    idea that you are being subject to an exculpation came as a

5    surprise to you.  Nonsense.  It was there in the original

6    plan all along.

7            MR. FOGELMAN:  Well, Your Honor, perhaps we should

8    have raised it sooner.  I appreciate that point and I

9    certainly hear Your Honor on that.  But at the end of the

10   day, we did file an objection.  We had permission from the

11   Court to file it.  We raised the issue with the Court as

12   soon as it came up.  The day that that exculpation provision

13   -- sorry, the carveout from exculpation, the day that

14   language was withdrawn, we filed an immediate letter to the

15   Court alerting the Court to that concern.  We asked for

16   permission to brief that issue.  We received permission to

17   brief it, and we briefed it.  And I don't think the fact

18   that we perhaps could have asked for it sooner speaks in any

19   way to the merits here.

20           THE COURT:  Okay.  But you keep saying that as

21   though it was the removal of this carveout language that

22   prompted you to act whereas the carveout language didn't

23   even exist, there was no confirmation order or proposed

24   order on filed up to the time of the objection deadline.

25   And you said nothing.  And what actually prompted you to act

Page 15

1    was not the removal of this language, but the more explicit

2    proposed additional language that the Debtor suggested,

3    which would have said -- which would have barred the

4    Government from ever contenting that anything that was done

5    was illegal in any way.  That's what kind of got you off of

6    your feet and made you file an objection, isn't it?

7                MR. FOGELMAN:  Your Honor, those two things

8    happened at the same time.  The carveout from exculpation

9    was removed on the same day, the first day of the

10   confirmation hearing that the --

11               THE COURT:  Here's what I'm trying to get at.  You

12   implied several times that you've got lack of notice and

13   that it was only because the qualifying language was removed

14   that you acted.  I think that's false.  I think you did

15   nothing and were doing nothing until the Debtors overreached

16   and asked for additional things on March 2nd.  I suspect you

17   didn't even know about this qualifying language.  That's

18   what I am asking you.

19               So tell me, did you actually know about this

20   language and were you relying on it?

21               MR. FOGELMAN:  I can't speak for what my

22   colleagues who have been handling this case knew and when he

23   knew it.  I don't dispute, Your Honor, that we have had

24   notice of this case and that we did file a notice for CFIUS.

25   And so to the extent that the Court is asking if we are

Page 16

1   aware, I think, yes, we were certainly aware of all of the

2   filings that have happened INTERPRETER: his case.  And as

3   Your Honor said, we perhaps should have acted quicker and

4   asked for more affirmative language in this case.  We

5   didn't.  But there was language that was negotiated by

6   another federal entity.  And so I don't dispute, Your Honor,

7   that we were fully aware of this case and the various

8   filings in it.  And I think -- you know, I certainly take

9   Your Honor's point that we did not raise an issue sooner.

10          THE COURT:  Okay.  So I'm not saying you're

11  foreclosed from making an argument.  I'm just saying that

12  your argument that somehow this was new to you, this entire

13  issue was new to you on March 2nd or that you had previously

14  been relying on what that confirmation order allegedly said,

15  you've suggested both those things, and I don't think

16  they're true.

17          MR. FOGELMAN:  Let me be clear, Your Honor.  I

18  don't think we were relying on any particular language in

19  advance of it being entered into the confirmation order.  We

20  didn't ask for it.  So I certainly agree with Your Honor on

21  that point.  It was the FTC -- and again, I was not

22  involved.  The FTC has independent litigating authority.  So

23  they did what they did.  So I just want to make sure that --

24  I want to be a hundred percent candid and clear with the

25  court.  I am not taking the position that we were relying on

Page 17

1    any carveout from exculpation.  And I think Your Honor is

2    right that we certainly became focused and aggrieved by it

3    when we saw what had been removed and what had been inserted

4    on that same --

5              THE COURT:  No question.  I understand your

6    concerns about the language that the Debtors proposed.

7              MR. FOGELMAN:  Yes.

8              THE COURT:  I didn't give them what they proposed.

9    It was excessive.  It was overreaching.  I agree a hundred

10   percent.  And I agree that it went so far beyond what they

11   had originally proposed, that as to that language, you

12   didn't have proper notice.  I agree with all that.  But I

13   just --

14             MR. FOGELMAN:  And again, I just want to make sure

15   I'm candidly addressing Your Honor's concerns and being a

16   hundred percent forthright with Your Honor.  If you have any

17   further concerns along those lines, I would like to address

18   them right now.  Because certainly I'm not trying to imply

19   something that didn't happen.  And if in any way my language

20   may have conveyed that, I apologize.  I certainly did not

21   mean to do that.  And I'm happy to just make clear exactly

22   what we did and how we did it.  And I am not trying to

23   assert that --

24             THE COURT:  You have explicitly argued that you

25   didn't get sufficient notice.  And I just don't see it.

1           MR. FOGELMAN:  Well, I think if they were going to

2    remove that exculpation carveout that was in the

3    confirmation order, they should have told us that before the

4    confirmation hearing.  And it prejudiced our ability to

5    prepare papers and to object to the plan.

6           THE COURT:  But you didn't even know about the

7    carveout.  You just told me you didn't even know about it.

8    So how were you prejudiced?  It wasn't even a part of any

9    discussions with you.  You didn't know about it.

10          MR. FOGELMAN:  That's fair, Your Honor.  And when

11   they added the, again, aggressive language -- I became aware

12   of this when they took both steps on March 2nd.  They added

13   the very aggressive language and at the same time they

14   removed the carveout from the exculpation clause.  So

15   reviewing those two things together was what really

16   initiated the Government's more active involvement in this

17   case.

18          And we were prejudiced because if they had tried

19   to add that -- and I think maybe this is what Your Honor is

20   getting at.  Maybe it was the addition of the additional

21   language, the very aggressive language, where we felt

22   prejudiced.  Because had the Debtors told us at any time

23   before the confirmation hearing that that's what they

24   intended to seek, we would have had more time to prepare an

25   objection, to raise it with the Court in a timely manner,

1    and to argue it.  And as it was, given that they did not

2    propose that --

3             THE COURT:  Except that it wasn't the confirmation

4    order that made the proposal, it was the plan.  You were on

5    notice from December of 2022 what the Debtors wanted.

6             MR. FOGELMAN:  That's correct.  That's right.

7             THE COURT:  From what you're telling me, you knew

8    what the Debtors wanted.  You had no reason to think they

9    were excluding the Government from the scope of that.  You

10   filed no objection.  They filed a first version of a

11   confirmation order that, unbeknownst to you, had a provision

12   in it that said it wouldn't apply to the Government, which

13   they withdrew two days later.  So that provision actually

14   had no effect on whether you objected, whether you had

15   notice of the objection, or anything.  Right?

16            MR. FOGELMAN:  Well, Your Honor, again, it was my

17   -- because I was not on the line, so to speak, I was not the

18   attorney immediately involved in reviewing filings and what

19   was going on.  I can't speak to what my colleague, Mr.

20   Barnea, what discussions he may have had or what he was

21   aware of and when.  I just don't know, Your Honor.

22            THE COURT:  There's an argument that you would

23   suffer potential irreparable harm without a stay because

24   your appeal might be rendered equitably moot.  I assume you

25   don't believe it would be rendered equitably moot, and you

Page 20

1    would argue to the contrary.  Am I right about that?

2              MR. FOGELMAN:  We would argue to the contrary.

3    That's right, Your Honor.  But again, we are mindful of the

4    caselaw in the Second Circuit that has found equitable

5    mootness when even some number of steps have been taken in

6    furtherance of a plan.  And again, while we would dispute

7    that that is appliable, we are certainly mindful that there

8    is litigation risk on that point.  And if we're wrong, we

9    may be foreclosed from litigating the merits.

10             THE COURT:  So how do I quantify how much your

11   irreparable harm is when basically the only harm you've

12   identified is something that your official position is that

13   you wouldn't suffer?

14             MR. FOGELMAN:  Well, Your Honor, I don't think

15   that's entirely fair.  Because the other side would tell you

16   that they strongly believe that our -- any governmental

17   enforcement would be equitably mooted.

18             THE COURT:  I'm going to ask them their questions,

19   too.  Don't worry.

20             MR. FOGELMAN:  Okay.  Well, look, Your Honor,

21   here's what it is.  We don't think equitable mootness should

22   apply.  We might be wrong.  There's Second Circuit caselaw

23   out there that's not favorable to us.  We're very mindful of

24   that . And it's for that reason that we are acting

25   diligently to affect a stay of the confirmation order, or at

Page 21

```
1    least this exculpation provision, so that we have a full and

2    fair opportunity to litigate it on the merits.  Because if

3    we are equitably mooted, then the Government would be

4    severely prejudiced from its ability to protect public

5    health, safety, and welfare by the exculpation provision.

6    And that is a substantial harm to the public.  No matter

7    what percentage you assign to what risk there is on

8    equitable mootness, when you multiply that by the

9    overwhelming and substantial harm to the public -- and no

10   matter how you calculate it, there is substantial harm

11   threatened to the Government if there is not a stay that's

12   granted.

13            THE COURT:  Why?  You know, the Government hasn't

14   made up its mind whether there's anything wrong here.  That

15   much is clear.  The instant it makes up its mind that it

16   thinks there's something wrong, it can take action to stop

17   it.  And the only thing -- the only thing that my order

18   does, notwithstanding your motion, by the way, which if you

19   read it, you would have no idea what I had actually done.

20   But the only thing my order actually does is say that in the

21   meantime, the people who are doing what I am actually

22   ordering them to do are not incurring liabilities to you for

23   having done so.  So how am I threatening the public health

24   or safety by doing that?

25            MR. FOGELMAN:  Your Honor --
```

Page 22

```
 1              THE COURT:  All I'm doing is protecting people who
 2   have to do things at a time when, quite frankly, the
 3   Government can't make up its mind.  That's all I'm doing.
 4              MR. FOGELMAN:  I don't think that's a fair
 5   characterization, Your Honor.  First of all, we did
 6   specifically address Your Honor's point in that regard by
 7   saying that when government's regulators act, it's a rare
 8   case when they act prospectively.  Much more commonly,
 9   crimes happen, civil violations happen, regulatory
10   violations happen.  And Congress has defined how long the
11   Government has to investigate the facts of those violations
12   and to pursue whatever claims or violations may have
13   occurred.
14              And so Congress has determined that.  We don't
15   think it appropriate for the Court to say (indiscernible)
16   Congress said about how long the Government has to
17   investigate.  There is a financial deal happening in this
18   bankruptcy court which did not start until December.  And
19   now the plan that was confirmed in the beginning of March.
20   So we're talking at most four months, maybe slightly over
21   three months.  I mean, for the Court to say if the
22   Government has any problem with this deal, you must come
23   forward or forever hold your peace, it's just not what
24   Congress authorized, Your Honor.
25              THE COURT:  I have not said any such thing.  And
```

1    once again, you prefer to argue in terms of hyperbole

2    instead of in terms of what I have actually done.  I have

3    never said that the Government should forever hold its

4    peace.  I don't know how I could have been any clearer in my

5    decision and in the language of the order itself to the

6    effect that the instant the Government wants to make any

7    contention here, it is free to do it, and no contention is

8    foreclosed.  I have only done one thing.

9           Let's take for example the sales of

10   cryptocurrencies.  All right?  The plan requires the Debtors

11   to rebalance their portfolios because they can't otherwise

12   make the distributions.  And that means purchases and sales

13   of cryptocurrencies.  In fact, there is no conceivable way

14   that the Debtors in these cases can be liquidated except by

15   selling cryptocurrencies because that's the only asset they

16   have.

17          Now, the SEC raised some issue as to whether VGX

18   had aspects of the security but was unwilling or unable to

19   take a position as to whether it is a security.  So let's

20   say that the Debtors sell cryptocurrencies, including VGX or

21   buy them as part of the rebalancing over the next six weeks.

22   And then the Government finally decides that for whatever

23   reason it thinks that maybe some of those cryptocurrencies

24   should be treated as securities or maybe VGX should be

25   treated as a security.  What public health or safety issue

Page 24

1      am I impinging on by saying that the people who actually did

2      those sales in the meantime under the authority of my order

3      and under the direction of my confirmation order can't be

4      held liable on an ex post facto basis for having done so and

5      what limitation on your protection of the public interest am

6      I imposing by that limited restraint?

7                MR. FOGELMAN:  With respect, Your Honor, I

8      understand the Court intended to narrow the order and did

9      provide the additional ability for the Government to go into

10     court at a later date if it determined something was wrong

11     and to seek injunctive or other relief at that time.

12               But the problem with that order is that it

13     insulates conduct that's occurring over the six-week period.

14     And the order is quite broad in its language about

15     everything that is essentially released during that time

16     period.

17               So, for example -- and to answer Your Honor's

18     hypothetical, let's say that crimes are committed or civil

19     violations or regulatory violations in the process of

20     distributing funds to customers.  It's certainly conceivable

21     that --

22               THE COURT:  You don't seriously think -- look, I

23     made quite clear in what I said that the basis for the order

24     is that people are required by the plan to do certain

25     things, and that's what they're being exculpated from.  They

Page 25

1    are required to transfer cryptocurrencies.  So if you think

2    that the very transfer of cryptocurrency is the problem,

3    they'll be protected.  But there's nothing in the plan or in

4    my order that requires or authorizes them to commit theft,

5    to lie to people in the course of buying or selling

6    cryptocurrencies, or to commit fraud.  And you're making

7    things up by arguing that I have supposedly insulated them

8    from things like that, because you know that I haven't, and

9    you don't think that I have.  You -- what you want to do is

10   to protect and to allow the Government to say that the very

11   things, the very act of trading in these cryptocurrencies or

12   the very distribution of these cryptocurrencies might

13   violate some other federal law.  You want to reserve the

14   right to argue that, the very thing that the confirmation

15   order requires.  And all the rest of this is made up.  You

16   know I'm not authorizing those things, and know that nobody

17   would be able to interpret my order as authorizing those

18   other things.

19             MR. FOGELMAN:  So I think that the order may have

20   unintended consequences.  But let me address the heart of

21   what Your Honor has said, is that the act itself -- you

22   know, you're concerned that the Government would come back

23   and say that the act of the distribution itself is illegal,

24   or a civil violation, or a criminal violation.  My response

25   to that is while it's certainly conceivable that that could

Page 26

```
 1    happen, and I don't think this Court has the power to tell

 2    the Government that it can't do that, I mean, certainly one

 3    would expect any party subject to such an action to go into

 4    court and hold up your confirmation order and say, Your

 5    Honor, this was explicitly allowed by the bankruptcy court.

 6    The bk court made a finding that we acted in good faith.  I

 7    mean, it's a hypothetical to say that the Government would

 8    actually go in and take that position in the face of this

 9    record and in the face of the findings of fact that this

10    Court made --

11             THE COURT:  If you say that's a hypothetical, then

12    you're also necessarily saying that your entire irreparable

13    harm argument is in hypothetical.

14             MR. FOGELMAN:  Well, look, Your Honor, the problem

15    is --

16             THE COURT:  You can't have it both ways.

17             MR. FOGELMAN:  Your Honor, the point is we don't

18    know  whether there will be civil or criminal violations

19    that are committed.  But -- and that's we think ultimately

20    to the extent that the parties -- if anyone is charged or

21    sued civilly, they would be able to raise whatever

22    affirmative defenses they can along the lines of what Your

23    Honor has in mind.  And that is in cases under the only

24    provision dealing with exculpation, 1125(e), that's how

25    courts have handled it.  They've said, well, this is an
```

Page 27

1    affirmative defense.  And that's entirely appropriate.  And,

2    frankly, we're very mindful that anyone would be able to

3    raise the types of defenses that Your Honor has said.

4         But the problem, Your Honor -- and I know you

5    think it's academic or perhaps we're just reading into this.

6    But the exculpation order is so broad and so capacious that

7    it would include things -- and from my reading of it, if the

8    distribution agent doesn't protect customer privacy

9    information and disclose it, or if the distribution agent

10   negligently loses customer money, or if in the course of

11   performing the "restructuring transactions" there are tax

12   violations which don't require actual fraud, willful

13   misconduct, or gross negligence.  There could be KYC

14   violations.  There could be anti-money laundering

15   violations.

16        Now again, of course Your Honor did not have that

17   in mind.  And I fully understand that this Court is not

18   intending to insulate any such conduct.  But I think the

19   order by the nature of it is written so broadly to exclude

20   anyone from liability relating to these restructuring

21   transactions as long as there's no willful misconduct, gross

22   negligence, or actual fraud.  And the list of things that

23   come under that -- that may not be captured -- sorry.  The

24   list of government actions that may be prevented by that

25   language is substantial.  And that is a real and genuine

1    harm.  It's not speculative that this order would be in

2    force whenever the confirmation order goes effective that

3    says the Government can't do these things.

4            Now, I don't have a crystal ball.  I don't know

5    what's going to happen in the future.  I don't know how the

6    parties are going to act in following out the restructuring.

7    But to the extent all they're doing is following Your

8    Honor's literal instructions, I'm certainly appreciative

9    that they're doing that and following Your Honor's

10   instructions and acting, as the Court found, in good faith.

11   And I fully expect that should there be any type of civil,

12   criminal, or regulatory violation resulting from that, that

13   those are the defenses, the affirmative defenses that would

14   be raised.

15           But what the Court doesn't have the authority to

16   do is to in advance, before we know any facts to release it

17   -- so just one more example, Your Honor.  In the context of

18   -- if you think about an example where a federal district

19   judge is sued who may have absolute immunity from liability.

20   There's caselaw on that, absolute immunity for judges.  Even

21   they are not entitled to a release from suit.  There may be

22   facts that pertain to the defense of whether absolute

23   immunity is appropriate given whatever the facts and

24   circumstances are.  And so to here, Your Honor.

25           Again, I fully appreciate what Your Honor is

Page 29

1    trying to do.  I'm not disputing that.  I'm just saying that

2    the appropriate mechanism to do that is by the party raising

3    a procedural defense, an affirmative defense to say, hey,

4    you can't pursue me for this because the court already found

5    that I was acting in good faith, the court found that

6    whatever findings of fact it made about the appropriateness

7    of the restructuring transactions.  And so -- well, I'll

8    leave it there.

9              THE COURT:  Okay.  You know, the decision that I

10   announced in court and then the written decision that I

11   followed up on, I thought I was very clear that I was

12   relying on authorities that were not third-party release

13   authorities at all and that instead were based on the idea

14   that people are entitled to protection when they are doing

15   not only what a court has authorized or not only what

16   they're doing in a quasi-official capacity, but what a court

17   has explicitly directed that they do.

18             And I cited additional authorities including the

19   Second Circuit's decision in Bradford Audio in the decision

20   that I filed on Saturday.  You've argued that you have a

21   likelihood of success on appeal.  You haven't discussed a

22   single one of the cases that I cited.  Not a single one.

23   Why is that?

24             MR. FOGELMAN:  I believe our brief did address

25   some of the cases in the decision.

Page 30

1           THE COURT:  I searched it, and it didn't discuss a

2      single one of them.

3           MR. FOGELMAN:  I'm just trying to find the cites

4      for Your Honor if you bear with me a moment.

5           THE COURT:  I had cited the Aerodyne case, the

6      Granite Broad. Corp. case, the Latam case, the Murray

7      Metallurgical, Ditech.  And then in my written decision, the

8      Bradford Audio decision, Dana Commercial Credit Corp.,

9      Bullion, Phoenician Mediterranean Villa, and In re XRX.  And

10     also the T&W Investment Company v. Kurtz case.  I cited all

11     of those.

12          MR. FOGELMAN:  Your Honor, in Paragraph

13     (indiscernible) of our brief, we did address that none of

14     the cases cited in the decision addressed governmental

15     enforcement actions, let alone criminal actions.  And so we

16     did -- we didn't address particular cases.  I think it's

17     because the -- the reason we're likely to prevail on the

18     merits is that at the end of the day, there is absolutely no

19     congressional authority for the relief that was given.  I

20     don't think there was a citation.  The only statute Your

21     Honor cited that gives -- that Your Honor said gives it the

22     authority to give this kind of exculpation was 1142(a).

23     1142(a) said that the Debtor and any entity organized or to

24     be organized --

25          THE COURT:  I understand.  But you're kind of

Page 31

1    carving my justification in half when you say that.  What I

2    said was the authority was the fact that I was ordering

3    something and parties, by virtue of 1142(a), would have to

4    do what I had approved and ordered in the confirmation order

5    and under these other authorities that I cited it was

6    appropriate that in doing so, they have the security that,

7    as I put it, I am not sentencing them to incur personal

8    liabilities and to subject themselves to kind or a belated

9    argument that what I had told them to do was somehow

10   illegal.

11          MR. FOGELMAN:  I understand that, Your Honor.  And

12   I would say that I believe those cases address affirmative

13   defenses of qualified immunity.  Again, affirmative

14   defenses, not releases provided in advance.  And I

15   understand that is a procedural difference, but it's a

16   procedural difference that has substantial import for the

17   Government.  We don't dispute that people should be able to

18   raise any affirmative defense from -- exactly from what Your

19   Honor said, from carrying out the plan and complying with --

20          THE COURT:  So if my order -- if my order had said

21   exactly the same thing as it said -- so if the proviso that

22   begins in the first paragraph that says to the fullest

23   extent permissible under applicable law.  You know, so it

24   was quite clear that, you know, was something that applied

25   to each paragraph, what would your problem be?

Page 32

1           MR. FOGELMAN:  I think it still implies that there

2      is a release that is appropriate and that can be given and

3      that the Court it sounds like is very much intending to

4      give.  And again, my concern and the Government's concern is

5      that there's no statutory authority to grant a release.  The

6      cases that Your Honor cited deal with affirmative defenses

7      that could be raised.  Your Honor didn't say parties can

8      raise any affirmative defenses based on following my orders.

9      The Court instead said the government was released from

10     anything to do with --

11          THE COURT:  Let's focus very specifically on the

12     very fact, the mere fact of doing rebalancing transactions

13     and distributing cryptocurrency.

14          MR. FOGELMAN:  Okay.

15          THE COURT:  Are you saying that parties should not

16     be exculpated just for doing those things and that you

17     should have the right to punish them later for claiming that

18     just those things, for example, are violations of securities

19     laws?  Is that what you're contending?

20          MR. FOGELMAN:  So let me be clear.  My contention

21     is that there is no entitlement to a release for the

22     Government enforcing the law, and that the Government has

23     the time that Congress gave under whatever applicable

24     statute of limitation there is to evaluate if a transaction

25     is problematic and to take any regulatory or enforcement

Page 33

1    steps that might be warranted.

2            However, I also am recognizing that, as Your Honor

3    has indicated, the parties are following the order of the

4    Court.  I am mindful of the fact-finding that the Court has

5    made that the parties have been acting in good faith.  And I

6    certainly anticipate that if anyone brought any kind of

7    action based on what the Court is directly ordering those

8    parties to do, that those parties would hold up the Court's

9    findings of fact, orders in the case, and say hey, what's

10   the Government doing here.  I fully appreciate that.

11           And so -- but where we have a substantial problem

12   and disagreement is the power of the Court to not just make

13   findings of fact and conclusions of law -- which, look,

14   courts deal with all the time in terms of res judicata,

15   collateral estoppel, and any other affirmative defenses that

16   might be applicable.  But to turn around and give what

17   really is in substance a third-party release or a release to

18   the Debtors who are liquidating and don't even get a

19   discharge for their future actions that haven't even

20   occurred yet or the government doesn't even know what

21   they're going to do or how they're going to do it, that's

22   the fundamental problem, Your Honor.

23           THE COURT:  Let me ask the Debtors.  Why do you

24   contend that an appeal here would be equitably moot if there

25   isn't a stay order?

Page 34

1          MR. SLADE:  I think it's equitably moot, Your

2     Honor, under the caselaw precisely for the reasons that

3     you've described.  Because we are acting under color of the

4     Court's order.  And Mr. Fogelman's argument that we don't

5     know what we're going to be doing, I mean, that's just

6     wrong.  The transactions are described in detail in the

7     plan, the confirmation order, and in the documents that we

8     submitted that Your Honor authorized us to do.  So we are

9     going to be doing that.  And so when we're on appeal if

10    they're challenging these same arguments, we are going to

11    say we are following the Court's order, we are doing exactly

12    what we told the world that we would do, and the Government

13    didn't object.  And for that precise reason, the exculpation

14    clause can't be stricken because the argument is equitably

15    moot.

16          For similar reasons that other confirmations have

17    been -- appeals have been dismissed on equitable mootness

18    grounds because parties are taking action and relies on the

19    Court's order, that's a traditional ground for a finding of

20    equitable mootness, and that's exactly the similar argument

21    that we are going to be making.

22          And I wanted to be very clear in our brief, and

23    I'm just going to say it now.  And our position is not

24    wishy-washy at all.  Our position is once Your Honor gives

25    us authority to go forward with the transaction, we're going

1      to do that.  And then we're going to argue that appeals are

2      equitably moot for the same reason that we need the

3      exculpation clause in the first place, which is to protect

4      the people that are relying on Your Honor's order from the

5      same sorts of concerns that Mr. Fogelman is talking about.

6              He's saying specifically it's conceivable the

7      Government might come after us after the fact for executing

8      exactly what we told Your Honor we would be doing.  That is

9      not appropriate.  That is not appropriate.  People need to

10     be able to rely on the court's order.  And that's why these

11     issues are inextricably intertwined.

12             THE COURT:  And if an appellate court were to

13     decide tomorrow that this provision should be stricken, are

14     you saying you wouldn't proceed?

15             MR. SLADE:  I'm not sure what we would do, Your

16     Honor.  I think it's a significant issue.  And we would have

17     to decide whether or not we're going to go forward with the

18     plan at all and whether we would have to convert the case.

19     I mean, the question is whether the professionals that are

20     going to be doing these things are willing to take these

21     actions when the Government can't make up its mind on what

22     to do with crypto.

23             I mean, Your Honor experienced during the

24     confirmation hearing exactly what the crypto community has

25     been experiencing for years.  The Government can't make up

Page 36

1    its mind, and they won't give anybody a straight answer,

2    including today.  So there might be some people that are

3    willing to take the risk that the Government is going to go

4    after them after the fact and they're going to have to rely

5    on the affirmative defense that Mr. Fogelman mentions.  I'd

6    have to talk to my malpractice carrier before I was willing

7    to take that risk.

8            But his argument that that's what we should be

9    relying on, the ability to take action after the fact, that

10   doesn't give anybody any comfort.  I mean, the concern is

11   that the decisions that the Government is going to make in

12   the future are going to be driven by politics, not by law.

13   I think what we've experienced totally validates those

14   concerns 2,000 percent.

15           So Your Honor asked if we're going to convert the

16   case if we don't get exculpated.  I'm not sure I can answer

17   that question.  It's hypothetical.  But it's a real

18   possibility.  And I think we would have to think seriously

19   about it.

20           Just think, for example, about the plan

21   administrator.  He is a clear target of the United States

22   Trustee's Office.  They do not want him to be exculpated.

23   Would you take that job, Your Honor, if there weren't

24   protections on the front end?  I'm not sure anybody would.

25           MR. FOGELMAN:  Your Honor, if I can just respond

Page 37

1    briefly.  There is a million commercial deals that happen

2    outside of the bankruptcy context every day where parties

3    necessarily have to think about the risk, evaluate the legal

4    landscape, certain or uncertain, whatever it may be, and

5    decide what to do.

6            The idea that for an action that's going to happen

7    in the future debtors need a blessing from the Court that no

8    matter what they do in carrying out that deal or the deal

9    itself, that they can't be liable, I mean, there's no

10   precedent for that.

11           Look, think about a consent decree in any federal

12   district court.  There are plenty of district court consent

13   decrees that have complicated actions that are going to be

14   going forward based on whatever arrangements the parties

15   have made that a court is also so ordering just by virtue of

16   so ordering it.  You know, I am not aware of any consent

17   decree where a court has -- and by the way, in doing this,

18   you can't be liable to any government regulator.  But

19   presumably if someone went after them, they would go back to

20   court and hold up that consent decree.  But the idea that

21   the Debtors here need some type of special treatment or some

22   assurance, I mean, they're businesspeople.  They make those

23   decisions every day all the time as they did before the

24   bankruptcy.  So it's just -- I'm not sure how much it

25   advances their point to say that they are having a hard time

Page 38

1    making up their mind here what to do in the absence of

2    exculpation.

3              MR. ASMAN:  Your Honor, it's Darren Asman from

4    McDermott for the Committee.  May I be heard briefly on

5    this?

6              THE COURT:  Yeah.

7              MR. ASMAN:  Your Honor, everything that you just

8    heard Mr. Slade say is the exact reason why the public

9    interest element counsels against granting a stay.  If the

10   Government is correct -- and they are not -- then

11   practically no Chapter 11 plan would be consummated out of

12   fear of prosecution by governmental agency and the entire

13   purpose of Chapter 11 would be defeated.  This is not an

14   out-of-court commercial transaction.  The whole purpose of

15   bankruptcy is finality.  That is why we get court orders.

16   That is why we get a plan that is confirmed by a federal

17   bankruptcy court.  The whole integrity of the Chapter 11

18   process far outweighs the Government's desire to preserve

19   its optionality as to whether to prosecute the estate, the

20   debtor, the plan administrator, law firms, financial

21   advisors who are acting under a federal court order for

22   hypothetical violations of securities laws that no one has

23   articulated.

24             We don't accept this proposition that essentially

25   every order Your Honor enters in a bankruptcy case has a big

Page 39

1   asterisk at the end of it that says, but watch out, the

2   Government might sue you on this.  The Government gets

3   notice of everything in this case just like every other

4   interested party.  They can either come forward or stay

5   silent.  They have not actually stayed silent here, but

6   effectively they have stayed silent here.  They haven't

7   articulated anything that is illegal about this plan, and

8   that is on them.

9        THE COURT:  I've read all of the papers and

10  considered them in detail.  And I don't think that they

11  warrant a stay.  But I am very concerned that a district

12  judge who will be picking this up, who won't already be

13  familiar with the entire history of exculpation provisions

14  in bankruptcy court, for example, I am very concerned about

15  pleasing a district judge who might be presented with this

16  same stay application to the extent that I deny it.  And our

17  stay is actually expiring in an hour and five minutes, which

18  is less time -- I think an hour and five minutes.  Maybe two

19  hours and five minutes.  That's actually less time than it

20  will take me to issue a ruling that I think I should issue

21  on this so the district court can consider it.

22        So let me ask the Debtors and the other parties.

23  I didn't grant the 14-day stay that ordinarily would have

24  been in effect.  It's continued only through today.  What

25  would be the big deal about extending it through Monday just

Page 40

1    out of consideration for the timing of the district court

2    and so the district court can have the time to actually read

3    all of these papers and to actually read my decision and not

4    be confused as to what it is that I actually did and why I

5    did it.

6            MR. SLADE:  Your Honor, Mike Slade for the

7    Debtors.  The Debtors do not intend to close a transaction

8    this week, as I said when we were on the phone yesterday.

9    At Your Honor's request, we would be okay extending the stay

10   until then so that Your Honor can render a ruling.  That's

11   fine with us.

12           THE COURT:  Okay.

13           MR. ASMAN:  Your Honor, the Committee is okay with

14   that as well.  We understand the concern and we want you to

15   make a good record for the district court.

16           THE COURT:  Well, I think in fairness to the

17   district court, they should understand my thinking of the

18   points.

19           MR. MORRISSEY:  Your Honor, if I may.  Richard

20   Morrissey for the U.S. Trustee.  I just wanted to add some

21   color to the issue of the plan administrator and also remind

22   the Court of the sequence of events with respect to the plan

23   administrator.

24           The plan administrator was added to the list of

25   exculpated parties after the hearing had been concluded.

Page 41

```
 1    The plan administrator had an agreement to limit his

 2    liability, a separate agreement.  So the Government

 3    certainly did not have an opportunity to object to the

 4    addition of the plan administrator.  I just wanted the Court

 5    to be --

 6            THE COURT:  So wait a minute.  The plan

 7    administrator just replaced the original concept of a

 8    winddown trustee and the exculpation provision to be applied

 9    to the plan administrator is the same as what was proposed

10    for the party that he is replacing.  Isn't that the correct

11    case?

12            MR. MORRISSEY:  Your Honor, actually I'm not sure

13    about that.  Perhaps one of the attorneys can confirm that.

14    Because there was a change between the winddown trustee who

15    became the winddown debtor.  Somewhere along the --

16            THE COURT:  Basically they changed entities,

17    names, titles, concepts.  But the functions to be performed,

18    I think they were always all within the same exculpation

19    provision, weren't they.  Isn't that right, Mr. Slade?

20            MS. OKIKE:  Your Honor, Christine Okike on behalf

21    of the Debtors.  That's correct.  The winddown trustee was

22    just changed to the plan administrator.  It was just a

23    change in the title.

24            THE COURT:  I'm going to issue a decision as

25    quickly as I can.  And I would really attempt to get
```

Page 42

1   something on file tonight.  But what do we do about the

2   current stay?  Will everybody agree that it's stayed until

3   Monday even if we don't get an order on file by 5:00?  Do

4   you want to quickly put together such an order?  What do you

5   want to do?

6           MR. SLADE:  Your Honor, Mike Slade for the

7   Debtors.  We can send you an order similar to the one we

8   sent you the last time that extends through Monday at 5:00

9   if that would be okay with the Court.

10          THE COURT:  Okay.  That would be fine.  Let's do

11  that right away.  Do you need -- share it with the

12  Government so they can see it.  Okay?

13          MR. SLADE:  Yes.  I will send it to them in the

14  next ten minutes.

15          THE COURT:  All right.  In that case, I know there

16  are a lot of arguments to be raised.  I think I understand

17  them all.  And I'm not trying to cut people off, but more

18  important, I think that I get my own thinking down for the

19  benefit of the district court.  And I think I understand all

20  the other arguments.  But is there anything else with that

21  statement that anybody else wants to day today?

22          MR. SLADE:  Nothing for the Debtors, Your Honor.

23  Thank you.

24          MR. ASMAN:  Nothing for the Committee, Your Honor.

25  Thank you very much for your time.

1            MR. FOGELMAN:  Nothing from the United States,

2      Your Honor.

3            MR. MORRISSEY:  And nothing from the U.S. Trustee.

4      Thank you, Your Honor.

5            THE COURT:  All right.  Thank you all very much.

6      I'll look for the stay order and I'll get something on file

7      this week.

8            (Whereupon these proceedings were concluded)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 44

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7    *Sonya M. Ledanski Hyde*

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  March 16, 2023

**[& - agreed]**                                                                 Page 1

| & | | |
|---|---|---|
| **&**   4:10 5:1,9,16 | | |

**1**

**10004**   1:13
  3:20
**10014**   4:4
**10022**   4:13 5:4
**11**   38:11,13,17
**1100**   3:12
**1120**   10:12
**1125**   26:24
**1142**   30:22,23
  31:3
**11501**   44:23
**12151**   44:7
**14**   39:23
**141**   10:10 12:2
**15**   1:15
**16**   44:25
**180**   9:1
**1900**   5:19

**2**

**2,000**   36:14
**201**   4:3
**2022**   19:5
**2023**   1:15
  44:25
**20530**   3:13
**22-10943**   1:3
**2501**   5:19
**27777**   3:5
**28th**   8:22
**29th**   10:11
**2:03**   1:16
**2nd**   12:5 15:16
  16:13 18:12

**3**

**300**   5:11 44:22
**330**   44:21

**4**

**48034**   3:6

**6**

**601**   5:3
**60625**   5:12

**7**

**75201**   5:20

**8**

**885**   4:12

**a**

**aback**   10:21
  12:1,4,7
**ability**   18:4
  21:4 24:9 36:9
**able**   8:15 9:22
  25:17 26:21
  27:2 31:17
  35:10
**absence**   38:1
**absolute**   28:19
  28:20,22
**absolutely**
  13:20 30:18
**absorb**   8:15
**academic**   27:5
**accept**   13:8
  38:24
**accident**   10:24
**accurate**   44:4
**act**   14:22,25
  22:7,8 25:11
  25:21,23 28:6

**acted**   15:14
  16:3 26:6
**acting**   20:24
  28:10 29:5
  33:5 34:3
  38:21
**action**   21:16
  26:3 33:7
  34:18 36:9
  37:6
**actions**   11:12
  27:24 30:15,15
  33:19 35:21
  37:13
**active**   18:16
**actively**   12:18
**actual**   27:12,22
**actually**   9:22
  9:24 14:25
  15:19 19:13
  21:19,20,21
  23:2 24:1 26:8
  39:5,17,19
  40:2,3,4 41:12
**adam**   4:15
**add**   18:19
  40:20
**added**   18:11,12
  40:24
**addition**   18:20
  41:4
**additional**   15:2
  15:16 18:20
  24:9 29:18
**address**   17:17
  22:6 25:20
  29:24 30:13,16

  31:12
**addressed**
  30:14
**addressing**
  17:15
**administrator**
  36:21 38:20
  40:21,23,24
  41:1,4,7,9,22
**advance**   16:19
  28:16 31:14
**advances**
  37:25
**advisors**   38:21
**aegean**   13:21
**aerodyne**   30:5
**affect**   20:25
**affirmative**
  16:4 26:22
  27:1 28:13
  29:3 31:12,13
  31:18 32:6,8
  33:15 36:5
**afternoon**   8:2
  8:6
**agencies**   10:4,7
  10:15 11:24
**agency**   38:12
**agent**   27:8,9
**aggressive**
  18:11,13,21
**aggrieved**   17:2
**agree**   9:5 16:20
  17:9,10,12
  42:2
**agreed**   10:23

agreement
   41:1,2
alerting   14:15
alexander   3:19
allegedly   16:14
allow   25:10
allowed   26:5
allyson   5:7
   11:8
andrea   7:16
   8:9
andrew   4:6
annie   3:22
announced
   29:10
answer   11:5
   24:17 36:1,16
anti   27:14
anticipate   33:6
anybody   12:14
   36:1,10,24
   42:21
apologize   8:13
   17:20
apparently
   13:11
appeal   2:1
   19:24 29:21
   33:24 34:9
appeals   34:17
   35:1
appeared
   10:24,25 12:11
appellate
   35:12
appliable   20:7

applicable
   31:23 32:23
   33:16
application
   39:16
applied   31:24
   41:8
apply   8:24
   12:8 19:12
   20:22
appreciate
   14:8 28:25
   33:10
appreciative
   28:8
approach   9:1
appropriate
   22:15 27:1
   28:23 29:2
   31:6 32:2 35:9
   35:9
appropriaten...
   29:6
approved   31:4
argue   19:1
   20:1,2 23:1
   25:14 35:1
argued   17:24
   29:20
arguing   25:7
argument
   16:11,12 19:22
   26:13 31:9
   34:4,14,20
   36:8
arguments
   34:10 42:16,20

arising   10:15
arrangements
   37:14
articulated
   38:23 39:7
asked   12:25
   14:15,18 15:16
   16:4 36:15
asking   15:18
   15:25
asman   38:3,3,7
   40:13 42:24
aspects   23:18
assert   11:12
   17:23
asserting   13:13
asset   23:15
assign   21:7
assume   19:24
assurance
   37:22
asterisk   39:1
attempt   41:25
attorney   3:4
   12:24 19:18
attorneys   3:11
   3:18 4:2,11 5:2
   5:10,17 13:9
   41:13
attorney's
   11:16
audio   29:19
   30:8
authorities
   29:12,13,18
   31:5

authority
   16:22 24:2
   28:15 30:19,22
   31:2 32:5
   34:25
authorized
   22:24 29:15
   34:8
authorizes
   25:4
authorizing
   25:16,17
avenue   4:12
   5:3
avila   6:20
aw   6:4
aware   12:15
   16:1,1,7 18:11
   19:21 37:16
azman   5:23

**b**

b   1:21 4:11
   7:16
back   25:22
   37:19
ball   28:4
bam   4:11
bankruptcy
   1:1,11,23 14:2
   22:18 26:5
   37:2,24 38:15
   38:17,25 39:14
bar   9:12,13,18
barnea   12:23
   19:20
barred   15:3

**based** 9:20 29:13 32:8 33:7 37:14
**basically** 9:19 20:11 41:16
**basis** 24:4,23
**bear** 30:4
**beginning** 22:19
**begins** 31:22
**behalf** 12:23 41:20
**belated** 31:8
**believe** 11:19 11:20 19:25 20:16 29:24 31:12
**benefit** 12:21 13:1 42:19
**beyond** 17:10
**big** 38:25 39:25
**binance** 4:11
**bit** 11:13
**bk** 26:6
**blessing** 37:7
**boat** 13:8
**bout** 9:15
**bowling** 1:12
**bradford** 29:19 30:8
**breadth** 12:4
**brief** 13:23 14:16,17 29:24 30:13 34:22
**briefed** 14:17
**briefly** 37:1 38:4

**broad** 24:14 27:6 30:6
**broadly** 27:19
**brought** 33:6
**bruh** 4:7
**bullion** 30:9
**businesspeo...** 37:22
**buy** 23:21
**buying** 25:5

**c**

**c** 3:1 8:1 44:1,1
**calculate** 21:10
**candid** 16:24
**candidly** 17:15
**can't** 9:7 15:21 19:19 22:3 23:11 24:3 26:2,16 28:3 29:4 34:14 35:21,25 37:9 37:18
**capacious** 27:6
**capacity** 29:16
**captured** 27:23
**carrier** 36:6
**carrying** 31:19 37:8
**carveout** 13:23 13:24 14:1,13 14:21,22 15:8 17:1 18:2,7,14
**carving** 31:1
**case** 1:3 12:18 12:22,22,24 13:21 15:22,24 16:2,4,7 18:17

22:8 30:5,6,6 30:10 33:9 35:18 36:16 38:25 39:3 41:11 42:15
**caselaw** 20:4 20:22 28:20 34:2
**cases** 14:2 23:14 26:23 29:22,25 30:14 30:16 31:12 32:6
**certain** 24:24 37:4
**certainly** 12:12 12:21 14:9 16:1,8,20 17:2 17:18,20 20:7 24:20 25:25 26:2 28:8 33:6 41:3
**certified** 44:3
**cfius** 12:23 15:24
**challenging** 34:10
**chan** 7:2
**change** 11:21 12:2 41:14,23
**changed** 9:1 10:23 41:16,22
**chapter** 38:11 38:13,17
**characterizat...** 22:5

**charged** 26:20
**chen** 7:10
**cherry** 7:11
**chicago** 5:12
**christine** 5:6 41:20
**church** 7:3
**circuit** 20:4,22
**circuit's** 29:19
**circumstances** 28:24
**citation** 30:20
**cited** 29:18,22 30:5,10,14,21 31:5 32:6
**cites** 30:3
**civil** 22:9 24:18 25:24 26:18 28:11
**civilly** 26:21
**claim** 9:17
**claiming** 32:17
**claims** 9:15 22:12
**clarify** 9:10
**clause** 18:14 34:14 35:3
**clear** 9:13,21 11:11 16:17,24 17:21 21:15 24:23 29:11 31:24 32:20 34:22 36:21
**clearer** 23:4
**close** 40:7
**code** 10:16

collateral
33:15
colleague
12:23 19:19
colleagues 11:5
15:22
color 34:3
40:21
come 9:3 11:1
22:22 25:22
27:23 35:7
39:4
comfort 36:10
commercial
30:8 37:1
38:14
commission
11:22
commit 25:4,6
committed
24:18 26:19
committee
5:17 38:4
40:13 42:24
committee's
8:19
commonly
22:8
community
35:24
commute 8:17
company 30:10
complicated
37:13
complying
31:19

conceivable
23:13 24:20
25:25 35:6
concept 41:7
concepts 41:17
concern 13:3
14:15 32:4,4
36:10 40:14
concerned
25:22 39:11,14
concerns 17:6
17:15,17 35:5
36:14
concluded
40:25 43:8
conclusions
33:13
conduct 24:13
27:18
conducted
8:14
confirm 11:25
12:13 41:13
confirmation
8:22 9:2,16
10:5,11,13
11:7 12:10,15
13:17,18 14:23
15:10 16:14,19
18:3,4,23 19:3
19:11 20:25
24:3 25:14
26:4 28:2 31:4
34:7 35:24
confirmations
34:16

confirmed
22:19 38:16
confused 40:4
confusion 8:13
congress 22:10
22:14,16,24
32:23
congressional
30:19
consent 37:11
37:12,16,20
consequences
25:20
consider 39:21
consideration
40:1
considered
39:10
consummated
38:11
contend 33:24
contending
32:19
contenting
15:4
contention
23:7,7 32:20
context 28:17
37:2
continued
39:24
contrary 20:1
20:2
convert 35:18
36:15
conveyed
17:20

cornell 7:17
corp 30:6,8
correct 11:19
19:6 38:10
41:10,21
couldn't 10:22
counsel 11:23
11:24
counsels 38:9
country 44:21
course 25:5
27:10,16
court 1:1,11
8:12 10:9
11:14 12:3
13:5,21,24
14:11,11,15,15
14:20 15:11,25
16:10,25 17:5
17:8,24 18:6
18:25 19:3,7
19:22 20:10,18
21:13 22:1,15
22:18,21,25
24:8,10,22
26:1,4,5,6,10
26:11,16 27:17
28:10,15 29:4
29:5,9,10,15
29:16 30:1,5
30:25 31:20
32:3,9,11,15
33:4,4,7,12,23
35:12,12 37:7
37:12,12,15,17
37:20 38:6,14
38:15,17,21

39:9,14,21
40:1,2,12,15
40:16,17,22
41:4,6,16,24
42:9,10,15,19
43:5
**courtroom** 8:4
8:8,10
**courts** 26:25
33:14
**court's** 33:8
34:4,11,19
35:10
**credit** 30:8
**creditor** 6:2,5
6:8,11,14
**creditors** 5:18
**crimes** 22:9
24:18
**criminal** 10:17
25:24 26:18
28:12 30:15
**crypto** 35:22
35:24
**cryptocurren...**
23:10,13,15,20
23:23 25:1,6
25:11,12
**cryptocurrency**
25:2 32:13
**crystal** 28:4
**current** 42:2
**custom** 3:19
**customer** 27:8
27:10
**customers**
24:20

**cut** 42:17

**d**

**d** 4:11 8:1
**d.c.** 3:13
**dallas** 5:20
**dan** 7:8
**dana** 30:8
**darren** 5:23
38:3
**date** 9:12,13,18
24:10 44:25
**day** 13:16,18
14:10,12,13
15:9,9 30:18
37:2,23 39:23
42:21
**days** 9:3 19:13
**deadline** 13:7
14:24
**deal** 22:17,22
32:6 33:14
37:8,8 39:25
**dealing** 26:24
**deals** 37:1
**debtor** 1:9 15:2
30:23 38:20
41:15
**debtors** 11:25
12:5 13:16,22
15:15 17:6
18:22 19:5,8
23:10,14,20
33:18,23 37:7
37:21 39:22
40:7,7 41:21
42:7,22

**debtor's** 8:19
**december** 19:5
22:18
**decide** 35:13
35:17 37:5
**decides** 23:22
**decision** 23:5
29:9,10,19,19
29:25 30:7,8
30:14 40:3
41:24
**decisions** 36:11
37:23
**decree** 37:11
37:17,20
**decrees** 37:13
**defeated** 38:13
**defense** 27:1
28:22 29:3,3
31:18 36:5
**defenses** 26:22
27:3 28:13,13
31:13,14 32:6
32:8 33:15
**defined** 22:10
**degrees** 9:1
**deny** 11:25
39:16
**department**
3:10,17 4:1
13:10
**described** 34:3
34:6
**desire** 38:18
**detail** 34:6
39:10

**determined**
9:21 22:14
24:10
**didn't** 8:16
14:1,22 15:17
16:5,20 17:8
17:12,19,25
18:6,7,9 30:1
30:16 32:7
34:13 39:23
**difference**
31:15,16
**different** 10:3
10:6,7
**digital** 1:7 5:2
5:10,18
**diligently**
20:25
**directed** 29:17
**direction** 24:3
**directly** 13:14
33:7
**diresta** 6:7
**disagreement**
33:12
**discharge**
33:19
**disclose** 27:9
**discuss** 30:1
**discussed**
29:21
**discussion**
12:14
**discussions** 9:9
9:11 12:16
13:11 18:9
19:20

dismissed
   34:17
dispute   15:23
   16:6 20:6
   31:17
disputing   12:5
   29:1
distributing
   24:20 32:13
distribution
   25:12,23 27:8
   27:9
distributions
   23:12
district   1:2
   28:18 37:12,12
   39:11,15,21
   40:1,2,15,17
   42:19
ditech   30:7
divita   6:18
docket   10:12
documents
   34:7
doesn't   13:11
   27:8 28:15
   33:20 36:10
doing   8:16
   15:15 21:21,24
   22:1,3 28:7,9
   29:14,16 31:6
   32:12,16 33:10
   34:5,9,11 35:8
   35:20 37:17
don't   10:4 11:4
   11:23 12:3,13
   14:17 15:23

16:6,15,18
17:25 19:21,25
20:14,19,21
22:4,14 23:4
24:22 25:9
26:1,17 27:12
28:4,4,5 30:20
31:17 33:18
34:4 36:16
38:24 39:10
42:3
draft   12:10
driven   36:12
dustin   6:17

e

e   1:21,21,22
   3:1,1 8:1,1
   26:24 44:1
earlier   12:22
ecro   1:25
effect   19:14
   23:6 39:24
effective   28:2
effectively   39:6
eisler   7:19
either   39:4
element   38:9
eliminate   9:16
ellis   5:1,9
emery   5:16
emily   7:20
enforced   10:18
enforcement
   20:17 30:15
   32:25
enforcing
   32:22

engaging   9:14
entered   9:14
   16:19
enters   38:25
entire   16:12
   26:12 38:12
   39:13
entirely   8:13
   20:15 27:1
entities   9:14
   41:16
entitled   28:21
   29:14
entitlement
   32:21
entity   16:6
   30:23
environmental
   10:16
equitable   20:4
   20:21 21:8
   34:17,20
equitably
   19:24,25 20:17
   21:3 33:24
   34:1,14 35:2
essentially
   24:15 38:24
estate   38:19
estoppel   33:15
ethan   6:24
evaluate   32:24
   37:3
evans   5:25
events   40:22
everybody
   13:7 42:2

ex   24:4
exact   38:8
exactly   17:21
   31:18,21 34:11
   34:20 35:8,24
example   23:9
   24:17 28:17,18
   32:18 36:20
   39:14
except   19:3
   23:14
excessive   17:9
exchange
   11:22
exclude   27:19
excluding   19:9
exclusions   12:9
exculpate
   10:13
exculpated
   24:25 32:16
   36:16,22 40:25
exculpation
   8:23 10:8,21
   12:8 13:23
   14:4,12,13
   15:8 17:1 18:2
   18:14 21:1,5
   26:24 27:6
   30:22 34:13
   35:3 38:2
   39:13 41:8,18
executing   35:7
exist   14:23
expect   26:3
   28:11

**experienced**
35:23 36:13
**experiencing**
35:25
**expiring** 39:17
**explicit** 15:1
**explicitly**
17:24 26:5
29:17
**extending**
39:25 40:9
**extends** 42:8
**extent** 15:25
26:20 28:7
31:23 39:16

**f**

**f** 1:21 44:1
**face** 26:8,9
**fact** 12:1 14:17
23:13 26:9
29:6 31:2
32:12,12 33:4
33:9,13 35:7
36:4,9
**facto** 24:4
**factor** 11:20
**facts** 22:11
28:16,22,23
**fair** 18:10
20:15 21:2
22:4
**fairness** 40:16
**faith** 26:6
28:10 29:5
33:5
**false** 15:14

**familiar** 39:13
**far** 17:10 38:18
**fault** 8:13
**favorable**
20:23
**fear** 38:12
**february** 8:22
10:11
**federal** 10:6
16:6 25:13
28:18 37:11
38:16,21
**feet** 15:6
**felt** 18:21
**file** 13:6,25
14:10,11 15:6
15:24 42:1,3
43:6
**filed** 8:22 9:2
9:15 10:11
11:1 12:9,22
14:14,24 19:10
19:10 29:20
**filing** 9:17
**filings** 16:2,8
19:18
**finality** 38:15
**finally** 23:22
**financial** 22:17
38:20
**find** 30:3
**finding** 26:6
33:4 34:19
**findings** 26:9
29:6 33:9,13
**fine** 40:11
42:10

**firms** 38:20
**first** 10:10 15:9
19:10 22:5
31:22 35:3
**five** 39:17,18
39:19
**focus** 32:11
**focused** 17:2
**fogelman** 8:2,3
10:5 12:14,17
13:13 14:7
15:7,21 16:17
17:7,14 18:1
18:10 19:6,16
20:2,14,20
21:25 22:4
24:7 25:19
26:14,17 29:24
30:3,12 31:11
32:1,14,20
35:5 36:5,25
43:1
**fogelman's**
34:4
**follow** 9:25
**followed** 29:11
**following** 28:6
28:7,9 32:8
33:3 34:11
**force** 28:2
**foreclosed**
16:11 20:9
23:8
**foregoing** 44:3
**forever** 22:23
23:3

**forthright**
17:16
**forward** 9:25
22:23 34:25
35:17 37:14
39:4
**found** 20:4
28:10 29:4,5
**four** 22:20
**franklin** 3:5
**frankly** 22:2
27:2
**fraud** 25:6
27:12,22
**free** 9:23 23:7
**front** 36:24
**ftc** 11:9 12:19
12:20,25 13:11
16:21,22
**full** 21:1
**fullest** 31:22
**fully** 16:7
27:17 28:11,25
33:10
**functions**
41:17
**fundamental**
33:22
**funds** 24:20
**further** 8:20
9:11 17:17
**furtherance**
20:6
**future** 9:21
28:5 33:19
36:12 37:7

| g | | h | heath  7:7 |
|---|---|---|---|

**g**

g  8:1
genuine  27:25
getting  18:20
gina  6:7
give  17:8 30:22
  32:4 33:16
  36:1,10
given  19:1
  28:23 30:19
  32:2
gives  30:21,21
  34:24
gleit  6:25
go  24:9 26:3,8
  34:25 35:17
  36:3 37:19
goes  28:2
going  8:15 9:22
  9:25 13:8 18:1
  19:19 20:18
  28:5,6 33:21
  33:21 34:5,9
  34:10,21,23,25
  35:1,17,20
  36:3,4,11,12
  36:15 37:6,13
  37:14 41:24
goldberg  4:15
golden  7:12
good  8:2,6,12
  26:6 28:10
  29:5 33:5
  40:15
government
  8:3,24 9:4,7,9
  9:24 10:20,23

12:8,10 13:8
13:14,20,22
15:4 19:9,12
21:3,11,13
22:3,11,16,22
23:3,6,22 24:9
25:10,22 26:2
26:7 27:24
28:3 31:17
32:9,22,22
33:10,20 34:12
35:7,21,25
36:3,11 37:18
38:10 39:2,2
41:2 42:12
governmental
  9:18 10:3
  20:16 30:14
  38:12
governments
  11:11
government's
  8:18 18:16
  22:7 32:4
  38:18
granite  30:6
grant  32:5
  39:23
granted  21:12
granting  38:9
grayson  5:22
green  1:12
gross  27:13,21
ground  34:19
grounds  34:18
group  12:14

**h**

hage  3:8
half  31:1
hamilton  3:19
handled  26:25
handling  15:22
happen  17:19
  22:9,9,10 26:1
  28:5 37:1,6
happened  15:8
  16:2
happening
  22:17
happy  17:21
hard  37:25
harm  19:23
  20:11,11 21:6
  21:9,10 26:13
  28:1
harrison  6:19
harwood  5:19
hasn't  14:1
  21:13
haven't  25:8
  29:21 33:19
  39:6
health  21:5,23
  23:25
hear  8:20 14:9
heard  38:4,8
hearing  2:1
  10:5 11:21
  12:15 13:19
  15:10 18:4,23
  35:24 40:25
heart  25:20

heath  7:7
held  24:4
here's  15:11
  20:21
hey  29:3 33:9
he's  35:6
hinted  10:20
hirshman  7:15
history  39:13
hold  22:23
  23:3 26:4 33:8
  37:20
holdings  1:7
  5:2,10,18
hon  1:22
honest  11:4
honor  8:2,6,9
  9:7 10:1 11:8
  11:18 12:17
  13:4,13 14:7,9
  15:7,23 16:3,6
  16:17,20 17:1
  17:16 18:10,19
  19:16,21 20:3
  20:14,20 21:25
  22:5,24 24:7
  25:21 26:5,14
  26:17,23 27:3
  27:4,16 28:17
  28:24,25 30:4
  30:12,21,21
  31:11,19 32:6
  32:7 33:2,22
  34:2,8,24 35:8
  35:16,23 36:15
  36:23,25 38:3
  38:7,25 40:6

40:10,13,19
41:12,20 42:6
42:22,24 43:2
43:4
**honor's**  16:9
17:15 22:6
24:17 28:8,9
35:4 40:9
**hour**  39:17,18
**hours**  39:19
**house**  3:19
**hundred**  16:24
17:9,16
**hyde**  2:25 44:3
44:8
**hyperbole**  23:1
**hypothetical**
24:18 26:7,11
26:13 36:17
38:22

**i**

**idea**  12:7 13:9
14:4 21:19
29:13 37:6,20
**identified**
20:12
**identify**  8:4
**il**  5:12
**illegal**  13:16
15:5 25:23
31:10 39:7
**immediate**
14:14
**immediately**
11:2 19:18
**immunity**
28:19,20,23

31:13
**impact**  9:12
**impinging**  24:1
**implemented**
9:22
**implied**  15:12
**implies**  32:1
**imply**  17:18
**import**  31:16
**important**
42:18
**imposing**  24:6
**include**  9:5
27:7
**included**  11:2
11:10 13:1
**including**  10:4
23:20 29:18
36:2
**incur**  31:7
**incurring**
21:22
**independent**
16:22
**indicated**  33:3
**indiscernible**
12:12 22:15
30:13
**inextricably**
35:11
**information**
27:9
**initially**  9:5
**initiated**  18:16
**injunctive**
24:11

**inserted**  17:3
**instant**  21:15
23:6
**instructions**
28:8,10
**insulate**  27:18
**insulated**  25:7
**insulates**  24:13
**integrity**  38:17
**intend**  40:7
**intended**  18:24
24:8
**intending**
27:18 32:3
**interest**  24:5
38:9
**interested**  39:4
**interference**
9:23
**internal**  10:16
**interpret**  25:17
**interpreter**
16:2
**intertwined**
35:11
**intervening**
11:20
**inure**  13:1
**inured**  12:21
**investigate**
22:11,17
**investment**
30:10
**involved**  11:6
11:24 12:19,21
13:2,14 16:22
19:18

**involvement**
18:16
**irreparable**
19:23 20:11
26:12
**isn't**  15:6
33:25 41:10,19
**issue**  14:11,16
16:9,13 23:17
23:25 35:16
39:20,20 40:21
41:24
**issues**  35:11
**it's**  10:24 11:8
12:10 20:24
22:7,23 24:20
25:25 26:7
27:5 28:1
30:16 31:15
34:1 35:6,16
36:17,17 37:24
38:3 39:24
42:2
**i'd**  36:5
**i'll**  29:7 43:6,6
**i'm**  11:19 12:5
12:6,15,18
13:8,13 15:11
16:10,11 17:15
17:18,21 20:18
22:1,3 25:16
28:8 29:1,1
30:3 34:23
35:15 36:16,24
37:24 41:12,24
42:17

**i've**  8:18,18
   11:4 12:17
   13:12 39:9

**j**

**j.d.**  12:23
**jacob**  7:15
**jason**  3:4 6:21
**jeff**  6:25
**jo**  6:4
**job**  36:23
**jon**  6:13
**jones**  6:10
**joseph**  5:25
**judge**  1:23
   28:19 39:12,15
**judges**  28:20
**judicata**  33:14
**justice**  3:10,17
   4:1 13:9
**justification**
   31:1

**k**

**kandestin**  5:24
**karen**  1:25
**katherine**  7:9
**keep**  14:20
**keil**  7:20
**kimmer**  6:22
**kind**  10:20
   13:7 15:5
   30:22,25 31:8
   33:6
**kirkland**  5:1,9
   11:9
**knew**  13:10,10
   15:22,23 19:7

**know**  11:4 14:2
   15:17,19 16:8
   18:6,7,9 19:21
   21:13 23:4
   25:8,16,16,22
   26:18 27:4
   28:4,5,16 29:9
   31:23,24 33:20
   34:5 37:16
   42:15
**knows**  11:6
**kurtz**  30:10
**kyc**  27:13

**l**

**l**  3:12
**lack**  15:12
**landscape**  37:4
**language**  9:25
   10:9,19 11:1,9
   11:21 12:11,20
   13:2,6 14:14
   14:21,22 15:1
   15:2,13,17,20
   16:4,5,18 17:6
   17:11,19 18:11
   18:13,21,21
   23:5 24:14
   27:25
**larry**  8:3
**lasalle**  5:11
**latam**  30:6
**latham**  4:10
**laundering**
   27:14
**law**  3:3 25:13
   31:23 32:22
   33:13 36:12

**38**:20
**laws**  10:16,17
   32:19 38:22
**leave**  11:23
   29:8
**led**  9:25 10:7
   11:7,21
**ledanski**  2:25
   44:3,8
**legal**  37:3
   44:20
**legge**  7:5
**letter**  14:14
**let's**  23:9,19
   24:18 32:11
   42:10
**lexington**  5:3
**liabilities**
   21:22 31:8
**liability**  10:14
   27:20 28:19
   41:2
**liable**  24:4 37:9
   37:18
**lie**  25:5
**likelihood**
   29:21
**likely**  30:17
**limit**  41:1
**limitation**  8:25
   10:25 24:5
   32:24
**limited**  24:6
**linda**  7:18
**line**  19:17
**lines**  17:17
   26:22

**liquidated**
   23:14
**liquidating**
   33:18
**lisa**  6:1
**lisandra**  6:20
**list**  27:22,24
   40:24
**listen**  8:10
**literal**  28:8
**litigate**  21:2
**litigating**  16:22
   20:9
**litigation**  20:8
**little**  10:1
**llp**  5:1,9
**long**  22:10,16
   27:21
**look**  12:22
   20:20 24:22
   26:14 33:13
   37:11 43:6
**loses**  27:10
**lost**  9:17
**lot**  9:6 42:16

**m**

**made**  15:6 19:4
   21:14 24:23
   25:15 26:6,10
   29:6 33:5
   37:15
**magzamen**
   7:13
**make**  9:12,21
   16:23 17:14,21
   22:3 23:6,12
   33:12 35:21,25

36:11 37:22
40:15
**makes** 21:15
**making** 16:11
25:6 34:21
38:1
**malionek** 4:16
**malpractice**
36:6
**manner** 18:25
**march** 1:15
12:5 15:16
16:13 18:12
22:19 44:25
**margaret** 3:15
**maris** 5:24
**mark** 4:7
**marshall** 7:19
**matter** 1:5
21:6,10 37:8
**matthew** 7:11
**mcdermott**
5:16 38:4
**mean** 17:21
22:21 26:2,7
34:5 35:19,23
36:10 37:9,22
**means** 23:12
**mechanism**
29:2
**mediterranean**
30:9
**mendelsohn**
7:7
**mentions** 36:5
**mere** 32:12

**merits** 14:19
20:9 21:2
30:18
**metallurgical**
30:7
**mi** 3:6
**michael** 1:22
5:14 7:13
**michelle** 6:18
**mike** 7:4,5 40:6
42:6
**million** 37:1
**mind** 10:9,24
21:14,15 22:3
26:23 27:17
35:21 36:1
38:1
**mindful** 20:3,7
20:23 27:2
33:4
**mineola** 44:23
**minute** 41:6
**minutes** 39:17
39:18,19 42:14
**misconduct**
27:13,21
**moment** 30:4
**monday** 39:25
42:3,8
**money** 27:10
27:14
**months** 22:20
22:21
**moot** 19:24,25
33:24 34:1,15
35:2

**mooted** 20:17
21:3
**mootness** 20:5
20:21 21:8
34:17,20
**morning** 8:16
**morrissey** 4:8
8:6,7 11:15,18
11:19 40:19,20
41:12 43:3
**morrissey's**
10:4
**motion** 2:1
21:18
**multiply** 21:8
**murray** 7:1
30:6

| **n** |
| --- |

**n** 3:1 8:1 44:1
**nacif** 4:17
**names** 41:17
**narrow** 24:8
**nature** 27:19
**necessarily**
26:12 37:3
**need** 35:2,9
37:7,21 42:11
**needed** 9:21
**negligence**
27:13,22
**negligently**
27:10
**negotiated**
11:9,15 12:19
16:5
**negotiations**
9:4,6 10:3 11:6

13:15
**never** 8:24
10:25 23:3
**neville** 7:14
**new** 1:2,13
3:20 4:4,13 5:4
9:24 16:12,13
**newell** 3:15
**newsom** 7:8
**nice** 13:7
**night** 8:15
**nonsense** 14:5
**north** 5:11,19
**notice** 12:23
15:12,24,24
17:12,25 19:5
19:15 39:3
**notwithstand...**
21:18
**number** 8:21
9:14 10:2,3,6
10:12 20:5
**nw** 3:12
**ny** 1:13 3:20
4:4,13 5:4
44:23

| **o** |
| --- |

**o** 1:21 8:1 44:1
**object** 14:1
18:5 34:13
41:3
**objected** 19:14
**objection** 13:7
14:10,24 15:6
18:25 19:10,15
**obviously** 8:25

occurred  22:13
  33:20
occurring
  24:13
office  10:4
  11:16 13:9
  36:22
official  5:17
  20:12 29:16
okay  8:12
  11:14 14:20
  16:10 20:20
  29:9 32:14
  40:9,12,13
  42:9,10,12
okike  5:6 41:20
  41:20
old  44:21
once  8:12 9:21
  11:11 23:1
  34:24
opportunity
  21:2 41:3
optionality
  38:19
order  8:22 9:2
  9:13,16 10:11
  10:13 11:7
  12:2,11 13:17
  14:23,24 16:14
  16:19 18:3
  19:4,11 20:25
  21:17,20 23:5
  24:2,3,8,12,14
  24:23 25:4,15
  25:17,19 26:4
  27:6,19 28:1,2

31:4,20,20
  33:3,25 34:4,7
  34:11,19 35:4
  35:10 38:21,25
  42:3,4,7 43:6
ordered  31:4
ordering  21:22
  31:2 33:7
  37:15,16
orders  32:8
  33:9 38:15
ordinarily
  39:23
organized
  30:23,24
original  8:21
  9:3 12:6 14:5
  41:7
originally
  11:10 17:11
outside  37:2
outweighs
  38:18
overreached
  15:15
overreaching
  17:9
overstated
  10:2
overwhelming
  21:9
own  42:18

p

p  3:1,1 8:1
papers  8:18,19
  18:5 39:9 40:3

paragraph
  8:23 10:10
  12:2 30:12
  31:22,25
part  12:20 18:8
  23:21
particular
  16:18 30:16
parties  11:24
  26:20 28:6
  31:3 32:7,15
  33:3,5,8,8
  34:18 37:2,14
  39:22 40:25
party  10:14
  26:3 29:2,12
  33:17 39:4
  41:10
patterson  7:14
paul  3:8 7:2
pawel  7:6
peace  22:23
  23:4
pending  2:1
people  10:14
  21:21 22:1
  24:1,24 25:5
  29:14 31:17
  35:4,9 36:2
  42:17
percent  16:24
  17:10,16 36:14
percentage
  21:7
performed
  41:17

performing
  27:11
period  24:13
  24:16
permissible
  31:23
permission
  14:10,16,16
personal  31:7
pertain  28:22
peterson  6:17
phoenician
  30:9
phone  11:6
  40:8
picking  39:12
pivot  11:13
place  35:3
plan  8:25 9:15
  9:16,22 10:2,8
  10:13 11:1
  12:9 13:25
  14:6 18:5 19:4
  20:6 22:19
  23:10 24:24
  25:3 31:19
  34:7 35:18
  36:20 38:11,16
  38:20 39:7
  40:21,22,24
  41:1,4,6,9,22
played  11:25
pleasing  39:15
plenty  37:12
pm  1:16
point  9:19 14:8
  16:9,21 20:8

22:6 26:17
37:25
**pointed** 10:1
**points** 40:18
**politics** 36:12
**portfolios**
23:11
**position** 16:25
20:12 23:19
26:8 34:23,24
**possibility**
36:18
**post** 24:4
**potential** 19:23
**power** 26:1
33:12
**practically**
38:11
**precedent**
37:10
**precise** 34:13
**precisely** 34:2
**prefer** 23:1
**prejudiced**
18:4,8,18,22
21:4
**prejudices**
13:17
**prepare** 18:5
18:24
**present** 6:16
**presented**
39:15
**preserve** 9:11
38:18
**presumably**
37:19

**pretty** 10:19
**prevail** 30:17
**prevented**
27:24
**previously**
16:13
**primary** 12:24
**privacy** 27:8
**pro** 6:2,5,8,11
6:14
**problem** 13:12
22:22 24:12
25:2 26:14
27:4 31:25
33:11,22
**problematic**
32:25
**procedural**
29:3 31:15,16
**proceed** 8:4
35:14
**proceedings**
43:8 44:4
**process** 24:19
38:18
**professionals**
35:19
**prompted**
14:22,25
**proper** 17:12
**proposal** 19:4
**propose** 19:2
**proposed** 8:21
10:8,10 12:2,5
14:23 15:2
17:6,8,11 41:9

**proposition**
38:24
**prosecute**
38:19
**prosecution**
38:12
**prospectively**
22:8
**protect** 21:4
25:10 27:8
35:3
**protected** 25:3
**protecting**
22:1
**protection**
13:19 24:5
29:14
**protections**
36:24
**provide** 8:24
24:9
**provided** 31:14
**provino** 6:1
**provision** 9:3
12:6 13:16
14:12 19:11,13
21:1,5 26:24
35:13 41:8,19
**provisions**
39:13
**proviso** 31:21
**public** 21:4,6,9
21:23 23:25
24:5 38:8
**punish** 32:17
**purchases**
23:12

**purpose** 38:13
38:14
**pursue** 22:12
29:4
**put** 13:7,16
31:7 42:4

**q**

**qualified** 31:13
**qualifying**
15:13,17
**quantify** 20:10
**quasi** 29:16
**question** 11:5
12:4 17:5
35:19 36:17
**questions** 8:19
20:18
**quicker** 16:3
**quickly** 41:25
42:4
**quite** 12:18
22:2 24:14,23
31:24
**quoted** 13:23

**r**

**r** 1:21 3:1 8:1
44:1
**raise** 16:9
18:25 26:21
27:3 31:18
32:8
**raised** 14:8,11
23:17 28:14
32:7 42:16
**raising** 29:2

rare  22:7
raznick  3:4
    6:21
read  8:18,18
    21:19 39:9
    40:2,3
reading  27:5,7
ready  8:3
real  27:25
    36:17
realized  8:14
really  18:15
    33:17 41:25
reason  19:8
    20:24 23:23
    30:17 34:13
    35:2 38:8
reasons  34:2
    34:16
rebalance
    23:11
rebalancing
    23:21 32:12
recall  9:9 10:4
    11:17
received  14:16
recently  12:18
recognizing
    33:2
record  26:9
    40:15 44:4
referring  10:14
regard  22:6
regulations
    10:18
regulator
    37:18

regulators
    22:7
regulatory
    22:9 24:19
    28:12 32:25
related  9:11
relating  27:20
release  28:16
    28:21 29:12
    32:2,5,21
    33:17,17
released  24:15
    32:9
releases  31:14
relevant  10:19
relied  13:21,22
relief  24:11
    30:19
relies  34:18
rely  35:10 36:4
relying  13:10
    15:20 16:14,18
    16:25 29:12
    35:4 36:9
remember  9:7
remind  40:21
removal  14:21
    15:1
remove  18:2
removed  13:19
    13:20 15:9,13
    17:3 18:14
render  40:10
rendered  19:24
    19:25
replaced  41:7

replacing
    41:10
request  40:9
require  27:12
required  24:24
    25:1
requires  23:10
    25:4,15
res  33:14
reserve  25:13
respect  24:7
    40:22
respond  36:25
response  25:24
rest  25:15
restraint  24:6
restructuring
    27:11,20 28:6
    29:7
resulting  28:12
retroactively
    11:12
revenue  10:16
reviewing
    18:15 19:18
richard  4:8 8:7
    11:18 40:19
riffkin  7:18
right  9:8 11:14
    17:2,18 19:6
    19:15 20:1,3
    23:10 25:14
    32:17 41:19
    42:11,15 43:5
rights  9:17
risk  20:8 21:7
    36:3,7 37:3

rivera  4:6
road  3:5 44:21
robert  4:16
role  12:1
rules  9:24
    10:18
ruling  39:20
    40:10
ryan  7:10

**s**

s  3:1 8:1
safety  21:5,24
    23:25
sales  23:9,12
    24:2
samari  7:4
sarah  6:22
saturday  29:20
saw  8:24 13:2
    17:3
sawicki  7:6
saying  14:20
    16:10,11 22:7
    24:1 26:12
    29:1 32:15
    35:6,14
says  10:12 28:3
    31:22 39:1
scherling  7:9
scheuer  6:23
schwartz  7:16
    8:9,9
scope  19:9
se  6:2,5,8,11,14
searched  30:1
sec  23:17

| | | | |
|---|---|---|---|
| **second** 20:4,22 | **sj** 6:10 | **started** 13:19 | **submitted** 34:8 |
| 29:19 | **slade** 5:14 8:21 | **state** 10:7 | **substance** |
| **securities** | 9:6 11:4,11 | **statement** | 33:17 |
| 11:22 23:24 | 12:13 34:1 | 42:21 | **substantial** |
| 32:18 38:22 | 35:15 38:8 | **statements** | 13:3 21:6,9,10 |
| **security** 23:18 | 40:6,6 41:19 | 9:20 | 27:25 31:16 |
| 23:19,25 31:6 | 42:6,6,13,22 | **states** 1:1,11 | 33:11 |
| **see** 17:25 42:12 | **slightly** 22:20 | 3:10,17 4:1 | **substantially** |
| **seek** 18:24 | **smith** 5:7 11:8 | 10:15,17,18 | 13:17 |
| 24:11 | 11:8,17,19 | 11:15,16 12:20 | **substantive** |
| **sell** 23:20 | **solutions** 44:20 | 13:18 36:21 | 9:24 |
| **selling** 23:15 | **sonya** 2:25 | 43:1 | **success** 29:21 |
| 25:5 | 44:3,8 | **statute** 30:20 | **sue** 39:2 |
| **send** 42:7,13 | **soon** 14:12 | 32:24 | **sued** 26:21 |
| **sent** 42:8 | **sooner** 14:8,18 | **statutory** 32:5 | 28:19 |
| **sentencing** | 16:9 | **stay** 2:1 19:23 | **suffer** 19:23 |
| 31:7 | **sorry** 14:13 | 20:25 21:11 | 20:13 |
| **separate** 41:2 | 27:23 | 33:25 38:9 | **sufficient** |
| **sequence** 40:22 | **sorts** 35:5 | 39:4,11,16,17 | 17:25 |
| **seriously** 24:22 | **sought** 10:22 | 39:23 40:9 | **suggested** 15:2 |
| 36:18 | **sounds** 32:3 | 42:2 43:6 | 16:15 |
| **services** 4:11 | **southern** 1:2 | **stayed** 39:5,6 | **suit** 28:21 |
| **several** 15:12 | **southfield** 3:6 | 42:2 | **suite** 5:19 |
| **severely** 21:4 | **speak** 10:6 | **stephanie** 7:1 | 44:22 |
| **shara** 7:17 | 15:21 19:17,19 | **steps** 18:12 | **supervising** |
| **share** 42:11 | **speaking** 9:8 | 20:5 33:1 | 12:17 |
| **side** 20:15 | 10:5 | **steven** 7:3 | **supposedly** |
| **signature** 44:7 | **speaks** 14:18 | **stop** 21:16 | 25:7 |
| **significant** | **special** 37:21 | **straight** 36:1 | **sure** 9:12 16:23 |
| 35:16 | **specifically** | **street** 3:12 4:3 | 17:14 35:15 |
| **silent** 39:5,5,6 | 22:6 32:11 | 5:19 | 36:16,24 37:24 |
| **similar** 10:17 | 35:6 | **stricken** 13:3 | 41:12 |
| 34:16,20 42:7 | **speculative** | 34:14 35:13 | **surprise** 14:5 |
| **single** 29:22,22 | 28:1 | **strongly** 20:16 | **surprised** |
| 30:2 | **spend** 8:16 | **subject** 14:4 | 10:21 |
| **six** 23:21 24:13 | **start** 22:18 | 26:3 31:8 | **susan** 7:12 |

**suspect** 15:16

**t**

**t** 44:1,1
**t&w** 30:10
**taft** 3:3
**take** 16:8 21:16
 23:9,19 26:8
 32:25 35:20
 36:3,7,9,23
 39:20
**taken** 10:21
 12:1,4,7,11
 20:5
**talk** 36:6
**talking** 22:20
 35:5
**taousse** 4:17
**target** 36:21
**tax** 27:11
**taylor** 6:19
**tell** 10:22 12:19
 15:19 20:15
 26:1
**telling** 19:7
**ten** 42:14
**terms** 23:1,2
 33:14
**thank** 42:23,25
 43:4,5
**that's** 10:18
 15:5,14,17
 18:10,23 19:6
 19:6 20:3,15
 20:23 21:11
 22:3,4 23:15
 24:13,25 26:11
 26:19,24 27:1

33:21 34:5,19
34:20 35:10
36:8 37:6
39:19 40:10
41:21
**theft** 25:4
**therese** 6:23
**there's** 12:3,3
 19:22 20:22
 21:14,16 25:3
 27:21 28:20
 32:5 37:9
**they'll** 25:3
**they're** 16:16
 24:25 28:7,9
 29:16 33:21,21
 34:10 36:4
 37:22
**they've** 26:25
**thing** 21:17,17
 21:20 22:25
 23:8 25:14
 31:21
**things** 14:3
 15:7,16 16:15
 18:15 22:2
 24:25 25:7,8
 25:11,16,18
 27:7,22 28:3
 32:16,18 35:20
**think** 10:1 12:3
 12:13 13:20
 14:17 15:14,14
 16:1,8,15,18
 17:1 18:1,19
 19:8 20:14,21
 22:4,15 24:22

25:1,9,19 26:1
26:19 27:5,18
28:18 30:16,20
32:1 34:1
35:16 36:13,18
36:18,20 37:3
37:11 39:10,18
39:20 40:16
41:18 42:16,18
42:19
**thinking** 40:17
 42:18
**thinks** 21:16
 23:23
**third** 4:12
 29:12 33:17
**thought** 29:11
**threatened**
 21:11
**threatening**
 21:23
**three** 22:21
**time** 8:17 9:19
 12:24 14:24
 15:8 18:13,22
 18:24 22:2
 24:11,15 32:23
 33:14 37:23,25
 39:18,19 40:2
 42:8,25
**timely** 18:25
**times** 15:12
**timing** 40:1
**title** 41:23
**titles** 41:17
**today** 36:2
 39:24 42:21

**together** 18:15
 42:4
**told** 18:3,7,22
 31:9 34:12
 35:8
**tomorrow**
 35:13
**tonight** 42:1
**took** 18:12
**totally** 36:13
**trading** 4:11
 25:11
**traditional**
 34:19
**transaction**
 32:24 34:25
 38:14 40:7
**transactions**
 27:11,21 29:7
 32:12 34:6
**transcribed**
 2:25
**transcript** 44:4
**transfer** 25:1,2
**treated** 23:24
 23:25
**treatment**
 37:21
**tried** 18:18
**trotz** 6:24
**true** 16:16 44:4
**trustee** 3:11,18
 4:2 8:7,10
 11:16 40:20
 41:8,14,21
 43:3

trustee's 36:22
try 11:12 13:7
trying 9:10,10
  15:11 17:18,22
  29:1 30:3
  42:17
turn 33:16
turning 12:6
two 9:3 15:7
  18:15 19:13
  39:18
tx 5:20
type 28:11
  37:21
types 27:3

**u**

u.s. 1:23 3:11
  3:18 4:2 8:10
  13:9 40:20
  43:3
ultimately
  26:19
unable 23:18
unbeknownst
  19:11
uncertain 37:4
under 10:15,17
  24:2,3 26:23
  27:23 31:5,23
  32:23 34:2,3
  38:21
understand
  17:5 24:8
  27:17 30:25
  31:11,15 40:14
  40:17 42:16,19

unintended
  25:20
united 1:1,11
  3:10,17 4:1
  10:15,17,18
  11:15,16 12:20
  13:17 36:21
  43:1
unsecured 5:17
unwilling
  23:18
use 8:17

**v**

v 30:10
validates 36:13
varick 4:3
various 10:14
  16:7
velez 4:6
veritext 44:20
version 9:2,8
  10:10 11:7
  19:10
versions 10:7
  10:25 12:9
  13:25
vgx 23:17,20
  23:24
villa 30:9
violate 25:13
violation 25:24
  25:24 28:12
violations 22:9
  22:10,11,12
  24:19,19 26:18
  27:12,14,15
  32:18 38:22

virtue 31:3
  37:15
voyager 1:7
  5:2,10,18

**w**

wait 41:6
want 8:16
  11:23 16:23,24
  17:14 25:9,13
  36:22 40:14
  42:4,5
wanted 9:12
  19:5,8 34:22
  40:20 41:4
wants 23:6
  42:21
warrant 39:11
warranted
  33:1
warren 6:13
washington
  3:13
washy 34:24
wasn't 8:15
  11:14 13:6
  18:8 19:3
watch 39:1
watkins 4:10
way 14:19 15:5
  17:19 21:18
  23:13 37:17
ways 26:16
week 24:13
  40:8 43:7
weeks 23:21
welfare 21:5

wells 3:22
went 17:10
  37:19
weren't 36:23
  41:19
we're 20:8,23
  22:20 27:2,5
  30:17 34:5,9
  34:25 35:1,17
  36:15
we've 36:13
what's 28:5
  33:9
wiles 1:22
willful 27:12
  27:21
williams 5:22
willing 35:20
  36:3,6
winddown
  41:8,14,15,21
wishy 34:24
withdrawn
  11:3 14:14
withdrew
  19:13
won't 36:1
  39:12
working 12:24
world 34:12
worry 20:19
wouldn't 19:12
  20:13 35:14
written 27:19
  29:10 30:7
wrong 11:20
  13:21 20:8,22

[wrong - you've]                                                    Page 18

| |
|---|
| 21:14,16 24:10 34:6 |

**x**

**x**   1:4,10
**xrx**   30:9

**y**

**yeah**   12:13
   38:6
**years**   35:25
**yesterday**
   10:20 40:8
**york**   1:2,13
   3:20 4:4,13 5:4
**you're**   16:10
   19:7 25:6,22
   26:12 30:25
   32:19
**you've**   8:25
   15:12 16:15
   20:11 29:20
   34:3