**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **VOYAGER DIGITAL HOLDINGS, INC., *et al.*,** [1] ) | ) | **Case No. 22-10943 (MEW)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

### FIFTH MONTHLY FEE APPLICATION OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Services as: | Tax Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2020 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2023 through February 28, 2023 |
| Total Amount of Fees Requested: | $                 170,343.00 |
| Less 20% Holdback | $                 (34,068.60) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $                 136,274.40 |
| Amount of Expense Reimbursement Sought: | $                 - |
| Total Amount of Fees and Expense: | **$                 136,274.40** |

This is an:  _X_ Monthly    __Interim   __Final Application

---

[1] The Debtors in these chapter 11 cases, along with the four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Date: March 21, 2023
      Houston, Texas

                         Respectfully submitted,

                         DELOITTE TAX LLP

                         /s/ Ala'a Boulos
                         Ala'a Boulos
                         Partner
                         1111 Bagby, Suite 4500
                         Houston, Texas 77002
                         Telephone:  713.982.3805
                         Facsimile:  877.501.1621

# Exhibit A
## Voyager Digital Holdings Inc., et, al.,
## Case No. 22-10943

**CUMULATIVE TIME SUMMARY BY PROFESSIONAL**
For the Period of February 1, 2023 through February 28, 2023

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Gutierrez, Dalia | Consultant | $250.00 | 8.5 | $2,125.00 |
| **Professional Subtotal:** | | | **8.5** | **$2,125.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Advisory Services** | | | | |
| Boulos, Ala'a | Partner/Principal | $1,160.00 | 2.4 | $2,784.00 |
| Forrest, Jonathan | Partner/Principal | $1,160.00 | 3.5 | $4,060.00 |
| Gibian, Craig | Partner/Principal | $1,160.00 | 3.6 | $4,176.00 |
| Turenshine, Aaron | Partner/Principal | $1,160.00 | 17.3 | $20,068.00 |
| Ulleweit, Michael | Partner/Principal | $1,160.00 | 1.0 | $1,160.00 |
| Cooper, Matt | Managing Director | $1,160.00 | 0.6 | $696.00 |
| Krozek, Derek | Managing Director | $1,160.00 | 25.4 | $29,464.00 |
| Tucker, Erin | Senior Manager | $1,020.00 | 0.5 | $510.00 |
| Boyd, Anna | Manager | $870.00 | 1.9 | $1,653.00 |
| Cooper, Kenny | Manager | $870.00 | 10.5 | $9,135.00 |
| Pickering, Maria | Manager | $870.00 | 1.1 | $957.00 |
| Azus, Scott | Senior Consultant | $750.00 | 31.8 | $23,850.00 |
| Harold, Robert | Senior Consultant | $750.00 | 1.5 | $1,125.00 |
| He, Jiasui | Senior Consultant | $750.00 | 29.7 | $22,275.00 |
| Heyman, Tom | Consultant | $630.00 | 3.4 | $2,142.00 |
| Stern, Nathaniel | Consultant | $630.00 | 37.9 | $23,877.00 |
| Weiss, Thomas | Consultant | $630.00 | 4.3 | $2,709.00 |
| Wilson, Clinton | Consultant | $630.00 | 27.9 | $17,577.00 |
| **Professional Subtotal:** | | | **204.3** | **$168,218.00** |
| **Total** | Blended Rate: | $800.48 | **212.8** | **$170,343.00** |

# Exhibit B

## Voyager Digital Holdings Inc., et, al.,
## Case No. 22-10943

### CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period of February 1, 2023 through February 28, 2023

| Categories | Hours | Fees |
|---|---|---|
| Preparation of Fee Applications | 8.5 | $2,125.00 |
| Tax Advisory Services | 204.3 | $168,218.00 |
| **Fees Category Subtotal :** | **212.8** | **$170,343.00** |

# **EXHIBIT C**

## **Voyager Digital Holdings Inc., et, al.,**
## **Case No. 22-10943**

Professional Fees for the Period from
February 1, 2023 through February 28, 2023

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Preparation of Fee Applications** | | | | |
| 02/06/2023 | | | | |
| Gutierrez, Dalia | Review January fee detail in preparation for the monthly fee application. | $250.00 | 3.3 | $825.00 |
| Gutierrez, Dalia | Continue to review January fee detail in preparation for the monthly fee application. | $250.00 | 2.6 | $650.00 |
| 02/08/2023 | | | | |
| Gutierrez, Dalia | Prepare January monthly fee statement. | $250.00 | 2.6 | $650.00 |
| Subtotal for Preparation of Fee Applications: | | | 8.5 | $2,125.00 |
| **Tax Advisory Services** | | | | |
| 02/01/2023 | | | | |
| Boyd, Anna | Meeting with C. Gibian (Deloitte) to discuss fair market valuation of credit risk and tax consequences of marking credit risk gain. | $870.00 | 0.2 | $174.00 |
| Boyd, Anna | Research section 475, valuation safe harbor to compute marking credit risk. | $870.00 | 0.9 | $783.00 |
| Gibian, Craig | Analyze the tax mark to market elections for filing amended tax returns. | $1,160.00 | 0.9 | $1,044.00 |
| Gibian, Craig | Meeting with A. Boyd (Deloitte) to discuss fair market valuation of credit risk and tax consequences of marking credit risk gain. | $1,160.00 | 0.2 | $232.00 |
| Krozek, Derek | Review 2021 income tax filings and related disclosures provided by the company. | $1,160.00 | 2.0 | $2,320.00 |
| 02/02/2023 | | | | |
| Boulos, Ala'a | Discussion with M. Cooper, M. Ulleweit, C. Gibian, A. Turenshine, D. Krozek, F. Pickering (Deloitte) related to analysis for potential method changes or amending returns related to the 2019-2021 federal income tax returns. | $1,160.00 | 0.6 | $696.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/02/2023 | | | | |
| Boyd, Anna | Research section 475, valuation safe harbor to compute marking credit risk. | $870.00 | 0.8 | $696.00 |
| Cooper, Matt | Discussion with M. Ulleweit, C. Gibian, A. Turenshine, D. Krozek, F. Pickering, A. Boulos (Deloitte) related to analysis for potential method changes or amending returns related to the 2019-2021 federal income tax returns. | $1,160.00 | 0.6 | $696.00 |
| Gibian, Craig | Analyze tax accounting method for reflection of income for filing tax returns. | $1,160.00 | 0.8 | $928.00 |
| Gibian, Craig | Discussion with M. Cooper, M. Ulleweit, A. Turenshine, D. Krozek, F. Pickering, A. Boulos (Deloitte) related to analysis for potential method changes or amending returns related to the 2019-2021 federal income tax returns. | $1,160.00 | 0.6 | $696.00 |
| He, Jiasui | Analyze the tax mark to market elections for filing amended tax returns. | $750.00 | 0.2 | $150.00 |
| Krozek, Derek | Discussion with M. Cooper, M. Ulleweit, C. Gibian, A. Turenshine, F. Pickering, A. Boulos (Deloitte) related to analysis for potential method changes or amending returns related to the 2019-2021 federal income tax returns. | $1,160.00 | 0.6 | $696.00 |
| Krozek, Derek | Research potential considerations related to consolidated return filing obligations. | $1,160.00 | 2.5 | $2,900.00 |
| Pickering, Maria | Discussion with M. Cooper, M. Ulleweit, C. Gibian, A. Turenshine, D. Krozek, A. Boulos (Deloitte) related to analysis for potential method changes or amending returns related to the 2019-2021 federal income tax returns. | $870.00 | 0.6 | $522.00 |

2

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/02/2023 | | | | |
| Turenshine, Aaron | Discussion with M. Cooper, M. Ulleweit, C. Gibian, D. Krozek, F. Pickering, A. Boulos (Deloitte) related to analysis for potential method changes or amending returns related to the 2019-2021 federal income tax returns. | $1,160.00 | 0.6 | $696.00 |
| Ulleweit, Michael | Discussion with M. Cooper, C. Gibian, A. Turenshine, D. Krozek, F. Pickering, A. Boulos (Deloitte) related to analysis for potential method changes or amending returns related to the 2019-2021 federal income tax returns. | $1,160.00 | 0.6 | $696.00 |
| Ulleweit, Michael | Review draft purchase agreement filed with the bankruptcy court for US income tax considerations | $1,160.00 | 0.4 | $464.00 |
| 02/03/2023 | | | | |
| Azus, Scott | Review draft inventory rollforward schedules provided by the company. | $750.00 | 1.1 | $825.00 |
| Azus, Scott | Meeting with T. Weiss, J. He, A. Turenshine, N. Stern, C. Wilson (Deloitte) to discuss Voyager 2021 information and tying it to monthly inventory and payable schedules. | $750.00 | 0.6 | $450.00 |
| Harold, Robert | Draft email to A. Turenshine, E. Schaefer, T. Heyman, T. Weiss, J. He, S. Azus (Deloitte) regarding 2021 monthly asset/liability schedules to 2021 monthly trial balances and transactions. | $750.00 | 0.5 | $375.00 |
| He, Jiasui | Compare inventory and payables rollfroward schedules for Q1 2021 to financial statements. | $750.00 | 3.8 | $2,850.00 |
| He, Jiasui | Meeting with T. Weiss, A. Turenshine, S. Azus, N. Stern, C. Wilson (Deloitte) to discuss Voyager 2021 information and tying it to monthly inventory and payable schedules. | $750.00 | 0.6 | $450.00 |

3

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/03/2023 | | | | |
| Krozek, Derek | Review historical income tax reporting of Voyager Digital Holdings, Limited in connection with potential consolidated return considerations. | $1,160.00 | 3.5 | $4,060.00 |
| Stern, Nethaniel | Discus Voyager 2021 information with C. Wilson (Deloitte) to tie to monthly inventory and payable schedules for July, August, September. | $630.00 | 1.2 | $756.00 |
| Stern, Nethaniel | Meeting with T. Weiss, J. He, A. Turenshine, S. Azus, C. Wilson (Deloitte) to discuss Voyager 2021 information and tying it to monthly inventory and payable schedules. | $630.00 | 0.6 | $378.00 |
| Turenshine, Aaron | Meeting with T. Weiss, J. He, S. Azus, N. Stern, C. Wilson (Deloitte) to discuss Voyager 2021 information and tying it to monthly inventory and payable schedules. | $1,160.00 | 0.6 | $696.00 |
| Turenshine, Aaron | Analyze financial data related to inventory rollforwards. | $1,160.00 | 1.5 | $1,740.00 |
| Weiss, Thomas | Meeting with J. He, A. Turenshine, S. Azus, N. Stern, C. Wilson (Deloitte) to discuss Voyager 2021 information and tying it to monthly inventory and payable schedules. | $630.00 | 0.6 | $378.00 |
| Wilson, Clinton | Discuss Voyager 2021 information with N. Stern (Deloitte) to tie to monthly inventory and payable schedules and filed returns for December '21 totals. | $630.00 | 1.2 | $756.00 |
| Wilson, Clinton | Meeting with T. Weiss, J. He, A. Turenshine, S. Azus, N. Stern (Deloitte) to discuss Voyager 2021 information and tying it to monthly inventory and payable schedules. | $630.00 | 0.6 | $378.00 |
| 02/04/2023 | | | | |
| Azus, Scott | Tie out monthly inventory and payable schedules to client's trial balance to identify causes for variances between the client's rollforward and their trial balance. | $750.00 | 2.1 | $1,575.00 |

4

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/04/2023 | | | | |
| Wilson, Clinton | Tie updates to December '21 inventory roll from tax return. | $630.00 | 0.7 | $441.00 |
| 02/05/2023 | | | | |
| Stern, Nethaniel | Tie 2022 Q3 inventory rolls to journal entries and income statements. | $630.00 | 3.0 | $1,890.00 |
| Wilson, Clinton | Tie updates to December '21 inventory roll from tax return related to Q4 2021 asset movement. | $630.00 | 2.1 | $1,323.00 |
| 02/06/2023 | | | | |
| Azus, Scott | Tie out monthly inventory and payable schedules to client's trial balance in order to identify causes for variances. | $750.00 | 3.3 | $2,475.00 |
| Azus, Scott | Meeting with A. Turenshine, J. He, N. Stern, C. Wilson (Deloitte) to discuss tying respective 2021 months to monthly profit & loss statements and journal entries and next steps in reconciliation process. | $750.00 | 0.6 | $450.00 |
| He, Jiasui | Review 2021 tax return package to prepare an info request for 2022 year. | $750.00 | 1.6 | $1,200.00 |
| He, Jiasui | Email S. Nethaniel (Deloitte) regarding comparison between the inventory/customer payable rollforward schedules and the profit & loss for months. | $750.00 | 0.3 | $225.00 |
| He, Jiasui | Meeting with A. Turenshine, N. Stern, S. Azus, C. Wilson (Deloitte) to discuss tying respective 2021 months to monthly profit & loss statements and journal entries and next steps in reconciliation process. | $750.00 | 0.6 | $450.00 |
| He, Jiasui | Analyze comparison between the inventory/customer payable rollforward schedules and the profit & loss for month January to March. | $750.00 | 6.5 | $4,875.00 |
| Krozek, Derek | Prepare a draft of 2022 income tax filing obligations and the associated refund requests. | $1,160.00 | 1.5 | $1,740.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/06/2023 | | | | |
| Stern, Nathaniel | Meeting with A. Turenshine, J. He, S. Azus, C. Wilson (Deloitte) to discuss tying respective 2021 months to monthly profit & loss statements and journal entries and next steps in reconciliation process. | $630.00 | 0.6 | $378.00 |
| Stern, Nathaniel | Combine quarterly inventory rollforwards to create a life to date computation. | $630.00 | 0.6 | $378.00 |
| Stern, Nathaniel | Tie 2022 Q3 inventory rolls to journal entries and profit & loss statements. | $630.00 | 0.6 | $378.00 |
| Turenshine, Aaron | Meeting with J. He, N. Stern, S. Azus, C. Wilson (Deloitte) to discuss tying respective 2021 months to monthly profit & loss statements and journal entries and next steps in reconciliation process. | $1,160.00 | 0.6 | $696.00 |
| Wilson, Clinton | Meeting with A. Turenshine, J. He, N. Stern, S. Azus (Deloitte) to discuss tying respective 2021 months to monthly profit & loss statements and journal entries and next steps in reconciliation process. | $630.00 | 0.6 | $378.00 |
| Wilson, Clinton | Combine quarterly inventory rollforwards to create a life to date computation. | $630.00 | 0.8 | $504.00 |
| Wilson, Clinton | Tie 2022 Q4 inventory rolls to journal entries and profit & loss statements. | $630.00 | 2.4 | $1,512.00 |
| 02/07/2023 | | | | |
| Azus, Scott | Tie out monthly inventory and payable schedules to client's trial balance to identify causes for variances. | $750.00 | 3.4 | $2,550.00 |
| Azus, Scott | Continue to tie out monthly inventory and payable schedules to client's trial balance to identify causes for variances. | $750.00 | 3.2 | $2,400.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/07/2023 | | | | |
| Azus, Scott | Meeting with A. Turenshine, J. He, C. Wilson, N. Stern (Deloitte) to discuss progress in tying respective 2021 months to monthly profit & loss statements and journal entries and next steps in process. | $750.00 | 1.0 | $750.00 |
| He, Jiasui | Discuss with N. Stern (Deloitte) comparison between the inventory/customer payable rollforward schedules and the profit & loss for months. | $750.00 | 0.5 | $375.00 |
| He, Jiasui | Meeting with A. Turenshine, C. Wilson, S. Azus, N. Stern (Deloitte) to discuss progress in tying respective 2021 months to monthly profit & loss statements and journal entries and next steps in process. | $750.00 | 1.0 | $750.00 |
| He, Jiasui | Analyze comparison between the inventory/customer payable rollforward schedules to the profit & loss for Q1 2022. | $750.00 | 1.6 | $1,200.00 |
| He, Jiasui | Analyze comparison between the inventory/customer payable rollforward schedules to the profit & loss for Q1 2022. | $750.00 | 2.9 | $2,175.00 |
| Krozek, Derek | Analyze inventory rollforward schedules provided by company for 2022 year. | $1,160.00 | 2.6 | $3,016.00 |
| Stern, Nathaniel | Meeting with A. Turenshine, J. He, C. Wilson, S. Azus (Deloitte) to discuss progress in tying respective 2021 months to monthly profit & loss statements and journal entries and next steps in process. | $630.00 | 1.0 | $630.00 |
| Stern, Nathaniel | Discuss with J. He (Deloitte) comparison between the inventory/customer payable rollforward schedules and the profit & loss for months. | $630.00 | 0.5 | $315.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 02/07/2023 | | | | |
| Stern, Nathaniel | Tie out payable schedules provided by Company to their trial balances in order to identify causes for variances to tax return. | $630.00 | 2.8 | $1,764.00 |
| Stern, Nathaniel | Continue to tie out payable schedules provided by Company to their trial balances in order to identify causes for variances to tax return. | $630.00 | 1.7 | $1,071.00 |
| Turenshine, Aaron | Meeting with J. He, C. Wilson, S. Azus, N. Stern (Deloitte) to discuss progress in tying respective 2021 months to monthly profit & loss statements and journal entries and next steps in process. | $1,160.00 | 1.0 | $1,160.00 |
| Wilson, Clinton | Meeting with A. Turenshine, J. He, S. Azus, N. Stern (Deloitte) to discuss progress in tying respective 2021 months to monthly profit & loss statements and journal entries and next steps in process. | $630.00 | 1.0 | $630.00 |
| Wilson, Clinton | Combine quarterly inventory rollforwards to create a life to date computation. | $630.00 | 2.8 | $1,764.00 |
| 02/08/2023 | | | | |
| Azus, Scott | Meeting with J. He, A. Turenshine (Deloitte) to discuss Voyager 2021 information and tying it to monthly inventory and payable schedules. | $750.00 | 1.0 | $750.00 |
| He, Jiasui | Call with N. Stern (Deloitte) to discuss comparison between the inventory/customer payable rollforward schedules and the profit & loss for months. | $750.00 | 0.1 | $75.00 |
| He, Jiasui | Meeting with A. Turenshine, S. Azus (Deloitte) to discuss Voyager 2021 information and tying it to monthly inventory and payable schedules. | $750.00 | 1.0 | $750.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **_Tax Advisory Services_** | | | | |
| 02/08/2023 | | | | |
| He, Jiasui | Analyze reconciliation between the inventory/customer payable rollforward schedules and the profit & loss for month October 2020 and update the summary and question page regarding same. | $750.00 | 2.3 | $1,725.00 |
| Krozek, Derek | Review draft purchase agreement filed with the bankruptcy court for US income tax considerations. | $1,160.00 | 1.4 | $1,624.00 |
| Stern, Nathaniel | Meeting with C. Wilson (Deloitte) to discuss next step in comparing financials into the inventory rollfroward summary reconciliation file. | $630.00 | 0.5 | $315.00 |
| Stern, Nathaniel | Call with J. He (Deloitte) to discuss comparison between the inventory/customer payable rollforward schedules and the profit & loss for months. | $630.00 | 0.1 | $63.00 |
| Stern, Nathaniel | Work on summary reconciliation file related to inventory rollforwards in order to tie out to 2020 financials. | $630.00 | 3.6 | $2,268.00 |
| Turenshine, Aaron | review reconciliation of 2022 inventory rollforward to financial statements. | $1,160.00 | 1.5 | $1,740.00 |
| Turenshine, Aaron | Meeting with J. He, S. Azus (Deloitte) to discuss Voyager 2021 information and tying it to monthly inventory and payable schedules. | $1,160.00 | 1.0 | $1,160.00 |
| Wilson, Clinton | Meeting with N. Stern (Deloitte) to discuss next step in comparing financials into the inventory rollfroward summary reconciliation file. | $630.00 | 0.5 | $315.00 |
| Wilson, Clinton | Compare December inventory roll to profit & loss statements. | $630.00 | 0.8 | $504.00 |
| 02/09/2023 | | | | |
| Azus, Scott | Tie out monthly inventory and payable schedules to client's trial balance to identify causes for variances. | $750.00 | 0.5 | $375.00 |
| Krozek, Derek | Review draft inventory rollforward schedules provided by the company. | $1,160.00 | 1.1 | $1,276.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/09/2023 | | | | |
| Stern, Nethaniel | Prepare the voyager monthly summary comments file. | $630.00 | 4.5 | $2,835.00 |
| Turenshine, Aaron | Review financial statement reconciliations of inventory. | $1,160.00 | 2.8 | $3,248.00 |
| 02/10/2023 | | | | |
| Krozek, Derek | Research related to consolidated return filing considerations with related affiliates. | $1,160.00 | 1.9 | $2,204.00 |
| 02/13/2023 | | | | |
| Azus, Scott | Meeting with N. Stern, C. Wilson (Deloitte), W. Chan (Voyager) to discuss reconciliation of inventory roll to financial statements. | $750.00 | 0.3 | $225.00 |
| Gibian, Craig | Discussion with A. Turenshine (Deloitte) regarding tax calculations of taxable income for Voyager potential amended returns. | $1,160.00 | 0.5 | $580.00 |
| Gibian, Craig | Analyze calculation of taxable income from monthly rollfowards. | $1,160.00 | 0.6 | $696.00 |
| He, Jiasui | Discussion with T. Weiss (Deloitte) regarding 2021 analysis of monthly rollforward schedules with respect to variances to financials. | $750.00 | 0.4 | $300.00 |
| Heyman, Tom | Discussion (partial) with D. Krozek, A. Turenshine (Deloitte), W. Chan, R. Whooley, J. Gerhartz (Voyager) regarding Voyager inventory and payable rollforwards to monthly '20-'22 profit & loss schedules. | $630.00 | 0.5 | $315.00 |
| Krozek, Derek | Discussion with T. Heyman (partial), A. Turenshine (Deloitte), W. Chan, R. Whooley, J. Gerhartz (Voyager) regarding Voyager inventory and payable rollforwards to monthly '20-'22 profit & loss schedules. | $1,160.00 | 1.0 | $1,160.00 |
| Stern, Nethaniel | Meeting with S. Azus, C. Wilson (Deloitte), W. Chan (Voyager) to discuss reconciliation of inventory roll to financial statements. | $630.00 | 0.3 | $189.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/13/2023 | | | | |
| Turenshine, Aaron | Discussion with C. Gibian (Deloitte) regarding tax calculations of taxable income for Voyager potential amended returns. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Discussion with T. Heyman (partial), D. Krozek (Deloitte), W. Chan, R. Whooley, J. Gerhartz (Voyager) regarding Voyager inventory and payable rollforwards to monthly '20-'22 profit & loss schedules. | $1,160.00 | 1.0 | $1,160.00 |
| Weiss, Thomas | Discussion with J. He (Deloitte) regarding 2021 analysis of monthly inventory rollforward schedules with respect to variances to financials. | $630.00 | 0.4 | $252.00 |
| Wilson, Clinton | Meeting with S. Azus, N. Stern (Deloitte), W. Chan (Voyager) to discuss reconciliation of inventory roll to financial statements. | $630.00 | 0.3 | $189.00 |
| 02/15/2023 | | | | |
| Boulos, Ala'a | Review tax return disclosure statement for amending 2021 federal tax return. | $1,160.00 | 1.3 | $1,508.00 |
| Krozek, Derek | Research income tax considerations related to the potential contribution of loans to capital. | $1,160.00 | 1.0 | $1,160.00 |
| 02/16/2023 | | | | |
| Boulos, Ala'a | Call with J. Forrest, D. Krozek, A. Turenshine, E. Tucker, M. Pickering (Deloitte), S. Cantor, A. Sexton (Kirkland ) to discuss potential intercompany debt planning. | $1,160.00 | 0.5 | $580.00 |
| Forrest, Jonathan | Call with D. Krozek, A. Boulos, A. Turenshine, E. Tucker, M. Pickering (Deloitte), S. Cantor, A. Sexton (Kirkland ) to discuss potential intercompany debt planning. | $1,160.00 | 0.5 | $580.00 |
| Krozek, Derek | Call with J. Forrest, A. Boulos, A. Turenshine, E. Tucker, M. Pickering (Deloitte), S. Cantor, A. Sexton (Kirkland ) to discuss potential intercompany debt planning. | $1,160.00 | 0.5 | $580.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 02/16/2023 | | | | |
| Pickering, Maria | Call with J. Forrest, D. Krozek, A. Boulos, A. Turenshine, E. Tucker (Deloitte), S. Cantor, A. Sexton (Kirkland ) to discuss potential intercompany debt planning. | $870.00 | 0.5 | $435.00 |
| Tucker, Erin | Call with J. Forrest, D. Krozek, A. Boulos, A. Turenshine, M. Pickering (Deloitte), S. Cantor, A. Sexton (Kirkland ) to discuss potential intercompany debt planning. | $1,020.00 | 0.5 | $510.00 |
| Turenshine, Aaron | Call with J. Forrest, D. Krozek, A. Boulos, E. Tucker, M. Pickering (Deloitte), S. Cantor, A. Sexton (Kirkland ) to discuss potential intercompany debt planning. | $1,160.00 | 0.5 | $580.00 |
| 02/17/2023 | | | | |
| Krozek, Derek | Continue to research the contribution of loans to capital. | $1,160.00 | 2.0 | $2,320.00 |
| 02/20/2023 | | | | |
| Azus, Scott | Meeting with N. Stern, C. Wilson (Deloitte) to discuss process of tying inventory rollfroward source documents to audited financial statements. | $750.00 | 0.5 | $375.00 |
| Azus, Scott | Consolidate monthly profit & loss's to tie to audited financial statements. | $750.00 | 2.0 | $1,500.00 |
| Cooper, Kenny | Prepare 2021 amended return template. | $870.00 | 1.0 | $870.00 |
| Cooper, Kenny | Discussion with J. He, T. Heyman, T. Weiss (Deloitte) regarding monthly asset/liability schedules from inception to 2020 and 2021 year end. | $870.00 | 0.5 | $435.00 |
| Harold, Robert | Draft email to  A. Turenshine, E. Schaefer, T. Heyman, T. Weiss, J. He, S. Azus (Deloitte) related to comparing 2021 monthly trial balances and transactions to financial statements. | $750.00 | 0.5 | $375.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/20/2023 | | | | |
| He, Jiasui | Discussion with K. Cooper, T. Heyman, T. Weiss (Deloitte) regarding monthly asset/liability schedules from inception to 2020 and 2021 year end. | $750.00 | 0.5 | $375.00 |
| Heyman, Tom | Discussion with K. Cooper, J. He, T. Weiss (Deloitte) regarding monthly asset/liability schedules from inception to 2020 and 2021 year end. | $630.00 | 0.5 | $315.00 |
| Stern, Nathaniel | Meeting with S. Azus, C. Wilson (Deloitte) to discuss process of tying inventory rollfroward source documents to audited financial statements. | $630.00 | 0.5 | $315.00 |
| Stern, Nathaniel | Tie out the trial balance's to the financial reconciliation file. | $630.00 | 2.4 | $1,512.00 |
| Weiss, Thomas | Discussion with K. Cooper, J. He, T. Heyman (Deloitte) regarding monthly asset/liability schedules from inception to 2020 and 2021 year end. | $630.00 | 0.5 | $315.00 |
| Wilson, Clinton | Meeting with S. Azus, N. Stern (Deloitte) to discuss process of tying inventory rollfroward source documents to audited financial statements. | $630.00 | 0.5 | $315.00 |
| Wilson, Clinton | Tie monthly trial balances to audited financial statements. | $630.00 | 1.6 | $1,008.00 |
| 02/21/2023 | | | | |
| Azus, Scott | Compare client's rollforwards top trial balance and variances on a monthly basis. | $750.00 | 0.6 | $450.00 |
| Wilson, Clinton | Tie monthly trial balances to audited financial statements. | $630.00 | 0.7 | $441.00 |
| 02/22/2023 | | | | |
| Azus, Scott | Compare client's rollforwards top trial balance and variances on a monthly basis. | $750.00 | 1.6 | $1,200.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/22/2023 | | | | |
| Azus, Scott | Discuss next steps to general ledger reconciliations and considerations related to tax return preparation for Voyager Digital with A. Turenshine, T. Heyman, T. Weiss, C. Wilson, N. Stern, J. He, R. Harold (Deloitte). | $750.00 | 0.5 | $375.00 |
| Cooper, Kenny | Review 2021 amended return workpapers. | $870.00 | 3.0 | $2,610.00 |
| Harold, Robert | Discuss next steps to general ledger reconciliations and considerations related to tax return preparation for Voyager Digital with A. Turenshine, S. Azus, T. Heyman, T. Weiss, C. Wilson, N. Stern, J. He (Deloitte). | $750.00 | 0.5 | $375.00 |
| He, Jiasui | Prepare taxable income and balance sheet mapping preparation for tax year 2021. | $750.00 | 3.6 | $2,700.00 |
| He, Jiasui | Review tax year 2021 tax return and tax return mapping. | $750.00 | 0.4 | $300.00 |
| He, Jiasui | Discuss next steps to general ledger reconciliations and considerations related to tax return preparation for Voyager Digital with A. Turenshine, S. Azus, T. Heyman, T. Weiss, C. Wilson, N. Stern, R. Harold (Deloitte). | $750.00 | 0.5 | $375.00 |
| Heyman, Tom | Discuss next steps to general ledger reconciliations and considerations related to tax return preparation for Voyager Digital with A. Turenshine, S. Azus, T. Weiss, C. Wilson, N. Stern, J. He, R. Harold (Deloitte). | $630.00 | 0.5 | $315.00 |
| Stern, Nathaniel | Discuss next steps to general ledger reconciliations and considerations related to tax return preparation for Voyager Digital with A. Turenshine, S. Azus, T. Heyman, T. Weiss, C. Wilson, J. He, R. Harold (Deloitte). | $630.00 | 0.5 | $315.00 |
| Stern, Nathaniel | Tie inventory and payables rollforward to financial statements. | $630.00 | 5.0 | $3,150.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/22/2023 | | | | |
| Turenshine, Aaron | Discuss next steps to general ledger reconciliations and considerations related to tax return preparation for Voyager Digital with S. Azus, T. Heyman, T. Weiss, C. Wilson, N. Stern, J. He, R. Harold (Deloitte). | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Analyze general ledger account detail to compare against inventory and payable rollforward schedules. | $1,160.00 | 1.4 | $1,624.00 |
| Weiss, Thomas | Discuss next steps to general ledger reconciliations and considerations related to tax return preparation for Voyager Digital with A. Turenshine, S. Azus, T. Heyman, C. Wilson, N. Stern, J. He, R. Harold (Deloitte). | $630.00 | 0.5 | $315.00 |
| Wilson, Clinton | Discuss next steps to general ledger reconciliations and considerations related to tax return preparation for Voyager Digital with A. Turenshine, S. Azus, T. Heyman, T. Weiss, N. Stern, J. He, R. Harold (Deloitte). | $630.00 | 0.5 | $315.00 |
| Wilson, Clinton | Tie inventory roll to new trial balances. | $630.00 | 0.4 | $252.00 |
| 02/23/2023 | | | | |
| Azus, Scott | Meeting with A. Turenshine, N. Stern, C. Wilson (Deloitte) to discuss findings regarding the tying of client asset rollforward files to audited financial statements, variances and planning for next steps. | $750.00 | 0.5 | $375.00 |
| Azus, Scott | Compare variances between client's inventory source documents and roll forwards to monthly trial balances. | $750.00 | 1.7 | $1,275.00 |
| Cooper, Kenny | Review 2021 amended return workpapers. | $870.00 | 3.0 | $2,610.00 |
| He, Jiasui | Prepare M-3 (book tax differences) analysis TY2021 tax workpaper. | $750.00 | 1.3 | $975.00 |

15

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 02/23/2023 | | | | |
| Stern, Nathaniel | Meeting with A. Turenshine, S. Azus, C. Wilson (Deloitte) to discuss findings regarding the tying of client asset rollforward files to audited financial statements, variances and planning for next steps. | $630.00 | 0.5 | $315.00 |
| Stern, Nathaniel | Prepare variance comparison summary comparing to trial balances. | $630.00 | 0.5 | $315.00 |
| Turenshine, Aaron | Meeting with S. Azus, N. Stern, C. Wilson (Deloitte) to discuss findings regarding the tying of client asset rollforward files to audited financial statements, variances and planning for next steps. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Analyze general ledger account detail and compare against inventory and payable rollforward schedules. | $1,160.00 | 1.5 | $1,740.00 |
| Wilson, Clinton | Tie inventory roll to new trial balances. | $630.00 | 0.2 | $126.00 |
| Wilson, Clinton | Meeting with A. Turenshine, S. Azus, N. Stern (Deloitte) to discuss findings regarding the tying of client asset rollforward files to audited financial statements, variances and planning for next steps. | $630.00 | 0.5 | $315.00 |
| 02/24/2023 | | | | |
| Azus, Scott | Meeting with A. Turenshine, N. Stern, T Weiss, T. Heymon, C. Wilson (Deloitte) to discuss the rebalancing calculation process with the procedure and steps for reimbursing Voyager clients. | $750.00 | 0.5 | $375.00 |
| Azus, Scott | Review excel rebalancing calculation workbook generating follow up questions. | $750.00 | 1.0 | $750.00 |
| Forrest, Jonathan | Review proposed sale motion. | $1,160.00 | 0.5 | $580.00 |
| Heyman, Tom | Meeting with A. Turenshine, S. Azus, N. Stern, T. Weiss, C. Wilson (Deloitte) to discuss the rebalancing calculation process with the procedure and steps for reimbursing Voyager clients. | $630.00 | 0.5 | $315.00 |

16

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/24/2023 | | | | |
| Stern, Nathaniel | Meeting with A. Turenshine, S. Azus, T Weiss, T. Heymon, C. Wilson (Deloitte) to discuss the rebalancing calculation process with the procedure and steps for reimbursing Voyager clients. | $630.00 | 0.5 | $315.00 |
| Turenshine, Aaron | Meeting with S. Azus, N. Stern, T Weiss, T. Heymon, C. Wilson (Deloitte) to discuss the rebalancing calculation process with the procedure and steps for reimbursing Voyager clients. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Discussion with A. Sexton, S. Cantor (K&E) regarding intercompany agreements between Voyager affiliates. | $1,160.00 | 0.5 | $580.00 |
| Weiss, Thomas | Review the inventory rebalancing calculation and its impact on financial statements provided by client. | $630.00 | 0.5 | $315.00 |
| Weiss, Thomas | Meeting with A. Turenshine, S. Azus, N. Stern, T. Heymon, C. Wilson (Deloitte) to discuss the rebalancing calculation process with the procedure and steps for reimbursing Voyager clients. | $630.00 | 0.5 | $315.00 |
| Wilson, Clinton | Meeting with A. Turenshine, S. Azus, N. Stern, T. Weiss, T. Heymon (Deloitte) to discuss the rebalancing calculation process with the procedure and steps for reimbursing Voyager clients. | $630.00 | 0.5 | $315.00 |
| Wilson, Clinton | Review the balancing transaction excel workbook related to Payables rollforward. | $630.00 | 1.2 | $756.00 |
| 02/26/2023 | | | | |
| Stern, Nathaniel | Review exposures with C. Wilson (Deloitte) regarding reconciling Voyager position with customer position. | $630.00 | 1.5 | $945.00 |
| Wilson, Clinton | Review exposures with N. Stern (Deloitte) regarding reconciling Voyager position with customer position. | $630.00 | 1.5 | $945.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Advisory Services** | | | | |
| 02/27/2023 | | | | |
| Azus, Scott | Analyze into variances between unrealized gain calculations made by client vs unrealized gain accounts in audited financial statements. | $750.00 | 2.4 | $1,800.00 |
| Azus, Scott | Call with A. Turenshine, N. Stern, T. Weiss, C. Wilson, T. Heyman (Deloitte) to discuss the asset rebalancing calculation file detailing the procedure for assessing gains/losses to Voyager and available assets to customers. | $750.00 | 0.8 | $600.00 |
| Cooper, Kenny | Review schedules pertaining to book tax differences on amended tax return workpapers. | $870.00 | 3.0 | $2,610.00 |
| Forrest, Jonathan | Review sale motion filed with the bankruptcy court. | $1,160.00 | 2.5 | $2,900.00 |
| Heyman, Tom | Call with A. Turenshine, N. Stern, S. Azus, T. Weiss, C. Wilson (Deloitte) to discuss the asset rebalancing calculation file detailing the procedure for assessing gains/losses to Voyager and available assets to customers. | $630.00 | 0.8 | $504.00 |
| Heyman, Tom | Update the rebalancing calculation file detailing return of assets to client. | $630.00 | 0.6 | $378.00 |
| Krozek, Derek | Review sale motion filed with the bankruptcy court. | $1,160.00 | 2.1 | $2,436.00 |
| Stern, Nathaniel | Prepare the asset rebalancing calculation file detailing the procedure for analyzing gains/losses to Voyager and available assets to customers to tie out amounts. | $630.00 | 3.7 | $2,331.00 |
| Stern, Nathaniel | Call with A. Turenshine, S. Azus, T. Weiss, C. Wilson, T. Heyman (Deloitte) to discuss the asset rebalancing calculation file detailing the procedure for assessing gains/losses to Voyager and available assets to customers. | $630.00 | 0.8 | $504.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 02/27/2023 | | | | |
| Turenshine, Aaron | Call with N. Stern, S. Azus, T. Weiss, C. Wilson, T. Heyman (Deloitte) to discuss the asset rebalancing calculation file detailing the procedure for assessing gains/losses to Voyager and available assets to customers. | $1,160.00 | 0.8 | $928.00 |
| Weiss, Thomas | Call with A. Turenshine, N. Stern, S. Azus, C. Wilson, T. Heyman (Deloitte) to discuss the asset rebalancing calculation file detailing the procedure for assessing gains/losses to Voyager and available assets to customers. | $630.00 | 0.8 | $504.00 |
| Wilson, Clinton | Call with A. Turenshine, N. Stern, S. Azus, T. Weiss, T. Heyman (Deloitte) to discuss the asset rebalancing calculation file detailing the procedure for assessing gains/losses to Voyager and available assets to customers. | $630.00 | 0.8 | $504.00 |
| Wilson, Clinton | Review updated rebalancing calculation file including the gain / loss procedures. | $630.00 | 2.5 | $1,575.00 |
| 02/28/2023 | | | | |
| Azus, Scott | Review updates of coin exposure in clients rollforward workpapers. | $750.00 | 0.8 | $600.00 |
| Azus, Scott | Review asset rebalancing workpapers related to 7/30/22 inventory. | $750.00 | 0.9 | $675.00 |
| Azus, Scott | Update profit & loss variance reconciliation file. | $750.00 | 0.9 | $675.00 |
| Krozek, Derek | Review inventory rollforward summary. | $1,160.00 | 1.7 | $1,972.00 |
| Stern, Nathaniel | Review amount in customer and voyager position to create a variance tab for percentage of change in second half of 2021. | $630.00 | 0.4 | $252.00 |
| Weiss, Thomas | Review updated rebalancing gain/loss calculation for July. | $630.00 | 0.5 | $315.00 |
| Wilson, Clinton | Update asset rebalancing calculation from Q2 2022 totals. | $630.00 | 3.2 | $2,016.00 |
| Subtotal for Tax Advisory Services: | | | 204.3 | $168,218.00 |
| **Total** | | | **212.8** | **$170,343.00** |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

February 01, 2023 - February 28, 2023

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Boulos, Ala'a | $1,160.00 | 2.4 | $2,784.00 |
| Cooper, Matt | $1,160.00 | 0.6 | $696.00 |
| Forrest, Jonathan | $1,160.00 | 3.5 | $4,060.00 |
| Gibian, Craig | $1,160.00 | 3.6 | $4,176.00 |
| Krozek, Derek | $1,160.00 | 25.4 | $29,464.00 |
| Turenshine, Aaron | $1,160.00 | 17.3 | $20,068.00 |
| Ulleweit, Michael | $1,160.00 | 1.0 | $1,160.00 |
| Tucker, Erin | $1,020.00 | 0.5 | $510.00 |
| Boyd, Anna | $870.00 | 1.9 | $1,653.00 |
| Cooper, Kenny | $870.00 | 10.5 | $9,135.00 |
| Pickering, Maria | $870.00 | 1.1 | $957.00 |
| Azus, Scott | $750.00 | 31.8 | $23,850.00 |
| Harold, Robert | $750.00 | 1.5 | $1,125.00 |
| He, Jiasui | $750.00 | 29.7 | $22,275.00 |
| Heyman, Tom | $630.00 | 3.4 | $2,142.00 |
| Stern, Nathaniel | $630.00 | 37.9 | $23,877.00 |
| Weiss, Thomas | $630.00 | 4.3 | $2,709.00 |
| Wilson, Clinton | $630.00 | 27.9 | $17,577.00 |
| Gutierrez, Dalia | $250.00 | 8.5 | $2,125.00 |