**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Voyager Digital Holdings Inc., *et al.*,[1] | ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF GRANT THORNTON LLP
FOR TAX COMPLIANCE AND TAX ADVISORY SERVICES PROVIDED FOR THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM**

**AUGUST 1, 2022 THROUGH DECEMBER 31, 2022**

| | | |
|---|---|---|
| **Name of Applicant:** | Grant Thornton LLP | |
| **Applicant's Role in Case:** | Tax Compliance and Tax Advisory Services Provider to the Debtors-in-Possession | |
| **Date Order of Employment Signed:** | September 30, 2022 (Effective as of July 5, 2022) [Docket No. 484] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | August 1, 2022 | December 31, 2022 |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | $55,986.00 | |
| **Less 20% Holdback** | $11,197.20 | |
| **80% of Compensation Sought as Actual, Reasonable, and Necessary** | $44,788.80 | |
| **Total expenses requested in this statement:** | $0.00 | |
| **Total fees and expenses requested in this statement (inclusive of holdback amount):** | $55,986.00 | |
| **This is an __X_ Monthly ___ Interim ___ Final Application** | | |

Dated: March 22, 2023    /s/ *Adam Lehmann*
Adam Lehmann
Grant Thornton LLP
75 State Street, 13th Floor
Boston, MA 02109

*Tax Compliance and Tax Advisory Services Provider to the Debtors-in-Possession*

# Exhibit 1

## Individuals Providing Services

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| **Professional Services Regarding Deloitte and K&E Calls** | | | | |
| Lehmann, Adam Michael | Partner | 2.00 | $ 1,120 | $ 2,240 |
| Love, Catherine Cahill | Senior Manager | 2.00 | $ 955 | $ 1,910 |
| Total Fees | | | | $ 4,150 |
| Less Discounts | | | | $ 1,250 |
| Total Amount Billed | | | | $ 2,900 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| **Preparation of U.S. Federal Income Tax Return for the Period Ending December 31, 2021** | | | | |
| Lehmann, Adam Michael | Partner | 5.50 | $ 1,120 | $ 6,160 |
| Love, Catherine Cahill | Senior Manager | 5.50 | $ 955 | $ 5,253 |
| Hernandez, Enrique Jose | Senior Associate | 13.50 | $ 605 | $ 8,168 |
| McCaffrey, Sarah | Associate | 0.25 | $ 415 | $ 104 |
| O'Brien, Jacob Timothy | Associate | 1.50 | $ 375 | $ 563 |
| Bhatnagar, Rukun | INDUS Manager | 0.25 | $ 430 | $ 108 |
| Total Fees | | | | $ 20,354 |
| Less Discounts | | | | $ 354 |
| Total Amount Billed | | | | $ 20,000 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| **Preparation of U.S. Federal Income Tax Return Form 8975 for the Period Ending December 31, 2021** | | | | |
| Hernandez, Enrique Jose | Senior Associate | 3.00 | $ 605 | $ 1,815 |
| Total Fees | | | | $ 1,815 |
| Less Discounts | | | | $ 15 |
| Total Amount Billed | | | | $ 1,800 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| **Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021** | | | | |
| Michaelis, Robert C | Partner | 1.00 | $ 1,120 | $ 1,120 |
| Oatis, Vincent P | Partner | 0.50 | $ 1,120 | $ 560 |
| Cordeiro, Tracey L. | Experienced Manager | 9.53 | $ 835 | $ 7,958 |
| Mascaro, Brian Joseph | Senior Associate | 25.75 | $ 675 | $ 17,381 |
| DeJesus, Angela Ivonne | Associate | 10.00 | $ 375 | $ 3,750 |
| Bhatnagar, Rukun | INDUS Manager | 15.30 | $ 330 | $ 5,049 |
| Banerjee, Pratik | INDUS Senior Associate | 23.50 | $ 240 | $ 5,640 |
| Bohra, Prateek | INDUS Senior Associate | 24.35 | $ 240 | $ 5,844 |
| K, Lakshmi | INDUS Senior Associate | 11.50 | $ 240 | $ 2,760 |
| Roy, Porichita | INDUS Senior Associate | 2.01 | $ 240 | $ 482 |
| Faizal, Mufeed M | INDUS Associate | 0.70 | $ 240 | $ 168 |
| G, Raagavi | INDUS Analyst | 6.20 | $ 240 | $ 1,488 |
| Palanisamy, Gokulan | INDUS Analyst | 0.75 | $ 240 | $ 180 |
| Palanisamy, Jamuna | INDUS Analyst | 25.00 | $ 240 | $ 6,000 |
| Ragavendhara, KS | INDUS Analyst | 14.50 | $ 240 | $ 3,480 |
| Saboo, Shivangi | INDUS Analyst | 1.00 | $ 240 | $ 240 |
| Shajan, Ann | INDUS Analyst | 29.90 | $ 240 | $ 7,176 |
| Thapa, Shivani | INDUS Analyst | 1.30 | $ 240 | $ 312 |
| **Total Fees** | | | | $ 69,588 |
| **Less Discounts** | | | | $ 45,702 |
| **Total Amount Billed** | | | | $ 23,886 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| **Preparation of Additional U.S. State Income Tax Returns for the Period Ending December 31, 2021** | | | | |
| Cordeiro, Tracey L. | Experienced Manager | 3.87 | $ 835 | $ 3,231 |
| Mascaro, Brian Joseph | Senior Associate | 4.00 | $ 675 | $ 2,700 |
| DeJesus, Angela Ivonne | Associate | 3.50 | $ 375 | $ 1,313 |
| K, Lakshmi | INDUS Senior Associate | 5.00 | $ 240 | $ 1,200 |
| Roy, Porichita | INDUS Senior Associate | 3.49 | $ 240 | $ 838 |
| Palanisamy, Jamuna | INDUS Analyst | 10.00 | $ 240 | $ 2,400 |
| Ragavendhara, KS | INDUS Analyst | 3.00 | $ 240 | $ 720 |
| **Total Fees** | | | | $ 12,402 |
| **Less Discounts** | | | | $ 7,002 |
| **Total Amount Billed** | | | | $ 5,400 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| **Professional Services for Updating State Returns Near Filing Deadline** | | | | |
| Cordeiro, Tracey L. | Experienced Manager | 3.60 | $ 835 | $ 3,006 |
| Mascaro, Brian Joseph | Senior Associate | 10.75 | $ 675 | $ 7,256 |
| DeJesus, Angela Ivonne | Associate | 2.00 | $ 375 | $ 750 |
| **Total Fees** | | | | $ 11,012 |
| **Less Discounts** | | | | $ 9,012 |
| **Total Amount Billed** | | | | $ 2,000 |

# Exhibit 2

## Detailed Description of Time Records

| Transaction Date | Employee Name | Level | Hours | Description |
|---|---|---|---|---|
| 9/1/2022 | O'Brien, Jacob Timothy | Associate | 0.5 | Federal tax return prep |
| 9/2/2022 | O'Brien, Jacob Timothy | Associate | 1 | Federal tax return prep |
| 9/6/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Reviewing questions from Catherine, related to source detail request as part of SUT Team's questions |
| 9/8/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | review of AA tool - WA sales question |
| 9/12/2022 | Love, Catherine Cahill | Senior Manager | 2 | calls with Deloitte |
| 9/12/2022 | Lehmann, Adam Michael | Partner | 2 | calls with Deloitte |
| 9/19/2022 | Hernandez, Enrique Jose | Senior Associate | 1.55 | Reviewing M-Package for presentational items. |
| 9/19/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Reviewing open items from extensions, emailing Tracey |
| 9/20/2022 | Hernandez, Enrique Jose | Senior Associate | 0.5 | Replying to Catherine's email regarding M-Package questions. Making updates to M-Package per comments. |
| 9/20/2022 | Love, Catherine Cahill | Senior Manager | 0.5 | Federal tax return review |
| 9/20/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | review of Apportionment received to date |
| 9/20/2022 | Bhatnagar, Rukun | INDUS Manager | 0.2 | State Tax Return Prep |
| 9/20/2022 | Love, Catherine Cahill | Senior Manager | 2 | calls with Deloitte |
| 9/21/2022 | Hernandez, Enrique Jose | Senior Associate | 0.17 | Looking over TB. Sending email to client confirming TB is final. |
| 9/22/2022 | Hernandez, Enrique Jose | Senior Associate | 2 | Preparing and reviewing Federal return. |
| 9/22/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Emailing client on open items |
| 9/23/2022 | Hernandez, Enrique Jose | Senior Associate | 1.42 | Clearing Catherine's comments. |
| 9/23/2022 | Love, Catherine Cahill | Senior Manager | 1 | review of draft federal return / provide comments/ clear back |
| 9/26/2022 | Hernandez, Enrique Jose | Senior Associate | 0.96 | Federal return walkthru with Adam and Catherine. Updating return per presentational comments. |
| 9/26/2022 | Hernandez, Enrique Jose | Senior Associate | 0.3 | Drafting open items email to client. Reprinting return for Adam's comments. |
| 9/27/2022 | Hernandez, Enrique Jose | Senior Associate | 0.58 | Adding Voyager team to Compliance Shared site. Saving Draft return to Shared site for client access. Drafting email to client with open items. |
| 9/27/2022 | Lehmann, Adam Michael | Partner | 2 | review federal taxable income calculations including book/tax reconciling items. |
| 9/27/2022 | Bhatnagar, Rukun | INDUS Manager | 0.1 | State Tax Return Prep |
| 9/27/2022 | Mascaro, Brian Joseph | Senior Associate | 0.25 | Emailing Angela on INDUS hour requests for 10/15 and 11/15 |
| 9/28/2022 | Hernandez, Enrique Jose | Senior Associate | 1.16 | Resending Federal return to client. Client Call. |
| 9/28/2022 | Lehmann, Adam Michael | Partner | 1 | review of unrealized gain/loss accounts with Client. Consideration of fraud loss accounts. |
| 9/28/2022 | Mascaro, Brian Joseph | Senior Associate | 1.25 | Call with client and Fed team |
| 9/28/2022 | Cordeiro, Tracey L. | Experienced Manager | 1.3 | call with Voyager team - client & fed team |
| 9/29/2022 | Mascaro, Brian Joseph | Senior Associate | 2.25 | Reviewing responses from client, aggregating all data for entry into AA Tool, emailing Tracey with various questions |
| 9/30/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.3 | State Tax Return Prep |
| 10/1/2022 | Cordeiro, Tracey L. | Experienced Manager | 1.5 | researching sourcing of crypto/mining, etc. Review of client responses to AA data |
| 10/2/2022 | Mascaro, Brian Joseph | Senior Associate | 0.25 | Reviewing comments from Tracey |
| 10/3/2022 | Mascaro, Brian Joseph | Senior Associate | 3 | Tool prep and updates, emailing Tracey on open items, emailing client |
| 10/3/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.4 | client questions |
| 10/4/2022 | Love, Catherine Cahill | Senior Manager | 1 | follow up |
| 10/5/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Emailing indus team on status and next steps/timeline for returns, updating trackers |
| 10/5/2022 | Bhatnagar, Rukun | INDUS Manager | 0.5 | State Tax Return Prep |
| 10/5/2022 | Shajan, Ann | INDUS Analyst | 8.5 | Preparation of 6 state returns in the client. |
| 10/5/2022 | Palanisamy, Jamuna | INDUS Analyst | 5.5 | Done state returns |
| 10/7/2022 | Mascaro, Brian Joseph | Senior Associate | 0.75 | Emailing team on SIT Deduction, tool updates for logic issues, reviewing client responses |
| 10/9/2022 | Bhatnagar, Rukun | INDUS Manager | 4.3 | State Tax Return Prep |
| 10/9/2022 | Mascaro, Brian Joseph | Senior Associate | 0.75 | Tool updates, reviewing PBC |
| 10/10/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.52 | review of apportionment data, TI tool |
| 10/10/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.18 | review of apportionment data, TI tool |
| 10/11/2022 | Lehmann, Adam Michael | Partner | 0.5 | call with management to discuss inventory sourcing |
| 10/11/2022 | Lehmann, Adam Michael | Partner | 2 | review federal tax workpapers book/tax |
| 10/11/2022 | Cordeiro, Tracey L. | Experienced Manager | 1.5 | call with Adam & Rob, call with Brian - appt updates, call with Chris Oatis re: FL sourcing |
| 10/11/2022 | Mascaro, Brian Joseph | Senior Associate | 3 | Final tool updates (hopefully final), calls with Client, call with Tracey Adam & Rob on inventory sourcing, reseraching net worth calcs implications |
| 10/11/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | call with client |
| 10/11/2022 | Michaelis, Robert C | Partner | 1 | salt apportionment and return approach issues |
| 10/11/2022 | Oatis, Vincent P | Partner | 0.5 | *FL sourcing discussion |
| 10/11/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | call with Chris Oatis - FL sourcing |
| 10/12/2022 | Cordeiro, Tracey L. | Experienced Manager | 1.2 | review of updated tools, apportionment research |
| 10/13/2022 | Hernandez, Enrique Jose | Senior Associate | 2.3 | Updating M-package for Officers' Comp reclass and Bedrock Fees reclass. Posting return for client again. Making updates in locator. Reprinted Federal return and sent to Catherine for review. |
| 10/13/2022 | Saboo, Shivangi | INDUS Analyst | 1 | Updated AA tool values in locator |
| 10/13/2022 | Roy, Porichita | INDUS Senior Associate | 1 | Worked on A&A updates |
| 10/13/2022 | Bohra, Prateek | INDUS Senior Associate | 1 | NYC & NYS 2nd extension reviewed , updates made |
| 10/13/2022 | Palanisamy, Jamuna | INDUS Analyst | 2 | Preparation of e-file authorisation |
| 10/13/2022 | Bhatnagar, Rukun | INDUS Manager | 1 | State Tax Return Prep |
| 10/13/2022 | Mascaro, Brian Joseph | Senior Associate | 1 | Return review, emailing indus team |
| 10/14/2022 | Hernandez, Enrique Jose | Senior Associate | 0.31 | Updating and reprinting Voyager return |

| Transaction Date | Employee Name | Level | Hours | Description |
|---|---|---|---|---|
| 10/13/2022 | Mascaro, Brian Joseph | Senior Associate | 1.00 | Return review, emailing indus team |
| 10/13/2022 | Bhatnagar, Rukun | INDUS Manager | 1.00 | State tax return preparation |
| 10/13/2022 | Bohra, Prateek | INDUS Senior Associate | 1.00 | NYC & NYS 2nd extension reviewed , updates made |
| 10/13/2022 | Roy, Porichita | INDUS Senior Associate | 1.00 | Worked on A&A updates |
| 10/13/2022 | Palanisamy, Jamuna | INDUS Analyst | 2.00 | Preparation of e-file authorisation |
| 10/13/2022 | Saboo, Shivangi | INDUS Analyst | 1.00 | Updated AA tool values in locator |
| 10/14/2022 | Hernandez, Enrique Jose | Senior Associate | 0.50 | Preparing Book_to_Tax Support and sending return to client. |
| 10/14/2022 | Bhatnagar, Rukun | INDUS Manager | 2.70 | State tax return preparation |
| 10/14/2022 | Banerjee, Pratik | INDUS Senior Associate | 6.00 | State tax return preparation |
| 10/14/2022 | Bohra, Prateek | INDUS Senior Associate | 4.00 | NYC & NYS state return reviewed, call with preparers for multiple returns and seniors , engagement admin time , ME , UT & RI return taken a look at |
| 10/14/2022 | K, Lakshmi | INDUS Senior Associate | 5.00 | reviewed and updated the state returns SC, TN, UT, RI |
| 10/14/2022 | Roy, Porichita | INDUS Senior Associate | 1.01 | review and update of states return prep |
| 10/14/2022 | Faizal, Mufeed M | INDUS Associate | 0.70 | Helped analysts in state return prep consol - Raghav and ann |
| 10/14/2022 | G, Raagavi | INDUS Analyst | 6.20 | SALT preparation in go system locator. Checking the values with TI tool and A&A tool in the locator. Make corrections for the wrong value flowing and entered. Enter the basic information's in the locator. Then qualify the states also. It took time to qual |
| 10/14/2022 | Palanisamy, Gokulan | INDUS Analyst | 0.75 | Cleared Validation errors for SC |
| 10/14/2022 | Palanisamy, Jamuna | INDUS Analyst | 8.00 | Preparation of seperate state returns |
| 10/14/2022 | Ragavendhara, KS | INDUS Analyst | 8.00 | 5 state return prep IL, AK, MA, UT, NYC |
| 10/14/2022 | Shajan, Ann | INDUS Analyst | 9.00 | Preparation of 6 state returns there was change in the TI tool, adjustments was also there. |
| 10/14/2022 | Roy, Porichita | INDUS Senior Associate | 3.49 | review and update of states return prep |
| 10/15/2022 | Hernandez, Enrique Jose | Senior Associate | 0.20 | Replying to client's questions. |
| 10/15/2022 | Hernandez, Enrique Jose | Senior Associate | 2.34 | Updating Federal return to Revert back to Pre Bedrock adjustment. Helping Brian with efile. |
| 10/15/2022 | Mascaro, Brian Joseph | Senior Associate | 3.50 | Return review and updates in locator from INDUS |
| 10/15/2022 | Bhatnagar, Rukun | INDUS Manager | 1.50 | State tax return preparation |
| 10/15/2022 | Bohra, Prateek | INDUS Senior Associate | 2.00 | NYC & NYS state return updated |
| 10/15/2022 | Ragavendhara, KS | INDUS Analyst | 0.50 | Updated comments for NYC |
| 10/15/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.20 | State tax return review |
| 10/16/2022 | Banerjee, Pratik | INDUS Senior Associate | 4.00 | State tax return preparation |
| 10/16/2022 | Bohra, Prateek | INDUS Senior Associate | 8.00 | State returns updated , ID ,DC , FL reviewed , 10 state returns reviewed after the updates , E-file Authorization pages updates |
| 10/16/2022 | Ragavendhara, KS | INDUS Analyst | 6.00 | Worked on 5 state returns |
| 10/16/2022 | Shajan, Ann | INDUS Analyst | 3.80 | Preparation of two states and doing U.S review changes. |
| 10/16/2022 | Thapa, Shivani | INDUS Analyst | 1.30 | Cleared e-file diagnostics and made changes |
| 10/16/2022 | Cordeiro, Tracey L. | Experienced Manager | 3.00 | review of state returns |
| 10/16/2022 | Mascaro, Brian Joseph | Senior Associate | 2.73 | Reviewing returns from INDUS, discussions with Tracey, re-running tools and all returns for Client Changes |
| 10/16/2022 | Mascaro, Brian Joseph | Senior Associate | 2.27 | Reviewing returns from INDUS, discussions with Tracey, re-running tools and all returns for Client Changes |
| 10/17/2022 | McCaffrey, Sarah | Associate | 0.25 | Federal tax return preparation |
| 10/17/2022 | Hernandez, Enrique Jose | Senior Associate | 0.27 | Sending Final Federal return and Efile acceptance to client. |
| 10/17/2022 | Hernandez, Enrique Jose | Senior Associate | 0.5 | Preparing ESAM and reviewing XML. |
| 10/17/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.20 | review of OR-CAT return |
| 10/17/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.13 | review of updates, returns signed |
| 10/17/2022 | Mascaro, Brian Joseph | Senior Associate | 2.50 | Small return updates from Tracey, pulling signature pages, emailing client, efiling, emailing indus team on next steps |
| 10/17/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.87 | review of updates, returns signed |
| 10/18/2022 | Hernandez, Enrique Jose | Senior Associate | 0.48 | Drafting refund email to client. |
| 10/18/2022 | Mascaro, Brian Joseph | Senior Associate | 1.50 | Paper filing assistance/rework from client, back and forth with Tracey and client on their mailing questions, updating GS for rejects |
| 10/18/2022 | Bhatnagar, Rukun | INDUS Manager | 0.10 | State tax return preparation |
| 10/18/2022 | Banerjee, Pratik | INDUS Senior Associate | 2.00 | State tax return preparation |
| 10/18/2022 | Bohra, Prateek | INDUS Senior Associate | 0.50 | Call with preparers |
| 10/18/2022 | Palanisamy, Jamuna | INDUS Analyst | 6.00 | Done with state returns |
| 10/18/2022 | Shajan, Ann | INDUS Analyst | 4.50 | Preparation of 3 states. |
| 10/18/2022 | K, Lakshmi | INDUS Senior Associate | 3.00 | updated the state returns as per US comments - SC, RI, UT, TN |
| 10/18/2022 | Ragavendhara, KS | INDUS Analyst | 3.00 | State returns Prep VT, MN, CT |
| 10/19/2022 | Banerjee, Pratik | INDUS Senior Associate | 2.00 | State tax return preparation |
| 10/20/2022 | Mascaro, Brian Joseph | Senior Associate | 1.25 | 11/15 State return review |
| 10/21/2022 | Bhatnagar, Rukun | INDUS Manager | 2.50 | State tax return preparation |

| Transaction Date | Employee Name | Level | Hours | Description |
|---|---|---|---|---|
| 10/21/2022 | Banerjee, Pratik | INDUS Senior Associate | 2.00 | State tax return preparation |
| 10/21/2022 | Bohra, Prateek | INDUS Senior Associate | 0.50 | Call with indus owner for the return updates plan |
| 10/21/2022 | K, Lakshmi | INDUS Senior Associate | 2.00 | Updated the state returns of CT and VT |
| 10/27/2022 | Hernandez, Enrique Jose | Senior Associate | 0.61 | Replying to client's questions on Intercompany Loan Interest being deducted on Federal return. Opening up M-package and support to confirm. Looking over I/C Interest emails. |
| 10/27/2022 | Bhatnagar, Rukun | INDUS Manager | 0.20 | State tax return preparation |
| 10/27/2022 | Bohra, Prateek | INDUS Senior Associate | 2.55 | CA & OR cat reviewed |
| 10/28/2022 | Bhatnagar, Rukun | INDUS Manager | 0.30 | State tax return preparation |
| 10/28/2022 | Bohra, Prateek | INDUS Senior Associate | 0.80 | State returns updated and sent call with owner regarding go-system issues |
| 10/28/2022 | Palanisamy, Jamuna | INDUS Analyst | 10.00 | Done with consol State returns |
| 10/31/2022 | Lehmann, Adam Michael | Partner | 1.00 | review of unrealized gain/loss accounts with Client. Consideration of fraud loss accounts. |
| 10/31/2022 | Mascaro, Brian Joseph | Senior Associate | 0.25 | Emailing indus team on status |
| 10/31/2022 | Palanisamy, Jamuna | INDUS Analyst | 3.50 | Consolidation returns |
| 11/1/2022 | Love, Catherine Cahill | Senior Manager | 0.50 | Federal tax return review |
| 11/1/2022 | Hernandez, Enrique Jose | Senior Associate | 0.31 | Federal tax return preparation |
| 11/1/2022 | Bhatnagar, Rukun | INDUS Manager | 0.10 | State tax return preparation |
| 11/2/2022 | Shajan, Ann | INDUS Analyst | 3.80 | Preparation of 3 returns, for 2 return there was changes in the federal income and NOL, fixing take more time. |
| 11/3/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.10 | team check in |
| 11/3/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.10 | team check in |
| 11/3/2022 | Mascaro, Brian Joseph | Senior Associate | 0.25 | Emailing Angela on next steps |
| 11/3/2022 | Banerjee, Pratik | INDUS Senior Associate | 1.50 | State tax return preparation |
| 11/3/2022 | Shajan, Ann | INDUS Analyst | 0.30 | Doing review changes |
| 11/4/2022 | DeJesus, Angela Ivonne | Associate | 1.50 | return review |
| 11/4/2022 | DeJesus, Angela Ivonne | Associate | 0.50 | return review |
| 11/4/2022 | K, Lakshmi | INDUS Senior Associate | 1.00 | reviewed the state return of NYS |
| 11/6/2022 | DeJesus, Angela Ivonne | Associate | 1.00 | Reviewing returns |
| 11/7/2022 | Bhatnagar, Rukun | INDUS Manager | 0.10 | State tax return preparation |
| 11/7/2022 | Banerjee, Pratik | INDUS Senior Associate | 2.00 | State tax return preparation |
| 11/7/2022 | K, Lakshmi | INDUS Senior Associate | 3.00 | updated the states returns - MN, MI, ND, CA as per the US comments |
| 11/8/2022 | Bhatnagar, Rukun | INDUS Manager | 0.25 | KYC update |
| 11/8/2022 | Bhatnagar, Rukun | INDUS Manager | 0.50 | State tax return preparation |
| 11/8/2022 | Banerjee, Pratik | INDUS Senior Associate | 1.50 | State tax return preparation |
| 11/9/2022 | Mascaro, Brian Joseph | Senior Associate | 2.75 | Return review and updates |
| 11/9/2022 | Mascaro, Brian Joseph | Senior Associate | 1.25 | Return review and updates |
| 11/9/2022 | DeJesus, Angela Ivonne | Associate | 2.50 | Updating returns |
| 11/10/2022 | Bhatnagar, Rukun | INDUS Manager | 0.70 | State tax return preparation |
| 11/10/2022 | Banerjee, Pratik | INDUS Senior Associate | 2.50 | State tax return preparation |
| 11/10/2022 | Bohra, Prateek | INDUS Senior Associate | 2.50 | Call with seniors for state return doubts |
| 11/10/2022 | K, Lakshmi | INDUS Senior Associate | 2.50 | Updated the state CA and MN as per US comments, had worked on CA changes twice because of technical issue |
| 11/11/2022 | Mascaro, Brian Joseph | Senior Associate | 1.75 | Return review and updates, calling TX and MN for ID numbers, qualifying returns |
| 11/11/2022 | Bhatnagar, Rukun | INDUS Manager | 0.50 | State tax return preparation |
| 11/11/2022 | Bohra, Prateek | INDUS Senior Associate | 2.50 | Qualifying all the states |
| 11/11/2022 | Cordeiro, Tracey L. | Experienced Manager | 2.20 | review of 11/15 returns, signing |
| 11/12/2022 | Mascaro, Brian Joseph | Senior Associate | 0.50 | Processing work, sending returns over to client |
| 11/14/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.20 | efile check in |
| 11/14/2022 | DeJesus, Angela Ivonne | Associate | 0.50 | Calling Minnesota for tax ID number |
| 11/14/2022 | Mascaro, Brian Joseph | Senior Associate | 1.25 | E-Filing |
| 11/14/2022 | DeJesus, Angela Ivonne | Associate | 1.00 | XML review |
| 11/15/2022 | Mascaro, Brian Joseph | Senior Associate | 0.25 | Clearing rejects |
| 11/15/2022 | DeJesus, Angela Ivonne | Associate | 1.00 | Fixing VT rejected return |
| 11/22/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.20 | billing |
| 12/5/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.20 | review of state notices sent over by client |
| 12/5/2022 | Mascaro, Brian Joseph | Senior Associate | 0.75 | Reviewing notices |
| 12/7/2022 | DeJesus, Angela Ivonne | Associate | 1.50 | New notice prep |
| 12/15/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.50 | client meeting |
| 12/15/2022 | Mascaro, Brian Joseph | Senior Associate | 1.50 | Notice review and updates, sending additional review comments to Angela |
| 12/18/2022 | DeJesus, Angela Ivonne | Associate | 2.50 | Updating notice listing |
| 12/18/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.20 | review of TPCOE return filing list |
| 12/19/2022 | Mascaro, Brian Joseph | Senior Associate | 0.25 | TPCOE Stafftrak update request prep |
| 12/19/2022 | DeJesus, Angela Ivonne | Associate | 1.50 | Updating Notice tracker |
| 12/19/2022 | DeJesus, Angela Ivonne | Associate | 0.50 | Calling states about notices |
| 12/19/2022 | Mascaro, Brian Joseph | Senior Associate | 0.25 | Reviewing notice responses from Angela |
| 12/18/2022 | DeJesus, Angela Ivonne | Associate | 1.50 | Calling states for notices |
| 12/29/2022 | Mascaro, Brian Joseph | Senior Associate | 0.50 | Calling FL regarding notice received, emailing Tracey |
| 12/29/2022 | Mascaro, Brian Joseph | Senior Associate | 0.25 | Submitting request to COE to update Stafftrak |
| 12/29/2022 | Mascaro, Brian Joseph | Senior Associate | 0.50 | Discussion with Tracey, reviewing detail from Jacob for export requests for Deloitte |