UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**SEVENTH MONTHLY FEE STATEMENT OF STRETTO, INC. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Name of Applicant: | Stretto, Inc. | |
|---|---|---|
| Applicant's Role in Case: | Administrative Advisor to Voyager Digital Holdings, Inc., *et al.* | |
| Date Order of Employment Signed: | August 4, 2022 [Docket No. 241] | |
| Time Period covered by this statement: | Beginning Period | End Period[2] |
|  | January 1, 2023 | January 31, 2023 |

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this statement: | $26,431.68 (80% of $33,039.60) |
| Total expenses requested in this statement: | $0.00 |
| Total fees and expenses requested in this statement: | $26,431.68 |
| This is a(n):  __X__ Monthly Application  ____ Interim Application  ____ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] This statement consists of fees and expenses from January 1, 2023 through January 31, 2023.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date* [Docket No. 241], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Stretto, Inc. ("Stretto"), administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Seventh Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period from January 1, 2023 through January 31, 2023* (this "Fee Statement").[3] Specifically, Stretto seeks: (i) interim allowance of $33,039.60 for the reasonable compensation for actual, necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $26,431.68, which is equal to 80% of the total amount of reasonable compensation for actual, necessary professional administrative services that Stretto incurred in connection with such services during the Fee Period (*i.e.*, $33,039.60); and (iii) allowance and payment of $0.00 for the actual, necessary expenses that Stretto incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Stretto professionals during the Fee Period with respect to each of the project categories Stretto established in accordance with its internal billing

---

[3] The period from January 1, 2023, through and including January 31, 2023, is referred to herein as the "Fee Period."

procedures. As reflected in **Exhibit A**, Stretto incurred $33,039.60[4] in fees during the Fee Period. Pursuant to this Fee Statement, Stretto seeks reimbursement for 80% of such fees (*i.e.*, $26,431.68 in the aggregate).

2. Attached hereto as **Exhibit B** is a schedule of Stretto professionals, including the standard hourly rate for each professional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of professionals for all services provided during the Fee Period is $184.58.

3. Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Stretto is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Stretto's out-of-pocket expenses, which total $0.00.

4. Attached hereto as **Exhibit D** are the time records of Stretto, which provide a daily summary of the time spent by each Stretto professional during the Fee Period.

## Notice

5. Stretto will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. Stretto submit that no other or further notice be given.

*[Remainder of page intentionally left blank]*

---

[4] Listed amount of fees requested is net of a contractual discount in the amount of $8,259.90.

WHEREFORE, Stretto, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $33,039.60 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $26,431.68, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors (i.e., $33,039.60); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that Stretto incurred in connection with such services during the Fee Period.

| | |
|---|---|
| Dated: March 23, 2023<br>Irvine, California | Respectfully submitted,<br><br>*/s/ Brian Karpuk*<br>Brian Karpuk<br>410 Exchange, Ste. 100<br>Irvine, California 92602<br>Tel: (312) 523-9564<br>Email: brian.karpuk@stretto.com<br><br>*Administrative Advisor for Debtors*<br>*and Debtors in Possession* |

**Exhibit A**

**Statement of Fees and Expenses By Project Category**

**Statement of Fees and Expenses By Project Category**

| Project Category | Hours | Fees |
|---|---:|---:|
| Claims Reconciliation | 40.7 | $6,284.08 |
| Distributions | 0.9 | $138.96 |
| Fee Applications | 7.2 | $1,111.68 |
| Tabulation | 130.2 | $25,504.88 |
| Less Contractual Discount |  | ($8,259.90) |
| **Totals** | **179.0** | **$33,039.60** |

# Exhibit B

## Summary of Timekeepers Included in this Fee Statement

**Summary of Timekeepers Included in this Fee Statement**

| Name | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Jung Woo Song | Director of Securities | $268.00 | 9.7 | $2,599.60 |
| Amanda Hinchey | Solicitation Associate | $243.00 | 3.4 | $826.20 |
| Nancy Vandell | Solicitation Associate | $243.00 | 0.6 | $145.80 |
| Adam Fialkowski | Solicitation Associate / Director | $243.00 / $193.00 | 5.0 | $1,090.00 |
| Leticia Sanchez | Solicitation Associate / Director | $243.00 / $193.00 | 139.8 | $32,566.40 |
| Jamilla Dennis | Solicitation Associate / Senior Associate | $243.00 / $193.00 | 12.5 | $2,527.50 |
| Brian Karpuk | Managing Director | $193.00 | 0.7 | $135.10 |
| Fred Brown | Managing Director | $193.00 | 0.9 | $173.70 |
| Nicholas Kennedy | Director | $193.00 | 6.4 | $1,235.20 |
| Less Contractual Discount | | | | ($8,259.90) |
| **Grand Total** | | | **179.0** | **$33,039.60** |
| **Blended Rate** | | | | **$184.58** |

# Exhibit C

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense Category | Expenses |
|---|---:|
| None | $0.00 |

# Exhibit D

## Detailed Description of Time Records

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 01/09/2023 | Jamilla Dennis | Senior Associate | Claims Reconciliation | Prepare USD omni claim objection exhibit | 2.6 | $193.00 | $501.80 |
| 01/11/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare updated claim objection exhibits | 1.4 | $193.00 | $270.20 |
| 01/11/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise "Modify Amount Claims" claims objection exhibit | 2.0 | $193.00 | $386.00 |
| 01/11/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, comment on proposed order, claim objection exhibits from K&E team | 2.0 | $193.00 | $386.00 |
| 01/12/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, submit updated Modify Amount Claims Exhibits to K&E | 1.0 | $193.00 | $193.00 |
| 01/12/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare updates to claim objection exhibits | 1.1 | $193.00 | $212.30 |
| 01/12/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, submit revised order, claim objection exhibits to K&E team | 1.9 | $193.00 | $366.70 |
| 01/13/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise "Partial USD Claims" claims objection exhibit | 2.9 | $193.00 | $559.70 |
| 01/13/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise "USD Claims" claims objection exhibit | 3.3 | $193.00 | $636.90 |
| 01/19/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise "USD Claims" claims objection exhibit | 3.3 | $193.00 | $636.90 |
| 01/19/2023 | Jamilla Dennis | Senior Associate | Claims Reconciliation | Prepare USD omni claims objection exhibit | 2.1 | $193.00 | $405.30 |
| 01/24/2023 | Jamilla Dennis | Senior Associate | Claims Reconciliation | Prepare USD omni claims objection exhibit | 1.1 | $193.00 | $212.30 |
| 01/24/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise USD Full, Partial claims objection exhibits | 2.3 | $193.00 | $443.90 |
| 01/25/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise USD Full, Partial claims objection exhibits | 2.5 | $193.00 | $482.50 |
| 01/25/2023 | Jamilla Dennis | Senior Associate | Claims Reconciliation | Prepare USD omni claims objection exhibit | 0.8 | $193.00 | $154.40 |
| 01/26/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, circulate USD Full, Partial claims objection exhibits | 3.3 | $193.00 | $636.90 |
| 01/27/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, circulate USD Full, Partial claims objection exhibits | 2.2 | $193.00 | $424.60 |
| 01/27/2023 | Leticia Sanchez | Director | Claims Reconciliation | Revise, circulate claims objection exhibits to K&E, BRG teams | 1.3 | $193.00 | $250.90 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 01/27/2023 | Jamilla Dennis | Senior Associate | Claims Reconciliation | Prepare USD omni claims objection exhibit | 3.6 | $193.00 | $694.80 |
| | Contractual Discount | | | | | | ($1,571.02) |
| | **TOTAL** | | | | **40.7** | | **$6,284.08** |
| 01/03/2023 | Fred Brown | Managing Director | Distributions | Review communication, details re: upcoming distributions | 0.3 | $193.00 | $57.90 |
| 01/03/2023 | Fred Brown | Managing Director | Distributions | Review details, logistics for future check distributions | 0.6 | $193.00 | $115.80 |
| | Contractual Discount | | | | | | ($34.74) |
| | **TOTAL** | | | | **0.9** | | **$138.96** |
| 01/03/2023 | Nicholas Kennedy | Director | Fee Applications | Communications re: fee application | 0.2 | $193.00 | $38.60 |
| 01/18/2023 | Nicholas Kennedy | Director | Fee Applications | Draft, revise Fifth Monthly Fee Statement | 1.5 | $193.00 | $289.50 |
| 01/18/2023 | Brian Karpuk | Managing Director | Fee Applications | Review, comment on Fifth Monthly Fee Statement | 0.7 | $193.00 | $135.10 |
| 01/19/2023 | Nicholas Kennedy | Director | Fee Applications | Draft, revise Fifth Monthly Fee Statement | 2.5 | $193.00 | $482.50 |
| 01/23/2023 | Leticia Sanchez | Director | Fee Applications | Review correspondence with A. Smith, R. Morrisey re comments regarding the first interim fee application of Stretto | 0.1 | $193.00 | $19.30 |
| 01/25/2023 | Nicholas Kennedy | Director | Fee Applications | Review, analyze issues re Fifth Monthly Fee Statement | 0.5 | $193.00 | $96.50 |
| 01/25/2023 | Nicholas Kennedy | Director | Fee Applications | Review, analyze issues re: First Interim Fee Application | 1.5 | $193.00 | $289.50 |
| 01/26/2023 | Nicholas Kennedy | Director | Fee Applications | Review, analyze issues re: First Interim Fee Application | 0.2 | $193.00 | $38.60 |
| | Contractual Discount | | | | | | ($277.92) |
| | **TOTAL** | | | | **7.2** | | **$1,111.68** |
| 01/03/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.9 | $243.00 | $461.70 |
| 01/03/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.4 | $243.00 | $826.20 |
| 01/03/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 2.7 | $243.00 | $656.10 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 01/04/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.7 | $243.00 | $413.10 |
| 01/04/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.3 | $243.00 | $801.90 |
| 01/04/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.0 | $243.00 | $729.00 |
| 01/05/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.7 | $243.00 | $413.10 |
| 01/05/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.0 | $243.00 | $243.00 |
| 01/05/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.3 | $243.00 | $801.90 |
| 01/06/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.9 | $243.00 | $461.70 |
| 01/06/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.1 | $243.00 | $753.30 |
| 01/06/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 2.2 | $243.00 | $534.60 |
| 01/07/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.3 | $243.00 | $315.90 |
| 01/07/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.3 | $243.00 | $801.90 |
| 01/07/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.4 | $243.00 | $826.20 |
| 01/08/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 2.0 | $243.00 | $486.00 |
| 01/08/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.3 | $243.00 | $801.90 |
| 01/08/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 2.7 | $243.00 | $656.10 |
| 01/09/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.2 | $243.00 | $291.60 |
| 01/09/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.9 | $243.00 | $461.70 |
| 01/09/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 2.9 | $243.00 | $704.70 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 01/09/2023 | Jung Woo Song | Director of Securities | Tabulation | Review revised Disclosure Statement, Plan, solicitation related materials for upcoming vote solicitation (1.1); follow up with Broadridge re: prepayment invoice for opt-in mailing for equity holders (.3) | 1.4 | $268.00 | $375.20 |
| 01/09/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 2.0 | $243.00 | $486.00 |
| 01/10/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.2 | $243.00 | $291.60 |
| 01/10/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.3 | $243.00 | $801.90 |
| 01/10/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Attend disclosure statement hearing | 2.3 | $243.00 | $558.90 |
| 01/11/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 1.5 | $243.00 | $364.50 |
| 01/11/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review Voting Amount Report re: comments from BRG on FiCentive voting amount, claim amount | 0.5 | $243.00 | $121.50 |
| 01/11/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with FINRA re: claims treatments, conversion mechanics | 0.4 | $268.00 | $107.20 |
| 01/12/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.0 | $243.00 | $243.00 |
| 01/12/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.3 | $243.00 | $801.90 |
| 01/12/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 2.2 | $243.00 | $534.60 |
| 01/12/2023 | Jung Woo Song | Director of Securities | Tabulation | Review the updated draft of the DS, DS Procedures | 0.9 | $268.00 | $241.20 |
| 01/13/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 1.4 | $243.00 | $340.20 |
| 01/13/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 0.8 | $243.00 | $194.40 |
| 01/14/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Prepare, finalize solicitation packages | 3.0 | $243.00 | $729.00 |
| 01/14/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.6 | $243.00 | $874.80 |
| 01/16/2023 | Jung Woo Song | Director of Securities | Tabulation | Review, validate Class 9 equity class opt-in submission platform, tested the same | 0.7 | $268.00 | $187.60 |
| 01/16/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Prepare electronic voting ballots in case management system | 1.6 | $243.00 | $388.80 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 01/19/2023 | Jung Woo Song | Director of Securities | Tabulation | Review, comment on Class 9 online opt-in form processing | 0.8 | $268.00 | $214.40 |
| 01/19/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Prepare updates to online solicitation platform | 1.2 | $243.00 | $291.60 |
| 01/20/2023 | Jung Woo Song | Director of Securities | Tabulation | Attend matter re: service of Class 9 opt-in form to equity holders | 1.4 | $268.00 | $375.20 |
| 01/20/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.7 | $243.00 | $899.10 |
| 01/20/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.3 | $243.00 | $801.90 |
| 01/21/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 0.7 | $243.00 | $170.10 |
| 01/21/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 2.5 | $243.00 | $607.50 |
| 01/21/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 2.8 | $243.00 | $680.40 |
| 01/22/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan (.8); follow-up with A. Smith re: same (.2) | 1.0 | $243.00 | $243.00 |
| 01/23/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various nominees re: processing Class 9 Opt-in form, submission procedures | 1.7 | $268.00 | $455.60 |
| 01/23/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 1.3 | $243.00 | $315.90 |
| 01/23/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 0.8 | $243.00 | $194.40 |
| 01/24/2023 | Jung Woo Song | Director of Securities | Tabulation | Respond to various nominees, holders re: opt-in form submission procedures, online platform usage | 1.2 | $268.00 | $321.60 |
| 01/25/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review amended schedules | 1.3 | $243.00 | $315.90 |
| 01/25/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 3.7 | $243.00 | $899.10 |
| 01/26/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise Voting Amount Report to reflect review, classification of claims under Plan | 4.0 | $243.00 | $972.00 |
| 01/27/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 1.0 | $243.00 | $243.00 |
| 01/27/2023 | Jung Woo Song | Director of Securities | Tabulation | Review interim tabulation result, equity holder opt-ins | 0.6 | $268.00 | $160.80 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 01/27/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.4 | $243.00 | $97.20 |
| 01/27/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise, circulate Voting Amount Report to K&E, BRG, Teneo, FTI, and MWE | 4.0 | $243.00 | $972.00 |
| 01/27/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Coordinate review of notional amounts for solicitation purposes | 1.3 | $243.00 | $315.90 |
| 01/30/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with nominees and equity holders re: opt-in election procedures, mechanics | 0.6 | $268.00 | $160.80 |
| 01/30/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.6 | $243.00 | $145.80 |
| 01/30/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise, circulate Voting Amount Report to K&E, BRG, Teneo, FTI, and MWE | 4.0 | $243.00 | $972.00 |
| 01/31/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise, circulate Voting Amount Report to K&E, BRG, Teneo, FTI, and MWE | 4.0 | $243.00 | $972.00 |
| | Contractual Discount | | | | | | ($6,376.22) |
| | **TOTAL** | | | | **130.2** | | **$25,504.88** |
| | Total Contractual Discount | | | | | | ($8,259.90) |
| | **GRAND TOTAL** | | | | **179.0** | | **$33,039.60** |