Jeffrey R. Gleit, Esq.
Brett D. Goodman, Esq.
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas
Floor 42
New York, NY 10019-6040
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Jeffrey.Gleit@afslaw.com
Brett.Goodman@afslaw.com

*Special Counsel for Voyager Digital
Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF ARENTFOX SCHIFF LLP,
SPECIAL COUNSEL FOR VOYAGER DIGITAL HOLDINGS, INC., FOR
INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR SERVICES RENDERED DURING THE
PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| Name of Applicant: | ArentFox Schiff LLP |
| Authorized to Provide Professional Services to: | Special Counsel for Voyager Digital Holdings, Inc. |
| Date of Retention: | January 24, 2023 (*Nunc Pro Tunc* to November 10, 2022) |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2023 through February 28, 2023 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| Total Fees Requested in this Statement by ArentFox Schiff: | $64,611.20 (80% of $80,764.00) |
|---|---|
| Total Expenses Requested in this Statement by ArentFox Schiff: | $93.50 |
| Total Fees and Expenses Requested in this Statement: | $64,704.70 |

This is a(n)  **X**  monthly _____ interim _____ final application.  No prior application was filed for this Fee Period.

*[Remainder of Page Left Intentionally Blank]*

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of ArentFox Schiff LLP as Special Counsel Effective as of November 10, 2022* dated January 24, 2023 [Docket No. 905], and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), the law firm of ArentFox Schiff LLP ("ArentFox Schiff" or the "Firm"), Special Counsel for Voyager Digital Holdings, Inc. ("Voyager Holdings" or the "Debtor"), hereby submits this monthly fee statement (the "Monthly Fee Statement") for: (a) interim allowance of $80,764.00 for reasonable compensation for the actual, necessary legal services ArentFox Schiff rendered to the Debtor during the period from February 1, 2023 through February 28, 2023 (the "Fee Period"); (b) compensation in the amount of $64,611.20, which is equal to 80% of the total amount of reasonable compensation for the actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period (*i.e.*, $80,764.00); and (c) reimbursement for the actual and necessary expenses incurred by ArentFox Schiff during the Fee Period in the amount of $93.50.

## Itemization of Services Rendered and Disbursements Incurred

1. In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by ArentFox Schiff's attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories established by ArentFox Schiff in accordance with its internal billing procedures. ArentFox Schiff requests compensation in the amount of $64,611.20 for the actual, reasonable and necessary legal services rendered to the Debtor during the Fee Period, which is equal to 80% of the total amount of reasonable compensation for the actual, necessary legal

3

services ArentFox Schiff rendered to the Debtor during the Fee Period (i.e., $80,764.00).

- **Exhibit B** is a schedule providing certain information regarding the ArentFox Schiff attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of ArentFox Schiff have expended a total of 88.70 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which ArentFox Schiff is seeking reimbursement in this Monthly Fee Statement.

- **Exhibit D** consists of ArentFox Schiff's time detail and records of fees and expenses incurred during the Fee Period.

## Notice

2.     Pursuant to the Interim Compensation Order, notice of this Monthly Fee Statement has been served upon (i) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn: David Brosgol, Esq. and Brian Nistler, Esq.; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., and Allyson B. Smith, Esq.; (iii) United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Richard Morrissey, Esq. and Mark Bruh, Esq.; and (iv) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, Attn: Darren Azman, Esq. (collectively, the "Application Recipients").

AFDOCS:27209270.1

WHEREFORE, ArentFox Schiff respectfully requests: (a) interim allowance of $80,764.00 for the reasonable compensation of actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period; (b) compensation in the amount of $64,611.20, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period (*i.e.*, $80,764.00); and (c) reimbursement for the actual and necessary expenses incurred by ArentFox Schiff during the Fee Period in the amount of $93.50; and further requests such other and further relief as this Court deems necessary and just.

Dated:    March 24, 2023
          New York, New York

ARENTFOX SCHIFF LLP

*/s/ Jeffrey R. Gleit*
Jeffrey R. Gleit, Esq.
Brett D. Goodman, Esq.
1301 Avenue of the Americas
Floor 42
New York, NY 10019-6040
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Jeffrey.Gleit@afslaw.com
Brett.Goodman@afslaw.com

*Special Counsel for Voyager Digital Holdings, Inc.*

AFDOCS:27209270.1

## EXHIBIT A

## SUMMARY OF FEES BY SUBJECT MATTER
## FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

| Project Category | Hours Billed | Fees Billed |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.00 | $0.00 |
| Case Management and Operating Reports (02) | 0.00 | $0.00 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Investigation, Due Diligence, Analysis (04) | 65.40 | $63,152.00 |
| Committee and Debtor Communications (05) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (06) | 0.00 | $0.00 |
| Creditor Inquiries (07) | 0.00 | $0.00 |
| Sale and Disposition of Assets (08) | 0.00 | $0.00 |
| Asset Analysis and Recovery (09) | 0.00 | $0.00 |
| Claims Administration and Objections (10) | 0.00 | $0.00 |
| Miscellaneous Motions and Objections (11) | 0.00 | $0.00 |
| Adversary Proceedings (12) | 0.00 | $0.00 |
| Professional Retention (13) | 0.00 | $0.00 |
| Fee Applications (14) | 19.40 | $13,324.00 |
| Cash Collateral and DIP Financing (15) | 0.00 | $0.00 |
| Disclosure Statement and Plan Matters (16) | 3.90 | $4,288.00 |
| Wage Employee Benefits, Severance, Pensions (17) | 0.00 | $0.00 |
| Real Estate (18) | 0.00 | $0.00 |
| Automatic Stay and Section 362 and 363 Matters (19) | 0.00 | $0.00 |
| Equipment Lessors and Non Real Estate Leases (20) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (21) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection, Investigation (22) | 0.00 | $0.00 |
| Executory Contracts and Related Matters (23) | 0.00 | $0.00 |
| Tax (Federal, State, Local and Corporate) (24) | 0.00 | $0.00 |
| NOL's and Tax Attributes (25) | 0.00 | $0.00 |
| Plan or Restructuring Support Agreement (26) | 0.00 | $0.00 |
| Environmental Matters (27) | 0.00 | $0.00 |
| Debtor Communications/Negotiations (28) | 0.00 | $0.00 |
| Travel (29) | 0.00 | $0.00 |
| **TOTAL:** | **88.70** | **$80,764.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey R. Gleit | Joined firm as a Partner in 2022. Member of NY bar since 2001. Bankruptcy & Financial Restructuring Group. | $1,120 | 25.40 | $28,448.00 |
| Brett D. Goodman | Joined firm as a Partner in 2021. Member of NJ bar since 2006. Member of NY bar since 2007. Bankruptcy & Financial Restructuring Group. | $1,040 | 7.40 | $7,696.00 |
| Allison H. Weiss | Joined firm as Counsel in 2022. Member of NY bar since 1995. Bankruptcy & Financial Restructuring Group. | $1,015 | 14.90 | $15,123.50 |
| Nicholas A. Marten | Joined firm as an Associate in 2016. Member of the NY bar since 2012. Bankruptcy and Financial Restructuring Group. | $835 | 13.10 | $10,938.50 |
| Patrick Feeney | Joined firm as an Associate in 2021. Member of NY bar since 2018. Bankruptcy & Financial Restructuring. | $740 | 19.20 | $14,208.00 |
| Lisa Indelicato | Bankruptcy Senior Paralegal Specialist. | $500 | 8.70 | $4,350.00 |
| **TOTAL:** | | | **88.70** | **$80,764.00** |

**Blended Rate: $955.18**[1]

---
[1]    The Blended Rate excludes paraprofessionals' time

## <u>EXHIBIT C</u>

**SUMMARY OF EXPENSES**
**<u>FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023</u>**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Messenger Service | Avant Business Services | $23.50 |
| Other | CourtSolutions LLC | $70.00 |
| **TOTAL** | | **$ 93.50** |

Detailed descriptions of ArentFox Schiff's expenses are included in **<u>Exhibit D</u>** to this Monthly Fee Statement.

## **EXHIBIT D**

**INVOICE**



Scott Vogel
33 Irving Plaza
Suite 3060
New York, NY 10003

| | | |
|---|---|---|
| Invoice Number | 2210689 |
| Invoice Date | 03/21/2023 |
| Client Number | 044261 |

For Professional Services Rendered Through:  February 28, 2023

| No | Reference | Hours | Total |
|---|---|---|---|
| 00000 | General | 0.00 | 93.50 |
| 00004 | Investigation, Due Diligence and Analysis | 65.40 | 63,152.00 |
| 00014 | Fee Applications | 19.40 | 13,324.00 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 3.90 | 4,288.00 |
| | **Totals** | **88.70** | **80,857.50** |

Taxpayer Identification Number:  53-0214923          Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044261    Vogel, Scott                                          Invoice Number 2210689
                                                                              Page 2
March 21, 2023

---

## Time Summary

|  | Hours | Rate | Value |
|---|---|---|---|
| **Partner** |  |  |  |
| Jeffrey R. Gleit | 25.40 | 1,120.00 | 28,448.00 |
| Brett D. Goodman | 7.40 | 1,040.00 | 7,696.00 |
| **Of Counsel** |  |  |  |
| Allison H. Weiss | 14.90 | 1,015.00 | 15,123.50 |
| **Associate** |  |  |  |
| Nicholas A. Marten | 13.10 | 835.00 | 10,938.50 |
| Patrick Feeney | 19.20 | 740.00 | 14,208.00 |
| **Blended Rate for Attorneys: $955.18** |  |  |  |
| **Paralegal** |  |  |  |
| Lisa A. Indelicato | 8.70 | 500.00 | 4,350.00 |
| **Totals** | **88.70** |  | **80,764.00** |

Taxpayer Identification Number:  53-0214923        Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott

March 21, 2023

Invoice Number 2210689
Page 3

---

**Summary of Disbursements:**

| | |
|---|---|
| Messenger Service | 23.50 |
| Other | 70.00 |
| **Totals** | **93.50** |

Arent Fox Schiff LLP
Attorneys at Law

044261     Vogel, Scott                                              Invoice Number 2210689
00000     General                                                               Page 4
March 21, 2023

For Professional Services Rendered Through:  February 28, 2023

Re: General

**For Disbursements:**

### Messenger Service

| | | |
|---|---|---:|
| 02/28/23 | Avant Business Services - Messenger Service Messenger service | 23.50 |
| | **Messenger Service** | **23.50** |

### Other

| | | |
|---|---|---:|
| 01/24/23 | Other Jeff Gleit – Telephonic Hearing on 1/24/2023 - Court Solutions | 70.00 |
| | **Other** | **70.00** |

| | |
|---|---:|
| **Disbursement Total** | **93.50** |
| Current Disbursements | $93.50 |
| **Subtotal For This Matter** | $93.50 |

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                              Invoice Number 2210689
00004      Investigation, Due Diligence and Analysis                              Page 5
March 21, 2023

---

For Professional Services Rendered Through:  February 28, 2023

Re: Investigation, Due Diligence and Analysis

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| 02/01/23 | Allison H. Weiss | Review and revise intercompany presentation (2.0); conf w/ J. Gleit and N. Marten re same (.3); confer separately w/ N. Marten re same (1.1). | 3.40 | 3,451.00 |
| 02/01/23 | Jeffrey R. Gleit | Revise S. Vogel presentation (1.4); conferences with A. Weiss and N. Marten re revisions to same (.3); revise settlement scenario chart (.4). | 2.10 | 2,352.00 |
| 02/01/23 | Nicholas A. Marten | Review and revise issue client analysis (4.5) confer w/ A. Weiss and J. Gleit re same (.3); confer separately w/ A. Weiss re same (1.1). | 5.90 | 4,926.50 |
| 02/02/23 | Allison H. Weiss | Review emails from client (.1); confs with P. Feeney and N. Marten re revisions to intercompany slides (.3); review emails and documents re same (.5); draft email re outstanding issues (.2); review revisions to intercompany slides (2.2). | 3.30 | 3,349.50 |
| 02/02/23 | Jeffrey R. Gleit | T/C's with S. Rochester re status and next steps (.4); respond to questions from S. Vogel (.3); review committee objection (.3); t/c's with R. Howell re intercompany transactions (.3); t/c's with K. Scherling re settlements with all three entities (.5); t/c with K. Sherling and S. Rochester re settlement (.2); revise S. Vogel book (.8); t/c with S. Vogel re status (.4). | 2.70 | 3,024.00 |
| 02/02/23 | Nicholas A. Marten | Review and revise issue client analysis (4.0) confer with P. Feeney and A. Weiss re same (.3). | 4.30 | 3,590.50 |
| 02/02/23 | Patrick Feeney | Confer w/ N. Marten and A. Weiss re: revisions to presentation to S. Vogel. | 0.30 | 222.00 |
| 02/03/23 | Allison H. Weiss | Review and revise intercompany slides and supporting documents (1.3); confer with J. Gleit and N. Martin re same (.3); confer separately w/ N. Marten re same (1.0). | 2.60 | 2,639.00 |
| 02/03/23 | Jeffrey R. Gleit | Revise Vogel presentation (.9); confer with | 1.20 | 1,344.00 |

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                                    Invoice Number 2210689
00004       Investigation, Due Diligence and Analysis                                        Page 6
March 21, 2023

---

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | A. Weiss and N. Marten re same (.3). | | |
| 02/03/23 | Nicholas A. Marten | Review and revise issue client analysis (1.6); confer w/ A. Weiss and J. Gleit regarding the same (.3); confer separately with A. Weiss re same (1.0). | 2.90 | 2,421.50 |
| 02/06/23 | Jeffrey R. Gleit | T/C's with K. Sherling re settlement scenarios (.7); t/c with R. Howell re status (.2); t/c with S. Vogel re same (.2); t/c with K. Sherling and Katten re settlement (1.3); t/c with C. Okike re plan (.3); research re potential plan objection (.5). | 3.20 | 3,584.00 |
| 02/06/23 | Lisa A. Indelicato | Arrange creation of shared client folder. | 0.10 | 50.00 |
| 02/06/23 | Patrick Feeney | Review revised presentation to S. Vogel. | 0.30 | 222.00 |
| 02/07/23 | Allison H. Weiss | Draft resolution re settlement with TopCo and OpCo; review independent director engagement letter and prior company resolutions (1.3); confs w/ J. Gleit re same (.3); confs with P. Feeney re research issues (.2). | 2.80 | 2,842.00 |
| 02/07/23 | Jeffrey R. Gleit | Review new recovery scenario chart (.2); emails re revisions to same (.2); t/c with Katten and K. Scherling re settlement (.5); t/c with K. Hill re information for settlement (.2); t/c with R. Howell re same (.2); t/c's with K. Scherling re same (.5); t/c with A. Weiss re resolution (.3); review info provided by Katten (.4). | 2.50 | 2,800.00 |
| 02/07/23 | Patrick Feeney | Review company board resolutions (.8); research case law re: recharacterization standards (5.2); confer w/ A. Weiss re same (.2). | 6.20 | 4,588.00 |
| 02/08/23 | Allison H. Weiss | Review research re recharacterization and follow-ups with P. Feeney re same. | 0.90 | 913.50 |
| 02/08/23 | Brett D. Goodman | Review of research from P. Feeney on recharacterization standard of proof. | 0.40 | 416.00 |
| 02/08/23 | Patrick Feeney | Research case law re: recharacterization standards. | 2.50 | 1,850.00 |
| 02/09/23 | Brett D. Goodman | Perform review of Rules regarding scheduled claims under Rule 3003 and presumption of validity (.4); review of Schedules in connection with same (.2); draft and prepare updates to presentations to address same (.2); confer w/ J. Gleit re | 1.00 | 1,040.00 |

ArentFox Schiff LLP
Attorneys at Law

044261     Vogel, Scott                                                    Invoice Number 2210689
00004     Investigation, Due Diligence and Analysis                                        Page 7
March 21, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| | | status and new assignments (.2). | | |
| 02/09/23 | Jeffrey R. Gleit | T/C with K. Scherling re status of settlement negotiations with TopCo (.2); review Katten diligence (.5); t/c with B. Goodman re status and new assignments (.2); comment on updated Vogel book (3.). | 1.20 | 1,344.00 |
| 02/10/23 | Allison H. Weiss | Review and revise supplemental slide. | 0.20 | 203.00 |
| 02/10/23 | Brett D. Goodman | Call with independent directors' counsel re TopCo director proposal (.7); follow-up call with J. Gleit re same (.2); follow-up w/ K. Scherling re same (.2); update presentation in connection with interest accrual on debtors' books and records (.4). | 1.50 | 1,560.00 |
| 02/10/23 | Jeffrey R. Gleit | Review due diligence (.3); participate on settlement call with Katten and Quinn (.7); t/c with K. Scherling re same (.2); t/c with B. Goodman (.2); review settlement scenarios (.2). | 1.60 | 1,792.00 |
| 02/13/23 | Allison H. Weiss | Review revised presentation. | 0.10 | 101.50 |
| 02/13/23 | Jeffrey R. Gleit | Participate on settlement call with Quinn and Katten teams (.3); review Voyager customer contract (.2); t/c with S. Vogel re settlement (.3); t/c with K. Scherling re same (.2); t/c with P. Farley and M. Renzi re 3AC claims (.3). | 1.30 | 1,456.00 |
| 02/14/23 | Allison H. Weiss | Review and revise presentation. | 0.80 | 812.00 |
| 02/14/23 | Brett D. Goodman | Prepare revisions to book regarding Committee position and other recommendations (.4); further discussion with P. Feeney regarding updates (.1). | 0.50 | 520.00 |
| 02/14/23 | Jeffrey R. Gleit | T/C with C. Marcus re 3AC claims (.2); review updated recovery scenarios (.2); t/c with S. Vogel re potential settlement (.3); revise presentation based upon BRG discussion and 3AC recovery (.9). | 1.60 | 1,792.00 |
| 02/14/23 | Patrick Feeney | Revise independent director deck per proposed comments from J. Gleit (1.4); discuss w/ B. Goodman (.1). | 1.50 | 1,110.00 |
| 02/15/23 | Allison H. Weiss | Review and revise PowerPoint (.6); confs with B. Goodman and P. Feeney re same (.2). | 0.80 | 812.00 |
| 02/15/23 | Brett D. Goodman | Review of updates regarding proposals | 0.60 | 624.00 |

Arent Fox Schiff LLP
Attorneys at Law

044261    Vogel, Scott                                              Invoice Number 2210689
00004    Investigation, Due Diligence and Analysis                              Page 8
March 21, 2023

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|
| | | with Opco and structuring for presentation and related recommendations (.4); confer with P. Feeney and A. Weiss regarding same (.2). | | |
| 02/15/23 | Jeffrey R. Gleit | Revise presentation to S. Vogel (.5); t/c with K. Scherling re settlement status (.2). | 0.70 | 784.00 |
| 02/15/23 | Patrick Feeney | Revise independent director deck per proposed comments from J. Gleit (.6); discuss w/ A. Weiss and B. Goodman (.2). | 0.80 | 592.00 |
| 02/16/23 | Jeffrey R. Gleit | Revise presentation. | 0.20 | 224.00 |
| 02/19/23 | Jeffrey R. Gleit | Review 3AC primer (.5); emails with M. Vaughn re same (.1). | 0.60 | 672.00 |
| 02/21/23 | Jeffrey R. Gleit | T/C with M. Vaughn re 3AC settlement analysis. | 0.20 | 224.00 |
| 02/22/23 | Jeffrey R. Gleit | T/C with S. Rochester re status and next steps with respect to settlement negotiations (.3); review plan supplement documents (.4); review FTX stipulation (.2). | 0.90 | 1,008.00 |
| 02/23/23 | Brett D. Goodman | Confer with J. Gleit on updates in discussions regarding claims. | 0.10 | 104.00 |
| 02/23/23 | Jeffrey R. Gleit | Confer w/ B. Goodman on updates in discussions regarding claims. | 0.10 | 112.00 |
| 02/24/23 | Jeffrey R. Gleit | T/C's with K. Scherling re potential settlement (.4); t/c with Quinn and Katten teams re settlement (.4); t/c with S. Vogel re settlement status (.2). | 1.00 | 1,120.00 |
| 02/28/23 | Jeffrey R. Gleit | Review updated BRG 3AC analysis. | 0.50 | 560.00 |
| | | **Fee Total** | **65.40** | **$63,152.00** |

**Timekeeper Summary:**

| <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Value</u> |
|---|---|---|---|
| Jeffrey R. Gleit | 21.60 | 1,120.00 | 24,192.00 |
| Brett D. Goodman | 4.10 | 1,040.00 | 4,264.00 |
| Allison H. Weiss | 14.90 | 1,015.00 | 15,123.50 |
| Nicholas A. Marten | 13.10 | 835.00 | 10,938.50 |
| Patrick Feeney | 11.60 | 740.00 | 8,584.00 |
| Lisa A. Indelicato | 0.10 | 500.00 | 50.00 |

Arent Fox Schiff LLP
Attorneys at Law

044261     Vogel, Scott                                                        Invoice Number 2210689
00004     Investigation, Due Diligence and Analysis                                          Page 9
March 21, 2023

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Timekeeper Summary Total** | **65.40** | | **63,152.00** |

| | | |
|---|---|---|
| Current Fees | | $63,152.00 |
| **Subtotal For This Matter** | | $63,152.00 |

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                          Invoice Number 2210689
00014      Fee Applications                                               Page 10
March 21, 2023

---

For Professional Services Rendered Through:  February 28, 2023

Re: Fee Applications

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/01/23 | Patrick Feeney | Review and summarize interim compensation procedures. | 0.40 | 296.00 |
| 02/03/23 | Lisa A. Indelicato | Review interim compensation procedures order (.2); summarize procedures and deadlines (.3). | 0.50 | 250.00 |
| 02/08/23 | Lisa A. Indelicato | Correspond with P. Feeney regarding AFS invoices. | 0.10 | 50.00 |
| 02/08/23 | Patrick Feeney | Review and revise pro forma for AFS representation (.6); confer w/ L. Indelicato re same (.1). | 0.70 | 518.00 |
| 02/10/23 | Brett D. Goodman | Correspondence and comments in connection with fee statement. | 0.30 | 312.00 |
| 02/10/23 | Lisa A. Indelicato | Correspond with P. Feeney re fee statements for November, December and January (.2); prepare fee summary chart (.2). | 0.40 | 200.00 |
| 02/10/23 | Patrick Feeney | Review and revise proformas for AFS representation (.3); confer w/ L. Indelicato re same (.2). | 0.50 | 370.00 |
| 02/13/23 | Lisa A. Indelicato | Review November, December and January invoices for compliance with UST guidelines and local rules. | 0.80 | 400.00 |
| 02/13/23 | Patrick Feeney | Review and revise fee statement materials per comments from B. Goodman. | 0.40 | 296.00 |
| 02/14/23 | Lisa A. Indelicato | Internal discussions regarding invoices for monthly fee statements. | 0.30 | 150.00 |
| 02/14/23 | Patrick Feeney | Review proformas. | 0.60 | 444.00 |
| 02/16/23 | Lisa A. Indelicato | Internal discussions regarding status of fee statements and invoices. | 0.20 | 100.00 |
| 02/17/23 | Lisa A. Indelicato | Email to J. Gleit regarding revised invoices (.1); revise November fee statement (.3); prepare December fee statement (.5); prepare January fee statement (.5); emails to J. Gleit and P. Feeney re monthly fee statements (.3); arrange for printing and delivery of same to J. Gleit (.1). | 1.80 | 900.00 |

ArentFox Schiff LLP
Attorneys at Law

044261    Vogel, Scott                                    Invoice Number 2210689
00014     Fee Applications                                          Page 11
March 21, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/17/23 | Patrick Feeney | Review and revise monthly fee statements. | 0.60 | 444.00 |
| 02/21/23 | Brett D. Goodman | Review of draft fee statements for November, December and January and prepare updates, revisions and correspondence regarding same. | 1.50 | 1,560.00 |
| 02/21/23 | Lisa A. Indelicato | Discussions with P. Feeney regarding invoices for monthly fee statements. | 0.40 | 200.00 |
| 02/21/23 | Patrick Feeney | Review and revise monthly fee statements (.9) confer w/ L. Indelicato re same (.4); correspondence with comments to K. Shea-DeLeon (.2). | 1.50 | 1,110.00 |
| 02/22/23 | Jeffrey R. Gleit | Revise November, December and January fee statements. | 0.90 | 1,008.00 |
| 02/22/23 | Lisa A. Indelicato | Review comments of B. Goodman to November, December and January monthly fee statements (.2); revise monthly fee statements accordingly (.2); call with P. Feeney re same (.3); email P. Feeney re time entries (.3); review B. Goodman's time entries (.2); review updated invoices (.2); revise November, December and January fee statements accordingly (.8); email revised fee statements and invoices to J. Gleit for review (.1). | 2.30 | 1,150.00 |
| 02/22/23 | Patrick Feeney | Review and revise fee statements (.6); confer with L. Indelicato re: same (.3). | 0.90 | 666.00 |
| 02/23/23 | Brett D. Goodman | Review of proposed final changes to fee statements and correspondence and comments to same. | 0.50 | 520.00 |
| 02/23/23 | Lisa A. Indelicato | Review J. Gleit's comments to monthly fee statements and invoices (.3); revise monthly fee statements for November, December and January (.7); review redactions to invoices (.2); assemble finalized fee statements with redacted invoices and internal discussions re same (.5); calendar dates to file monthly fee statements and interim fee application (.1). | 1.80 | 900.00 |
| 02/23/23 | Patrick Feeney | Review comments from J. Gleit to fee statements and revise/finalize accordingly (1.1); review notice requirements for S. Vogel (.1). | 1.20 | 888.00 |

Arent Fox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                          Invoice Number 2210689
00014       Fee Applications                                                    Page 12
March 21, 2023

---

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/27/23 | Patrick Feeney | Finalize fee statement materials and correspond w/ N. Adzima re: same. | 0.80 | 592.00 |
| | | **Fee Total** | **19.40** | **$13,324.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Jeffrey R. Gleit | 0.90 | 1,120.00 | 1,008.00 |
| Brett D. Goodman | 2.30 | 1,040.00 | 2,392.00 |
| Patrick Feeney | 7.60 | 740.00 | 5,624.00 |
| Lisa A. Indelicato | 8.60 | 500.00 | 4,300.00 |
| **Timekeeper Summary Total** | **19.40** | | **13,324.00** |

| | |
|---|---|
| Current Fees | $13,324.00 |
| **Subtotal For This Matter** | $13,324.00 |

ArentFox Schiff LLP
Attorneys at Law

044261     Vogel, Scott                                                                    Invoice Number 2210689
00016      Disclosure Statement and Plan Matters and Solicitation                                        Page 13
March 21, 2023

---

For Professional Services Rendered Through:  February 28, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 02/09/23 | Brett D. Goodman | Review of Voyager liquidation analysis. | 0.40 | 416.00 |
| 02/22/23 | Brett D. Goodman | Review of TopCo Ad Hoc Group confirmation objection. | 0.30 | 312.00 |
| 02/24/23 | Brett D. Goodman | Review of TopCo Ad Hoc Group's objection to joint stipulation between debtors, FTX debtors, and respective UCCs. | 0.10 | 104.00 |
| 02/24/23 | Jeffrey R. Gleit | Review new objections to plan and Ad Hoc committee objection to stipulation. | 1.10 | 1,232.00 |
| 02/27/23 | Brett D. Goodman | Review of Ad Hoc Group's supplement opposition to amended plan. | 0.10 | 104.00 |
| 02/27/23 | Jeffrey R. Gleit | Review plan objections. | 0.40 | 448.00 |
| 02/28/23 | Brett D. Goodman | Review of reservation of rights from TopCo Independent Director. | 0.10 | 104.00 |
| 02/28/23 | Jeffrey R. Gleit | Review pleadings in support of confirmation. | 1.40 | 1,568.00 |
| | | **Fee Total** | **3.90** | **$4,288.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Jeffrey R. Gleit | 2.90 | 1,120.00 | 3,248.00 |
| Brett D. Goodman | 1.00 | 1,040.00 | 1,040.00 |
| **Timekeeper Summary Total** | **3.90** | | **4,288.00** |

| | | |
|---|---|---|
| Current Fees | | $4,288.00 |
| **Subtotal For This Matter** | | $4,288.00 |

Arent Fox Schiff LLP
Attorneys at Law

044261     Vogel, Scott

March 21, 2023

Invoice Number 2210689
Page 14

---

| | |
|---|---|
| Current Fees For All Matters | $80,764.00 |
| Current Disbursements For All Matters | $93.50 |
| **Total Amount Due This Invoice** | **$80,857.50** |