Dear Southern District of New York, Voyager Digitial Holdings, INC., et al Case Number 22-10943(MEW) Claim reference number VOY-19434

I am writing in response to your Notice of Objection to Claim related to the Voyager exchange bankruptcy case. I respectfully object to your objection and would like to request a hearing to resolve this matter.

I strongly disagree with the court's decision to object to my claim on the grounds that I did not have assets on the Voyager exchange at the time of bankruptcy on July 5, 2022. I have attached my trading history that clearly shows that my assets were being liquidated on July 6, 2022, which was after the date of the bankruptcy.

I would like to stress that I was unable to withdraw my funds from the Voyager exchange, despite repeated attempts to do so. Therefore, I believe that I am entitled to claim the assets that were held in my account at the time of the bankruptcy.

I respectfully request a hearing on this matter so that I can present my evidence and arguments in support of my claim. I believe that a fair and impartial review of the evidence will show that my claim is valid and should be allowed.

Thank you for your attention to this matter. I look forward to the opportunity to present my case in court.

Sincerely,


Anthony G Rega

538 9th st #2

Carlstadt, NJ 07072

anthonyrega@gmail.com

201-888-6844