

| | | | | |
|---|---|---|---|---|
| ⇌ Fiat Sell | Voyager | - 0.02 ETC | → | + 0.30 USD |
| ⇌ Fiat Sell | Voyager | - 0.02 ETC | → | + 0.30 USD |
| ⇌ Fiat Sell | Voyager | - 83,467.00 HBAR | → | + 5,099.83 USD |
| ⇌ Fiat Sell | Voyager | - 83,467.00 HBAR | → | + 5,099.83 USD |
| ⇌ Fiat Sell | Voyager | - 30.00 DOGE | → | + 1.97 USD |
| ⇌ Fiat Sell | Voyager | - 30.00 DOGE | → | + 1.97 USD |
| ⇌ Fiat Sell | Voyager | - 0.01829 BTC | → | + 369.04 USD |
| ⇌ Fiat Sell | Voyager | - 0.01829 BTC | → | + 369.04 USD |
| ⇌ Fiat Sell | Voyager | - 296.54 VGX | → | + 69.49 USD |
| ⇌ Fiat Sell | Voyager | - 296.54 VGX | → | + 69.49 USD |
| ⇌ Fiat Sell | Voyager | - 270.41 AVAX | → | + 4,855.45 USD |

Last Import - 2/2/2023

Upload File
Upload a transaction history file from your exchange.