# PDF Upload for Self-Represented Individuals only

Your submission was received.

Your receipt number is **1679687822**. Please retain this receipt for your records.

Filings received after 3:00 p.m. ET will be processed the following business day. Filings received on nonbusiness days will be processed the next business day. Business days are days other than weekends and  holidays.

**If there is a filing deadline, you must upload your document(s) 48 hours prior to the deadline.**

Please do **NOT** send the same files more than once. Multiple uploads of the same file will delay processing of your files. Thank you.

Submit more documents