Anthony G Rega
538 9th St
Carlstadt, NJ 07072
201-888-6844
anthonyrega@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re: ) Chapter 11

VOYAGER DIGITAL HOLDINGS, INC., et al.,1
Case No. 22-10943 (MEW)
Debtors. ) (Jointly Administered)

# Response to Notice of Objection to Claim

I am writing in response to your Notice of Objection to Claim related to the Voyager exchange bankruptcy case. I respectfully object to your objection and would like to request a hearing to resolve this matter.

 I strongly disagree with the court's decision to object to my claim on the grounds that I did not have assets on the Voyager exchange at the time of bankruptcy on July 5, 2022. I have attached my trading history that clearly shows that my assets were being liquidated on July 6, 2022, which was after the date of the bankruptcy.

I would like to stress that I was unable to withdraw my funds from the Voyager exchange, despite repeated attempts to do so. I had coins/tokens on the exchange, that I was unable to withdraw at anytime from Voyager Exchange.

**Below please find your Filed Claim Number and/or Reference Number, in addition to the characterization of your claim on the objection documentation:**

**Claim Number** – 10956

**Claim Reference Number** – VOY-19434

| Claim Identifier | Name of Claimant | Debtor Name | Claim Reference Number | Claim Number | Date Filed | Asserted Coin Amount | Modified Coin Amount | Reason for Objection | Treatment for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 848 | CONFIDENTIAL CREDITOR | Voyager Digital, LLC | VOY-19434 | 10956 | 9/30/2022 12:00:00 AM | AVALANCHE (AVAX): 270.41 HEDERAHASHGRAPH (HBAR): 83467 POLKADOT (DOT): 411.486 BITCOIN (BTC): 0.1829 VOYAGERTOKEN (VGX): 296.54 | | Modify Amount - Books and Records | Reduce to $0.00 and Disallow |
|---|---|---|---|---|---|---|---|---|---|

The tokens Avalanche(AVAX), Hedera HashGraph(HBAR) and Polkdot(DOT) were never withdrawable even before the Bankruptcy was ever filed. When I realized I couldnt withdraw my tokens, I noticed my bank and put a stop payment on the account. I was unable to withdraw any of my tokens and was left having everything liquidated on July 6th 2022, 1 day after Voyager Digital filed for Chapter 11. The case clearly states that any tokens/coins on the exchange on July 5th, 2022 would be reimbursed.

Therefore, I believe that I am entitled to claim the assets that were held in my account at the time of the bankruptcy.

I respectfully request a hearing on this matter so that I can present my evidence and arguments in support of my claim. I believe that a fair and impartial review of the evidence will show that my claim is valid and should be allowed.

Thank you for your attention to this matter. I look forward to the opportunity to present my case in court. I have attached trading history of my account and from the timestamps of the trades you can clearly see the date and time of sold assets was after July 5th, 2022. The emailed I received July 1, 2022 notified me that Voyager was suspending withdrawals, but they did not allow withdrawals of AVAX, HBAR, & DOT at any time. I would like to have my objection hear in court. I dont have access to my account as Voyager closed my account, but I was able to download my trading history. It was not my fault that Voyager made risky investments and my coins were stuck on the exchange. I request a hearing to go over the evidence.

Attached is

Trading History showing assets in my account as of end of day July 5th, 2022
Customer Email of Suspension of withdrawals dated July 1, 2022