**Gmail**                                                                                           **Anthony Rega <anthonyrega@gmail.com>**

## Customer Update

**Voyager** <no-reply@investvoyager.com>                                                                Fri, Jul 1, 2022 at 3:12 PM
Reply-To: no-reply@investvoyager.com
To: anthonyrega@gmail.com

# VOYAGER

Voyagers,

Today we made the difficult decision to temporarily suspend trading, deposits, withdrawals, and loyalty rewards. The app will be down for a short transition period. After that, you will still be able to view market data and track your portfolio, and you will receive rewards payments for the month of June.

We understand the significant impact of this decision, which is why we tried hard to avoid it—including by securing a credit facility from Alameda Ventures and lowering daily withdrawal limits. But the failure of a borrower, Three Arrows Capital (3AC), to repay a substantial loan from us means this was the right path forward. Voyager is actively pursuing all available remedies for recovery from 3AC, including through the court-ordered liquidation process in the British Virgin Islands.

As a result—while far from optimal—this decision gives us time to strengthen our balance sheet, a necessary condition to protect assets and preserve the future of the Voyager platform we have built together. We are exploring a number of options and hope to have more to share soon.

More details can be found on our blog. We know it does not answer all of your questions, but we are working diligently to get you those answers and will continue to keep you updated.


Regards,
Team Voyager

3/29/23, 11:48 AM

22-10943-mew    Doc 1238-2    Filed 03/29/23    Entered 03/29/23 16:02:01    Exhibit
Gmail - Customer Update
Email Received    Pg 2 of 2

 

     

©2022 Voyager Digital, LLC. VOYAGER is a trademark of Voyager IP, LLC, a wholly owned subsidiary of Voyager Digital Ltd. All services provided by Voyager Digital, LLC, a FinCEN registered company. Investments are subject to market risk. 701 S. Miami Ave, 8th Floor, Miami FL 33131. All rights reserved. Terms of Use. Risk Disclosure.

Voyager VOYG is listed on the TSX.  CANADA: VOYG  |  US: VYGVF