29 March, 2023

James Johns
970 Morningside St #B4
Jackson, MS  39202
(601) 407-7803
jjohns01@live.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RE:    Voyager Digital Holdings, Inc. et. al.
       Objection of Claim #1148 (Claim Identifier 1088)
       Case No. 22-10943 (MEW) (Jointly Administered)

Dear Honorable Judge Wiles,

On Monday 27 March, 2023, the creditor in the above referenced case advised via electronic mail that they were objecting to my claim in docket number 1231 (filed on 27 March, 2023).  The communication did not offer any reasons for their objection.

I would like to offer the attached screenshots from the creditor's own application which not only indicate transactions prior to 05 July, 2022, but also indicate the current value of my holdings on the Voyager platform.  I respectfully disagree with the creditor's objection and humbly request your consideration in this matter.

Thank you for your time and attention.

With Regards,


James Johns

**Image 1:**   The current value of my holdings on the Voyager platform:



**Image(s):**     Historical transactions I made on the Voyager platform in descending order:







| | |
|---|---|
| 8:42 | 100% |

### History

**Orders** | Transfers

| | |
|---|---|
| Market Buy | +700.00 USDC |
| 11/05/2021 | 700.00 USD |
| Market Buy | +1,419,446.4 SHIB |
| 11/02/2021 | 99.99 USD |
| Market Buy | +180,087.6 SHIB |
| 11/02/2021 | 13.14 USD |
| Market Sell | -13.15 USDC |
| 11/02/2021 | 13.15 USD |
| Market Buy | +169.80 USDC |
| 11/01/2021 | 169.80 USD |
| Market Sell | -0.9 SHIB |
| 11/01/2021 | 0.00 USD |
| Market Sell | -169.80 USDC |
| 10/29/2021 | 169.80 USD |
| Market Buy | +1,519.80 USDC |
| 10/28/2021 | 1,519.80 USD |
| Market Sell | -22,006,860.0 SHIB |
| 10/28/2021 | 1,519.79 USD |
| Market Buy | +166.5 DOGE |
| 10/26/2021 | 45.99 USD |
| Market Buy | +300.00 USDC |



| | | |
|---|---|---|
| **Market Sell** | | -0.028698 BTC |
| 10/01/2021 | | 1,351.30 USD |
| **Market Buy** | | +0.004704 BTC |
| 09/27/2021 | | 200.00 USD |
| **Market Buy** | | +0.012114 BTC |
| 09/24/2021 | | 500.00 USD |
| **Market Buy** | | +2,500.00 USDC |
| 09/24/2021 | | 2,500.00 USD |
| **Market Buy** | | +0.005922 BTC |
| 09/21/2021 | | 249.15 USD |
| **Market Sell** | | -37,022,918.7 SHIB |
| 09/21/2021 | | 249.16 USD |
| **Market Buy** | | +0.005955 BTC |
| 09/20/2021 | | 250.00 USD |
| **Market Buy** | | +14,084,507.0 SHIB |
| 09/20/2021 | | 99.99 USD |
| **Market Sell** | | -100.00 USDC |
| 09/20/2021 | | 100.00 USD |
| **Market Buy** | | +1,000.00 USDC |
| 09/17/2021 | | 1,000.00 USD |

# History

## Orders | Transfers

| | |
|---|---|
| Market Sell | −100.00 USDC |
| 09/20/2021 | 100.00 USD |
| Market Buy | +1,000.00 USDC |
| 09/17/2021 | 1,000.00 USD |
| Market Buy | +1,000.00 USDC |
| 09/16/2021 | 1,000.00 USD |
| Market Buy | +175.00 USDC |
| 09/14/2021 | 175.00 USD |
| Market Buy | +3,698,224.8 SHIB |
| 09/14/2021 | 24.99 USD |
| Market Buy | +3,306,878.3 SHIB |
| 09/09/2021 | 24.99 USD |
| Market Buy | +253.00 USDC |
| 08/14/2021 | 253.00 USD |
| Market Buy | +1,196,172.2 SHIB |
| 08/11/2021 | 9.99 USD |
| Market Sell | −10.00 USDC |
| 08/11/2021 | 10.00 USD |
| Market Sell | N/A |
| Rejected | N/A |
| Market Buy | +250.00 USDC |

| | |
|---|---|
| 8:42 | 100% |
| ← **History** | ↻ |
| **Orders** | Transfers |
| **Market Sell** | **N/A** |
| Rejected | N/A |
| **Market Buy** | **+250.00 USDC** |
| 08/01/2021 | 250.00 USD |
| **Market Buy** | **+350.00 USDC** |
| 07/15/2021 | 350.00 USD |
| **Market Buy** | **+200.00 USDC** |
| 06/30/2021 | 200.00 USD |
| **Market Buy** | **+150.00 USDC** |
| 06/27/2021 | 150.00 USD |
| **Market Buy** | **+56.23 USDC** |
| 06/19/2021 | 56.23 USD |
| **Market Buy** | **+9,615,384.6 SHIB** |
| 06/19/2021 | 75.00 USD |
| **Market Buy** | **+2,570,694.0 SHIB** |
| 06/19/2021 | 19.99 USD |
| **Market Sell** | **-538.9 DOGE** |
| 06/19/2021 | 151.23 USD |
| **Market Buy** | **+30.00 USDC** |
| 06/17/2021 | 30.00 USD |
| Market Buy | +2,525,252.5 SHIB |