**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**COVER SHEETS FOR EIGHTH MONTHLY**
**APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL**
**AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS**
**FROM FEBRUARY 1, 2023 THROUGH AND INCLUDING FEBRUARY 28, 2023**

| | |
|---|---|
| Name of applicant: | Moelis & Company LLC |
| Authorized to provide professional services to: | Debtors |
| Date of retention order: | July 5, 2022 |
| Period for which compensation and reimbursement are sought (the "***Compensation Period***"): | February 1, 2023 through February 28, 2023 |
| Amount of compensation sought: | $200,000 |
| Amount of payment requested for compensation: | $160,000 (80% of $200,000) |
| Amount of expense reimbursement sought: | $8,872.13[2] |
| This is a(n): | Monthly Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Please note that certain vendor invoices may not be received until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC reserves the right to include such unbilled expenses in subsequent fee applications.

**Prior Applications:**

1. *First Monthly Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from July 5, 2022 Through and Including July 31, 2022* filed September 15, 2022 [D.I. 431].
2. *Second and Third Monthly Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from August 1, 2022 Through and Including September 30, 2022* filed November 7, 2022 [D.I. 611]
3. *Fourth Monthly Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from October 1, 2022 Through and Including October 31, 2022* filed November 28, 2022 [D.I. 680]
4. *First Interim Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from July 5, 2022 Through and Including October 31, 2022* filed December 8, 2022 [D.I. 716]
5. *Fifth Monthly Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from November 1, 2022 Through and Including November 30, 2022* filed December 23, 2022 [D.I. 784]
6. *Sixth Monthly Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from December 1, 2022 Through and Including December 31, 2022* filed February 1, 2023 [D.I. 939]
7. *Seventh Monthly Application of Moelis & Company LLC For Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from January 1, 2023 Through and Including January 31, 2023* filed March 1, 2023 [D.I. 1122]

**Summary of Monthly Fee Applications**

| Date Filed/ Docket No. | Period Encompassed | Requested Fees | Requested Expenses | Approved/Paid Fees | Approved/Paid Expenses |
|---|---|---|---|---|---|
| September 15, 2022 Docket No. 431 | July 5, 2022 through July 31, 2022 | $200,000 | $22,850.87 | $160,000 | $22,850.87 |
| November 3, 2022 Docket No. 611 | August 1, 2022 through September 30, 2022 | $400,000 | $65,456.75 | $320,000 | $65,456.75 |
| November 28, 2022 Docket No. 680 | October 1, 2022 through October 31, 2022 | $200,000 | $0.00 | $160,000 | $0.00 |
| December 23, 2022 Docket No. 784 | November 1, 2022 through November 30, 2022 | $200,000 | $9,242.86 | $160,000 | $9,242.86 |
| February 1, 2023 Docket No. 939 | December 1, 2022 through December 31, 2022 | $200,000 | $3,062.36 | $160,000 | $3,062.36 |
| March 1, 2023 Docket No. 1122 | January 1, 2023 through January 31, 2023 | $200,000 | $4,353.74 | $160,000 | $4,353.74 |

# SUMMARY OF PROFESSIONALS' TIME DURING COMPENSATION PERIOD OF FEBRUARY 1, 2023 THROUGH AND INCLUDING FEBRUARY 28, 2023

*Voyager Digital Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*February 01, 2023 - February 28, 2023*

| | Hours Summary - February | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jared Dermont | Michael DiYanni | Brian Tichenor | Barak Klein | Michael Mestayer | Cullen Murphy | Total |
| | Managing Director | Managing Director | Managing Director | Managing Director | Executive Director | Executive Director | |
| **By Month** | | | | | | | |
| February 2023 | 34.0 hour(s) | 9.0 hour(s) | 65.0 hour(s) | 11.5 hour(s) | 25.5 hour(s) | 14.5 hour(s) | 159.5 hour(s) |
| **Total** | **34.0 hour(s)** | **9.0 hour(s)** | **65.0 hour(s)** | **11.5 hour(s)** | **25.5 hour(s)** | **14.5 hour(s)** | **159.5 hour(s)** |

| | Hours Summary - February | | | | | |
|---|---|---|---|---|---|---|
| | Kenneth Fujita | Brendon Barnwell | Christopher Morris | Jonathan Rotbard | Erik Asplund | Total |
| | Vice President | Vice President | Associate | Analyst | Analyst | |
| **By Month** | | | | | | |
| February 2023 | 13.0 hour(s) | 22.5 hour(s) | 33.0 hour(s) | 17.0 hour(s) | 66.0 hour(s) | 151.5 hour(s) |
| **Total** | **13.0 hour(s)** | **22.5 hour(s)** | **33.0 hour(s)** | **17.0 hour(s)** | **66.0 hour(s)** | **151.5 hour(s)** |

## SUMMARY OF EXPENSES DURING COMPENSATION PERIOD OF
## FEBRUARY 1, 2023 THROUGH AND INCLUDING FEBRUARY 28, 2023

| February | |
|---|---|
| Category | Amount |
| Travel | $0.00 |
| Overtime Meals | 0.00 |
| Phone Bills | 0.00 |
| Presentations | 0.00 |
| Legal Fees | 8,555.00 |
| Taxi | 317.13 |
| Auction-Related Expenses | 0.00 |
| Client Meals | 0.00 |
| Info Services | 0.00 |
| **Total Expenses** | **$8,872.13** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**EIGHTH MONTHLY
APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTORS
FROM FEBRUARY 1, 2023 THROUGH AND INCLUDING FEBRUARY 28, 2023**

Pursuant to sections 328 and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [D.I. 236] (the "**Interim Compensation Order**"), Moelis & Company LLC ("**Moelis**"), the retained investment banker to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), hereby submits this eighth monthly application (this "**Application**") for the allowance of compensation for professional services performed by Moelis for the period from February 1, 2023 through and including February 28, 2023 (the "**Compensation Period**"), and reimbursement of its actual and necessary expenses incurred during the Compensation Period. By this Application,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

1

Moelis seeks (a) payment for compensation for services rendered in the amount of $160,000, which is 80 percent of the $200,000 in fees for which it seeks interim allowance for the Compensation Period, and (b) reimbursement of actual and necessary expenses in the amount of $8,872.13 incurred during the Compensation Period. In support of this Application, Moelis respectfully represents as follows:

## **Background**

1.  On July 5, 2022 (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 19, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the official committee of unsecured creditors (the "**Committee**") pursuant to section 1102 of the Bankruptcy Code. [D.I. 102]. No trustee or examiner has been appointed in these Chapter 11 Cases.

2.  Additional factual background and information regarding the Debtors, including their business operations, their corporate and capital structure, their restructuring activities, and the events leading to the commencement of these Chapter 11 Cases, is set forth in detail in the *Declaration of Stephen Ehrlich, Chief Executive Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* [D.I. 15].

3.  On August 16, 2022, the Court entered an order authorizing the Debtors to retain Moelis as their investment banker, effective as of the Petition Date [D.I. 299] (the "**Retention Order**") in accordance with the engagement letter attached thereto (the "**Engagement Letter**"), subject to the modifications stated in the Retention Order.

**COMPENSATION REQUESTED FOR**
**SERVICES RENDERED DURING THE COMPENSATION PERIOD**

4.  Moelis' requested compensation for the Compensation Period includes its Monthly Fee (as defined in the Engagement Letter) for February 2023, net of crediting provided for in the Engagement Letter. As stated in the Engagement Letter, the Monthly Fee is $200,000

5.  During the Compensation Period, Moelis' investment banking professionals rendered approximately 311.0 hours of services to the Debtors, based on the time records those professionals maintained pursuant to the Retention Order. As stated in the Debtors' application to retain Moelis [D.I. 117], (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

6.  Moelis' work on behalf of the Debtors during the Compensation Period involved tasks that are briefly summarized below. This summary is not intended to be a detailed description of the work Moelis has performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis.

    (a) **Meetings and Calls with Management and Creditors**. During the Compensation Period, Moelis participated in calls and meetings with management, the Debtors' other professionals, and creditors and the creditors' advisors. These calls covered various topics, including but not limited to the chapter 11 process, liquidity, financial scenario analysis, crypto market impact on the Debtors' capital structure, the state of business operations and transition strategy. Moelis prepared materials for management and creditors and provided strategic advice regarding these chapter 11 cases. Moelis participated in meetings with the Debtors' management and board of directors and presented materials regarding the Debtors' business plan, financials, the sale process and strategic matters. Moelis also provided updates to the Committee.

    (b) **Rebalancing Exercise Strategy and Execution**. Moelis built and routinely updated a financial model and coordinated with the Debtors and their professionals to develop a strategy to rebalance the Debtor's cryptocurrency portfolio. Moelis scheduled and led calls with potential trading counterparties and negotiated proposals received from counterparties.

(c) **Meetings and Calls with Potential Investors.** Moelis scheduled and led calls with potential investors to provide guidance on the sale process timeline, chapter 11 proceedings, Debtors' business operations, and potential transactions structures. Moelis coordinated presentations between potential investors, Debtors and their professionals. Moelis also coordinated responses to diligence questions between potential investors and the Debtors.

(d) **Counterparty Due Diligence.** Moelis worked with the Debtors' and UCC's advisors to conduct significant due diligence into a potential counterparty. This analysis included both virtual and in-person discussions on historical trading activity, updates on regulatory discussions, financial due diligence, etc. with the potential counterparty.

(e) **Preparation/Review of Various Analyses and Documents.** Moelis reviewed various iterations of the Debtors' short- and medium-term business plan, operating plans, forecasted operating model, financial statements and financial projections prepared by the Debtors and their professionals. Moelis conducted due diligence on the Debtors' business operations, financial condition and proposed financial projections and forecasted operating model and attended due diligence meetings with the Debtors, the Debtors' advisors and various parties-in-interest. Moelis also assessed the Debtors' current capital structure, including the crypto market's impact on account holders and balance sheet cryptocurrency, as well as liquidity.

(f) **Plan of Reorganization Process.** Moelis worked with the Debtors and their advisors to prepare, analyze, and negotiate FTX transaction alternatives and their corresponding impact on account holder recovery. Moelis facilitated diligence for and helped the Debtors prepare materials for various parties in interest in this process. Moelis helped management to diligence financial models upon which the Debtors could evaluate plan of reorganization alternatives. In support of these efforts, Moelis conducted numerous calls with Debtors' management and their other advisors to refine such analysis.

(g) **Proposal Review**. Moelis reviewed multiple indications of interest pertaining to the Debtors. Moelis provided bid comparison materials to the Unsecured Creditors' Committee advisors and Debtors' other professionals.

(h) **Hearings**. During the Compensation Period, Moelis attended the "Interim Fee" Hearing on February 7, 2023, the "Omnibus" hearing on February 22, 2023 and an additional hearing on February 24, 2023. Moelis also assisted the Debtors and the Debtors' other advisors in preparing for these hearings and reviewing and revising various court filings.

(i) **Administrative Matters.** Moelis conducted investment banking and capital market services, including, but not limited to, services related to these chapter 11 cases generally, retention matters, chapter 11 procedures, and communications, administrative functions, and other matters not falling into any of the service categories listed above.

7. Moelis' time records for the Compensation Period, maintained in accordance with the Retention Order, are annexed hereto as **Exhibit A**. Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rules have been modified such that Moelis' restructuring professionals are required only to keep reasonably detailed time records in half-hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to maintain time records; Moelis' restructuring professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedules of hourly rates.

8. To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rules (as modified by the Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

### REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED DURING THE COMPENSATION PERIOD

9. Expenses incurred by Moelis for the Compensation Period total $8,872.13. A detailed description of the expenses Moelis incurred during the Compensation Period is annexed hereto as **Exhibit B**. The expenses incurred by Moelis during the Compensation Period include attorneys' fees and expenses of its outside legal counsel relating to retention issues and services performed by Moelis, invoices supporting which are included in **Exhibit B**.

10. Moelis has made every reasonable effort to minimize its disbursements in these chapter 11 cases. All of the fees and expenses for which allowance and payment is requested by Moelis in this Application are reasonable and necessary, and Moelis' work was performed for and on behalf of the Debtors during the Compensation Period. In seeking reimbursement of an

expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on such expenditure.

**WHEREFORE,** pursuant to the Interim Compensation Order, Moelis respectfully requests that an allowance be made to Moelis for 100% of its fees of $200,000 and 100% of its expenses of $8,872.13 incurred during the Compensation Period. Moelis also respectfully requests payment by the Debtors of $160,000 representing the sum of 80% of its fees requested herein, plus 100% of the expense reimbursement requested herein.

Dated: March 30, 2023
New York, New York

        **MOELIS & COMPANY LLC**

        By: */s/ Jared Dermont*
        Name:   Jared Dermont
        Title:    Managing Director
                   Moelis & Company LLC
                   *Investment Banker to the Debtors*
                   *and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

**CERTIFICATION OF COMPLIANCE WITH GUIDELINES AND LOCAL RULES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS
IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES**

I, Jared Dermont, certify that:

1. I am a Managing Director and head of the Financial Institutions Group (the "FIG Group") at Moelis & Company LLC ("Moelis"), the investment banker to the Debtors in these chapter 11 cases. This certification is made pursuant to the *United States Trustee's Guidelines for Reviewing applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330* (the "**Guidelines**") in support of Moelis' foregoing eighth monthly fee application (the "**Application**").[2] I am Moelis' Certifying Professional as defined in the Guidelines.

2. I have read the Application and reviewed the requirements of the Local Rules. I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the contrary herein or in the Application or to the extent compliance has been modified or waived by the Retention Order: (a) the Application complies with the Guidelines and the Local Rules; and (b) the fees and disbursements sought by Moelis fall

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

within the Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients (though Moelis normally does not bill its clients by the hour). In seeking reimbursement of an expense, Moelis does not make a profit on that reimbursement.

3.  Pursuant to the Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and Local Rules have been modified such that Moelis' investment banking professionals are required only to keep reasonably detailed time records in half-hour increments, Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to keep time records, Moelis' restructuring professionals are not required to keep time records on a project category basis, and Moelis is not required to provide or conform to any schedules of hourly rates. As stated in the Debtors' application to retain Moelis [D.I. 117], (a) it is not the general practice of investment banking firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

Dated: March 30, 2023  
New York, New York

                                       */s/ Jared Dermont*  
                                       Jared Dermont  
                                       Managing Director  
                                         Moelis & Company LLC

# EXHIBIT A — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD

| Date | Jared Dermont<br>Managing Director | Michael DiYanni<br>Managing Director | Brian Tichenor<br>Managing Director | Barak Klein<br>Managing Director | Michael Mestayer<br>Executive Director | Cullen Murphy<br>Executive Director |
|---|---|---|---|---|---|---|
| | | | February | | | |
| 02/01/23 | 0.5 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 0.5 hour(s) |
| 02/02/23 | 2.5 hour(s) | - | 3.0 hour(s) | - | 1.0 hour(s) | - |
| 02/03/23 | 0.5 hour(s) | 0.5 hour(s) | 2.5 hour(s) | 0.5 hour(s) | 2.5 hour(s) | 0.5 hour(s) |
| 02/04/23 | - | - | 1.0 hour(s) | - | 1.0 hour(s) | - |
| 02/05/23 | - | - | 1.5 hour(s) | - | 1.0 hour(s) | - |
| 02/06/23 | - | - | 0.5 hour(s) | - | 0.5 hour(s) | - |
| 02/07/23 | 3.5 hour(s) | - | 3.5 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 3.5 hour(s) |
| 02/08/23 | 1.5 hour(s) | 1.0 hour(s) | 1.5 hour(s) | 0.5 hour(s) | 1.5 hour(s) | 0.5 hour(s) |
| 02/09/23 | 2.0 hour(s) | - | 3.5 hour(s) | - | 2.5 hour(s) | - |
| 02/10/23 | 1.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| 02/11/23 | - | - | - | - | - | - |
| 02/12/23 | - | - | 1.0 hour(s) | - | 2.0 hour(s) | - |
| 02/13/23 | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 1.0 hour(s) |
| 02/14/23 | 0.5 hour(s) | - | 1.0 hour(s) | - | 0.5 hour(s) | - |
| 02/15/23 | 1.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 0.5 hour(s) |
| 02/16/23 | 2.5 hour(s) | 0.5 hour(s) | 5.0 hour(s) | 0.5 hour(s) | 2.5 hour(s) | 0.5 hour(s) |
| 02/17/23 | 1.0 hour(s) | 0.5 hour(s) | 2.5 hour(s) | 0.5 hour(s) | 2.0 hour(s) | 0.5 hour(s) |
| 02/18/23 | - | - | - | - | - | - |
| 02/19/23 | - | - | - | - | - | - |
| 02/20/23 | - | - | - | - | - | - |
| 02/21/23 | 4.0 hour(s) | 0.5 hour(s) | 6.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.5 hour(s) |
| 02/22/23 | 1.5 hour(s) | 1.0 hour(s) | 2.5 hour(s) | 1.0 hour(s) | 2.0 hour(s) | 1.0 hour(s) |
| 02/23/23 | 1.5 hour(s) | - | 1.5 hour(s) | - | - | - |
| 02/24/23 | 4.0 hour(s) | 2.0 hour(s) | 7.5 hour(s) | 1.0 hour(s) | - | 1.0 hour(s) |
| 02/25/23 | - | - | 2.0 hour(s) | - | - | - |
| 02/26/23 | 1.5 hour(s) | - | 4.5 hour(s) | 0.5 hour(s) | - | 1.0 hour(s) |
| 02/27/23 | 0.5 hour(s) | 0.5 hour(s) | 3.5 hour(s) | - | - | - |
| 02/28/23 | 4.0 hour(s) | 0.5 hour(s) | 7.5 hour(s) | 1.5 hour(s) | - | 1.5 hour(s) |
| **Total** | **34.0 hour(s)** | **9.0 hour(s)** | **65.0 hour(s)** | **11.5 hour(s)** | **25.5 hour(s)** | **14.5 hour(s)** |

| Date | Kenneth Fujita<br>Vice President | Brendon Barnwell<br>Vice President | Christopher Morris<br>Associate | Jonathan Rotbard<br>Analyst | Erik Asplund<br>Analyst |
|---|---|---|---|---|---|
| | | | February | | |
| 02/01/23 | - | 0.5 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 2.0 hour(s) |
| 02/02/23 | - | - | 1.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) |
| 02/03/23 | 0.5 hour(s) | 1.5 hour(s) | 2.0 hour(s) | 0.5 hour(s) | 5.5 hour(s) |
| 02/04/23 | - | - | 0.5 hour(s) | - | 3.0 hour(s) |
| 02/05/23 | - | - | 1.5 hour(s) | - | 5.0 hour(s) |
| 02/06/23 | - | - | 0.5 hour(s) | 0.5 hour(s) | 1.5 hour(s) |
| 02/07/23 | 3.5 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 3.5 hour(s) |
| 02/08/23 | - | 1.0 hour(s) | 2.5 hour(s) | 1.0 hour(s) | 2.0 hour(s) |
| 02/09/23 | - | - | 1.5 hour(s) | 0.5 hour(s) | 3.5 hour(s) |
| 02/10/23 | - | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| 02/11/23 | - | - | - | - | 0.5 hour(s) |
| 02/12/23 | - | - | - | - | 2.0 hour(s) |
| 02/13/23 | - | 2.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 1.0 hour(s) |
| 02/14/23 | - | - | 0.5 hour(s) | 0.5 hour(s) | 1.0 hour(s) |
| 02/15/23 | - | 0.5 hour(s) | 1.5 hour(s) | 1.0 hour(s) | 1.5 hour(s) |
| 02/16/23 | - | 2.0 hour(s) | 2.0 hour(s) | 0.5 hour(s) | 4.5 hour(s) |
| 02/17/23 | - | 0.5 hour(s) | 2.5 hour(s) | 1.0 hour(s) | 4.0 hour(s) |
| 02/18/23 | - | - | - | - | - |
| 02/19/23 | - | - | - | - | - |
| 02/20/23 | - | - | 0.5 hour(s) | - | 0.5 hour(s) |
| 02/21/23 | 1.5 hour(s) | 2.5 hour(s) | 2.5 hour(s) | 1.0 hour(s) | 5.0 hour(s) |
| 02/22/23 | 1.0 hour(s) | 1.0 hour(s) | 1.5 hour(s) | 1.5 hour(s) | 3.5 hour(s) |
| 02/23/23 | - | - | - | - | 1.0 hour(s) |
| 02/24/23 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 3.0 hour(s) | 2.0 hour(s) |
| 02/25/23 | - | - | 1.5 hour(s) | - | 3.0 hour(s) |
| 02/26/23 | 3.0 hour(s) | 2.5 hour(s) | 1.5 hour(s) | - | 2.5 hour(s) |
| 02/27/23 | - | - | 1.0 hour(s) | 0.5 hour(s) | 1.5 hour(s) |
| 02/28/23 | 2.5 hour(s) | 4.0 hour(s) | 3.0 hour(s) | 0.5 hour(s) | 4.5 hour(s) |
| **Total** | **13.0 hour(s)** | **22.5 hour(s)** | **33.0 hour(s)** | **17.0 hour(s)** | **66.0 hour(s)** |

| Professional | Date | Hours | Description | Person |
|---|---|---|---|---|
| Erik Asplund | 2/1/2023 | 0.5 hour(s) | Calls with investors re: additional asset sale | EA |
| Erik Asplund | 2/1/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | EA |
| Erik Asplund | 2/1/2023 | 1.0 hour(s) | General administrative / scheduling functions | EA |
| Jared Dermont | 2/1/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | JD |
| Brendon Barnwell | 2/1/2023 | 0.5 hour(s) | Call with company, company advisors, and UCC advisors re sales process | BB |
| Barak Klein | 2/1/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | BK |
| Michael Mestayer | 2/1/2023 | 0.5 hour(s) | Calls with investors re: additional asset sale | MM |
| Michael Mestayer | 2/1/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | MM |
| Christopher Morris | 2/1/2023 | 0.5 hour(s) | Calls with investors re: additional asset sale | CH |
| Christopher Morris | 2/1/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | CH |
| Cullen Murphy | 2/1/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | CM |
| Brian Tichenor | 2/1/2023 | 0.5 hour(s) | Calls with investors re: additional asset sale | BT |
| Brian Tichenor | 2/1/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | BT |
| Jonathan Rotbard | 2/1/2023 | 0.5 hour(s) | Call with advisors and Voyager re: portfolio sale | JR |
| Jonathan Rotbard | 2/1/2023 | 0.5 hour(s) | Calls with investors re: portfolio sale | JR |
| Michael DiYanni | 2/1/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | MD |
| Erik Asplund | 2/2/2023 | 0.5 hour(s) | Calls with investors re: crypto discussion | EA |
| Erik Asplund | 2/2/2023 | 0.5 hour(s) | Call with BRG and Moelis re: crypto portfolio discussion | EA |
| Jared Dermont | 2/2/2023 | 0.5 hour(s) | Call with BRG and Moelis re: crypto portfolio discussion | JD |
| Jared Dermont | 2/2/2023 | 2.0 hour(s) | Internal meeting re: strategy and rebalancing discussion | JD |
| Michael Mestayer | 2/2/2023 | 0.5 hour(s) | Calls with investors re: crypto discussion | MM |
| Michael Mestayer | 2/2/2023 | 0.5 hour(s) | Call with BRG and Moelis re: crypto portfolio discussion | MM |
| Christopher Morris | 2/2/2023 | 0.5 hour(s) | Calls with investors re: crypto discussion | CH |
| Christopher Morris | 2/2/2023 | 0.5 hour(s) | Call with BRG and Moelis re: crypto portfolio discussion | CH |
| Brian Tichenor | 2/2/2023 | 0.5 hour(s) | Call with BRG and Moelis re: crypto portfolio discussion | BT |
| Brian Tichenor | 2/2/2023 | 0.5 hour(s) | Calls with investors re: crypto discussion | BT |
| Brian Tichenor | 2/2/2023 | 2.0 hour(s) | Internal meeting re: strategy and rebalancing discussion | BT |
| Jonathan Rotbard | 2/2/2023 | 0.5 hour(s) | Call with advisors re: rebalancing | JR |
| Erik Asplund | 2/3/2023 | 5.0 hour(s) | Researched cryptocurrency timeline and built presentation | EA |
| Erik Asplund | 2/3/2023 | 0.5 hour(s) | Internal call re: general process alignment | EA |
| Jared Dermont | 2/3/2023 | 0.5 hour(s) | Internal call re: general process alignment | JD |
| Brendon Barnwell | 2/3/2023 | 1.5 hour(s) | Reviewed process materials; internal discussions re same | BB |
| Barak Klein | 2/3/2023 | 0.5 hour(s) | Internal call re: general process alignment | BK |
| Michael Mestayer | 2/3/2023 | 2.0 hour(s) | Reviewed cryptocurrency timeline materials | MM |
| Michael Mestayer | 2/3/2023 | 0.5 hour(s) | Internal call re: general process alignment | MM |
| Christopher Morris | 2/3/2023 | 1.5 hour(s) | Reviewed and edited cryptocurrency timeline and presentation | CH |
| Christopher Morris | 2/3/2023 | 0.5 hour(s) | Internal call re: general process alignment | CH |
| Cullen Murphy | 2/3/2023 | 0.5 hour(s) | Internal call re: general process alignment | CM |
| Kenneth Fujita | 2/3/2023 | 0.5 hour(s) | Internal call re: general process alignment | KF |
| Brian Tichenor | 2/3/2023 | 0.5 hour(s) | Internal call re: general process alignment | BT |
| Brian Tichenor | 2/3/2023 | 2.0 hour(s) | Reviewed cryptocurrency news timeline | BT |
| Jonathan Rotbard | 2/3/2023 | 0.5 hour(s) | Internal call re: process | JR |
| Michael DiYanni | 2/3/2023 | 0.5 hour(s) | Internal call re: general process alignment | MD |
| Erik Asplund | 2/4/2023 | 2.0 hour(s) | Researched cryptocurrency timeline and built presentation | EA |
| Erik Asplund | 2/4/2023 | 1.0 hour(s) | General administrative / scheduling functions | EA |
| Michael Mestayer | 2/4/2023 | 1.0 hour(s) | Reviewed cryptocurrency timeline materials | MM |
| Christopher Morris | 2/4/2023 | 0.5 hour(s) | General administrative / scheduling functions | CH |
| Brian Tichenor | 2/4/2023 | 1.0 hour(s) | Reviewed cryptocurrency news timeline | BT |
| Erik Asplund | 2/5/2023 | 3.0 hour(s) | Researched cryptocurrency timeline and built presentation | EA |
| Erik Asplund | 2/5/2023 | 2.0 hour(s) | Prepared information for legal filing | EA |
| Michael Mestayer | 2/5/2023 | 1.0 hour(s) | Reviewed cryptocurrency timeline materials | MM |
| Christopher Morris | 2/5/2023 | 0.5 hour(s) | Reviewed and edited cryptocurrency timeline and presentation | CH |
| Christopher Morris | 2/5/2023 | 1.0 hour(s) | Prepared information for legal filing | CH |
| Brian Tichenor | 2/5/2023 | 1.5 hour(s) | Reviewed cryptocurrency news timeline | BT |
| Erik Asplund | 2/6/2023 | 0.5 hour(s) | Calls with investors re: additional asset sale | EA |
| Erik Asplund | 2/6/2023 | 1.0 hour(s) | General administrative / scheduling functions | EA |
| Michael Mestayer | 2/6/2023 | 0.5 hour(s) | Calls with investors re: additional asset sale | MM |
| Christopher Morris | 2/6/2023 | 0.5 hour(s) | Calls with investors re: additional asset sale | CH |
| Brian Tichenor | 2/6/2023 | 0.5 hour(s) | Calls with investors re: additional asset sale | BT |
| Jonathan Rotbard | 2/6/2023 | 0.5 hour(s) | Calls with investors re: portfolio sale | JR |
| Erik Asplund | 2/7/2023 | 2.0 hour(s) | Court hearing re: interim fee hearing | EA |
| Erik Asplund | 2/7/2023 | 0.5 hour(s) | Coordinated with billing team on interim fee approval | EA |
| Erik Asplund | 2/7/2023 | 1.0 hour(s) | General administrative / scheduling functions | EA |
| Jared Dermont | 2/7/2023 | 2.0 hour(s) | Court hearing re: interim fee hearing | JD |
| Jared Dermont | 2/7/2023 | 1.5 hour(s) | Internal meeting re: strategy and rebalancing discussion | JD |
| Brendon Barnwell | 2/7/2023 | 2.0 hour(s) | Attended court hearing | BB |
| Barak Klein | 2/7/2023 | 2.0 hour(s) | Court hearing re: interim fee hearing | BK |
| Michael Mestayer | 2/7/2023 | 2.0 hour(s) | Court hearing re: interim fee hearing | MM |
| Christopher Morris | 2/7/2023 | 2.0 hour(s) | Court hearing re: interim fee hearing | CH |
| Cullen Murphy | 2/7/2023 | 2.5 hour(s) | Court hearing re: interim fee hearing ; internal analysis | CM |
| Cullen Murphy | 2/7/2023 | 1.0 hour(s) | Review of documents | CM |
| Kenneth Fujita | 2/7/2023 | 2.5 hour(s) | Court hearing re: interim fee hearing ; internal analysis | KF |
| Kenneth Fujita | 2/7/2023 | 1.0 hour(s) | Review of documents | KF |
| Brian Tichenor | 2/7/2023 | 2.0 hour(s) | Court hearing re: interim fee hearing | BT |
| Brian Tichenor | 2/7/2023 | 1.5 hour(s) | Internal meeting re: strategy and rebalancing discussion | BT |
| Jonathan Rotbard | 2/7/2023 | 2.0 hour(s) | Court hearing | JR |
| Erik Asplund | 2/8/2023 | 0.5 hour(s) | Call with BRG and Moelis re: financial analysis discussion | EA |

2

| Name | Date | Hours | Description | Initials |
|---|---|---|---|---|
| Erik Asplund | 2/8/2023 | 0.5 hour(s) | Call with advisors and potential bidder re: transaction logistics | EA |
| Erik Asplund | 2/8/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | EA |
| Erik Asplund | 2/8/2023 | 0.5 hour(s) | General administrative / scheduling functions | EA |
| Jared Dermont | 2/8/2023 | 0.5 hour(s) | Call with advisors and potential bidder re: transaction logistics | JD |
| Jared Dermont | 2/8/2023 | 0.5 hour(s) | Call with BRG and Moelis re: financial analysis and rebalancing discussion | JD |
| Jared Dermont | 2/8/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | JD |
| Brendon Barnwell | 2/8/2023 | 1.0 hour(s) | Call with company advisors and potential bidding re transaction process / logistics | BB |
| Barak Klein | 2/8/2023 | 0.5 hour(s) | Call with advisors and potential bidder re: transaction logistics | BK |
| Michael Mestayer | 2/8/2023 | 0.5 hour(s) | Call with BRG and Moelis re: financial analysis discussion | MM |
| Michael Mestayer | 2/8/2023 | 0.5 hour(s) | Call with advisors and potential bidder: transaction logistics | MM |
| Michael Mestayer | 2/8/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | MM |
| Christopher Morris | 2/8/2023 | 0.5 hour(s) | Call with BRG and Moelis re: financial analysis discussion | CH |
| Christopher Morris | 2/8/2023 | 0.5 hour(s) | Call with advisors and potential bidder re: transaction logistics | CH |
| Christopher Morris | 2/8/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | CH |
| Christopher Morris | 2/8/2023 | 1.0 hour(s) | General administrative / scheduling functions | CH |
| Cullen Murphy | 2/8/2023 | 0.5 hour(s) | Call with advisors and potential bidder re: transaction logistics | CM |
| Brian Tichenor | 2/8/2023 | 0.5 hour(s) | Call with advisors and potential bidder re: transaction logistics | BT |
| Brian Tichenor | 2/8/2023 | 0.5 hour(s) | Call with BRG and Moelis re: financial analysis and rebalancing discussion | BT |
| Brian Tichenor | 2/8/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | BT |
| Jonathan Rotbard | 2/8/2023 | 0.5 hour(s) | Call with advisors and potential buyer re: process | JR |
| Jonathan Rotbard | 2/8/2023 | 0.5 hour(s) | Call with advisors re: process | JR |
| Michael DiYanni | 2/8/2023 | 0.5 hour(s) | Call with advisors and potential bidder re: transaction logistics | MD |
| Michael DiYanni | 2/8/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | MD |
| Erik Asplund | 2/9/2023 | 0.5 hour(s) | Meeting with Moelis and a potential bidder re: transaction logistics | EA |
| Erik Asplund | 2/9/2023 | 3.0 hour(s) | Worked on process letter for the transaction | EA |
| Jared Dermont | 2/9/2023 | 1.5 hour(s) | Internal meeting re: strategy and rebalancing discussion | JD |
| Jared Dermont | 2/9/2023 | 0.5 hour(s) | Meeting with Moelis and a potential bidder re: transaction logistics | JD |
| Michael Mestayer | 2/9/2023 | 0.5 hour(s) | Meeting with Moelis and a potential bidder: transaction logistics | MM |
| Michael Mestayer | 2/9/2023 | 2.0 hour(s) | Reviewed process letter for the transaction | MM |
| Christopher Morris | 2/9/2023 | 0.5 hour(s) | Meeting with Moelis and a potential bidder re: transaction logistics | CH |
| Christopher Morris | 2/9/2023 | 1.0 hour(s) | Reviewed and edited process letter for the transaction | CH |
| Brian Tichenor | 2/9/2023 | 1.5 hour(s) | Internal meeting re: strategy and rebalancing discussion | BT |
| Brian Tichenor | 2/9/2023 | 0.5 hour(s) | Meeting with Moelis and a potential bidder: transaction logistics | BT |
| Brian Tichenor | 2/9/2023 | 1.5 hour(s) | Reviewed process letter | BT |
| Jonathan Rotbard | 2/9/2023 | 0.5 hour(s) | Call with potential buyer re: process | JR |
| Erik Asplund | 2/10/2023 | 1.0 hour(s) | Meeting with the UCC, Voyager, BRG, Kirkland & Ellis and potential bidder re: proposal | EA |
| Jared Dermont | 2/10/2023 | 1.0 hour(s) | Meeting with the UCC, Voyager, BRG, Kirkland & Ellis and potential bidder re: proposal | JD |
| Brendon Barnwell | 2/10/2023 | 1.0 hour(s) | Call with company, company advisors, UCC advisors, and potential bidder re proposal | BB |
| Barak Klein | 2/10/2023 | 1.0 hour(s) | Meeting with the UCC, Voyager, BRG, Kirkland & Ellis and potential bidder re: proposal | BK |
| Michael Mestayer | 2/10/2023 | 1.0 hour(s) | Meeting with the UCC, Voyager, BRG, Kirkland & Ellis and potential bidder re: proposal | MM |
| Christopher Morris | 2/10/2023 | 1.0 hour(s) | Meeting with the UCC, Voyager, BRG, Kirkland & Ellis and potential bidder re: proposal | CH |
| Cullen Murphy | 2/10/2023 | 1.0 hour(s) | Meeting with the UCC, Voyager, BRG, Kirkland & Ellis and potential bidder re: proposal | CM |
| Brian Tichenor | 2/10/2023 | 1.0 hour(s) | Meeting with the UCC, Voyager, BRG, Kirkland & Ellis and potential bidder re: proposal | BT |
| Jonathan Rotbard | 2/10/2023 | 1.0 hour(s) | Call with advisors and potential buyer re: proposal | JR |
| Michael DiYanni | 2/10/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, Kirkland & Ellis and potential bidder re: proposal | MD |
| Erik Asplund | 2/11/2023 | 0.5 hour(s) | General administrative / scheduling functions | EA |
| Erik Asplund | 2/12/2023 | 2.0 hour(s) | Worked on materials for potential bidder outreach | EA |
| Michael Mestayer | 2/12/2023 | 2.0 hour(s) | Worked on materials for potential bidder outreach | MM |
| Brian Tichenor | 2/12/2023 | 1.0 hour(s) | Reviewed materials for potential bidder outreach | BT |
| Erik Asplund | 2/13/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis discussion | EA |
| Erik Asplund | 2/13/2023 | 0.5 hour(s) | General administrative / scheduling functions | EA |
| Jared Dermont | 2/13/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis and rebalancing discussion | JD |
| Brendon Barnwell | 2/13/2023 | 2.5 hour(s) | Review and analysis re rebalancing; calls with company, company advisors and UCC advisors re same | BB |
| Barak Klein | 2/13/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis and rebalancing discussion | BK |
| Michael Mestayer | 2/13/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis discussion | MM |
| Christopher Morris | 2/13/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis discussion | CH |
| Cullen Murphy | 2/13/2023 | 1.0 hour(s) | Prep for and Meeting with UCC, BRG and Moelis re: financial analysis and rebalancing discuss | CM |
| Brian Tichenor | 2/13/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis discussion | BT |
| Jonathan Rotbard | 2/13/2023 | 0.5 hour(s) | Call with advisors re: financial analysis | JR |
| Michael DiYanni | 2/13/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis and rebalancing discussion | MD |
| Erik Asplund | 2/14/2023 | 0.5 hour(s) | Discussion with Moelis and a potential bidder re: financial analysis discussion | EA |
| Erik Asplund | 2/14/2023 | 0.5 hour(s) | Developed crypto news analysis | EA |
| Jared Dermont | 2/14/2023 | 0.5 hour(s) | Discussion with Moelis and a potential bidder re: financial analysis and rebalancing | JD |
| Michael Mestayer | 2/14/2023 | 0.5 hour(s) | Discussion with Moelis and a potential bidder re: financial analysis discussion | MM |
| Christopher Morris | 2/14/2023 | 0.5 hour(s) | Discussion with Moelis and a potential bidder re: financial analysis discussion | CH |
| Brian Tichenor | 2/14/2023 | 0.5 hour(s) | Discussion with Moelis and a potential bidder re: financial analysis and rebalancing | BT |
| Brian Tichenor | 2/14/2023 | 0.5 hour(s) | Reviewed crypto news analysis | BT |
| Jonathan Rotbard | 2/14/2023 | 0.5 hour(s) | Call with advisors re: financial analysis | JR |
| Erik Asplund | 2/15/2023 | 0.5 hour(s) | Discussion with Moelis and a potential bidder re: potential investment interest | EA |
| Erik Asplund | 2/15/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | EA |
| Erik Asplund | 2/15/2023 | 0.5 hour(s) | General administrative / scheduling functions | EA |
| Jared Dermont | 2/15/2023 | 0.5 hour(s) | Discussion with Moelis and a potential bidder re: potential investment interest | JD |
| Jared Dermont | 2/15/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | JD |
| Brendon Barnwell | 2/15/2023 | 0.5 hour(s) | Call with company, company advisors, and UCC advisors re sales process | BB |
| Barak Klein | 2/15/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | BK |
| Michael Mestayer | 2/15/2023 | 0.5 hour(s) | Discussion with Moelis and a potential bidder re: potential investment interest | MM |
| Michael Mestayer | 2/15/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | MM |
| Christopher Morris | 2/15/2023 | 0.5 hour(s) | Discussion with Moelis and a potential bidder re: potential investment interest | CH |

3

| Name | Date | Hours | Description | Initials |
|---|---|---|---|---|
| Christopher Morris | 2/15/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | CH |
| Christopher Morris | 2/15/2023 | 0.5 hour(s) | General administrative / scheduling functions | CH |
| Cullen Murphy | 2/15/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | CM |
| Brian Tichenor | 2/15/2023 | 0.5 hour(s) | Discussion with Moelis and a potential bidder re: potential investment interest | BT |
| Brian Tichenor | 2/15/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | BT |
| Jonathan Rotbard | 2/15/2023 | 0.5 hour(s) | Call with advisors and Voyager re: financial analysis | JR |
| Jonathan Rotbard | 2/15/2023 | 0.5 hour(s) | Call with potential buyer re: portfolio sale | JR |
| Michael DiYanni | 2/15/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | MD |
| Erik Asplund | 2/16/2023 | 4.0 hour(s) | Developed financial analysis materials | EA |
| Erik Asplund | 2/16/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis discussion | EA |
| Jared Dermont | 2/16/2023 | 2.0 hour(s) | Internal meeting re: strategy and rebalancing discussion | JD |
| Jared Dermont | 2/16/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis and rebalancing discussion | JD |
| Brendon Barnwell | 2/16/2023 | 2.0 hour(s) | Review and analysis re rebalancing; calls with company, company advisors and UCC advisors re same | BB |
| Barak Klein | 2/16/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis and rebalancing discussion | BK |
| Michael Mestayer | 2/16/2023 | 2.0 hour(s) | Reviewed financial analysis materials | MM |
| Michael Mestayer | 2/16/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis discussion | MM |
| Christopher Morris | 2/16/2023 | 1.5 hour(s) | Reviewed financial analysis materials | CH |
| Christopher Morris | 2/16/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis discussion | CH |
| Cullen Murphy | 2/16/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis and rebalancing discussion | CM |
| Brian Tichenor | 2/16/2023 | 2.0 hour(s) | Internal meeting re: strategy and rebalancing discussion | BT |
| Brian Tichenor | 2/16/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis and rebalancing discussion | BT |
| Brian Tichenor | 2/16/2023 | 2.5 hour(s) | Reviewed financial analysis materials | BT |
| Jonathan Rotbard | 2/16/2023 | 0.5 hour(s) | Call with advisors re: financial analysis | JR |
| Michael DiYanni | 2/16/2023 | 0.5 hour(s) | Meeting with UCC, BRG and Moelis re: financial analysis and rebalancing discussion | MD |
| Erik Asplund | 2/17/2023 | 0.5 hour(s) | Discussion with K&E, BRG and Moelis re: crypto news developments | EA |
| Erik Asplund | 2/17/2023 | 0.5 hour(s) | Internal Moelis discussion re: analysis on a potential bidder | EA |
| Erik Asplund | 2/17/2023 | 3.0 hour(s) | Developed analysis on a potential bidder | EA |
| Jared Dermont | 2/17/2023 | 0.5 hour(s) | Discussion with K&E, BRG and Moelis re: crypto news developments | JD |
| Jared Dermont | 2/17/2023 | 0.5 hour(s) | Internal Moelis discussion re: analysis on a potential bidder | JD |
| Brendon Barnwell | 2/17/2023 | 0.5 hour(s) | Call with company advisors re crypto news / market updates | BB |
| Barak Klein | 2/17/2023 | 0.5 hour(s) | Discussion with K&E, BRG and Moelis re: crypto news developments | BK |
| Michael Mestayer | 2/17/2023 | 0.5 hour(s) | Discussion with K&E, BRG and Moelis re: crypto news developments | MM |
| Michael Mestayer | 2/17/2023 | 0.5 hour(s) | Internal Moelis discussion re: analysis on a potential bidder | MM |
| Michael Mestayer | 2/17/2023 | 1.0 hour(s) | Reviewed analysis on a potential bidder | MM |
| Christopher Morris | 2/17/2023 | 0.5 hour(s) | Discussion with K&E, BRG and Moelis re: crypto news developments | CH |
| Christopher Morris | 2/17/2023 | 2.0 hour(s) | Developed analysis on a potential bidder | CH |
| Cullen Murphy | 2/17/2023 | 0.5 hour(s) | Discussion with K&E, BRG and Moelis re: crypto news developments | CM |
| Brian Tichenor | 2/17/2023 | 0.5 hour(s) | Discussion with K&E, BRG and Moelis re: crypto news developments | BT |
| Brian Tichenor | 2/17/2023 | 0.5 hour(s) | Internal Moelis discussion re: analysis on a potential bidder | BT |
| Brian Tichenor | 2/17/2023 | 1.5 hour(s) | Reviewed analysis on a potential bidder | BT |
| Jonathan Rotbard | 2/17/2023 | 0.5 hour(s) | Internal call re: bidder analysis | JR |
| Jonathan Rotbard | 2/17/2023 | 0.5 hour(s) | Call with advisors re: news | JR |
| Michael DiYanni | 2/17/2023 | 0.5 hour(s) | Discussion with K&E, BRG and Moelis re: crypto news developments | MD |
| Erik Asplund | 2/20/2023 | 0.5 hour(s) | General administrative / scheduling functions | EA |
| Christopher Morris | 2/20/2023 | 0.5 hour(s) | General administrative / scheduling functions | CH |
| Erik Asplund | 2/21/2023 | 0.5 hour(s) | Internal Moelis discussion re: asset sale process | EA |
| Erik Asplund | 2/21/2023 | 4.0 hour(s) | Prepared information for legal filing | EA |
| Erik Asplund | 2/21/2023 | 0.5 hour(s) | Meeting with BRG and Moelis re: rebalancing process discussion | EA |
| Jared Dermont | 2/21/2023 | 2.0 hour(s) | Internal meeting re: strategy and rebalancing discussion | JD |
| Jared Dermont | 2/21/2023 | 0.5 hour(s) | Internal Moelis discussion re: asset sale process | JD |
| Jared Dermont | 2/21/2023 | 0.5 hour(s) | Meeting with BRG and Moelis re: rebalancing process discussion | JD |
| Jared Dermont | 2/21/2023 | 1.0 hour(s) | Reviewed information for legal filing | JD |
| Brendon Barnwell | 2/21/2023 | 2.5 hour(s) | Reviewed draft filings | BB |
| Barak Klein | 2/21/2023 | 1.0 hour(s) | Reviewed information for legal filing | BK |
| Michael Mestayer | 2/21/2023 | 0.5 hour(s) | Internal Moelis discussion re: asset sale process | MM |
| Michael Mestayer | 2/21/2023 | 0.5 hour(s) | Meeting with BRG and Moelis re: rebalancing process discussion | MM |
| Christopher Morris | 2/21/2023 | 0.5 hour(s) | Internal Moelis discussion re: asset sale process | CH |
| Christopher Morris | 2/21/2023 | 1.5 hour(s) | Prepared information for legal filing | CH |
| Christopher Morris | 2/21/2023 | 0.5 hour(s) | Meeting with BRG and Moelis re: rebalancing process discussion | CH |
| Cullen Murphy | 2/21/2023 | 1.5 hour(s) | Reviewed information for legal filing | CM |
| Kenneth Fujita | 2/21/2023 | 1.5 hour(s) | Reviewed information for legal filing | KF |
| Brian Tichenor | 2/21/2023 | 2.0 hour(s) | Internal meeting re: strategy and rebalancing discussion | BT |
| Brian Tichenor | 2/21/2023 | 0.5 hour(s) | Internal Moelis discussion re: asset sale process | BT |
| Brian Tichenor | 2/21/2023 | 0.5 hour(s) | Meeting with BRG and Moelis re: rebalancing process discussion | BT |
| Brian Tichenor | 2/21/2023 | 3.0 hour(s) | Reviewed information for legal filing | BT |
| Jonathan Rotbard | 2/21/2023 | 0.5 hour(s) | Call with advisors re: rebalancing | JR |
| Jonathan Rotbard | 2/21/2023 | 0.5 hour(s) | Internal call re: process | JR |
| Michael DiYanni | 2/21/2023 | 0.5 hour(s) | Meeting with BRG and Moelis re: rebalancing process discussion | MD |
| Erik Asplund | 2/22/2023 | 1.0 hour(s) | Omnibus hearing | EA |
| Erik Asplund | 2/22/2023 | 2.0 hour(s) | Responded to diligence requests re: asset sale | EA |
| Erik Asplund | 2/22/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | EA |
| Jared Dermont | 2/22/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | JD |
| Jared Dermont | 2/22/2023 | 1.0 hour(s) | Omnibus hearing | JD |
| Brendon Barnwell | 2/22/2023 | 1.0 hour(s) | Omnibus hearing | BB |
| Barak Klein | 2/22/2023 | 1.0 hour(s) | Omnibus hearing | BK |
| Michael Mestayer | 2/22/2023 | 1.0 hour(s) | Omnibus hearing | MM |
| Michael Mestayer | 2/22/2023 | 0.5 hour(s) | Responded to diligence requests re: asset sale | MM |

4

| Name | Date | Hours | Description | Initials |
|---|---|---|---|---|
| Michael Mestayer | 2/22/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | MM |
| Christopher Morris | 2/22/2023 | 1.0 hour(s) | Omnibus hearing | CH |
| Christopher Morris | 2/22/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | CH |
| Cullen Murphy | 2/22/2023 | 1.0 hour(s) | Omnibus hearing | CM |
| Kenneth Fujita | 2/22/2023 | 1.0 hour(s) | Omnibus hearing | KF |
| Brian Tichenor | 2/22/2023 | 0.5 hour(s) | Meeting with the UCC, Voyager, BRG, and Kirkland & Ellis re: sale process | BT |
| Brian Tichenor | 2/22/2023 | 1.0 hour(s) | Omnibus hearing | BT |
| Brian Tichenor | 2/22/2023 | 1.0 hour(s) | Responded to diligence requests re: asset sale | BT |
| Jonathan Rotbard | 2/22/2023 | 0.5 hour(s) | Call with advisors and Voyager re: process | JR |
| Jonathan Rotbard | 2/22/2023 | 1.0 hour(s) | Court hearing | JR |
| Michael DiYanni | 2/22/2023 | 1.0 hour(s) | Omnibus hearing | MD |
| Erik Asplund | 2/23/2023 | 1.0 hour(s) | General administrative / scheduling functions | EA |
| Jared Dermont | 2/23/2023 | 1.5 hour(s) | Internal meeting re: strategy and rebalancing discussion | JD |
| Brian Tichenor | 2/23/2023 | 1.5 hour(s) | Internal meeting re: strategy and rebalancing discussion | BT |
| Erik Asplund | 2/24/2023 | 0.5 hour(s) | First portion of court hearing | EA |
| Erik Asplund | 2/24/2023 | 1.0 hour(s) | Meeting with a prospective bidder re: reverse diligence discussion | EA |
| Erik Asplund | 2/24/2023 | 0.5 hour(s) | Responded to diligence requests re: asset sale | EA |
| Jared Dermont | 2/24/2023 | 1.0 hour(s) | Court hearing | JD |
| Jared Dermont | 2/24/2023 | 2.0 hour(s) | Internal meeting re: strategy and rebalancing discussion | JD |
| Jared Dermont | 2/24/2023 | 1.0 hour(s) | Meeting with a prospective bidder re: reverse diligence discussion | JD |
| Brendon Barnwell | 2/24/2023 | 1.0 hour(s) | Court hearing | BB |
| Barak Klein | 2/24/2023 | 1.0 hour(s) | Court hearing | BK |
| Christopher Morris | 2/24/2023 | 1.0 hour(s) | Meeting with a prospective bidder re: reverse diligence discussion | CH |
| Cullen Murphy | 2/24/2023 | 1.0 hour(s) | Court hearing | CM |
| Kenneth Fujita | 2/24/2023 | 1.0 hour(s) | Court hearing | KF |
| Brian Tichenor | 2/24/2023 | 3.0 hour(s) | Conducted research ahead of reverse due diligence discussion | BT |
| Brian Tichenor | 2/24/2023 | 1.0 hour(s) | Court hearing | BT |
| Brian Tichenor | 2/24/2023 | 2.0 hour(s) | Internal meeting re: strategy and rebalancing discussion | BT |
| Brian Tichenor | 2/24/2023 | 1.0 hour(s) | Meeting with a prospective bidder re: reverse diligence discussion | BT |
| Brian Tichenor | 2/24/2023 | 0.5 hour(s) | Responded to diligence requests re: asset sale | BT |
| Jonathan Rotbard | 2/24/2023 | 1.0 hour(s) | Call with potential buyer re: diligence | JR |
| Jonathan Rotbard | 2/24/2023 | 2.0 hour(s) | Court hearing | JR |
| Michael DiYanni | 2/24/2023 | 1.0 hour(s) | Court hearing | MD |
| Michael DiYanni | 2/24/2023 | 1.0 hour(s) | Meeting with a prospective bidder re: reverse diligence discussion | MD |
| Erik Asplund | 2/25/2023 | 3.0 hour(s) | Created a summary of legal filings | EA |
| Christopher Morris | 2/25/2023 | 1.5 hour(s) | Created a summary of legal filings | CH |
| Brian Tichenor | 2/25/2023 | 2.0 hour(s) | Reviewed summary of legal filings | BT |
| Erik Asplund | 2/26/2023 | 2.5 hour(s) | Provided information for legal filing | EA |
| Jared Dermont | 2/26/2023 | 1.5 hour(s) | Reviewed summary of legal filings | JD |
| Brendon Barnwell | 2/26/2023 | 2.5 hour(s) | Reviewed legal filings | BB |
| Barak Klein | 2/26/2023 | 0.5 hour(s) | Reviewed summary of legal filings | BK |
| Christopher Morris | 2/26/2023 | 1.5 hour(s) | Provided information for legal filing | CH |
| Cullen Murphy | 2/26/2023 | 1.0 hour(s) | Reviewed summary of legal filings | CM |
| Kenneth Fujita | 2/26/2023 | 3.0 hour(s) | Reviewed summary of legal filings | KF |
| Brian Tichenor | 2/26/2023 | 3.0 hour(s) | Preparation ahead of confirmation hearing | BT |
| Brian Tichenor | 2/26/2023 | 1.5 hour(s) | Reviewed summary of legal filings | BT |
| Erik Asplund | 2/27/2023 | 1.0 hour(s) | General administrative / scheduling functions | EA |
| Erik Asplund | 2/27/2023 | 0.5 hour(s) | Meeting with the UCC, BRG, Kirkland and Moelis re: reverse diligence discussion debrief | EA |
| Jared Dermont | 2/27/2023 | 0.5 hour(s) | Meeting with the UCC, BRG, Kirkland and Moelis re: reverse diligence discussion debrief | JD |
| Christopher Morris | 2/27/2023 | 0.5 hour(s) | General administrative / scheduling functions | CH |
| Christopher Morris | 2/27/2023 | 0.5 hour(s) | Meeting with the UCC, BRG, Kirkland and Moelis re: reverse diligence discussion debrief | CH |
| Brian Tichenor | 2/27/2023 | 0.5 hour(s) | Meeting with the UCC, BRG, Kirkland and Moelis re: reverse diligence discussion debrief | BT |
| Brian Tichenor | 2/27/2023 | 3.0 hour(s) | Preparation ahead of confirmation hearing | BT |
| Jonathan Rotbard | 2/27/2023 | 0.5 hour(s) | Call with advisors re: diligence | JR |
| Michael DiYanni | 2/27/2023 | 0.5 hour(s) | Meeting with the UCC, BRG, Kirkland and Moelis re: reverse diligence discussion debrief | MD |
| Erik Asplund | 2/28/2023 | 0.5 hour(s) | Responded to diligence requests re: asset sale | EA |
| Erik Asplund | 2/28/2023 | 0.5 hour(s) | Meeting with a prospective bidder re: reverse diligence discussion | EA |
| Erik Asplund | 2/28/2023 | 0.5 hour(s) | Internal Moelis discussion re: legal filing | EA |
| Erik Asplund | 2/28/2023 | 3.0 hour(s) | Provided information for legal filing | EA |
| Jared Dermont | 2/28/2023 | 2.0 hour(s) | Internal meeting re: strategy and rebalancing discussion | JD |
| Jared Dermont | 2/28/2023 | 0.5 hour(s) | Internal Moelis discussion re: legal filing | JD |
| Jared Dermont | 2/28/2023 | 0.5 hour(s) | Meeting with a prospective bidder re: reverse diligence discussion | JD |
| Jared Dermont | 2/28/2023 | 1.0 hour(s) | Preparation ahead of confirmation hearing | JD |
| Brendon Barnwell | 2/28/2023 | 1.5 hour(s) | Reviewed legal filings; internal discussions re same | BB |
| Brendon Barnwell | 2/28/2023 | 2.5 hour(s) | Prep for confirmation hearing | BB |
| Barak Klein | 2/28/2023 | 0.5 hour(s) | Internal Moelis discussion re: legal filing | BK |
| Barak Klein | 2/28/2023 | 1.0 hour(s) | Preparation ahead of confirmation hearing | BK |
| Christopher Morris | 2/28/2023 | 1.0 hour(s) | Responded to diligence requests re: asset sale | CH |
| Christopher Morris | 2/28/2023 | 0.5 hour(s) | Meeting with a prospective bidder re: reverse diligence discussion | CH |
| Christopher Morris | 2/28/2023 | 0.5 hour(s) | Internal Moelis discussion re: legal filing | CH |
| Christopher Morris | 2/28/2023 | 1.0 hour(s) | Provided information for legal filing | CH |
| Cullen Murphy | 2/28/2023 | 0.5 hour(s) | Internal Moelis discussion re: legal filing | CM |
| Cullen Murphy | 2/28/2023 | 1.0 hour(s) | Preparation ahead of confirmation hearing | CM |
| Kenneth Fujita | 2/28/2023 | 0.5 hour(s) | Internal Moelis discussion re: legal filing | KF |
| Kenneth Fujita | 2/28/2023 | 2.0 hour(s) | Reviewed summary of legal filings | KF |
| Brian Tichenor | 2/28/2023 | 2.0 hour(s) | Internal meeting re: strategy and rebalancing discussion | BT |
| Brian Tichenor | 2/28/2023 | 0.5 hour(s) | Internal Moelis discussion re: legal filing | BT |

| Brian Tichenor | 2/28/2023 | 0.5 hour(s) | Meeting with a prospective bidder re: reverse diligence discussion | BT |
| Brian Tichenor | 2/28/2023 | 3.0 hour(s) | Preparation ahead of confirmation hearing | BT |
| Brian Tichenor | 2/28/2023 | 1.5 hour(s) | Reviewed information for legal filing | BT |
| Jonathan Rotbard | 2/28/2023 | 0.5 hour(s) | Call with potential buyer re: diligence | JR |
| Michael DiYanni | 2/28/2023 | 0.5 hour(s) | Meeting with a prospective bidder re: reverse diligence discussion | MD |

## EXHIBIT B — EXPENSE SUPPLEMENT

| February | |
|---|---|
| Category | Amount |
| Travel | $0.00 |
| Overtime Meals | 0.00 |
| Phone Bills | 0.00 |
| Presentations | 0.00 |
| Legal Fees | 8,555.00 |
| Taxi | 317.13 |
| Auction-Related Expenses | 0.00 |
| Client Meals | 0.00 |
| Info Services | 0.00 |
| **Total Expenses** | **$8,872.13** |