UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: 
In re  :  Chapter 11
: 
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,  :  Case No. 22-10943 (MEW)
: 
Debtors.[1]  :  (Jointly Administered)
: 
------------------------------------------------------------------ X

### ORDER GRANTING REQUEST OF METROPOLITAN COMMERCIAL BANK FOR REIMBURSEMENT OF FEES

Upon the request (the "Request") of Metropolitan Commercial Bank ("MCB") for entry of an order permitting it to apply funds in the Reserve[2] to compensate MCB for the MCB Fees; and the Court having jurisdiction to consider the Request pursuant to 28 U.S.C. §§ 157 and 1334(a) and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, entered February 1, 2012; and consideration of the Request being a core proceeding pursuant to 28 U.S.C. § 157(a); and venue being proper pursuant to 28 U.S.C. § 1409(a); and the Court having authority to enter a final order with respect to the Request consistent with Article III of the United States Constitution; and adequate notice of the Request having been given; and it appearing that no other notice need be given; and upon the record of all proceedings before the Court; and after due deliberation and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. The Request is hereby granted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Capitalized terms not defined herein have the meanings used in the Request.

-2-

2. MCB is hereby authorized to apply funds in the Reserve to compensate MCB for the MCB Fees in the amount of $950,000.00.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
      March 31, 2023

                                                    /s/ **Michael E. Wiles**
                                                    THE HONORABLE MICHAEL E. WILES
                                                    UNITED STATES BANKRUPTCY JUDGE