Kyle Timco
8808 Tamarack Drive
Shelby Township Michigan 48317

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re:
VOYAGER DIGITAL HOLDINGS, INC., et al.,'
Debtors.
Chapter 11
Case No. 22-10943 (MEW)
(Jointly Administered)

CLASS 3 HOLDERS OF ACCOUNT HOLDER CLAIMS

Subpoena for Account access for Kyle Timco or the versions of the name listed below.

Kyle Timco, Kyle Jordan Timco, KYLE TIMCO, or KYLE JORDAN TIMCO. I have requested my claim ID from stretto numerous times and they will not provide to me because. I don't see how I can file a claim if Voyager, or any Variations of the companies spelling, will not provide me with the account information. Stretto/Voyager don't seem to want to help me reset my account information, and I have been trying for months.

I have had my identity stolen, and have lost several accounts in the past few years, I am in the process of getting my credit history repaired, but I am even facing some difficulty with some of the credit bureaus, as well as my phone service provider, as there has been a breach of data within their system. I have been

dealing with several very difficult legal issues, and having my personal data leaked online has not helped any situation that I am facing.

I would ask the court to waive any fees to represent myself as a pro se litigate, but I need to know my account information before I can even decide if I'm going to make a claim. If a inform pauper is is required in order to proceed than I am asking for the fees to be waived as well, and informally, if formal documents are required. The documents that I have received at my home address arrived late or incomplete, either after a hearing or after a ballot took place. I also didn't initiate this claim but I am clearly listed on this case and I need access to the account information. There are certain laws and case law that protect me in several different facets, but the clerk I spoke to warned me to be careful about what I say since this becomes public. I would prefer not to state the specifics since it appears I've already provided information to entities within this case, that I shouldn't have. I ask for whoever reviews to please force voyager to provide my account information so I can see for myself. I'm entitled to that information under foia also, since my name is attached to the account. No documents that I received in the mail show any email account listed, only my first & last name, and address.

I ask for the judge to please keep this information and other information I have submitted minimally public, unless it is in my best interest, or if it is required to participate in the matter. Either way I really can't make a claim if I don't know what I am claiming.

Thank you