Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED[2] AGENDA FOR HEARING TO BE HELD**
**APRIL 5, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | April 5, 2023, at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] **Amended items appear in bold.**

      also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**I.    Matters Going Forward**

    1.    ***Omnibus Account Holder Claims Objection.***  Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims [Docket No. 993].

    Objection Deadline: The objection deadline was February 15, 2023, at 4:00 p.m. (prevailing Eastern Time) for the Voting Objection Order. The objection deadline was March 16, 2023, at 4:00 p.m. (prevailing Eastern Time) for the Merit Objection Order.

    Responses Received:

    A.    Letter to Judge Wiles in re: Objection to Claim filed on October 3, 2022 [Docket No. 1031].

    B.    Motion Seeking the Temporary Allowance of a Claim in the Amount Listed on the Proof of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 1032].

    C.    Motion Seeking the Temporary Allowance of a Claim in the Amount Listed on the Proof of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 1044].

    D.    Creditor Response to Objection: Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims [Docket No. 1062].

    E.    Motion for Production of Documents and Resolution Regarding Creditor's Claim [Docket No. 1083].

    F.    Response of Collin Groebe to Order (I) Approving (A) Omnibus Claims Objection Procedures and Form of Notice, (B) Substantive Claims Objections and (C) Satisfaction Procedures and Form of Notice and (II) Waiving Bankruptcy Rule 3007(e)(6) [Docket No. 1067] [Docket No. 1156].

    G.    Murray Fisch's Response to Objection to Claim Number 5478 [Docket No. 1175].

    H.    Response to Notice of Objection to Claim #19434 [Docket No. 1237].

I. Response to Notice of Objection to Claim #10956 [Docket No. 1238].

J. Response to Creditor Objection to Claim #1148 [Docket No. 1244].

K. Response to Creditor Objection to Claim [Docket No. 1251].

Related Documents:

L. Notice of Filing of Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims [Docket No. 1002].

M. Declaration of Mark A. Renzi in Support of Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims [Docket No. 1038].

N. Notice of Filing of Second Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims [Docket No. 1040].

O. Declaration of Mark A. Renzi in Support of Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims [Docket No. 1079].

P. Order Granting Debtors' Omnibus Objection to the Voting Amount Associated with Certain Disputed Account Holder Claims [Docket No. 1089].

Q. Amended Order Granting Debtors' Omnibus Objection to the Voting Amount Associated with Certain Disputed Account Holder Claims [Docket No. 1107].

R. Amended Affidavit of Service [Docket No. 1201].

S. Amended Affidavit of Service [Docket No. 1202].

T. Amended Affidavit of Service [Docket No. 1203].

U. Amended Affidavit of Service [Docket No. 1204].

V. Amended Supplemental Affidavit of Service [Docket No. 1205].

    W.    Declaration of Mark A. Renzi in Support of Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims [Docket No. 1214].

    X.    Notice of Adjournment of Certain Pleadings [Docket No. 1217].

    Y.    Notice of Filing of Third Amended Schedules Relating to Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims [Docket No 1231].

    Z.    Order Granting Debtors' Omnibus Objection to the Merits of Certain Disputed Account Holder Claims [Docket No. 1249].

    AA.    Declaration of Mark A. Renzi in Support of (A) Debtors' Reply to Motion for Objection to Claim Amount and (B) Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims [Docket No. 1254].

**Status**: This matter is going forward with respect to Docket Nos. 1237, 1238, and 1251. This matter is resolved with respect to the other responses received and related documents.

2. ***FTX Stipulation.*** Debtors' Motion for Entry of an Order Approving the Joint Stipulation by and Among the Debtors, the FTX Debtors, and Their Respective Unsecured Creditor Committees [Docket No. 1106].

Objection Deadline: March 16, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    A.    Objection to Joint Stipulation and Agreed Order Between the Voyager Debtors, The FTX Debtors and Their Respective Official Committees of Unsecured Creditors [Docket No. 1064].

    B.    Objection of the Ad Hoc Group of Equity Holders to Joint Stipulation and Agreed Order Between the Voyager Debtors, the FTX Debtors, and Their Respective Official Committees of Unsecured Creditors [Docket No. 1084].

    C.    Objection of the Ad Hoc Group of Equity Holders to Debtors' Motion for Entry of an Order Approving Joint Stipulation by and Among the Debtors, the FTX Debtors, and Their Respective Unsecured Creditor Committees [Docket No. 1176].

        D.        Debtors' Reply in Support of Debtors' Motion for Entry of an Order Approving the Joint Stipulation by and Among the Debtors, the FTX Debtors, and Their Respective Unsecured Creditor Committees [Docket No. 1253].

        Related Documents:

        E.        (Proposed) Joint Stipulation and Agreed Order Between the Voyager Debtors, the FTX Debtors, and Their Respective Official Committees of Unsecured Creditors [Docket No. 1048].

        F.        Notice of Adjournment of the Debtors' Motion for Entry of an Order Approving the Joint Stipulation by and Among the Debtors, the FTX Debtors, and Their Respective Unsecured Creditor Committees [Docket No. 1199].

        G.       **Notice of Filing of the Revised Order Approving the Joint Stipulation [Docket No. 1258].**

        **Status**  This matter is going forward.

3.        **Pro Se *Creditors' Objection to Claim Amounts.*** Objection to Claim Amounts Filed by Seth Jones, Yousef Qasem, Rawand Salah, and Alah Shehadeh [Docket No. 1177].

        Reply Deadline:  March 21, 2023.

        Responses Received:

        A.        Debtors' Reply to Certain *Pro Se* Creditors' Objection to Claim Amounts [Docket No. 1211].

        Related Documents:  None.

        **Status**: This matter is going forward.

4.        **Pro Se *Creditor's Objection to Claim Amount.*** Motion for Objection to Claim Amount Filed by Alah Shehadeh [Docket No. 1178].

        Reply Deadline:  April 3, 2023.

        Responses Received:

        A.        Debtors' Reply to Motion for Objection to Claim Amount [Docket No. 1255].

        Related Documents:

B.    Declaration of Mark A. Renzi in Support of (A) Debtors' Reply to Motion for Objection to Claim Amount and (B) Debtors' Omnibus Objection to (I) the Voting Amount Associated with Certain Disputed Account Holder Claims and (II) the Merits of Certain Disputed Account Holder Claims [Docket No. 1254].

**Status**: This matter is going forward.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  April 4, 2023<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  jsussberg@kirkland.com<br>  cmarcus@kirkland.com<br>  christine.okike@kirkland.com<br>  allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |