Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 489-7000
Facsimile: (212) 846-4900

*Special Counsel to Debtor Voyager Digital, LLC*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | : | Case No. 22-10943 (MEW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

-------------------------------------------------------------x

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client: | Voyager Digital, LLC |
| Retention Date: | July 13, 2022 |
| Time Period Covered: | February 1, 2023, through February 28, 2023 |
| Total Fees Requested: | $201,883.32 (80% of $252,354.15)[2] |
| Total Expenses Requested: | $804.27 |
| Type of Fee Statement | Monthly Fee Statement |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Quinn Emanuel agreed with Voyager Digital, LLC ("Voyager LLC") to a 10% discount off of its customary fees. The Net Billed Fees reflect the fees actually billed to Voyager LLC after this 10% discount is applied. Accordingly, the total fees requested herein represent 80% of the Net Billed Fees.

**EIGHTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART &
SULLIVAN, LLP FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL
COUNSEL TO VOYAGER DIGITAL LLC DURING THE PERIOD OF
<u>FEBRUARY 1, 2023, THROUGH FEBRUARY 28, 2023</u>**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy</u>

<u>Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "<u>Bankruptcy Rules</u>"),

Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States

Bankruptcy Court for the Southern District of New York (the "<u>Local Rules</u>"), the Amended

Guidelines for Fees and Disbursements for Professionals in the Southern District of New York

Bankruptcy Cases (the "<u>Local Guidelines</u>"), and the *Order (I) Establishing Procedures for

Interim Compensation and Reimbursement of Expenses of Professionals for Retained

Professionals and (II) Granting Related Relief* entered September 4, 2022 (the "<u>Interim

Compensation Order</u>") (ECF. No. 236), Quinn Emanuel Urquhart & Sullivan, LLP ("<u>Quinn

Emanuel</u>"), special counsel to Voyager Digital, LLC ("<u>Voyager LLC</u>"),[3] hereby files its *Eighth

Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of

Expenses Incurred as Special Counsel to Voyager Digital LLC During the Period of February 1,

2023, through February 28, 2023* (the "<u>Eighth Monthly Fee Statement</u>"), for the amount of

$201,883.32, which represents 80% of the net fees incurred by Quinn Emanuel for reasonable

and necessary professional services rendered, and $804.27 for the reimbursement of the actual

and necessary expenses incurred from February 1, 2023 through February 28, 2023 (the "<u>Fee

Period</u>"), for a total of $202,687.59.

---

[3]    This Court approved on August 4, 2022 the retention of Quinn Emanuel as Special Counsel to Voyager LLC
effective July 13, 2022. *See* ECF. No. 242.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Eighth Monthly Fee Statement, Quinn Emanuel has attached the following:

> Exhibit A is a summary schedule of hours and fees covered by this Eighth Monthly Fee Statement, categorized by project code;
>
> Exhibit B is a summary schedule of the time expended by all Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period;
>
> Exhibit C is a summary of expenses incurred by Quinn Emanuel during the Fee Period; and
>
> Exhibit D is a detailed invoice for the hours expended and fees incurred by Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period.

**Representations**

2. Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Eighth Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, Local Guidelines, and the Interim Compensation Order.

**Notice**

3. Notice of this Eighth Monthly Fee Statement has been provide to all necessary parties in accordance with the Interim Compensation Order.

4. Objections to this Eighth Monthly Fee Statement, if any, must be filed by the objection deadline and served upon Quinn Emanuel, 51 Madison Ave., New York, NY 10010, Attn: Susheel Kirpalani, Esq., and Zachary Russell, Esq.; Email:

susheelkirpalani@quinnemanuel.com; zacharyrussell@quinnemanuel.com, no later than Friday April 21, 2023, at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").  Objections to this Eighth Monthly Fee Statement, if any, must set forth the nature of the objection and the specific amount of fees or expenses at issue.

5.      If no objection to this Eighth Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall promptly pay Quinn Emanuel 80% of the fees and 100% of the expenses as identified in this Eighth Monthly Fee Statement.  To the extent that an objection to this Eighth Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall withhold payment of that portion of this Eighth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

WHEREFORE, Quinn Emanuel Urquhart & Sullivan, LLP respectfully requests payment of $201,883.32 which represents 80% of the net fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered during the Fee Period and $804.27 for the reimbursement of the actual and necessary expenses incurred during the Fee Period for a total of $202,687.59.

Respectfully submitted this 6th day of April, 2023.

New York, New York

Quinn Emanuel Urquhart &
    Sullivan, LLP

/s/    *Susheel Kirpalani*

Susheel Kirpalani
Kate Scherling
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

_____

Facsimile:  (212) 849-7100

*Special Counsel to Voyager Digital LLC*

**EXHIBIT A**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES | TOTAL FEES BILLED TO VOYAGER LLC AFTER APPLICATION OF 10% DISCOUNT |
|---|---|---|---|---|
| VO02 | Fee Applications | 12.4 | $14,983.00 | $13,484.70 |
| VO05 | Special Committee Investigation | 185.4 | $265,410.50 | $238,869.45 |
| **TOTAL** | | **197.8** | **$280,393.50** | **$252,354.15** |

**EXHIBIT B**[4]

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| Susheel Kirpalani | Partner | 26 | $2,130.00 | $55,380.00 |
| Katherine A. Scherling | Counsel | 115.1 | $1,350.00 | $155,385.00 |
| Zachary Russell | Associate | 45.8 | $1,270.00 | $58,166.00 |
| Joanna Caytas | Associate | 6.8 | $1,165.00 | $7,922.00 |
| Cameron Kelly | Associate | 3.1 | $1,005.00 | $3,115.50 |
| Daniel Needleman | Attorney | 1 | $425.00 | $425.00 |
| **Total** | | **197.8** | **n/a** | **$280,393.50** |

---

[4]    Each of the dollar amounts in this Exhibit B are prior to the application of the 10% discount referenced in footnote 2 above.

**EXHIBIT C**

| EXPENSE | COST |
|---|---|
|  |  |
| Conference Fee | $140.00 |
| Local Business Travel | $36.97 |
| Document Services | $88.29 |
| RelOne User Fee | $500.00 |
| RelOne Active Hosting (Per GB) (Litigation Support cost) | $39.01 |
| **Total** | **$804.27** |

**<u>EXHIBIT D</u>**

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

March 17, 2023

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000149347
Responsible Attorney: Susheel Kirpalani

<u>Limited Engagement For Voyager Digital, LLC Special Committee</u>

For Professional Services through February 28, 2023 in connection with acting as special counsel to Voyager Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC, comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special Committee's mandate.

| | |
|---|---|
| Fees | $280,393.50 |
| 10% Discount | -$28,039.35 |
| Net Billed Fees | $252,354.15 |
| Expenses | $804.27 |
| Net Amount | $253,158.42 |
| Total Due This Invoice | $253,158.42 |
| Balance Due from Previous Statement(s) | $757,543.06 |
| Total Balance Due | $1,010,701.48 |

**Confidential – May include attorney-client privileged and work-product information**

**quinn emanuel** trial lawyers

March 17, 2023                                                            Matter #: 11603-00001
Page 2                                                          Invoice Number: 101-0000149347

### Statement Detail

#### VO02   Fee Applications

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/23 | KS2 | Review and revise supplemental declaration in support of fee application (.40). | 0.40 | 540.00 |
| 02/01/23 | ZR1 | Review and revise supplemental declaration (.8). | 0.80 | 1,016.00 |
| 02/02/23 | ZR1 | Prepare supplemental declaration (.8). | 0.80 | 1,016.00 |
| 02/03/23 | ZR1 | Review ands revise supplemental declaration (1.2); finalize and file same (.4). | 1.60 | 2,032.00 |
| 02/07/23 | ZR1 | Review pro se objection to fee application (.4); prepare for fee hearing (.7); attend hearing (3). | 4.10 | 5,207.00 |
| 02/09/23 | ZR1 | Prepare budget staffing plan table (1.3). | 1.30 | 1,651.00 |
| 02/10/23 | KS2 | Review proposed budget (.20); correspondence with Z. Russell re: same (.10). | 0.30 | 405.00 |
| 02/10/23 | ZR1 | Prepare fee statement (1.5); review and revise budget table (.3). | 1.80 | 2,286.00 |
| 02/22/23 | DN1 | Draft Fee Statement for fees and expenses in January. | 0.80 | 340.00 |
| 02/23/23 | KS2 | Review and revise Seventh monthly fee statement (.20); correspondence with D. Needleman re: same (.10). | 0.30 | 405.00 |
| 02/24/23 | DN1 | Revise Draft Fee Statement per K. Scherling. | 0.20 | 85.00 |
| | | SUBTOTAL | 12.40 | 14,983.00 |

#### VO05   Special Committee Investigation

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/23 | KS2 | Continue researching and drafting presentation regarding intercompany transfers (1.50); confer with Z. Russell re: same (.20); further revise | 3.90 | 5,265.00 |

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | presentation (1.80); prepare agenda for tomorrow's special committee meeting (.20); call with M. Slade re: pro se creditor letter (.10); email to Special Committee re: meeting tomorrow (.10). | | |
| 02/01/23 | ZR1 | Review and revise intercompany presentation (1.8). | 1.80 | 2,286.00 |
| 02/01/23 | JDC | Legal research re: privilege issue (1.70). | 1.70 | 1,980.50 |
| 02/02/23 | KS2 | Prepare for meeting with Special Committee (1.10); attend Special Committee meeting (0.90); research and draft objection to motion to release Investigation Report (2.90); multiple calls with J. Gleit re intercompany issues (.40); correspondence with BRG re: same (.10). | 5.40 | 7,290.00 |
| 02/02/23 | JDC | Legal research on section 107, attorney-client privilege, and attorney work product (1.9); prepare opposition to motion to unseal (3.2). | 5.10 | 5,941.50 |
| 02/02/23 | ZR1 | Attend special committee call (.8). | 0.80 | 1,016.00 |
| 02/02/23 | SK2 | Attend Special Committee meeting to discuss interco issues and range of possible settlements (1.0). | 1.00 | 2,130.00 |
| 02/03/23 | KS2 | Prepare for call with BRG (.20); call with BRG re: intercompany questions (.30); correspondence with S. Kirpalani and Z. Russell re: potential settlement constructs (.20); correspondence with Special Committee re: same (.50); research and revise objection to motion to release Investigation Report (2.60). | 3.80 | 5,130.00 |
| 02/03/23 | ZR1 | Review and revise unsealing objection (1.6); finalize and file same (.9). | 2.50 | 3,175.00 |
| 02/03/23 | SK2 | Confer w/K. Scherling re client communication for proposed | 0.60 | 1,278.00 |

**quinn emanuel** trial lawyers

March 17, 2023                                    Matter #: 11603-00001
Page 4                                      Invoice Number: 101-0000149347

|            |      |                                                                                                                                                                                                                                                           |      |          |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |      | settlement on interco claims (.4); corresp w/Special Committee re same (.2).                                                                                                                                                                                    |      |          |
| 02/06/23   | KS2  | Call with R. Howell and M. Slade re: confirmation (.30); call with Katten and Arent Fox re: intercompany transfers (1.30); follow-up call with J. Gleit (.10); prepare for hearing tomorrow (3.60); review supplemental creditor filing (.30); further preparation for hearing tomorrow (.30). | 5.90 | 7,965.00 |
| 02/06/23   | ZR1  | Review and revise argument outline (1.2); prepare for hearing (.2); attend call with K&E re interco issues (.4); attend call with Katten re interco issues (.7); legal research on attorney-client privilege exceptions (1.1). | 3.60 | 4,572.00 |
| 02/07/23   | KS2  | Review UCC letter (.20); prepare for hearing (1.70); attend omnibus hearing (3.0); call with J. Gleit re: intercompanies (.10); call with S. Rochester and J. Gleit re: same (.20); follow-up call with J. Gleit (.10); review BRG materials re: cash flows (.30); correspondence with S. Kirpalani re: hearing (.20). | 5.80 | 7,830.00 |
| 02/07/23   | SK2  | Attend hearing before Judge Wiles re fee applications, fee examiner, and pro se motion to unseal Special Committee report (2.5); confer w/K. Scherling re redactions needed for report (.5). | 3.00 | 6,390.00 |
| 02/07/23   | ZR1  | Call with KS re redacting report (.5); apply first draft of redactions (4.4).                                                                                                                                                                                   | 4.90 | 6,223.00 |
| 02/08/23   | KS2  | Call with S. Kirpalani and Z. Russell re: confirmation, investigation report, and intercompany issues (.80); review and revise redactions to Investigation Report (2.30); call with R. Howell re: intercompany issues (.20); call with J. Calandra re: Investigation Report redactions (.40); correspondence with | 5.60 | 7,560.00 |

**quinn emanuel** trial lawyers

March 17, 2023                                                    Matter #: 11603-00001
Page 5                                                    Invoice Number: 101-0000149347

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | S. Kirpalani re: redactions (.20); further analysis of intercompany claims (1.70). |  |  |
| 02/08/23 | SK2 | Corresp w/K. Scherling, Z. Russell re disclosure of Special Committee report (.2); attend meeting w/K. Scherling, Z. Russell re same (.9); corresp w/T. Pohl, J. Frizzley re preparing for confirmation hearing (.2); review letter sent to insurance carriers (.1); review proposed redactions to Special Committee report (1.5); corresp w/Z. Russell and K. Scherling re same (.2). | 3.10 | 6,603.00 |
| 02/08/23 | ZR1 | Review and revise redactions in accordance with comments from KS (4.8); team call re confirmation (0.8); review and revise redactions in accordance with comments from SK (.7). | 6.30 | 8,001.00 |
| 02/09/23 | KS2 | Call with D. Azman re: intercompany issues (.30); call with S. Kirpalani re: Investigation Report redactions (.20); call with J. Gleit re: intercompany settlement (.20); review S. Kirpalani proposed redactions of Investigation Report (1.60); correspondence re: settlement conference tomorrow (.30). | 2.60 | 3,510.00 |
| 02/09/23 | ZR1 | Review and revise redactions to Investigation Report (1.2). | 1.20 | 1,524.00 |
| 02/10/23 | KS2 | Draft proposed order re: disclosure of reports (.80); correspondence with S. Kirpalani re: same (.10); further revisions to draft order (.40); draft email to Special Committee re: potential intercompany settlement authority (.50); call with Katten and Arent Fox re: potential intercompany settlement (.60); follow-up call with S. Kirpalani (.30); follow-up call with Z. Russell (.10); review case cited by Katten during call (.30); research re: recharacterization issues (1.70); | 5.60 | 7,560.00 |

**quinn emanuel** trial lawyers

March 17, 2023                                              Matter #: 11603-00001
Page 6                                              Invoice Number: 101-0000149347

|          |      |                                                                                                                                                                                                                                       |      |          |
|----------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|          |      | correspondence with Z. Russell re: same (.20); draft update email to Special Committee (.60).                                                                                                                                            |      |          |
| 02/10/23 | SK2  | Review and revise draft order re submission of Special Committee report (.3).                                                                                                                                                            | 0.30 | 639.00   |
| 02/10/23 | ZR1  | Review settlement construct (.5); review proposed order re redacted report (.3); prepare for call with Katten (.4); call with Katten (.7); legal research on recharacterization issues (4.1).                                             | 6.00 | 7,620.00 |
| 02/11/23 | KS2  | Call with R. Howell re: intercompanies (.20); correspondence with S. Kirpalani and Z. Russell re: potential arguments relating to TopCo (.40); call with M. Slade re: investigation report (.30); review case law re: recharacterization issue (.60); correspondence with S. Kirpalani re: same (.20). | 1.70 | 2,295.00 |
| 02/11/23 | SK2  | Review corresp from T. Pohl, J. Frizzley re reaction to TopCo proposal (.2); review case law from K. Scherling in connection with making counter (.6).                                                                                   | 0.80 | 1,704.00 |
| 02/11/23 | ZR1  | Review and summarize UCC objection to schedules (1.2).                                                                                                                                                                                   | 1.20 | 1,524.00 |
| 02/12/23 | KS2  | Email to S. Kirpalani and Z. Russell re: potential revisions to Investigation Report redactions (.60); review revised proposed order (.10); call with M. Slade re: same (.10); call with D. Azman re: intercompany issues (.10); correspondence with S. Kirpalani and Z. Russell re: redacted investigation report and proposed order (.20). | 1.10 | 1,485.00 |
| 02/12/23 | SK2  | Review Kirkland comments to proposed order re protecting privilege (.2).                                                                                                                                                                 | 0.20 | 426.00   |
| 02/12/23 | ZR1  | Review and revise redacted report                                                                                                                                                                                                       | 1.10 | 1,397.00 |

# quinn emanuel trial lawyers

March 17, 2023                                                          Matter #: 11603-00001
Page 7                                                          Invoice Number: 101-0000149347

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | (.9); correspondence with KS re: same (.2). |  |  |
| 02/13/23 | KS2 | Review UCC draft motion re: intercompany issue (.90); research additional case law re: recharacterization (.30); prepare for call with Katten and Arent Fox (.80); correspondence with S. Kirpalani re: same (.20); attend call with Katten and Arent Fox (.30); follow-up call with S. Kirpalani (.40); call with J. Gleit (.20); correspondence with chambers and QE team re: proposed order (.30); draft T. Pohl declaration in support of Plan (3.20); correspondence with T. Pohl and S. Kirpalani re: confirmation prep (.20); call with chambers re: proposed order (.10); correspondence with S. Kirpalani re: same (.10); correspondence with J. Gleit re: settlement proposal (.10); email to S. Kirpalani re: same (.10); correspondence re: filing of redacted report (.10). | 7.30 | 9,855.00 |
| 02/13/23 | SK2 | Attend interco claims settlement zoom w/K. Scherling, Z. Russell, counsel for TopCo and counsel for HoldCo (.7); confer w/K. Scherling re same (.5); confer w/K. Scherling re submission of proposed Order for redactions (.4). | 1.60 | 3,408.00 |
| 02/13/23 | ZR1 | Review correspondence with court regarding report (.3). | 0.30 | 381.00 |
| 02/13/23 | ZR1 | Review and revise redactions to report (.3); review customer agreements per KS request (1.8); attend call with Katten (.3). | 2.40 | 3,048.00 |
| 02/14/23 | SK2 | Review and revise draft declaration of T. Pohl in support of confirmation (2.2). | 2.20 | 4,686.00 |
| 02/14/23 | KS2 | Draft declaration regarding intercompany issues (2.90); | 3.70 | 4,995.00 |

**quinn emanuel trial lawyers**

| | | | | |
|---|---|---|---|---|
| | | correspondence with J. Calandra re: investigation report (.10); coordinate filing of investigation report (.10); correspondence with S. Kirpalani re: declaration re: D&O Settlement (.20); correspondence with Special Committee re: status of intercompany negotiations (.20); review unredacted UCC filing (.20). | | |
| 02/14/23 | ZR1 | Finalize and file notice of redacted report (.8). | 0.80 | 1,016.00 |
| 02/15/23 | KS2 | Review S. Kirpalani comments to declaration (.50); call with J. Calandra re: report and depositions (.30); review draft letter to carrier (.20); call with S. Kirpalani re: same (.20); correspondence with W. Pruitt and M. Slade re: carrier notices (.20); review regulatory letters (.30); correspondence with Z. Russell re: same (.10); call with S. Kirpalani re: same (.10); call with M. Slade and R. Howell re: confirmation issues (.40); call with J. Mosse re: 3AC (.10); email to D. Azman re: 3AC liquidation (.10); revise T. Pohl declaration (2.20); correspondence with S. Kirpalani re: same (.10). | 4.80 | 6,480.00 |
| 02/15/23 | SK2 | Reviewing amended disclosure statement in connection w/preparing for confirmation hearing and scope of required testimony (.9). | 0.90 | 1,917.00 |
| 02/15/23 | ZR1 | Review and revise Pohl declaration (.5); prepare documents for Psaropoulos deposition (.5). | 1.00 | 1,270.00 |
| 02/16/23 | SK2 | Review and revise new draft of Pohl declaration (1.5). | 1.50 | 3,195.00 |
| 02/16/23 | KS2 | Revise T. Pohl declaration (2.20); attention to insurance issues (.30); email to J. Calandra re: regulatory letters (.20); update email to T. Pohl and J. Frizzley re: intercompany issues (.30); review further revised T. | 3.60 | 4,860.00 |

# quinn emanuel trial lawyers

March 17, 2023
Page 9

| | | | | |
|---|---|---|---|---|
| | | Pohl declaration (.30); correspondence with Kirkland re: 3AC (.20); correspondence with J. Calandra re: insurance issue (.10). | | |
| 02/16/23 | ZR1 | Review and revise Pohl declaration (.6); document review in preparation of E. Psaropoulos deposition (.9). | 1.50 | 1,905.00 |
| 02/17/23 | KS2 | Attend deposition of E. Psaropoulous (2.0); email update to S. Kirpalani (.20); email to T. Pohl and J. Frizzley re: update (.20); email to J. Mosse re: 3AC (.10); review plan supplement materials (.70); revise T. Pohl declaration (1.30); review materials and prepare outline for T. Pohl confirmation prep (4.40). | 8.90 | 12,015.00 |
| 02/18/23 | KS2 | Revise T. Pohl declaration per S. Kirpalani comments (.60); call with M. Slade and R. Howell re: confirmation issues (.40); correspondence with T. Pohl re: declaration (.20); review draft FTX stipulation (.30). | 1.50 | 2,025.00 |
| 02/20/23 | KS2 | Prepare materials for T. Pohl testimony prep (1.80); prepare for call with Pachulski re: Luna (.20); call with Pachulski re: Luna issues (.10); review T. Pohl comments to declaration and revise (.50); correspondence with S. Kirpalani re: same (.20); correspondence with Z. Russell re: Ehrlich deposition (.10). | 2.90 | 3,915.00 |
| 02/21/23 | SK2 | Revising mock examination outline prepared by K. Scherling (1.5); attend witness prep session w/T. Pohl, J. Frizzley, K. Scherling (1.2). | 1.70 | 3,621.00 |
| 02/21/23 | KS2 | Call with M. Slade re: confirmation (.10); revise T. Pohl testimony prep outline (.60); prepare for call with T. Pohl and J. Frizzley (.30); call with S. Kirpalani, T. Pohl, and J. Frizzley re: confirmation prep (1.10); call with M. Slade re confirmation issue (.10); | 6.90 | 9,315.00 |

**quinn emanuel** trial lawyers

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                   |       |           |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
|            |      | research insurance issues (.80); prepare prep materials for T. Pohl (3.40); research factual answers to questions raised by T. Pohl (.50).                                                                                                                                                                                                                                                          |       |           |
| 02/22/23   | KS2  | Research issues raised by T. Pohl to prepare for confirmation (1.60); call with W. Pruitt re: insurance questions (1.10); follow up with W. Pruitt re: same (.10); email to S. Kirpalani re: insurance issues (.30); revise T. Pohl declaration (.30); revise materials for T. Pohl testimony prep (3.20); review plan confirmation objections (.80); correspondence with S. Kirpalani re: confirmation objections (.20); review other docket filings (.40). | 8.00  | 10,800.00 |
| 02/23/23   | SK2  | Confer w/K. Scherling re preparation session for T. Pohl testimony, pro se objections, coordination w/Kirkland (.3).                                                                                                                                                                                                                                                                               | 0.30  | 639.00    |
| 02/23/23   | KS2  | Call with M. Slade re confirmation question (.10); email to T. Pohl and J. Frizzley re: E. Psaropoulos issue (.20); review additional plan objections and prepare analysis and summary of same for Special Committee (1.70); revise testimony prep materials for T. Pohl (1.20); call with S. Rochester re: intercompany issue (.10); call with J. Gleit re: intercompany issue (.30); research re: intercompany issue (1.80); call with S. Kirpalani re: intercompany issue (.10); call with S. Rochester and J. Gleit re: intercompany issue (.20); email to T. Pohl and J. Frizzley re: intercompany issue (.30); revise T. Pohl declaration (.20). | 6.20  | 8,370.00  |
| 02/24/23   | KS2  | Email to S. Rochester and J. Gleit re: settlement clarification (.20); revise T. Pohl declaration (.40); email to M. Slade re: confirmation (.10); call with J. Gleit re: intercompany settlement (.10); call with S. Rochester re:                                                                                                                                                                  | 5.70  | 7,695.00  |

**quinn emanuel** trial lawyers

March 17, 2023                                                     Matter #: 11603-00001
Page 11                                                   Invoice Number: 101-0000149347

| | | | | |
|---|---|---|---|---|
| | | intercompany settlement (.20); draft cross questions for T. Pohl (1.10); revise talking points for T. Pohl (.80); email to T. Pohl re: same (.20); zoom with Katten and Arent Fox re: intercompany settlement (.70); follow up with S. Kirpalani (.30); research re: intercompany settlement issue (.90); email to T. Pohl and J. Frizzley re: intercompany settlement status (.40); call with R. Howell re: intercompany issue (.20); call with J. Gleit re: intercompany issue (.10). | | |
| 02/24/23 | SK2 | Attend settlement negotiation session w/counsel for TopCo and HoldCo (.5); confer w/K. Scherling re reactions and message for clients (.3). | 0.80 | 1,704.00 |
| 02/25/23 | KS2 | Email to M. Slade re: confirmation issues (.20); call with M. Slade re: D&O settlement issue (.20); correspondence with S. Kirpalani re: same (.30). | 0.70 | 945.00 |
| 02/26/23 | KS2 | Revise T. Pohl declaration (.70); email to S. Kirpalani re: same (.20); email to T. Pohl re: declaration (.20); further revisions to T. Pohl declaration (.20). | 1.30 | 1,755.00 |
| 02/26/23 | SK2 | Review further comments to T. Pohl direct testimony declaration (.5); corresp w/K. Scherling re views on same (.1); corresp w/T. Pohl, J. Frizzley re updates to declaration (.1). | 0.70 | 1,491.00 |
| 02/27/23 | SK2 | Review MWE's proposed summary of investigation (.9); corresp w/J. Calandra, J. Evans re presentation before the court (.5); TC w/J. Calandra re same (.4); review and revise mock cross-exam questions from K. Scherling (.6); attend prep session w/T. Pohl, K. Scherling, J. Frizzley for confirmation hearing (2.1); confer w/K. Scherling re revisions to Pohl declaration, interco settlement follow-up points, and | 4.80 | 10,224.00 |

**quinn emanuel** trial lawyers

|            |     |                                                                                                                                                    |      |           |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|------|-----------|
|            |     | status of UCC (.3).                                                                                                                                 |      |           |
| 02/27/23   | KS2 | Call with M. Slade re: confirmation issue (.20); correspondence re: intercompany settlement proposals (.30); call with C. Kelley re: Ehrlich deposition tomorrow (.20); call with J. Calandra re: Ehrlich financial statement (.10); email to J. Calandra re: same (.10); zoom with T. Pohl, S. Kirpalani, and J. Frizzley re: confirmation prep (2.1); follow-up with T. Pohl (.20); follow-up with J. Frizzley re: intercompany settlement issue (.10); revise T. Pohl talking points (2.10); revise declaration (.80); email to T. Pohl re: same (.20); call with W. Pruitt re: insurance issue (.20); call with D. Azman re: intercompany issue (.10); call with S. Kirpalani re: same (.10); further revise T. Pohl declaration per T. Pohl additional comments (.40); call with R. Howell re: intercompany issue (.30); correspondence with S. Kirpalani and T. Pohl re: confirmation logistics (.10). | 7.60 | 10,260.00 |
| 02/28/23   | SK2 | Reviewing direct exam outline for T. Pohl in preparation for tomorrow's confirmation hearing, including exhibits and potential demonstratives (2.5). | 2.50 | 5,325.00  |
| 02/28/23   | KS2 | Call with M. Slade re: confirmation (.20); email to C. Kelley re: Ehrlich deposition (.10); review C. Kelley summary of Ehrlich deposition (.20); call with C. Kelley re: same (.10); call with J. Calandra re: same (.10); correspondence with S. Kirpalani and N. Subhan re: declaration (.30); review and finalize T. Pohl declaration (.60); call with T. Pohl re: testimony (.40); review government entity settlement for impact on intercompany settlement issues (.30); review UCC's statement in support of | 3.60 | 4,860.00  |

# quinn emanuel trial lawyers

March 17, 2023                                                              Matter #: 11603-00001
Page 13                                                          Invoice Number: 101-0000149347

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | plan (.50); review memorandum of law in support of plan (.60); correspondence with T. Pohl re: investigation report (.20). |  |  |
| 02/28/23 | CK5 | Attend deposition of Stephen Ehrlich (3.1). | 3.10 | 3,115.50 |
|  |  | SUBTOTAL | 185.40 | 265,410.50 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 26.00 | 2,130.00 | 55,380.00 |
| Katherine A. Scherling | KS2 | Counsel | 115.10 | 1,350.00 | 155,385.00 |
| Zachary Russell | ZR1 | Associate | 45.80 | 1,270.00 | 58,166.00 |
| Joanna Caytas | JDC | Associate | 6.80 | 1,165.00 | 7,922.00 |
| Cameron Kelly | CK5 | Associate | 3.10 | 1,005.00 | 3,115.50 |
| Daniel Needleman | DN1 | Attorney | 1.00 | 425.00 | 425.00 |

## Expense Summary

| Description |  | Amount |
|---|---|---|
| Online Research |  | 0.00 |
| Local business travel |  | 36.97 |
| Document Reproduction | 0.00 | 0.00 |
| Document Services |  | 88.29 |
| Conference Fee |  | 140.00 |

## Litigation Support Costs

| | Amount |
|---|---|
| RelOne User Fee | 500.00 |
| RelOne Repository Hosting (Per GB) | 39.01 |
| Total Expenses | $804.27 |

**quinn emanuel** trial lawyers
quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON | BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH | SALT LAKE CITY | RIYADH | BERLIN

## Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees......................................................$252,354.15 |
| Bill Date: March 17, 2023 | Expenses.............................................................$804.27 |
| Invoice Number: 101-0000149347 | Total Due this Invoice......................................$253,158.42 |
| | **Payment Due By April 22, 2023** |

### Account Summary

Balance Due from Previous Statement(s)...............................................**$757,543.06**

Total Balance Due............................................................**$1,010,701.48**

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 08/16/22 | 101-0000139142 | July 2022 | $244,217.65 | $195,401.65 | $48,816.00 |
| 09/16/22 | 101-0000140759 | August 2022 | $1,501,346.07 | $1,202,974.83 | $298,371.24 |
| 10/24/22 | 101-0000142354 | September 2022 | $1,100,665.05 | $881,536.29 | $219,128.76 |
| 11/09/22 | 101-0000142802 | October 2022 | $337,653.29 | $271,411.85 | $66,241.44 |
| 12/09/22 | 101-0000144404 | November 2022 | $191,282.50 | $153,186.04 | $38,096.46 |
| 01/12/23 | 101-0000145976 | December 2022 | $65,768.56 | $52,781.02 | $12,987.54 |
| 02/21/23 | 101-0000147893 | January 2023 | $73,901.62 | $0.00 | $73,901.62 |
| 03/17/23 | 101-0000149347 | February 2023 | $253,158.42 | $0.00 | $253,158.42 |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

<u>Or Wire funds to:</u>

| | |
|---|---|
| | City National Bank |
| | 555 South Flower St., 12th Floor |
| | Los Angeles, CA  90071 |
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account # ████████ |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |
| *References:* | *Invoice number and client name / matter number please* |

Tax ID#  95-4004138

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin