| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | **PRESENTMENT DATE:** April 13, 2023<br>**PRESENTMENT TIME:** 12:00 p.m. |

```
-------------------------------------------------------- x
In re                                                    :
                                                         :   Chapter 11
VOYAGER DIGITAL HOLDINGS, INC., et al.,¹                 :
                                                         :   Case No. 22-10943 (MEW)
            Debtors.                                     :
                                                         :   (Jointly Administered)
-------------------------------------------------------- x
```

## NOTICE OF PRESENTMENT OF ORDER APPOINTING INDEPENDENT FEE EXAMINER AND ESTABLISHING RELATED PROCEDURES FOR THE REVIEW OF FEE APPLICATIONS OF RETAINED PROFESSIONALS

**PLEASE TAKE NOTICE** that the annexed Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals ( the "**Proposed Fee Examiner Order**") will be presented for signature to the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Court") for approval and signature on **April 13, 2023, at 12:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto is the Declaration of Disinterestedness by Lori Lapin Jones, Esq. (the "**Declaration**").

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Proposed Fee Examiner Order is served and filed with proof of service with the Clerk of the Court, and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Michael E. Wiles, so as to be received by **April 12, at 4:00 p.m. (prevailing**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

1

**Eastern Time)**, there will not be a hearing to consider the Proposed Fee Examiner Order, and such Proposed Fee Examiner Order may be signed and entered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Proposed Fee Examiner Order, a hearing (the "Hearing") will be held to consider the Proposed Fee Examiner Order before the Court at the United States Bankruptcy Court on a date to be announced.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Proposed Fee Examiner Order and the Declaration may be obtained free of charge by visiting the website of Stretto LLC at https://cases.stretto.com/Voyager.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that unless written objections to the Proposed Order with proof of service are filed with the United States Trustee, with the Debtors, with the Official Committee of Unsecured Creditors, and with the Clerk of the Court and courtesy copies delivered to the Bankruptcy Judge's chambers at least one day

before the date of presentment, there will not be a hearing and the Proposed Order may be signed on default.

Dated: New York, New York
April 6, 2023

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE
                                      Region 2

By:    */s/ Richard C. Morrissey*
        Richard C. Morrissey
        Trial Attorney
        Alexander Hamilton Custom House
        One Bowling Green, Room 534
        New York, New York 10004
        Tel. No. (212) 510-0500