Andrew G. Dietderich
Brian D. Glueckstein
Benjamin S. Beller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for Maclaurin Investments Ltd. (f/k/a Alameda Ventures Ltd.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | Jointly Administered |

<u>**NOTICE OF WITHDRAWAL OF CLAIMS**</u>

On October 3, 2022, Maclaurin Investments Ltd. (f/k/a Alameda Ventures Ltd.)

("<u>Alameda</u>") filed Proofs of Claim Numbers 11206, 11209, 11213 in the above-captioned cases

(the "<u>Alameda Proofs of Claim</u>").  Pursuant to and in accordance with that certain *Joint*

*Stipulation and Agreed Order Between the Voyager Debtors, the FTX Debtors, and Their*

*Respective Official Committees of Unsecured Creditors*, approved by this Court[2] and by the U.S.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Docket No. 1266.

Bankruptcy Court for the District of Delaware overseeing the chapter 11 cases of Alameda and

its affiliated debtors[3], Alameda hereby withdraws the Alameda Proofs of Claim, with prejudice.

Respectfully submitted,

Dated:  April 7, 2023            /s/ Andrew G. Dietderich
        New York, New York       Andrew G. Dietderich
                                 Brian D. Glueckstein
                                 Benjamin S. Beller
                                 SULLIVAN & CROMWELL LLP
                                 125 Broad Street
                                 New York, New York 10004
                                 Telephone:    (212) 558-4000
                                 Facsimile:    (212) 558-3588
                                 Email:        dietdericha@sullcrom.com
                                               gluecksteinb@sullcrom.com
                                               bellerb@sullcrom.com

                                 *Counsel for Maclaurin Investments Ltd.*
                                 *(f/k/a Alameda Ventures Ltd.)*

---

[3] *In re FTX Trading Ltd.*, *et al.*, Case No. 22-11068 (JTD) (Bankr. D. Del.), Docket No. 833.