UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK                              Chapter 11

                                                           Case No: 22-10943 (MEW)

                                                           Judge Wiles

In re:


VOYAGER DIGITAL HOLDINGS INC., et al.,

                          Debtors.




Dear Honorable Judge,


      I am writing to request a hearing to review the rewards rate and my claim amount in the

bankruptcy case. I have reviewed the financial documents provided by Kirkland and Ellis and

have found discrepancies in the calculation of my claim.

Specifically, the financial documents do not accurately reflect the daily balances of my cryptocurrency holdings. My claim is based on the rewards rate and the daily balances of each coin, but the financial documents provided do not reflect the correct amounts. In the previous hearing I'm sure you could have seen that Judge.

Therefore, I respectfully request a hearing to review the rewards rate and the calculation of my claim. I believe that a hearing will provide an opportunity to clarify the issues and ensure that my claim is accurately calculated and included in the distribution of the bankruptcy estate.

Thank you for your attention to this matter.

Respectfully submitted,

Alah Shehadeh

708-971-3241

Po box 2454

Orland Park, IL 60462