UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) ) Chapter 11 ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) Case No. 22-10943 (MEW) ) |
| Debtors. | ) (Jointly Administered) ) |

**ORDER OVERRULING THE OBJECTION TO CLAIM AMOUNTS**

Upon the reply (the "Reply")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") overruling the *Objection to Claim Amounts* [Docket No. 1177], as more fully set forth in the Reply; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, entered February 1, 2022; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Reply in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors have provided adequate and appropriate notice of the Reply under the circumstances; and this Court having reviewed the Reply and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Reply and at the Hearing establish

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Reply.

just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is overruled on its merits with prejudice.

2. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

3. Notice of the Reply as provided therein, shall be deemed good and sufficient notice of the Reply, and the requirements set forth in rule 9013-1(b) of the Local Rules are satisfied.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: April 10, 2023

                                          **s/Michael E. Wiles**
                                          THE HONORABLE MICHAEL E. WILES
                                          UNITED STATES BANKRUPTCY JUDGE