UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

## SUPPLEMENTAL ORDER TO
## ORDER GRANTING DEBTORS' OMNIBUS OBJECTION
## TO THE MERITS OF CERTAIN DISPUTED ACCOUNT HOLDER CLAIMS

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and upon the *Order Granting Debtors' Omnibus Objection to the Merits of Certain Disputed Account Holder Claims* [Docket No. 1249]; and upon the Renzi Declarations filed in support of the Objection [Docket Nos. 1038, 1079, 1119, and 1254]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, entered February 1, 2022; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors have provided adequate and appropriate notice of the Objection under the circumstances; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection.

(the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rules 3007 and 3018, and the Omnibus Claims Objections Procedures, Anthony Rega's asserted claim, as reflected in Proof of Claim No. 10956, is hereby disallowed.

2. The Debtors' *Amended Schedules of Assets and Liabilities of Voyager Digital, LLC* [Docket No. 10] (as amended, modified, or supplemented) are hereby amended to reflect a scheduled claim of 55,000,000 SHIB and 20,075,100 BTT for Allan Danley (Claim Reference Number VOY-16153, Proof of Claim No. 7558).

3. The Debtors' *Amended Schedules of Assets and Liabilities of Voyager Digital, LLC* [Docket No. 10] (as amended, modified, or supplemented) are hereby amended to update Aaron Niman's (Claim Reference Number VOY-20401, Proof of Claim No. 12051) scheduled claim to the following: 1,285,490,067.69 BTT, 33,447.75 CKB, 37,806.88 DOGE, 41.07 DOT, 677,318,547.66 SHIB, 29.50 STMX, 32,738.76 VET, 1,044.04 VGX and 6,929.10 XVG.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

5. Notice of the Objection as provided therein, shall be deemed good and sufficient notice of the Objection, and the requirements set forth in rule 9013-1(b) of the Local Rules are satisfied.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: April 10, 2023

                                          **s/Michael E. Wiles**
                                        THE HONORABLE MICHAEL E. WILES
                                        UNITED STATES BANKRUPTCY JUDGE