**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et. al.*,[1] | ) Case No. 22-10943 (MEW) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF
EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND
INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL.*, FOR
THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| **Name of Applicant:** | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 18, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement is sought: | December 1, 2022 to December 31, 2022 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $4,722.40 (80% of $5,903.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $464.51 |
| Blended Rate of Professionals during the Fee Period: | $135.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

This statement is the sixth monthly fee statement (the "Fee Statement") of Epiq Corporate Restructuring, LLC ("Epiq"), noticing and information agent to The Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order").  Epiq requests: (a) payment of compensation in the amount of $4,722.40 (80 percent of $5,903.00 of fees on account of reasonable and necessary professional services rendered to the Committee by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $464.51 incurred by Epiq, each during the period of December 1, 2022 through December 31, 2022 (the "Fee Period").  Attached as **Exhibit A** hereto is the itemization and description of the services that Epiq rendered as noticing and information agent and a list of the detailed expenses incurred by Epiq during the Fee Period.

Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services; and (d) includes a detailed list of expenses incurred by Epiq during the Fee Period.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Sophie Frodsham | Director/V.P. Consulting | $180.00 | 2.0 | $360.00 |
| Sidney Garabato | Senior Consultant II | $170.00 | 17.5 | $2,975.00 |
| Diane Streany | Senior Case Manager III | $150.00 | 3.3 | $495.00 |
| Joseph Saraceni | Senior Case Manager III | $150.00 | 1.5 | $225.00 |
| Panagiota Manatakis | Senior Case Manager III | $150.00 | 4.2 | $630.00 |
| Amayrany Gutierrez | Senior Case Manager II | $145.00 | 0.7 | $101.50 |
| Amy Lewis | Senior Case Manager II | $145.00 | 0.4 | $58.00 |
| David Mejia | Senior Case Manager II | $145.00 | 0.8 | $116.00 |
| Forrest Houku | Senior Case Manager II | $145.00 | 0.2 | $29.00 |
| Kameron Nguyen | Senior Case Manager II | $145.00 | 1.5 | $217.50 |
| Rosalyn Demattia | Senior Case Manager II | $145.00 | 1.4 | $203.00 |
| Sena Sengun | Senior Case Manager II | $145.00 | 0.4 | $58.00 |
| Sharna Wilson | Senior Case Manager II | $145.00 | 0.4 | $58.00 |
| Tiffany Taveras | Senior Case Manager II | $145.00 | 1.5 | $217.50 |
| Karen Zenteno Garcia | Case Manager II | $110.00 | 0.2 | $22.00 |
| Adriana Mendoza Duran | Admin. Support III | $55.00 | 2.5 | $137.50 |
| **TOTALS FOR PROFESSIONALS** | | | **38.5** | **$5,903.00** |

**Summary of Fees Billed by Subject Matter for the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | 130 Creditor Calls/Requests | 5.5 | $825.00 |
| 205 | 205 Set Up Mailing/Noticing | 8.8 | $1,074.00 |
| 220 | 220 Affidavits | 3.2 | $466.00 |
| 395 | 395 Case Management Services - Other | 1.9 | $301.00 |
| 642 | 642 Fee Application Prep and Related Issues | 19.1 | $3,237.00 |
| | **TOTAL** | **38.5** | **$5,903.00** |

**Summary of Expenses for the Fee Period**

| Expense Category | Amount |
|---|---:|
| NO100T:  Noticing - In state | $7.80 |
| OS225:  Envelope - 9x12 | $0.50 |
| RE100:  Postage | $4.08 |
| RE800:  Court Docket Services | $451.40 |
| Tax: | $0.73 |
| **TOTAL EXPENSES** | **$464.51** |

**Notice**

Pursuant to the Interim Compensation Order, a copy of this Fee Statement has been served by overnight mail upon:  (i) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn: David Brosgol and Brian Nistler; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., and Allyson B. Smith; (iii) United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Richard Morrissey and Mark Bruh; and (iv) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, Attn: Darren Azman.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests: (a) payment of compensation in the amount of $4,722.40 (80 percent of $5,903.00 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $464.51 and that the Court grant such other and further relief as is justified.

Dated:  April 10, 2023                    /s/ Sidney Garabato
            New York, New York              Senior Consultant

## EXHIBIT A

## Timekeeper, Matter & Expense Detail

**MATTER NUMBER: 130**
**Matter Description: 130 Creditor Calls/Requests**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 12/1/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.7 | $105.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 12/2/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.4 | $60.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 12/6/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.7 | $105.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 12/9/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.5 | $75.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 12/9/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.2 | $30.00 | PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 12/14/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.5 | $75.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 12/16/2022 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.3 | $45.00 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 12/19/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.6 | $90.00 | UPDATE EMAIL INQUIRY TRACKER |
| 12/21/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.4 | $60.00 | UPDATE EMAIL INQUIRY TRACKER AND SEND TO COUNSEL |
| 12/22/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.5 | $75.00 | LOG CALLS FROM INFO BOX |
| 12/27/2022 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.7 | $105.00 | TRACK AND REPLY TO EMAILS FROM INFO BOX AND FORWARD TO COUNSEL |
| | | | | | **5.5** | **$825.00** | |

**MATTER NUMBER: 205**
**Matter Description: 205 Set Up Mailing/Noticing**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 12/12/2022 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 170.00 | 0.3 | $51.00 | COORDINATE SERVICE OF 1ST-4TH EPIQ MONTHLY FEE APP |
| 12/12/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 1.2 | $180.00 | COORDINATE SERVICE OF DOCKET NOS. 711-714 |
| 12/12/2022 | Forrest Houku | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.1 | $14.50 | REVIEW SERVICE OF DOCKET NOS. 711-714 |
| 12/12/2022 | Forrest Houku | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.1 | $14.50 | COORDINATE SERVICE OF DOCKET NOS. 711-714 |
| 12/12/2022 | Amayrany Gutierrez | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.5 | $72.50 | COORDINATE SERVICE OF DOCKET NO. 711-714 |
| 12/12/2022 | Kameron Nguyen | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 1.0 | $145.00 | COORDINATE SERVICE FOR DOCKET NO. 711, 712, 713, 714 |
| 12/12/2022 | Adriana Mendoza Dura | Admin. Support III | 205 Set Up Mailing/Noticing | 55.00 | 0.1 | $5.50 | COORDINATE SERVICE OF DOCKET NOS. 711-714 |
| 12/12/2022 | Adriana Mendoza Dura | Admin. Support III | 205 Set Up Mailing/Noticing | 55.00 | 0.8 | $44.00 | COORDINATE SERVICE OF DOCKET NO. |
| 12/13/2022 | Sena Sengun | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.2 | $29.00 | REVIEW SERVICE OF DOCKET NOS. 711-714 |
| 12/15/2022 | Adriana Mendoza Dura | Admin. Support III | 205 Set Up Mailing/Noticing | 55.00 | 0.7 | $38.50 | DOCUMENT SERVICE OF DOCKET NOS. 711-714 |
| 12/16/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 0.2 | $30.00 | DOCUMENT SERVICE OF DOCKET NOS. 711-714 |
| 12/20/2022 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 170.00 | 0.3 | $51.00 | REVIEW DOCKET AND COORDINATE SERVICE OF DOCKET NO. 766-EPIQ 1ST FEE APP |
| 12/20/2022 | David Mejia | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.5 | $72.50 | REVIEWED DOCUMENT FOR SERVICE, REVIEWED AND READ SERVICE INSTRUCTIONS, SET UP SERVICE WITH LABEL AND EMAIL FILE |
| 12/20/2022 | David Mejia | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.3 | $43.50 | REVIEWED AND APPROVED LABEL. |
| 12/20/2022 | Kameron Nguyen | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.5 | $72.50 | COORDINATE SERVICE FOR DOCKET NO. 766 |
| 12/20/2022 | Adriana Mendoza Dura | Admin. Support III | 205 Set Up Mailing/Noticing | 55.00 | 0.1 | $5.50 | COORDINATE SERVICE OF DOCKET NO. 766 |
| 12/20/2022 | Adriana Mendoza Dura | Admin. Support III | 205 Set Up Mailing/Noticing | 55.00 | 0.4 | $22.00 | COORDINATE SERVICE OF DOCKET NO. 766 |
| 12/21/2022 | Sena Sengun | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.2 | $29.00 | REVIEW SERVICE OF DOCKET NO. 766 |
| 12/21/2022 | Tiffany Taveras | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.5 | $72.50 | UPDATING EMAIL SERVICE LISTS |
| 12/23/2022 | Amayrany Gutierrez | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.1 | $14.50 | DOCUMENT SERVICE OF DOCKET NO. 711-714 |
| 12/27/2022 | Adriana Mendoza Dura | Admin. Support III | 205 Set Up Mailing/Noticing | 55.00 | 0.4 | $22.00 | DOCUMENT SERVICE OF DOCKET NO. 766 |
| 12/28/2022 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 150.00 | 0.2 | $30.00 | DOCUMENT SERVICE OF DOCKET NO. 766 |
| 12/30/2022 | Amayrany Gutierrez | Senior Case Manager II | 205 Set Up Mailing/Noticing | 145.00 | 0.1 | $14.50 | DOCUMENT SERVICE OF DOCKET NO. 766 |
| | | | | | 8.8 | $1,074.00 | |

**MATTER NUMBER: 220**
**Matter Description: 220 Affidavits**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 12/13/2022 | Amy Lewis | Senior Case Manager II | 220 Affidavits | 145.00 | 0.4 | $58.00 | REVIEW AFFIDAVIT OF SERVICE FOR DOCKET 711-714; UPDATE TRACKER ACCORDINGLY |
| 12/13/2022 | Rosalyn Demattia | Senior Case Manager II | 220 Affidavits | 145.00 | 1.0 | $145.00 | DRAFT AFFIDAVIT OF SERVICE FOR DOCKET 711-714 |
| 12/13/2022 | Rosalyn Demattia | Senior Case Manager II | 220 Affidavits | 145.00 | 0.2 | $29.00 | UPDATE AFFIDAVIT FOR DOCKETS 711-714 PER AUDIT REVIEW |
| 12/14/2022 | Panagiota Manatakis | Senior Case Manager III | 220 Affidavits | 150.00 | 0.4 | $60.00 | REVIEW AND FILE AFFIDAVIT FOR DOCKET NOS. 711-714 |
| 12/21/2022 | Tiffany Taveras | Senior Case Manager II | 220 Affidavits | 145.00 | 1.0 | $145.00 | DRAFTING AOS FOR DI 766 |
| 12/27/2022 | Rosalyn Demattia | Senior Case Manager II | 220 Affidavits | 145.00 | 0.2 | $29.00 | AUDIT AFFIDAVIT OF SERVICE FOR DOCKET 766 |
| | | | | | **3.2** | **$466.00** | |

| | | | MATTER NUMBER: 395 Matter Description: 395 Case Management Services - Other | | | | |
|---|---|---|---|---|---|---|---|
| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
| 12/12/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.2 | $34.00 | REVIEW RET APP FOR RATE INCREASE VERBIAGE, CONFER WITH K. MAILLOUX ON SAME |
| 12/13/2022 | Sharna Wilson | Senior Case Manager II | 395 Case Management Services - Other | 145.00 | 0.2 | $29.00 | REVIEW AND FILE CASE TEAM EMAILS |
| 12/15/2022 | Karen Zenteno Garcia | Case Manager II | 395 Case Management Services - Other | 110.00 | 0.2 | $22.00 | REVEW DAILY CLAIMS REPORT TO INDENTIFY AND TRACK CLAIM TRANSFER AND CLAIM WITHDRAWAL ENTRIES; PROCESS BY AUDIT; AND UPDATE MASTER TRACKING CHART TO REFLECT PROCESSING AND AUDIT STATUS. |
| 12/21/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.1 | $17.00 | CONFIRM EPIQ WIRE INSTRUCTIONS |
| 12/21/2022 | Sharna Wilson | Senior Case Manager II | 395 Case Management Services - Other | 145.00 | 0.2 | $29.00 | REVIEW AND FILE CASE TEAM EMAILS |
| 12/29/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.2 | $34.00 | CONFIRM OUTSTANDING INVOICES TO APPLY PAYMENT |
| 12/29/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.7 | $119.00 | PROOF PAYMENT RECEIVED 12/23 TO MONTHLY FEE APPS |
| 12/30/2022 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.1 | $17.00 | REVIEW DOCKET FOR CASE MANAGEMENT UPDATES |
| | | | | | 1.9 | $301.00 | |

**MATTER NUMBER: 642**
**Matter Description: 642 Fee Application Prep and Related Issues**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 12/1/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.5 | $255.00 | PREPARE AND FINALIZE EPIQ 4TH MONTHLY FEE APP WITH EXHIBITS |
| 12/1/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 2.4 | $408.00 | PREPARE AND FINALIZE EPIQ 3RD MONTHLY FEE APP WITH EXHIBITS |
| 12/1/2022 | Sophie Frodsham | Director/V.P. Consulting | 642 Fee Application Prep and Related Issues | 180.00 | 1.0 | $180.00 | REVIEWING FEE APP, SENDING TO COUNSEL, CALL FROM COUNSEL RE SAME, EMAIL TO S. GARABATO RE PREPARATION OF MONTHLY FEE APPS. |
| 12/2/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 2.4 | $408.00 | BREAK UP CONSOLIDATED FEE APP INTO MONTHLY FEE APPLICATIONS |
| 12/5/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 0.2 | $34.00 | PROVIDE FINALIZED EXHIBIT A'S FOR JULY-OCTOBER TO S. FRODSHAM |
| 12/5/2022 | Sophie Frodsham | Director/V.P. Consulting | 642 Fee Application Prep and Related Issues | 180.00 | 1.0 | $180.00 | REVIEWING MONTHLY FEE APPS, SENDING TO COUNSEL FOR FILING. |
| 12/16/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.0 | $170.00 | COMPILE DOCUMENTS AND PREPARE 1ST INTERIM FEE APP |
| 12/18/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.7 | $289.00 | PREPARE IN PLEADING FORM 1ST EPIQ INTERIM FEE APP CONTINUED, PROOF AND UPDATE SAME; COORDINATE PROOFING BY J. SARACENI |
| 12/18/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.2 | $204.00 | PREPARE IN PLEADING FORM 1ST EPIQ INTERIM FEE APP CONTINUED |
| 12/18/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.0 | $170.00 | PREPARE IN PLEADING FORM 1ST EPIQ INTERIM FEE APP |
| 12/19/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.2 | $204.00 | PROOF CHANGES IN TRACK CHANGES FROM J. SARACENI RE 1ST INTERIM FEE APP, COMBINE AS FINAL AND SEND TO MWE FOR FILING |
| 12/19/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Rel | 170.00 | 0.8 | $136.00 | REVIEW NEXT MONTHLY FEE APP DOCUMENTATION |
| 12/19/2022 | Joseph Saraceni | Senior Case Manager III | 642 Fee Application Prep and Related Issues | 150.00 | 1.5 | $225.00 | PREPARE AND AUDIT FIRST INTERIM FEE APPLICATION, INCLUDING TIME DETAILS, AND BILLING METRICS. |
| 12/20/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 0.7 | $119.00 | REVIEW REDLINE FROM MWE COMMENTS TO EPIQ 1ST INTERIM FEE APP, APPROVE SAME |
| 12/20/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 1.2 | $204.00 | PROOF AMOUNTS LISTED ON SUMMARY OF TOTAL FEES + TOTAL EXPENSES, REPORT BACK TO MWE DISCREPANCIES |
| 12/21/2022 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 170.00 | 0.3 | $51.00 | REVIEW DOCKET 766 AS FILED VERSION AGAINST EPIQ RECORDS |
| | | | | | **19.1** | **$3,237.00** | |

| Expenses | | | | |
|---|---|---|---|---|
| Date | Material Code | Description | Sales Unit | Expense Amount |
| December-22 | NO100T | Noticing - In state | PAG | $7.80 |
| December-22 | OS225 | Envelope - 9x12 | EA | $0.50 |
| December-22 | RE100 | Postage | EA | $4.08 |
| December-22 | RE800 | Court Docket Services | DLR | $451.40 |
| December-22 | Tax | | | $0.73 |
| | | | | |
| | | | | $464.51 |