**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et. al.*,[1] | ) Case No. 22-10943 (MEW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**SEVENTH MONTHLY FEE STATEMENT OF**
**EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND**
**INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL.*, FOR**
**THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| | |
|---|---|
| **Name of Applicant:** | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 18, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement is sought: | January 1, 2023 to January 31, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $4,038.72 (80% of $5,048.40) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $52,388.52 |
| Blended Rate of Professionals during the Fee Period: | $177.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

This statement is the seventh monthly fee statement (the "Fee Statement") of Epiq Corporate Restructuring, LLC ("Epiq"), noticing and information agent to The Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order").  Epiq requests: (a) payment of compensation in the amount of $4,038.72 (80 percent of $5,048.40 of fees on account of reasonable and necessary professional services rendered to the Committee by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $52,388.52 incurred by Epiq, each during the period of January 1, 2023 through January 31, 2023 (the "Fee Period").  Attached as **Exhibit A** hereto is the itemization and description of the services that Epiq rendered as noticing and information agent and a list of the detailed expenses incurred by Epiq during the Fee Period.

Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services; and (d) includes a detailed list of expenses incurred by Epiq during the Fee Period.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alicia Den Beste | Director/V.P. Consulting | $198.00 | 1.5 | $297.00 |
| Bridget Gallerie | Director/V.P. Consulting | $198.00 | 0.6 | $118.80 |
| David Mejia | Senior Case Manager II | $159.00 | 0.3 | $47.70 |
| Dexter Campbell | Senior Consultant I | $176.00 | 1.0 | $176.00 |
| Diane Streany | Senior Case Manager III | $165.00 | 10.5 | $1,732.50 |
| Elli Krempa | Senior Case Manager III | $165.00 | 1.0 | $165.00 |
| Forrest Houku | Senior Case Manager II | $159.00 | 0.2 | $31.80 |
| Jerry Dial | Senior Case Manager II | $159.00 | 0.5 | $79.50 |
| Konstantina Haidopoulos | Senior Case Manager II | $159.00 | 1.6 | $254.40 |
| Panagiota Manatakis | Senior Case Manager III | $165.00 | 3.9 | $643.50 |
| Rafi Iqbal | Senior Consultant I | $176.00 | 0.8 | $140.80 |
| Sena Sengun | Senior Case Manager II | $159.00 | 0.7 | $111.30 |
| Sharna Wilson | Senior Case Manager II | $159.00 | 0.1 | $15.90 |
| Sidney Garabato | Senior Consultant II | $187.00 | 6.6 | $1,234.20 |
| **TOTALS FOR PROFESSIONALS** | | | **29.3** | **$5,048.40** |

**Summary of Fees Billed by Subject Matter for the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | 130 Creditor Calls/Requests | 10.5 | $1,732.50 |
| 205 | 205 Set Up Mailing/Noticing | 10.6 | $1,831.90 |
| 220 | 220 Affidavits | 0.5 | $82.50 |
| 395 | 395 Case Management Services - Other | 5.1 | $915.30 |
| 642 | 642 Fee Application Prep and Related Issues | 2.6 | $486.20 |
| | TOTAL | **29.3** | **$5,048.40** |

3

**Summary of Expenses for the Fee Period**

| Expense Category | Amount |
|---|---:|
| NO120 Email Noticing per File | $48,856.15 |
| RE800 Court Docket Services | $1.00 |
| RE900 Email Service Setup/Custom Reporting Fee | $3,531.37 |
| | |
| | |
| **TOTAL EXPENSES** | **$52,388.52** |

**Notice**

No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, a copy of this Fee Statement has been served by overnight mail upon: (i) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn: David Brosgol and Brian Nistler; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., and Allyson B. Smith; (iii) United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Richard Morrissey and Mark Bruh; and (iv) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, Attn: Darren Azman.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests: (a) payment of compensation in the amount of $4,038.72 (80 percent of $5,048.40 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $52,388.52 and that the Court grant such other and further relief as is justified.

Dated:  April 10, 2023                    /s/ Sidney Garabato
       New York, New York                Senior Consultant

# EXHIBIT A

## Timekeeper, Matter & Expense Detail

**MATTER NUMBER: 130**
**Matter Description: 130 Creditor Calls/Requests**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 1/3/2023 | Panagiota Manatakis | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.5 | $82.50 | LOG EMAILS FROM INBOX |
| 1/17/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.7 | $115.50 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 1/18/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 2.5 | $412.50 | REVIEW CREDITOR COMMITTEE LETTER REGARDING SOLICITATION. PREPARE DRAFT RESPONSE TO CREDITOR BALLOT INQUIRIES AND FORWARD TO CASE TEAM FOR REVIEW. REVIEW AUTOMATIC REPLIES TO COMMITTEE LETTER AND TRANSFER SAME TO ARCHIVE FOLDER. CONFIRM RESPONSE TO CREDITOR BALLOT INQUIRIES WITH S.GARABATO. RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 1/18/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.6 | $99.00 | REVIEW CREDITOR COMMITTEE LETTER REGARDING SOLICITATION. PREPARE DRAFT RESPONSE TO CREDITOR BALLOT INQUIRIES AND FORWARD TO CASE TEAM FOR REVIEW. REVIEW AUTOMATIC REPLIES TO COMMITTEE LETTER AND TRANSFER SAME TO ARCHIVE FOLDER. CONFIRM RESPONSE TO CREDITOR BALLOT INQUIRIES WITH S.GARABATO. RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN. |
| 1/19/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 2.7 | $445.50 | RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN. |
| 1/20/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 1.0 | $165.00 | RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN. |
| 1/23/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 1.0 | $165.00 | RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN. |
| 1/26/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.4 | $66.00 | RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN. |
| 1/26/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.3 | $49.50 | RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. |
| 1/27/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.8 | $132.00 | RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN. |
| | | | | | **10.5** | **$1,732.50** | |

**MATTER NUMBER: 205**
**Matter Description: 205 Set Up Mailing/Noticing**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 1/11/2023 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 187.00 | 0.5 | $93.50 | CONFER WITH COUNSEL ON NOTICE FOR SERVICE |
| 1/11/2023 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 187.00 | 1.3 | $243.10 | OVERSIGHT ON DATA FILE IN CONNECTION PLAN ACCEPTANCE EMAIL BLAST |
| 1/11/2023 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 187.00 | 0.6 | $112.20 | CONFER WITH A. DANBESTE AND CASE TEAM ON LETTER OF UCC TO ACCEPT THE PLAN. CONFER WITH STRETTO ON DATA FILE FOR EMAIL SERVICE BLAST |
| 1/16/2023 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 187.00 | 0.4 | $74.80 | CONFER WITH STRETTO ON FILE, DOWNLOAD SERVICE LIST, CONFER WITH TEAM FOR UCC LETTER EMAIL BLAST |
| 1/17/2023 | Dexter Campbell | Senior Consultant I | 205 Set Up Mailing/Noticing | 176.00 | 1.0 | $176.00 | REVIEW TRANSLATION OF CLIENT FILE: VOYAGER BALLOT CANDIDATE EMAIL REPORT EXPORT202311619187897.XLSX |
| 1/17/2023 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 187.00 | 0.3 | $56.10 | OVERSEE SERVICE SET UP OF LETTER TO ACCEPT PLAN |
| 1/17/2023 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 165.00 | 0.5 | $82.50 | COORDINATE THE SPLITTING OF THE EMAIL LIST FOR THE BLAST EMAIL SERVICE |
| 1/17/2023 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 165.00 | 1.0 | $165.00 | COORDINATE SERVICE OF EMAIL BLAST AND REVIEW LETTER FROM CREDITOR COMMITTEE |
| 1/17/2023 | Bridget Gallerie | Director/V.P. Consulting | 205 Set Up Mailing/Noticing | 198.00 | 0.1 | $19.80 | FOLLOW UP W/ CASE TEAM REGARDING EMAIL SERVICE |
| 1/17/2023 | Rafi Iqbal | Senior Consultant I | 205 Set Up Mailing/Noticing | 176.00 | 0.8 | $140.80 | SPLIT EXCEL FILE IN 4 GROUPS CONTAING 250K RECORDS IN EACH FILE. |
| 1/17/2023 | Sena Sengun | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.3 | $47.70 | COORDINATE SERVICE OF CRED COMMITTEE SOL LETTER SERVED ON 1/18 |
| 1/17/2023 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 1.2 | $190.80 | COORDINATE SERVICE OF CRED COMMITTEE SOL LETTER TO BE SERVED ON 1/18/23 |
| 1/17/2023 | Forrest Houku | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.2 | $31.80 | REVIEW SERVICE OF UCC LETTER TO AFFECTED PARTIES, FOR DROP 1/18/2023 |
| 1/18/2023 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 187.00 | 0.3 | $56.10 | OVERSEE SERVICE OF UCC LETTER TO ACCEPT PLAN |
| 1/18/2023 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 165.00 | 0.5 | $82.50 | COORDINATE SPLITTING OF EMAIL FILES FOR BLAST EMAIL SERVIE |
| 1/18/2023 | Sena Sengun | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.2 | $31.80 | COORDINATE SERVICE OF CRED COMMITTEE SOL LETTER SERVED ON 1/18 |
| 1/19/2023 | Sena Sengun | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.2 | $31.80 | REVIEW SERVICE OF CRED COMMITTEE SOL LETTER SERVED ON 1/18 |
| 1/23/2023 | Elli Krempa | Senior Case Manager III | 205 Set Up Mailing/Noticing | 165.00 | 0.5 | $82.50 | CASE STATUS REVIEW / SERVICE EXPECTATION VERIFICATION IN PREPARATION OF CASE ASSIST |
| 1/31/2023 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 165.00 | 0.3 | $49.50 | DOCUMENT SERVICE OF COMMITTEE LETTER TO ALL CREDITORS VIA EMAIL BLAST |
| 1/31/2023 | Konstantina Haidopoulo | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.4 | $63.60 | DOCUMENT SERVICE OF NOTICE OF CUSTOMERS AND CREDITORS OF VOYAGER DIGITAL HOLDINGS SERVED ON 1/18/23 |
| | | | | | **10.6** | **$1,831.90** | |

**MATTER NUMBER: 220**
**Matter Description: 220 Affidavits**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 1/3/2023 | Panagiota Manatakis | Senior Case Manager III | 220 Affidavits | 165.00 | 0.5 | $82.50 | REVIEW AND FILE AFFIDAVIT FOR DOCKET NO. 766 |
| | | | | | 0.5 | $82.50 | |

**MATTER NUMBER: 395**
**Matter Description: 395 Case Management Services - Other**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 1/10/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 187.00 | 0.2 | $37.40 | REVIEW INVOICE AND TIME DETAIL FOR PREVIOUS BILLED MONTH |
| 1/11/2023 | Panagiota Manatakis | Senior Case Manager III | 395 Case Management Services - Other | 165.00 | 0.6 | $99.00 | RESEARCH CONTACT FOR DATA; HEADS UP TO NOTICING ON EMAIL BLAST FOR NEXT WEEK |
| 1/11/2023 | David Mejia | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.2 | $31.80 | ADDED DI 711-714 TO TRACKER |
| 1/12/2023 | David Mejia | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.1 | $15.90 | ADDED DI 766 TO TRACKER |
| 1/17/2023 | Alicia Den Beste | Director/V.P. Consulting | 395 Case Management Services - Other | 198.00 | 1.0 | $198.00 | REVIEWED COMMITTEE LETTER ONCE CONVERTED INTO EMAIL FORMAT. EDITED THE LETTER AND MADE CHANGES FOR FINAL VERSION. COMMUNICATED WITH COUNSEL. |
| 1/17/2023 | Bridget Gallerie | Director/V.P. Consulting | 395 Case Management Services - Other | 198.00 | 0.5 | $99.00 | REVIEW EMAIL TEMPLATE FROM VENDOR COMPARED TO UCC LETTER, SEND REVISIONS TO VENDOR |
| 1/18/2023 | Sharna Wilson | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.1 | $15.90 | REVIEW AND FILE CASE TEAM EMAILS |
| 1/19/2023 | Alicia Den Beste | Director/V.P. Consulting | 395 Case Management Services - Other | 198.00 | 0.5 | $99.00 | REVIEWED EMAIL CORRESPONDENCE AND BOUNCE REPORT REGARDING COMMITTEE LETTER THAT WAS SENT VIA BLAST EMAIL. SENT DATA AND REPORT TO COUNSEL. |
| 1/27/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 187.00 | 0.4 | $74.80 | REVIEW DOCKET FOR CASE MANAGEMENT UPDATES |
| 1/30/2023 | Elli Krempa | Senior Case Manager III | 395 Case Management Services - Other | 165.00 | 0.5 | $82.50 | CASE STATUS REVIEW WITH D. STREANY |
| 1/30/2023 | Diane Streany | Senior Case Manager III | 395 Case Management Services - Other | 165.00 | 0.5 | $82.50 | CASE STATUS REVIEW WITH E.PETRIS. |
| 1/31/2023 | Jerry Dial | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.5 | $79.50 | REVIEW COURT DOCKET FOR CLAIM REGISTER/ UPDATE MASTER TRACKING DATABASE/ REPORT CLAIMS REGISTER DOCKETS TO BE PROCESSED |
| | | | | | 5.1 | $915.30 | |

**MATTER NUMBER: 642**
**Matter Description: 642 Fee Application Prep and Related Issues**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 1/11/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.6 | $112.20 | PULL TIME DETAIL FOR 5TH MONTHLY FEE APP AND CONFIRM WITH L. SAECHAO |
| 1/20/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.7 | $130.90 | PREPARE 5TH FEE APP |
| 1/24/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 1.3 | $243.10 | FINALIZE AND PROOF 5TH EPIQ MONTHLY FEE APP, REGENERATE AS FINAL AND SEND TO COUNSEL FOR FILING |
| | | | | | **2.6** | **$486.20** | |

| Expenses | | | | |
|---|---|---|---|---|
| **Date** | **Material Code** | **Description** | **Sales Unit** | **Expense Amount** |
| January-23 | NO120 | Email Noticing per File | FIL | $48,856.15 |
| January-23 | RE800 | Court Docket Services | DLR | $1.00 |
| January-23 | RE900 | Email Service Setup/Custom Reporting | DLR | $3,531.37 |
| | | | | **$52,388.52** |