UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| VOYAGER DIGITAL HOLDINGS, INC., *et. al.*,[1] | ) Case No. 22-10943 (MEW) ) |
| Debtors. | ) (Jointly Administered) ) |

**EIGHTH MONTHLY FEE STATEMENT OF
EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND
INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL*., FOR
THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| **Name of Applicant:** | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 18, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement is sought: | February 1, 2023 to February 28, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $2,418.72 (80% of $3,022.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $3.09 |
| Blended Rate of Professionals during the Fee Period: | $148.25 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

This statement is the eighth monthly fee statement (the "Fee Statement") of Epiq Corporate Restructuring, LLC ("Epiq"), noticing and information agent to The Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order"). Epiq requests: (a) payment of compensation in the amount of $2,418.00 (80 percent of $3,022.50 of fees on account of reasonable and necessary professional services rendered to the Committee by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $3.09 incurred by Epiq, each during the period of February 1, 2023 through February 28, 2023 (the "Fee Period"). Attached as **Exhibit A** hereto is the itemization and description of the services that Epiq rendered as noticing and information agent and a list of the detailed expenses incurred by Epiq during the Fee Period.

Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services; and (d) includes a detailed list of expenses incurred by Epiq during the Fee Period.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Adriana Mendoza Duran | Case Manager I | $82.00 | 1.4 | $114.80 |
| Amayrany Gutierrez | Senior Case Manager II | $159.00 | 0.7 | $111.30 |
| David Rodriguez | Senior Case Manager III | $165.00 | 3.0 | $495.00 |
| Diane Streany | Senior Case Manager III | $165.00 | 1.5 | $247.50 |
| Elli Krempa | Senior Case Manager III | $165.00 | 6.0 | $990.00 |
| Forrest Houku | Senior Case Manager II | $159.00 | 0.1 | $15.90 |
| Jerry Dial | Senior Case Manager II | $159.00 | 1.0 | $159.00 |
| Kameron Nguyen | Senior Case Manager II | $159.00 | 0.5 | $79.50 |
| Kimberly Kehm | Case Manager I | $82.00 | 0.1 | $8.20 |
| Konstantina Haidopoulos | Senior Case Manager II | $159.00 | 0.1 | $15.90 |
| Lonny Nabavi | Senior Case Manager II | $159.00 | 0.8 | $127.20 |
| Panagiota Manatakis | Senior Case Manager III | $165.00 | 0.9 | $148.50 |
| Sharna Wilson | Senior Case Manager II | $159.00 | 0.5 | $79.50 |
| Sidney Garabato | Senior Consultant II | $187.00 | 0.6 | $112.20 |
| **TOTALS FOR PROFESSIONALS** | | | **19.2** | **$3,022.50** |

**Summary of Fees Billed by Subject Matter for the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | 130 Creditor Calls/Requests | 7.9 | $1,312.30 |
| 205 | 205 Set Up Mailing/Noticing | 5.1 | $695.40 |
| 220 | 220 Affidavits | 1.4 | $225.00 |
| 230 | 230 Website Posting/Noticing | 3.0 | $495.00 |
| 395 | 395 Case Management Services - Other | 1.6 | $257.40 |
| 642 | 642 Fee Application Prep and Related Issues | 0.2 | $37.40 |
| | **TOTAL** | **19.2** | **$3,022.50** |

3

**Summary of Expenses for the Fee Period**

| Expense Category | Amount |
|---|---|
| NO100T Noticing - In state | $1.10 |
| OS223 Envelope - #10 | $0.05 |
| RE100 Postage | $0.84 |
| RE800 Court Docket Services | $1.00 |
| Tax | $0.10 |
| **TOTAL EXPENSES** | **$3.09** |

**Notice**

No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, a copy of this Fee Statement has been served by overnight mail upon: (i) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn: David Brosgol and Brian Nistler; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., and Allyson B. Smith; (iii) United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Richard Morrissey and Mark Bruh; and (iv) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, Attn: Darren Azman.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests: (a) payment of compensation in the amount of $2,418.00 (80 percent of $3,022.50 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $3.09 and that the Court grant such other and further relief as is justified.

Dated: April 10, 2023              /s/ Sidney Garabato
       New York, New York          Senior Consultant

# EXHIBIT A

# Timekeeper, Matter & Expense Detail

**MATTER NUMBER: 130**
**Matter Description: 130 Creditor Calls/Requests**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 2/7/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 2.5 | $412.50 | REVIEW, TRACK, AND RESPOND TO CREDITOR / SHAREHOLDER INQUIRES |
| 2/7/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.2 | $33.00 | DISCUSS CREDITOR EMAIL INQUIRIES WITH E.PETRIS. |
| 2/8/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.5 | $82.50 | REVIEW CREDITOR EMAIL INQUIRIES AND PROVIDE COMMENTS ON SAME TO E.PETRIS. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN. |
| 2/9/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.4 | $66.00 | RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION. PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN. |
| 2/10/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.3 | $49.50 | REVIEW AND RESPOND TO CREDITOR INQUIRES |
| 2/13/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 1.0 | $165.00 | CREDITOR INQUIRES REVIEW AND RESOLUTION |
| 2/13/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.2 | $33.00 | PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN. |
| 2/13/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.2 | $33.00 | DISCUSS CREDITOR INQUIRY EMAILS WITH E.PETRIS. |
| 2/15/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.7 | $115.50 | INQUIRE REVIEW AND RESOLUTION |
| 2/17/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.5 | $82.50 | REVIEW, RESPOND, AND TRACK CREDITOR INQUIRES |
| 2/20/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.5 | $82.50 | REVIEW, TRACK, AND RESPOND TO CREDITOR INQUIRES |
| 2/23/2023 | Sidney Garabato | Senior Consultant II | 130 Creditor Calls/Requests | 187.00 | 0.4 | $74.80 | RESEARCH AND RESPOND TO COUNSEL INQUIRY RE TRACY HENDERSHOTT |
| 2/24/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.5 | $82.50 | REVIEW, TRACK, AND RESPOND TO INQUIRES |
| | | | | | 7.9 | $1,312.30 | |

**MATTER NUMBER:  205**
**Matter Description:  205 Set Up Mailing/Noticing**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 2/3/2023 | Forrest Houku | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.1 | $15.90 | REVIEW SERVICE OF DOCKET NO. 958 |
| 2/3/2023 | Sharna Wilson | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.4 | $63.60 | REVIEW AND HANDLE SERVICE OF FEE APP STATEMENT |
| 2/3/2023 | Amayrany Gutierrez | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.5 | $79.50 | COORDINATE SERVICE OF DOCKET NO.958 |
| 2/3/2023 | Kimberly Kehm | Case Manager I | 205 Set Up Mailing/Noticing | 82.00 | 0.1 | $8.20 | REVIEW SERVICE OF DOCKET NO. 958 |
| 2/3/2023 | Lonny Nabavi | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.3 | $47.70 | COORDINATE SERVICE OF DOCKET NO 958 |
| 2/3/2023 | Lonny Nabavi | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.5 | $79.50 | COORDINATE SERVICE OF DOCKET NO.958 |
| 2/3/2023 | Kameron Nguyen | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.5 | $79.50 | COORDINATE SERVICE FOR DOCKET NO. 958 |
| 2/3/2023 | Adriana Mendoza Duran | Case Manager I | 205 Set Up Mailing/Noticing | 82.00 | 0.3 | $24.60 | COORDINATE SERVICE OF DOCKET NO. 958 |
| 2/3/2023 | Adriana Mendoza Duran | Case Manager I | 205 Set Up Mailing/Noticing | 82.00 | 0.1 | $8.20 | COORDINATE SERVICE OF DOCKET NO. 958 |
| 2/3/2023 | Adriana Mendoza Duran | Case Manager I | 205 Set Up Mailing/Noticing | 82.00 | 0.5 | $41.00 | COORDINATE SERVICE OF DOCKET NO. 958 |
| 2/6/2023 | Konstantina Haidopoulos | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.1 | $15.90 | REVIEW SERVICE OF DOCKET NO. 958 |
| 2/7/2023 | Tiffany Taveras | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 1.0 | $159.00 | UPDATING EMAIL SERVICE LISTS |
| 2/8/2023 | Amayrany Gutierrez | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.2 | $31.80 | DOCUMENT SERVICE OF DOCKET NO. 958 |
| 2/13/2023 | Adriana Mendoza Duran | Case Manager I | 205 Set Up Mailing/Noticing | 82.00 | 0.5 | $41.00 | DOCUMENT SERVICE OF DOCKET NO. 958 |
| | | | | | **5.1** | **$695.40** | |

**MATTER NUMBER: 220**
**Matter Description: 220 Affidavits**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 2/6/2023 | Tiffany Taveras | Senior Case Manager II | 220 Affidavits | 159.00 | 1.0 | $159.00 | DRAFTING AOS RE: DI 958 |
| 2/7/2023 | Panagiota Manatakis | Senior Case Manager III | 220 Affidavits | 165.00 | 0.4 | $66.00 | REVIEW AND FILE AFFIDAVIT FOR DOCKET NO. 958 |
| | | | | | **1.4** | **$225.00** | |

**MATTER NUMBER: 230**
**Matter Description: 230 Website Posting/Noticing**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 2/24/2023 | David Rodriguez | Senior Case Manager III | 230 Website Posting/Noticing | 165.00 | 1.3 | $214.50 | COORDINATE WEBSITE UPDATES TO THE HOMEPAGE RE: KEY INFORMATION, KEY DATES, KEY DOCUMENTS; REVIEW AND APPROVE PREVIEW PAGE TO CONFIRM UPDATES ARE ACCURATE. |
| 2/27/2023 | David Rodriguez | Senior Case Manager III | 230 Website Posting/Noticing | 165.00 | 1.7 | $280.50 | COORDINATE WEBSITE UPDATES TO THE HOMEPAGE RE: KEY INFORMATION, KEY DATES, KEY DOCUMENTS; REVIEW AND APPROVE PREVIEW PAGE TO CONFIRM UPDATES ARE ACCURATE; UPDATE DOCKET PER DOCKET GAPS, REGARDING DOCKET NOS. 576, 578, 584, 631, 832, 837, 963-964, 969-970, 976, 989-993. |
| | | | | | **3.0** | **$495.00** | |

**MATTER NUMBER: 395**
**Matter Description: 395 Case Management Services - Other**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 2/9/2023 | Jerry Dial | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.5 | $79.50 | REVIEW COURT DOCKET FOR CLAIM REGISTER/ UPDATE MASTER TRACKING DATABASE/ REPORT CLAIMS REGISTER DOCKETS TO BE PROCESSED |
| 2/14/2023 | Sharna Wilson | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.1 | $15.90 | PROCESS BILLING TICKET |
| 2/23/2023 | Jerry Dial | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.5 | $79.50 | REVIEW COURT DOCKET FOR CLAIM REGISTER/ UPDATE MASTER TRACKING DATABASE/ REPORT CLAIMS REGISTER DOCKETS TO BE PROCESSED |
| 2/23/2023 | Panagiota Manatakis | Senior Case Manager III | 395 Case Management Services - Other | 165.00 | 0.5 | $82.50 | RESEARCH TRACY HENDERSHOTT FOR UCC COUNSEL |
| | | | | | **1.6** | **$257.40** | |

**MATTER NUMBER:  642**
**Matter Description:  642 Fee Application Prep and Related Issues**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 2/3/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.2 | $37.40 | REVIEW AND CONFIRM WITH UCC COUNSEL CHANGES TO EPIQ 5TH FEE APP |
|  |  |  |  |  | **0.2** | **$37.40** |  |

| Expenses | | | | |
|---|---|---|---|---|
| Date | Material Code | Description | Sales Unit | Expense Amount |
| February-23 | NO100T | Noticing - In state | PAG | $1.10 |
| February-23 | OS223 | Envelope - #10 | EA | $0.05 |
| February-23 | RE100 | Postage | EA | $0.84 |
| February-23 | RE800 | Court Docket Services | DLR | $1.00 |
| February-23 | Tax | | | $0.10 |
| | | | | **$3.09** |