UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 22-10943 (MEW) |
| Debtors.[1] | (Jointly Administered) |

**SEVENTH MONTHLY FEE STATEMENT OF
CASSELS BROCK & BLACKWELL LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS CANADIAN COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
VOYAGER DIGITAL HOLDINGS, INC., *ET AL*. FOR THE PERIOD FROM
FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al*. |
| Date of Retention: | October 18, 2022, effective as of July 29, 2022 |
| Period for Which Compensation and Reimbursement Will be Sought: | February 1, 2023 to February 28, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$12,102.48 (80% of CAD$15,128.10) USD$9,000.61(80% of USD$11,250.77)[2] |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$192.10 USD$142.86 |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of

the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2] Calculated based on the Bank of Canada exchange rate for April 4, 2023 (April 5, 2023 is the date the account was finalized) (CAD$1:USD$0.7437).

United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 29, 2022*, dated October 18, 2022 [Docket No. 550] (the "Retention Order"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Cassels Brock & Blackwell LLP ("Cassels") hereby submits this *Seventh Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from February 1, 2023 through February 28, 2023* (this "Seventh Monthly Fee Statement").[3] Specifically, Cassels seeks: (i) interim allowance of CAD$15,128.10 for the reasonable and necessary legal services that Cassels rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) payment of the amount of CAD$12,102.48, which is equal to 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.*, CAD$15,128.10); and (iii) allowance and payment of CAD$192.10 for the actual and necessary expenses that Cassels incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a schedule of Cassels lawyers who rendered services to the Committee in connection with these chapter 11 cases during the Fee Period, and

---

[3] The period from February 1, 2023 through and including February 28, 2023, is referred to herein as the "Fee Period."

2

the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.[4]

2. Attached hereto as **Exhibit B** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Cassels is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Cassels's out-of-pocket expenses, which total CAD$192.10 (USD$142.86).

3. Attached hereto as **Exhibit C** are the time and expense records of Cassels, which provide a daily summary of the time spent by each Cassels professional during the Fee Period as well as an itemization of expenses.

4. Attached hereto as **Exhibit D** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cassels lawyers during the Fee Period with respect to each of the project categories Cassels established in accordance with its internal billing procedures. As reflected in **Exhibit D**, Cassels incurred CAD$15,128.10 (USD$11,250.77) in fees during the Fee Period. Pursuant to this Fee Statement, Cassels seeks payment of 80% of such fees (CAD$12,102.48) (USD$9,000.61).

## Notice

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

---

[4] Exhibit "A" reflects a write off of all services provided by timekeepers billing less than 5 hours during the Fee Period.

| | |
|---|---|
| Dated: April 11, 2023<br>Toronto, Ontario | **CASSELS BROCK & BLACKWELL LLP** |
| | By: /s/ Ryan C. Jacobs<br>Name: Ryan C. Jacobs<br>Title: Partner<br><br>Cassels Brock & Blackwell LLP<br>*Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.* |

## Exhibit A

## Summary of Timekeepers Included in this Fee Statement
## (All amounts are in Canadian Dollars)

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation[1] |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Shayne Kukulowicz | Partner, Ontario 1990, Alberta 2016, Restructuring and Insolvency | 6.40 | $1,130.00 | $7,232.00 |
| Natalie Levine | Partner, New York 2008, District of Columbia 2011, Ontario 2013, Restructuring and Insolvency | 5.80 | $775.00 | $4,495.00 |
| **ASSOCIATES** | | | | |
| Natalie Thompson | Associate, Alberta 2022, Restructuring and Insolvency | 12.10 | $420.00 | $5,082.00 |

---

[1] Does not reflect 10% discount on fees.

## Exhibit B

**Expense Summary**
**(All amounts are in Canadian Dollars)**

| Category | Amount |
|---|---:|
| Copies | $3.25 |
| Court – Sundry (Court Hearing Registration Cost) | $188.85 |
| **TOTAL** | **$192.10** |

**Exhibit C**

**Time Records**

Cassels Brock & Blackwell LLP  Page 2 of 6
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc  Invoice No: 2196282
Re: CCAA Recognition Proceedings  Matter No. 057782-00001

**FEE DETAIL**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Feb-01-23 | N. Thompson | B470 | Review (.4) and summarize (.2) docket updates to evaluate and advise on recognition issues; | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-01-23 | S. Kukulowicz | B470 | Review of various objections to the claims of Alameda FTX for the purposes of intercompany issues; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-01-23 | N. Levine | B470 | Review US filings re intercompany obligations for impact on Canadian proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-03-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to evaluate and advise on recognition issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-03-23 | S. Kukulowicz | B470 | Review of US docket filings regarding status of Chapter 11 Plan; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-03-23 | N. Levine | B155 | Correspond with G. Steinman re February 7 hearing; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-06-23 | N. Levine | B155 | Prepare for February 7 hearing; | 0.50 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-07-23 | N. Thompson | B470 | Review (.4) and summarize (.3) docket updates to evaluate and advise on recognition issues; | 0.70 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-07-23 | N. Levine | B155 | Brief review of additional documents file for US hearing (.3); participate in portion of US hearing to address any questions re Cassels application ( 2.3 ); | 2.60 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-08-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-09-23 | N. Thompson | B470 | Review (.3) and summarize (.1) docket updates to evaluate and advise on recognition issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-10-23 | N. Thompson | B160 | Finalize fee statement; | 0.30 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-10-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-10-23 | N. Levine | B470 | Further analysis of intercompany issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-11-23 | N. Levine | B110 | Correspond with G. Williams re US case schedule; | 0.20 |
| | | | *Task: B110 - Case Administration* | |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc
Re: CCAA Recognition Proceedings

Invoice No: 2196282
Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Feb-13-23 | S. Kukulowicz | B470 | Call with N. Levine to discuss intercompany claims; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-13-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-13-23 | N. Levine | B470 | Call with S. Kukulowicz re intercompany claims; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-16-23 | N. Thompson | B470 | Review email from N. Levine re status of Canadian issues and Canadian strategy for February 22 hearing; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-16-23 | N. Thompson | B470 | Review (.3) and summarize (.1) docket updates to evaluate and advise on recognition issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-16-23 | S. Kukulowicz | B470 | Emails with N. Levine re Feb 22 hearing and related Canadian strategy; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-16-23 | S. Kukulowicz | B470 | Email to Faskens requesting update regarding status of proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-16-23 | N. Levine | B470 | Draft email to S. Kukulowicz and N. Thompson re Canadian strategy; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-17-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-17-23 | S. Kukulowicz | B470 | Review of email from D. Richer regarding status of proceedings (.2); review of US docket update (.3); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-18-23 | N. Thompson | B160 | Review December bill (.6) and confirm all figures to finalize fee statement (.4); | 1.00 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-18-23 | N. Thompson | B160 | Draft (.2) and revise December Fee Statement (.2); | 0.40 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-19-23 | N. Levine | B470 | Review objections to claims to determine appropriate process in Canada; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-21-23 | N. Thompson | B470 | Review (.4) and summarize (.1) docket updates to advise on recognition issues and Canadian proceedings; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-21-23 | N. Thompson | B155 | Prepare for hearing on February 22; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-22-23 | N. Thompson | B155 | Attend hearing to advise on matters relevant to recognition proceedings; | 1.30 |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc                                Invoice No: 2196282
Re: CCAA Recognition Proceedings                                Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| | | | *Task: B155 - Court Hearings* | |
| Feb-22-23 | N. Thompson | B470 | Review (.3) and summarize (.2) docket updates to advise on Canadian proceedings; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-22-23 | N. Levine | B155 | Review update from US hearing; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-22-23 | N. Levine | B470 | Correspond with D. Richer re Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-22-23 | S. Kukulowicz | B470 | Review plan objections; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-22-23 | N. Thompson | B155 | Prepare for hearing; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-24-23 | S. Kukulowicz | B470 | Conference call with D. Richer regarding status of Voyager transaction and various objections (.5); analysis regarding plan recognition issues (.3); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-24-23 | N. Levine | B470 | Call with D. Richer re recognition issues (.2); review pleadings re Canadian intercompany issues (.3); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-27-23 | N. Thompson | B160 | Draft December fee statements (.2) and January fee statement (.2); revise December bill (.3) and January bills (.5); | 1.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-27-23 | N. Thompson | B470 | Review (.6) and summarize (.2) docket updates to advise on recognition issues; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-27-23 | S. Kukulowicz | B470 | Review of further objections filed with US Court; | 0.90 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-27-23 | N. Levine | B470 | Review US objections related to Canadian proceeding; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-28-23 | N. Thompson | B160 | Revise December fee statements (.3); draft (.7) and revise (.4) January fee statement; | 1.40 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-28-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to advise on Canadian issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-28-23 | N. Thompson | B160 | Correspond with N. Levine regarding December and January fee statements; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-28-23 | S. Kukulowicz | B470 | Review of Ad Hoc Equity Committee objection to plan provision for Canadian share cancellation and review of plan (.2); analysis of Canadian corporate issues (1) discuss plan provisions with N. Levine (.2); | 1.40 |

Cassels Brock & Blackwell LLP  Page 5 of 6
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc  Invoice No: 2196282
Re: CCAA Recognition Proceedings  Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-28-23 | N. Levine | B470 | Discussion with S. Kukulowicz re Ad Hoc Equity Committee objection to plan provision; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |

### FEE SUMMARY

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kukulowicz, Shayne | Partner | 6.40 | 1,130.00 | 7,232.00 |
| Levine, Natalie | Partner | 5.80 | 775.00 | 4,495.00 |
| Thompson, Natalie | Associate | 12.10 | 420.00 | 5,082.00 |
| **Total (CAD)** | | **24.30** | | **16,809.00** |

### TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.20 | 155.00 |
| B155 | Court Hearings | 5.00 | 3,307.00 |
| B160 | Fee/Employment Applications | 4.50 | 1,890.00 |
| B470 | Foreign Proceedings | 14.60 | 11,457.00 |
| **Total (CAD)** | | **24.30** | **16,809.00** |

| | |
|---|---:|
| Our Fees | 16,809.00 |
| Less: 10% Discount on Fees | (1,680.90) |
| Total Fees | 15,128.10 |
| **TOTAL FEES (CAD)** | **15,128.10** |

### DISBURSEMENT SUMMARY

**Non-Taxable Disbursements**

| | |
|---|---:|
| Copies | 3.25 |
| Court - Sundry | 188.85 |
| Total Non-Taxable Disbursements | 192.10 |

| | |
|---|---:|
| **TOTAL DISBURSEMENTS (CAD)** | **192.10** |

Cassels Brock & Blackwell LLP                                                                Page 6 of 6
Official Committee of Unsecured Creditors of Voyager Digital                        Invoice No: 2196282
Holdings, Inc
Re: CCAA Recognition Proceedings                                              Matter No. 057782-00001

| | |
|---|---:|
| **TOTAL FEES** | **15,128.10** |
| **TOTAL DISBURSEMENTS** | **192.10** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **15,320.20** |

| OUTSTANDING INVOICES | | | | |
|---|---|---:|---:|---:|
| **Invoice Number** | **Invoice Date** | **Bill Amount** | **Payments / Credits** | **Balance Due** |
| 2182388 | 10/31/22 | 11,672.55 | 9,338.04 | 2,334.51 |
| 2182387 | 10/31/22 | 75,084.30 | 60,099.84 | 14,984.46 |
| 2186379 | 12/13/22 | 20,793.84 | 16,654.29 | 4,139.55 |
| 2191877 | 02/09/23 | 13,113.71 | 0.00 | 13,113.71 |
| 2194565 | 03/14/23 | 18,860.70 | 15,090.51 | 3,770.19 |
| 2195598 | 03/27/23 | 16,369.31 | 0.00 | 16,369.31 |
| 2196282 | 04/05/23 | 15,320.20 | 0.00 | 15,320.20 |
| **Total (CAD)** | | **171,214.61** | **101,182.68** | **70,031.93** |

**Exhibit D**

**Statement of Fees by Project Category**
**(All amounts are in Canadian Dollars)**

| Task Code | Description | Total Hours | Total Fees[1] |
|---|---|---|---|
| B110 | Case Administration | 0.20 | $155.00 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 |
| B130 | Asset Disposition | 0.00 | $0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.00 | $0.00 |
| B150 | Creditor Meetings and Communication | 0.00 | $0.00 |
| B155 | Court Hearings | 5.00 | $3,307.00 |
| B160 | Fee/Employment Applications | 4.50 | $1,890.00 |
| B170 | Fee/Employment Objections | 0.00 | $0.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 0.00 | $0.00 |
| B190 | Other Contested Matters | 0.00 | $0.00 |
| B195 | Non-Working Travel | 0.00 | $0.00 |
| B210 | Business Operations | 0.00 | $0.00 |
| B220 | Employee Issues | 0.00 | $0.00 |
| B230 | Financing/Cash Collateral Issues | 0.00 | $0.00 |
| B240 | Tax Issues | 0.00 | $0.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 0.00 | $0.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 0.00 | $0.00 |
| B310 | Claims Administration & Objections | 0.00 | $0.00 |
| B320 | Plan and Disclosure Statement | 0.00 | $0.00 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.00 | $0.00 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Special Committee Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 0.00 | $0.00 |
| B470 | Foreign Proceedings | 14.60 | $11,457.00 |
| **TOTAL** | | **24.30** | **$16,809.00** |

---

[1]    Does not reflect 10% discount on fees.