UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK                    Chapter 11

                                                                               Case No: 22-10943 (MEW)

                                                                               Judge Wiles

In re:

VOYAGER DIGITAL HOLDINGS INC., et al.,

            Debtors.

**MOTION TO ASK FOR MORE TIME TO GO OVER THE CLAIM AMOUNT AND ASK FOR THE JUSTICE DEPARTMENT AND THE SEC TO BE INOVLED IN THE HEARING AND ASK FOR A REVIEW AND FULL AUDIT WITH KIRKLAND AND THE SEC AND THE FEE EXAMINER**

YOUR HONOR,

      It is clear as day that you sir in no way will allow for a fair trial. The calculations they have which is just all a waste of time of 43 pages of nothing to do with the issue at hand. None the less these are financials professionals and I need more time to go over the paperwork. I am one person not a financial organization or someone who is big as Kirkland and Ellis. I mean how many hours did it take them to write that up your honor, I'm just curious? I would like to see the

hours and amount billed for that because from July 22-until October 31 the UCC-McDermott law firm leaches have acquired $514,000 for Darren Azman, $478,000 for Daniel Simon and $459,000 for John Calandra.

But my claim as you cleary agreed in court something was not right, but you deny my objection to my claim. It doesn't make any sense your honor and based of their calculations I used their reward rate, which was stated online, and I have screenshots to prove, and I can go over dates and times and transitions. If you want something like the response, they have given you, well than sir I would need more time. Any judge in the world would agree that a pro se creditor would need a lot more time compared to financial experts, no?

Not only that your honor, but, you have not released one crypto asset to any customer for nine months. In which way does that show you are for the American people, let alone show that this is a fair trial. With all due respect your honor, you're handling this case as a regular bankruptcy case and it's not. We are dealing with crypto coins. Not fiat. The fiat situation was handled immediately. Now the issue is not only did you want to dollarize my crypto amount but, you want me to accept that my daily balance amount was wrong, and my rewards were wrong, and my claim amount is wrong. Let alone not to mention that fact that 94Your honor you yourself seen from the file I uploaded with the screenshots. I ask you to go over it yourself and due the numbers. Its theft, its fraud. Your honor, not to mention remember my Cardano didn't even show on the blockchain; it was missing until I filed something about that and then they returned the coins to my wallet, and it showed on the blockchain. Let's go look at dates and times.

Your Honor, the UCC was a complete waste lets be real. They did nothing for representing the customers or their interest. This case has dragged on long enough and not one creditor is satisfied. I do not agree to a dollarized amount, not to mention every creditor, and I'm sure the department of justice will soon let you know that as well and the SEC.

Your Honor, I ask that you take a moment and really evaluate this situation. I mean your honor you cursed at me and told me God damn it. You guys are always muting me and never call me back. You ask me to respond to a 43-page financial statement in two days, like good lord Jesus Christ. If this case is too much pressure or you can't handle it, I know this is your first crypto case, judge but maybe get help or ask another judge who will help and is willing to hear what the creditors have to say. I hope you do continue your honor because you seem like a good man and I'm sure you are under a lot of pressure, just do the right thing judge. Let justice prevail your honor. The only moral and logical thing to do is just do the right thing and give us our crypto back, wouldn't you agree judge wiles?

Respectfully Submitted,

/s/ Alah Shehadeh

708-578-5102

exclusivetrends708@gmail.com