UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VOYAGER DIGITAL HOLDINGS, INC. et al., | : | Case No. 22-10943 (MEW) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

At a hearing held on April 5, 2023 to address a filing by Mr. Alah Shehadeh titled *Motion for Objection to Claim Amount* (ECF No. 1178), the Court set a schedule for the parties to make additional submissions. On April 8, 2023, the Debtors timely filed their additional submission. (ECF No. 1271). Mr. Shehadeh, whose response was due on April 12, 2023, filed a motion on that date seeking additional time to file his response (ECF No. 1286). The Court has considered the submissions and has determined to grant a short extension of time. Based upon the foregoing, it is hereby

ORDERED, that the time for Mr. Shehadeh to respond to the Debtors' submission is extended to April 17, 2023.

Dated: New York, New York
April 12, 2023

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE