Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 489-7000
Facsimile: (212) 846-4900

*Special Counsel to Debtor Voyager Digital,*
*LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                              :
In re:                                        :        Chapter 11
                                              :
VOYAGER DIGITAL HOLDINGS, INC., et al.,[1]    :        Case No. 22-10943 (MEW)
                                              :
                        Debtors.              :        (Jointly Administered)
                                              :
-----------------------------------------------------------------x
```

**SUMMARY SHEET FOR SECOND INTERIM FEE APPLICATION OF QUINN
EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL
COUNSEL FOR VOYAGER DIGITAL LLC FROM NOVEMBER 1,
<u>2022 THROUGH AND INCLUDING FEBRUARY 28, 2023</u>**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| Basic Information | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client: | Voyager Digital, LLC |
| Petition Date: | July 5, 2022 |
| Date of Order Approving Employment and Retention: | August 4, 2022, *nunc pro tunc* to July 13, 2022[2] |
| **This Interim Application** | |
| Time Period Covered: | November 1, 2022 through February 28, 2023 |
| Total Hours Billed | 501.4 |
| Total Fees Requested: | $580,788.45[3] |
| Total Expenses Requested | $3,322.65 |
| Total Fees and Expenses Requested: | $584,111.10 |
| Blended Rate for Attorneys from November 1, 2022 through February 28, 2023. | $1,065.02 |
| Blended Rate for All Timekeepers from November 1, 2022 through February 28, 2023. | $1,019.49 |
| Rate Increases Not Previously Approved or Disclosed: | N/A |
| Total Professionals: | 10 |
| Total Professionals Billing Less than 15 Hours | 5 |
| **Historical** | |
| Fees Approved to Date: | $3,082,787.20 |
| Expenses Approved to Date: | $20,852.88 |
| Total Fees and Expenses Approved to Date: | $3,103,640.08 |
| Approved Amounts Paid to Date: | $2,487,082.64 |
| Fees Paid Pursuant to Monthly Statements, Not Yet Allowed: | $262,747.44 |
| Expenses Paid Pursuant to Monthly Statements, Not Yet Allowed: | $2,518.38 |
| **Related Information and Case Status** | |
| This is an interim application. | |
| The Court has entered the Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [ECF No. 18]. | |

---

[2]    This Court approved the retention of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as Special Counsel to Voyager Digital LLC ("Voyager LLC") on August 4, 2022, *nunc pro tunc* to July 13, 2022. [ECF No. 242].

[3]    Quinn Emanuel agreed with Voyager LLC to a 10% discount off of its customary fees. Accordingly, Quinn Emanuel only seeks approval herein of 90% of its customary fees as set forth in the monthly invoices to Voyager LLC (the "Net Billed Fees"). *See*, *e.g.*, Quinn Emanuel's *Fifth Monthly Fee Statement* [ECF No. 794], at 10.

Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 489-7000
Facsimile: (212) 846-4900

*Special Counsel to Debtor Voyager Digital,
LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                            :
In re:                                      :   Chapter 11
                                            :
VOYAGER DIGITAL HOLDINGS, INC., et al.,     :   Case No. 22-10943 (MEW)
                                            :
                        Debtors.            :   (Jointly Administered)
                                            :
-----------------------------------------------------------------x
```

**SECOND INTERIM APPLICATION OF QUINN EMANUEL URQUHART &
SULLIVAN, LLP FOR ALLOWANCE OF INTERIM COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS SPECIAL COUNSEL TO VOYAGER DIGITAL LLC FROM
<u>NOVEMBER 1, 2022 THROUGH AND INCLUDING FEBRUARY 28, 2023</u>**

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), Special Counsel to Voyager Digital LLC (the "Company" or "Voyager LLC"), hereby submits this application (the "Application" or the "Second Interim Application") pursuant to sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (as amended, the "Local Bankruptcy Rules"), the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, dated January 29, 2013 (the "Local Guidelines"), the United States Trustee Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "U.S. Trustee Guidelines" and, together with the Local Guidelines, the "Guidelines"), and this Court's *Order (i) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals; and (ii) Granting Related Relief*, entered on August 4, 2022 [ECF No. 236] (the "Interim Compensation Order"), for interim allowance of compensation for professional services rendered by Quinn Emanuel to Voyager LLC for the period from November 1, 2022 through and including February 28, 2023 (the "Interim Application Period" or "Interim Fee Period") and reimbursement of actual and necessary expenses incurred by Quinn Emanuel in connection with rendering such services during the Interim Application Period.

Pursuant to the Guidelines, Quinn Emanuel submits the declaration of Susheel Kirpalani, a Quinn Emanuel partner (the "Kirpalani Declaration"), regarding Quinn Emanuel's compliance with the Guidelines, which is attached hereto as **Exhibit A** and is incorporated herein by reference. In further support of this Application, Quinn Emanuel respectfully represents as follows:

1

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

2.      The bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1(a), and the Interim Compensation Order.

**Background**

3.      On July 5, 2022 (the "Petition Date"), Voyager LLC, Voyager Digital Holdings, Inc. ("Voyager Holdings"), and Voyager Digital Ltd. ("Voyager Ltd." and collectively with Voyager LLC and Voyager Holdings, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4.      The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Chapter 11 Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [ECF No. 18] .

5.      On July 19, 2022, the United States Trustee for the Southern District of New York appointed an official committee of unsecured creditors (the "Committee").  *See Notice of Appointment of Official Committee of Unsecured Creditors* [ECF No. 102].  No trustee or examiner has been appointed in these cases.

6.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the filing of these cases is set forth in the *Declaration of Stephen Ehrlich,*

*Chief Executive Officer of the Debtors in Support of Chapter 11 Petitions and First Day Motions*
[ECF No. 15].

7.      On July 5, 2022, the board of directors of Voyager LLC formally established the special committee (the "Special Committee"), comprising independent directors Timothy Pohl and Jill Frizzley (the "Independent Directors") and vested it with authority to, among other things (a) investigate any historical transactions, public reporting, or regulatory issues undertaken by Voyager LLC that the Special Committee deemed necessary or appropriate, and the facts and circumstances surrounding such transactions; (b) interview and solicit information and views from management, representatives, consultants, advisors, or any other party in connection with any historical transactions undertaken by Voyager LLC that the Special Committee deems necessary or appropriate; (c) request documentation and information regarding Voyager LLC's business, assets, properties, liabilities, and business dealings with respect to any historical transactions undertaken by Voyager LLC that the Special Committee deems necessary and appropriate to review; (d) perform any other activities consistent with the matters described herein or as the Special Committee or Voyager LLC's board of directors otherwise deems necessary or appropriate; and (e) conduct an independent investigation with respect to any potential estate claims and causes of action against insiders of Voyager LLC, including any claims arising from loans made to Three Arrows Capital ("3AC"). The Special Committee was also vested with sole authority to prosecute, settle, or extinguish any and all claims and causes of action arising from the historical transactions investigated by the Special Committee ((a)-(e), the ("Special Committee's Mandate")).

8.      To aid the Special Committee with its Mandate, on July 21, 2022, Voyager LLC sought the retention of Quinn Emanuel to provide independent advice to, and act at the exclusive

direction of, the Special Committee. *See Debtor Voyager Digital, LLC's Application for Entry of An Order, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014, 2016 and 5002 Authorizing Employment and Retention of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to Voyager Digital, LLC, Effective July 13, 2022* [ECF No. 125] (the "Retention Application").

9.      On August 4, 2022, the Court issued the *Order Authorizing Debtor Voyager Digital, LLC to Employ and Retain Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel Effective July 13, 2022* [ECF No. 242] (the "Retention Order"), authorizing Voyager LLC to employ and retain Quinn Emanuel as its special counsel effective as of July 13, 2022.

10.      During the Interim Fee Period, Quinn Emanuel assisted the Special Committee with several matters that the Special Committee deemed necessary and appropriate, including the preparation of presentation materials concerning the comprehensive investigation into the historical transactions, public reporting, and regulatory issues (the "Investigation").  Quinn Emanuel also responded to creditor requests to disclose the report that was prepared for and presented to the Special Committee at the conclusion of the Investigation (the "Investigation Report").  After agreeing to publicly file a redacted version of the Investigation Report, Quinn Emanuel attorneys worked to assess privilege issues and prepare a redacted version of the Investigation Report that would provide as much factual information as possible to the public while preserving attorney-client and work-product privileges.

11.      Also during the Interim Fee Period, Quinn Emanuel attorneys assisted the Special Committee with investigating and assessing certain intercompany claims (the "Intercompany Claims").  Specifically, Quinn Emanuel analyzed pre-petition transfers among the Debtors to determine whether such claims were properly characterized as equity or debt.  To that end, Quinn

Emanuel reviewed documents produced by the Debtors and conducted interviews of the Debtors'

former CFO, Evan Psaropoulos and the Debtors' financial advisors, and prepared a detailed

presentation for the Special Committee.  Thereafter, Quinn Emanuel, on behalf of the Special

Committee, negotiated with counsel to the independent directors of Voyager Holdings and

Voyager Ltd. in an effort to reach a settlement of the Intercompany Claims.

12.     Quinn Emanuel also worked to prepare for the confirmation hearing (the

"Confirmation Hearing"), including working with Special Committee member, Timothy Pohl, to

draft his declaration in support of the Debtors' plan of reorganization (the "Declaration").  The

Declaration detailed the Investigation and the bases for the Special Committee's conclusions

regarding the existence of potential estate claims and the resulting settlements with the Debtors'

CEO and former CFO.  Quinn Emanuel also worked with Mr. Pohl to prepare for his testimony at

the Confirmation Hearing.

## Compensation Procedures

13.     The Retention Order authorizes Quinn Emanuel to receive interim and final

compensation pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules,

the Guidelines, and the local rules and orders of this Court.

14.     On August 4, 2022, the Court entered the Interim Compensation Order, [ECF No.

236] which approved certain compensation procedures for these cases (the "Compensation

Procedures").  Pursuant to the Compensation Procedures, retained professionals such as Quinn

Emanuel are authorized to serve monthly fee statements (each, a "Monthly Statement") on or after

the 20th day of each month following the month for which compensation is sought or as soon

thereafter as practicable.  Provided that no objection to a Monthly Statement is raised, Voyager

LLC is authorized to pay such professionals an amount equal to eighty percent (80%) of the fees

and one hundred percent (100%) of the expenses requested in such Monthly Statement.

15.     In addition, the Compensation Procedures provide that, beginning with the period ending on October 31, 2022, and at four-month intervals thereafter, retained professionals are authorized to file interim applications with the Court for the allowance of compensation and reimbursement of expenses sought in the monthly fee statements submitted during the applicable Interim Fee Period (as defined in the Interim Compensation Order).  Upon allowance by the Court of a professional's interim fee application, Voyager LLC is authorized to promptly pay such professional all unpaid fees and expenses for the applicable Interim Fee Period.

### Compensation Paid and Its Sources

16.     All services during the Interim Fee Period for which compensation is requested by Quinn Emanuel were performed for or on behalf of Voyager LLC.  Except as provided in this Application, Quinn Emanuel has not received any payment or promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Application.  A certification confirming Quinn Emanuel's compliance with the Guidelines is annexed hereto as **Exhibit A**.

17.     To the extent that billable time or disbursement charges for services rendered or expenses incurred which relate to the Interim Application Period were not processed prior to the preparation of this Application, Quinn Emanuel reserves the right to request compensation for such services and reimbursement of such expenses in a future fee application.

18.     These professional services were rendered by Quinn Emanuel's partners, associates, other attorneys and paraprofessionals.

### Billing History

19.     Pursuant to the terms of the Compensation Procedures, Quinn Emanuel served four Monthly Statements for the services rendered and expenses incurred during the Interim Application Period as follows:

| ECF No. | Period Covered by Monthly Statement | Total Fees Requested in Fee Statements | Total Expenses Requested in Fee Statements | Objection Deadline | Total Amounts Received | Total Amounts Outstanding |
|---|---|---|---|---|---|---|
| ECF No. 794 | November 1, 2022-November 30, 2022 | $152,385.84 | $800.20 | January 13, 2023 | $153,186.04 | $38,096.46 |
| ECF No. 902 | December 1, 2022-December 31, 2022 | $51,950.16 | $830.86 | February 8, 2023 | $52,781.02 | $12,987.54 |
| ECF No. 1160 | January 1, 2023-January 31, 2023 | $58,411.44 | $887.32 | March 24, 2023 | $59,298.76 | $14,602.86 |
| ECF No. 1265 | February 1, 2023-February 28, 2023 | $201,883.32 | $804.27 | April 21, 2023 | $0 | $253,158.42 |
| **Total** | | $464,630.76 | $3,322.65 | N/A | $265,265.82 | $318,845.28 |

20.     Quinn Emanuel maintains detailed time records of services rendered by its professionals and paraprofessionals.  Copies of these time records have been filed on the docket with Quinn Emanuel's Monthly Statements.

**Relief Requested**

21.     In this Application, Quinn Emanuel is requesting entry of an order granting the interim allowance of (i) compensation for the actual, reasonable and necessary professional services that Quinn Emanuel has rendered to Voyager LLC during the Interim Application Period in the amount of $580,788.45 and (ii) the actual, reasonable and necessary out-of-pocket expenses incurred in representing Voyager LLC during the Interim Application Period in the amount of $3,322.65.

22.     In accordance with the Guidelines, the following exhibits are attached to this Application:

a.      **Exhibit A** is the Kirpalani Declaration.

b.      **Exhibit B** is a schedule of the number of hours billed by partners, of counsel, associates, contract attorneys, and paraprofessionals during the Interim Application Period with respect to each of the subject matter categories Quinn Emanuel has established in accordance with its internal billing procedures. Quinn Emanuel attorneys and paraprofessionals have billed a total of 501.4 hours in connection with this matter during the Interim Application Period.

c.      **Exhibit C** is a schedule providing certain information regarding Quinn Emanuel attorneys and paraprofessionals for whose work compensation is sought in this Application, including position, level of experience, hourly rate, total hours spent working in these cases during the Interim Application Period, and amount of compensation sought on account thereof.

d.      **Exhibit D** contains a summary schedule of the actual and necessary out-of-pocket expenses incurred by Quinn Emanuel during the Interim Application Period.

e.      **Exhibit E** contains a disclosure of "customary and comparable compensation" charged by Quinn Emanuel's professionals and paraprofessionals, including a summary of the blended hourly rates of the applicable timekeepers (segregated by rank) as compared to the blended hourly rates for all timekeepers in Quinn Emanuel's U.S. Offices.

f.      **Exhibit F** contains Quinn Emanuel's budget and staffing plans for these cases during the Interim Application Period.

g.      **Exhibit G** contains each of the four monthly invoices which were sent during the Interim Application Period and are relied upon herein.

### Summary of Legal Services Rendered

23.      During the Interim Application Period, Quinn Emanuel provided reasonable and appropriate professional services to Voyager LLC that were necessary to the administration of these cases.

24.      To provide a meaningful summary of Quinn Emanuel's services rendered on behalf of Voyager LLC, Quinn Emanuel has established, in accordance with its internal billing procedures, certain subject matter categories tailored to these cases. The following is a summary

of professional services rendered for the subject matter categories during the Interim Application Period.

25.    During the Interim Application Period, Quinn Emanuel: (a) billed 501.4  hours; (b) incurred $645,320.50 in total fees ($580,788.45 following application of the agreed 10% discount) and (c) incurred $3,322.65 in expenses.

**VO01: Case Administration—10 Hours—$2,177.00 ($1,959.30 following application of the 10% discount)**

26.    During the Interim Application Period, Quinn Emanuel attorneys and paraprofessionals spent a total of 10.0 hours on administrative tasks necessary to facilitate the investigation of the Intercompany Claims, including downloading and processing of documents for attorney review.

**VO02: Fee Applications—74.0 Hours—$66,625.00  ($59,962.50 following application of the 10% discount)**

*27.*    During the Interim Application Period, Quinn Emanuel attorneys and paraprofessionals spent a total of 74.0 hours preparing and revising the *Fourth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP, for Compensation for Services Rendered as Special Counsel to Voyager Digital, LLC During the Period of October 1, 2022 Through October 31, 2022; [ECF No. 674];* the *First Application for Interim Professional Compensation for Quinn Emanuel Urquhart & Sullivan, LLP, for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Voyager Digital, LLC During the Period of July 13, 2022 through October 31, 2022* [ECF 760]; the *Fifth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan LLP for Compensation for Services Rendered as Special Counsel to Voyager Digital, LLC During the Period of November 1, 2022 through November 30, 2022* [ECF No. 794];

the *Sixth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan LLP for Compensation for Services Rendered as Special Counsel to Voyager Digital, LLC During the Period of December 1, 2022 through December 31, 2022* [ECF No. 902]; the *Supplemental Declaration of Susheel Kirpalani in Support of First Application for Interim Professional Compensation for Quinn Emanuel Urquhart & Sullivan, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Voyager Digital LLC During the Period of July 13, 2022 through October 31, 2022* [ECF No. 957]; the *Seventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan LLP for Compensation for Services Rendered as Special Counsel to Voyager Digital, LLC During the Period of January 1, 2023 through January 31, 2023* [ECF No. 1160]; and the *Eighth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan LLP for Compensation for Services Rendered as Special Counsel to Voyager Digital, LLC During the Period of February 1, 2023 through February 28, 2023* [ECF No. 1265].

**VO03: Employment Applications—11.4 Hours—$15,624.00 ($14,061.60 following application of the 10% discount)**

28.     During the Interim Application Period, Quinn Emanuel billed 11.4 hours preparing supplemental declarations in connection with Quinn Emanuel's retention.  *See* ECF Nos. 668, 693, 957.

**VO04:  Fee/Employment  Objections—2.4  hours—$2,710  ($2,439.00  following application of the 10% discount)**

29.     During the Interim Application Period, Quinn Emanuel billed 2.4 hours conferring with and responding to, the United States Trustee's office regarding issues relating to Quinn Emanuel's First Interim Application

**VO05: Special Committee Investigation—403.6 hours—$558,184.50 ($502,366.05 following application of the 10% discount)**

30.     During the Interim Application Period, Quinn Emanuel attorneys spent a total of 403.6 hours on tasks related to the Investigation, preparation of a public version of the Investigation Report, the investigation and assessment of the Intercompany Claims, and preparation for the Confirmation Hearing (summarized above, *supra* ¶¶ 10-12).  In addition, Quinn Emanuel attorneys attended several Court hearings during the Interim Application Period.

### Summary of Actual and Necessary Expenses Incurred

31.     During the Interim Application Period, certain Document Services were required.  These services included color printing and preparation of binders.  The $88.29 in Document Services represent the actual cost to Quinn Emanuel.

32.     During the Interim Application Period, Conference Fees, which are the Court Solutions fees relating to Quinn Emanuel attorneys' participation in Court hearings, were required.  The $210 in Conference Fees represent the actual cost to Quinn Emanuel.

33.     During the Interim Application Period, Local Business Travel, relating to the transportation home for Quinn Emanuel attorneys who worked late on this case, was required.  The $50.91 in Local Business Travel represents the actual cost to Quinn Emanuel.

34.     During the Interim Application Period, Litigation Support Costs, in the form of RelOne Active Hosting (per GB) was required.  The $373.45 in RelOne Active Hosting represent the actual cost to Quinn Emanuel.

35.     During the Interim Application Period, Litigation Support Costs, in the form of a RelOne User Fee was required.  The $2,600.00 in RelOne User Fee represents the actual cost to Quinn Emanuel.

36.     The actual expenses incurred in providing professional services to Voyager LLC

were necessary, reasonable, and justified under the circumstances.

37.     Quinn Emanuel has made every effort to minimize disbursements of this nature in

these cases.  Quinn Emanuel regularly reviews its bills to ensure that Voyager LLC is only billed

for services that were actual and necessary.

### Basis for Relief

38.     Section 331 of the Bankruptcy Code provides for interim compensation for services

rendered and reimbursement of expenses in chapter 11 cases and incorporates the substantive

standards of section 330 to govern the award of such compensation.

> [A]ny professional person . . . may apply to the court not more than
> once every 120 days after an order for relief in a case under this title,
> or more often if the court permits, for such compensation for
> services rendered . . . or reimbursement for expenses . . . as is
> provided under section 330 of this title. . . .

11 U.S.C. § 331.

39.     With respect to the level of compensation, section 330(a)(1)(A) of the Bankruptcy

Code provides, in pertinent part, that the Court may award to a professional person "reasonable

compensation for actual, necessary services rendered[.]"  Section 330(a)(3), in turn, provides that:

> In determining the amount of reasonable compensation to be
> awarded to . . . [a] professional person, the court shall consider the
> nature, the extent, and the value of such services, taking into account
> all relevant factors, including—
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of,
>           or beneficial at the time at which the service was rendered
>           toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable
>           amount of time commensurate with the complexity,

12

              importance, and nature of the problem, issue, or task
addressed;

(E)     with respect to a professional person, whether the person is
board certified or otherwise has demonstrated skill and
expertise in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the
customary compensation charged by comparably skilled
practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

40.     Quinn Emanuel respectfully submits that the services for which it seeks
compensation in this Application were, at the time rendered, necessary for and beneficial to the
Debtor Voyager LLC.  Quinn Emanuel performed the services for Voyager LLC efficiently and
effectively, and the results obtained benefited not only Voyager LLC, but also its creditors and
other parties in interest.  Quinn Emanuel further submits that the compensation requested herein
is reasonable in light of the nature, extent, and value of the services rendered.

41.     During the Interim Application Period, Quinn Emanuel's hourly billing rates for
attorneys ranged from $425.00 to $2,130.00, prior to the application of the agreed 10% discount
referenced above.  These rates and the corresponding rate structure reflect the great complexity,
high stakes, and severe time pressures involved in these cases.  These hourly rates and the rate
structure are equivalent to the hourly rates and corresponding rate structure used by Quinn
Emanuel not only for restructuring, workout, bankruptcy, insolvency, and comparable matters, but
also for other complex corporate, securities, and litigation matters, whether in-court or otherwise,
regardless of whether a fee application is required.  Quinn Emanuel strives to be efficient in the
staffing of all of its matters.

42.     Quinn Emanuel's hourly rates are set at a level designed to compensate Quinn
Emanuel fairly for the work of its attorneys and paraprofessionals and to cover certain fixed

overhead expenses.  Hourly rates vary with the experience and seniority of each individual performing a particular service.  These hourly rates are subject to yearly adjustments to reflect economic and other conditions and are consistent with the rates charged by comparable firms.

43.    Quinn Emanuel notes that this case was leanly staffed during the Interim Application Period.  The nature of the work done during this period—including considerations of privilege issues, assessments of the Intercompany Claims, participation in various Court hearings, and preparation for the Confirmation Hearing—required more experienced, senior attorneys. Specifically, the majority of the work was done by a partner, a counsel, and a senior associate. Whenever possible, a more junior associate was asked to conduct research and prepare drafts of presentations, and Litigation Support personnel assisted with Case Administration.  This the streamlined staffing plan was reviewed and approved by the Special Committee, and Quinn Emanuel has agreed to discount its fees by 10%.

44.    In sum, Quinn Emanuel respectfully submits that the professional services provided by its attorneys and paraprofessionals on behalf of Voyager LLC during the Interim Application Period were necessary and appropriate given the relevant factors set forth in section 330 of the Bankruptcy Code, *i.e.*, the complexity of these cases, the time expended, the nature and extent of the services provided, the value of such services, and the cost of comparable services outside of bankruptcy.  Accordingly, Quinn Emanuel respectfully submits that approval of compensation for the fees incurred for professional services and reimbursement of expenses sought herein is warranted.

### Reservation of Rights

45.    Although every effort has been made to include all fees and expenses incurred during the Interim Application Period, some fees and expenses might not be included in this Application due to delays in connection with accounting and processing of such time and expenses

or for other reasons.  Accordingly, Quinn Emanuel reserves the right to make further applications to this Court for the allowance of additional fees and expenses incurred during the Interim Application Period that are not included herein.

## Notice

46.     Notice of this Application will be provided in accordance with the procedures set forth in the *Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [ECF No. 240].  Voyager LLC respectfully submits that no further notice is required.

## No Prior Request

47.     No previous request for the relief sought herein has been made by Quinn Emanuel to this or any other Court.

## Conclusion

WHEREFORE, Quinn Emanuel respectfully requests that the Court enter an order (i) allowing on an interim basis, (a) compensation to Quinn Emanuel of $580,788.45 for reasonable and necessary professional services rendered to Voyager LLC, and (b) $3,322.65 for reimbursement of actual and necessary costs and expenses incurred by Quinn Emanuel, for a total of $584,111.10; and (ii) granting such other relief as the Court deems proper and just.

Respectfully submitted this 14th day of April, 2023.

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

New York, New York

/s/ **SUSHEEL KIRPALANI**

Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

*Special Counsel to Debtor Voyager
Digital LLC.*

1

**<u>Exhibit A</u>**

**Kirpalani Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                    :
In re:                                                              :          Chapter 11
                                                                    :
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[4]                         :          Case No. 22-10943 (MEW)
                                                                    :
                                    Debtors.                        :          (Jointly Administered)
                                                                    :
-----------------------------------------------------------------x

**DECLARATION OF SUSHEEL KIRPALANI IN SUPPORT OF SECOND INTERIM**
**APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP**
**FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**SPECIAL COUNSEL TO VOYAGER DIGITAL, LLC FROM**
**NOVEMBER 1, 2022, THROUGH AND INCLUDING FEBRUARY 28, 2023**

---

[4]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC
(8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY
10003.

1.      I am a partner at Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"),
counsel to Voyager Digital LLC ("Voyager LLC").  I am admitted to the bar in the State of New
York and have been admitted to practice in the United States Bankruptcy Court for the Southern
District of New York.  I am one of the lead Quinn Emanuel attorneys working on Voyager LLC's
chapter 11 case and I am familiar with the work performed on behalf of Voyager LLC by Quinn
Emanuel.

2.      I have read the foregoing *Second Interim Application of Quinn Emanuel Urquhart
& Sullivan LLP for Allowance of Interim Compensation for Professional Services Rendered and
Reimbursement of Expenses Incurred as Special Counsel to Voyager Digital LLC from November
1, 2022 Through and Including February 28, 2023* (the "Second Interim Application").[5]  To the
best of my knowledge, information and belief, the statements contained in the Second Interim
Application are true and correct and comply in material part with Local Bankruptcy Rule 2016-
1(a) and the Local Guidelines.

3.      In accordance with the Local Guidelines, I certify that:

    a.      I have read the Second Interim Application.

    b.      To the best of my knowledge, information, and belief formed after
            reasonable inquiry, the fees and disbursements sought fall within the Local
            Guidelines;

    c.      The fees and disbursements sought are billed at rates in accordance with
            those customarily charged by Quinn Emanuel and generally accepted by
            Quinn Emanuel's clients[6]; and

    d.      In providing a reimbursable service, Quinn Emanuel does not make a profit
            on that service, whether the service is performed by Quinn Emanuel in-
            house or through a third party.

---

[5]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Second
       Interim Application.

[6]    Indeed, Quinn Emanuel and Voyager LLC agreed to a 10% discount on Quinn Emanuel's customary fees.

4.      In accordance with the Local Guidelines, and as required by the Interim Compensation Order, I also certify that Quinn Emanuel has complied with provisions requiring it to provide Voyager LLC, the official committee of unsecured creditors (the "Committee"), and the U.S. Trustee with a statement of Quinn Emanuel's fees and disbursements accrued during the previous month.

5.      In accordance with the Local Guidelines, I further certify that Voyager LLC, the Committee, and the U.S. Trustee are each being provided with a copy of this Application.

6.      Quinn Emanuel responds to the questions identified in the U.S. Trustee Guidelines as follows:

> **Question:**   Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Second Interim Application Period? If so, please explain.
>
> Response:   Yes. As stated in footnote 3 of the Second Interim Application, Quinn Emanuel agreed with Voyager LLC to a 10% discount of its customary fees.
>
> **Question:**   If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?
>
> Response:   Not applicable.
>
> **Question:**   Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?
>
> Response:   No.
>
> **Question:**   Does this fee application include time or fees related to reviewing the time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.
>
> Response:   No.
>
> **Question:**   Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees.

<u>Response</u>:      No.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge and belief.


Dated:  April 14, 2023              <u>*/s/ Susheel Kirpalani*</u>
New York, New York              Susheel Kirpalani
                                              Partner, Quinn Emanuel Urquhart & Sullivan, LLP

**Exhibit B**

**Summary of Fees By Subject Matter**

| Task Code | Project Category | Total Hours Billed | Amount |
|---|---|---|---|
| VO01 | Case Administration | 10 | $2,177.00 |
| VO02 | Fee Applications | 74 | $66,625.00 |
| VO03 | Employment Applications | 11.4 | $15,624.00 |
| VO04 | Fee/Employment Objections | 2.4 | $2,710.00 |
| VO05 | Special Committee Investigation | 403.6 | $558,184.50 |
| | **TOTALS:** | 501.4 | $645,320.50[7] |

---

[7]  As stated in footnote 3 above, the Net Billed Fees (which are the only fees requested herein) represent 90% of the total fees in the four invoices referenced herein.  The Net Billed Fees are $580,788.45

**Exhibit C**

**Attorneys and Paraprofessionals' Information**

| Name | Position | Bar Admission | Hourly Rate | Total Hours Billed | Total Fees Incurred |
|------|----------|---------------|-------------|--------------------|--------------------|
| Susheel Kirpalani | Partner | 1998 | $2,130 | 42.2 | $89,886.00 |
| Katherine A. Scherling | Counsel | 2010 | $1,350 | 192.4 | $259,740.00 |
| Zachary Russell | Associate | 2017 | $1,270 | 184.0 | $233,680.00 |
| Meredith Mandell | Associate | 2017 | $1,270 | 0.1 | $127.00 |
| Joanna Caytas | Associate | 2018 | $1,165 | 36.4 | $42,406.00 |
| Cameron Kelly | Associate | Texas 2020 | $1,005 | 3.1 | $3,115.50 |
| Daniel Needleman | Attorney | 1999 | $425 | 32.2 | $13,685.00 |
| Caitlin Garvey | Paralegal | N/A | $480 | 2.0 | $960.00 |
| Diana Cordoba | Managing Clerk | N/A | $540 | 0.4 | $216.00 |
| Steven Wong | Litigation Support | N/A | $175 | 8.6 | $1,505.00 |
| | | **TOTALS:** | --- | 501.4 | $645,320.50[8] |

---

[8]    As stated above, Quinn Emanuel agreed to a 10% discount for all billing rates on this matter.  Accordingly, the
Total Fees Incurred after application of this 10% discount is $580,788.45.

**Exhibit D**

**Summary of Expenses Incurred During the Interim Application Period**

**(November 1, 2022 – February 28, 2023)**

| Expense Categories | Amount |
|---|---|
| Document Services | $88.29 |
| Conference Fees | $210.00 |
| Local Business Travel | $50.91 |
| Litigation Support (RelOne Active Hosting (per GB) | $373.45 |
| Litigation Support (RelOne User Fee) | $2,600.00 |
| **TOTALS:** | $3,322.65 |

**Exhibit E**

**Customary and Comparable Compensation**

| Category of Timekeeper | Blended Hourly Rate | | Blended Hourly Rate |
|---|---|---|---|
| | **Billed Firm-wide for preceding fiscal year (FY2022)** | **Billed Firm-wide November 1, 2022 through February 28, 2023** | **Billed to In Re Voyager Holdings S.A. et al from November 1, 2022 through February 28, 2023[9]** |
| Partner | $1,343.99 | $1,413.47 | $2,130 |
| Counsel | $1,117.24 | $1,179.17 | $1,350.00 |
| Associate | $938.85 | $990.30 | $1,249.23 |
| Attorney (staff attorneys) | $391.71 | $402.91 | $425.00 |
| Paraprofessional | $404.77 | $427.04 | $480.00 |
| Litigation Support | $191.96 | $187.03 | $175.00 |
| Aggregated | $980.20 | $1019.49 | $1,287.63 |

---

[9]    Each blended rate on this matter is prior to application of the 10% discount described in footnote 3 above.

**Exhibit F**

**Quinn Emanuel Budget and Staffing Plan**

**(For Matter Categories for the Period Beginning on November 1, 2022 and Ending on
February 28, 2023)**

**Budget**

| Task Code | Project Category | Description | Compensation Budgeted |
|---|---|---|---|
| 1 | Case Administration | Time spent importing and processing document productions | $5,000 – $10,000 |
| 2 | Fee Applications | Time spent preparing fee applications and related documents | $35,000 – $50,000 |
| 3 | Employment Applications | Time spent preparing disclosures related to retention issues | $15,000 – $20,000 |
| 4 | Fee Objections | Time spent addressing and negotiating objections and/or informal comments to the Firm's fees | $30,000 – $45,000 |
| 5 | Special Committee Investigation | Time spent on investigation-related issues such as fact collection and document review, preparation of memoranda and reports, meetings and presentations, settlement negotiations and preparation of term sheets, and witness preparation and attendance at hearings | $600,000 – $700,000 |
| 6 | Non-Working Travel Time | Time spent on travel for this matter. | $0 – $0 |
| | | **Total** | **$685,000 - $825,000** |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[10] |
|---|---|---|
| Partner | 1 | $2,130.00 |
| Associate/Of Counsel | 4 | $1,315.00 |
| Other Professional | 3 | $370.00 |
| **Total** | **8** | **1,062.50** |

---

[10]    The Average Hourly Rate is calculated prior to application of the 10% discount.

**Exhibit G**

**Quinn Emanuel Invoices Relied Upon for this Fee Application**

# quinn emanuel trial lawyers

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

December 09, 2022

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000144404
Responsible Attorney: Susheel Kirpalani

### Limited Engagement For Voyager Digital, LLC Special Committee

For Professional Services through November 30, 2022 in connection with acting as special counsel to Voyager Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC, comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special Committee's mandate.

| | |
|---|---|
| Fees | $211,647.00 |
| 10% Discount | -$21,164.70 |
| Net Billed Fees | $190,482.30 |
| Expenses | $800.20 |
| Net Amount | $191,282.50 |
| Total Due This Invoice | $191,282.50 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich | sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin

**quinn emanuel** trial lawyers

December 09, 2022                                                     Matter #: 11603-00001
Page 2                                                        Invoice Number: 101-0000144404

## Statement Detail

### VO02  Fee Applications

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/04/22 | ZR1 | Prepare fee statement (2.9). | 2.90 | 3,683.00 |
| 11/16/22 | DN1 | Begin work on Fee Application. | 0.10 | 42.50 |
| 11/17/22 | DN1 | Draft Fourth Fee Statement. | 1.00 | 425.00 |
| 11/22/22 | ZR1 | Prepare fee statement (1.5). | 1.50 | 1,905.00 |
| 11/22/22 | DN1 | Revise Fourth Fee Statement (.2); prepare for filing (.1). | 0.30 | 127.50 |
| 11/23/22 | DN1 | Ensure filing of Fee Statement. | 0.10 | 42.50 |
| | | SUBTOTAL | 5.90 | 6,225.50 |

### VO03  Employment Applications

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/14/22 | ZR1 | Prepare supplemental declaration (2.8). | 2.80 | 3,556.00 |
| 11/15/22 | ZR1 | Prepare supplemental declaration (2.3). | 2.30 | 2,921.00 |
| 11/20/22 | KS2 | Draft supplemental Kirpalani declaration (1.20); review and revise same (.30); correspondence re: same (.20). | 1.70 | 2,295.00 |
| 11/20/22 | SK2 | Corresp w/K Scherling re supplemental declaration (.2); review and revise supplemental declaration (.9). | 1.10 | 2,343.00 |
| 11/21/22 | KS2 | Revise supplemental declaration (.20); correspondence re: filing of same (.10). | 0.30 | 405.00 |
| 11/30/22 | ZR1 | Review mandate and outline declaration re new assignment (0.5); call KS/SK re same (.6). | 1.10 | 1,397.00 |
| 11/30/22 | KS2 | Review and comment on supplemental declaration (.50). | 0.50 | 675.00 |
| | | SUBTOTAL | 9.80 | 13,592.00 |

# quinn emanuel trial lawyers

December 09, 2022                                              Matter #: 11603-00001
Page 3                                               Invoice Number: 101-0000144404

### VO05   Special Committee Investigation

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/22 | JDC | Review and revise slide deck with non-privileged conclusions of the investigation. | 4.20 | 4,893.00 |
| 11/01/22 | SK2 | TC w/counsel for ad hoc group of equity holders (D. Posner) re Special Committee investigation and negotiation with Ds and Os (.4); TC w/K. Scherling to discuss potential objections, declaration, and related items (.5); review corresp re intercompany claims (.2). | 1.10 | 2,343.00 |
| 11/01/22 | ZR1 | Prepare Pohl declaration (1.9); prepare PowerPoint (4.3); Call with KE re intercompany transactions (.2). | 6.40 | 8,128.00 |
| 11/01/22 | KS2 | Call with S. Kirpalani re: outstanding issues (.40); call with Kirkland re: intercompany claims (.20); review documents relating to intercompany claims (.40); correspondence with S. Kirpalani re: same (.20). | 1.20 | 1,620.00 |
| 11/02/22 | JDC | Review and revise secondary slide deck. | 1.20 | 1,398.00 |
| 11/02/22 | SK2 | Corresp w/K. Scherling re interco claims analysis and client input (.2); reviewing draft letter to insurer that incorporates UCC comments (.1); corresp w/K. Scherling re same (.1). | 0.40 | 852.00 |
| 11/02/22 | ZR1 | Review loan documentation and prepare intercompany transaction analysis (4.5); call KS re same (.3). | 4.80 | 6,096.00 |
| 11/02/22 | KS2 | Call with McDermott and Day Pitney re: depositions (.40); correspondence with S. Kirpalani re: same (.10); review McDermott's comments to insurance letter and correspondence with S. Kirpalani re: same (.30); call with Z. Russell re: intercompanies (.30); review documents relating to same (.30); review schedules of intercompany claims (.20). | 1.60 | 2,160.00 |

**quinn emanuel** trial lawyers

December 09, 2022                                                    Matter #: 11603-00001
Page 4                                                              Invoice Number: 101-0000144404

| 11/03/22 | JDC | Correspond with K. Scherling regarding slide deck with conclusions of the investigation. | 0.10 | 116.50 |
|---|---|---|---|---|
| 11/03/22 | KS2 | Review initial draft of presentation (.80); prepare for call with B. Allen (.40); attend call with B. Allen (.50); follow-up with Z. Russell (.20); review revised insurance letter and correspondence re: same (.30); review intercompany analysis prepared by Z. Russell (.90); analysis of intercompany claims (1.20); correspondence with K&E re: intercompany claims (.10). | 4.40 | 5,940.00 |
| 11/03/22 | ZR1 | Review and revise letter to insurer (2.2); prepare and serve same (.7); prepare chart of intercompany transactions (3.1); review and revise PowerPoint (3.4). | 9.40 | 11,938.00 |
| 11/04/22 | KS2 | Review and revise T. Pohl Declaration (2.40); call with Kirkland re: intercompanies (.40); follow-up with Z. Russell (.10). | 2.90 | 3,915.00 |
| 11/04/22 | JDC | Analyze document production and court docket (1.2); review and revise slide deck with non-privileged conclusions of the investigation (3.9). | 5.10 | 5,941.50 |
| 11/04/22 | ZR1 | Prepare list of intercompany issues and questions for K&E call (1.9); attend call with KE and follow up with KS (0.5); review and revise declaration (1.5); review and revise PowerPoint (4.2) | 8.10 | 10,287.00 |
| 11/05/22 | JDC | Review and revise slide deck with non-privileged conclusions of the investigation (2.1); correspond with Z. Rusell regarding same (0.1). | 2.20 | 2,563.00 |
| 11/06/22 | ZR1 | Review and revise PowerPoint (2.8). | 2.80 | 3,556.00 |
| 11/07/22 | KS2 | Revise T. Pohl declaration (1.80). | 1.80 | 2,430.00 |
| 11/07/22 | ZR1 | Review and revise PowerPoint (4.6); review and revise declaration (2.1). | 6.70 | 8,509.00 |

**quinn emanuel trial lawyers**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/08/22 | KS2 | Prepare agenda for Special Committee meeting (.20); attend pre-call with Z. Russell (.50); attend Special Committee meeting (.50); review and revise presentation re: investigation (1.60). | 2.80 | 3,780.00 |
| 11/08/22 | ZR1 | Review and revise declaration (.7); correspondence re Binance deal (.7); call with KS (.5); special committee call (.5); review and revise PowerPoint (4.5). | 6.40 | 8,128.00 |
| 11/09/22 | ZR1 | Corr SK/KS and KE re Pohl declaration (.4); correspondence with team regarding presentation (.4); review and revise presentation (2.1). | 2.90 | 3,683.00 |
| 11/09/22 | KS2 | Further revise investigation presentation (.90); correspondence re: FTX issues (.40); correspondence with S. Kirpalani and Z. Russell re: investigation presentation (.60); review intercompany issues and correspondence with J. Frizzley and T. Pohl re: same (.40); review revised declaration (.40). | 2.70 | 3,645.00 |
| 11/09/22 | SK2 | Review news of FTX and Binance, corresp w/team and clients re same (.5); reviewing and revising draft slide deck summarizing Special Committee conclusions (1.2); corresp w/K. Scherling, Z. Russell re macro comments (.4). | 2.10 | 4,473.00 |
| 11/10/22 | KS2 | Review and revise investigation presentation (2.20); correspondence re: same (.20). | 2.40 | 3,240.00 |
| 11/10/22 | ZR1 | Rework presentation deck (7.5); review FTX news and correspondence re same (.7). | 8.20 | 10,414.00 |
| 11/11/22 | KS2 | Prepare for call with Kirkland (.60); call with Kirkland re: meeting next week (.50); follow-up with S. Kirpalani (.30); further comment on presentation (.50). | 1.90 | 2,565.00 |

**quinn emanuel** trial lawyers

December 09, 2022
Page 6

Matter #: 11603-00001
Invoice Number: 101-0000144404

| 11/11/22 | SK2 | Review complaint filed by ad hoc equity committee (.4). | 4.00 | 8,520.00 |
|---|---|---|---|---|
| 11/11/22 | ZR1 | Review FTX filings (.6); review and revise PPT (1.1); prepare minutes of SC meeting (.5); attend call with K&E (.6); prepare list of documents for K&E (.4); review securities complaint (3.6). | 6.90 | 8,763.00 |
| 11/12/22 | ZR1 | Review and revise summary of equity committee complaint (.6); legal research on schedule admissions (3.1). | 3.70 | 4,699.00 |
| 11/14/22 | KS2 | Final review of investigation presentation (2.40); review shareholder class action filing (1.20); research re: same (.30); correspondence with QE team re: same (.20). | 4.10 | 5,535.00 |
| 11/14/22 | SK2 | Review and revise slide deck summarizing Special Committee presentation (1.5). | 1.50 | 3,195.00 |
| 11/14/22 | MM6 | Answer question from S. Kirpilani regarding Voyager interview with Lalwani (.1). | 0.10 | 127.00 |
| 11/14/22 | ZR1 | Review news and filings in FTX bankruptcy (1.4); review and summarize securities complaint (1.1); legal research on recharacterization (3.7). | 6.20 | 7,874.00 |
| 11/15/22 | KS2 | Attend Omnibus Hearing (.80); prepare for investigation meeting (.80); confer with Z. Russell re: case matters (.30); attend meeting (1.80); prepare agenda for Special Committee call (.20); correspondence with S. Kirpalani and Z. Russell re: same (.10). | 4.20 | 5,670.00 |
| 11/15/22 | SK2 | Confer w/K. Scherling re today's omnibus hearing (.4); meeting to discuss views and findings of Special Committee w/K. Scherling, Z. Russell, M. Slade (2.8); meet w/K. | 3.70 | 7,881.00 |

**quinn emanuel** trial lawyers

December 09, 2022                                                    Matter #: 11603-00001
Page 7                                                   Invoice Number: 101-0000144404

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Scherling, Z. Russell to discuss next steps (.5). |  |  |
| 11/15/22 | JDC | Attend omnibus hearing. | 0.50 | 582.50 |
| 11/15/22 | ZR1 | Review and revise presentation (4.1); prepare for and attend meeting (1.8); correspondence re next steps (.5) | 6.40 | 8,128.00 |
| 11/16/22 | KS2 | Prepare for and attend Special Committee call (1.30). | 1.30 | 1,755.00 |
| 11/16/22 | SK2 | Attend meeting of Special Committee to discuss recent developments, plan-settlement issues (1.0); corresp w/ J. Sussberg, M. Slade re same (.2). | 1.20 | 2,556.00 |
| 11/16/22 | ZR1 | Prepare for and attend SC call and prepare minutes (1.5). | 1.50 | 1,905.00 |
| 11/27/22 | KS2 | Review correspondence re: S. Ehrlich financial disclosures (.20). | 0.20 | 270.00 |
| 11/30/22 | KS2 | Call with Akin re: Celsius claim (.30); follow-up zoom with Z. Russell and S. Kirpalani (.60); call with D. Posner re: adversary proceeding (.10); correspondence re: intercompany issue (.30). | 1.30 | 1,755.00 |
|  |  | SUBTOTAL | 140.60 | 191,829.50 |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 15.10 | 2,130.00 | 32,163.00 |
| Katherine A. Scherling | KS2 | Counsel | 35.30 | 1,350.00 | 47,655.00 |
| Zachary Russell | ZR1 | Associate | 91.00 | 1,270.00 | 115,570.00 |
| Meredith Mandell | MM6 | Associate | 0.10 | 1,270.00 | 127.00 |
| Joanna Caytas | JDC | Associate | 13.30 | 1,165.00 | 15,494.50 |
| Daniel Needleman | DN1 | Attorney | 1.50 | 425.00 | 637.50 |

# quinn emanuel trial lawyers

December 09, 2022                                      Matter #: 11603-00001
Page 8                                      Invoice Number: 101-0000144404

## Expense Summary

| Description | | Amount |
|---|---|---|
| Postage | | 0.00 |
| Online Research | | 0.00 |
| Document Reproduction | 0.00 | 0.00 |
| Color Document Reproduction | 0.00 | 0.00 |
| Word processing | | 0.00 |

**Litigation Support Costs**

| | |
|---|---|
| RelOne User Fee | 700.00 |
| RelOne Active Hosting (Per GB) | 100.20 |
| **Total Expenses** | **$800.20** |

**quinn emanuel** trial lawyers
quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

### Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees..................................................$190,482.30 |
| Bill Date: December 09, 2022 | Expenses..................................................$800.20 |
| Invoice Number: 101-0000144404 | Total this Invoice..................................................$191,282.50 |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds
to:

| | |
|---|---|
| | City National Bank |
| | 555 South Flower St., 12th Floor |
| | Los Angeles, CA 90071 |
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account # ▮▮▮▮ |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |
| *References:* | *Invoice number and client name / matter number please* |

Tax ID# 95-4004138

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

January 12, 2023

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000145976
Responsible Attorney: Susheel Kirpalani

### Limited Engagement For Voyager Digital, LLC Special Committee

For Professional Services through December 31, 2022 in connection with acting as special counsel to Voyager
Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC,
comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the
Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues
undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and
causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special
Committee's mandate.

| | |
|---|---:|
| Fees | $72,153.00 |
| 10% Discount | -$7,215.30 |
| Net Billed Fees | $64,937.70 |
| Expenses | $830.86 |
| Net Amount | $65,768.56 |
| Total Due This Invoice | $65,768.56 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

**quinn emanuel** trial lawyers

January 12, 2023
Page 2

Matter #: 11603-00001
Invoice Number: 101-0000145976

### Statement Detail

#### VO01  Case Administration

| | | | | |
|---|---|---|---|---|
| 12/01/22 | CG3 | Analyze and process recent production. | 0.50 | 240.00 |
| 12/02/22 | CG3 | Compile pdfs of recent production to share drive for team review. | 0.60 | 288.00 |
| 12/02/22 | SW4 | Prepare multiple sets of documents for review per request from Caitlin Garvey. | 3.60 | 630.00 |
| 12/28/22 | SW4 | Prepare documents for review per request from Caitlin Garvey. | 2.80 | 490.00 |
| | | SUBTOTAL | 7.50 | 1,648.00 |

#### VO02  Fee Applications

| | | | | |
|---|---|---|---|---|
| 11/23/22 | DC3 | Electronic filing of Fourth Monthly Fee Statement for ZRR on behalf of Voyager Digital, LLC. | 0.20 | 108.00 |
| 12/01/22 | DN1 | Continue drafting Fee Application. | 7.40 | 3,145.00 |
| 12/06/22 | DN1 | Complete draft Fee Application. | 3.20 | 1,360.00 |
| 12/07/22 | ZR1 | Prepare fee application (2.1); prepare fee statement (.8). | 2.90 | 3,683.00 |
| 12/08/22 | ZR1 | Prepare fee application (.7). | 0.70 | 889.00 |
| 12/09/22 | ZR1 | Attn to fee application (1.1). | 1.10 | 1,397.00 |
| 12/11/22 | ZR1 | Review and revise fee application (1.2). | 1.20 | 1,524.00 |
| 12/12/22 | ZR1 | Review and revise fee application (1.3). | 1.30 | 1,651.00 |
| 12/13/22 | ZR1 | Review and revise fee application (1.2). | 1.20 | 1,524.00 |
| 12/13/22 | DN1 | Revise draft Fee Application per Zach Russell. | 5.00 | 2,125.00 |
| 12/14/22 | ZR1 | Review and revise fee application (2.4). | 2.40 | 3,048.00 |
| 12/14/22 | DN1 | Revise draft Fee Application per Zach Russell. | 2.50 | 1,062.50 |
| 12/15/22 | JDC | Review and revise first interim fee application (2.9); confer with D. Needleman regarding same (0.1); correspond with Z. Russell regarding | 3.20 | 3,728.00 |

**quinn emanuel** trial lawyers

January 12, 2023                                                    Matter #: 11603-00001
Page 3                                                  Invoice Number: 101-0000145976

| | | | | |
|---|---|---|---|---|
| | | same (0.2). | | |
| 12/17/22 | DN1 | Revise draft Fee Application per Zach Russell. | 2.70 | 1,147.50 |
| 12/18/22 | DN1 | Revise draft Fee Application per Zach Russell. | 0.80 | 340.00 |
| 12/19/22 | ZR1 | Review and revise fee application (1.1); correspondence with client and K&E re same (.4). | 1.50 | 1,905.00 |
| 12/19/22 | KS2 | Review first interim fee application and correspondence re: same (.80). | 0.80 | 1,080.00 |
| 12/19/22 | DN1 | Revise draft Fee Application per Zach Russell. | 3.50 | 1,487.50 |
| 12/20/22 | DN1 | Prepare Fee Application for filing (1.4) Draft Fifth Monthly Fee Statement (.8). | 2.20 | 935.00 |
| 12/20/22 | ZR1 | Finalize and oversee filing of fee application and associated documents (3.1). | 3.10 | 3,937.00 |
| 12/23/22 | ZR1 | Review and revise fee statement (.4). | 0.40 | 508.00 |
| 12/23/22 | DN1 | Revise draft Fifth Fee Statement. | 0.10 | 42.50 |
| 12/27/22 | DN1 | Revise draft Fifth Fee Statement. | 0.30 | 127.50 |
| 12/29/22 | DN1 | Ensure filing of Fifth Fee Statement. | 0.10 | 42.50 |
| 12/29/22 | DC3 | Review and prepare for electronic filing of Fifth Monthly Fee Statement for ZR on behalf of Voyager Digital, LLC. | 0.20 | 108.00 |
| | | SUBTOTAL | 48.00 | 36,905.00 |

**VO03   Employment Applications**

| | | | | |
|---|---|---|---|---|
| 12/01/22 | ZR1 | Prepare second supplemental declaration (1.1). | 1.10 | 1,397.00 |
| 12/05/22 | ZR1 | Review and revise supplemental declaration (.5). | 0.50 | 635.00 |
| | | SUBTOTAL | 1.60 | 2,032.00 |

**VO05   Special Committee Investigation**

# quinn emanuel trial lawyers

January 12, 2023

Page 4

Matter #: 11603-00001

Invoice Number: 101-0000145976

| 12/01/22 | ZR1 | Prepare for and attend call with Celsius counsel and follow up call with KS/SK (1.3); correspondence rte document productions from Ehrlich and Psaropoulos (.3). | 1.60 | 2,032.00 |
|---|---|---|---|---|
| 12/01/22 | SK2 | Attend zoom w/K. Scherling to discuss Celsius late claim and bar date issue (.5). | 0.50 | 1,065.00 |
| 12/05/22 | ZR1 | Review docket for bar date order and PoCs (.5); legal research on excusable neglect (1.2). | 1.70 | 2,159.00 |
| 12/05/22 | ZR1 | Legal research on claim objections (1.4). | 1.40 | 1,778.00 |
| 12/05/22 | KS2 | Review letter from Akin and case law cited therein (2.40); factual and legal research re: same (2.70). | 5.10 | 6,885.00 |
| 12/06/22 | ZR1 | Call with KS (.3); call with K&E (.2); Celsius claim discussion (.5); prepare documents for Paul Hastings (.6). | 1.60 | 2,032.00 |
| 12/06/22 | KS2 | Call with R. Howell re: intercompanies (.20); multiple calls with Z. Russell re: same and case status (.30); research and review case law re: late filed proofs of claim (3.80); correspondence to BRG re: Voyager transfers (.20); calls and emails with S. Kirpalani and Z. Russell re: same (.90); review financial disclosure documents from S. Ehrlich (1.10). | 6.50 | 8,775.00 |
| 12/06/22 | SK2 | Attend meeting w/K. Scherling, Z. Russell re Celsius bar date issue (.6). | 0.60 | 1,278.00 |
| 12/07/22 | KS2 | Email to Paul Hastings re: potential Celsius claim (.30). | 0.30 | 405.00 |
| 12/08/22 | KS2 | Call with Paul Hastings re: potential Celsius claims (.20). | 0.20 | 270.00 |
| 12/23/22 | JDC | Analyze notice of adjournment of hearing on the disclosure statement and sale motion and related filings (1.3); correspond with Z. Russell regarding adjourned hearing (0.1). | 1.40 | 1,631.00 |
| 12/26/22 | KS2 | Review amended plan and disclosure statement (1.80). | 1.80 | 2,430.00 |
| 12/28/22 | CG3 | Analyze and process document | 0.60 | 288.00 |

# quinn emanuel trial lawyers

January 12, 2023                                                    Matter #: 11603-00001
Page 5                                                    Invoice Number: 101-0000145976

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | production to share drive (0.6). |  |  |
| 12/29/22 | KS2 | Survey supplemental document production from S. Ehrlich (.40). | 0.40 | 540.00 |
|  |  | SUBTOTAL | 23.70 | 31,568.00 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 1.10 | 2,130.00 | 2,343.00 |
| Katherine A. Scherling | KS2 | Counsel | 15.10 | 1,350.00 | 20,385.00 |
| Zachary Russell | ZR1 | Associate | 23.70 | 1,270.00 | 30,099.00 |
| Joanna Caytas | JDC | Associate | 4.60 | 1,165.00 | 5,359.00 |
| Daniel Needleman | DN1 | Attorney | 27.80 | 425.00 | 11,815.00 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Diana Cordoba | DC3 | Managing Clerk | 0.40 | 540.00 | 216.00 |
| Caitlin Garvey | CG3 | Paralegal | 1.70 | 480.00 | 816.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Steven Wong | SW4 | Litigation Support | 6.40 | 175.00 | 1,120.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Online Research | | 0.00 |
| Local business travel | | 13.94 |
| Document Reproduction | 0.00 | 0.00 |
| Word processing | | 0.00 |

**Litigation Support Costs**

| | |
|---|---|
| RelOne User Fee | 700.00 |
| RelOne Active Hosting (Per GB) | 116.92 |
| Total Expenses | $830.86 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin

**quinn emanuel** trial lawyers
quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

## Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees............................................................$64,937.70 |
| Bill Date: January 12, 2023 | Expenses.................................................................$830.86 |
| Invoice Number: 101-0000145976 | Total Due this Invoice..........................................$65,768.56 |
| | **Payment Due By February 13, 2023** |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds
to:

City National Bank
555 South Flower St., 12th Floor
Los Angeles, CA 90071

Account Info:               Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:               Deposit Account # █████████
Bank ABA No.:               122016066
Swift Code:                 CINAUS6L
*References:*               *Invoice number and client name / matter number please*

Tax ID#  95-4004138

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich |
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

REMITTANCE

**quinn emanuel** trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

February 21, 2023

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000147893
Responsible Attorney: Susheel Kirpalani

<u>Limited Engagement For Voyager Digital, LLC Special Committee</u>

For Professional Services through January 31, 2023 in connection with acting as special counsel to Voyager Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC, comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special Committee's mandate.

| | |
|---|---:|
| Fees | $81,127.00 |
| 10% Discount | -$8,112.70 |
| Net Billed Fees | $73,014.30 |
| Expenses | $887.32 |
| Net Amount | $73,901.62 |
| Total Due This Invoice | $73,901.62 |

**Confidential – May include attorney-client privileged and work-product information**

**quinn emanuel** trial lawyers

February 21, 2023
Page 2

Matter #: 11603-00001
Invoice Number: 101-0000147893

## Statement Detail

### VO01   Case Administration

| | | | | |
|---|---|---|---|---|
| 01/23/23 | SW4 | Prepare documents from recent document production for review per request from Caitlin Garvey. | 2.20 | 385.00 |
| 01/23/23 | CG3 | Analyze and process recent document production from the debtors (0.2); correspond with lit support re loading materials to database (0.1). | 0.30 | 144.00 |
| | | SUBTOTAL | 2.50 | 529.00 |

### VO02   Fee Applications

| | | | | |
|---|---|---|---|---|
| 01/19/23 | DN1 | Draft Sixth monthly fee statement. | 1.00 | 425.00 |
| 01/20/23 | DN1 | Determine objection deadline for Fee Application. | 0.30 | 127.50 |
| 01/23/23 | ZR1 | Review and revise fee statement (.6). | 0.60 | 762.00 |
| 01/23/23 | DN1 | Prepare draft Fee Statement for filing. | 0.10 | 42.50 |
| 01/24/23 | DN1 | Arrange for filing of Fee Statement. | 0.10 | 42.50 |
| 01/28/23 | ZR1 | Prepare supplemental declaration regarding first interim fee application (2.1). | 2.10 | 2,667.00 |
| 01/30/23 | ZR1 | Prepare supplemental declaration regarding first interim fee application (2.5). | 2.50 | 3,175.00 |
| 01/31/23 | ZR1 | Review and revise supplemental declaration (1.0) | 1.00 | 1,270.00 |
| | | SUBTOTAL | 7.70 | 8,511.50 |

### VO04   Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| 01/26/23 | ZR1 | Attend meeting with R. Morrissey regarding QE's first interim fee application (1.2). | 1.20 | 1,524.00 |
| 01/27/23 | DN1 | Prepare information in response to | 0.10 | 42.50 |

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | inquiries from UST. | | |
| 01/28/23 | DN1 | Prepare information in response to inquiries from UST. | 0.20 | 85.00 |
| 01/30/23 | ZR1 | Attend call with UST re fee application (.8). | 0.80 | 1,016.00 |
| 01/30/23 | DN1 | Prepare information in response to inquiries from UST. | 0.10 | 42.50 |
| | | SUBTOTAL | 2.40 | 2,710.00 |

## VO05   Special Committee Investigation

| | | | | |
|---|---|---|---|---|
| 01/05/23 | JDC | Correspond with K. Scherling and Z. Russell regarding objections to the disclosure statement (0.1); analyze objections to the Asset Purchase Agreement and Disclosure Statement (1.2). | 1.30 | 1,514.50 |
| 01/05/23 | KS2 | Call with D. Epstein re: financial disclosure production (.20); review intercompany claim issues (.30); call with R. Howell re: same (.20); review Alameda disclosure statement objection (.40); email to S. Kirpalani providing case update (.50). | 1.60 | 2,160.00 |
| 01/05/23 | ZR1 | Attend call with K&E re intercompany transfers (.2). | 0.20 | 254.00 |
| 01/06/23 | JDC | Analyze and summarize in a chart objections to the Asset Purchase Agreement and Disclosure Statement (1.7); correspond with K. Scherling and Z. Russell regarding same (0.1). | 1.80 | 2,097.00 |
| 01/10/23 | KS2 | Attend hearing on APA and Disclosure Statement. | 4.00 | 5,400.00 |
| 01/11/23 | KS2 | Call with R. Howell re: intercompany adversary proceeding (.20); confer with Z. Russell re: same (.20); review Z. Russell notes on intercompanies (.20). | 0.60 | 810.00 |
| 01/11/23 | ZR1 | Analysis on intercompany transactions (1.8) | 1.80 | 2,286.00 |

# quinn emanuel trial lawyers

February 21, 2023
Page 4

Matter #: 11603-00001
Invoice Number: 101-0000147893

| 01/13/23 | KS2 | Prepare for and attend zoom with Kirkland, Katten, and Arent Fox (.60); follow-up with Z. Russell re: same (.20). | 0.80 | 1,080.00 |
|---|---|---|---|---|
| 01/15/23 | ZR1 | Prepare outline of intercompany transfer presentation (1.2) | 1.20 | 1,524.00 |
| 01/16/23 | JDC | Confer with Z. Russell regarding presentation on intercompany transfers (0.3); review background materials (0.9). | 1.20 | 1,398.00 |
| 01/16/23 | ZR1 | Call with JC re intercompany transfer presentation (.3); follow up correspondence with JC re same (.3). | 0.60 | 762.00 |
| 01/16/23 | KS2 | Email to Independent Directors re: status of intercompany issues. | 0.70 | 945.00 |
| 01/18/23 | JDC | Review documents relating to intercompany transfers (0.6); prepare presentation regarding intercompany transfers (1.3). | 1.90 | 2,213.50 |
| 01/19/23 | ZR1 | Review and revise intercompany presentation (2.6). | 2.60 | 3,302.00 |
| 01/19/23 | JDC | Review documents relating to intercompany transfers (0.4); prepare presentation regarding intercompany transfers (1.4); correspond with Z. Russell regarding same (0.1). | 1.90 | 2,213.50 |
| 01/23/23 | ZR1 | Review new document production re intercompany transfers (1.2). | 1.20 | 1,524.00 |
| 01/23/23 | KS2 | Review selected documents produced by the Debtors (.70); prepare for E. Psaropolous interview (1.30); correspondence with Z. Russell re: document review (.10). | 2.10 | 2,835.00 |
| 01/24/23 | ZR1 | Review documents regarding intercompany transfers (2.1); attend interview of E. Psaropoulos re same (1.4); prepare summary of same (.3). | 3.80 | 4,826.00 |
| 01/24/23 | KS2 | Attend omnibus hearing telephonically (2.10); further preparation for E. Psaropolous | 4.10 | 5,535.00 |

**quinn emanuel** trial lawyers

February 21, 2023                                          Matter #: 11603-00001
Page 5                                          Invoice Number: 101-0000147893

|            |     |                                                                                                                                                          |       |           |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
|            |     | interview (.60); attend interview of E. Psaropolous re: intercompany transfers (1.20); follow-up with Z. Russell (.20).                                   |       |           |
| 01/25/23   | KS2 | Correspondence re: BRG interview re: intercompanies (.10).                                                                                                | 0.10  | 135.00    |
| 01/26/23   | KS2 | Call with M. Slade re: creditor motion (.10); review creditor motion seeking to disclose the Investigation Report (.30); correspondence with S. Kirpalani and Z. Russell re: same (.20). | 0.60  | 810.00    |
| 01/27/23   | ZR1 | Prepare for call with BRG (.2); Attend call with BRG re intercompany transactions and schedules (.6).                                                     | 0.80  | 1,016.00  |
| 01/27/23   | KS2 | Prepare for BRG interview (.30); attend BRG interview re: intercompany claims (.60).                                                                      | 0.90  | 1,215.00  |
| 01/28/23   | JDC | Analyze document production (2.7); review and revise presentation regarding intercompany transfers (0.9).                                                 | 3.60  | 4,194.00  |
| 01/29/23   | KS2 | Review correspondence and document requests from Katten (.20).                                                                                            | 0.20  | 270.00    |
| 01/30/23   | ZR1 | Attend call with Katten re document requests (.3); prepare follow up email to Katten re same (.7).                                                        | 1.00  | 1,270.00  |
| 01/30/23   | KS2 | Call with J. Gleit re: intercompany issues (.10); further analysis of intercompany transfers (.40); review objection to Alameda's proof of claim (.30).   | 0.80  | 1,080.00  |
| 01/31/23   | KS2 | Call with S. Kirpalani re: intercompany issues (.20); draft presentation to Special Committee regarding Intercompany Transfers (10.2).                    | 10.40 | 14,040.00 |
| 01/31/23   | ZR1 | Review and revise presentation to SC re intercompany transactions.                                                                                        | 2.10  | 2,667.00  |
|            |     | SUBTOTAL                                                                                                                                                  | 53.90 | 69,376.50 |

# quinn emanuel trial lawyers

February 21, 2023                                                 Matter #: 11603-00001
Page 6                                                    Invoice Number: 101-0000147893

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Katherine A. Scherling | KS2 | Counsel | 26.90 | 1,350.00 | 36,315.00 |
| Zachary Russell | ZR1 | Associate | 23.50 | 1,270.00 | 29,845.00 |
| Joanna Caytas | JDC | Associate | 11.70 | 1,165.00 | 13,630.50 |
| Daniel Needleman | DN1 | Attorney | 1.90 | 425.00 | 807.50 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Caitlin Garvey | CG3 | Paralegal | 0.30 | 480.00 | 144.00 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Steven Wong | SW4 | Litigation Support | 2.20 | 175.00 | 385.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Online Research | | 0.00 |
| Document Reproduction | 0.00 | 0.00 |
| Word processing | | 0.00 |
| PACER Services | | 0.00 |
| Conference Fee | | 70.00 |

### Litigation Support Costs

| | Amount |
|---|---|
| RelOne User Fee | 700.00 |
| RelOne Active Hosting (Per GB) | 117.32 |
| Total Expenses | $887.32 |

**quinn emanuel** trial lawyers
quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON
| BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

## Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees..............................................$73,014.30 |
| Bill Date: February 21, 2023 | Expenses................................................$887.32 |
| Invoice Number: 101-0000147893 | Total Due this Invoice.............................$73,901.62 |
| | **Payment Due By March 25, 2023** |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds to:      City National Bank
                       555 South Flower St., 12th Floor
                       Los Angeles, CA  90071

Account Info:          Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:          Deposit Account #██████████
Bank ABA No.:          122016066
Swift Code:            CINAUS6L
*References:*          *Invoice number and client name / matter number please*

Tax ID#  95-4004138

**quinn emanuel** trial lawyers

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

March 17, 2023

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000149347
Responsible Attorney: Susheel Kirpalani

<u>Limited Engagement For Voyager Digital, LLC Special Committee</u>

For Professional Services through February 28, 2023 in connection with acting as special counsel to Voyager Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC, comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special Committee's mandate.

| | |
|---|---:|
| Fees | $280,393.50 |
| 10% Discount | -$28,039.35 |
| Net Billed Fees | $252,354.15 |
| Expenses | $804.27 |
| Net Amount | $253,158.42 |
| Total Due This Invoice | $253,158.42 |
| Balance Due from Previous Statement(s) | $757,543.06 |
| Total Balance Due | $1,010,701.48 |

**Confidential – May include attorney-client privileged and work-product information**

**quinn emanuel** trial lawyers

March 17, 2023                                                                                    Matter #: 11603-00001
Page 2                                                                            Invoice Number: 101-0000149347

## Statement Detail

**VO02   Fee Applications**

| | | | | |
|---|---|---|---|---|
| 02/01/23 | KS2 | Review and revise supplemental declaration in support of fee application (.40). | 0.40 | 540.00 |
| 02/01/23 | ZR1 | Review and revise supplemental declaration (.8). | 0.80 | 1,016.00 |
| 02/02/23 | ZR1 | Prepare supplemental declaration (.8). | 0.80 | 1,016.00 |
| 02/03/23 | ZR1 | Review ands revise supplemental declaration (1.2); finalize and file same (.4). | 1.60 | 2,032.00 |
| 02/07/23 | ZR1 | Review pro se objection to fee application (.4); prepare for fee hearing (.7); attend hearing (3). | 4.10 | 5,207.00 |
| 02/09/23 | ZR1 | Prepare budget staffing plan table (1.3). | 1.30 | 1,651.00 |
| 02/10/23 | KS2 | Review proposed budget (.20); correspondence with Z. Russell re: same (.10). | 0.30 | 405.00 |
| 02/10/23 | ZR1 | Prepare fee statement (1.5); review and revise budget table (.3). | 1.80 | 2,286.00 |
| 02/22/23 | DN1 | Draft Fee Statement for fees and expenses in January. | 0.80 | 340.00 |
| 02/23/23 | KS2 | Review and revise Seventh monthly fee statement (.20); correspondence with D. Needleman re: same (.10). | 0.30 | 405.00 |
| 02/24/23 | DN1 | Revise Draft Fee Statement per K. Scherling. | 0.20 | 85.00 |
| | | SUBTOTAL | 12.40 | 14,983.00 |

**VO05   Special Committee Investigation**

| | | | | |
|---|---|---|---|---|
| 02/01/23 | KS2 | Continue researching and drafting presentation regarding intercompany transfers (1.50); confer with Z. Russell re: same (.20); further revise | 3.90 | 5,265.00 |

# quinn emanuel trial lawyers

March 17, 2023            Matter #: 11603-00001
Page 3            Invoice Number: 101-0000149347

| | | | | |
|---|---|---|---|---|
| | | presentation (1.80); prepare agenda for tomorrow's special committee meeting (.20); call with M. Slade re: pro se creditor letter (.10); email to Special Committee re: meeting tomorrow (.10). | | |
| 02/01/23 | ZR1 | Review and revise intercompany presentation (1.8). | 1.80 | 2,286.00 |
| 02/01/23 | JDC | Legal research re: privilege issue (1.70). | 1.70 | 1,980.50 |
| 02/02/23 | KS2 | Prepare for meeting with Special Committee (1.10); attend Special Committee meeting (0.90); research and draft objection to motion to release Investigation Report (2.90); multiple calls with J. Gleit re intercompany issues (.40); correspondence with BRG re: same (.10). | 5.40 | 7,290.00 |
| 02/02/23 | JDC | Legal research on section 107, attorney-client privilege, and attorney work product (1.9); prepare opposition to motion to unseal (3.2). | 5.10 | 5,941.50 |
| 02/02/23 | ZR1 | Attend special committee call (.8). | 0.80 | 1,016.00 |
| 02/02/23 | SK2 | Attend Special Committee meeting to discuss interco issues and range of possible settlements (1.0). | 1.00 | 2,130.00 |
| 02/03/23 | KS2 | Prepare for call with BRG (.20); call with BRG re: intercompany questions (.30); correspondence with S. Kirpalani and Z. Russell re: potential settlement constructs (.20); correspondence with Special Committee re: same (.50); research and revise objection to motion to release Investigation Report (2.60). | 3.80 | 5,130.00 |
| 02/03/23 | ZR1 | Review and revise unsealing objection (1.6); finalize and file same (.9). | 2.50 | 3,175.00 |
| 02/03/23 | SK2 | Confer w/K. Scherling re client communication for proposed | 0.60 | 1,278.00 |

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | settlement on interco claims (.4); corresp w/Special Committee re same (.2). | | |
| 02/06/23 | KS2 | Call with R. Howell and M. Slade re: confirmation (.30); call with Katten and Arent Fox re: intercompany transfers (1.30); follow-up call with J. Gleit (.10); prepare for hearing tomorrow (3.60); review supplemental creditor filing (.30); further preparation for hearing tomorrow (.30). | 5.90 | 7,965.00 |
| 02/06/23 | ZR1 | Review and revise argument outline (1.2); prepare for hearing (.2); attend call with K&E re interco issues (.4); attend call with Katten re interco issues (.7); legal research on attorney-client privilege exceptions (1.1). | 3.60 | 4,572.00 |
| 02/07/23 | KS2 | Review UCC letter (.20); prepare for hearing (1.70); attend omnibus hearing (3.0); call with J. Gleit re: intercompanies (.10); call with S. Rochester and J. Gleit re: same (.20); follow-up call with J. Gleit (.10); review BRG materials re: cash flows (.30); correspondence with S. Kirpalani re: hearing (.20). | 5.80 | 7,830.00 |
| 02/07/23 | SK2 | Attend hearing before Judge Wiles re fee applications, fee examiner, and pro se motion to unseal Special Committee report (2.5); confer w/K. Scherling re redactions needed for report (.5). | 3.00 | 6,390.00 |
| 02/07/23 | ZR1 | Call with KS re redacting report (.5); apply first draft of redactions (4.4). | 4.90 | 6,223.00 |
| 02/08/23 | KS2 | Call with S. Kirpalani and Z. Russell re: confirmation, investigation report, and intercompany issues (.80); review and revise redactions to Investigation Report (2.30); call with R. Howell re: intercompany issues (.20); call with J. Calandra re: Investigation Report redactions (.40); correspondence with | 5.60 | 7,560.00 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | S. Kirpalani re: redactions (.20); further analysis of intercompany claims (1.70). | | |
| 02/08/23 | SK2 | Corresp w/K. Scherling, Z. Russell re disclosure of Special Committee report (.2); attend meeting w/K. Scherling, Z. Russell re same (.9); corresp w/T. Pohl, J. Frizzley re preparing for confirmation hearing (.2); review letter sent to insurance carriers (.1); review proposed redactions to Special Committee report (1.5); corresp w/Z. Russell and K. Scherling re same (.2). | 3.10 | 6,603.00 |
| 02/08/23 | ZR1 | Review and revise redactions in accordance with comments from KS (4.8); team call re confirmation (0.8); review and revise redactions in accordance with comments from SK (.7). | 6.30 | 8,001.00 |
| 02/09/23 | KS2 | Call with D. Azman re: intercompany issues (.30); call with S. Kirpalani re: Investigation Report redactions (.20); call with J. Gleit re: intercompany settlement (.20); review S. Kirpalani proposed redactions of Investigation Report (1.60); correspondence re: settlement conference tomorrow (.30). | 2.60 | 3,510.00 |
| 02/09/23 | ZR1 | Review and revise redactions to Investigation Report (1.2). | 1.20 | 1,524.00 |
| 02/10/23 | KS2 | Draft proposed order re: disclosure of reports (.80); correspondence with S. Kirpalani re: same (.10); further revisions to draft order (.40); draft email to Special Committee re: potential intercompany settlement authority (.50); call with Katten and Arent Fox re: potential intercompany settlement (.60); follow-up call with S. Kirpalani (.30); follow-up call with Z. Russell (.10); review case cited by Katten during call (.30); research re: recharacterization issues (1.70); | 5.60 | 7,560.00 |

**quinn emanuel** trial lawyers

|          |       |                                                                                                                                                                                                                                                           |      |          |
|----------|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|          |       | correspondence with Z. Russell re: same (.20); draft update email to Special Committee (.60).                                                                                                                                                              |      |          |
| 02/10/23 | SK2   | Review and revise draft order re submission of Special Committee report (.3).                                                                                                                                                                              | 0.30 | 639.00   |
| 02/10/23 | ZR1   | Review settlement construct (.5); review proposed order re redacted report (.3); prepare for call with Katten (.4); call with Katten (.7); legal research on recharacterization issues (4.1).                                                             | 6.00 | 7,620.00 |
| 02/11/23 | KS2   | Call with R. Howell re: intercompanies (.20); correspondence with S. Kirpalani and Z. Russell re: potential arguments relating to TopCo (.40); call with M. Slade re: investigation report (.30); review case law re: recharacterization issue (.60); correspondence with S. Kirpalani re: same (.20). | 1.70 | 2,295.00 |
| 02/11/23 | SK2   | Review corresp from T. Pohl, J. Frizzley re reaction to TopCo proposal (.2); review case law from K. Scherling in connection with making counter (.6).                                                                                                     | 0.80 | 1,704.00 |
| 02/11/23 | ZR1   | Review and summarize UCC objection to schedules (1.2).                                                                                                                                                                                                     | 1.20 | 1,524.00 |
| 02/12/23 | KS2   | Email to S. Kirpalani and Z. Russell re: potential revisions to Investigation Report redactions (.60); review revised proposed order (.10); call with M. Slade re: same (.10); call with D. Azman re: intercompany issues (.10); correspondence with S. Kirpalani and Z. Russell re: redacted investigation report and proposed order (.20). | 1.10 | 1,485.00 |
| 02/12/23 | SK2   | Review Kirkland comments to proposed order re protecting privilege (.2).                                                                                                                                                                                   | 0.20 | 426.00   |
| 02/12/23 | ZR1   | Review and revise redacted report                                                                                                                                                                                                                         | 1.10 | 1,397.00 |

**quinn emanuel** trial lawyers

March 17, 2023                                                      Matter #: 11603-00001
Page 7                                                   Invoice Number: 101-0000149347

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | (.9); correspondence with KS re: same (.2). |  |  |
| 02/13/23 | KS2 | Review UCC draft motion re: intercompany issue (.90); research additional case law re: recharacterization (.30); prepare for call with Katten and Arent Fox (.80); correspondence with S. Kirpalani re: same (.20); attend call with Katten and Arent Fox (.30); follow-up call with S. Kirpalani (.40); call with J. Gleit (.20); correspondence with chambers and QE team re: proposed order (.30); draft T. Pohl declaration in support of Plan (3.20); correspondence with T. Pohl and S. Kirpalani re: confirmation prep (.20); call with chambers re: proposed order (.10); correspondence with S. Kirpalani re: same (.10); correspondence with J. Gleit re: settlement proposal (.10); email to S. Kirpalani re: same (.10); correspondence re: filing of redacted report (.10). | 7.30 | 9,855.00 |
| 02/13/23 | SK2 | Attend interco claims settlement zoom w/K. Scherling, Z. Russell, counsel for TopCo and counsel for HoldCo (.7); confer w/K. Scherling re same (.5); confer w/K. Scherling re submission of proposed Order for redactions (.4). | 1.60 | 3,408.00 |
| 02/13/23 | ZR1 | Review correspondence with court regarding report (.3). | 0.30 | 381.00 |
| 02/13/23 | ZR1 | Review and revise redactions to report (.3); review customer agreements per KS request (1.8); attend call with Katten (.3). | 2.40 | 3,048.00 |
| 02/14/23 | SK2 | Review and revise draft declaration of T. Pohl in support of confirmation (2.2). | 2.20 | 4,686.00 |
| 02/14/23 | KS2 | Draft declaration regarding intercompany issues (2.90); | 3.70 | 4,995.00 |

**quinn emanuel** trial lawyers

March 17, 2023
Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|------|------|------|------|
| | | correspondence with J. Calandra re: investigation report (.10); coordinate filing of investigation report (.10); correspondence with S. Kirpalani re: declaration re: D&O Settlement (.20); correspondence with Special Committee re: status of intercompany negotiations (.20); review unredacted UCC filing (.20). | | |
| 02/14/23 | ZR1 | Finalize and file notice of redacted report (.8). | 0.80 | 1,016.00 |
| 02/15/23 | KS2 | Review S. Kirpalani comments to declaration (.50); call with J. Calandra re: report and depositions (.30); review draft letter to carrier (.20); call with S. Kirpalani re: same (.20); correspondence with W. Pruitt and M. Slade re: carrier notices (.20); review regulatory letters (.30); correspondence with Z. Russell re: same (.10); call with S. Kirpalani re: same (.10); call with M. Slade and R. Howell re: confirmation issues (.40); call with J. Mosse re: 3AC (.10); email to D. Azman re: 3AC liquidation (.10); revise T. Pohl declaration (2.20); correspondence with S. Kirpalani re: same (.10). | 4.80 | 6,480.00 |
| 02/15/23 | SK2 | Reviewing amended disclosure statement in connection w/preparing for confirmation hearing and scope of required testimony (.9). | 0.90 | 1,917.00 |
| 02/15/23 | ZR1 | Review and revise Pohl declaration (.5); prepare documents for Psaropoulos deposition (.5). | 1.00 | 1,270.00 |
| 02/16/23 | SK2 | Review and revise new draft of Pohl declaration (1.5). | 1.50 | 3,195.00 |
| 02/16/23 | KS2 | Revise T. Pohl declaration (2.20); attention to insurance issues (.30); email to J. Calandra re: regulatory letters (.20); update email to T. Pohl and J. Frizzley re: intercompany issues (.30); review further revised T. | 3.60 | 4,860.00 |

# quinn emanuel trial lawyers

| | | | | |
|---|---|---|---|---|
| | | Pohl declaration (.30); correspondence with Kirkland re: 3AC (.20); correspondence with J. Calandra re: insurance issue (.10). | | |
| 02/16/23 | ZR1 | Review and revise Pohl declaration (.6); document review in preparation of E. Psaropoulos deposition (.9). | 1.50 | 1,905.00 |
| 02/17/23 | KS2 | Attend deposition of E. Psaropoulous (2.0); email update to S. Kirpalani (.20); email to T. Pohl and J. Frizzley re: update (.20); email to J. Mosse re: 3AC (.10); review plan supplement materials (.70); revise T. Pohl declaration (1.30); review materials and prepare outline for T. Pohl confirmation prep (4.40). | 8.90 | 12,015.00 |
| 02/18/23 | KS2 | Revise T. Pohl declaration per S. Kirpalani comments (.60); call with M. Slade and R. Howell re: confirmation issues (.40); correspondence with T. Pohl re: declaration (.20); review draft FTX stipulation (.30). | 1.50 | 2,025.00 |
| 02/20/23 | KS2 | Prepare materials for T. Pohl testimony prep (1.80); prepare for call with Pachulski re: Luna (.20); call with Pachulski re: Luna issues (.10); review T. Pohl comments to declaration and revise (.50); correspondence with S. Kirpalani re: same (.20); correspondence with Z. Russell re: Ehrlich deposition (.10). | 2.90 | 3,915.00 |
| 02/21/23 | SK2 | Revising mock examination outline prepared by K. Scherling (1.5); attend witness prep session w/T. Pohl, J. Frizzley, K. Scherling (1.2). | 1.70 | 3,621.00 |
| 02/21/23 | KS2 | Call with M. Slade re: confirmation (.10); revise T. Pohl testimony prep outline (.60); prepare for call with T. Pohl and J. Frizzley (.30); call with S. Kirpalani, T. Pohl, and J. Frizzley re: confirmation prep (1.10); call with M. Slade re confirmation issue (.10); | 6.90 | 9,315.00 |

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | research insurance issues (.80); prepare prep materials for T. Pohl (3.40); research factual answers to questions raised by T. Pohl (.50). |  |  |
| 02/22/23 | KS2 | Research issues raised by T. Pohl to prepare for confirmation (1.60); call with W. Pruitt re: insurance questions (1.10); follow up with W. Pruitt re: same (.10); email to S. Kirpalani re: insurance issues (.30); revise T. Pohl declaration (.30); revise materials for T. Pohl testimony prep (3.20); review plan confirmation objections (.80); correspondence with S. Kirpalani re: confirmation objections (.20); review other docket filings (.40). | 8.00 | 10,800.00 |
| 02/23/23 | SK2 | Confer w/K. Scherling re preparation session for T. Pohl testimony, pro se objections, coordination w/Kirkland (.3). | 0.30 | 639.00 |
| 02/23/23 | KS2 | Call with M. Slade re confirmation question (.10); email to T. Pohl and J. Frizzley re: E. Psaropoulos issue (.20); review additional plan objections and prepare analysis and summary of same for Special Committee (1.70); revise testimony prep materials for T. Pohl (1.20); call with S. Rochester re: intercompany issue (.10); call with J. Gleit re: intercompany issue (.30); research re: intercompany issue (1.80); call with S. Kirpalani re: intercompany issue (.10); call with S. Rochester and J. Gleit re: intercompany issue (.20); email to T. Pohl and J. Frizzley re: intercompany issue (.30); revise T. Pohl declaration (.20). | 6.20 | 8,370.00 |
| 02/24/23 | KS2 | Email to S. Rochester and J. Gleit re: settlement clarification (.20); revise T. Pohl declaration (.40); email to M. Slade re: confirmation (.10); call with J. Gleit re: intercompany settlement (.10); call with S. Rochester re: | 5.70 | 7,695.00 |

# quinn emanuel trial lawyers

March 17, 2023                                                    Matter #: 11603-00001
Page 11                                                    Invoice Number: 101-0000149347

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | intercompany settlement (.20); draft cross questions for T. Pohl (1.10); revise talking points for T. Pohl (.80); email to T. Pohl re: same (.20); zoom with Katten and Arent Fox re: intercompany settlement (.70); follow up with S. Kirpalani (.30); research re: intercompany settlement issue (.90); email to T. Pohl and J. Frizzley re: intercompany settlement status (.40); call with R. Howell re: intercompany issue (.20); call with J. Gleit re: intercompany issue (.10). |  |  |
| 02/24/23 | SK2 | Attend settlement negotiation session w/counsel for TopCo and HoldCo (.5); confer w/K. Scherling re reactions and message for clients (.3). | 0.80 | 1,704.00 |
| 02/25/23 | KS2 | Email to M. Slade re: confirmation issues (.20); call with M. Slade re: D&O settlement issue (.20); correspondence with S. Kirpalani re: same (.30). | 0.70 | 945.00 |
| 02/26/23 | KS2 | Revise T. Pohl declaration (.70); email to S. Kirpalani re: same (.20); email to T. Pohl re: declaration (.20); further revisions to T. Pohl declaration (.20). | 1.30 | 1,755.00 |
| 02/26/23 | SK2 | Review further comments to T. Pohl direct testimony declaration (.5); corresp w/K. Scherling re views on same (.1); corresp w/T. Pohl, J. Frizzley re updates to declaration (.1). | 0.70 | 1,491.00 |
| 02/27/23 | SK2 | Review MWE's proposed summary of investigation (.9); corresp w/J. Calandra, J. Evans re presentation before the court (.5); TC w/J. Calandra re same (.4); review and revise mock cross-exam questions from K. Scherling (.6); attend prep session w/T. Pohl, K. Scherling, J. Frizzley for confirmation hearing (2.1); confer w/K. Scherling re revisions to Pohl declaration, interco settlement follow-up points, and | 4.80 | 10,224.00 |

# quinn emanuel trial lawyers

| | | status of UCC (.3). | | |
|---|---|---|---|---|
| 02/27/23 | KS2 | Call with M. Slade re: confirmation issue (.20); correspondence re: intercompany settlement proposals (.30); call with C. Kelley re: Ehrlich deposition tomorrow (.20); call with J. Calandra re: Ehrlich financial statement (.10); email to J. Calandra re: same (.10); zoom with T. Pohl, S. Kirpalani, and J. Frizzley re: confirmation prep (2.1); follow-up with T. Pohl (.20); follow-up with J. Frizzley re: intercompany settlement issue (.10); revise T. Pohl talking points (2.10); revise declaration (.80); email to T. Pohl re: same (.20); call with W. Pruitt re: insurance issue (.20); call with D. Azman re: intercompany issue (.10); call with S. Kirpalani re: same (.10); further revise T. Pohl declaration per T. Pohl additional comments (.40); call with R. Howell re: intercompany issue (.30); correspondence with S. Kirpalani and T. Pohl re: confirmation logistics (.10). | 7.60 | 10,260.00 |
| 02/28/23 | SK2 | Reviewing direct exam outline for T. Pohl in preparation for tomorrow's confirmation hearing, including exhibits and potential demonstratives (2.5). | 2.50 | 5,325.00 |
| 02/28/23 | KS2 | Call with M. Slade re: confirmation (.20); email to C. Kelley re: Ehrlich deposition (.10); review C. Kelley summary of Ehrlich deposition (.20); call with C. Kelley re: same (.10); call with J. Calandra re: same (.10); correspondence with S. Kirpalani and N. Subhan re: declaration (.30); review and finalize T. Pohl declaration (.60); call with T. Pohl re: testimony (.40); review government entity settlement for impact on intercompany settlement issues (.30); review UCC's statement in support of | 3.60 | 4,860.00 |

# quinn emanuel trial lawyers

March 17, 2023                                      Matter #: 11603-00001
Page 13                                      Invoice Number: 101-0000149347

|            |       | plan (.50); review memorandum of law in support of plan (.60); correspondence with T. Pohl re: investigation report (.20). |        |            |
|------------|-------|-----------------------------------------------------------------------------------------------------------|--------|------------|
| 02/28/23   | CK5   | Attend deposition of Stephen Ehrlich (3.1).                                                                | 3.10   | 3,115.50   |
|            |       | SUBTOTAL                                                                                                   | 185.40 | 265,410.50 |

## Fee Summary

| Attorneys              | Init. | Title     | Hours  | Rate     | Amount     |
|------------------------|-------|-----------|--------|----------|------------|
| Susheel Kirpalani      | SK2   | Partner   | 26.00  | 2,130.00 | 55,380.00  |
| Katherine A. Scherling | KS2   | Counsel   | 115.10 | 1,350.00 | 155,385.00 |
| Zachary Russell        | ZR1   | Associate | 45.80  | 1,270.00 | 58,166.00  |
| Joanna Caytas          | JDC   | Associate | 6.80   | 1,165.00 | 7,922.00   |
| Cameron Kelly          | CK5   | Associate | 3.10   | 1,005.00 | 3,115.50   |
| Daniel Needleman       | DN1   | Attorney  | 1.00   | 425.00   | 425.00     |

## Expense Summary

| Description            |        | Amount |
|------------------------|--------|--------|
| Online Research        |        | 0.00   |
| Local business travel  |        | 36.97  |
| Document Reproduction  | 0.00   | 0.00   |
| Document Services      |        | 88.29  |
| Conference Fee         |        | 140.00 |

### Litigation Support Costs

| RelOne User Fee                    | 500.00  |
|------------------------------------|---------|
| RelOne Repository Hosting (Per GB) | 39.01   |
|              Total Expenses        | $804.27 |

**quinn emanuel** trial lawyers
quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON | BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH | SALT LAKE CITY | RIYADH | BERLIN

### Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees....................................................$252,354.15 |
| Bill Date: March 17, 2023 | Expenses...........................................................$804.27 |
| Invoice Number: 101-0000149347 | Total Due this Invoice...................................$253,158.42 |
| | **Payment Due By April 22, 2023** |

### Account Summary

Balance Due from Previous Statement(s)..............................................**$757,543.06**

Total Balance Due.......................................................**$1,010,701.48**

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 08/16/22 | 101-0000139142 | July 2022 | $244,217.65 | $195,401.65 | $48,816.00 |
| 09/16/22 | 101-0000140759 | August 2022 | $1,501,346.07 | $1,202,974.83 | $298,371.24 |
| 10/24/22 | 101-0000142354 | September 2022 | $1,100,665.05 | $881,536.29 | $219,128.76 |
| 11/09/22 | 101-0000142802 | October 2022 | $337,653.29 | $271,411.85 | $66,241.44 |
| 12/09/22 | 101-0000144404 | November 2022 | $191,282.50 | $153,186.04 | $38,096.46 |
| 01/12/23 | 101-0000145976 | December 2022 | $65,768.56 | $52,781.02 | $12,987.54 |
| 02/21/23 | 101-0000147893 | January 2023 | $73,901.62 | $0.00 | $73,901.62 |
| 03/17/23 | 101-0000149347 | February 2023 | $253,158.42 | $0.00 | $253,158.42 |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| Or Wire funds to: | City National Bank |
| | 555 South Flower St., 12th Floor |
| | Los Angeles, CA 90071 |
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account # ▇▇▇▇▇▇ |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |
| *References:* | *Invoice number and client name / matter number please* |

Tax ID# 95-4004138

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich | sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |