**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SUMMARY COVER SHEET TO**
**SECOND INTERIM FEE APPLICATION OF**
**CASSELS BROCK & BLACKWELL LLP, CANADIAN COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**FOR THE INTERIM FEE PERIOD**
**FROM NOVEMBER 1, 2022, THROUGH FEBRUARY 28, 2023**

Cassels Brock & Blackwell LLP ("Cassels"), Canadian counsel to the Official Committee

of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases

(the "Chapter 11 Cases") of Voyager Digital Holdings, Inc. and its affiliated debtors

(collectively, the "Debtors"), submits this summary (this "Summary") of the compensation and

reimbursement that are requested in the fee application to which this Summary is attached (the

"Fee Application")[2] for services rendered and expenses incurred during the Interim Fee Period

from November 1, 2022, through February 28, 2023 (the "Second Interim Fee Period").[3]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2] Capitalized terms that are used but not defined in this Summary have the meanings that are given to those terms in the Fee Application.

[3] Cassels reserves the right to request, in a future fee application, compensation or reimbursement for services rendered or expenses incurred during the Second Interim Fee Period if compensation or reimbursement for such services or expenses is not requested in the Fee Application.

| General Information | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Name of Client: | Official Committee of Unsecured Creditors |
| Petition Date: | July 5, 2022 |
| Date of Order Approving Applicant's Employment: | October 18, 2022, Effective as of July 29, 2022 |

| Summary of Compensation and Reimbursement Requested in the Fee Application | |
|---|---|
| Interim Fee Period: | November 1, 2022 – February 28, 2023 |
| Amount of Compensation Requested: | CAD$63,084.15 \| USD$46,487.18[4] |
| Amount of Requested Compensation Paid under the Interim Compensation Order: | CAD$15,080.76 \| USD$11,027.05[5] |
| Amount of Reimbursement Requested: | CAD$579.77 \| USD$428.81 |
| Amount of Requested Reimbursement Paid under the Interim Compensation Order: | CAD$9.75 \| USD$7.13 |
| Blended Hourly Rate for all Timekeepers Except Paraprofessionals: | CAD$613.06 \| USD$451.77[6] |
| Amount of Compensation Requested, Calculated Using Rates as of Date of Order Approving Applicant's Employment: | CAD$61,544.70 \| USD$45,352.48 |

| Summary of Compensation and Reimbursement Allowed as of the Date Hereof | |
|---|---|
| Amount of Compensation Allowed: | CAD$107,292.60 \| USD$78,602.94 |
| Amount of Allowed Compensation Paid: | CAD$85,834.08 \| USD$62,882.35 |
| Amount of Reimbursement Allowed: | CAD$258.09 \| USD$189.06 |
| Amount of Allowed Reimbursement Paid: | CAD$258.09 \| USD$189.06 |

---

[4]    Cassels renders its monthly invoices in Canadian Dollars; however, for the parties' convenience, Cassels has included all amounts in both Canadian Dollars and U.S. Dollars.

[5]    Cassels has been informed that a payment that was made on account of fees for services that Cassels rendered during November 2022 has been returned and will be re-made by the Debtors. As of the date of this Fee Application, Cassels has not received the re-made payment.

[6]    This amount accounts for the 10% discount on the fees that Cassels is charging for its services.

Dated: April 14, 2023

**CASSELS BROCK & BLACKWELL LLP**

*/s/ Ryan C. Jacobs*
Ryan C. Jacobs, Partner
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2
Canada
Telephone: (416) 860-6465
E-mail: rjacobs@cassels.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**SECOND INTERIM FEE APPLICATION OF**
**CASSELS BROCK & BLACKWELL LLP, CANADIAN COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**FOR THE INTERIM FEE PERIOD**
**FROM NOVEMBER 1, 2022, THROUGH FEBRUARY 28, 2023**

Cassels Brock & Blackwell LLP ("Cassels"), Canadian counsel to the Official Committee
of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases
(the "Chapter 11 Cases") of Voyager Digital Holdings, Inc. and its affiliated debtors
(collectively, the "Debtors"), hereby submits its second interim fee application (the "Fee
Application") for (a) the allowance of (i) CAD$63,084.15 (USD$46,487.18)[2] of interim
compensation for professional services rendered during the period from November 1, 2022,
through February 28, 2023 (the "Second Interim Fee Period") and (ii) CAD$579.77
(USD$428.81) of reimbursement for expenses incurred during the Second Interim Fee Period
and (b) the immediate payment of all the allowed interim compensation and reimbursement in
accordance with the *Order (I) Establishing Procedures for Interim Compensation and
Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification
number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC
(8013). The location of Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business
is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701
S. Miami Ave, 8th Floor, Miami, FL 33131.

[2]    Cassels renders its monthly invoices in Canadian Dollars; however, for the parties' convenience, Cassels has
included all amounts in both Canadian Dollars and U.S. Dollars.

No. 236] (the "<u>Interim Compensation Order</u>"). In support of this Fee Application, Cassels

submits the certification of Ryan C. Jacobs, a Partner of Cassels (the "<u>Jacobs Certification</u>"),

which is attached hereto as **<u>Exhibit A</u>** and incorporated into this Fee Application by reference. In

further support of this Fee Application, Cassels respectfully states as follows:

<u>**JURISDICTION AND VENUE**</u>

1.      The United States Bankruptcy Court for the Southern District of New York (the

"<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a

core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and other bases for the relief requested herein are sections 330 and

331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-1(a) of the Local

Bankruptcy Rules for the Southern District of New York (the "<u>Local Bankruptcy Rules</u>"), the

*Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed*

*under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "<u>UST Guidelines</u>"), the

*Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New*

*York Bankruptcy Cases* (the "<u>Local Guidelines</u>"), the Interim Compensation Order, and the

*Order Appointing Independent Fee Examiner and Establishing Related Procedures for the*

*Review of Fee Applications of Retained Professionals* [Docket No. 1277] (the "<u>Fee Examiner</u>

<u>Order</u>").

**BACKGROUND**

**A.      The Debtors' Chapter 11 Cases**

4.      On July 5, 2022 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner, other than a fee examiner, has been appointed in these Chapter 11 Cases.

5.      On July 19, 2022, the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 106].

6.      The circumstances leading to these Chapter 11 Cases are set forth in the *Declaration of Stephen Ehrlich, Chief Executive Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 15].

7.      On August 4, 2022, the Court entered the Interim Compensation Order.

8.      On April 10, 2023, the Court, by entering the Fee Examiner Order, (a) modified the Interim Compensation Order in part and (b) appointed Lori Lapin Jones, Esq., to serve as the independent fee examiner in these Chapter 11 Cases (the "Fee Examiner").

**B.      The Canadian Proceeding**

9.      On July 8, 2022, Voyager Digital Ltd. ("Voyager Digital") commenced an application under the Companies' Creditors Arrangement Act (Canada) (the "CCAA"), seeking, among other things, recognition of its case under Chapter 11 as a foreign main proceeding in Canada (the "Recognition Proceedings").

3

10.     On July 12, 2022, the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court") granted orders, among other things, recognizing Voyager Digital's case under Chapter 11 as a foreign proceeding (subject to a further determination of whether the Chapter 11 Case is a foreign main proceeding or foreign non-main proceeding), appointing Alvarez & Marsal Canada Inc. as information officer (the "Information Officer"), and recognizing certain other orders of this Court.

11.     On August 5, 2022, the Canadian Court granted an amended and restated order confirming that Voyager Digital's case under Chapter 11 is a "foreign main proceeding."

**C.     Retention of Cassels as Canadian Counsel to the Committee**

12.     On September 7, 2022, the Committee filed its *Application for Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 29, 2022* [Docket No. 383].

13.     On October 18, 2022, the Court entered the *Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective July 29, 2022* [Docket No. 550] (the "Retention Order"), pursuant to which the Court authorized (a) the employment and retention of Cassels to serve as the Committee's Canadian counsel, (b) the compensation of Cassels on an hourly basis, and (c) the reimbursement of Cassels for actual and necessary expenses.

14.     On December 20, 2022, Cassels filed the *First Interim Application of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors for the Period from July 29,*

4

*2022 through October 31, 2022* [Docket No.764] (the "<u>First Interim Fee Application</u>"), pursuant to which Cassels requested the allowance of (a) CAD\$107,292.60 (USD\$78,602.94) of interim compensation for professional services rendered and (b) CAD\$258.09 (USD\$189.06) of reimbursement for expenses incurred.

15.     On February 17, 2023, the Court entered the *Order Granting First Interim Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred* [Docket No. 1013], pursuant to which (a) all CAD\$107,292.60 (USD\$78,602.94) of the interim compensation that Cassels' requested in the First Interim Fee Application was allowed, (b) all CAD\$258.09 (USD\$189.06) of the reimbursement that Cassels' requested in the First Interim Fee Application was allowed, and (c) CAD\$86,092.17 (USD\$63,071.41) of the allowed interim compensation and reimbursement was remitted to Cassels.

16.     On February 27, 2023, Cassels filed the *Fourth Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from November 1, 2022 Through November 30, 2022* [Docket No. 1098] (the "<u>Fourth Monthly Fee Statement</u>"), pursuant to which Cassels requested the allowance of: (a) CAD\$12,927.15 (USD\$9,628.14) of interim compensation for professional services rendered; and (b) CAD\$186.56 (USD\$138.95) of reimbursement for actual and necessary expenses incurred.

17.     On March 16, 2023, Cassels filed the *Fifth Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital*

*Holdings, Inc., et al. for the Period from December 1, 2022 Through December 31, 2022*
[Docket No. 1194] (the "Fifth Monthly Fee Statement"), pursuant to which Cassels requested the allowance of: (a) CAD$18,850.95 (USD$13,783.81) of interim compensation for professional services rendered; and (b) CAD$9.75 (USD$7.13) of reimbursement for actual and necessary expenses incurred.

18.    On March 29, 2023, Cassels filed the *Sixth Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from January 1, 2023 Through January 31, 2023* [Docket No. 1243] (the "Sixth Monthly Fee Statement"), pursuant to which Cassels requested the allowance of: (a) CAD$16,177.95 (USD$11,824.46) of interim compensation for professional services rendered; and (b) CAD$191.36 (USD$139.87) of reimbursement for actual and necessary expenses incurred.

19.    On April 11, 2023, Cassels filed the *Seventh Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from February 1, 2023 Through February 28, 2023* [Docket No. 1284] (the "Seventh Monthly Fee Statement"), pursuant to which Cassels requested the allowance of: (a) CAD$15,128.10 (USD$11,250.77) of interim compensation for professional services rendered; and (b) CAD$192.10 (USD$142.86) of reimbursement for actual and necessary expenses incurred.

### SUMMARY OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

20.     This Fee Application has been prepared in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the UST Guidelines, the Local Guidelines, and the Interim Compensation Order.

21.     By this Fee Application, Cassels requests the allowance of (a) CAD$63,084.15 (USD$46,487.18) of interim compensation for professional services rendered during the Second Interim Fee Period, during which Cassels' professionals and paraprofessionals spent a total of approximately 102.9 hours rendering professional services to the Committee, and (b) CAD$579.77 (USD$428.81) of reimbursement for actual and necessary expenses incurred during the Second Interim Fee Period.

22.     In accordance with the Interim Compensation Order, Cassels filed and served on the Application Recipients, as identified in the Interim Compensation Order, the First Interim Fee Application, the Fourth Monthly Fee Statement, the Fifth Monthly Fee Statement, the Sixth Monthly Fee Statement, and the Seventh Monthly Fee Statement, which are described together with this Fee Application in Table 1:

**Table 1**

| Date Filed Docket No. | Period Covered | Fees Requested (100% of Fees) | Fees Due (80% of Fees) | Holdback (20% of Fees) | Expenses Requested (100% of Expenses) | Amounts Paid to Date | Remaining Unpaid Amount |
|---|---|---|---|---|---|---|---|
| **FIRST INTERIM Docket No. 1013** | **7/29/2022 - 10/31/2022** | **CAD$107,292.60 USD$78,602.94** | **CAD$85,834.08 USD$62,882.35** | **CAD$21,458.52 USD$15,720.59** | **CAD$258.09 USD$189.06** | **CAD$86,092.17 USD$63,071.41** | **CAD$21,200.43 USD$15,720.59** |
| 2/27/2023 Docket No. 1098 | 11/1/2022 - 11/30/2022 | CAD$12,927.15 USD$9,628.14 | CAD$10,341.72 USD$7,702.512 | CAD$2,585.43 USD$1,925.63 | CAD$186.56 USD$138.95 | CAD$0.00 USD$0.00 | CAD$13,113.71 USD$9,767.09 |
| 3/16/2023 Docket No. 1194 | 12/1/2022 - 12/31/2022 | CAD$18,850.95 USD$13,783.81 | CAD$15,080.76 USD$11,027.05 | CAD$3,770.19 USD$2,756.76 | CAD$9.75 USD$7.13 | CAD$15,090.51 USD$11,034.18 | CAD$3,770.19 USD$2,756.76 |
| 3/29/2023 Docket No. 1243 | 1/1/2023 - 1/31/2023 | CAD$16,177.95 USD$11,824.46 | CAD$12,942.36 USD$9,459.57 | CAD$3,235.59 USD$2,364.89 | CAD$191.36 USD$139.87 | CAD$0.00 USD$0.00 | CAD$16,369.31 USD$11,964.33 |
| 4/11/2023 Docket No. 1284 | 2/1/2023 - 2/28/2023 | CAD$15,128.10 USD$11,250.77 | CAD$12,102.48 USD$9,000.62 | CAD$3,025.62 USD$2,250.15 | CAD$192.10 USD$142.86 | CAD$0.00 USD$0.00 | CAD$15,320.20 USD$11,393.63 |
| **SECOND INTERIM[3]** | **11/1/2022 - 2/28/2023** | **CAD$63,084.15 USD$46,487.18** | **CAD$50,467.32 USD$37,189.74** | **CAD$12,616.83 USD$9,297.44** | **CAD$579.77 USD$428.81** | **CAD$15,090.51 USD$11,034.18** | **CAD$48,573.41 USD$35,881.81** |
| **GRAND TOTAL** | **7/25/2022 - 2/28/2023** | **CAD$170,376.75 USD$125,090.12** | **CAD$136,301.4 USD$100,072.09** | **CAD$34,075.35 USD$25,018.03** | **CAD$837.86 USD$617.87** | **CAD$101,182.68 USD$74,105.59** | **CAD$69,773.84 USD$51,602.40** |

23.     The fees charged by Cassels in these Chapter 11 Cases are billed in accordance with its existing billing rates and procedures in effect during the Second Interim Fee Period (subject to the 10% discount agreed to with the Committee). The rates Cassels charges for the services rendered by its professionals and paraprofessionals in these Chapter 11 Cases are the same rates that Cassels charges for services rendered by its professionals and paraprofessionals in comparable non-bankruptcy related matters. Such fees are reasonable in light of the fees that are customarily charged by comparably skilled practitioners in comparable non-bankruptcy cases in the competitive Canadian market for legal services. Cassels' hourly rates are described in general terms in Table 2:

---

[3]     Compensation sought by this Fee Application is net of voluntary fee reductions totaling CAD$7,009.35 (USD$5,165.24) on account of the 10% discount that Cassels has extended to the Committee and the Debtors' estates.

**Table 2**

| Professionals and Paraprofessionals[4] | 2022 Chapter 11 Cases[5] | 2022 Non-Insolvency Matters[6] | 2023 Chapter 11 Cases[7] | 2023 Non-Insolvency Matters[8] |
|---|---|---|---|---|
| **Partners** | **Pre-Discount: CAD$735.00 to CAD$1,150.00** **With Discount: CAD$661.50 to CAD$1,035.00** | **CAD$620.00 to CAD$1,150.00** | **Pre-Discount CAD$775.00 to CAD$1,130.00** **With Discount: CAD$697.50 to CAD$1,017.00** | **CAD$665.00 to CAD$1,210.00** |
| **Associates** | **Pre-Discount: CAD$400.00** **With Discount: CAD$360.00** | **CAD$400.00 to CAD$680.00** | **Pre-Discount: CAD$420.00** **With Discount: CAD$378.00** | **CAD$420.00 to CAD$670.00** |

24.     All services for which Cassels requests compensation were performed for or on behalf of the Committee. Cassels has received no payment and no promises of payment from any source other than the Debtors' estates for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. There is no agreement or understanding between Cassels and any other person other than the affiliates and lawyers of Cassels for the sharing of compensation received or to be received for services rendered in these Chapter 11 Cases. Cassels has not received a retainer in these Chapter 11 Cases.

---

[4]     Excludes other categories of timekeepers not providing services during this Second Interim Fee Period.

[5]     The ranges in this column are based on the rates for Cassels' professionals and paraprofessionals that billed time to the Chapter 11 Cases in November and December of 2022.

[6]     The ranges in this column are based on the standard rates for Cassels' professionals and paraprofessionals across all practice groups in November and December of 2022.

[7]     The ranges in this column are based on the rates for Cassels' professionals and paraprofessionals that billed time to the Chapter 11 Cases in January and February of 2023.

[8]     The ranges in this column are based on the standard rates for Cassels' professionals and paraprofessionals across all practice groups in January and February of 2023.

25.     Cassels has classified all services rendered for which compensation is requested in this Fee Application into one of several major categories. Cassels tried to classify those services into the category to which they best relate. Because certain of those services may relate to more than one of the categories, however, services relating to one category may in fact be included in another category.

26.     This Fee Application summarizes the services rendered by Cassels for or on behalf of the Committee during the Second Interim Fee Period. While it is not possible or practical to describe every activity undertaken by Cassels, Cassels has maintained contemporaneous time records that include a detailed chronology of the daily activities performed, descriptions of the precise nature of those activities, the specific tasks performed, and the time expended by each professional or paraprofessional. A breakdown of the hours and fees by professional and paraprofessional is attached hereto as **Exhibit B**. A breakdown of the hours and fees by task code is attached hereto as **Exhibit C**. A detailed copy of the time records for the Second Interim Fee Period is attached hereto as **Exhibit D**. Cassels provided the Committee with a prospective budget and staffing plan for the Second Interim Fee Period, which is compared to the compensation that Cassels is requesting in the Fee Application in **Exhibit E** hereto.

27.     Cassels has incurred expenses during the Second Interim Fee Period. A breakdown of these expenses by category is attached hereto as **Exhibit F**. And a more detailed breakdown of them is attached hereto as **Exhibit G**. Each expense for which Cassels is requesting reimbursement in this Fee Application is actual and necessary and therefore reasonable.

10

<u>**SUMMARY OF SERVICES PERFORMED BY**</u>
<u>**CASSELS DURING THE SECOND INTERIM FEE PERIOD**</u>

28.    The Chapter 11 Cases have presented numerous large and complex issues that had

to be addressed to preserve the Debtors' estates and maximize their value for the benefit of

unsecured creditors. The Retention Order authorized Cassels to assist the Committee with

navigating those issues by rendering legal services in connection with the Recognition

Proceedings.

29.    The primary services rendered by Cassels include, but are not limited to, the

categories set forth below. The Fee Application and project billing format is generally consistent,

or substantially conforms, with and is inclusive of all of the concepts in Exhibit A to the Local

Guidelines and includes additional detail, information, and categories.

    **A.  Cassels Billing Code: B110 – Case Administration**
       **Fees: CAD$2,412.00 | USD$1,767.04**
       **Hours Billed: 3.2**

30.    This category relates to work regarding the administration of the Chapter 11

Cases and the Recognition Proceedings. During the Second Interim Fee Period, Cassels, among

other things: (i) reviewed and analyzed case background documents; (ii) monitored key dates and

deadlines in the Chapter 11 Cases for their impact on the Recognition Proceedings; and (iii)

corresponded with the Committee's other professionals regarding case management issues.

    **B.  Cassels Billing Code B130 – Asset Disposition**
       **Fees: CAD$4,161.50 | USD$3,048.73**
       **Hours Billed: 5.1**

31.    Time billed to this category includes time related to reviewing the Debtors'

proposed asset sale, including various versions of asset purchase agreements and the impact of

the sale on the Canadian company.

11

### C. Cassels Billing Code: B155 – Court Hearings
### Fees: CAD$8,881.00 | $6,506.25
### Hours Billed: 16.3

32.    During the Second Interim Fee Period, Cassels telephonically attended multiple

hearings before the U.S. Bankruptcy Court regarding matters that were expected to be addressed

before the Canadian Court in the Recognition Proceedings. The U.S. hearings during the Second

Interim Fee Period involved topics including the Debtors' chapter 11 plan, the First Interim Fee

Application, claim disputes, and the asset sale. Cassels limited its involvement in the U.S.

hearings to matters that would involve: (i) the Canadian proceedings; (ii) matters related to

Cassels (such as the First Interim Fee Application); and (iii) the advice that was or may be

requested by the Committee or U.S. counsel in connection with cross-border issues.

### D. Cassels Billing Code: B160 – Fee/Employment Applications
### Fees: CAD$9,045.00 | USD$6,626.40
### Hours Billed: 17.1

33.    This category includes time spent by Cassels' professionals and paraprofessionals

providing services related to the preparation of monthly fee statements, the First Interim Fee

Application, and the preparation of the *Supplemental Declaration of Ryan C. Jacobs in Support*

*of First Interim Fee Application of Cassels Brock & Blackwell LLP for Compensation for*

*Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of*

*Unsecured Creditors for the Period from July 29, 2022, Through October 31, 2022* [Docket No.

960].

### E. Cassels Billing Code: B320 – Plan and Disclosure Statement
### Fees: CAD$1,017.00 | USD$745.06
### Hours Billed: 0.9

34.    Time billed to this category relates to analysis regarding the Debtors' plan and

disclosure statement. During the Second Interim Fee Period, Cassels, among other things: (i)

reviewed and considered certain Canadian implications to the Debtors' proposed plan and

disclosure statement and the revisions thereto; and (ii) communicated with U.S. counsel

regarding the plan documents. In light of Cassels' limited role in this proceeding, the services

requested by the Committee in respect of the plan and disclosure statement were minimal.

  **F. Cassels Billing Code: B470 – Foreign Proceedings**
   **Fees: CAD$44,577.00 | USD$32,657.27**
   **Hours Billed: 60.3**

  35. Time billed to this category relates to Cassels' services in connection with the

Recognition Proceedings, including: (i) reviewing and summarizing the motion materials filed by

the Debtors and the report filed by the Information Officer; (ii) facilitating a discussion between

U.S. counsel and the Information Officer regarding intercompany issues; (iii) advising the

Committee and U.S. Counsel on Canadian procedure and legal matters; (iv) attending a hearing

before the Canadian Court; and (v) monitoring the pleadings filed in the Chapter 11 Case for

their impact on the Recognition Proceedings. Cassels worked closely with the other Canadian

professionals to ensure that the Committee received up to date information and to respond to

inquiries from the Committee and U.S. Counsel.

**ACTUAL AND NECESSARY EXPENSES**

  36. As set forth in **Exhibit E** and **Exhibit F** hereto, Cassels seeks the allowance of

CAD$579.77 (USD$428.81) of reimbursement for actual and necessary expenses that Cassels

incurred in connection with rendering professional services to the Committee during the Second

Interim Fee Period. The expenses incurred include, among other things, travel expenses, online

research costs, working meals, and charges for telephonic hearing appearances. These charges

are intended to cover Cassels' direct operating costs, which are not accounted for in Cassels'

hourly billing rates. Cassels made every effort to minimize its expenses in these Chapter 11

13

Cases. The expenses that Cassels incurred in connection with rendering professional services to the Committee during the Second Interim Fee Period are actual and necessary and therefore reasonable.

## STATEMENT PURSUANT TO APPENDIX B GUIDELINES

37.   The following is provided in response to the request for additional information set forth in Section C.5 of the UST Guidelines:

**Question**:   Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

**Response**:   Yes, Cassels agreed to a 10% discount on its fees. The discount is reflected on the invoices rendered each month.

**Question**:   If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Response**:   Not applicable.

**Question**:   Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Response**:   No.

**Question**:   Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

**Response**:   No.

**Question**:   Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Response**:   Yes. The total fees for time spent reviewing or revising time records to address confidential information is CAD$680.40 (USD$506.01)

(including applicable discounts), relating to 1.8 hours billed during the Second Interim Fee Period.

**Question**:    If the fee application includes any rate increases since retention: i. Did your client review and approve those rate increases in advance? ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458?

**Response**:    Yes, the Committee approved the rate increases in advance and agreed to accept future rate increases at the time of retention.

## <u>BASIS FOR RELIEF</u>

38.    Bankruptcy Code section 331 provides for the allowance of interim compensation for services rendered and reimbursement of expenses in bankruptcy cases:

> Any professional person . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

11 U.S.C. § 331.

39.    Bankruptcy Code section 330(a)(1) provides that a court may award a professional employed under Bankruptcy Code section 327 "reasonable compensation for actual necessary services rendered and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330(a)(3) sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded a[] . . . professional person, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (a)    the time spent on such services;
>
> (b)    the rates charged for such services;
>
> (c)    whether the services were necessary to the administration of, or beneficial at the time at which

15

> the service was rendered toward the completion of,
> a case under this title;
>
> (d)    whether the services were performed within a
> reasonable amount of time commensurate with the
> complexity, importance, and nature of the problem,
> issue, or task addressed;
>
> (e)    with respect to a professional person, whether the
> person is board certified or otherwise has
> demonstrated skill and experience in the bankruptcy
> field; and
>
> (f)    whether the compensation is reasonable based on
> the customary compensation charged by
> comparably skilled practitioners in cases other than
> cases under this title.

11 U.S.C. § 330(a)(3). The clear Congressional intent and policy expressed by the statute is to provide for adequate compensation to professionals in order to continue to attract qualified and competent bankruptcy practitioners to bankruptcy cases. *See In re Drexel Burnham Lambert Group, Inc*., 133 B.R. 13, 20 (Bankr. S.D.N.Y. 1991) ("Congress' objective on requiring that the market, not the Court, establish lawyers' rates was to ensure that bankruptcy cases were staffed by appropriate legal specialists."); *In re Busy Beaver Bldg. Ctrs., Inc*., 19 F.3d 833, 850 (3d Cir. 1994) ("Congress rather clearly intended to provide sufficient economic incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts.").

      40.    In assessing the "reasonableness" of the fees requested, courts have looked to a number of factors, including those first enumerated by the Fifth Circuit in *In re First Colonial Corp. of America*, 544 F.2d 1291, 1298–99 (5th Cir. 1977), and thereafter adopted by most courts. *See In re Nine Assocs., Inc*., 76 B.R. 943, 945 (S.D.N.Y. 1987) (adopting *First Colonial/Johnson* analysis); *In re Cuisine Magazine, Inc*., 61 B.R. 210, 212–13 (Bankr. S.D.N.Y 986) (same). Among other things, such factors include: (i) the time and labor required; (ii) the novelty and difficulty of the legal questions involved; (iii) the skill requisite to perform the legal

16

services properly; (iv) the preclusion of other employment by applicant due to acceptance of the

case; (v) the customary fees for matters of this type; (vi) the amounts involved; and (vii) the

experience, reputation, and ability of the lawyers. Cassels respectfully submits that application of

such factors and others supports allowance of the compensation requested by Cassels:

a.    **Time and Labor Required**: Cassels billed a total of CAD$63,084.15 (USD$46,487.18) (after the applicable discount) and 102.9 hours, respectively, of professional and paraprofessional services during the Second Interim Fee Period. As evidenced by this Fee Application, Cassels' professionals and paraprofessionals worked diligently and efficiently without unnecessary duplication of efforts throughout the Second Interim Fee Period. Whenever possible, Cassels sought to minimize the costs of Cassels' services to the Debtors' estates by utilizing talented junior lawyers to handle the more routine aspects of the assignments. The services were performed in an effective and efficient manner commensurate with the complexity, exigency, and importance of the issues involved. Cassels submits that the hours spent were reasonable given the size and complexity of the Chapter 11 Cases and the Recognition Proceedings and the significant, and often urgent, legal and business issues raised, and the numerous pleadings filed, in the Chapter 11 Cases and the Recognition Proceedings.

b.    **Novelty and Difficulty of the Legal Questions Involved**: Cassels tasked knowledgeable lawyers to analyze and advise the Committee on difficult and complex issues during the Second Interim Fee Period, including issues related to cross border intercompany claims and recognition of a plan and sale transaction.

c.    **Skill Requisite to Perform the Legal Services Properly**: Cassels believes that its recognized expertise in the areas of financial restructuring and corporate reorganization, with particular experience in cross border matters has contributed to the effective administration of the Chapter 11 Cases and the Recognition Proceedings and benefited the Committee, the Debtors, their estates, and their unsecured creditors. Due to the nature and complexity of the legal issues presented by the Chapter 11 Cases and the Recognition Proceedings, Cassels was required to exhibit a high degree of legal skill. Additionally, Cassels' strong working relationship with Canadian advisors to other parties in interest and the Information Officer, as well as Cassels' relationship with the Committee's U.S. counsel, enabled Cassels to work towards efficient resolution of the issues presented.

d.    **Preclusion of Other Employment by Applicant Due to Acceptance of the Case**: Due to the size of Cassels' restructuring and litigation departments, Cassels' representation of the Committee did not preclude its acceptance of new clients, but the demands for immediate and substantive action in the Chapter 11

17

Cases imposed significant burdens on Cassels' professionals and paraprofessionals working concurrently on other matters.

e.   **Customary Fees for Matters of this Type**: The fees charged by Cassels in the Chapter 11 Cases and in connection with the Recognition Proceedings are billed in accordance with its existing billing rates and procedures in effect during the Second Interim Fee Period, subject to the agreed 10% discount on fees. The rates Cassels charges for the services rendered by its professionals and paraprofessionals in the Chapter 11 Cases are comparable to the rates Cassels charges for professional and paraprofessional services rendered in comparable nonbankruptcy related matters. Moreover, when Cassels' restructuring professionals and paraprofessionals work on nonbankruptcy matters, the firm generally charges their standard rate. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable nonbankruptcy cases in a competitive Canadian market for legal services. In addition, the firm's customary hourly rates and rate structure reflect that restructuring and related matters typically involve great complexity, numerous tasks requiring a high level of expertise, and severe time pressures, as is the case here.

f.   **Whether the Fee is Fixed or Contingent**: Cassels' fee is neither fixed nor contingent.

g.   **Time Limitations Imposed by the Client or Other Circumstances**: Given the nature of cross border matters, Cassels was required to respond quickly and efficiently when matters were discussed in the Chapter 11 cases that may impact the Recognition Proceedings. Cassels was prepared to meet the timelines requested.

h.   **Amounts Involved and Results Obtained**: Cassels' professionals and paraprofessionals worked diligently to maximize value for the Debtors' estates and creditors. During the Second Interim Fee Period, and as described in the summary of services herein.

i.   **Undesirability of the Cases**: This factor is not applicable to the Chapter 11 Cases.

j.   **The Experience, Reputation, and Ability of the Lawyers**: Cassels is a Canadian law firm that is consistently recognized as a top tier law firm in the field of Insolvency and Restructuring. During the Second Interim Fee Period, Cassels solicited the skill and expertise of its lawyers. Cassels' professionals have actively represented debtors, creditors and creditors' committees, as well as other parties in interests, in a number of the latest cross border restructurings. Cassels extensive experience enables it to perform the services described herein competently and expeditiously.

18

k.    **Nature and Length of Professional Relationship**: Cassels has been rendering professional services to the Committee since it was selected as Canadian counsel to the Committee on July 29, 2022.

41.    For the foregoing reasons, Cassels respectfully submits that the services rendered by Cassels were actual, necessary, beneficial to the Committee, and performed in a timely manner. The compensation requested for professional services rendered during the Second Interim Fee Period is reasonable in light of the nature, extent, and value of those services. Accordingly, Cassels respectfully requests that the Court approve the interim compensation for professional services requested in this Fee Application.

## RESERVATION OF RIGHTS

42.    It is possible that some professional services rendered or expenses incurred by Cassels during the Second Interim Fee Period are not reflected in this Fee Application. Cassels reserves the right to request compensation for such serves and reimbursement for such expenses in future fee applications.

## NO PRIOR REQUEST

43.    No prior application or other request for the relief requested herein has been made to this Court or any other court.

## NOTICE

44.    As required by the Interim Compensation Order and the Fee Examiner Order, notice of this Fee Application has been served on: (a) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn.: David Brosgol and Brian Nistler; (b) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C. (jsussberg@kirkland.com), Christopher Marcus, P.C. (cmarcus@kirkland.com), Christine A. Okike, P.C. (christine.okike@kirkland.com), and Allyson

B. Smith (allyson.smith@kirkland.com); (c) United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Richard Morrissey (richard.morrissey@usdoj.gov) and Mark Bruh (mark.bruh@usdoj.gov); and (d) Lori Lapin Jones, Esq., in her capacity as the Fee Examiner, Lori Lapin Jones PLLC, 98 Cutter Mill Road, Suite 255, South Great Neck, New York 11021, ljones@jonespllc.com. A copy of this Fee Application is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. Cassels submits that, in light of the nature of the relief requested, no other or further notice need be served or otherwise given.

## **CONCLUSION**

WHEREFORE, Cassels respectfully requests that this Court enter an order: (a) allowing in favor of Cassels (i) CAD$63,084.15 (USD$46,487.18) of interim compensation for professional services rendered during the Second Interim Fee Period and (ii) CAD$579.77 (USD$428.81) of reimbursement for expenses incurred during the Second Interim Fee Period; (b) ordering the immediate payment of all the allowed interim compensation and reimbursement in accordance with the Interim Compensation Order, and (c) granting any other relief that this Court deems necessary and appropriate.

Dated: April 14, 2023

**CASSELS BROCK & BLACKWELL LLP**

*/s/ Ryan C. Jacobs*
Ryan C. Jacobs, Partner
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2
Canada
Telephone: (416) 860-6465
E-mail: rjacobs@cassels.com

## EXHIBIT A

**Jacobs Certification**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**CERTIFICATION OF RYAN C. JACOBS IN SUPPORT OF**
**SECOND INTERIM FEE APPLICATION OF**
**CASSELS BROCK & BLACKWELL LLP, CANADIAN COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**FOR THE INTERIM FEE PERIOD**
**FROM NOVEMBER 1, 2022, THROUGH FEBRUARY 28, 2023**

I, Ryan C. Jacobs, certify as follows:

1.      I am a Partner of the firm of Cassels Brock & Blackwell LLP ("Cassels"),[2] a Canadian law firm, Canadian counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Voyager Digital Holdings, Inc. and its affiliated debtors (collectively, the "Debtors").

2.      Cassels submits the *Second Interim Fee Application of Cassels Brock & Blackwell LLP, Canadian Counsel to the Official Committee of Unsecured Creditors, for the Interim Fee Period from November 1, 2022, Through February 28, 2023* (the "Fee Application")[3] in accordance with sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2]     My services are provided through a professional corporation.

[3]     Capitalized terms that are used but not defined in this Certification have the meanings that are given to those terms in the Fee Application.

Rules"), Rule 2016-1(a) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"), the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order"), and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1277] (the "Fee Examiner Order").

3.      I am the professional designated by Cassels with the responsibility for Cassels' compliance with the UST Guidelines, the Local Guidelines, the Interim Compensation Order, and the Fee Examiner Order in these Chapter 11 Cases.

4.      This certification is made in connection with the Fee Application, which requests the allowance of interim compensation for professional services rendered during the period from November 1, 2022, through February 28, 2023 (the "Second Interim Fee Period") in accordance with the UST Guidelines, the Local Guidelines, the Interim Compensation Order, and the Fee Examiner Order.

5.      I have read the Fee Application.

6.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the compensation and reimbursement requested fall within the Local Guidelines, except as specifically noted in this certification and described in the Fee Application.

2

7.      Except to the extent that compensation or reimbursement is prohibited by the Local Guidelines, the compensation and reimbursement requested are billed at rates and in accordance with practices customarily employed by Cassels and generally accepted by Cassels' clients.

8.      In providing a reimbursable service, Cassels does not make a profit on the service, whether the service is rendered by Cassels in-house or through a third party.

9.      The U.S. Trustee, the Debtors, the Committee, and, after her appointment on April 10, 2023, Lori Lapin Jones, Esq., in her capacity as the independent fee examiner in these Chapter 11 Cases (the "Fee Examiner"), have been provided with a statement of the fees and expenses for each of the months during the Second Interim Fee Period, containing a list of professionals and paraprofessionals rendering services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of services rendered, a reasonably detailed breakdown of the expenses incurred and an explanation of billing practices. Due to administrative limitations and the fast-paced nature of these Chapter 11 Cases, such statements were not provided within the 21-day period set forth in the Local Guidelines but were provided in compliance with the Interim Compensation Order.

10.     The U.S. Trustee, the Debtors, the Committee, and the Fee Examiner will, concurrently with this certification's filing, be provided with a copy of the Fee Application at least 14 days before the deadline to object to it.

11.     The following is provided in response to the request for additional information set forth in section C.5. of the UST Guidelines:

**Question**:    Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

3

**Response**:    Yes, Cassels agreed to a 10% discount on its fees. The discount is reflected on the invoices rendered each month.

**Question**:    If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Response**:    Not applicable.

**Question**:    Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Response**:    No.

**Question**:    Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

**Response**:    No.

**Question**:    Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Response**:    Yes. The total fees for time spent reviewing or revising time records to address confidential information is CAD$680.40 (USD$506.01) (including applicable discounts), relating to 1.8 hours billed during the Second Interim Fee Period.

**Question**:    If the fee application includes any rate increases since retention: i. Did your client review and approve those rate increases in advance? ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458?

**Response**:    Yes, the Committee approved the rate increases in advance and agreed to accept future rate increases at the time of retention.

12.    Cassels provided the Committee's professionals with a prospective budget and

staffing plan for the Second Interim Fee Period (the "<u>Budget and Staffing Plan</u>"), which is

4

compared to the compensation that Cassels is requesting in the Fee Application in Exhibit E thereto.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 14, 2023

/s/ Ryan C. Jacobs

Ryan C. Jacobs

## EXHIBIT B

**Timekeeper Summary**

| Timekeeper Name | Title | Dept. | Year Admitted to Bar | Hourly Rate (CAD) [1] | Billed Hours | Billed Amount[2] (CAD) |
|---|---|---|---|---|---|---|
| Shayne Kukulowicz | Partner | Restructuring and Insolvency | Ontario 1990, Alberta 2016 | (2022) - $1,075.00 <br><br> (2023) - $1,130.00 | 24.3 | $26,777.00 |
| Natalie Levine | Partner | Restructuring and Insolvency | New York 2008, District of Columbia 2011, Ontario 2013 | (2022) - $735.00 <br><br> (2023) - $775.00 | 32.3 | $24,256.50 |
| Natalie Thompson | Associate | Restructuring and Insolvency | Alberta 2022 | (2022) - $400.00 <br><br> (2023) - $420.00 | 46.3 | $19,060.00 |
| **TOTALS** | | | | | **102.9** | **$70,093.50** |

---

[1]    Does not reflect 10% discount applied on individual invoices.

[2]    Does not reflect 10% discount applied on individual invoices.

## __EXHIBIT C__

**Summary of Fees by Task Code**

| Matter Number | Matter Category Description | Total Hours | Total Fees[1] (CAD) |
|---|---|---|---|
| B110 | Case Administration | 3.2 | $2,412.00 |
| B130 | Asset Disposition | 5.1 | $4,161.50 |
| B155 | Court Hearings | 16.3 | $8,881.00 |
| B160 | Fee/Employment Applications | 17.1 | $9,045.00 |
| B320 | Plan and Disclosure Statement | 0.9 | $1,017.00 |
| B470 | Foreign Proceedings | 60.3 | $44,577.00 |
| **TOTALS** | | **102.9** | **$70,093.50** |

---

[1]    Does not reflect 10% discount applied on individual invoices.

## **EXHIBIT D**

**Time Records**

Cassels Brock & Blackwell LLP                                              Page 2 of 6
Official Committee of Unsecured Creditors of Voyager Digital              Invoice No: 2191877
Holdings, Inc
Re: CCAA Recognition Proceedings                                          Matter No. 057782-00001

| | | | **FEE DETAIL** | |
| --- | --- | --- | --- | --- |
| **Date** | **Name** | **Task** | **Description** | **Hours** |
| Nov-01-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-01-22 | N. Thompson | B160 | Draft first interim fee application; | 0.60 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Nov-01-22 | N. Levine | B470 | Review US orders entered and to be recognized (.2); correspond with D. Richer (.1); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-02-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-02-22 | N. Levine | B470 | Correspond with D. Richer (company counsel) re recognition of US orders; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-02-22 | S. Kukulowicz | B470 | Analyze orders to be recognized in Canada; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-03-22 | N. Levine | B470 | Communicate with counsel to Debtors (D. Richer) (.4); communicate with US counsel re recognition (.1); call with S. Kukulowicz re same (.3); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-03-22 | S. Kukulowicz | B470 | Analysis of emails from D. Richer regarding opposition to recognition (.4); call with N. Levine re response (.3); prepare for hearing re same (.2); analysis of recognition issues (.2); | 1.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-03-22 | S. Kukulowicz | B155 | Review of US docket regarding November 15 hearing; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Nov-04-22 | N. Levine | B470 | Review US docket for impact on CCAA proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-05-22 | N. Levine | B110 | Draft email to G. Steinman re US proceedings; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Nov-07-22 | S. Kukulowicz | B470 | Review of US docket update to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-07-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-08-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP                                                                    Page 3 of 6
Official Committee of Unsecured Creditors of Voyager Digital          Invoice No: 2191877
Holdings, Inc
Re: CCAA Recognition Proceedings                                                  Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Nov-09-22 | N. Levine | B470 | Correspond with US counsel (D. Azman) re hearing in Canada (.2); analyze updates on transaction for Canadian timing (.3); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-09-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-09-22 | S. Kukulowicz | B470 | Prepare for upcoming CCAA hearing; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-09-22 | S. Kukulowicz | B470 | Analyze US pleadings related to Canada; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-10-22 | N. Thompson | B470 | Analyze US docket for updates relevant to Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-10-22 | S. Kukulowicz | B470 | Review of reports regarding FTX insolvency and related emails; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-10-22 | N. Levine | B130 | Call with US counsel (G. Steinman) re sale status in light of market updates (.4); draft email to R. Jacobs and S. Kukulowicz re same (.2); | 0.60 |
| | | | *Task: B130 - Asset Disposition* | |
| Nov-11-22 | N. Thompson | B130 | Review US documents for updates on sale issues; | 0.50 |
| | | | *Task: B130 - Asset Disposition* | |
| Nov-11-22 | S. Kukulowicz | B470 | Review issue related to sale order recognition; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-11-22 | N. Levine | B130 | Review updates re potential sale issues and impact in Canada; | 0.50 |
| | | | *Task: B130 - Asset Disposition* | |
| Nov-12-22 | N. Levine | B470 | Review equity committee complaint for analysis of intercompany issues; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-13-22 | N. Levine | B470 | Summarize complaint and potential Canadian implications; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-13-22 | S. Kukulowicz | B470 | Analyze Canadian implications of complaint; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-14-22 | N. Levine | B110 | Correspond with G. Williams re case management orders; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Nov-14-22 | N. Thompson | B155 | Prepare for November 15 U.S. Hearing; | 0.50 |
| | | | *Task: B155 - Court Hearings* | |
| Nov-15-22 | N. Levine | B470 | Discuss revisions to schedule with D. Richer (Canadian counsel to debtors) (.1); draft summary of same (.1); | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings

Page 4 of 6
Invoice No: 2191877

Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Nov-15-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-15-22 | S. Kukulowicz | B155 | Review of report on November 15 hearing (.4) review of related emails (.4); | 0.80 |
| | | | *Task: B155 - Court Hearings* | |
| Nov-15-22 | N. Levine | B110 | Correspond with G. Williams re case deadlines; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Nov-15-22 | N. Thompson | B155 | Prepare for (.3) and attend hearing In re Voyager Digital Holdings, Inc., et al. (1); | 1.30 |
| | | | *Task: B155 - Court Hearings* | |
| Nov-16-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-16-22 | S. Kukulowicz | B470 | Review of US docket update to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-16-22 | N. Levine | B110 | Evaluate revised hearing schedule for impact on Canadian proceedings; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Nov-17-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-17-22 | N. Levine | B110 | Correspond with G. Williams re case updates; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Nov-18-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-18-22 | S. Kukulowicz | B470 | Review of US plan and sale documents for impact on CCAA; | 0.70 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-18-22 | N. Levine | B160 | Correspond with G. Williams concerning preparation of fee statements; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Nov-21-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-21-22 | N. Levine | B470 | Analyze confidentiality agreement for impact on Canadian proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-21-22 | S. Kukulowicz | B470 | Review of US docket update to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings

Page 5 of 6
Invoice No: 2191877

Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Nov-22-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-23-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-23-22 | N. Levine | B160 | Correspond with G. Williams concerning preparation of fee statements; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Nov-24-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-25-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-28-22 | N. Thompson | B470 | Review and summarize docket updates to evaluate and advise on recognition issues; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-29-22 | N. Levine | B470 | Communicate with S. Kukulowicz re next steps (.2); communicate with D. Richer re next steps in foreign proceeding (.5); research orders to be recognized and precedent for same (1.2); draft email to D. Azman re same (.1); | 2.00 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-29-22 | N. Thompson | B470 | Correspond with S. Kukulowicz re recognition of US documents (.1); research documents re same (.1); | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-29-22 | S. Kukulowicz | B470 | Confer with N. Levine regarding Voyager plans to recognize various US orders (.2); correspond with N. Thompson re same (.1). | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-29-22 | S. Kukulowicz | B470 | Review of emails with D. Azman regarding recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-30-22 | N. Levine | B470 | Call with D. Richer re hearing (.1); correspond with D. Azman re same (.1); | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Nov-30-22 | N. Thompson | B470 | Summaize documents per N. Levine request; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |

| FEE SUMMARY | | | | |
|-------------|-------|-------|------|--------|
| Name | Title | Hours | Rate | Amount |
| Kukulowicz, Shayne | Partner | 6.20 | 1,075.00 | 6,665.00 |

Cassels Brock & Blackwell LLP                                                          Page 6 of 6
Official Committee of Unsecured Creditors of Voyager Digital          Invoice No: 2191877
Holdings, Inc
Re: CCAA Recognition Proceedings                                     Matter No. 057782-00001

| | | | | |
|---|---|---|---|---|
| Levine, Natalie | Partner | 7.10 | 735.00 | 5,218.50 |
| Thompson, Natalie | Associate | 6.20 | 400.00 | 2,480.00 |
| **Total (CAD)** | | **19.50** | | **14,363.50** |

| TASK CODE SUMMARY | | | |
|---|---|---|---|
| **Task** | **Description** | **Hours** | **Amount** |
| B110 | Case Administration | 0.50 | 367.50 |
| B130 | Asset Disposition | 1.60 | 1,008.50 |
| B155 | Court Hearings | 2.80 | 1,795.00 |
| B160 | Fee/Employment Applications | 0.80 | 387.00 |
| B470 | Foreign Proceedings | 13.80 | 10,805.50 |
| **Total (CAD)** | | **19.50** | **14,363.50** |

| | | |
|---|---|---|
| Our Fees | 14,363.50 | |
| Less: 10% Discount on Fees | (1,436.35) | |
| Total Fees | 12,927.15 | |
| **TOTAL FEES (CAD)** | | **12,927.15** |

| DISBURSEMENT SUMMARY | | |
|---|---|---|
| **Non-Taxable Disbursements** | | |
| Court - Sundry | 186.56 | |
| Total Non-Taxable Disbursements | 186.56 | |

| | |
|---|---|
| **TOTAL DISBURSEMENTS (CAD)** | **186.56** |
| **TOTAL FEES** | **12,927.15** |
| **TOTAL DISBURSEMENTS** | **186.56** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **13,113.71** |

| OUTSTANDING INVOICES | | | | |
|---|---|---|---|---|
| **Invoice Number** | **Invoice Date** | **Bill Amount** | **Payments / Credits** | **Balance Due** |
| 2182388 | 10/31/22 | 11,672.55 | 11,067.15 | 605.40 |
| 2186379 | 12/13/22 | 20,793.84 | 0.00 | 20,793.84 |
| 2191877 | 02/09/23 | 13,113.71 | 0.00 | 13,113.71 |
| **Total (CAD)** | | **45,580.10** | **11,067.15** | **34,512.95** |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings

Page 2 of 8
Invoice No: 2194565

Matter No. 057782-00001

| | | | FEE DETAIL | |
|---|---|---|---|---|

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Dec-01-22 | N. Thompson | B470 | Review and summarize docket updates for purposes of recognition proceeding; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-01-22 | N. Levine | B110 | Correspond with G. Williams re next steps in US proceedings; | 0.20 |
| | | | *Task: B110 - Case Administration* | |
| Dec-01-22 | N. Thompson | B160 | Review and revise fee statement; | 0.40 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-02-22 | N. Levine | B470 | Prepare for upcoming Canadian hearing; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-02-22 | N. Levine | B160 | Revise fee application (.2); correspond with N. Thompson re same (.1); | 0.30 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-02-22 | N. Thompson | B470 | Review and summarize docket updates; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-02-22 | N. Thompson | B160 | Review and revise fee statements (.7); correspond with N. Levine and B. Nasri regarding the same (.1); | 0.80 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-05-22 | N. Levine | B160 | Revise fee application; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-05-22 | N. Levine | B470 | Review motion materials for recognition proceeding; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-05-22 | N. Thompson | B470 | Review and summarize docket updates for purposes of recognition proceedings; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-06-22 | N. Levine | B470 | Analyze additional motion record (.1); brief review of material for upcoming Canadian hearing (.2); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-06-22 | N. Thompson | B470 | Review of Canadian motion materials; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-06-22 | S. Kukulowicz | B470 | Review of motion record of Voyager Digital Ltd. for recognition of US orders; | 0.90 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-07-22 | N. Levine | B470 | Summarize Canadian motion material for US counsel; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-07-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-08-22 | N. Levine | B470 | Prepare for recognition hearing; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc
Re: CCAA Recognition Proceedings

Page 3 of 8
Invoice No: 2194565

Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Dec-08-22 | N. Thompson | B470 | Summarize US updates for purpose of CCAA recognition; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-08-22 | N. Thompson | B160 | Update draft interim fee application; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-09-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-09-22 | N. Levine | B470 | Review Canadian materials for hearing; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-09-22 | S. Kukulowicz | B470 | Review of pending motions before US Court; | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-11-22 | N. Thompson | B160 | Draft interim fee application; | 1.00 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-12-22 | N. Thompson | B160 | Correspond with N. Levine and B. Nasri regarding interim fee application; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-12-22 | N. Levine | B470 | Analyze information officer's report, including legal issues raised (.6); draft email to D. Simon and D. Azman of MWE (US counsel) re same (.1); review precedent documents (.3); correspond with N. Thompson re interim fee application (.2); | 1.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-12-22 | N. Levine | B160 | Revise fee application (.9); revise supplemental declaration (.7); | 1.60 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-12-22 | S. Kukulowicz | B470 | Review Third Report of the Information Officer; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-12-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-13-22 | N. Thompson | B160 | Review and revise interim fee application (.5) and third fee statement (.8); | 1.30 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-13-22 | S. Kukulowicz | B470 | Review of emails with D. Azman regarding Canadian recognition motion and committee position; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-13-22 | S. Kukulowicz | B470 | Telephone attendance with N. Levine regarding Third Report of the Information Officer and Committee position on upcoming recognition motion; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-13-22 | N. Levine | B470 | Prepare for hearing (.1); confer with S. Kukulowicz re hearing (.3); correspond with D. Azman re hearing (.2); | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP                                                    Page 4 of 8
Official Committee of Unsecured Creditors of Voyager Digital          Invoice No: 2194565
Holdings, Inc
Re: CCAA Recognition Proceedings                                     Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Dec-13-22 | N. Levine | B155 | Correspond with G. Williams re upcoming US hearings; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Dec-13-22 | N. Levine | B160 | Prepare supplemental declaration (.5); revise interim fee application (.5); | 1.00 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-13-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-14-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-14-22 | N. Levine | B470 | Review US pleadings for impact on Canadian restructuring (.2); correspond with D. Richer and S. Kukulowicz re hearing (.2); | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-14-22 | S. Kukulowicz | B470 | Correspond with N. Levine and D. Richer re recognition hearing on December 15, 2022; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-14-22 | N. Levine | B110 | Review upcoming case deadlines and schedules; | 0.20 |
| | | | *Task: B110 - Case Administration* | |
| Dec-15-22 | N. Thompson | B160 | Revise interim fee application; | 0.60 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-15-22 | N. Thompson | B470 | Summarize US motions for impact on recognition proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-15-22 | S. Kukulowicz | B470 | Attend hearing for recognition of various US orders (retention, cash management and exclusivity) (.6); review issued order and report to U.S. Counsel for the Committee (.1); confer with N. Levine re same (.1); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-15-22 | N. Levine | B110 | Draft emails to G. Williams re upcoming filings in US proceedings; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Dec-15-22 | N. Levine | B470 | Confer with S. Kukulowicz re hearing; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-16-22 | N. Thompson | B160 | Revise interim fee application (1); correspondence with N. Levine regarding same (.1); | 1.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-16-22 | N. Thompson | B470 | Analysis of US documents filed for recognition proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-16-22 | N. Levine | B160 | Finalize fee application (.8); correspond with N. Thompson re same (.1); | 0.90 |

Cassels Brock & Blackwell LLP                                                    Page 5 of 8
Official Committee of Unsecured Creditors of Voyager Digital          Invoice No: 2194565
Holdings, Inc
Re: CCAA Recognition Proceedings                                     Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-16-22 | N. Levine | B470 | Review materials circulated to CCAA service list; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-18-22 | N. Levine | B110 | Analysis of US updates for impact on CCAA proceedings; | 0.50 |
| | | | *Task: B110 - Case Administration* | |
| Dec-19-22 | N. Levine | B160 | Revise fee application (.8); call with N. Thompson re same (.1); | 0.90 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-19-22 | N. Levine | B130 | Brief review of sale documents for Canadian issues (.1); correspond with US counsel (D. Azman) re same (.1); confer with N. Thompson re same (.1); | 0.30 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-19-22 | N. Thompson | B130 | Review sale updates for impact on CCAA (.4); call with N. Levine regarding the same (.1). | 0.50 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-19-22 | N. Thompson | B470 | Confer with N. Levine regarding sale documents and related Canadian issues; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-19-22 | S. Kukulowicz | B130 | Review of announcement regarding sale (.4); emails with D. Azman on Canadian recognition issues (.1); | 0.50 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-19-22 | N. Levine | B470 | Review correspondence from D. Richer re sale update and impact on Canadian timing (.2); consider public press releases regarding asset sale update (.2); | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-19-22 | N. Thompson | B470 | Summarize docket updates for impact on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-20-22 | N. Levine | B110 | Confer with N. Thompson re additional documents; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Dec-20-22 | N. Levine | B160 | Finalize fee application; | 0.40 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Dec-20-22 | N. Thompson | B470 | Review and summarize docket updates (.2); confer with N. Levine re additional documents (.1); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-21-22 | N. Levine | B110 | Correspond with G. Williams re documents requested; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Dec-21-22 | N. Levine | B130 | Review stipulation re termination of APA and other US materials for impact on Canadian proceedings (.4); discuss same with S. Kukulowicz (.1); | 0.50 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-21-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.40 |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings

Page 6 of 8
Invoice No: 2194565

Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-21-22 | S. Kukulowicz | B130 | Review of pleadings regarding sale transaction (.1); discuss same with N. Levine (.1); | 0.20 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-22-22 | N. Levine | B470 | Analysis of updated timeline filed with US court for impact on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-22-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-22-22 | S. Kukulowicz | B130 | Review of motion seeking authorization to enter into Binance purchase agreement; | 0.20 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-23-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-28-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-28-22 | N. Levine | B470 | Review additional motion materials for impact on Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-29-22 | S. Kukulowicz | B470 | Exchange emails with N. Levine and N. Thompson regarding sale and plan recognition in Canada; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-29-22 | N. Thompson | B470 | Correspond with S. Kukulowicz re transaction documents; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-29-22 | N. Levine | B470 | Correspond with S. Kukulowicz re sale documents; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Dec-30-22 | S. Kukulowicz | B130 | Review of Binance APA regarding any Canadian cross-border issues (1.2); correspond with N. Thompson re same (.1); | 1.30 |
| | | | *Task: B130 - Asset Disposition* | |
| Dec-30-22 | N. Thompson | B470 | Review and summarize docket updates for impact on recognition proceedings (.3); correspond with S. Kukulowicz re documents to review (.1); research re same (.5); | 0.90 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP                                                  Page 7 of 8
Official Committee of Unsecured Creditors of Voyager Digital         Invoice No: 2194565
Holdings, Inc
Re: CCAA Recognition Proceedings                                    Matter No. 057782-00001

| FEE SUMMARY | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Hours** | **Rate** | **Amount** |
| Levine, Natalie | Partner | 12.30 | 735.00 | 9,040.50 |
| Kukulowicz, Shayne | Partner | 6.20 | 1,075.00 | 6,665.00 |
| Thompson, Natalie | Associate | 13.10 | 400.00 | 5,240.00 |
| **Total (CAD)** | | **31.60** | | **20,945.50** |

| TASK CODE SUMMARY | | | |
|---|---|---|---|
| **Task** | **Description** | **Hours** | **Amount** |
| B110 | Case Administration | 1.20 | 882.00 |
| B130 | Asset Disposition | 3.50 | 3,153.00 |
| B155 | Court Hearings | 0.10 | 73.50 |
| B160 | Fee/Employment Applications | 10.70 | 6,022.00 |
| B470 | Foreign Proceedings | 16.10 | 10,815.00 |
| **Total (CAD)** | | **31.60** | **20,945.50** |

| | | |
|---|---|---|
| Our Fees | 20,945.50 | |
| Less: 10% Discount on Fees | (2,094.55) | |
| Total Fees | 18,850.95 | |
| **TOTAL FEES (CAD)** | | **18,850.95** |

| DISBURSEMENT SUMMARY | | |
|---|---|---|
| **Non-Taxable Disbursements** | | |
| Copies | 9.75 | |
| Total Non-Taxable Disbursements | 9.75 | |
| **TOTAL DISBURSEMENTS (CAD)** | | **9.75** |

| | |
|---|---|
| **TOTAL FEES** | **18,850.95** |
| **TOTAL DISBURSEMENTS** | **9.75** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **18,860.70** |

Cassels Brock & Blackwell LLP                                        Page 8 of 8
Official Committee of Unsecured Creditors of Voyager Digital         Invoice No: 2194565
Holdings, Inc
Re: CCAA Recognition Proceedings                                     Matter No. 057782-00001

| | OUTSTANDING INVOICES | | | |
|---|---|---|---|---|
| **Invoice Number** | **Invoice Date** | **Bill Amount** | **Payments / Credits** | **Balance Due** |
| 2182388 | 10/31/22 | 11,672.55 | 11,067.15 | 605.40 |
| 2186379 | 12/13/22 | 20,793.84 | 0.00 | 20,793.84 |
| 2191877 | 02/09/23 | 13,113.71 | 0.00 | 13,113.71 |
| 2194565 | 03/14/23 | 18,860.70 | 0.00 | 18,860.70 |
| **Total (CAD)** | | **64,440.80** | **11,067.15** | **53,373.65** |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings

Page 2 of 6
Invoice No: 2195598

Matter No. 057782-00001

| | FEE DETAIL | | | |
|---|---|---|---|---|

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Jan-03-23 | N. Levine | B470 | Confer with S. Kukulowicz re plan impact in Canada (.1); analysis of same (.3); | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-03-23 | N. Levine | B160 | Confer with G. Steinman re fee applications (.3); prepare supplemental documents re same (.3); | 0.60 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Jan-03-23 | N. Thompson | B470 | Review (.2) and summarize (.1) US docket updates for CCAA purposes; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-03-23 | S. Kukulowicz | B470 | Further review of revised plan for Canadian issues (.7); confer with N. Levine regarding same (.1); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-04-23 | N. Levine | B110 | Call with G. Steinman re case management; | 0.50 |
| | | | *Task: B110 - Case Administration* | |
| Jan-04-23 | N. Thompson | B470 | Review (.2) and summarize (.2) US updates for CCAA purposes; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-05-23 | N. Levine | B470 | Call with S. Kukulowicz re plan implications for intercompany claims (.3); consider objections to plan (.5); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-05-23 | N. Levine | B160 | Revise supplemental declaration; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Jan-05-23 | S. Kukulowicz | B470 | Review of pleadings regarding transaction documents (2); review of call with N. Levine regarding Canadian Topco issues (.3); | 2.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-06-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-06-23 | N. Levine | B470 | Draft summary of potential upcoming motions in Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-06-23 | S. Kukulowicz | B470 | Further review of Third Amended Joint Plan regarding Topco issues; | 1.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-09-23 | N. Thompson | B155 | Prepare for January 10 hearing; | 0.40 |
| | | | *Task: B155 - Court Hearings* | |
| Jan-09-23 | N. Thompson | B155 | Discussion with N. Levine regarding January 10 hearing; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Jan-09-23 | S. Kukulowicz | B320 | Review of Disclosure Statement; | 0.90 |
| | | | *Task: B320 - Plan and Disclosure Statement* | |

Cassels Brock & Blackwell LLP                                              Page 3 of 6
Official Committee of Unsecured Creditors of Voyager Digital              Invoice No: 2195598
Holdings, Inc
Re: CCAA Recognition Proceedings                                          Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Jan-09-23 | N. Levine | B470 | Review additional US pleadings in connection with recognition motion; | 0.70 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-09-23 | N. Thompson | B470 | Review (.3) and summarize (.2) docket updates; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-09-23 | N. Levine | B155 | Confer with N. Thompson re January 10 hearing; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Jan-10-23 | S. Kukulowicz | B470 | Review of summary of January 10 hearing regarding Binance APA; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-10-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates for consideration of Canadian issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-10-23 | N. Levine | B470 | Call with D. Richer re upcoming Canadian hearing; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-10-23 | N. Levine | B155 | Discuss January 10 hearing with N. Thompson (.2); review summary of same (.2); | 0.40 |
| | | | *Task: B155 - Court Hearings* | |
| Jan-10-23 | N. Thompson | B155 | Prepare for (.2) and attend January 10 hearing (4); | 4.20 |
| | | | *Task: B155 - Court Hearings* | |
| Jan-10-23 | N. Thompson | B155 | Discuss January 10 hearing with N. Levine; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Jan-11-23 | N. Thompson | B160 | Draft fourth monthly fee statement; | 0.30 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Jan-11-23 | N. Levine | B110 | Correspond with G. Williams re case status; | 0.20 |
| | | | *Task: B110 - Case Administration* | |
| Jan-11-23 | N. Thompson | B470 | Summarize US docket for CCAA purposes; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-12-23 | N. Thompson | B470 | Review (.1) and summarize (.1) US docket updates for purposes of CCAA; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-13-23 | N. Thompson | B470 | Review (.3) and summarize (.1) US docket updates for purposes of CCAA; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-13-23 | N. Levine | B470 | Brief review of US documents for upcoming recognition hearing; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-13-23 | N. Levine | B110 | Correspond with G. Williams re US filings; | 0.30 |
| | | | *Task: B110 - Case Administration* | |
| Jan-16-23 | N. Thompson | B470 | Summarize US docket updates for purposes of CCAA; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP                                                          Page 4 of 6
Official Committee of Unsecured Creditors of Voyager Digital          Invoice No: 2195598
Holdings, Inc
Re: CCAA Recognition Proceedings                                      Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Jan-17-23 | N. Levine | B470 | Correspond with D. Richer re recognition proceedings (.1); review updated documents (.2); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-18-23 | N. Levine | B470 | Brief review of claims objection issues for impact on Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-18-23 | N. Thompson | B470 | Review (.2) and summarize (.1) US docket updates for purposes of CCAA; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-19-23 | N. Thompson | B470 | Summarize claims objection for CCAA issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-20-23 | N. Thompson | B470 | Review (.3) and summarize (.2) US docket updates for purposes of CCAA; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-20-23 | N. Levine | B470 | Call with G. Steinman re case status and remaining Canadian issues (.5); draft update memo of outstanding issues (.3); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-20-23 | S. Kukulowicz | B470 | Review of updates regarding issue of recognizing DS Order and Sale Approval Order by the Canadian Court; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-23-23 | N. Levine | B470 | Correspond with G. Steinman re scheduled hearings (.1); correspond with N. Thompson re same (.1); | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-23-23 | N. Thompson | B470 | Respond to inquiries from S. Kukulowicz re US documents; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-23-23 | N. Thompson | B155 | Prepare for January 24 hearing; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Jan-23-23 | N. Thompson | B470 | Email correspondence with N. Levine regarding US proceedings and timings in Canada; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-24-23 | N. Levine | B470 | Call with G. Steinman reupdate on recognition issues (.1); draft update email to R. Jacobs re same (.1); | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-24-23 | N. Thompson | B155 | Prepare for (.3) and attend January 24 hearing for purposes of CCAA (2.5); | 2.80 |
| | | | *Task: B155 - Court Hearings* | |
| Jan-24-23 | N. Thompson | B470 | Review (.3) and summarize (.1) US docket updates for purposes of CCAA; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-25-23 | N. Thompson | B470 | Analysis of new filings on US docket; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings

Page 5 of 6
Invoice No: 2195598

Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Jan-25-23 | N. Levine | B470 | Review summary of January 24 hearing for purposes of Canadian recognition hearing; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-26-23 | N. Thompson | B470 | Review (.3) and summarize (.1) US docket updates for purposes of CCAA; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-27-23 | N. Levine | B470 | Review US objections to consider impact on upcoming proceedings in Canada; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-27-23 | N. Thompson | B470 | Review (.2) and summarize (.2) US docket updates for purposes of CCAA; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-29-23 | N. Levine | B110 | Correspond with G. Steinman re case status; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Jan-30-23 | N. Thompson | B470 | Review (.3) and summarize (.1) US docket updates for purposes of CCAA; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Jan-30-23 | N. Levine | B110 | Confer with G. Steinman re case status; | 0.20 |
| | | | *Task: B110 - Case Administration* | |
| Jan-31-23 | N. Thompson | B470 | Review (.6) and summarize (.2) US docket updates for purposes of CCAA; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |

| FEE SUMMARY | | | | |
|-------------|-------|-------|------|--------|
| Name | Title | Hours | Rate | Amount |
| Levine, Natalie | Partner | 7.10 | 775.00 | 5,502.50 |
| Kukulowicz, Shayne | Partner | 5.50 | 1,130.00 | 6,215.00 |
| Thompson, Natalie | Associate | 14.90 | 420.00 | 6,258.00 |
| **Total (CAD)** | | **27.50** | | **17,975.50** |

| TASK CODE SUMMARY | | | |
|-------------------|-------------|-------|--------|
| Task | Description | Hours | Amount |
| B110 | Case Administration | 1.30 | 1,007.00 |
| B155 | Court Hearings | 8.40 | 3,705.50 |
| B160 | Fee/Employment Applications | 1.10 | 746.00 |
| B320 | Plan and Disclosure Statement | 0.90 | 1,017.00 |
| B470 | Foreign Proceedings | 15.80 | 11,499.50 |
| **Total (CAD)** | | **27.50** | **17,975.50** |

Cassels Brock & Blackwell LLP                                    Page 6 of 6
Official Committee of Unsecured Creditors of Voyager Digital    Invoice No: 2195598
Holdings, Inc
Re: CCAA Recognition Proceedings                                Matter No. 057782-00001

| | | |
|---|---|---|
| Our Fees | 17,975.50 | |
| Less: 10% Discount on Fees | (1,797.55) | |
| Total Fees | 16,177.95 | |
| **TOTAL FEES (CAD)** | | **16,177.95** |

| DISBURSEMENT SUMMARY | |
|---|---|
| **Non-Taxable Disbursements** | |
| Copies | 4.00 |
| Court - Sundry | 187.36 |
| Total Non-Taxable Disbursements | 191.36 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS (CAD)** | **191.36** |

| | |
|---|---|
| **TOTAL FEES** | **16,177.95** |
| **TOTAL DISBURSEMENTS** | **191.36** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **16,369.31** |

| OUTSTANDING INVOICES | | | | |
|---|---|---|---|---|
| **Invoice Number** | **Invoice Date** | **Bill Amount** | **Payments / Credits** | **Balance Due** |
| 2182388 | 10/31/22 | 11,672.55 | 9,338.04 | 2,334.51 |
| 2182387 | 10/31/22 | 75,084.30 | 60,099.84 | 14,984.46 |
| 2186379 | 12/13/22 | 20,793.84 | 16,654.29 | 4,139.55 |
| 2191877 | 02/09/23 | 13,113.71 | 0.00 | 13,113.71 |
| 2194565 | 03/14/23 | 18,860.70 | 0.00 | 18,860.70 |
| 2195598 | 03/27/23 | 16,369.31 | 0.00 | 16,369.31 |
| **Total (CAD)** | | **155,894.41** | **86,092.17** | **69,802.24** |

Cassels Brock & Blackwell LLP                                                              Page 2 of 6
Official Committee of Unsecured Creditors of Voyager Digital          Invoice No: 2196282
Holdings, Inc
Re: CCAA Recognition Proceedings                                        Matter No. 057782-00001

## FEE DETAIL

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| Feb-01-23 | N. Thompson | B470 | Review (.4) and summarize (.2) docket updates to evaluate and advise on recognition issues; | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-01-23 | S. Kukulowicz | B470 | Review of various objections to the claims of Alameda FTX for the purposes of intercompany issues; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-01-23 | N. Levine | B470 | Review US filings re intercompany obligations for impact on Canadian proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-03-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to evaluate and advise on recognition issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-03-23 | S. Kukulowicz | B470 | Review of US docket filings regarding status of Chapter 11 Plan; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-03-23 | N. Levine | B155 | Correspond with G. Steinman re February 7 hearing; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-06-23 | N. Levine | B155 | Prepare for February 7 hearing; | 0.50 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-07-23 | N. Thompson | B470 | Review (.4) and summarize (.3) docket updates to evaluate and advise on recognition issues; | 0.70 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-07-23 | N. Levine | B155 | Brief review of additional documents file for US hearing (.3); participate in portion of US hearing to address any questions re Cassels application ( 2.3 ); | 2.60 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-08-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-09-23 | N. Thompson | B470 | Review (.3) and summarize (.1) docket updates to evaluate and advise on recognition issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-10-23 | N. Thompson | B160 | Finalize fee statement; | 0.30 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-10-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-10-23 | N. Levine | B470 | Further analysis of intercompany issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-11-23 | N. Levine | B110 | Correspond with G. Williams re US case schedule; | 0.20 |
| | | | *Task: B110 - Case Administration* | |

Official Committee of Unsecured Creditors of Voyager Digital                Invoice No: 2196282
Holdings, Inc
Re: CCAA Recognition Proceedings                                           Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Feb-13-23 | S. Kukulowicz | B470 | Call with N. Levine to discuss intercompany claims; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-13-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to evaluate and advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-13-23 | N. Levine | B470 | Call with S. Kukulowicz re intercompany claims; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-16-23 | N. Thompson | B470 | Review email from N. Levine re status of Canadian issues and Canadian strategy for February 22 hearing; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-16-23 | N. Thompson | B470 | Review (.3) and summarize (.1) docket updates to evaluate and advise on recognition issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-16-23 | S. Kukulowicz | B470 | Emails with N. Levine re Feb 22 hearing and related Canadian strategy; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-16-23 | S. Kukulowicz | B470 | Email to Faskens requesting update regarding status of proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-16-23 | N. Levine | B470 | Draft email to S. Kukulowicz and N. Thompson re Canadian strategy; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-17-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to advise on recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-17-23 | S. Kukulowicz | B470 | Review of email from D. Richer regarding status of proceedings (.2); review of US docket update (.3); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-18-23 | N. Thompson | B160 | Review December bill (.6) and confirm all figures to finalize fee statement (.4); | 1.00 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-18-23 | N. Thompson | B160 | Draft (.2) and revise December Fee Statement (.2); | 0.40 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-19-23 | N. Levine | B470 | Review objections to claims to determine appropriate process in Canada; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-21-23 | N. Thompson | B470 | Review (.4) and summarize (.1) docket updates to advise on recognition issues and Canadian proceedings; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-21-23 | N. Thompson | B155 | Prepare for hearing on February 22; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-22-23 | N. Thompson | B155 | Attend hearing to advise on matters relevant to recognition proceedings; | 1.30 |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings

Page 4 of 6
Invoice No: 2196282

Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| | | | *Task: B155 - Court Hearings* | |
| Feb-22-23 | N. Thompson | B470 | Review (.3) and summarize (.2) docket updates to advise on Canadian proceedings; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-22-23 | N. Levine | B155 | Review update from US hearing; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-22-23 | N. Levine | B470 | Correspond with D. Richer re Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-22-23 | S. Kukulowicz | B470 | Review plan objections; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-22-23 | N. Thompson | B155 | Prepare for hearing; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Feb-24-23 | S. Kukulowicz | B470 | Conference call with D. Richer regarding status of Voyager transaction and various objections (.5); analysis regarding plan recognition issues (.3); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-24-23 | N. Levine | B470 | Call with D. Richer re recognition issues (.2); review pleadings re Canadian intercompany issues (.3); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-27-23 | N. Thompson | B160 | Draft December fee statements (.2) and January fee statement (.2); revise December bill (.3) and January bills (.5); | 1.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-27-23 | N. Thompson | B470 | Review (.6) and summarize (.2) docket updates to advise on recognition issues; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-27-23 | S. Kukulowicz | B470 | Review of further objections filed with US Court; | 0.90 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-27-23 | N. Levine | B470 | Review US objections related to Canadian proceeding; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-28-23 | N. Thompson | B160 | Revise December fee statements (.3); draft (.7) and revise (.4) January fee statement; | 1.40 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-28-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to advise on Canadian issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-28-23 | N. Thompson | B160 | Correspond with N. Levine regarding December and January fee statements; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Feb-28-23 | S. Kukulowicz | B470 | Review of Ad Hoc Equity Committee objection to plan provision for Canadian share cancellation and review of plan (.2); analysis of Canadian corporate issues (1) discuss plan provisions with N. Levine (.2); | 1.40 |

Cassels Brock & Blackwell LLP                                                    Page 5 of 6
Official Committee of Unsecured Creditors of Voyager Digital          Invoice No: 2196282
Holdings, Inc
Re: CCAA Recognition Proceedings                                     Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| | | | *Task: B470 - Foreign Proceedings* | |
| Feb-28-23 | N. Levine | B470 | Discussion with S. Kukulowicz re Ad Hoc Equity Committee objection to plan provision; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |

## FEE SUMMARY

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Kukulowicz, Shayne | Partner | 6.40 | 1,130.00 | 7,232.00 |
| Levine, Natalie | Partner | 5.80 | 775.00 | 4,495.00 |
| Thompson, Natalie | Associate | 12.10 | 420.00 | 5,082.00 |
| **Total (CAD)** | | **24.30** | | **16,809.00** |

## TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B110 | Case Administration | 0.20 | 155.00 |
| B155 | Court Hearings | 5.00 | 3,307.00 |
| B160 | Fee/Employment Applications | 4.50 | 1,890.00 |
| B470 | Foreign Proceedings | 14.60 | 11,457.00 |
| **Total (CAD)** | | **24.30** | **16,809.00** |

| | | |
|---|---|---|
| Our Fees | 16,809.00 | |
| Less: 10% Discount on Fees | (1,680.90) | |
| Total Fees | 15,128.10 | |
| **TOTAL FEES (CAD)** | | **15,128.10** |

## DISBURSEMENT SUMMARY

**Non-Taxable Disbursements**

| | | |
|---|---|---|
| Copies | 3.25 | |
| Court - Sundry | 188.85 | |
| Total Non-Taxable Disbursements | 192.10 | |

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (CAD)** | | **192.10** |

Cassels Brock & Blackwell LLP                                                    Page 6 of 6
Official Committee of Unsecured Creditors of Voyager Digital        Invoice No: 2196282
Holdings, Inc
Re: CCAA Recognition Proceedings                                Matter No. 057782-00001

| | |
|---|---|
| **TOTAL FEES** | **15,128.10** |
| **TOTAL DISBURSEMENTS** | **192.10** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **15,320.20** |

| OUTSTANDING INVOICES | | | | |
|---|---|---|---|---|
| **Invoice Number** | **Invoice Date** | **Bill Amount** | **Payments / Credits** | **Balance Due** |
| 2182388 | 10/31/22 | 11,672.55 | 9,338.04 | 2,334.51 |
| 2182387 | 10/31/22 | 75,084.30 | 60,099.84 | 14,984.46 |
| 2186379 | 12/13/22 | 20,793.84 | 16,654.29 | 4,139.55 |
| 2191877 | 02/09/23 | 13,113.71 | 0.00 | 13,113.71 |
| 2194565 | 03/14/23 | 18,860.70 | 15,090.51 | 3,770.19 |
| 2195598 | 03/27/23 | 16,369.31 | 0.00 | 16,369.31 |
| 2196282 | 04/05/23 | 15,320.20 | 0.00 | 15,320.20 |
| **Total (CAD)** | | **171,214.61** | **101,182.68** | **70,031.93** |

# EXHIBIT E

**Summary of Compensation by Task Code Against Budgeted Hours and Fees**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted[1] (CAD) | Hours Billed | Fees Sought[2] (CAD) |
|---|---|---|---|---|---|
| B110 | Case Administration | 7-15 | $5,350.00 - $11,437.50 | 3.2 | $2,412.00 |
| B120 | Asset Analysis & Recovery | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B130 | Asset Disposition | 4-10 | $2,845.00 - $7,112.50 | 5.1 | $4,161.50 |
| B140 | Automatic Stay Issues | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B150 | Meetings/Communications w/ Creditors | 1-5 | $1,130.00 - $5,650.00 | 0-0 | $0.00-$0.00 |
| B155 | Court Hearings | 18-30 | $14,193.75 - $23,656.25 | 16.3 | $8,881.00 |
| B160 | Fee/Employment Applications | 20-30 | $15,500.00 - $23,250.00 | 17.1 | $9,045.00 |
| B170 | Fee/Employment Objections | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B180 | Avoidance Action Analysis | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B185 | Assumption/Rejection of Leases | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B190 | Other Contested Matters | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B195 | Non-Working Travel | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B210 | Business Operations | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B220 | Employee Issues | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B230 | Financing/Cash Collateral Issues | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B240 | Tax Issues | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B250 | Real Estate | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B260 | Board of Director Matters | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B270 | Utilities | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B280 | Vendor Matters | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B290 | Insurance | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B310 | Claims Administration and Objections | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B320 | Plan and Disclosure Statement | 5-10 | $3,645.83 - $7,291.65 | 0.9 | $1,017.00 |
| B410 | Gen Bankruptcy Advice/Opinion | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B420 | Restructurings | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B430 | Special Committee Investigation | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B440 | Equity Committee | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B450 | Securities Law Issues | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B460 | General Corporate | 0-0 | $0.00-$0.00 | 0-0 | $0.00-$0.00 |
| B470 | Foreign Proceedings | 60-95 | $61,008.30 - $96,833.25 | 60.3 | $44,577.00 |
| **TOTAL** | | **115-195** | **$103,672.88 - $175,231.15** | **102.9** | **$70,093.50** |

[1]    Does not reflect 10% discount applied on individual invoices.

[2]    Does not reflect 10% discount applied on individual invoices.

**<u>EXHIBIT F</u>**

**Summary of Actual and Necessary Expenses**

**Expense Summary**

| Expense Category | Amount (CAD) |
|---|---|
| Copies | $17.00 |
| Court Telephonic Participation | $562.77 |
| **TOTAL** | **$579.77** |

**<u>EXHIBIT G</u>**

**Expense Records**

Cassels Brock & Blackwell LLP

Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc

Re: CCAA Recognition Proceedings

Invoice No: 2191877

Matter No. 057782-00001

| DISBURSEMENT DETAIL | |
| --- | --- |

**Non-Taxable Disbursements**

| Description | Amount |
| --- | --- |
| Court - Sundry Other Client Costs, NATALIE LEVINE, Court fee re hearing, 11/15/2022, Court Solutions | 93.28 |
| Court - Sundry Other Client Costs, NATALIE THOMPSON, Attend hearing In re Voyager Digital Holdings, Inc., et al, 11/15/2022, Court Solutions LLC | 93.28 |
| Total Non-Taxable Disbursements | 186.56 |
| **TOTAL DISBURSEMENTS (CAD)** | **186.56** |

| DISBURSEMENT SUMMARY | |
| --- | --- |

**Non-Taxable Disbursements**

| | |
| --- | --- |
| Court - Sundry | 186.56 |
| Total Non-Taxable Disbursements | 186.56 |

| **TOTAL DISBURSEMENTS (CAD)** | **186.56** |

Cassels Brock & Blackwell LLP

Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc

Re: CCAA Recognition Proceedings

Invoice No: 2194565

Matter No. 057782-00001

| DISBURSEMENT DETAIL | |
| --- | --- |
| **Non-Taxable Disbursements** | |
| **Description** | **Amount** |
| Terminal: TORPRINT by User: Natalie Levine | 9.75 |
| Total Non-Taxable Disbursements | 9.75 |
| **TOTAL DISBURSEMENTS (CAD)** | **9.75** |

| DISBURSEMENT SUMMARY | |
| --- | --- |
| **Non-Taxable Disbursements** | |
| Copies | 9.75 |
| Total Non-Taxable Disbursements | 9.75 |
| **TOTAL DISBURSEMENTS (CAD)** | **9.75** |

Cassels Brock & Blackwell LLP                                                   Invoice No: 2195598
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings                                    Matter No. 057782-00001

| DISBURSEMENT DETAIL | |
|---|---|
| **Non-Taxable Disbursements** | |
| **Description** | **Amount** |
| Court - Sundry Other Client Costs, NATALIE THOMPSON, Attend hearing re Voyager Digital Holdings Inc., 01/10/2023, Court Solutions LLC | 93.76 |
| Court - Sundry Other Client Costs, NATALIE THOMPSON, Attend hearing In re Voyager Digital Holdings, Inc., et al, 01/24/2023, Court Solutions LLC | 93.60 |
| Terminal: TORPRINT by User: Natalie Levine | 4.00 |
| Total Non-Taxable Disbursements | 191.36 |
| **TOTAL DISBURSEMENTS (CAD)** | **191.36** |

| DISBURSEMENT SUMMARY | |
|---|---|
| **Non-Taxable Disbursements** | |
| Copies | 4.00 |
| Court - Sundry | 187.36 |
| Total Non-Taxable Disbursements | 191.36 |
| **TOTAL DISBURSEMENTS (CAD)** | **191.36** |

Cassels Brock & Blackwell LLP                                                    Invoice No: 2196282
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings                                        Matter No. 057782-00001

| DISBURSEMENT DETAIL | |
|---|---|
| **Non-Taxable Disbursements** | |
| **Description** | **Amount** |
| Court - Sundry Other Client Costs, NATALIE THOMPSON, Attend Hearing re Voyager Digital Holdings Inc., 02/22/2023, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC CCAA RECOGNITION PROCEEDINGS | 94.74 |
| Court - Sundry Other Client Costs, NATALIE LEVINE, Registration fee for US court hearing on Feb 7, 02/07/2023, Court Solutions | 94.11 |
| Terminal: TORPRINT by User: Natalie Levine | 3.25 |
| Total Non-Taxable Disbursements | 192.10 |
| | |
| **TOTAL DISBURSEMENTS (CAD)** | **192.10** |

| DISBURSEMENT SUMMARY | |
|---|---|
| **Non-Taxable Disbursements** | |
| Copies | 3.25 |
| Court - Sundry | 188.85 |
| Total Non-Taxable Disbursements | 192.10 |

**TOTAL DISBURSEMENTS (CAD)**                                                          **192.10**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2023, I caused a true and correct copy of the foregoing *Second Interim Fee Application of Cassels Brock & Blackwell LLP, Canadian Counsel for the Official Committee of Unsecured Creditors, for the Interim Fee Period from November 1, 2022 through February 28, 2023* to be served via (i) electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York or (ii) e-mail, as indicated in the service list attached hereto.

*/s/ Darren Azman*
Darren Azman

# SERVICE LIST

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Email | Method of Service |
|------|-----------|-----------|-----------|------|-------|-----|---------|-------|-------------------|
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW | | WASHINGTON | DC | 20001 | | OAG@DC.GOV | VIA E-MAIL |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | 100 LOMBARD STREET SUITE 302 | TORONTO | ON | M5C1M3 | | ANTHONY.OBRIEN@SISKINDS.COM | VIA E-MAIL |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER | 275 DUNDAS STREET UNIT 1 | LONDON | ON | N6B3L1 | | MICHAEL.ROBB@SISKINDS.COM GARETT.HUNTER@SISKINDS.COM | VIA E-MAIL |
| GOOGLE, LLC | | 1600 AMPHITHEATRE PKWY | | MOUNTAIN VIEW | CA | 94043 | | COLLECTIONS@GOOGLE.COM | VIA E-MAIL |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | 201 VARICK STREET, ROOM 1006 | NEW YORK | NY | 10014 | | RICHARD.MORRISSEY@USDOJ.GOV MARK.BRUH@USDOJ.GOV | VIA E-MAIL VIA E-MAIL |
| SECURITIES & EXCHANGE COMMISSION | | 100 F STREET NE | | WASHINGTON | DC | 20549 | | SECBANKRUPTCY-OGC-ADO@SEC.GOV | VIA E-MAIL |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL STREET SUITE 20-100 | | NEW YORK | NY | 10004-2616 | | NYROBANKRUPTCY@SEC.GOV | VIA E-MAIL |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR | 200 VESEY STREET SUITE 400 | NEW YORK | NY | 10281-1022 | | BANKRUPTCYNOTICESCHR@SEC.GOV | VIA E-MAIL |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | | CONSUMERINTEREST@ALABAMAAG.GO | VIA E-MAIL |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE, STE 200 | | ANCHORAGE | AK | 99501 | | ATTORNEY.GENERAL@ALASKA.GOV | VIA E-MAIL |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 | | AGINFO@AZAG.GOV | VIA E-MAIL |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST, STE 200 | | LITTLE ROCK | AR | 72201 | | OAG@ARKANSASAG.GOV | VIA E-MAIL |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | | XAVIER.BECERRA@DOJ.CA.GOV | VIA E-MAIL |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY, 10TH FL | DENVER | CO | 80203 | | CORA.REQUEST@COAG.GOV | VIA E-MAIL |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | | ATTORNEY.GENERAL@CT.GOV | VIA E-MAIL |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL, PL01 | | TALLAHASSEE | FL | 32399 | | ASHLEY.MOODY@MYFLORIDALEGAL.CO | VIA E-MAIL |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN STREET | | HONOLULU | HI | 96813 | | HAWAIIAG@HAWAII.GOV | VIA E-MAIL |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | 700 W. JEFFERSON ST, SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | | LAWRENCE.WASDEN@AG.IDAHO.GOV AGWASDEN@AG.IDAHO.GOV | VIA E-MAIL |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | CHICAGO | IL | 60601 | | INFO@ILSAMADIGAN.ORG | VIA E-MAIL |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT STREET | DES MOINES | IA | 50319 | | CONSUMER@AG.IOWA.GOV | VIA E-MAIL |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE, 2ND FLOOR | | TOPEKA | KS | 66612 | | DEREK.SCHMIDT@AG.KS.GOV | VIA E-MAIL |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | 300 CAPITAL DRIVE | | BATON ROUGE | LA | 70802 | | ADMININFO@AG.STATE.LA.US | VIA E-MAIL |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | | ATTORNEY.GENERAL@MAINE.GOV | VIA E-MAIL |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202 | | OAG@OAG.STATE.MD.US | VIA E-MAIL |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST, STE 1400 | | ST. PAUL | MN | 55101 | | ATTORNEY.GENERAL@AG.STATE.MN.US | VIA E-MAIL |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING | 207 W HIGH ST | JEFFERSON CITY | MO | 65101 | | CONSUMER.HELP@AGO.MO.GOV | VIA E-MAIL |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS, PO BOX 201401 | HELENA | MT | 59602 | | CONTACTDOJ@MT.GOV | VIA E-MAIL |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST. | CONCORD | NH | 03301 | | ATTORNEYGENERAL@DOJ.NH.GOV | VIA E-MAIL |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO STREET | VILLAGRA BUILDING | SANTA FE | NM | 87501 | | HBALDERAS@NMAG.GOV | VIA E-MAIL |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | 600 E. BOULEVARD AVE | DEPT. 125 | BISMARCK | ND | 58505 | | NDAG@ND.GOV | VIA E-MAIL |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 | | QUESTIONS@OAG.OK.GOV | VIA E-MAIL |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE | | SALEM | OR | 97301-4096 | | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.U | VIA E-MAIL VIA E-MAIL |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST | | PROVIDENCE | RI | 02903 | | AG@RIAG.RI.GOV | VIA E-MAIL |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | SALT LAKE CITY | UT | 84114 | | UAG@UTAH.GOV | VIA E-MAIL |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST. | | MONTPELIER | VT | 05609 | | AGO.INFO@VERMONT.GOV | VIA E-MAIL |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | | RICHMOND | VA | 23219 | | MAIL@OAG.STATE.VA.US | VIA E-MAIL |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 1900 KANAWHA | BUILDING 1 RM E-26 | CHARLESTON | WV | 25305 | | CONSUMER@WVAGO.GOV | VIA E-MAIL |
| TORONTO STOCK EXCHANGE | | 300 - 100 ADELAIDE ST. | | WEST TORONTO | ON | M5H 1S3 | | WEBMASTER@TMX.COM | VIA E-MAIL |
| KELLEHER PLACE MANAGEMENT, LLC | HORWOOD MARCUS & BERK CHARTERED | 500 W. MADISON | SUITE 3700 | CHICAGO | IL | 60661 | | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM | VIA ECF VIA E-MAIL |
| METROPLITAN COMMERCIAL BANK | BALLARD SPAHR LLP | 200 IDS CENTER | 80 SOUTH 8TH STREET | MINNEAPOLIS | MN | 55402-2119 | | SINGERG@BALLARDSPAHR.COM | VIA ECF |
| METROPLITAN COMMERCIAL BANK | WACHTELL, LIPTON, ROSEN & KATZ | 51 WEST 52ND STREET | | NEW YORK | NY | 10019-6150 | | RGMASON@WLRK.COM ARWOLF@WLRK.COM AKHERRING@WLRK.COM | VIA E-MAIL VIA ECF VIA E-MAIL |
| JASON RAZNICK | JAFFE RAITT HEUER & WEISS, P.C. | 27777 FRANKLIN ROAD | SUITE 2500 | SOUTHFIELD | MI | 48034 | | PHAGE@JAFFELAW.COM | VIA ECF |
| STEVE LAIRD | FORSHEY & PROSTOK LLP | 777 MAIN STREET | SUITE 1550 | FORT WORTH | TX | 76102 | | BFORSHEY@FORSHEYPROSTOK.COM | VIA ECF |
| ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORA | 425 MARKET ST. | SUITE 2900 | SAN FRANCISCO | CA | 94105 | | SCHRISTIANSON@BUCHALTER.COM | VIA ECF |
| ALAMEDA RESEARCH LLC & AFFILIATES | SULLIVAN & CROMWELL LLP | 125 BROAD STREET | | NEW YORK | NY | 10004 | | DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM | VIA ECF VIA ECF VIA E-MAIL |
| VOYAGER DIGITAL HOLDINGS, INC., ET AL. | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | JSUSSBERG@KIRKLAND.COM CMARCUS@KIRKLAND.COM CHRISTINE.OKIKE@KIRKLAND.COM ALLYSON.SMITH@KIRKLAND.COM | VIA ECF VIA E-MAIL VIA E-MAIL VIA E-MAIL |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O GOLDSTEIN & MCCLINKOCK LLLP | ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, AND STEVE YACHIK | 111 W WASHINGTON STREET SUITE 1221 | CHICAGO | IL | 60602 | MATTM@GOLDMCLAW.COM VIA E-MAIL<br>HARLEYG@RESTRUCTURINGSHOP.COM VIA E-MAIL<br>STEVENY@GOLDMCLAW.COM VIA E-MAIL |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK | 63 WEST MAIN STREET SUITE C | FREEHOLD | NJ | 07728-2141 | DTABACHNIK@DTTLAW.COM VIA ECF |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | ATTN: LYSBETH GEORGE | 8101 S. WALKER SUITE 2 | OKLAHOMA CITY | OK | 73139 | GEORGELAWOK@GMAIL.COM VIA E-MAIL |
| TEXAS STATE SECURITIES BOARD | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ABIGAIL R RYAN, LAYLA D MILLIGAN & JASON B BINFORD | BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 | AUSTIN | TX | 78711-2548 | ABIGAIL.RYAN@OAG.TEXAS.GOV VIA ECF<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV VIA E-MAIL<br>JASON.BINFORD@OAG.TEXAS.GOV VIA E-MAIL |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | | ATTN: ROMA N. DESAI | BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 | AUSTIN | TX | 78711-2548 | ROMA.DESAI@OAG.TEXAS.GOV VIA ECF |
| OFFICE OF THE ATTORNEY GENERAL | BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | BANKRUPTCY DIVISION P O BOX 20207 | NASHVILLE | TN | 37202-0207 | AGBANKNEWYORK@AG.TN.GOV VIA ECF |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD | 89 MAIN STREET THIRD FLOOR | MONTPELIER | VT | 05620 | JENNIFER.ROOD@VERMONT.GOV VIA ECF |
| ROBERT SNYDERS & LISA SNYDERS | C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP | ATTN: ANGELINA E. LIM | 401 E JACKSON STREET SUITE 3100 | TAMPA | FL | 33602 | ANGELINAL@JPFIRM.COM VIA ECF |
| MICHAEL LEGG | C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO. | ATTN: ROBERT R. KRACHT & NICHOLAS R. OLESKI | 1111 SUPERIOR AVENUE EAST SUITE 2700 | CLEVELAND | OH | 44114 | RRK@MCCARTHYLEBIT.COM VIA E-MAIL<br>NRO@MCCARTHYLEBIT.COM VIA E-MAIL |
| MICHAEL GENTSCH | C/O BARSKI LAW PLC | ATTN: CHRIS D. BRASKI | 9375 E. SHEA BLVD. STE 100 | SCOTTSDALE | AZ | 85260 | CBARSKI@BARSKILAW.COM VIA ECF |
| ILLINOIS SECRETARY OF STATE | C/O OFFICE OF THE ATTORNEY GENERAL | ATTN: JOHN P. REDING | 100 W. RANDOLPH ST FLOOR 13 | CHICAGO | IL | 60601 | JOHN.REDING@ILAG.GOV VIA ECF |
| GEORGIA DEPARTMENT OF BANKING AND FINANCE | | ATTN: NATHAN HOVEY, ASSISTANT ATTORNEY GENERAL | DEPARTMENT OF LAW 40 CAPITOL SQUARE SW | ATLANTA | GA | 30334 | NHOVEY@LAW.GA.GOV VIA ECF |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: SIGMUND S. WISSNER-GROSS ESQ. & KENNETH J. AULET | SEVEN TIMES SQUARE | NEW YORK | NY | 10036 | SWISSNER-GROSS@BROWNRUDNICK.COM VIA E-MAIL<br>KAULET@BROWNRUDNICK.COM VIA E-MAIL |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: STEPHEN A. BEST ESQ & RACHEL O. WOLKINSON, ESQ. | 601 THIRTEENTH STREET NW SUITE 600 | WASHINGTON | DC | 2005 | SBEST@BROWNRUDNICK.COM VIA E-MAIL<br>RWOLKINSON@BROWNRUDNICK.COM VIA E-MAIL |
| ED BOLTON | C/O AKERMAN LLP | ATTN: R. ADAM SWICK, JOHN H. THOMPSON, JOANNE GELFAND | 1251 AVENUE OF THE AMERICAS, 37TH FL | NEW YORK | NY | 10020 | ADAM.SWICK@AKERMAN.COM; VIA ECF<br>JOHN.THOMPSON@AKERMAN.COM; VIA ECF<br>JOANNE.GELFAND@AKERMAN.COM VIA ECF |
| JON GIACOBBE | | ATTN: A. MANNY ALICANDRO | 11 BROADWAY, SUITE 615 | NEW YORK | NY | 10004 | MANNY@ALICANDROLAWOFFICE.COM VIA ECF |
| WELLS FARGO BANK, N.A. | C/O ALDRIDGE PITE, LLP | ATTN: GREGORY WALLACH | FIFTEEN PIEDMONT CENTER 3575 PIEDMONT ROAD, N.E. | ATLANTA | GA | 30305 | GWALLACH@ALDRIDGEPITE.COM VIA ECF |
| AD HOC GROUP OF EQUITY INTEREST HOLDERS | C/O KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: DAVID M. POSNER & KELLY E. MOYNIHAN | THE GRACE BUILDING 1114 AVENUE OF THE | NEW YORK | NY | 10036 | DPOSNER@KILPATRICKTOWNSEND.COM VIA ECF<br>KMOYNIHAN@KILPATRICKTOWNSEND.C |
| AD HOC GROUP OF EQUITY INTEREST HOLDERS | C/O KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: PAUL M. ROSENBLATT | 1100 PEACHTREE STREET NE SUITE 2800 | ATLANTA | GA | 30309 | PROSENBLATT@KILPATRICKTOWNSEND VIA E-MAIL<br>.COM |
| PIERCE ROBERTSON | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: RICHARD M. PACHULSKI, ALAN J. KORNFELD, DEBRA I. GRASSGREEN, AND JASON H. ROSELL | 10100 SANTA MONICA BLVD 13TH FLOOR | LOS ANGELES | CA | 90067 | RPACHULSKI@PSZJLAW.COM VIA E-MAIL<br>AKORNFELD@PSZJLAW.COM VIA E-MAIL<br>DGRASSGREEN@PSZJLAW.COM VIA E-MAIL<br>JROSELL@PSZJLAW.COM VIA E-MAIL |
| STATE OF WASHINGTON | OFFICE OF ATTORNEY GENERAL | ATTN: STEPHEN MANNING, ASSISTANT ATTORNEY GENERAL | GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION P.O. BOX 40100 | OLYMPIA | WA | 98504-4010 | STEPHEN.MANNING@ATG.WA.GOV VIA ECF |
| MARCUM LLP | MINTZ & GOLD LLP | ATTN: ANDREW R. GOTTESMAN | 600 THIRD AVENUE, 25TH | NEW YORK | NY | 10016 | GOTTESMAN@MINTZANDGOLD.COM VIA ECF |
| U.S. SECURITIES & EXCHANGE COMMISSION | | ATTN: THERESE A. SCHEUER | 100 F STREET, NE | WASHINGTON | DC | 20549 | SCHEUERT@SEC.GOV VIA E-MAIL |
| NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES | CONSUMER PROTECTION AND FINANCIAL ENFORCEMENT | ATTN: KEVIN R. PUVALOWSKI, LINDA DONAHUE, JASON D. ST. JOHN | ONE STATE STREET | NEW YORK | NY | 10004 | KEVIN.PUVALOWSKI@DFS.NY.GOV VIA E-MAIL<br>LINDA.DONAHUE@DFS.NY.GOV VIA E-MAIL<br>JASON.ST.JOHN@DFS.NY.GOV VIA E-MAIL |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: VIRGINIA T. SHEA | 1300 MT KEMBLE AVENUE PO BOX 2075 | MORRISTOWN | NJ | 02075 | VSHEA@MDMC-LAW.COM VIA ECF |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD | 225 LIBERTY STREET, 36TH FLOOR | NEW YORK | NY | 10281 | NLEONARD@MDMC-LAW.COM VIA ECF |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN | 570 BROAD STREET, SUITE 1500 | NEWARK | NJ | 07102 | JBERNSTEIN@MDMC-LAW.COM VIA ECF |
| USIO, INC. | PULMAN, CAPPUCCIO & PULLEN, LLP | ATTN: RANDALL A. PULMAN | 2161 NW MILITARY HIGHWAY SUITE 400 | SAN ANTONIO | TX | 78213 | RPULMAN@PULMANLAW.COM E-MAIL |
| BAM TRADING SERVICES INC. D/B/A BINANCE.US | LATHAM & WATKINS LLP | ATTN: ADAM J. GOLDBERG, NACIF TAOUSSE, JONATHAN J. WEICHSELBAUM | 1271 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 | ADAM.GOLDBERG@LW.COM VIA ECF<br>NACIF.TAOUSSE@LW.COM VIA E-MAIL<br>JON.WEICHSELBAUM@LW.COM VIA E-MAIL |
| BAM TRADING SERVICES INC. D/B/A BINANCE.US | LATHAM & WATKINS LLP | ATTN: ANDREW D. SORKIN | 555 ELEVENTH STREET, NW SUITE 1000 | WASHINGTON | DC | 20004 | ANDREW.SORKIN@LW.COM VIA E-MAIL |
| ATTORNEY FOR THE STATES OF ALABAMA, ARKANSAS, CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE, NORTH DAKOTA, OKLAHOMA, AND SOUTH DAKOTA, US | C/O NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY BANKRUPTCY COUNSEL | 1850 M ST. NW 12TH FLOOR | WASHINGTON | | 20036 | KCORDRY@NAAG.ORG VIA E-MAIL |
| USIO, INC. & FICENTIVE, INC. | RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GUIGLIANO | 1425 RXR PLAZA, 15TH FLOOR | UNIONDALE | NY | 11556 | SGIUGLIANO@RMFPC.COM VIA ECF |
| CELSIUS NETWORK LLC | AKIN GUMP STRAUSS HAUER & FELD, L.L.P. | ATTN: MITCHELL P. HURLEY, DEAN L. CHAPMAN, JR. | ONE BRYANT PARK | NEW YORK | NY | 10036 | MHURLEY@AKINGUMP.COM VIA E-MAIL<br>DCHAPMAN@AKINGUMP.COM VIA E-MAIL |
| VOYAGER DIGITAL HOLDINGS, INC., ET AL. | PAUL HASTINGS LLP | ATTN: JONATHAN D. CANFIELD | 200 PARK AVENUE | NEW YORK | NY | 10166 | JONCANFIELD@PAULHASTINGS.COM VIA ECF |
| VOYAGER DIGITAL HOLDINGS, INC., ET AL. | PAUL HASTINGS LLP | ATTN: MATTHEW M. MURPHY, MICHAEL C. WHALEN | 71 SOUTH WACKER DRIVE SUITE 4500 | CHICAGO | IL | 60606 | MATTMURPHY@PAULHASTINGS.COM VIA E-MAIL<br>MICHAELCWHALEN@PAULHASTINGS.COM VIA E-MAIL |
| FEDERAL TRADE COMMISSION | | ATTN: KATHERINE JOHNSON | 600 PENNSYLVANIA AVE., NW MAIL STOP CC-9528 | WASHINGTON | DC | 20580 | KJOHNSON3@FTC.GOV VIA ECF |
| OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK | SENIOR ENFORCEMENT COUNSEL INVESTOR PROTECTION BUREAU | ATTN: TANYA TRAKHT | 28 LIBERTY STREET 21ST FLOOR | NEW YORK | NY | 10005 | TANYA.TRAKHT@AG.NY.GOV VIA ECF |

| VOYAGER DIGITAL HOLDINGS, INC., ET AL. | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: RAVI SUBRAMANIAN SHANKA | 300 NORTH LASALLE | CHICAGO | IL | 60654 | | RAVI.SHANKAR@KIRKLAND.COM | VIA ECF |
| U.S. SECURITIES & EXCHANGE COMMISSION | | ATTN: WILLIAM M. UPTEGROVE | 950 EAST PACES FERRY RD., N.E.  SUITE 900 | ATLANTA | GA | 30326 | | UPTEGROVEW@SEC.GOV | VIA E-MAIL |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-38 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-38 | MCCALLA RAYMER LEIBERT PIERCE, LLC | ATTN: PHILLIP RAYMOND | 420 LEXINGTON AVENUE SUITE 840 | NEW YORK | NY | 10170 | | NY_ECF_NOTICES@MCCALLA.COM PHILLIP.RAYMOND@MCCALLA.COM MCCALLAECF@ECF.COURTDRIVE.COM | VIA ECF |
| UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK | | ATTN: LAWRENCE H. FOGELMAN, JEAN-DAVID BARNEA, PETER ARONOFF | 86 CHAMBERS STREET 3RD FLOOR | NEW YORK | NY | 10007 | | LAWRENCE.FOGELMAN@USDOJ.GOV JEAN-DAVID.BARNEA@USDOJ.GOV PETER.ARONOFF@USDOJ.GOV | VIA ECF |
| LORI LAPIN JONES | LORI LAPIN JONES PLLC | | 98 CUTTER MILL ROAD SUITE 255 SOUTH | GREAT NECK | NY | 11021 | | LJONES@JONESPLLC.COM | VIA ECF |