**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SUMMARY COVER SHEET TO**
**THE FIRST INTERIM FEE APPLICATION OF**
**M3 ADVISORY PARTNERS, LP, FINANCIAL ADVISOR TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**FOR THE INTERIM FEE PERIOD**
**FROM JANUARY 4, 2023, THROUGH FEBRUARY 28, 2023**

M3 Advisory Partners, LP ("M3" or the "Firm"), financial advisor to the Official

Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter

11 cases (the "Chapter 11 Cases") of Voyager Digital Holdings, Inc. and its affiliated debtors

(collectively, the "Debtors"), submits this summary (this "Summary") of the compensation and

reimbursement that are requested in the fee application to which this Summary is attached (the

"Fee Application")[2] for services rendered and expenses incurred during the Interim Fee Period

from January 4, 2023, through February 28, 2023 (the "First Interim Fee Period").[3]

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2]    Capitalized terms that are used but not defined in this Summary have the meanings that are given to those terms in the Fee Application.

[3]    M3 reserves the right to request, in a future fee application, compensation or reimbursement for services rendered or expenses incurred during the First Interim Fee Period if compensation or reimbursement for such services or expenses is not requested in the Fee Application.

| General Information | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Name of Client: | Official Committee of Unsecured Creditors |
| Petition Date: | July 5, 2022 |
| Date of Order Approving Applicant's Employment: | March 27, 2023, Effective as of January 4, 2023 |

| Summary of Compensation and Reimbursement Requested in the Fee Application | |
|---|---|
| Interim Fee Period: | January 4, 2023 – February 28, 2023 |
| Amount of Compensation Requested: | $305,671.00 |
| Amount of Requested Compensation Paid under the Interim Compensation Order: | $0.00 |
| Amount of Reimbursement Requested: | $168.10 |
| Amount of Requested Reimbursement Paid under the Interim Compensation Order: | $0.00 |
| Blended Hourly Rate for all Timekeepers Except Paraprofessionals: | $917.10 |
| Amount of Compensation Requested, Calculated Using Rates as of Date of Order Approving Applicant's Employment: | $305,671.00 (No Difference) |

| Summary of Compensation and Reimbursement Allowed as of the Date Hereof | |
|---|---|
| Amount of Compensation Allowed: | $0.00 |
| Amount of Allowed Compensation Paid: | $0.00 |
| Amount of Reimbursement Allowed: | $0.00 |
| Amount of Allowed Reimbursement Paid: | $0.00 |

Dated: April 14, 2023
     New York, New York

**M3 ADVISORY PARTNERS, LP**

*/s/ Mohsin Y. Meghji*
Mohsin Y. Meghji, Managing Partner
1700 Broadway, 19th Floor
New York, New York 10019
Telephone: (212) 202-2300
E-mail: mmeghji@m3-partners.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**FIRST INTERIM FEE APPLICATION OF M3 ADVISORY PARTNERS, LP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS, FOR THE INTERIM FEE PERIOD**
**FROM JANUARY 4, 2023, THROUGH FEBRUARY 28, 2023**

M3 Advisory Partners, LP ("M3" or the "Firm"), financial advisor to the Official

Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter

11 cases (the "Chapter 11 Cases") of Voyager Digital Holdings, Inc. and its affiliated debtors

(collectively, the "Debtors"), hereby submits its first interim fee application (the "Fee

Application") for (a) the allowance of (i) $305,671.00 of interim compensation for professional

services rendered during the period from January 4, 2023, through February 28, 2023 (the "First

Interim Fee Period") and (ii) $168.10 of reimbursement for expenses incurred during the First

Interim Fee Period and (b) the immediate payment of all the allowed interim compensation and

reimbursement in accordance with the *Order (I) Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting*

*Related Relief* [Docket No. 236] (the "Interim Compensation Order"). In support of this Fee

Application, M3 submits the certification of Mohsin Y. Meghji, the Managing Partner of M3 (the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

1

"Meghji Certification"), which is attached hereto as **Exhibit A** and incorporated into this Fee

Application by reference. In further support of this Fee Application, M3 respectfully states as

follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Southern District of New York (the

"Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a

core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and other bases for the relief requested herein are sections 330 and

331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1(a) of the Local

Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), the

*Guidelines for Reviewing Applications for Compensation Filed under 11 U.S.C. § 330 in (1)*

*Larger Chapter 11 Cases by Those Seeking Compensation Who Are Not Attorneys, (2) All*

*Chapter 11 Cases Below the Larger Case Thresholds, and (3) Cases under Other Chapters of the*

*Bankruptcy Code* (the "UST Guidelines"), the *Amended Guidelines for Fees and Disbursements*

*for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines"),

the Interim Compensation Order, and the *Order Appointing Independent Fee Examiner and*

*Establishing Related Procedures for the Review of Fee Applications of Retained Professionals*

[Docket No. 1277] (the "Fee Examiner Order").

## BACKGROUND

**A.    The Debtors' Chapter 11 Cases**

4.    On July 5, 2022 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner, other than a fee examiner, has been appointed in these Chapter 11 Cases.

5.    On July 19, 2022, the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 106].

6.    The circumstances leading to these Chapter 11 Cases are set forth in the *Declaration of Stephen Ehrlich, Chief Executive Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 15].

7.    On August 4, 2022, the Court entered the Interim Compensation Order.

8.    On April 10, 2023, the Court, by entering the Fee Examiner Order, (a) modified the Interim Compensation Order in part and (b) appointed Lori Lapin Jones, Esq., to serve as the independent fee examiner in these Chapter 11 Cases (the "Fee Examiner").

**B.    Retention of M3 as Financial Advisor to the Committee**

9.    On February 16, 2023, the Committee filed its *Application for Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023* [Docket No. 1011] (the "Retention Application").

10.    On March 22, 2023, the Committee filed the *Certificate of Counsel in Support of Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023* [Docket No. 1215].

11.    On March 27, 2023, the Court entered the *Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023* [Docket No. 1229] (the "Retention Order"), pursuant to which the Court authorized (a) the employment and retention of M3 to serve as the Committee's financial advisor in connection with all matters relating to FTX Trading Ltd. and its affiliates that are the debtors in the chapter 11 cases that are being jointly administered as *In re FTX Trading Ltd.*, Case No. 22-11068 (JTD) (Bankr. D. Del.) (any such matter, an "FTX-Related Matter"), (b) the compensation of M3 on an hourly basis, and (c) the reimbursement of M3 for actual and necessary expenses.

## SUMMARY OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

12.    This Fee Application has been prepared in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the UST Guidelines, the Local Guidelines, and the Interim Compensation Order.

13.    By this Fee Application, M3 requests the allowance of (a) $305,671.00 of interim compensation for professional services rendered during the First Interim Fee Period, during which M3's professionals and paraprofessionals spent a total of approximately 333.3 hours rendering professional services to the Committee, and (b) $168.10 of reimbursement for actual and necessary expenses incurred during the First Interim Fee Period.

14.    M3 did not file monthly fee statements for January, February, or March. M3 was not eligible to request interim compensation or reimbursement under the Interim Compensation Order until March 27, 2023, the date on which the Court approved the Committee's employment and retention of M3.

15.    The fees charged by M3 in these Chapter 11 Cases are billed in accordance with its existing billing rates and procedures in effect during the First Interim Fee Period. The rates M3 charges for the services rendered by its professionals and paraprofessionals in these Chapter 11 Cases are the same rates that M3 charges for services rendered by its professionals and paraprofessionals in comparable non-bankruptcy related matters. Such fees are reasonable in light of the fees that are customarily charged by comparably skilled practitioners in comparable non-bankruptcy cases in the competitive national restructuring and financial advisory market.

16.    All services for which M3 requests compensation were performed for or on behalf of the Committee. M3 has received no payment and no promises of payment from any source other than the Debtors' estates for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. There is no agreement or understanding between M3 and any other person other than the affiliates and employees of M3 for the sharing of compensation received or to be received for services rendered in these Chapter 11 Cases. M3 has not received a retainer in these Chapter 11 Cases.

17.    M3 has classified all services rendered for which compensation is requested in this Fee Application into one of several major categories. M3 tried to classify those services into the category to which they best relate. Because certain of those services may relate to more than one of the categories, however, services relating to one category may in fact be included in another category.

18.     This Fee Application summarizes the services rendered by M3 for or on behalf of the Committee during the First Interim Fee Period. While it is not possible or practical to describe every activity undertaken by M3, M3 has maintained contemporaneous time records that include a detailed chronology of the daily activities performed, descriptions of the precise nature of those activities, the specific tasks performed, and the time expended by each professional or paraprofessional. A breakdown of the hours and fees by professional and paraprofessional is attached hereto as **Exhibit B**. A breakdown of the hours and fees by task code is attached hereto as **Exhibit C**. A detailed copy of the time records for the First Interim Fee Period is attached hereto as **Exhibit D**.

19.     M3 has incurred expenses during the First Interim Fee Period. A breakdown of these expenses by category is attached hereto as **Exhibit E**. And a more detailed breakdown of them is attached hereto as **Exhibit F**. Each expense for which M3 is requesting reimbursement in this Fee Application is actual and necessary and therefore reasonable.

## SUMMARY OF SERVICES PERFORMED BY
## M3 DURING THE FIRST INTERIM FEE PERIOD

20.     The Chapter 11 Cases have presented numerous large and complex issues that needed to be addressed to preserve the Debtors' estates and maximize their value for the benefit of unsecured creditors. The Retention Order authorized M3 to assist the Committee with navigating those issues by rendering financial advisory services in connection with any FTX-Related Matter.

21.     The primary services rendered by M3 include, but are not limited to, the categories set forth below. The Fee Application and project billing format is generally consistent, or substantially conforms, with and is inclusive of all of the concepts in Exhibit A to the Local Guidelines and includes additional detail, information, and categories.

**A.    Case Administration (Task Code 1)**
**Fees: $3,588.50**
**Hours Billed: 3.7**

22.    Time billed to this category relates primarily monitoring various case issues,

developing and executing M3's workplan, and managing progress in these Chapter 11 cases.

**B.    Claims/Liabilities Subject to Compromise (Task Code 2)**
**Fees: $65,991.00**
**Hours Billed: 66.7**

23.    Time billed to this category relates to correspondence and discussions with the

Committee's and the Debtors' professionals related to disputed Alameda claims, FTX-Related

Matters, and any relevant analysis in evaluation or dispute of those claims.

**C.    Firm Retention (Task Code 3)**
**Fees: $3,956.50**
**Hours Billed: 4.1**

24.    During the First Interim Fee Period, time billed to this category relates to time

spent by M3's professionals reviewing and finalizing the Retention Application.

**D.    General Correspondence with Debtor & Debtors' Professionals (Task Code 4)**
**Fees: $12,657.50**
**Hours Billed: 12.7**

25.    Time billed to this category relates to M3's time communicating with the

Debtors' professionals throughout the restructuring process, including about diligence requests,

requests for additional information from management, or questions from the Debtors.

**E.    General Correspondence with UCC and UCC Counsel (Task Code 5)**
**Fees: $28,658.50**
**Hours Billed: 28.8**

26.    Time billed to this category relates to M3's time communicating with other

professionals and stakeholders throughout the restructuring process, including briefing them on

the Chapter 11 Cases' progress or communicating the Committee's objectives or FTX-Related

Matters.

**F.      Plan of Reorganization/Disclosure Statement (Task Code 6)**
         **Fees: $117,382.50**
         **Hours Billed: 128.5**

27.    Time billed to this category relates to M3's time reviewing and analyzing the

Debtors' proposed plan and its implementation, specifically as they relate to FTX-Related

Matters, including evaluation of materials provided by the Debtors and correspondence with the

Debtors and the Committee and their respective professionals.

**G.      Potential Avoidance Actions/Litigation Matters (Task Code 7)**
         **Fees: $73,436.50**
         **Hours Billed: 88.8**

28.    Time billed to this category relates to M3's time reviewing and analyzing FTX-

Related Matters, including the adversary proceeding commenced in the chapter 11 cases of FTX

Trading, Ltd., *et al*.

## <u>ACTUAL AND NECESSARY EXPENSES</u>

29.    As set forth in **<u>Exhibit E</u>** and **<u>Exhibit F</u>** hereto, M3 seeks the allowance of

$168.10 of reimbursement for actual and necessary expenses that M3 incurred in connection with

rendering professional services to the Committee during the First Interim Fee Period. The

expenses incurred include, among other things, travel expenses, wifi costs, working meals, and

charges for telephonic hearing appearances. These charges are intended to cover M3's direct

operating costs, which are not accounted for in M3's hourly billing rates. M3 made every effort

to minimize its expenses in these Chapter 11 Cases. The expenses that M3 incurred in connection

with rendering professional services to the Committee during the First Interim Fee Period are

actual and necessary and therefore reasonable.

## RESERVATION OF RIGHTS

30.    It is possible that some professional services rendered or expenses incurred by M3 during the First Interim Fee Period are not reflected in this Fee Application. M3 reserves the right to request compensation for such serves and reimbursement for such expenses in future fee applications.

## NO PRIOR REQUEST

31.    No prior application or other request for the relief requested herein has been made to this Court or any other court.

## NOTICE

32.    As required by the Interim Compensation Order and the Fee Examiner Order, notice of this Fee Application has been served on: (a) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn.: David Brosgol and Brian Nistler; (b) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C. (jsussberg@kirkland.com), Christopher Marcus, P.C. (cmarcus@kirkland.com), Christine A. Okike, P.C. (christine.okike@kirkland.com), and Allyson B. Smith (allyson.smith@kirkland.com); (c) United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Richard Morrissey (richard.morrissey@usdoj.gov) and Mark Bruh (mark.bruh@usdoj.gov); and (d) Lori Lapin Jones, Esq., in her capacity as the Fee Examiner, Lori Lapin Jones PLLC, 98 Cutter Mill Road, Suite 255, South Great Neck, New York 11021, ljones@jonespllc.com. A copy of this Fee Application is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that, in light of the nature of the relief requested, no other or further notice need be served or otherwise given.

## CONCLUSION

WHEREFORE, M3 respectfully requests that this Court enter an order: (a) allowing in favor of M3 (i) $305,671.00 of interim compensation for professional services rendered during the First Interim Fee Period and (ii) $168.10 of reimbursement for expenses incurred during the First Interim Fee Period; (b) ordering the immediate payment of all the allowed interim compensation and reimbursement in accordance with the Interim Compensation Order, and (c) granting any other relief that this Court deems necessary and appropriate.

Dated: April 14, 2023
      New York, New York

**M3 ADVISORY PARTNERS, LP**

*/s/ Mohin Y. Meghji*
Mohsin Y. Meghji, Managing Partner
1700 Broadway, 19th Floor
New York, New York 10019
Telephone: (212) 202-2300
E-mail: mmeghji@m3-partners.com

## EXHIBIT A

**Meghji Certification**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[5] | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF MOHSIN Y. MEGHJI IN SUPPORT OF
THE FIRST INTERIM FEE APPLICATION OF M3 ADVISORY PARTNERS, LP,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR THE INTERIM FEE PERIOD
FROM JANUARY 4, 2023, THROUGH FEBRUARY 28, 2023**

I, Mohsin Y. Meghji, certify as follows:

1.      I am the Managing Partner with M3 Advisory Partners, LP ("M3" or the "Firm"),

a nationally recognized financial advisory firm, financial advisor to the Official Committee of

Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the

"Chapter 11 Cases") of Voyager Digital Holdings, Inc. and its affiliated debtors (collectively, the

"Debtors").

2.      M3 submits the *First Interim Fee Application of M3 Advisory Partners, LP,*

*Financial Advisor to the Official Committee of Unsecured Creditors, for the Interim Fee Period*

*from January 4, 2023,, Through February 28, 2023* (the "Fee Application")[6] in accordance with

sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1(a) of the

---

[5]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[6]     Capitalized terms that are used but not defined in this Summary have the meanings that are given to those terms in the Fee Application.

Local Bankruptcy Rules for the Southern District of New York (the "<u>Local Bankruptcy Rules</u>"),

the *Guidelines for Reviewing Applications for Compensation Filed under 11 U.S.C. § 330 in (1)*

*Larger Chapter 11 Cases by Those Seeking Compensation Who Are Not Attorneys, (2) All*

*Chapter 11 Cases Below the Larger Case Thresholds, and (3) Cases under Other Chapters of the*

*Bankruptcy Code* (the "<u>UST Guidelines</u>"), the *Amended Guidelines for Fees and Disbursements*

*for Professionals in Southern District of New York Bankruptcy Cases* (the "<u>Local Guidelines</u>"),

the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of*

*Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the

"<u>Interim Compensation Order</u>"), and the *Order Appointing Independent Fee Examiner and*

*Establishing Related Procedures for the Review of Fee Applications of Retained Professionals*

[Docket No. 1277] (the "<u>Fee Examiner Order</u>").

3.      I am the professional designated by M3 with the responsibility for M3's

compliance with the UST Guidelines, the Local Guidelines, the Interim Compensation Order,

and the Fee Examiner Order in these Chapter 11 Cases.

4.      This certification is made in connection with the Fee Application, which requests

the allowance of the following, in accordance with the UST Guidelines, the Local Guidelines,

the Interim Compensation Order, and the Fee Examiner Order:

   a.   interim compensation for professional services rendered during the period
        from January 4, 2023, through February 28, 2023 (the "<u>First Interim Fee</u>
        <u>Period</u>"), and

   b.   reimbursement of expenses incurred during the First Interim Fee Period.

5.      I have read the Fee Application.

6.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the compensation and reimbursement requested fall within the Local Guidelines, except as specifically noted in this certification and described in the Fee Application.

7.      Except to the extent that compensation or reimbursement is prohibited by the Local Guidelines, the compensation and reimbursement requested are billed at rates and in accordance with practices customarily employed by M3 and generally accepted by M3's clients.

8.      In providing a reimbursable service, M3 does not make a profit on the service, whether the service is rendered by M3 in-house or through a third party.

9.      The U.S. Trustee, the Debtors, the Committee, and, after her appointment on April 10, 2023, Lori Lapin Jones, Esq., in her capacity as the independent fee examiner in these Chapter 11 Cases (the "Fee Examiner"), have not been provided with a monthly statement of fees and expenses for any month during the First Interim Fee Period. After all, M3 was not eligible to request interim compensation or reimbursement under the Interim Compensation Order until March 27, 2023, the date on which the Court approved the Committee's employment and retention of M3.

10.     The U.S. Trustee, the Debtors, the Committee, and the Fee Examiner will, concurrently with this certification's filing, be provided with a copy of the Fee Application at least 14 days before the deadline to object to it.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2023
      New York, New York

**M3 ADVISORY PARTNERS, LP**

*/s/ Mohsin Y. Meghji*
Mohsin Y. Meghji, Managing Partner
1700 Broadway, 19th Floor
New York, New York 10019
Telephone: (212) 202-2300
E-mail: mmeghji@m3-partners.com

**EXHIBIT B**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 4, 2023 TO FEBRUARY 28, 2023**

| Name | Initials | Position | HOURS BILLED IN STATEMENT | HOURLY RATE | FEES BILLED IN STATEMENT |
|------|----------|----------|---------------------------|-------------|--------------------------|
| Schiffrin, Javier | JS | Managing Director | 21.0 | $ 1,150.00 | $ 24,150.00 |
| Winning, Robert | RW | Managing Director | 47.5 | 1,150.00 | 54,625.00 |
| Boffi, Jonathan | JB | Director | 188.8 | 945.00 | 178,416.00 |
| Biggs, Truman | TB | Vice President | 5.0 | 750.00 | 3,750.00 |
| Callahan, Mark | MC | Senior Associate | 62.6 | 650.00 | 40,690.00 |
| Lytle, Brennan | BL | Associate | 2.6 | 550.00 | 1,430.00 |
| Gallic, Sebastian | SG | Analyst | 5.8 | 450.00 | 2,610.00 |
| **TOTAL** | | | **333.3** | | **$305,671.00** |

**TOTAL BLENDED HOURLY RATE**                         $    917.10

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JANUARY 4, 2023 TO FEBRUARY 28, 2023**

| TASK CODE | CATEGORY | HOURS | FEES |
|:---:|:---|:---:|---:|
| 1 | Case Administration | 3.7 | $ 3,588.50 |
| 2 | Claims/Liabilities Subject to Compromise | 66.7 | 65,991.00 |
| 3 | Firm Retention | 4.1 | 3,956.50 |
| 4 | General Correspondence with Debtor & Debtors' Professionals | 12.7 | 12,657.50 |
| 5 | General Correspondence with UCC & UCC Counsel | 28.8 | 28,658.50 |
| 6 | Plan of Reorganization/Disclosure Statement | 128.5 | 117,382.50 |
| 7 | Potential Avoidance Actions/Litigation Matters | 88.8 | 73,436.50 |
| | ***Hours and Fees Total*** | **333.3** | **$ 305,671.00** |

**EXHIBIT D**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 4, 2023 TO FEBRUARY 28, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| *Case Administration* | | | | | | |
| 1 | JB | 1/17/2023 | Correspond with M3 re: case issues (0.1); review public information on case (0.7) | 0.8 | $ 945.00 | $ 756.00 |
| 1 | JS | 1/18/2023 | Attend meeting with J. Boffi (M3) to review workplan | 0.2 | $ 1,150.00 | $ 230.00 |
| 1 | JB | 1/19/2023 | Correspond with M3 re: Alameda loan book and FTX / Binance bids | 0.5 | $ 945.00 | $ 472.50 |
| 1 | JS | 1/24/2023 | Attend meeting with J. Boffi (M3) and T. Biggs (M3) to review workstreams | 0.2 | $ 1,150.00 | $ 230.00 |
| 1 | JS | 1/27/2023 | Correspond with D. Azman (MWE) and J. Boffi (M3) re: FTX exposure analysis distributed by BRG | 0.2 | $ 1,150.00 | $ 230.00 |
| 1 | MC | 2/21/2023 | Prepare for and participate in discussion with M3 re: weekly committee meeting and revisions for committee discussion materials | 0.8 | $ 650.00 | $ 520.00 |
| 1 | RW | 2/26/2023 | Analysis of open workstreams and necessary action items for the team | 0.7 | $ 1,150.00 | $ 805.00 |
| 1 | RW | 2/27/2023 | Prepare for and participate in discussions with M3 re: workstreams, including preference analysis and rebalancing | 0.3 | $ 1,150.00 | $ 345.00 |
| | | | *Case Administration Subtotal* | **3.7** | | **$ 3,588.50** |
| *Claims/Liabilities Subject to Compromise* | | | | | | |
| 2 | JS | 1/13/2023 | Review and summarize original FTX bid and prepare comparison with Binance | 1.2 | $ 1,150.00 | 1,380.00 |
| 2 | JS | 1/13/2023 | Review FTI recovery comparison | 0.4 | $ 1,150.00 | 460.00 |
| 2 | JS | 1/17/2023 | Review work plan with M. Kandestin (MWE) | 0.4 | $ 1,150.00 | 460.00 |
| 2 | JS | 1/17/2023 | Review FTI recovery comparison prepared for UCC | 0.6 | $ 1,150.00 | 690.00 |
| 2 | JB | 1/18/2023 | Meet with J. Schiffrin to review work streams (0.3); review materials provided by MWE and FTI (0.8); review email correspondence related to Voyager (0.5) | 1.6 | $ 945.00 | 1,512.00 |
| 2 | JS | 1/19/2023 | Review loan documents and UCC presentations | 2.5 | $ 1,150.00 | 2,875.00 |
| 2 | JS | 1/20/2023 | Correspond with M. Eisler (FTI) regarding FTI recovery model and proposed call to discuss | 0.1 | $ 1,150.00 | 115.00 |
| 2 | JB | 1/20/2023 | Review email correspondence | 0.1 | $ 945.00 | 94.50 |
| 2 | JB | 1/21/2023 | Review email correspondence | 0.1 | $ 945.00 | 94.50 |
| 2 | JB | 1/22/2023 | Review materials provided by McDermott and FTI | 0.6 | $ 945.00 | 567.00 |
| 2 | JB | 1/24/2023 | Research Alameda loans (1.3); research FTX and Binance bids (1.6) | 2.9 | $ 945.00 | 2,740.50 |
| 2 | JB | 1/24/2023 | Attend meeting with M3 team to discuss Alameda claim (0.2); prepare for same (0.9) | 1.1 | $ 945.00 | 1,039.50 |
| 2 | JB | 1/24/2023 | Review first day declaration and first day motions | 1.8 | $ 945.00 | 1,701.00 |
| 2 | JS | 1/24/2023 | Review and analyze recovery model prepared by FTI and prepare follow-up questions for FTI | 2.9 | $ 1,150.00 | 3,335.00 |
| 2 | JS | 1/24/2023 | Review documents to determine fees/expenses related to FTX bid | 1.2 | $ 1,150.00 | 1,380.00 |
| 2 | JS | 1/24/2023 | Attend call to review claim objection workstream with M. Kandestin (MWE) | 0.3 | $ 1,150.00 | 345.00 |
| 2 | TB | 1/25/2023 | Review background regarding historical bids | 0.7 | $ 750.00 | 525.00 |
| 2 | TB | 1/25/2023 | Review recovery model provided by FTI. | 1.1 | $ 750.00 | 825.00 |
| 2 | JB | 1/25/2023 | Create bid summary comparing Binance and FTX offers (2.7); correspondence re: same (0.2) | 2.9 | $ 945.00 | 2,740.50 |
| 2 | JB | 1/25/2023 | Review documents and motions related to Alameda loans, Disclosure Statement, Plan of Reorganization, sale process, FTX and Binance asset purchase agreements | 2.3 | $ 945.00 | 2,173.50 |
| 2 | JB | 1/25/2023 | Review motions posted to docket | 0.2 | $ 945.00 | 189.00 |
| 2 | JB | 1/26/2023 | Prepare written summary of FTX and Binance bids (1.6); review and draft correspondence related to same (0.5) | 2.1 | $ 945.00 | 1,984.50 |
| 2 | JB | 1/26/2023 | Attend call with MWE and M3 on Alameda claim objection (0.4); prepare for same and review notes from call (0.8); draft correspondence related to work plan (0.2) | 1.4 | $ 945.00 | 1,323.00 |
| 2 | JS | 1/26/2023 | Attend call with M. Kandestin et. al. (MWE) and M3 to review Alameda claim objection prep, focusing on comparison of initial and current Binance bids | 0.4 | $ 1,150.00 | 460.00 |
| 2 | TB | 1/27/2023 | Prepare for and participate in call with BRG regarding previous bids | 0.5 | $ 750.00 | 375.00 |
| 2 | TB | 1/27/2023 | Participate in call with J. Boffi (M3) & MWE regarding ongoing workstreams | 0.5 | $ 750.00 | 375.00 |
| 2 | JB | 1/27/2023 | Review materials provided by BRG on FTX damages (1.3); correspondence re: same (0.4) | 1.7 | $ 945.00 | 1,606.50 |
| 2 | JB | 1/29/2023 | Review new analysis from BRG related to FTX damages and Alameda loans (1.2); review correspondence re: same (0.2) | 1.4 | $ 945.00 | 1,323.00 |

3

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | JS | 1/30/2023 | Review FTX-Binance comp diligence materials provided by BRG | 2.3 | $ 1,150.00 | $ 2,645.00 |
| 2 | JB | 1/30/2023 | Review Debtors' draft of Alameda proof of claim (1.1); review revised draft of same (0.3); email correspondence re: same (0.3); internal calls re: same (0.3) | 2.0 | $ 945.00 | $ 1,890.00 |
| 2 | JB | 1/30/2023 | Review and draft correspondence with MWE team regarding Alameda claim objection | 0.9 | $ 945.00 | $ 850.50 |
| 2 | JB | 1/30/2023 | Review and correspond with FTI re: diligence requests on Alameda claims | 0.5 | $ 945.00 | $ 472.50 |
| 2 | JB | 1/30/2023 | Review and research documents related to Binance bids | 2.3 | $ 945.00 | $ 2,173.50 |
| 2 | JB | 1/30/2023 | Create comparison of Binance bids (3.1); draft correspondence to MWE re: same (0.5) | 3.6 | $ 945.00 | $ 3,402.00 |
| 2 | JS | 1/31/2023 | Review of objection related diligence and complaint | 3.9 | $ 1,150.00 | $ 4,485.00 |
| 2 | JS | 1/31/2023 | Continue to review of objection related diligence and complaint | 0.9 | $ 1,150.00 | $ 1,035.00 |
| 2 | JB | 1/31/2023 | Call with BRG to discuss FTX and Binance bid history (0.5); prepare for call (0.3) | 0.8 | $ 945.00 | $ 756.00 |
| 2 | JB | 1/31/2023 | Meet with J. Schiffrin (M3) to discuss Alameda claim objection (0.5); prepare for meeting (0.2) | 0.7 | $ 945.00 | $ 661.50 |
| 2 | JB | 1/31/2023 | Review Alameda transfer history | 0.6 | $ 945.00 | $ 567.00 |
| 2 | JB | 1/31/2023 | Revise analysis on Binance bid comparison (3.1); draft and review correspondence with MWE re: same (1.4) | 4.5 | $ 945.00 | $ 4,252.50 |
| 2 | JB | 1/31/2023 | Review Voyager recovery model | 1.5 | $ 945.00 | $ 1,417.50 |
| 2 | JB | 1/31/2023 | Analyze and create sensitivities to FTI recovery model (3.5); review and draft correspondence with MWE re: same (0.7) | 4.2 | $ 945.00 | $ 3,969.00 |
| 2 | JB | 1/31/2023 | Review draft Alameda claim objection (0.9); provide comments to MWE (0.8) | 1.7 | $ 945.00 | $ 1,606.50 |
| 2 | JB | 1/31/2023 | Review Binance APA as related to Alameda claim objection | 0.5 | $ 945.00 | $ 472.50 |
| 2 | JB | 1/31/2023 | Review liquidation analysis from FTI as related to Alameda claim objection | 0.6 | $ 945.00 | $ 567.00 |
| 2 | JB | 2/1/2023 | Review final Alameda claim objection | 0.6 | $ 945.00 | $ 567.00 |
| 2 | JB | 2/5/2023 | Attend internal call to discuss work plan | 0.2 | $ 945.00 | $ 189.00 |
| 2 | JB | 2/6/2023 | Review bankruptcy filings re: Alameda claims | 0.3 | $ 945.00 | $ 283.50 |
| 2 | JB | 2/7/2023 | Meet with M3 team to review Alameda claim objections and work streams (0.3); prepare for and follow up from meeting (0.6); correspondence re: same (0.2) | 1.1 | $ 945.00 | $ 1,039.50 |
| | | | *Claims/Liabilities Subject to Compromise Subtotal* | **66.7** | | **$ 65,991.00** |

**_Firm Retention_**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | JB | 2/3/2023 | Correspondence with M3 team re: retention status | 0.4 | $ 945.00 | $ 378.00 |
| 3 | RW | 2/14/2023 | Review and finalize retention application | 0.4 | $ 1,150.00 | $ 460.00 |
| 3 | JB | 2/14/2023 | Review retention application (0.6); correspondence re: same (0.5); call with G. Williams (MWE) re: same (0.1) | 1.2 | $ 945.00 | $ 1,134.00 |
| 3 | JB | 2/15/2023 | Review comments to retention application (0.5); correspondence re: same (0.5) | 1.0 | $ 945.00 | $ 945.00 |
| 3 | JB | 2/16/2023 | Correspondence with MWE regarding retention application matters | 0.5 | $ 945.00 | $ 472.50 |
| 3 | JB | 2/21/2023 | Review correspondence from US Trustee regarding M3 retention | 0.1 | $ 945.00 | $ 94.50 |
| 3 | JB | 2/23/2023 | Draft and review correspondence with MWE re: retention and fee application deadlines | 0.5 | $ 945.00 | $ 472.50 |
| | | | *Firm Retention Subtotal* | **4.1** | | **$ 3,956.50** |

**General Correspondence with Debtor & Debtors' Professionals**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | JB | 1/24/2023 | Draft and review correspondence with BRG related to Alameda claim data | 0.4 | $ 945.00 | $ 378.00 |
| 4 | JB | 1/27/2023 | Attend call with BRG, K&E, and MWE to on FTX damages (0.3); prepare for call (0.7); follow up call with BRG related to same (0.1) | 1.1 | $ 945.00 | $ 1,039.50 |
| 4 | JB | 2/1/2023 | Correspond with BRG re: fee estimates | 0.3 | $ 945.00 | $ 283.50 |
| 4 | JB | 2/6/2023 | Review correspondence with BRG re: monthly fee estimates | 0.1 | $ 945.00 | $ 94.50 |
| 4 | JB | 2/7/2023 | Prepare fee estimates and correspond with BRG re: same (0.6); review and draft correspondence with Moelis re: rebalancing workstream (0.3) | 0.9 | $ 945.00 | $ 850.50 |
| 4 | JB | 2/8/2023 | Review and draft correspondence with Moelis on rebalancing workstream | 0.4 | $ 945.00 | $ 378.00 |
| 4 | RW | 2/13/2023 | Attend call with B. Tichenor (Moelis) re: rebalancing efforts | 1.1 | $ 1,150.00 | $ 1,265.00 |
| 4 | JB | 2/13/2023 | Attend call with Moelis and MWE re: rebalancing structure | 0.3 | $ 945.00 | $ 283.50 |
| 4 | JB | 2/13/2023 | Attend call with B. Tichenor (Moelis) re: rebalancing efforts (1.1); prepare for call (0.2) | 1.3 | $ 945.00 | $ 1,228.50 |

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 4 | RW | 2/15/2023 | Attend weekly professionals call with MWE, FTI, Kirkland, Moelis, and BRG | 0.3 | $ 1,150.00 | $ 345.00 |
| 4 | JB | 2/15/2023 | Attend weekly professionals call with MWE, FTI, Kirkland, Moelis, and BRG (0.3); prepare for same (0.2); correspond with MWE re: same (0.5) | 1.0 | $ 945.00 | $ 945.00 |
| 4 | RW | 2/16/2023 | Attend call with Moelis and BRG re: rebalancing process | 0.7 | $ 1,150.00 | $ 805.00 |
| 4 | JB | 2/16/2023 | Attend call with Moelis and BRG re: rebalancing process (0.7); create agenda for meeting and prepare for call (0.8) | 1.5 | $ 945.00 | $ 1,417.50 |
| 4 | RW | 2/19/2023 | Continue to review diligence re: rebalancing | 0.8 | $ 1,150.00 | $ 920.00 |
| 4 | RW | 2/19/2023 | Correspond re: rebalancing | 0.3 | $ 1,150.00 | $ 345.00 |
| 4 | JB | 2/19/2023 | Correspond with Moelis re: rebalancing model | 0.2 | $ 945.00 | $ 189.00 |
| 4 | JB | 2/22/2023 | Review and draft correspondence with Debtor advisors re: rebalancing activity | 0.4 | $ 945.00 | $ 378.00 |
| 4 | JB | 2/22/2023 | Attend weekly professionals call with MWE, FTI, Kirkland, Moelis, and BRG (0.2); prepare for same (0.4) | 0.6 | $ 945.00 | $ 567.00 |
| 4 | JB | 2/27/2023 | Attend call with B. Tichenor (Moelis) to discuss rebalancing status (0.4); correspondence regarding same (0.1); prepare for same (0.2) | 0.7 | $ 945.00 | $ 661.50 |
| 4 | JB | 2/28/2023 | Review correspondence from Moelis re: rebalancing update and trade proposals | 0.3 | $ 945.00 | $ 283.50 |
| | | | *General Correspondence with Debtor & Debtors' Professionals Subtotal* | **12.7** | | **$ 12,657.50** |

**General Correspondence with UCC & UCC Counsel**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5 | JB | 1/20/2023 | Prepare for calls with FTI and McDermott | 0.2 | $ 945.00 | $ 189.00 |
| 5 | JB | 1/24/2023 | Review and draft correspondence related to Alameda claim | 0.4 | $ 945.00 | $ 378.00 |
| 5 | JB | 1/24/2023 | Attend call with McDermott to discuss Alameda claim objection (0.2); prepare for same (0.3) | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 1/25/2023 | Attend UCC town hall | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 1/25/2023 | Attend call with MWE to discuss Alameda claim (0.1); prepare for same (0.2) | 0.3 | $ 945.00 | $ 283.50 |
| 5 | JB | 1/26/2023 | Draft and review correspondence related to bid comparison (0.4) | 0.4 | $ 945.00 | $ 378.00 |
| 5 | JB | 1/26/2023 | Draft and review correspondence with FTI related to recovery model and bid summary | 0.4 | $ 945.00 | $ 378.00 |
| 5 | JB | 1/27/2023 | Attend call with FTI to discuss recovery model (0.8); prepare for call (0.7); review notes from call (0.4) | 1.9 | $ 945.00 | $ 1,795.50 |
| 5 | JB | 1/27/2023 | Review NDA and draft correspondence re: same | 0.3 | $ 945.00 | $ 283.50 |
| 5 | JB | 2/7/2023 | Review and draft correspondence with UCC counsel re: court hearing and retention application (0.5); draft correspondence related to Alameda complaint (0.2) | 0.7 | $ 945.00 | $ 661.50 |
| 5 | JB | 2/8/2023 | Review and draft correspondence with UCC counsel re: retention application | 0.3 | $ 945.00 | $ 283.50 |
| 5 | RW | 2/9/2023 | Attend call with MWE re: FTX preference workstream | 0.5 | $ 1,150.00 | $ 575.00 |
| 5 | RW | 2/10/2023 | Attend call with D. Azman (MWE) re: rebalancing | 0.4 | $ 1,150.00 | $ 460.00 |
| 5 | JB | 2/10/2023 | Correspondence with MWE re: retention application, claim objections, and preference action | 0.8 | $ 945.00 | $ 756.00 |
| 5 | JB | 2/11/2023 | Draft correspondence to FTI re: diligence requests | 0.3 | $ 945.00 | $ 283.50 |
| 5 | RW | 2/13/2023 | Attend call with G. Steinman (MWE) re: Alameda preference claim and rebalancing efforts | 1.1 | $ 1,150.00 | $ 1,265.00 |
| 5 | RW | 2/13/2023 | Attend call with Moelis and MWE re: rebalancing structure | 0.3 | $ 1,150.00 | $ 345.00 |
| 5 | JB | 2/13/2023 | Attend call with G. Steinman (MWE) re: Alameda preference claim and rebalancing efforts (1.4); correspond with MWE regarding retention app (0.1) | 1.5 | $ 945.00 | $ 1,417.50 |
| 5 | JB | 2/14/2023 | Prepare for and attend weekly UCC professional's call | 0.5 | $ 945.00 | $ 472.50 |
| 5 | RW | 2/15/2023 | Attend call with MWE re: FTX stipulation and preference claim | 0.9 | $ 1,150.00 | $ 1,035.00 |
| 5 | JB | 2/15/2023 | Attend call with MWE re: FTX stipulation and preference claim | 0.9 | $ 945.00 | $ 850.50 |
| 5 | JB | 2/16/2023 | Attend call with FTI re: Voyager loan transfer history (0.6); prepare for call (0.7) | 1.3 | $ 945.00 | $ 1,228.50 |
| 5 | RW | 2/17/2023 | Attend committee meeting re: FTX settlement | 0.6 | $ 1,150.00 | $ 690.00 |
| 5 | JB | 2/17/2023 | Attend committee meeting re: FTX settlement (0.6); review materials for committee meeting (0.5) | 1.1 | $ 945.00 | $ 1,039.50 |
| 5 | JB | 2/20/2023 | Draft and review correspondence with MWE re: intercompany claims | 0.3 | $ 945.00 | $ 283.50 |
| 5 | JB | 2/20/2023 | Draft and review correspondence with FTI re: rebalancing data | 0.3 | $ 945.00 | $ 283.50 |
| 5 | MC | 2/21/2023 | Attend call with FTI and MWE re: UCC weekly committee meeting | 0.6 | $ 650.00 | $ 390.00 |
| 5 | RW | 2/21/2023 | Revise materials for UCC call re: rebalancing | 0.7 | $ 1,150.00 | $ 805.00 |

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5 | RW | 2/21/2023 | Attend meeting with M3 re: committee update and materials for meeting | 0.8 | $ 1,150.00 | $ 920.00 |
| 5 | RW | 2/21/2023 | Participate in weekly UCC call | 0.7 | $ 1,150.00 | $ 805.00 |
| 5 | RW | 2/21/2023 | Attend call with FTI and MWE re: UCC weekly committee meeting | 0.6 | $ 1,150.00 | $ 690.00 |
| 5 | JB | 2/21/2023 | Attend weekly committee meeting (0.7); prepare for same (0.5); correspondence with MWE re: same (0.4) | 1.6 | $ 945.00 | $ 1,512.00 |
| 5 | JB | 2/21/2023 | Attend weekly pre-call with UCC advisors re: weekly committee meeting (0.6); prepare for same (0.2) | 0.8 | $ 945.00 | $ 756.00 |
| 5 | JB | 2/22/2023 | Review correspondence with MWE re: rebalancing activity | 0.2 | $ 945.00 | $ 189.00 |
| 5 | JB | 2/23/2023 | Attend call with MWE re: plan objections and rebalancing (0.3); prepare for call (0.4) | 0.7 | $ 945.00 | $ 661.50 |
| 5 | JB | 2/24/2023 | Draft and review email correspondence with counsel re: rebalancing process | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 2/27/2023 | Draft and review correspondence with MWE re: intercompany reserve | 0.4 | $ 945.00 | $ 378.00 |
| 5 | JB | 2/28/2023 | Attend Voyager committee meeting (0.8); prepare for Voyager committee meeting (1.0); correspondence with MWE team re: same (0.2) | 2.0 | $ 945.00 | $ 1,890.00 |
| 5 | JB | 2/28/2023 | Attend Voyager committee meeting pre-call with MWE and FTI (0.5); prepare for same (0.2) | 0.7 | $ 945.00 | $ 661.50 |
| 5 | JB | 2/28/2023 | Draft and review correspondence with FTI re: admin claims and wind down estimates | 0.5 | $ 945.00 | $ 472.50 |
| 5 | RW | 2/28/2023 | Attend Voyager UCC meeting | 0.8 | $ 1,150.00 | $ 920.00 |
| 5 | RW | 2/28/2023 | Attend Voyager UCC professionals call | 0.5 | $ 1,150.00 | $ 575.00 |
| | | | ***General Correspondence with UCC & UCC Counsel Subtotal*** | **28.8** | | **$ 28,658.50** |

**Plan of Reorganization/Disclosure Statement**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | JS | 1/11/2023 | Review UCC recovery bridge presentation received from FTI | 0.5 | $ 1,150.00 | $ 575.00 |
| 6 | TB | 1/19/2023 | Review material provided by FTI regarding recoveries, plan, etc. | 2.2 | $ 750.00 | $ 1,650.00 |
| 6 | JB | 1/24/2023 | Review FTI recovery model | 0.5 | $ 945.00 | $ 472.50 |
| 6 | JB | 1/26/2023 | Review FTI recovery model (1.4); correspond with FTI related to same (0.3) | 1.7 | $ 945.00 | $ 1,606.50 |
| 6 | JB | 1/31/2023 | Draft and review correspondence with FTI re: recovery model diligence | 0.3 | $ 945.00 | $ 283.50 |
| 6 | JB | 2/1/2023 | Review historical and projected cash flow from BRG related to Alameda recoveries | 0.5 | $ 945.00 | $ 472.50 |
| 6 | RW | 2/9/2023 | Attend call with Moelis re: rebalancing (1.0) and follow-up analysis re: same (1.2) | 2.2 | $ 1,150.00 | $ 2,530.00 |
| 6 | JB | 2/9/2023 | Attend call with Moelis to review rebalancing model and mechanics (1.0); review rebalancing model (1.3); correspond re: same (0.5) | 2.8 | $ 945.00 | $ 2,646.00 |
| 6 | RW | 2/10/2023 | Attend call with Moelis re: rebalancing | 0.5 | $ 1,150.00 | $ 575.00 |
| 6 | RW | 2/10/2023 | Continue to analyze rebalancing issues | 1.2 | $ 1,150.00 | $ 1,380.00 |
| 6 | BL | 2/10/2023 | Prepare historical cryptocurrency pricing analysis | 1.3 | $ 550.00 | $ 715.00 |
| 6 | JB | 2/10/2023 | Analyze and sensitize updated rebalancing model | 2.4 | $ 945.00 | $ 2,268.00 |
| 6 | JB | 2/10/2023 | Review and draft correspondence with Moelis re: updated rebalancing model, rebalancing reporting, and updated rebalancing construct | 0.9 | $ 945.00 | $ 850.50 |
| 6 | JB | 2/10/2023 | Review historical coin price data as related to rebalancing model (0.8); correspondence re: same (0.4) | 1.2 | $ 945.00 | $ 1,134.00 |
| 6 | JB | 2/10/2023 | Attend call with FTI and M3 to discuss rebalancing actions, projections, and recovery model (1.0); review recovery model and prepare for call (0.7) | 1.7 | $ 945.00 | $ 1,606.50 |
| 6 | JB | 2/10/2023 | Attend call with R. Winning to debrief on FTI meeting re:  rebalancing actions, projections, and recovery model | 0.2 | $ 945.00 | $ 189.00 |
| 6 | JB | 2/11/2023 | Review and draft correspondence re: rebalancing process | 0.2 | $ 945.00 | $ 189.00 |
| 6 | RW | 2/12/2023 | Review materials re: execution of rebalancing and related analysis | 1.4 | $ 1,150.00 | $ 1,610.00 |
| 6 | JB | 2/12/2023 | Attend calls to review rebalancing work streams (0.3); review correspondence re: rebalancing (0.1) | 0.4 | $ 945.00 | $ 378.00 |
| 6 | JB | 2/12/2023 | Draft and review correspondence with Moelis and MWE re: Binance.US rebalancing structure | 1.2 | $ 945.00 | $ 1,134.00 |
| 6 | JB | 2/12/2023 | Review rebalancing proposals and create summary presentation materials | 3.9 | $ 945.00 | $ 3,685.50 |
| 6 | JB | 2/12/2023 | Continue to review rebalancing proposals and create summary presentation materials | 0.4 | $ 945.00 | $ 378.00 |
| 6 | JB | 2/12/2023 | Review comments and diligence questions on rebalancing materials | 0.9 | $ 945.00 | $ 850.50 |
| 6 | RW | 2/13/2023 | Review of relevant portions of disclosure statement | 1.2 | $ 1,150.00 | $ 1,380.00 |
| 6 | RW | 2/13/2023 | Analysis of rebalancing issues and reserves | 2.2 | $ 1,150.00 | $ 2,530.00 |

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | JB | 2/13/2023 | Review and revise summary materials outlining rebalancing process and structure (2.8); internal meetings and correspondence re: same (0.4) | 3.2 | $ 945.00 | $ 3,024.00 |
| 6 | JB | 2/13/2023 | Draft and review correspondence regarding rebalancing matters | 0.8 | $ 945.00 | $ 756.00 |
| 6 | RW | 2/14/2023 | Continue to diligence rebalancing mechanics | 1.8 | $ 1,150.00 | $ 2,070.00 |
| 6 | JB | 2/14/2023 | Review and discuss rebalancing strategy and matters with M3 team | 0.8 | $ 945.00 | $ 756.00 |
| 6 | JB | 2/14/2023 | Review correspondence from BRG regarding rebalancing trades (0.5); draft correspondence re: same (0.4) | 0.9 | $ 945.00 | $ 850.50 |
| 6 | JB | 2/14/2023 | Review and revise materials for UCC meeting regarding rebalancing structure | 3.5 | $ 945.00 | $ 3,307.50 |
| 6 | SG | 2/15/2023 | Review and draft notes on rebalancing model re: asset reallocation | 2.1 | $ 450.00 | $ 945.00 |
| 6 | SG | 2/15/2023 | Draft diligence list for rebalancing procedures and counterparties | 0.9 | $ 450.00 | $ 405.00 |
| 6 | MC | 2/15/2023 | Review and analyze Plan of Reorganization, Disclosure Statement, materials provided by Debtors related to rebalancing and Preference Claim | 3.9 | $ 650.00 | $ 2,535.00 |
| 6 | JB | 2/15/2023 | Review work streams and strategy re: Alameda matters | 1.4 | $ 945.00 | $ 1,323.00 |
| 6 | JB | 2/15/2023 | Review Voyager recovery model | 0.7 | $ 945.00 | $ 661.50 |
| 6 | JB | 2/15/2023 | Review and create diligence list re: rebalancing structure | 1.1 | $ 945.00 | $ 1,039.50 |
| 6 | SG | 2/16/2023 | Draft variance report on asset pricing re: counterparty payments | 1.5 | $ 450.00 | $ 675.00 |
| 6 | SG | 2/16/2023 | Attend call with Moelis and BRG re: rebalancing process | 0.7 | $ 450.00 | $ 315.00 |
| 6 | SG | 2/16/2023 | Revise analysis on claim pricing re: counterpart transactions | 0.6 | $ 450.00 | $ 270.00 |
| 6 | MC | 2/16/2023 | Prepare for and participate in discussions with Moelis, BRG and M3 re: rebalancing process | 0.7 | $ 650.00 | $ 455.00 |
| 6 | RW | 2/16/2023 | Review materials re: potential intercompany claims | 1.2 | $ 1,150.00 | $ 1,380.00 |
| 6 | RW | 2/16/2023 | Diligence re: reserves proposed by Debtors | 1.3 | $ 1,150.00 | $ 1,495.00 |
| 6 | JB | 2/16/2023 | Revise materials for committee meeting re: rebalancing matters (3.2); correspondence re: same (0.5) | 3.7 | $ 945.00 | $ 3,496.50 |
| 6 | RW | 2/17/2023 | Review of relevant portions of Plan of Reorganization, APA and Disclosure Statement | 1.2 | $ 1,150.00 | $ 1,380.00 |
| 6 | RW | 2/17/2023 | Continued review of materials re: rebalancing and related diligence | 1.6 | $ 1,150.00 | $ 1,840.00 |
| 6 | JB | 2/17/2023 | Analyze rebalancing assumptions (1.5); revise materials rebalancing for committee (1.5); review and discuss comments with M3 team (0.8); correspondence re: same (0.7) | 4.5 | $ 945.00 | $ 4,252.50 |
| 6 | JB | 2/18/2023 | Revise creditor recoveries and rebalancing analysis (2.0); correspondence re: same (0.5) | 2.5 | $ 945.00 | $ 2,362.50 |
| 6 | BL | 2/20/2023 | Prepare historical cryptocurrency price data | 0.6 | $ 550.00 | $ 330.00 |
| 6 | MC | 2/20/2023 | Prepare for and participate in discussion with R. Winning (M3) and J. Boffi (M3) re: rebalancing process for discussion with BRG | 0.4 | $ 650.00 | $ 260.00 |
| 6 | MC | 2/20/2023 | Review presentation provided by BRG and prepare analysis to be incorporated in presentation for UCC; participate in discussions with M3 re: same | 2.2 | $ 650.00 | $ 1,430.00 |
| 6 | RW | 2/20/2023 | Attend meeting with M3 to prepare for rebalancing call with BRG | 0.4 | $ 1,150.00 | $ 460.00 |
| 6 | RW | 2/20/2023 | Review and analysis of rebalancing matters | 2.2 | $ 1,150.00 | $ 2,530.00 |
| 6 | JB | 2/20/2023 | Create revise agenda and question list for call with BRG, Moelis, K&E and MWE on rebalancing report (1.1); draft correspondence re: same (0.3) | 1.4 | $ 945.00 | $ 1,323.00 |
| 6 | JB | 2/20/2023 | Review and analyze Debtor reporting package on rebalancing (2.7); correspondence re: same (0.4) | 3.1 | $ 945.00 | $ 2,929.50 |
| 6 | JB | 2/20/2023 | Review and revise draft committee materials for revised rebalancing report from Debtors | 0.9 | $ 945.00 | $ 850.50 |
| 6 | JB | 2/20/2023 | Attend meeting with M3 team to prepare for call with BRG, Moelis, K&E and MWE on rebalancing report | 0.4 | $ 945.00 | $ 378.00 |
| 6 | MC | 2/21/2023 | Attend call with BRG, K&E, MWE re: rebalancing status and presentation | 0.6 | $ 650.00 | $ 390.00 |
| 6 | MC | 2/21/2023 | Review rebalancing materials provided by Debtors and prepare related analysis | 2.1 | $ 650.00 | $ 1,365.00 |
| 6 | RW | 2/21/2023 | Review of information provided by Debtors re: rebalancing | 1.2 | $ 1,150.00 | $ 1,380.00 |
| 6 | RW | 2/21/2023 | Attend call with BRG, K&E, MWE re: rebalancing status and presentation | 0.6 | $ 1,150.00 | $ 690.00 |
| 6 | JB | 2/21/2023 | Continue to review rebalancing plan analysis provided by Debtors (1.3); review and revise UCC materials re: rebalancing plan (3.1); draft and review correspondence re: same (0.9) | 5.1 | $ 945.00 | $ 4,819.50 |
| 6 | JB | 2/21/2023 | Attend call with BRG, Moelis, K&E, and MWE re: rebalancing weekly report and status (0.6); prepare for same (0.5) | 1.1 | $ 945.00 | $ 1,039.50 |
| 6 | JB | 2/21/2023 | Review revised rebalancing model provided by Debtors (1.2); review and draft correspondence with Moelis re: same (0.3) | 1.5 | $ 945.00 | $ 1,417.50 |
| 6 | JB | 2/21/2023 | Prepare for weekly committee meeting with M3 team | 0.8 | $ 945.00 | $ 756.00 |
| 6 | MC | 2/22/2023 | Prepare for and participate in discussion with J. Boffi (M3) re: rebalancing | 0.7 | $ 650.00 | $ 455.00 |

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | MC | 2/22/2023 | Review rebalancing model provided by Debtors | 1.2 | $ 650.00 | $ 780.00 |
| 6 | JB | 2/22/2023 | Review plan and disclosure statement objections re: impact on rebalancing activity and Alameda preference actions | 2.1 | $ 945.00 | $ 1,984.50 |
| 6 | JB | 2/22/2023 | Attend call with M. Vaughn re: rebalancing information requests (0.2); prepare for same (0.1) | 0.3 | $ 945.00 | $ 283.50 |
| 6 | BL | 2/23/2023 | Prepare historical cryptocurrency price data | 0.7 | $ 550.00 | $ 385.00 |
| 6 | MC | 2/23/2023 | Call with MWE re: plan objections and rebalancing | 0.3 | $ 650.00 | $ 195.00 |
| 6 | RW | 2/23/2023 | Call with MWE re: plan objections and rebalancing | 0.3 | $ 1,150.00 | $ 345.00 |
| 6 | RW | 2/23/2023 | Review objections to Plan of Reorganization | 0.7 | $ 1,150.00 | $ 805.00 |
| 6 | JB | 2/23/2023 | Review objections to Plan of Reorganization (1.8); review historical cryptocurrency price data (0.6) | 2.4 | $ 945.00 | $ 2,268.00 |
| 6 | RW | 2/24/2023 | Review report re: rebalancing | 0.9 | $ 1,150.00 | $ 1,035.00 |
| 6 | JB | 2/24/2023 | Review summary of plan objections | 0.8 | $ 945.00 | $ 756.00 |
| 6 | JB | 2/24/2023 | Review and analyze report provided by Debtors re: rebalancing process (2.7); correspond regarding same (0.4) | 3.1 | $ 945.00 | $ 2,929.50 |
| 6 | JB | 2/25/2023 | Review revised summary of plan objections from MWE | 0.7 | $ 945.00 | $ 661.50 |
| 6 | JB | 2/27/2023 | Attend call with M3 team to prepare for Voyager committee meeting | 0.3 | $ 945.00 | $ 283.50 |
| 6 | JB | 2/27/2023 | Create materials for committee meeting regarding rebalancing | 2.8 | $ 945.00 | $ 2,646.00 |
| 6 | JB | 2/27/2023 | Provide comments and revise materials for committee meeting (1.6); attend calls and correspond with M3 team regarding same (0.4) | 2.2 | $ 945.00 | $ 2,079.00 |
| 6 | JB | 2/27/2023 | Review new filings on docket re: government claims and equity holders claims | 0.3 | $ 945.00 | $ 283.50 |
| 6 | MC | 2/27/2023 | Review and revise presentation on rebalancing for UCC meeting | 1.7 | $ 650.00 | $ 1,105.00 |
| 6 | RW | 2/27/2023 | Attend call with B. Tichenor (Moelis) to discuss rebalancing | 0.4 | $ 1,150.00 | $ 460.00 |
| 6 | RW | 2/27/2023 | Review and analyze rebalancing issues | 0.8 | $ 1,150.00 | $ 920.00 |
| 6 | MC | 2/28/2023 | Review and revise UCC Committee update presentation re: rebalancing | 1.3 | $ 650.00 | $ 845.00 |
| 6 | MC | 2/28/2023 | Prepare for and participate in discussion with J. Boffi (M3) re: rebalancing presentation | 0.3 | $ 650.00 | $ 195.00 |
| 6 | MC | 2/28/2023 | Review and revise UCC Committee update presentation re: rebalancing | 0.2 | $ 650.00 | $ 130.00 |
| 6 | JB | 2/28/2023 | Prepare for and participate in discussion with M. Callahan (M3) re: rebalancing presentation | 0.3 | $ 945.00 | $ 283.50 |
| 6 | JB | 2/28/2023 | Review FTI materials re: updated recovery analysis (0.9); correspond with M3 and MWE teams regarding same (0.4) | 1.3 | $ 945.00 | $ 1,228.50 |
| 6 | JB | 2/28/2023 | Create and revise draft materials for committee meeting re: rebalancing status | 3.4 | $ 945.00 | $ 3,213.00 |
| 6 | JB | 2/28/2023 | Provide comments on draft materials for committee meeting re: rebalancing status (0.6); correspondence and meetings with M3 regarding same (0.9) | 1.5 | $ 945.00 | $ 1,417.50 |
| 6 | JB | 2/28/2023 | Draft and review correspondence with counsel regarding confirmation hearing | 0.4 | $ 945.00 | $ 378.00 |
| | | | ***Plan of Reorganization/Disclosure Statement Subtotal*** | **128.5** | | **$ 117,382.50** |

**Potential Avoidance Actions/Litigation Matters**

| 7 | JS | 1/13/2023 | Review underlying Alameda loan claims and case posture | 2.8 | $ 1,150.00 | $ 3,220.00 |
|---|---|---|---|---|---|---|
| 7 | JB | 2/1/2023 | Research regarding Alameda transfer history | 0.7 | $ 945.00 | $ 661.50 |
| 7 | JB | 2/2/2023 | Research Alameda preference (0.4); correspondence with MWE team re: same (0.2) | 0.6 | $ 945.00 | $ 567.00 |
| 7 | RW | 2/3/2023 | Review objection to FTX proofs of claim and related materials | 2.4 | $ 1,150.00 | $ 2,760.00 |
| 7 | JB | 2/3/2023 | Review filings posted to docket | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 2/8/2023 | Review and draft correspondence with UCC counsel related to Alameda preference claim (0.3); review documents re: preference claim (0.4) | 0.7 | $ 945.00 | $ 661.50 |
| 7 | JB | 2/8/2023 | Attending M3 meeting to review work stream plan (0.6); prepare for meeting (0.7); correspondence re: same (0.3) | 1.6 | $ 945.00 | $ 1,512.00 |
| 7 | RW | 2/9/2023 | Review materials re: FTX claims and causes of action against Voyager | 1.7 | $ 1,150.00 | $ 1,955.00 |
| 7 | JB | 2/9/2023 | Draft Voyager work plan and correspondence re: same | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | JB | 2/9/2023 | Meetings with M3 team to discuss Alameda preference work streams (1.0); prepare for meetings (0.8) | 1.8 | $ 945.00 | $ 1,701.00 |
| 7 | JB | 2/9/2023 | Review documents re: Alameda loan book, loan history, and Voyager loan history (2.7); draft internal correspondence re: same (0.6) | 3.3 | $ 945.00 | $ 3,118.50 |
| 7 | JB | 2/9/2023 | Draft and review correspondence with BRG regarding Alameda preference diligence requests | 0.7 | $ 945.00 | $ 661.50 |

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | JB | 2/9/2023 | Draft and review correspondence with FTI regarding Alameda preference diligence requests | 0.4 | $ 945.00 | $ 378.00 |
| 7 | JB | 2/9/2023 | Attend meeting with MWE regarding Alameda preference work stream (0.5); prepare for meeting (0.5) | 1.0 | $ 945.00 | $ 945.00 |
| 7 | RW | 2/10/2023 | Review materials re: Alameda and Voyager transactions | 1.2 | $ 1,150.00 | $ 1,380.00 |
| 7 | JB | 2/13/2023 | Correspond with BRG regarding Voyager loan history data (0.2); Draft and review correspondence with FTI and MWE regarding Voyager loan history data (0.3) | 0.5 | $ 945.00 | $ 472.50 |
| 7 | JB | 2/13/2023 | Review data room documents related to Voyager loan activity (0.7); correspondence regarding same (0.2) | 0.9 | $ 945.00 | $ 850.50 |
| 7 | JB | 2/13/2023 | Review FTX preference complaint and correspondence re: same | 0.2 | $ 945.00 | $ 189.00 |
| 7 | JB | 2/14/2023 | Correspond with MWE and FTI regarding diligence requests | 0.7 | $ 945.00 | $ 661.50 |
| 7 | MC | 2/15/2023 | Prepare for and participate in discussion with J. Boffi (M3) re: preference action, case status, and rebalancing | 0.5 | $ 650.00 | $ 325.00 |
| 7 | MC | 2/15/2023 | Prepare for and participate in discussion with R. Winning (M3) and J. Boffi (M3) re: case status, preference action and rebalancing | 0.9 | $ 650.00 | $ 585.00 |
| 7 | RW | 2/15/2023 | Analyze FTX preference claim and necessary workstreams | 1.8 | $ 1,150.00 | $ 2,070.00 |
| 7 | RW | 2/15/2023 | Analyze proposed stipulation with FTX re: proofs of claim and preference action | 0.8 | $ 1,150.00 | $ 920.00 |
| 7 | JB | 2/15/2023 | Review Alameda loan and transfer history (3.0); correspond re: same (0.8) | 3.8 | $ 945.00 | $ 3,591.00 |
| 7 | MC | 2/16/2023 | Prepare for and participate in discussion with FTI re: Voyager Loan transfer history | 0.6 | $ 650.00 | $ 390.00 |
| 7 | MC | 2/16/2023 | Research institutional digital asset lending market and trends | 2.6 | $ 650.00 | $ 1,690.00 |
| 7 | MC | 2/16/2023 | Review Relativity and historical loan books for Debtors | 3.3 | $ 650.00 | $ 2,145.00 |
| 7 | RW | 2/16/2023 | Attend call with FTI re: Voyager loan transfer history | 0.6 | $ 1,150.00 | $ 690.00 |
| 7 | JB | 2/16/2023 | Analyze Alameda preference compliant and research transfer history | 2.6 | $ 945.00 | $ 2,457.00 |
| 7 | JB | 2/16/2023 | Correspondence with FTI regarding diligence requests | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 2/16/2023 | Correspondence with MWE regarding intercompany claims | 0.3 | $ 945.00 | $ 283.50 |
| 7 | MC | 2/17/2023 | Review and analyze historical loan books and transfer history | 3.9 | $ 650.00 | $ 2,535.00 |
| 7 | MC | 2/17/2023 | Continue to review and analyze historical loan books and transfer history | 3.3 | $ 650.00 | $ 2,145.00 |
| 7 | JB | 2/17/2023 | Review Alameda loan transfer history from BRG (0.8); correspondence re: same (0.6) | 1.4 | $ 945.00 | $ 1,323.00 |
| 7 | MC | 2/18/2023 | Review and analyze Voyager and Alameda transfer history | 2.3 | $ 650.00 | $ 1,495.00 |
| 7 | JB | 2/18/2023 | Correspond with M3 and FTI regarding data requests | 0.5 | $ 945.00 | $ 472.50 |
| 7 | MC | 2/19/2023 | Review and analyze Voyager and Alameda transfer history | 3.9 | $ 650.00 | $ 2,535.00 |
| 7 | MC | 2/19/2023 | Continue to review and analyze Voyager and Alameda transfer history | 2.2 | $ 650.00 | $ 1,430.00 |
| 7 | MC | 2/20/2023 | Review and revise analysis of Alameda transfers; participate in discussions with M3 re: same | 3.9 | $ 650.00 | $ 2,535.00 |
| 7 | MC | 2/20/2023 | Review and revise analysis of Alameda transfers | 2.9 | $ 650.00 | $ 1,885.00 |
| 7 | RW | 2/20/2023 | Research potential FTX preference defenses | 1.8 | $ 1,150.00 | $ 2,070.00 |
| 7 | JB | 2/20/2023 | Review draft analysis on Alameda loan interest payment history | 0.4 | $ 945.00 | $ 378.00 |
| 7 | JB | 2/20/2023 | Review draft analysis on Alameda loan repayment history | 0.8 | $ 945.00 | $ 756.00 |
| 7 | MC | 2/21/2023 | Research historical institutional crypto loan market and trends | 3.9 | $ 650.00 | $ 2,535.00 |
| 7 | MC | 2/21/2023 | Continue to research historical institutional crypto loan market and trends | 1.2 | $ 650.00 | $ 780.00 |
| 7 | MC | 2/21/2023 | Review and revise analysis of Alameda transfers; review historical records related to other counterparties | 1.3 | $ 650.00 | $ 845.00 |
| 7 | MC | 2/22/2023 | Research historical institutional crypto loan market and trends | 1.4 | $ 650.00 | $ 910.00 |
| 7 | MC | 2/22/2023 | Compile list of follow up requests for Debtors related to historical transfers | 0.9 | $ 650.00 | $ 585.00 |
| 7 | JB | 2/22/2023 | Review Alameda loan documentation re: Alameda preference action | 0.4 | $ 945.00 | $ 378.00 |
| 7 | JB | 2/22/2023 | Review and provide comments on Alameda loan history transfer analysis re: Alameda preference action | 2.3 | $ 945.00 | $ 2,173.50 |
| 7 | MC | 2/23/2023 | Prepare for and participate in discussion with J. Boffi (M3) and R. Winning (M3) re: research into Alameda and Voyager transactions | 0.6 | $ 650.00 | $ 390.00 |
| 7 | MC | 2/23/2023 | Review Alameda historical principal and interest transfers and revise related analysis | 3.9 | $ 650.00 | $ 2,535.00 |
| 7 | MC | 2/23/2023 | Continue to review Alameda historical principal and interest transfers and revise related analysis | 0.9 | $ 650.00 | $ 585.00 |

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|:---:|:---:|:---:|:---|:---:|:---:|---:|
| 7 | RW | 2/23/2023 | Continued analysis of potential defenses to FTX preference | 0.8 | $ 1,150.00 | $ 920.00 |
| 7 | RW | 2/23/2023 | Attend meeting with M3 to review Alameda preference action research | 0.6 | $ 1,150.00 | $ 690.00 |
| 7 | JB | 2/23/2023 | Attend meeting with M3 to review Alameda preference action research (0.6); prepare for meeting (0.5) | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | JB | 2/23/2023 | Correspondence with MWE regarding intercompany claims | 0.3 | $ 945.00 | $ 283.50 |
| 7 | MC | 2/28/2023 | Review and revise analysis for preference action filed by Alameda | 1.2 | $ 650.00 | $ 780.00 |
| | | | *Potential Avoidance Actions/Litigation Matters Subtotal* | **88.8** | | **$ 73,436.50** |
| | | | **Hours and Fees Total** | **333.3** | | **$ 305,671.00** |

**EXHIBIT E**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE SUMMARY**
**FOR THE PERIOD JANUARY 4, 2023 TO FEBRUARY 28, 2023**

| DATE | PROFESSIONAL | AMOUNT |
|------|-------------|--------|
| Conference Calls | | $ 80.10 |
| Court Hearings | | 70.00 |
| Internet | | 18.00 |
| | *Total Expenses* | **$ 168.10** |

**EXHIBIT F**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE SUMMARY**
**FOR THE PERIOD JANUARY 4, 2023 TO FEBRUARY 28, 2023**

| DATE | PROFESSIONAL | DESCRIPTION | | AMOUNT |
|------|-------------|-------------|---|--------|
| ***Conference Call Expense*** | | | | |
| 1/31/2023 | M3 Team | LoopUp Conference Call Expense for January 2022 | $ | 39.55 |
| 2/28/2023 | M3 Team | LoopUp Conference Call Expense for February 2023 | $ | 40.55 |
| | | *Subtotal Conference Call Expenses* | $ | **80.10** |
| | | | | |
| ***Court Hearing Expense*** | | | | |
| 2/22/2023 | JB | CourtSolutions Charge for Court Hearing | $ | 70.00 |
| | | *Subtotal Court Hearing Expense* | $ | **70.00** |
| | | | | |
| ***Internet Expense*** | | | | |
| 2/18/2023 | JB | Wifi Expense on United Airlines Flight | $ | 8.00 |
| 2/18/2023 | JB | Wifi Expense on United Airlines Flight | $ | 10.00 |
| | | *Subtotal Internet Expense* | $ | **18.00** |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of April 2023, I caused a true and correct copy of the foregoing *First Interim Fee Application of M3 Advisory Partners, LP, Financial Advisor to the Official Committee of Unsecured Creditors, for the Interim Fee Period from January 4, 2023 through February 28, 2023* to be served via (i) electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York or (ii) e-mail, as indicated in the service list attached hereto.

*/s/ Darren Azman*
Darren Azman

## SERVICE LIST

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| DISTRICT OF COLUMBIA | OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW | | WASHINGTON | DC | 20001 | | OAG@DC.GOV | VIA E-MAIL |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: ANTHONY O'BRIEN | 100 LOMBARD STREET SUITE 302 | TORONTO | ON | M5C1M3 | | ANTHONY.OBRIEN@SISKINDS.COM | VIA E-MAIL |
| FRANCINE DE SOUSA | C/O SISKINDS LLP | ATTN: MICHAEL G. ROBB & GARETT M. HUNTER | 275 DUNDAS STREET UNIT 1 | LONDON | ON | N6B3L1 | | MICHAEL.ROBB@SISKINDS.COM GARETT.HUNTER@SISKINDS.COM | VIA E-MAIL |
| GOOGLE, LLC | | 1600 AMPHITHEATRE PKWY | | MOUNTAIN VIEW | CA | 94043 | | COLLECTIONS@GOOGLE.COM | VIA E-MAIL |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | 201 VARICK STREET, ROOM 1006 | NEW YORK | NY | 10014 | | RICHARD.MORRISSEY@USDOJ.GOV MARK.BRUH@USDOJ.GOV | VIA E-MAIL VIA E-MAIL |
| SECURITIES & EXCHANGE COMMISSION | | 100 F STREET NE | | WASHINGTON | DC | 20549 | | SECBANKRUPTCY-OGC-ADO@SEC.GOV | VIA E-MAIL |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL STREET SUITE 20-100 | | NEW YORK | NY | 10004-2616 | | NYROBANKRUPTCY@SEC.GOV | VIA E-MAIL |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI REGIONAL DIRECTOR | 200 VESEY STREET SUITE 400 | NEW YORK | NY | 10281-1022 | | BANKRUPTCYNOTICESCHR@SEC.GOV | VIA E-MAIL |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | | CONSUMERINTEREST@ALABAMAAG.GO | VIA E-MAIL |
| STATE OF ALASKA | OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE, STE 200 | | ANCHORAGE | AK | 99501 | | ATTORNEY.GENERAL@ALASKA.GOV | VIA E-MAIL |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 | | AGINFO@AZAG.GOV | VIA E-MAIL |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST, STE 200 | | LITTLE ROCK | AR | 72201 | | OAG@ARKANSASAG.GOV | VIA E-MAIL |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | | XAVIER.BECERRA@DOJ.CA.GOV | VIA E-MAIL |
| STATE OF COLORADO | OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY, 10TH FL | DENVER | CO | 80203 | | CORA.REQUEST@COAG.GOV | VIA E-MAIL |
| STATE OF CONNECTICUT | OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | | ATTORNEY.GENERAL@CT.GOV | VIA E-MAIL |
| STATE OF FLORIDA | OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL, PL-01 | | TALLAHASSEE | FL | 32399 | | ASHLEY.MOODY@MYFLORIDALEGAL.CO | VIA E-MAIL |
| STATE OF HAWAII | OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN STREET | | HONOLULU | HI | 96813 | | HAWAIIAG@HAWAII.GOV | VIA E-MAIL |
| STATE OF IDAHO | OFFICE OF THE ATTORNEY GENERAL | 700 W. JEFFERSON ST, SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | | LAWRENCE.WASDEN@AG.IDAHO.GOV AGWASDEN@AG.IDAHO.GOV | VIA E-MAIL |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | CHICAGO | IL | 60601 | | INFO@ILSAMADIGAN.ORG | VIA E-MAIL |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT STREET | DES MOINES | IA | 50319 | | CONSUMER@AG.IOWA.GOV | VIA E-MAIL |
| STATE OF KANSAS | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE, 2ND FLOOR | | TOPEKA | KS | 66612 | | DEREK.SCHMIDT@AG.KS.GOV | VIA E-MAIL |
| STATE OF LOUISIANA | DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | 300 CAPITAL DRIVE | | BATON ROUGE | LA | 70802 | | ADMININFO@AG.STATE.LA.US | VIA E-MAIL |
| STATE OF MAINE | OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | | ATTORNEY.GENERAL@MAINE.GOV | VIA E-MAIL |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202 | | OAG@OAG.STATE.MD.US | VIA E-MAIL |
| STATE OF MINNESOTA | OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST, STE 1400 | | ST. PAUL | MN | 55101 | | ATTORNEY.GENERAL@AG.STATE.MN.US | VIA E-MAIL |
| STATE OF MISSOURI | OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING | 207 W HIGH ST | JEFFERSON CITY | MO | 65101 | | CONSUMER.HELP@AGO.MO.GOV | VIA E-MAIL |
| STATE OF MONTANA | OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS, PO BOX 201401 | HELENA | MT | 59602 | | CONTACTDOJ@MT.GOV | VIA E-MAIL |
| STATE OF NEW HAMPSHIRE | OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST. | CONCORD | NH | 03301 | | ATTORNEYGENERAL@DOJ.NH.GOV | VIA E-MAIL |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO STREET | VILLAGRA BUILDING | SANTA FE | NM | 87501 | | HBALDERAS@NMAG.GOV | VIA E-MAIL |
| STATE OF NORTH DAKOTA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 600 E | DEPT. 125 | BISMARCK | ND | 58505 | | NDAG@ND.GOV | VIA E-MAIL |
| STATE OF OKLAHOMA | OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 | | QUESTIONS@OAG.OK.GOV | VIA E-MAIL |
| STATE OF OREGON | OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE | | SALEM | OR | 97301-4096 | | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.U | VIA E-MAIL VIA E-MAIL |
| STATE OF RHODE ISLAND | OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST | | PROVIDENCE | RI | 02903 | | AG@RIAG.RI.GOV | VIA E-MAIL |
| STATE OF UTAH | OFFICE OF THE ATTORNEY GENERAL | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST STE 230 | SALT LAKE CITY | UT | 84114 | | UAG@UTAH.GOV | VIA E-MAIL |
| STATE OF VERMONT | OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST. | | MONTPELIER | VT | 05609 | | AGO.INFO@VERMONT.GOV | VIA E-MAIL |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | | RICHMOND | VA | 23219 | | MAIL@OAG.STATE.VA.US | VIA E-MAIL |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 1900 KANAWHA | BUILDING 1 RM E-26 | CHARLESTON | WV | 25305 | | CONSUMER@WVAGO.GOV | VIA E-MAIL |
| TORONTO STOCK EXCHANGE | | 300 - 100 ADELAIDE ST. | | WEST TORONTO | ON | M5H 1S3 | | WEBMASTER@TMX.COM | VIA E-MAIL |
| KELLEHER PLACE MANAGEMENT, LLC | HORWOOD MARCUS & BERK CHARTERED | 500 W. MADISON | SUITE 3700 | CHICAGO | IL | 60661 | | AHAMMER@HMBLAW.COM NDELMAN@HMBLAW.COM | VIA ECF VIA E-MAIL |
| METROPLITAN COMMERCIAL BANK | BALLARD SPAHR LLP | 200 IDS CENTER | 80 SOUTH 8TH STREET | MINNEAPOLIS | MN | 55402-2119 | | SINGERG@BALLARDSPAHR.COM | VIA E-MAIL |
| METROPLITAN COMMERCIAL BANK | WACHTELL, LIPTON, ROSEN & KATZ | 51 WEST 52ND STREET | | NEW YORK | NY | 10019-6150 | | RGMASON@WLRK.COM ARWOLF@WLRK.COM AKHERRING@WLRK.COM | VIA E-MAIL VIA ECF VIA E-MAIL |
| JASON RAZNICK | JAFFE RAITT HEUER & WEISS, P.C. | 27777 FRANKLIN ROAD | SUITE 2500 | SOUTHFIELD | MI | 48034 | | PHAGE@JAFFELAW.COM | VIA ECF |
| STEVE LAIRD | FORSHEY & PROSTOK LLP | 777 MAIN STREET | SUITE 1550 | FORT WORTH | TX | 76102 | | BFORSHEY@FORSHEYPROSTOK.COM | VIA E-MAIL |
| ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORA | 425 MARKET ST. | SUITE 2900 | SAN FRANCISCO | CA | 94105 | | SCHRISTIANSON@BUCHALTER.COM | VIA ECF |
| ALAMEDA RESEARCH LLC & AFFILIATES | SULLIVAN & CROMWELL LLP | 125 BROAD STREET | | NEW YORK | NY | 10004 | | DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM | VIA ECF VIA ECF VIA ECF |
| VOYAGER DIGITAL HOLDINGS, INC., ET AL | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | JSUSSBERG@KIRKLAND.COM CMARCUS@KIRKLAND.COM CHRISTINE.OKIKE@KIRKLAND.COM ALLYSON.SMITH@KIRKLAND.COM | VIA ECF VIA E-MAIL VIA E-MAIL VIA E-MAIL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O GOLDSTEIN & MCCLINKOCK LLLP | ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, AND STEVE YACHIK | 111 W WASHINGTON STREET SUITE 1221 | CHICAGO | IL | 60602 | MATTM@GOLDMCLAW.COM HARLEYG@RESTRUCTURINGSHOP.COM STEVENY@GOLDMCLAW.COM | VIA E-MAIL VIA E-MAIL VIA E-MAIL |
| EMERALD OCEAN ISLE, LLC, AMANO GLOBAL HOLDINGS, INC., SHINGO LAVINE, AND ADAM LAVINE | C/O LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C. | ATTN: DOUGLAS T. TABACHNIK | 63 WEST MAIN STREET SUITE C | FREEHOLD | NJ | 07728-2141 | DTABACHNIK@DTTLAW.COM | VIA ECF |
| MATTHEW EDWARDS | C/O LIZ GEORGE AND ASSOCIATES | ATTN: LYSBETH GEORGE | 8101 S. WALKER SUITE F | OKLAHOMA CITY | OK | 73139 | GEORGELAWOK@GMAIL.COM | VIA ECF |
| TEXAS STATE SECURITIES BOARD | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: ABIGAIL R RYAN, LAYLA D MILLIGAN & JASON B BINFORD | BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 | AUSTIN | TX | 78711-2548 | ABIGAIL.RYAN@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV JASON.BINFORD@OAG.TEXAS.GOV | VIA ECF VIA E-MAIL VIA E-MAIL |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | | ATTN: ROMA N. DESAI | BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 | AUSTIN | TX | 78711-2548 | ROMA.DESAI@OAG.TEXAS.GOV | VIA ECF |
| OFFICE OF THE ATTORNEY GENERAL | BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | BANKRUPTCY DIVISION P O BOX 20207 | NASHVILLE | TN | 37202-0207 | AGBANKNEWYORK@AG.TN.GOV | VIA ECF |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ASSISTANT GENERAL COUNSEL | ATTN: JENNIFER ROOD | 89 MAIN STREET THIRD FLOOR | MONTPELIER | VT | 05620 | JENNIFER.ROOD@VERMONT.GOV | VIA ECF |
| ROBERT SNYDERS & LISA SNYDERS | C/O JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP | ATTN: ANGELINA E. LIM | 401 E JACKSON STREET SUITE 3100 | TAMPA | FL | 33602 | ANGELINAL@JPFIRM.COM | VIA ECF |
| MICHAEL LEGG | C/O MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO. | ATTN: ROBERT R. KRACHT & NICHOLAS R. OLESKI | 1111 SUPERIOR AVENUE EAST SUITE 2700 | CLEVELAND | OH | 44114 | RRK@MCCARTHYLEBIT.COM NRO@MCCARTHYLEBIT.COM | VIA E-MAIL VIA ECF |
| MICHAEL GENTSCH | C/O BARSKI LAW PLC | ATTN: CHRIS D. BRASKI | 9375 E. SHEA BLVD. STE 100 | SCOTTSDALE | AZ | 85260 | CBARSKI@BARSKILAW.COM | VIA ECF |
| ILLINOIS SECRETARY OF STATE | C/O OFFICE OF THE ATTORNEY GENERAL | ATTN: JOHN P. REDING | 100 W. RANDOLPH ST FLOOR 13 | CHICAGO | IL | 60601 | JOHN.REDING@ILAG.GOV | VIA ECF |
| GEORGIA DEPARTMENT OF BANKING AND FINANCE | | ATTN: NATHAN HOVEY, ASSISTANT ATTORNEY GENERAL | DEPARTMENT OF LAW 40 CAPITOL SQUARE SW | ATLANTA | GA | 30334 | NHOVEY@LAW.GA.GOV | VIA ECF |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: SIGMUND S. WISSNER-GROSS ESQ. & KENNETH J. AULET | SEVEN TIMES SQUARE | NEW YORK | NY | 10036 | SWISSNER-GROSS@BROWNRUDNICK.COM KAULET@BROWNRUDNICK.COM | VIA E-MAIL VIA E-MAIL |
| MARK CUBAN AND DALLAS BASKETBALL LIMITED, D/B/A DALLAS MAVERICKS | C/O BROWN RUDNICK LLP | ATTN: STEPHEN A. BEST ESQ & RACHEL O. WOLKINSON, ESQ. | 601 THIRTEENTH STREET NW SUITE 600 | WASHINGTON | DC | 2005 | SBEST@BROWNRUDNICK.COM RWOLKINSON@BROWNRUDNICK.COM | VIA E-MAIL VIA E-MAIL |
| ED BOLTON | C/O AKERMAN LLP | ATTN: R. ADAM SWICK, JOHN H. THOMPSON, JOANNE GELFAND | 1251 AVENUE OF THE AMERICAS, 37TH FL | NEW YORK | NY | 10020 | ADAM.SWICK@AKERMAN.COM; JOHN.THOMPSON@AKERMAN.COM; JOANNE.GELFAND@AKERMAN.COM | VIA ECF VIA ECF VIA ECF |
| JON GIACOBBE | | ATTN: A. MANNY ALICANDRO | 11 BROADWAY, SUITE 615 | NEW YORK | NY | 10004 | MANNY@ALICANDROLAWOFFICE.COM | VIA ECF |
| WELLS FARGO BANK, N.A. | C/O ALDRIDGE PITE, LLP | ATTN: GREGORY WALLACH | FIFTEEN PIEDMONT CENTER 3575 PIEDMONT ROAD, N.E. | ATLANTA | GA | 30305 | GWALLACH@ALDRIDGEPITE.COM | VIA ECF |
| AD HOC GROUP OF EQUITY INTEREST HOLDERS | C/O KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: DAVID M. POSNER & KELLY E. MOYNIHAN | THE GRACE BUILDING 1114 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036 | DPOSNER@KILPATRICKTOWNSEND.COM KMOYNIHAN@KILPATRICKTOWNSEND.C | VIA ECF |
| AD HOC GROUP OF EQUITY INTEREST HOLDERS | C/O KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: PAUL M. ROSENBLATT | 1100 PEACHTREE STREET NE SUITE 2800 | ATLANTA | GA | 30309 | PROSENBLATT@KILPATRICKTOWNSEND COM | VIA E-MAIL |
| PIERCE ROBERTSON | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: RICHARD M. PACHULSKI, ALAN J. KORNFELD, DEBRA I. GRASSGREEN, AND JASON H. ROSELL | 10100 SANTA MONICA BLVD 13TH FLOOR | LOS ANGELES | CA | 90067 | RPACHULSKI@PSZJLAW.COM AKORNFELD@PSZJLAW.COM DGRASSGREEN@PSZJLAW.COM JROSELL@PSZJLAW.COM | VIA E-MAIL VIA E-MAIL VIA E-MAIL VIA E-MAIL |
| STATE OF WASHINGTON | OFFICE OF ATTORNEY GENERAL | ATTN: STEPHEN MANNING, ASSISTANT ATTORNEY GENERAL | GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION P.O. BOX 40100 | OLYMPIA | WA | 98504-4010 | STEPHEN.MANNING@ATG.WA.GOV | VIA ECF |
| MARCUM LLP | MINTZ & GOLD LLP | ATTN: ANDREW R. GOTTESMAN | 600 THIRD AVENUE, 25TH | NEW YORK | NY | 10016 | GOTTESMAN@MINTZANDGOLD.COM | VIA ECF |
| U.S. SECURITIES & EXCHANGE COMMISSION | | ATTN: THERESE A. SCHEUER | 100 F STREET, NE | WASHINGTON | DC | 20549 | SCHEUERT@SEC.GOV | VIA E-MAIL |
| NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES | CONSUMER PROTECTION AND FINANCIAL ENFORCEMENT | ATTN: KEVIN R. PUVALOWSKI, LINDA DONAHUE, JASON D. ST. JOHN | ONE STATE STREET | NEW YORK | NY | 10004 | KEVIN.PUVALOWSKI@DFS.NY.GOV LINDA.DONAHUE@DFS.NY.GOV JASON.ST.JOHN@DFS.NY.GOV | VIA E-MAIL VIA E-MAIL VIA E-MAIL |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: VIRGINIA T. SHEA | 1300 MT KEMBLE AVENUE PO BOX 2075 | MORRISTOWN | NJ | 02075 | VSHEA@MDMC-LAW.COM | VIA ECF |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD | 225 LIBERTY STREET, 36TH FLOOR | NEW YORK | NY | 10281 | NLEONARD@MDMC-LAW.COM | VIA ECF |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN | 570 BROAD STREET, SUITE 1500 | NEWARK | NJ | 07102 | JBERNSTEIN@MDMC-LAW.COM | VIA ECF |
| USIO, INC. | PULMAN, CAPPUCCIO & PULLEN, LLP | ATTN: RANDALL A. PULMAN | 2161 NW MILITARY HIGHWAY SUITE 400 | SAN ANTONIO | TX | 78213 | RPULMAN@PULMANLAW.COM | E-MAIL |
| BAM TRADING SERVICES INC. D/B/A BINANCE.US | LATHAM & WATKINS LLP | ATTN: ADAM J. GOLDBERG, NACIF TAOUSSE, JONATHAN J. WEICHSELBAUM | 1271 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 | ADAM.GOLDBERG@LW.COM NACIF.TAOUSSE@LW.COM JON.WEICHSELBAUM@LW.COM | VIA ECF VIA E-MAIL VAI E-MAIL |
| BAM TRADING SERVICES INC. D/B/A BINANCE.US | LATHAM & WATKINS LLP | ATTN: ANDREW D. SORKIN | 555 ELEVENTH STREET, NW SUITE 1000 | WASHINGTON | DC | 20004 | ANDREW.SORKIN@LW.COM | VIA E-MAIL |
| ATTORNEY FOR THE STATES OF ALABAMA, ARKANSAS, CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE, NORTH DAKOTA, OKLAHOMA, AND SOUTH DAKOTA, US | C/O NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY BANKRUPTCY COUNSEL | 1850 M ST. NW 12TH FLOOR | WASHINGTON | DC | 20036 | KCORDRY@NAAG.ORG | VIA ECF |
| USIO, INC. & FICENTIVE, INC. | RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | 1425 RXR PLAZA, 15TH FLOOR | UNIONDALE | NY | 11556 | SGIUGLIANO@RMFPC.COM | VIA ECF |
| CELSIUS NETWORK LLC | AKIN GUMP STRAUSS HAUER & FELD, L.L.P | ATTN: MITCHELL P. HURLEY, DEAN L. CHAPMAN, JR. | ONE BRYANT PARK | NEW YORK | NY | 10036 | MHURLEY@AKINGUMP.COM DCHAPMAN@AKINGUMP.COM | VIA E-MAIL VIA E-MAIL |
| VOYAGER DIGITAL HOLDINGS, INC. | PAUL HASTINGS LLP | ATTN: JONATHAN D. CANFIELD | 200 PARK AVENUE | NEW YORK | NY | 10166 | JONCANFIELD@PAULHASTINGS.COM | VIA ECF |
| VOYAGER DIGITAL HOLDINGS, INC., ET AL. | PAUL HASTINGS LLP | ATTN: MATTHEW M. MURPHY, MICHAEL C. WHALEN | 71 SOUTH WACKER DRIVE SUITE 4500 | CHICAGO | IL | 60606 | MATTMURPHY@PAULHASTINGS.COM MICHAELCWHALEN@PAULHASTINGS.COM | VIA E-MAIL VIA E-MAIL |
| FEDERAL TRADE COMMISSION | | ATTN: KATHERINE JOHNSON | 600 PENNSYLVANIA AVE., NW MAIL STOP CC-9528 | WASHINGTON | DC | 20580 | KJOHNSON3@FTC.GOV | VIA ECF |
| OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK | SENIOR ENFORCEMENT COUNSEL INVESTOR PROTECTION BUREAU | ATTN: TANYA TRAKHT | 28 LIBERTY STREET 21ST FLOOR | NEW YORK | NY | 10005 | TANYA.TRAKHT@AG.NY.GOV | VIA ECF |

| VOYAGER DIGITAL HOLDINGS, INC., ET AL. | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: RAVI SUBRAMANIAN SHANKA | 300 NORTH LASALLE | CHICAGO | IL | 60654 | | RAVI.SHANKAR@KIRKLAND.COM | VIA ECF |
| U.S. SECURITIES & EXCHANGE COMMISSION | | ATTN: WILLIAM M. UPTEGROVE | 950 EAST PACES FERRY RD.,<br>N.E.  SUITE 900 | ATLANTA | GA | 30326 | | UPTEGROVEW@SEC.GOV | VIA E-MAIL |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-38 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-38 | MCCALLA RAYMER LEIBERT PIERCE, LLC | ATTN: PHILLIP RAYMOND | 420 LEXINGTON AVENUE<br>SUITE 840 | NEW YORK | NY | 10170 | | NY_ECF_NOTICES@MCCALLA.COM<br>PHILLIP.RAYMOND@MCCALLA.COM<br>MCCALLAECF@ECF.COURTDRIVE.COM | VIA ECF |
| UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK | | ATTN: LAWRENCE H. FOGELMAN, JEAN-DAVID BARNEA, PETER ARONOFF | 86 CHAMBERS STREET<br>3RD FLOOR | NEW YORK | NY | 10007 | | LAWRENCE.FOGELMAN@USDOJ.GOV<br>JEAN-DAVID.BARNEA@USDOJ.GOV<br>PETER.ARONOFF@USDOJ.GOV | VIA ECF |
| LORI LAPIN JONES | LORI LAPIN JONES PLLC | | 98 CUTTER MILL ROAD<br>SUITE 255 SOUTH | GREAT NECK | NY | 11021 | | LJONES@JONESPLLC.COM | VIA ECF |