**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY FEE APPLICATION OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Services as: | Tax Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2020 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2023 through March 31, 2023 |
| Total Amount of Fees Requested: | $ 107,593.00 |
| Less 20% Holdback | $ (21,518.60) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $ 86,074.40 |
| Amount of Expense Reimbursement Sought | $ - |
| Total Amount of Fees and Expense: | **$ 86,074.40** |

This is an:  _X_ Monthly    __ Interim    __ Final Application

---

[1] The Debtors in these chapter 11 cases, along with the four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Date: April 14, 2023
Houston, Texas

Respectfully submitted,

DELOITTE TAX LLP

/s/ Ala'a Boulos
Ala'a Boulos
Partner
1111 Bagby, Suite 4500
Houston, Texas 77002
Telephone:  713.982.3805
Facsimile:  877.501.1621

# Exhibit A
**Voyager Digital Holdings Inc., et, al.,**
**Case No. 22-10943**

**CUMULATIVE TIME SUMMARY BY PROFESSIONAL**
For the Period of March 1, 2023 through March 31, 2023

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| ***Firm Retention*** | | | | |
| Krozek, Derek | Managing Director | $1,160.00 | 1.1 | $1,276.00 |
| Stern, Nethaniel | Consultant | $630.00 | 0.8 | $504.00 |
| **Professional Subtotal:** | | | **1.9** | **$1,780.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| ***Preparation of Fee Applications*** | | | | |
| Gutierrez, Dalia | Consultant | $250.00 | 9.2 | $2,300.00 |
| **Professional Subtotal:** | | | **9.2** | **$2,300.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| ***Tax Advisory Services*** | | | | |
| Boulos, Ala'a | Partner/Principal | $1,160.00 | 1.0 | $1,160.00 |
| Gibian, Craig | Partner/Principal | $1,160.00 | 1.6 | $1,856.00 |
| Turenshine, Aaron | Partner/Principal | $1,160.00 | 25.1 | $29,116.00 |
| Krozek, Derek | Managing Director | $1,160.00 | 20.8 | $24,128.00 |
| Azus, Scott | Senior Consultant | $750.00 | 19.5 | $14,625.00 |
| He, Jiasui | Senior Consultant | $750.00 | 1.0 | $750.00 |
| Heyman, Tom | Consultant | $630.00 | 10.3 | $6,489.00 |
| Stern, Nethaniel | Consultant | $630.00 | 29.3 | $18,459.00 |
| Weiss, Thomas | Consultant | $630.00 | 4.5 | $2,835.00 |
| Wilson, Clinton | Consultant | $630.00 | 6.5 | $4,095.00 |
| **Professional Subtotal:** | | | **119.6** | **$103,513.00** |
| **Total** | | **Blended Rate:** $823.21 | **130.7** | **$107,593.00** |

3

# Exhibit B
## Voyager Digital Holdings Inc., et, al.,
## Case No. 22-10943

**CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period of March 1, 2023 through March 31, 2023

| Categories | Hours | Fees |
|---|---:|---:|
| Firm Retention | 1.9 | $1,780.00 |
| Preparation of Fee Applications | 9.2 | $2,300.00 |
| Tax Advisory Services | 119.6 | $103,513.00 |
| **Fees Category Subtotal :** | **130.7** | **$107,593.00** |

# EXHIBIT C
**Voyager Digital Holdings Inc., et, al.,**
**Case No. 22-10943**

Professional Fees for the Period from
March 1, 2023 through March 31, 2023

2

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Firm Retention* | | | | |
| 03/10/2023 | | | | |
| Stern, Nethaniel | Update engagement letter related to compliance services appendix to include returns for 2022 and 2023. | $630.00 | 0.8 | $504.00 |
| 03/13/2023 | | | | |
| Krozek, Derek | Review draft engagement letter related to tax compliance services. | $1,160.00 | 1.1 | $1,276.00 |
| Subtotal for Firm Retention: | | | 1.9 | $1,780.00 |
| *Preparation of Fee Applications* | | | | |
| 03/06/2023 | | | | |
| Gutierrez, Dalia | Review February fee detail in preparation for the monthly fee application. | $250.00 | 3.4 | $850.00 |
| Gutierrez, Dalia | Continue to review February fee detail in preparation for the monthly fee application. | $250.00 | 3.1 | $775.00 |
| 03/10/2023 | | | | |
| Gutierrez, Dalia | Prepare February monthly fee statement. | $250.00 | 1.4 | $350.00 |
| 03/15/2023 | | | | |
| Gutierrez, Dalia | Revise February monthly fee statement. | $250.00 | 1.3 | $325.00 |
| Subtotal for Preparation of Fee Applications: | | | 9.2 | $2,300.00 |
| *Tax Advisory Services* | | | | |
| 03/01/2023 | | | | |
| Azus, Scott | Call with A. Turenshine, N. Stern, T. Heyman (Deloitte) to discuss the tax treatment of certain loans. | $750.00 | 0.5 | $375.00 |
| Azus, Scott | Tie out the adjustments made to the unrealized gain account to tie to audited financial statements. | $750.00 | 2.2 | $1,650.00 |
| He, Jiasui | Call with N. Stern, T. Weiss (Deloitte) to discuss the asset rebalancing calculation file detailing the procedure for assessing gains/losses to Voyager. | $750.00 | 0.5 | $375.00 |

1

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 03/01/2023 | | | | |
| Heyman, Tom | Call with A. Turenshine, N. Stern, S. Azus (Deloitte) to discuss the tax treatment of certain loans. | $630.00 | 0.5 | $315.00 |
| Krozek, Derek | Draft summary of refund claims for the 2021 federal and state income tax filings. | $1,160.00 | 1.6 | $1,856.00 |
| Stern, Nethaniel | Call with T. Weiss, J. He (Deloitte) to discuss the asset rebalancing calculation file detailing the procedure for assessing gains/losses to Voyager. | $630.00 | 0.5 | $315.00 |
| Stern, Nethaniel | Review tie outs in asset inventory summary reconciliation files. | $630.00 | 0.4 | $252.00 |
| Stern, Nethaniel | Call with A. Turenshine, S. Azus, T. Heyman (Deloitte) to discuss the tax treatment of certain loans. | $630.00 | 0.5 | $315.00 |
| Turenshine, Aaron | Analyze transaction reconciliations using data provided by W. Chan (Voyager). | $1,160.00 | 1.7 | $1,972.00 |
| Turenshine, Aaron | Call with N. Stern, S. Azus, T. Heyman (Deloitte) to discuss the tax treatment of certain loans. | $1,160.00 | 0.5 | $580.00 |
| Weiss, Thomas | Call with N. Stern, J. He (Deloitte) to discuss the asset rebalancing calculation file detailing the procedure for assessing gains/losses to Voyager. | $630.00 | 0.5 | $315.00 |
| Wilson, Clinton | Update asset rebalancing computations for the June through July 2022 period. | $630.00 | 0.6 | $378.00 |
| Wilson, Clinton | Email S. Azus, N. Stern (Deloitte) to discuss rebalancing calculations. | $630.00 | 0.3 | $189.00 |
| 03/02/2023 | | | | |
| Azus, Scott | Review breakdown of unrealized gain/loss to tie out adjustments made to the unrealized gain account to tie to audited financial statements. | $750.00 | 1.2 | $900.00 |
| Krozek, Derek | Draft summary of credit carryover amounts from 2021 income tax return filings. | $1,160.00 | 1.3 | $1,508.00 |

2

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 03/02/2023 | | | | |
|    Stern, Nethaniel | Tie out variances in summary reconciliation file related to Voyagers payables and inventories for the 2021 year. | $630.00 | 4.6 | $2,898.00 |
|    Turenshine, Aaron | Analyze unrealized gain/loss data sent by W. Chan (Voyager). | $1,160.00 | 2.8 | $3,248.00 |
| 03/03/2023 | | | | |
|    Krozek, Derek | Analyze data related to gain / loss analysis of asset inventory roll. | $1,160.00 | 2.3 | $2,668.00 |
|    Stern, Nethaniel | Research variances in the Voyager inventory summary reconciliation file. | $630.00 | 1.2 | $756.00 |
| 03/09/2023 | | | | |
|    Gibian, Craig | Analyze calculation of taxable income. | $1,160.00 | 0.6 | $696.00 |
| 03/10/2023 | | | | |
|    Gibian, Craig | Meeting with A. Turenshine (Deloitte) discussing tax return methodology. | $1,160.00 | 0.5 | $580.00 |
|    Gibian, Craig | Analyze the measurement date for inclusion into taxable income of the company's various asset classes. | $1,160.00 | 0.5 | $580.00 |
|    Turenshine, Aaron | Meeting with C. Gibian (Deloitte) discussing tax return methodology. | $1,160.00 | 0.5 | $580.00 |
| 03/14/2023 | | | | |
|    Krozek, Derek | Review court approved plan for tax related considerations. | $1,160.00 | 1.0 | $1,160.00 |
| 03/15/2023 | | | | |
|    Krozek, Derek | Review inventory rollforward used for income tax return filings. | $1,160.00 | 2.1 | $2,436.00 |
|    Turenshine, Aaron | Prepare engagement letter for tax compliance work. | $1,160.00 | 1.0 | $1,160.00 |
| 03/16/2023 | | | | |
|    Krozek, Derek | Research application of inversion rules to Canadian parent. | $1,160.00 | 1.7 | $1,972.00 |
| 03/17/2023 | | | | |
|    Krozek, Derek | Review Form 5471 filing for Canadian parent company. | $1,160.00 | 1.7 | $1,972.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 03/21/2023 | | | | |
| Boulos, Ala'a | Review company roll forward of asset inventory for 2023. | $1,160.00 | 1.0 | $1,160.00 |
| Krozek, Derek | Review updated draft of inventory rollforward schedule. | $1,160.00 | 1.4 | $1,624.00 |
| 03/22/2023 | | | | |
| Azus, Scott | Review underlying supporting schedules reconciling unrealized gain accounts. | $750.00 | 0.8 | $600.00 |
| Azus, Scott | Meeting with N. Stern, C. Wilson, J. He, T. Weiss (Deloitte) to discuss next steps of the reconciliation of unrealized gains process and reconciliation between the inventory/customer payable rollforward schedules. | $750.00 | 0.5 | $375.00 |
| He, Jiasui | Meeting with S. Azus, N. Stern, C. Wilson, T. Weiss (Deloitte) to discuss next steps of the reconciliation of unrealized gains process and reconciliation between the inventory/customer payable rollforward schedules. | $750.00 | 0.5 | $375.00 |
| Stern, Nethaniel | Analyze data related to gain / loss analysis of asset inventory roll. | $630.00 | 1.2 | $756.00 |
| Stern, Nethaniel | Meeting with S. Azus, C. Wilson, J. He, T. Weiss (Deloitte) to discuss next steps of the reconciliation of unrealized gains process and reconciliation between the inventory/customer payable rollforward schedules. | $630.00 | 0.4 | $252.00 |
| Turenshine, Aaron | Analyze monthly unrealized gain/loss schedules provided by W. Chan (Voyager). | $1,160.00 | 1.4 | $1,624.00 |
| Weiss, Thomas | Meeting with S. Azus, N. Stern, C. Wilson, J. He (Deloitte) to discuss next steps of the reconciliation of unrealized gains process and reconciliation between the inventory/customer payable rollforward schedules. | $630.00 | 0.5 | $315.00 |

4

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 03/22/2023 | | | | |
| Wilson, Clinton | Meeting with S. Azus, N. Stern, J. He, T. Weiss (Deloitte) to discuss next steps of the reconciliation of unrealized gains process and reconciliation between the inventory/customer payable rollforward schedules. | $630.00 | 0.5 | $315.00 |
| Wilson, Clinton | Meeting with A. Turenshine, K. Cooper, S. Azus, N. Stern (Deloitte) to discuss the files received from client and how to proceed in tying out the new unrealized entries. | $630.00 | 0.6 | $378.00 |
| 03/23/2023 | | | | |
| Azus, Scott | Reconcile unrealized gain accounts per the client's financial statement with underlying supporting schedules. | $750.00 | 2.8 | $2,100.00 |
| Azus, Scott | Meeting with A. Turenshine, N. Stern (Deloitte) to discuss the reconciliation of unrealized gains and next steps regarding 2021 amended tax return filings and 2022 original tax return filings. | $750.00 | 0.5 | $375.00 |
| Krozek, Derek | Review sales motion filed with the bankruptcy court. | $1,160.00 | 2.1 | $2,436.00 |
| Stern, Nethaniel | Tie out the unrealized gains in the payables variance tab within the summary reconciliation file provided by Voyager. | $630.00 | 2.3 | $1,449.00 |
| Stern, Nethaniel | Draft IRS Form 3115 - Application for change in accounting method - related to mark to market unrealized gains/loss. | $630.00 | 3.4 | $2,142.00 |
| Stern, Nethaniel | Meeting with A. Turenshine, S. Azus (Deloitte) to discuss the reconciliation of unrealized gains and next steps regarding 2021 amended tax return filings and 2022 original tax return filings. | $630.00 | 0.5 | $315.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

### March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| **03/23/2023** | | | | |
| Turenshine, Aaron | Meeting with N. Stern, S. Azus (Deloitte) to discuss the reconciliation of unrealized gains and next steps regarding 2021 amended tax return filings and 2022 original tax return filings. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Analyze unrealized gain/loss schedules provided by W. Chan (Voyager). | $1,160.00 | 2.8 | $3,248.00 |
| **03/24/2023** | | | | |
| Azus, Scott | Prepare the mark to market narrative pertaining to the application for change in accounting method. | $750.00 | 1.3 | $975.00 |
| Stern, Nethaniel | Draft IRS Form 3115 - Application for Change in Accounting Method - related to mark to market unrealized gains/loss. | $630.00 | 1.8 | $1,134.00 |
| **03/26/2023** | | | | |
| Azus, Scott | Tie monthly profit and loss to 2021 filed tax return - tie and reconcile the unrealized gain M1 adjustments in the tax return . | $750.00 | 2.4 | $1,800.00 |
| **03/27/2023** | | | | |
| Azus, Scott | Tie monthly profit and loss to 2021 filed tax return - tie reconcile the M1 adjustments made in the tax return. | $750.00 | 1.1 | $825.00 |
| Azus, Scott | Meeting with A. Turenshine, N. Stern, C. Wilson, T. Weiss (partial), T. Heyman (Deloitte) to discuss tax exposure concerns regarding cash tax and next steps in calculating and reconciling these items. | $750.00 | 1.1 | $825.00 |
| Heyman, Tom | Prepare 2020 tax return to trial balance reconciliation workpaper, highlighting the movement of account balances from GAAP to tax basis. | $630.00 | 3.1 | $1,953.00 |

6

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 03/27/2023 | | | | |
| Heyman, Tom | Meeting with A. Turenshine, S. Azus, N. Stern, C. Wilson, T. Weiss (partial) (Deloitte) o discuss tax exposure concerns regarding cash tax and next steps in calculating and reconciling these items. | $630.00 | 1.1 | $693.00 |
| Krozek, Derek | Update summary of state income tax filings and refund claims. | $1,160.00 | 1.9 | $2,204.00 |
| Stern, Nethaniel | Calculate the coin prices of customer and voyager positions for differences between monthly roll. | $630.00 | 0.5 | $315.00 |
| Stern, Nethaniel | Meeting with A. Turenshine, S. Azus, C. Wilson, T. Weiss (partial), T. Heyman (Deloitte) o discuss tax exposure concerns regarding cash tax and next steps in calculating and reconciling these items. | $630.00 | 1.1 | $693.00 |
| Turenshine, Aaron | Meeting with S. Azus, N. Stern, C. Wilson, T. Weiss (partial), T. Heyman (Deloitte) o discuss tax exposure concerns regarding cash tax and next steps in calculating and reconciling these items. | $1,160.00 | 1.1 | $1,276.00 |
| Turenshine, Aaron | Analyze unrealized gain/loss detail - outlining next steps for rebalancing calculation and calculations of tax exposure for amended tax returns and the 2022 originally filed return. | $1,160.00 | 4.6 | $5,336.00 |
| Weiss, Thomas | Meeting (partial) with A. Turenshine, S. Azus, N. Stern, C. Wilson, T. Heyman (Deloitte) o discuss tax exposure concerns regarding cash tax and next steps in calculating and reconciling these items. | $630.00 | 1.0 | $630.00 |
| Wilson, Clinton | Meeting with A. Turenshine, S. Azus, N. Stern, T. Weiss (partial), T. Heyman (Deloitte) o discuss tax exposure concerns regarding cash tax and next steps in calculating and reconciling these items. | $630.00 | 1.1 | $693.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 03/28/2023 | | | | |
| Azus, Scott | Prepare monthly summary reconciliation file updates in order to assess the source of unrealized gain and loss on Voyager's books - tying out inventory and payable roll forward to clients books. | $750.00 | 0.3 | $225.00 |
| Azus, Scott | Meeting with A. Turenshine, T. Heyman, C. Wilson, T. Weiss, N. Stern (Deloitte) to discuss next steps in the rebalancing calculation, tying the prior years returns to the trial balance, and creating a monthly summary for 2022. | $750.00 | 2.0 | $1,500.00 |
| Heyman, Tom | Prepare 2020 tax return to trial balance reconciliation workpaper, highlighting the movement of account balances from GAAP to tax basis. | $630.00 | 2.5 | $1,575.00 |
| Heyman, Tom | Meeting with A. Turenshine, S. Azus, C. Wilson, T. Weiss, N. Stern (Deloitte) to discuss next steps in the rebalancing calculation, tying the prior years returns to the trial balance, and creating a monthly summary for 2022. | $630.00 | 2.0 | $1,260.00 |
| Krozek, Derek | Continue to research application of inversion rules. | $1,160.00 | 1.6 | $1,856.00 |
| Stern, Nethaniel | Prepare a monthly roll of 2022 inventory and payables for difference between months to tie out the marks. | $630.00 | 4.7 | $2,961.00 |
| Stern, Nethaniel | Meeting with A. Turenshine, S. Azus, T. Heyman, C. Wilson, T. Weiss (Deloitte) to discuss next steps in the rebalancing calculation, tying the prior years returns to the trial balance, and creating a monthly summary for 2022. | $630.00 | 2.0 | $1,260.00 |
| Turenshine, Aaron | Meeting with S. Azus, T. Heyman, C. Wilson, T. Weiss, N. Stern (Deloitte) to discuss next steps in the rebalancing calculation, tying the prior years returns to the trial balance, and creating a monthly summary for 2022. | $1,160.00 | 2.0 | $2,320.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 03/28/2023 | | | | |
| Turenshine, Aaron | Analyze tax calculations for rebalancing transaction assessing tax gain/loss from bankruptcy related events (3AC loan loss, customer payable haircut). | $1,160.00 | 2.4 | $2,784.00 |
| Weiss, Thomas | Meeting with A. Turenshine, S. Azus, T. Heyman, C. Wilson, N. Stern (Deloitte) to discuss next steps in the rebalancing calculation, tying the prior years returns to the trial balance, and creating a monthly summary for 2022. | $630.00 | 2.0 | $1,260.00 |
| Wilson, Clinton | Meeting with A. Turenshine, S. Azus, T. Heyman, T. Weiss, N. Stern (Deloitte) to discuss next steps in the rebalancing calculation, tying the prior years returns to the trial balance, and creating a monthly summary for 2022. | $630.00 | 2.0 | $1,260.00 |
| 03/29/2023 | | | | |
| Azus, Scott | Meeting with T. Heyman, A. Turenshine, C. Wilson, T. Weiss, N. Stern (Deloitte) to discuss status and questions regarding the rebalancing calculation, tying the prior years returns to the trial balance and monthly summary reconciliation for 2022. | $750.00 | 0.5 | $375.00 |
| Azus, Scott | Continue to prepare monthly summary reconciliation file updates in order to assess the source of unrealized gain and loss on Voyager's books - tying out inventory and payable roll forward to clients books. | $750.00 | 2.3 | $1,725.00 |
| Heyman, Tom | Meeting with S. Azus, A. Turenshine, C. Wilson, T. Weiss, N. Stern (Deloitte) to discuss status and questions regarding the rebalancing calculation, tying the prior years returns to the trial balance and monthly summary reconciliation for 2022. | $630.00 | 0.5 | $315.00 |
| Heyman, Tom | Prepare 2020 tax return to trial balance reconciliation workpaper, highlighting the movement of account balances from GAAP to tax basis. | $630.00 | 0.6 | $378.00 |

9

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 03/29/2023 | | | | |
|   Stern, Nethaniel | Analyze the 2022 monthly asset reconciliation summary. | $630.00 | 1.9 | $1,197.00 |
|   Stern, Nethaniel | Meeting with S. Azus, T. Heyman, A. Turenshine, C. Wilson, T. Weiss (Deloitte) to discuss status and questions regarding the rebalancing calculation, tying the prior years returns to the trial balance and monthly summary reconciliation for 2022. | $630.00 | 0.5 | $315.00 |
|   Turenshine, Aaron | Analyze action required to make an election under IRC Section 475 mark to market. | $1,160.00 | 0.8 | $928.00 |
|   Turenshine, Aaron | Meeting with S. Azus, T. Heyman, C. Wilson, T. Weiss, N. Stern (Deloitte) to discuss status and questions regarding the rebalancing calculation, tying the prior years returns to the trial balance and monthly summary reconciliation for 2022. | $1,160.00 | 0.5 | $580.00 |
|   Weiss, Thomas | Meeting with S. Azus, T. Heyman, A. Turenshine, C. Wilson, N. Stern (Deloitte) to discuss status and questions regarding the rebalancing calculation, tying the prior years returns to the trial balance and monthly summary reconciliation for 2022. | $630.00 | 0.5 | $315.00 |
|   Wilson, Clinton | Meeting with S. Azus, T. Heyman, A. Turenshine, T. Weiss, N. Stern (Deloitte) to discuss status and questions regarding the rebalancing calculation, tying the prior years returns to the trial balance and monthly summary reconciliation for 2022. | $630.00 | 0.5 | $315.00 |
| 03/30/2023 | | | | |
|   Stern, Nethaniel | Summarize the 2022 monthly reconciliation related to the inventory and payable balances. | $630.00 | 1.8 | $1,134.00 |
|   Turenshine, Aaron | Analyze unrealized gain/loss calculations. | $1,160.00 | 1.8 | $2,088.00 |

10

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 03/30/2023 | | | | |
| Wilson, Clinton | Review W. Chan's (Voyager) explanations and excel files for 2021 questions related to asset inventory rollforward. | $630.00 | 0.9 | $567.00 |
| 03/31/2023 | | | | |
| Krozek, Derek | Review client correspondence related to questions posed on information provided related to asset inventory rollforward. | $1,160.00 | 2.1 | $2,436.00 |
| Turenshine, Aaron | Call with S. Lee (Deloitte) to discuss 2022 tax return filings and status of amended returns and rebalancing calculations. | $1,160.00 | 0.7 | $812.00 |
| Subtotal for Tax Advisory Services: | | | 119.6 | $103,513.00 |
| **Total** | | | 130.7 | $107,593.00 |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Boulos, Ala'a | $1,160.00 | 1.0 | $1,160.00 |
| Gibian, Craig | $1,160.00 | 1.6 | $1,856.00 |
| Krozek, Derek | $1,160.00 | 21.9 | $25,404.00 |
| Turenshine, Aaron | $1,160.00 | 25.1 | $29,116.00 |
| Azus, Scott | $750.00 | 19.5 | $14,625.00 |
| He, Jiasui | $750.00 | 1.0 | $750.00 |
| Heyman, Tom | $630.00 | 10.3 | $6,489.00 |
| Stern, Nethaniel | $630.00 | 30.1 | $18,963.00 |
| Weiss, Thomas | $630.00 | 4.5 | $2,835.00 |
| Wilson, Clinton | $630.00 | 6.5 | $4,095.00 |
| Gutierrez, Dalia | $250.00 | 9.2 | $2,300.00 |

11