UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF
POTTER ANDERSSON & CORROON LLP FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
DELAWARE COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR
THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Name of Applicant: | Potter Anderson & Corroon LLP | |
|---|---|---|
| Applicant's Role in Case: | Delaware Counsel to Voyager Digital Holdings, *et al.* | |
| Date Order of Employment Signed: | January 24, 2023 [Docket No. 904] | |
| Time period covered by this statement: | Beginning of Period | End of Period[2] |
| | February 1, 2023 | February 28, 2023 |
| Summary of Total Fees and Expenses Requested: | | |
| Total fees requested in this statement: | $36,226.40<br>(80% of $45,283.00) | |
| Total expenses requested in this statement: | $0.00 | |
| Total fees and expenses requested in this statement: | $45,283.00 | |
| This is a(n):   _X_ Monthly Application ___ Interim Application ___ Final Application | | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] This statement consists of fees and expenses incurred from February 1, 2023 through February 28, 2023.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Potter Anderson & Corroon LLP as Delaware Counsel for the Debtors Effective as of November 30, 2022,* dated January 24, 2023 [Docket No. 904], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Potter Anderson & Corroon LLP ("Potter Anderson"), Delaware counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Second Monthly Fee Statement of Potter Anderson & Corroon LLP for Compensation for Services and Reimbursement of Expenses as Delaware Counsel to the Debtors for the Period from February 1, 2023 Through February 28, 2023* (this "Fee Statement").[3] Specifically, Potter Anderson seeks (i) interim allowance of $45,283.00 for the reasonable compensation for actual, necessary legal services that Potter Anderson rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $36,226.40, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Potter Anderson incurred in connection with such services during the Fee Period (*i.e.*, $45,283.00); (iii) allowance and payment of $0.00 for the actual, necessary expenses that Potter Anderson incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Potter Anderson partners, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Potter

---

[3] The period from February 1, 2023, through and including February 28, 2023, is referred to herein as the "Fee Period."

Anderson established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Potter Anderson incurred $45,283.00 in fees during the Fee Period. Pursuant to this Fee Statement, Potter Anderson seeks reimbursement for 80% of such fees (i.e., $36,226.40 in the aggregate).

2. Attached hereto as **Exhibit B** is a schedule of Potter Anderson professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $629.81.[4] The blended hourly billing rate of all paraprofessionals is $350.00.[5]

3. Attached hereto as **Exhibit C** are the time records of Potter Anderson, which provide a daily summary of the time spent by each Potter Anderson professional during the Fee Period as well as an itemization of expenses by project category.

## Notice

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' solicitation agent at https://cases.stretto.com/Voyager. The Debtors submit that no other or further notice be given.

---

[4] The blended hourly billing rate of $620.56 for attorneys is derived by dividing the total fees for attorneys of $44,618.00 by the total hours of 71.90 for those same attorneys.

[5] The blended hourly billing rate of $350.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $665.00 by the total hours of 1.90 for these same paraprofessionals.

WHEREFORE, Potter Anderson, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $45,283.00 for the reasonable and necessary legal services that Potter Anderson rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $36,226.40, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Potter Anderson rendered to the Debtors (i.e., $45,283.00); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that Potter Anderson incurred in connection with such services during the Fee Period.

| | |
|---|---|
| Dated: April 19, 2023<br>Wilmington, Delaware | */s/ Christopher M. Samis*<br>**POTTER ANDERSON & CORROON LLP**<br>Christopher M. Samis<br>Aaron H. Stulman<br>Sameen Rizvi<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>astulman@potteranderson.com<br>srizvi@potteranderson.com<br><br>*Delaware Counsel to the Debtors and Debtors in Possession* |

# Exhibit A

## Statement of Fees and Expenses By Project Category

| PROJECT CATEGORY | PROJECT DESCRIPTION | HOURS | FEES ($) | EXPENSES ($) | TOTAL AMOUNT OF FEES AND EXPENSES ($) |
|---|---|---|---|---|---|
| AP | Litigation/Adversary Proceedings | 29.30 | 17,304.50 | 0.00 | 17,304.50 |
| BO | Business Operations | 0.40 | 346.00 | 0.00 | 346.00 |
| CA | Case Administration | 28.60 | 16,333.00 | 0.00 | 16,333.00 |
| CH | Court Appearances/Communications/Hearings | 5.20 | 3,573.50 | 0.00 | 3,573.50 |
| CR | Financing/Cash Collateral/DIP | 0.50 | 432.50 | 0.00 | 432.50 |
| EA | Employment Applications/Objections | 1.40 | 1,089.50 | | 1,089.50 |
| EC | Executory Contracts and Leases | 2.90 | 2,508.50 | 0.00 | 2,508.50 |
| GA | Fee Applications/Objections | 2.60 | 1,916.000 | 0.00 | 1,916.00 |
| PL | Plan and Disclosure Statement | 1.80 | 828.00 | 0.00 | 828.00 |
| SA | Asset Disposition/Use, Sale | 1.10 | 951.50 | 0.00 | 951.50 |
| E112 | Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Totals** | | **73.80** | **$45,283.00** | **$ 0.00** | **$45,283.00** |

**Exhibit B**

**Attorneys' and Paraprofessionals' Information**

The Potter Anderson attorneys who rendered professional services in these cases during the Fee Period are:

| ATTORNEY | POSITION WITH THE APPLICANT | YEAR ADMITTED | DEPARTMENT | HOURLY BILLING RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|---|---|---|
| Christopher M. Samis | Partner | 2006 | General Litigation/Bankruptcy | 865.00 | 24.20 | 20,933.00 |
| John A. Sensing | Partner | 2004 | General Litigation | 785.00 | 0.60 | 471.00 |
| Aaron H. Stulman | Partner | 2012 | General Litigation/Bankruptcy | 675.00 | 7.20 | 4,860.00 |
| Sameen Rizvi | Associate | 2022 | General Litigation/Bankruptcy | 460.00 | 39.90 | 18,354.00 |
| **TOTALS FOR ATTORNEYS** | | | | | **71.90** | **$44,618.00** |

The paraprofessionals of Potter Anderson who rendered professional services in these cases during the Fee Period are:

| PARAPROFESSIONAL | POSITION WITH THE APPLICANT | NUMBER OF YEARS IN THAT POSITION | DEPARTMENT | HOURLY BILLING RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|---|---|---|
| Shannon J. Hamlin | Paralegal | 19 | General Litigation | 350.00 | 1.90 | 665.00 |
| **TOTALS FOR PARAPROFESSIONALS** | | | | | **1.90** | **$ 665.00** |

**TOTAL FEES REQUESTED FOR ATTORNEYS AND PARAPROFESSIONALS**   **$45,283.00**

## Exhibit C

**Detailed Description of Time Records and Expenses**



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

|  |  |
|---|---|
| | April 18, 2023 |
| | Bill Number    292914 |
| Voyager Digital Ltd. | File Number    22731.00001 |
| Attn: Stephen Ehrlich | |
| 33 Irving Pl | |
| New York, NY  10003 | |

Email: sehrlich@investvoyager.com

For legal services rendered as more fully set forth in the attached statement.

| | |
|---|---:|
| Legal Services | $45,283.00 |
| Bill Total | $45,283.00 |
| | |
| Previous Balance | $19,283.70 |
| **Grand Total Due** | **$64,566.70** |

**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
| | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | 22731-00001 |

CMS



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

Voyager Digital Ltd.
Attn: Stephen Ehrlich
33 Irving Pl
New York, NY  10003

April 18, 2023
Bill Number    292914
File Number    22731.00001

RE: FTX Trading, Ltd.

Through February 28, 2023

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| **Litigation/Adversary Proceedings** | | | | | |
| 02/01/23 | AHSA | Litigation/Adversary Proceedings Call with FTX counsel re: complaint/response deadline (.3); correspondence with J. Sensing re: same (.1); correspondence with Voyager re: same (.2) | 0.60 Hrs | 675/hr | $405.00 |
| 02/01/23 | CMS | Litigation/Adversary Proceedings Review research re: service of preference complaint and strategic options | 0.60 Hrs | 865/hr | $519.00 |
| 02/02/23 | AHSA | Litigation/Adversary Proceedings Correspondence with K&E re: service issue (.1); correspondence with K. Brown re: same (.1); review hearing agenda (.1) | 0.30 Hrs | 675/hr | $202.50 |
| 02/03/23 | SR | Litigation/Adversary Proceedings Conduct research re adversary complaint against debtors, Wang, and Ellison | 1.20 Hrs | 460/hr | $552.00 |
| 02/03/23 | AHSA | Litigation/Adversary Proceedings Correspondence with co-counsel re: D&O research (.1); correspondence with S. Rizvi re: same (.1); review/analyze same (.2) | 0.40 Hrs | 675/hr | $270.00 |
| 02/04/23 | CMS | Litigation/Adversary Proceedings Review final pretrial order for Examiner motion | 0.60 Hrs | 865/hr | $519.00 |
| 02/04/23 | CMS | Litigation/Adversary Proceedings Review committee reply in support of 2004 motion | 0.40 Hrs | 865/hr | $346.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/06/23 | SR | Litigation/Adversary Proceedings Prepare for and attend 2/6 hearing (5.1); prepare summary re: same (.5); email A. Stulman & C Samis re same (.1) | 5.70 Hrs | 460/hr | $2,622.00 |
| 02/06/23 | AHSA | Litigation/Adversary Proceedings Correspondence with FTX re: service of complaint (.1); correspondence with Kirkland re: same (.2) | 0.30 Hrs | 675/hr | $202.50 |
| 02/07/23 | SR | Litigation/Adversary Proceedings Review pleadings filed on 2/6 and 2/7 (.7); prepare summary re: same (.3); email A. Stulman and C. Samis re same (.1) | 1.10 Hrs | 460/hr | $506.00 |
| 02/07/23 | AHSA | Litigation/Adversary Proceedings Correspondence with FTX and client re: service issue (.1); confer with C. Samis re: same (.1); call with FTX re: same (.2) | 0.40 Hrs | 675/hr | $270.00 |
| 02/07/23 | SR | Litigation/Adversary Proceedings Review agenda for 2/8 hearing (.2); email A. Stulman and S. Hamlin re same (.2) | 0.40 Hrs | 460/hr | $184.00 |
| 02/07/23 | SR | Litigation/Adversary Proceedings Review pleadings 2/6 (.4); prepare summary re: same (.1) | 0.50 Hrs | 460/hr | $230.00 |
| 02/08/23 | SR | Litigation/Adversary Proceedings Review pleadings filed 2/6 to 2/7 (1.0); prepare summary re: same (.2) | 1.20 Hrs | 460/hr | $552.00 |
| 02/08/23 | SR | Litigation/Adversary Proceedings Prepare for 2/8 hearing (1.5); emails with C. Samis and S. Hamlin re: cancellation of same (.2); emails with A. Stulman re: same (.2) | 1.90 Hrs | 460/hr | $874.00 |
| 02/09/23 | AHSA | Litigation/Adversary Proceedings Correspondence with Kirkland and C. Samis re: service issues (.1); confer with C. Samis re: same (.1) | 0.20 Hrs | 675/hr | $135.00 |
| 02/09/23 | CMS | Litigation/Adversary Proceedings Review removal deadline extension motion | 0.30 Hrs | 865/hr | $259.50 |
| 02/11/23 | CMS | Litigation/Adversary Proceedings Review motion to extend time to respond to Ad Hoc Customer complaint | 0.40 Hrs | 865/hr | $346.00 |
| 02/13/23 | SR | Litigation/Adversary Proceedings Prepare for 2/15 hearing | 1.50 Hrs | 460/hr | $690.00 |
| 02/14/23 | AHSA | Litigation/Adversary Proceedings Review summons and notice of pretrial conference (.2); correspondence with S. Rizvi re: same (.1) | 0.30 Hrs | 675/hr | $202.50 |
| 02/15/23 | SR | Litigation/Adversary Proceedings Prepare for 2/15 hearing and attend the same (1.2); prepare summary re: same | 1.60 Hrs | 460/hr | $736.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/15/23 | AHSA | Litigation/Adversary Proceedings Correspondence with S. Rizvi re: complaints/response (.1); correspondence with K&E re: same (.1) (.4) | 0.20 Hrs | 675/hr | $135.00 |
| 02/15/23 | CMS | Litigation/Adversary Proceedings Emails to A. Stulman re: complaint service issues and litigation review of J. Sensing | 0.20 Hrs | 865/hr | $173.00 |
| 02/16/23 | AHSA | Litigation/Adversary Proceedings Correspondence with K&E re: complaint (.3); confer with J. Sensing re: same (.4) | 0.70 Hrs | 675/hr | $472.50 |
| 02/17/23 | CMS | Litigation/Adversary Proceedings Review motion to extend deadline to file dischargeability complaint | 0.30 Hrs | 865/hr | $259.50 |
| 02/26/23 | AHSA | Litigation/Adversary Proceedings Correspondence with Kirkland re: extension/scheduling order (.2); correspondence with S. Rizvi re: same (.2) | 0.40 Hrs | 675/hr | $270.00 |
| 02/26/23 | SR | Litigation/Adversary Proceedings Conduct research re: scheduling order | 0.30 Hrs | 460/hr | $138.00 |
| 02/27/23 | SR | Litigation/Adversary Proceedings Review Voyager pleadings re stipulation (1.2); review FTX pleadings re: stipulation (.5); prepare summary re: same (.5); emails with A. Stulman and C. Samis re: same (.1) | 2.20 Hrs | 460/hr | $1,012.00 |
| 02/27/23 | CMS | Litigation/Adversary Proceedings Review FTX/Voyager/Creditors Committees stipulation and related 9019/objection and analyze impact on FTX litigation | 2.10 Hrs | 865/hr | $1,816.50 |
| 02/27/23 | CMS | Litigation/Adversary Proceedings Call w/ A. Stulman re: FTX/Voyager/Creditors Committees stipulation and related objection and impact on FTX litigation | 0.30 Hrs | 865/hr | $259.50 |
| 02/27/23 | CMS | Litigation/Adversary Proceedings Email to A. Stulman re: FTX/Voyager/Creditors Committees stipulation and related objection and impact on FTX litigation | 0.10 Hrs | 865/hr | $86.50 |
| 02/27/23 | AHSA | Litigation/Adversary Proceedings Review/analyze stipulation between FTX/Voyager/UCC (.5); call with C. Samis re: same (.2); call and correspondence with S. Rizvi re: plan schedule/litigation issues (.2); correspondence with S. Rizvi re: 9019 and motion to shorten (.1) | 1.00 Hrs | 675/hr | $675.00 |
| 02/28/23 | CMS | Litigation/Adversary Proceedings | 1.60 Hrs | 865/hr | $1,384.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | Complete review of FTX/Voyager/Creditors Committees stipulation and related 9019/objection and analysis of impact on FTX litigation | | | |
| | | **Total AP Litigation/Adversary Proceedings** | **29.30** | | **$17,304.50** |

**Business Operations**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/14/23 | CMS | Business Operations<br>Briefly review 2015.3 reports | 0.40 Hrs | 865/hr | $346.00 |
| | | **Total BO Business Operations** | **0.40** | | **$346.00** |

**Case Administration**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/01/23 | SR | Case Administration<br>Review/analyze preference complaint and related documents (1.2); prepare summary re: same (.2) | 1.40 Hrs | 460/hr | $644.00 |
| 02/02/23 | SR | Case Administration<br>Review/analyze pleadings filed 1/30 (.2); prepare summary re: same (.1) | 0.30 Hrs | 460/hr | $138.00 |
| 02/03/23 | SR | Case Administration<br>Review/analyze pleadings filed 1/30 to 2/3 (4.0); prepare summary re: same (.4) | 4.40 Hrs | 460/hr | $2,024.00 |
| 02/04/23 | CMS | Case Administration<br>Review revised Recognition Order | 1.30 Hrs | 865/hr | $1,124.50 |
| 02/06/23 | CMS | Case Administration<br>Participate in 2/6/23 hearing | 4.30 Hrs | 865/hr | $3,719.50 |
| 02/06/23 | CMS | Case Administration<br>Review and update critical dates | 0.20 Hrs | 865/hr | $173.00 |
| 02/08/23 | AHSA | Case Administration<br>Review/analyze weekly filing summary (.2); correspondence with S. Rizvi re: same (.1) | 0.30 Hrs | 675/hr | $202.50 |
| 02/08/23 | SJH | Case Administration<br>Research and review motions to be discussed at 2/8, obtain referenced motions for attorney review | 0.40 Hrs | 350/hr | $140.00 |
| 02/09/23 | SR | Case Administration<br>Review/analyze pleadings for 2/7 - 2/9; prepare summary re: same | 1.40 Hrs | 460/hr | $644.00 |
| 02/10/23 | SR | Case Administration<br>Review/analyze pleadings for 2/7 to 2/9 (1.9); prepare summary re same (.4). | 2.30 Hrs | 460/hr | $1,058.00 |
| 02/14/23 | AHSA | Case Administration<br>Review/analyze weekly filing summary | 0.30 Hrs | 675/hr | $202.50 |
| 02/14/23 | CMS | Case Administration<br>Review revised recognition order | 1.30 Hrs | 865/hr | $1,124.50 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/16/23 | JASA | Case Administration<br>Discuss case issues with A. Stulman; review emails with co-counsel re: case issues | 0.60 Hrs | 785/hr | $471.00 |
| 02/17/23 | SR | Case Administration<br>Review pleadings for 2/13 - 2/16 (1.2); prepare summary re: same (.5) | 1.70 Hrs | 460/hr | $782.00 |
| 02/20/23 | SR | Case Administration<br>Review/analyze 2/17 pleadings (2.0); prepare summary re same (.6); email A. Stulman and C. Samis re: same (.1) | 2.70 Hrs | 460/hr | $1,242.00 |
| 02/20/23 | AHSA | Case Administration<br>Review/analyze weekly filings summaries | 0.10 Hrs | 675/hr | $67.50 |
| 02/22/23 | SR | Case Administration<br>Review pleadings for 2/20 | 0.40 Hrs | 460/hr | $184.00 |
| 02/23/23 | SR | Case Administration<br>Review pleadings for 2/20 -2/22 (.8); prepare summary re: same (.2) | 1.00 Hrs | 460/hr | $460.00 |
| 02/27/23 | SR | Case Administration<br>Review pleadings for 2/22-2/24 (.4); prepare summary re: same (.1) | 0.50 Hrs | 460/hr | $230.00 |
| 02/28/23 | SR | Case Administration<br>Review pleadings filed 2/20 to 2/22 (1.0) and prepare summary re: same (.4) | 1.40 Hrs | 460/hr | $644.00 |
| 02/28/23 | SR | Case Administration<br>Review pleadings for 2/20 to 2/22 (1.8) and prepare summary re: same (.5). | 2.30 Hrs | 460/hr | $1,058.00 |
| | | **Total CA Case Administration** | **28.60** | | **$16,333.00** |

**Court Appearances/Communications/Hearings**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/02/23 | SJH | Court Appearances/Communications/Hearings<br>Research and obtain pleadings to be discussed in upcoming hearing for attorney review and preparation | 0.50 Hrs | 350/hr | $175.00 |
| 02/03/23 | CMS | Court Appearances/Communications/Hearings<br>Prepare for 2/6/23 hearing | 2.10 Hrs | 865/hr | $1,816.50 |
| 02/03/23 | CMS | Court Appearances/Communications/Hearings<br>Email to A. Stulman re: preparation for 2/6/23 hearing | 0.10 Hrs | 865/hr | $86.50 |
| 02/06/23 | AHSA | Court Appearances/Communications/Hearings<br>Review amended agenda (.1); review final pretrial order (.1); review/analyze hearing summary (.2); correspondence with S. Rizvi re: same (.1) | 0.50 Hrs | 675/hr | $337.50 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/08/23 | SJH | Court Appearances/Communications/Hearings Review and analyze court docket regarding cancellation of hearing, correspond with attorneys re: hearing and agenda | 0.50 Hrs | 350/hr | $175.00 |
| 02/13/23 | AHSA | Court Appearances/Communications/Hearings Review hearing agenda | 0.10 Hrs | 675/hr | $67.50 |
| 02/13/23 | SJH | Court Appearances/Communications/Hearings Prepare attorney for 2/6/23 hearing by obtaining pleadings and documents to be discussed at upcoming hearing | 0.50 Hrs | 350/hr | $175.00 |
| 02/13/23 | CMS | Court Appearances/Communications/Hearings Review agenda for 2/15/23 hearing | 0.20 Hrs | 865/hr | $173.00 |
| 02/14/23 | CMS | Court Appearances/Communications/Hearings Arrange coverage and preparation for 2/15/23 hearing | 0.20 Hrs | 865/hr | $173.00 |
| 02/15/23 | AHSA | Court Appearances/Communications/Hearings Review/analyze hearing summary | 0.20 Hrs | 675/hr | $135.00 |
| 02/15/23 | CMS | Court Appearances/Communications/Hearings Review summary of 2/15/23 hearing | 0.30 Hrs | 865/hr | $259.50 |
| | | **Total CH Court Appearances/Communications/Hearings** | **5.20** | | **$3,573.50** |

**Financing/Cash Collateral/DIP**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/07/23 | CMS | Financing/Cash Collateral/DIP Attention to budget reporting and case strategy | 0.30 Hrs | 865/hr | $259.50 |
| 02/07/23 | CMS | Financing/Cash Collateral/DIP Emails to K. More and A. Smith re: budget reporting and case strategy | 0.20 Hrs | 865/hr | $173.00 |
| | | **Total CR Financing/Cash Collateral/DIP** | **0.50** | | **$432.50** |

**Employment Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 02/14/23 | CMS | Employment Applications/Objections Review reply in support of FTI retention and related documents | 1.10 Hrs | 865/hr | $951.50 |
| 02/16/23 | SR | Employment Applications/Objections Review Voyager interim compensation order | 0.30 Hrs | 460/hr | $138.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | **Total EA Employment Applications/Objections** | **1.40** | | **$1,089.50** |
| **Executory Contract and Leases** | | | | | |
| 02/07/23 | CMS | Executory Contract and Leases Review proposed cure notice | 0.30 Hrs | 865/hr | $259.50 |
| 02/07/23 | CMS | Executory Contract and Leases Review proposed cure notice | 1.20 Hrs | 865/hr | $1,038.00 |
| 02/17/23 | CMS | Executory Contract and Leases Review second omnibus motion to reject executory contracts | 0.80 Hrs | 865/hr | $692.00 |
| 02/23/23 | CMS | Executory Contract and Leases Review motion to extend time to reject leases | 0.60 Hrs | 865/hr | $519.00 |
| | | **Total EC Executory Contract and Leases** | **2.90** | | **$2,508.50** |
| **Fee Applications/Objections** | | | | | |
| 02/09/23 | CMS | Fee Applications/Objections Review/revise January and prior bill memos for compliance with Local Rules | 1.00 Hrs | 865/hr | $865.00 |
| 02/16/23 | CMS | Fee Applications/Objections Email to A. Stulman re: paralegal assignment and fee applications | 0.10 Hrs | 865/hr | $86.50 |
| 02/20/23 | CMS | Fee Applications/Objections Emails to A. Stulman re: fee application process | 0.20 Hrs | 865/hr | $173.00 |
| 02/20/23 | AHSA | Fee Applications/Objections Correspondence with Kirkland re: fee apps (.1); correspondence with M. Romano, S. Rizvi, and C. Samis re: same (.2) | 0.30 Hrs | 675/hr | $202.50 |
| 02/20/23 | SR | Fee Applications/Objections Review/analyze interim comp order and PAC retention order (.3); emails with A. Stulman and M. Romano re: same (.1) | 0.40 Hrs | 460/hr | $184.00 |
| 02/27/23 | AHSA | Fee Applications/Objections Review/revise bill memo for compliance with local rules | 0.60 Hrs | 675/hr | $405.00 |
| | | **Total FA Fee Applications/Objections** | **2.60** | | **$1,916.00** |
| **Plan and Disclosure Statement** | | | | | |
| 02/28/23 | SR | Plan and Disclosure Statement Review/analyze plan and plan supplements re: employment of professionals and fee claims(1.5); prepare summary re: same (.3); emails A. Stulman re: same (.1). | 1.80 Hrs | 460/hr | $828.00 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | **Total PL Plan and Disclosure Statement** | **1.80** | | **$828.00** |
| **Asset Disposition/Use, Sale** | | | | | |
| 02/22/23 | CMS | Asset Disposition/Use, Sale<br>Review LedgerX sale order | 1.10 Hrs | 865/hr | $951.50 |
| | | **Total SA Asset Disposition/Use, Sale** | **1.10** | | **$951.50** |
| | | **Total** | | | **$45,283.00** |

LEGAL SERVICES SUMMARY

| | Time | Rate | Value |
|---|---|---|---|
| Christopher M. Samis | 24.20 Hrs | 865.00/hr | $20,933.00 |
| John A. Sensing | 0.60 Hrs | 785.00/hr | $471.00 |
| Aaron H. Stulman | 7.20 Hrs | 675.00/hr | $4,860.00 |
| Sameen Rizvi | 39.90 Hrs | 460.00/hr | $18,354.00 |
| Shannon J. Hamlin | 1.90 Hrs | 350.00/hr | $665.00 |
| | 73.80 Hrs | | $45,283.00 |

Total Due This Bill                                                                                       $45,283.00

PREVIOUS BILLS OUTSTANDING

| Invoice # | Invoice Date | Invoice Amount |
|---|---|---|
| 291584 | 03/02/23 | 19,283.70 |

**GRAND TOTAL DUE**                                                                  **$64,566.70**

CMS