UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK              Chapter 11

                                            Case No: 22-10943 (MEW)

                                            Judge Wiles

In re:

VOYAGER DIGITAL HOLDINGS INC., et al.,

        Debtors.


**REPONSE TO CLAIM AMOUNT AND WHAT MY CLAIM AMOUNT SHOULD BE ACCORDING TO THE CALCUATIONS PROVIDED BY KIRKLAND AND ELLIS**

To begin,

    I would like to note that Exhibit A-1 is wrong. It states coin purchases, these were not purchases and transfers from another wallet. Please see page 13 DOC 1254. I'm not saying there committing fraud or anything but, they are wrong, and this is false reporting. A very punishable office I believe, and this seems to be extortion, bribery, punitive damages should be paid to us creditors' but well talk about that later at another time and date because, we all know how punctual and very important time is regarding this bankruptcy case. Some call it a Ponzi scheme, some call it theft, regardless, and none the less, this is against the very nature and content of the Chapter 11 filing. Over 8 months and the only money going out is to that man who failed the

creditors, and Voyager Digital Holdings INC. et., al., 1, but most of all the money to these baseless and useless firms that have no creditor benefit whatsoever. Third party LLC'S manipulated by the powers that be. Let's not even begin to go back and mention how my crypto transfer was not even validated on the blockchain. That's fraud and manipulation and misuse of customers funds right there. Hello, where is the SEC, Mr. Gary Gensler, where are you? Why is FTX recovering funds before Voyager, and they caused all this chaos? Where is the criminal indictments, oh I know they tried to scam us out of it and not be responsible.

None the less, back to the issue at hand about my claim amount. Now, for the ADA calculations. November 9 there was a deposit of 3,512.5 ADA. Now, if we look at my reward for July 1, 11:07 am it says my annual %r ate was 3 and my average daily balance was 3,591.9 ADA. When did they file for bankruptcy again? Doesn't make sense right. Now, let's do simple map.

If my reward rate for the month of December which was cleared on the first was 4.50% and my correct balance should have been 3,512.5 x 4.50 % divided by 12 months would give us, 4.50 % divided by 12 months would give us 0.00375x3.512.5= 13.171875 as my reward amount. 13.171975+3512.5= 3,525.67188 ADA. Now let's take my correct balance and add the month of January 1 at 4:29 PM.  3,525.67188x0.00375=13.2212695 in rewards. So 3,525.67188+13.2212695= 3,538.89315 ADA. Now let's look at February 1, 12:24 PM. Same rate and the daily balance should be 3,538.89315. so, 3,538.89315x0.00375= 13.2708493 in rewards. So 3,538.89315+13.2708493=3,552.164 ADA. Now for the month of March at 3:39 AM, the rate dropped so 4.00% divided by 12 months gives us 0.00333333. with that, 3,552.164 x 0.00333333 = 11.8405467 in rewards. So, 3,552.164 + 11.8405467 = 3564.00455 ADA.

NOW, IN April, at 4:51 AM. The rate was 4.00% so 3564.0045x0.00333333= 11.8800031 in rewards. 3,564.0045 + 11.8800031 = 3,575.8845 in ADA May 1 3:04 PM, annual rate decreased again month after month, anyways, the rate was 3.50 %. So, 3,575.8845 x 0.00291667 = 10.429675 in rewards. 3,575.8845 + 10.429675 = 3,586.31418 ADA. As for the month of June 11:01 AM, the daily balance should have been 3,586.31418 x 0.00291667= 10.460095 in rewards. So that plus the daily balance should have been 3,596.77427 ADA. Now the disastrous month, July 1 11:07 Am the rate was 3.00 % and the average daily balance should have been 3,596.77427 ADA. So, 3,596.77427 x 0.0025 = 8.99193568 in rewards; In total, showing my ADA balance should be 3,605.76621.

    Now for the Ethereum calculations

Nov 9, deposit of 4.03768 ETH. December the rate was 4.60 [ 0.38333333 in rewards] which would be 4.05315777 ETH after my rewards. I think you get the picture here judge it would just be a waste of writing and time if I were to continue based off their own calculations you can see that they have made a mistake and I request the relief of this to be fixed and my claim amount updated accordingly.

Submitted,

Alex Shehadeh

exclusivetrends708@gmail.com