UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) Case No. 22-10943 (MEW) |
|  | ) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket Nos. 1278-1280** |

## CERTIFICATE OF SERVICE

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2023, I caused to be served the:

   a. "Sixth Monthly Fee Statement of Epiq Corporate Restructuring, LLC for Compensation for Services and Reimbursement of Expenses as Noticing and Information Agent for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.*, for the Period From December 1, 2022 Through December 31, 2022," dated April 10, 2023 [Docket No. 1278],

   b. "Seventh Monthly Fee Statement of Epiq Corporate Restructuring, LLC for Compensation for Services and Reimbursement of Expenses as Noticing and Information Agent for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.*, for the Period From January 1, 2023 Through January 31, 2023," dated April 10, 2023 [Docket No. 1279], and

   c. "Eighth Monthly Fee Statement of Epiq Corporate Restructuring, LLC for Compensation for Services and Reimbursement of Expenses as Noticing and Information Agent for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.*, for the Period From February 1, 2023 Through February 28, 2023," dated April 10, 2023 [Docket No. 1280],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

by causing true and correct copies to be:

    i.    enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *Voyager Digital Holdings, Inc., Attn: David Brosgol and Brian Nistler, 33 Irving Place, Suite 3060, New York, New York 10003*, and

    ii.    delivered via electronic mail to those parties listed on the annexed Exhibit A.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                  */s/ Sharna Wilson*
                                                  Sharna Wilson

# EXHIBIT A

VOYAGER DIGITAL HOLDINGS, INC., *et. al*. - Case No. 22-10943 (MEW)
Email Service Parties List

| Name | Attn | Email |
|---|---|---|
| Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C. | jsussberg@kirkland.com |
| Kirkland & Ellis LLP | Attn: Christopher Marcus, P.C. | cmarcus@kirkland.com |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, P.C. | christine.okike@kirkland.com |
| Kirkland & Ellis LLP | Attn: Allyson B. Smith | allyson.smith@kirkland.com |
| Office of the United States Trustee | Attn: Mark Bruh, Esq. | mark.bruh@usdoj.gov |
| Office of the United States Trustee | Attn: Richard C. Morrissey, Esq. | richard.morrissey@usdoj.gov |
| McDermott Will & Emery LLP | Attn: John J. Calandra | jcalandra@mwe.com |
| McDermott Will & Emery LLP | Attn: Joseph B. Evans | jbevans@mwe.com |
| McDermott Will & Emery LLP | Attn: Darren Azman | dazman@mwe.com |