**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### EIGHTH MONTHLY FEE STATEMENT OF STRETTO, INC. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

| Name of Applicant: | Stretto, Inc. | |
|---|---|---|
| **Applicant's Role in Case:** | **Administrative Advisor to Voyager Digital Holdings, Inc., *et al.*** | |
| **Date Order of Employment Signed:** | **August 4, 2022 [Docket No. 241]** | |
| **Time Period covered by this statement:** | **Beginning Period** | **End Period[2]** |
| | **February 1, 2023** | **February 28, 2023** |

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| **Total fees requested in this statement:** | **$58,371.78** **(80% of $72,964.72 )** |
| **Total expenses requested in this statement:** | **$0.00** |
| **Total fees and expenses requested in this statement:** | **$58,371.78** |
| This is a(n):  __X__ Monthly Application ____ Interim Application ____ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2]    This statement consists of fees and expenses from February 1, 2023 through February 28, 2023.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date* [Docket No. 241], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Stretto, Inc. ("Stretto"), administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Eighth Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period from February 1, 2023 through February 28, 2023* (this "Fee Statement").[3]  Specifically, Stretto seeks: (i) interim allowance of $72,964.72 for the reasonable compensation for actual, necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $58,371.78, which is equal to 80% of the total amount of reasonable compensation for actual, necessary professional administrative services that Stretto incurred in connection with such services during the Fee Period (*i.e.*, $72,964.72); and (iii) allowance and payment of $0.00 for the actual, necessary expenses that Stretto incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.        Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Stretto professionals during the Fee Period with respect to each of the project categories Stretto established in accordance with its internal billing

---

[3]    The period from February 1, 2023, through and including February 28, 2023, is referred to herein as the "Fee Period."

procedures. As reflected in **Exhibit A**, Stretto incurred $72,964.72[4] in fees during the Fee Period.
Pursuant to this Fee Statement, Stretto seeks reimbursement for 80% of such fees (*i.e.*, $58,371.78
in the aggregate).

2.      Attached hereto as **Exhibit B** is a schedule of Stretto professionals, including the
standard hourly rate for each professional who rendered services to the Debtors in connection with
these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked,
and the amount of fees earned by each professional. The blended hourly billing rate of
professionals for all services provided during the Fee Period is $181.23.

3.      Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total
amount of payment sought with respect to each category of expenses for which Stretto is seeking
payment in this Fee Statement. All of these disbursements comprise the requested sum for Stretto's
out-of-pocket expenses, which total $0.00.

4.      Attached hereto as **Exhibit D** are the time records of Stretto, which provide a daily
summary of the time spent by each Stretto professional during the Fee Period.

### **Notice**

5.      Stretto will provide notice of this Fee Statement in accordance with the Interim
Compensation Order.  A copy of this Fee Statement is also available on the website of the Debtors'
claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager.  Stretto submit that no
other or further notice be given.

*[Remainder of page intentionally left blank]*

---

[4]    Listed amount of fees requested is net of a contractual discount in the amount of $18,241.18.

WHEREFORE, Stretto, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $72,964.72 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $58,371.78, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors (i.e., $72,964.72); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that Stretto incurred in connection with such services during the Fee Period.

Dated: April 21, 2023
      Irvine, California

Respectfully submitted,

*/s/ Brian Karpuk*
Brian Karpuk
410 Exchange, Ste. 100
Irvine, California 92602
Tel:  (312) 523-9564
Email:  brian.karpuk@stretto.com

*Administrative Advisor for Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Statement of Fees and Expenses By Project Category**

### Statement of Fees and Expenses By Project Category

| Project Category | Hours | Fees |
|---|---:|---:|
| Claims Reconciliation | 121.7 | $23,479.70 |
| Fee Applications | 11.3 | $2,180.90 |
| Hearings | 6.5 | $1,254.50 |
| Tabulation | 263.1 | $64,290.80 |
| Less Contractual Discount | | ($18,241.18) |
| **Totals** | **402.6** | **$72,964.72** |

**<u>Exhibit B</u>**

**Summary of Timekeepers Included in this Fee Statement**

## **Summary of Timekeepers Included in this Fee Statement**

| Name | Position | Rate | Hours | Total |
|------|----------|------|-------|-------|
| Jung Woo Song | Director of Securities | $268.00 | 15.9 | $4,261.20 |
| Alexa Westmoreland | Solicitation Associate | $243.00 | 0.6 | $145.80 |
| Clarissa Cu | Solicitation Associate | $243.00 | 0.9 | $218.70 |
| Amanda Hinchey | Solicitation Associate | $243.00 | 6.9 | $1,676.70 |
| Jeff Demma | Solicitation Associate | $243.00 | 2.6 | $631.80 |
| Michael Deboissiere | Solicitation Associate | $243.00 | 24.3 | $5,904.90 |
| Nancy Vandell | Solicitation Associate | $243.00 | 7.3 | $1,773.90 |
| Adam Fialkowski | Solicitation Associate / Director | $243.00 / $193.00 | 84.2 | $18,670.60 |
| Leticia Sanchez | Solicitation Associate / Director | $243.00 / $193.00 | 235.0 | $52,670.00 |
| Jamilla Dennis | Solicitation Associate / Senior Associate | $243.00 / $193.00 | 7.5 | $1,797.50 |
| Gregory Lesage | Solicitation Associate / Associate | $243.00 / $187.00 | 3.5 | $772.10 |
| Brian Karpuk | Managing Director | $193.00 | 5.5 | $1,061.50 |
| Nicholas Kennedy | Director | $193.00 | 8.4 | $1,621.20 |
| Less Contractual Discount | | | | ($18,241.18) |
| **Grand Total** | | | **402.6** | **$72,964.72** |
| **Blended Rate** | | | | **$181.23** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

**<u>Summary of Actual and Necessary Expenses for the Fee Period</u>**

| Expense Category | Expenses |
|---|---|
| None | $0.00 |

## Exhibit D

**Detailed Description of Time Records**

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/04/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare analysis of total claims pool | 2.8 | $193.00 | $540.40 |
| 02/06/2023 | Adam Fialkowski | Director | Claims Reconciliation | Communications with case counsel re: claims analysis matters | 1.1 | $193.00 | $212.30 |
| 02/08/2023 | Leticia Sanchez | Director | Claims Reconciliation | Finalize, circulate Governmental Claim Objection Exhibits to K&E team | 2.5 | $193.00 | $482.50 |
| 02/08/2023 | Gregory Lesage | Associate | Claims Reconciliation | Prepare claim objection exhibit re: governmental claims | 1.4 | $187.00 | $261.80 |
| 02/08/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare Disputed Amount Claims Objection Exhibit (Substantive) | 2.7 | $193.00 | $521.10 |
| 02/08/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare Disputed Amount Claims Objection Exhibit with USD (Substantive) | 2.3 | $193.00 | $443.90 |
| 02/08/2023 | Adam Fialkowski | Director | Claims Reconciliation | Review, revise omnibus claims objection exhibits | 3.2 | $193.00 | $617.60 |
| 02/09/2023 | Adam Fialkowski | Director | Claims Reconciliation | Update, generate reclassified claim objection exhibits | 2.7 | $193.00 | $521.10 |
| 02/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Update Schedule 2 - Disputed Amount Claims (Partial USD Claims) - Substantive Objection per comments from K&E team | 0.5 | $193.00 | $96.50 |
| 02/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Update Schedule 1 - Disputed Amount Claims - Substantive Objection per comments from K&E team | 0.5 | $193.00 | $96.50 |
| 02/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare, circulate Disputed Amount Claims Objection Exhibit (Substantive) to K&E team | 4.0 | $193.00 | $772.00 |
| 02/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Update Schedule 2A - Disputed USD Claims (Full USD Claims) per comments from K&E | 0.5 | $193.00 | $96.50 |
| 02/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Update Schedule 2B - Disputed USD Claims (Partial USD Claims) per comments from K&E | 0.5 | $193.00 | $96.50 |
| 02/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Finalize, circulate Disputed Amount Claims Objection Exhibit (Substantive) to K&E team | 1.0 | $193.00 | $193.00 |
| 02/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Update Schedule 1 - Disputed Amount Claims per comments from K&E | 0.5 | $193.00 | $96.50 |
| 02/10/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare updated Disputed Claims Schedule | 4.0 | $193.00 | $772.00 |
| 02/10/2023 | Leticia Sanchez | Director | Claims Reconciliation | Finalize updated Disputed Claims Schedule | 4.0 | $193.00 | $772.00 |
| 02/10/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review updated Disputed Claims Schedule | 2.0 | $193.00 | $386.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/10/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare, attend call re Claim Objection Exhibits with K&E team | 0.5 | $193.00 | $96.50 |
| 02/10/2023 | Adam Fialkowski | Director | Claims Reconciliation | Communications with case counsel re: governmental claims | 0.9 | $193.00 | $173.70 |
| 02/10/2023 | Adam Fialkowski | Director | Claims Reconciliation | Review, revise final omnibus objection exhibits | 2.3 | $193.00 | $443.90 |
| 02/11/2023 | Leticia Sanchez | Director | Claims Reconciliation | Finalize Schedule 2 with Disputed USD claims (full, partial) | 1.2 | $193.00 | $231.60 |
| 02/11/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare updated Disputed Claims Schedule | 2.5 | $193.00 | $482.50 |
| 02/11/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, update Disputed Claims Schedule per K&E comments | 3.0 | $193.00 | $579.00 |
| 02/11/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate Schedule 1 with Disputed Amount Claims (Claims made in cryptocurrency that do not match the debtors' records) | 2.8 | $193.00 | $540.40 |
| 02/11/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate Schedule 1 with Disputed Amount Claims (Claims made in cryptocurrency that do not match the debtors' records) | 2.7 | $193.00 | $521.10 |
| 02/11/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare Schedule 2 with Disputed USD claims (full, partial) | 3.0 | $193.00 | $579.00 |
| 02/11/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare revised disputed amount objection schedules | 2.2 | $193.00 | $424.60 |
| 02/11/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare revised disputed USD objection schedules | 2.2 | $193.00 | $424.60 |
| 02/11/2023 | Adam Fialkowski | Director | Claims Reconciliation | Perform voting analysis of potential claims objections | 2.1 | $193.00 | $405.30 |
| 02/11/2023 | Adam Fialkowski | Director | Claims Reconciliation | Perform voting analysis of potential claims objections | 2.0 | $193.00 | $386.00 |
| 02/12/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare revised disputed priority objection schedules | 2.7 | $193.00 | $521.10 |
| 02/12/2023 | Adam Fialkowski | Director | Claims Reconciliation | Review objection exhibits for final changes | 1.9 | $193.00 | $366.70 |
| 02/12/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare, circulate updated Schedule 1 (Disputed Amount Claims) to K&E team | 1.5 | $193.00 | $289.50 |
| 02/12/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare, circulate claim objection data points to K&E team | 1.0 | $193.00 | $193.00 |
| 02/14/2023 | Leticia Sanchez | Director | Claims Reconciliation | Teleconference with K&E team re status of claim action | 0.5 | $193.00 | $96.50 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/14/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise, circulate updated Schedule 1 (disputed amount claims) to K&E team | 3.5 | $193.00 | $675.50 |
| 02/14/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare, circulate Schedule 2 (full, partial disputed USD claims) to K&E team | 3.1 | $193.00 | $598.30 |
| 02/14/2023 | Leticia Sanchez | Director | Claims Reconciliation | Revise Schedule 2 (full, partial disputed USD claims) to K&E team | 2.0 | $193.00 | $386.00 |
| 02/14/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise, circulate updated Schedule 1 (disputed amount claims) to K&E team | 1.8 | $193.00 | $347.40 |
| 02/15/2023 | Leticia Sanchez | Director | Claims Reconciliation | Revise Voting Amount Report to reflect review and modifications of claims per the Omnibus Claim Objection (DN 993) | 3.0 | $193.00 | $579.00 |
| 02/16/2023 | Jamilla Dennis | Senior Associate | Claims Reconciliation | Teleconference with K&E team re: claim objection inquiries | 0.5 | $193.00 | $96.50 |
| 02/16/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate Master Unredacted Claim Objection Schedule 1-3 | 2.1 | $193.00 | $405.30 |
| 02/16/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate Master Unredacted Claim Objection Schedule 1-3 | 2.1 | $193.00 | $405.30 |
| 02/17/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare updated Disputed Claims Objection Schedule master file | 1.7 | $193.00 | $328.10 |
| 02/17/2023 | Adam Fialkowski | Director | Claims Reconciliation | Communications with K&E team re: claim objections data analysis | 0.8 | $193.00 | $154.40 |
| 02/21/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare updated Schedule 1 (disputed claim amounts) | 1.0 | $193.00 | $193.00 |
| 02/21/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise Schedule 1 (disputed claim amounts) | 2.0 | $193.00 | $386.00 |
| 02/21/2023 | Leticia Sanchez | Director | Claims Reconciliation | Further review, revisions to Schedule 1 (disputed claim amounts) | 2.0 | $193.00 | $386.00 |
| 02/21/2023 | Adam Fialkowski | Director | Claims Reconciliation | Coordinate with K&E team re: updates to claim omnibus objection exhibits | 1.3 | $193.00 | $250.90 |
| 02/21/2023 | Leticia Sanchez | Director | Claims Reconciliation | Further review, revisions to Schedule 1 (disputed claim amounts) | 1.0 | $193.00 | $193.00 |
| 02/22/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare updated claim objection exhibits | 1.9 | $193.00 | $366.70 |
| 02/22/2023 | Adam Fialkowski | Director | Claims Reconciliation | Review, revise claim objection exhibits | 1.6 | $193.00 | $308.80 |
| 02/23/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare, circulate First Omnibus Claim Objection Schedules 1-3 to BRG team | 1.8 | $193.00 | $347.40 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/23/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare, circulate claim objection data to K&E team | 2.3 | $193.00 | $443.90 |
| 02/23/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, format, import Schedules F claim data for Voyager Digital LLC | 1.9 | $193.00 | $366.70 |
| 02/23/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare further updated Claim Objection Schedule 1 (disputed claim amounts) | 1.8 | $193.00 | $347.40 |
| 02/23/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise Claim Objection Schedule 1 (disputed claim amounts) | 0.7 | $193.00 | $135.10 |
| 02/23/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise Claim Objection Schedule 2 (disputed USD claims) | 0.8 | $193.00 | $154.40 |
| 02/23/2023 | Leticia Sanchez | Director | Claims Reconciliation | Further review, revisions to Claim Objection Schedule 1 (disputed claim amounts) | 1.9 | $193.00 | $366.70 |
| 02/24/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, format, import Schedules F claims objection data for Voyager Digital Holdings, Inc. | 2.0 | $193.00 | $386.00 |
| 02/24/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze, communications to K&E team re: omnibus claims objection order | 1.9 | $193.00 | $366.70 |
| 02/24/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, revise Claim Objection Schedule 1 (disputed claim amounts) | 4.0 | $193.00 | $772.00 |
| | Contractual Discount | | | | | | ($4,695.94) |
| | **TOTAL** | | | | **121.7** | | **$18,783.76** |

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/06/2023 | Nicholas Kennedy | Director | Fee Applications | Communications re: Fifth Monthly Fee Statement | 0.2 | $193.00 | $38.60 |
| 02/07/2023 | Nicholas Kennedy | Director | Fee Applications | Review, edit Fifth Monthly Fee Statement | 1.5 | $193.00 | $289.50 |
| 02/14/2023 | Nicholas Kennedy | Director | Fee Applications | Communications re: Fifth Monthly Fee Statement | 0.3 | $193.00 | $57.90 |
| 02/14/2023 | Nicholas Kennedy | Director | Fee Applications | Review, edit Fifth Monthly Fee Statement | 0.5 | $193.00 | $96.50 |
| 02/14/2023 | Brian Karpuk | Managing Director | Fee Applications | Review, revise Fifth Monthly Fee Statement | 0.5 | $193.00 | $96.50 |
| 02/15/2023 | Nicholas Kennedy | Director | Fee Applications | Draft, review Sixth Monthly Fee Statement | 1.5 | $193.00 | $289.50 |
| 02/16/2023 | Nicholas Kennedy | Director | Fee Applications | Draft, review Sixth Monthly Fee Statement | 1.7 | $193.00 | $328.10 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/16/2023 | Brian Karpuk | Managing Director | Fee Applications | Review, revise Sixth Monthly Fee Statement | 0.7 | $193.00 | $135.10 |
| 02/21/2023 | Nicholas Kennedy | Director | Fee Applications | Review, edit Sixth Monthly Fee Statement | 2.1 | $193.00 | $405.30 |
| 02/21/2023 | Brian Karpuk | Managing Director | Fee Applications | Review, revise Sixth Monthly Fee Statement | 1.1 | $193.00 | $212.30 |
| 02/22/2023 | Nicholas Kennedy | Director | Fee Applications | Communications re: Sixth Monthly Fee Application | 0.4 | $193.00 | $77.20 |
| 02/22/2023 | Nicholas Kennedy | Director | Fee Applications | Review, edit Sixth Monthly Fee Statement | 0.2 | $193.00 | $38.60 |
| 02/22/2023 | Brian Karpuk | Managing Director | Fee Applications | Review, revise Sixth Monthly Fee Statement | 0.6 | $193.00 | $115.80 |
| | Contractual Discount | | | | | | ($436.18) |
| | **TOTAL** | | | | **11.3** | | **$1,744.72** |
| 02/07/2023 | Brian Karpuk | Managing Director | Hearings | Prepare for, attend omnibus hearing | 1.8 | $193.00 | $347.40 |
| 02/07/2023 | Adam Fialkowski | Director | Hearings | Prepare for, attend omnibus hearing | 1.8 | $193.00 | $347.40 |
| 02/07/2023 | Leticia Sanchez | Director | Hearings | Prepare for, attend omnibus hearing | 1.8 | $193.00 | $347.40 |
| 02/22/2023 | Leticia Sanchez | Director | Hearings | Attend omnibus hearing | 1.1 | $193.00 | $212.30 |
| | Contractual Discount | | | | | | ($250.90) |
| | **TOTAL** | | | | **6.5** | | **$1,003.60** |
| 02/01/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $243.00 | $48.60 |
| 02/01/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Revise, circulate Voting Amount Report to reflect review, classification of claims under Plan to K&E, BRG, Teneo, FTI,  MWE teams | 4.0 | $243.00 | $972.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/01/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Oversee, coordinate research voting amounts with zero dollar notional values | 1.0 | $243.00 | $243.00 |
| 02/01/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 2.8 | $243.00 | $680.40 |
| 02/01/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Review, update voting database | 2.7 | $243.00 | $656.10 |
| 02/01/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 1.4 | $243.00 | $340.20 |
| 02/01/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various nominees re: voting entitlements for equity holders, opt-in form submission procedures | 0.7 | $268.00 | $187.60 |
| 02/02/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 4.0 | $243.00 | $972.00 |
| 02/02/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.2 | $243.00 | $48.60 |
| 02/02/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 3.3 | $243.00 | $801.90 |
| 02/03/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate updated tabulation report for Class 4A | 1.0 | $243.00 | $243.00 |
| 02/03/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.6 | $243.00 | $145.80 |
| 02/03/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 2.9 | $243.00 | $704.70 |
| 02/03/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Prepare, circulate Voting Amount Report to K&E, BRG, Teneo, FTI, MWE teams | 4.0 | $243.00 | $972.00 |
| 02/03/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Correspondence from A. Smith re: Class 4 voting data | 0.3 | $243.00 | $72.90 |
| 02/05/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Coordinate review of claims register for notional value | 1.7 | $243.00 | $413.10 |
| 02/06/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Review second solicitation materials for inquiries from shareholders. | 1.0 | $243.00 | $243.00 |
| 02/06/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries re: treatment of common stock, opt-in forms | 2.6 | $243.00 | $631.80 |
| 02/06/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Review of notional amounts for solicitation purposes | 2.6 | $243.00 | $631.80 |
| 02/06/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Prepare, communicate interim tabulation results | 2.1 | $243.00 | $510.30 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/06/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Prepare, communicate interim tabulation results | 2.1 | $243.00 | $510.30 |
| 02/06/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.3 | $243.00 | $72.90 |
| 02/06/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various nominees re: voting entitlements for equity holders, opt-in form submission procedures | 0.8 | $268.00 | $214.40 |
| 02/07/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 2.5 | $243.00 | $607.50 |
| 02/07/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Prepare, circulate Voting Amount Report to K&E, BRG, Teneo, FTI, MWE teams | 3.9 | $243.00 | $947.70 |
| 02/07/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.4 | $243.00 | $97.20 |
| 02/07/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Analyze current Voting Amount Reports | 0.5 | $243.00 | $121.50 |
| 02/07/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Communications with K&E team re: Voting Amount Reports | 0.3 | $243.00 | $72.90 |
| 02/07/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 1.5 | $243.00 | $364.50 |
| 02/07/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.4 | $243.00 | $97.20 |
| 02/07/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various nominees re: voting entitlements for equity holders, opt-in form submission procedures | 1.2 | $268.00 | $321.60 |
| 02/07/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Correspondence with C. Okike re: voting information | 0.2 | $243.00 | $48.60 |
| 02/07/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the treatment of common stock, opt-in forms | 2.0 | $243.00 | $486.00 |
| 02/08/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the treatment of common stock, opt-in forms | 1.0 | $243.00 | $243.00 |
| 02/08/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 1.9 | $243.00 | $461.70 |
| 02/08/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 1.2 | $243.00 | $291.60 |
| 02/08/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 3.6 | $243.00 | $874.80 |
| 02/08/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Review, update balloting database | 2.9 | $243.00 | $704.70 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/08/2023 | Jung Woo Song | Director of Securities | Tabulation | Review updated voting results, equity opt-in summary for validity, accuracy | 0.7 | $268.00 | $187.60 |
| 02/08/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Correspondence with A. Smith re: ballot information | 0.4 | $243.00 | $97.20 |
| 02/09/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 1.5 | $243.00 | $364.50 |
| 02/09/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 3.3 | $243.00 | $801.90 |
| 02/09/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the treatment of common stock, opt-in forms | 1.8 | $243.00 | $437.40 |
| 02/09/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Prepare, circulate voting, schedule analysis | 2.4 | $243.00 | $583.20 |
| 02/09/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Identify customers for voting, schedule analysis | 1.3 | $243.00 | $315.90 |
| 02/09/2023 | Jung Woo Song | Director of Securities | Tabulation | Review updated voting results, equity opt-in summary for validity, accuracy | 0.6 | $268.00 | $160.80 |
| 02/10/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Reconcile proof of claim file versus scheduled claimants per balloting records | 1.9 | $243.00 | $461.70 |
| 02/10/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Finalize, circulate analysis re Schedule 2A - Disputed USD Claims (Full USD Claims), Schedule 2B - Disputed USD Claims (Partial USD Claims) to K&E team | 2.0 | $243.00 | $486.00 |
| 02/10/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 3.1 | $243.00 | $753.30 |
| 02/10/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 1.0 | $243.00 | $243.00 |
| 02/13/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Coordinate updates to voting database, notices | 0.7 | $243.00 | $170.10 |
| 02/13/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 3.9 | $243.00 | $947.70 |
| 02/13/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 1.6 | $243.00 | $388.80 |
| 02/13/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update Voting Amount Spreadsheet per mutual agreement (DN 991) | 1.0 | $243.00 | $243.00 |
| 02/13/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update Voting Amount Spreadsheet per omnibus objection (DN 993) | 3.7 | $243.00 | $899.10 |
| 02/14/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the treatment of common stock, opt-in forms | 1.4 | $243.00 | $340.20 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/14/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 2.9 | $243.00 | $704.70 |
| 02/14/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 1.0 | $243.00 | $243.00 |
| 02/15/2023 | Jung Woo Song | Director of Securities | Tabulation | Review equity opt-in submission list | 0.6 | $268.00 | $160.80 |
| 02/15/2023 | Jung Woo Song | Director of Securities | Tabulation | Review, verify accuracy of daily voting results | 0.4 | $268.00 | $107.20 |
| 02/15/2023 | Jung Woo Song | Director of Securities | Tabulation | Confer with Broadridge re: invoices for the opt-in form service to equity holders | 0.2 | $268.00 | $53.60 |
| 02/15/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various equity holders re: opt-in election | 0.8 | $268.00 | $214.40 |
| 02/15/2023 | Alexa Westmoreland | Solicitation Associate | Tabulation | Prepare Release Opt In Notice electronic form | 0.6 | $243.00 | $145.80 |
| 02/15/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 2.0 | $243.00 | $486.00 |
| 02/15/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 0.5 | $243.00 | $121.50 |
| 02/15/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the treatment of common stock, opt-in forms | 2.3 | $243.00 | $558.90 |
| 02/16/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the treatment of common stock, opt-in forms | 2.6 | $243.00 | $631.80 |
| 02/16/2023 | Jung Woo Song | Director of Securities | Tabulation | Review, verify accuracy of daily voting results | 0.3 | $268.00 | $80.40 |
| 02/16/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspondences with counsel re: completing procedures for updated ballots | 0.3 | $268.00 | $80.40 |
| 02/16/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various equity holders, nominees re: opt-in election | 1.1 | $268.00 | $294.80 |
| 02/16/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various equity holders re: opt-in election | 0.6 | $268.00 | $160.80 |
| 02/16/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update the Tabulation Report with the Omnibus Claim Objections | 2.0 | $243.00 | $486.00 |
| 02/16/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 3.0 | $243.00 | $729.00 |
| 02/16/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 1.0 | $243.00 | $243.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/17/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 2.5 | $243.00 | $607.50 |
| 02/17/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 4.0 | $243.00 | $972.00 |
| 02/17/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Coordinate voting database updates | 0.4 | $243.00 | $97.20 |
| 02/17/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $243.00 | $48.60 |
| 02/17/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the treatment of common stock, opt-in forms | 2.3 | $243.00 | $558.90 |
| 02/20/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 4.0 | $243.00 | $972.00 |
| 02/20/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 3.0 | $243.00 | $729.00 |
| 02/21/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various equity holders re: opt-in election | 1.2 | $268.00 | $321.60 |
| 02/21/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.5 | $243.00 | $121.50 |
| 02/21/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Prepare revised solicitation ballots for customers | 1.8 | $243.00 | $437.40 |
| 02/21/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Prepare updates to solicitation database | 1.7 | $243.00 | $413.10 |
| 02/21/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Communications with case professionals re: customer ballot requests | 1.2 | $243.00 | $291.60 |
| 02/21/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Prepare notional value analysis of claims register | 1.6 | $243.00 | $388.80 |
| 02/21/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Email correspondence with K&E re preferred template for the Voting Report | 0.1 | $243.00 | $24.30 |
| 02/21/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 4.0 | $243.00 | $972.00 |
| 02/21/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the treatment of common stock, opt-in forms | 2.0 | $243.00 | $486.00 |
| 02/21/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Correspondence with A. Smith, R. Young, M. Mertz, P. Farley, Z. Piechr re: creditor inquiries, ballot information | 1.6 | $243.00 | $388.80 |
| 02/22/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Correspondence with E. Swager member re: voting information | 0.2 | $243.00 | $48.60 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/22/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Correspondence with A. Smith re: revised ballots | 0.5 | $243.00 | $121.50 |
| 02/22/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various equity holders re: opt-in election | 1.6 | $268.00 | $428.80 |
| 02/22/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E, BRG, Teneo, FTI, MWE teams | 4.0 | $243.00 | $972.00 |
| 02/22/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, identify duplicate ballots per Solicitation Procedures | 3.0 | $243.00 | $729.00 |
| 02/22/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Review voting database for necessary updates | 1.3 | $243.00 | $315.90 |
| 02/22/2023 | Brian Karpuk | Managing Director | Tabulation | Case planning correspondence | 0.8 | $193.00 | $154.40 |
| 02/22/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the treatment of common stock, opt-in forms | 1.5 | $243.00 | $364.50 |
| 02/23/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various equity holders re: opt-in election | 1.1 | $268.00 | $294.80 |
| 02/23/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.2 | $243.00 | $48.60 |
| 02/23/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Call with A. Fialkowski re: ballot processing | 0.2 | $243.00 | $48.60 |
| 02/23/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, update Voting Declaration | 1.3 | $243.00 | $315.90 |
| 02/23/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Prepare revised ballots for case creditors | 2.6 | $243.00 | $631.80 |
| 02/23/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Perform audit of current tabulation results | 3.0 | $243.00 | $729.00 |
| 02/23/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the Plan treatment of common stock, questions related opt-in forms. | 2.5 | $243.00 | $607.50 |
| 02/24/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Correspondence with J. Garland re: ballot submission | 0.2 | $243.00 | $48.60 |
| 02/24/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 3.2 | $243.00 | $777.60 |
| 02/24/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.4 | $243.00 | $97.20 |
| 02/24/2023 | Jung Woo Song | Director of Securities | Tabulation | Correspond with various equity holders re: opt-in election | 1.9 | $268.00 | $509.20 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/24/2023 | Gregory Lesage | Solicitation Associate | Tabulation | Review solicitation opt in forms | 1.2 | $243.00 | $291.60 |
| 02/24/2023 | Gregory Lesage | Solicitation Associate | Tabulation | Prepare Class 3 Hard Copy ballot tracker for non-ballot claims | 0.9 | $243.00 | $218.70 |
| 02/24/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Review, update case ballot input system | 1.8 | $243.00 | $437.40 |
| 02/24/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Coordinate ballot, opt-in input process | 1.8 | $243.00 | $437.40 |
| 02/24/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Perform audit of current tabulation results | 3.6 | $243.00 | $874.80 |
| 02/24/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Review, update tabulation report | 2.6 | $243.00 | $631.80 |
| 02/24/2023 | Jeff Demma | Solicitation Associate | Tabulation | Review opt in forms | 2.6 | $243.00 | $631.80 |
| 02/24/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 3.6 | $243.00 | $874.80 |
| 02/24/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Conference call, coordinate with case team re: ballot processing | 0.8 | $243.00 | $194.40 |
| 02/24/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Coordinate Hard Copy Ballot Entry process | 1.5 | $243.00 | $364.50 |
| 02/24/2023 | Clarissa Cu | Solicitation Associate | Tabulation | Review opt-out forms input in case management system for accuracy, completeness | 0.9 | $243.00 | $218.70 |
| 02/25/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update the Voting Declaration | 1.2 | $243.00 | $291.60 |
| 02/25/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate, circulate tabulation report to K&E team | 4.0 | $243.00 | $972.00 |
| 02/25/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate Exhibits for Voting Declaration | 4.0 | $243.00 | $972.00 |
| 02/25/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Perform audit of current tabulation results | 3.0 | $243.00 | $729.00 |
| 02/26/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Correspondence with E. Swager re: revised voting declaration | 0.2 | $243.00 | $48.60 |
| 02/26/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Review revised ballot tracker for tabulation changes | 1.3 | $243.00 | $315.90 |
| 02/26/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Review tabulation results for updates | 2.4 | $243.00 | $583.20 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/26/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Review voting exhibits for changes | 1.6 | $243.00 | $388.80 |
| 02/26/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update the Voting Declaration | 2.3 | $243.00 | $558.90 |
| 02/26/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update, circulate tabulation report to K&E team | 2.5 | $243.00 | $607.50 |
| 02/26/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update Exhibits for Voting Declaration | 3.6 | $243.00 | $874.80 |
| 02/26/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Perform audit of current tabulation of non-voting opt-in parties | 3.3 | $243.00 | $801.90 |
| 02/27/2023 | Jung Woo Song | Director of Securities | Tabulation | Respond to various equity holders inquiring re: voting results | 0.6 | $268.00 | $160.80 |
| 02/27/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update the Voting Declaration | 3.9 | $243.00 | $947.70 |
| 02/27/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Prepare ballot load template for remaining hard copy claims | 2.2 | $243.00 | $534.60 |
| 02/27/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update Exhibits for Voting Declaration | 4.0 | $243.00 | $972.00 |
| 02/27/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate updated Exhibits for Voting Declaration per comments from K&E | 3.5 | $243.00 | $850.50 |
| 02/27/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Review, comment on voting declaration | 1.0 | $243.00 | $243.00 |
| 02/27/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Generate updated Voting Declaration per comments from K&E | 1.5 | $243.00 | $364.50 |
| 02/27/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 1.7 | $243.00 | $413.10 |
| 02/28/2023 | Jamilla Dennis | Solicitation Associate | Tabulation | Correspondence with E. Swager re: voting declaration | 0.2 | $243.00 | $48.60 |
| 02/28/2023 | Jung Woo Song | Director of Securities | Tabulation | Respond to various equity holders inquiring re: voting results, submission of opt-in forms, confirmation hearing schedule | 1.2 | $268.00 | $321.60 |
| 02/28/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.3 | $243.00 | $72.90 |
| 02/28/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Finalize Exhibits for Voting Declaration per comments from K&E | 4.0 | $243.00 | $972.00 |
| 02/28/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Review notional values of ballot tabulations | 0.6 | $243.00 | $145.80 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 02/28/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Prepare, update voting database | 3.4 | $243.00 | $826.20 |
| 02/28/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 1.1 | $243.00 | $267.30 |
| 02/28/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the Plan treatment of common stock, questions related opt-in forms | 1.3 | $243.00 | $315.90 |
| | Contractual Discount | | | | | | ($12,858.16) |
| | **TOTAL** | | | | **263.1** | | **$51,432.64** |
| | Total Contractual Discount | | | | | | ($18,241.18) |
| | **GRAND TOTAL** | | | | **402.6** | | **$72,964.72** |