Jeffrey R. Gleit, Esq.
Brett D. Goodman, Esq.
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas
Floor 42
New York, NY 10019-6040
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Jeffrey.Gleit@afslaw.com
Brett.Goodman@afslaw.com

*Special Counsel for Voyager Digital*
*Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al*.,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF ARENTFOX SCHIFF LLP, SPECIAL COUNSEL FOR VOYAGER DIGITAL HOLDINGS, INC., FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE <u>PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

AFDOCS:27317095.2

| | |
|---|---|
| Name of Applicant: | ArentFox Schiff LLP |
| Authorized to Provide Professional Services to: | Special Counsel for Voyager Digital Holdings, Inc. |
| Date of Retention: | January 24, 2023 (*Nunc Pro Tunc* to November 10, 2022) |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2023 through March 31, 2023 |
| Total Fees Requested in this Statement by ArentFox Schiff: | $62,130.00 (80% of $77,662.50) |
| Total Expenses Requested in this Statement by ArentFox Schiff: | $700.00 |
| Total Fees and Expenses Requested in this Statement: | $62,830.00 |

This is a(n)  **X**  monthly _____ interim _____ final application.  No prior application was filed for this Fee Period.

*[Remainder of Page Left Intentionally Blank]*

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of ArentFox Schiff LLP as Special Counsel Effective as of November 10, 2022* dated January 24, 2023 [Docket No. 905], and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), the law firm of ArentFox Schiff LLP ("ArentFox Schiff" or the "Firm"), Special Counsel for Voyager Digital Holdings, Inc. ("Voyager Holdings" or the "Debtor"), hereby submits this monthly fee statement (the "Monthly Fee Statement") for: (a) interim allowance of $77,662.50 for reasonable compensation for the actual, necessary legal services ArentFox Schiff rendered to the Debtor during the period from March 1, 2023 through March 31, 2023 (the "Fee Period"); (b) compensation in the amount of $62,130.00, which is equal to 80% of the total amount of reasonable compensation for the actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period (*i.e.*, $77,662.50); and (c) reimbursement for the actual and necessary expenses incurred by ArentFox Schiff during the Fee Period in the amount of $700.00.

## Itemization of Services Rendered and Disbursements Incurred

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by ArentFox Schiff's attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories established by ArentFox Schiff in accordance with its internal billing procedures. ArentFox Schiff requests compensation in the amount of $62,130.00 for the actual, reasonable and necessary legal services rendered to the Debtor during the Fee Period, which is equal to 80% of the total amount of reasonable compensation for the actual, necessary legal

services ArentFox Schiff rendered to the Debtor during the Fee Period (i.e., $77,662.50).

- **Exhibit B** is a schedule providing certain information regarding the ArentFox Schiff attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of ArentFox Schiff have expended a total of 82.20 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which ArentFox Schiff is seeking reimbursement in this Monthly Fee Statement.

- **Exhibit D** consists of ArentFox Schiff's time detail and records of fees and expenses incurred during the Fee Period.

## Notice

2.      Pursuant to the Interim Compensation Order, notice of this Monthly Fee Statement has been served upon (i) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn: David Brosgol, Esq. and Brian Nistler, Esq.; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., and Allyson B. Smith, Esq.; (iii) United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1408, Attn: Richard Morrissey, Esq. and Mark Bruh, Esq.; (iv) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, Attn: Darren Azman, Esq.; and (v) the Fee Examiner, Lori Lapin Jones, Esq., Lori Lapin Jones PLLC, 98 Cutter Mill Road – Suite 255 South, Great Neck, New York 11021 (collectively, the "Application Recipients").

AFDOCS:27317095.2

WHEREFORE, ArentFox Schiff respectfully requests: (a) interim allowance of $77,662.50 for the reasonable compensation of actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period; (b) compensation in the amount of $62,130.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period (*i.e.*, $77,662.50); and (c) reimbursement for the actual and necessary expenses incurred by ArentFox Schiff during the Fee Period in the amount of $700.00; and further requests such other and further relief as this Court deems necessary and just.

Dated:    April 21, 2023
       New York, New York

                         **ARENTFOX SCHIFF LLP**

                         */s/ Jeffrey R. Gleit*
                         Jeffrey R. Gleit, Esq.
                         Brett D. Goodman, Esq.
                         1301 Avenue of the Americas
                         Floor 42
                         New York, NY 10019-6040
                         Telephone: (212) 484-3900
                         Facsimile: (212) 484-3990
                         Jeffrey.Gleit@afslaw.com
                         Brett.Goodman@afslaw.com

                         *Special Counsel for Voyager Digital Holdings, Inc.*

4

## EXHIBIT A

## SUMMARY OF FEES BY SUBJECT MATTER
## MARCH 1, 2023 THROUGH MARCH 31, 2023

| Project Category | Hours Billed | Fees Billed |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.00 | $0.00 |
| Case Management and Operating Reports (02) | 1.30 | $664.50 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Investigation, Due Diligence, Analysis (04) | 15.60 | $14,488.00 |
| Committee and Debtor Communications (05) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (06) | 0.00 | $0.00 |
| Creditor Inquiries (07) | 0.00 | $0.00 |
| Sale and Disposition of Assets (08) | 0.00 | $0.00 |
| Asset Analysis and Recovery (09) | 0.00 | $0.00 |
| Claims Administration and Objections (10) | 3.30 | $3,696.00 |
| Miscellaneous Motions and Objections (11) | 0.00 | $0.00 |
| Adversary Proceedings (12) | 0.00 | $0.00 |
| Professional Retention (13) | 0.00 | $0.00 |
| Fee Applications (14) | 14.10 | $8,406.00 |
| Cash Collateral and DIP Financing (15) | 0.00 | $0.00 |
| Disclosure Statement and Plan Matters (16) | 47.90 | $50,408.00 |
| Wage Employee Benefits, Severance, Pensions (17) | 0.00 | $0.00 |
| Real Estate (18) | 0.00 | $0.00 |
| Automatic Stay and Section 362 and 363 Matters (19) | 0.00 | $0.00 |
| Equipment Lessors and Non Real Estate Leases (20) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (21) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection, Investigation (22) | 0.00 | $0.00 |
| Executory Contracts and Related Matters (23) | 0.00 | $0.00 |
| Tax (Federal, State, Local and Corporate) (24) | 0.00 | $0.00 |
| NOL's and Tax Attributes (25) | 0.00 | $0.00 |
| Plan or Restructuring Support Agreement (26) | 0.00 | $0.00 |
| Environmental Matters (27) | 0.00 | $0.00 |
| Debtor Communications/Negotiations (28) | 0.00 | $0.00 |
| Travel (29) | 0.00 | $0.00 |
| **TOTAL:** | **82.20** | **$77,662.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey R. Gleit | Joined firm as a Partner in 2022. Member of NY bar since 2001. Bankruptcy & Financial Restructuring Group. | $1,120 | 21.40 | $23,968.00 |
| Brett D. Goodman | Joined firm as a Partner in 2021. Member of NJ bar since 2006. Member of NY bar since 2007. Bankruptcy & Financial Restructuring Group. | $1,040 | 38.00 | $39,520.00 |
| Patrick Feeney | Joined firm as an Associate in 2021. Member of NY bar since 2018. Bankruptcy & Financial Restructuring. | $740 | 12.10 | $8,954.00 |
| Lisa Indelicato | Bankruptcy Senior Paralegal Specialist. | $500 | 10.00 | $5,000.00 |
| Yvonne Li | Bankruptcy Paralegal. | $315 | 0.70 | $220.50 |
| **TOTAL:** | | | **82.20** | **$77,662.50** |

**Blended Rate: $1,013.17[1]**

---

[1]    The Blended Rate excludes paraprofessionals' time

**EXHIBIT C**

**SUMMARY OF EXPENSES**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Other | CourtSolutions LLC | $700.00 |
| **TOTAL** | | **$ 700.00** |

Detailed descriptions of ArentFox Schiff's expenses are included in **Exhibit D** to this Monthly Fee Statement.

## EXHIBIT D

**INVOICE**

AFDOCS:27317095.2



Scott Vogel
33 Irving Plaza
Suite 3060
New York, NY 10003

| | | |
|---|---|
| Invoice Number | 2220427 |
| Invoice Date | 04/13/2023 |
| Client Number | 044261 |

For Professional Services Rendered Through:  March 31, 2023

| No | Reference | Hours | Services | Disbursements | Total |
|---|---|---|---|---|---|
| 00000 | General | 0.00 | 0.00 | 700.00 | 700.00 |
| 00002 | Case Management and Operating Reports | 1.30 | 664.50 | 0.00 | 664.50 |
| 00004 | Investigation, Due Diligence and Analysis | 15.60 | 14,488.00 | 0.00 | 14,488.00 |
| 00010 | Claims Administration and Objections | 3.30 | 3,696.00 | 0.00 | 3,696.00 |
| 00014 | Fee Applications | 14.10 | 8,406.00 | 0.00 | 8,406.00 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 47.90 | 50,408.00 | 0.00 | 50,408.00 |
| | | **82.20** | **77,662.50** | **700.00** | **78,362.50** |

Taxpayer Identification Number:  53-0214923        Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Arent Fox Schiff LLP
Attorneys at Law

044261    Vogel, Scott

Invoice Number 2220427

Page 2

April 13, 2023

---

### Time Summary

|  | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Jeffrey R. Gleit | 21.40 | 1,120.00 | 23,968.00 |
| Brett D. Goodman | 38.00 | 1,040.00 | 39,520.00 |
| **Associate** | | | |
| Patrick Feeney | 12.10 | 740.00 | 8,954.00 |
| **Blended Rate for Attorneys: $1,013.17** | | | |
| **Paralegal** | | | |
| Lisa A. Indelicato | 10.00 | 500.00 | 5,000.00 |
| Yvonne Li | 0.70 | 315.00 | 220.50 |
| **Totals** | **82.20** | | **77,662.50** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                              Invoice Number 2220427
                                                                                    Page 3

April 13, 2023

_____

**Summary of Disbursements:**

Other                                                                        700.00
                                                                     _____
**Totals**                                                           **700.00**

Arent Fox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                                                     Invoice Number 2220427
00000      General                                                                                       Page 4
April 13, 2023

---

For Professional Services Rendered Through:  March 31, 2023

Re: General

**For Disbursements:**

| | | |
|---|---|---:|
| 03/02/23 | Court Solutions: Brett Goodman, , Attend hearing by video in the afternoon. | 70.00 |
| 03/03/23 | Court Solutions: Patrick Feeney, , Attend court hearing thru dial-in services. | 70.00 |
| 03/03/23 | Court Solutions: Jeffrey Gleit, Telephone, Attended virtual court conference. | 70.00 |
| 03/03/23 | Court Solutions: Brett Goodman, , Attended hearing through telephonic - court solutions | 70.00 |
| 03/06/23 | Court Solutions: Other Jeffrey Gleit, Telephone, Attended virtual court conference. | 70.00 |
| 03/06/23 | Court Solutions: Brett Goodman, , Attend hearing by video conference in the morning. | 70.00 |
| 03/07/23 | Court Solutions: Brett Goodman, , Attend hearing by video conference in the afternoon | 70.00 |
| 03/07/23 | Court Solutions: Jeffrey Gleit, Telephone, Attended virtual court conference. | 70.00 |
| 03/09/23 | Court Solutions: Jeffrey Gleit, Telephone, Attended virtual court conference. | 70.00 |
| 03/15/23 | Court Solutions: Jeffrey Gleit, Internet, Telephonic court conference. | 70.00 |
| **Disbursement Total** | | **700.00** |
| | Current Disbursements | $700.00 |
| | **Subtotal For This Matter** | $700.00 |

ArentFox Schiff LLP
Attorneys at Law

044261    Vogel, Scott                                                      Invoice Number 2220427
00002    Case Management and Operating Reports                               Page 5
April 13, 2023

---

For Professional Services Rendered Through:  March 31, 2023

Re: Case Management and Operating Reports

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/02/23 | Yvonne Li | Set up and register B. Goodman with telephonic appearance for hearing (5); review of docket and judge's tentative for hearing details on 3/3/23 hearing to register B. Goodman for appearance (.2). | 0.70 | 220.50 |
| 03/03/23 | Patrick Feeney | Confer w/ administrative staff re: arranging J. Gleit participation on hearing. | 0.40 | 296.00 |
| 03/06/23 | Patrick Feeney | Review materials re: telephonic appearances at hearings. | 0.20 | 148.00 |
| | | **Fee Total** | **1.30** | **$664.50** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Patrick Feeney | 0.60 | 740.00 | 444.00 |
| Yvonne Li | 0.70 | 315.00 | 220.50 |
| **Timekeeper Summary Total** | **1.30** | | **664.50** |

| | | |
|---|---|---|
| Current Fees | | $664.50 |
| **Subtotal For This Matter** | | $664.50 |

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                                              Invoice Number 2220427
00004       Investigation, Due Diligence and Analysis                                            Page 6
April 13, 2023

---

For Professional Services Rendered Through:  March 31, 2023

Re: Investigation, Due Diligence and Analysis

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| 03/02/23 | Jeffrey R. Gleit | T/C with M. Vaughn re BRG analysis (.2); review updated version of analysis (.2). | 0.40 | 448.00 |
| 03/08/23 | Jeffrey R. Gleit | Review revised BRG report. | 0.40 | 448.00 |
| 03/10/23 | Jeffrey R. Gleit | Review revised BRG presentation (.3); t/c with M. Vaughn re same (.2). | 0.50 | 560.00 |
| 03/20/23 | Brett D. Goodman | Correspondence and analysis regarding FTX stipulation and impact on intercompany claims. | 0.30 | 312.00 |
| 03/20/23 | Patrick Feeney | Correspond w/ J. Gleit and B. Goodman re: intercompany claims post-FTX stipulation (.5); research case law re: intercompany claims following waiver (.6). | 1.10 | 814.00 |
| 03/21/23 | Jeffrey R. Gleit | Review committee objections to Alameda stip (.2); t/c with S. Vogel re new diligence (.3); t/c's with K. Scherling re FTX issue (.3); revise Vogel presentation (.5). | 1.30 | 1,456.00 |
| 03/21/23 | Patrick Feeney | Research case law re: intercompany claims following waiver (2.0); revise independent director deck per revisions from J. Gleit (1.3). | 3.30 | 2,442.00 |
| 03/22/23 | Brett D. Goodman | Perform review and analysis of FTX stipulation (.6); revise independent director deck for updates and revisions to presentation to address FTX claim waiver or contribution and settlement (1.6); review of follow-up correspondence with J. Gleit and P. Feeney (.2). | 2.40 | 2,496.00 |
| 03/22/23 | Jeffrey R. Gleit | Revise Vogel presentation based on FTX stipulation. | 1.40 | 1,568.00 |
| 03/22/23 | Patrick Feeney | Revise Vogel deck to reflect FTX settlement terms and correspond w/ J. Gleit re: same. | 2.20 | 1,628.00 |
| 03/23/23 | Brett D. Goodman | Review of correspondence with J. Gleit and P. Feeney and additional updates to presentation deck. | 0.40 | 416.00 |
| 03/23/23 | Jeffrey R. Gleit | Further revise Vogel presentation. | 1.30 | 1,456.00 |

Arent Fox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                                    Invoice Number 2220427
00004      Investigation, Due Diligence and Analysis                                    Page 7
April 13, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/23/23 | Patrick Feeney | Revise intercompany transactions analysis deck per comments from J. Gleit. | 0.60 | 444.00 |
| | | **Fee Total** | **15.60** | **$14,488.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Jeffrey R. Gleit | 5.30 | 1,120.00 | 5,936.00 |
| Brett D. Goodman | 3.10 | 1,040.00 | 3,224.00 |
| Patrick Feeney | 7.20 | 740.00 | 5,328.00 |
| **Timekeeper Summary Total** | **15.60** | | **14,488.00** |

|  |  |
|--|--|
| Current Fees | $14,488.00 |
| **Subtotal For This Matter** | $14,488.00 |

ArentFox Schiff LLP
Attorneys at Law

| 044261 | Vogel, Scott | Invoice Number 2220427 |
|---|---|---|
| 00010 | Claims Administration and Objections | Page 8 |
| April 13, 2023 | | |

For Professional Services Rendered Through:  March 31, 2023

Re: Claims Administration and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 03/09/23 | Jeffrey R. Gleit | T/C with K. Scherling re settlement status. | 0.20 | 224.00 |
| 03/13/23 | Jeffrey R. Gleit | Zoom meeting with Katten, Kirkland and Quinn Emanuel teams re settlement (.5); t/c with K. Scherling re same (.2). | 0.70 | 784.00 |
| 03/15/23 | Jeffrey R. Gleit | T/C with K. Scherling re settlement. | 0.20 | 224.00 |
| 03/20/23 | Jeffrey R. Gleit | T/C with K. Scherling and Katten team re potential settlement (.4); t/c's with K. Scherling re same (.9); review FTX docs (.3). | 1.60 | 1,792.00 |
| 03/21/23 | Jeffrey R. Gleit | T/C with K. Scherling and Katten team re proposed settlement. | 0.20 | 224.00 |
| 03/29/23 | Jeffrey R. Gleit | T/C with K. Scherling re settlement (.2); t/c with M. Vaughn re interest on intercompany claim (.2). | 0.40 | 448.00 |
| | | **Fee Total** | **3.30** | **$3,696.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Jeffrey R. Gleit | 3.30 | 1,120.00 | 3,696.00 |
| **Timekeeper Summary Total** | **3.30** | | **3,696.00** |

| | | | |
|---|---|---|---|
| | Current Fees | | $3,696.00 |
| | **Subtotal For This Matter** | | $3,696.00 |

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                                                    Invoice Number 2220427
00014       Fee Applications                                                                           Page 9
April 13, 2023

---

For Professional Services Rendered Through:  March 31, 2023

Re: Fee Applications

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/06/23 | Patrick Feeney | Review and revise February pro forma. | 0.80 | 592.00 |
| 03/07/23 | Patrick Feeney | Review and revise monthly bills. | 1.10 | 814.00 |
| 03/13/23 | Brett D. Goodman | Review of invoices for revisions in connection with February fee statement. | 0.40 | 416.00 |
| 03/13/23 | Lisa A. Indelicato | Various discussions and correspondence with P. Feeney, J. Gleit, B. Goodman, E. Rodriguez and K. Shea-DeLeon regarding AFS's first interim fee application for the period from November 10, 2022 through February 28, 2023 and the February invoice (.6); review invoice for compliance with rules and guidelines (.2). | 0.80 | 400.00 |
| 03/13/23 | Patrick Feeney | Review requirements for interim fee applications. | 0.20 | 148.00 |
| 03/21/23 | Lisa A. Indelicato | Follow up with V. Santiago regarding status of February invoice. | 0.10 | 50.00 |
| 03/21/23 | Patrick Feeney | Correspond with J. Gleit and internal teams re: February fee statement. | 0.20 | 148.00 |
| 03/23/23 | Lisa A. Indelicato | Internal discussions regarding February invoice (.2); prepare monthly fee statement (.7). | 0.90 | 450.00 |
| 03/23/23 | Patrick Feeney | Calculate holdover amounts from monthly fee statements (.3); review and finalize February monthly fee statement (.6). | 0.90 | 666.00 |
| 03/24/23 | Brett D. Goodman | Review of final February fee statement and correspondence regarding sign-off and filing of same. | 0.20 | 208.00 |
| 03/24/23 | Patrick Feeney | Correspond w/ S. Vogel and Kirkland counsel re: monthly fee statement. | 0.20 | 148.00 |
| 03/27/23 | Patrick Feeney | Correspond w/ L. Indelicato re: first interim fee application. | 0.10 | 74.00 |
| 03/29/23 | Lisa A. Indelicato | Review monthly fee statements of ArentFox Schiff LLP for the months of November, December, January and February (.3); review interim compensation procedures order (.2); begin | 2.40 | 1,200.00 |

ArentFox Schiff LLP
Attorneys at Law

044261     Vogel, Scott                                                    Invoice Number 2220427
00014      Fee Applications                                                            Page 10
April 13, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | drafting first interim fee application of ArentFox Schiff LLP (1.7); correspond with P. Feeney regarding same (.1); request information regarding payments received and write-offs (.1). | | |
| 03/30/23 | Lisa A. Indelicato | Continue drafting first interim fee application. | 1.30 | 650.00 |
| 03/31/23 | Lisa A. Indelicato | Confer with P Feeney regarding status of interim fee application draft (.4); continue drafting first interim fee application (3.3). | 3.70 | 1,850.00 |
| 03/31/23 | Patrick Feeney | Confer w/ L. Indelicato re: status of interim fee application draft (.4); review previous fee statements (.4). | 0.80 | 592.00 |
| | | **Fee Total** | **14.10** | **$8,406.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Brett D. Goodman | 0.60 | 1,040.00 | 624.00 |
| Patrick Feeney | 4.30 | 740.00 | 3,182.00 |
| Lisa A. Indelicato | 9.20 | 500.00 | 4,600.00 |
| **Timekeeper Summary Total** | **14.10** | | **8,406.00** |

| | | |
|--|--|--|
| Current Fees | | $8,406.00 |
| **Subtotal For This Matter** | | $8,406.00 |

Arent Fox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                                                Invoice Number 2220427
00016       Disclosure Statement and Plan Matters and Solicitation                               Page 11
April 13, 2023

---

For Professional Services Rendered Through:  March 31, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/01/23 | Brett D. Goodman | Call with J. Gleit in advance of confirmation hearing (.1) Perform review of Plan Administrator Agreement and mark-up in Fourth Plan Supplement in advance of hearing (.4) | 0.50 | 520.00 |
| 03/01/23 | Jeffrey R. Gleit | Call with B. Goodman in advance of confirmation hearing. | 0.10 | 112.00 |
| 03/02/23 | Brett D. Goodman | Prepare for and attend morning session of confirmation hearing in court (5.9); attend balance of first day of confirmation hearing telephonically (3.0); confer with J. Gleit re same (.3). | 9.20 | 9,568.00 |
| 03/02/23 | Jeffrey R. Gleit | T/C with R. Howell re plan confirmation hearing (.3); review additional documents in support of confirmation (.5); t/c with B. Goodman re confirmation (.3). | 1.10 | 1,232.00 |
| 03/02/23 | Jeffrey R. Gleit | Participate in confirmation hearing. | 5.70 | 6,384.00 |
| 03/03/23 | Brett D. Goodman | Attend second day of confirmation hearing telephonically. | 8.80 | 9,152.00 |
| 03/03/23 | Jeffrey R. Gleit | Listen to portions of confirmation hearing. | 2.10 | 2,352.00 |
| 03/06/23 | Brett D. Goodman | Attend third day of confirmation hearings telephonically. | 7.60 | 7,904.00 |
| 03/07/23 | Brett D. Goodman | Attend fourth day of confirmation hearing (3.2). Review of Fifth Amended Plan Supplement and correspondence regarding same (.2). | 3.40 | 3,536.00 |
| 03/07/23 | Jeffrey R. Gleit | T/C with D. Posner re equity committee claims (.5); t/c with S. Vogel re plan administrator appointment (.2); t/c with N. Adzima re same (.2); t/c with R. Howell re equity claims (.2); listen to portion of confirmation hearing (.7). | 1.80 | 2,016.00 |
| 03/09/23 | Brett D. Goodman | Review of notice of appeal and related updates. | 0.20 | 208.00 |
| 03/14/23 | Brett D. Goodman | Review of USA motion for stay of confirmation order pending appeal. | 0.50 | 520.00 |

044261      Vogel, Scott                                                                    Invoice Number 2220427
00016       Disclosure Statement and Plan Matters and Solicitation                                        Page 12
April 13, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 03/15/23 | Brett D. Goodman | Review debtors' opposition to motion to stay confirmation order (.5); review of UCC objection to same (.4); review of bankruptcy court decision denying stay pending appeal (.3). | 1.20 | 1,248.00 |
| 03/15/23 | Jeffrey R. Gleit | Attend stay of confirmation hearing. | 1.00 | 1,120.00 |
| 03/16/23 | Jeffrey R. Gleit | T/C with D. Azman re post confirmation issues. | 0.50 | 560.00 |
| 03/17/23 | Brett D. Goodman | Review of government emergency motion to district court to stay confirmation order. | 0.50 | 520.00 |
| 03/19/23 | Brett D. Goodman | Review of updates regarding evening status conference on appeal. | 0.10 | 104.00 |
| 03/20/23 | Brett D. Goodman | Review of debtors' and committees' oppositions to the government's emergency motion for stay (.8); review of proposed stipulation and order regarding schedule for stay pending appeal (.1). | 0.90 | 936.00 |
| 03/21/23 | Brett D. Goodman | Review of joint stipulation and order regarding stay pending appeal and hearing. | 0.10 | 104.00 |
| 03/21/23 | Lisa A. Indelicato | Review telephonic appearance procedures for appeal hearing (.5); correspond with B. Goodman re same (.1); review scheduling order (.1); calendar oral argument with dial-in information (.1). | 0.80 | 400.00 |
| 03/23/23 | Brett D. Goodman | Review of appeal filings and statements in advance of status conference on administrative stay (.5); various correspondence in connection with same (.2); listen to status conference on administrative leave (.2). | 0.90 | 936.00 |
| 03/23/23 | Jeffrey R. Gleit | Revise fee statement. | 0.50 | 560.00 |
| 03/27/23 | Brett D. Goodman | Review of order approving stay pending appeal and communications regarding same. | 0.20 | 208.00 |
| 03/28/23 | Brett D. Goodman | Review of notice and reports regarding debtors' intention to appeal district court's stay order. | 0.20 | 208.00 |
| | | **Fee Total** | **47.90** | **$50,408.00** |

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                           Invoice Number 2220427
00016       Disclosure Statement and Plan Matters and Solicitation                Page 13
April 13, 2023

---

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Jeffrey R. Gleit | 12.80 | 1,120.00 | 14,336.00 |
| Brett D. Goodman | 34.30 | 1,040.00 | 35,672.00 |
| Lisa A. Indelicato | 0.80 | 500.00 | 400.00 |
| **Timekeeper Summary Total** | **47.90** | | **50,408.00** |

| | | |
|---|---|---|
| Current Fees | | $50,408.00 |
| **Subtotal For This Matter** | | $50,408.00 |

ArentFox Schiff LLP
Attorneys at Law

044261    Vogel, Scott

Invoice Number 2220427
Page 14

April 13, 2023

| | |
|---|---:|
| Current Fees For All Matters | $77,662.50 |
| Current Disbursements For All Matters | $700.00 |
| **Total Amount Due This Invoice** | **$78,362.50** |