Hearing Date and Time: June 14, 2023, at 11:00 a.m. (prevailing Eastern Time)
Objection Deadline: June 7, 2023, at 4:00 p.m. (prevailing Eastern Time)

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

## AMENDED[2] NOTICE OF SECOND INTERIM FEE HEARING

**PLEASE TAKE NOTICE** that a hearing (the "Interim Fee Hearing") with respect to the applications for allowance of interim compensation and reimbursement of expenses for the period November 1, 2022 (or the effective date of retention), through and including February 28, 2023 (the "Second Interim Fee Applications"), filed by certain professionals retained in the above-captioned chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), will be held before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10022, on **June 14, 2023, at 11:00 a.m. (prevailing Eastern Time)**. In

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2]   **Amended items appear in bold.**

accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted telephonically. Any parties wishing to participate must do so by making arrangements through CourtSolutions by visiting https://www.court-solutions.com. The Second Interim Fee Applications and the amounts requested therein are set forth as follows:

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| Debtor Professionals | | | |
| Deloitte Tax LLP[3] [Docket No. 995] | Tax Services Provider | $867,517.00 | $0.00 |
| ArentFox Schiff LLP [Docket No. 1289] | Special Counsel | $229,416.00 | $93.50 |
| Paul Hastings LLP[4] [Docket No. 1293] | Special Regulatory Counsel | $1,333,197.50 | $9,651.89 |
| Katten Muchin Rosenman LLP [Docket No. 1295] | Special Counsel | $815,130.50 | $9,936.50 |
| Quinn Emanuel Urquhart & Sullivan, LLP [Docket No. 1297] | Special Counsel | $580,788.45 | $3,322.65 |
| Berkeley Research Group [Docket No. 1304] | Financial Advisor | $4,917,378.00 | $26,853.95 |
| Kirkland & Ellis LLP [Docket No. 1308] | Attorneys for the Debtors | $8,539,709.50 | $100,083.69 |
| Moelis & Company LLC [Docket No. 1325] | Investment Banker | $800,000 | $25,531.09 |
| **Stretto, Inc. [Docket No. 1333]** | **Administrative Advisor** | **$145,224.48** | **$0.00** |
| **Potter Anderson & Corroon LLP[5] [Docket No. 1341]** | **Delaware Counsel** | **$141,701.50** | **$35.00** |
| Official Committee of Unsecured Creditors Professionals | | | |
| FTI Consulting, Inc. [Docket No. 1291] | Financial Advisor | $2,471,323.85 | $4,793.29 |
| Harney Westwood & Riegels LP [Docket No. 1298] | BVI Counsel for the Official Committee of Unsecured Creditors | $25,120.00 | $0.00 |

---

[3] Deloitte Tax LLP is requesting compensation for the period August 1, 2022 through and including November 20, 2022.

[4] Paul Hastings LLP is requesting compensation for the period July 5, 2022 through and including October 31, 2022.

[5] **Potter Anderson & Corroon LLP is requesting compensation for the period November 30, 2022 through and including February 28, 2023.**

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 1299] | Canadian Counsel for the Official Committee of Unsecured Creditors | CAD $46,487.18 | CAD $428.81 |
| M3 Advisory Partners, LP [Docket No. 1305] | Financial Advisor | $305,671.00 | $168.10 |
| McDermott Will & Emery LLP [Docket No. 1307] | Counsel for the Official Committee of Unsecured Creditors | $5,676,302.50 | $104,318.90 |
| Epiq Corporate Restructuring LLC [Docket No. 1309] | Noticing and Information Agent | $20,092.90 | $52,856.12 |

**PLEASE TAKE FURTHER NOTICE** that the Interim Fee Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Interim Fee Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Interim Fee Applications (each, an "Objection") are required to be filed and served so as to be actually received no later than **June 7, 2023, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"), or the applicable objection date contained in each Second Interim Fee Application, upon the parties on the Service List (as defined in the case management order in these chapter 11 cases [Docket No. 240]).

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the Second Interim Fee Applications, the Debtors shall, on or after the Objection Deadline, submit to the Court a proposed order granting the Second Interim Fee Applications, which order the Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Second Interim Fee Applications and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated:  April 24, 2023<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  jsussberg@kirkland.com<br>  cmarcus@kirkland.com<br>  christine.okike@kirkland.com<br>  allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |