IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **VOYAGER DIGITAL HOLDINGS, INC.,** | ) | Case No. 22-10943 (MEW) |
| | ) | Lead Case – Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| **VOYAGER DIGITAL HOLDINGS, INC.,** | ) | |
| **DEBTOR.** | ) | Case No. 22-10943 (MEW) |

**NOTICE OF WITHDRAWAL OF CLAIM**

On December 22, 2022, the Tennessee Department of Revenue (TDOR) filed proof of claim no. 12020 in the case of VOYAGER DIGITAL HOLDINGS, INC., Case No. 22-10943 (MEW), incorrectly listing the creditor as VOY-20392. TDOR hereby gives notice that it wishes to withdraw claim no. 12020.

Respectfully submitted,
JONATHAN SKRMETTI
Attorney General & Reporter

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
agbanknewyork@ag.tn.gov

1

## CERTIFICATE OF SERVICE

I certify that on April 25, 2023 a copy of the foregoing Notice of Withdrawal of Claim was sent via U.S. mail, postage prepaid, or electronically to the parties set out below.

/s/ Marvin E. Clements, Jr.

**Joshua Sussberg**
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

*Claims and Noticing Agent*
**Stretto Claims Agent**
8269 E. 23rd Avenue
Suite 275
Denver, CO 80238