UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF
FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 13, 2022, effective as of July 25, 2022 |
| Period for Which Compensation and Reimbursement Will be Sought: | March 1, 2023 to March 31, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $224,778.00 |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $255.75 |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

York, the *Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 25, 2022*, dated September 13, 2022 [Docket No. 404] (the "Retention Order"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket. No. 236], (the "Interim Compensation Order"), and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1277] (the "Fee Examiner Order"), FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI") hereby submits this *Eighth Monthly Fee Statement of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from March 1, 2023 Through March 31, 2023* (this "Monthly Fee Statement").[2] Specifically, FTI seeks (i) interim allowance of $224,778.00 for the reasonable and necessary financial advisory services that FTI rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) compensation in the amount of $179,822.40, which is equal to 80% of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period (*i.e.*, $224,778.00); and (iii) allowance and payment of $255.75 for the actual and necessary expenses that FTI incurred in connection with such services during the Fee Period.

---

[2] The period from March 1, 2023, through and including March 31, 2023 is referred to herein as the "Fee Period."

2

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of FTI professionals and paraprofessionals, who rendered services to the Committee in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.

2. Attached hereto as **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by FTI professionals and paraprofessionals during the Fee Period with respect to each of the project categories FTI established in accordance with its internal billing procedures. As reflected in **Exhibit B**, FTI incurred $224,778.00 in fees during the Fee Period. Pursuant to this Fee Statement, FTI seeks reimbursement for 80% of such fees ($179,822.40 in the aggregate).

3. Attached hereto as **Exhibit C** are the time records of FTI, which provide detailed time entries by task code of the time spent by each FTI professional and paraprofessional during the Fee Period.

4. Attached hereto as **Exhibit D** is a schedule of the expense categories and total expenses in each category for the Fee Period that FTI seeks reimbursement of in this Monthly Fee Statement.

5. Attached hereto as **Exhibit E** are the expense records of FTI, which provide a daily summary of the expenses for which FTI is seeking payment and an itemization thereof.

## Notice

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the Fee Examiner Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice be given.

Dated:  New York, New York        **FTI CONSULTING, INC.**
April 26, 2023

_/s/ Michael Cordasco_
Michael Cordasco
Senior Managing Director
FTI Consulting, Inc.

**EXHIBIT A**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Professional | Specialty | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Cordasco, Michael | Restructuring | Senior Managing Director | $ 1,325 | 85.3 | $ 113,022.50 |
| Flaharty, William | Investigation | Senior Managing Director | 1,055 | 0.5 | 527.50 |
| Mulkeen, Tara | Investigation | Senior Managing Director | 1,325 | 7.1 | 9,407.50 |
| Eisler, Marshall | Restructuring | Managing Director | 1,055 | 47.3 | 49,901.50 |
| Fischer, Preston | Cryptocurrency | Managing Director | 910 | 13.5 | 12,285.00 |
| Whitman, Andrew | Investigation | Senior Director | 935 | 0.6 | 561.00 |
| Dougherty, Andrew | Investigation | Director | 925 | 3.7 | 3,422.50 |
| Mehta, Ajay | Cryptocurrency | Director | 809 | 3.5 | 2,831.50 |
| Schroeder, Christopher | Cryptocurrency | Senior Consultant | 595 | 1.0 | 595.00 |
| Baltaytis, Jacob | Restructuring | Consultant | 530 | 60.8 | 32,224.00 |
| **GRAND TOTAL** | | | | **223.3** | **$ 224,778.00** |

**EXHIBIT B**

**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 9.9 | $ 12,361.50 |
| 6 | Asset Sales | 24.1 | 25,599.20 |
| 10 | Analysis of Tax Issues | 0.7 | 927.50 |
| 11 | Prepare for and Attend Court Hearings | 86.0 | 84,256.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 3.5 | 2,173.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 31.3 | 35,211.30 |
| 17 | Wind Down Monitoring | 24.2 | 27,416.00 |
| 19 | Case Management | 1.5 | 1,729.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 14.0 | 16,237.90 |
| 24 | Preparation of Fee Application | 24.1 | 15,317.00 |
| 26 | Cryptocurrency/Digital Assets Issues | 4.0 | 3,549.10 |
|  | **GRAND TOTAL** | **223.3** | **$ 224,778.00** |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 2 | 3/9/2023 | Cordasco, Michael | 0.5 | Participate in call with BRG to discuss updated weekly cash forecast. | $ 662.50 |
| 2 | 3/9/2023 | Cordasco, Michael | 0.6 | Analyze updated weekly cash forecast with associated actual variances. | 795.00 |
| 2 | 3/10/2023 | Cordasco, Michael | 0.6 | Participate in call with Debtors re: outstanding cash transfers. | 795.00 |
| 2 | 3/10/2023 | Cordasco, Michael | 0.8 | Analyze correspondence from UCC advisors re: cash management issues. | 1,060.00 |
| 2 | 3/13/2023 | Cordasco, Michael | 0.8 | Participate in call with case advisors to discuss bank account transfer issues. | 1,060.00 |
| 2 | 3/13/2023 | Eisler, Marshall | 0.8 | Participate in call with case professionals re: bank account transfer issues. | 844.00 |
| 2 | 3/16/2023 | Eisler, Marshall | 0.3 | Review weekly variance report as provided by BRG. | 316.50 |
| 2 | 3/17/2023 | Cordasco, Michael | 0.4 | Participate in call with UCC advisors to discuss cash account options. | 530.00 |
| 2 | 3/17/2023 | Cordasco, Michael | 0.5 | Participate in call with case advisors to discuss cash account diligence. | 662.50 |
| 2 | 3/17/2023 | Cordasco, Michael | 0.6 | Participate in call with MWE re: cash account options. | 795.00 |
| 2 | 3/17/2023 | Mulkeen, Tara | 0.4 | Participate in discussions with banking team re: possible options for transferring funds. | 530.00 |
| 2 | 3/20/2023 | Cordasco, Michael | 0.3 | Prepare responses to inquiries from MWE re: cash balances. | 397.50 |
| 2 | 3/20/2023 | Eisler, Marshall | 0.8 | Respond to diligence question from counsel re: MCB bank accounts. | 844.00 |
| 2 | 3/23/2023 | Cordasco, Michael | 0.2 | Analyze budget to actual cash variances to assess recent trends. | 265.00 |
| 2 | 3/24/2023 | Cordasco, Michael | 0.5 | Provide comments to response to inquiries re: cash budgets. | 662.50 |
| 2 | 3/24/2023 | Eisler, Marshall | 0.9 | Respond to diligence question from UCC member re: daily cash burn. | 949.50 |
| 2 | 3/30/2023 | Cordasco, Michael | 0.4 | Analyze updated budget to actual cash flows to assess recent trends. | 530.00 |
| 2 | 3/30/2023 | Cordasco, Michael | 0.5 | Analyze cash forecasts to assess potential cash levels at closing. | 662.50 |
| **2 Total** | | | **9.9** | | **$ 12,361.50** |
| 6 | 3/1/2023 | Eisler, Marshall | 0.4 | Coordinate with UCC professionals re: meeting with bidder. | 422.00 |
| 6 | 3/1/2023 | Mehta, Ajay | 0.8 | Review on-chain collateral activity re: purchaser's stablecoin positions. | 647.20 |
| 6 | 3/1/2023 | Mulkeen, Tara | 1.3 | Participate in call with purchaser, advisors and MWE to discuss diligence and relevant transfers. | 1,722.50 |
| 6 | 3/1/2023 | Mulkeen, Tara | 0.3 | Review correspondence from MWE in advance of diligence call with purchaser. | 397.50 |
| 6 | 3/1/2023 | Schroeder, Christopher | 1.0 | Analyze purchaser's proof of reserves for tokens publicly reported. | 595.00 |
| 6 | 3/7/2023 | Cordasco, Michael | 0.4 | Analyze proposal re: smart contracts as provided by interested party. | 530.00 |

3

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 6 | 3/8/2023 | Baltaytis, Jacob | 0.5 | Participate in call with UCC and potential IP purchaser re: bid overview. | 265.00 |
| 6 | 3/8/2023 | Cordasco, Michael | 0.5 | Participate in call with potential buyer of smart contracts. | 662.50 |
| 6 | 3/8/2023 | Cordasco, Michael | 0.4 | Analyze additional proposal re: smart contracts as provided by another party in interest. | 530.00 |
| 6 | 3/8/2023 | Fischer, Preston | 0.5 | Participate in call with UCC re: smart contract bidder presentation. | 455.00 |
| 6 | 3/8/2023 | Fischer, Preston | 1.4 | Review smart contract proposal from bidder in advance of presentation. | 1,274.00 |
| 6 | 3/8/2023 | Fischer, Preston | 1.6 | Provide comments to smart contract bids assessment. | 1,456.00 |
| 6 | 3/8/2023 | Mehta, Ajay | 0.5 | Participate in smart contract bidder presentation call with UCC. | 404.50 |
| 6 | 3/10/2023 | Cordasco, Michael | 0.4 | Participate in call with Moelis re: smart contract process. | 530.00 |
| 6 | 3/14/2023 | Cordasco, Michael | 0.4 | Provide comments to draft diligence request list re: bidder. | 530.00 |
| 6 | 3/20/2023 | Cordasco, Michael | 0.4 | Prepare for diligence call with potential purchaser. | 530.00 |
| 6 | 3/20/2023 | Dougherty, Andrew | 2.5 | Review of additional due diligence files provided by buyer at the request of MWE. | 2,312.50 |
| 6 | 3/20/2023 | Eisler, Marshall | 0.8 | Research proposal from potential purchaser of remnant assets. | 844.00 |
| 6 | 3/21/2023 | Cordasco, Michael | 1.2 | Participate in diligence call with potential purchaser. | 1,590.00 |
| 6 | 3/21/2023 | Cordasco, Michael | 0.5 | Participate in continuance of diligence call with potential purchaser. | 662.50 |
| 6 | 3/21/2023 | Cordasco, Michael | 0.5 | Analyze summary of diligence materials provided by potential purchaser. | 662.50 |
| 6 | 3/21/2023 | Dougherty, Andrew | 1.2 | Review of additional documents provided by potential purchaser. | 1,110.00 |
| 6 | 3/21/2023 | Eisler, Marshall | 1.2 | Participate in diligence call with potential purchaser and case professionals. | 1,266.00 |
| 6 | 3/21/2023 | Fischer, Preston | 1.2 | Participate in discussion re: purchaser diligence with case professionals and potential purchaser. | 1,092.00 |
| 6 | 3/21/2023 | Fischer, Preston | 0.5 | Participate in follow up due diligence discussion with potential purchaser. | 455.00 |
| 6 | 3/22/2023 | Cordasco, Michael | 0.6 | Participate in call with proposed purchaser to discuss diligence questions. | 795.00 |
| 6 | 3/22/2023 | Fischer, Preston | 0.6 | Participate in due diligence discussion with potential purchaser. | 546.00 |
| 6 | 3/23/2023 | Cordasco, Michael | 0.5 | Participate in diligence call with proposed purchaser and case advisors. | 662.50 |
| 6 | 3/23/2023 | Mulkeen, Tara | 0.5 | Participate in follow-up diligence call with purchaser and case advisors. | 662.50 |
| 6 | 3/27/2023 | Cordasco, Michael | 0.5 | Analyze CFTC complaint to assess potential impact on sale transaction. | 662.50 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 6 | 3/27/2023 | Cordasco, Michael | 0.4 | Prepare correspondence to UCC re: status of transaction. | 530.00 |
| 6 | 3/28/2023 | Cordasco, Michael | 0.6 | Analyze update from Debtors re: proposed purchaser and appeal. | 795.00 |
| **6 Total** | | | **24.1** | | **$ 25,599.20** |
| 10 | 3/13/2023 | Cordasco, Michael | 0.7 | Analyze tax issues re: non-debtor entity for Plan purposes. | 927.50 |
| **10 Total** | | | **0.7** | | **$ 927.50** |
| 11 | 3/1/2023 | Baltaytis, Jacob | 0.6 | Prepare summary of confirmation hearing agenda re: contested matters. | 318.00 |
| 11 | 3/1/2023 | Baltaytis, Jacob | 0.3 | Prepare summary of docket updates in advance of confirmation hearing. | 159.00 |
| 11 | 3/2/2023 | Baltaytis, Jacob | 3.0 | Attend telephonic confirmation hearing on 3/2 (morning session). | 1,590.00 |
| 11 | 3/2/2023 | Baltaytis, Jacob | 3.0 | Attend telephonic confirmation hearing on 3/2 (afternoon session). | 1,590.00 |
| 11 | 3/2/2023 | Baltaytis, Jacob | 1.6 | Attend telephonic confirmation hearing on 3/2 (final session). | 848.00 |
| 11 | 3/2/2023 | Cordasco, Michael | 3.0 | Attend in-person confirmation hearing on 3/2 (morning session). | 3,975.00 |
| 11 | 3/2/2023 | Cordasco, Michael | 3.0 | Attend in-person confirmation hearing on 3/2 (afternoon session). | 3,975.00 |
| 11 | 3/2/2023 | Cordasco, Michael | 1.6 | Attend in-person confirmation hearing on 3/2 (final session). | 2,120.00 |
| 11 | 3/2/2023 | Eisler, Marshall | 3.0 | Attend in-person confirmation hearing on 3/2 (morning session). | 3,165.00 |
| 11 | 3/2/2023 | Eisler, Marshall | 3.0 | Attend in-person confirmation hearing on 3/2 (afternoon session). | 3,165.00 |
| 11 | 3/2/2023 | Eisler, Marshall | 1.6 | Attend in-person confirmation hearing on 3/2 (final session). | 1,688.00 |
| 11 | 3/3/2023 | Baltaytis, Jacob | 3.0 | Attend telephonic confirmation hearing on 3/3 (morning session). | 1,590.00 |
| 11 | 3/3/2023 | Baltaytis, Jacob | 3.0 | Attend telephonic confirmation hearing on 3/3 (afternoon session). | 1,590.00 |
| 11 | 3/3/2023 | Baltaytis, Jacob | 2.1 | Attend telephonic confirmation hearing on 3/3 (final session). | 1,113.00 |
| 11 | 3/3/2023 | Cordasco, Michael | 3.0 | Attend in-person confirmation hearing on 3/3 (morning session). | 3,975.00 |
| 11 | 3/3/2023 | Cordasco, Michael | 3.0 | Attend in-person confirmation hearing on 3/3 (afternoon session). | 3,975.00 |
| 11 | 3/3/2023 | Cordasco, Michael | 2.1 | Attend in-person confirmation hearing on 3/3 (final session). | 2,782.50 |
| 11 | 3/3/2023 | Eisler, Marshall | 3.0 | Attend in-person confirmation hearing on 3/3 (morning session). | 3,165.00 |
| 11 | 3/3/2023 | Eisler, Marshall | 3.0 | Attend in-person confirmation hearing on 3/3 (afternoon session). | 3,165.00 |
| 11 | 3/3/2023 | Eisler, Marshall | 2.1 | Attend in-person confirmation hearing on 3/3 (final session). | 2,215.50 |

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 11 | 3/6/2023 | Baltaytis, Jacob | 3.0 | Attend telephonic confirmation hearing on 3/6 (morning session). | 1,590.00 |
| 11 | 3/6/2023 | Baltaytis, Jacob | 3.0 | Attend telephonic confirmation hearing on 3/6 (afternoon session). | 1,590.00 |
| 11 | 3/6/2023 | Baltaytis, Jacob | 1.8 | Attend telephonic confirmation hearing on 3/6 (final session). | 954.00 |
| 11 | 3/6/2023 | Cordasco, Michael | 3.0 | Attend in-person confirmation hearing on 3/6 (morning session). | 3,975.00 |
| 11 | 3/6/2023 | Cordasco, Michael | 3.0 | Attend in-person confirmation hearing on 3/6 (afternoon session). | 3,975.00 |
| 11 | 3/6/2023 | Cordasco, Michael | 1.8 | Attend in-person confirmation hearing on 3/6 (final session). | 2,385.00 |
| 11 | 3/6/2023 | Eisler, Marshall | 3.0 | Attend telephonic confirmation hearing on 3/6 (morning session). | 3,165.00 |
| 11 | 3/6/2023 | Eisler, Marshall | 3.0 | Attend telephonic confirmation hearing on 3/6 (afternoon session). | 3,165.00 |
| 11 | 3/6/2023 | Eisler, Marshall | 1.8 | Attend telephonic confirmation hearing on 3/6 (final session). | 1,899.00 |
| 11 | 3/7/2023 | Baltaytis, Jacob | 3.0 | Attend telephonic confirmation hearing on 3/7 (afternoon session). | 1,590.00 |
| 11 | 3/7/2023 | Cordasco, Michael | 3.0 | Attend in-person confirmation hearing on 3/7 (afternoon session). | 3,975.00 |
| 11 | 3/7/2023 | Eisler, Marshall | 3.0 | Attend telephonic confirmation hearing on 3/7 (afternoon session). | 3,165.00 |
| 11 | 3/15/2023 | Cordasco, Michael | 0.9 | Participate telephonically in hearing re: stay for government appeal. | 1,192.50 |
| 11 | 3/15/2023 | Eisler, Marshall | 0.9 | Participate telephonically in hearing re: stay for government appeal. | 949.50 |
| 11 | 3/23/2023 | Cordasco, Michael | 1.4 | Participate in telephonic hearing re: stay of appeal. | 1,855.00 |
| 11 | 3/23/2023 | Eisler, Marshall | 1.4 | Participate in telephonic hearing re: stay of appeal. | 1,477.00 |
| 11 | 3/28/2023 | Cordasco, Michael | 0.5 | Participate telephonically in hearing re: claims and status update. | 662.50 |
| 11 | 3/28/2023 | Eisler, Marshall | 0.5 | Participate telephonically in hearing re: claims and status update. | 527.50 |
| **11 Total** | | | **86.0** | | **$ 84,256.00** |
| 14 | 3/2/2023 | Baltaytis, Jacob | 1.9 | Prepare summary of non-governmental claims at HoldCo and TopCo. | 1,007.00 |
| 14 | 3/2/2023 | Baltaytis, Jacob | 1.2 | Review Stretto claims register for non-governmental claims at HoldCo and TopCo. | 636.00 |
| 14 | 3/2/2023 | Cordasco, Michael | 0.4 | Provide comments to draft claims analysis as requested by MWE. | 530.00 |
| **14 Total** | | | **3.5** | | **$ 2,173.00** |
| 16 | 3/1/2023 | Cordasco, Michael | 1.4 | Analyze status of filed objections to Plan of Reorganization. | 1,855.00 |
| 16 | 3/1/2023 | Cordasco, Michael | 0.8 | Analyze updates to recently filed Plan of Reorganization. | 1,060.00 |

6

# EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 16 | 3/1/2023 | Eisler, Marshall | 1.3 | Review objections to filed Plan to assess confirmation implications. | 1,371.50 |
| 16 | 3/1/2023 | Eisler, Marshall | 0.9 | Analyze potential issues re: proposed form of confirmation order. | 949.50 |
| 16 | 3/2/2023 | Baltaytis, Jacob | 0.3 | Prepare summary of docket updates re: revised Plan and APA. | 159.00 |
| 16 | 3/3/2023 | Baltaytis, Jacob | 0.3 | Prepare summary of docket updates re: revised governmental objections. | 159.00 |
| 16 | 3/6/2023 | Baltaytis, Jacob | 0.2 | Prepare summary of docket updates re: further revised Plan and proposed order. | 106.00 |
| 16 | 3/7/2023 | Baltaytis, Jacob | 0.2 | Prepare summary of docket updates re: United States' objection to Plan. | 106.00 |
| 16 | 3/7/2023 | Baltaytis, Jacob | 0.4 | Incorporate latest crypto pricing into recovery model to assess implications. | 212.00 |
| 16 | 3/7/2023 | Baltaytis, Jacob | 0.3 | Review market changes for top coins driving recovery changes. | 159.00 |
| 16 | 3/7/2023 | Baltaytis, Jacob | 1.6 | Update recovery model for latest crypto pricing and Plan assumptions. | 848.00 |
| 16 | 3/7/2023 | Cordasco, Michael | 0.4 | Provide comments to updated recovery analysis as of 3/7/23. | 530.00 |
| 16 | 3/7/2023 | Mehta, Ajay | 0.2 | Review market pricing as of 3/7 for updated waterfall analysis. | 161.80 |
| 16 | 3/8/2023 | Baltaytis, Jacob | 0.3 | Prepare summary of docket updates re: amended final DS order. | 159.00 |
| 16 | 3/8/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE re: potential Plan appeals. | 662.50 |
| 16 | 3/8/2023 | Cordasco, Michael | 1.3 | Prepare list of requisite tasks to be completed prior to effective date. | 1,722.50 |
| 16 | 3/10/2023 | Cordasco, Michael | 0.7 | Participate in call with Debtors to discuss issues to be resolved before closing. | 927.50 |
| 16 | 3/10/2023 | Cordasco, Michael | 0.4 | Provide comments to initial effective date task list. | 530.00 |
| 16 | 3/11/2023 | Cordasco, Michael | 0.4 | Prepare responses to inquiries from MWE re: insurance disclosures. | 530.00 |
| 16 | 3/12/2023 | Cordasco, Michael | 0.4 | Prepare follow up responses to inquiries from MWE re: insurance disclosures. | 530.00 |
| 16 | 3/12/2023 | Fischer, Preston | 0.8 | Review Plan confirmation documents for implications to customer migration. | 728.00 |
| 16 | 3/13/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE and Debtors to discuss Plan issues re: non-debtors. | 662.50 |
| 16 | 3/13/2023 | Eisler, Marshall | 0.5 | Participate in call with MWE and Debtors to discuss Plan issues re: non-debtors. | 527.50 |
| 16 | 3/14/2023 | Cordasco, Michael | 0.6 | Participate in call with MWE to discuss appeal of confirmation. | 795.00 |
| 16 | 3/14/2023 | Cordasco, Michael | 0.3 | Analyze open questions re: non-debtor Plan issues. | 397.50 |
| 16 | 3/14/2023 | Eisler, Marshall | 0.6 | Participate in call with MWE re: government appeal of confirmation order. | 633.00 |

7

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 16 | 3/14/2023 | Eisler, Marshall | 0.6 | Review confirmation order as filed on the docket to assess distribution language. | 633.00 |
| 16 | 3/14/2023 | Fischer, Preston | 0.6 | Participate in conference call with MWE on confirmation order appeal. | 546.00 |
| 16 | 3/14/2023 | Mulkeen, Tara | 0.6 | Participate in call with MWE on emergence and cash management of wind-down entity. | 795.00 |
| 16 | 3/20/2023 | Cordasco, Michael | 1.5 | Participate in call with MWE and Plan Administrator to discuss steps to closing. | 1,987.50 |
| 16 | 3/22/2023 | Cordasco, Michael | 0.6 | Participate in call with Debtors re: toggle Plan procedures. | 795.00 |
| 16 | 3/22/2023 | Eisler, Marshall | 0.6 | Participate in call with Debtors' advisors to discuss toggle Plan procedures. | 633.00 |
| 16 | 3/22/2023 | Eisler, Marshall | 0.2 | Review restructuring transaction memorandum to assess key distribution milestones. | 211.00 |
| 16 | 3/23/2023 | Baltaytis, Jacob | 0.3 | Participate in discussion with MWE on government appeal re: confirmation order. | 159.00 |
| 16 | 3/23/2023 | Baltaytis, Jacob | 0.5 | Participate in call with BRG re: closing schedules. | 265.00 |
| 16 | 3/23/2023 | Cordasco, Michael | 0.5 | Participate in call with Debtors re: status of appeal. | 662.50 |
| 16 | 3/23/2023 | Cordasco, Michael | 0.5 | Participate in call with Debtors re: tasks for closing. | 662.50 |
| 16 | 3/23/2023 | Cordasco, Michael | 1.0 | Participate in call with MWE to discuss process for restructuring transactions at closing. | 1,325.00 |
| 16 | 3/23/2023 | Eisler, Marshall | 0.5 | Participate in call with Debtors to discuss closing items. | 527.50 |
| 16 | 3/24/2023 | Cordasco, Michael | 0.7 | Analyze update from MWE re: status of appeal and closing. | 927.50 |
| 16 | 3/27/2023 | Cordasco, Michael | 0.5 | Participate in call with Debtors re: district court ruling implications. | 662.50 |
| 16 | 3/27/2023 | Cordasco, Michael | 0.6 | Participate in call with MWE re: next steps following district court ruling. | 795.00 |
| 16 | 3/27/2023 | Eisler, Marshall | 0.5 | Participate in call with Debtors' advisors to discuss district court ruling. | 527.50 |
| 16 | 3/27/2023 | Eisler, Marshall | 0.6 | Participate in call with MWE to discuss district court ruling implications. | 633.00 |
| 16 | 3/28/2023 | Cordasco, Michael | 0.4 | Analyze implications on timing of distributions resulting from stay. | 530.00 |
| 16 | 3/29/2023 | Cordasco, Michael | 0.6 | Participate in call with Debtors to discuss self-liquidation issues/risks. | 795.00 |
| 16 | 3/29/2023 | Cordasco, Michael | 0.5 | Analyze update from MWE re: stay settlement discussions. | 662.50 |
| 16 | 3/29/2023 | Eisler, Marshall | 0.6 | Participate in call with Debtors re: issues with self-liquidation. | 633.00 |
| 16 | 3/30/2023 | Cordasco, Michael | 0.5 | Participate in meeting with case advisors to discuss status of Plan closing. | 662.50 |
| 16 | 3/30/2023 | Cordasco, Michael | 0.6 | Analyze update re: diligence questions of potential purchaser. | 795.00 |

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 16 | 3/30/2023 | Eisler, Marshall | 0.5 | Participate in meeting to discuss status of Plan closing with case professionals. | 527.50 |
| 16 | 3/31/2023 | Cordasco, Michael | 0.8 | Analyze update from counsel re: closing timing and related issues. | 1,060.00 |
| 16 | 3/31/2023 | Eisler, Marshall | 0.3 | Provide comments to status report re: closing workstreams. | 316.50 |
| **16 Total** | | | **31.3** | | **$ 35,211.30** |
| 17 | 3/8/2023 | Baltaytis, Jacob | 1.1 | Finalize draft engagement letter for post-effective wind-down entity. | 583.00 |
| 17 | 3/8/2023 | Baltaytis, Jacob | 1.8 | Prepare engagement letter for post-effective wind-down entity. | 954.00 |
| 17 | 3/8/2023 | Baltaytis, Jacob | 0.6 | Review Plan Administrator agreement re: engagement letter scope. | 318.00 |
| 17 | 3/8/2023 | Cordasco, Michael | 0.4 | Participate in call with MWE re: tasks for wind-down trust. | 530.00 |
| 17 | 3/9/2023 | Baltaytis, Jacob | 0.4 | Revise engagement letter for post-effective wind-down entity based on internal comments. | 212.00 |
| 17 | 3/9/2023 | Cordasco, Michael | 0.6 | Provide comments to draft wind-down trust engagement letter. | 795.00 |
| 17 | 3/13/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE re: post-effective date entity structures. | 662.50 |
| 17 | 3/13/2023 | Eisler, Marshall | 0.5 | Participate in call with MWE on structure of post-effective entity. | 527.50 |
| 17 | 3/14/2023 | Cordasco, Michael | 1.2 | Analyze issues re: potential wind-down debtor structures. | 1,590.00 |
| 17 | 3/15/2023 | Cordasco, Michael | 0.6 | Participate in call with MWE to discuss wind-down task list. | 795.00 |
| 17 | 3/15/2023 | Cordasco, Michael | 0.4 | Prepare correspondence re: insurance requirements for wind-down. | 530.00 |
| 17 | 3/15/2023 | Cordasco, Michael | 0.7 | Provide final comments to draft wind-down trust engagement letter. | 927.50 |
| 17 | 3/15/2023 | Eisler, Marshall | 0.6 | Participate in call with MWE re: post-effective items. | 633.00 |
| 17 | 3/15/2023 | Eisler, Marshall | 0.8 | Review key terms to assess D&O policies re: Plan Administrator. | 844.00 |
| 17 | 3/16/2023 | Cordasco, Michael | 0.6 | Participate in call with UCC advisors to discuss D&O insurance limits for post-emergence. | 795.00 |
| 17 | 3/16/2023 | Cordasco, Michael | 0.5 | Participate in call with potential lending institutions to hold cash for wind-down entity. | 662.50 |
| 17 | 3/16/2023 | Cordasco, Michael | 0.6 | Participate in meeting with advisors to discuss wind-down entity organizational structure. | 795.00 |
| 17 | 3/16/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE re: cash management for wind-down entity. | 662.50 |
| 17 | 3/16/2023 | Eisler, Marshall | 0.6 | Participate in UCC advisor call re: D&O insurance limits for post-emergence. | 633.00 |
| 17 | 3/16/2023 | Whitman, Andrew | 0.6 | Participate in discussion with UCC advisors re: D&O policy placement. | 561.00 |
| 17 | 3/17/2023 | Cordasco, Michael | 0.9 | Participate in call with lending institutions re: post-emergence cash accounts. | 1,192.50 |

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 17 | 3/20/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE re: wind-down debtor bank accounts. | 662.50 |
| 17 | 3/20/2023 | Cordasco, Michael | 0.4 | Prepare correspondence to banks re: wind-down bank accounts. | 530.00 |
| 17 | 3/21/2023 | Cordasco, Michael | 0.4 | Participate in call with MWE re: wind-down cash accounts. | 530.00 |
| 17 | 3/21/2023 | Cordasco, Michael | 0.4 | Participate in call with bank to discuss wind-down account options. | 530.00 |
| 17 | 3/21/2023 | Cordasco, Michael | 0.5 | Participate in call with alternative bank re: wind-down account options. | 662.50 |
| 17 | 3/21/2023 | Cordasco, Michael | 0.5 | Participate in call with Debtors to discuss wind-down task list. | 662.50 |
| 17 | 3/21/2023 | Cordasco, Michael | 0.6 | Analyze terms contained in restructuring memorandum re: wind-down tasks. | 795.00 |
| 17 | 3/21/2023 | Cordasco, Michael | 0.9 | Provide comments to draft wind-down task list. | 1,192.50 |
| 17 | 3/21/2023 | Eisler, Marshall | 0.5 | Participate in call with Debtors' and UCC advisors to discuss wind-down task list. | 527.50 |
| 17 | 3/21/2023 | Fischer, Preston | 0.5 | Participate in professionals call regarding wind-down items, appeal of confirmation order. | 455.00 |
| 17 | 3/21/2023 | Flaharty, William | 0.5 | Analyze status of insurance and preliminary risk management considerations. | 527.50 |
| 17 | 3/22/2023 | Cordasco, Michael | 0.4 | Prepare correspondence re: wind-down organizational structures. | 530.00 |
| 17 | 3/22/2023 | Cordasco, Michael | 0.5 | Prepare correspondence to counsel re: wind-down cash accounts. | 662.50 |
| 17 | 3/23/2023 | Cordasco, Michael | 0.7 | Analyze proposed comments to post-effective date engagement letter. | 927.50 |
| 17 | 3/27/2023 | Cordasco, Michael | 1.2 | Prepare correspondence to MWE re: wind-down bank accounts. | 1,590.00 |
| 17 | 3/30/2023 | Eisler, Marshall | 0.6 | Review updated wind down budget as provided by BRG for changes. | 633.00 |
| 17 | 3/31/2023 | Cordasco, Michael | 0.6 | Analyze aspects of proposed D&O insurance coverage for plan administrator. | 795.00 |
| **17 Total** | | | **24.2** | | **$ 27,416.00** |
| 19 | 3/9/2023 | Cordasco, Michael | 0.5 | Participate in internal meeting to discuss next steps for wind-down trust. | 662.50 |
| 19 | 3/9/2023 | Mehta, Ajay | 0.5 | Participate in internal call to discuss project needs and planning re: effective date. | 404.50 |
| 19 | 3/9/2023 | Mulkeen, Tara | 0.5 | Participate in update meeting to discuss Plan and next steps. | 662.50 |
| **19 Total** | | | **1.5** | | **$ 1,729.50** |
| 21 | 3/8/2023 | Baltaytis, Jacob | 0.6 | Attend call with UCC re: debrief of IP bidder presentation and case updates. | 318.00 |
| 21 | 3/8/2023 | Cordasco, Michael | 0.6 | Participate in status update call with UCC re: Plan and smart contracts. | 795.00 |
| 21 | 3/8/2023 | Fischer, Preston | 0.6 | Participate in call with UCC to discuss smart contract bid and other case items. | 546.00 |
| 21 | 3/8/2023 | Mehta, Ajay | 0.6 | Participate in UCC call re: debrief of smart contract bid and case updates. | 485.40 |

10

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 21 | 3/10/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE re: closing conditions. | 662.50 |
| 21 | 3/10/2023 | Cordasco, Michael | 0.6 | Participate in call with UCC re: closing and Plan issues. | 795.00 |
| 21 | 3/10/2023 | Fischer, Preston | 0.6 | Participate in meeting with UCC to discuss sale confirmation and effective date. | 546.00 |
| 21 | 3/10/2023 | Mulkeen, Tara | 0.5 | Participate in call with MWE re: Plan and related updates in advance of UCC call. | 662.50 |
| 21 | 3/10/2023 | Mulkeen, Tara | 0.6 | Participate on weekly UCC call to discuss Plan and potential government appeal. | 795.00 |
| 21 | 3/16/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE to discuss logistics for Plan effective date. | 662.50 |
| 21 | 3/23/2023 | Cordasco, Michael | 0.8 | Participate in status update call with UCC re: stay and closing. | 1,060.00 |
| 21 | 3/23/2023 | Mulkeen, Tara | 0.3 | Participate in call with MWE re: confirmation appeal and closing. | 397.50 |
| 21 | 3/28/2023 | Cordasco, Michael | 0.6 | Participate in call with MWE to discuss appeal and intercompany presentation. | 795.00 |
| 21 | 3/28/2023 | Cordasco, Michael | 1.5 | Participate in call with UCC re: stay and intercompany negotiations. | 1,987.50 |
| 21 | 3/28/2023 | Eisler, Marshall | 1.5 | Participate in call with UCC on stay and intercompany negotiations. | 1,582.50 |
| 21 | 3/28/2023 | Fischer, Preston | 1.5 | Participate in UCC call pertaining to sale closing and appeal actions. | 1,365.00 |
| 21 | 3/28/2023 | Mulkeen, Tara | 0.6 | Participate in call with MWE re: Plan appeal and other case topics. | 795.00 |
| 21 | 3/28/2023 | Mulkeen, Tara | 1.5 | Participate in weekly UCC meeting to discuss APA updates, intercompany transfers and next steps. | 1,987.50 |
| **21 Total** | | | **14.0** | | **$ 16,237.90** |
| 24 | 3/1/2023 | Cordasco, Michael | 1.4 | Provide comments to draft January fee statement. | 1,855.00 |
| 24 | 3/6/2023 | Baltaytis, Jacob | 0.1 | Prepare correspondence re: proposed fee adjustment. | 53.00 |
| 24 | 3/6/2023 | Baltaytis, Jacob | 0.6 | Prepare reconciliation of Debtors' fee schedule to internal fee schedule at the request of BRG. | 318.00 |
| 24 | 3/6/2023 | Baltaytis, Jacob | 0.4 | Provide comments to draft BRG fee reconciliation schedule. | 212.00 |
| 24 | 3/6/2023 | Baltaytis, Jacob | 0.4 | Review first interim fee order and filed fee statements for fee reconciliation at the request of BRG. | 212.00 |
| 24 | 3/9/2023 | Baltaytis, Jacob | 0.9 | Prepare February 2023 fee estimate at the request of BRG. | 477.00 |
| 24 | 3/22/2023 | Cordasco, Michael | 0.5 | Provide comments to draft fee estimates in connection with professional fee escrow account. | 662.50 |
| 24 | 3/27/2023 | Baltaytis, Jacob | 0.8 | Prepare Exhibit A of the February fee statement. | 424.00 |
| 24 | 3/27/2023 | Baltaytis, Jacob | 0.6 | Prepare Exhibit B of the February fee statement. | 318.00 |
| 24 | 3/28/2023 | Baltaytis, Jacob | 2.2 | Prepare Exhibit C of the February fee statement. | 1,166.00 |

# EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 24 | 3/28/2023 | Baltaytis, Jacob | 1.2 | Process edits to Exhibit C of the February fee statement. | 636.00 |
| 24 | 3/28/2023 | Baltaytis, Jacob | 0.6 | Prepare Exhibit D of the February fee statement. | 318.00 |
| 24 | 3/29/2023 | Baltaytis, Jacob | 2.6 | Prepare Exhibit C of the February fee statement for compliance with bankruptcy guidelines. | 1,378.00 |
| 24 | 3/29/2023 | Baltaytis, Jacob | 1.3 | Review Exhibit C of the February fee statement for bankruptcy compliance. | 689.00 |
| 24 | 3/29/2023 | Baltaytis, Jacob | 0.8 | Prepare Exhibit E of the February fee statement. | 424.00 |
| 24 | 3/29/2023 | Baltaytis, Jacob | 0.8 | Prepare pleading cover to February fee statement exhibits. | 424.00 |
| 24 | 3/30/2023 | Baltaytis, Jacob | 2.4 | Review February fee statement for proper billing compliance. | 1,272.00 |
| 24 | 3/30/2023 | Baltaytis, Jacob | 2.1 | Finalize draft February fee statement. | 1,113.00 |
| 24 | 3/31/2023 | Baltaytis, Jacob | 1.8 | Process edits to February fee statement for internal comments. | 954.00 |
| 24 | 3/31/2023 | Baltaytis, Jacob | 1.3 | Finalize February fee statement for distribution to MWE. | 689.00 |
| 24 | 3/31/2023 | Cordasco, Michael | 1.3 | Provide comments to draft February fee statement. | 1,722.50 |
| **24 Total** | | | **24.1** | | **$ 15,317.00** |
| 26 | 3/8/2023 | Mehta, Ajay | 0.9 | Validate staking positions and reports with on-chain analysis. | 728.10 |
| 26 | 3/29/2023 | Fischer, Preston | 0.9 | Review staking report provided by Debtors' professionals. | 819.00 |
| 26 | 3/29/2023 | Fischer, Preston | 0.6 | Review trended staking rewards during these Chapter 11 Cases. | 546.00 |
| 26 | 3/29/2023 | Fischer, Preston | 1.6 | Review summary of on-chain analysis re: staking validation. | 1,456.00 |
| **26 Total** | | | **4.0** | | **$ 3,549.10** |
| **GRAND TOTAL** | | | **223.3** | | **$ 224,778.00** |

**EXHIBIT D**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| **Expense Type** | **Amount** |
|---|---:|
| Court Appearance | $ 140.00 |
| Transportation | 11.00 |
| Working Meals | 104.75 |
| **GRAND TOTAL** | **$ 255.75** |

**EXHIBIT E**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 3/2/2023 | Baltaytis, Jacob | Court Appearance | Telephonic hearing appearance. | $ 70.00 |
| 3/28/2023 | Baltaytis, Jacob | Court Appearance | Telephonic hearing appearance. | 70.00 |
| **Transportation Total** | | | | **$ 140.00** |
| 3/6/2023 | Cordasco, Michael | Transportation | Subway fare (roundtrip) for trip from FTI offices to the Bankruptcy Court for the Southern District of New York for day three | 5.50 |
| 3/7/2023 | Cordasco, Michael | Transportation | Subway fare (roundtrip) for trip from FTI offices to the Bankruptcy Court for the Southern District of New York for day four of the Voyager confirmation hearing. | 5.50 |
| **Transportation Total** | | | | **$ 11.00** |
| 3/1/2023 | Baltaytis, Jacob | Working Meals | Overtime Meal – 3/1/2023 – Dinner while working late on the Voyager matter. | 20.00 |
| 3/2/2023 | Cordasco, Michael | Working Meals | Travel Meal – 3/2/2023 – Breakfast while attending day one of the Voyager confirmation hearing. | 11.20 |
| 3/3/2023 | Baltaytis, Jacob | Working Meals | Overtime Meal – 3/3/2023 – Dinner while working late on the Voyager matter. | 20.00 |
| 3/3/2023 | Cordasco, Michael | Working Meals | Travel Meal – 3/3/2023 – Breakfast while attending day two of the Voyager confirmation hearing. | 10.75 |
| 3/6/2023 | Baltaytis, Jacob | Working Meals | Overtime Meal – 3/6/2023 – Dinner while working late on the Voyager matter. | 16.78 |
| 3/6/2023 | Cordasco, Michael | Working Meals | Travel Meal – 3/6/2023 – Breakfast while attending day three of the Voyager confirmation hearing. | 12.50 |
| 3/7/2023 | Baltaytis, Jacob | Working Meals | Overtime Meal – 3/7/2023 – Dinner while working late on the Voyager matter. | 13.52 |
| **Working Meals Total** | | | | **$ 104.75** |
| **GRAND TOTAL** | | | | **$ 255.75** |

14