**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## **AFFIDAVIT OF SERVICE**

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 7, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via customized electronic mail on **three thousand three hundred and seventy-six (3,376)** confidential parties not included herein:

- **Order Granting Debtors' Omnibus Objection to the Merits of Certain Disputed Account Holder Claims** (Docket No. 1249)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Furthermore, on April 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via customized first-class mail on **ninety-seven (97)** confidential parties not included herein:

- **Order Granting Debtors' Omnibus Objection to the Merits of Certain Disputed Account Holder Claims** (Docket No. 1249)

Dated: May 1, 2023

*Amanda Hinchey*
Amanda Hinchey

State of Colorado   )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 1st day of May 2023 by Amanda Hinchey.

*Danielle Harnden*
_____
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# Signature Certificate

Reference number: FZHLA-USTK4-FNCUB-V52NS

| Signer | Timestamp | Signature |
|---|---|---|
| **Amanda Hinchey**<br>Email: amanda.hinchey@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 01 May 2023 17:20:20 UTC<br>01 May 2023 17:20:26 UTC<br>01 May 2023 17:20:42 UTC | *Amanda Hinchey* |
| **Recipient Verification:**<br>✔ Email verified<br>✔ Personally Known | <br>01 May 2023 17:20:26 UTC<br>01 May 2023 17:20:13 UTC | IP address: 73.208.6.192<br>Location: Chicago, United States |
| **Danielle Harnden**<br>Email: danielle.harnden@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 01 May 2023 17:20:20 UTC<br>01 May 2023 17:20:46 UTC<br>01 May 2023 17:21:10 UTC | *Danielle Harnden* |
| | | IP address: 4.2.49.178<br>Location: Saint Stephens, United States |

Document notarized online using audio-video communication on:
01 May 2023 17:21:10 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

