UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                              Chapter 11

VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1]         Case No. 22-10943 (MEW)

                            Debtors.                        (Jointly Administered)

-------------------------------------------------------------x

**ORDER AUTHORIZING THE RETENTION BY THE INDEPENDENT FEE EXAMINER OF (A) NATIONAL CRS, LLC AS DATABASE SERVICE PROVIDER AND (B) DIANA G. ADAMS AS A FEE REVIEWER**

Upon the application ("Application") of Lori Lapin Jones, Esq., Independent Fee Examiner in the Voyager Digital Holdings, Inc., *et al*. chapter 11 cases ("Debtors"), seeking entry of an order authorizing the employment and retention of National CRS, LLC ("NCRS") as database service provider and Diana G. Adams, as a fee reviewer to the Independent Fee Examiner and granting such relief as is just and proper dated April 13, 2023; and the Court having reviewed the Application and the Declarations of Michael L. Newsom and Diana G. Adams; and the Court being satisfied that NCRS and Diana G. Adams each do not represent an interest adverse to the Debtors' estates, that each is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Application is in the best interest of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.  The Application is granted to the extent set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

2.  Pursuant to section 105(a) of the Bankruptcy Code and the Order Appointing

    Independent Fee Examiner and Establishing Related Procedures for the Review of Fee

    Applications of Retained Professionals entered April 10, 2023 [ECF No. 1277] ("Fee

    Examiner Order"), the Fee Examiner is authorized to employ and retain (a) NCRS as her

    database service provider effective April 11, 2023 and (b) Diana G. Adams as a fee

    reviewer effective as of April 11, 2023. The Fee Examiner, NCRS, and Diana G. Adams

    will use best efforts to avoid duplication of services.

3.  NCRS and Diana G. Adams shall each apply for interim and final compensation and

    reimbursement of expenses in accordance with sections 330 and 331 of the Bankruptcy

    Code.

4.  NCRS and Diana G. Adams shall each be entitled to the privileges under, and be subject

    to the terms and conditions of, the Order Establishing Procedures for Interim

    Compensation and Reimbursement for Retained Professionals [ECF No. 1277].

5.  Prior to applying any increases in their respective hourly rates in these cases beyond the

    rates set forth in the Application, NCRS and Diana G. Adams shall each provide ten

    days' notice of any such increases to the Fee Examiner, the Debtors, the United States

    Trustee, the Creditors' Committee appointed in these cases and will file such notice with

    the Court.  NCRS and Diana G. Adams shall file a supplemental affidavit with the Court

    that explains the basis for any rate increase in accordance with section 330(a)(3)(F) of the

    Bankruptcy Code and state whether the Fee Examiner has approved the rate increase. The

    United States Trustee retains all rights to object to any rate increase on all grounds

    including, but not limited to, the reasonableness standard provided for in section 330 of

    the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant

to section 330 of the Bankruptcy Code.

6.  In the event of a conflict between the Application and the Declarations of Michael L. Newsom and Diana G. Adams and the express terms of this Order, this Order shall govern.

7.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated this 3rd day of May, 2023

<u>**s/Michael E. Wiles**</u>
HONORABLE MICHAEL E. WILES
UNITED STATES BANRUPTCY JUDGE