Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 489-7000
Facsimile: (212) 846-4900

*Special Counsel to Debtor Voyager Digital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | : | Case No. 22-10943 (MEW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

-------------------------------------------------------------------x

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client: | Voyager Digital, LLC |
| Retention Date: | July 13, 2022 |
| Time Period Covered: | March 1, 2023, through March 31, 2023 |
| Total Fees Requested: | $108,470.88 (80% of $135,588.60)[2] |
| Total Expenses Requested: | $1,126.95 |
| Type of Fee Statement | Monthly Fee Statement |

**NINTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL**
**COUNSEL TO VOYAGER DIGITAL LLC DURING THE PERIOD OF**
**MARCH 1, 2023, THROUGH MARCH 31, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"),

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2]   Quinn Emanuel agreed with Voyager Digital, LLC ("Voyager LLC") to a 10% discount off of its customary fees. The Net Billed Fees reflect the fees actually billed to Voyager LLC after this 10% discount is applied. Accordingly, the total fees requested herein represent 80% of the Net Billed Fees.

Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases (the "Local Guidelines"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals for Retained Professionals and (II) Granting Related Relief* entered September 4, 2022 (the "Interim Compensation Order") (ECF. No. 236), Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel to Voyager Digital, LLC ("Voyager LLC"),[3] hereby files its *Ninth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to Voyager Digital LLC During the Period of March 1, 2023, through March 31, 2023* (the "Ninth Monthly Fee Statement"), for the amount of $108,470.88, which represents 80% of the net fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered, and $1,126.95 for the reimbursement of the actual and necessary expenses incurred from March 1, 2023 through March 31, 2023 (the "Fee Period"), for a total of $109,597.83.

**Itemization of Services Rendered and Disbursements Incurred**

1.      In support of this Ninth Monthly Fee Statement, Quinn Emanuel has attached the following:

> Exhibit A is a summary schedule of hours and fees covered by this Ninth Monthly Fee Statement, categorized by project code;
>
> Exhibit B is a summary schedule of the time expended by all Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period;

---

[3]   This Court approved on August 4, 2022 the retention of Quinn Emanuel as Special Counsel to Voyager LLC effective July 13, 2022. *See* ECF. No. 242.

Exhibit C is a summary of expenses incurred by Quinn Emanuel during the Fee Period; and

Exhibit D is a detailed invoice for the hours expended and fees incurred by Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period.

## Representations

2.     Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Ninth Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  Quinn Emanuel reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, Local Guidelines, and the Interim Compensation Order.

## Notice

3.     Notice of this Ninth Monthly Fee Statement has been provide to all necessary parties in accordance with the Interim Compensation Order.

4.     Objections to this Ninth Monthly Fee Statement, if any, must be filed by the objection deadline and served upon Quinn Emanuel, 51 Madison Ave., New York, NY 10010, Attn: Susheel Kirpalani, Esq., and Zachary Russell, Esq.; Email: susheelkirpalani@quinnemanuel.com; zacharyrussell@quinnemanuel.com, no later than Monday May 22, 2023, at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").  Objections to this Ninth Monthly Fee Statement, if any, must set forth the nature of the objection and the specific amount of fees or expenses at issue.

5.     If no objection to this Ninth Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall promptly pay Quinn Emanuel 80% of the fees and 100% of the

expenses as identified in this Ninth Monthly Fee Statement. To the extent that an objection to this Ninth Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall withhold payment of that portion of this Ninth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

WHEREFORE, Quinn Emanuel Urquhart & Sullivan, LLP respectfully requests payment of $108,470.88 which represents 80% of the net fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered during the Fee Period and $1,126.95 for the reimbursement of the actual and necessary expenses incurred during the Fee Period for a total of $109,597.83.

Respectfully submitted this 5th day of May, 2023.

New York, New York

Quinn Emanuel Urquhart &
Sullivan, LLP

/s/   *Susheel Kirpalani*
Susheel Kirpalani
Kate Scherling
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Special Counsel to Voyager Digital LLC*

**EXHIBIT A**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES | TOTAL FEES BILLED TO VOYAGER LLC AFTER APPLICATION OF 10% DISCOUNT |
|---|---|---|---|---|
| VO02 | Fee Applications | 7.7 | $4,290.00 | $3,861.00 |
| VO05 | Special Committee Investigation | 86 | $146,364.00 | $131,727.60 |
| **TOTAL** | | **93.7** | **$150,654.00** | **$135,588.60** |

**EXHIBIT B**

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| Susheel Kirpalani | Partner | 38.8 | $2,130.00 | $82,644.00 |
| Katherine A. Scherling | Counsel | 48.3 | $1,350.00 | $65,205.00 |
| Daniel Needleman | Attorney | 6.6 | $425.00 | $2,805.00 |
| **Total** | | **93.7** | **n/a** | **$150,654.00** |

6

**EXHIBIT C**

| EXPENSE | COST |
|---|---|
|  |  |
| Local business travel | $71.77 |
| Messenger | $96.17 |
| Conference Fee | $420.00 |
| RelOne User Fee | $500.00 |
| RelOne Active Hosting (Per GB) (Litigation Support cost) | $39.01 |
| **Total** | **$1,126.95** |

7

**<u>EXHIBIT D</u>**

**quinn emanuel trial lawyers**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON | BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH | SALT LAKE CITY | RIYADH | BERLIN

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

April 20, 2023

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000150693
Responsible Attorney: Susheel Kirpalani

<u>Limited Engagement For Voyager Digital, LLC Special Committee</u>

For Professional Services through March 31, 2023 in connection with acting as special counsel to Voyager Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC, comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special Committee's mandate.

| | |
|---|---:|
| Fees | $150,654.00 |
| 10% Discount | -$15,065.40 |
| Net Billed Fees | $135,588.60 |
| Expenses | $1,126.95 |
| Net Amount | $136,715.55 |
| Total Due This Invoice | $136,715.55 |
| Balance Due from Previous Statement(s) | $951,402.72 |
| Total Balance Due | $1,088,118.27 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich | sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

# quinn emanuel trial lawyers

April 20, 2023                                                    Matter #: 11603-00001
Page 2                                              Invoice Number: 101-0000150693

## Statement Detail

### VO02   Fee Applications

| 03/08/23 | DN1 | Prepare Fee Statement for filing. | 0.20 | 85.00 |
|---|---|---|---|---|
| 03/09/23 | DN1 | Ensure filing of Fee Statement. | 0.20 | 85.00 |
| 03/09/23 | KS2 | Review Seventh Monthly Fee Application (.20); email to T. Pohl and J. Frizzley re: same (.10). | 0.30 | 405.00 |
| 03/14/23 | KS2 | Review February pre-bill (.80). | 0.80 | 1,080.00 |
| 03/14/23 | DN1 | Review prebill per K. Scherling. | 0.20 | 85.00 |
| 03/29/23 | DN1 | Draft Eighth Fee Statement (1). Begin drafting Second Interim Fee Application (5). | 6.00 | 2,550.00 |
| | | SUBTOTAL | 7.70 | 4,290.00 |

### VO05   Special Committee Investigation

| 03/01/23 | SK2 | Preparing for confirmation hearing by reviewing report and schedules (2.7). | 2.70 | 5,751.00 |
|---|---|---|---|---|
| 03/01/23 | KS2 | Correspondence with S. Kirpalani re: confirmation hearing (.20); correspondence with T. Pohl re: hearing (.10). | 0.30 | 405.00 |
| 03/02/23 | KS2 | Correspondence with T. Pohl re: indemnification issues (.40); attend confirmation hearing telephonically (7.10); correspondence with W. Pruitt re: insurance question (.20); correspondence with S. Kirpalani re: confirmation hearing (.30). | 8.00 | 10,800.00 |
| 03/02/23 | SK2 | Review Plan and proposed confirmation order in preparation for hearing (2.4); attend all-day confirmation hearing (7.4). | 9.80 | 20,874.00 |
| 03/03/23 | SK2 | Attend second day of confirmation hearing via CourtCall (4.5); prepare updates from Court for T. Pohl, J. Frizzley (.8). | 5.30 | 11,289.00 |

# quinn emanuel trial lawyers

April 20, 2023                                    Matter #: 11603-00001
Page 3                                     Invoice Number: 101-0000150693

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/23 | KS2 | Prepare talking points for closing arguments (.80); attend confirmation hearing (9.0); correspondence with S. Kirpalani re: same (.30). | 10.10 | 13,635.00 |
| 03/04/23 | KS2 | Correspondence w/ S. Kirpalani re: outstanding confirmation issues (.40); correspondence with M. Slade re: same (.30); draft talking points outline for S. Kirpalani (1.50). | 2.20 | 2,970.00 |
| 03/05/23 | SK2 | Editing oral argument outline for closings (1.2). | 1.20 | 2,556.00 |
| 03/06/23 | KS2 | Attend confirmation hearing telephonically (7.20); correspondence with S. Kirpalani re: confirmation issue (.30); correspondence with BRG re: same (.20); research re: same (.40); review transcript of first day hearing to respond to S. Kirpalani inquiry (.40); draft revised release language (1.10); correspondence with S. Kirpalani re: same (.30); further revise language (.30). | 10.20 | 13,770.00 |
| 03/06/23 | SK2 | Revising script for oral argument for confirmation (1.1); attend confirmation hearing (8.8); working on revisions to release provisions in light of Judge's comments (.7); correspondence w/T. Pohl and J. Frizzley re results in Court and directions for modification (.5); confer w/K. Scherling re revisions to release language (.4). | 11.50 | 24,495.00 |
| 03/07/23 | SK2 | Review new proposed release language from K. Scherling (.5); confer w/M. Slade, C. Okike (Kirkland) re same (.4); correspondence w/UCC counsel re same (.2); revising draft release language to conform to judge's comments (.5); attend 4th day of confirmation hearing (4.5); review final version of release language in plan markup from Kirkland (.4). | 6.50 | 13,845.00 |

# quinn emanuel trial lawyers

April 20, 2023
Page 4

Matter #: 11603-00001
Invoice Number: 101-0000150693

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 03/07/23 | KS2 | Review revised provisions of plan (.80); review government filings re: plan confirmation (.30); correspondence re: revised release language (.60); revise release language (.20); call with S. Kirpalani re: same (1.); attend confirmation hearing (3.0). | 5.00 | 6,750.00 |
| 03/09/23 | KS2 | Call with R. Howell re: intercompanies (.10); call with J. Gleit re: intercompanies (.10); correspondence re: revisions to plan/confirmation order language (.30); review Celsius decision for applicability to intercompany dispute (.80). | 1.30 | 1,755.00 |
| 03/13/23 | KS2 | Call with Kirkland, Katten, and Arent Fox re: intercompanies (.50); follow-up with J. Gleit (.10) | 0.60 | 810.00 |
| 03/14/23 | KS2 | Call with D. Azman re: intercompany issues (.30). | 0.30 | 405.00 |
| 03/15/23 | KS2 | Correspondence with Kirkland and Katten re: intercompany settlement (.30); attend hearing on government objections (1.0). | 1.30 | 1,755.00 |
| 03/16/23 | KS2 | Call with D. Simon re: intercompany issues (.60); call with M. Slade re: same (.30); correspondence re: same (.10); review FTX stipulation and equity committee objection (.80). | 1.80 | 2,430.00 |
| 03/17/23 | KS2 | Call with D. Simon and D. Azman re: intercompany issues (.30); email to T. Pohl and J. Frizzley re: status update and potential counteroffer (.70); follow-up correspondence with J Frizzley re: same (.20); correspondence wtih S. Kirpalani re: same (.10). | 1.30 | 1,755.00 |
| 03/20/23 | KS2 | Call with J. Gleit re: intercompany (.10); zoom with Katten and Arent Fox (.30); follow-up call with J. Gleit (.40); correspondence with | 1.00 | 1,350.00 |

# quinn emanuel trial lawyers

April 20, 2023
Page 5

Matter #: 11603-00001
Invoice Number: 101-0000150693

| | | | | |
|---|---|---|---|---|
| | | McDermott re: offer (.20). | | |
| 03/21/23 | KS2 | Zoom with Katten and Arent Fox (.30); calls with J. Gleit re: intercompanies (.30); email to Special Committee re: TopCo counter offer (.20). | 0.80 | 1,080.00 |
| 03/22/23 | KS2 | Call with D. Simon re: intercompany settlement (.20); correspondence with McDermott re: same (.10). | 0.30 | 405.00 |
| 03/23/23 | KS2 | Email to S. Kirpalani re: misc. issues (.40); call with A. Smyth re: intercompany settlement status (.10). | 0.50 | 675.00 |
| 03/25/23 | KS2 | Correspondence with S. Kirpalani, T. Pohl, and J. Frizzley re: plan issues (.20); review portions of district court transcript (.20). | 0.40 | 540.00 |
| 03/25/23 | SK2 | Review transcript from district court re exculpation fight with DOJ (.9); confer w/T Pohl to discuss options for board depending on ruling (.5). | 1.40 | 2,982.00 |
| 03/28/23 | KS2 | Attention to intercompany settlement issue (.30); call with D. Simon re: same (.10). | 0.40 | 540.00 |
| 03/29/23 | SK2 | Confer w/K. Scherling re status of interco settlement and counter to make to TopCo counsel (.4). | 0.40 | 852.00 |
| 03/29/23 | KS2 | Call with D. Simon re: intercompanies (.10); call with S. Kirpalani re: same (.40); email to Katten re: counteroffer (.30); follow-up correspondence with Katten re: same (.20); call with J. Gleit re: settlement (.20) | 1.20 | 1,620.00 |
| 03/30/23 | KS2 | Review spreadsheet sent by J. Gleit (.10); correspondence re: intercompany settlement (.10). | 0.20 | 270.00 |
| | | SUBTOTAL | 86.00 | 146,364.00 |

**Fee Summary**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

# quinn emanuel trial lawyers

April 20, 2023                                                                                   Matter #: 11603-00001
Page 6                                                                                  Invoice Number: 101-0000150693

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 38.80 | 2,130.00 | 82,644.00 |
| Katherine A. Scherling | KS2 | Counsel | 48.30 | 1,350.00 | 65,205.00 |
| Daniel Needleman | DN1 | Attorney | 6.60 | 425.00 | 2,805.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Local business travel | | 71.77 |
| Messenger | | 96.17 |
| Document Reproduction | 0.00 | 0.00 |
| Word processing | | 0.00 |
| Conference Fee | | 420.00 |

**Litigation Support Costs**
(Charges based on market not cost)

| | | |
|---|---|---|
| RelOne User Fee | | 500.00 |
| RelOne Repository Hosting (Per GB) | | 39.01 |
| Total Expenses | | $1,126.95 |

**quinn emanuel** trial lawyers

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

## Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees.....................................................$135,588.60 |
| Bill Date: April 20, 2023 | Expenses.........................................................$1,126.95 |
| Invoice Number: 101-0000150693 | Total Due this Invoice....................................$136,715.55 |

**Payment Due By May 28, 2023**

### Account Summary

Balance Due from Previous Statement(s)...........................................**$951,402.72**
Total Balance Due..................................................**$1,088,118.27**

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 08/16/22 | 101-0000139142 | July 2022 | $244,217.65 | $195,401.65 | $48,816.00 |
| 09/16/22 | 101-0000140759 | August 2022 | $1,501,346.07 | $1,202,974.83 | $298,371.24 |
| 10/24/22 | 101-0000142354 | September 2022 | $1,100,665.05 | $881,536.29 | $219,128.76 |
| 11/09/22 | 101-0000142802 | October 2022 | $337,653.29 | $271,411.85 | $66,241.44 |
| 12/09/22 | 101-0000144404 | November 2022 | $191,282.50 | $153,186.04 | $38,096.46 |
| 01/12/23 | 101-0000145976 | December 2022 | $65,768.56 | $52,781.02 | $12,987.54 |
| 02/21/23 | 101-0000147893 | January 2023 | $73,901.62 | $59,298.76 | $14,602.86 |
| 03/17/23 | 101-0000149347 | February 2023 | $253,158.42 | $0.00 | $253,158.42 |
| 04/20/23 | 101-0000150693 | March 2023 | $136,715.55 | $0.00 | $136,715.55 |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich | sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |

# quinn emanuel trial lawyers
## quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

Or Wire funds
to:                         City National Bank
                            555 South Flower St., 12th Floor
                            Los Angeles, CA  90071
Account Info:               Quinn Emanuel Urquhart & Sullivan, LLP
Bank Account:               Deposit Account # ████████
Bank ABA No.:               122016066
Swift Code:                 CINAUS6L
*References:*               *Invoice number and client name / matter number please*

Tax ID#  95-4004138

REMITTANCE

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich |
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin |