DocuSign Envelope ID: 2A33BE1F-4DC6-4004-B4F4-AE04F8A3804F

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Voyager Digital Holdings Inc., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

### FIRST AND FINAL FEE APPLICATION OF GRANT THORNTON LLP AS TAX COMPLIANCE SERVICES AND TAX ADVISORY SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JULY 5, 2022 THROUGH MARCH 31, 2023

| | |
|---|---|
| Name of Applicant: | Grant Thornton LLP |
| Authorized to Provide Professional Services as: | Tax Compliance Services and Tax Advisory Services Provider |
| Date of Retention: | September 30, 2022 (effective as July 5, 2022) |
| Period for which Compensation and Reimbursement is Sought: | July 5, 2022 through March 31, 2023 |
| Total Amount of Fees Requested: | $                120,000.00 |
| Amount of Expense Reimbursement Sought: | $                          0.00 |
| Total Amount of Fees and Expense: | **$                120,000.00** |

This is an:    __Monthly    __Interim    <u>X</u> Final Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

## PRIOR FEE APPLICATIONS FILED

| Date Filed / Docket # | Period Covered | Requested Fees | Requested Expenses | Approved Fees to Date | Approved Expenses |
|---|---|---|---|---|---|
| March 22, 2023 [Docket No. 1220] | August 1, 2022 - December 31,2022 | $ 55,986.00 | $ 0.00 | $ $44,788.80 | $ 0.00 |
| **TOTAL** | | **$ 55,986.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
### For the Period of July 5, 2022 through March 31, 2023

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| *Professional Services Regarding Deloitte and K&E Calls* | | | | |
| Lehmann, Adam Michael | Partner | 2.00 | $ 1,120 | $ 2,240 |
| Love, Catherine Cahill | Senior Manager | 2.00 | $ 955 | $ 1,910 |
| Total Fees | | | | $ 4,150 |
| Less Discounts | | | | $ 1,250 |
| Total Amount Billed | | | | $ 2,900 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| *Preparation of U.S. Federal Income Tax Return for the Period Ending December 31, 2021* | | | | |
| Lehmann, Adam Michael | Partner | 5.50 | $ 1,120 | $ 6,160 |
| Love, Catherine Cahill | Senior Manager | 5.50 | $ 955 | $ 5,253 |
| Hernandez, Enrique Jose | Senior Associate | 13.32 | $ 605 | $ 8,059 |
| McCaffrey, Sarah | Associate | 0.25 | $ 415 | $ 104 |
| O'Brien, Jacob Timothy | Associate | 1.50 | $ 375 | $ 563 |
| Bhatnagar, Rukun | INDUS Manager | 0.20 | $ 430 | $ 86 |
| Total Fees | | | | $ 20,223 |
| Less Discounts | | | | $ 223 |
| Total Amount Billed | | | | $ 20,000 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| *Preparation of U.S. Federal Income Tax Return Form 8975 for the Period Ending December 31, 2021* | | | | |
| Hernandez, Enrique Jose | Senior Associate | 3.07 | $ 605 | $ 1,857 |
| Total Fees | | | | $ 1,857 |
| Less Discounts | | | | $ 57 |
| Total Amount Billed | | | | $ 1,800 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| *Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021* | | | | |
| Michaelis, Robert C | Partner | 1.00 | $ 1,120 | $ 1,120 |
| Oatis, Vincent P | Partner | 0.50 | $ 1,120 | $ 560 |
| Cordeiro, Tracey L. | Experienced Manager | 21.70 | $ 835 | $ 18,120 |
| Mascaro, Brian Joseph | Senior Associate | 36.50 | $ 675 | $ 24,638 |
| DeJesus, Angela Ivonne | Associate | 16.50 | $ 375 | $ 6,188 |
| Bhatnagar, Rukun | INDUS Manager | 13.40 | $ 330 | $ 4,422 |
| Banerjee, Pratik | INDUS Senior Associate | 15.00 | $ 240 | $ 3,600 |
| Bohra, Prateek | INDUS Senior Associate | 21.85 | $ 240 | $ 5,244 |
| K, Lakshmi | INDUS Senior Associate | 6.50 | $ 240 | $ 1,560 |
| Roy, Porichita | INDUS Senior Associate | 2.01 | $ 240 | $ 482 |
| Faizal, Mufeed M | INDUS Associate | 0.70 | $ 240 | $ 168 |
| G, Raagavi | INDUS Analyst | 6.20 | $ 240 | $ 1,488 |
| Palanisamy, Gokulan | INDUS Analyst | 0.75 | $ 240 | $ 180 |
| Palanisamy, Jamuna | INDUS Analyst | 25.00 | $ 240 | $ 6,000 |
| Ragavendhara, KS | INDUS Analyst | 6.50 | $ 240 | $ 1,560 |
| Saboo, Shivangi | INDUS Analyst | 1.00 | $ 240 | $ 240 |
| Shajan, Ann | INDUS Analyst | 12.40 | $ 240 | $ 2,976 |
| Thapa, Shivani | INDUS Analyst | 1.30 | $ 240 | $ 312 |
| Total Fees | | | | $ 78,857 |
| Less Discounts | | | | $ 54,971 |
| Total Amount Billed | | | | $ 23,886 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| Preparation of Additional U.S. State Income Tax Returns for the Period Ending December 31, 2021 | | | | |
| Cordeiro, Tracey L. | Experienced Manager | 3.87 $ | 835 $ | 3,231 |
| Mascaro, Brian Joseph | Senior Associate | 4.00 $ | 675 $ | 2,700 |
| DeJesus, Angela Ivonne | Associate | 3.50 $ | 375 $ | 1,313 |
| K, Lakshmi | INDUS Senior Associate | 5.00 $ | 240 $ | 1,200 |
| Roy, Porichita | INDUS Senior Associate | 3.49 $ | 240 $ | 838 |
| Palanisamy, Jamuna | INDUS Analyst | 10.00 $ | 240 $ | 2,400 |
| Ragavendhara, KS | INDUS Analyst | 3.00 $ | 240 $ | 720 |
| Total Fees | | | $ | 12,402 |
| Less Discounts | | | $ | 7,002 |
| Total Amount Billed | | | $ | 5,400 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| Professional Services for Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021 | | | | |
| Cordeiro, Tracey L. | Experienced Manager | 1.63 $ | 835 $ | 1,361 |
| Mascaro, Brian Joseph | Senior Associate | 6.00 $ | 675 $ | 4,050 |
| Bhatnagar, Rukun | INDUS Manager | 1.40 $ | 330 $ | 462 |
| Banerjee, Pratik | INDUS Senior Associate | 2.50 $ | 240 $ | 600 |
| Bohra, Prateek | INDUS Senior Associate | 2.50 $ | 240 $ | 600 |
| K, Lakshmi | INDUS Senior Associate | 5.00 $ | 240 $ | 1,200 |
| Shajan, Ann | INDUS Analyst | 17.50 $ | 240 $ | 4,200 |
| Total Fees | | | $ | 12,473 |
| Less Discounts | | | $ | 1,473 |
| Total Amount Billed | | | $ | 11,000 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| Professional Services for Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021 and Review of State Notices | | | | |
| Cordeiro, Tracey L. | Experienced Manager | 0.9 $ | 835 $ | 752 |
| Mascaro, Brian Joseph | Senior Associate | 3 $ | 675 $ | 2,025 |
| Hernandez, Enrique Jose | Senior Associate | 1.57 $ | 675 $ | 1,060 |
| DeJesus, Angela Ivonne | Associate | 7.5 $ | 375 $ | 2,813 |
| Bhatnagar, Rukun | INDUS Manager | 0.5 $ | 330 $ | 165 |
| Banerjee, Pratik | INDUS Senior Associate | 6 $ | 240 $ | 1,440 |
| Ragavendhara, KS | INDUS Analyst | 8 $ | 240 $ | 1,920 |
| Total Fees | | | $ | 10,174 |
| Less Discounts | | | $ | 2,174 |
| Total Amount Billed | | | $ | 8,000 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| Professional Services for Updating State Returns Near Filing Deadline | | | | |
| Cordeiro, Tracey L. | Experienced Manager | 3.60 $ | 835 $ | 3,006 |
| Mascaro, Brian Joseph | Senior Associate | 10.75 $ | 675 $ | 7,256 |
| DeJesus, Angela Ivonne | Associate | 2.00 $ | 375 $ | 750 |
| Total Fees | | | $ | 11,012 |
| Less Discounts | | | $ | 9,012 |
| Total Amount Billed | | | $ | 2,000 |

| Professional | Position | Hours | Standard Rate | Fees |
|---|---|---|---|---|
| Professional Services for International Tax Forms for the Period Ending December 31, 2021 | | | | |
| MacKenzie, Greg | Partner | 11.50 $ | 1,120 $ | 12,880 |
| Kasznia, Janine | Senior Manager | 3.50 $ | 955 $ | 3,343 |
| Qiu, Belinda | Manager | 31.45 $ | 835 $ | 26,261 |
| Li, Jessie | Analyst | 20.82 $ | 375 $ | 7,808 |
| Total Fees | | | $ | 50,291 |
| Less Discounts | | | $ | 5,277 |
| Total Amount Billed | | | $ | 45,014 |

## CUMULATIVE FEES BY CATEGORY SUMMARY
### For the Period of July 5, 2022 through March 31, 2023

| Categories | Hours | Fees |
|---|---|---|
| Professional Services Regarding Deloitte and K&E Calls | 4.00 | 2,900.00 |
| Preparation of U.S. Federal Income Tax Return for the Period Ending December 31, 2021 | 26.27 | 20,000.00 |
| Preparation of U.S. Federal Income Tax Return Form 8975 for the Period Ending December 31, 2021 | 3.07 | 1,800.00 |
| Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021 | 188.81 | 23,886.00 |
| Preparation of Additional U.S. State Income Tax Returns for the Period Ending December 31, 2021 | 32.86 | 5,400.00 |
| Professional Services for Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021 | 36.53 | 11,000.00 |
| Professional Services for Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021 and Review of State Notices | 27.47 | 8,000.00 |
| Professional Services for Updating State Returns Near Filing Deadline | 16.35 | 2,000.00 |
| Professional Services for International Tax Forms for the Period Ending December 31, 2021 | 67.27 | 45,014.00 |
| **Fee's Category Subtotal** | **402.63** | **120,000.00** |

DocuSign Envelope ID: 2A33BE1E-4DC6-4002-B4F4-AE04F8A3804E

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Voyager Digital Holdings Inc., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

### FIRST AND FINAL FEE APPLICATION OF GRANT THORNTON LLP AS TAX COMPLIANCE SERVICES AND TAX ADVISORY SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JULY 5, 2022 THROUGH MARCH 31, 2023

Grant Thornton LLP   ("Grant Thornton" or the "Applicant"), as tax compliance and

advisory services provider to the above-captioned debtors and debtors in possession (collectively,

the "Debtors") in the above-captioned chapter 11 cases, hereby seeks final allowance and payment

of compensation pursuant to section 330 of title 11 of the United States Code (the "Bankruptcy

Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules"), for the period commencing July 5, 2022 through and including March 31, 2023 (the "Final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Application Period"). In support of this fee application (the "First and Final Fee Application"),

Grant Thornton respectfully represents as follows:

## JURISDICTION

1.        The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and

1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28

U.S.C. §§ 1408 and 1409.

## STATUTORY BASIS

2.        The statutory predicates for the relief requested herein are: (i) section 330 of the

Bankruptcy Code; (ii) rule 2016 of the Bankruptcy Rules; and (iii) rule 2016-1 of the Local Rules.

## BACKGROUND

3.        On July 5, 2022 (the "Petition Date"), the Debtors each commenced with this Court

a voluntary case under chapter 11 of title 11 of the Bankruptcy Code. The Debtors are authorized

to continue to operate their businesses and manager their properties as debtors in possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.        The Debtors' chapter 11 cases are being jointly administered for procedural

purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules.

5.        On August 4, 2022, the Court entered the *Order (I) Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses for Retained Professionals and*

*(II) Granting Related Relief* [Docket No. 236] (the "Compensation Order").

## RETENTION OF GRANT THORNTON LLP

6.        On September 14, 2022, the Debtors filed the *Debtors' Application for Entry of an*

*Order Authorizing the Employment and Retention of Grant Thornton LLP to Provide Tax*

*Compliance Services and Tax Advisory Services Effective as of July 5, 2022* [Docket No. 420]
(the "Retention Application").

7.      On September 30, 2022, the Court entered an order approving the Retention
Application [Docket No. 484] (the "Retention Order").

## RELIEF REQUESTED

8.      By this First and Final Fee Application, Grant Thornton respectfully requests final
allowance of 100% of its fees in the amount of $120,000.00. Grant Thornton did not incur any
expenses during the Final Application Period. Grant Thornton submits this First and Final Fee
Application in accordance with the Retention Order and Compensation Order. All services for
which Grant Thornton requests compensation were performed for the Debtors.

## BASIS FOR RELIEF

9.      This is the first and final fee application filed by Grant Thornton in these cases. In
connection with the professional services rendered, by this First and Final Fee Application, Grant
Thornton seeks compensation in the amount of $120,000.00. The Applicant maintains
computerized records of the time expended in the rendering of the professional services required
by the Debtors. These records are maintained in the ordinary course of the Applicant's business.
A detailed statement of hours spent rendering professional services to the Debtors in support of
Grant Thornton request for compensation for fees incurred during the Final Application Period is
attached hereto as Exhibit A. Exhibit A: (i) identifies the professionals that rendered services in
each project category; and (ii) describes each service such professional or paraprofessional
performed.

10.     Grant Thornton did not incur any expenses in connection with the services
performed for the Debtors during the Final Application Period.

11.    No agreement or understanding exists between Grant Thornton and any nonaffiliated or unrelated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases.

### DESCRIPTION OF SERVICES RENDERED

12.    Grant Thornton provides below an overview of the services it rendered as tax compliance and tax advisory services provider to the Debtors during the Final Application Period. Detailed descriptions of these services, the amount of fees incurred, and the amount of hours spent providing services throughout the Final Application Period are also provided in the attached Exhibit.

**Billing for professional time incurred in connection with Deloitte and K&E Calls:**

**Hours 4.0 Amount $2,900.00**

- Grant Thornton provided services for the Debtors regarding calls with Deloitte and K&E.

**Preparation of U.S. Federal Tax Return for Period Ending December 31, 2021:**

**Hours 26.27 Amount $20,0000.00**

- Grant Thornton prepared the Debtors' 2021 federal income tax returns.

**Preparation of U.S. Federal Tax Return Form 8975 for Period Ending December 31, 2021**

**Hours 3.07 Amount $1,800.00**

- Grant Thornton prepared the Debtors' Form 8975 included with the 2021 federal income tax return.

**Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021:**

**Hours 188.81 Amount $23,886.00**

- Grant Thornton prepared the Debtors' 2021 state income tax returns.

**Preparation of Additional U.S. State Income Tax Returns for the Period Ending December 31, 2021:**

**Hours 32.86 Amount $5,400.00**

- Grant Thornton prepared the Debtors' 2021 state income tax returns.

**Professional Services for Preparation of Additional U.S. State Income Tax Returns for the Period Ending December 31, 2021:**

**Hours 36.53 Amount $11,000.00**

- Grant Thornton prepared the Debtors' 2021 state income tax returns.

**Professional Services for Preparation of Additional U.S. State Income Tax Returns for the Period Ending December 31, 2021 and Review of State Notices:**

**Hours 27.47 Amount $8,000.00**

- Grant Thornton prepared the Debtors' 2021 state income tax returns and reviewed Debtors' state notices.

**Billing for professional time incurred for updating state returns:**

**Hours 16.35 Amount $2,000.00**

- Grant Thornton made updates to the Debtors' 2021 state income tax returns near the filing deadline.

**Professional Services for International Tax Forms for the Period Ending December 31, 2021:**

**Hours 67.27 Amount $45,014.00**

- Grant Thornton prepared the Debtors' 2021 Canadian income tax returns.

## ALLOWANCE OF COMPENSATION

13.     Because of the benefits realized by the Debtors, the nature of services provided, the amount of work done, the time consumed and the skill required, Grant Thornton requests that it be paid, on an final basis, compensation for the professional services rendered during the Final Application Period in the sum of $120,000.00.

14.    During the Final Application Period, allowance of compensation in the amount requested would result in a blended hourly billing rate of approximately $298.04.

15.    Grant Thornton respectfully submits that the professional services rendered by Grant Thornton for the Debtors during the Final Application Period were reasonable, necessary and appropriate to the administration of these chapter 11 cases and related matters.

### GRANT THORNTON'S REQUESTED FEES SHOULD BE ALLOWED BY THIS COURT

16.    Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 sets forth the criteria for the award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (a)    the time spent on such services;
>
> (b)    the rates charged for such services;
>
> (c)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (e)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (f)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

17. In the instant case, Grant Thornton respectfully submits that the services for which it seeks compensation in this Final Application Period were necessary for and beneficial to the Debtors and were performed economically, effectively, and efficiently. Grant Thornton further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors. Further, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (i) the complexity of these cases; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code. Accordingly, the approval of the compensation sought herein is warranted.

## CERTIFICATE OF COMPLIANCE AND WAIVER

18. The undersigned representative of Grant Thornton certifies that Grant Thornton has reviewed the requirements of Rule 2016-1 of the Local Rules and that the First and Final Fee Application substantially complies with that Local Rule. To the extent that the First and Final Fee Application does not comply in all respects with the requirements of Local Rule 2016-1, Grant Thornton believes that such deviations are not material and respectfully requests that any such requirement be waived.

*[Remainder of this page intentionally left blank]*

DocuSign Envelope ID: 2A33BE1E-4DC6-4002-B4E4-AE04F8A3804F

WHEREFORE, Grant Thornton respectfully requests that the Court enter an order: (i) granting final allowance of compensation for professional services rendered to the Debtors by Grant Thornton during the Final Application Period in the amount of $120,000.00, which represents 100% of the total compensation for professional services rendered during the Final Application Period; (ii) authorizing and directing the Debtors to pay such amounts to Grant Thornton to the extent not previously paid; and (iii) granting such other and further relief as may be just and proper.

Dated: May 10, 2023
     Boston, Massachusetts

Respectfully submitted,

GRANT THORNTON LLP

/s/ _____

Adam Lehmann
Partner
75 State Street, 13th Floor
Boston, Massachusetts

8

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Voyager Digital Holdings Inc., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FEE
APPLICATION OF GRANT THORNTON LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX
COMPLIANCE AND ADVISORY SERVICES PROVIDER FOR THE
DEBTORS FOR THE PERIOD JULY 5, 2022 THROUGH MARCH 31, 2023**

ADAM LEHMANN, deposes and says:

1.      I am a partner of Grant Thornton LLP ("Grant Thornton"), which has an office

located at 75 State Street, 13th Floor, Boston MA 02019. I make this certification in connection

with the first and final fee application (the "Final Fee Application") of Grant Thornton, in the

above-captioned debtors' (the "Debtors") chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC
(8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY
10003.

2.      I submit this certification with respect to Grant Thornton's compliance with and pursuant to the Court's General Order M-447, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York dated January 29, 2013 (the "Local Guidelines"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330* adopted by the Court on January 30, 1996 (the "UST Guidelines").

3.      In compliance with the Guidelines, I hereby certify that:

a.      I have read the Final Fee Application and am familiar with the services for which compensation is being sought that are described therein;

b.      To the best of my knowledge, information and belief, the fees and disbursement sought in the Final Fee Application are in substantial compliance with the Guidelines.

c.      The fees and disbursements sought in the Final Fee Application are billed at rates or in accordance with practice customarily employed by Grant Thornton for similar services and generally accepted by Grant Thornton clients.

d.      Grant Thornton has not made a profit with respect to the expenses requested in the Final Fee Application.

e.      No agreement or understanding exists between Grant Thornton and any other non-affiliated or unrelated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases.

f.      Grant Thornton has not entered into any agreement with the Office of the United States Trustee, the Debtors, any creditor or any other party in interest, for the

2

purpose of fixing the amount of any of the fees or other compensation allowed out of or paid from the assets of the Debtors.

       g.     Copies of the Final Fee Application were provided to the appropriate parties on or about the date set for the filing of Final Fee Application by the Court in its order regarding compensation procedures.

Dated: May 10, 2023

/s/ _____

Adam Lehmann
Partner
75 State Street, 13th Floor
Boston, Massachusetts

3

# Exhibit A

### Professional Fees for the Fee Period
### July 5, 2022 through March 31, 2023

| Categories | Hours | Fees |
|---|---|---|
| Professional Services Regarding Deloitte and K&E Calls | 4.00 | 2,900.00 |
| Preparation of U.S. Federal Income Tax Return for the Period Ending December 31, 2021 | 26.27 | 20,000.00 |
| Preparation of U.S. Federal Income Tax Return Form 8975 for the Period Ending December 31, 2021 | 3.07 | 1,800.00 |
| Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021 | 188.81 | 23,886.00 |
| Preparation of Additional U.S. State Income Tax Returns for the Period Ending December 31, 2021 | 32.86 | 5,400.00 |
| Professional Services for Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021 | 36.53 | 11,000.00 |
| Professional Services for Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021 and Review of State Notices | 27.47 | 8,000.00 |
| Professional Services for Updating State Returns Near Filing Deadline | 16.35 | 2,000.00 |
| Professional Services for International Tax Forms for the Period Ending December 31, 2021 | 67.27 | 45,014.00 |
| **Fee's Category Subtotal** | **402.63** | **120,000.00** |

# Voyager Digital Holdings, Inc.

## Grant Thornton LLP

## Fees Sorted by Category for the Fee Period

July 5, 2022 – March 31, 2023

| Professional | Position | Hours | | Standard Rate | | Fees |
|---|---|---|---|---|---|---|
| **Professional Services Regarding Deloitte and K&E Calls** | | | | | | |
| Lehmann, Adam Michael | Partner | 2.00 | $ | 1,120 | $ | 2,240 |
| Love, Catherine Cahill | Senior Manager | 2.00 | $ | 955 | $ | 1,910 |
| Total Fees | | | | | $ | 4,150 |
| Less Discounts | | | | | $ | 1,250 |
| Total Amount Billed | | | | | $ | 2,900 |

| Professional | Position | Hours | | Standard Rate | | Fees |
|---|---|---|---|---|---|---|
| **Preparation of U.S. Federal Income Tax Return for the Period Ending December 31, 2021** | | | | | | |
| Lehmann, Adam Michael | Partner | 5.50 | $ | 1,120 | $ | 6,160 |
| Love, Catherine Cahill | Senior Manager | 5.50 | $ | 955 | $ | 5,253 |
| Hernandez, Enrique Jose | Senior Associate | 13.32 | $ | 605 | $ | 8,059 |
| McCaffrey, Sarah | Associate | 0.25 | $ | 415 | $ | 104 |
| O'Brien, Jacob Timothy | Associate | 1.50 | $ | 375 | $ | 563 |
| Bhatnagar, Rukun | INDUS Manager | 0.20 | $ | 430 | $ | 86 |
| Total Fees | | | | | $ | 20,223 |
| Less Discounts | | | | | $ | 223 |
| Total Amount Billed | | | | | $ | 20,000 |

| Professional | Position | Hours | | Standard Rate | | Fees |
|---|---|---|---|---|---|---|
| **Preparation of U.S. Federal Income Tax Return Form 8975 for the Period Ending December 31, 2021** | | | | | | |
| Hernandez, Enrique Jose | Senior Associate | 3.07 | $ | 605 | $ | 1,857 |
| Total Fees | | | | | $ | 1,857 |
| Less Discounts | | | | | $ | 57 |
| Total Amount Billed | | | | | $ | 1,800 |

| Professional | Position | Hours | | Standard Rate | | Fees |
|---|---|---|---|---|---|---|
| **Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021** | | | | | | |
| Michaelis, Robert C | Partner | 1.00 | $ | 1,120 | $ | 1,120 |
| Oatis, Vincent P | Partner | 0.50 | $ | 1,120 | $ | 560 |
| Cordeiro, Tracey L. | Experienced Manager | 21.70 | $ | 835 | $ | 18,120 |
| Mascaro, Brian Joseph | Senior Associate | 36.50 | $ | 675 | $ | 24,638 |
| DeJesus, Angela Ivonne | Associate | 16.50 | $ | 375 | $ | 6,188 |
| Bhatnagar, Rukun | INDUS Manager | 13.40 | $ | 330 | $ | 4,422 |
| Banerjee, Pratik | INDUS Senior Associate | 15.00 | $ | 240 | $ | 3,600 |
| Bohra, Prateek | INDUS Senior Associate | 21.85 | $ | 240 | $ | 5,244 |
| K, Lakshmi | INDUS Senior Associate | 6.50 | $ | 240 | $ | 1,560 |
| Roy, Porichita | INDUS Senior Associate | 2.01 | $ | 240 | $ | 482 |
| Faizal, Mufeed M | INDUS Associate | 0.70 | $ | 240 | $ | 168 |
| G, Raagavi | INDUS Analyst | 6.20 | $ | 240 | $ | 1,488 |
| Palanisamy, Gokulan | INDUS Analyst | 0.75 | $ | 240 | $ | 180 |
| Palanisamy, Jamuna | INDUS Analyst | 25.00 | $ | 240 | $ | 6,000 |
| Ragavendhara, KS | INDUS Analyst | 6.50 | $ | 240 | $ | 1,560 |
| Saboo, Shivangi | INDUS Analyst | 1.00 | $ | 240 | $ | 240 |
| Shajan, Ann | INDUS Analyst | 12.40 | $ | 240 | $ | 2,976 |
| Thapa, Shivani | INDUS Analyst | 1.30 | $ | 240 | $ | 312 |
| Total Fees | | | | | $ | 78,857 |
| Less Discounts | | | | | $ | 54,971 |
| Total Amount Billed | | | | | $ | 23,886 |

| Professional | Position | Hours | | Standard Rate | | Fees |
|---|---|---|---|---|---|---|
| Preparation of Additional U.S. State Income Tax Returns for the Period Ending December 31, 2021 | | | | | | |
| Cordeiro, Tracey L. | Experienced Manager | 3.87 | $ | 835 | $ | 3,231 |
| Mascaro, Brian Joseph | Senior Associate | 4.00 | $ | 675 | $ | 2,700 |
| DeJesus, Angela Ivonne | Associate | 3.50 | $ | 375 | $ | 1,313 |
| K, Lakshmi | INDUS Senior Associate | 5.00 | $ | 240 | $ | 1,200 |
| Roy, Porichita | INDUS Senior Associate | 3.49 | $ | 240 | $ | 838 |
| Palanisamy, Jamuna | INDUS Analyst | 10.00 | $ | 240 | $ | 2,400 |
| Ragavendhara, KS | INDUS Analyst | 3.00 | $ | 240 | $ | 720 |
| Total Fees | | | | | $ | 12,402 |
| Less Discounts | | | | | $ | 7,002 |
| Total Amount Billed | | | | | $ | 5,400 |

| Professional | Position | Hours | | Standard Rate | | Fees |
|---|---|---|---|---|---|---|
| Professional Services for Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021 | | | | | | |
| Cordeiro, Tracey L. | Experienced Manager | 1.63 | $ | 835 | $ | 1,361 |
| Mascaro, Brian Joseph | Senior Associate | 6.00 | $ | 675 | $ | 4,050 |
| Bhatnagar, Rukun | INDUS Manager | 1.40 | $ | 330 | $ | 462 |
| Banerjee, Pratik | INDUS Senior Associate | 2.50 | $ | 240 | $ | 600 |
| Bohra, Prateek | INDUS Senior Associate | 2.50 | $ | 240 | $ | 600 |
| K, Lakshmi | INDUS Senior Associate | 5.00 | $ | 240 | $ | 1,200 |
| Shajan, Ann | INDUS Analyst | 17.50 | $ | 240 | $ | 4,200 |
| Total Fees | | | | | $ | 12,473 |
| Less Discounts | | | | | $ | 1,473 |
| Total Amount Billed | | | | | $ | 11,000 |

| Professional | Position | Hours | | Standard Rate | | Fees |
|---|---|---|---|---|---|---|
| Professional Services for Preparation of U.S. State Income Tax Returns for the Period Ending December 31, 2021 and Review of State Notices | | | | | | |
| Cordeiro, Tracey L. | Experienced Manager | 0.9 | $ | 835 | $ | 752 |
| Mascaro, Brian Joseph | Senior Associate | 3 | $ | 675 | $ | 2,025 |
| Hernandez, Enrique Jose | Senior Associate | 1.57 | $ | 675 | $ | 1,060 |
| DeJesus, Angela Ivonne | Associate | 7.5 | $ | 375 | $ | 2,813 |
| Bhatnagar, Rukun | INDUS Manager | 0.5 | $ | 330 | $ | 165 |
| Banerjee, Pratik | INDUS Senior Associate | 6 | $ | 240 | $ | 1,440 |
| Ragavendhara, KS | INDUS Analyst | 8 | $ | 240 | $ | 1,920 |
| Total Fees | | | | | $ | 10,174 |
| Less Discounts | | | | | $ | 2,174 |
| Total Amount Billed | | | | | $ | 8,000 |

| Professional | Position | Hours | | Standard Rate | | Fees |
|---|---|---|---|---|---|---|
| Professional Services for Updating State Returns Near Filing Deadline | | | | | | |
| Cordeiro, Tracey L. | Experienced Manager | 3.60 | $ | 835 | $ | 3,006 |
| Mascaro, Brian Joseph | Senior Associate | 10.75 | $ | 675 | $ | 7,256 |
| DeJesus, Angela Ivonne | Associate | 2.00 | $ | 375 | $ | 750 |
| Total Fees | | | | | $ | 11,012 |
| Less Discounts | | | | | $ | 9,012 |
| Total Amount Billed | | | | | $ | 2,000 |

| Professional | Position | Hours | | Standard Rate | | Fees |
|---|---|---|---|---|---|---|
| Professional Services for International Tax Forms for the Period Ending December 31, 2021 | | | | | | |
| MacKenzie, Greg | Partner | 11.50 | $ | 1,120 | $ | 12,880 |
| Kasznia, Janine | Senior Manager | 3.50 | $ | 955 | $ | 3,343 |
| Qiu, Belinda | Manager | 31.45 | $ | 835 | $ | 26,261 |
| Li, Jessie | Analyst | 20.82 | $ | 375 | $ | 7,808 |
| Total Fees | | | | | $ | 50,291 |
| Less Discounts | | | | | $ | 5,277 |
| Total Amount Billed | | | | | $ | 45,014 |

# Recapitulation

| Employee Name | Rate | Hours | Fees |
|---|---|---|---|
| Lehmann, Adam Micha | 1,120 | 7.5 | 8,400 |
| Michaelis, Robert C | 1,120 | 1 | 1,120 |
| Oatis, Vincent P | 1,120 | 0.5 | 560 |
| MacKenzie, Greg | 1,120 | 11.5 | 12,880 |
| Love, Catherine Cahill | 955 | 7.5 | 7,163 |
| Kasznia, Janine | 955 | 3.5 | 3,343 |
| Cordeiro, Tracey L. | 835 | 31.7 | 26,470 |
| Qiu, Belinda | 835 | 31.45 | 26,261 |
| Mascaro, Brian Joseph | 675 | 60.25 | 40,669 |
| Hernandez, Enrique Jos | 605 | 17.96 | 10,866 |
| McCaffrey, Sarah | 415 | 0.25 | 104 |
| O'Brien, Jacob Timothy | 375 | 1.5 | 563 |
| DeJesus, Angela Ivonn | 375 | 29.5 | 11,063 |
| Li, Jessie | 375 | 20.82 | 7,808 |
| Bhatnagar, Rukun | 330 | 15.5 | 5,115 |
| Banerjee, Pratik | 240 | 23.5 | 5,640 |
| Bohra, Prateek | 240 | 24.35 | 5,844 |
| K, Lakshmi | 240 | 16.5 | 3,960 |
| Roy, Porichita | 240 | 5.5 | 1,320 |
| Faizal, Mufeed M | 240 | 0.7 | 168 |
| G, Raagavi | 240 | 6.2 | 1,488 |
| Palanisamy, Gokulan | 240 | 0.75 | 180 |
| Palanisamy, Jamuna | 240 | 35 | 8,400 |
| Ragavendhara, KS | 240 | 17.5 | 4,200 |
| Saboo, Shivangi | 240 | 1 | 240 |
| Shajan, Ann | 240 | 29.9 | 7,176 |
| Thapa, Shivani | 240 | 1.3 | 312 |
| Subtotal | | 402.63 | 201,309 |
| Less Discounts | | | (81,309) |
| **Total** | | | **120,000** |

DocuSign Envelope ID: 2A33BE1E-4DC6-4002-B4E4-AE04F8A3894F

# Appendix

| Transaction Date | Employee Name | Level | Hour | Description |
|---|---|---|---|---|
| 9/1/2022 | O'Brien, Jacob Timothy | Associate | 1.0 | Federal tax return prep |
| 9/2/2022 | O'Brien, Jacob Timothy | Associate | 1.0 | Federal tax return prep |
| 9/2/2022 | Love, Catherine Cahill | Senior Manager | 2.0 | calls with Deloitte |
| 9/6/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Reviewing questions from Catherine, related to source detail request as part of SUT Team's questions |
| 9/8/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | review of AA tool - WA sales question |
| 9/12/2022 | Love, Catherine Cahill | Senior Manager | 2.0 | calls with Deloitte |
| 9/12/2022 | Lehmann, Adam Michael | Partner | 2.0 | calls with Deloitte |
| 9/12/2022 | Love, Catherine Cahill | Senior Manager | 1.0 | review of draft federal return / provide comments/ clear back |
| 9/19/2022 | Hernandez, Enrique Jose | Senior Associate | 0.2 | Looking over TB. Sending email to client confirming TB is final. |
| 9/19/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Reviewing open items, emailing Tracey |
| 9/20/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | review of Apportionment received to date |
| 9/20/2022 | Bhatnagar, Rukun | INDUS Manager | 0.2 | State Tax Return Prep |
| 9/20/2022 | Hernandez, Enrique Jose | Senior Associate | 2.0 | Preparing and reviewing Federal return. |
| 9/20/2022 | Love, Catherine Cahill | Senior Manager | 1.0 | follow up |
| 9/21/2022 | Hernandez, Enrique Jose | Senior Associate | 1.4 | Clearing Catherine's comments. |
| 9/22/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Emailing client on open items |
| 9/23/2022 | Hernandez, Enrique Jose | Senior Associate | 1.0 | Federal return walkthru with Adam and Catherine. Updating return per presentational comments. |
| 9/23/2022 | Love, Catherine Cahill | Senior Manager | 1.0 | Federal Compliance |
| 9/26/2022 | Hernandez, Enrique Jose | Senior Associate | 0.6 | Adding Voyager team to Compliance Shared site. Saving Draft return to Shared site for client access. Drafting email to client with open items. |
| 9/27/2022 | Bhatnagar, Rukun | INDUS Manager | 0.1 | State Tax Return Prep |
| 9/27/2022 | Mascaro, Brian Joseph | Senior Associate | 0.3 | Emailing Angela on INDUS hour requests for 10/15 and 11/15 |
| 9/27/2022 | Lehmann, Adam Michael | Partner | 2.0 | review federal tax workpapers book/tax |
| 9/26/2022 | Hernandez, Enrique Jose | Senior Associate | 1.2 | Resending Federal return to client. Client Call. |
| 9/28/2022 | Mascaro, Brian Joseph | Senior Associate | 1.3 | Call with client and Fed team |
| 9/28/2022 | Cordeiro, Tracey L. | Experienced Manager | 1.3 | call with Voyager team - client & fed team |
| 9/28/2022 | Lehmann, Adam Michael | Partner | 0.5 | call with management to discuss inventory sourcing |
| 9/29/2022 | Mascaro, Brian Joseph | Senior Associate | 2.3 | Reviewing responses from client, aggregating all data for entry into AA Tool, emailing Tracey with various questions |
| 9/30/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.3 | State Tax Return Prep |
| 10/1/2022 | Cordeiro, Tracey L. | Experienced Manager | 1.5 | researching sourcing of crypto/mining, etc. Review of client responses to AA data |
| 10/2/2022 | Mascaro, Brian Joseph | Senior Associate | 0.3 | Reviewing comments from Tracey |
| 10/3/2022 | Mascaro, Brian Joseph | Senior Associate | 3.0 | Tool prep and updates, emailing Tracey on open items, emailing client |
| 10/3/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.4 | client questions |
| 10/4/2022 | Lehmann, Adam Michael | Partner | 2.0 | review federal taxable income calculations including book/tax reconciling items. |
| 10/5/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Emailing indus team on status and next steps/timeline for returns, updating trackers |
| 10/5/2022 | Bhatnagar, Rukun | INDUS Manager | 0.5 | State Tax Return Prep |
| 10/5/2022 | Shajan, Ann | INDUS Analyst | 8.5 | Prepared 6 state returns in the client. |
| 10/5/2022 | Palanisamy, Jamuna | INDUS Analyst | 5.5 | Done state returns |
| 10/7/2022 | Mascaro, Brian Joseph | Senior Associate | 0.8 | Emailing team on SIT Deduction, tool updates for logic issues, reviewing client responses |
| 10/9/2022 | Bhatnagar, Rukun | INDUS Manager | 4.3 | State Tax Return Prep |
| 10/9/2022 | Mascaro, Brian Joseph | Senior Associate | 0.8 | Tool updates, reviewing PBC |
| 10/10/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | review of apportionment data, TI tool |
| 10/10/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | review of apportionment data, TI tool |
| 10/11/2022 | Hernandez, Enrique Jose | Senior Associate | 1.6 | Reviewing M-Package for presentational items. |
| 10/11/2022 | Cordeiro, Tracey L. | Experienced Manager | 1.5 | call with Adam & Rob, call with Brian - appt updates, call with Chris Oatis re: FL sourcing |
| 10/11/2022 | Mascaro, Brian Joseph | Senior Associate | 3.0 | Final tool updates (hopefully final), calls with Client, call with Tracey Adam & Rob on inventory sourcing, reseraching net worth calcs implications |
| 10/11/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | call with client |
| 10/11/2022 | Michaelis, Robert C | Partner | 1.0 | salt apportionment and return approach issues |
| 10/11/2022 | Oatis, Vincent P | Partner | 0.5 | *FL sourcing discussion |
| 10/11/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | call with Chris Oatis - FL sourcing |
| 10/12/2022 | Cordeiro, Tracey L. | Experienced Manager | 1.2 | review of updated tools, apportionment research |
| 9/28/2022 | Hernandez, Enrique Jose | Senior Associate | 2.3 | Updating M-package for Officers' Comp reclass and Bedrock Fees reclass. Posting return for client again. Making updates in locator. Reprinted Federal return and sent to Catherine for review. |
| 10/13/2022 | Saboo, Shivangi | INDUS Senior Associate | 1.0 | Updated AA tool values in locator |
| 10/13/2022 | Roy, Porichita | INDUS Senior Associate | 1.0 | Worked on A&A updates |
| 10/13/2022 | Bohra, Prateek | INDUS Senior Associate | 1.0 | NYC & NYS 2nd extension reviewed , updates made |
| 10/13/2022 | Palanisamy, Jamuna | INDUS Analyst | 2.0 | Preparation of e-file authorisation |
| 10/13/2022 | Bhatnagar, Rukun | INDUS Manager | 1.0 | State Tax Return Prep |
| 10/13/2022 | Mascaro, Brian Joseph | Senior Associate | 1.0 | Return review, emailing indus team |
| 10/13/2022 | Hernandez, Enrique Jose | Senior Associate | 0.3 | Updating and reprinting Voyager return |
| 10/14/2022 | Faizal, Mufeed M | INDUS Analyst | 0.7 | Helped analysts in state return prep consol - Raghav and ann |
| 10/14/2022 | Palanisamy, Jamuna | INDUS Analyst | 8.0 | Preparation of seperate state returns |
| 10/14/2022 | Ragavendhara, KS | INDUS Analyst | 8.0 | 5 state return prep IL, AK, MA, UT, NYC |
| 10/14/2022 | Bohra, Prateek | INDUS Senior Associate | 4.0 | NYC & NYS state return reviewed, call with preparers for multiple returns and seniors , engagement admin time , ME , UT & RI return taken a look at |
| 10/14/2022 | Banerjee, Pratik | INDUS Manager | 6.0 | State Tax Return Prep |
| 10/14/2022 | G, Raagavi | INDUS Analyst | 6.2 | SALT preparation in go system locator. Checking the values with TI tool and A&A tool in the locator. Make corrections for the wrong value flowing and entered. Enter the basic information's in the locator. Then qualify the states also. It took time to qual |
| 10/14/2022 | Roy, Porichita | INDUS Senior Associate | 3.5 | review and update of states return prep |
| 10/14/2022 | K, Lakshmi | INDUS Senior Associate | 5.0 | reviewed and updated the state returns SC, TN, UT, RI |
| 10/14/2022 | Bhatnagar, Rukun | INDUS Manager | 2.7 | State Tax Return Prep |
| 10/14/2022 | Roy, Porichita | INDUS Senior Associate | 1.0 | review and update of states return prep |
| 10/14/2022 | Palanisamy, Gokulan | INDUS Analyst | 0.8 | Cleared Validation errors for SC |

| Transaction Date | Employee Name | Level | Hours | Description |
|---|---|---|---|---|
| 10/14/2022 | Shajan, Ann | INDUS Analyst | 9.0 | Preparation of 6 state returns there was change in the TI tool, adjustments was also there. |
| 10/15/2022 | Hernandez, Enrique Jose | Senior Associate | 0.5 | Preparing Book_to_Tax Support and sending return to client. |
| 10/15/2022 | Hernandez, Enrique Jose | Senior Associate | 0.2 | Replying to client's questions. |
| 10/15/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | State Tax Return Prep |
| 10/15/2022 | Bhatnagar, Rukun | INDUS Manager | 1.5 | State Tax Return Prep |
| 10/15/2022 | Ragavendhara, KS | INDUS Analyst | 0.5 | Updated comments for NYC |
| 10/15/2022 | Mascaro, Brian Joseph | Senior Associate | 0.3 | NYC & NYS state return updated |
| 10/15/2022 | Bohra, Prateek | INDUS Senior Associate | 0.5 | Call with preparers |
| 10/16/2022 | Hernandez, Enrique Jose | Senior Associate | 2.3 | Updating Federal return to Revert back to Pre Bedrock adjustment. Helping Brian with efile. |
| 10/16/2022 | Bohra, Prateek | INDUS Senior Associate | 8.0 | State returns updated , ID ,DC , FL reviewed , 10 state returns reviewed after the updates , E-file Authorization pages updates |
| 10/16/2022 | Ragavendhara, KS | INDUS Analyst | 6.0 | Worked on 5 state returns |
| 10/16/2022 | Banerjee, Pratik | INDUS Senior Associate | 4.0 | State Tax Return Prep |
| 10/16/2022 | Shajan, Ann | INDUS Analyst | 3.8 | Preparation of two states and doing U.S review changes. |
| 10/16/2022 | Mascaro, Brian Joseph | Senior Associate | 2.7 | Reviewing returns from INDUS, discussions with Tracey, re-running tools and all returns for Client |
| 10/16/2022 | Cordeiro, Tracey L. | Experienced Manager | 3.0 | review of state returns |
| 10/16/2022 | Mascaro, Brian Joseph | Senior Associate | 2.3 | Reviewing returns from INDUS, discussions with Tracey, re-running tools and all returns for Client |
| 10/16/2022 | Thapa, Shivani | INDUS Analyst | 1.3 | Cleared e-file diagnostics and made changes |
| 10/17/2022 | Hernandez, Enrique Jose | Senior Associate | 0.5 | Preparing ESAM and reviewing XML. |
| 10/17/2022 | Mascaro, Brian Joseph | Senior Associate | 2.5 | Small return updates from Tracey, pulling signature pages, emailing client, efiling, emailing indus team on next steps |
| 10/17/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.9 | review of updates, returns signed |
| 10/17/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | review of OR-CAT return |
| 10/17/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.1 | review of updates, returns signed |
| 10/17/2022 | Hernandez, Enrique Jose | Senior Associate | 0.3 | Sending Final Federal return and Efile acceptance to client. |
| 10/17/2022 | McCaffrey, Sarah | Associate | 0.3 | Federal tax return preparation |
| 10/18/2022 | Bhatnagar, Rukun | INDUS Manager | 0.1 | State Tax Return Prep |
| 10/18/2022 | Palanisamy, Jamuna | INDUS Analyst | 6.0 | Done with state returns |
| 10/18/2022 | Banerjee, Pratik | INDUS Senior Associate | 2.0 | State Tax Return Prep |
| 10/18/2022 | K, Lakshmi | INDUS Senior Associate | 3.0 | updated the state returns as per US comments - SC, RI, UT, TN |
| 10/18/2022 | Shajan, Ann | INDUS Analyst | 4.5 | Preparation of 3 states. |
| 10/18/2022 | Mascaro, Brian Joseph | Senior Associate | 1.5 | Paper filing assistance/rework from client, back and forth with Tracey and client on their mailing questions, updating GS for rejects |
| 10/18/2022 | Bohra, Prateek | INDUS Senior Associate | 0.5 | Call with preparers |
| 10/18/2022 | Hernandez, Enrique Jose | Senior Associate | 0.5 | Drafting refund email to client. |
| 10/19/2022 | Banerjee, Pratik | INDUS Senior Associate | 2.0 | State Tax Return Prep |
| 10/20/2022 | Mascaro, Brian Joseph | Senior Associate | 3 | 11/15 State return review |
| 10/21/2022 | Banerjee, Pratik | INDUS Senior Associate | 2.0 | State Tax Return Prep |
| 10/21/2022 | Bohra, Prateek | INDUS Senior Associate | 0.5 | Call with indus owner for the return updates plan |
| 10/21/2022 | K, Lakshmi | INDUS Senior Associate | 2.0 | Updated the state returns of CT and VT |
| 10/21/2022 | Bhatnagar, Rukun | INDUS Manager | 2.5 | State Tax Return Prep |
| 10/27/2022 | Bhatnagar, Rukun | INDUS Manager | 0.5 | State Tax Return Prep |
| 10/27/2022 | Bohra, Prateek | INDUS Senior Associate | 2.6 | CA & OR cat reviewed |
| 10/27/2022 | Hernandez, Enrique Jose | Senior Associate | 0.6 | Replying to client's questions on Intercompany Loan Interest being deducted on Federal return. Opening up M-package and support to confirm. Looking over I/C Interest emails. |
| 10/28/2022 | Bohra, Prateek | INDUS Senior Associate | 0.8 | State returns updated and sent call with owner regarding go-system issues |
| 10/28/2022 | Bhatnagar, Rukun | INDUS Manager | 0.3 | State Tax Return Prep |
| 10/28/2022 | Palanisamy, Jamuna | INDUS Analyst | 10.0 | Done with consol State returns |
| 10/31/2022 | Lehmann, Adam Michael | Partner | 1.0 | review of unrealized gain/loss accounts with Client. Consideration of fraud loss accounts. |
| 10/31/2022 | Palanisamy, Jamuna | INDUS Analyst | 3.5 | Consolidation returns |
| 10/31/2022 | Mascaro, Brian Joseph | Senior Associate | 0.3 | Emailing indus team on status |
| 11/1/2022 | Love, Catherine Cahill | Senior Manager | 0.3 | Federal tax return review |
| 11/1/2022 | Hernandez, Enrique Jose | Senior Associate | 0.3 | Federal tax return prep |
| 11/1/2022 | Bhatnagar, Rukun | INDUS Manager | 0.1 | State Tax Return Prep |
| 11/2/2022 | Shajan, Ann | INDUS Analyst | 3.8 | Preparation of 3 returns, for 2 return there was changes in the federal income and NOL, fixing take |
| 11/3/2022 | Banerjee, Pratik | INDUS Senior Associate | 1.5 | State Tax Return Prep |
| 11/3/2022 | Shajan, Ann | INDUS Analyst | 0.3 | Doing review changes |
| 11/3/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.3 | team check in |
| 11/3/2022 | Mascaro, Brian Joseph | Senior Associate | 0.3 | Emailing Angela on next steps |
| 11/3/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.1 | team check in |
| 11/4/2022 | K, Lakshmi | INDUS Senior Associate | 1.0 | reviewed the state return of  NYS |
| 11/4/2022 | DeJesus, Angela Ivonne | Associate | 3 | return review |
| 11/4/2022 | DeJesus, Angela Ivonne | Associate | 5 | return review |
| 11/6/2022 | DeJesus, Angela Ivonne | Associate | 1.0 | Reviewing returns |
| 11/7/2022 | Banerjee, Pratik | INDUS Senior Associate | 2.5 | State Tax Return Prep |
| 11/7/2022 | K, Lakshmi | INDUS Senior Associate | 3.0 | updated the states returns - MN, MI, ND, CA  as per the US comments |
| 11/7/2022 | Bhatnagar, Rukun | INDUS Manager | 0.1 | State Tax Return Prep |
| 11/8/2022 | Bhatnagar, Rukun | INDUS Manager | 0.2 | KYC update |
| 11/8/2022 | Bhatnagar, Rukun | INDUS Manager | 0.5 | State Tax Return Prep |
| 11/8/2022 | Banerjee, Pratik | INDUS Senior Associate | 1.5 | State Tax Return Prep |
| 11/9/2022 | DeJesus, Angela Ivonne | Associate | 2.5 | Updating returns |
| 11/9/2022 | Mascaro, Brian Joseph | Senior Associate | 2.8 | Return review and updates |
| 11/9/2022 | Mascaro, Brian Joseph | Senior Associate | 1.3 | Return review and updates |
| 11/10/2022 | Bohra, Prateek | INDUS Senior Associate | 2.5 | Call with seniors for state return doubts |
| 11/10/2022 | Bhatnagar, Rukun | INDUS Manager | 0.3 | State Tax Return Prep |
| 11/10/2022 | K, Lakshmi | INDUS Senior Associate | 2.5 | Updated the state CA and MN as per US comments, had  worked on CA changes twice because of |
| 11/10/2022 | Banerjee, Pratik | INDUS Senior Associate | 2.5 | State Tax Return Prep |
| 11/11/2022 | Bhatnagar, Rukun | INDUS Manager | 0.1 | State Tax Return Prep |
| 11/11/2022 | Bohra, Prateek | INDUS Senior Associate | 2.5 | Qualifying all the states |
| 11/11/2022 | Cordeiro, Tracey L. | Experienced Manager | 2.2 | review of 11/15 returns, signing |
| 11/11/2022 | Mascaro, Brian Joseph | Senior Associate | 1.8 | Return review and updates, calling TX and MN for ID numbers, qualifying returns |

| Transaction Date | Employee Name | Level | Hours | Description |
|---|---|---|---|---|
| 11/12/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Processing work, sending returns over to client |
| 11/14/2022 | Mascaro, Brian Joseph | Senior Associate | 1.3 | E-Filing |
| 11/14/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | efile check in |
| 11/14/2022 | DeJesus, Angela Ivonne | Associate | 0.5 | Calling Minnesota for tax ID number |
| 11/14/2022 | DeJesus, Angela Ivonne | Associate | 1.0 | XML review |
| 11/15/2022 | DeJesus, Angela Ivonne | Associate | 1.0 | Fixing VT rejected return |
| 11/15/2022 | DeJesus, Angela Ivonne | Associate | 0.3 | Clearing rejects |
| 11/22/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | billing |
| 12/5/2022 | Mascaro, Brian Joseph | Senior Associate | 0.8 | Reviewing notices |
| 12/5/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | review of state notices sent over by client |
| 12/7/2022 | DeJesus, Angela Ivonne | Associate | 1.5 | New notice prep |
| 12/15/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | client meeting |
| 12/15/2022 | Mascaro, Brian Joseph | Senior Associate | 1.5 | Notice review and updates, sending additional review comments to Angela |
| 12/18/2022 | DeJesus, Angela Ivonne | Associate | 2.5 | Updating notice listing |
| 12/18/2022 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | review of TPCOE return filing list |
| 12/18/2022 | DeJesus, Angela Ivonne | Associate | 1.5 | Calling states for notices |
| 12/19/2022 | DeJesus, Angela Ivonne | Associate | 1.0 | Updating Notice tracker |
| 12/19/2022 | DeJesus, Angela Ivonne | Associate | 0.5 | Calling states about notices |
| 12/19/2022 | Mascaro, Brian Joseph | Senior Associate | 0.3 | TPCOE Stafftrak update request prep |
| 12/19/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Reviewing notice responses from Angela |
| 12/29/2022 | Mascaro, Brian Joseph | Senior Associate | 0.3 | Calling FL regarding notice received, emailing Tracey |
| 12/29/2022 | Mascaro, Brian Joseph | Senior Associate | 0.2 | Submitting request to COE to update Stafftrak |
| 12/29/2022 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Discussion with Tracey, reviewing detail from Jacob for export requests for Deloitte |
| 1/1/2023 | Mascaro, Brian Joseph | Senior Associate | 0.5 | MFI Analysis and review, setting up SALT docs/folders |
| 1/1/2023 | Li, Jessie | Analyst | 6.5 | Compile question list, Voyager digital ltd T2 return, reconcile retained earning, reconcile depreciation, reconcile professional fees with GL provided |
| 1/2/2023 | Li, Jessie | Analyst | 1.0 | Digital Brokerage Canada Ltd T2 Return |
| 1/3/2023 | Qiu, Belinda | Manager | 0.5 | File updates |
| 1/3/2023 | Qiu, Belinda | Manager | 2.8 | T106 Preparation |
| 1/3/2023 | MacKenzie, Greg | Partner | 2.0 | T106 Preparation |
| 1/3/2023 | Li, Jessie | Analyst | 1.0 | Digital Brokerage Ltd - T2 return |
| 1/3/2023 | Li, Jessie | Analyst | 0.5 | Voyager Digital Ltd, Client meeting to ask outstanding questions |
| 1/4/2023 | Qiu, Belinda | Manager | 1.5 | T106 Preparation |
| 1/4/2023 | Qiu, Belinda | Manager | 1.0 | T106 Preparation |
| 1/4/2023 | Qiu, Belinda | Manager | 1.0 | Set up file caseware and preview |
| 1/4/2023 | MacKenzie, Greg | Partner | 2.0 | T106 Preparation |
| 1/4/2023 | MacKenzie, Greg | Partner | 1.0 | T106 Preparation |
| 1/4/2023 | Li, Jessie | Analyst | 0.3 | Voyager Digital Ltd.: meeting with Belinda to go through questions for client meeting |
| 1/5/2023 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Emailing Angela on next steps, guide for tool prep |
| 1/5/2023 | DeJesus, Angela Ivonne | Associate | 2.0 | SALT tool prep |
| 1/5/2023 | Qiu, Belinda | Manager | 2.0 | Go through TB, meeting Jessie, Greg, email Winnie requesting for more documents. |
| 1/5/2023 | MacKenzie, Greg | Partner | 1.0 | T106 Preparation |
| 1/5/2023 | Li, Jessie | Analyst | 2.9 | Voyager Digital Ltd: T106 Reconciliation and update |
| 1/5/2023 | Qiu, Belinda | Manager | 1.0 | 1134 info request prep and summarize o/s issue |
| 1/5/2023 | Li, Jessie | Analyst | 0.3 | Preparing T1134 forms |
| 1/6/2023 | Mascaro, Brian Joseph | Senior Associate | 0.8 | Reviewing info provided by client, call with Angela on AA tool questions |
| 1/6/2023 | DeJesus, Angela Ivonne | Associate | 1.0 | AA tool updates |
| 1/6/2023 | Qiu, Belinda | Manager | 2.5 | T2 compliance, Comparing balances of USD and CDN |
| 1/6/2023 | Li, Jessie | Analyst | 2.3 | Voyager Digital Ltd: Update return - Fixed asset, professional fees |
| 1/6/2023 | Li, Jessie | Analyst | 0.3 | Preparing T1134 questions |
| 1/7/2023 | Mascaro, Brian Joseph | Senior Associate | 0.5 | 2021 Admin/Rolling over docs for current year |
| 1/7/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | review of PBC to date, response to Brians email on apportionment |
| 1/8/2023 | MacKenzie, Greg | Partner | 1.0 | T106 Preparation |
| 1/16/2023 | Qiu, Belinda | Manager | 0.3 | folow up with client, and Prep for meeting. |
| 1/17/2023 | Qiu, Belinda | Manager | 1.0 | Meeting client re T1134 Filing, and forwarding documents |
| 1/17/2023 | Li, Jessie | Analyst | 0.7 | Meeting with Belinda and Winnie to go through T1134 |
| 1/18/2023 | Mascaro, Brian Joseph | Senior Associate | 0.3 | info request updates |
| 1/20/2023 | Hernandez, Enrique Jose | Senior Associate | 0.5 | Replying to Catherine's email regarding M-Package questions. Making updates to M-Package per |
| 1/23/2023 | Mascaro, Brian Joseph | Senior Associate | 0.3 | Emailing Angela on next steps |
| 1/23/2023 | Qiu, Belinda | Manager | 0.4 | Communicating with Winnie re reporting entities |
| 9/22/2022 | Hernandez, Enrique Jose | Senior Associate | 0.3 | Drafting open items email to client. Reprinting return for Adam's comments. |
| 1/30/2023 | Mascaro, Brian Joseph | Senior Associate | 0.3 | Responding to Fed Team on state status |
| 1/31/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.3 | review of State article sent - States crack down on Voyager Crypto Offering |
| 1/31/2023 | Li, Jessie | Analyst | 2.8 | Update T1134 forms according to changes |
| 2/1/2023 | Li, Jessie | Analyst | 0.8 | Update T1134 forms according to changes |
| 2/3/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | review of CA filings received |
| 2/5/2023 | Mascaro, Brian Joseph | Senior Associate | 0.8 | Emailing Tracey on questions related to outstanding notices |
| 2/5/2023 | Cordeiro, Tracey L. | Experienced Manager | 1.0 | client questions, NJ & Puerto Rico, emails with Brian re: RI & AL notices |
| 2/6/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | Invoice/billing meeting with Catherine |
| 2/6/2023 | Qiu, Belinda | Manager | 0.4 | Following up with client |
| 2/6/2023 | Li, Jessie | Analyst | 0.6 | review T1134 |
| 2/6/2023 | Li, Jessie | Analyst | 0.3 | Call with Belinda |
| 2/6/2023 | Li, Jessie | Analyst | 0.8 | T1134 prepration |
| 2/7/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.3 | review of DE notice received from CSC |
| 2/7/2023 | Mascaro, Brian Joseph | Senior Associate | 1.3 | AA tool review/updates, emailing Tracey on current findings |
| 2/7/2023 | Qiu, Belinda | Manager | 1.5 | T1134 |
| 2/8/2023 | Mascaro, Brian Joseph | Senior Associate | 1.0 | Emailing client, emailing Angela, reconciling States data for current year |
| 2/8/2023 | Qiu, Belinda | Manager | 1.5 | Review of Voyage brokerage Canada and Voyage Brokerage T2. Change of currencies. |
| 2/9/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.4 | invoicing meeting with Jacob & Catherine |
| 2/9/2023 | Qiu, Belinda | Manager | 2.0 | T1134 Prep |
| 2/10/2023 | Qiu, Belinda | Manager | 0.5 | File Prep |
| 2/11/2023 | Mascaro, Brian Joseph | Senior Associate | 2.5 | Tool review and updates, assisting Angela with questions, discussions with Catherine and Tracey, emailing client on payment options |

| Transaction Date | Employee Name | Level | Hours | Description |
|---|---|---|---|---|
| 2/11/2023 | DeJesus, Angela Ivonne | Associate | 2.5 | Updating TI tools |
| 2/12/2023 | Cordeiro, Tracey L. | Experienced Manager | 1.2 | review of SALT tools for calculation |
| 2/12/2023 | Mascaro, Brian Joseph | Senior Associate | 1.5 | tool updates for sales data received, emailing client |
| 2/13/2023 | Mascaro, Brian Joseph | Senior Associate | 0.3 | Status email/update |
| 2/13/2023 | DeJesus, Angela Ivonne | Associate | 1.0 | Form prep |
| 2/13/2023 | Hernandez, Enrique Jose | Senior Associate | 0.3 | Discussing questions with Tracey. |
| 2/13/2023 | Cordeiro, Tracey L. | Experienced Manager | 2.5 | call with Eva, draft email explaining state AA, answering client questions, review of notices received |
| 2/13/2023 | Mascaro, Brian Joseph | Senior Associate | 2.0 | Review and updates to calcs based on final FTI |
| 2/13/2023 | Qiu, Belinda | Manager | 3.8 | T1134 review. |
|  |  |  |  | Meeting client .75 |
| 2/14/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | team meeting with client to walk through states |
| 2/14/2023 | Cordeiro, Tracey L. | Experienced Manager | 1.4 | call with Eva, draft email explaining state AA, answering client questions, review of notices received |
| 2/14/2023 | Mascaro, Brian Joseph | Senior Associate | 2.8 | review and updates from Angela, call with client |
| 2/14/2023 | DeJesus, Angela Ivonne | Associate | 1.0 | state prep |
| 2/14/2023 | DeJesus, Angela Ivonne | Associate | 5.5 | state prep |
| 2/14/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.3 | billing meeting with Catherine & Adam |
| 2/14/2023 | Qiu, Belinda | Manager | 0.3 | Meeting Greg, reply client |
| 2/14/2023 | MacKenzie, Greg | Partner | 0.5 | catch up with Belinda |
| 2/15/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.5 | review of XMLs for bank info etc |
| 2/15/2023 | Mascaro, Brian Joseph | Senior Associate | 1.8 | Final updates for Tracey, emailing client with deliverables, ESAM review, discussions with Tracey |
| 2/15/2023 | DeJesus, Angela Ivonne | Associate | 1.0 | XML review and ESAM prep |
| 2/15/2023 | Cordeiro, Tracey L. | Experienced Manager | 1.0 | responding to client questions |
| 2/17/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.3 | Questions regarding request PY tax returns from IRS |
| 2/17/2023 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Rework -- requalifying and re-reviewing XMLs |
| 2/17/2023 | Qiu, Belinda | Manager | 1.3 | Add Danish Sub and  Prep Org chart for filing. |
| 2/18/2023 | DeJesus, Angela Ivonne | Associate | 0.5 | Updating rejections |
| 2/18/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.7 | DC rejection, client correspondence, call with Mig |
| 2/18/2023 | Mascaro, Brian Joseph | Senior Associate | 0.3 | reviewing rejections |
| 2/18/2023 | Qiu, Belinda | Manager | 1.8 | Review of Voyage brokerage Canada and Voyage Brokerage T2.  Change of currencies. |
| 2/18/2023 | Qiu, Belinda | Manager | 0.3 | Review of Voyage brokerage Canada and Voyage Brokerage T2.  Change of currencies. |
| 2/20/2023 | Hernandez, Enrique Jose | Senior Associate | 0.5 | Call with client to go over Notice for CA that has not been resolved. |
| 2/20/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.3 | CA notice |
| 2/20/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | emails with Mig re: 2017 CA LLC notice |
| 2/21/2023 | Qiu, Belinda | Manager | 0.4 | Follow up |
| 2/22/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | billing |
| 2/23/2023 | Hernandez, Enrique Jose | Senior Associate | 0.3 | Call with Tracey to go over Voyager CA LLC Questions. |
| 2/23/2023 | Mascaro, Brian Joseph | Senior Associate | 0.3 | Emailing Tracey on state notice update |
| 2/23/2023 | Cordeiro, Tracey L. | Experienced Manager | 1.0 | emails with Mig, conversations with team - CA LLC and other notices |
| 2/24/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.7 | call with Mig, meeting with team for next steps |
| 2/24/2023 | Mascaro, Brian Joseph | Senior Associate | 0.5 | Call with client on CA Notices, follow-up call with team |
| 2/24/2023 | Hernandez, Enrique Jose | Senior Associate | 0.5 | Meeting with client to go over CA LLC notice. |
| 2/24/2023 | MacKenzie, Greg | Partner | 0.5 | T2 review |
| 2/24/2023 | Kasznia, Janine | Senior Manager | 2.0 | T1134 review. |
| 2/27/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | sending OR appt data for notices |
| 2/27/2023 | Qiu, Belinda | Manager | 0.3 | Addressing review notes of T1134 |
| 2/27/2023 | MacKenzie, Greg | Partner | 1.0 | discussion with KE |
| 2/28/2023 | Mascaro, Brian Joseph | Senior Associate | 1.3 | Reviewing notices from client, emailing Tracey on status, updating workpapers |
| 2/28/2023 | Qiu, Belinda | Manager | 2.5 | Follow up, T1134, attachments.Addressing review notes from Greg, filing |
| 2/28/2023 | MacKenzie, Greg | Partner | 2.5 | t1134 review |
| 2/28/2023 | Kasznia, Janine | Senior Manager | 1.5 | 1134 review and filing. |
| 2/28/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.2 | review of TN notice received from client |
| 2/28/2023 | Mascaro, Brian Joseph | Senior Associate | 0.3 | Emailing client on notices |
| 2/28/2023 | Cordeiro, Tracey L. | Experienced Manager | 0.3 | internal conversations over Consulting SOW |