**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF**
**POTTER ANDERSON & CORROON LLP FOR COMPENSATION**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS**
**DELAWARE COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION**
**FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | **Potter Anderson & Corroon LLP** | |
| **Applicant's Role in Case:** | **Delaware Counsel to Voyager Digital Holdings, *et al.*** | |
| **Date Order of Employment Signed:** | **January 24, 2023 [Docket No. 904]** | |
| **Time period covered by this statement:** | **Beginning of Period** | **End of Period**[2] |
| | **March 1, 2023** | **March 31, 2023** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | **$48,314.80**<br>**(80% of $60,393.50)** | |
| **Total expenses requested in this statement:** | **$280.00** | |
| **Total fees and expenses requested in this statement:** | **$60,673.50** | |
| **This is a(n):**   _X_ Monthly Application ___ Interim Application ___ Final Application | | |

      Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2]    This statement consists of fees and expenses incurred from March 1, 2023 through March 31, 2023.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Potter Anderson & Corroon LLP as Delaware Counsel for the Debtors Effective as of November 30, 2022,* dated January 24, 2023 [Docket No. 904], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Potter Anderson & Corroon LLP ("Potter Anderson"), Delaware counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Third Monthly Fee Statement of Potter Anderson & Corroon LLP for Compensation for Services and Reimbursement of Expenses as Delaware Counsel to the Debtors for the Period from Mach 1, 2023 Through March 31, 2023* (this "Fee Statement").[3]  Specifically, Potter Anderson seeks (i) interim allowance of $60,393.50 for the reasonable compensation for actual, necessary legal services that Potter Anderson rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $48,314.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Potter Anderson incurred in connection with such services during the Fee Period (*i.e.*, $60,393.50); (iii) allowance and payment of $280.00 for the actual, necessary expenses that Potter Anderson incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Potter Anderson partners, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Potter

---

[3]    The period from March 1, 2023, through and including March 31, 2023, is referred to herein as the "Fee Period."

Anderson established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Potter Anderson incurred $60,393.50 in fees during the Fee Period. Pursuant to this Fee Statement, Potter Anderson seeks reimbursement for 80% of such fees (i.e., $48,314.80 in the aggregate).

2.      Attached hereto as **Exhibit B** is a schedule of Potter Anderson professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $559.76.[4] The blended hourly billing rate of all paraprofessionals is $350.00.[5]

3.      Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Potter Anderson is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Potter Anderson's out-of-pocket expenses, which total $280.00

4.      Attached hereto as **Exhibit D** are the time records of Potter Anderson, which provide a daily summary of the time spent by each Potter Anderson professional during the Fee Period as well as an itemization of expenses by project category.

### Notice

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the

---

[4]   The blended hourly billing rate of $559.76 for attorneys is derived by dividing the total fees for attorneys of $55,248.50 by the total hours of 98.70 for those same attorneys.

[5]   The blended hourly billing rate of $350.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $5,145.00 by the total hours of 14.70 for these same paraprofessionals.

Debtors' solicitation agent at https://cases.stretto.com/Voyager.  The Debtors submit that no other

or further notice be given.

WHEREFORE, Potter Anderson, in connection with services rendered on behalf of the Debtors, respectfully requests:  (i) interim allowance of $60,393.50 for the reasonable and necessary legal services that Potter Anderson rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $48,314.80, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Potter Anderson rendered to the Debtors (i.e., $60,393.50); and (iii) allowance and payment of $280.00 for the actual and necessary expenses that Potter Anderson incurred in connection with such services during the Fee Period.

| | |
|---|---|
| Dated:  May 12, 2023<br>Wilmington, Delaware | */s/ Christopher M. Samis*<br>**POTTER ANDERSON & CORROON LLP**<br>Christopher M. Samis<br>Aaron H. Stulman<br>Sameen Rizvi<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone:    (302) 984-6000<br>Facsimile:    (302) 658-1192<br>Email:        csamis@potteranderson.com<br>            astulman@potteranderson.com<br>            srizvi@potteranderson.com<br><br>*Delaware Counsel to the Debtors and Debtors in Possession* |

**<u>Exhibit A</u>**

**Statement of Fees and Expenses By Project Category**

| | PROJECT CATEGORY PROJECT DESCRIPTION | HOURS | FEES ($) | EXPENSES ($) | TOTAL AMOUNT OF FEES AND EXPENSES ($) |
|---|---|---|---|---|---|
| AP | Litigation/Adversary Proceedings | 21.70 | 12,175.50 | 0.00 | 12,175.50 |
| BO | Business Operations | 0.80 | 616.00 | 0.00 | 616.00 |
| CA | Case Administration | 28.20 | 15,539.50 | 0.00 | 15,539.50 |
| CH | Court Appearances/Communications/ Hearings | 9.00 | 4,668.50 | 0.00 | 4,668.50 |
| CR | Financing/Cash Collateral/DIP | 0.60 | 481.00 | 0.00 | 481.00 |
| EA | Employment Applications/Objections | 1.10 | 951.50 | | 951.50 |
| FA | Fee Applications/Objections | 8.70 | 4,549.50 | 0.00 | 4,549.50 |
| MR | Relief from Stay Proceedings | 0.80 | 692.00 | 0.00 | 692.00 |
| PL | Plan and Disclosure Statement | 40.80 | 19,301.00 | 0.00 | 19,301.00 |
| SA | Asset Disposition/Use, Sale | 1.70 | 1,419.00 | 0.00 | 1,419.00 |
| E112 | Expenses | 0.00 | 0.00 | 280.00 | 280.00 |
| | | | | | |
| **Totals** | | **113.40** | **$60,393.50** | **$ 280.00** | **$60,673.50** |

## **Exhibit B**

**Attorneys' and Paraprofessionals' Information**

The Potter Anderson attorneys who rendered professional services in these cases during the Fee Period are:

| ATTORNEY | POSITION WITH THE APPLICANT | YEAR ADMITTED | DEPARTMENT | HOURLY BILLING RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|---|---|---|
| Christopher M. Samis | Partner | 2006 | General Litigation/Bankruptcy | 865.00 | 17.40 | 15,051.00 |
| John A. Sensing | Partner | 2004 | General Litigation | 785.00 | 1.80 | 1,413.00 |
| Aaron H. Stulman | Partner | 2012 | General Litigation/Bankruptcy | 675.00 | 10.30 | 6,952.50 |
| Sameen Rizvi | Associate | 2022 | General Litigation/Bankruptcy | 460.00 | 69.20 | 31,832.00 |
| | | | | | | |
| **TOTALS FOR ATTORNEYS** | | | | | **98.70** | **$55,248.50** |

The paraprofessionals of Potter Anderson who rendered professional services in these cases during the Fee Period are:

| PARAPROFESSIONAL | POSITION WITH THE APPLICANT | NUMBER OF YEARS IN THAT POSITION | DEPARTMENT | HOURLY BILLING RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|---|---|---|
| Melissa L. Romano | Paralegal | 19 | General Litigation | 350.00 | 14.70 | 5,145.00 |
| | | | | | | |
| **TOTALS FOR PARAPROFESSIONALS** | | | | | **14.70** | **$5,145.00** |

**TOTAL FEES REQUESTED FOR ATTORNEYS AND PARAPROFESSIONALS**          **$60,393.50**

## Exhibit C

**Summary of Actual and Necessary Expenses for the Fee Period**

| EXPENSE CATEGORY | AMOUNT ($) |
|---|---|
| | |
| Miscellaneous Court Fees – CourtSolutions – Confirmation Hearing Attendance | $280.00 |
| | |
| **TOTAL** | **$ 280.00** |

**Exhibit D**

**Detailed Description of Time Records and Expenses**



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

April 25, 2023
Bill Number    293349
File Number    22731.00001

Voyager Digital Ltd.
Attn: Stephen Ehrlich
33 Irving Pl
New York, NY  10003

Email: sehrlich@investvoyager.com

For legal services rendered as more fully set forth in the attached statement.

| | | |
|---|---|---|
| Legal Services | $60,393.50 | |
| Disbursements | $280.00 | |
| Bill Total | $60,673.50 | |
| | | |
| Previous Balance | | $64,566.70 |
| **Grand Total Due** | | **$125,240.20** |

**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
| | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | 22731-00001 |

CMS



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

April 25, 2023
Bill Number   293349
File Number   22731.00001

Voyager Digital Ltd.
Attn: Stephen Ehrlich
33 Irving Pl
New York, NY  10003

RE: FTX Trading, Ltd.


Through March 31, 2023

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| **Litigation/Adversary Proceedings** | | | | | |
| 03/01/23 | AHSA | Litigation/Adversary Proceedings Correspondence with debtors re: extension order | 0.10 Hrs | 675/hr | $67.50 |
| 03/01/23 | CMS | Litigation/Adversary Proceedings Email to A. Stulman re: answer deadline inquiry | 0.10 Hrs | 865/hr | $86.50 |
| 03/02/23 | AHSA | Litigation/Adversary Proceedings Correspondence with FTX re: amended complaint (.1); review/analyze same (.2); correspondence with co-counsel re: same (.1); correspondence with S. Rizvi re: same (.1) | 0.50 Hrs | 675/hr | $337.50 |
| 03/03/23 | SR | Litigation/Adversary Proceedings Review/analyze FTX first amended complaint (.7); prepare summary re: same (.3); emails with A. Stulman, J. Sensing and C. Samis re same (.1); emails with M. Romano re: same (.1) | 1.20 Hrs | 460/hr | $552.00 |
| 03/03/23 | AHSA | Litigation/Adversary Proceedings Review/analyze summary of amended complaint (.1); correspondence with S. Rizvi re: same (.1) | 0.20 Hrs | 675/hr | $135.00 |
| 03/03/23 | CMS | Litigation/Adversary Proceedings Review amended preference complaint | 0.80 Hrs | 865/hr | $692.00 |
| 03/06/23 | AHSA | Litigation/Adversary Proceedings Correspondence with K&E re: response deadline/extension (.1); correspondence | 0.20 Hrs | 675/hr | $135.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | with FTX re: same (.1) | | | |
| 03/07/23 | AHSA | Litigation/Adversary Proceedings Review/analyze ROR for Voyager stipulation (.2); review/analyze scheduling order (.1); correspondence with co-counsel and J. Sensing re: same (.1); review stipulation and order for extension (.1); correspondence with J. Sensing re: same (.1) | 0.60 Hrs | 675/hr | $405.00 |
| 03/07/23 | CMS | Litigation/Adversary Proceedings Review mock-up scheduling order and K&E comments | 0.40 Hrs | 865/hr | $346.00 |
| 03/08/23 | AHSA | Litigation/Adversary Proceedings Correspondence with J. Sensing and K&E re: extension order and stipulation (.1); confer with J. Sensing re: preference/call update (.2); call with K&E and J. Sensing re: same (.5); review/analyze revised order re: FTX stipulation (.3); correspondence with C. Samis re: same (.1) | 1.20 Hrs | 675/hr | $810.00 |
| 03/08/23 | CMS | Litigation/Adversary Proceedings Review/revise stipulation extending answer deadline | 0.20 Hrs | 865/hr | $173.00 |
| 03/09/23 | AHSA | Litigation/Adversary Proceedings Review/revise scheduling order (.4); correspondence with K&E re: same and extension stipulation (.2) | 0.60 Hrs | 675/hr | $405.00 |
| 03/14/23 | AHSA | Litigation/Adversary Proceedings Correspondence with K&E re: response deadline extension (.1); correspondence with debtors re: same (.1); review stipulation (.1) | 0.30 Hrs | 675/hr | $202.50 |
| 03/15/23 | SR | Litigation/Adversary Proceedings Conduct research re: motion to dismiss FTX adversary complaint (2.4); emails with A. Stulman and J. Sensing re: same (.1) | 2.50 Hrs | 460/hr | $1,150.00 |
| 03/15/23 | AHSA | Litigation/Adversary Proceedings Correspondence with co-counsel and S. Rizvi re: motion to dismiss | 0.10 Hrs | 675/hr | $67.50 |
| 03/15/23 | CMS | Litigation/Adversary Proceedings Review Bankman-Fried motion for indemnification/advancement | 0.80 Hrs | 865/hr | $692.00 |
| 03/16/23 | AHSA | Litigation/Adversary Proceedings Confer and correspondence with S. Rizvi re: motion to dismiss (.3); review/analyze same (.7); correspondence with K&E re: same (.1) | 1.10 Hrs | 675/hr | $742.50 |
| 03/16/23 | MLR | Litigation/Adversary Proceedings Download and review order approving | 0.20 Hrs | 350/hr | $70.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | stipulation extending time to answer Alameda complaint; update critical dates calendar | | | |
| 03/16/23 | MLR | Litigation/Adversary Proceedings Review FTX schedules and statements | 0.50 Hrs | 350/hr | $175.00 |
| 03/16/23 | SR | Litigation/Adversary Proceedings Conduct research re: motion to dismiss FTX Trading adversary complaint (1.5); emails with A. Stulman and J. Sensing re same (.1) | 1.70 Hrs | 460/hr | $782.00 |
| 03/17/23 | SR | Litigation/Adversary Proceedings Conduct further research re: motion to dismiss FTX adversary complaint (.4); emails with A. Stulman and J. Sensing re: same (.1) | 0.50 Hrs | 460/hr | $230.00 |
| 03/17/23 | AHSA | Litigation/Adversary Proceedings Correspondence with K&E re: motion to dismiss (.1); correspondence with S. Rizvi re: same (.1); review/analyze legal research re: same (.4) | 0.60 Hrs | 675/hr | $405.00 |
| 03/20/23 | MLR | Litigation/Adversary Proceedings Continue to review schedules and statements of financial affairs | 1.20 Hrs | 350/hr | $420.00 |
| 03/21/23 | MLR | Litigation/Adversary Proceedings Continue to review FTX schedules and statements of financial affairs | 0.50 Hrs | 350/hr | $175.00 |
| 03/22/23 | MLR | Litigation/Adversary Proceedings Continue to review FTX entities schedules and statements of financial affairs | 3.00 Hrs | 350/hr | $1,050.00 |
| 03/23/23 | MLR | Litigation/Adversary Proceedings Continue to review FTX schedules and statements of financial affairs; draft and send email to S. Rizvi re: same; confer with S. Rizvi re: same | 0.70 Hrs | 350/hr | $245.00 |
| 03/27/23 | CMS | Litigation/Adversary Proceedings Review committee objection to UST shortening notice on direct appeal certification on examiner appeal | 0.20 Hrs | 865/hr | $173.00 |
| 03/28/23 | AHSA | Litigation/Adversary Proceedings Correspondence with S. Rizvi re: response deadline | 0.10 Hrs | 675/hr | $67.50 |
| 03/30/23 | CMS | Litigation/Adversary Proceedings Review motion for turnover of assets held by DIG | 1.00 Hrs | 865/hr | $865.00 |
| 03/30/23 | CMS | Litigation/Adversary Proceedings Review motion for turnover of assets held by Exchange Entities | 0.60 Hrs | 865/hr | $519.00 |
| | | **Total AP Litigation/Adversary** | **21.70** | | **$12,175.50** |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | **Proceedings** | | | |
| **Business Operations** | | | | | |
| 03/15/23 | AHSA | Business Operations<br>Correspondence and confer with S. Rizvi re: schedules/statements | 0.20 Hrs | 675/hr | $135.00 |
| 03/17/23 | CMS | Business Operations<br>Review statement on schedules/statements | 0.20 Hrs | 865/hr | $173.00 |
| 03/28/23 | AHSA | Business Operations<br>Review/analyze summary of schedules and statements | 0.20 Hrs | 675/hr | $135.00 |
| 03/30/23 | CMS | Business Operations<br>Review Debtors' response to Bankman-Fried insurance stay relief motion | 0.20 Hrs | 865/hr | $173.00 |
| | | **Total BO Business Operations** | **0.80** | | **$616.00** |
| **Case Administration** | | | | | |
| 03/03/23 | JASA | Case Administration<br>Review amended complaint | 0.60 Hrs | 785/hr | $471.00 |
| 03/03/23 | SR | Case Administration<br>Review substantive pleadings for week of 2/27 (1.1) and prepare summary re: same (.6) | 1.70 Hrs | 460/hr | $782.00 |
| 03/05/23 | SR | Case Administration<br>Review substantive pleadings for week of 2/27 (.3) and prepare summary re: same (.1) | 0.40 Hrs | 460/hr | $184.00 |
| 03/07/23 | CMS | Case Administration<br>Review and update critical dates | 0.20 Hrs | 865/hr | $173.00 |
| 03/08/23 | JASA | Case Administration<br>Review draft schedule and co-counsel proposed edits/questions re: same (.4); phone call with co-counsel re: same (.4); discuss case issues with A. Stulman (.4) | 1.20 Hrs | 785/hr | $942.00 |
| 03/08/23 | SR | Case Administration<br>Review substantive pleadings for week of 2/27 (.4) and prepare summary re: same (.1) | 0.50 Hrs | 460/hr | $230.00 |
| 03/09/23 | SR | Case Administration<br>Review substantive pleadings for week of 3/6 (2.6) and prepare summary re: same (.8) | 3.40 Hrs | 460/hr | $1,564.00 |
| 03/09/23 | MLR | Case Administration<br>Update critical dates calendar in FTX Trading bankruptcy | 0.30 Hrs | 350/hr | $105.00 |
| 03/10/23 | AHSA | Case Administration<br>Review/analyze weekly filing summary | 0.20 Hrs | 675/hr | $135.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/13/23 | SR | Case Administration<br>Review substantive pleadings for week of 3/6 (1.5) and prepare summary re same (.6) | 2.10 Hrs | 460/hr | $966.00 |
| 03/14/23 | AHSA | Case Administration<br>Review/analyze weekly pleadings summary (.2); correspondence with S. Rizvi re: same (.1) | 0.30 Hrs | 675/hr | $202.50 |
| 03/20/23 | SR | Case Administration<br>Review pleadings for the week of 3/13 (2.0) and prepare summary of same (.5) | 2.50 Hrs | 460/hr | $1,150.00 |
| 03/21/23 | MLR | Case Administration<br>Review notice of revised sale dates for LedgerX business; update critical dates | 0.10 Hrs | 350/hr | $35.00 |
| 03/21/23 | SR | Case Administration<br>Review pleadings for week of 3/13 (2.2) and prepare summary of same (.8) | 3.00 Hrs | 460/hr | $1,380.00 |
| 03/22/23 | AHSA | Case Administration<br>Review/analyze weekly filings summary | 0.20 Hrs | 675/hr | $135.00 |
| 03/23/23 | SR | Case Administration<br>Review/analyze FTX schedules and statements (2.0); prepare summary re: same (.6); emails with A. Stulman and C. Samis re: same (.1) | 2.70 Hrs | 460/hr | $1,242.00 |
| 03/23/23 | CMS | Case Administration<br>Review Ad Hoc Committee of Non-US Customers Motion to Seal (I) the Verified Statement of Eversheds and MNAT Pursuant to Bankruptcy Rule 2019 and Declaration for same | 1.10 Hrs | 865/hr | $951.50 |
| 03/27/23 | SR | Case Administration<br>Review pleadings for the week of 3/20 (1.2) and prepare summary re: same (.4) | 1.60 Hrs | 460/hr | $736.00 |
| 03/28/23 | AHSA | Case Administration<br>Review/analyze weekly filings summary (.2); correspondence with S. Rizvi re: same (.1) | 0.30 Hrs | 675/hr | $202.50 |
| 03/28/23 | SR | Case Administration<br>Review pleadings for the week of 3/20 (1.8) and prepare summary re: same (.7) | 2.50 Hrs | 460/hr | $1,150.00 |
| 03/29/23 | MLR | Case Administration<br>Update critical dates calendar | 0.10 Hrs | 350/hr | $35.00 |
| 03/30/23 | CMS | Case Administration<br>Review motion of joint provisional liquidators for that stay does not apply to/relief from stay to apply to resolve non-U.S. issues in Bahamas | 3.20 Hrs | 865/hr | $2,768.00 |
| | | **Total CA Case Administration** | **28.20** | | **$15,539.50** |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| **Court Appearances/Communications/Hearings** | | | | | |
| 03/01/23 | MLR | Court Appearances/Communications/Hearings Create account and register S. Rizvi with CourtSolutions for confirmation hearing on 3/2/23 | 0.50 Hrs | 350/hr | $175.00 |
| 03/01/23 | MLR | Court Appearances/Communications/Hearings Download confirmation pleadings and prepare e-binder for S. Rizvi confirmation hearing on 3/2/23 | 1.50 Hrs | 350/hr | $525.00 |
| 03/03/23 | MLR | Court Appearances/Communications/Hearings Email and telephone call with S. Rizvi re: continued confirmation hearing | 0.20 Hrs | 350/hr | $70.00 |
| 03/03/23 | CMS | Court Appearances/Communications/Hearings Review confirmation hearing summary | 0.40 Hrs | 865/hr | $346.00 |
| 03/06/23 | MLR | Court Appearances/Communications/Hearings Download and send agenda for 3/8/23 hearing in FTX Trading to S. Rizvi; register S. Rizvi with Zoom for same | 0.20 Hrs | 350/hr | $70.00 |
| 03/06/23 | AHSA | Court Appearances/Communications/Hearings Correspondence with C. Samis re: hearing; review agenda (.1); correspondence with S. Rizvi re: same (.1); review/analyze summary of Voyager confirmation hearing (.3) | 0.50 Hrs | 675/hr | $337.50 |
| 03/06/23 | CMS | Court Appearances/Communications/Hearings Review 3/3/23 confirmation hearing summary | 0.30 Hrs | 865/hr | $259.50 |
| 03/06/23 | CMS | Court Appearances/Communications/Hearings Email to A. Stulman re: coverage and K&E communications surrounding 3/8/22 hearing | 0.10 Hrs | 865/hr | $86.50 |
| 03/07/23 | AHSA | Court Appearances/Communications/Hearings Correspondence with K&E, C. Samis, and S. Rizvi re: hearing/update (.2); review/analyze voyager hearing summary (.4) | 0.60 Hrs | 675/hr | $405.00 |
| 03/07/23 | CMS | Court Appearances/Communications/Hearings Meet with A. Stulman re: preparation for | 0.20 Hrs | 865/hr | $173.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/07/23 | MLR | 3/8/23 hearing Court Appearances/Communications/Hearings Register C. Samis for FTX Trading hearing on 3/8/23 | 0.10 Hrs | 350/hr | $35.00 |
| 03/07/23 | MLR | Court Appearances/Communications/Hearings Prepare and circulate e-binder for 3/8/23 hearing in FTX Trading to C. Samis and S. Rizvi | 0.20 Hrs | 350/hr | $70.00 |
| 03/07/23 | CMS | Court Appearances/Communications/Hearings Review 3/6/23 confirmation hearing summary | 0.30 Hrs | 865/hr | $259.50 |
| 03/08/23 | AHSA | Court Appearances/Communications/Hearings Correspondence with K&E and S. Rizvi re: hearing | 0.10 Hrs | 675/hr | $67.50 |
| 03/08/23 | MLR | Court Appearances/Communications/Hearings Emails and telephone call with S. Rizvi re: status of 3/8/23 hearing in FTX Trading bankruptcy; monitor docket for amended agenda cancelling same; download and circulate same | 0.30 Hrs | 350/hr | $105.00 |
| 03/08/23 | SR | Court Appearances/Communications/Hearings Emails with K&E re: registration for 3/8/23 hearing (.2); emails with M. Romano re: same (.1); review amended agenda re: hearing (.1); review second amended agenda (.1); emails with M. Romano re: same (.1) | 0.60 Hrs | 460/hr | $276.00 |
| 03/08/23 | SR | Court Appearances/Communications/Hearings Prepare for the 3/8/23 hearing | 0.70 Hrs | 460/hr | $322.00 |
| 03/08/23 | CMS | Court Appearances/Communications/Hearings Review 3/7/23 confirmation hearing summary | 0.40 Hrs | 865/hr | $346.00 |
| 03/08/23 | MLR | Court Appearances/Communications/Hearings Download and circulate confirmation order to C. Samis, A. Stulman and C. Samis | 0.10 Hrs | 350/hr | $35.00 |
| 03/08/23 | MLR | Court Appearances/Communications/Hearings Download and circulate order approving stipulation with Voyager Debtors and Voyager Committee entered in FTX | 0.10 Hrs | 350/hr | $35.00 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | Trading bankruptcy matter to A. Rizvi, A. Stulman and C. Samis | | | |
| 03/13/23 | MLR | Court Appearances/Communications/Hearings Review/update critical dates calendar | 0.10 Hrs | 350/hr | $35.00 |
| 03/13/23 | MLR | Court Appearances/Communications/Hearings Email to S. Rizvi re: adjourned sale hearing | 0.10 Hrs | 350/hr | $35.00 |
| 03/27/23 | MLR | Court Appearances/Communications/Hearings Confer with S. Rizvi re: upcoming hearings in FTX Trading (.1); download, review and circulate 3/29/23 agenda (.2) | 0.20 Hrs | 350/hr | $70.00 |
| 03/28/23 | MLR | Court Appearances/Communications/Hearings Register S. Rizvi for 3/29/23 hearing | 0.10 Hrs | 350/hr | $35.00 |
| 03/28/23 | MLR | Court Appearances/Communications/Hearings Download amended agenda cancelling 3/29/23 hearing; send to S. Rizvi | 0.10 Hrs | 350/hr | $35.00 |
| 03/28/23 | SR | Court Appearances/Communications/Hearings Prepare for 3/29/23 hearing (.7); review amended agenda (.1); emails with M. Romano re same (.1); emails with M. Romano re: cancellation of the same (.1) | 1.00 Hrs | 460/hr | $460.00 |
| | | **Total CH Court Appearances/Communications/Hearings** | **9.00** | | **$4,668.50** |

**Financing/Cash Collateral/DIP**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/21/23 | CMS | Financing/Cash Collateral/DIP E-mails to K. More and A. Stulman re: budget reporting | 0.20 Hrs | 865/hr | $173.00 |
| 03/21/23 | AHSA | Financing/Cash Collateral/DIP Correspondence with K&E and C. Samis re: budget | 0.10 Hrs | 675/hr | $67.50 |
| 03/22/23 | AHSA | Financing/Cash Collateral/DIP Correspondence with K&E and C. Samis re: budget | 0.10 Hrs | 675/hr | $67.50 |
| 03/22/23 | CMS | Financing/Cash Collateral/DIP Emails to K. More and K&E re: budget inquiries | 0.20 Hrs | 865/hr | $173.00 |
| | | **Total CR Financing/Cash Collateral/DIP** | **0.60** | | **$481.00** |

**Employment Applications/Objections**

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/21/23 | CMS | Employment Applications/Objections Review application to retain Godfrey as fee examiner | 1.10 Hrs | 865/hr | $951.50 |
| | | **Total EA Employment Applications/Objections** | **1.10** | | **$951.50** |

**Fee Applications/Objections**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/01/23 | AHSA | Fee Applications/Objections Correspondence with C. Samis and S. Rizvi re: fee application (.1); confer with S. Rizvi re: same (.1) | 0.20 Hrs | 675/hr | $135.00 |
| 03/02/23 | MLR | Fee Applications/Objections Confer with A. Stulman re: fee application | 0.10 Hrs | 350/hr | $35.00 |
| 03/03/23 | MLR | Fee Applications/Objections Draft PAC's first monthly fee application | 1.90 Hrs | 350/hr | $665.00 |
| 03/06/23 | SR | Fee Applications/Objections Revise/review PAC first monthly fee application (x2)(.7); emails with M. Romano and A. Stulman re same (.1); emails with K&E re: same (.1) | 0.90 Hrs | 460/hr | $414.00 |
| 03/06/23 | AHSA | Fee Applications/Objections Correspondence with S. Rizvi and M. Romano re: fee application (.1); review/revise same (.2); correspondence with K&E and S. Rizvi re: same (.1) | 0.40 Hrs | 675/hr | $270.00 |
| 03/06/23 | MLR | Fee Applications/Objections Continue to draft PAC's first monthly fee application (.3); send draft to S. Rizvi and A. Stulman for review/comment (.1) | 0.40 Hrs | 350/hr | $140.00 |
| 03/06/23 | MLR | Fee Applications/Objections Emails with S. Rizvi and A. Stulman re: edits to PAC's first monthly fee application (.1); review, revise and update same (.4) | 0.50 Hrs | 350/hr | $175.00 |
| 03/07/23 | AHSA | Fee Applications/Objections Correspondence with Kirkland and S. Rizvi re: PAC fee application | 0.10 Hrs | 675/hr | $67.50 |
| 03/08/23 | CMS | Fee Applications/Objections Review February 2023 time reporting for compliance with bankruptcy and local rules | 1.00 Hrs | 865/hr | $865.00 |
| 03/28/23 | AHSA | Fee Applications/Objections Correspondence with S. Rizvi and C. Samis re: fee application (.1); correspondence with C. Samis and K&E re: same (.1) | 0.20 Hrs | 675/hr | $135.00 |
| 03/28/23 | SR | Fee Applications/Objections Review local rules and interim compensation order re: compensation of | 0.70 Hrs | 460/hr | $322.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | professionals (.6); emails with A. Stulman and C. Samis re same (.1) | | | |
| 03/28/23 | CMS | Fee Applications/Objections<br>Emails to S. Rizvi and others re: PAC fee applications for processing and process | 0.30 Hrs | 865/hr | $259.50 |
| 03/29/23 | MLR | Fee Applications/Objections<br>Prepare/update fee application worksheet | 0.40 Hrs | 350/hr | $140.00 |
| 03/29/23 | MLR | Fee Applications/Objections<br>Draft PAC's second monthly fee application for February 2023 | 0.30 Hrs | 350/hr | $105.00 |
| 03/30/23 | AHSA | Fee Applications/Objections<br>Correspondence with PAC team re: final fee app (.1); review confirmation order and plan (.1) | 0.20 Hrs | 675/hr | $135.00 |
| 03/30/23 | MLR | Fee Applications/Objections<br>Review confirmation order for final fee application deadline; emails with C. Samis, A. Stulman and S. Rizvi re: same | 0.20 Hrs | 350/hr | $70.00 |
| 03/30/23 | SR | Fee Applications/Objections<br>Emails with C. Samis, A. Stulman and M. Romano re: final fee applications (.1); review plan re: same (.2); emails with C. Samis, A. Stulman and M. Romano re: PAC February fee application (.1) | 0.40 Hrs | 460/hr | $184.00 |
| 03/30/23 | CMS | Fee Applications/Objections<br>Meet with A. Stulman re:  February/March 2023 fee applications and effective date | 0.20 Hrs | 865/hr | $173.00 |
| 03/30/23 | CMS | Fee Applications/Objections<br>Emails to M. Romano and others re: February/March 2023 fee applications and effective date | 0.30 Hrs | 865/hr | $259.50 |
| | | **Total FA Fee Applications/Objections** | **8.70** | | **$4,549.50** |

### Relief from Stay Proceedings

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/30/23 | CMS | Relief from Stay Proceedings<br>Review committee objection to Bankman-Fried insurance stay relief motion | 0.80 Hrs | 865/hr | $692.00 |
| | | **Total MR Relief from Stay Proceedings** | **0.80** | | **$692.00** |

### Plan and Disclosure Statement

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/01/23 | AHSA | Plan and Disclosure Statement<br>Review/analyze Voyager plan summary (.2); correspondence and confer with S. Rizvi re: same (.1) | 0.30 Hrs | 675/hr | $202.50 |
| 03/01/23 | SR | Plan and Disclosure Statement<br>Prepare for confirmation hearing | 2.00 Hrs | 460/hr | $920.00 |
| 03/01/23 | CMS | Plan and Disclosure Statement | 0.20 Hrs | 865/hr | $173.00 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | Meet with A. Stulman re: plan and final fee applications | | | |
| 03/02/23 | SR | Plan and Disclosure Statement Prepare for confirmation hearing (1.8); attend hearing (8.5); prepare summary re: same (.5) | 10.80 Hrs | 460/hr | $4,968.00 |
| 03/02/23 | AHSA | Plan and Disclosure Statement Review/analyze confirmation hearing summary (.2); correspondence with S. Rizvi re: same (.1) | 0.30 Hrs | 675/hr | $202.50 |
| 03/03/23 | SR | Plan and Disclosure Statement Prepare for 3/3/23 confirmation hearing (1.0); attend confirmation hearing (9.0); prepare summary re: same (.4); email A. Stulman and C. Samis re same (.1) | 10.50 Hrs | 460/hr | $4,830.00 |
| 03/05/23 | AHSA | Plan and Disclosure Statement Review/analyze summary of Voyager confirmation hearing | 0.20 Hrs | 675/hr | $135.00 |
| 03/06/23 | SR | Plan and Disclosure Statement Prepare for 3/6/23 confirmation hearing (.5); attend confirmation hearing (8.4); prepare summary re: same (1.0); email A. Stulman and C. Samis re: same (.1) | 10.00 Hrs | 460/hr | $4,600.00 |
| 03/07/23 | SR | Plan and Disclosure Statement Prepare for 3/6/23 confirmation hearing (1.3); attend 3/6/23 confirmation hearing (3.3); prepare summary re same (.6); email A Stulman & C Samis re same (.1) | 5.30 Hrs | 460/hr | $2,438.00 |
| 03/09/23 | MLR | Plan and Disclosure Statement Download and circulate amended confirmation order to C. Samis, A. Stulman and S. Rizvi | 0.10 Hrs | 350/hr | $35.00 |
| 03/09/23 | MLR | Plan and Disclosure Statement Revise and edit draft scheduling order re: Alameda adversary proceeding; send to A. Stulman | 0.30 Hrs | 350/hr | $105.00 |
| 03/10/23 | CMS | Plan and Disclosure Statement Review exclusivity extension motion | 0.80 Hrs | 865/hr | $692.00 |
| | | **Total PL Plan and Disclosure Statement** | **40.80** | | **$19,301.00** |

**Asset Disposition/Use, Sale**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 03/23/23 | CMS | Asset Disposition/Use, Sale Review Mysten sale motion and related documents | 1.60 Hrs | 865/hr | $1,384.00 |
| 03/28/23 | MLR | Asset Disposition/Use, Sale Download and circulate notice of revised dates for sale of Embed business; update critical dates | 0.10 Hrs | 350/hr | $35.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | **Total SA Asset Disposition/Use, Sale** | **1.70** | | **$1,419.00** |
| | | Total | | | **$60,393.50** |

LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Christopher M. Samis | 17.40 Hrs | 865.00/hr | $15,051.00 |
| John A. Sensing | 1.80 Hrs | 785.00/hr | $1,413.00 |
| Aaron H. Stulman | 10.30 Hrs | 675.00/hr | $6,952.50 |
| Sameen Rizvi | 69.20 Hrs | 460.00/hr | $31,832.00 |
| Melissa L. Romano | 14.70 Hrs | 350.00/hr | $5,145.00 |
| | 113.40 Hrs | | $60,393.50 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

DISBURSEMENTS

Through March 31, 2023

**E112 - Court Fees**

| 1455 | Misc. Court costs | 70.00 | |
| 1455 | Misc. Court costs | 70.00 | |
| 1455 | Misc. Court costs | 70.00 | |
| 1400 | Misc. Court costs | 70.00 | $280.00 |

Total Disbursements    $280.00

Total Due This Bill    $60,673.50

PREVIOUS BILLS OUTSTANDING

| Invoice # | Invoice Date | Invoice Amount |
| --- | --- | --- |
| 291584 | 03/02/23 | 19,283.70 |
| 292914 | 04/18/23 | 45,283.00 |

**GRAND TOTAL DUE**    **$125,240.20**

CMS