**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et. al.*, [1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NINTH MONTHLY FEE STATEMENT OF**
**EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND**
**INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL.*, FOR**
**THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| **Name of Applicant:** | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 18, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement is sought: | March 1, 2023 to March 31, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $1,398.72 (80% of $1,748.40) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $627.90 |
| Blended Rate of Professionals during the Fee Period: | $170.33 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

This statement is the ninth monthly fee statement (the "Fee Statement") of Epiq

Corporate Restructuring, LLC ("Epiq"), noticing and information agent to The Official

Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), filed

pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement*

*of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the

"Interim Compensation Order") and the *Order Appointing Independent Fee Examiner and*

*Establishing Related Procedures for the Review of Fee Applications of Retained Professionals*

[Docket No. 1277] (the "Fee Examiner Order").  Epiq requests: (a) payment of compensation in

the amount of $1,398.72 (80 percent of $1,748.40 of fees on account of reasonable and necessary

professional services rendered to the Committee by Epiq); and (b) reimbursement of actual and

necessary costs and expenses in the amount of $627.90 incurred by Epiq, each during the period

of March 1, 2023 through March 31, 2023 (the "Fee Period").  Attached as **Exhibit A** hereto is

the itemization and description of the services that Epiq rendered as noticing and information

agent and a list of the detailed expenses incurred by Epiq during the Fee Period.

Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject

matter; (b) describes each activity or service that each individual performed; (c) states the

number of hours (in increments of one-tenth of an hour) spent by each individual providing the

services; and (d) includes a detailed list of expenses incurred by Epiq during the Fee Period.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David Mejia | Senior Case Manager II | $159.00 | 0.1 | $15.90 |
| David Rodriguez | Senior Case Manager III | $165.00 | 4.5 | $742.50 |
| Diane Streany | Senior Case Manager III | $165.00 | 1.5 | $247.50 |
| Elli Krempa | Senior Case Manager III | $165.00 | 2.8 | $462.00 |
| Sidney Garabato | Senior Consultant II | $187.00 | 1.5 | $280.50 |
| | | | | |
| **TOTALS FOR PROFESSIONALS** | | | **10.4** | **$1,748.40** |

**Summary of Fees Billed by Subject Matter for the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | 130 Creditor Calls/Requests | 4.3 | $709.50 |
| 230 | 230 Website Posting/Noticing | 4.5 | $742.50 |
| 395 | 395 Case Management Services - Other | 1.6 | $296.40 |
| | **TOTAL** | **10.4** | **$1,748.40** |

## Summary of Expenses for the Fee Period

| Expense Category | Amount |
|---|---|
| RE800 Court Docket Services | $627.90 |
| **TOTAL EXPENSES** | **$627.90** |

## Notice

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the Fee Examiner Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at

https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be given.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests: (a) payment of compensation in the amount of $1,398.72 (80 percent of $1,748.40 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $627.90.

Dated:  May 13, 2023                    /s/ *Sidney Garabato*
          New York, New York             Senior Consultant

## EXHIBIT A

**Timekeeper, Matter & Expense Detail**

**MATTER NUMBER:  130**
**Matter Description:  130 Creditor Calls/Requests**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|------|------|----------|--------------------|-------------|-------|--------------|--------|
| 3/10/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 160.00 | 0.8 | $132.00 | REVIEW CREDITOR INQUIRES AND RESOLVE |
| 3/13/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 180.00 | 0.3 | $49.50 | REVIEW AND RESOLVE CREDITOR INQUIRES ASSOCIATED WITH CLAIM PROCESS |
| 3/15/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 160.00 | 0.3 | $49.50 | REVIEW AND RESOLVE CREDITOR INQUIRES VIA INFO BOX. |
| 3/17/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 160.00 | 0.3 | $49.50 | CREDITOR INQUIRE RESOLUTION |
| 3/22/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 170.00 | 0.4 | $66.00 | REVIEW AND RESOLVE CREDITOR INQUIRES VIA INFO BOX. |
| 3/29/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 170.00 | 0.5 | $82.50 | CREDITOR INQUIRE REVIEW AND RESOLUTION |
| 3/31/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.2 | $33.00 | CREDITOR INQUIRE REVIEW AND RESOLUTION. |
| 3/2/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.7 | $115.50 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION.  PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 3/6/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.5 | $82.50 | REVIEW EMAIL INQUIRIES AND RESPOND TO CREDITORS REGARDING VOTING OR CASE STATUS INFORMATION.  PREPARE EMAIL INQUIRY FILE AND FORWARD SAME TO G.STEINMAN AND D.AZMAN |
| 3/22/2023 | Diane Streany | Senior Case Manager III | 130 Creditor Calls/Requests | 150.00 | 0.3 | $49.50 | REVIEW CREDITOR EMAILS AND CONFIRM NO RESPONSE REQUIRED. |
| | | | | | **4.3** | **$709.50** | |

**MATTER NUMBER:  230**
**Matter Description:  230 Website Posting/Noticing**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|------|------|----------|--------------------|-------------|-------|--------------|--------|
| 3/13/2023 | David Rodriguez | Senior Case Manager III | 230 Website Posting/Noticing | 150.00 | 1.8 | $297.00 | COORDINATE WEBSITE UPDATES TO THE HOMEPAGE RE: KEY INFORMATION; UPDATE DOCKET PER DOCKET GAPS, REGARDING DOCKET NOS. 528, 479, 458, 448, 436-438, 423, 387, 377, 369, 356-357, 351-353, 340, 326, 322, 299-300. |
| 3/14/2023 | David Rodriguez | Senior Case Manager III | 230 Website Posting/Noticing | 145.00 | 1.1 | $181.50 | COORDINATE WEBSITE UPDATES TO THE HOMEPAGE RE: KEY INFORMATION; UPDATE DOCKET PER DOCKET GAPS, REGARDING DOCKET NOS. 973, 285, 281, 269, 122-124, 114, 111, 92-94. |
| 3/15/2023 | David Rodriguez | Senior Case Manager III | 230 Website Posting/Noticing | 180.00 | 0.6 | $99.00 | COORDINATE WEBSITE UPDATES TO THE HOMEPAGE RE: KEY INFORMATION; UPDATE DOCKET PER DOCKET GAPS, REGARDING DOCKET NOS. 76-77, 66, 63. |
| 3/29/2023 | David Rodriguez | Senior Case Manager III | 230 Website Posting/Noticing | 150.00 | 0.5 | $82.50 | COORDINATE WEBSITE UPDATES TO THE HOMEPAGE RE: KEY INFORMATION; UPDATE DOCKET PER DOCKET GAPS, REGARDING DOCKET NOS. 1235-1236. |
| 3/30/2023 | David Rodriguez | Senior Case Manager III | 230 Website Posting/Noticing | 150.00 | 0.5 | $82.50 | COORDINATE WEBSITE UPDATES TO THE HOMEPAGE RE: KEY INFORMATION; UPDATE DOCKET PER DOCKET GAPS, REGARDING DOCKET NOS. 1238, 1241. |
| | | | | | 4.5 | $742.50 | |

**MATTER NUMBER:  395**
**Matter Description:  395 Case Management Services - Other**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 3/8/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 170.00 | 0.2 | $37.40 | REVIEW INVOICE AND TIME DETAIL FOR PREVIOUS BILLED MONTH |
| 3/13/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 150.00 | 0.2 | $37.40 | REVIEW AND PROCESS EMAIL CORRESPONDENCE AND ARCHIVE |
| 3/13/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 150.00 | 0.3 | $56.10 | CONFIRM 5TH FEE APP PAYMENT REC'D |
| 3/22/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 145.00 | 0.2 | $37.40 | NEW BANKING DETAILS SENT AND FOLLOW UP ON BUDGET |
| 3/23/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 145.00 | 0.6 | $112.20 | PREPARE ESTIMATE FOR BUDGET POST-ED |
| 3/8/2023 | David Mejia | Senior Case Manager II | 395 Case Management Services - Other | 150.00 | 0.1 | $15.90 | ADDED UCC LETTER AND CRED COMMITTEE SOL LETTER TO TRACKER |
| | | | | | **1.6** | **$296.40** | |

| Expenses | | | | |
|---|---|---|---|---|
| **Date** | **Material Code** | **Description** | **Sales Unit** | **Expense Amount** |
| March-23 | RE800 | Court Docket Services | DLR | $627.90 |
| | | | | **$627.90** |