**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF CASSELS BROCK & BLACKWELL LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS CANADIAN COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL*. FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al*. |
| Date of Retention: | October 18, 2022, effective as of July 29, 2022 |
| Period for Which Compensation and Reimbursement Will be Sought: | March 1, 2023 to March 31, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$46,424.16 (80% of CAD$58,030.20) USD$34,446.73 (80% of USD$43,058.41)[2] |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$508.97 USD$377.66 |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

[2]   Calculated based on the Bank of Canada exchange rate for May 11, 2023 (May 11, 2023 is the date the account was finalized) (CAD$1:USD$0.7420).

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 29, 2022*, dated October 18, 2022 [Docket No. 550] (the "Retention Order"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), and the Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals [Docket No. 1277] (the "Fee Examiner Order"), Cassels Brock & Blackwell LLP ("Cassels") hereby submits this *Eighth Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from March 1, 2023 through March 31, 2023* (this "Eighth Monthly Fee Statement").[3] Specifically, Cassels seeks: (i) interim allowance of CAD$58,030.20 for the reasonable and necessary legal services that Cassels rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) payment of the amount of CAD$46,424.16, which is equal to 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.*, CAD$58,030.20); and (iii) allowance and payment of CAD$508.97 for the actual and necessary expenses that Cassels incurred in connection with such services during the Fee Period.

---

[3]   The period from March 1, 2023 through and including March 31, 2023, is referred to herein as the "Fee Period."

**Itemization of Services Rendered and Disbursements Incurred**

1.  Attached hereto as **Exhibit A** is a schedule of Cassels lawyers and paraprofessionals who rendered services to the Committee in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional or paraprofessional.[4]

2.  Attached hereto as **Exhibit B** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Cassels is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Cassels's out-of-pocket expenses, which total CAD$508.97 (USD$377.66).

3.  Attached hereto as **Exhibit C** are the time and expense records of Cassels, which provide a daily summary of the time spent by each Cassels professional during the Fee Period as well as an itemization of expenses.

4.  Attached hereto as **Exhibit D** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cassels lawyers during the Fee Period with respect to each of the project categories Cassels established in accordance with its internal billing procedures. As reflected in **Exhibit D**, Cassels incurred CAD$58,030.20 (USD$43,058.41) in fees during the Fee Period. Pursuant to this Fee Statement, Cassels seeks payment of 80% of such fees (CAD$46,424.16) (USD$34,446.73).

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the Fee Examiner Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at

---

[4] Exhibit "A" reflects a write off of all services provided by timekeepers billing less than 5 hours during the Fee Period.

https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be given.

| | |
|---|---|
| Dated: May 15, 2023<br>Toronto, Ontario | **CASSELS BROCK & BLACKWELL LLP** |
| | By: _/s/ Ryan C. Jacobs_<br>Name: Ryan C. Jacobs<br>Title: Partner<br><br>Cassels Brock & Blackwell LLP<br>*Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.* |

## Exhibit A

### Summary of Timekeepers Included in this Fee Statement
### (All amounts are in Canadian Dollars)

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation[1] |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Shayne Kukulowicz | Partner, Ontario 1990, Alberta 2016, Restructuring and Insolvency | 18.90 | $1,130.00 | $21,357.00 |
| Natalie Levine | Partner, New York 2008, District of Columbia 2011, Ontario 2013, Restructuring and Insolvency | 19.40 | $775.00 | $15,035.00 |
| Zahra Nurmohamed | Partner, Ontario 2001, Business Law (Tax) | 8.10 | $975.00 | $7,897.50 |
| **ASSOCIATES** | | | | |
| Natalie Thompson | Associate, Alberta 2022, Restructuring and Insolvency | 34.20 | $420.00 | $14,364.00 |
| Ashley Jung | Associate, Ontario 2021, Business Law (Tax) | 5.90 | $455.00 | $2,684.50 |
| **PARAPROFESSIONALS** | | | | |
| Kiyan Jamal | Law Student | 15.70 | $200.00 | $3,140.00 |

---

[1] Does not reflect 10% discount on fees.

## Exhibit B

**Expense Summary**
**(All amounts are in Canadian Dollars)**

| Category | Amount |
|---|---:|
| Copies | $21.50 |
| Court – Sundry (Court Hearing Registration Cost) | $478.97 |
| BC Registry Search | $8.50 |
| **TOTAL** | **$508.97** |

2

**Exhibit C**

**Time Records**

Cassels Brock & Blackwell LLP                                                                 Page 2 of 11
Official Committee of Unsecured Creditors of Voyager Digital                                  Invoice No: 2200012
Holdings, Inc
Re: CCAA Recognition Proceedings                                                              Matter No. 057782-00001

| | | | **FEE DETAIL** | |
|---|---|---|---|---|
| **Date** | **Name** | **Task** | **Description** | **Hours** |
| Mar-01-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to advise on Canadian issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-01-23 | N. Thompson | B155 | Prepare for March 2 hearing (.3); review agenda and documents for same (.2); | 0.50 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-01-23 | N. Thompson | B110 | Prepare case administration documents for committee; | 0.20 |
| | | | *Task: B110 - Case Administration* | |
| Mar-01-23 | S. Kukulowicz | B470 | Review of various objections in connection with plan confirmation (.6) and exchange emails with N. Levine regarding same (.2); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-01-23 | N. Levine | B470 | Review plan related objections re Canadian corporate law (.1); analysis of related corporate issues (.3); emails with S. Kukulowicz re objections to plan confirmation (.2); | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-02-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to advise on Canadian issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-02-23 | N. Thompson | B155 | Attend plan confirmation hearing (8.7); confer with N. Levine re same (.2); | 8.90 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-02-23 | N. Thompson | B155 | Send email to N. Levine, S. Kukulowicz and R. Jacobs to provide updates on plan confirmation hearing; | 0.30 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-02-23 | N. Levine | B155 | Discuss US hearing with N. Thompson; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-03-23 | N. Thompson | B470 | Review (.1) and summarize (.1) docket updates to advise on Canadian issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-03-23 | N. Thompson | B155 | Attend plan confirmation hearing; | 8.60 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-03-23 | N. Thompson | B155 | Send email to N. Levine, S. Kukulowicz and R. Jacobs to provide updates on plan confirmation hearing; | 0.30 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-03-23 | N. Levine | B470 | Review updates from N. Thompson re hearing (.4); correspond with N. Thompson re impact on CCAA proceeding (.1); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-03-23 | S. Kukulowicz | B470 | Review of update on US plan confirmation summary to prepare for recognition motion; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| Mar-04-23 | N. Thompson | B155 | Draft emails to K. Jamal to provide context and necessary information for his attendance at March 6 hearing; | 1.10 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-06-23 | K. Jamal | B155 | Confer with N. Thompson re update on hearing (.2); attend plan confirmation hearing (8.7); summarize confirmation hearing (.5); | 9.40 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-06-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to advise on Canadian issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-06-23 | N. Thompson | B155 | Discuss plan confirmation hearing with K. Jamal (.2); review summary of plan confirmation hearing from K. Jamal (.3); | 0.50 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-06-23 | S. Kukulowicz | B470 | Analysis of confirmation issues applicable to Canada; | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-07-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to advise on Canadian issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-07-23 | K. Jamal | B155 | Send email to N. Levine, S. Kukulowicz, R. Jacobs and N. Thompson to provide update on plan confirmation hearing (.3); Attend (3.6) and summarize (2.3) confirmation hearing; | 6.20 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-07-23 | N. Thompson | B155 | Confer with N. Levine re plan confirmation hearing; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-07-23 | N. Thompson | B155 | Review summary of plan confirmation hearing from K. Jamal; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-07-23 | S. Kukulowicz | B470 | Review of summary from plan confirmation hearing from K. Jamal; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-07-23 | N. Levine | B155 | Confer with N. Thompson re hearing; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-08-23 | N. Thompson | B470 | Review (.1) and summarize (.2) docket updates to advise on Canadian issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-08-23 | S. Kukulowicz | B470 | Review of US docket filings regarding approval of Plan and Disclosure Statement and claims procedures; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-09-23 | N. Thompson | B470 | Review (.1) and summarize (.1) docket updates to advise on Canadian issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-10-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to advise on Canadian issues; | 0.40 |

22-10943-mew    Doc 1387    Filed 05/15/23    Entered 05/15/23 14:14:22    Main Document
                                        Pg 10 of 18                                                Page 4 of 11

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc                          Invoice No: 2200012
Re: CCAA Recognition Proceedings                                                                    Matter No. 057782-00001

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-10-23 | K. Jamal | B155 | Correspond with N. Levine re plan confirmation hearing; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-10-23 | S. Kukulowicz | B470 | Confer with N. Levine re plan confirmation impact in Canada; B470 | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-10-23 | N. Levine | B470 | Confer with S. Kukulowicz re plan confirmation impact in Canada; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-10-23 | N. Levine | B155 | Correspond with K. Jamal re plan confirmation hearing; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-12-23 | N. Levine | B160 | Revise fee application; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-13-23 | N. Thompson | B470 | Review (.1) and summarize (.3) docket updates to evaluate and advise on recognition issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-13-23 | N. Thompson | B160 | Draft email to N. Levine re January and February fee statements (.1); draft and revise February fee statement (.7); draft second interim fee application (.6); | 1.40 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-13-23 | N. Thompson | B470 | Emails with N. Levine re recognition proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-13-23 | S. Kukulowicz | B470 | Review of US decision regarding Plan and related relief; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-13-23 | N. Levine | B470 | Call to D. Richer regarding case updates; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-13-23 | N. Levine | B470 | Email to N. Thompson re update re recognition proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-13-23 | N. Levine | B160 | Emails with N. Thompson re preparation of fee statements; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-14-23 | N. Thompson | B160 | Revise budget and staffing memos; | 0.50 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-14-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to evaluate Canadian issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-14-23 | N. Thompson | B470 | Review email from N. Levine re update on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-14-23 | S. Kukulowicz | B470 | Analysis of plan confirmation and plans for Canadian recognition of U.S. Orders (.2); correspond with D. Azman and N. Levine regarding status of plan (.3); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP  
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc  
Re: CCAA Recognition Proceedings

Page 5 of 11  
Invoice No: 2200012  
Matter No. 057782-00001

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| Mar-14-23 | N. Levine | B160 | Revise fee application; | 0.30 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-14-23 | N. Levine | B470 | Call with counsel to Voyager (D. Richer) re effective date(.3); send update to R. Jacobs, S. Kukulowicz and N. Thompson (.2); draft email to D. Azman (.2); review updated US pleadings per discussion with D. Richer (.5); | 1.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-15-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to evaluate Canadian issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-15-23 | N. Levine | B110 | Correspond with G. Williams re upcoming deadlines; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Mar-16-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to evaluate Canadian issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-16-23 | N. Thompson | B160 | Draft Second Interim Fee Application; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-16-23 | Z. Nurmohamed | B240 | Discuss potential Canadian tax matters in connection with parent company transactions; | 0.70 |
| | | | *Task: B240 - Tax Issues* | |
| Mar-16-23 | S. Kukulowicz | B470 | Confer with N. Levine regarding plan and closing issues in Canada (.5); review of emails regarding corporate and securities issues for plan implementation (.3); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-16-23 | N. Levine | B470 | Call with D. Richer re confirmation recognition (.4); calls with S. Kukulowicz and S. Cole re same (.5); call with Z. Nurmohamed re same (.5); | 1.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-16-23 | Z. Nurmohamed | B470 | Call with N. Levine re confirmation recognition for tax implications; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-17-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to evaluate Canadian issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-17-23 | S. Kukulowicz | B470 | Review of Plan provisions re post-closing including wind down debtor (1.3); zoom conference with B. Hoffman (MWE) regarding post closing issues (.5); follow-up discussion with N. Levine (.5); email to D. Richer and S. Brotman regarding Canadian matters (.3); | 2.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-17-23 | N. Levine | B470 | Call with B. Hoffman and S. Cole re corporate documents (.5); prepare for same (.5) address tax questions (.5); consider next steps on recognition issues (.5); call with D. Richer re same (.7); calls with S. Kukulowicz re same (.3); draft email to Z. Numohamed re same (.3); | 3.30 |
| | | | *Task: B470 - Foreign Proceedings* | |

22-10943-mew    Doc 1387    Filed 05/15/23    Entered 05/15/23 14:14:22    Main Document
Pg 12 of 18                                                                           Page 6 of 11

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc                    Invoice No: 2200012
Re: CCAA Recognition Proceedings                                                              Matter No. 057782-00001

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| Mar-18-23 | N. Thompson | B160 | Review comments received from G. Williams re January Fee Statement; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-18-23 | Z. Nurmohamed | B470 | Review and respond to emails from N. Levine and S. Kukulowicz (.5); review the third amended joint plan of the Debtor and the IO Report (1.5); consider tax matters related thereto (.5); | 2.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-18-23 | S. Kukulowicz | B470 | Exchange emails with N. Levine and Z. Nurmohamed regarding tax analysis; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-18-23 | S. Kukulowicz | B470 | Review of Plan Administrator Agreement; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-18-23 | N. Levine | B470 | Prepare for call with Information Officer and D. Richer and S. Brotman (Canadian counsel to company); | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-18-23 | N. Levine | B240 | Tax analysis re plan implementation; | 0.10 |
| | | | *Task: B240 - Tax Issues* | |
| Mar-19-23 | A. Jung | B240 | Review tax matters; | 0.20 |
| | | | *Task: B240 - Tax Issues* | |
| Mar-19-23 | S. Kukulowicz | B470 | Conference call with D. Richer and S. Brotman (Canadian Counsel for Voyager), Information Officer and its Counsel, L. Rogers, regarding Plan and implementation issues (.5); follow up discussion with N. Levine (.1); exchange emails regarding Canadian tax issues in connection with wind down (.5); | 1.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-19-23 | N. Levine | B470 | Participate in call with Information Officer (L. Rogers and S. Ferguson) and D. Richer and S. Brotman (Canadian counsel to company) (.5); review documents re plan steps(.4); | 0.90 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-20-23 | N. Thompson | B470 | Summarize docket update to evaluate Canadian issues (.2); review Notice of Adjournment of Hearing (Docket 1199) (.1) and send email to N. Levine re the same (.1); review email from N. Levine regarding recognition proceedings (.1); review email from N. Levine regarding post-confirmation corporate organization (.2); | 0.70 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-20-23 | N. Thompson | B160 | Prepare Cassels monthly fee statement (.3); draft second interim fee application (.2) and email N. Levine re same (.1); | 0.60 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-20-23 | A. Jung | B240 | Review tax matters (.2); draft memorandum regarding tax matters (3); email correspondence with Z. Nurmohamed regarding tax matters (.3); correspond with N. Levine re | 3.60 |

22-10943-mew    Doc 1387    Filed 05/15/23    Entered 05/15/23 14:14:22    Main Document
Pg 13 of 18
Page 7 of 11

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc
Re: CCAA Recognition Proceedings

Invoice No: 2200012
Matter No. 057782-00001

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | same (.1); |  |
|  |  |  | *Task: B240 - Tax Issues* |  |
| Mar-20-23 | Z. Nurmohamed | B240 | Review and revise draft memorandum prepared by A. Jung (1); consider Canadian tax matters (.4); send memorandum to N. Levine and S. Kukulowicz (.1); | 1.50 |
|  |  |  | *Task: B240 - Tax Issues* |  |
| Mar-20-23 | S. Kukulowicz | B240 | Correspond with N. Levine and R. Jacobs regarding tax matters; | 0.20 |
|  |  |  | *Task: B240 - Tax Issues* |  |
| Mar-20-23 | S. Kukulowicz | B470 | Exchange emails regarding plan implementation and Canadian recognition (.3); emails and discussions regarding Canadian tax issues (.8); review of draft memo regarding potential tax claims and D&O liabilities (.5); further review of plan documents (.7); | 2.30 |
|  |  |  | *Task: B470 - Foreign Proceedings* |  |
| Mar-20-23 | N. Levine | B470 | Review plan documents; | 0.70 |
|  |  |  | *Task: B470 - Foreign Proceedings* |  |
| Mar-20-23 | N. Levine | B240 | Correspond with A. Jung re tax issues (.1); correspond with D. Azman re same (.1); correspond with R. Jacobs and S. Kukulowicz re same (.2); | 0.40 |
|  |  |  | *Task: B240 - Tax Issues* |  |
| Mar-21-23 | S. Kukulowicz | B240 | Phone call with A. Jung regarding tax issues (.2); review of revised tax memo and further changes (.8); | 1.00 |
|  |  |  | *Task: B240 - Tax Issues* |  |
| Mar-21-23 | N. Thompson | B470 | Review docket updates to advise on recognition proceedings; | 0.20 |
|  |  |  | *Task: B470 - Foreign Proceedings* |  |
| Mar-21-23 | N. Thompson | B160 | Revise second interim fee application to include February; | 0.20 |
|  |  |  | *Task: B160 - Fee/Employment Applications* |  |
| Mar-21-23 | A. Jung | B240 | Phone call with S. Kukulowicz regarding tax matters (.2); revise the memorandum regarding tax matters (1); and discuss same with Z. Nurmohamed (.5) review tax matters (.3); research tax matters (.1); | 2.10 |
|  |  |  | *Task: B240 - Tax Issues* |  |
| Mar-21-23 | Z. Nurmohamed | B240 | Review and respond to email correspondence from S. Kukulowicz (.5); follow up discussions with A. Jung regarding revisions to the memorandum (.5); review revised draft of the memorandum (.5); prepare further edits and revisions to same (.5); send revised draft to A. Jung (.4); | 2.40 |
|  |  |  | *Task: B240 - Tax Issues* |  |
| Mar-21-23 | S. Kukulowicz | B470 | Phone call with N. Levine regarding plan; | 0.10 |
|  |  |  | *Task: B470 - Foreign Proceedings* |  |
| Mar-21-23 | S. Kukulowicz | B470 | Analysis re plan implementation timeline and Canadian corporate/securities steps; | 1.00 |
|  |  |  | *Task: B470 - Foreign Proceedings* |  |

22-10943-mew    Doc 1387    Filed 05/15/23    Entered 05/15/23 14:14:22    Main Document
Pg 14 of 18

Cassels Brock & Blackwell LLP                                                                        Page 8 of 11
Official Committee of Unsecured Creditors of Voyager Digital                            Invoice No: 2200012
Holdings, Inc
Re: CCAA Recognition Proceedings                                                        Matter No. 057782-00001

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| Mar-21-23 | N. Levine | B470 | Call with S. Kukulowicz re plan memo (.1); call with G. Steinman re effective date (.1); revise memo (.5); correspond with A. Jung re same (.2); call with D. Richer re recognition (.4); draft email to S. Cole and S. Kukulowicz re effective date steps (.2); | 1.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-22-23 | N. Thompson | B470 | Summarize docket updates to advise on recognition proceedings (.3); review Amended Notice of Appeal (Docket 1216) (.2); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-22-23 | N. Thompson | B160 | Prepare documents for fee statement (.4); review order approving first interim fee application (.2); | 0.60 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-22-23 | Z. Nurmohamed | B240 | Review emails from N. Levine re plan (.2); consider Canadian tax matters related thereto (.3); | 0.50 |
| | | | *Task: B240 - Tax Issues* | |
| Mar-22-23 | S. Kukulowicz | B470 | Review of emails regarding cancellation of shares pursuant to the Plan (.2); review of update regarding Plan implementation (.2); | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-22-23 | S. Kukulowicz | B240 | Review of final memo regarding VDL tax issues; | 0.30 |
| | | | *Task: B240 - Tax Issues* | |
| Mar-22-23 | N. Levine | B470 | Call with G. Steinman re effective date (.2); calls with G. Williams re same (.3); call with D. Richer re materials (.4); draft summary email to S. Cole and S. Kukulowicz (.2); review US decision (.5); prepare for effective date (.3); | 1.90 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-23-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates to evaluate Canadian issues; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-23-23 | N. Thompson | B160 | Draft second interim fee application; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-23-23 | S. Kukulowicz | B470 | Review of update from N. Levine regarding appeal hearing and impact on closing; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-23-23 | N. Levine | B155 | Review motion materials for stay hearing (.3); monitor stay hearing for impact on Canadian proceedings (1.2); draft summary of same (.2); | 1.70 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-23-23 | N. Levine | B470 | Prepare for Effective Date transactions; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-24-23 | N. Thompson | B470 | Review (.1) and summarize email updates from N. Levine on status of appeal (.4); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-24-23 | S. Kukulowicz | B470 | Review of status update from N. Levine; | 0.30 |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc
Re: CCAA Recognition Proceedings

Page 9 of 11
Invoice No: 2200012
Matter No. 057782-00001

| Date | Timekeeper | Task | Description | Hours |
|---|---|---|---|---|
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-24-23 | N. Levine | B470 | Call with G. Steinman re effective date (.5); call to D. Richer re same (.1); draft email to S. Cole, R. Jacobs and N. Thompson re corp documents (.2); correspondence with D. Richer re corporate documents (.1); review form documents (.2); | 1.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-27-23 | N. Thompson | B470 | Review (.1) and summarize (.1) docket updates to evaluate Canadian issues; prepare for March 28th Hearing (.3); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-27-23 | S. Kukulowicz | B470 | Review of Restructuring Transactions memorandum (.3) and consider Canadian implementation issues (.2); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-27-23 | N. Levine | B470 | Call with G. Williams re hearing (.1); call with D. Richer re same (.3); correspond with S. Cole and K. Toth re corporate docs (.1); review US docket (.1); | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-28-23 | N. Thompson | B155 | Attend March 28th Hearing (.7); discuss same with N. Levine (.2); | 0.90 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-28-23 | N. Thompson | B470 | Review (.2) and summarize docket update to evaluate Canadian issues (.1); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-28-23 | S. Kukulowicz | B470 | Review of Seventh Plan Supplement regarding issues to go effective (.8); exchange emails with N. Levine and R. Jacobs regarding timing for plan implementation (.2); | 1.00 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-28-23 | N. Levine | B155 | Call with N. Thompson re hearing; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Mar-28-23 | N. Levine | B470 | Review updated plan administrator agreement from D. Richer (.2); correspond with K. Toth re corporate docs (.1); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-29-23 | N. Thompson | B470 | Review (.1) and summarize (.1) docket updates to evaluate Canadian issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-29-23 | S. Kukulowicz | B470 | Zoom conference with D. Richer and S. Brotman regarding plan implementation steps and corporate issues (.5); review of draft US corporate documentation (.4); | 0.90 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-29-23 | N. Levine | B470 | Call with G. Steinman re status of appeal (.3); participate in call with D. Richer and S. Brotman re corporate docs (.5); call with S. Kukulowicz re same (.1); draft email re corporate documents (.1); | 1.00 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-30-23 | N. Thompson | B470 | Review (.1) and summarize (.1) docket updates to | 0.20 |

22-10943-mew    Doc 1387    Filed 05/15/23    Entered 05/15/23 14:14:22    Main Document
Pg 16 of 18
Cassels Brock & Blackwell LLP                                                   Page 10 of 11
Official Committee of Unsecured Creditors of Voyager Digital                    Invoice No: 2200012
Holdings, Inc
Re: CCAA Recognition Proceedings                                                Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| | | | evaluate Canadian issues; | |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-30-23 | S. Kukulowicz | B470 | Discuss recognition issues with N. Levine; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-30-23 | S. Kukulowicz | B470 | Call with N. Levine regarding status of plan and appeals; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-30-23 | N. Levine | B470 | Confer with S. Kukulowicz re recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-31-23 | N. Thompson | B470 | Review (.1) and summarize (.1) docket updates to evaluate Canadian issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Mar-31-23 | N. Thompson | B160 | Revise Second Interim Fee Application; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Mar-31-23 | S. Kukulowicz | B470 | Review of District Court stay opinion (.4) and review of emails with D. Azman (MWE) and D. Richer (Faskens) regarding timing and steps for plan implementation (.3); | 0.70 |
| | | | *Task: B470 - Foreign Proceedings* | |

### FEE SUMMARY

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kukulowicz, Shayne | Partner | 18.90 | 1,130.00 | 21,357.00 |
| Nurmohamed, Zahra | Partner | 8.10 | 975.00 | 7,897.50 |
| Levine, Natalie | Partner | 19.40 | 775.00 | 15,035.00 |
| Thompson, Natalie | Associate | 34.20 | 420.00 | 14,364.00 |
| Jung, Ashley | Associate | 5.90 | 455.00 | 2,684.50 |
| Jamal, Kiyan | Law Student | 15.70 | 200.00 | 3,140.00 |
| **Total (CAD)** | | **102.20** | | **64,478.00** |

### TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.30 | 161.50 |
| B155 | Court Hearings | 39.40 | 13,910.50 |
| B160 | Fee/Employment Applications | 4.60 | 2,109.50 |
| B240 | Tax Issues | 13.00 | 9,739.50 |
| B470 | Foreign Proceedings | 44.90 | 38,557.00 |
| **Total (CAD)** | | **102.20** | **64,478.00** |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc
Re: CCAA Recognition Proceedings

Invoice No: 2200012
Matter No. 057782-00001

| | |
|---|---:|
| Our Fees | 64,478.00 |
| Less: 10% Discount on Fees | (6,447.80) |
| Total Fees | 58,030.20 |
| **TOTAL FEES (CAD)** | **58,030.20** |

## DISBURSEMENT SUMMARY

**Non-Taxable Disbursements**

| | |
|---|---:|
| Copies | 21.50 |
| Court - Sundry | 478.97 |
| BC Registry Search | 8.50 |
| Total Non-Taxable Disbursements | 508.97 |

| | |
|---|---:|
| **TOTAL DISBURSEMENTS (CAD)** | **508.97** |
| **TOTAL FEES** | **58,030.20** |
| **TOTAL DISBURSEMENTS** | **508.97** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **58,539.17** |

## OUTSTANDING INVOICES

| Invoice Number | Invoice Date | Bill Amount | Payments / Credits | Balance Due |
|---|---|---:|---:|---:|
| 2182388 | 10/31/22 | 11,672.55 | 9,338.04 | 2,334.51 |
| 2182387 | 10/31/22 | 75,084.30 | 60,099.84 | 14,984.46 |
| 2186379 | 12/13/22 | 20,793.84 | 16,654.29 | 4,139.55 |
| 2191877 | 02/09/23 | 13,113.71 | 10,528.28 | 2,585.43 |
| 2194565 | 03/14/23 | 18,860.70 | 15,090.51 | 3,770.19 |
| 2195598 | 03/27/23 | 16,369.31 | 13,133.72 | 3,235.59 |
| 2196282 | 04/05/23 | 15,320.20 | 12,294.58 | 3,025.62 |
| 2200012 | 05/11/23 | 58,539.17 | 0.00 | 58,539.17 |
| **Total (CAD)** | | **229,753.78** | **137,139.26** | **92,614.52** |

**Exhibit D**

**Statement of Fees by Project Category**
**(All amounts are in Canadian Dollars)**

| Task Code | Description | Total Hours | Total Fees[1] |
|---|---|---|---|
| B110 | Case Administration | 0.30 | $161.50 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 |
| B130 | Asset Disposition | 0.00 | $0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.00 | $0.00 |
| B150 | Creditor Meetings and Communication | 0.00 | $0.00 |
| B155 | Court Hearings | 39.40 | $13,910.50 |
| B160 | Fee/Employment Applications | 4.60 | $2,109.50 |
| B170 | Fee/Employment Objections | 0.00 | $0.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 0.00 | $0.00 |
| B190 | Other Contested Matters | 0.00 | $0.00 |
| B195 | Non-Working Travel | 0.00 | $0.00 |
| B210 | Business Operations | 0.00 | $0.00 |
| B220 | Employee Issues | 0.00 | $0.00 |
| B230 | Financing/Cash Collateral Issues | 0.00 | $0.00 |
| B240 | Tax Issues | 13.00 | $9,739.50 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 0.00 | $0.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 0.00 | $0.00 |
| B310 | Claims Administration & Objections | 0.00 | $0.00 |
| B320 | Plan and Disclosure Statement | 0.00 | $0.00 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.00 | $0.00 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Special Committee Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 0.00 | $0.00 |
| B470 | Foreign Proceedings | 44.90 | $38,557.00 |
| **TOTAL** | | **102.20** | **$64,478.00** |

---

[1]  Does not reflect 10% discount on fees.

2