Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**MAY 17, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | May 17, 2023, at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**I.   Matters Going Forward**

    1. ***Liquidation Procedures.*** Notice of Filing of the Liquidation Procedures [Docket No. 1374].

    <u>Objection Deadline</u>:  The objection deadline was May 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

        A.   Motion for Relief Sought for Violations [Docket No. 1369].

        B.   Motion for the Violations of Debtors and the Immediate Return of Crypto Assets in Full to Creditors [Docket No. 1373].

        C.   Letter to Judge Wiles [Docket No. 1375].

        D.   Letter to Judge Wiles in re: Amended Plan [Docket No. 1383].

        E.   Response of the U.S. Securities and Exchange Commission to the Liquidation Procedures [Docket No. 1384].

    <u>Related Documents</u>:

        A.   Notice of Filing of a Proposed Order Approving the Liquidation Procedures [Docket No. 1393].

    **Status**:   This matter is going forward.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated:  May 16, 2023<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  jsussberg@kirkland.com<br>        cmarcus@kirkland.com<br>        christine.okike@kirkland.com<br>        allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |