**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re Docket Nos.: 1369, 1373,** |
| | ) | **1375, 1383** |

## OMNIBUS ORDER DENYING MOTIONS

On May 17, 2023 the Court held a hearing on the *Motion for Relief Sought for Violations* [Docket No. 1369], the *Motion for the Violations of Debtors and the Immediate Return of Crypto Assets in Full to Creditors* [Docket No. 1373], *Letter to Judge Wiles* [Docket No. 1375], and the *Letter to Judge Wiles in re: Amended Plan* [Docket No. 1383] (collectively, the "Motions"),[2] and considered the Motions, objections, and arguments of the parties and found the Motions were properly noticed. Pursuant to Federal Civil Rule 52, made applicable in bankruptcy proceedings by Bankruptcy Rule 7052, the Court stated its findings of fact and conclusions of law on the record.

For the reasons set forth by the Court in its oral ruling, the Court finds and concludes that the Motions should be denied without prejudice. It is, therefore HEREBY ORDERED THAT:

1. The Motions, solely to the extent that they relate to chapter 7 conversion, the requests for distributions other than pursuant to the terms of the Plan and the Liquidation Procedures, are denied without prejudice.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2]     Capitalized terms used herein but otherwise not defined shall have the meaning ascribed to them in the *Notice of Filing of the Liquidation Procedures* [Docket No. 1374] (the "Liquidation Procedures").

    2.   The parties are authorized to take all actions necessary or appropriate to effectuate the

relief granted herein.

    3.   This Order shall be immediately effective and enforceable upon its entry.

Dated: New York, New York
       May 18, 2023

<u>/s/</u> **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE