**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 1382** |

# CERTIFICATE OF SERVICE

I, DIANE STREANY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2023, I caused to be served the "Ninth Monthly Fee Statement of Epiq Corporate Restructuring, LLC for Compensation for Services and Reimbursement of Expenses as Noticing and Information Agent for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al*., for the Period From March 1, 2023 Through March 31, 2023," dated May 13, 2023 [Docket No. 1382], by causing true and correct copies to be:

   a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

# EXHIBIT A

VOYAGER DIGITAL HOLDINGS, INC., *et al.* - Case No. 22-10943 (MEW)
First Class Mail Service Party

Voyager Digital Holdings, Inc.
Attn: David Brosgol and Brian Nistler
33 Irving Place, Suite 3060
New York, New York 10003

# EXHIBIT B

VOYAGER DIGITAL HOLDINGS, INC., *et al*. - Case No. 22-10943 (MEW)
Email Service Parties List

| Name | Attn | Email |
|---|---|---|
| Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C. | jsussberg@kirkland.com |
| Kirkland & Ellis LLP | Attn: Christopher Marcus, P.C. | cmarcus@kirkland.com |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, P.C. | christine.okike@kirkland.com |
| Kirkland & Ellis LLP | Attn: Allyson B. Smith | allyson.smith@kirkland.com |
| Office of the United States Trustee | Attn: Mark Bruh, Esq. | mark.bruh@usdoj.gov |
| Office of the United States Trustee | Attn: Richard C. Morrissey, Esq. | richard.morrissey@usdoj.gov |
| McDermott Will & Emery LLP | Attn: John J. Calandra | jcalandra@mwe.com |
| McDermott Will & Emery LLP | Attn: Joseph B. Evans | jbevans@mwe.com |
| McDermott Will & Emery LLP | Attn: Darren Azman | dazman@mwe.com |