Generated: May 19, 2023 12:14PM                                                                                         Page 1/1



## U.S. Bankruptcy Court

### New York Southern Bankruptcy - Manhattan

THIS IS A COPY

Receipt Date: May 19, 2023 11:49AM

Christian Flowes

| Rcpt. No: 10000323 | | Trans. Date: May 19, 2023 11:49AM | | | Cashier ID: #QS |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| CL | TRANSFER OF CLAI | 22-10943-mew | 1 | 26.00 | 26.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | CREDIT | | $26.00 |
| | | Total Due Prior to Payment: | $26.00 |
| | | Total Tendered: | $26.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Judge**: mew **Case**: 22-10943-mew

**Debtor**: Voyager Digital Holdings, Inc.

Any party submitting payment for filing fees which are returned or denied for insufficient funds will be required to pay an additional charge of $53.00.



FILED
U.S. BANKRUPTCY COURT
2023 MAY 19  A 11: 50
S.D.N.Y.

## TRANSFER AGREEMENT

2023 MAY 19  A 11: 5

**SELLER:** Ezequiel Lopez Nieves

**BUYER:** Alternative Liquidity Index LP

**EFFECTIVE DATE:** 05/18/2023

**DEBTOR:** Voyager Digital Holdings, Inc., et al.

**COURT:** United States Bankruptcy Court, Southern District of New York

**CLAIM(S):**

| Claim Type | Unique Identifying # | Claim Amount |
|---|---|---|
| Schedule Claim | A046 | $126,465.77 |
| Xclaim Listing | xcm_255 | |

SELLER and BUYER (each a "Party" and together the "Parties") hereby enter into this Transfer Agreement ("Agreement") as of the Effective Date to govern and effect the sale from SELLER to BUYER of the Claim(s) and other Assigned Rights. This Agreement incorporates the **Standard Trading Terms and Conditions** (the "Standard Terms") in their entirety and without modification. In the event of any conflict or inconsistency between this Agreement and the Standard Terms, this Agreement shall govern and control. Capitalized terms used but not otherwise defined in this Agreement shall have the meanings set forth in the Standard Terms.

Buyer: Alternative Liquidity Index LP        Seller: Ezequiel Lopez Nieves

DocuSigned by: *Jacob Mohs*
—30100C858D2741C—

DocuSigned by: [signature]
—0406C125680E4AA—

Name: Jacob Mohs                              Name: Ezequiel Lopez Nieves

DocuSign Envelope ID: 26FD6EE5-4DFD-4FB7-BA31-3836036AF877



# TRANSFER AGREEMENT

## EXHIBIT 1

### Purchase Price Calculation

| | |
|---|---|
| Claim Amount: | $ 126,465.77 |
| Purchase Rate: | 29% |
| Purchase Price: | $ 36,675.07 |

### Notice and Payment Instructions

| BUYER | SELLER |
|---|---|
| Contact Information | Contact Information |
| jacobmohs@alternativeliquidity.net | lopeazy91@gmail.com |
| | **Payment Instructions** |
| | Ezequiel Lopez Nieves |
| | Academy Bank |
| | Routing 107001481 |
| | Account 9210862620 |

DocuSign Envelope ID: 26FD6EE5-4DFD-4FB7-BA31-3836036AF877



# United States Bankruptcy Court
## Southern District of New York

In re Voyager Digital Holdings, Inc., et al.          Case No. 22-10943 (MEW)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| Ezequiel Lopez Nieves | Alternative Liquidity Index LP |
| 1360 E Jarvis Ave<br>Mesa Az 85204 | 11500 Wayzata Blvd #1050<br>Minnetonka, Minnesota, 55305<br><br>jacobmohs@alternativeliquidity.net |

**Schedule F Claim #  A046**

**Transferred Claim Amount**  as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Jacob Mohs*          05/18/2023

Transferee          Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Ezequiel Lopez Nieves**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **Alternative Liquidity Index LP**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **Voyager Digital Holdings, Inc., et al.**

| | |
|---|---|
| Schedule F Claim # | A046 |
| Claim Amount | $126,465.77 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 05/18/2023

Buyer:                                              Seller:

Alternative Liquidity Index LP                      Ezequiel Lopez Nieves

DocuSigned by: Jacob Mohs                           DocuSigned by: [signature]
30100C858D2741C                                     0406C125680E4AA

Name: Jacob Mohs                                    Name: Ezequiel Lopez Nieves

# kclaim

| NAME (REDACTED) AND LAST 4 DIGITS OF ACCOUNT NUMBER | ADDRESS | AMOUNT OF CLAIM | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | SUBJECT TO OFFSET? |
|---|---|---|---|---|
| A046 | Address on File | BTC 2.83; ETH 60 | | |