Jeffrey R. Gleit, Esq.
Brett D. Goodman, Esq.
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas
Floor 42
New York, NY 10019-6040
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Jeffrey.Gleit@afslaw.com
Brett.Goodman@afslaw.com

*Special Counsel for Voyager Digital
Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al*.,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF ARENTFOX SCHIFF LLP,
SPECIAL COUNSEL FOR VOYAGER DIGITAL HOLDINGS, INC., FOR
INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR SERVICES RENDERED DURING THE
<u>PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023</u>**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| | |
|---|---|
| Name of Applicant: | ArentFox Schiff LLP |
| Authorized to Provide Professional Services to: | Special Counsel for Voyager Digital Holdings, Inc. |
| Date of Retention: | January 24, 2023 (*Nunc Pro Tunc* to November 10, 2022) |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2023 through April 30, 2023 |
| Total Fees Requested in this Statement by ArentFox Schiff: | $21,502.40 (80% of $26,878.00) |
| Total Expenses Requested in this Statement by ArentFox Schiff: | $210.00 |
| Total Fees and Expenses Requested in this Statement: | $21,712.40 |

This is a(n)   __X__ monthly _____ interim _____ final application.  No prior application was filed for this Fee Period.

*[Remainder of Page Left Intentionally Blank]*

1

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of ArentFox Schiff LLP as Special Counsel Effective as of November 10, 2022* dated January 24, 2023 [Docket No. 905], and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), the law firm of ArentFox Schiff LLP ("ArentFox Schiff" or the "Firm"), Special Counsel for Voyager Digital Holdings, Inc. ("Voyager Holdings" or the "Debtor"), hereby submits this monthly fee statement (the "Monthly Fee Statement") for: (a) interim allowance of $26,878.00 for reasonable compensation for the actual, necessary legal services ArentFox Schiff rendered to the Debtor during the period from April 1, 2023 through April 30, 2023 (the "Fee Period"); (b) compensation in the amount of $21,502.40, which is equal to 80% of the total amount of reasonable compensation for the actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period (*i.e.*, $26,878.00); and (c) reimbursement for the actual and necessary expenses incurred by ArentFox Schiff during the Fee Period in the amount of $210.00.

## Itemization of Services Rendered and Disbursements Incurred

1.    In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by ArentFox Schiff's attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories established by ArentFox Schiff in accordance with its internal billing procedures. ArentFox Schiff requests compensation in the amount of $21,502.40 for the actual, reasonable and necessary legal services rendered to the Debtor during the Fee Period, which is equal to 80% of the total amount of reasonable compensation for the actual, necessary legal

2

services ArentFox Schiff rendered to the Debtor during the Fee Period (i.e., $26,878.00).

- **Exhibit B** is a schedule providing certain information regarding the ArentFox Schiff attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of ArentFox Schiff have expended a total of 33.10 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which ArentFox Schiff is seeking reimbursement in this Monthly Fee Statement.

- **Exhibit D** consists of ArentFox Schiff's time detail and records of fees and expenses incurred during the Fee Period.

## Notice

2.      Pursuant to the Interim Compensation Order, notice of this Monthly Fee Statement has been served upon (i) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn: David Brosgol, Esq. and Brian Nistler, Esq.; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., and Allyson B. Smith, Esq.; (iii) United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1408, Attn: Richard Morrissey, Esq. and Mark Bruh, Esq.; (iv) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, Attn: Darren Azman, Esq.; and (v) the Fee Examiner, Lori Lapin Jones, Esq., Lori Lapin Jones PLLC, 98 Cutter Mill Road – Suite 255 South, Great Neck, New York 11021 (collectively, the "Application Recipients").

AFDOCS:27424481.1

WHEREFORE, ArentFox Schiff respectfully requests: (a) interim allowance of $26,878.00 for the reasonable compensation of actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period; (b) compensation in the amount of $21,502.40, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services ArentFox Schiff rendered to the Debtor during the Fee Period (*i.e.*, $26,878.00); and (c) reimbursement for the actual and necessary expenses incurred by ArentFox Schiff during the Fee Period in the amount of $210.00; and further requests such other and further relief as this Court deems necessary and just.

Dated:    May 22, 2023
          New York, New York

ARENTFOX SCHIFF LLP

*/s/ Jeffrey R. Gleit*
Jeffrey R. Gleit, Esq.
Brett D. Goodman, Esq.
1301 Avenue of the Americas
Floor 42
New York, NY 10019-6040
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Jeffrey.Gleit@afslaw.com
Brett.Goodman@afslaw.com

*Special Counsel for Voyager Digital Holdings, Inc.*

AFDOCS:27424481.1

**EXHIBIT A**

**SUMMARY OF FEES BY SUBJECT MATTER**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Project Category | Hours Billed | Fees Billed |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.00 | $0.00 |
| Case Management and Operating Reports (02) | 0.60 | $300.00 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Investigation, Due Diligence, Analysis (04) | 2.00 | $1,556.00 |
| Committee and Debtor Communications (05) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (06) | 0.00 | $0.00 |
| Creditor Inquiries (07) | 0.00 | $0.00 |
| Sale and Disposition of Assets (08) | 0.00 | $0.00 |
| Asset Analysis and Recovery (09) | 0.00 | $0.00 |
| Claims Administration and Objections (10) | 1.30 | $1,448.00 |
| Miscellaneous Motions and Objections (11) | 0.00 | $0.00 |
| Adversary Proceedings (12) | 0.00 | $0.00 |
| Professional Retention (13) | 0.00 | $0.00 |
| Fee Applications (14) | 19.90 | $13,854.00 |
| Cash Collateral and DIP Financing (15) | 0.00 | $0.00 |
| Disclosure Statement and Plan Matters (16) | 9.30 | $9,720.00 |
| Wage Employee Benefits, Severance, Pensions (17) | 0.00 | $0.00 |
| Real Estate (18) | 0.00 | $0.00 |
| Automatic Stay and Section 362 and 363 Matters (19) | 0.00 | $0.00 |
| Equipment Lessors and Non Real Estate Leases (20) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (21) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection, Investigation (22) | 0.00 | $0.00 |
| Executory Contracts and Related Matters (23) | 0.00 | $0.00 |
| Tax (Federal, State, Local and Corporate) (24) | 0.00 | $0.00 |
| NOL's and Tax Attributes (25) | 0.00 | $0.00 |
| Plan or Restructuring Support Agreement (26) | 0.00 | $0.00 |
| Environmental Matters (27) | 0.00 | $0.00 |
| Debtor Communications/Negotiations (28) | 0.00 | $0.00 |
| Travel (29) | 0.00 | $0.00 |
| **TOTAL:** | **33.10** | **$26,878.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Name of Professional Person | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey R. Gleit | Joined firm as a Partner in 2022.  Member of NY bar since 2001. Bankruptcy & Financial Restructuring Group. | $1,120 | 3.40 | $3,808.00 |
| Brett D. Goodman | Joined firm as a Partner in 2021.  Member of NJ bar since 2006.  Member of NY bar since 2007. Bankruptcy & Financial Restructuring Group. | $1,040 | 10.60 | $11,024.00 |
| Patrick Feeney | Joined firm as an Associate in 2021. Member of NY bar since 2018. Bankruptcy & Financial Restructuring. | $740 | 10.40 | $7,696.00 |
| Lisa Indelicato | Bankruptcy Senior Paralegal Specialist. | $500 | 8.70 | $4,350.00 |
| **TOTAL:** | | | **33.10** | **$26,878.00** |

**Blended Rate: $923.28**[1]

---

[1]    The Blended Rate excludes paraprofessionals' time

## EXHIBIT C

**SUMMARY OF EXPENSES**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Other | CourtSolutions LLC | $210.00 |
| **TOTAL** | | **$ 210.00** |

Detailed descriptions of ArentFox Schiff's expenses are included in **Exhibit D** to this Monthly Fee Statement.

**EXHIBIT D**

**INVOICE**



Scott Vogel
33 Irving Plaza
Suite 3060
New York, NY 10003

| | | |
|---|---|---|
| Invoice Number | 2229528 |
| Invoice Date | 05/12/2023 |
| Client Number | 044261 |

For Professional Services Rendered Through:  April 30, 2023

| No | Reference | Hours | Services | Disbursements | Total |
|---|---|---|---|---|---|
| 00000 | General | 0.00 | 0.00 | 210.00 | 210.00 |
| 00002 | Case Management and Operating Reports | 0.60 | 300.00 | 0.00 | 300.00 |
| 00004 | Investigation, Due Diligence and Analysis | 2.00 | 1,556.00 | 0.00 | 1,556.00 |
| 00010 | Claims Administration and Objections | 1.30 | 1,448.00 | 0.00 | 1,448.00 |
| 00014 | Fee Applications | 19.90 | 13,854.00 | 0.00 | 13,854.00 |
| 00016 | Disclosure Statement and Plan Matters and Solicitation | 9.30 | 9,720.00 | 0.00 | 9,720.00 |
| | | **33.10** | **26,878.00** | **210.00** | **27,088.00** |

Taxpayer Identification Number:  53-0214923        Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Arent Fox Schiff LLP
Attorneys at Law

044261    Vogel, Scott

Invoice Number 2229528

Page 2

May 12, 2023

---

### Time Summary

|  | Hours | Rate | Value |
|---|---|---|---|
| **Partner** |  |  |  |
| Jeffrey R. Gleit | 3.40 | 1,120.00 | 3,808.00 |
| Brett D. Goodman | 10.60 | 1,040.00 | 11,024.00 |
| **Associate** |  |  |  |
| Patrick Feeney | 10.40 | 740.00 | 7,696.00 |
| **Blended Rate for Attorneys: $923.28** |  |  |  |
| **Paralegal** |  |  |  |
| Lisa A. Indelicato | 8.70 | 500.00 | 4,350.00 |
| **Totals** | **33.10** |  | **26,878.00** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

044261    Vogel, Scott

Invoice Number 2229528
Page 3

May 12, 2023

---

### Summary of Disbursements:

| | |
|---|---:|
| Other | 210.00 |
| **Totals** | **210.00** |

Arent Fox Schiff LLP
Attorneys at Law

044261     Vogel, Scott                                          Invoice Number 2229528
00000     General                                                            Page 4
May 12, 2023

For Professional Services Rendered Through:  April 30, 2023

Re: General

**For Disbursements:**

| | | |
|---|---|---:|
| 04/05/23 | Patrick Feeney - Patrick Feeney, Other, Attend hearing through Court Solutions. | 70.00 |
| 04/05/23 | Brett Goodman - Brett Goodman, Other, Attend hearing through Court Solutions. | 70.00 |
| 04/14/23 | Jeffrey Gleit - Jeffrey Gleit, Other, Attend hearing through Court Solutions. | 70.00 |
| **Disbursement Total** | | **210.00** |
| | Current Disbursements | $210.00 |
| | **Subtotal For This Matter** | $210.00 |

ArentFox Schiff LLP
Attorneys at Law

044261    Vogel, Scott                                                    Invoice Number 2229528
00002    Case Management and Operating Reports                              Page 5
May 12, 2023

---

For Professional Services Rendered Through:  April 30, 2023

Re: Case Management and Operating Reports

| Date | Timekeeper | Narrative | Hours | Value |
|------|------------|-----------|-------|-------|
| 04/04/23 | Lisa A. Indelicato | Review docket to determine whether hearing on joint stipulation is going forward (.1); register J. Gleit and B. Goodman for telephonic appearance at tomorrow's hearing (.1); calendar hearing with dial in instructions (.1). | 0.30 | 150.00 |
| 04/05/23 | Lisa A. Indelicato | Correspond with P. Feeney regarding today's hearing. | 0.10 | 50.00 |
| 04/10/23 | Lisa A. Indelicato | Email B. Goodman and J. Gleit regarding Second Circuit hearing and link to livestream of oral argument. | 0.20 | 100.00 |
| | | **Fee Total** | **0.60** | **$300.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Lisa A. Indelicato | 0.60 | 500.00 | 300.00 |
| **Timekeeper Summary Total** | **0.60** | | **300.00** |

| | |
|---|---|
| Current Fees | $300.00 |
| **Subtotal For This Matter** | $300.00 |

Arent Fox Schiff LLP
Attorneys at Law

| 044261 | Vogel, Scott | | Invoice Number 2229528 |
|---|---|---|---|
| 00004 | Investigation, Due Diligence and Analysis | | Page 6 |
| May 12, 2023 | | | |

For Professional Services Rendered Through:  April 30, 2023

Re: Investigation, Due Diligence and Analysis

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 04/03/23 | Jeffrey R. Gleit | Emails between Katten and Quinn teams re settlement proposals. | 0.20 | 224.00 |
| 04/14/23 | Patrick Feeney | Research case law re: disallowance of claims and preferential transfers. | 1.80 | 1,332.00 |
| | | **Fee Total** | **2.00** | **$1,556.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Jeffrey R. Gleit | 0.20 | 1,120.00 | 224.00 |
| Patrick Feeney | 1.80 | 740.00 | 1,332.00 |
| **Timekeeper Summary Total** | **2.00** | | **1,556.00** |

| | | | |
|---|---|---|---|
| | Current Fees | | $1,556.00 |
| | **Subtotal For This Matter** | | $1,556.00 |

Arent Fox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                                        Invoice Number 2229528
00010      Claims Administration and Objections                                              Page 7
May 12, 2023

---

For Professional Services Rendered Through:  April 30, 2023

Re: Claims Administration and Objections

| Date | Timekeeper | Narrative | Hours | Value |
|---|---|---|---|---|
| 04/03/23 | Brett D. Goodman | Review of reply regarding FTX stipulation. | 0.10 | 104.00 |
| 04/05/23 | Jeffrey R. Gleit | Participate in hearing re FTX stipulation (1.0); call with K. Scherling re proposed settlement (.2). | 1.20 | 1,344.00 |
| | | **Fee Total** | **1.30** | **$1,448.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Jeffrey R. Gleit | 1.20 | 1,120.00 | 1,344.00 |
| Brett D. Goodman | 0.10 | 1,040.00 | 104.00 |
| **Timekeeper Summary Total** | **1.30** | | **1,448.00** |

| | | |
|---|---|---|
| Current Fees | | $1,448.00 |
| **Subtotal For This Matter** | | $1,448.00 |

Arent Fox Schiff LLP
Attorneys at Law

044261    Vogel, Scott                                                  Invoice Number 2229528
00014     Fee Applications                                                            Page 8
May 12, 2023

For Professional Services Rendered Through:  April 30, 2023

Re: Fee Applications

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 04/03/23 | Brett D. Goodman | Correspondence regarding fee statements and upcoming interim fee application. | 0.20 | 208.00 |
| 04/03/23 | Lisa A. Indelicato | Prepare fee summary by matter (.7); finalize and circulate first draft of first interim fee application for comment (2.1). | 2.80 | 1,400.00 |
| 04/04/23 | Lisa A. Indelicato | Review and comment on P. Feeney's revisions to first interim fee application. | 0.50 | 250.00 |
| 04/04/23 | Patrick Feeney | Review invoices and draft summaries of tasks for interim fee application. | 1.40 | 1,036.00 |
| 04/05/23 | Lisa A. Indelicato | Correspond with P. Feeney regarding first interim fee application (.2); revise fee application using calculations for Exhibit B (.6). | 0.80 | 400.00 |
| 04/05/23 | Patrick Feeney | Revise interim fee application. | 1.60 | 1,184.00 |
| 04/06/23 | Lisa A. Indelicato | Correspond with P. Feeney regarding first interim fee application (.3); revise fee application (.3). | 0.60 | 300.00 |
| 04/06/23 | Patrick Feeney | Revise interim fee application. | 0.10 | 74.00 |
| 04/10/23 | Brett D. Goodman | Prepare comments to first interim fee application. | 0.60 | 624.00 |
| 04/11/23 | Jeffrey R. Gleit | Comment on interim fee app (.7); conference with P. Feeney re same (.2). | 0.90 | 1,008.00 |
| 04/11/23 | Patrick Feeney | Revise fee application per comments of B. Goodman and J. Gleit (2.3); confer with J. Gleit re: same (.2). | 2.50 | 1,850.00 |
| 04/12/23 | Patrick Feeney | Further revisions to interim fee application. | 0.70 | 518.00 |
| 04/13/23 | Patrick Feeney | Revise and finalize interim fee application for filing. | 0.90 | 666.00 |
| 04/14/23 | Brett D. Goodman | Review of correspondence from fee examiner. | 0.20 | 208.00 |
| 04/17/23 | Lisa A. Indelicato | Review March invoice for compliance with rules and guidelines (.2); prepare March fee statement (1.2); correspond with P. Feeney regarding fee examiner (.1). | 1.50 | 750.00 |
| 04/17/23 | Patrick Feeney | Review and provide comments to pro | 0.40 | 296.00 |

ArentFox Schiff LLP
Attorneys at Law

044261    Vogel, Scott                                                    Invoice Number 2229528
00014    Fee Applications                                                              Page 9
May 12, 2023

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | forma. | | |
| 04/18/23 | Brett D. Goodman | Review of March fee statement and prepare comments to same. | 0.30 | 312.00 |
| 04/18/23 | Lisa A. Indelicato | Internal discussions regarding LEDES files for interim fee application (.3); review same (.2). | 0.50 | 250.00 |
| 04/18/23 | Patrick Feeney | Correspond with internal teams re: LEDES data and review and revise March monthly fee statement. | 0.60 | 444.00 |
| 04/19/23 | Lisa A. Indelicato | Review revised March invoice (.2); revise monthly fee statement accordingly (.5); correspond re: same with P. Feeney (.1); request LEDES file (.1). | 0.90 | 450.00 |
| 04/19/23 | Patrick Feeney | Review March fee statement and correspond w/ L. Indelicato re: same. | 0.10 | 74.00 |
| 04/20/23 | Patrick Feeney | Further revise March monthly fee statement. | 0.30 | 222.00 |
| 04/21/23 | Brett D. Goodman | Work on finalizing and submitting fifth monthly fee statement. | 0.50 | 520.00 |
| 04/21/23 | Jeffrey R. Gleit | Comment on fifth fee statement. | 0.50 | 560.00 |
| 04/21/23 | Lisa A. Indelicato | Various internal discussions regarding revisions to March invoice requested by B. Goodman. | 0.50 | 250.00 |
| | | **Fee Total** | **19.90** | **$13,854.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Jeffrey R. Gleit | 1.40 | 1,120.00 | 1,568.00 |
| Brett D. Goodman | 1.80 | 1,040.00 | 1,872.00 |
| Patrick Feeney | 8.60 | 740.00 | 6,364.00 |
| Lisa A. Indelicato | 8.10 | 500.00 | 4,050.00 |
| **Timekeeper Summary Total** | **19.90** | | **13,854.00** |

| | | |
|---|---|---|
| Current Fees | | $13,854.00 |
| **Subtotal For This Matter** | | **$13,854.00** |

Arent Fox Schiff LLP
Attorneys at Law

044261       Vogel, Scott                                                    Invoice Number 2229528
00016       Disclosure Statement and Plan Matters and Solicitation                              Page 10
May 12, 2023

---

For Professional Services Rendered Through:  April 30, 2023

Re: Disclosure Statement and Plan Matters and Solicitation

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| 04/03/23 | Brett D. Goodman | Review of Judge Reardon decision granting USA motion to stay confirmation order and related analysis. | 0.90 | 936.00 |
| 04/04/23 | Brett D. Goodman | Review of debtors' and UCC's motion emergency motions to vacate district court's stay. | 1.20 | 1,248.00 |
| 04/05/23 | Brett D. Goodman | Attend portion of hearing on FTX stipulation. | 1.20 | 1,248.00 |
| 04/07/23 | Brett D. Goodman | Review of government's opposition to emergency motion to vacate stay (.8); review of debtors' and UCC's reply to same (.6). | 1.40 | 1,456.00 |
| 04/08/23 | Brett D. Goodman | Review of government appellant brief requesting exculpation provision be struck from plan and case remanded. | 0.70 | 728.00 |
| 04/11/23 | Brett D. Goodman | Attend oral argument on emergency motion to vacate stay before Second Circuit (.6); review of Second Circuit order denying motion (.1). | 0.70 | 728.00 |
| 04/12/23 | Brett D. Goodman | Call with J. Gleit and N. Adizma regarding status of appeal and effective date (.2); call with D. Azman and J. Gleit regarding same (.2). | 0.40 | 416.00 |
| 04/12/23 | Jeffrey R. Gleit | T/C with N. Adzima and B. Goodman re effective date (.2); t/c with D. Azman and B. Goodman re same (.2). | 0.40 | 448.00 |
| 04/14/23 | Brett D. Goodman | Review and analysis of debtors' appellee brief and UCC's intervenor-appellee brief to affirm the bankruptcy court's confirmation and lift the stay pending appeal. | 1.30 | 1,352.00 |
| 04/18/23 | Brett D. Goodman | Review of government's reply brief on appeal of confirmation order. | 0.50 | 520.00 |
| 04/20/23 | Jeffrey R. Gleit | T/C with N. Adzima re effective date issues. | 0.20 | 224.00 |
| 04/24/23 | Brett D. Goodman | Review of debtors' motion for clarity on representatives' authority to comply with | 0.20 | 208.00 |

ArentFox Schiff LLP
Attorneys at Law

044261      Vogel, Scott                                                    Invoice Number 2229528
00016       Disclosure Statement and Plan Matters and Solicitation                      Page 11
May 12, 2023

---

| Date | Timekeeper | Narrative | Hours | Value |
|------|-----------|-----------|-------|-------|
| | | applicable law in consummating plan. | | |
| 04/25/23 | Brett D. Goodman | Review of notice of termination of Binance APA and call regarding same. | 0.20 | 208.00 |
| | | **Fee Total** | **9.30** | **$9,720.00** |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Jeffrey R. Gleit | 0.60 | 1,120.00 | 672.00 |
| Brett D. Goodman | 8.70 | 1,040.00 | 9,048.00 |
| **Timekeeper Summary Total** | **9.30** | | **9,720.00** |

| | | |
|---|---|---|
| Current Fees | | $9,720.00 |
| **Subtotal For This Matter** | | $9,720.00 |

ArentFox Schiff LLP
Attorneys at Law

044261    Vogel, Scott

Invoice Number 2229528
Page 12

May 12, 2023

| | |
|---|---|
| Current Fees For All Matters | $26,878.00 |
| Current Disbursements For All Matters | $210.00 |
| **Total Amount Due This Invoice** | **$27,088.00** |