UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:

VOYAGER DIGITAL HOLDINGS, INC., *et. al.*

        Debtor.
---------------------------------------------------------x

Chapter 11
Case No. 22-10943 (MEW)
Jointly Administered

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned firm hereby withdraws its appearance in the above-captioned bankruptcy case on behalf of Jason Raznick..

Respectfully submitted by,

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: May 25, 2023

By:   /s/ Paul R. Hage
Paul R. Hage (pro hac vice)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@taftlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2023, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be served via electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York.

    /s/ Paul R. Hage
Paul R. Hage