

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, May 26, 2023**, the following legal advertisement – **VOYAGER DIGITAL HOLDINGS, INC.** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
May 26, 2023

# Cooking

Continued from Page 1A

"Cookbooks are really cultural artifacts," said Alkalimat, professor emeritus of African American studies at the University of Illinois at Urbana-Champaign.

The books range from classic titles and multivolume sets to regional recipes and homespun pamphlets foraged on Marsh's many travels.

"It's an encompassing of culinary traditions from the last 70-plus years," said Adam Carey, who chairs Kennedy-King's library department. "That's why this collection is so incredible."

A healthy portion of the collection, Carey noted, spells a narrative of 20th-century Black America through dishes, methods and nods to community celebrations such as George Washington Carver Commemoration Day. Some of those titles are "A Date with a Dish: A Cook Book of American Negro Recipes" (1948); "Soul Food" (1969); "The Black Gourmet: Favorite Afro-American Recipes from Coast to Coast" (1984); and "The Black Family Dinner Quilt Cookbook" (1993).

The siblings said they chose Washburne for its Chicago South Side location and multi-ethnic, working-class population. Black students have comprised 53% of students at the school over the past several years; Latinos represent another 34%, according to City College of Chicago data.

"We were interested in giving back to people we identified with," Alkalimat said.

## Historic family ties

The two come from one of Illinois' most storied families: Marsh and Alkalimat are great-great-grandchildren of Free Frank McWorter, a former Kentucky enslaved person who purchased freedom for himself and 15 family members and in 1836 founded New Philadelphia, Illinois, the first known municipality to be established and platted by an African American.

The town, which lives on only in archival documents, artifacts and oral histories, was designated a National Park Service site last year.

"The McWorter family is, from a historic perspective, one of the most incredible families in Illinois," said City Colleges of Chicago Vice Chancellor Rhonda Brown.

At an event in February to honor the siblings' gift, attendees enjoyed a meal gleaned from the cookbooks and prepared by the school's culinary students. Along with jambalaya and barbecued grilled chicken, the luncheon featured two dishes from the National Council of Negro Women's "The Black Family Reunion Cookbook," including a strawberries and mint appetizer contributed by U.S. Rep. Maxine Waters and a vegetarian black-eyed peas and rice recipe from Susan L. Taylor, Essence magazine's then-editor-in-chief.

By next year, the school hopes to tap Marsh's cookbooks for use in community cooking classes.

"Value-wise, it's almost priceless," said Carey, the library director. "To make sure they are accessible to the greater campus community for generations to come is really an awesome honor."

While bouillabaisse can be fancied up with the finest seafood, it evolved as a simple Mediterranean fisherman's soup, as culinary legend Julia Child reminded in her 1961 book, "Mastering the Art of French Cooking."

Marsh varied hers according to the freshest seafood she could find at Chicago's Market Fisheries on State Street, dressed with parsley or basil pulled from the backyard garden.

"It was a like a tune she could play all these different ways," Alkalimat said. "And like a lot of cooks, she was a diva in the kitchen."

## Lifelong lessons

The two grew up in Chicago's Francis Cabrini Homes public housing project, absorbing their parents' global tastes and interests. Their backyard, Alkalimat recalled, abutted that of future jazz great Ramsey Lewis, and "we'd be on the corner singing doo-wops to the older kids. We were eating snails before we knew it was escargot."

Their father, he said, was "the barbecue king of the neighborhood," and as kids, they remember him tending one of the estimated 20 million World War II "victory gardens" that citizens were urged to cultivate to combat produce shortages. Later, they learned canning from their Aunt Ellen in Kansas City.

Those experiences "really taught us tremendous lessons: the ability to define your quality of life through your own efforts," Alkalimat said.

It was the 1931 classic "Joy of Cooking" that had lit Marsh's spark for culinary arts. "That was the first book I remember collecting," she said, and she would ultimately count four editions among her collection.

When she and Alkalimat studied at the University of Chicago, they shunned happy-hour invites in favor of hosting friends at Marsh's apartment over spicy fried gizzards and gin and tonics. As her cookbook collection grew, so too did her spirit for entertaining and her fascination with the commonalities that bound other culinary traditions to her own.

Marsh enjoyed making the macaroni and cheese her niece always demanded, excelled at reinventing leftovers, and was forever on the lookout for good recipes for peanut brittle, one of Alkalimat's favorite treats. But one of her favorite creations was a roast rabbit with mushrooms and shallots from a book dedicated to nose-to-tail cooking – the now-trendy concept of using every edible portion of an animal that was at the foundation, by necessity, of Indigenous, soul food, Southern and other cuisines.

"Every part of the animal is used," Marsh said. "The focus is on using it all to the advantage of the dish. There's nothing more exciting than knowing how our food developed."

Her collection ranged from African, European, Mediterranean and Latin American traditions to Jewish, Caribbean, Hawaiian and vegetarian cooking. Some books focused on specific foods – bread, corn, potatoes and wild game; others highlighted the latest gadget of the time.

"I was an easy person to give gifts to," she said.

Those books sat on Marsh's shelves alongside more revered titles – "The Chez Panisse Menu Cookbook" (1982), a 1965 copy of "The Fannie Farmer Cookbook," and a 1941 edition of a cookbook by renowned French chef Auguste Escoffier.

But all of it revolved around feeding family and friends. As Alkalimat remembers: "Her usual comment when someone came to the house was 'Do you want something to eat?' "



Sandra McWorter Marsh's cookbooks now reside at the Washburne Culinary & Hospitality Institute at Chicago's Kennedy-King College, one of the nation's oldest culinary schools. "It just seemed like a place where they could find a happy home," she says. PROVIDED BY CITY COLLEGES OF CHICAGO

## The joy of bouillabaisse

In Child's version, the bouillabaisse broth is brought to a boil; then in go any firm-fleshed fish, followed by quicker-cooking tender-fleshed fish and shellfish. "Bring rapidly to the boil again and boil 5 minutes more or until the fish are just tender when pierced with a fork. Do not overcook."

In other words, you have to know when it's time to stop, and for Marsh, the time to lay down her saucepans and ladles gradually set in as her tumor pressed harder on her optic nerve, hampering her vision. When the cookbooks were packed up for donation, they filled 75 boxes in all.

Living in a Chicago-area senior living facility where meals are served at the same time every day, Marsh longs for those days of creation and spontaneity. "That's one thing I really miss doing is cooking," she said. "And sharing things with other cooks when you've discovered something new."

She hopes the collection will endure in Kennedy-King's culinary program and the local community. "It just seemed like a place where they could find a happy home."

The books are being integrated into the culinary arts section of Kennedy-King's library, fitted with custom book plates detailing their origins as part of Marsh's donation.

Carey, the librarian, said that although some of the books border on mint condition, others among Marsh's trusty core show the spatters, scribbles and dog-eared pages of faithful use.

"There's very definitely some marginalia, notes and things that are difficult to decipher," he said.

"These books were very well loved. That is what we as librarians like to see: A used copy is the greatest reflection of a book's life. They weren't just stored on a shelf. They were handled and loved."

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070    www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

In re: VOYAGER DIGITAL HOLDINGS, INC., et al., Debtors.    Chapter 11, Case No. 22-10943 (MEW) (Jointly Administered)

**NOTICE OF (I) ENTRY OF CORRECTED AND AMENDED ORDER (A) APPROVING THE SECOND AMENDED DISCLOSURE STATEMENT AND (B) CONFIRMING THE THIRD AMENDED JOINT PLAN OF VOYAGER DIGITAL HOLDINGS, INC. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) OCCURRENCE OF EFFECTIVE DATE**

PLEASE TAKE NOTICE that on March 8, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the Amended Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1159].

PLEASE TAKE FURTHER NOTICE that on March 8, 2023, the United States of America, through the United States Attorney for the Southern District of New York and the United States Trustee for Region 2 filed an appeal of the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that on March 10, 2023, the Court entered the Corrected and Amended Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1166] (the "Confirmation Order") whereby the Court approved the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1166-1] (the "Plan").

PLEASE TAKE FURTHER NOTICE that on March 27, 2023, the United States District Court for the Southern District of New York entered an order extending the stay of the Confirmation Order for the pendency of the appeal [District Court Docket No. 45].

PLEASE TAKE FURTHER NOTICE that on April 20, 2023, the United States District Court for the Southern District of New York entered an order approving the Joint Stipulation and Order Regarding the Stay Pending Appeal [District Court Docket No. 72] whereby the stay of the Confirmation Order was lifted except with respect to the exculpation provisions so that the Debtors may effectuate the Plan.

PLEASE TAKE FURTHER NOTICE that on May 18, 2023, the Court entered the Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief [Docket No. 1398].

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on May 19, 2023. Each of the conditions precedent to consummation of the Plan enumerated in Article IX of the Plan has been satisfied or waived in accordance with the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the terms of the Confirmation Order and the Plan (which, for the avoidance of doubt, includes the Plan Supplement and all exhibits and documents related thereto) are binding upon the Debtors, the Wind-Down Debtor, any and all Holders of Claims or Interests (irrespective of whether Holders of such Claims or Interests are deemed to have accepted the Plan); all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan; each Entity acquiring property under the Plan; and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

PLEASE TAKE FURTHER NOTICE that, in accordance with Article IV.B. of the Plan, on the Effective Date, certain of the Debtors and other applicable parties have commenced a series of Restructuring Transactions as set forth in the Restructuring Steps Memorandum.

PLEASE TAKE FURTHER NOTICE THAT all requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date must be filed no later than forty-five days after the Effective Date. The Bankruptcy Court shall determine the Allowed amounts of such Professional Fee Claims after notice and a hearing in accordance with the procedures established by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that copies of the Plan, Confirmation Order and other papers filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of the Liquidation Procedures and other papers filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: May 19, 2023, New York, New York

/s/ Joshua A. Sussberg , **KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP**, Joshua A. Sussberg, P.C., Christopher Marcus, P.C., Christine A. Okike, P.C., Allyson B. Smith (admitted pro hac vice), 601 Lexington Avenue, New York, New York 10022, Telephone: (212) 446-4800, Facsimile: (212) 446-4900, Email: jsussberg@kirkland.com, cmarcus@kirkland.com, christine.okike@kirkland.com, allyson.smith@kirkland.com, Counsel to the Debtors and Debtors in Possession

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Confirmation Order or Plan.



ONE CALL DOES IT ALL!

Advertise in USA TODAY's Marketplace!
Call: 1-800-397-0070

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070    www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: INDEPENDENT PET PARTNERS HOLDINGS, LLC, et al., Debtors.    Chapter 11 Case No. 23-10153 (LSS) (Jointly Administered)

**NOTICE OF ORDER (A) GRANTING INTERIM APPROVAL OF COMBINED DISCLOSURE STATEMENT AND PLAN, (B) GRANTING APPROVAL OF PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT COMBINED DISCLOSURE STATEMENT AND PLAN, (C) SCHEDULING COMBINED HEARING ON FINAL APPROVAL OF ADEQUACY OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN, (D) APPROVING FORM OF BALLOT AND SOLICITATION PACKAGE, (E) APPROVING NOTICE PROVISIONS, AND (F) GRANTING RELATED RELIEF**

YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE COMBINED DISCLOSURE STATEMENT AND PLAN, INCLUDING, WITHOUT LIMITATION, THE TERMS OF THE INJUNCTION, EXCULPATION, AND RELEASE PROVISIONS, AS YOUR RIGHTS MAY BE AFFECTED

BY ORDER OF THE COURT, TO ALL PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:

On May 19, 2023, the above-captioned debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") and together with the Debtors, the "Plan Proponents") filed the Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 457] (as amended, modified, or supplemented from time to time, the "Combined Disclosure Statement and Plan").

On May 18, 2023, the Court entered the Order (A) Granting Interim Approval of Combined Disclosure Statement and Plan, (B) Granting Approval of Procedures for Solicitation and Tabulation of Votes to Accept or Reject Combined Disclosure Statement and Plan, (C) Scheduling Combined Hearing on Final Approval of Adequacy of Disclosure Statement and Confirmation of Plan, (D) Approving Form of Ballot and Solicitation Package, (E) Approving Notice Provisions, and (F) Granting Related Relief [D.I. 454] (the "Interim Approval and Procedures Order"). The Interim Approval and Procedures Order, among other things, conditionally approved the Combined Disclosure Statement and Plan for solicitation purposes only, pursuant to Local Rule 3017-2.

Pursuant to the Interim Approval and Procedures Order, a combined hearing on final approval of disclosures and confirmation of the Combined Disclosure Statement and Plan (the "Combined Hearing") will be held on **JUNE 29, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME)**. The Combined Hearing may be continued from time to time without further notice other than the announcement by the Debtors and Committee in open court of the adjourned date(s) at the Combined Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed with the Court.

The Court has scheduled **JUNE 22, 2023 AT 4:00 P.M. (PREVAILING EASTERN TIME)** as the deadline for filing and serving objections to the adequacy or confirmation of the Combined Disclosure Statement and Plan (the "Objection Deadline"). Objections to approval and confirmation of the Combined Disclosure Statement and Plan on any grounds, including adequacy of the disclosures therein, if any, must: (a) be in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; and (c) be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, with a copy served upon the following (collectively, the "Notice Parties"): (i) counsel to the Debtors: McDonald Hopkins LLC, 300 North LaSalle Street, Suite 1400, Chicago, Illinois 60654 (Attn: David Agay (dagay@mcdonaldhopkins.com) and Marc Carmel (mcarmel@mcdonaldhopkins.com)); (ii) co-counsel to the Debtors: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Andrew Magaziner (amagaziner@ycst.com)); (iii) counsel to the Committee: Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, New York 10007 (Attn: James S. Carr (jcarr@kelleydrye.com) and Maeghan J. McLoughlin (mmcloughlin@kelleydrye.com)); (iv) co-counsel to the Committee, Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801-6108 (Attn: Christopher Samis (csamis@potteranderson.com) and Aaron Stulman (astulman@potteranderson.com)); (v) counsel to the DIP Lenders and the Stalking Horse Purchaser, Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036 (Attn: Shmuel Vasser (shmuel.vasser@dechert.com) and Stephen Wolpert (stephen.wolpert@dechert.com)); (vi) co-counsel to the DIP Lenders and the Stalking Horse Purchaser, Richards, Layton & Finger, P.A., P.O. Box 551, Wilmington, Delaware 19899 (Attn: Russell Silberglied (silberglied@rlf.com) and Brendan Schlauch (schlauch@rlf.com)); and (vii) the U.S. Trustee, 855 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Rosa Sierra-Fox (rosa.sierra-fox@usdoj.gov) and Linda Casey (linda.casey@usdoj.gov)).

Article XIII of the Combined Disclosure Statement and Plan contains certain limited injunction, exculpation, release, and related provisions. These provisions may materially affect your rights. Please review carefully.

For more information regarding the solicitation procedures, contact the Claims and Balloting Agent by: (a) emailing IPPinquiries@omniagnt.com; (b) writing Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, California 91367; or (c) calling 888-729-5581 (US & Canada toll free) and 747-263-0134 (International). Please note that the Claims and Balloting Agent is not permitted to give legal advice.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Independent Pet Partners Holdings, LLC (5913), Independent Pet Partners Intermediate Holdings I, LLC (4827), Independent Pet Partners Intermediate Holdings II, LLC (7550), Independent Pet Partners Employer Holdings, LLC (6785), Independent Pet Partners Employer, LLC (7531), Independent Pet Partners Intermediate Holdings, LLC (8793), IPP - Stores, LLC (6147), IPP Stores Employer, LLC (0847), Especially For Pets, LLC (6801), Pet Life, LLC (3420), Whole Pet Central, LLC (7833), Natural Pawz, LLC (5615), and Pet Source, LLC (1905). The corporate headquarters and the mailing address for the Debtors is 8450 City Centre Dr., Woodbury, MN 55125.

Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Combined Disclosure Statement and Plan.

NEW GREAT MARKETPLACE RATES!
Scan QR Code for Current Specials

