**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF**
**POTTER ANDERSON & CORROON LLP FOR COMPENSATION**
**FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS**
**DELAWARE COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION**
**FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | | |
|---|---|---|
| Name of Applicant: | **Potter Anderson & Corroon LLP** | |
| Applicant's Role in Case: | **Delaware Counsel to Voyager Digital Holdings, *et al.*** | |
| Date Order of Employment Signed: | **January 24, 2023 [Docket No. 904]** | |
| Time period covered by this statement: | **Beginning of Period** | **End of Period[2]** |
| | **April 1, 2023** | **April 30, 2023** |
| **Summary of Total Fees and Expenses Requested:** | | |
| Total fees requested in this statement: | **$28,680.00** **(80% of $35,850.00)** | |
| Total expenses requested in this statement: | **$71.30** | |
| Total fees and expenses requested in this statement: | **$35,921.30** | |
| This is a(n): ___X___ Monthly Application ___ Interim Application ___ Final Application | | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] This statement consists of fees and expenses incurred from April 1, 2023 through April 30, 2023.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Potter Anderson & Corroon LLP as Delaware Counsel for the Debtors Effective as of November 30, 2022,* dated January 24, 2023 [Docket No. 904], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Potter Anderson & Corroon LLP ("Potter Anderson"), Delaware counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Fourth Monthly Fee Statement of Potter Anderson & Corroon LLP for Compensation for Services and Reimbursement of Expenses as Delaware Counsel to the Debtors for the Period from April 1, 2023 Through April 30, 2023* (this "Fee Statement").[3]  Specifically, Potter Anderson seeks (i) interim allowance of $35,850.00 for the reasonable compensation for actual, necessary legal services that Potter Anderson rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $28,680.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Potter Anderson incurred in connection with such services during the Fee Period (*i.e.*, $35,850.00); (iii) allowance and payment of $71.30 for the actual, necessary expenses that Potter Anderson incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Potter Anderson partners, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Potter

---

[3]    The period from April 1, 2023, through and including April 30, 2023, is referred to herein as the "Fee Period."

Anderson established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, Potter Anderson incurred $35,850.00 in fees during the Fee Period.  Pursuant to this Fee Statement, Potter Anderson seeks reimbursement for 80% of such fees (i.e., $28,680.00 in the aggregate).

2.      Attached hereto as **Exhibit B** is a schedule of Potter Anderson professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $589.12.[4]  The blended hourly billing rate of all paraprofessionals is $350.00.[5]

3.      Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Potter Anderson is seeking payment in this Fee Statement.  All of these disbursements comprise the requested sum for Potter Anderson's out-of-pocket expenses, which total $71.30

4.      Attached hereto as **Exhibit D** are the time records of Potter Anderson, which provide a daily summary of the time spent by each Potter Anderson professional during the Fee Period as well as an itemization of expenses by project category.

### Notice

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  A copy of this Fee Statement is also available on the website of the

---

[4]    The blended hourly billing rate of $589.12 for attorneys is derived by dividing the total fees for attorneys of $29,515.00 by the total hours of 50.10 for those same attorneys.

[5]    The blended hourly billing rate of $350.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $6,335.00 by the total hours of 18.10 for these same paraprofessionals.

Debtors' solicitation agent at https://cases.stretto.com/Voyager.  The Debtors submit that no other or further notice be given.

WHEREFORE, Potter Anderson, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $35,850.00 for the reasonable and necessary legal services that Potter Anderson rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $28,680.00, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Potter Anderson rendered to the Debtors (i.e., $35,850.00); and (iii) allowance and payment of $71.30 for the actual and necessary expenses that Potter Anderson incurred in connection with such services during the Fee Period.

| | |
|---|---|
| Dated: May 26, 2023<br>Wilmington, Delaware | */s/ Christopher M. Samis*<br>**POTTER ANDERSON & CORROON LLP**<br>Christopher M. Samis<br>Aaron H. Stulman<br>Sameen Rizvi<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone:    (302) 984-6000<br>Facsimile:    (302) 658-1192<br>Email:    csamis@potteranderson.com<br>astulman@potteranderson.com<br>srizvi@potteranderson.com<br><br>*Delaware Counsel to the Debtors and Debtors in Possession* |

## Exhibit A

**Statement of Fees and Expenses By Project Category**

| PROJECT CATEGORY PROJECT DESCRIPTION | | HOURS | FEES ($) | EXPENSES ($) | TOTAL AMOUNT OF FEES AND EXPENSES ($) |
|---|---|---|---|---|---|
| AP | Litigation/Adversary Proceedings | 9.60 | 6,769.00 | 0.00 | 6,769.00 |
| BO | Business Operations | 0.10 | 35.00 | 0.00 | 35.00 |
| CA | Case Administration | 18.10 | 9,363.00 | 0.00 | 9,363.00 |
| CH | Court Appearances/Communications/ Hearings | 2.70 | 1,665.50 | 0.00 | 1,665.50 |
| CR | Financing/Cash Collateral/DIP | 0.40 | 327.00 | 0.00 | 327.00 |
| EA | Employment Applications/Objections | 1.40 | 1,211.00 | 0.00 | 1,211.00 |
| FA | Fee Applications/Objections | 34.30 | 15,147.00 | 0.00 | 15,147.00 |
| PL | Plan and Disclosure Statement | 0.70 | 605.50 | 0.00 | 605.50 |
| SA | Asset Disposition/Use, Sale | 0.90 | 727.00 | 0.00 | 727.00 |
| E112 | Expenses | 0.00 | 0.00 | 71.30 | 71.300 |
| | | | | | |
| **Totals** | | **68.20** | **$35,850.00** | **$ 71.30** | **$35,921.30** |

**Exhibit B**

**Attorneys' and Paraprofessionals' Information**

The Potter Anderson attorneys who rendered professional services in these cases during the Fee Period are:

| ATTORNEY | POSITION WITH THE APPLICANT | YEAR ADMITTED | DEPARTMENT | HOURLY BILLING RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|---|---|---|
| Christopher M. Samis | Partner | 2006 | General Litigation/Bankruptcy | 865.00 | 9.70 | 8,390.50 |
| John A. Sensing | Partner | 2004 | General Litigation | 785.00 | 1.40 | 1,099.00 |
| Aaron H. Stulman | Partner | 2012 | General Litigation/Bankruptcy | 675.00 | 9.70 | 6,547.50 |
| Sameen Rizvi | Associate | 2022 | General Litigation/Bankruptcy | 460.00 | 29.30 | 13,478.00 |
| | | | | | | |
| **TOTALS FOR ATTORNEYS** | | | | | **50.10** | **$29,515.00** |

The paraprofessionals of Potter Anderson who rendered professional services in these cases during the Fee Period are:

| PARAPROFESSIONAL | POSITION WITH THE APPLICANT | NUMBER OF YEARS IN THAT POSITION | DEPARTMENT | HOURLY BILLING RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|---|---|---|
| Melissa L. Romano | Paralegal | 19 | General Litigation | 350.00 | 18.10 | 6,335.00 |
| | | | | | | |
| **TOTALS FOR PARAPROFESSIONALS** | | | | | **18.10** | **$6,335.00** |

**TOTAL FEES REQUESTED FOR ATTORNEYS AND PARAPROFESSIONALS**          **$35,850.00**

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense Category | Amount ($) |
|---|---:|
|  |  |
| Miscellaneous Court Fees – CourtSolutions –Hearing Attendance | $70.00 |
| Other – Pacer Electronic Docket Search | $1.30 |
| **Total** | **$ 71.30** |

## Exhibit D

**Detailed Description of Time Records and Expenses**



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

|  |  |
|---|---|
| | May 9, 2023 |
| | Bill Number    293570 |
| Voyager Digital Ltd. | File Number    22731.00001 |
| Attn: Stephen Ehrlich | |
| 33 Irving Pl | |
| New York, NY  10003 | |

Email: sehrlich@investvoyager.com

For legal services rendered as more fully set forth in the attached statement.

| | |
|---|---|
| Legal Services | $35,850.00 |
| Disbursements | $71.30 |
| Bill Total | $35,921.30 |

| | |
|---|---|
| Previous Balance | $89,013.80 |
| **Grand Total Due** | **$124,935.10** |

**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
| | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | 22731-00001 |



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

May 9, 2023
Bill Number    293570
File Number    22731.00001

Voyager Digital Ltd.
Attn: Stephen Ehrlich
33 Irving Pl
New York, NY  10003

RE: FTX Trading, Ltd.

Through April 30, 2023

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| **Litigation/Adversary Proceedings** | | | | | |
| 04/03/23 | AHSA | Litigation/Adversary Proceedings Correspondence with Kirkland re: motion to dismiss and brief (.1); correspondence with J. Sensing and S. Rizvi re: same (.2); | 0.30 Hrs | 675/hr | $202.50 |
| 04/03/23 | SR | Litigation/Adversary Proceedings Draft motion to dismiss FTX amended complaint | 1.60 Hrs | 460/hr | $736.00 |
| 04/03/23 | CMS | Litigation/Adversary Proceedings Review/revise motion to dismiss counts I, II, and V. | 2.20 Hrs | 865/hr | $1,903.00 |
| 04/04/23 | CMS | Litigation/Adversary Proceedings Review designations/counter designations in examiner appeal. | 0.30 Hrs | 865/hr | $259.50 |
| 04/04/23 | CMS | Litigation/Adversary Proceedings Review DIG revised proposed order and payoff agreement. | 0.60 Hrs | 865/hr | $519.00 |
| 04/06/23 | AHSA | Litigation/Adversary Proceedings Review/revise motion to dismiss (.3); review/revise brief in support (1.1); correspondence with PAC team and Kirkland re: same (.2). | 1.60 Hrs | 675/hr | $1,080.00 |
| 04/07/23 | AHSA | Litigation/Adversary Proceedings Draft/revise stipulation to extend and proposed order (.7); correspondence with Kirkland re: same (.2); correspondence with debtors and Kirkland re: stipulation (.2); | 1.10 Hrs | 675/hr | $742.50 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 04/07/23 | CMS | Litigation/Adversary Proceedings<br>Review Bankman-Fried reply in support of motion for relief from stay for advancement. | 0.80 Hrs | 865/hr | $692.00 |
| 04/09/23 | AHSA | Litigation/Adversary Proceedings<br>Correspondence with co-counsel and debtors re: stipulation/order; | 0.20 Hrs | 675/hr | $135.00 |
| 04/10/23 | AHSA | Litigation/Adversary Proceedings<br>Correspondence with debtors re: notice of rescheduled pretrial (.1); review same (.1); correspondence with Kirkland re: same (.1); correspondence with debtors and Kirkland re: mediation; | 0.30 Hrs | 675/hr | $202.50 |
| 04/17/23 | AHSA | Litigation/Adversary Proceedings<br>Correspondence with S. Rizvi re: response deadline extension/critical dates (.1); correspondence with debtors and Kirkland re: mediation (.1); | 0.20 Hrs | 675/hr | $135.00 |
| 04/17/23 | SR | Litigation/Adversary Proceedings<br>Emails with A Stulman re answer deadline in Voyager/FTX adversary matter (.1); emails with M Romano re same (.1). | 0.20 Hrs | 460/hr | $92.00 |
| 04/17/23 | MLR | Litigation/Adversary Proceedings<br>Review emails re: extension of answer deadline and pre-trial conference and update critical dates re: same re: FTX v. Voyager adversary | 0.20 Hrs | 350/hr | $70.00 |
| | | **Total AP Litigation/Adversary Proceedings** | **9.60** | | **$6,769.00** |

### Business Operations

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 04/18/23 | MLR | Business Operations<br>Download monthly operating report for March 2023 | 0.10 Hrs | 350/hr | $35.00 |
| | | **Total BO Business Operations** | **0.10** | | **$35.00** |

### Case Administration

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 04/03/23 | SR | Case Administration<br>Review pleadings for the week of 3/27. | 1.50 Hrs | 460/hr | $690.00 |
| 04/03/23 | JASA | Case Administration<br>Review/revise motion to dismiss brief; emails with A. Stulman re: same. | 1.20 Hrs | 785/hr | $942.00 |
| 04/05/23 | SR | Case Administration<br>Continue review of pleadings for the week of 3/27. | 2.50 Hrs | 460/hr | $1,150.00 |
| 04/06/23 | CMS | Case Administration<br>Review and update critical dates. | 0.20 Hrs | 865/hr | $173.00 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/07/23 | JASA | Case Administration<br>Emails re: extension stipulation; review draft extension stipulation. | 0.20 Hrs | 785/hr | $157.00 |
| 04/07/23 | SR | Case Administration<br>Revise summary re pleadings for week of 3/27 (.5); emails with C Samis and A Stulman re same (.1). | 0.60 Hrs | 460/hr | $276.00 |
| 04/09/23 | SR | Case Administration<br>Review pleadings for the week of 4/3. | 0.80 Hrs | 460/hr | $368.00 |
| 04/10/23 | AHSA | Case Administration<br>Review filings summary for week of 3/27; | 0.20 Hrs | 675/hr | $135.00 |
| 04/11/23 | SR | Case Administration<br>Review agenda re 4/12 hearing. | 0.10 Hrs | 460/hr | $46.00 |
| 04/11/23 | SR | Case Administration<br>Review pleadings for the week of 4/3 (1.9); prepare summary re same (.5). | 2.40 Hrs | 460/hr | $1,104.00 |
| 04/12/23 | AHSA | Case Administration<br>Review/analyze weekly summaries; | 0.20 Hrs | 675/hr | $135.00 |
| 04/12/23 | SR | Case Administration<br>Review revised agenda re 4/12 hearing (.2); review further amended agenda re same (.1). | 0.30 Hrs | 460/hr | $138.00 |
| 04/12/23 | SR | Case Administration<br>Review/analyze pleadings for week of 4/9. | 0.80 Hrs | 460/hr | $368.00 |
| 04/12/23 | SR | Case Administration<br>Prepare/revise summary re pleadings for the week of 4/3 (.3); emails with A Stulman and C Samis re same (.1). | 0.40 Hrs | 460/hr | $184.00 |
| 04/14/23 | SR | Case Administration<br>Continue review/analyze of pleadings for week of 4/9. | 0.30 Hrs | 460/hr | $138.00 |
| 04/17/23 | SR | Case Administration<br>Review/analyze pleadings for the week of 4/10 (1.3); prepare summary re same (.4); emails with C Samis and A Stulman re same (.1). | 1.80 Hrs | 460/hr | $828.00 |
| 04/21/23 | SR | Case Administration<br>Review/analyze pleadings for the week of 4/17. | 0.30 Hrs | 460/hr | $138.00 |
| 04/21/23 | AHSA | Case Administration<br>Review/analyze weekly filing summary; | 0.20 Hrs | 675/hr | $135.00 |
| 04/21/23 | CMS | Case Administration<br>Review Joint Motion of the Debtors and Committee for Movants to Redact or Withhold Certain Confidential Information of Customers, etc. | 1.00 Hrs | 865/hr | $865.00 |
| 04/24/23 | SR | Case Administration<br>Review/analyze pleadings for the week of 4/17. | 1.40 Hrs | 460/hr | $644.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/25/23 | MLR | Case Administration<br>Update critical dates for FTX Trading bankruptcy | 0.10 Hrs | 350/hr | $35.00 |
| 04/25/23 | SR | Case Administration<br>Review pleadings for the week of 4/17 (.8); prepare summary re same (.4); emails with A Stulman & C Samis re same (.1). | 1.40 Hrs | 460/hr | $644.00 |
| 04/25/23 | MLR | Case Administration<br>Download and circulate notice of hearing re: PAC's first interim fee application, interim fee application and agenda for 4/26/23 | 0.10 Hrs | 350/hr | $35.00 |
| 04/27/23 | MLR | Case Administration<br>Download and circulate notice of proposed sale re: Race Capital and KEIP motion in FTX Trading matter | 0.10 Hrs | 350/hr | $35.00 |
| | | **Total CA Case Administration** | **18.10** | | **$9,363.00** |

**Court Appearances/Communications/Hearings**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/10/23 | MLR | Court Appearances/Communications/Hearings<br>Download and circulate agenda for 4/12/23 hearing | 0.10 Hrs | 350/hr | $35.00 |
| 04/11/23 | MLR | Court Appearances/Communications/Hearings<br>Register S. Rizvi and A. Stulman for 4/12/23 hearing in FTX Trading | 0.10 Hrs | 350/hr | $35.00 |
| 04/11/23 | CMS | Court Appearances/Communications/Hearings<br>Meet w/ A. Stulman re: pretrial conference status and 4/12/23 hearing coverage. | 0.20 Hrs | 865/hr | $173.00 |
| 04/12/23 | MLR | Court Appearances/Communications/Hearings<br>Download and circulate amended agenda for 4/12/23 in FTX Trading | 0.10 Hrs | 350/hr | $35.00 |
| 04/12/23 | MLR | Court Appearances/Communications/Hearings<br>Download and circulate second amended agenda for 4/12/23 in FTX Trading | 0.10 Hrs | 350/hr | $35.00 |
| 04/12/23 | AHSA | Court Appearances/Communications/Hearings<br>Correspondence with M. Romano re: hearing/prep (.1); correspondence with S. Rizvi re: same (.1); review amended agenda (.1); attend hearing (1.6); | 1.90 Hrs | 675/hr | $1,282.50 |
| 04/18/23 | MLR | Court Appearances/Communications/Hearings<br>Download and circulate notice of | 0.10 Hrs | 350/hr | $35.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | cancellation of 4/19/23 hearing | | | |
| 04/18/23 | MLR | Court Appearances/Communications/Hearings Download and circulate agenda for 4/19/23 hearing | 0.10 Hrs | 350/hr | $35.00 |
| | | **Total CH Court Appearances/Communications/Hearings** | **2.70** | | **$1,665.50** |

### Financing/Cash Collateral/DIP

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/04/23 | CMS | Financing/Cash Collateral/DIP E-mail to N. Adima re: budget inquiry. | 0.10 Hrs | 865/hr | $86.50 |
| 04/04/23 | AHSA | Financing/Cash Collateral/DIP Correspondence with Kirkland and C. Samis re: budget; | 0.10 Hrs | 675/hr | $67.50 |
| 04/20/23 | CMS | Financing/Cash Collateral/DIP E-mails to N. Adzima to K. More re: budget update. | 0.20 Hrs | 865/hr | $173.00 |
| | | **Total CR Financing/Cash Collateral/DIP** | **0.40** | | **$327.00** |

### Employee Benefits/Pensions

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/27/23 | CMS | Employee Benefits/Pensions Review KEIP motion. | 1.40 Hrs | 865/hr | $1,211.00 |
| | | **Total EB Employee Benefits/Pensions** | **1.40** | | **$1,211.00** |

### Fee Applications/Objections

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/07/23 | CMS | Fee Applications/Objections Review/revise March 2023 PAC bill pro forma for compliance with Local Rules. | 1.10 Hrs | 865/hr | $951.50 |
| 04/10/23 | AHSA | Fee Applications/Objections Review/revise February and March monthly bill memos for compliance with local rules; | 1.10 Hrs | 675/hr | $742.50 |
| 04/13/23 | MLR | Fee Applications/Objections Review PAC invoice for Febuary 1, 2023 through March 31, 2023 for compliance with local rules; finalize same in preparation for drafting monthly fee application | 0.80 Hrs | 350/hr | $280.00 |
| 04/13/23 | MLR | Fee Applications/Objections Work with accounting re: LEDES file for first monthly fee statement; send same to fee examiner | 0.20 Hrs | 350/hr | $70.00 |
| 04/14/23 | AHSA | Fee Applications/Objections Correspondence with fee examiner re: fee apps (.1); correspondence with PAC team re: same (.1); review/analyze PAC monthly | 0.30 Hrs | 675/hr | $202.50 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | fee app (.1); | | | |
| 04/14/23 | MLR | Fee Applications/Objections<br>Review email from A. Stulman re: fee examiner appointment and LEDES files | 0.10 Hrs | 350/hr | $35.00 |
| 04/14/23 | MLR | Fee Applications/Objections<br>Draft PAC's second monthly fee application for Febuary 1, 2023 through March 31, 2023; send to S. Rizvi | 1.70 Hrs | 350/hr | $595.00 |
| 04/14/23 | MLR | Fee Applications/Objections<br>Upate fee application worksheet | 0.30 Hrs | 350/hr | $105.00 |
| 04/14/23 | SR | Fee Applications/Objections<br>Review/revise PAC second combined monthly fee application (.6); emails with M Romano and A Stulman re same (.1). | 0.70 Hrs | 460/hr | $322.00 |
| 04/14/23 | MLR | Fee Applications/Objections<br>Email with S. Rizvi re: second monthly fee application; revise same | 0.20 Hrs | 350/hr | $70.00 |
| 04/14/23 | CMS | Fee Applications/Objections<br>E-mail to K. More re: finalizing March 2023 fee application. | 0.10 Hrs | 865/hr | $86.50 |
| 04/17/23 | SR | Fee Applications/Objections<br>Call with M Romano re Potter's monthly fee applications and first interim fee application (.3); emails with M Romano re same (.1); emails with fee examiner re LEDES files for same (.2). | 0.70 Hrs | 460/hr | $322.00 |
| 04/17/23 | SR | Fee Applications/Objections<br>Review interim comp order and PAC retention order re interim fee application (x2)(.5); emails with A Stulman and M Romano re PAC first interim fee application (.2); emails with N Adzima re same (.1) | 0.80 Hrs | 460/hr | $368.00 |
| 04/17/23 | AHSA | Fee Applications/Objections<br>Correspondence with S. Rizvi and co-counsel re: interim fee app (.1); review interim comp order (.1); call with C. Samis re: same (.2); | 0.40 Hrs | 675/hr | $270.00 |
| 04/17/23 | MLR | Fee Applications/Objections<br>Multiple emails with fee examiner and S. Rizvi re: interim fee application | 0.30 Hrs | 350/hr | $105.00 |
| 04/18/23 | MLR | Fee Applications/Objections<br>Confer with S. Rizvi re: second monthly fee application and interim/quarterly fee request | 0.10 Hrs | 350/hr | $35.00 |
| 04/18/23 | MLR | Fee Applications/Objections<br>Review, revise and update PAC's second monthly fee application; sent to S. Rizvi | 0.90 Hrs | 350/hr | $315.00 |
| 04/18/23 | SR | Fee Applications/Objections | 0.80 Hrs | 460/hr | $368.00 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | Review/revise PAC second monthly fee application for February 2023 (.5); emails with M Romano re same (.1); emails with A Stulman and M Romano re same (.1); emails with Kirkland re same (.1). | | | |
| 04/18/23 | AHSA | Fee Applications/Objections Correspondence with S. Rizvi re: monthly fee app; | 0.10 Hrs | 675/hr | $67.50 |
| 04/19/23 | SR | Fee Applications/Objections Further review/revise PAC second monthly fee application for February 2023 (.3); emails with A Stulman and M Romano re same (.1); emails with Kirkland re same (.1); emails with M Romano, L Jones and M Newsom re PAC first interim fee application (.1); | 0.70 Hrs | 460/hr | $322.00 |
| 04/19/23 | SR | Fee Applications/Objections Confer with M Romano re Potter's first interim fee application. | 0.20 Hrs | 460/hr | $92.00 |
| 04/19/23 | MLR | Fee Applications/Objections Draft PAC's first interim fee application for November 30, 2022 through February 28, 2023 | 5.30 Hrs | 350/hr | $1,855.00 |
| 04/20/23 | SR | Fee Applications/Objections Emails with N Adzima, C Samis, A Stulman and otheres re Potter's second monthly fee application. | 0.20 Hrs | 460/hr | $92.00 |
| 04/20/23 | AHSA | Fee Applications/Objections Call with S. Rizvi re: monthly/interim fee apps (.2); correspondence with S. Rizvi and Kirkland re: same (.1); | 0.30 Hrs | 675/hr | $202.50 |
| 04/20/23 | SR | Fee Applications/Objections Revise Potter's first interim fee application (3.3); emails with M Romano and A Stulman re same (.1); emails with N Adzima, A Stulman and C Samis; re Potter's second monthly fee application (.1); review docket re same (.1) | 3.80 Hrs | 460/hr | $1,748.00 |
| 04/20/23 | MLR | Fee Applications/Objections Continue drafting PAC's first interim fee application for November 30, 2022 through February 28, 2023; send draft to S. Rizvi and A. Stulman | 2.20 Hrs | 350/hr | $770.00 |
| 04/20/23 | MLR | Fee Applications/Objections Confer with S. Rizvi re:  PAC's  draft first interim fee application for November 30, 2022 through February 28, 2023 | 0.20 Hrs | 350/hr | $70.00 |
| 04/21/23 | SR | Fee Applications/Objections Revise Potter's first interim fee application | 2.50 Hrs | 460/hr | $1,150.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | (2.4); emails with A Stulman and M Romano re same (.1). | | | |
| 04/21/23 | MLR | Fee Applications/Objections Review, revise and update draft first interim fee application for PAC for November 30, 2022 through February 28, 2023 | 2.50 Hrs | 350/hr | $875.00 |
| 04/21/23 | AHSA | Fee Applications/Objections Correspondence with S. Rizvi and M. Romano re: interim fee app; | 0.20 Hrs | 675/hr | $135.00 |
| 04/23/23 | AHSA | Fee Applications/Objections Review/revise interim fee app (.4); correspondence with S. Rizvi and M. Romano re: same (.1); | 0.50 Hrs | 675/hr | $337.50 |
| 04/24/23 | SR | Fee Applications/Objections Revise Potter's first interim fee application (x2)(1.5); emails with A Stulman and M Romano re same (.1); calls with N Adzima re same (x2) (.4); finalize same for filing (.3). | 2.30 Hrs | 460/hr | $1,058.00 |
| 04/24/23 | MLR | Fee Applications/Objections Review and update draft PAC's first interim fee application for November 30, 2022 through February 28, 2023 | 0.50 Hrs | 350/hr | $175.00 |
| 04/24/23 | MLR | Fee Applications/Objections Prepare and organize exhibits to PAC's first interim fee application; send to S. Rizvi | 0.50 Hrs | 350/hr | $175.00 |
| 04/24/23 | AHSA | Fee Applications/Objections Correspondence with S. Rizvi and M. Romano re: interim fee app (.1); review same for filing (.2); correspondence with Kirkland and S. Rizvi re: same (.2); | 0.50 Hrs | 675/hr | $337.50 |
| 04/24/23 | MLR | Fee Applications/Objections Further revise and update draft PAC's first interim fee application; emails with S. Rizvi re: same | 0.60 Hrs | 350/hr | $210.00 |
| 04/24/23 | MLR | Fee Applications/Objections Telephone call with S. Rizvie re: PAC's first interim fee application | 0.10 Hrs | 350/hr | $35.00 |
| 04/24/23 | MLR | Fee Applications/Objections Emails with A. Stulman and S. Rizvi re: LEDES files for fee examiner | 0.10 Hrs | 350/hr | $35.00 |
| 04/25/23 | SR | Fee Applications/Objections Review as-filed first interim fee application and related hearing notice. | 0.20 Hrs | 460/hr | $92.00 |
| 04/25/23 | MLR | Fee Applications/Objections Draft and send email to fee examiner re: PAC's first interim fee application and | 0.20 Hrs | 350/hr | $70.00 |

Voyager Digital Ltd.
Re FTX Trading, Ltd.

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| | | LEDES files for same | | | |
| | | **Total FA Fee Applications/Objections** | **34.30** | | **$15,147.00** |

**Plan and Disclosure Statement**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/05/23 | CMS | Plan and Disclosure Statement Review Committee statement on exclusivity. | 0.30 Hrs | 865/hr | $259.50 |
| 04/11/23 | CMS | Plan and Disclosure Statement Review Debtors' response to committee statement on exclusivity. | 0.40 Hrs | 865/hr | $346.00 |
| | | **Total PL Plan and Disclosure Statement** | **0.70** | | **$605.50** |

**Asset Disposition/Use, Sale**

| Date | Atty | Description | Time | Rate | Value |
|------|------|-------------|------|------|-------|
| 04/17/23 | CMS | Asset Disposition/Use, Sale Review VY partnership interest asset sale notice. | 0.30 Hrs | 865/hr | $259.50 |
| 04/26/23 | MLR | Asset Disposition/Use, Sale Download and circulate notice of successful bidder re: Ledger X in FTX Trading bankruptcy | 0.10 Hrs | 350/hr | $35.00 |
| 04/26/23 | CMS | Asset Disposition/Use, Sale Review notice of successful bidder for LedgerX business. | 0.20 Hrs | 865/hr | $173.00 |
| 04/26/23 | CMS | Asset Disposition/Use, Sale Review motion to seal certain LedgerX schedules. | 0.30 Hrs | 865/hr | $259.50 |
| | | **Total SA Asset Disposition/Use, Sale** | **0.90** | | **$727.00** |
| | | **Total** | | | **$35,850.00** |

LEGAL SERVICES SUMMARY

| | Time | Rate | Value |
|---|------|------|-------|
| Christopher M. Samis | 9.70 Hrs | 865.00/hr | $8,390.50 |
| John A. Sensing | 1.40 Hrs | 785.00/hr | $1,099.00 |
| Aaron H. Stulman | 9.70 Hrs | 675.00/hr | $6,547.50 |
| Sameen Rizvi | 29.30 Hrs | 460.00/hr | $13,478.00 |
| Melissa L. Romano | 18.10 Hrs | 350.00/hr | $6,335.00 |
| | 68.20 Hrs | | $35,850.00 |

CMS

Voyager Digital Ltd.
Re FTX Trading, Ltd.

DISBURSEMENTS

Through May 3, 2023

**E112 - Court Fees**

| 1455 | Misc. Court costs | 70.00 | |
|------|-------------------|-------|--------|
| | | | $70.00 |

**E124 - Other**

| 1464 | Pacer Electronic Filings | 0.20 | |
|------|--------------------------|------|-------|
| 1464 | Pacer Electronic Filings | 1.10 | |
| | | | $1.30 |

| | Total Disbursements | $71.30 |
|--|---------------------|--------|

| | Total Due This Bill | $35,921.30 |
|--|---------------------|------------|

PREVIOUS BILLS OUTSTANDING

| Invoice # | Invoice Date | Invoice Amount |
|-----------|--------------|----------------|
| 291584 | 03/02/23 | 19,283.70 |
| 292914 | 04/18/23 | 9,056.60 |
| 293349 | 04/25/23 | 60,673.50 |

| | **GRAND TOTAL DUE** | **$124,935.10** |
|--|---------------------|-----------------|

CMS