UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Kyle Jordan Timco
8808 Tamarack Drive
Utica Michigan, 48317
586-457-2071
kylejordantimco@gmail.com

In re

VOYAGER DIGITAL HOLDINGS, INC., et al.' Debtors.
Chapter 1
Case No. 22-10943 (MEW) (Jointly Administered)
CLASS 3 HOLDERS OF ACCOUNT HOLDER CLAIMS

MOTION TO COMPEL & Exhibits

Hello. I received a notice of entry for approving liquidation procedures and a corrected.
amended order from Voyager & Stretto through email. It says that I have seven days to file an objection to any motion filed by the administrator of this case. I filed a FOIA request with the Federal Reserve for the records offal financial records with Voyager and Circle since they consistently deny me access to these records. Included in this statement will show my Certified.
Mail receipt to the Board of the Governors at the Federal Reserve along with the FOIA letter
Also included will be my bank statements that show transactions with circle, and a disputed charge with circle that to the best of my recollection was wrongfully charged to my account.
Again, both Circle and Voyager are refusing to release the records to me, so 7 days to appeal a decision does not make any sense, because I still do not know what I am appealing. Circle was.
bought by Voyager, yet Voyager refuses to provide me with the records or claims they do not exist. These documents prove that I at least had an account with Circle, which is now Voyager, and that more complete records should be sent to me shortly. I ask you to compel them to
produce the records to save time and resources, and to avoid having to involve others in this matter.

Kyle Timco

Exhibits A : Certified Mail Receipt to Federal Reserve
Exhibits B : Certified & Notarized FOIA to Federal Reserve
Exhibits C : Record Request to Voyager & Stretto
Exhibits D : 5 Bank of America Documents showing Circle
Transactions and disputes.

*Kyle Timco*
*[signature]*
06/01/23

MICHIGAN NOTARY ACKNOWLEDGMET THE STATE OF MICHIGAN

COUNTY of Macomb

Acknowledged before me in Macomb County, Michigan, on 6/1/23
(The date), by Kyle Timco (name of signatory).

Notary Public Signature _____
Print Duraid Jamoua
Title Branch Mgr

My commission expires: 07/29/24
Acting in the County of Macomb

DURAID JAMOUA
NOTARY PUBLIC - MICHIGAN
MACOMB COUNTY
MY COMMISSION EXPIRES 07/29/2024
ACTING IN Macomb COUNTY



```
Total                                      $4.78
First-Class Mail®      1                   $0.63
Letter
    Washington, DC 20551
    Weight: 0 lb 0.70 oz
    Estimated Delivery Date
        Mon 05/01/2023
Certified Mail®                            $4.15
    Tracking #:
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee   $4.15
$                    $0.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.63
$

Total Postage and Fees
$        $4.78

Postmark Here — SHELBY TWP 48317-9992  0933  59  APR 27 2023  U.S.P.S.

04/27/2023  office of secretary

Sent To: Board of Governors of the Federal Reserve
Street and Apt. No., or PO Box No.: 2001 C Street NW
City, State, ZIP+4®: Washington DC 20551

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Kyle Timco
8808 Tamarack Drive
Shelby Township
Michigan 48317
586-457-2071

Board of Governors of the Federal Reserve System
Attention: Office of the Secretary
2001 C Street NW
Washington, DC 20551

Under FOIA pursuant to 5 U.S. Code § 552 - Public information; agency rules, opinions, orders, records, and proceedings, I am requesting the following financial records for companies:

Voyager
Voyager inc.
VOYAGER
VOYAGER INC
Circle
Circle inc.
CIRCLE
CIRCLE INC

If there are any different variation of spelling for these two companies listed above or my name, please be mindful and add them to this request. These companies are digital wallets for cryptocurrency and fiat currency.

MICHIGAN NOTARY ACKNOWLEDGMENT

Signed by Kyle Timco
04/27/2023

THE STATE OF MICHIGAN

COUNTY of _Macomb_

Acknowledged before me in _Macomb_ County, Michigan, on _04/27/2023_
(The date), by _Kyle J. Timco_ (name of signatory).

Notary Public Signature
Print _John Pierfelice_
Title _Banker_

My commission expires: _02/14/2027_
Acting in the County of _Macomb_

John Pierfelice
NOTARY PUBLIC - STATE OF MICHIGAN
Macomb County
My Commission Expires 02/14/2027
Acting in the County of _Macomb_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Kyle Jordan Timco
8808 Tamarack Drive
Utica Michigan, 48317

In re:

VOYAGER DIGITAL HOLDINGS, INC., et al.' Debtors.
Chapter 1
Case No. 22-10943 (MEW) (Jointly Administered)
CLASS 3 HOLDERS OF ACCOUNT HOLDER CLAIMS

    Here are the documents that I prove I had an account with circle, again I ask you to provide me the records so that I can make the proper decision in this matter.

Kyle Timco
05/23/2023



**Bank of America**

Dispute Resolution Services PO Box 53137 Phoenix AZ 85072

October 23, 2018

Bank of America

Written Statement of Unauthorized ACH Debit

Account/Transaction Information

Name: KYLE TIMCO

Account number ending in: 4472

Claim Number: 181013100680

| Merchant Name | Amount | Posting Date |
|---|---|---|
| CIRCLE INTERNET DES:CIRCLE ID:20FD38700032154 INDN:KYLE TIMCO CO ID:6463394676 WEB | $75.00 | October 12, 2018 |

I (the undersigned) hereby attest that (i) I am authorized to act on this account (ii) have reviewed the circumstances of the above electronic (ACH) debit to my account, (iii) the debit was not authorized, and (iv) the following, to the best of my ability to identify, is the reason for this conclusion (check only 1 reason below): Please note: Checking more than one option could result in this written statement being invalid.

_____I did not authorize the party listed above to debit my account.

_____I authorized the merchant to originate one or more ACH debit entry(ies) to my account, however on _____ (mm/dd/yyyy) I notified the merchant that I revoked the authorization.
  • Please provide a copy of the merchant's cancellation policy
  • Please provide proof of written cancellation or a cancellation number_____

_____My account was debited before the date I authorized. The date I authorized was _____

_____My account was debited for an amount different than I authorized. The amount I authorized was $_____

_____My check was improperly processed electronically. Please explain why you believe it was improper:_____

_____Other (must specify):_____



181013100680 ACHWSUPP 75.00 Page1of2

Page 1 of 2

# Bank of America

**Your checking account** 

KYLE TIMCO | | September 20, 2018 to October 22, 2018

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 09/21/18 | BKOFAMERICA ATM 09/2█████████OSIT 23 MILE/SCHOENHE   SHELBY TOWNSH MI | 100.00 |
| 09/24/18 | BKOFAMERICA ATM 09/█████████EPOSIT 23 MILE/SCHOENHE   SHELBY TOWNSH MI | 19.00 |
| 09/24/18 | BKOFAMERICA ATM 09/█████████OSIT 23 MILE/SCHOENHE   SHELBY TOWNSH MI | 1.00 |
| 10/05/18 | BKOFAMERICA ATM 10/0█████████EPOSIT 23 MILE/SCHOENHE   SHELBY TOWNSH MI | 175.05 |
| 10/09/18 | Zelle Transfer Conf# 0E3T270T1█████████ | 90.00 |
| 10/10/18 | Zelle Transfer Conf# 0E3V290M4; █████████ | 95.00 |
| 10/10/18 | Zelle Transfer Conf# 0E3V28JWW; █████████ | 90.00 |
| 10/11/18 | BKOFAMERICA ATM 10/11 #000009634 DEPOSIT 16 MILE/DEQUINDR   STERLING HEIG MI | 80.00 |
| 10/12/18 | BKOFAMERICA ATM 10/12 #000002986 DEPOSIT 23 MILE/SCHOENHE   SHELBY TOWNSH MI | 69.00 |
| 10/15/18 | BKOFAMERICA ATM 10/14 #000005635 DEPOSIT SOUTHFIELD/DIX   LINCOLN PARK  MI | 100.00 |
| 10/15/18 | Zelle Transfer Conf# XXXXXXXXX; █████████ | 87.00 |
| 10/15/18 | ACH Temporary Credit Adjustment on 10/12/18 | 75.00 |
| 10/16/18 | FEE REVERSAL | 70.00 |
| 10/18/18 | BKOFAMERICA ATM 10/18 #000002864 DEPOSIT 16 MILE/DEQUINDR   STERLING HEIG MI | 61.00 |
| 10/19/18 | BKOFAMERICA ATM 10/18 #000002991 DEPOSIT 16 MILE/DEQUINDR   STERLING HEIG MI | 83.00 |
| 10/19/18 | CIRCLE INTERNET  DES:CIRCLE       ID:9242BAXXXXXXXXXX INDN:KYLE TIMCO              CO ID:6463394676 WEB | 73.59 |

**Total deposits and other additions** $1,268.64

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 09/20/18 | CHECKCARD  0919 ARBYS SHELBY SHELBY TWP ████████████ | -5.93 |
| 09/20/18 | ██████████████████████████████████EATTLE    WA | -16.98 |

continued on the next page



What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like. Enter code **CADD** at bankofamerica.com/AdvisoryPanel to learn more and join.

LIFE / BETTER CONNECTED®

Inclusion on the Advisory Panel subject to qualifications.    SSM-04-18-0052.A | ARHKGJ65

**Bank of America**                                         Your checking account

KYLE TIMCO                               September 20, 2018 to October 22, 2018

## Withdrawals and other subtractions - continued

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 09/21/18 | Zelle Transfer Conf# | -100.00 |
| 10/11/18 | Zelle Transfer Conf# | -60.00 |
| 10/11/18 | Zelle Transfer Conf# | -100.00 |
| 10/12/18 | CIRCLE INTERNET  DES:CIRCLE    ID:20FD38700032154 INDN:KYLE TIMCO     CO ID:6463394676 WEB | -75.00 |
| 10/19/18 | COINBASE.COM/BTC                                  IDN:KYLE TIMCO     CO ID:1455293997 WEB | -80.00 |
| **Total other subtractions** | | **-$415.00** |

## Service fees

Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $175.00 | $350.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We refunded to you a total of $70.00 in fees for Overdraft and/or NSF: Returned Items this statement period and a total of $140.00 in fees for Overdraft and/or NSF: Returned Items this year.

To help avoid overdraft and returned item fees, you can set up:
  Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low
  Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions
To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.
(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

| Date | Transaction description | Amount |
|---|---|---|
| 09/24/18 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-24 | -35.00 |
| 09/24/18 | ...TRANSACTION FEE | -0.60 |
| 10/12/18 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 10-12 | -35.00 |
| 10/15/18 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 10-15 | -35.00 |

continued on the next page

**Bank of America**

Dispute Resolution Services PO Box 53137 Phoenix AZ 85072

October 23, 2018

 004876          AT1

KYLE TIMCO
8808 TAMARACK DR
SHELBY TOWNSHIP, MI 48317-1479

Amount: $75.00           Claim number: 181013100680           Account ending in: 4472

**KYLE TIMCO:**

**We still need additional information from you in order to complete our research for this claim.**

**What you need to know**

We previously sent you a communication on October 13, 2018, requesting you complete the Written Statement of Unauthorized ACH Debit form; however, we haven't received the requested information. If you resolved this matter with the merchant directly, or no longer wish to continue this dispute, please call us at the number below to withdraw your claim.

**What you need to do**

If you wish to continue this dispute, please complete, sign and return the enclosed form within five business days of receiving this letter so we may properly investigate your claim and work to recover the funds that were debited from your account. If you've already returned it via mail or online, please disregard this notice. You can fax the completed form to 877.233.8011 or mail it to:

Bank of America
ATTN: ACH Disputes
AZ9-503-01-17
PO Box 53137
Phoenix, AZ 85072



Page 1 of 2



**Bank of America**

Dispute Resolution Services PO Box 53137 Phoenix AZ 85072

October 13, 2018

004891                               AT1

KYLE TIMCO
8808 TAMARACK DR
SHELBY TOWNSHIP, MI 48317-1479

Amount: $75.00     Claim number: 181013100680     Account ending in: 4472

**KYLE TIMCO:**

We've issued a temporary credit of $75.00 while we conduct our research. The temporary credit will post to your account within the next two business days.

**We're here to help**

We appreciate the opportunity to serve your financial needs. If you have any questions, please call us at 877.337.4230. For faster service, please have your claim number, Access ID and PIN available.



BOARD OF GOVERNORS
OF THE
FEDERAL RESERVE SYSTEM
WASHINGTON, D.C. 20551

ADDRESS OFFICIAL CORRESPONDENCE
TO THE BOARD

May 23, 2023

Mr. Kyle Timco
8808 Tamarack Drive
Shelby Township, MI 48317

Re: *Freedom of Information Act Request No. FOIA-2023-00456*

Dear Mr. Timco:

This will acknowledge receipt of your correspondence dated May 3, 2023, and received by the Board's Information Disclosure Section on May 18. You request, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, you request the following financial records for companies:

> Voyager
> Voyager inc.
> VOYAGER
> VOYAGER INC
> Circle
> Circle inc.
> CIRCLE
> CIRCLE INC

> If there are any different variation of spelling for these two companies listed above or [your] name, please be mindful and add them to this request. These companies are digital wallets for cryptocurrency and fiat currency.

The Board makes every effort to fulfill requests in a timely manner; however, there may be delays in fulfilling complex requests or those that require consultation.

From: Voyager Inquiries voyagerinquiries@stretto.com
Subject: Re: Account linked to my name?
Date: Apr 26, 2023 at 2:06:15 PM
To: kylejordantimco@gmail.com

Hi Kyle,

As the Court appointed claims and noticing agent, Stretto does not have access to the Debtors' books and records, thus we cannot provide specific account information.

If you are a Voyager customer and you need technical support or help accessing your account, please submit an inquiry via the webform at https://investvoyager.zendesk.com/hc/en-us

Thank you,
The Stretto Team
On Sun, 2 Apr at 8:37 PM , Kyle Jordan <kylejordantimco@gmail.com> wrote:
[External Email]


Please just confirm if I hold an account with my actual personal & identifying information. I don't see why you guys can't answer that.

From: **Voyager Inquiries** voyagerinquiries@stretto.com
Subject: Re: [#103911]
Date: Apr 26, 2023 at 1:55:54 PM
To: kylejordantimco@gmail.com

Hello,

You have contacted Stretto, the Court appointed claims and noticing agent in the Voyager bankruptcy proceedings.
We do not have access to the Debtors' books/records and cannot access your account details.
If you need technical support or help accessing your account, please visit https://investvoyager.zendesk.com/hc/en-us

Thank you,
The Stretto Team

**From:** Kyle Jordan kylejordantimco@gmail.com
**Subject:** Re: [Circle] Re: RE: Case #00066668 – Thanks for reaching out to Circle Support
**Date:** Apr 22, 2023 at 12:19:07 AM
**To:** USDC support@circle.com

You can't withhold my financial information from me that's illegal. I'm sure you're aware of that, especially for the fact you have information such as my debit card and account number. There's no way the only way to search for an account is by email, and if I lost access to the email, then what? You get the rights to my account and information? Under foia you must provide these records, or I make seek remedy in federal court.

Sent from my iPhone

> On Apr 21, 2023, at 11:42 AM, Jason (USDC) <support@circle.com> wrote:
>
> Your request (2643866) has been updated. To continue the conversation, reply to this email.
>
> **Jason** (Circle Account)
>
> Hi,
>
> I cannot search the system via first and last name as email provides only accurate results.
>
> Please provide me with any relevant emails and I can check the status of them on the system and let you know.
>
> Jason - Circle Customer Care
>
> **kylejordantimco**

What is your physical address so I can send a real record request, since this does involve monetary information and I'm entitled to it. I also have a btc address that may be from circle. Let me know if I can provide it so you can search for it .

Sent from my iPhone

I need you to search via my first and last name. I also may not have access to these emails. I will be sending a subpoena over and a motion to compel very soon to voyager via stretto and the court.

Sent from my iPhone

On Apr 18, 2023, at 4:30 AM, Jason (USDC) <support@circle.com> wrote:

**kylejordantimco**

I need you to search via my first and last name. I also may not have access to these emails. I will be sending a subpoena over and a motion to compel very soon to voyager via stretto and the court.

Sent from my iPhone

**Jason** (Circle Account)

Hi,

We can only search our system via email address.

Please let me know if you have any email addresses you would like me to check.

Regards,

Jason - Circle Customer Care

**kylejordantimco**

The name is Kyle Timco
I don't remember all of the emails associated with the account

**Jason** (Circle Account)

Hi,

Thanks for reaching out.

I am happy to help, but I cannot find an account associated with the email address you have provided. Could you have signed up for an account with a different email address?

Please write to us directly from the email address that was used to create your Circle account. For security purposes, I can take a look into your account once we receive an email from an address associated with your

account.

Best,

Jason - Circle Customer Care

---

**Circle Hubspot Support**

Moving to ZD queue since this is EOL.

--------------- Original Message ---------------
From: noreply@circle.com [noreply@circle.com]
Sent: 4/12/2023, 12:45 PM
To: kylejordantimco@gmail.com
Subject: Case #00066668 – Thanks for reaching out to Circle Support

Hi there,

Thank you for reaching out to us.

Our internal team has received your support request:

Case Number: 00066668

Date Received: 4/12/2023

Submitted by: Kyle Timco

Someone from our team will be in touch with you shortly.

Take care,

Circle Customer Care

Beware of scams. Circle will only communicate with you from a circle.com

email address (e.g. name@circle.com).
Circle will never ask for your login credentials and will never ask for your API keys.

Circle Internet Financial, LLC (NMLS #1201441) and Circle Payments, LLC (NMLS #1415802) are licensed providers of money transmission services. Circle Payments, LLC's licensed activity is limited to fiat offerings in the state of California and is not inclusive of digital asset offerings.
Circle Internet Financial, LLC is licensed as a Money Transmitter by the New York State Department of Financial Institutions and to engage in Virtual Currency Business Activity by the New York State Department of Financial Services. Massachusetts Foreign Transmittal Agency, FT1201441.
A full list of Circle's licenses can be found here.

©Circle Internet Financial Limited. All rights reserved.
PO Box 52235, Boston, Massachusetts, 02210, United States

Don't find this email interesting or relevant? Click here to manage your preferences, or click here to unsubscribe.
You can also view our Privacy Policy.

Zendesk

[Z4R2D2-V4Q6K]