CASE 22-10943 / Voyager Digital Holdings, Inc., et al.

Voyager/Stretto/Relevant Legal Parties,

Over the last couple of years, I have invested and encouraged others to invest in your platform. I've spent thousands of dollars and hundreds of hours of research getting to the balance of assets that I was at within the platform.

Without warning, my funds were frozen at one of the lowest value points possible, and now I am being instructed that the value returned to me is estimated to be a fraction of what I had invested ($18,160.18), and Voyager platform's irresponsible spending, poor business decisions, and financial shortcomings are now becoming my financial burden.

It is criminal to withhold my funds and disburse them to areas of the business in repayment of the platform's bankruptcy proceedings, downfall to its employees, and all of the others that the platform has misguided and abused. That responsibility falls exclusively upon Voyager and its affiliates.

At minimum, I am requesting full payment of my investment ($18,160.18) or the matching assets that I had invested at the time my funds were frozen. I should have been able to extract my funds at any time I desired, as it is my investment to control. I'm certain that there is an army of others that feel a similar sentiment, and for moral principle I will continue to pursue what is rightfully mine unless my request is adhered to.

Please provide an update at your earliest convenience.

Thank you,

Angelo G. Catalano
(925) 550-3967
angelo.catalano17@yahoo.com