Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 489-7000
Facsimile: (212) 846-4900

*Special Counsel to Debtor Voyager Digital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                  :
In re:                                                            :    Chapter 11
                                                                  :
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1]                      :    Case No. 22-10943 (MEW)
                                                                  :
                                    Debtors.                      :    (Jointly Administered)
                                                                  :
-----------------------------------------------------------------x

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client: | Voyager Digital, LLC |
| Retention Date: | July 13, 2022 |
| Time Period Covered: | April 1, 2023, through April 30, 2023 |
| Total Fees Requested: | $11,078.64 (80% of $13,848.30)[2] |
| Total Expenses Requested: | $617.32 |
| Type of Fee Statement | Monthly Fee Statement |

**TENTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL COUNSEL TO VOYAGER DIGITAL LLC DURING THE PERIOD OF <u>APRIL 1, 2023, THROUGH APRIL 30, 2023</u>**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "<u>Bankruptcy Rules</u>"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Quinn Emanuel agreed with Voyager Digital, LLC ("<u>Voyager LLC</u>") to a 10% discount off of its customary fees. The Net Billed Fees reflect the fees actually billed to Voyager LLC after this 10% discount is applied. Accordingly, the total fees requested herein represent 80% of the Net Billed Fees.

Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases (the "Local Guidelines"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals for Retained Professionals and (II) Granting Related Relief* entered September 4, 2022 (the "Interim Compensation Order") (ECF. No. 236), Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel to Voyager Digital, LLC ("Voyager LLC"),[3] hereby files its *Tenth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to Voyager Digital LLC During the Period of April 1, 2023, through April 30, 2023* (the "Tenth Monthly Fee Statement"), for the amount of $11,078.64, which represents 80% of the net fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered, and $617.32 for the reimbursement of the actual and necessary expenses incurred from April 1, 2023 through April 30, 2023 (the "Fee Period"), for a total of $11,695.96.

### **Itemization of Services Rendered and Disbursements Incurred**

1.    In support of this Tenth Monthly Fee Statement, Quinn Emanuel has attached the following:

> Exhibit A is a summary schedule of hours and fees covered by this Tenth Monthly Fee Statement, categorized by project code;

> Exhibit B is a summary schedule of the time expended by all Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period;

---

[3]    This Court approved on August 4, 2022 the retention of Quinn Emanuel as Special Counsel to Voyager LLC effective July 13, 2022.  *See* ECF. No. 242.

Exhibit C is a summary of expenses incurred by Quinn Emanuel during the Fee Period; and

Exhibit D is a detailed invoice for the hours expended and fees incurred by Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period.

## **Representations**

2.      Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Tenth Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.   Quinn Emanuel reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.   Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, Local Guidelines, and the Interim Compensation Order.

## **Notice**

3.      Notice of this Tenth Monthly Fee Statement has been provide to all necessary parties in accordance with the Interim Compensation Order.

4.      Objections to this Tenth Monthly Fee Statement, if any, must be filed by the objection deadline and served upon Quinn Emanuel, 51 Madison Ave., New York, NY 10010, Attn:    Susheel    Kirpalani,    Esq.,    and    Zachary    Russell,    Esq.;    Email: susheelkirpalani@quinnemanuel.com;   zacharyrussell@quinnemanuel.com,   no   later   than Wednesday June 21, 2023, at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"). Objections to this Tenth Monthly Fee Statement, if any, must set forth the nature of the objection and the specific amount of fees or expenses at issue.

5.      If no objection to this Tenth Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall promptly pay Quinn Emanuel 80% of the fees and 100% of the

expenses as identified in this Tenth Monthly Fee Statement.  To the extent that an objection to

this Tenth Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall

withhold payment of that portion of this Tenth Monthly Fee Statement to which the objection is

directed and promptly pay the remainder of the fees and expenses in the percentages set forth

above.  To the extent such objection is not resolved, it shall be preserved and scheduled for

consideration at the next interim fee application hearing.

WHEREFORE, Quinn Emanuel Urquhart & Sullivan, LLP respectfully requests payment

of $11,078.64 which represents 80% of the net fees incurred by Quinn Emanuel for reasonable

and necessary professional services rendered during the Fee Period and $617.32 for the

reimbursement of the actual and necessary expenses incurred during the Fee Period for a total of

$11,695.96.

Respectfully submitted this 6th day of June, 2023.

New York, New York

Quinn Emanuel Urquhart &
   Sullivan, LLP

/s/    *Susheel Kirpalani*
Susheel Kirpalani
Kate Scherling
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

*Special Counsel to Voyager Digital LLC*

**EXHIBIT A**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES | TOTAL FEES BILLED TO VOYAGER LLC AFTER APPLICATION OF 10% DISCOUNT |
|---|---|---|---|---|
| VO02 | Fee Applications | 14.4 | $9,981.00 | $8,982.90 |
| VO05 | Special Committee Investigation | 3.6 | $5,406.00 | $4,865.40 |
| **TOTAL** | | **18.0** | **$15,387.00** | **$13,848.30** |

**EXHIBIT B**

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| Susheel Kirpalani | Partner | 0.7 | $2,130.00 | $1,491.00 |
| Katherine A. Scherling | Counsel | 6.8 | $1,350.00 | $9,180.00 |
| Zachary Russell | Associate | 0.3 | $1,270.00 | $381.00 |
| Daniel Needleman | Attorney | 10.2 | $425.00 | $4,335.00 |
| **Total** | | **18.0** | **n/a** | **$15,387.00** |

**EXHIBIT C**

| EXPENSE | COST |
|---|---|
|  |  |
| RelOne User Fee | $500.00 |
| RelOne Active Hosting (Per GB) (Litigation Support cost) | $117.32 |
| **Total** | **$617.32** |

**<u>EXHIBIT D</u>**

**quinn emanuel** trial lawyers

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

May 18, 2023

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000152249
Responsible Attorney: Susheel Kirpalani

<u>Limited Engagement For Voyager Digital, LLC Special Committee</u>

For Professional Services through April 30, 2023 in connection with acting as special counsel to Voyager
Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC,
comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the
Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues
undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and
causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special
Committee's mandate.

| | |
|---|---|
| Fees | $15,387.00 |
| 10% Discount | -$1,538.70 |
| Net Billed Fees | $13,848.30 |
| Expenses | $617.32 |
| Net Amount | $14,465.62 |
| Total Due This Invoice | $14,465.62 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo| hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin

# quinn emanuel trial lawyers

May 18, 2023                                                                                        Matter #: 11603-00001
Page 2                                                                                   Invoice Number: 101-0000152249

**Statement Detail**

### VO02   Fee Applications

| | | | | |
|---|---|---|---|---|
| 04/01/23 | DN1 | Revise draft Second Interim Fee Application. | 2.20 | 935.00 |
| 04/05/23 | KS2 | Review Eighth monthly fee statement (.20); correspondence with D. Needleman re: same (.10). | 0.30 | 405.00 |
| 04/05/23 | DN1 | Revise Fee Statement per K. Scherling (.1); Prepare Eighth Fee Statement for filing (.1); Revise draft Second Interim Fee Application (.4). | 0.60 | 255.00 |
| 04/06/23 | DN1 | Ensure filing of Eighth Monthly Fee Statement. | 0.10 | 42.50 |
| 04/10/23 | KS2 | Correspondence re: interim fee application (.20). | 0.20 | 270.00 |
| 04/10/23 | DN1 | Revise draft Second Interim Fee Application. | 0.90 | 382.50 |
| 04/11/23 | KS2 | Confer with D. Needleman re: second interim fee application (.20); correspondence with accounting re: same (.20); begin reviewing Second Interim Fee Application (.20). | 0.60 | 810.00 |
| 04/11/23 | DN1 | Revise draft Second Interim Fee Application. | 2.10 | 892.50 |
| 04/12/23 | KS2 | Review and revise Second Interim Fee Application (2.20); call with D. Needleman re: same (.10). | 2.30 | 3,105.00 |
| 04/12/23 | DN1 | Revise draft Second Interim Fee Application per K. Scherling. | 2.30 | 977.50 |
| 04/13/23 | KS2 | Correspondence with D. Needleman re: second interim application (.20). | 0.20 | 270.00 |
| 04/13/23 | DN1 | Revise draft Second Interim Fee Application (.8).  Prepare Second Interim Fee Application for filing (.1). | 0.90 | 382.50 |
| 04/14/23 | KS2 | Correspondence with D. Needleman re: Second Interim Fee Application (.20); correspondence with | 0.30 | 405.00 |

**quinn emanuel** trial lawyers

May 18, 2023                                                          Matter #: 11603-00001
Page 3                                                          Invoice Number: 101-0000152249

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | accounting re: LEDES reports (.10). |  |  |
| 04/14/23 | DN1 | Ensure filing of Second Interim Fee Application. | 0.10 | 42.50 |
| 04/24/23 | DN1 | Begin drafting Ninth Monthly Fee Statement. | 0.60 | 255.00 |
| 04/26/23 | DN1 | Complete draft Ninth Monthly Fee Statement. | 0.20 | 85.00 |
| 04/27/23 | DN1 | Complete revised draft Ninth Monthly Fee Statement. | 0.20 | 85.00 |
| 04/28/23 | ZR1 | Review and revise fee statement (.3). | 0.30 | 381.00 |
|  |  | SUBTOTAL | 14.40 | 9,981.00 |

**VO05   Special Committee Investigation**

|  |  |  |  |  |
|---|---|---|---|---|
| 04/01/23 | SK2 | Review SDNY decision re stay of confirmation order based on exculpation (.5); corresp w/T. Pohl and J. Frizzley re same (.2). | 0.70 | 1,491.00 |
| 04/03/23 | KS2 | Review counter-offer from Katten (.10); correspondence with client re: same (.10); call with D. Simon and D. Azman re: intercompany settlement (.20); correspondence re: follow-up discussion (.10); call with S. Reisman re: intercompany (.10); follow-up correspondence with client (.10). | 0.70 | 945.00 |
| 04/04/23 | KS2 | Correspondence re: intercompany settlement (.20). | 0.20 | 270.00 |
| 04/05/23 | KS2 | Correspondence with clients re: intercompany settlement issues (.20); call with Katten and MWE re: intercompany settlement (.70); follow-up call with J. Gleit (.10). | 1.00 | 1,350.00 |
| 04/13/23 | KS2 | Review draft intercompany settlement agreement (.40). | 0.40 | 540.00 |
| 04/14/23 | KS2 | Correspondence with Katten re: intercompany settlement agreement (.20); correspondence with McDermott re: same (.10). | 0.30 | 405.00 |

# quinn emanuel trial lawyers

May 18, 2023                                                      Matter #: 11603-00001
Page 4                                                    Invoice Number: 101-0000152249

| | | | | |
|---|---|---|---|---|
| 04/24/23 | KS2 | Correspondence with A. Smith re: settlement terms (.20); correspondence with J. Gleit re: status of settlement (.10). | 0.30 | 405.00 |
| | | SUBTOTAL | 3.60 | 5,406.00 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 0.70 | 2,130.00 | 1,491.00 |
| Katherine A. Scherling | KS2 | Counsel | 6.80 | 1,350.00 | 9,180.00 |
| Zachary Russell | ZR1 | Associate | 0.30 | 1,270.00 | 381.00 |
| Daniel Needleman | DN1 | Attorney | 10.20 | 425.00 | 4,335.00 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Document Reproduction | 0.00 | 0.00 |
| Word processing | | 0.00 |
| PACER Services | | 0.00 |

### Litigation Support Costs

| | |
|---|---|
| RelOne User Fee | 500.00 |
| RelOne Active Hosting (Per GB) | 117.32 |
| Total Expenses | $617.32 |

**quinn emanuel** trial lawyers
**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH
| SALT LAKE CITY | RIYADH | BERLIN

### Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees.......................................................$13,848.30 |
| Bill Date: May 18, 2023 | Expenses.............................................................$617.32 |
| Invoice Number: 101-0000152249 | Total Due this Invoice....................................................$14,465.62 |

**Payment Due By June 19, 2023**

### Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 08/16/22 | 101-0000139142 | July 2022 | $244,217.65 | $195,401.65 | $48,816.00 |
| 09/16/22 | 101-0000140759 | August 2022 | $1,501,346.07 | $1,202,974.83 | $298,371.24 |
| 10/24/22 | 101-0000142354 | September 2022 | $1,100,665.05 | $881,536.29 | $219,128.76 |
| 11/09/22 | 101-0000142802 | October 2022 | $337,653.29 | $271,411.85 | $66,241.44 |
| 12/09/22 | 101-0000144404 | November 2022 | $191,282.50 | $153,186.04 | $38,096.46 |
| 01/12/23 | 101-0000145976 | December 2022 | $65,768.56 | $52,781.02 | $12,987.54 |
| 02/21/23 | 101-0000147893 | January 2023 | $73,901.62 | $59,298.76 | $14,602.86 |
| 03/17/23 | 101-0000149347 | February 2023 | $253,158.42 | $202,687.59 | $50,470.83 |
| 04/20/23 | 101-0000150693 | March 2023 | $136,715.55 | $0.00 | $136,715.55 |
| 05/18/23 | 101-0000152249 | April 2023 | $14,465.62 | $0.00 | $14,465.62 |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Or Wire funds
to:

| | |
|---|---|
| | City National Bank |
| | 555 South Flower St., 12th Floor |
| | Los Angeles, CA 90071 |
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account # |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |
| *References:* | *Invoice number and client name / matter number please* |

Tax ID# 95-4004138

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo| hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh | berlin