**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before May 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on four (4) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Hybrid Confirmation Hearing** (Docket No. 1096)

Furthermore, on or before May 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on three (3) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Filing of the Liquidation Procedures** (Docket No. 1374)

Furthermore, on or before May 30, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on one hundred and one (101) confidential parties not included herein:

- **Notice of Filing of the Liquidation Procedures** (Docket No. 1374)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Furthermore, on or before May 30, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B** and on one hundred and three (103) confidential parties not included herein:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

Dated: June 6, 2023

_____
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 6th day of June, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# Exhibit A

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| HILLTOP SECURITIES INC. | ATTN: BONNIE ALLEN, CORPORATE ACTIONS | 717 N HARDWOOD ST | STE 3400 | DALLAS | TX | 75201-6534 |
| MERLIN MEDIA LLC | | 401 BOYD DR | APT 5314 | GRAPEVINE | TX | 76051-6350 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# Exhibit B



**Exhibit B**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ANCHORAGE | | 101 S REID ST | STE 307 | SAN FRANCISCO | CA | 94105-1559 |
| BLOCKCHAIN ASSOCIATION | | 1155 F ST NW | STE 300 | MT PLEASANT | SC | 29464-4028 |
| CHORD ADVISORS LLC | | 800 BOYLSTON ST | # 16 | SAN FRANCISCO | CA | 94108-5508 |
| DITTO | | 261 W DATA DR | | DECATUR | GA | 30033-5004 |
| ELASTIC | | 88 KEARNY ST | FL 19 | SARASOTA | FL | 34240-2509 |
| ELASTICSEARCH, INC | | 88 KEARNY ST | FL 19 | ST MATTHEWS | SC | 29135-8711 |
| IQTALENT PARTNERS INC | | 1407 ALAMO AVE | | PALM HARBOR | FL | 34685-3453 |
| IQTALENT PARTNERS, INC. | | 1407 ALAMO AVE | | ORCHARD PARK | NY | 14127-3442 |
| JUMIO CORPORATION | | 100 MATHILDA PL | STE 100 | DEMING | NM | 88030-4652 |
| KCSA STRATEGIC COMMUNICATIONS | | 261 MADISON AVE | FL 9 | VALENCIA | CA | 91354-3079 |
| MERLIN MEDIA LLC | | 401 BOYD DR | APT 5314 | MARIETTA | OK | 73448-2696 |
| NATIONAL INVESTOR RELATIONS INSTITUTE (NIRI) | | 908 KING ST | STE 320 | JACKSON | MS | 39202-2762 |
| OGON,LLC | | 575 5TH AVE | FL 14 | AVE MARIA | FL | 34142-5192 |
| PIERCE ROBERTSON | C/O THE MOSKOWITZ LAW FIRM, PLLC | ATTN: ADAM M. MOSKOWITZ, JOSEPH M. KAYE, BARBARA C | 3250 MARY ST STE 202 | EUGENE | OR | 97405-1924 |
| SEEKING ALPHA | | 324 5TH AVE | # 5 | MIAMI | FL | 33133-5232 |
| THE MOSKOWITZ LAW FIRM PLLC | | 3250 MARY ST | STE 202 | DANA POINT | CA | 92629-2252 |
| TWILIO | | 101 SPEAR ST | # 500 | CIBOLO | TX | 78108-4499 |
| USERTESTING, INC. | | 3453 PIERCE DR NE | STE 100 | ATLANTIC BCH | FL | 32233-4144 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1