Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**EIGHTH MONTHLY FEE APPLICATION OF**
**DELOITTE TAX LLP AS TAX SERVICES PROVIDER**
**TO THE DEBTORS AND DEBTORS-IN-POSSESSION**
**FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 19, 2023**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Services as: | Tax Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to August 2, 2020 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2023 through May 19, 2023 |
| Total Amount of Fees Requested: | $                118,604.00 |
| Less 20% Holdback | $                (23,720.80) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary: | $                94,883.20 |
| Amount of Expense Reimbursement Sought: | $                - |
| **Total Amount of Fees and Expense:** | **$                94,883.20** |

This is an:  _X_ Monthly   __Interim   __Final Application

---

[1]  The Debtors in these chapter 11 cases, along with the four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Date: June 6, 2023
      Houston, Texas

           Respectfully submitted,

           DELOITTE TAX LLP

           /s/ Ala'a Boulos
           Ala'a Boulos
           Partner
           1111 Bagby, Suite 4500
           Houston, Texas 77002
           Telephone:  713.982.3805
           Facsimile:  877.501.1621

# Exhibit A
## Voyager Digital Holdings Inc., et, al.,
## Case No. 22-10943

### CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period of May 1, 2023 through May 19, 2023

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Gutierrez, Dalia | Consultant | $250.00 | 8.3 | $2,075.00 |
| **Professional Subtotal:** | | | **8.3** | **$2,075.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Advisory Services** | | | | |
| Forrest, Jonathan | Partner/Principal | $1,160.00 | 0.2 | $232.00 |
| Gibian, Craig | Partner/Principal | $1,160.00 | 1.3 | $1,508.00 |
| Robertson, Jason | Partner/Principal | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Partner/Principal | $1,160.00 | 1.8 | $2,088.00 |
| Cooper, Matt | Managing Director | $1,160.00 | 1.0 | $1,160.00 |
| Krozek, Derek | Managing Director | $1,160.00 | 0.5 | $580.00 |
| Spowage, Kelly | Managing Director | $1,160.00 | 0.5 | $580.00 |
| Lee, Sarah | Senior Manager | $1,020.00 | 1.6 | $1,632.00 |
| Boyd, Anna | Manager | $870.00 | 11.8 | $10,266.00 |
| Shiu, Vincent | Manager | $870.00 | 1.8 | $1,566.00 |
| Azus, Scott | Senior Consultant | $750.00 | 8.0 | $6,000.00 |
| Heyman, Tom | Consultant | $630.00 | 21.6 | $13,608.00 |
| Wang, Sihao | Consultant | $630.00 | 18.3 | $11,529.00 |
| Weiss, Thomas | Consultant | $630.00 | 12.0 | $7,560.00 |
| **Professional Subtotal:** | | | **80.9** | **$58,889.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Compliance Services** | | | | |
| Turenshine, Aaron | Partner/Principal | $650.00 | 6.5 | $4,225.00 |
| Krozek, Derek | Managing Director | $650.00 | 3.2 | $2,080.00 |
| Gladman, Paul | Senior Manager | $580.00 | 0.5 | $290.00 |
| Lee, Sarah | Senior Manager | $580.00 | 26.9 | $15,602.00 |
| Shiu, Vincent | Manager | $490.00 | 6.0 | $2,940.00 |
| Azus, Scott | Senior Consultant | $410.00 | 16.4 | $6,724.00 |
| Tan, Angela | Senior Consultant | $410.00 | 0.9 | $369.00 |

| | | | | |
|---|---|---|---|---|
| Heyman, Tom | Consultant | $330.00 | 12.9 | $4,257.00 |
| Stern, Nethaniel | Consultant | $330.00 | 35.2 | $11,616.00 |
| Wang, Sihao | Consultant | $330.00 | 13.1 | $4,323.00 |
| Weiss, Thomas | Consultant | $330.00 | 15.5 | $5,115.00 |
| Wilson, Clinton | Consultant | $330.00 | 0.3 | $99.00 |
| **Professional Subtotal:** | | | **137.4** | **$57,640.00** |
| **Total** | **Blended Rate:** | **$523.41** | **226.6** | **$118,604.00** |

# Exhibit B

## Voyager Digital Holdings Inc., et, al.,
## Case No. 22-10943

**CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period of May 1, 2023 through May 19, 2023

| Categories | Hours | Fees |
|---|---|---|
| Preparation of Fee Applications | 8.3 | $2,075.00 |
| Tax Advisory Services | 80.9 | $58,889.00 |
| Tax Compliance Services | 137.4 | $57,640.00 |
| **Fees Category Subtotal :** | **226.6** | **$118,604.00** |

# **EXHIBIT C**

**Voyager Digital Holdings Inc., et, al.,**
**Case No. 22-10943**

Professional Fees for the Period from
May 1, 2023 through May 19, 2023

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

*May 01, 2023 - May 19, 2023*

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Preparation of Fee Applications** | | | | |
| 05/03/2023 | | | | |
| Gutierrez, Dalia | Review April 2023 fee detail in preparation for the monthly fee statement. | $250.00 | 3.8 | $950.00 |
| 05/12/2023 | | | | |
| Gutierrez, Dalia | Review additional April fee detail. | $250.00 | 2.1 | $525.00 |
| 05/16/2023 | | | | |
| Gutierrez, Dalia | Prepare April 2023 monthly fee statement. | $250.00 | 2.4 | $600.00 |
| Subtotal for Preparation of Fee Applications: | | | 8.3 | $2,075.00 |
| **Tax Advisory Services** | | | | |
| 05/01/2023 | | | | |
| Boyd, Anna | Draft internal memo which includes tax consequences of major items/taxable events as well as process and procedure for arriving at the specific tax treatment. | $870.00 | 2.5 | $2,175.00 |
| Heyman, Tom | Prepare estimate of penalties for unfiled foreign entity forms from inception including calculation of subpart F income and global intangible low-taxed income. | $630.00 | 2.2 | $1,386.00 |
| Heyman, Tom | Review 2022 partnership tax income workpaper's calculation and supporting documentation. | $630.00 | 0.3 | $189.00 |
| Heyman, Tom | Review the 2019 amended taxable income workpaper's Income calculation and supporting documentation. | $630.00 | 0.4 | $252.00 |
| Heyman, Tom | Prepare entity log describing each entity tax classifications and required tax filings. | $630.00 | 0.5 | $315.00 |
| Heyman, Tom | Call with S. Lee (Deloitte) to discuss Form 5471 (U.S. persons with respect to foreign corporations) | $630.00 | 0.5 | $315.00 |
| Heyman, Tom | Review 2020 amended taxable income workpaper's calculation and supporting documentation. | $630.00 | 0.5 | $315.00 |

1

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Advisory Services* | | | | |
| 05/02/2023 | | | | |
| Boyd, Anna | Update memo which includes tax consequences of major items/taxable events as well as process and procedure for arriving at the specific tax treatment. | $870.00 | 1.8 | $1,566.00 |
| Boyd, Anna | Call with C. Gibian (Tax) to discuss draft memo memorializing analysis of expected tax consequences for taxpayer's business from inception through liquidation. | $870.00 | 0.8 | $696.00 |
| Gibian, Craig | Call with A. Boyd (Tax) to discuss draft memo memorializing analysis of expected tax consequences for taxpayer's business from inception through liquidation. | $1,160.00 | 0.8 | $928.00 |
| Heyman, Tom | Review 2022 partnership tax income workpaper's calculation and supporting documentation. | $630.00 | 1.0 | $630.00 |
| Heyman, Tom | Prepare subpart F income calculation workpaper. | $630.00 | 1.0 | $630.00 |
| Heyman, Tom | Prepare global intangible low-taxed income calculation workpaper including foreign filing penalty calculation. | $630.00 | 1.0 | $630.00 |
| Heyman, Tom | Review 2021-2022 unrealized gain and rebalancing coin calculation workpaper in order to assess Voyager's unrealized and realized gains. | $630.00 | 1.6 | $1,008.00 |
| Weiss, Thomas | Prepare the 2022 tax return workpaper. | $630.00 | 0.5 | $315.00 |
| Weiss, Thomas | Input data from 2022 tax return workpaper into gosystems to create the tax compliance return. | $630.00 | 0.5 | $315.00 |
| 05/03/2023 | | | | |
| Azus, Scott | Review tracker to check whether deliverables and tasks are being completed by specified dates. | $750.00 | 0.6 | $450.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 05/03/2023 | | | | |
| Boyd, Anna | Update memo which includes tax consequences of major items/taxable events as well as process and procedure for arriving at the specific tax treatment. | $870.00 | 3.6 | $3,132.00 |
| Heyman, Tom | Prepare estimate of penalties for unfiled foreign entity forms from inception and calculation of subpart F and global intangible low-taxed income. | $630.00 | 2.3 | $1,449.00 |
| 05/04/2023 | | | | |
| Azus, Scott | Meeting with S. Lee, A. Turenshine, T. Heyman, V. Shiu (Deloitte) to discuss updated foreign income breakout workpaper and 2019-2022 summary outlining key considerations and workstreams. | $750.00 | 0.5 | $375.00 |
| Azus, Scott | Update internal tracker to check whether deliverables and tasks are being accounted for. | $750.00 | 1.2 | $900.00 |
| Boyd, Anna | Drafting memo which includes tax consequences of major items/taxable events as well as process and procedure for arriving at the specific tax treatment. | $870.00 | 1.9 | $1,653.00 |
| Heyman, Tom | Meeting with S. Lee, A. Turenshine, S. Azus, V. Shiu (Deloitte) to discuss updated foreign income breakout workpaper and 2019-2022 summary outlining key considerations and workstreams. | $630.00 | 0.5 | $315.00 |
| Heyman, Tom | Review 2022 Form 1065 partnership tax workpaper. | $630.00 | 0.6 | $378.00 |
| Lee, Sarah | Meeting with A. Turenshine, S. Azus, T. Heyman, V. Shiu (Deloitte) to discuss updated foreign income breakout workpaper and 2019-2022 summary outlining key considerations and workstreams. | $1,020.00 | 0.5 | $510.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Advisory Services** | | | | |
| 05/04/2023 | | | | |
| Shiu, Vincent | Meeting with S. Lee, A. Turenshine, S. Azus, T. Heyman (Deloitte) to discuss updated foreign income breakout workpaper and 2019-2022 summary outlining key considerations and workstreams. | $870.00 | 0.5 | $435.00 |
| Turenshine, Aaron | Meeting with S. Lee, S. Azus, T. Heyman, V. Shiu (Deloitte) to discuss updated foreign income breakout workpaper and 2019-2022 summary outlining key considerations and workstreams. | $1,160.00 | 0.5 | $580.00 |
| 05/05/2023 | | | | |
| Heyman, Tom | Review 2020 amended tax return workpaper. | $630.00 | 0.4 | $252.00 |
| Heyman, Tom | Review 2020 tax compliance Form 1120 income tax return. | $630.00 | 0.3 | $189.00 |
| Wang, Sihao | Prepare tax workpaper for 2020 Amended Form 1120 income tax compliance return on M-3, profit & loss tabs. | $630.00 | 3.5 | $2,205.00 |
| 05/08/2023 | | | | |
| Azus, Scott | Call with A. Turenshine, K. Spowage, A. Boyd, M. Cooper, D. Krozek, S. Lee, J. Robertson, C. Gibian, T. Heyman (Deloitte) to discuss timeline for filing 2018-2023 returns and tax/administrative considerations for 2019 inversion. | $750.00 | 0.5 | $375.00 |
| Boyd, Anna | Call with A. Turenshine, K. Spowage, S. Azus, M. Cooper, D. Krozek, S. Lee, J. Robertson, C. Gibian, T. Heyman (Deloitte) to discuss timeline for filing 2018-2023 returns and tax/administrative considerations for 2019 inversion. | $870.00 | 0.5 | $435.00 |
| Boyd, Anna | Review factual outline of tax history in preparation for upcoming meeting. | $870.00 | 0.7 | $609.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Advisory Services* | | | | |
| 05/08/2023 | | | | |
| Cooper, Matt | Call with A. Turenshine, K. Spowage, S. Azus, A. Boyd, D. Krozek, S. Lee, J. Robertson, C. Gibian, T. Heyman (Deloitte) to discuss timeline for filing 2018-2023 returns and tax/administrative considerations for 2019 inversion. | $1,160.00 | 0.5 | $580.00 |
| Gibian, Craig | Call with A. Turenshine, K. Spowage, S. Azus, A. Boyd, M. Cooper, D. Krozek, S. Lee, J. Robertson, T. Heyman (Deloitte) to discuss timeline for filing 2018-2023 returns and tax/administrative considerations for 2019 inversion. | $1,160.00 | 0.5 | $580.00 |
| Heyman, Tom | Analyze intercompany loans and related tax implications. | $630.00 | 1.3 | $819.00 |
| Heyman, Tom | Call with A. Turenshine, K. Spowage, S. Azus, A. Boyd, M. Cooper, D. Krozek, S. Lee, J. Robertson, C. Gibian (Deloitte) to discuss timeline for filing 2018-2023 returns and tax/administrative considerations for 2019 inversion. | $630.00 | 0.5 | $315.00 |
| Krozek, Derek | Call with A. Turenshine, K. Spowage, S. Azus, A. Boyd, M. Cooper, S. Lee, J. Robertson, C. Gibian, T. Heyman (Deloitte) to discuss timeline for filing 2018-2023 returns and tax/administrative considerations for 2019 inversion. | $1,160.00 | 0.5 | $580.00 |
| Lee, Sarah | Call with A. Turenshine, K. Spowage, S. Azus, A. Boyd, M. Cooper, D. Krozek, J. Robertson, C. Gibian, T. Heyman (Deloitte) to discuss timeline for filing 2018-2023 returns and tax/administrative considerations for 2019 inversion. | $1,020.00 | 0.5 | $510.00 |

# Voyager Digital Holdings, Inc.

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## Tax Advisory Services

**05/08/2023**

| | | | | |
|------|-------------|------|-------|------|
| Robertson, Jason | Call with A. Turenshine, K. Spowage, S. Azus, A. Boyd, M. Cooper, D. Krozek, S. Lee, C. Gibian, T. Heyman (Deloitte) to discuss timeline for filing 2018-2023 returns and tax/administrative considerations for 2019 inversion. | $1,160.00 | 0.5 | $580.00 |
| Spowage, Kelly | Call with A. Turenshine, S. Azus, A. Boyd, M. Cooper, D. Krozek, S. Lee, J. Robertson, C. Gibian, T. Heyman (Deloitte) to discuss timeline for filing 2018-2023 returns and tax/administrative considerations for 2019 inversion. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Call with K. Spowage, S. Azus, A. Boyd, M. Cooper, D. Krozek, S. Lee, J. Robertson, C. Gibian, T. Heyman (Deloitte) to discuss timeline for filing 2018-2023 returns and tax/administrative considerations for 2019 inversion. | $1,160.00 | 0.5 | $580.00 |
| Wang, Sihao | Address review comments for 2020 Amended 1120 return workpaper. | $630.00 | 1.4 | $882.00 |

**05/09/2023**

| | | | | |
|------|-------------|------|-------|------|
| Forrest, Jonathan | Call with A. Turenshine (Deloitte) to discuss 2019 inversion transaction and impact on tax filing methodology for Voyager Digital Ltd. and Voyager Digital Holdings Inc. | $1,160.00 | 0.2 | $232.00 |
| Turenshine, Aaron | Call with J. Forrest (Deloitte) to discuss 2019 inversion transaction and impact on tax filing methodology for Voyager Digital Ltd. and Voyager Digital Holdings Inc. | $1,160.00 | 0.2 | $232.00 |
| Weiss, Thomas | Address review comments to Voyager 2022 return. | $630.00 | 2.1 | $1,323.00 |
| Weiss, Thomas | Address review comments to Voyager 2021 amended return. | $630.00 | 2.1 | $1,323.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Advisory Services** | | | | |
| 05/10/2023 | | | | |
| Azus, Scott | Update Voyager Inventory vs Voyager's payable workpaper received from client to assess 2022 and 2023 tax exposure. | $750.00 | 1.3 | $975.00 |
| Weiss, Thomas | Prepare 2022 federal income tax return (2hr) and made updates to the tax compliance workpaper. | $630.00 | 4.0 | $2,520.00 |
| 05/11/2023 | | | | |
| Heyman, Tom | Meeting with S. Azus, N. Stern, S. Wang, T. Weiss, C. Wilson (Deloitte) to discuss status of 2019-2021 1120 amended tax compliance returns and next steps. | $630.00 | 0.3 | $189.00 |
| Wang, Sihao | Prepare 2019 federal workpaper. | $630.00 | 0.7 | $441.00 |
| Weiss, Thomas | Meeting with N. Stern, T. Heyman, S. Wang, T. Weiss, C. Wilson (Deloitte) to discuss status of the 2020 and 2021 amended Corporate Tax returns and next steps. | $630.00 | 0.3 | $189.00 |
| 05/12/2023 | | | | |
| Wang, Sihao | Prepare 2019 federal tax workpaper. | $630.00 | 1.6 | $1,008.00 |
| Wang, Sihao | Prepare 2019 corporate tax return. | $630.00 | 1.4 | $882.00 |
| 05/15/2023 | | | | |
| Azus, Scott | Review tracker to check on status of deliverables. | $750.00 | 0.2 | $150.00 |
| Heyman, Tom | Review 2021 corporate return. | $630.00 | 0.3 | $189.00 |
| Wang, Sihao | Prepare 2019 1120: corporate income tax return for Voyagers Digital Holdings Inc. | $630.00 | 6.4 | $4,032.00 |
| 05/16/2023 | | | | |
| Shiu, Vincent | Analyze data for mark to market tax accounting adjustment to assist in preparation of 2021 tax return. | $870.00 | 0.7 | $609.00 |
| Wang, Sihao | Prepare the 2019 tax compliance Form 1120 Federal return for Voyagers Digital Holdings Inc. | $630.00 | 1.3 | $819.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Advisory Services** | | | | |
| 05/17/2023 | | | | |
| Azus, Scott | Prepare unrealized gain/loss resolve remaining amounts in the clients files. | $750.00 | 1.1 | $825.00 |
| Heyman, Tom | Review 2020 amended tax return compliance workpaper. | $630.00 | 0.4 | $252.00 |
| Heyman, Tom | Review 2020 tax return. | $630.00 | 0.3 | $189.00 |
| Wang, Sihao | Prepare 2019 Form 1120 tax compliance return for Voyager Digital Holdings Inc. | $630.00 | 2.0 | $1,260.00 |
| 05/18/2023 | | | | |
| Azus, Scott | Meeting with S. Lee, A. Turenshine, V. Shiu, T. Heyman (Deloitte) to discuss the Feb-Apr 2023 asset sales and rebalancing gain/loss calculation. | $750.00 | 0.6 | $450.00 |
| Azus, Scott | Review the sales of token's by Voyager log to prepare a pivot table to assess the process on how to recognize gains on sale. | $750.00 | 1.2 | $900.00 |
| Heyman, Tom | Analyze asset sales information and tax impact of asset rebalancing in the Voyager Inventory vs Voyager payable calculation workpaper. | $630.00 | 1.4 | $882.00 |
| Heyman, Tom | Meeting with S. Lee, A. Turenshine, S. Azus, V. Shiu (Deloitte) to discuss the Feb-Apr 2023 asset sales and rebalancing gain/loss calculation. | $630.00 | 0.6 | $378.00 |
| Lee, Sarah | Meeting with A. Turenshine, S. Azus, V. Shiu, T. Heyman (Deloitte) to discuss the Feb-Apr 2023 asset sales and rebalancing gain/loss calculation. | $1,020.00 | 0.6 | $612.00 |
| Shiu, Vincent | Meeting with S. Lee, A. Turenshine, S. Azus, T. Heyman (Deloitte) to discuss the Feb-Apr 2023 asset sales and rebalancing gain/loss calculation. | $870.00 | 0.6 | $522.00 |
| Turenshine, Aaron | Meeting with S. Lee, S. Azus, V. Shiu, T. Heyman (Deloitte) to discuss the Feb-Apr 2023 asset sales and rebalancing gain/loss calculation. | $1,160.00 | 0.6 | $696.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Advisory Services** | | | | |
| 05/19/2023 | | | | |
| Azus, Scott | Review sale of coins file to assess gain/loss related to token sales for the 2023 tax year. | $750.00 | 0.8 | $600.00 |
| Cooper, Matt | Email A. Turenshine (Deloitte) regarding review of 2018 and 2020 filings for net operating loss impact issue. | $1,160.00 | 0.3 | $348.00 |
| Cooper, Matt | Review amended return considerations. | $1,160.00 | 0.2 | $232.00 |
| Heyman, Tom | Continue to analyze asset sales information and tax impact of asset rebalancing with the updated Voyager's inventory vs Voyager's payable coin calculation in order to analyze Voyager's unrealized and realized gains. | $630.00 | 1.0 | $630.00 |
| Heyman, Tom | Continue to analyze asset sales information and tax impact of asset rebalancing with the updated Voyager's inventory vs Voyager's payable coin calculation in order to analyze Voyager's unrealized and realized gains. | $630.00 | 2.4 | $1,512.00 |
| Weiss, Thomas | Address review comments for the 2022 Form 1120 tax compliance workpaper. | $630.00 | 1.5 | $945.00 |
| Weiss, Thomas | Address review comments to the 2022 Form 1120 tax compliance return. | $630.00 | 1.0 | $630.00 |
| Subtotal for Tax Advisory Services: | | | 80.9 | $58,889.00 |
| **Tax Compliance Services** | | | | |
| 05/01/2023 | | | | |
| Heyman, Tom | Review 2022 partnership tax compliance return. | $330.00 | 0.3 | $99.00 |
| Heyman, Tom | Review 2022 1065: partnership income tax return to analyze calculations and related disclosures. | $330.00 | 0.4 | $132.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/01/2023 | | | | |
| Heyman, Tom | Review 2022 1065: partnership income tax return to analyze calculations and related disclosures. | $330.00 | 0.4 | $132.00 |
| Lee, Sarah | Discuss with A. Turenshine (Deloitte) next steps for Voyager tax filings and 2019-2022 summary outlining key considerations/entity log. | $580.00 | 0.8 | $464.00 |
| Lee, Sarah | Call with T. Heyman (Deloitte) to discuss Form 5471 (U.S. persons with respect to foreign corporations) | $580.00 | 0.5 | $290.00 |
| Lee, Sarah | Prepare summary of open issues relating to amended (2019 - 2021) and originally filed (2022 - 2023) tax return preparation work, including outstanding requests from Voyager Digital, matters to be addressed for each tax return. | $580.00 | 4.3 | $2,494.00 |
| Turenshine, Aaron | Discuss with S. Lee (Deloitte) next steps for Voyager tax filings and 2019-2022 summary outlining summary outlining key considerations/entity log. | $650.00 | 0.8 | $520.00 |
| Turenshine, Aaron | Update tax filing history document for Voyager's historical filings. | $650.00 | 0.6 | $390.00 |
| Turenshine, Aaron | Review Voyager legal entity log to analyze tax filing profile for the company. | $650.00 | 0.5 | $325.00 |
| Wang, Sihao | Prepare 2022 1065: partnership tax compliance workpaper for VYGR Holdings LLC. | $330.00 | 3.6 | $1,188.00 |
| 05/02/2023 | | | | |
| Lee, Sarah | Draft email to T. Heyman (Deloitte) regarding foreign income breakout workpaper. | $580.00 | 0.5 | $290.00 |
| Lee, Sarah | Review 2019-2022 summary outlining key considerations. | $580.00 | 2.0 | $1,160.00 |
| Lee, Sarah | Review 2019-2022 tax compliance returns and workpapers. | $580.00 | 2.0 | $1,160.00 |
| Turenshine, Aaron | Review the controlled foreign corporation analysis. | $650.00 | 0.6 | $390.00 |

10

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Tax Compliance Services*

**05/02/2023**

| | | | | |
|------|-------------|------|-------|------|
| Turenshine, Aaron | Review Canadian parent income analysis as part of inversion considerations for Voyager 2019 tax filing. | $650.00 | 0.6 | $390.00 |

**05/03/2023**

| | | | | |
|------|-------------|------|-------|------|
| Azus, Scott | Meeting with S. Lee, A. Turenshine, T. Heyman (Deloitte) to discuss updates to the foreign income breakout workpaper and the 2019-2022 summary outlining key considerations and workstreams. | $410.00 | 0.5 | $205.00 |
| Heyman, Tom | Meeting with S. Lee, A. Turenshine, S. Azus (Deloitte) to discuss updates to the foreign income breakout workpaper and the 2019-2022 summary outlining key considerations and workstreams. | $330.00 | 0.5 | $165.00 |
| Lee, Sarah | Meeting with A. Turenshine, S. Azus, T. Heyman (Deloitte) to discuss updates to the foreign income breakout workpaper and the 2019-2022 summary outlining key considerations and workstreams. | $580.00 | 0.5 | $290.00 |
| Lee, Sarah | Organize follow up requests to be provided to Voyager Digital with V. Shiu (Deloitte) to assess whether Deloitte has the information required to continue preparation of amended tax returns for 2019 - 2021. | $580.00 | 1.3 | $754.00 |
| Stern, Nethaniel | Prepare 2019 Form 1120 income tax compliance workpaper. | $330.00 | 3.0 | $990.00 |
| Turenshine, Aaron | Meeting with S. Lee, S. Azus, T. Heyman (Deloitte) to discuss updates to the foreign income breakout workpaper and the 2019-2022 summary outlining key considerations and workstreams. | $650.00 | 0.5 | $325.00 |

**05/04/2023**

| | | | | |
|------|-------------|------|-------|------|
| Heyman, Tom | Review 2022 Form 1065 partnership tax compliance return. | $330.00 | 0.5 | $165.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/04/2023 | | | | |
| Krozek, Derek | Review historical 2021 US federal income tax filing for considerations related to reporting in subsequent years. | $650.00 | 1.6 | $1,040.00 |
| Stern, Nethaniel | Prepare 2019 Form 1120 workpaper. | $330.00 | 2.5 | $825.00 |
| Turenshine, Aaron | Email S. Ehrlich, E. Psaropoulos (Voyager) regarding employee promissory note forgiveness. | $650.00 | 0.4 | $260.00 |
| Wang, Sihao | Prepare 2022 Form 1065 tax compliance partnership return for VYGR Holdings LLC in the Gosystems. | $330.00 | 6.5 | $2,145.00 |
| Weiss, Thomas | Prepare 2022 Form 1120 tax compliance workpaper. | $330.00 | 6.0 | $1,980.00 |
| 05/05/2023 | | | | |
| Azus, Scott | Follow up on status of tax compliance workstreams with staff and Updated internal tracker accordingly. | $410.00 | 0.5 | $205.00 |
| Lee, Sarah | Meeting to update on progress of amended tax return preparation for years 2019 - 2021 with V. Shiu, T. Heyman, S. Azus, S. Wang (Deloitte). | $580.00 | 1.8 | $1,044.00 |
| Lee, Sarah | Meeting to update on progress of 2022 original tax return filing with T. Weiss (Deloitte) including overview of extensions for 2022 tax year. | $580.00 | 1.2 | $696.00 |
| Weiss, Thomas | Prepare 2022 tax compliance workpaper. | $330.00 | 2.2 | $726.00 |
| Weiss, Thomas | Review 2022 tax compliance gosystems data input from prepared workpaper. | $330.00 | 1.8 | $594.00 |
| Weiss, Thomas | Review 2021 tax compliance workpaper. | $330.00 | 0.9 | $297.00 |
| Weiss, Thomas | Review 2021 1120 tax compliance return. | $330.00 | 1.1 | $363.00 |
| 05/08/2023 | | | | |
| Heyman, Tom | Review 2020 amended tax compliance workpaper. | $330.00 | 1.6 | $528.00 |

12

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/08/2023 | | | | |
| Heyman, Tom | Review 2021 tax compliance 1120 return. | $330.00 | 1.0 | $330.00 |
| Krozek, Derek | Review correspondence provided by Deloitte team members related to US federal income tax return reporting considerations. | $650.00 | 1.6 | $1,040.00 |
| Lee, Sarah | Outline tax considerations for Voyager's corporate history, inclusive of tax years 2018 - 2022. | $580.00 | 1.5 | $870.00 |
| 05/09/2023 | | | | |
| Azus, Scott | Meeting with S. Lee, A. Turenshine, V. Shiu, T. Heyman (Deloitte) to discuss the updated Voyager's inventory vs Voyager's payable coin calculation in order to assess Voyager's unrealized and realized gains. | $410.00 | 0.5 | $205.00 |
| Heyman, Tom | Meeting with S. Lee, A. Turenshine, V. Shiu, T. Heyman (Deloitte) to discuss the updated Voyager's inventory vs Voyager's payable coin calculation in order to assess Voyager's unrealized and realized gains. | $330.00 | 0.5 | $165.00 |
| Lee, Sarah | Meeting with S. Lee, A. Turenshine, V. Shiu, T. Heyman (Deloitte) to discuss the updated Voyager's inventory vs Voyager's payable coin calculation in order to assess Voyager's unrealized and realized gains. | $580.00 | 0.5 | $290.00 |
| Shiu, Vincent | Meeting with S. Lee, A. Turenshine, V. Shiu, T. Heyman (Deloitte) to discuss the updated Voyager's inventory vs Voyager's payable coin calculation in order to assess Voyager's unrealized and realized gains. | $490.00 | 0.5 | $245.00 |
| Stern, Nathaniel | Updates made to the 2021 Corporate Tax return in Gosystems. | $330.00 | 0.5 | $165.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/09/2023 | | | | |
| Turenshine, Aaron | Meeting with S. Lee, A. Turenshine, S. Azus, V. Shiu (Deloitte) to discuss the updated Voyager's inventory vs Voyager's payable coin calculation in order to assess Voyager's unrealized and realized gains. | $650.00 | 0.5 | $325.00 |
| 05/10/2023 | | | | |
| Heyman, Tom | Review 2022 partnership return to check it against workpaper. | $330.00 | 0.8 | $264.00 |
| Stern, Nethaniel | Update 2021 Corporate income tax return workpaper. | $330.00 | 1.0 | $330.00 |
| Stern, Nethaniel | Update 2019 Corporate income tax return workpaper. | $330.00 | 1.6 | $528.00 |
| 05/11/2023 | | | | |
| Azus, Scott | Review 2021 Corporate return tax workpaper. | $410.00 | 2.6 | $1,066.00 |
| Azus, Scott | Meeting with N. Stern, T. Heyman, S. Wang, T. Weiss, C. Wilson (Deloitte) to discuss status of the 2020 and 2021 amended Corporate Tax returns and next steps. | $410.00 | 0.3 | $123.00 |
| Heyman, Tom | Review 2022 partnership tax compliance workpaper. | $330.00 | 0.6 | $198.00 |
| Heyman, Tom | Review 2022 partnership tax compliance return. | $330.00 | 0.5 | $165.00 |
| Lee, Sarah | Perform 2022 extension payment research in response to W. Chan's (voyager) note regarding New York/New York City/Texas payments. | $580.00 | 1.0 | $580.00 |
| Shiu, Vincent | Review 2020 income tax compliance workpaper. | $490.00 | 1.4 | $686.00 |
| Stern, Nethaniel | Meeting with N. Stern, T. Heyman, S. Wang, T. Weiss, C. Wilson (Deloitte) to discuss status of the 2020 and 2021 amended Corporate Tax returns and next steps. | $330.00 | 0.3 | $99.00 |
| Stern, Nethaniel | Prepare 2021 Form 1120 income tax compliance workpaper. | $330.00 | 1.0 | $330.00 |

14

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/11/2023 | | | | |
| Tan, Angela | Research whether the extension payments were acknowledged after the extensions were accepted on GoSystems. | $410.00 | 0.4 | $164.00 |
| Turenshine, Aaron | Email S. Ehrlich, E. Psaropoulos (Voyager) regarding 2019 inversion transaction tax analysis. | $650.00 | 0.5 | $325.00 |
| Turenshine, Aaron | Email S. Lee, A. Turenshine, V. Shiu, T. Heyman (Deloitte) regarding updated Voyager's inventory vs Voyager's payable coin calculation in order to assess Voyager's unrealized and realized gains. | $650.00 | 0.5 | $325.00 |
| Wang, Sihao | Meeting with N. Stern, T. Heyman, S. Wang, T. Weiss, C. Wilson (Deloitte) to discuss status of the 2020 and 2021 amended Corporate Tax returns and next steps. | $330.00 | 0.3 | $99.00 |
| Wilson, Clinton | Meeting with N. Stern, T. Heyman, S. Wang, T. Weiss, C. Wilson (Deloitte) to discuss status of the 2020 and 2021 amended Corporate Tax returns and next steps. | $330.00 | 0.3 | $99.00 |
| 05/12/2023 | | | | |
| Azus, Scott | Review 2021 tax compliance workpaper. | $410.00 | 1.1 | $451.00 |
| Azus, Scott | Review 2021 Form 1120 tax compliance return. | $410.00 | 1.0 | $410.00 |
| Azus, Scott | Review updated 2019 amended tax return workpaper. | $410.00 | 1.2 | $492.00 |
| Heyman, Tom | Review 2022 partnership tax compliance workpaper. | $330.00 | 1.5 | $495.00 |
| Heyman, Tom | Review tax compliance schedule K-1/K-3 . | $330.00 | 0.4 | $132.00 |
| Heyman, Tom | Review 2022 partnership return and schedule k-1/3. | $330.00 | 0.5 | $165.00 |
| Lee, Sarah | Draft email to T. Heyman, V. Shiu (Deloitte) regarding partnership workpaper/returns set up. | $580.00 | 0.9 | $522.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/12/2023 | | | | |
| Shiu, Vincent | Review 2020 tax compliance workpaper. | $490.00 | 1.1 | $539.00 |
| Stern, Nethaniel | Address review comments to 2021 workpaper. | $330.00 | 3.5 | $1,155.00 |
| 05/14/2023 | | | | |
| Stern, Nethaniel | Prepare 2021 corporate tax return. | $330.00 | 2.3 | $759.00 |
| Stern, Nethaniel | Prepare 2021 federal tax workpaper. | $330.00 | 2.2 | $726.00 |
| 05/15/2023 | | | | |
| Azus, Scott | Review updated 2021 compliance tax return workpaper. | $410.00 | 0.8 | $328.00 |
| Lee, Sarah | Discuss with W. Chan (Voyager) regarding the 2022 extension. | $580.00 | 0.8 | $464.00 |
| Stern, Nethaniel | Prepare draft of 2021 tax return. | $330.00 | 3.4 | $1,122.00 |
| Stern, Nethaniel | Draft 2021 tax compliance workpaper for the 1120 federal return . | $330.00 | 3.6 | $1,188.00 |
| Tan, Angela | Research whether extension payments can be resubmitted again on gosystems without resubmitting the extension itself. | $410.00 | 0.5 | $205.00 |
| 05/16/2023 | | | | |
| Azus, Scott | Review updated 2019 tax compliance workpaper. | $410.00 | 0.8 | $328.00 |
| Azus, Scott | Review updated 2019 tax return. | $410.00 | 0.8 | $328.00 |
| Azus, Scott | Call with S. Lee, A. Turenshine, V. Shiu (Deloitte) to discuss status updates on 2019-2022 workstreams, outstanding open items and various general ledger account categorization. | $410.00 | 0.5 | $205.00 |
| Azus, Scott | Review updated 2020 tax compliance workpaper. | $410.00 | 1.4 | $574.00 |
| Azus, Scott | Review updated 2021 tax compliance workpaper. | $410.00 | 0.8 | $328.00 |
| Heyman, Tom | Review 2022 corporate tax return. | $330.00 | 0.6 | $198.00 |
| Heyman, Tom | Review 2020 amended tax compliance workpaper. | $330.00 | 1.0 | $330.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/16/2023 | | | | |
| Lee, Sarah | Call with A. Turenshine, S. Azus, V. Shiu (Deloitte) to discuss status updates on 2019-2022 workstreams, outstanding open items and various general ledger account categorization. | $580.00 | 0.5 | $290.00 |
| Lee, Sarah | Meeting with V. Shiu (Deloitte) to discuss outstanding information requests from Voyager Digital and status on tax workpapers from 2019 to 2022. | $580.00 | 0.8 | $464.00 |
| Lee, Sarah | Analyze outstanding tax technical matters such as mark to market accounting election and reconciliation of related unrealized gain/loss calculations for tax years 2019-2022 in order to complete the federal tax return. | $580.00 | 3.0 | $1,740.00 |
| Shiu, Vincent | Call with S. Lee, A. Turenshine, S. Azus (Deloitte) to discuss status updates on 2019-2022 workstreams, outstanding open items and various general ledger account categorization. | $490.00 | 0.5 | $245.00 |
| Shiu, Vincent | Meeting with S. Lee (Deloitte) to discuss outstanding information requests from Voyager Digital and status on tax workpapers from 2019 to 2022. | $490.00 | 0.8 | $392.00 |
| Shiu, Vincent | Review 2020 tax compliance workpaper. | $490.00 | 1.7 | $833.00 |
| Stern, Nathaniel | Prepare 2022 tax return compliance workpaper. | $330.00 | 1.0 | $330.00 |
| Stern, Nathaniel | Prepare 2021 tax return compliance workpaper. | $330.00 | 1.2 | $396.00 |
| Stern, Nathaniel | Prepare 2021 tax compliance workpaper. | $330.00 | 1.0 | $330.00 |
| Turenshine, Aaron | Email T. Heyman, T. Weiss (Deloitte) regarding next steps to summarize workstreams performed to date. | $650.00 | 0.5 | $325.00 |

# Voyager Digital Holdings, Inc.

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 05/16/2023 | | | | |
| Turenshine, Aaron | Call with S. Lee, S. Azus, V. Shiu (Deloitte) to discuss status updates on 2019-2022 workstreams, outstanding open items and various general ledger account categorization. | $650.00 | 0.5 | $325.00 |
| Wang, Sihao | Update the 2022 Form 1065 partnership tax compliance return for VYGR Holdings LLC. | $330.00 | 2.7 | $891.00 |
| 05/17/2023 | | | | |
| Azus, Scott | Review 2019 tax compliance 1120 return. | $410.00 | 0.8 | $328.00 |
| Azus, Scott | Review 2021 tax compliance workpaper. | $410.00 | 1.8 | $738.00 |
| Azus, Scott | Review 2019 tax compliance workpaper. | $410.00 | 1.0 | $410.00 |
| Heyman, Tom | Review 2022 corporate return. | $330.00 | 1.8 | $594.00 |
| Lee, Sarah | Discuss with T. Heyman, V. Shiu, S. Azus (Deloitte) status of the 2019-22 remaining files and tax compliance workpapers. | $580.00 | 1.0 | $580.00 |
| Stern, Nethaniel | Prepare the 2021 income tax workpaper. | $330.00 | 2.0 | $660.00 |
| Stern, Nethaniel | Prepare the income tax return. | $330.00 | 1.8 | $594.00 |
| 05/18/2023 | | | | |
| Stern, Nethaniel | Prepare 2020 tax compliance workpaper. | $330.00 | 1.4 | $462.00 |
| Stern, Nethaniel | Prepare the 2020 tax compliance Form 1120 return. | $330.00 | 1.4 | $462.00 |
| Weiss, Thomas | Prepare the 2022 1120 tax compliance workpaper. | $330.00 | 2.0 | $660.00 |
| Weiss, Thomas | Prepare the 2022 1120 tax compliance return in gosystems. | $330.00 | 1.5 | $495.00 |
| 05/19/2023 | | | | |
| Gladman, Paul | Analyze tax implications of personnel's loan forgiveness. | $580.00 | 0.5 | $290.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 05/19/2023 | | | | |
| Lee, Sarah | Prepare outline for what final documentation will look like for the overall project. | $580.00 | 2.0 | $1,160.00 |
| Stern, Nethaniel | Prepare the 2020 tax compliance workpaper. | $330.00 | 0.5 | $165.00 |
| Subtotal for Tax Compliance Services: | | | 137.4 | $57,640.00 |
| **Total** | | | **226.6** | **$118,604.00** |

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Cooper, Matt | $1,160.00 | 1.0 | $1,160.00 |
| Forrest, Jonathan | $1,160.00 | 0.2 | $232.00 |
| Gibian, Craig | $1,160.00 | 1.3 | $1,508.00 |
| Krozek, Derek | $1,160.00 | 0.5 | $580.00 |
| Robertson, Jason | $1,160.00 | 0.5 | $580.00 |
| Spowage, Kelly | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | $1,160.00 | 1.8 | $2,088.00 |
| Lee, Sarah | $1,020.00 | 1.6 | $1,632.00 |
| Boyd, Anna | $870.00 | 11.8 | $10,266.00 |
| Shiu, Vincent | $870.00 | 1.8 | $1,566.00 |
| Azus, Scott | $750.00 | 8.0 | $6,000.00 |
| Krozek, Derek | $650.00 | 3.2 | $2,080.00 |
| Turenshine, Aaron | $650.00 | 6.5 | $4,225.00 |
| Heyman, Tom | $630.00 | 21.6 | $13,608.00 |
| Wang, Sihao | $630.00 | 18.3 | $11,529.00 |
| Weiss, Thomas | $630.00 | 12.0 | $7,560.00 |
| Gladman, Paul | $580.00 | 0.5 | $290.00 |
| Lee, Sarah | $580.00 | 26.9 | $15,602.00 |

# Voyager Digital Holdings, Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

May 01, 2023 - May 19, 2023

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Shiu, Vincent | $490.00 | 6.0 | $2,940.00 |
| Azus, Scott | $410.00 | 16.4 | $6,724.00 |
| Tan, Angela | $410.00 | 0.9 | $369.00 |
| Heyman, Tom | $330.00 | 12.9 | $4,257.00 |
| Stern, Nethaniel | $330.00 | 35.2 | $11,616.00 |
| Wang, Sihao | $330.00 | 13.1 | $4,323.00 |
| Weiss, Thomas | $330.00 | 15.5 | $5,115.00 |
| Wilson, Clinton | $330.00 | 0.3 | $99.00 |
| Gutierrez, Dalia | $250.00 | 8.3 | $2,075.00 |