UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              Chapter 11

VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1]       Case No. 22-10943 (MEW)

                      Debtors.                    (Jointly Administered)
-------------------------------------------------------------x

### ORDER EXTENDING TIME FOR THE INDEPENDENT FEE EXAMINER AND HER PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the letter application dated June 5, 2023 ("Application") of Lori Lapin Jones, Esq., Independent Fee Examiner ("Fee Examiner") in the Voyager Digital Holdings, Inc., *et al*. ("Debtors") chapter 11 cases seeking entry of an order extending the time by which the Fee Examiner and her professionals may file applications for compensation and reimbursement of expenses; and it appearing that the relief requested by the Application is in the best interest of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Application is granted to the extent set forth herein.

2. To the extent the current deadline for professionals to file applications for compensation and reimbursement of expenses applies to the Fee Examiner and her professionals, the time by which the Fee Examiner and her professionals may file final applications for compensation and reimbursement of expenses is extended through and including the date that is 45 days after the conclusion of the hearing on final applications for compensation of the professionals of the Debtors and the Official Committee of Unsecured Creditors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

3. Nothing herein shall restrict the Fee Examiner and her professionals from filing monthly fee statements and seeking interim compensation and reimbursement of expenses in accordance with the Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief [ECF No. 1277] or from filing interim applications for compensation.

4. This Order is without prejudice to the request or grant of any further extensions of time for the Fee Examiner and her professionals.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated this 6th day of June 2023

                                                        **s/Michael E. Wiles**
                                                        HONORABLE MICHAEL E. WILES
                                                        UNITED STATES BANRUPTCY JUDGE