Dear Judge Wiles,

I'm kindly requesting that you please advocate on the behalf of creditors and demand that distributions be made asap in regards to the voyager case in which I am a creditor. Ive never been in legal proceedings so I hope this is an okay way to contact you.

We have had you approve the distribution plan 2 times already and yet no distribution or attempt at distributions have been made. There are no laws yet made at this time in terms of what coins are securities, and as a result, we should be able to receive the full 35% of distributions that were promised to us instead of withholding while wait for these laws to be made (which could take years).

I'm begging you to end the abuse of the judicial system and the stalling that is happening by the voyager legal team. As creditors, we have stayed silent because we thought we could trust the process, but continuously the deadlines set for this process have been broken and without punishment. These delays should not be allowed to continue, if there is a court order should it not be mandated to go through and violations to this mandate should not be allowed, correct?

Thank you for your time,
Emma