UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK                    Chapter 11

Case No: 22-10943 (MEW)

Judge Wiles

In re:

VOYAGER DIGITAL HOLDINGS INC., et al.,

Debtors.


## MOTION IN RESPONSE TO PLAN ADMINISTARTORS RESPONSE AND MOTION TO DENY THE AMENDED PLAN AND RELIEF SOUGHT


To begin,

I would like to know why Mr. Azman signed and wrote the response and not the plan administrator whom we were told was Paul Hage. The UCC was dissolved so I don't see the legality or reason why Mr. Azman is even responding to me. none the less, the fact that my letters have been moot, or denied by the court is incorrect. There has not been one hearing what I or any creditor have received clarity or an answer. One reason would be I keep getting muted and kicked out every time I seek a question to my answers. I have not received my help with my claim and rewards amounts, I have not received any answers regarding the criminal activity that has been going on and I have not received a single dime or crypto. We have been lied too and our distribution prolonged. The UCC has milked the trust with bs counsel that have done nothing but merely charge us creditors as they please. We have been the laughing bankruptcy of the century.

To the extent of the return of payments to the wind down debtors, the judge has not ruled on that or even given us a reason as to why or why not those payments will be allowed. Not only that, but I was also referring to the executives and directors. There has been no clarity in that whatsoever. As to #12 response, it makes no sense, you are clearly yourself stating I am entitled under the bankruptcy code to these damages. "Bankruptcy Code section 521(a)(1)(B)(iv) provides that the debtor shall file, unless the court orders otherwise, "copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor." Furthermore, Bankruptcy Code section 362(k) provides that "an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages." These in your own words. Now as to # 13; you stated, "Mr. Shehadeh has not cited to any filing in which a Wind-Down Debtor disclosed his information beyond what is required to be disclosed by the Bankruptcy Code". That is not true, as I have filed many filings regarding my claim amount and even uploaded transactions online and the judge discussed about my rewards amount in which kiki was supposed to get back to me, but never did.

Furthermore, when BRG released my information, which included my bank deposits, my transfers, withdrawals, etc., it was a direct violation of the bankruptcy code and violation of my personal financial information and account info. It showed my bank information as well, and all my transaction history, which is not to be viewed by any one and a direct violation of my right to privacy and the bankruptcy code which protects us from these very things.

Moreover, you have not addressed my filings in full, you have yet to respond to my subpoena for Jason Raznick, Stephen Ehlrich, and the UCC. I want them in court to answer questions by the creditors, which we never get full answers too, or the judge just waves it off completely. All my claims have merit and more than 90% of the creditors in this case agree with me. we have been bamboozled, lied too, robbed, and left with lost hope in the justice system.

This whole bankruptcy is one big lie and scam, and they filed chapter 11 to milk the estate for as much as they can before they liquidate what's left, if there is anything left, I mean we didn't even get our initial distribution, but the judge made sure the employees received bonuses and every interim application fee for payments for counsel was paid out. Even money for a failed exchange to keep operating which we all know did nothing for the benefit of the creditors or the app, the app is useless, but I still see they follow current events and post them on the news feed. Now the UCC after taking and milking what they can, want to disappear and delete their twitter like nothing ever happened and they never existed. This is bullshit!!!

Allowing this would allow the idea that criminals get away with fraud, money laundering, and insider trading in this country, which we all know they don't or shouldn't. I find it to be a conflict of interest as well to Mr. Hage being the plan administrator, as he is Jason personal lawyer. For once can we the creditors vote on what we want to do. Just for once your honor. Can we vote on our assets. A real vote about what are plan will be and not a plan disguised to cover the asses of the executives trying to dodge criminal prosecution. We had once choice vote yes to Binance.us deal to get our crypto back, but doing so also allows immunity for these scumbags, who have stolen and misused customer funds and lied to us from the beginning. Not only that, but VDH is also selling and sending crypto to Coinbase on a daily

The plan has been amended so many times, I believe it is all a Ponzi to keep running up the tab for counsel and the debtors. If this court or the debtors cared 1% about the maximum recovery for creditors or the fast return of our assets, we wouldn't be here 10 months later and not a single coin has been released.

They tell us they want to claw back and wind down and this and that, but now they changed their minds and not don't want to liquidate the unsupported coins. They had no problem holding it back for the FTX claims and claw backs, but when it comes time for distribution which was supposed to be 9 days ago, suddenly, they don't want to and yet again we have been lied to and not received a single coin. Not only should I receive punitive damages, but I should receive interest in return on my crypto held. The rewards were a scam like the company, and it holds no merit with the SEC. Bitcoin is a commodity and my rightful property like my other crypto coins and I demand they be returned to me immediately under the bankruptcy code. If not, I would like criminal charges brought up against VDH and the counsel for the crimes they have done, and punitive damages to be paid out to me as soon as possible or I will seek further litigation and I will sue and seek criminal charges to the full extent of the law.

Submitted by,

A.Shehadeh

708-578-5102

exclusivetrendz708@gmail.com