To the Honorable Judge Michael E. Wiles

RECEIVED
JUN - 9 2023
U.S. BANKRUPTCY COURT, SDNY

I am writing you this letter in regards to the Voyager cryptocurrency case. Myself along with other creditors have been waiting over 11 months now for them to return our crypto coins and or money to us and all we have gotten is them prolonging this case as long as possible and draining more and more of our money slowly but surely to pay themselves under the guise of looking out for investors.

Every time it seems like there is light at the end of this seemingly never-ending tunnel the darkness once again consumes us. It is sad that the current plan administrator is doing the same thing the company has done for the previous 10 months which is continue to keep making empty promises about returning value to customers and instead lining their own pockets with more of creditor funds.

I recall the first time you had dealt with this case back on March 7th when you approved the Binance deal when the SEC was trying to object with their vague objections to the plan saying some of the coins might be securities. Your name stood out to me when I heard you were the judge for this new court date in regard to them giving customers back value whether it be in crypto or dollars. It stood out to me because I recall back in March when I saw what you had to say it seemed like you were the first person this whole time who actually had true interest in actually looking out for us creditors.

Please continue to look out for us because sadly it seems like you are the only person who has actually had the best interest for Voyager creditors. All the other creditors and myself are still being deceived and lied to by the representatives of Voyager. I have faith and hope that you will again just like you did back in March look out for us and make them return our coins and or money back as soon as possible and put an end to them kicking this can down the road as they drain what money and value is left for themselves while saying they are trying to help us out.

Thank you very much for your time.

Sincerely,

Rob Bowman