Dear Judge Wiles,

I am writing to you today on behalf of the many creditors who are feeling betrayed and frustrated by the bankruptcy process. As you know, the bankruptcy process has been going on for over 12 months now, and there has been very little progress. In fact, it seems that the Plan Administrator is more interested in protecting the interests of the debtors than the creditors.

The Plan Administrator has been involved in this process from Day 1, and it is clear that he has no intention of working in the best interests of the creditors. He has repeatedly opposed plans that would have provided creditors with the Initial Percentage of recovery.

The Plan Administrator's actions are not only unfair, but they are also illegal. The bankruptcy code is clear that the Plan Administrator has a fiduciary duty to the creditors. This means that he is legally obligated to act in their best interests. By opposing plans that would have provided creditors with a fair recovery, the Plan Administrator is violating his fiduciary duty.

I urge you to make him stop working for the debtors and their protections and start working for the creditors. The creditors are the ones who have been harmed by the debtors' actions, and they deserve to be treated fairly.

The Plan Administrator and his team are aware of the approved plan of recovery process. I urge you to support this plan and continue with the recovery process. The creditors have been waiting for over 12 months for a resolution, and they deserve to have their money returned as soon as possible.

The debtors have already given their word that the creditors will receive their funds by June 1st. I urge you to not back off at this end moment. The creditors have been solely dependent on the Plan Administrator at this point, and I urge you to provide them with the support they need to get their money back as quickly as possible.

The creditors have already sacrificed so much. Their lives have been shattered, and they deserve to have their money back. I urge you to support the return of USDC funds back to account holders as it was told about them being comfortable towards its distribution in the previous court hearing .

Thank you for your time and consideration.

Sincerely,
Micheal