**McDermott Will & Emery LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**McDermott Will & Emery LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

**McDermott Will & Emery LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) Case No. 22-10943 (MEW) |
| Debtors.[1] | ) (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**JUNE 14, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | June 14, 2023, at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Voyager Digital Holdings, Inc.'s and Voyager Digital Ltd.'s principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003. Voyager Digital, LLC's principal place of business is 701 S. Miami Ave, 8th Floor, Miami, FL 33131.

|   |   |
|---|---|
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleading by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

## I. Status Conference

1. *Liquidation Procedures and Interim Distribution.*

    A. Corrected and Amended Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1166].

    B. Order (I) Approving Liquidation Procedures and (II) Granting Related Relief [Docket No. 1398].

    **Status**: **This status conference is going forward at the request of the Court.**

## II. Matters Going Forward

1. *Second Interim Fee Applications.* Second Amended Notice of Second Interim Fee Hearing [Docket No. 1370].

    Objection Deadline: June 7, 2023, at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:

    A. Motion for Objection to Paul Hastings LLP Monthly Fee Statements and Clarification for Relief Sought for Docket # 1358 [Docket No. 1359].

    B. Final Report of Lori Lapin Jones, Esq., Independent Fee Examiner, on Interim Applications for Compensation and Reimbursement of Expenses of Retain Professionals [Docket No. 1425].

    C. Debtors' Reply to Objections to Paul Hastings LLP Monthly Fee Statements [Docket No. 1452].

    Related Documents:

    A. First Interim Application of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider to the Debtors for the Period from August 1, 2022 through November 30, 2022 [Docket No. 995].

B.     First Application of ArentFox Schiff LLP, Special Counsel for Voyager Digital Holdings, Inc., for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from November 10, 2022 Through February 28, 2023 [Docket No. 1289].

C.     Second Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for the Interim Fee Period from November 1, 2022, Through February 28, 2023 [Docket No. 1291].

D.     First Interim Fee Application of Paul Hastings LLP, Special Regulatory Counsel for the Debtors and Debtors in Possession, for the Interim Period from July 5, 2022 Through and Including October 31, 2022 [Docket No. 1293].

E.     First Interim Fee Application of Katten Muchin Rosenman LLP as Special Counsel to Voyager Digital, Ltd. at the Direction of Its Independent Director for Compensation for Services Rendered and Reimbursement of Expenses for the Period of November 11, 2022 Through and Including February 28, 2023 [Docket No. 1295].

F.     Second Interim Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Interim Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to Voyager Digital LLC from November 1, 2022 Through and Including February 28, 2023 [Docket No. 1297].

G.     Second Interim Fee Application of Harney Westwood & Riegels LP, BVI Counsel to the Official Committee of Unsecured Creditors, for the Interim Period from November 1, 2022, through February 28, 2023 [Docket No. 1298].

H.     Second Interim Fee Application of Cassels Brock & Blackwell LLP, Canadian Counsel to the Official Committee of Unsecured Creditors, for the Interim Fee Period from November 1, 2022, through February 28, 2023 [Docket No. 1299].

I.     Second Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors During the Period from November 1, 2022 Through February 28, 2023 [Docket No. 1304].

J.     First Interim Fee Application of M3 Advisory Partners, LP, Financial Advisor to the Official Committee of Unsecured Creditors, for the Interim Fee Period from January 4, 2023, through February 28, 2023 [Docket No. 1305].

K.     Second Interim Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for the Interim Fee Period from November 1, 2022, through February 28, 2023 [Docket No. 1307].

L.     Second Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Second Interim Fee Period from November 1, 2022 Through and Including February 28, 2023 [Docket No. 1308].

M.     Second Interim Fee Application of Epiq Corporate Restructuring, LLC, Noticing and Information Agent to the Official Committee of Unsecured Creditors, for the Interim Fee Period from November 1, 2022, through February 28, 2023 [Docket No. 1309].

N.     Second Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from November 1, 2022 Through and Including February 28, 2023 [Docket No. 1325].

O.     Second Interim Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtors for the Period November 1, 2022 through February 28, 2023 [Docket No. 1333].

P.     First Interim Fee Application of Potter Anderson & Corroon LLP, as Delaware Counsel to the Debtors and Debtors in Possession, for the First Interim Fee Period from November 30, 2022, Through and Including February 28, 2023 [Docket No. 1341].

Q.     Second Interim Fee Application of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider to the Debtors for the Period from December 1, 2022 Through March 31, 2023 [Docket No. 1346].

R.     Second Interim Fee Application of Paul Hastings LLP, Special Regulatory Counsel for the Debtors and Debtors in Possession, for the Interim Period from November 1, 2022 Through and Including February 28, 2023 [Docket No. 1356].

S.     Supplement to the First interim Fee Application of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider to the Debtors for the Period from August 1, 2022 through November 30, 2022 [Docket No. 1385].

**Status**: **This matter is going forward.**

2. *Alah Shehadeh Letters.*

Responses:

    A.    The Plan Administrator's Response to the Letters Filed by Alah Shehadeh [Docket No. 1444].

Related Documents:

    A.    Amended Motion to Allow/Motion for Relief Sought and the Return of Crypto Assets filed by Alah Shehadeh [Docket No. 1358].

    B.    Objection/Motion for Objection Paul Hastings LLC Monthly Fee Statements and Clarification for Relief Sought for Docket # 1358 filed by Alah Shehadeh [Docket No. 1359].

    C.    Motion to Approve/Motion for Administrative Claims for Punitive Damages Done by Kirkland & Ellis and Voyager Digital Holdings Inc. et al., filed by Alah Shehadeh [Docket No. 1366].

    D.    Motion to Allow/Motion to Return All Monies Crypto Paid to Executives and Motion to Stop Pay for Voyager Operations filed by Alah Shehadeh [Docket No. 1368].

**Status**: **This matter is going forward.**

| | |
|---|---|
| Dated: New York, New York<br>       June 13, 2023 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>E-mail: jbevans@mwe.com<br><br>and<br><br>Charles R. Gibbs (admitted *pro hac vice*)<br>Grayson Williams (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>E-mail: crgibbs@mwe.com<br>E-mail: gwilliams@mwe.com<br><br>and<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184<br>Telephone: (305) 329-4473<br>Facsimile: (305) 503-8805<br>E-mail: gsteinman@mwe.com<br><br>*Counsel to the Plan Administrator* |