**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before June 2, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A** and on five (5) confidential parties not included herein:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

Furthermore, on June 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Filing of the Liquidation Procedures** (Docket No. 1374)

Furthermore, on June 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on fifty-two (52) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

- **Notice of (I) Entry of Corrected and Amended Order (A) Approving the Second Amended Disclosure Statement and (B) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code and (II) Occurrence of Effective Date** (Docket No. 1405)

Furthermore, on or before June 6, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on thirty-seven (47) confidential parties not included herein:

- **Notice of Filing of the Liquidation Procedures** (Docket No. 1374)

Furthermore, on or before June 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on four (4) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Hybrid Confirmation Hearing** (Docket No. 1096)

Furthermore, on or before June 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list on **Exhibit B** and on twenty-two (22) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Filing of the Liquidation Procedures** (Docket No. 1374)

Furthermore, on or before June 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on seventy-five (75) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

Furthermore, on or before June 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list on **Exhibit C** and on one hundred and fifty-two (152) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of (I) Entry of Corrected and Amended Order (A) Approving the Second Amended Disclosure Statement and (B) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code and (II) Occurrence of Effective Date** (Docket No. 1405)

Furthermore, on or before June 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list on **Exhibit D** and on twenty (20) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Filing of First Amended Liquidation Procedures** (Docket No. 1419)

Dated: June 13, 2023

_____
Stephanie Delgado

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 13th day of June, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr. 20, 2026

# **<u>Exhibit A</u>**

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AURA SUB, LCC | AURA IDENTITY GUARD | 250 NORTHERN AVE | STE 300 | BOSTON | MA | 02210-2035 |
| AURA SUB, LLC | AURA IDENTITY GUARD | 250 NORTHERN AVE | STE 300 | BOSTON | MA | 02210-2035 |
| SOCURE INC. | C/O POTOMAC LAW GRP. PLLC | ATTN: PAMELA MARIE EGAN | 1416 10TH AVE W | SEATTLE | WA | 98119-3229 |
| THE MOSKOWITZ LAW FIRM PLLC | ATTN: ADAM M. MOSKOWITZ, JOSEPH M. KAYE, BARBARA C. LEWIS | 3250 MARY ST | STE 202 | MIAMI | FL | 33133-5232 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AURA SUBS, LCC | | 250 NORTHERN AVE | STE 300 | BOSTON | MA | 02210-2035 |
| INFINITY CONSULTING SOLUTIONS, INC | | 200 PARK AVE | FL 33 | NEW YORK | NY | 10166-3298 |
| OGON,LLC | | 575 5TH AVE | FL 14 | NEW YORK | NY | 10017-2452 |
| PIERCE ROBERTSON | C/O THE MOSKOWITZ LAW FIRM, PLLC | ATTN: ADAM M. MOSKOWITZ, JOSEPH M. KAYE, BARBARA C. LEWIS | 3250 MARY ST STE 202 | MIAMI | FL | 33133-5232 |
| SEEKING ALPHA | | 324 5TH AVE | # 5 | NEW YORK | NY | 10001-3105 |
| THE MOSKOWITZ LAW FIRM PLLC | ATTN: ADAM M. MOSKOWITZ, JOSEPH M. KAYE, BARBARA C. LEWIS | 3250 MARY ST | STE 202 | MIAMI | FL | 33133-5232 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)                                                                                      Page 1 of 1

# **<u>Exhibit C</u>**



# Exhibit C
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| CHORD ADVISORS LLC | | 800 BOYLSTON ST | # 16 | | BOSTON | MA | 02199-1900 |
| COIN LEDGER, INC. | ATTENTION: DAVID R. KEMMERER | PMB 77259 | 231 S BEMISTON AVE | STE 850 | SAINT LOUIS | MO | 63105-1920 |
| DITTO | | 261 W DATA DR | | | DRAPER | UT | 84020-2372 |
| ELASTIC | | 88 KEARNY ST | FL 19 | | SAN FRANCISCO | CA | 94108-5508 |
| ELASTICSEARCH, INC | | 88 KEARNY ST | FL 19 | | SAN FRANCISCO | CA | 94108-5508 |
| FIVETRAN | | 1221 BROADWAY | STE 2400 | | OAKLAND | CA | 94612-1824 |
| IQTALENT PARTNERS INC | | 1407 ALAMO AVE | | | MURFREESBORO | TN | 37129-7769 |
| IQTALENT PARTNERS, INC. | | 1407 ALAMO AVE | | | MURFREESBORO | TN | 37129-7769 |
| ITERABLE | | PMB 5212 | 2261 MARKET ST | | SAN FRANCISCO | CA | 94114-1612 |
| ITERABLE, INC | | PMB 5212 | 2261 MARKET ST | | SAN FRANCISCO | CA | 94114-1612 |
| JUMIO CORPORATION | | 100 MATHILDA PL | STE 100 | | SUNNYVALE | CA | 94086-6019 |
| MERLIN MEDIA LLC | | 401 BOYD DR | APT 5314 | | GRAPEVINE | TX | 76051-6350 |
| OGON,LLC | | 575 5TH AVE | FL 14 | | NEW YORK | NY | 10017-2452 |
| PIERCE ROBERTSON | C/O THE MOSKOWITZ LAW FIRM, PLLC | ATTN: ADAM M. MOSKOWITZ, JOSEPH M. KAYE, BARBARA C. LEWIS | 3250 MARY ST | STE 202 | MIAMI | FL | 33133-5232 |
| SEEKING ALPHA | | 324 5TH AVE | # 5 | | NEW YORK | NY | 10001-3105 |
| SOCURE INC. | C/O POTOMAC LAW GRP. PLLC | ATTN: PAMELA MARIE EGAN | 1416 10TH AVE W | | SEATTLE | WA | 98119-3229 |
| TWILIO | | 101 SPEAR ST | # 500 | | SAN FRANCISCO | CA | 94105-1559 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **Exhibit D**

**Exhibit D**
Served via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ELASTIC | 88 KEARNY ST | FL 19 | SAN FRANCISCO | CA | 94108-5508 |
| ELASTICSEARCH, INC | 88 KEARNY ST | FL 19 | SAN FRANCISCO | CA | 94108-5508 |
| JUMIO CORPORATION | 100 MATHILDA PL | STE 100 | SUNNYVALE | CA | 94086-6019 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1