UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors.[1] | ) ) | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF
FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 13, 2022, effective as of July 25, 2022 |
| Period for Which Compensation and Reimbursement Will be Sought: | April 1, 2023 to April 30, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $125,920.00 |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $70.00 |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

York, the *Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 25, 2022*, dated September 13, 2022 [Docket No. 404] (the "Retention Order") and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket. No. 236], (the "Interim Compensation Order"), FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI") hereby submits this *Ninth Monthly Fee Statement of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from April 1, 2023 Through April 30, 2023* (this "Monthly Fee Statement").[2] Specifically, FTI seeks (i) interim allowance of $125,920.00 for the reasonable and necessary financial advisory services that FTI rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) compensation in the amount of $100,736.00, which is equal to 80% of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period (*i.e.*, $125,920.00); and (iii) allowance and payment of $70.00 for the actual and necessary expenses that FTI incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of FTI professionals and paraprofessionals, who rendered services to the Committee in connection with these chapter 11

---

[2] The period from April 1, 2023, through and including April 30, 2023 is referred to herein as the "Fee Period."

2

cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.

2. Attached hereto as **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by FTI professionals and paraprofessionals during the Fee Period with respect to each of the project categories FTI established in accordance with its internal billing procedures. As reflected in **Exhibit B**, FTI incurred $125,920.00 in fees during the Fee Period. Pursuant to this Fee Statement, FTI seeks reimbursement for 80% of such fees ($100,736.00in the aggregate).

3. Attached hereto as **Exhibit C** are the time records of FTI, which provide detailed time entries by task code of the time spent by each FTI professional and paraprofessional during the Fee Period.

4. Attached hereto as **Exhibit D** is a schedule of the expense categories and total expenses in each category for the Fee Period that FTI seeks reimbursement of in this Monthly Fee Statement.

5. Attached hereto as **Exhibit E** are the expense records of FTI, which provide a daily summary of the expenses for which FTI is seeking payment and an itemization thereof.

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the Fee Examiner Order. A copy of this Fee Statement is also available on the website of the Plan Administrator's claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be given.

| | |
|---|---|
| Dated:  New York, New York<br>June 17, 2023 | **FTI CONSULTING, INC.**<br><br>*/s/ Michael Cordasco*<br>Michael Cordasco<br>Senior Managing Director<br>FTI Consulting, Inc. |

**EXHIBIT A**

**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Professional | Specialty | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Cordasco, Michael | Restructuring | Senior Managing Director | $ 1,325 | 31.8 | $ 42,135.00 |
| Mulkeen, Tara | Investigation | Senior Managing Director | 1,325 | 1.6 | 2,120.00 |
| Eisler, Marshall | Restructuring | Managing Director | 1,055 | 36.7 | 38,718.50 |
| Fischer, Preston | Cryptocurrency | Managing Director | 910 | 6.6 | 6,006.00 |
| Mehta, Ajay | Cryptocurrency | Director | 809 | 1.0 | 809.00 |
| Baltaytis, Jacob | Restructuring | Senior Consultant | 635 | 56.9 | 36,131.50 |
| **GRAND TOTAL** | | | | **134.6** | **$ 125,920.00** |

**EXHIBIT B**

**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 2.4 | $ 1,524.00 |
| 2 | Cash & Liquidity Analysis | 17.0 | 14,728.00 |
| 6 | Asset Sales | 2.4 | 2,550.00 |
| 11 | Prepare for and Attend Court Hearings | 4.8 | 5,436.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 5.0 | 3,745.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 40.7 | 41,338.50 |
| 17 | Wind Down Monitoring | 17.7 | 19,444.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 11.9 | 13,171.00 |
| 24 | Preparation of Fee Application | 31.1 | 22,232.50 |
| 26 | Cryptocurrency/Digital Assets Issues | 1.6 | 1,750.50 |
| | **GRAND TOTAL** | **134.6** | **$ 125,920.00** |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 1 | 4/19/2023 | Baltaytis, Jacob | 0.4 | Analyze previously filed MORs for payments to insiders. | $ 254.00 |
| 1 | 4/19/2023 | Baltaytis, Jacob | 0.3 | Prepare query to BRG re: insider payments disclosed in MORs. | 190.50 |
| 1 | 4/19/2023 | Baltaytis, Jacob | 0.9 | Analyze amended MORs for changes in payments to insiders. | 571.50 |
| 1 | 4/28/2023 | Baltaytis, Jacob | 0.8 | Review summary of Congressional hearings re: crypto regulation. | 508.00 |
| **1 Total** | | | **2.4** | | **$ 1,524.00** |
| 2 | 4/4/2023 | Eisler, Marshall | 0.2 | Prepare response to BRG re: proposed cash transfers. | 211.00 |
| 2 | 4/4/2023 | Eisler, Marshall | 0.3 | Review diligence responses from BRG re: cash transfers. | 316.50 |
| 2 | 4/10/2023 | Cordasco, Michael | 0.4 | Analyze budget to actual cash flows to assess recent trends. | 530.00 |
| 2 | 4/10/2023 | Eisler, Marshall | 0.8 | Analyze April cash flow forecast for changes to assumptions. | 844.00 |
| 2 | 4/10/2023 | Eisler, Marshall | 1.2 | Review Debtors' updated cash flow for changes to effective date cash positions. | 1,266.00 |
| 2 | 4/11/2023 | Baltaytis, Jacob | 0.3 | Analyze final cash management order to assess UCC rights re: bank account openings. | 190.50 |
| 2 | 4/11/2023 | Baltaytis, Jacob | 0.3 | Prepare analysis to BRG re: professional fee accrual for cash at emergence. | 190.50 |
| 2 | 4/11/2023 | Baltaytis, Jacob | 0.7 | Review professional fees in connection with cash burn exercise. | 444.50 |
| 2 | 4/11/2023 | Baltaytis, Jacob | 1.1 | Review cash forecast in connection with cash burn analysis. | 698.50 |
| 2 | 4/11/2023 | Cordasco, Michael | 0.6 | Respond to inquiries from MWE re: liquidity and bank account opening. | 795.00 |
| 2 | 4/12/2023 | Cordasco, Michael | 0.5 | Participate in call with case professionals re: proposed cash account issues. | 662.50 |
| 2 | 4/12/2023 | Eisler, Marshall | 0.5 | Participate in call with case professionals to discuss proposed cash management items. | 527.50 |
| 2 | 4/13/2023 | Cordasco, Michael | 0.3 | Assess budget to actual cash performance to assess recent trends. | 397.50 |
| 2 | 4/14/2023 | Baltaytis, Jacob | 0.4 | Review cash burn assessment with updated April cash flow forecast. | 254.00 |
| 2 | 4/14/2023 | Baltaytis, Jacob | 0.4 | Review professional fee schedule provided by BRG re: cash burn. | 254.00 |
| 2 | 4/14/2023 | Baltaytis, Jacob | 0.7 | Prepare cash burn analysis summary for total case to date disbursements. | 444.50 |
| 2 | 4/14/2023 | Baltaytis, Jacob | 1.4 | Review cash burn analysis re: incorporation of proper accruals. | 889.00 |
| 2 | 4/14/2023 | Baltaytis, Jacob | 1.9 | Prepare cash burn analysis for interim periods. | 1,206.50 |
| 2 | 4/14/2023 | Eisler, Marshall | 0.8 | Provide comments to exhibit re: cash burn analysis. | 844.00 |
| 2 | 4/15/2023 | Baltaytis, Jacob | 1.8 | Prepare updates to cash burn analysis for internal comments. | 1,143.00 |

3

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 2 | 4/19/2023 | Cordasco, Michael | 0.3 | Participate in advisor call to discuss requirements for cash accounts. | 397.50 |
| 2 | 4/19/2023 | Eisler, Marshall | 0.3 | Participate in call with case advisors re: requirements for cash accounts. | 316.50 |
| 2 | 4/20/2023 | Baltaytis, Jacob | 0.5 | Participate in budget to actual discussion call with BRG. | 317.50 |
| 2 | 4/20/2023 | Cordasco, Michael | 0.3 | Analyze budget to actual cash performance to assess recent trends. | 397.50 |
| 2 | 4/20/2023 | Cordasco, Michael | 0.5 | Participate in call with BRG re: budget to actual cash flows and initial distributions. | 662.50 |
| 2 | 4/20/2023 | Eisler, Marshall | 0.5 | Participate in call with BRG to discuss actual cash flows and initial distributions. | 527.50 |
| **2 Total** | | | **17.0** | | **$ 14,728.00** |
| 6 | 4/25/2023 | Baltaytis, Jacob | 0.6 | Analyze termination notice re: purchase agreement. | 381.00 |
| 6 | 4/25/2023 | Cordasco, Michael | 0.5 | Participate in call with Moelis re: termination of asset purchase agreement. | 662.50 |
| 6 | 4/25/2023 | Cordasco, Michael | 0.5 | Analyze potential options after termination of purchase agreement. | 662.50 |
| 6 | 4/25/2023 | Eisler, Marshall | 0.8 | Review APA to assess rights under termination procedures. | 844.00 |
| **6 Total** | | | **2.4** | | **$ 2,550.00** |
| 11 | 4/4/2023 | Baltaytis, Jacob | 0.2 | Analyze notice of agenda for 4/5 hearing. | 127.00 |
| 11 | 4/5/2023 | Eisler, Marshall | 0.4 | Review memo from MWE re: hearing summary. | 422.00 |
| 11 | 4/10/2023 | Cordasco, Michael | 0.6 | Participate in call with MWE to discuss plan for appeal hearing. | 795.00 |
| 11 | 4/10/2023 | Eisler, Marshall | 0.6 | Participate in call with MWE re: appeal hearing discussion. | 633.00 |
| 11 | 4/11/2023 | Cordasco, Michael | 0.5 | Participate telephonically in appeal hearing. | 662.50 |
| 11 | 4/11/2023 | Eisler, Marshall | 0.5 | Participate telephonically in appeal hearing. | 527.50 |
| 11 | 4/18/2023 | Baltaytis, Jacob | 0.2 | Analyze terms contained in notice of cancellation of 4/19 hearing. | 127.00 |
| 11 | 4/26/2023 | Cordasco, Michael | 0.9 | Participate telephonically in hearing re: procedures for certain tokens. | 1,192.50 |
| 11 | 4/26/2023 | Eisler, Marshall | 0.9 | Participate telephonically in hearing re: procedures for certain tokens. | 949.50 |
| **11 Total** | | | **4.8** | | **$ 5,436.00** |
| 14 | 4/6/2023 | Baltaytis, Jacob | 0.2 | Review draft analysis from BRG re: unliquidated claims. | 127.00 |
| 14 | 4/6/2023 | Baltaytis, Jacob | 0.4 | Prepare summary analysis to MWE re: contingent and unliquidated claims. | 254.00 |
| 14 | 4/6/2023 | Baltaytis, Jacob | 0.8 | Review BRG liquidation analysis exhibits for claims breakout. | 508.00 |
| 14 | 4/6/2023 | Baltaytis, Jacob | 1.1 | Reconcile prevailing claims pool to previous liquidation analysis exhibit. | 698.50 |
| 14 | 4/6/2023 | Baltaytis, Jacob | 1.4 | Prepare summary of existing pool of claims at request of counsel. | 889.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 14 | 4/10/2023 | Eisler, Marshall | 0.3 | Analyze summary level information from BRG re: contingent and unliquidated claims. | 316.50 |
| 14 | 4/10/2023 | Eisler, Marshall | 0.4 | Review previous analysis from Debtors re: contingent and unliquidated claims. | 422.00 |
| 14 | 4/12/2023 | Cordasco, Michael | 0.4 | Analyze draft claims objection procedures contemplated Debtors. | 530.00 |
| **14 Total** | | | **5.0** | | **$ 3,745.00** |
| 16 | 4/3/2023 | Cordasco, Michael | 0.3 | Analyze update from MWE re: status of appeal. | 397.50 |
| 16 | 4/3/2023 | Eisler, Marshall | 0.4 | Analyze emergency stay appeal motion. | 422.00 |
| 16 | 4/4/2023 | Eisler, Marshall | 0.8 | Review Debtors' responses to infrastructure diligence questions re: in-kind distributions. | 844.00 |
| 16 | 4/5/2023 | Eisler, Marshall | 0.2 | Prepare reply to BRG re: Debtors' ACH capabilities. | 211.00 |
| 16 | 4/5/2023 | Eisler, Marshall | 0.6 | Review response from Debtors re: ACH protocols for cash distributions. | 633.00 |
| 16 | 4/12/2023 | Cordasco, Michael | 0.7 | Participate in call to discuss potential Plan distribution options. | 927.50 |
| 16 | 4/13/2023 | Cordasco, Michael | 0.6 | Analyze outstanding issues re: proposed appeal settlement. | 795.00 |
| 16 | 4/13/2023 | Cordasco, Michael | 0.7 | Analyze potential issues re: cash distribution mechanics. | 927.50 |
| 16 | 4/13/2023 | Fischer, Preston | 0.3 | Prepare summary to UCC advisors re: feasibility of toggle option. | 273.00 |
| 16 | 4/13/2023 | Fischer, Preston | 0.8 | Analyze digital asset notifications pertaining to Debtors' token positions. | 728.00 |
| 16 | 4/13/2023 | Fischer, Preston | 1.1 | Review previous infrastructure diligence re: toggle option distributions security risks. | 1,001.00 |
| 16 | 4/14/2023 | Eisler, Marshall | 1.1 | Analyze Debtors' latest exhibit re: coin portfolio for changes. | 1,160.50 |
| 16 | 4/17/2023 | Cordasco, Michael | 0.5 | Analyze opt-out summary in connection with distribution calculations. | 662.50 |
| 16 | 4/17/2023 | Cordasco, Michael | 0.6 | Participate in call with Debtors to discuss ACH transfers to customers. | 795.00 |
| 16 | 4/17/2023 | Eisler, Marshall | 0.6 | Participate in call with Debtors re: ACH transfers to customers. | 633.00 |
| 16 | 4/18/2023 | Cordasco, Michael | 0.5 | Participate in call with Counsel to discuss distribution mechanics and timing. | 662.50 |
| 16 | 4/18/2023 | Cordasco, Michael | 0.8 | Participate in call with BRG re: holdback reserves. | 1,060.00 |
| 16 | 4/18/2023 | Eisler, Marshall | 0.5 | Participate in call with BRG re: plan for distribution mechanics and timing. | 527.50 |
| 16 | 4/18/2023 | Eisler, Marshall | 0.8 | Participate in call with Debtors' advisors to discuss holdback reserves. | 844.00 |
| 16 | 4/19/2023 | Eisler, Marshall | 0.3 | Prepare summary to Debtors and MWE re: ACH capabilities. | 316.50 |
| 16 | 4/19/2023 | Eisler, Marshall | 0.8 | Review UCC brief prepared by MWE re: confirmation stay appeal. | 844.00 |

5

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 16 | 4/20/2023 | Baltaytis, Jacob | 1.2 | Review BRG initial distributions waterfall for changes to previous assumptions. | 762.00 |
| 16 | 4/20/2023 | Cordasco, Michael | 0.5 | Provide comments to revised holdback analysis prepared by Debtors. | 662.50 |
| 16 | 4/20/2023 | Eisler, Marshall | 1.6 | Review updated exhibit from BRG re: initial distributions. | 1,688.00 |
| 16 | 4/21/2023 | Eisler, Marshall | 1.2 | Participate in call with Debtors and Stretto re: distributions. | 1,266.00 |
| 16 | 4/24/2023 | Baltaytis, Jacob | 0.6 | Analyze docket for summary of filings re: Plan confirmation. | 381.00 |
| 16 | 4/24/2023 | Eisler, Marshall | 0.6 | Analyze docket filings re: completeness of Plan supplement describing distributions. | 633.00 |
| 16 | 4/25/2023 | Cordasco, Michael | 0.4 | Participate in call with Debtors to discuss current portfolio inventory. | 530.00 |
| 16 | 4/25/2023 | Cordasco, Michael | 0.6 | Participate in call with Debtors to discuss self-liquidating plan task list. | 795.00 |
| 16 | 4/25/2023 | Eisler, Marshall | 0.4 | Participate in call with Debtors on distribution issues discussion. | 422.00 |
| 16 | 4/25/2023 | Eisler, Marshall | 0.6 | Participate in call with Debtors to discuss self-liquidating plan re: outstanding items. | 633.00 |
| 16 | 4/25/2023 | Eisler, Marshall | 1.1 | Review Debtors' infrastructure re: in-kind distributions of unsupported coins. | 1,160.50 |
| 16 | 4/25/2023 | Eisler, Marshall | 1.4 | Review Plan of Reorganization re: liquidation toggle option language re: distributions. | 1,477.00 |
| 16 | 4/25/2023 | Mehta, Ajay | 0.9 | Review previous diligence assessments to analyze distributions re: toggle option. | 728.10 |
| 16 | 4/26/2023 | Baltaytis, Jacob | 1.2 | Process edits to flagged token schedule for MWE comments. | 762.00 |
| 16 | 4/26/2023 | Baltaytis, Jacob | 1.4 | Process edits to schedule of flagged coins for internal comments. | 889.00 |
| 16 | 4/26/2023 | Baltaytis, Jacob | 1.8 | Prepare schedule of estate coins re: unsupported and SEC-flagged assets. | 1,143.00 |
| 16 | 4/26/2023 | Cordasco, Michael | 0.5 | Provide comments to draft coin analysis as requested by UCC. | 662.50 |
| 16 | 4/26/2023 | Cordasco, Michael | 0.5 | Participate in call with Debtors to discuss self-liquidation task list. | 662.50 |
| 16 | 4/26/2023 | Cordasco, Michael | 0.6 | Prepare outline re: coin analysis requested by UCC member. | 795.00 |
| 16 | 4/26/2023 | Eisler, Marshall | 0.4 | Review analysis requested by UCC re: approach to unsupported coins. | 422.00 |
| 16 | 4/26/2023 | Eisler, Marshall | 0.5 | Participate in call with Debtors to discuss self-liquidating plan outstanding items. | 527.50 |
| 16 | 4/26/2023 | Eisler, Marshall | 0.7 | Review MWE update re: SEC approach to unsupported tokens. | 738.50 |
| 16 | 4/26/2023 | Eisler, Marshall | 1.6 | Analyze exhibit re: SEC-flagged and unsupported coins. | 1,688.00 |
| 16 | 4/27/2023 | Baltaytis, Jacob | 0.6 | Prepare reconciliatory exhibit re: coin count variances. | 381.00 |

6

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 16 | 4/27/2023 | Baltaytis, Jacob | 0.8 | Compare coin counts from previous analysis to latest inventory. | 508.00 |
| 16 | 4/27/2023 | Baltaytis, Jacob | 1.1 | Finalize unsupported coin schedule re: cash vs. coin distributions. | 698.50 |
| 16 | 4/27/2023 | Cordasco, Michael | 0.5 | Participate in call with Debtors to discuss self-liquidation task list. | 662.50 |
| 16 | 4/27/2023 | Cordasco, Michael | 0.6 | Analyze current coin reconciliation as compared to Debtors' inventory. | 795.00 |
| 16 | 4/27/2023 | Eisler, Marshall | 0.5 | Participate in call with Debtors to discuss self-liquidating plan outstanding items. | 527.50 |
| 16 | 4/27/2023 | Eisler, Marshall | 1.6 | Provide comments to schedule outlining SEC flagged and unsupported coins. | 1,688.00 |
| 16 | 4/28/2023 | Cordasco, Michael | 0.8 | Prepare for UCC re: unsupported coin analysis. | 1,060.00 |
| 16 | 4/28/2023 | Eisler, Marshall | 0.4 | Review revised analysis from BRG re: unsupported coins. | 422.00 |
| 16 | 4/28/2023 | Eisler, Marshall | 0.4 | Prepare summary analysis to MWE re: unsupported coins. | 422.00 |
| 16 | 4/28/2023 | Mehta, Ajay | 0.1 | Review current cryptocurrency pricing for updated distribution analysis. | 80.90 |
| **16 Total** | | | **40.7** | | **$ 41,338.50** |
| 17 | 4/17/2023 | Cordasco, Michael | 0.4 | Prepare summary listing to MWE re: tasks for closing. | 530.00 |
| 17 | 4/17/2023 | Cordasco, Michael | 0.8 | Participate in call with Debtors re: steps to closing. | 1,060.00 |
| 17 | 4/17/2023 | Eisler, Marshall | 0.7 | Review closing workplan as prepared by Debtors for additional items. | 738.50 |
| 17 | 4/17/2023 | Eisler, Marshall | 0.8 | Participate in call with Debtors to discuss steps to closing. | 844.00 |
| 17 | 4/18/2023 | Cordasco, Michael | 0.3 | Prepare query to BRG re: employee staffing post-emergence. | 397.50 |
| 17 | 4/18/2023 | Cordasco, Michael | 0.6 | Participate in call with Debtors re: closing checklist. | 795.00 |
| 17 | 4/18/2023 | Eisler, Marshall | 0.6 | Participate in call with Debtors to discuss closing tasks. | 633.00 |
| 17 | 4/18/2023 | Fischer, Preston | 0.6 | Participate in call with case professionals to discuss closing items. | 546.00 |
| 17 | 4/19/2023 | Baltaytis, Jacob | 0.9 | Analyze post-effective headcount structure provided by BRG for modifications. | 571.50 |
| 17 | 4/19/2023 | Cordasco, Michael | 0.5 | Analyze outstanding issues re: KYC for post-emergence bank accounts. | 662.50 |
| 17 | 4/19/2023 | Cordasco, Michael | 0.6 | Analyze draft staffing plan prepared by BRG for reasonableness. | 795.00 |
| 17 | 4/19/2023 | Cordasco, Michael | 0.9 | Participate in call with BRG to discuss staffing plan post-effective date. | 1,192.50 |
| 17 | 4/19/2023 | Eisler, Marshall | 0.9 | Participate in call with BRG on post-effective date staffing levels. | 949.50 |
| 17 | 4/20/2023 | Baltaytis, Jacob | 1.1 | Analyze closing checklist for internal comments. | 698.50 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 17 | 4/20/2023 | Cordasco, Michael | 0.5 | Participate in call with Debtors re: closing checklist. | 662.50 |
| 17 | 4/20/2023 | Cordasco, Michael | 0.9 | Provide comments to revised closing checklist. | 1,192.50 |
| 17 | 4/20/2023 | Eisler, Marshall | 0.5 | Participate in call with Debtors to discuss closing items. | 527.50 |
| 17 | 4/24/2023 | Baltaytis, Jacob | 1.1 | Review Debtors' supplemental analysis on headcount post-effective date. | 698.50 |
| 17 | 4/24/2023 | Cordasco, Michael | 0.5 | Participate in call to discuss modifications to staffing plan. | 662.50 |
| 17 | 4/24/2023 | Cordasco, Michael | 0.5 | Analyze supplemental slides re: post-emergence staffing plan. | 662.50 |
| 17 | 4/24/2023 | Cordasco, Michael | 0.9 | Participate in call with MWE and Plan Administrator re: staffing plan post-effective date. | 1,192.50 |
| 17 | 4/24/2023 | Eisler, Marshall | 0.5 | Participate in call on changes to post-effective date staffing levels. | 527.50 |
| 17 | 4/24/2023 | Eisler, Marshall | 0.9 | Participate in call with MWE and Plan Administrator to discuss personnel levels post-effective date. | 949.50 |
| 17 | 4/24/2023 | Eisler, Marshall | 1.1 | Review payroll exhibit provided by BRG for changes to previous wind down personnel schedule. | 1,160.50 |
| 17 | 4/25/2023 | Cordasco, Michael | 0.6 | Prepare diligence questions re: updated staffing plan. | 795.00 |
| **17 Total** | | | **17.7** | | **$ 19,444.50** |
| 21 | 4/4/2023 | Baltaytis, Jacob | 0.8 | Participate in UCC call re: appeal, confirmation, and other items. | 508.00 |
| 21 | 4/4/2023 | Fischer, Preston | 0.8 | Participate in call with the UCC to discuss sale confirmation and process updates. | 728.00 |
| 21 | 4/11/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE re: second circuit opinion. | 662.50 |
| 21 | 4/11/2023 | Cordasco, Michael | 0.8 | Participate in call with UCC re: second circuit opinion and next steps. | 1,060.00 |
| 21 | 4/11/2023 | Eisler, Marshall | 0.5 | Participate in call with MWE to discuss second circuit opinion. | 527.50 |
| 21 | 4/11/2023 | Fischer, Preston | 0.5 | Participate in conference call with UCC advisors re: second circuit appeal hearing. | 455.00 |
| 21 | 4/11/2023 | Mulkeen, Tara | 0.5 | Participate in call with MWE re: discussion on appeal hearing. | 662.50 |
| 21 | 4/11/2023 | Mulkeen, Tara | 0.8 | Participate in weekly meeting with UCC to discuss appeal, SEC, and next steps. | 1,060.00 |
| 21 | 4/18/2023 | Cordasco, Michael | 0.4 | Participate in call with MWE re: plan effective date. | 530.00 |
| 21 | 4/18/2023 | Cordasco, Michael | 1.0 | Participate in status update call with UCC re: effective date. | 1,325.00 |
| 21 | 4/18/2023 | Eisler, Marshall | 1.0 | Participate in update call with UCC to discuss effective date. | 1,055.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 21 | 4/18/2023 | Fischer, Preston | 1.0 | Participate in UCC call to discuss closing updates. | 910.00 |
| 21 | 4/25/2023 | Cordasco, Michael | 1.0 | Participate in status update call with UCC re: purchase agreement termination. | 1,325.00 |
| 21 | 4/25/2023 | Eisler, Marshall | 1.0 | Participate in UCC conference call to discuss purchase agreement termination. | 1,055.00 |
| 21 | 4/25/2023 | Fischer, Preston | 1.0 | Participate in meeting with UCC and advisors re: notice of purchase agreement termination. | 910.00 |
| 21 | 4/25/2023 | Mulkeen, Tara | 0.3 | Participate in UCC weekly meeting to discuss termination of asset purchase agreement and next steps (partial). | 397.50 |
| **21 Total** | | | **11.9** | | **$ 13,171.00** |
| 24 | 4/4/2023 | Baltaytis, Jacob | 0.6 | Review December fee statement payment against as filed application. | 381.00 |
| 24 | 4/4/2023 | Baltaytis, Jacob | 0.9 | Prepare fee estimate at Debtors' request. | 571.50 |
| 24 | 4/5/2023 | Baltaytis, Jacob | 0.2 | Prepare reply to BRG re: fee estimates. | 127.00 |
| 24 | 4/5/2023 | Baltaytis, Jacob | 2.8 | Finalize February fee statement for compliance with bankruptcy guidelines. | 1,778.00 |
| 24 | 4/6/2023 | Baltaytis, Jacob | 0.8 | Prepare updates to February invoice for MWE comments. | 508.00 |
| 24 | 4/10/2023 | Baltaytis, Jacob | 1.2 | Finalize exhibits to second interim fee statement. | 762.00 |
| 24 | 4/10/2023 | Baltaytis, Jacob | 1.2 | Review pleading in support of second interim fee statement. | 762.00 |
| 24 | 4/10/2023 | Baltaytis, Jacob | 2.2 | Prepare draft March fee statement. | 1,397.00 |
| 24 | 4/10/2023 | Baltaytis, Jacob | 2.4 | Prepare pleading to second interim fee statement. | 1,524.00 |
| 24 | 4/10/2023 | Baltaytis, Jacob | 2.9 | Review initial draft of March fee statement. | 1,841.50 |
| 24 | 4/10/2023 | Cordasco, Michael | 0.4 | Provide final comments to February fee statement. | 530.00 |
| 24 | 4/12/2023 | Baltaytis, Jacob | 1.8 | Review second interim fee statement. | 1,143.00 |
| 24 | 4/12/2023 | Cordasco, Michael | 1.5 | Provide comments to draft second interim fee statement. | 1,987.50 |
| 24 | 4/13/2023 | Cordasco, Michael | 0.5 | Provide comments to final draft interim fee statement. | 662.50 |
| 24 | 4/17/2023 | Baltaytis, Jacob | 2.1 | Finalize draft of second interim fee statement. | 1,333.50 |
| 24 | 4/17/2023 | Baltaytis, Jacob | 2.2 | Revise exhibits to second interim fee statement. | 1,397.00 |
| 24 | 4/19/2023 | Baltaytis, Jacob | 0.9 | Prepare professional fee budget for escrow funding at the request of K&E. | 571.50 |
| 24 | 4/19/2023 | Cordasco, Michael | 0.3 | Provide comments to fee estimates requested by Debtors. | 397.50 |
| 24 | 4/20/2023 | Baltaytis, Jacob | 0.5 | Process updates to March fee statement. | 317.50 |
| 24 | 4/20/2023 | Baltaytis, Jacob | 0.8 | Finalize professional fee escrow funding estimate at the request of K&E. | 508.00 |
| 24 | 4/20/2023 | Baltaytis, Jacob | 1.1 | Prepare updates to March fee statement for bankruptcy guidelines. | 698.50 |
| 24 | 4/20/2023 | Baltaytis, Jacob | 1.1 | Finalize draft March fee statement. | 698.50 |
| 24 | 4/20/2023 | Cordasco, Michael | 0.3 | Provide comments to revised fee estimates requested by Debtors. | 397.50 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 24 | 4/24/2023 | Baltaytis, Jacob | 0.6 | Review BRG credit application schedule re: December overpayment. | 381.00 |
| 24 | 4/24/2023 | Baltaytis, Jacob | 1.2 | Finalize March fee statement for internal comments. | 762.00 |
| 24 | 4/24/2023 | Cordasco, Michael | 0.2 | Prepare responses to inquiries re: January fee statement. | 265.00 |
| 24 | 4/24/2023 | Cordasco, Michael | 0.4 | Provide comments to final draft March fee statement. | 530.00 |
| **24 Total** | | | **31.1** | | **$ 22,232.50** |
| 26 | 4/12/2023 | Fischer, Preston | 0.5 | Analyze staking analysis provided by Debtors' professionals. | 455.00 |
| 26 | 4/28/2023 | Cordasco, Michael | 0.5 | Analyze issues re: staking in connection with investigation. | 662.50 |
| 26 | 4/28/2023 | Eisler, Marshall | 0.6 | Review response from Debtors' advisors re: historical staked portfolio. | 633.00 |
| **26 Total** | | | **1.6** | | **$ 1,750.50** |
| **GRAND TOTAL** | | | **134.6** | | **$ 125,920.00** |

**EXHIBIT D**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| **Expense Type** | **Amount** |
|---|---|
| Court Appearance | $ 70.00 |
| **GRAND TOTAL** | **$ 70.00** |

**EXHIBIT E**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 4/5/2023 | Baltaytis, Jacob | Court Appearance | Telephonic Court Appearance Charges. | $ 70.00 |
| **Court Appearance Total** | | | | **$ 70.00** |
| **GRAND TOTAL** | | | | **$ 70.00** |