**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF
FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MAY 1, 2023 THROUGH MAY 19, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | September 13, 2022, effective as of July 25, 2022 |
| Period for Which Compensation and Reimbursement Will be Sought: | May 1, 2023 to May 19, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $171,644.50 |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $0.00 |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

York, the *Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 25, 2022*, dated September 13, 2022 [Docket No. 404] (the "Retention Order") and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket. No. 236], (the "Interim Compensation Order"), FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI") hereby submits this *Tenth Monthly Fee Statement of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 1, 2023 Through May 19, 2023* (this "Monthly Fee Statement").[2] Specifically, FTI seeks (i) interim allowance of $171,644.50 for the reasonable and necessary financial advisory services that FTI rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) compensation in the amount of $137,315.60, which is equal to 80% of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period (*i.e.*, $171,644.50); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that FTI incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.    Attached hereto as **Exhibit A** is a schedule of FTI professionals and paraprofessionals, who rendered services to the Committee in connection with these chapter 11

---

[2]    The period from May 1, 2023, through and including May 19, 2023 is referred to herein as the "Fee Period."

2

cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.

2. Attached hereto as **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by FTI professionals and paraprofessionals during the Fee Period with respect to each of the project categories FTI established in accordance with its internal billing procedures. As reflected in **Exhibit B**, FTI incurred $171,644.50 in fees during the Fee Period. Pursuant to this Fee Statement, FTI seeks reimbursement for 80% of such fees ($137,315.60 in the aggregate).

3. Attached hereto as **Exhibit C** are the time records of FTI, which provide detailed time entries by task code of the time spent by each FTI professional and paraprofessional during the Fee Period.

4. Attached hereto as **Exhibit D** is a schedule of the expense categories and total expenses in each category for the Fee Period that FTI seeks reimbursement of in this Monthly Fee Statement.

5. Attached hereto as **Exhibit E** are the expense records of FTI, which provide a daily summary of the expenses for which FTI is seeking payment and an itemization thereof.

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the Fee Examiner Order. A copy of this Fee Statement is also available on the website of the Plan Administrator's claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be given.

Dated: New York, New York
June 17, 2023

**FTI CONSULTING, INC.**

*/s/ Michael Cordasco*
Michael Cordasco
Senior Managing Director
FTI Consulting, Inc.

**EXHIBIT A**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Professional | Specialty | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Cordasco, Michael | Restructuring | Senior Managing Director | $ 1,325 | 34.2 | $ 45,315.00 |
| Mulkeen, Tara | Investigation | Senior Managing Director | 1,325 | 2.4 | 3,180.00 |
| Davies, Samuel | Cryptocurrency | Managing Director | 650 | 3.0 | 1,950.00 |
| Eisler, Marshall | Restructuring | Managing Director | 1,055 | 51.2 | 54,016.00 |
| Fischer, Preston | Cryptocurrency | Managing Director | 910 | 16.9 | 15,379.00 |
| Langton, Philip | Restructuring | Senior Director | 975 | 11.0 | 10,725.00 |
| Mehta, Ajay | Cryptocurrency | Director | 809 | 4.5 | 3,640.50 |
| Baltaytis, Jacob | Restructuring | Senior Consultant | 635 | 57.5 | 36,512.50 |
| Schroeder, Christopher | Cryptocurrency | Senior Consultant | 595 | 0.3 | 178.50 |
| Goldfischer, Jacob | Cryptocurrency | Consultant | 440 | 1.7 | 748.00 |
| **GRAND TOTAL** | | | | **182.7** | **$ 171,644.50** |

**EXHIBIT B**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 8.4 | $ 7,284.00 |
| 6 | Asset Sales | 3.1 | 3,308.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 17.8 | 14,324.00 |
| 15 | Analyze Interco Claims, RP Trans, SubCon | 1.7 | 1,079.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 96.8 | 87,155.70 |
| 17 | Wind Down Monitoring | 40.2 | 43,094.80 |
| 21 | General Mtgs with UCC & UCC Counsel | 11.9 | 13,413.50 |
| 24 | Preparation of Fee Application | 2.8 | 1,985.00 |
| | **GRAND TOTAL** | **182.7** | **$ 171,644.50** |

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 2 | 5/4/2023 | Baltaytis, Jacob | 0.4 | Participate in call with BRG re: cash flow budget to actuals. | $ 254.00 |
| 2 | 5/4/2023 | Baltaytis, Jacob | 0.6 | Review budget to actual report for status of vendor disbursement variances. | 381.00 |
| 2 | 5/4/2023 | Cordasco, Michael | 0.4 | Participate in call with BRG to discuss projected cash balances. | 530.00 |
| 2 | 5/4/2023 | Cordasco, Michael | 0.3 | Analyze budget to actual cash flows to assess cash levels at emergence. | 397.50 |
| 2 | 5/4/2023 | Eisler, Marshall | 0.4 | Participate in call with BRG re: updated cash flows. | 422.00 |
| 2 | 5/5/2023 | Eisler, Marshall | 0.6 | Review cash flow projections re: ending cash balance. | 633.00 |
| 2 | 5/8/2023 | Baltaytis, Jacob | 0.4 | Review Debtors' stipulation with MCB re: FBO closure. | 254.00 |
| 2 | 5/8/2023 | Baltaytis, Jacob | 0.7 | Prepare timeline of FBO closure in response to MWE inquiry. | 444.50 |
| 2 | 5/8/2023 | Baltaytis, Jacob | 0.8 | Review budget to actual cash flow reports re: FBO treatment. | 508.00 |
| 2 | 5/10/2023 | Eisler, Marshall | 0.7 | Analyze recent variance reports re: changes in cash. | 738.50 |
| 2 | 5/11/2023 | Baltaytis, Jacob | 0.3 | Review report re: actual to budgeted cash flows for updated cash positions. | 190.50 |
| 2 | 5/11/2023 | Cordasco, Michael | 0.3 | Analyze budget to actual cash flows to assess impact on distributions. | 397.50 |
| 2 | 5/16/2023 | Baltaytis, Jacob | 1.2 | Review May cash flow forecast for substantive changes. | 762.00 |
| 2 | 5/16/2023 | Eisler, Marshall | 0.9 | Analyze updated cash flow forecast as provided by BRG to assess effective date liquidity. | 949.50 |
| 2 | 5/17/2023 | Eisler, Marshall | 0.4 | Review updated variance report as provided by BRG. | 422.00 |
| **2 Total** | | | **8.4** | | **$ 7,284.00** |
| 6 | 5/12/2023 | Cordasco, Michael | 0.3 | Participate in call with case advisors to discuss plan for miscellaneous assets. | 397.50 |
| 6 | 5/12/2023 | Eisler, Marshall | 0.3 | Participate in call with case professionals re: marketing plan for non-core assets. | 316.50 |
| 6 | 5/12/2023 | Eisler, Marshall | 0.7 | Review correspondence from Debtors' advisors re: sale of third-party investments. | 738.50 |
| 6 | 5/12/2023 | Fischer, Preston | 0.3 | Participate in call with Debtors' and UCC's advisors re: sale of remnant assets. | 273.00 |
| 6 | 5/15/2023 | Eisler, Marshall | 1.1 | Participate in call with prospective purchaser of third-party investments. | 1,160.50 |
| 6 | 5/16/2023 | Eisler, Marshall | 0.4 | Review NDA mark-up from potential purchaser of third-party investments. | 422.00 |
| **6 Total** | | | **3.1** | | **$ 3,308.00** |
| 14 | 5/1/2023 | Baltaytis, Jacob | 0.8 | Update claims analysis with unliquidated and scheduled claims. | 508.00 |
| 14 | 5/1/2023 | Baltaytis, Jacob | 1.4 | Analyze amended SOAL schedules E/F for unliquidated claims. | 889.00 |
| 14 | 5/1/2023 | Cordasco, Michael | 0.6 | Assess questions received from MWE re: claims sizing. | 795.00 |

3

# EXHIBIT C
## VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)
### DETAIL OF TIME ENTRIES
### FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 14 | 5/1/2023 | Eisler, Marshall | 0.9 | Provide comments to exhibits re: class action / unliquidated claims. | 949.50 |
| 14 | 5/2/2023 | Baltaytis, Jacob | 0.7 | Update claims analysis with filed but unliquidated claims. | 444.50 |
| 14 | 5/2/2023 | Baltaytis, Jacob | 1.1 | Analyze filed claims for contingent and unliquidated proofs of claim. | 698.50 |
| 14 | 5/2/2023 | Baltaytis, Jacob | 1.4 | Review claims analysis for discrepancies to claims register. | 889.00 |
| 14 | 5/2/2023 | Eisler, Marshall | 0.7 | Review exhibit outlining non-customer GUC claims to assess impact on claims pool. | 738.50 |
| 14 | 5/3/2023 | Baltaytis, Jacob | 2.1 | Prepare reconciliation of prior claims analysis to publicly available information on Stretto register. | 1,333.50 |
| 14 | 5/5/2023 | Eisler, Marshall | 1.4 | Review customer claim stratification data as prepared by Debtors to assess distribution mechanics. | 1,477.00 |
| 14 | 5/8/2023 | Baltaytis, Jacob | 0.2 | Prepare inquiry to BRG re: professional fee accrual estimate for administrative claims sizing. | 127.00 |
| 14 | 5/8/2023 | Baltaytis, Jacob | 0.4 | Review question from MWE re: non-GUC claims. | 254.00 |
| 14 | 5/8/2023 | Baltaytis, Jacob | 0.4 | Prepare reply to MWE inquiry re: administrative claims and holdbacks. | 254.00 |
| 14 | 5/8/2023 | Baltaytis, Jacob | 0.8 | Review professional fee accrual as provided by Debtors re: MWE inquiry on claims pool. | 508.00 |
| 14 | 5/8/2023 | Eisler, Marshall | 0.7 | Review professional fee accrual schedule to assess administrative claims. | 738.50 |
| 14 | 5/9/2023 | Baltaytis, Jacob | 0.9 | Finalize claims analysis for unliquidated claim amounts. | 571.50 |
| 14 | 5/9/2023 | Baltaytis, Jacob | 1.3 | Update claims analysis for comments from internal team. | 825.50 |
| 14 | 5/9/2023 | Cordasco, Michael | 0.6 | Provide comments to draft claims analysis. | 795.00 |
| 14 | 5/10/2023 | Baltaytis, Jacob | 0.2 | Prepare query to MWE re: settlement of intercompany claims. | 127.00 |
| 14 | 5/10/2023 | Eisler, Marshall | 0.7 | Provide comments to exhibit detailing contingent and unliquidated claims. | 738.50 |
| 14 | 5/17/2023 | Cordasco, Michael | 0.5 | Analyze update re: status of claims reconciliation and impact on distributions. | 662.50 |
| **14 Total** | | | **17.8** | | **$ 14,324.00** |
| 15 | 5/10/2023 | Baltaytis, Jacob | 0.7 | Review treatment of intercompany claims in initial distribution waterfall. | 444.50 |
| 15 | 5/11/2023 | Baltaytis, Jacob | 0.4 | Review response from MWE re: settlement of intercompany claims. | 254.00 |
| 15 | 5/11/2023 | Baltaytis, Jacob | 0.6 | Update intercompany general unsecured claims for update from MWE. | 381.00 |
| **15 Total** | | | **1.7** | | **$ 1,079.50** |
| 16 | 5/1/2023 | Cordasco, Michael | 0.3 | Analyze response from MWE re: negotiations with SEC. | 397.50 |
| 16 | 5/1/2023 | Cordasco, Michael | 1.3 | Analyze distribution issues re: shares of VGX in treasury. | 1,722.50 |
| 16 | 5/1/2023 | Eisler, Marshall | 0.3 | Finalize response to MWE re: VGX held in treasury. | 316.50 |

4

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 16 | 5/1/2023 | Eisler, Marshall | 0.4 | Prepare reply to diligence question from MWE re: VGX treatment. | 422.00 |
| 16 | 5/1/2023 | Eisler, Marshall | 0.7 | Prepare reply to diligence question from MWE re: VGX held in treasury. | 738.50 |
| 16 | 5/1/2023 | Eisler, Marshall | 1.4 | Analyze various options re: Debtors' ACH capabilities for distributions. | 1,477.00 |
| 16 | 5/2/2023 | Eisler, Marshall | 1.4 | Review presentation from potential distribution agent re: crypto distributions. | 1,477.00 |
| 16 | 5/3/2023 | Cordasco, Michael | 0.6 | Participate in call with BRG and Debtors' management to discuss cash distribution options. | 795.00 |
| 16 | 5/3/2023 | Cordasco, Michael | 0.9 | Participate in call with Plan Administrator and BRG re: revised holdback analysis. | 1,192.50 |
| 16 | 5/3/2023 | Cordasco, Michael | 0.5 | Analyze Debtors' responses to inquiries re: liquidation procedures. | 662.50 |
| 16 | 5/3/2023 | Cordasco, Michael | 0.6 | Provide comments to revised holdback analysis. | 795.00 |
| 16 | 5/3/2023 | Cordasco, Michael | 0.7 | Provide comments to draft liquidation procedures. | 927.50 |
| 16 | 5/3/2023 | Eisler, Marshall | 0.6 | Participate in call with BRG and Debtors' management re: viability of cash distribution strategies. | 633.00 |
| 16 | 5/3/2023 | Eisler, Marshall | 0.9 | Participate in call with BRG and Plan Administrator to discuss the revised holdback analysis. | 949.50 |
| 16 | 5/3/2023 | Eisler, Marshall | 1.0 | Analyze draft liquidation procedures as provided by Debtors. | 1,055.00 |
| 16 | 5/3/2023 | Schroeder, Christopher | 0.3 | Review token transfer process from Debtors' platform to potential storage provider. | 178.50 |
| 16 | 5/4/2023 | Cordasco, Michael | 0.4 | Analyze issues with proposed withdrawal limits for crypto. | 530.00 |
| 16 | 5/4/2023 | Cordasco, Michael | 0.4 | Provide comments to draft FAQs as prepared by Debtors. | 530.00 |
| 16 | 5/4/2023 | Cordasco, Michael | 0.5 | Provide comments to revised draft liquidation procedures. | 662.50 |
| 16 | 5/4/2023 | Davies, Samuel | 0.4 | Finalize analysis re: wallet comparison to other available digital asset storage solutions. | 260.00 |
| 16 | 5/4/2023 | Davies, Samuel | 0.9 | Prepare summary comparison of available wallet options re: storage of assets. | 585.00 |
| 16 | 5/4/2023 | Davies, Samuel | 1.7 | Analyze potential technical architecture relative to other market leading wallets. | 1,105.00 |
| 16 | 5/4/2023 | Eisler, Marshall | 0.8 | Review customer tiered analysis as provided by Debtors. | 844.00 |
| 16 | 5/4/2023 | Eisler, Marshall | 0.8 | Review updated Disclosure Statement FAQs as provided by Debtors. | 844.00 |
| 16 | 5/5/2023 | Baltaytis, Jacob | 1.4 | Analyze liquidation procedures as filed for modifications. | 889.00 |
| 16 | 5/5/2023 | Cordasco, Michael | 0.4 | Provide responses to inquiries from MWE re: distribution mechanics. | 530.00 |
| 16 | 5/5/2023 | Cordasco, Michael | 0.6 | Provide comments to revised draft liquidation procedures. | 795.00 |

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 16 | 5/5/2023 | Eisler, Marshall | 0.7 | Review filed liquidation procedures for incremental changes. | 738.50 |
| 16 | 5/5/2023 | Eisler, Marshall | 0.7 | Review updated liquidation procedures as provided by Debtors. | 738.50 |
| 16 | 5/5/2023 | Eisler, Marshall | 0.8 | Review presentation prepared by Debtors re: ACH capabilities. | 844.00 |
| 16 | 5/5/2023 | Eisler, Marshall | 0.8 | Review FAQ for Debtors' website as provided by their advisors. | 844.00 |
| 16 | 5/7/2023 | Eisler, Marshall | 0.9 | Prepare reply to MWE re: responses to customer questions on distributions. | 949.50 |
| 16 | 5/8/2023 | Baltaytis, Jacob | 0.7 | Finalize initial distribution waterfall summary. | 444.50 |
| 16 | 5/8/2023 | Baltaytis, Jacob | 0.8 | Review previous initial distribution waterfall for toggle option updates. | 508.00 |
| 16 | 5/8/2023 | Baltaytis, Jacob | 0.9 | Finalize draft updated initial distribution waterfall. | 571.50 |
| 16 | 5/8/2023 | Baltaytis, Jacob | 1.1 | Prepare summary of initial distribution waterfall. | 698.50 |
| 16 | 5/8/2023 | Baltaytis, Jacob | 1.2 | Finalize draft waterfall for updated assumptions. | 762.00 |
| 16 | 5/8/2023 | Baltaytis, Jacob | 1.2 | Review holdback analysis in response to MWE inquiry. | 762.00 |
| 16 | 5/8/2023 | Baltaytis, Jacob | 1.4 | Update initial distribution waterfall for commentary re: revised methodology. | 889.00 |
| 16 | 5/8/2023 | Baltaytis, Jacob | 1.4 | Prepare updates to previous creditor waterfall analysis with new toggle option assumptions. | 889.00 |
| 16 | 5/8/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE re: ACH distributions. | 662.50 |
| 16 | 5/8/2023 | Cordasco, Michael | 0.6 | Prepare outline for recovery analysis presentation for UCC. | 795.00 |
| 16 | 5/8/2023 | Cordasco, Michael | 0.7 | Prepare summary overview of distribution mechanics to UCC. | 927.50 |
| 16 | 5/8/2023 | Eisler, Marshall | 0.5 | Participate in call with MWE to discuss ACH cash distributions. | 527.50 |
| 16 | 5/8/2023 | Eisler, Marshall | 0.7 | Provide comments to UCC presentation re: updated recoveries. | 738.50 |
| 16 | 5/8/2023 | Eisler, Marshall | 0.7 | Review updated materials re: cash distribution process. | 738.50 |
| 16 | 5/9/2023 | Baltaytis, Jacob | 0.8 | Prepare updates to creditor waterfall for methodology modifications. | 508.00 |
| 16 | 5/9/2023 | Baltaytis, Jacob | 0.8 | Review revised initial distribution model for modifications. | 508.00 |
| 16 | 5/9/2023 | Baltaytis, Jacob | 1.2 | Prepare updates to creditor recovery analysis for internal comments. | 762.00 |
| 16 | 5/9/2023 | Cordasco, Michael | 0.4 | Provide comments to draft recovery scenario for UCC. | 530.00 |
| 16 | 5/9/2023 | Eisler, Marshall | 0.7 | Prepare for UCC call re: recovery mechanics. | 738.50 |
| 16 | 5/9/2023 | Eisler, Marshall | 0.8 | Provide comments to materials for UCC call re: holdbacks and initial distributions. | 844.00 |
| 16 | 5/9/2023 | Fischer, Preston | 0.8 | Review media publications re: SEC regulatory posture to assess distribution timing. | 728.00 |
| 16 | 5/10/2023 | Baltaytis, Jacob | 0.4 | Provide comments to the presentation from MWE re: distribution workstreams. | 254.00 |

6

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 16 | 5/10/2023 | Baltaytis, Jacob | 0.5 | Prepare follow up request list to BRG re: rebalancing and recoveries. | 317.50 |
| 16 | 5/10/2023 | Cordasco, Michael | 0.7 | Analyze summary of distribution issues prepared by MWE. | 927.50 |
| 16 | 5/10/2023 | Eisler, Marshall | 0.8 | Review exhibit outlining outstanding diligence requests to Debtors' advisors. | 844.00 |
| 16 | 5/11/2023 | Baltaytis, Jacob | 0.5 | Participate in call with BRG re: unsupported tokens and other diligence items. | 317.50 |
| 16 | 5/11/2023 | Baltaytis, Jacob | 0.2 | Analyze treasury and growth pool treatment of VGX re: distributions. | 127.00 |
| 16 | 5/11/2023 | Baltaytis, Jacob | 0.4 | Update recovery model for latest crypto pricing. | 254.00 |
| 16 | 5/11/2023 | Baltaytis, Jacob | 0.6 | Analyze postpetition deposits in connection with waterfall preparation. | 381.00 |
| 16 | 5/11/2023 | Baltaytis, Jacob | 0.6 | Finalize recovery model for flagged asset assumptions and latest crypto pricing. | 381.00 |
| 16 | 5/11/2023 | Baltaytis, Jacob | 0.6 | Prepare summary of responses from call with BRG on treatment of flagged assets. | 381.00 |
| 16 | 5/11/2023 | Baltaytis, Jacob | 0.6 | Analyze other recent cases re: coin inventory of Debtors' estates. | 381.00 |
| 16 | 5/11/2023 | Baltaytis, Jacob | 0.6 | Process updates to initial distribution model for coin inventory adjustments. | 381.00 |
| 16 | 5/11/2023 | Baltaytis, Jacob | 0.7 | Analyze rebalancing discrepancies re: current and previous waterfall models. | 444.50 |
| 16 | 5/11/2023 | Cordasco, Michael | 0.5 | Participate in call with BRG re: unsupported coin issues. | 662.50 |
| 16 | 5/11/2023 | Cordasco, Michael | 0.7 | Prepare reply to MWE re: SEC issues with certain tokens. | 927.50 |
| 16 | 5/11/2023 | Eisler, Marshall | 0.5 | Participate in call with BRG to discuss distributions of problematic coins. | 527.50 |
| 16 | 5/11/2023 | Eisler, Marshall | 1.0 | Review historical rebalancing activity re: surplus and deficit of coins. | 1,055.00 |
| 16 | 5/11/2023 | Fischer, Preston | 0.8 | Participate in call with MWE re: technical viability of liquidation procedures. | 728.00 |
| 16 | 5/11/2023 | Fischer, Preston | 0.8 | Prepare for call with MWE concerning the liquidation procedures. | 728.00 |
| 16 | 5/11/2023 | Mehta, Ajay | 0.2 | Review updated market pricing re: updated waterfall. | 161.80 |
| 16 | 5/12/2023 | Baltaytis, Jacob | 0.3 | Prepare reply to MWE and Plan Administrator re: flagged token analysis. | 190.50 |
| 16 | 5/12/2023 | Baltaytis, Jacob | 0.8 | Finalize flagged and unsupported token analysis. | 508.00 |
| 16 | 5/12/2023 | Baltaytis, Jacob | 1.2 | Prepare summary of flagged tokens at the request of MWE. | 762.00 |
| 16 | 5/12/2023 | Baltaytis, Jacob | 1.3 | Process updates to flagged tokens analysis for MWE comments. | 825.50 |
| 16 | 5/12/2023 | Baltaytis, Jacob | 1.6 | Revise flagged tokens analysis for inclusion of unsupported tokens. | 1,016.00 |
| 16 | 5/12/2023 | Cordasco, Michael | 0.6 | Provide comments to draft coin inventory analysis requested by MWE. | 795.00 |

7

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 16 | 5/12/2023 | Cordasco, Michael | 0.8 | Analyze SEC comments on distributions as provided by MWE. | 1,060.00 |
| 16 | 5/12/2023 | Eisler, Marshall | 1.1 | Review potential discount analysis re: SEC flagged tokens. | 1,160.50 |
| 16 | 5/12/2023 | Fischer, Preston | 0.6 | Finalize preliminary assessment of liquidation procedures. | 546.00 |
| 16 | 5/12/2023 | Fischer, Preston | 1.2 | Summarize open diligence items re: liquidation procedures. | 1,092.00 |
| 16 | 5/12/2023 | Fischer, Preston | 1.9 | Conduct preliminary review of liquidation procedures. | 1,729.00 |
| 16 | 5/12/2023 | Fischer, Preston | 2.4 | Analyze security risks in connection with toggle plan. | 2,184.00 |
| 16 | 5/12/2023 | Mehta, Ajay | 0.4 | Update summary of infrastructure readiness for initial distributions. | 323.60 |
| 16 | 5/12/2023 | Mehta, Ajay | 1.1 | Review infrastructure limitations re: in-kind distributions. | 889.90 |
| 16 | 5/14/2023 | Fischer, Preston | 1.4 | Provide comments to infrastructure review re: initial distributions. | 1,274.00 |
| 16 | 5/15/2023 | Cordasco, Michael | 0.8 | Participate in call with MWE to discuss plan for unsupported coins. | 1,060.00 |
| 16 | 5/15/2023 | Eisler, Marshall | 0.8 | Participate in call with MWE re: distributions of unsupported tokens. | 844.00 |
| 16 | 5/15/2023 | Eisler, Marshall | 0.4 | Analyze response from BRG re: surplus inventory of coins. | 422.00 |
| 16 | 5/15/2023 | Eisler, Marshall | 0.8 | Review correspondence between UCC professionals re: technical limitations to unsupported coins. | 844.00 |
| 16 | 5/15/2023 | Fischer, Preston | 1.0 | Participate in call with BRG and Debtors' management re: security and operational readiness for distributions. | 910.00 |
| 16 | 5/15/2023 | Fischer, Preston | 0.8 | Prepare for call with UCC's and Debtors' advisors re: technical assessment of distribution infrastructure. | 728.00 |
| 16 | 5/15/2023 | Fischer, Preston | 1.3 | Review security items regarding distributions in advance of call with Debtors. | 1,183.00 |
| 16 | 5/15/2023 | Goldfischer, Jacob | 1.0 | Participate in call with BRG and Debtors' management to discuss plan for initial distributions. | 440.00 |
| 16 | 5/15/2023 | Goldfischer, Jacob | 0.3 | Prepare for call with Debtors re: initial distributions planning. | 132.00 |
| 16 | 5/15/2023 | Goldfischer, Jacob | 0.4 | Revise initial distributions memorandum for internal comments. | 176.00 |
| 16 | 5/15/2023 | Mehta, Ajay | 1.0 | Participate in call with case advisors re: distributions discussion. | 809.00 |
| 16 | 5/15/2023 | Mehta, Ajay | 0.6 | Prepare for call with case advisors re: process to effectuate distributions. | 485.40 |
| 16 | 5/16/2023 | Eisler, Marshall | 0.9 | Prepare for hearing re: liquidation procedures. | 949.50 |
| 16 | 5/16/2023 | Eisler, Marshall | 1.1 | Review unsupported coins exhibit as provided by BRG for changes. | 1,160.50 |
| 16 | 5/16/2023 | Eisler, Marshall | 0.8 | Review status of diligence requests re: security protocols. | 844.00 |

8

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 16 | 5/17/2023 | Cordasco, Michael | 0.4 | Analyze query from UCC members re: unsupported coin treatment. | 530.00 |
| 16 | 5/17/2023 | Cordasco, Michael | 0.5 | Analyze update from MWE re: treatment of unsupported coins. | 662.50 |
| 16 | 5/17/2023 | Cordasco, Michael | 0.5 | Prepare response to inquiries from MWE re: distribution agent. | 662.50 |
| 16 | 5/17/2023 | Eisler, Marshall | 0.8 | Analyze proposal from interested party re: affiliate marketing structure. | 844.00 |
| 16 | 5/18/2023 | Cordasco, Michael | 0.8 | Analyze options re: distribution of unsupported coins. | 1,060.00 |
| 16 | 5/18/2023 | Eisler, Marshall | 0.9 | Evaluate impact of various options re: unsupported coins. | 949.50 |
| 16 | 5/19/2023 | Baltaytis, Jacob | 0.7 | Process edits to recovery waterfall model for internal comments. | 444.50 |
| 16 | 5/19/2023 | Baltaytis, Jacob | 0.8 | Review updated model for proper treatment of distributions to unsecured claimants. | 508.00 |
| 16 | 5/19/2023 | Baltaytis, Jacob | 0.9 | Finalize summary of creditor waterfall for UCC advisors' comments. | 571.50 |
| 16 | 5/19/2023 | Baltaytis, Jacob | 1.3 | Analyze updated model for pari passu treatment of unsecured claimants. | 825.50 |
| 16 | 5/19/2023 | Baltaytis, Jacob | 1.8 | Review initial distribution creditor recovery output for internal comments. | 1,143.00 |
| 16 | 5/19/2023 | Baltaytis, Jacob | 1.9 | Process updates to refreshed waterfall model for pari passu treatment of similar class claimants. | 1,206.50 |
| 16 | 5/19/2023 | Baltaytis, Jacob | 2.4 | Prepare revised recovery model with new unsupported token assumptions. | 1,524.00 |
| 16 | 5/19/2023 | Eisler, Marshall | 0.7 | Provide comments to exhibit re: waterfall sensitivities. | 738.50 |
| **16 Total** | | | **96.8** | | **$ 87,155.70** |
| 17 | 5/1/2023 | Baltaytis, Jacob | 0.5 | Participate in call with case advisors re: emergence task list. | 317.50 |
| 17 | 5/1/2023 | Cordasco, Michael | 0.5 | Participate in call with BRG re: status of plan going effective. | 662.50 |
| 17 | 5/1/2023 | Eisler, Marshall | 0.5 | Participate in call with BRG to discuss effective date items. | 527.50 |
| 17 | 5/2/2023 | Cordasco, Michael | 0.3 | Participate in call with BRG re: status of plan going effective. | 397.50 |
| 17 | 5/2/2023 | Cordasco, Michael | 0.8 | Participate in call with UCC advisors to discuss trust distribution structures. | 1,060.00 |
| 17 | 5/2/2023 | Eisler, Marshall | 0.3 | Participate in call with BRG to discuss effective date updates. | 316.50 |
| 17 | 5/2/2023 | Eisler, Marshall | 0.8 | Participate in UCC advisor call re: trust distribution structures. | 844.00 |
| 17 | 5/3/2023 | Cordasco, Michael | 0.9 | Participate in call with BRG re: status of plan going effective. | 1,192.50 |
| 17 | 5/3/2023 | Eisler, Marshall | 0.9 | Participate in status update call with BRG re: effective date. | 949.50 |
| 17 | 5/4/2023 | Baltaytis, Jacob | 1.0 | Participate in call with management and BRG re: wind down headcount planning. | 635.00 |

9

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 17 | 5/4/2023 | Baltaytis, Jacob | 1.3 | Review headcount schedule provided by BRG in advance of personnel call. | 825.50 |
| 17 | 5/4/2023 | Cordasco, Michael | 1.0 | Participate in call with management and BRG to discuss projected staffing levels. | 1,325.00 |
| 17 | 5/4/2023 | Cordasco, Michael | 0.4 | Participate in call with management and BRG re: status of Plan going effective. | 530.00 |
| 17 | 5/4/2023 | Cordasco, Michael | 0.6 | Analyze proposed adjustments to staffing levels post-effective date. | 795.00 |
| 17 | 5/4/2023 | Eisler, Marshall | 1.0 | Participate in call with management and advisors re: post-effective date personnel levels. | 1,055.00 |
| 17 | 5/4/2023 | Eisler, Marshall | 0.4 | Participate in status update call with management and BRG re: effective date. | 422.00 |
| 17 | 5/4/2023 | Eisler, Marshall | 0.9 | Provide comments to draft presentation to Plan Administrator re: case issues and emergence status. | 949.50 |
| 17 | 5/4/2023 | Fischer, Preston | 1.1 | Review staffing schedule relative to requisite headcount for distributions. | 1,001.00 |
| 17 | 5/4/2023 | Mehta, Ajay | 1.2 | Analyze retention plan relative to market trends. | 970.80 |
| 17 | 5/5/2023 | Cordasco, Michael | 0.7 | Provide comments to draft memorandum to Plan Administrator re: post-effective date workplan. | 927.50 |
| 17 | 5/5/2023 | Eisler, Marshall | 0.9 | Review go-forward headcount plan as provided by Debtors' advisors. | 949.50 |
| 17 | 5/9/2023 | Cordasco, Michael | 0.3 | Participate in call with management and BRG re: status of plan going effective. | 397.50 |
| 17 | 5/10/2023 | Cordasco, Michael | 0.6 | Provide comments to open issues list re: liquidation trust. | 795.00 |
| 17 | 5/11/2023 | Cordasco, Michael | 0.4 | Participate in call with BRG and management re: status of plan going effective. | 530.00 |
| 17 | 5/11/2023 | Eisler, Marshall | 0.4 | Participate in emergence planning meeting with Debtors' management and advisors. | 422.00 |
| 17 | 5/12/2023 | Cordasco, Michael | 0.4 | Participate in call with MWE re: executive compensation post-effective date. | 530.00 |
| 17 | 5/15/2023 | Cordasco, Michael | 0.6 | Review post-effective date compensation analysis. | 795.00 |
| 17 | 5/15/2023 | Eisler, Marshall | 0.6 | Provide comments to wind-down executive compensation assessment. | 633.00 |
| 17 | 5/15/2023 | Langton, Philip | 1.4 | Review publicly available executive compensation transition plans. | 1,365.00 |
| 17 | 5/16/2023 | Cordasco, Michael | 0.5 | Participate in all hands call to discuss open items to emerge. | 662.50 |
| 17 | 5/16/2023 | Cordasco, Michael | 0.6 | Provide comments to updated executive compensation analysis. | 795.00 |
| 17 | 5/16/2023 | Eisler, Marshall | 0.5 | Participate in call with case professionals re: requisite items for emergence. | 527.50 |
| 17 | 5/16/2023 | Eisler, Marshall | 0.8 | Review revised analysis re: executive compensation post-effective date. | 844.00 |
| 17 | 5/16/2023 | Langton, Philip | 0.9 | Summarize findings from review of publicly available executive compensation programs. | 877.50 |
| 17 | 5/16/2023 | Langton, Philip | 1.2 | Finalize comparable set re: compensation transition plans for executives. | 1,170.00 |

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 17 | 5/17/2023 | Langton, Philip | 0.8 | Review board member retainer fees re: executive compensation benchmarking. | 780.00 |
| 17 | 5/18/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE to prepare for emergence. | 662.50 |
| 17 | 5/18/2023 | Cordasco, Michael | 0.4 | Analyze correspondence from MWE re: steps for Plan to go effective. | 530.00 |
| 17 | 5/18/2023 | Eisler, Marshall | 0.5 | Participate in MWE call re: final emergence items. | 527.50 |
| 17 | 5/18/2023 | Eisler, Marshall | 0.4 | Review correspondence re: go-forward employee requirements. | 422.00 |
| 17 | 5/18/2023 | Eisler, Marshall | 0.7 | Review required steps to go effective in advance of emergence. | 738.50 |
| 17 | 5/18/2023 | Fischer, Preston | 0.5 | Participate in call with UCC professionals to discuss emergence workstreams. | 455.00 |
| 17 | 5/18/2023 | Langton, Philip | 0.8 | Analyze best practices re: consultation agreement structures. | 780.00 |
| 17 | 5/18/2023 | Langton, Philip | 1.6 | Review publicly available consultation agreements re: executive compensation analysis. | 1,560.00 |
| 17 | 5/18/2023 | Langton, Philip | 2.2 | Prepare comparative analysis re: market benchmark for executive compensation. | 2,145.00 |
| 17 | 5/18/2023 | Mulkeen, Tara | 0.5 | Participate in call with MWE re: preparation for emergence. | 662.50 |
| 17 | 5/19/2023 | Cordasco, Michael | 0.4 | Participate in call with case advisors to finalize emergence requirements. | 530.00 |
| 17 | 5/19/2023 | Cordasco, Michael | 1.5 | Participate in call with MWE and BRG re: post-emergence task list. | 1,987.50 |
| 17 | 5/19/2023 | Cordasco, Michael | 0.2 | Prepare correspondence to Plan Administrator re: comparable fee compensation structures for management. | 265.00 |
| 17 | 5/19/2023 | Eisler, Marshall | 0.4 | Participate in all hands call to prepare final steps for emergence. | 422.00 |
| 17 | 5/19/2023 | Eisler, Marshall | 1.5 | Participate in meeting with BRG and MWE on post-effective workstream planning. | 1,582.50 |
| 17 | 5/19/2023 | Langton, Philip | 2.1 | Prepare updates to executive compensation analysis for internal comments. | 2,047.50 |
| **17 Total** | | | **40.2** | | **$ 43,094.80** |
| 21 | 5/2/2023 | Baltaytis, Jacob | 0.5 | Participate in UCC conference call re: case issues to emerge. | 317.50 |
| 21 | 5/2/2023 | Baltaytis, Jacob | 0.3 | Participate in UCC pre-call with MWE to discuss distribution of flagged tokens and emergence. | 190.50 |
| 21 | 5/2/2023 | Cordasco, Michael | 0.5 | Participate in call with UCC re: status of plan going effective. | 662.50 |
| 21 | 5/2/2023 | Cordasco, Michael | 0.3 | Participate in call with MWE re: status of negotiations with SEC. | 397.50 |
| 21 | 5/2/2023 | Eisler, Marshall | 0.5 | Participate in call with UCC on updates to going effective. | 527.50 |
| 21 | 5/2/2023 | Eisler, Marshall | 0.3 | Participate in call with MWE on SEC negotiation updates. | 316.50 |

11

EXHIBIT C
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| 21 | 5/2/2023 | Mulkeen, Tara | 0.5 | Participate on call with UCC and MWE to discuss next steps including potential self-liquidation. | 662.50 |
| 21 | 5/2/2023 | Mulkeen, Tara | 0.3 | Participate on call with MWE in preparation for call with UCC re: SEC and effective date updates. | 397.50 |
| 21 | 5/9/2023 | Cordasco, Michael | 0.5 | Participate in status update call with UCC re: effective date. | 662.50 |
| 21 | 5/9/2023 | Cordasco, Michael | 0.4 | Participate in call with MWE re: UCC agenda. | 530.00 |
| 21 | 5/9/2023 | Eisler, Marshall | 0.5 | Participate in meeting with UCC to discuss status and update with SEC. | 527.50 |
| 21 | 5/9/2023 | Eisler, Marshall | 0.4 | Participate in meeting with MWE in preparation for meeting with UCC re: SEC updates. | 422.00 |
| 21 | 5/9/2023 | Fischer, Preston | 0.5 | Participated in weekly call with UCC and professionals to discuss liquidation procedures. | 455.00 |
| 21 | 5/9/2023 | Fischer, Preston | 0.4 | Participate in call with MWE re: staking, distributions, and SEC updates. | 364.00 |
| 21 | 5/9/2023 | Mulkeen, Tara | 0.5 | Participate in meeting with UCC re: SEC status update. | 662.50 |
| 21 | 5/9/2023 | Mulkeen, Tara | 0.4 | Participate in call with MWE to prepare for UCC call re: SEC and other updates. | 530.00 |
| 21 | 5/18/2023 | Cordasco, Michael | 0.3 | Participate in call with MWE to discuss agenda for UCC call. | 397.50 |
| 21 | 5/18/2023 | Cordasco, Michael | 1.1 | Participate in call with UCC re: distribution options for unsupported coins. | 1,457.50 |
| 21 | 5/18/2023 | Eisler, Marshall | 0.3 | Participate in call with MWE to align on UCC call discussion points. | 316.50 |
| 21 | 5/18/2023 | Eisler, Marshall | 1.1 | Participate in call with UCC to discuss options for distributions of unsupported tokens. | 1,160.50 |
| 21 | 5/18/2023 | Fischer, Preston | 1.1 | Participate in meeting with UCC to discuss distribution operations and protocols. | 1,001.00 |
| 21 | 5/18/2023 | Mulkeen, Tara | 0.2 | Participate in weekly UCC call to discuss liquidation plan and next steps (partial). | 265.00 |
| 21 | 5/19/2023 | Cordasco, Michael | 0.5 | Participate in call with MWE re: affiliate arrangement and distribution items. | 662.50 |
| 21 | 5/19/2023 | Eisler, Marshall | 0.5 | Participate in meeting with MWE to discuss distribution and affiliate marketing proposal updates. | 527.50 |
| **21 Total** | | | **11.9** | | **$ 13,413.50** |
| 24 | 5/4/2023 | Baltaytis, Jacob | 0.3 | Prepare reply to BRG re: fee estimate through effective date. | 190.50 |
| 24 | 5/4/2023 | Baltaytis, Jacob | 0.4 | Prepare fee estimate at the request of BRG. | 254.00 |
| 24 | 5/4/2023 | Baltaytis, Jacob | 0.7 | Review April invoice for fee estimate at the request of BRG. | 444.50 |
| 24 | 5/15/2023 | Cordasco, Michael | 0.3 | Provide comments to fee estimates for escrow funding at the request of K&E. | 397.50 |
| 24 | 5/16/2023 | Baltaytis, Jacob | 0.4 | Finalize reply to K&E re: fee estimate for escrow funding. | 254.00 |
| 24 | 5/16/2023 | Baltaytis, Jacob | 0.7 | Prepare schedule at the request of K&E re: fee estimate through contemplated effective date. | 444.50 |
| **24 Total** | | | **2.8** | | **$ 1,985.00** |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Task Category | Date | Professional | Hours | Activity | Fees |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | **182.7** | | **$ 171,644.50** |

**EXHIBIT D**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| **Expense Type** | **Amount** |
|---|---|
| **NOT APPLICABLE FOR THE FEE PERIOD** | |

**EXHIBIT E**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2023 TO MAY 19, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| **NOT APPLICABLE FOR THE FEE PERIOD** | | | | |