**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF FILING OF
### VOLUME WEIGHTED AVERAGE PRICE

**PLEASE TAKE NOTICE** that, having received a request for such information from a

creditor, the Plan Administrator[2] appointed pursuant to the *Third Amended Joint Plan of Voyager*

*Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*

---

[1]   The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan (defined herein).

[Docket No. 1166-1] (the "Plan") in these cases hereby files as **Exhibit A** hereto the Volume

Weighted Average Price ("VWAP") data for the crypto assets listed therein.

PLEASE TAKE FURTHER NOTICE that, as indicated in the table in **Exhibit A**, the

VWAP was calculated on an individual asset basis by the Debtors on or about March 20, 2023.

The VWAP data presented in the table in **Exhibit A** are based on volumes and prices over a 24-

hour period.

PLEASE TAKE FURTHER NOTICE that copies of the Notice of Filing of Volume

Weighted Average Price and other papers filed in these chapter 11 cases may be obtained free of

charge by visiting the website of Stretto at https://cases.stretto.com/Voyager.  You may also obtain

copies of the Notice of Filing of Volume Weighted Average Price and other papers filed in these

chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance

with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

Dated:  New York, New York
        June 19, 2023

**MCDERMOTT WILL & EMERY LLP**

*/s/ Darren Azman*
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com
E-mail: jbevans@mwe.com

and

Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
E-mail: crgibbs@mwe.com
E-mail: gwilliams@mwe.com

and

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805
E-mail: gsteinman@mwe.com

*Counsel to the Plan Administrator*