## EXHIBIT A

**Volume Weighted Average Price by Asset**

*3/20 VWAP Price by Asset*
*In $*

| Asset | Price | Asset | Price | Asset | Price |
|---|---|---|---|---|---|
| AAVE | 79.34 | FLOW | 1.08 | SKL | 0.04 |
| ADA | 0.35 | FTM | 0.50 | SOL | 22.44 |
| ALGO | 0.22 | GALA | 0.05 | SPELL | 0.001 |
| ALICE | 1.67 | GLM | 0.25 | SRM | 0.27 |
| AMP | 0.004 | GRT | 0.16 | STMX | 0.01 |
| ANKR | 0.04 | HBAR | 0.06 | SUSHI | 1.23 |
| APE | 4.28 | ICP | 5.41 | TRAC | 0.37 |
| ATOM | 12.33 | ICX | 0.23 | TRX | 0.07 |
| AUDIO | 0.30 | JASMY | 0.01 | TUSD | 1.00 |
| AVAX | 17.61 | KAVA | 0.99 | UMA | 2.09 |
| AXS | 9.13 | KEEP | 0.20 | UNI | 6.50 |
| BAND | 1.83 | KNC | 0.75 | USDC | 1.00 |
| BAT | 0.26 | KSM | 36.49 | USDT | 1.00 |
| BCH | 135.67 | LINK | 7.16 | VET | 0.02 |
| BICO | 0.42 | LPT | 6.40 | VGX | 0.39 |
| BNT | 0.57 | LRC | 0.36 | WAVES | 2.31 |
| BTC | 27,910.30 | LTC | 83.69 | WBTC | 27,885.54 |
| BTT | 0.0000007 | LUNA | 1.46 | XLM | 0.09 |
| CAKE | 3.86 | LLUNA[1] | 1.46 | XMR | 154.81 |
| CELO | 0.66 | LUNC | 0.0001 | XRP | 0.39 |
| CHZ | 0.12 | MANA | 0.64 | XTZ | 1.24 |
| CKB | 0.0048 | MATIC | 1.17 | XVG | 0.003 |
| COMP | 46.07 | IOTA | 0.22 | YFI | 8,822.19 |
| CRV | 1.02 | MKR | 697.38 | YFII | 1,151.37 |
| DAI | 1.00 | NEO | 12.96 | YGG | 0.31 |
| DASH | 57.20 | OCEAN | 0.40 | ZEC | 36.60 |
| DGB | 0.01 | OMG | 2.14 | ZEN | 10.80 |
| DOGE | 0.07 | ONT | 0.25 | ZRX | 0.25 |
| DOT | 6.46 | OP | 2.68 | | |
| DYDX | 2.74 | OXT | 0.09 | | |
| EGLD | 44.24 | PERP | 0.89 | | |
| ENJ | 0.43 | POLY | 0.18 | | |
| ENS | 14.41 | QNT | 132.21 | | |
| EOS | 1.17 | QTUM | 3.41 | | |
| ETC | 21.06 | RAY | 0.26 | | |
| ETH | 1,788.65 | REN | 0.13 | | |
| FARM | 36.86 | ROSE | 0.06 | | |
| FET | 0.42 | SAND | 0.69 | | |
| FIL | 6.14 | SHIB | 0.00001 | | |

*(1) LLUNA is priced at the 3/20 VWAP LUNA Prices*

*Note: The 3/20 VWAP (Volume Weighted Average Price) is calculated on an individual asset basis as calculated by the Debtors.*

*The VWAP price presented above is based on volumes and prices over a 24hr period.*