National CRS, LLC
4846 Sun City Center Blvd. #255
Sun City Center, FL 33573
Michael L. Newsom

Database Service Provider to Independent Fee Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**COMBINED FIRST MONTHLY FEE STATEMENT OF NATIONAL CRS, LLC DATABASE SERVICE PROVIDER FOR THE INDEPENDENT FEE EXAMINER, FOR COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD FROM APRIL 11, 2023, THROUGH MAY 31, 2023**

| Name of Applicant: | **National CRS, LLC** | |
|---|---|---|
| Applicant's Role in Cases: | **Database Service Provider (Retained by the Independent Fee Examiner)** | |
| Date Order of Retention Signed: | **May 3, 2023 [Docket No. 1367] Effective as of April 11, 2023** | |
| Time Period Covered by this Statement ("Fee Period"): | Beginning of Period: **April 11, 2023** | End of Period: **May 31, 2023** |

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this Statement: | **$8,624.00 (80% of 10,780.00)** |
| Total expenses requested in this Statement: | **$       0.00** |
| Total fees and expenses requested in this Statement: | **$8,624.00** |
| This is a(n):    **X**  Monthly Application ___ Interim Application __ Final Application | |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, New York 10003.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the Order Appointing Fee Reviewer and Establishing Related Procedures For the Review of Fee Applications of Retained Professionals, dated April 11, 2023 [Docket No. 1277], the Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), the Order Authorizing the Retention by The Independent Fee Examiner of (A) National CRS, LLC As Database Service Provider and (B) Diana G. Adams as a Fee Reviewer, in the cases of the above-captioned debtors (collectively, the "Debtors"), National CRS, LLC hereby submits this Combined First Monthly Fee Statement of National CRS, LLC, Database Service Provider, For Compensation For Services Rendered For the Period April 11, 2023 through May 31, 2023 (this "Fee Statement"). Specifically, National CRS, LLC seeks: (i) interim allowance of $10,780.00 for the reasonable compensation for actual and necessary services that National CRS, LLC rendered in the Debtors' cases during the Fee Period; and (ii) payment in the amount of $8,624.00, which is equal to 80% of the total amount of reasonable compensation for actual and necessary services that National CRS, LLC rendered during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred by National CRS, LLC during the Fee Period with respect to each of the project categories established by the Independent Fee Examiner, in these cases. As reflected in **Exhibit A**, National CRS, LLC incurred $10,780.00 in fees during the Fee Period. Pursuant to this Fee Statement, National CRS, LLC seeks payment of 80% of such fees (*i.e.*, $8,624.00).

2.  Attached hereto as **<u>Exhibit B</u>** are the time records of National CRS, LLC reflecting time spent during the Fee Period.

## Notice

3.  Notice of this Fee Statement will be provided in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. National CRS, LLC submits that no other or further notice is required.

**WHEREFORE**, National CRS, LLC, Database Service Provider to the Independent Service Provider in the Debtors' cases, respectfully requests: (i) interim allowance of $10,780.00 for the reasonable and necessary services that National CRS, LLC rendered in the Debtors' cases during the Fee Period; and (ii) payment in the amount of $8,624.00, which is equal to 80% of the total amount of compensation sought for reasonable and necessary services that National CRS LLC rendered in the Debtors' cases during the Fee Period (*i.e.*, $10,780.00).;

Dated: June 19, 2023
       Sun City Center, FL

/s/ Michael L. Newsom,
Title : Managing Member

National CRS, LLC
4846 Sun City Center Blvd. #255
Sun City Center, FL 33573
(727) 515-8949
Email: mnewsom@nationalcrsllc.com
Database Service Provider
to the Independent Fee Examiner

## Exhibit A

### Schedule of Fees by Project Category

| Project Category | Hours | Hourly Rate | Fees |
|---|---|---|---|
| Set Up | .3 | $275.00 | $82.50 |
| Data Entry | 25.9 | $275.00 | 7,095.00 |
| Data Analysis and Exhibit Generation | 13.1 | $275.00 | $3,602.50 |
| **Total:** | **39.3** | | **$10,780.00** |

## Exhibit B

## Time Records

### National CRS, LLC Fee Statement, April through May, 2023

| Date | Task Code* | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|
| 4/15/2023 | Set Up | Clear out updated program and set up Voyager files. | 0.3 | $275.00 | $82.50 |
| 4/15/2023 | Entries | Set up Paul Hastings file (.1). Combine eleven text files (.3). Reformat Hastings 1st interim, July-October 2022, ledes text file to extract fees, expenses, codes and timekeepers (.4). Enter data into database for analysis (.2) Enter twenty-seven timekeepers (.3). Enter eight codes (.2). Vet numbers to fee app to identify numerous errors (.2). | 1.7 | $275.00 | $467.50 |
| 4/15/2023 | Entries | Set up Potter file (.1). Reformat Potter 1st Interim, Nov-Feb 2023, ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter six timekeepers (.1).Enter eleven codes (.2). Vet numbers to fee app to identify errors in the data (.1).Contacted Potter representative requesting corrected data. | 0.9 | $275.00 | $247.50 |
| 4/16/2023 | Entries | Set up Katten file (.1). Combined four XL/text files (.3). Reformat Katten Nov 2022 text file to extract fees, expenses, codes and timekeepers (.3). Enter data into database for analysis (.3) Enter five timekeepers (.2). Enter four codes (.1). Vet numbers to fee app (.1). | 1.4 | $275.00 | $385.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4/16/2023 | Entries | Combined four XL/text files (.1). Reformat Katten Dec 2022 text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter two timekeepers (.1). Vet numbers to fee app (.1) | 0.6 | $275.00 | $165.00 |
| 4/16/2023 | Entries | Combined four XL/text files (.1). Reformat Katten Jan 2023 text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter four timekeepers (.1). Vet numbers to fee app (.1) | 0.5 | $275.00 | $137.50 |
| 4/16/2023 | Entries | Combined four XL/text files (.1). Reformat Katten Feb 2022 text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1). Vet numbers to fee app (.1) | 0.5 | $275.00 | $137.50 |
| 4/16/2023 | Ex Gen | Provide status of data receipt and entry to L Jones | 0.1 | $275.00 | $27.50 |
| 4/17/2023 | Entries | Set up FTI file (.1). Reformat FTI 2nd Interim, Nov-Feb 2023, spreadsheet to extract fees, expenses, codes and timekeepers (.4). Enter data into database for analysis (.3). Enter twenty-six Codes (.2). Enter thirty-eight timekeepers (.2). Vet numbers to fee app (.3). | 1.5 | $275.00 | $412.50 |
| 4/17/2023 | Entries | Upload database into dropboxes. | 0.2 | $275.00 | $55.00 |
| 4/17/2023 | Entries | Analyzed new Potter data. Determined that it included wrong months for 1st interim. | 0.3 | $275.00 | $82.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/17/2023 | Entries | Set up Quinn file (.1). Combined four text files (.2). Reformat Quinn 2nd Interim, Nov-Feb 2023, ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter ten timekeepers (.1). Enter five codes (.1). Vet numbers to fee app (.1).  Made contact note on voluntary reduction (.1). | 1.1 | $275.00 | $302.50 |
| 4/18/2023 | Entries | Set up Arent file (.1). Combine four text files (.2). Reformat Arent 1st Interim, Nov-Feb 2023, ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter six timekeepers (.1). Enter twenty-six codes and assign labels (.3). Vet numbers to fee app (.1). | 1.2 | $275.00 | $330.00 |
| 4/18/2023 | Entries | Set up Cassels file (.1). Combine four text files (.1). Reformat Cassels 2nd Interim, Nov-Feb 2023, ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter six timekeepers (.1). Enter six codes (.1). Vet numbers to fee app (.1). | 0.9 | $275.00 | $247.50 |
| 4/18/2023 | Entries | Update dropboxes | 0.2 | $275.00 | $55.00 |
| 4/19/2023 | Entries | Set up McDermott file (.1). Combine four text files (.1). Reformat McDermott 2nd Interim, Nov-Feb 2023, ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter one hundred, five timekeepers (.2). Enter twenty-three codes (.2). Vet numbers to fee app identify | 1.2 | $275.00 | $330.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | errors (.2). Requested corrected data. | | | |
| 4/19/2023 | Entries | Set up Harney file (.1). Combined four text file (.2). Tried to repair errors in the text file with no success (.4). Contacted Harney and requested corrected file (.1). | 0.8 | $275.00 | $220.00 |
| 4/19/2023 | Entries | Set up Berkeley file (.1). Combine four XL files (.2). Reformat Berkeley 2nd Interim, Nov-Feb 2023, spreadsheet to extract fees, expenses, codes and timekeepers (.4). Enter data into database for analysis (.3) Enter 25 timekeepers (.2). Found two errors in data compared to fee app and corrected (.3). Vet numbers to fee app (.2). | 1.7 | $275.00 | $467.50 |
| 4/19/2023 | Entries | Combined four text files (.2). Found formatting error throughout data and contacted Harney; repairs done (.4). Reformat Harney 2nd Interim, Nov-Feb 2023, ledes text file to extract fees, expenses, codes and timekeepers (.3). Enter data into database for analysis (.3) Enter two timekeepers (.1). Enter two codes (.1) Vet numbers to fee app; errors reported to fee examiner (.5). | 1.9 | $275.00 | $522.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/20/2023 | Entries | Set up Epiq file (.1). Reformat Epiq 2nd Interim, Nov-Feb 2023, spreadsheet to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter six codes (.1). Enter twenty-eight timekeepers (.1). Vet numbers to fee app (.1). | 0.8 | $275.00 | $220.00 |
| 4/21/2023 | Entries | Reformat McDermott 2nd Interim ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) One hundred five timekeepers and twenty-three codes already in.  Vet numbers to fee app (.4). | 0.8 | $275.00 | $220.00 |
| 4/21/2023 | Entries | Set up K&E file (.1). Reformat K&E 2nd Interim, Nov-Feb 2023, ledes text file to extract fees, expenses, codes and timekeepers. Identified and made fifteen column adjustments beyond normal for ledes format errors (.7). Enter data into database for analysis (.4) Enter eighty-five timekeepers (.3). Enter twenty-two codes (.3). Vet numbers to fee app (.3). | 2.1 | $275.00 | $577.50 |
| 4/23/2023 | Ex Gen | Send data status report to L Jones. | 0.1 | $275.00 | $27.50 |
| 4/24/2023 | Entries | Set up Deloitte file (.1). Reformat March 2023, spreadsheet to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee app (.2). Enter three codes and eleven timekeepers (.1). | 0.7 | $275.00 | $192.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 4/24/2023 | Entries | Set up M3 file (.1). Reformat M3 1st Interim, Nov-Feb 2023, spreadsheet to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter seven timekeepers (2). Enter seven codes (.1). Vet numbers to fee app (.1). | 0.9 | $275.00 | $220.00 |
| 4/25/2023 | Entries | Reformat Potter 1st Interim, Nov-Feb 2023, ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee app (.2). | 0.6 | $275.00 | $165.00 |
| 4/26/2023 | Entries | Reformat Deloitte, 2nd Interim Dec-Mar 2023, spreadsheet to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2). Enter thirteen timekeepers (.1). Vet numbers to fee app (.1). | 0.6 | $275.00 | $165.00 |
| 4/28/2023 | Entries | Combine eleven text files (.3). Reformat Hastings 1st interim, Nov-Feb 2023, ledes text file to extract fees, expenses, codes and timekeepers (.3). Enter data into database for analysis (.2) Vet numbers to fee app (.1). Enter fifteen timekeepers (.2). Enter sixteen codes (.2). | 1.3 | $275.00 | $357.50 |
| 4/28/2023 | Entries | Load updated database into dropboxes. | 0.2 | $275.00 | $55.00 |
| 5/1/2023 | Ex Gen | Generated a rate change report for LL Jones. | 0.4 | $275.00 | $110.00 |
| 5/1/2023 | Ex Gen | Provided a spreadsheet showing all fee reductions of the firms and designation of whether the reductions were recorded as part of the data provided. | 1.2 | $275.00 | $330.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/1/2023 | Ex Gen | Prepare exhibit for L Jones on timekeeper rate changes. | 0.4 | $275.00 | $110.00 |
| 5/2/2023 | Ex Gen | Provided fee breakdown exhibit for L Jones. | 0.2 | $275.00 | $55.00 |
| 5/3/2023 | Ex Gen | Updated fee adjustment form for L Jones. | 0.3 | $275.00 | $82.50 |
| 5/3/2023 | Ex Gen | Generated high daily hours fee exhibit for L Jones. | 1.1 | $275.00 | $302.50 |
| 5/4/2023 | Ex Gen | Generated report with capability to analyze entries of multiple firms. | 0.5 | $275.00 | $137.50 |
| 5/6/2023 | Ex Gen | Generated report with high hours billers for L Jones. | 0.2 | $275.00 | $55.00 |
| 5/7/2023 | Ex Gen | Generated spreadsheet with marginal cost of rate changes. | 0.6 | $275.00 | $165.00 |
| 5/7/2023 | Ex Gen | Generated report with comparison of task detail time versus billing time. | 0.2 | $275.00 | $55.00 |
| 5/8/2023 | Ex Gen | Make correction to data labels of data received such that the labels are unique and amenable to word searches. | 0.2 | $275.00 | $55.00 |
| 5/8/2023 | Ex Gen | Generated report of high daily billers for L Jones. | 0.2 | $275.00 | $55.00 |
| 5/8/2023 | Ex Gen | Generated report to identify transitory billers. | 0.9 | $275.00 | $247.50 |
| 5/9/2023 | Ex Gen | Review/quality check KE preliminary memo. | 0.8 | $275.00 | $220.00 |
| 5/9/2023 | Entries | Reformat Deloitte Aug-Nov 2022 spreadsheet to extract fees, expenses, codes and timekeepers (.3). Enter data into database for analysis (.2) Enter twenty-three timekeepers (.2).  Vet numbers to fee app (.1). | 0.8 | $275.00 | $220.00 |
| 5/9/2023 | Ex Gen | Generate report with three designated timekeepers for L Jones. | 0.4 | $275.00 | $110.00 |
| 5/9/2023 | Ex Gen | Update dropbox with latest database. | 0.1 | $275.00 | $27.50 |
| 5/9/2023 | Ex Gen | Build three exhibits showing details of rate changes. | 1 | $275.00 | $275.00 |

| Date | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/9/2023 | Ex Gen | Construct and format master chart for L Jones. | 0.6 | $275.00 | $165.00 |
| 5/9/2023 | Ex Gen | Generate transitory biller report for L Jones. | 0.4 | $275.00 | $110.00 |
| 5/10/2023 | Ex Gen | Review and modify rate change spreadsheet. | 0.4 | $275.00 | $110.00 |
| 5/10/2023 | Ex Gen | Generate report on attorney blended rate for L Jones | 0.5 | $275.00 | $137.50 |
| 5/12/2023 | Ex Gen | Generate transitory biller report for selected firm. | 0.4 | $275.00 | $110.00 |
| 5/15/2023 | Entries | Reformat Potter March 2023 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee app (.1). | 0.5 | $275.00 | $137.50 |
| 5/29/2023 | Ex Gen | Review fee examiner's report and quality check fee and expense amounts for all firms. | 1.4 | $275.00 | $385.00 |
| 5/29/2023 | Ex Gen | Review fee examiner's report for content on NCRS services and provide narrative. | 0.5 | $275.00 | $137.50 |
| | | **Total** | **39.3** | | **$10,780.00** |
| | | | | | |
| *Task Code | | | | | |
| Entries | Data Entry | | | | |
| Ex Gen | Data Analysis and Exhibit Generation | | | | |
| Set Up | File Set Up | | | | |
| | | | | | |