Susheel Kirpalani
Katherine Lemire
Kate Scherling
Zachary Russell
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 489-7000
Facsimile: (212) 846-4900

*Special Counsel to Debtor Voyager Digital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                        :    Chapter 11
:
VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1]    :    Case No. 22-10943 (MEW)
:
                                            Debtors.           :    (Jointly Administered)
:
---------------------------------------------------------------x

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Name of Client: | Voyager Digital, LLC |
| Retention Date: | July 13, 2022 |
| Time Period Covered: | May 1, 2023, through May 19, 2023 |
| Total Fees Requested: | $4,624.20 (80% of $5,780.25)[2] |
| Total Expenses Requested: | $70.00 |
| Type of Fee Statement | Monthly Fee Statement |

**ELEVENTH MONTHLY FEE STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL COUNSEL TO VOYAGER DIGITAL LLC DURING THE PERIOD OF MAY 1, 2023, THROUGH MAY 19, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2] Quinn Emanuel agreed with Voyager Digital, LLC ("Voyager LLC") to a 10% discount off of its customary fees. The Net Billed Fees reflect the fees actually billed to Voyager LLC after this 10% discount is applied. Accordingly, the total fees requested herein represent 80% of the Net Billed Fees.

Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases (the "Local Guidelines"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals for Retained Professionals and (II) Granting Related Relief* entered September 4, 2022 (the "Interim Compensation Order") (ECF. No. 236), Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special counsel to Voyager Digital, LLC ("Voyager LLC"),[3] hereby files its *Eleventh Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to Voyager Digital LLC During the Period of May 1, 2023, through May 19, 2023* (the "Eleventh Monthly Fee Statement"), for the amount of $4,624.20, which represents 80% of the net fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered, and $70.00 for the reimbursement of the actual and necessary expenses incurred from May 1, 2023 through May 19, 2023 (the "Fee Period"), for a total of $4,694.20.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Eleventh Monthly Fee Statement, Quinn Emanuel has attached the following:

> Exhibit A is a summary schedule of hours and fees covered by this Eleventh Monthly Fee Statement, categorized by project code;
>
> Exhibit B is a summary schedule of the time expended by all Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period;

---

[3] This Court approved on August 4, 2022 the retention of Quinn Emanuel as Special Counsel to Voyager LLC effective July 13, 2022. *See* ECF. No. 242.

2

Exhibit C is a summary of expenses incurred by Quinn Emanuel during the Fee Period; and

Exhibit D is a detailed invoice for the hours expended and fees incurred by Quinn Emanuel professionals and paraprofessionals engaged in the representation of Voyager LLC during the Fee Period.

## Representations

2. Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Eleventh Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, Local Guidelines, and the Interim Compensation Order.

## Notice

3. Notice of this Eleventh Monthly Fee Statement has been provide to all necessary parties in accordance with the Interim Compensation Order.

4. Objections to this Eleventh Monthly Fee Statement, if any, must be filed by the objection deadline and served upon Quinn Emanuel, 51 Madison Ave., New York, NY 10010, Attn: Susheel Kirpalani, Esq., and Zachary Russell, Esq.; Email: susheelkirpalani@quinnemanuel.com; zacharyrussell@quinnemanuel.com, no later than Wednesday July 5th, 2023, at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"). Objections to this Eleventh Monthly Fee Statement, if any, must set forth the nature of the objection and the specific amount of fees or expenses at issue.

5. If no objection to this Eleventh Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall promptly pay Quinn Emanuel 80% of the fees and 100%

3

of the expenses as identified in this Eleventh Monthly Fee Statement.  To the extent that an objection to this Eleventh Monthly Fee Statement is received by the Objection Deadline, Voyager LLC shall withhold payment of that portion of this Eleventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

WHEREFORE, Quinn Emanuel Urquhart & Sullivan, LLP respectfully requests payment of $4,624.20 which represents 80% of the net fees incurred by Quinn Emanuel for reasonable and necessary professional services rendered during the Fee Period and $70.00 for the reimbursement of the actual and necessary expenses incurred during the Fee Period for a total of $4,694.20.

Respectfully submitted this 20th day of June, 2023.

New York, New York

Quinn Emanuel Urquhart & Sullivan, LLP

/s/    *Susheel Kirpalani*
Susheel Kirpalani
Kate Scherling
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

*Special Counsel to Voyager Digital LLC*

**EXHIBIT A**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES | TOTAL FEES BILLED TO VOYAGER LLC AFTER APPLICATION OF 10% DISCOUNT |
|---|---|---|---|---|
| VO02 | Fee Applications | 2.8 | $2,818.50 | $2,536.65 |
| VO05 | Special Committee Investigation | 2.8 | $3,604.00 | $3,243.60 |
| **TOTAL** | | **5.6** | **$6,422.50** | **$5,780.25** |

5

## EXHIBIT B

| PROFESSIONAL | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| Katherine A. Scherling | Counsel | 0.6 | $1,350.00 | $810.00 |
| Zachary Russell | Associate | 4.1 | $1,270.00 | $5,207.00 |
| Daniel Needleman | Attorney | 0.7 | $425.00 | $297.50 |
| Diana Cordoba | Managing Clerk | 0.2 | $540.00 | $108.00 |
| **Total** | | **5.6** | **n/a** | **$6,422.50** |

## EXHIBIT C

| EXPENSE | COST |
|---|---:|
|  |  |
| Conference Fee | $70.00 |
| **Total** | **$70.00** |

**EXHIBIT D**

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

June 08, 2023

Jill Frizzley and Timothy Pohl
Independent Directors
Voyager Digital, LLC
33 Irving Place
New York, New York 10013

Matter #: 11603-00001
Invoice Number: 101-0000152856
Responsible Attorney: Susheel Kirpalani

Limited Engagement For Voyager Digital, LLC Special Committee

For Professional Services through May 19, 2023 in connection with acting as special counsel to Voyager Digital, LLC to render independent services at the sole direction of the special committee of Voyager LLC, comprising Mr. Timothy Pohl and Ms. Jill Frizzley, (the "Independent Directors"), in connection with the Special Committee's (a) investigation of any historical transactions, public reporting, or regulatory issues undertaken by or relating to Voyager LLC, (b) investigation with respect to any potential estate claims and causes of action against insiders of Voyager LLC, and (c) any matters otherwise within the Special Committee's mandate.

|  |  |
|---|---|
| Fees | $6,422.50 |
| 10% Discount | -$642.25 |
| Net Billed Fees | $5,780.25 |
| Expenses | $70.00 |
| Net Amount | $5,850.25 |
| Total Due This Invoice | $5,850.25 |

Confidential – May include attorney-client privileged and work-product information

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

**quinn emanuel trial lawyers**

June 08, 2023  Matter #: 11603-00001
Page 2  Invoice Number: 101-0000152856

## Statement Detail

### VO02   Fee Applications

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/23 | ZR1 | Oversee filing of fee statement (.2). | 0.20 | 254.00 |
| 05/03/23 | ZR1 | Correspondence with GD and DN regarding fee statement filings (.6). | 0.60 | 762.00 |
| 05/04/23 | DN1 | Prepare Ninth monthly Fee Statement for filing. | 0.30 | 127.50 |
| 05/05/23 | DN1 | Ensure filing of ninth monthly Fee Statement. | 0.10 | 42.50 |
| 05/05/23 | DC3 | Review and prepare for electronic filing of Ninth Monthly Fee Statement for ZR on behalf of Voyager Digital, LLC. | 0.20 | 108.00 |
| 05/09/23 | DN1 | Review invoices to determine if hourly rates changed on this matter, per Z. Russell. | 0.30 | 127.50 |
| 05/16/23 | ZR1 | Review preliminary report of fee examiner (.3). | 0.30 | 381.00 |
| 05/18/23 | ZR1 | Prepare fee statement (.8). | 0.80 | 1,016.00 |
| | | SUBTOTAL | 2.80 | 2,818.50 |

### VO05   Special Committee Investigation

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/12/23 | KS2 | Call with S. Rochester, D. Simon, and D. Azman re: intercompany settlement (.30). | 0.30 | 405.00 |
| 05/17/23 | ZR1 | Review liquidation procedures (.4); attend hearing re same (1.8). | 2.20 | 2,794.00 |
| 05/17/23 | KS2 | Correspondence re: hearing on liquidation procedures. | 0.30 | 405.00 |
| | | SUBTOTAL | 2.80 | 3,604.00 |

# quinn emanuel trial lawyers

June 08, 2023 Matter #: 11603-00001
Page 3 Invoice Number: 101-0000152856

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Katherine A. Scherling | KS2 | Counsel | 0.60 | 1,350.00 | 810.00 |
| Zachary Russell | ZR1 | Associate | 4.10 | 1,270.00 | 5,207.00 |
| Daniel Needleman | DN1 | Attorney | 0.70 | 425.00 | 297.50 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Diana Cordoba | DC3 | Managing Clerk | 0.20 | 540.00 | 108.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Conference Fee | 70.00 |
| Total Expenses | $70.00 |

# quinn emanuel trial lawyers
**quinn emanuel urquhart & sullivan, llp**

## Current Invoice Summary

Matter Name : Limited Engagement For Voyager Digital, LLC Special Committee

| | |
|---|---|
| Matter #: 11603-00001 | Total Fees.......................................................$5,780.25 |
| Bill Date: June 08, 2023 | Expenses............................................................$70.00 |
| Invoice Number: 101-0000152856 | Total this Invoice..........................................$5,850.25 |

## Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| 08/16/22 | 101-0000139142 | July 2022 | $244,217.65 | $195,401.65 | $48,816.00 |
| 09/16/22 | 101-0000140759 | August 2022 | $1,501,346.07 | $1,202,974.83 | $298,371.24 |
| 10/24/22 | 101-0000142354 | September 2022 | $1,100,665.05 | $881,536.29 | $219,128.76 |
| 11/09/22 | 101-0000142802 | October 2022 | $337,653.29 | $271,411.85 | $66,241.44 |
| 12/09/22 | 101-0000144404 | November 2022 | $191,282.50 | $176,497.84 | $14,784.66 |
| 01/12/23 | 101-0000145976 | December 2022 | $65,768.56 | $52,794.96 | $12,973.60 |
| 02/21/23 | 101-0000147893 | January 2023 | $73,901.62 | $59,298.76 | $14,602.86 |
| 03/17/23 | 101-0000149347 | February 2023 | $253,158.42 | $202,687.59 | $50,470.83 |
| 04/20/23 | 101-0000150693 | March 2023 | $136,715.55 | $109,597.83 | $27,117.72 |
| 05/18/23 | 101-0000152249 | April 2023 | $14,465.62 | $0.00 | $14,465.62 |
| 06/08/23 | 101-0000152856 | May 2023 | $5,850.25 | $0.00 | $5,850.25 |

**Please reference invoice number and send check to:**
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| <u>Or Wire funds to:</u> | City National Bank |
| | 555 South Flower St., 12th Floor |
| | Los Angeles, CA  90071 |
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account ▮▮▮▮▮ |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |
| *References:* | *Invoice number and client name / matter number please* |

Tax ID# 95-4004138

*REMITTANCE* (watermark)