**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Hybrid Confirmation Hearing** (Docket No. 1096)

Furthermore, on or before June 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Merlin Media LLC at 2113 Country Run Ln, Argyle, TX 76226-3365 and on two (2) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Filing of the Liquidation Procedures** (Docket No. 1374)

Furthermore, on or before June 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on four (4) confidential parties not included herein:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Furthermore, on or before June 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, and on sixty-three (63) confidential parties not included herein:

- **Notice of (I) Entry of Corrected and Amended Order (A) Approving the Second Amended Disclosure Statement and (B) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code and (II) Occurrence of Effective Date** (Docket No. 1405)

Furthermore, on or before June 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Iterable, Inc at PMB 5212, 2261 Market St, San Francisco, CA 94114-1612 and on seventy-three (73) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of Filing of First Amended Liquidation Procedures** (Docket No. 1419)

Furthermore, on or before June 12, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Pierce Robertson, c/o The Moskowitz Law Firm, PLLC, Attn: Adam M. Moskowitz, Joseph M. Kaye, Barbara C. Lewis at 3250 Mary St, Ste 202, Miami, FL 33133-5232 and on four (4) confidential parties not included herein:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

Furthermore, on or before June 13, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on twenty-two (22) confidential parties not included herein:

- **Notice of Filing of the Liquidation Procedures** (Docket No. 1374)

Furthermore, on or before June 13, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on three hundred and thirty (333) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Notice of (I) Entry of Corrected and Amended Order (A) Approving the Second Amended Disclosure Statement and (B) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code and (II) Occurrence of Effective Date** (Docket No. 1405)

Dated: June 20, 2023

_____
Stephanie Delgado

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 20th day of June, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Hilltop Securities Inc. | Attn: Bonnie Allen, Corporate Actions | 717 N Harwood St | Ste 3400 | Dallas | TX | 75201-6534 |
| Stockcross Financial Services, Inc. | Corporate Actions | 9378 Wilshire Blvd | Ste 300 | Beverly Hills | CA | 90212-3168 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **Exhibit B**

**Exhibit B**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Blockchain Association | 1155 F St NW | Ste 300 | Washington | DC | 20004-1369 |
| Landon Capital Management LLC | 3414 Peachtree Rd NE | Ste 735 | Atlanta | GA | 30326-1599 |
| National Investor Relations Institute (NIRI) | 908 King St | Ste 320 | Alexandria | VA | 22314-3067 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1