UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 22-10943 (MEW) |
| Debtors.[1] | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF
CASSELS BROCK & BLACKWELL LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS CANADIAN COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
VOYAGER DIGITAL HOLDINGS, INC., *ET AL*.
FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al*. |
| Date of Retention: | October 18, 2022, effective as of July 29, 2022 |
| Period for Which Compensation and Reimbursement Will be Sought: | April 1, 2023 to April 30, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$13,866.12 (80% of CAD$17,332.65)<br>USD$10,499.42 (80% of USD$13,124.28)[2] |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$198.67<br>USD$150.43 |

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

[2] Calculated based on the Bank of Canada exchange rate for June 19, 2023 (June 19, 2023 is the date the account was finalized) (CAD$1:USD$0.7572).

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 29, 2022*, dated October 18, 2022 [Docket No. 550] (the "Retention Order"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals*, dated April 10, 2023 [Docket No. 1277] (the "Fee Examiner Order"), Cassels Brock & Blackwell LLP ("Cassels") hereby submits this *Ninth Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from April 1, 2023 through April 30, 2023* (this "Ninth Monthly Fee Statement").[3] Specifically, Cassels seeks: (i) interim allowance of CAD$17,332.65 (USD$13,124.28) for the reasonable and necessary legal services that Cassels rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) payment of the amount of CAD$13,866.12 (USD$10,499.42), which is equal to 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.*, CAD$17,332.65; USD$13,124.28); and (iii) allowance and payment of

---

[3] The period from April 1, 2023 through and including April 30, 2023, is referred to herein as the "Fee Period."

2

CAD$198.67 (USD$150.43) for the actual and necessary expenses that Cassels incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1. Attached hereto as **Exhibit A** is a schedule of Cassels lawyers who rendered services to the Committee in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.[4]

2. Attached hereto as **Exhibit B** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Cassels is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Cassels's out-of-pocket expenses, which total CAD$198.67 (USD$150.43).

3. Attached hereto as **Exhibit C** are the time and expense records of Cassels, which provide a daily summary of the time spent by each Cassels professional during the Fee Period as well as an itemization of expenses.

4. Attached hereto as **Exhibit D** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cassels lawyers during the Fee Period with respect to each of the project categories Cassels established in accordance with its internal billing procedures. As reflected in **Exhibit D**, Cassels incurred CAD$17,332.65 (USD$13,124.28) in fees during the Fee Period. Pursuant to this Fee Statement, Cassels seeks payment of 80% of such fees (CAD$13,866.12) (USD$10,499.42).

---

[4] Exhibit "A" reflects a write off of all services provided by timekeepers billing less than 5 hours during the Fee Period. Exhibit "A" also reflects a write off of certain services provided by students.

3

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the Fee Examiner Order. A copy of this Fee Statement is also available on the website of the Plan Administrator's claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be given.

| | |
|---|---|
| Dated: June 21, 2023<br>Toronto, Ontario | **CASSELS BROCK & BLACKWELL LLP** |
| | By: /s/ Ryan C. Jacobs<br>Name:  Ryan C. Jacobs<br>Title:   Partner |
| | Cassels Brock & Blackwell LLP<br>*Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al.* |

**Exhibit A**

**Summary of Timekeepers Included in this Fee Statement**
**(All amounts are in Canadian Dollars)**

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation[1] |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Shayne Kukulowicz | Partner, Ontario 1990, Alberta 2016, Restructuring and Insolvency | 5.30 | $1,130.00 | $5,989.00 |
| Natalie Levine | Partner, New York 2008, District of Columbia 2011, Ontario 2013, Restructuring and Insolvency | 6.50 | $775.00 | $5,037.50 |
| **ASSOCIATES** | | | | |
| Natalie Thompson | Associate, Alberta 2022, Restructuring and Insolvency | 19.60 | $420.00 | $8,232.00 |

---

[1] Does not reflect 10% discount on fees.

## Exhibit B

**Expense Summary**
**(All amounts are in Canadian Dollars)**

| Category | Amount |
|---|---:|
| Copies | $9.25 |
| Court – Sundry (Court Hearing Registration Cost) | $189.42 |
| **TOTAL** | **$198.67** |

# Exhibit C

## Time Records

Cassels Brock & Blackwell LLP                                                                         Page 2 of 7
Official Committee of Unsecured Creditors of Voyager Digital                                    Invoice No: 2203359
Holdings, Inc
Re: CCAA Recognition Proceedings                                                              Matter No. 057782-00001

**FEE DETAIL**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Apr-03-23 | N. Levine | B470 | Confer with G. Steinman re US hearing schedule (.1); review district court decision for impact on recognition timing (.4); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-03-23 | N. Thompson | B470 | Review (.1) and summarize (.1) docket updates to advise on recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-04-23 | N. Thompson | B155 | Discuss US hearing with N. Levine; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Apr-04-23 | N. Thompson | B160 | Revise Seventh Monthly Fee Statement; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-04-23 | N. Thompson | B155 | Prepare for April 5 hearing by reviewing notice of agenda (.2) and notice of proposed order (.2); | 0.40 |
| | | | *Task: B155 - Court Hearings* | |
| Apr-04-23 | N. Thompson | B470 | Review (.2) and summarize (.1) docket updates to advise on recognition proceedings; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-04-23 | N. Levine | B155 | Confer with N. Thompson re US hearing issues; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| Apr-05-23 | N. Levine | B155 | Discuss status of US hearing with N. Thompson; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Apr-05-23 | N. Levine | B160 | Confer with N. Thompson re fee statement; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-05-23 | S. Kukulowicz | B155 | Review of summary of US hearing; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Apr-05-23 | N. Thompson | B160 | Review Seventh Monthly Fee Statement (.2); discuss same with N. Levine (.1); | 0.30 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-05-23 | N. Thompson | B155 | Attend hearing (1.8) and discuss status of same with N. Levine (.2); send summary of hearing to N. Levine, R. Jacobs and S. Kukulowicz (.1); | 2.10 |
| | | | *Task: B155 - Court Hearings* | |
| Apr-05-23 | N. Thompson | B470 | Summarize docket updates for purpose of Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-05-23 | N. Levine | B470 | Correspond with D. Richer re hearing (.1); correspond with G. Steinman re timeline (.1); | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-06-23 | N. Levine | B160 | Confer with N. Thompson re fee application; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc                                Invoice No: 2203359
Re: CCAA Recognition Proceedings                                                                          Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Apr-06-23 | N. Thompson | B160 | Revise Second Interim Fee Application (1.4) and discuss same with N. Levine (.1); | 1.50 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-06-23 | N. Thompson | B470 | Review (.3) and summarize (.1) docket updates to advise on Canadian proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-06-23 | N. Levine | B110 | Confer with G. Steinman re US case schedule; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Apr-07-23 | N. Levine | B160 | Discuss fee application with N. Thompson; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-07-23 | N. Levine | B160 | Revise interim fee application; | 0.50 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-07-23 | N. Thompson | B160 | Revise Second Interim Fee Application (1.8) and discuss same with N. Levine (.2); | 2.00 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-10-23 | N. Thompson | B470 | Review (.3) and summarize (.2) docket updates for purpose of recognition proceedings; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-11-23 | N. Thompson | B160 | Revise second interim fee application; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-11-23 | N. Thompson | B470 | Review (.3) and summarize (.2) docket updates per N. Levine instructions; | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-12-23 | S. Kukulowicz | B470 | Review update regarding US docket and Canadian recognition issues; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-12-23 | N. Levine | B470 | Call with D. Richer re recognition order (.2); brief review of US docket (.2); | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-12-23 | N. Thompson | B470 | Review (.1) and summarize (.1) docket updates for purpose of recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-12-23 | N. Thompson | B160 | Revise second interim fee application (1.1); emails to K. Jamal (.3) and N. Levine (.2) regarding revisions to same; | 1.60 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-13-23 | N. Thompson | B470 | Summarize docket updates for recognition purposes; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-13-23 | N. Levine | B160 | Revise fee application; | 0.50 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-13-23 | N. Thompson | B160 | Revise second interim fee application; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-14-23 | N. Thompson | B470 | Analyze docket updates for purpose of CCAA proceedings; | 0.30 |

Cassels Brock & Blackwell LLP  
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc  
Re: CCAA Recognition Proceedings

Page 4 of 7  
Invoice No: 2203359  
Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-16-23 | N. Thompson | B470 | Analyze US docket updates for recognition purposes; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-17-23 | N. Thompson | B470 | Analyze US docket updates for recognition purposes; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-17-23 | N. Levine | B110 | Review case management update; | 0.10 |
| | | | *Task: B110 - Case Administration* | |
| Apr-18-23 | N. Thompson | B155 | Prepare for April 19 hearing by reviewing hearing agenda (.1) and other related dockets (.2); | 0.30 |
| | | | *Task: B155 - Court Hearings* | |
| Apr-18-23 | N. Thompson | B470 | Analyze US docket updates for recognition purposes; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-19-23 | N. Thompson | B470 | Phone conference with N. Levine, S. Kukulowicz, G. Steinmann and D. Azman re government stipulation (.4); review (.1) and summarize (.1) docket updates for purpose of recognition proceedings; | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-19-23 | S. Kukulowicz | B470 | Conference call with N. Levine, N. Thompson, G. Steinmann and D. Azman regarding potential closing on April 22 (.4); review of emails re closing (.6); | 1.00 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-19-23 | N. Levine | B470 | Call with D. Richer (Fasken) re Canadian proceeding (.2); call with N. Thompson, S. Kululowicz, D. Azman and G Steinman re effective date (.4); call with S. Kukulowicz re same (.1); review motion materials (.3); | 1.00 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-20-23 | N. Thompson | B160 | Prepare documents for fee statement; | 0.70 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-21-23 | S. Kukulowicz | B470 | Review of emails and updates re status of US Plan and corresponding Canadian implementation; | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-21-23 | N. Levine | B470 | Call with information officer re timing of Canadian motion (.2); call with D. Richer (debtors counsel) re same (.2); draft email to D. Azman re same (.1); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-21-23 | N. Thompson | B160 | Prepare documents for fee statement; | 0.70 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-21-23 | N. Thompson | B470 | Summarize docket updates for purpose of recognition proceedings (.4); review eighth amended plan supplement (.3); | 0.70 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-23-23 | S. Kukulowicz | B470 | Review of the entered stipulation in support of US motion to allow the Plan to go effective (.4); review of Canadian implementation issues (.9); | 1.30 |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc    Invoice No: 2203359
Re: CCAA Recognition Proceedings    Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-24-23 | N. Thompson | B470 | Review (.2) and summarize (.2) docket updates for purpose of CCAA proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-24-23 | S. Kukulowicz | B470 | Office conference with N. Levine re discussions with Information Officer and recognition issues; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-24-23 | N. Levine | B470 | Call with counsel to information officer (.2); confer with S. Kukulowicz re same (.1); | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-25-23 | S. Kukulowicz | B470 | Review of emails between N. Levine and D. Azman regarding issues for Topco on effective date; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-25-23 | N. Thompson | B160 | Draft March Fee Application (.2); send emails to N. Levine (.1) and S. Kukulowicz (.1) re same; | 0.40 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-25-23 | N. Thompson | B155 | Prepare for hearing re debtors' motion for order vesting the debtors' representatives with authority to comply with applicable law in consummating the plan; | 0.20 |
| | | | *Task: B155 - Court Hearings* | |
| Apr-25-23 | N. Thompson | B470 | Summarize docket updates per N. Levine instruction (.2); review Binance.US statement re termination of APA (.3); | 0.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-25-23 | N. Levine | B470 | Discussion with S. Kukulowicz re Binance transaction termination; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-25-23 | S. Kukulowicz | B470 | Review of emails regarding Binance terminating the transaction (.3); and follow up discussions with N. Levine re same (.3); | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-25-23 | N. Levine | B470 | Correspond with D. Azman re closing (.2); correspond with D. Richer re hearing (.1); review notice of termination for impacts on Canadian hearing (.1); confer with D. Richer re same (.1); correspond with IO counsel ( L. Rogers) re same (.1); | 0.60 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-26-23 | S. Kukulowicz | B470 | Review of email from D. Richer regarding recognition of US confirmation order and ancillary relief; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-26-23 | N. Levine | B470 | Correspondence with G. Williams re closing; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-26-23 | N. Levine | B155 | Review update from N. Thompson re hearing; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |

Cassels Brock & Blackwell LLP | Page 6 of 7
Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc | Invoice No: 2203359
Re: CCAA Recognition Proceedings | Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| Apr-26-23 | N. Thompson | B160 | Prepare documents for fee statement (1.3) and discuss same with N. Levine (.2); | 1.50 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-26-23 | N. Thompson | B470 | Review docket updates for purpose of CCAA proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-26-23 | N. Thompson | B155 | Prepare for (.2) and attend (.8) hearing re debtors' motion for order vesting the debtors' representatives with authority to comply with applicable law in consummating the plan; prepare summary of hearing (.3) and send same to N. Levine, S. Kukulowicz and R. Jacobs (.1); | 1.40 |
| | | | *Task: B155 - Court Hearings* | |
| Apr-26-23 | N. Levine | B160 | Confer with N. Thompson re fee application; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-27-23 | N. Thompson | B470 | Review docket updates for purpose of CCAA proceedings per N. Levine instruction; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-27-23 | S. Kukulowicz | B470 | Review of summary of US hearing on April 26, 2023; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-27-23 | N. Levine | B160 | Finalize fee statement; | 0.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| Apr-28-23 | N. Thompson | B470 | Review (.1) and summarize (.1) docket updates for purpose of Canadian recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-28-23 | N. Levine | B470 | Discuss May 24 recognition hearing with S. Kukulowicz; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| Apr-28-23 | S. Kukulowicz | B470 | Review of notice of recognition hearing on May 24 (.1); and follow up discussions with N. Levine re same (.3); | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |

| FEE SUMMARY | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Hours** | **Rate** | **Amount** |
| Levine, Natalie | Partner | 6.50 | 775.00 | 5,037.50 |
| Kukulowicz, Shayne | Partner | 5.30 | 1,130.00 | 5,989.00 |
| Thompson, Natalie | Associate | 19.60 | 420.00 | 8,232.00 |
| **Total (CAD)** | | **31.40** | | **19,258.50** |

Cassels Brock & Blackwell LLP                                                                    Page 7 of 7
Official Committee of Unsecured Creditors of Voyager Digital                               Invoice No: 2203359
Holdings, Inc
Re: CCAA Recognition Proceedings                                                    Matter No. 057782-00001

## TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.20 | 155.00 |
| B155 | Court Hearings | 5.10 | 2,426.00 |
| B160 | Fee/Employment Applications | 11.00 | 5,223.50 |
| B470 | Foreign Proceedings | 15.10 | 11,454.00 |
| **Total (CAD)** | | **31.40** | **19,258.50** |

| | |
|---|---|
| Our Fees | 19,258.50 |
| Less: 10% Discount on Fees | (1,925.85) |
| Total Fees | 17,332.65 |
| **TOTAL FEES (CAD)** | **17,332.65** |

## DISBURSEMENT SUMMARY

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 9.25 |
| Court - Sundry | 189.42 |
| Total Non-Taxable Disbursements | 198.67 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS (CAD)** | **198.67** |
| **TOTAL FEES** | **17,332.65** |
| **TOTAL DISBURSEMENTS** | **198.67** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **17,531.32** |

## OUTSTANDING INVOICES

| Invoice Number | Invoice Date | Bill Amount | Payments / Credits | Balance Due |
|---|---|---|---|---|
| 2186379 | 12/13/22 | 20,793.84 | 16,654.29 | 4,139.55 |
| 2191877 | 02/09/23 | 13,113.71 | 10,528.28 | 2,585.43 |
| 2194565 | 03/14/23 | 18,860.70 | 15,090.51 | 3,770.19 |
| 2195598 | 03/27/23 | 16,369.31 | 13,133.72 | 3,235.59 |
| 2196282 | 04/05/23 | 15,320.20 | 12,294.58 | 3,025.62 |
| 2200012 | 05/11/23 | 58,539.17 | 0.00 | 58,539.17 |
| 2203359 | 06/19/23 | 17,531.32 | 0.00 | 17,531.32 |
| 2203360 | 06/19/23 | 7,194.09 | 0.00 | 7,194.09 |
| **Total (CAD)** | | **167,722.34** | **67,701.38** | **100,020.96** |

**Exhibit D**

**Statement of Fees by Project Category**
**(All amounts are in Canadian Dollars)**

| Task Code | Description | Total Hours | Total Fees[1] |
|---|---|---|---|
| B110 | Case Administration | 0.20 | $155.00 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 |
| B130 | Asset Disposition | 0.00 | $0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.00 | $0.00 |
| B150 | Creditor Meetings and Communication | 0.00 | $0.00 |
| B155 | Court Hearings | 5.10 | $2,426.00 |
| B160 | Fee/Employment Applications | 11.00 | $5,223.50 |
| B170 | Fee/Employment Objections | 0.00 | $0.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 0.00 | $0.00 |
| B190 | Other Contested Matters | 0.00 | $0.00 |
| B195 | Non-Working Travel | 0.00 | $0.00 |
| B210 | Business Operations | 0.00 | $0.00 |
| B220 | Employee Issues | 0.00 | $0.00 |
| B230 | Financing/Cash Collateral Issues | 0.00 | $0.00 |
| B240 | Tax Issues | 0.00 | $0.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 0.00 | $0.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 0.00 | $0.00 |
| B310 | Claims Administration & Objections | 0.00 | $0.00 |
| B320 | Plan and Disclosure Statement | 0.00 | $0.00 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.00 | $0.00 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Special Committee Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 0.00 | $0.00 |
| B470 | Foreign Proceedings | 15.10 | $11,454.00 |
| **TOTAL** | | **31.40** | **$19,258.50** |

---

[1] Does not reflect 10% discount on fees.