**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## TENTH MONTHLY FEE STATEMENT OF
## CASSELS BROCK & BLACKWELL LLP FOR COMPENSATION FOR SERVICES
## AND REIMBURSEMENT OF EXPENSES AS CANADIAN COUNSEL TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
## VOYAGER DIGITAL HOLDINGS, INC., *ET AL.*
## FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 18, 2023

| | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.* |
| Date of Retention: | October 18, 2022, effective as of July 29, 2022 |
| Period for Which Compensation and Reimbursement Will be Sought: | May 1, 2023 to May 18, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$5,673.60 (80% of CAD$7,092.00) USD$4,296.05 (80% of USD$5,370.06)[2] |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | CAD$102.09 USD$77.30 |

---

[1]   The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

[2]   Calculated based on the Bank of Canada exchange rate for June 19, 2023 (June 19, 2023 is the date the account was finalized) (CAD$1:USD$0.7572).

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of July 29, 2022*, dated October 18, 2022 [Docket No. 550] (the "Retention Order"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals*, dated April 10, 2023 [Docket No. 1277] (the "Fee Examiner Order"), Cassels Brock & Blackwell LLP ("Cassels") hereby submits this *Tenth Monthly Fee Statement of Cassels Brock & Blackwell LLP for Compensation for Services and Reimbursement of Expenses as Canadian Counsel to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al. for the Period from May 1, 2023 through May 18, 2023* (this "Tenth Monthly Fee Statement").[3] Specifically, Cassels seeks: (i) interim allowance of CAD$7,092.00 (USD$5,370.06) for the reasonable and necessary legal services that Cassels rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) payment of the amount of CAD$5,673.60 (USD$4,296.05), which is equal to 80% of the total amount of compensation sought for actual and necessary legal services rendered during the Fee Period (*i.e.*, CAD$7,092.00; USD$5,370.06); and (iii) allowance and payment of

---

[3]    The period from May 1, 2023 through and including May 18, 2023, is referred to herein as the "Fee Period."

CAD$102.09 (USD$77.30) for the actual and necessary expenses that Cassels incurred in

connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a schedule of Cassels lawyers who rendered

services to the Committee in connection with these chapter 11 cases during the Fee Period, and

the title, hourly rate, aggregate hours worked, and the amount of fees earned by each

professional.

2.    Attached hereto as **Exhibit B** is a schedule for the Fee Period setting forth the

total amount of payment sought with respect to each category of expenses for which Cassels is

seeking payment in this Fee Statement. All of these disbursements comprise the requested sum

for Cassels's out-of-pocket expenses, which total CAD$102.09 (USD$77.30).

3.    Attached hereto as **Exhibit C** are the time and expense records of Cassels, which

provide a daily summary of the time spent by each Cassels professional during the Fee Period as

well as an itemization of expenses.

4.    Attached hereto as **Exhibit D** is a schedule of the number of hours expended and

fees incurred (on an aggregate basis) by Cassels lawyers during the Fee Period with respect to

each of the project categories Cassels established in accordance with its internal billing

procedures. As reflected in **Exhibit D**, Cassels incurred CAD$7,092.00 (USD$5,370.06) in fees

during the Fee Period.  Pursuant to this Fee Statement, Cassels seeks payment of 80% of such

fees (CAD$5,673.60) (USD$4,296.05).

### Notice

The Committee will provide notice of this Fee Statement in accordance with the Interim

Compensation Order and the Fee Examiner Order. A copy of this Fee Statement is also available

on the website of the Plan Administrator's claims, noticing, and solicitation agent at

https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be

given.

Dated: June 21, 2023              **CASSELS BROCK & BLACKWELL LLP**
Toronto, Ontario


By:   _/s/ Ryan C. Jacobs_
Name:       Ryan C. Jacobs
Title:       Partner

Cassels Brock & Blackwell LLP
*Canadian Counsel to the Official*
*Committee of Unsecured Creditors of*
*Voyager Digital Holdings, Inc., et al.*

**Exhibit A**

**Summary of Timekeepers Included in this Fee Statement**
**(All amounts are in Canadian Dollars)**

| Name of Professional Person | Position, Year Admitted and Area of Expertise | Total Hours Billed | Hourly Billing Rate | Total Compensation[1] |
|---|---|---|---|---|
| **PARTNERS & COUNSEL** | | | | |
| Shayne Kukulowicz | Partner, Ontario 1990, Alberta 2016, Restructuring and Insolvency | 3.00 | $1,130.00 | $3,390.00 |
| Natalie Levine | Partner, New York 2008, District of Columbia 2011, Ontario 2013, Restructuring and Insolvency | 2.00 | $775.00 | $1,550.00 |
| **ASSOCIATES** | | | | |
| Natalie Thompson | Associate, Alberta 2022, Restructuring and Insolvency | 7.00 | $420.00 | $2,940.00 |

---

[1]    Does not reflect 10% discount on fees.

**Exhibit B**

**Expense Summary**
**(All amounts are in Canadian Dollars)**

| Category | Amount |
|---|---|
| Copies | $7.75 |
| Court – Sundry (Court Hearing Registration Cost) | $94.34 |
| **TOTAL** | **$102.09** |

**<u>Exhibit C</u>**

**Time Records**

Cassels Brock & Blackwell LLP                                                    Page 2 of 5
Official Committee of Unsecured Creditors of Voyager Digital                 Invoice No: 2203360
Holdings, Inc
Re: CCAA Recognition Proceedings                                            Matter No. 057782-00001

| | | | **FEE DETAIL** | |
|---|---|---|---|---|

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| May-01-23 | N. Thompson | B470 | Summarize docket updates for purpose of Canadian recognition proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-02-23 | N. Thompson | B160 | Prepare schedules to fee application; | 0.20 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| May-02-23 | N. Thompson | B470 | Analyze US docket updates for purpose of Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-03-23 | N. Thompson | B160 | Prepare schedules to fee application; | 0.30 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| May-03-23 | N. Thompson | B470 | Analyze US docket updates for purpose of Canadian proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-04-23 | N. Thompson | B470 | Review (.1) and summarize (.1) US docket updates for purpose of Canadian recognition proceedings; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-04-23 | N. Levine | B470 | Call with C. MacIntyre re report to court; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-05-23 | N. Thompson | B470 | Summarize US docket updates for purpose of Canadian recognition proceedings (.2); review Docket 1374 re Notice of Filing Liquidation Procedures (.2); | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-08-23 | N. Thompson | B470 | Analyze US docket updates for purpose of recognition proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-09-23 | N. Thompson | B470 | Review (.3) and summarize (.1) docket updates for purpose of recognition proceedings; | 0.40 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-09-23 | N. Thompson | B155 | Register for May 17 hearing; | 0.10 |
| | | | *Task: B155 - Court Hearings* | |
| May-09-23 | N. Levine | B470 | Analysis of plan implementation steps in Canada; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-10-23 | N. Levine | B320 | Analysis of liquidation issues in Canada (.1); review US docket updates (.2); | 0.30 |
| | | | *Task: B320 - Plan and Disclosure Statement* | |
| May-10-23 | N. Thompson | B470 | Analyze US docket updates for purpose of recognition proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-10-23 | N. Thompson | B160 | Prepare documents for fee statement; | 1.10 |
| | | | *Task: B160 - Fee/Employment Applications* | |
| May-11-23 | N. Thompson | B160 | Prepare documents for fee statement; | 0.40 |

Cassels Brock & Blackwell LLP                                                                    Page 3 of 5
Official Committee of Unsecured Creditors of Voyager Digital                     Invoice No: 2203360
Holdings, Inc
Re: CCAA Recognition Proceedings                                                 Matter No. 057782-00001

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| | | | *Task: B160 - Fee/Employment Applications* | |
| May-11-23 | N. Thompson | B470 | Summarize US docket updates for purpose of CCAA proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-12-23 | N. Levine | B470 | Review of US case updates for upcoming recognition hearing; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-12-23 | N. Thompson | B470 | Summarize US docket updates per N. Levine instruction; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-15-23 | N. Thompson | B470 | Review (.2) and summarize (.1) US docket updates per N. Levine instruction; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-15-23 | S. Kukulowicz | B470 | Review of US docket updates; | 0.70 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-16-23 | N. Thompson | B470 | Review (.2) and summarize (.1) US docket updates for purpose of cross-border proceedings; | 0.30 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-16-23 | N. Levine | B470 | Call with D. Richer re hearing (.2); review motion materials and precedent orders (.5); correspond with G. Steinman re same (.1); draft email to R. Jacobs and S. Kukulowicz re same (.2); | 1.00 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-17-23 | S. Kukulowicz | B470 | Review of draft Implementation and Recognition Order and related emails (.4); review of revised Order (.4); | 0.80 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-17-23 | N. Thompson | B155 | Prepare for (.2) and attend (1.8) hearing re liquidation procedures; prepare summary of hearing (.2) and send same to N. Levine, R. Jacobs and S. Kukulowicz (.1); | 2.30 |
| | | | *Task: B155 - Court Hearings* | |
| May-17-23 | N. Thompson | B470 | Summarize US docket updates for purpose of CCAA proceedings; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-17-23 | N. Levine | B470 | Confer with D. Richer (company counsel) regarding motion materials; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-18-23 | S. Kukulowicz | B470 | Review of motion record of Voyager Digital regarding recognition relief (1.3); review of summary report on US. hearing regarding liquidation procedures (.2); | 1.50 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-18-23 | N. Levine | B470 | Review motion materials; | 0.10 |
| | | | *Task: B470 - Foreign Proceedings* | |
| May-18-23 | N. Thompson | B470 | Review (.1) and summarize (.1) US docket updates for purpose of CCAA proceeding; | 0.20 |
| | | | *Task: B470 - Foreign Proceedings* | |

Cassels Brock & Blackwell LLP
Official Committee of Unsecured Creditors of Voyager Digital
Holdings, Inc
Re: CCAA Recognition Proceedings

Page 4 of 5
Invoice No: 2203360

Matter No. 057782-00001

## FEE SUMMARY

| Name | Title | Hours | Rate | Amount |
|------|-------|------:|-----:|-------:|
| Kukulowicz, Shayne | Partner | 3.00 | 1,130.00 | 3,390.00 |
| Levine, Natalie | Partner | 2.00 | 775.00 | 1,550.00 |
| Thompson, Natalie | Associate | 7.00 | 420.00 | 2,940.00 |
| **Total (CAD)** | | **12.00** | | **7,880.00** |

## TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|------|-------------|------:|-------:|
| B155 | Court Hearings | 2.40 | 1,008.00 |
| B160 | Fee/Employment Applications | 2.00 | 840.00 |
| B320 | Plan and Disclosure Statement | 0.30 | 232.50 |
| B470 | Foreign Proceedings | 7.30 | 5,799.50 |
| **Total (CAD)** | | **12.00** | **7,880.00** |

| | |
|------|------:|
| Our Fees | 7,880.00 |
| Less: 10% Discount on Fees | (788.00) |
| Total Fees | 7,092.00 |
| **TOTAL FEES (CAD)** | **7,092.00** |

## DISBURSEMENT SUMMARY

**Non-Taxable Disbursements**

| | |
|------|------:|
| Copies | 7.75 |
| Court - Sundry | 94.34 |
| Total Non-Taxable Disbursements | 102.09 |

| | |
|------|------:|
| **TOTAL DISBURSEMENTS (CAD)** | **102.09** |

| | |
|------|------:|
| **TOTAL FEES** | **7,092.00** |
| **TOTAL DISBURSEMENTS** | **102.09** |
| **TOTAL FEES AND DISBURSEMENTS (CAD)** | **7,194.09** |

Cassels Brock & Blackwell LLP                                              Page 5 of 5
Official Committee of Unsecured Creditors of Voyager Digital              Invoice No: 2203360
Holdings, Inc
Re: CCAA Recognition Proceedings                                          Matter No. 057782-00001

| | | OUTSTANDING INVOICES | | |
|---|---|---|---|---|
| Invoice Number | Invoice Date | Bill Amount | Payments / Credits | Balance Due |
| 2186379 | 12/13/22 | 20,793.84 | 16,654.29 | 4,139.55 |
| 2191877 | 02/09/23 | 13,113.71 | 10,528.28 | 2,585.43 |
| 2194565 | 03/14/23 | 18,860.70 | 15,090.51 | 3,770.19 |
| 2195598 | 03/27/23 | 16,369.31 | 13,133.72 | 3,235.59 |
| 2196282 | 04/05/23 | 15,320.20 | 12,294.58 | 3,025.62 |
| 2200012 | 05/11/23 | 58,539.17 | 0.00 | 58,539.17 |
| 2203359 | 06/19/23 | 17,531.32 | 0.00 | 17,531.32 |
| 2203360 | 06/19/23 | 7,194.09 | 0.00 | 7,194.09 |
| **Total (CAD)** | | **167,722.34** | **67,701.38** | **100,020.96** |

**Exhibit D**

### Statement of Fees by Project Category
### (All amounts are in Canadian Dollars)

| Task Code | Description | Total Hours | Total Fees[1] |
|---|---|---|---|
| B110 | Case Administration | 0.00 | $0.00 |
| B120 | Asset Analysis and Recovery | 0.00 | $0.00 |
| B130 | Asset Disposition | 0.00 | $0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.00 | $0.00 |
| B150 | Creditor Meetings and Communication | 0.00 | $0.00 |
| B155 | Court Hearings | 2.40 | $1,008.00 |
| B160 | Fee/Employment Applications | 2.00 | $840.00 |
| B170 | Fee/Employment Objections | 0.00 | $0.00 |
| B180 | Avoidance Action Analysis | 0.00 | $0.00 |
| B185 | Assumption/Rejection of Leases | 0.00 | $0.00 |
| B190 | Other Contested Matters | 0.00 | $0.00 |
| B195 | Non-Working Travel | 0.00 | $0.00 |
| B210 | Business Operations | 0.00 | $0.00 |
| B220 | Employee Issues | 0.00 | $0.00 |
| B230 | Financing/Cash Collateral Issues | 0.00 | $0.00 |
| B240 | Tax Issues | 0.00 | $0.00 |
| B250 | Real Estate | 0.00 | $0.00 |
| B260 | Board of Directors Matters | 0.00 | $0.00 |
| B270 | Utilities | 0.00 | $0.00 |
| B280 | Vendor Matters | 0.00 | $0.00 |
| B290 | Insurance | 0.00 | $0.00 |
| B310 | Claims Administration & Objections | 0.00 | $0.00 |
| B320 | Plan and Disclosure Statement | 0.30 | $232.50 |
| B410 | Gen. Bankruptcy Advice/Opinions | 0.00 | $0.00 |
| B420 | Restructurings | 0.00 | $0.00 |
| B430 | Special Committee Investigation | 0.00 | $0.00 |
| B450 | Securities Law Issues | 0.00 | $0.00 |
| B460 | General Corporate | 0.00 | $0.00 |
| B470 | Foreign Proceedings | 7.30 | $5,799.50 |
| **TOTAL** | | **12.00** | **$7,880.00** |

[1]    Does not reflect 10% discount on fees.