| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP**<br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444 | **MCDERMOTT WILL & EMERY LLP**<br>Charles R. Gibbs (admitted *pro hac vice*)<br>Grayson Williams (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, Texas 75201-1664<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098 |
| **MCDERMOTT WILL & EMERY LLP**<br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184<br>Telephone: (305) 329-4473<br>Facsimile: (305) 503-8805<br>E-mail: gsteinman@mwe.com | **FOR INFORMATIONAL PURPOSES ONLY. NO RELIEF IS BEING REQUESTED FROM THE COURT AND NO ACTION IS REQUIRED.** |

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10943 (MEW)<br><br>(Jointly Administered) |

## PLAN ADMINISTRATOR'S SECOND STATUS REPORT TO CREDITORS

I, Paul R. Hage, in my capacity as the Plan Administrator (the "Plan Administrator") for the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166-1] (the "Plan")[2] of Voyager Digital

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Plan.

Holdings, Inc., *et al.* (collectively, the "Wind-Down Debtors"), hereby submit this *Second Status Report to Creditors* (the "Second Report") and respectfully state as follows:

## INITIAL DISTRIBUTIONS HAVE COMMENCED

1. On June 23, 2023, the Voyager app reopened for in-kind crypto withdrawals for the approved 30-day period, ending July 23, 2023. Creditors are encouraged to withdraw their crypto in-kind during this period. Creditors can find answers to questions regarding the initial recovery and how to transfer crypto on Voyager's blog (available at https://www.investvoyager.com/blog/transfers/). Additionally, if creditors experience any access issues or have general questions regarding the recovery process, I encourage them to visit the Voyager Help Center (available at https://support.investvoyager.com/hc/en-us), or submit a ticket with the support team for further assistance (available at https://support.investvoyager.com/hc/en-us/requests/new?ticket_form_id=1260809518610).

2. Creditors that do not transfer their crypto in-kind within the thirty-day period will receive their initial recovery in U.S. dollars, subject to market fluctuations.

Dated: June 23, 2023

/s/ *Paul R. Hage*
Paul R. Hage, solely in my capacity
as the Plan Administrator