Steven J. Reisman
Shaya Rochester
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone: (212) 940-8800

*Special Counsel to Voyager Digital Ltd.*
*at the Direction of its Independent Director*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SIXTH MONTHLY FEE STATEMENT OF KATTEN MUCHIN ROSENMAN LLP AS SPECIAL COUNSEL TO VOYAGER DIGITAL LTD., AT THE DIRECTION OF ITS INDEPENDENT DIRECTOR, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2023 THROUGH AND INCLUDING MAY 19, 2023**

| | |
|---|---|
| **Name of Applicant:** | **Katten Muchin Rosenman LLP** |
| | |
| Authorized to provide professional services to: | Voyager Digital Ltd., at the Direction of its Independent Director |
| | |
| Date of bankruptcy filing: | July 5, 2022 |
| | |
| Date of retention order: | January 25, 2023, effective as of November 11, 2022 |
| Period for which compensation and reimbursement are sought: | April 1, 2023 through and including May 19, 2023 |
| | |
| Amount of compensation sought as actual, reasonable, and necessary: | $186,439.60 (80% of $233,049.50) |
| | |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $657.77 |
| | |

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers, are Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| Type of fee statement or application: | Monthly Fee Statement |
|---|---|
|  |  |
| Prior Applications | November 2022 Fee Statement [Docket No. 1145]<br>December 2022 Fee Statement [Docket No. 1146]<br>January 2023 Fee Statement [Docket No. 1147]<br>February 2023 Fee Statement [Docket No. 1285]<br>March 2023 Fee Statement [Docket No. 1462] |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Special Counsel for Debtor Voyager Digital Ltd., on Behalf of and at the Sole Direction of the Independent Director, Effective as of November 11, 2022*, entered on January 25, 2023 [Docket No. 910] (the "Retention Order"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order"), Katten Muchin Rosenman LLP ("Katten"), special counsel for Debtor Voyager Digital Ltd. ("TopCo"), at the direction of its independent director (the "Independent Director") in the above-captioned chapter 11 cases (these "Chapter 11 Cases"), hereby submits this *Sixth Monthly Fee Statement of Katten Muchin Rosenman LLP as Special Counsel to Voyager Digital Ltd., at the Direction of its Independent Director, for Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 1, 2023 Through and Including May 19, 2023* (this "Monthly Fee Statement") for (i) interim allowance of $187,097.37 for the reasonable compensation for actual, necessary legal services Katten rendered to TopCo, at the direction of the Independent Director, from April 1, 2023 through and including May 19, 2023 (the "Fee Period"), and actual, necessary expenses Katten incurred in connection therewith; (ii) interim allowance and payment of compensation in the amount of $186,439.60 (80% of $233,049.50) for reasonable compensation

2

for actual, necessary legal services Katten rendered during the Fee Period; and (iii) interim allowance and payment of $657.77 for the actual, necessary expenses Katten incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.    In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule for the Fee Period of the number of hours expended and fees incurred (on an aggregate basis) by Katten partners, associates, and paraprofessionals during the Fee Period with respect to each of the project categories Katten established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Katten incurred $233,049.50 in fees during the Fee Period. Pursuant to this Monthly Fee Statement and the Interim Compensation Order, Katten seeks payment of 80% percent of such fees ($186,439.60 in the aggregate).

- **Exhibit B** is a schedule of Katten professionals, including the standard hourly rate for each professional who rendered services to TopCo, on behalf of and at the sole direction of the Independent Director, in connection with these Chapter 11 Cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and amount of fees relating to each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,175.58.[2] The blended hourly billing rate of paraprofessionals for all services provided during the Fee Period is $410.[3]

- **Exhibit C** is a schedule for the Fee Period setting forth the total payment sought with respect to each category of expenses for which Katten is seeking payment in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Katten's out-of-pocket expenses, which total $657.77.

- **Exhibit D** includes the time records of Katten professionals, which provide a daily summary of the time spent by each Katten professional during the Fee Period and an itemization of expenses by project category.

---

[2]    The blended hourly rate of $1,175.58 for attorneys is derived by dividing the total fees for attorneys of $233,947.50 by the total hours of 190.50 for those same attorneys.

[3]    The blended hourly rate of $410 for paraprofessionals is derived by dividing the total fees for paraprofessionals of $9,102 by the total hours of 22.20 for those same paraprofessionals.

**Representations**

2.      Although every effort has been made to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  Katten reserves the right to make further application to the United States Bankruptcy Court for the Southern District of New York for allowance of such fees and expenses not included herein in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Order.

3.      The Independent Director reviewed and approved the filing of this Monthly Fee Statement.

**Notice**

4.      Notice of this Monthly Fee Statement will be provided in accordance with the Interim Compensation Order.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Katten, in connection with services rendered to TopCo, at the direction of its Independent Director, in connection with these Chapter 11 Cases, respectfully requests: (i) interim allowance of $187,097.37 for reasonable compensation for actual, necessary legal services Katten rendered to TopCo, at the direction of its Independent Director, during the Fee Period, and actual, necessary expenses Katten incurred in connection therewith; (ii) interim allowance and payment of compensation in the amount of $186,439.60, which is 80% percent of the total amount of reasonable compensation for actual, necessary legal services Katten rendered during the Fee Period; and (iii) interim allowance and payment of $657.77 for the actual, necessary expenses Katten incurred in connection with such services during the Fee Period.

New York, New York
Dated: June 27, 2023

/s/ Steven J. Reisman
**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman
Shaya Rochester
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone:  (212) 940-8800
Email: sreisman@katten.com
        shaya.rochester@katten.com

*Special Counsel to Voyager Digital Ltd. at the Direction of its Independent Director*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served via CM/ECF on this 27th day of June, 2023, to all parties receiving notice in the above-captioned case and in accordance with the Interim Compensation Order, constituting all necessary parties.

/s/ Steven R. Reisman
Steven J. Reisman

Steven J. Reisman
Shaya Rochester
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone:  (212) 940-8800
*Special Counsel to Voyager Digital Ltd.*
*at the Direction of its Independent Director*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

## <u>VERIFICATION OF STEVEN J. REISMAN</u>

I, Steven J. Reisman, hereby declare the following under penalty of perjury:

1.      I am a partner of the law firm of Katten Muchin Rosenman LLP ("<u>Katten</u>"), located at 50 Rockefeller Plaza, New York, New York 10020.  I am the lead attorney from Katten working on the above-captioned chapter 11 cases (these "<u>Chapter 11 Cases</u>").  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States District Courts for the Southern District of New York, Eastern District of New York, District of New Jersey, District of Connecticut, Eastern District of Michigan, and Eastern District of Wisconsin; United States Courts of Appeals for the Second Circuit and Third Circuit; and United States Supreme Court.  There are no disciplinary proceedings pending against me.

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers, are Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

2.      I have personally performed many of the legal services rendered by Katten as special counsel to Debtor Voyager Digital Ltd. ("TopCo"), at the direction of its Independent Director, and am familiar with the work performed at the direction of its Independent Director by the lawyers and other personnel at Katten.

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

New York, New York                           */s/ Steven J. Reisman*
Dated:    June 27, 2023                        Steven J. Reisman
                                               Partner
                                               Katten Muchin Rosenman LLP

**<u>Exhibit A</u>**
***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Summary of Total Fees and Expenses by Project Category**
**for the Fee Period of April 1, 2023 Through and Including May 19, 2023**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Summary of Total Fees and Expenses by Project Category**
**for the Fee Period of April 1, 2023 Through and Including May 19, 2023**

| Matter Number | Matter Description | Hours | Amount | Expenses | Total Compensation |
|---|---|---|---|---|---|
| 16 | Hearings | 11.00 | $ 12,061.50 | | $ 12,061.50 |
| 18 | Disclosure Statement, Plan, Confirmation | 137.00 | 168,128.00 | | 168,128.00 |
| 20 | Retention and Fee Matters | 64.70 | 52,860.00 | | 52,860.00 |
| 24 | Expenses | | | $ 657.77 | 657.77 |
| **Totals** | | **212.70** | **$ 233,049.50** | **$ 657.77** | **$ 233,707.27** |

**<u>Exhibit B</u>**
***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Attorneys' and Paraprofessionals' Information**
**for the Fee Period of April 1, 2023 Through and Including May 19, 2023**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Attorneys' and Paraprofessionals' Information**
**for the Fee Period of April 1, 2023 Through and Including May 19, 2023**

**Attorneys**

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Steven Reisman | Partner (NYC) | NY - 1991 | Restructuring | $1,755 | 32.30 | $ 56,686.50 |
| Shaya Rochester | Partner (NYC) | NY - 2003 | Restructuring | 1,425 | 46.30 | 65,977.50 |
| Julia Mosse | Partner (NYC) | NY - 2010 | Litigation | 1,050 | 39.40 | 41,370.00 |
| Johnjerica Hodge | Partner (DC) | TX - 2013 DC - 2017 | Litigation | 1,040 | 9.60 | 9,984.00 |
| Ethan Trotz | Associate (CHI) | IL - 2018 | Restructuring | 815 | 39.40 | 32,111.00 |
| Ally Jordan | Associate (DC) | CT - 2021 DC - 2022 | Litigation | 765 | 7.60 | 5,814.00 |
| Robin Evans | Associate (CHI) | IL - 2021 IA - 2021 | Restructuring | 755 | 15.90 | 12,004.50 |
| **Totals for Attorneys** | | | | | **190.50** | **$ 223,947.50** |

**PARAPROFESSIONALS**

| Paraprofessional | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Marie Siena | Paraprofessional | Restructuring | $410 | 22.20 | $  9,102.00 |
| **Totals for Paraprofessionals** | | | | **22.20** | **$    9,102.00** |

| | | |
|---|---|---|
| **Total for Attorneys and Paraprofessionals** | **212.70** | **$ 233,049.50** |

**Exhibit C**
*In re Voyager Digital Holdings, Inc., et al.*
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Summary of Actual and Necessary Expenses**
**for the Fee Period of April 1, 2023 Through and Including May 19, 2023**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Summary of Actual and Necessary Expenses**
**for the Fee Period of April 1, 2023 Through and Including May 19, 2023**

| Expenses by Category | Amount |
|---|---|
| Filing Fees / Court Costs | $ 357.80 |
| Legal Research | 299.97 |
| **Total** | **$ 657.77** |

**Exhibit D**
*In re Voyager Digital Holdings, Inc., et al.*
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Detailed Description of Fees, Expenses and Disbursements
for the Fee Period of April 1, 2023 Through and Including May 19, 2023**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 23, 2023

**Matthew Ray, Independent Director of**
**Voyager Digital Ltd.**
███████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00016 |
| Invoice #: | 9020135264 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Hearings

For Professional Services Rendered Through May 19, 2023

Fees Total..................................................................................................................................... 12,061.50
**Total Amount Due** .................................................................................................................. **12,061.50**   **USD**

Payment can be remitted directly to our account:

███████████
███████  ███████
███████████  ████
███████████████
████████  ███████

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:              398573.00016
Invoice #:           9020135264
Invoice Due Date:    Payable Upon Receipt                                    June 23, 2023

---

RE: Hearings

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/01/2023 | Mosse, Julia | Email with S. Rochester, J. Mosse, and E. Trotz regarding April 5 hearing on Voyager/FTX Stipulation (.30) | 0.30 |
| 04/05/2023 | Mosse, Julia | Attend (by phone) Omnibus Hearing before Judge Wiles (1.80); email with S. Rochester, J. Hodge, and E. Trotz regarding same (.30) | 1.10 |
| 04/05/2023 | Trotz, Ethan | Review agenda for hearing (.10); attend part of hearing (1.50); draft summary of hearing (.20); emails with S. Rochester, J. Hodge, and J. Mosse regarding hearing (.20) | 2.00 |
| 04/05/2023 | Hodge, Johnjerica | Revise summary of 4.5.23 hearing (.10); email with M. Ray regarding same (.10) | 0.20 |
| 04/05/2023 | Rochester, Shaya | Attend a portion of Bankruptcy Court hearing on approval of FTX/ Voyager Stipulation on behalf of Independent Director (1.00) | 1.00 |
| 04/05/2023 | Reisman, Steven | Review summary regarding today's bankruptcy court hearing on FTX/ Voyager stipulation and matters related to intercompany claims (.70) | 0.70 |
| 04/11/2023 | Mosse, Julia | Attend (by phone) Second Circuit argument on Government motion to stay pending appeal (.50) | 0.50 |
| 04/11/2023 | Trotz, Ethan | Attend hearing (.50); draft summary of hearing (.20) | 0.70 |
| 04/12/2023 | Siena, Marie | Update case calendar with objection deadline for February fee statement (.20) | 0.20 |
| 04/17/2023 | Trotz, Ethan | Review agenda for hearing (.10) | 0.10 |
| 04/18/2023 | Mosse, Julia | Review docket entries regarding April 19 hearing (.20); email with S. Rochester regarding same (.10) | 0.30 |
| 04/21/2023 | Siena, Marie | Update case calendar with hearing details for 6/14/23 (.20) | 0.20 |
| 04/24/2023 | Siena, Marie | Update case calendar with details for Hearing on 4/26 (.20); register S. Rochester for appearance at Hearing on 4/26 (.10) | 0.30 |
| 04/26/2023 | Trotz, Ethan | Review summary of hearing (.10) | 0.10 |
| 04/26/2023 | Rochester, Shaya | Dial into Voyager hearing and status conference regarding termination of Binance sale transaction (1.00) | 1.00 |
| 04/26/2023 | Reisman, Steven | Review summary of status conference on termination of finance sale transaction and intercompany claims matters (.60) | 0.60 |
| 05/16/2023 | Trotz, Ethan | Review agenda for hearing (.10) | 0.10 |
| 05/17/2023 | Mosse, Julia | Attend (by phone) hearing on proposed liquidation procedures (1.60) | 1.60 |
| | | **Total Hours :** | **11.00** |

Matter:              398573.00016
Invoice #:           9020135264
Invoice Due Date:    Payable Upon Receipt

June 23, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Reisman, Steven | 1.30 | 1,755.00 | 2,281.50 |
| Rochester, Shaya | 2.00 | 1,425.00 | 2,850.00 |
| Mosse, Julia | 3.80 | 1,050.00 | 3,990.00 |
| Hodge, Johnjerica | 0.20 | 1,040.00 | 208.00 |
| Trotz, Ethan | 3.00 | 815.00 | 2,445.00 |
| Siena, Marie | 0.70 | 410.00 | 287.00 |
| **Sub Total :** | **11.00** | **Sub Total :** | **12,061.50** |
| **Total Hours :** | **11.00** | **Total Fees** | **12,061.50   USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 23, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
█████████ ████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00018 |
| Invoice #: | 9020135266 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Disclosure Statement, Plan, Confirmation

For Professional Services Rendered Through May 19, 2023

| | | |
|---|---|---|
| Fees Total................................................................................................................................................ | 168,128.00 | |
| **Total Amount Due** ........................................................................................................................... | **168,128.00** | **USD** |

Payment can be remitted directly to our account:

████████████
█████████  ██████
████  ████
█████████  ███████████
██████████
█████████████████

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:           398573.00018
Invoice #:        9020135266
Invoice Due Date: Payable Upon Receipt                                    June 23, 2023

RE: Disclosure Statement, Plan, Confirmation

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/01/2023 | Trotz, Ethan | Emails with S. Reisman, S. Rochester, J. Mosse, and J. Hodge regarding mediation issues (.30); update claims analysis (.10); review District Court opinion (.40) | 0.80 |
| 04/01/2023 | Hodge, Johnjerica | Prepare for meeting with M. Ray (.20) | 0.20 |
| 04/01/2023 | Reisman, Steven | Review Voyager settlement proposal (1.00); emails with S. Rochester regarding same and counterproposal to OpCo (.30) | 1.30 |
| 04/02/2023 | Mosse, Julia | Review presentation to M. Ray in preparation for call (.30); call with S. Reisman, S. Rochester, and J. Hodge to prepare for call with M. Ray (.50); call with S. Reisman, S. Rochester, J. Hodge, and M. Ray regarding intercompany claims (.40); email with S. Reisman, S. Rochester, and J. Hodge regarding intercompany claims and Voyager/FTX Stipulation (.60) | 1.80 |
| 04/02/2023 | Hodge, Johnjerica | Prepare for meeting with M. Ray (.10); meet with S. Reisman, S. Rochester, and J. Mosse regarding settlement discussions (.50); meet with S. Reisman, S. Rochester, J. Mosse, and M. Ray regarding settlement (.40); revise email to M. Ray (.10); revise email to A. Smith (.10); revise email to K. Scherling (Quinn) (.10); review documents related to settlement agreement negotiations (.20) | 1.50 |
| 04/02/2023 | Rochester, Shaya | Emails with S. Reisman, J. Hodge, and J. Mosse regarding Reservation of Rights (.30); prepare for call with client regarding intercompany claims settlement and Reservation of Rights (.30); pre-call with S. Reisman, J. Mosse, and J. Hodge to prepare for call with client regarding intercompany claims settlement and Reservation of Rights (.50); call with S. Reisman, J. Mosse, J. Hodge and M. Ray regarding intercompany claims settlement and Reservation of Rights (.40); revise settlement proposal based on call (.40); emails with S. Reisman, J. Mosse, and J. Hodge regarding counterproposal (.50); revise settlement proposal based on comments from S. Reisman (.40); emails with A. Smith regarding Reservation of Rights (.40) | 3.20 |
| 04/02/2023 | Reisman, Steven | Review updated settlement proposal and background materials regarding Voyager claims (.50); call with J. Hodge, J. Mosse and S. Rochester regarding same and preparation for update call with M. Ray (.50); call with M. Ray, J. Hodge, J. Mosse, and S. Rochester to discuss settlement proposal, counteroffer, merits of claims and proposal regarding settlement of issues (.40); review documentation regarding Voyager settlement (1.20) | 2.60 |
| 04/03/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, S. Reisman, K. Scherling (Quinn), and J. Gleit (ArentFox) regarding intercompany claims (.40); email with S. Rochester, S. Reisman, J. Hodge, and A. Smith regarding FTX/Voyager Stipulation and amended proposed order (.50); review updated draft FTX/Voyager Stipulation and amended proposed order (.40); email S. Reisman, S. Rochester, and J. Hodge regarding same (.50) | 1.80 |
| 04/03/2023 | Hodge, Johnjerica | Review revised stipulation and order (.40); email K. Scherling and J. Gleit regarding intercompany claims (.10) | 0.50 |
| 04/03/2023 | Rochester, Shaya | Emails with K. Scherling regarding counterproposal (.20); emails with A. Smith regarding Reservation of Rights (.20); review changes to FTX Stipulation (.40); emails with S. Reisman, J. Hodge, and J. Mosse regarding changes to FTX Stipulation (.30); review revised FTX/Voyager Order approving Stipulation (.30) | 1.40 |

**Katten**

Matter:            398573.00018
Invoice #:         9020135266
Invoice Due Date:   Payable Upon Receipt

June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/03/2023 | Reisman, Steven | Analyze settlement alternatives and counterproposal for K. Scherling (Quinn) on behalf of OpCo (.50); emails with J. Mosse, J. Hodge, and S. Rochester regarding same (.20); emails with K. Scherling (.10); emails with D. Azman regarding settlement proposal (.40) | 1.20 |
| 04/04/2023 | Mosse, Julia | Emails with S. Rochester, J. Hodge, and E. Trotz regarding intercompany claims (.90); revise draft settlement agreement regarding intercompany claims (.40) | 1.30 |
| 04/04/2023 | Trotz, Ethan | Emails with S. Rochester, J. Mosse, and J. Hodge regarding settlement issues (.20); review draft settlement agreement (.40) | 0.60 |
| 04/04/2023 | Hodge, Johnjerica | Revise settlement agreement (.60) | 0.60 |
| 04/04/2023 | Rochester, Shaya | Revise Intercompany Claims Settlement Agreement (.30); review Debtors' reply to Objections to FTX/Voyager Stipulation (.20); further revise Intercompany Claims Settlement Agreement (1.00); revise Intercompany Claims Settlement Agreement based on comments from J. Mosse and J. Hodge (.40); prepare for call with A. Smith (Kirkland) regarding agreement with LGO (.20); call with A. Smith of Kirkland regarding draft agreement with LGO (.20); revise draft agreement with LGO based on call (.80); further revise Intercompany Claims Settlement Agreement (.20) | 3.30 |
| 04/05/2023 | Mosse, Julia | Call with S. Reisman, S. Rochester, K. Scherling (Quinn), and D. Azman (McDermott) regarding intercompany claims (.70); update draft intercompany claims settlement agreement (1.20); review documents in connection with same (.40); email S. Rochester and E. Trotz regarding same (.60); revise status update email to M. Ray (.20) | 4.10 |
| 04/05/2023 | Trotz, Ethan | Update presentation (.30); call with S. Rochester regarding presentation (.10); emails with S. Rochester and J. Mosse regarding settlement issues (.20); revise settlement agreement (.30) | 0.90 |
| 04/05/2023 | Rochester, Shaya | Call with J. Mosse, S. Reisman, K. Scherling (Quinn) and D. Azman (committee counsel) regarding intercompany settlement (.70); revise Settlement Agreement based on call (.30); revise presentation on intercompany claims based on call (.40); call E. Trotz regarding same (.10) | 1.50 |
| 04/05/2023 | Reisman, Steven | Review materials related to intercompany claims settlement (1.70); call with S. Rochester, J. Mosse, K. Scherling (Quinn), and D. Azman (McDermott) regarding intercompany settlement proposal and analysis (.70); follow-up emails to S. Rochester, J. Mosse, and J. Hodge regarding efforts to resolve issues with Ad Hoc Committee (.30); emails with S. Rochester regarding Voyager intercompany claims settlement and next steps (.30) | 3.00 |
| 04/06/2023 | Mosse, Julia | Email with S. Rochester and E. Trotz regarding draft intercompany settlement agreement (.30) | 0.30 |
| 04/06/2023 | Trotz, Ethan | Research issues in connection with settlement agreement (.90) | 0.90 |
| 04/07/2023 | Mosse, Julia | Review briefing and docket entries regarding Government appeal and motion to stay (.80); email with S. Rochester, J. Hodge, S. Reisman, D. Azman, and K. Scherling regarding intercompany claims (.20); emails with S. Reisman, S. Rochester, J. Hodge, and M. Ray regarding same (.10) | 1.10 |
| 04/07/2023 | Trotz, Ethan | Emails with J. Mosse and S. Rochester regarding Settlement Agreement (.20) | 0.20 |
| 04/07/2023 | Reisman, Steven | Emails with J. Mosse, S. Rochester, J. Hodge, D. Azman, and K. Scherling regarding intercompany claims settlement (.30); emails with J. Mosse, S. Rochester, J. Hodge, and M. Ray regarding intercompany claims settlement (.20) | 0.50 |
| 04/08/2023 | Rochester, Shaya | Emails with S. Reisman, J. Mosse, J. Hodge, and E. Trotz regarding intercompany claims settlement (.50) | 0.50 |

**Katten**

Matter:              398573.00018
Invoice #:           9020135266
Invoice Due Date:    Payable Upon Receipt                                                    June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/08/2023 | Reisman, Steven | Emails with S. Rochester regarding intercompany claims settlement (.30) | 0.30 |
| 04/09/2023 | Mosse, Julia | Email with S. Reisman, S. Rochester, J. Hodge, and E. Trotz regarding intercompany claims (.30) | 0.30 |
| 04/09/2023 | Trotz, Ethan | Update claim analysis chart (.30); review filings regarding confirmation order (.50) | 0.80 |
| 04/09/2023 | Rochester, Shaya | Respond to S. Reisman question regarding governmental claims (.20) | 0.20 |
| 04/09/2023 | Reisman, Steven | Emails with S. Rochester, J. Mosse, J. Hodge, and E. Trotz regarding governmental claims, background and request for information (.30) | 0.30 |
| 04/10/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and E. Trotz regarding intercompany claims analysis (.30); review filings regarding Government appeal and motion to stay (.40) | 0.70 |
| 04/11/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, E. Trotz, and D. Posner regarding intercompany claims (.20); prepare for call with D. Posner regarding same (.80); review intercompany claims presentation (.60); email with S. Rochester, J. Hodge, and E. Trotz in preparation for call with D. Posner (.40); call with S. Rochester and J. Hodge in preparation for call with D. Posner (.50); call with S. Rochester regarding call with Ad Hoc Equity Group professional advisors regarding potential settlement (.30); email with S. Rochester, E. Trotz, and J. Hodge regarding governmental claims analysis (.40); email with S. Rochester, J. Hodge, and E. Trotz regarding claims at TopCo (.20); email with S. Rochester, J. Hodge, E. Trotz, and A. Smith (Kirkland) regarding same (.10); review Second Circuit's order denying motion to vacate stay pending appeal (.10) | 3.60 |
| 04/11/2023 | Trotz, Ethan | Emails with J. Mosse regarding claims issues (.30); review issues regarding TopCo claims (2.80) | 3.10 |
| 04/11/2023 | Hodge, Johnjerica | Call with S. Rochester and J. Mosse regarding intercompany claims (.50); email D. Posner regarding intercompany claims (.20); analyze settlement negotiation issues (.30); revise email to A. Smith (.10) | 1.10 |
| 04/11/2023 | Rochester, Shaya | Prepare for call with Ad Hoc Equity Group professional advisors regarding potential settlement (1.60); call with J. Mosse regarding same (.30); call with J. Mosse and J. Hodge regarding intercompany claims analysis (.50); revise draft Intercompany Claims Settlement Agreement (.20); emails with A. Smith regarding intercompany claims (.30) | 2.90 |
| 04/11/2023 | Reisman, Steven | Review intercompany claims settlement presentation (1.10); emails with D. Posner regarding intercompany claims (.30); emails with A. Smith (Kirkland) regarding intercompany claims (.20) | 1.60 |
| 04/12/2023 | Mosse, Julia | Email with J. Hodge, E. Trotz, and S. Rochester regarding Governmental Claims (.90); review documents regarding same (.80); email with S. Rochester, J. Hodge, E. Trotz, and A. Smith regarding claims at TopCo (.30); email with S. Rochester, J. Hodge, and E. Trotz regarding same (.40) | 2.40 |
| 04/12/2023 | Jordan, Ally | Review materials related to claims asserted by state entities (1.00); research law regarding claims asserted by state entities (3.90); draft analysis regarding same (1.10); meet with J. Hodge regarding same (.20) | 6.20 |
| 04/12/2023 | Trotz, Ethan | Continue reviewing TopCo claims issues (1.60) | 1.60 |
| 04/12/2023 | Hodge, Johnjerica | Meet with A. Jordan regarding claims analysis (.20); email E. Trotz, S. Rochester and J. Mosse (.10) | 0.30 |
| 04/12/2023 | Reisman, Steven | Analyze governmental claims with respect to impact for equityholders (1.30) | 1.30 |

Katten

Matter:              398573.00018
Invoice #:           9020135266
Invoice Due Date:    Payable Upon Receipt                                    June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/13/2023 | Mosse, Julia | Review securities regulator filings against Debtors (1.30); email with S. Rochester, J. Hodge, and E. Trotz regarding Governmental claims and TopCo claims (.80); update draft intercompany claims settlement agreement (.50); email with S. Rochester, J. Hodge, E. Trotz, and K Scherling (Quinn) regarding same (.30); email with S. Rochester, J. Hodge and D. Posner regarding intercompany claims (.20) | 3.10 |
| 04/13/2023 | Jordan, Ally | Revise summary emails to J. Hodge providing analysis of state government entity claims (.50) | 0.50 |
| 04/13/2023 | Trotz, Ethan | Prepare summary of claims at TopCo (1.60); emails with J. Mosse, J. Hodge, and S. Rochester regarding claims (.40) | 2.00 |
| 04/13/2023 | Hodge, Johnjerica | Revise claims analysis (.60) | 0.60 |
| 04/13/2023 | Rochester, Shaya | Analyze issues regarding governmental claims (.50); analyze issues regarding intercompany settlement (.40) | 0.40 |
| 04/13/2023 | Reisman, Steven | Emails with K. Scherling (Quinn) regarding governmental claims and ad hoc negotiations (.70) | 0.70 |
| 04/14/2023 | Mosse, Julia | Email with S. Rochester and J. Hodge and K. Scherling (Quinn) regarding intercompany claims (.20); review current draft settlement agreement regarding same (.30) | 0.50 |
| 04/14/2023 | Trotz, Ethan | Update claim analysis chart (.70); call with S. Rochester regarding TopCo claims issues (.40); review issues regarding TopCo claims (1.30) | 2.40 |
| 04/14/2023 | Rochester, Shaya | Call with E. Trotz regarding TopCo claims issues (.40) | 0.40 |
| 04/17/2023 | Trotz, Ethan | Review docket for updates (.30) | 0.30 |
| 04/17/2023 | Reisman, Steven | Comment on Voyager settlement agreement (.60); emails with S. Rochester regarding same (.30); finalize settlement agreement for forwarding to D. Azman for approval (.20) | 1.10 |
| 04/18/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and A. Smith regarding intercompany claims (.20); review waterfall analysis (.20); email with S. Rochester and J. Hodge regarding same (.20); review updated draft intercompany claims settlement agreement (.30); email S. Rochester and J. Hodge regarding same (.20) | 1.10 |
| 04/18/2023 | Rochester, Shaya | Call with S. Reisman regarding Settlement Agreement (.30); revise Settlement Agreement based on call with S. Reisman (.70) | 1.00 |
| 04/18/2023 | Reisman, Steven | Call with S. Rochester regarding settlement agreement (.30); review settlement agreement (.40); email D. Azman (McDermott) regarding the same (.10) | 0.80 |
| 04/19/2023 | Mosse, Julia | Emails with S. Rochester, J. Hodge, and E. Trotz regarding TopCo claims (.60); emails with S. Rochester, J. Hodge, E. Trotz, and A. Smith regarding same (.30); emails with S. Rochester, J. Hodge, and E. Trotz regarding intercompany claims (.40) | 1.30 |
| 04/19/2023 | Trotz, Ethan | Review claims waterfall (.30); emails with S. Rochester and J. Mosse regarding diligence issues (.20) | 0.50 |
| 04/19/2023 | Rochester, Shaya | Review diligence materials provided by A. Smith regarding intercompany claims (.70); emails with A. Smith regarding intercompany claims analysis (.30); emails with J. Mosse, J. Hodge, and E. Trotz regarding intercompany claims analysis (.70); emails with D. Posner regarding intercompany claims (.20) | 1.90 |
| 04/20/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and E. Trotz regarding intercompany claims and Voyager/Government Stipulation (.60) | 0.60 |
| 04/20/2023 | Trotz, Ethan | Emails with S. Rochester, J. Mosse, and J. Hodge regarding Plan stipulation (.20); review updated plan administrator agreement (.10) | 0.30 |

Katten

Matter:              398573.00018
Invoice #:           9020135266
Invoice Due Date:    Payable Upon Receipt

June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/20/2023 | Rochester, Shaya | Emails with S. Reisman, J. Mosse, J. Hodge, and E. Trotz regarding intercompany claims settlement (.60); email with S. Reisman regarding resolution of intercompany claims (.20) | 0.80 |
| 04/21/2023 | Mosse, Julia | Call with S. Rochester regarding intercompany claims (.50); call with S. Rochester and A. Smith regarding same (.40); review current draft of intercompany claims settlement agreement (.30) | 1.20 |
| 04/21/2023 | Jordan, Ally | Research scope of liability for claims asserted by state entities (.90) | 0.90 |
| 04/21/2023 | Trotz, Ethan | Emails with S. Rochester and J. Mosse regarding governmental claims (.20) | 0.20 |
| 04/21/2023 | Hodge, Johnjerica | Attend meeting to prepare for meeting with A. Smith and BRG (.50); attend meeting with A. Smith and BRG (.40); review revised settlement agreement (.20) | 1.10 |
| 04/21/2023 | Rochester, Shaya | Revise draft settlement agreement (.40); emails with M. Ray regarding stay of confirmation order (.20); analyze intercompany issues (.10); research governmental claims (.30); call with J. Mosse to prepare for call with A. Smith about intercompany claims (.50); call with A. Smith regarding intercompany claims (.40) | 1.90 |
| 04/24/2023 | Mosse, Julia | Call with S. Reisman, S. Rochester, and J. Hodge to prepare for call with counsel for Ad Hoc Equity Group of TopCo (.50); call with S. Reisman, S. Rochester, J. Hodge, and D. Posner regarding intercompany claims (.70); review updated draft of intercompany claims settlement agreement (.20); emails with S. Reisman, S. Rochester, and J. Hodge regarding same (.50) | 1.90 |
| 04/24/2023 | Trotz, Ethan | Review Plan distribution motion (.30) | 0.30 |
| 04/24/2023 | Hodge, Johnjerica | Attend meeting with S. Reisman, S. Rochester, and J. Mosse to prepare for meeting with counsel for the Ad Hoc Equity Group (.50); review materials to prepare for meeting with counsel for the Ad Hoc Equity Group (.30); attend meeting with S. Reisman, S. Rochester, J. Mosse, and D. Posner regarding intercompany settlement (.70); prepare update to M. Ray on meeting with counsel for the Ad Hoc Equity Group (.30); revise email to D. Azman (.10) | 1.90 |
| 04/24/2023 | Rochester, Shaya | Revise draft Settlement Agreement (.70); emails with S. Reisman regarding revised Settlement Agreement (.30); further revise Settlement Agreement based on comments from S. Reisman (.60); attend pre-call with S. Reisman, J. Hodge, and J. Mosse to prepare for call with Ad Hoc Equity Group advisors regarding intercompany settlement (.50); call with D. Posner regarding intercompany settlement (.70); emails with S. Reisman, J. Hodge, and J. Mosse regarding the same (.20); revise summary update to client (.40) | 3.40 |
| 04/24/2023 | Reisman, Steven | Call with S. Rochester, J. Hodge, and J. Mosse regarding strategy and presentation to counsel for Ad Hoc Committee of Equity Holders (.50); review materials in preparation for call with Ad Hoc Committee of Equity Holders (1.40); call with S. Rochester, J. Hodge, J. Mosse and D. Posner to discuss settlement offer and status of matters (.70) | 2.60 |
| 04/25/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and M. Ray regarding Binance US notice of termination (.30); email with S. Rochester and J. Hodge regarding intercompany claims (.20) | 0.50 |
| 04/25/2023 | Trotz, Ethan | Review updated draft settlement agreement (.30); review update on Binance deal (.20) | 0.50 |
| 04/25/2023 | Hodge, Johnjerica | Review updates on deal with Binance US (.10); prepare update to M. Ray on developments in the case (.20); email with M. Ray regarding same (.10) | 0.40 |
| 04/25/2023 | Rochester, Shaya | Call with D. Azman counsel regarding proposed settlement agreement (.10) | 0.10 |

**Katten**

Matter:                398573.00018
Invoice #:             9020135266
Invoice Due Date:      Payable Upon Receipt                                    June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/26/2023 | Mosse, Julia | Email with S. Rochester and J. Hodge regarding intercompany claims settlement agreement (.20); review updated draft of same (.30) | 0.50 |
| 04/26/2023 | Rochester, Shaya | Revise draft intercompany settlement agreement based on comments from UCC counsel (.40) | 0.40 |
| 04/26/2023 | Reisman, Steven | Reviewed updated intercompany claims settlement negotiation materials (.40); emails with S. Rochester regarding status, next steps and strategy regarding settlement (.20); emails with D. Posner regarding same (.20) | 0.80 |
| 04/27/2023 | Mosse, Julia | Email with S. Rochester and J. Hodge regarding intercompany claims settlement (.30) | 0.30 |
| 04/27/2023 | Hodge, Johnjerica | Prepare update to M. Ray on settlement negotiations (.30); email with M. Ray regarding settlement negotiations (.20) | 0.50 |
| 04/27/2023 | Rochester, Shaya | Emails with S. Reisman regarding intercompany claims settlement agreement (.20); call with D. Posner regarding intercompany claims settlement (.30); update intercompany claims settlement agreement (.40); emails with J. Mosse and J. Hodge regarding same (.30) | 1.20 |
| 05/01/2023 | Mosse, Julia | Email with S. Reisman, D. Posner, and D. Azman regarding intercompany claims settlement (.30) | 0.30 |
| 05/01/2023 | Reisman, Steven | Review issues regarding intercompany claims settlement and status (.40) | 0.40 |
| 05/02/2023 | Mosse, Julia | Email with S. Rochester and A. Smith regarding intercompany claims (.20) | 0.20 |
| 05/02/2023 | Trotz, Ethan | Review update on intercompany settlement discussions (.10) | 0.10 |
| 05/02/2023 | Reisman, Steven | Review update regarding matters related to intercompany claims settlement and status (.10) | 0.10 |
| 05/03/2023 | Rochester, Shaya | Emails with D. Posner regarding update on potential settlement of intercompany claims (.20) | 0.20 |
| 05/03/2023 | Reisman, Steven | Emails with D. Posner regarding settlement (.20) | 0.20 |
| 05/05/2023 | Rochester, Shaya | Emails with D. Posner to request update on potential settlement (.20); emails with A. Smith regarding intercompany claims settlement (.20) | 0.40 |
| 05/05/2023 | Reisman, Steven | Emails with S. Rochester regarding intercompany claims settlement (.20) | 0.20 |
| 05/09/2023 | Rochester, Shaya | Emails with S. Reisman regarding intercompany claims (.20) | 0.20 |
| 05/09/2023 | Reisman, Steven | Emails with S. Rochester regarding status update on intercompany claims settlement (.10) | 0.10 |
| 05/10/2023 | Mosse, Julia | Email with S. Rochester, A. Smith, and D. Azman regarding intercompany claims (.70) | 0.70 |
| 05/10/2023 | Trotz, Ethan | Revise presentation (.80); call with S. Rochester regarding presentation revisions (.20); review proposal from equity group (.40) | 1.40 |
| 05/10/2023 | Rochester, Shaya | Review current presentation analyzing intercompany claims (.20); emails with D. Posner regarding potential intercompany claims settlement (.20); call with E. Trotz regarding presentation analyzing intercompany claims (.20); analyze AHEG settlement proposal (.70); emails with M. Ray regarding intercompany claims issues (.30); emails with J. Mosse, J. Hodge, and E. Trotz regarding intercompany claims issues (.30); call with S. Reisman regarding updates to client (.40) | 2.30 |
| 05/10/2023 | Reisman, Steven | Review intercompany claims settlement presentation in preparation for call with AHEG counsel (1.10); call with S. Rochester regarding updates to client on intercompany claims settlement (.40); revise intercompany claims settlement proposal (.70) | 2.20 |

**Katten**

Matter:           398573.00018
Invoice #:        9020135266
Invoice Due Date:    Payable Upon Receipt                                    June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/11/2023 | Mosse, Julia | Email with S. Rochester, K. Scherling (Quinn), and D. Azman (MWE) regarding intercompany claims (.50); review and edit presentation to M. Ray regarding intercompany claims (.70); email with S. Rochester, J. Hodge, and E. Trotz regarding same (.30) | 1.50 |
| 05/11/2023 | Trotz, Ethan | Continue updating presentation with updated claims analysis (1.30) | 1.30 |
| 05/11/2023 | Hodge, Johnjerica | Revise presentation to M. Ray (.40) | 0.40 |
| 05/11/2023 | Rochester, Shaya | Emails with D. Azman (MWE) regarding intercompany claims (.20); emails with K. Scherling (OpCo counsel) regarding intercompany claims (.20); revise presentation on intercompany claims (.90); further revise presentation on intercompany claims analysis (.40) | 1.70 |
| 05/11/2023 | Reisman, Steven | Revise presentation on intercompany claims to M. Ray (.30); email K. Scherling regarding intercompany claims settlement (.20); emails with S. Rochester and J. Mosse regarding intercompany claims presentation (.30) | 0.80 |
| 05/12/2023 | Mosse, Julia | Email with S. Rochester regarding intercompany claims settlement (.20); call with S. Rochester to prepare for call with K. Scherling and D. Azman (.50); call with S. Rochester, K. Scherling, and D. Azman regarding intercompany claims (.40) | 1.10 |
| 05/12/2023 | Rochester, Shaya | Prepare for call with counsel for UCC and OpCo regarding intercompany claims (.50); attend pre-call with J. Mosse before call with K. Scherling and D. Azman regarding intercompany claims (.50); call with J. Mosse, K. Scherling and D. Azman regarding intercompany claims (.40); prepare summary of call (.30); call with S. Reisman regarding same (.20) | 1.90 |
| 05/12/2023 | Reisman, Steven | Review intercompany claims settlement materials in efforts to finalize same (.20); call with S. Rochester regarding same (.20) | 0.40 |
| 05/14/2023 | Mosse, Julia | Email with S. Reisman, S. Rochester, E. Trotz, and M. Ray regarding intercompany claims settlement (.20) | 0.20 |
| 05/14/2023 | Reisman, Steven | Review updated intercompany claims settlement materials (.20) | 0.20 |
| 05/15/2023 | Trotz, Ethan | Review update on settlement discussions (.10) | 0.10 |
| 05/16/2023 | Mosse, Julia | Email with S. Rochester and A. Smith regarding affidavit of M. Ray for Canadian proceeding (.30); call with S. Rochester regarding same (.10); draft email to M. Ray regarding same (.30); email with S. Rochester, J. Hodge, and M. Ray regarding same (.20) | 0.90 |
| 05/16/2023 | Trotz, Ethan | Review update on Canadian proceeding (.10); review affidavit in connection with Canadian proceeding (1.40); call with S. Rochester regarding affidavit in connection with Canadian proceeding (.20); emails with J. Mosse and S. Rochester regarding affidavit in connection with Canadian proceeding (.30) | 2.00 |
| 05/16/2023 | Hodge, Johnjerica | Revise affidavit related to Canadian proceeding (.30) | 0.30 |
| 05/16/2023 | Rochester, Shaya | Emails with J. Mosse and A. Smith regarding potential affidavit (.30); call with E. Trotz regarding same (.20); call with J. Mosse regarding same (.10) | 0.60 |
| 05/16/2023 | Reisman, Steven | Emails with A. Smith (Kirkland) and D. Azman regarding efforts to settle intercompany claims (.40) | 0.40 |
| 05/17/2023 | Mosse, Julia | Review draft affidavit of M. Ray for proceeding in Canada (.30); email with S. Rochester, S. Reisman, and E. Trotz regarding same (.20); call with S. Rochester and N. Adzima (Kirkland) regarding same (.30); call with S. Rochester regarding same (.30); call with S. Reisman and S. Rochester to prepare for call with M. Ray (.20); call with M. Ray, S. Rochester, and S. Reisman regarding affidavit (.20) | 1.50 |

**Katten**

Matter:          398573.00018
Invoice #:       9020135266
Invoice Due Date:    Payable Upon Receipt

June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/17/2023 | Trotz, Ethan | Continue reviewing affidavit for Canadian proceeding (1.40); emails with S. Rochester regarding affidavit for Canadian proceeding (.40); review CCAA docket in connection with affidavit (.40) | 2.20 |
| 05/17/2023 | Rochester, Shaya | Provide comments on draft Affidavit to be filed by M. Ray (1.00); call with J. Mosse and N. Adzima (Kirkland) regarding same (.30); call with J. Mosse regarding same (.30); email with E. Trotz regarding same (.20); emails with J. Mosse regarding same (.20); further call with N. Adzima (Kirkland) regarding draft Affidavit to be filed by M. Ray (.20); pre-call with S. Reisman and J. Mosse before call with client regarding draft Affidavit (.20); call with M. Ray, J. Mosse, and S. Reisman regarding draft Affidavit (.20); emails with D. Posner, counsel to AHEG, regarding intercompany claims (.20) | 2.80 |
| 05/17/2023 | Reisman, Steven | Review draft of affidavit of M. Ray (.90); call with S. Rochester and J. Mosse to prepare for call with M. Ray regarding affidavit (.20); call with M. Ray, S. Rochester, and J. Mosse regarding draft affidavit (.20); emails with S. Rochester and J. Mosse regarding same (.40) | 1.70 |
| 05/18/2023 | Mosse, Julia | Emails with S. Reisman and S. Rochester regarding intercompany claims (.30); emails with S. Rochester and A. Smith (Kirkland) regarding Plan Administrator (.20) | 0.50 |
| 05/18/2023 | Rochester, Shaya | Emails with D. Posner regarding intercompany claims (.30); emails with M. Ray regarding intercompany claims (.30) | 0.60 |
| 05/18/2023 | Reisman, Steven | Review intercompany claims settlement materials (.80); emails with S. Rochester and J. Mosse regarding same (.30) | 1.10 |
| 05/19/2023 | Mosse, Julia | Email with S. Reisman regarding intercompany claims (.30) | 0.30 |
| 05/19/2023 | Rochester, Shaya | Emails with A. Smith regarding post-Effective Date matters (.30); prepare for call with AHEG advisors regarding intercompany claims (.30) | 0.60 |
| 05/19/2023 | Reisman, Steven | Emails with J. Mosse regarding intercompany claims and review emails regarding status (.20) | 0.20 |
| | | **Total Hours :** | **137.00** |

Katten

| Matter: | 398573.00018 | |
| Invoice #: | 9020135266 | |
| Invoice Due Date: | Payable Upon Receipt | June 23, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Reisman, Steven | 26.10 | 1,755.00 | 45,805.50 |
| Rochester, Shaya | 35.80 | 1,425.00 | 51,015.00 |
| Mosse, Julia | 35.60 | 1,050.00 | 37,380.00 |
| Hodge, Johnjerica | 9.40 | 1,040.00 | 9,776.00 |
| Trotz, Ethan | 22.50 | 815.00 | 18,337.50 |
| Jordan, Ally | 7.60 | 765.00 | 5,814.00 |
| **Sub Total :** | **137.00** | **Sub Total :** | **168,128.00** |
| **Total Hours :** | **137.00** | **Total Fees** | **168,128.00   USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 23, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
██████████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00020 |
| Invoice #: | 9020135265 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Retention and Fee Matters

For Professional Services Rendered Through May 19, 2023

Fees Total................................................................................................................................. 52,860.00
**Total Amount Due** ................................................................................................................. **52,860.00**   **USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:            398573.00020
Invoice #:         9020135265
Invoice Due Date:  Payable Upon Receipt                                          June 23, 2023

---

RE:  Retention and Fee Matters

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 04/03/2023 | Trotz, Ethan | Continue drafting first interim fee application (1.30) | 1.30 |
| 04/03/2023 | Siena, Marie | Revise materials for February monthly fee statement to incorporate S. Rochester comments (.60); email with S. Reisman regarding February monthly fee statement and Interim Fee Application (.30); begin to draft exhibits for Interim Fee Application (1.30) | 2.20 |
| 04/03/2023 | Rochester, Shaya | Review Monthly Fee Statement for confidentiality and privilege and compliance with UST Fee Guidelines (.50); provide comments on draft Interim Fee Application (1.60) | 2.10 |
| 04/03/2023 | Reisman, Steven | Review February monthly fee statement materials (.40); review interim fee application (.50); comment on interim fee application regarding privilege and disclosure (.20) | 1.10 |
| 04/04/2023 | Trotz, Ethan | Incorporate S. Rochester comments to interim fee application (2.00); call with S. Rochester regarding same (.20) | 2.20 |
| 04/04/2023 | Rochester, Shaya | Provide comments on revised Interim Fee Application (.30); call with E. Trotz regarding Interim Fee Application (.20); further revise Interim Fee Application (.30) | 0.80 |
| 04/05/2023 | Trotz, Ethan | Emails with R. Evans regarding February fee statements exhibits (.20) | 0.20 |
| 04/05/2023 | Siena, Marie | Review materials for February fee statement (.90); emails with E. Trotz and R. Evans regarding same (.20) | 1.10 |
| 04/05/2023 | Evans, Robin | Review revised materials for fee application (1.30); emails to M. Siena and E. Trotz regarding the same (.10) | 1.40 |
| 04/06/2023 | Siena, Marie | Revise materials to February fee statement to incorporate R. Evans comments (.30); email S. Rochester regarding same (.20) | 0.50 |
| 04/09/2023 | Trotz, Ethan | Review fee examiner order (.40) | 0.40 |
| 04/10/2023 | Trotz, Ethan | Review fee examiner procedures (.30); emails with M. Siena regarding same (.20) | 0.50 |
| 04/10/2023 | Siena, Marie | Emails with S. Reisman regarding 1st Interim Fee Application (.20); draft exhibits for 1st Interim Fee Application (.40) | 0.60 |
| 04/10/2023 | Reisman, Steven | Emails with M. Siena regarding comments to first interim fee application (.30) | 0.30 |
| 04/11/2023 | Trotz, Ethan | Emails with M. Siena regarding interim fee application (.40); review exhibits to February fee statement (.70) | 1.10 |
| 04/11/2023 | Siena, Marie | Emails with S. Rochester regarding fee examiner requests (.30); calendar deadline for same (.20); prepare escrow estimate (.30); draft exhibits for February monthly fee statement (2.40); revise February monthly fee statement to include all exhibits and calculations (1.90); emails with S. Reisman regarding February monthly fee statement (.30) | 5.40 |
| 04/11/2023 | Evans, Robin | Draft cover email summarizing work described in interim fee application (.60) | 0.60 |
| 04/11/2023 | Rochester, Shaya | Review February Monthly Fee Statement for privileged and confidential information and compliance with Billing Guidelines (.20) | 0.20 |
| 04/11/2023 | Reisman, Steven | Emails with M. Siena regarding February monthly fee statement comments (.30) | 0.30 |
| 04/12/2023 | Siena, Marie | Revise interim fee application (1.30); file February monthly fee statement on the court's docket (.20); emails with noticing agent regarding service of same (.30) | 1.80 |

**Katten**

Matter:              398573.00020
Invoice #:           9020135265
                                                                                    June 23, 2023
Invoice Due Date:    Payable Upon Receipt

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/12/2023 | Evans, Robin | Revise draft interim fee application (1.90); emails with E. Trotz and M. Siena regarding the same (.20) | 2.10 |
| 04/13/2023 | Trotz, Ethan | Review interim fee application (1.40); emails with S. Rochester regarding same (.20) | 1.60 |
| 04/13/2023 | Siena, Marie | Revise 1st Interim fee application (.40); emails with S. Reisman and S. Rocheter regarding same (.30); reconcile exhibits in 1st Interim Fee Application (.30) | 1.00 |
| 04/13/2023 | Reisman, Steven | Review interim fee application for compliance with guidelines (.20) | 0.20 |
| 04/14/2023 | Trotz, Ethan | Call with S. Rochester and M. Siena regarding interim fee application (.50); review interim fee application (.30) | 0.80 |
| 04/14/2023 | Siena, Marie | Call with S. Rochester and E. Trotz regarding 1st Interim Fee Application (.50); file 1st Interim Fee Application on the court's docket (.20); email with S. Rochester and E. Trotz regarding same (.20); email with noticing agent regarding service of same (.20); email with fee examiner regarding requested materials (.20) | 1.30 |
| 04/14/2023 | Rochester, Shaya | Call with M. Siena and E. Trotz regarding finalizing Katten Interim Fee Application (.50); review Interim Fee Application for privileged and confidential information and compliance with UST and Billing Guidelines (1.40) | 1.90 |
| 04/14/2023 | Reisman, Steven | Further review first interim fee application for filing (.30) | 0.30 |
| 04/20/2023 | Rochester, Shaya | Respond to questions raised by Fee Examiner concerning Interim Fee Application (.30) | 0.30 |
| 04/21/2023 | Siena, Marie | Draft chart of fees and expenses (.40) | 0.40 |
| 05/04/2023 | Siena, Marie | Revise materials for March fee statements to ensure compliance with UST guidelines (1.60); emails with E. Trotz and R. Evans regarding same (.20) | 1.80 |
| 05/05/2023 | Evans, Robin | Review March prebill for compliance with fee guidelines (2.10) | 2.10 |
| 05/08/2023 | Trotz, Ethan | Review budget and staffing plan (.60); emails with R. Evans and M. Siena regarding same (.30) | 0.90 |
| 05/08/2023 | Siena, Marie | Review Budget and Staffing Plan (1.30); email E. Trotz and R. Evans regarding same (.20); emails S. Rochester regarding same (.40) | 1.90 |
| 05/08/2023 | Evans, Robin | Review budget and staffing materials (.60); emails with E. Trotz and M. Siena regarding the same (.20) | 0.80 |
| 05/09/2023 | Trotz, Ethan | Review budget and staffing plan (.30); call with R. Evans regarding budget and staffing plan (.20) | 0.50 |
| 05/09/2023 | Evans, Robin | Call with E. Trotz to discuss budget and staffing plan (.20); review budget and staffing plan for compliance with federal guidelines (.20); emails regarding the same (.10) | 0.50 |
| 05/10/2023 | Trotz, Ethan | Emails with R. Evans regarding budget and staffing plan (.50) | 0.50 |
| 05/10/2023 | Evans, Robin | Review March pre-bills for compliance with fee guidelines (.30); emails with E. Trotz, M. Siena, and S. Rochester regarding same (.10); email E. Trotz the draft of client cover email for budget (.20); review budget and staffing plan (.20): emails with E. Trotz, M. Siena, and S. Rochester regarding the same (.10) | 0.90 |
| 05/11/2023 | Siena, Marie | Revise materials for March fee statement to incorporate R. Evans comments (2.50) | 2.50 |
| 05/12/2023 | Trotz, Ethan | Review exhibits to March fee statement materials (.70); emails with M. Siena regarding March fee statement (.20); review fee examiner report (.20); call with S. Rochester and R. Evans regarding response to fee examiner (.40); follow up call with R. Evans regarding response to fee examiner (.20) | 1.70 |

**Katten**

Matter:          398573.00020
Invoice #:       9020135265
Invoice Due Date:   Payable Upon Receipt                                    June 23, 2023

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/12/2023 | Evans, Robin | Review budget and staffing plan (.80); meet with S. Rochester and E. Trotz regarding fee examiner report (.40); meet with E. Trotz regarding preparation of response to fee examiner (.20) | 1.40 |
| 05/12/2023 | Rochester, Shaya | Call with E. Trotz and R. Evans regarding response to Fee Examiner letter (.40); review staffing and budget plan (.20) | 0.60 |
| 05/12/2023 | Reisman, Steven | Review budget and staffing plan (.70); review fee examiner report (.40); emails with S. Rochester regarding fee examiner report and feedback (.30) | 1.40 |
| 05/16/2023 | Trotz, Ethan | Emails with R. Evans regarding response to fee examiner (.20) | 0.20 |
| 05/16/2023 | Siena, Marie | Revise materials for March fee statement to incorporate E. Trotz comments (1.00) | 1.00 |
| 05/16/2023 | Evans, Robin | Draft presentation in response to Fee Examiner feedback on First Interim Fee Application (2.20) | 2.20 |
| 05/16/2023 | Reisman, Steven | Review presentation in response to fee examiners request for information and follow up (.70) | 0.70 |
| 05/17/2023 | Trotz, Ethan | Review fee examiner response (.90) | 0.90 |
| 05/17/2023 | Evans, Robin | Revise presentation to Fee Examiner (.50); draft cover email to accompany the same (.30); emails with E. Trotz and S. Rochester regarding the same (.10) | 0.90 |
| 05/18/2023 | Trotz, Ethan | Call with S. Rochester regarding fee examiner response (.20); follow up email with R. Evans regarding fee examiner response (.10) | 0.30 |
| 05/18/2023 | Evans, Robin | Call with E. Trotz and S. Rochester regarding fee application issues (.20); review Fee Examiner comments on fee application (.30); revise presentation response to Fee Examiner (.50); review interim fee application with regard to Fee Examiner comments (.30); emails with E. Trotz and S. Rochester regarding the same (.20) | 1.50 |
| 05/18/2023 | Rochester, Shaya | Revise response to Fee Examiner (1.30); call with E. Trotz and R. Evans regarding response to Fee Examiner (.20) | 1.50 |
| 05/18/2023 | Reisman, Steven | Review fee application materials with regard to fee examiner responses (.60) | 0.60 |
| 05/19/2023 | Trotz, Ethan | Review case law regarding examiner response (.40); emails with R. Evans regarding same (.20); review S. Rochester comments to March fee statement exhibits (.20) | 0.80 |
| 05/19/2023 | Evans, Robin | Research issues regarding fee application and Fee Examiner comments (1.10); emails to S. Rochester and E. Trotz regarding the same (.30); email with E. Trotz regarding the same (.10) | 1.50 |
| 05/19/2023 | Rochester, Shaya | Provide comments on revised response to Fee Examiner (.70); review April monthly fee statement for privileged and confidential information and compliance with UST and Fee Examiner billing guidelines (.40) | 1.10 |
| | | **Total Hours :** | **64.70** |

**Katten**

Matter:              398573.00020
Invoice #:           9020135265
Invoice Due Date:    Payable Upon Receipt

June 23, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 4.90 | 1,755.00 | 8,599.50 |
| Rochester, Shaya | 8.50 | 1,425.00 | 12,112.50 |
| Trotz, Ethan | 13.90 | 815.00 | 11,328.50 |
| Evans, Robin | 15.90 | 755.00 | 12,004.50 |
| Siena, Marie | 21.50 | 410.00 | 8,815.00 |
| **Sub Total :** | **64.70** | **Sub Total :** | **52,860.00** |
| **Total Hours :** | **64.70** | **Total Fees** | **52,860.00   USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
[www.katten.com](www.katten.com)

June 23, 2023

**Matthew Ray, Independent Director of**
**Voyager Digital Ltd.**
███████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00024 |
| Invoice #: | 9020135263 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Expenses

For Professional Services Rendered Through May 19, 2023

Disbursements ................................................................................................................. 657.77

**Total Amount Due** ................................................................................................................. **657.77**    USD

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:                398573.00024
Invoice #:             9020135263                                              June 23, 2023
Invoice Due Date:   Payable Upon Receipt

---

RE:  Expenses

## DISBURSEMENTS

| Description | Cost Description | Amount |
|---|---|---|
| Data/Library Research Services | Westlaw Legal Research: JORDAN,ALLY on 4/21/2023. Westlaw Legal Research: JORDAN,ALLY on 4/12/2023. | 299.97 |
| Court Costs | Voyager hearing line-Voyager hearing line-Date Incurred: 04/05/2023. 2023.04.05 Phone conference with Court-2023.04.05 Phone conference with Court-Date Incurred: 04/05/2023. CourtSolutions line for Voyager hearing-CourtSolutions line for Voyager hearing-Date Incurred: 05/17/2023. Telephonic appearance at Court hearing--Date Incurred: 04/05/2023. Telephonic appearance at Court hearing--Date Incurred: 04/26/2023. Pacer Court Costs 3/01/2023-3/31/2023 LAX. Pacer Court Costs 4/01/2023-4/30/2023 NYC. | 357.80 |

**Total  Disbursements:**          **657.77    USD**

**Katten**