**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NINTH MONTHLY FEE STATEMENT OF STRETTO, INC. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD MARCH 1, 2023 THROUGH MARCH 31, 2023

| Name of Applicant: | Stretto, Inc. | |
|---|---|---|
| **Applicant's Role in Case:** | **Administrative Advisor to Voyager Digital Holdings, Inc., *et al.*** | |
| **Date Order of Employment Signed:** | **August 4, 2022 [Docket No. 241]** | |
| **Time Period covered by this statement:** | **Beginning Period** | **End Period[2]** |
| | **March 1, 2023** | **March 31, 2023** |

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| **Total fees requested in this statement:** | **$37,839.49**<br>**(80% of $47,299.36)** |
| **Total expenses requested in this statement:** | **$3,322.63** |
| **Total fees and expenses requested in this statement:** | **$41,162.12** |
| This is a(n): __X__ Monthly Application ____ Interim Application ____ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1]   The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

[2]   This statement consists of fees and expenses from March 1, 2023 through March 31, 2023.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date* [Docket No. 241], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Stretto, Inc. ("Stretto"), administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Ninth Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period from March 1, 2023 through March 31, 2023* (this "Fee Statement").[3]  Specifically, Stretto seeks: (i) interim allowance of $47,299.36 for the reasonable compensation for actual, necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $37,839.49, which is equal to 80% of the total amount of reasonable compensation for actual, necessary professional administrative services that Stretto incurred in connection with such services during the Fee Period (*i.e.*, $47,299.36); and (iii) allowance and payment of $3,322.63 for the actual, necessary expenses that Stretto incurred in connection with such services during the Fee Period.

## Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Stretto professionals during the Fee Period with respect to each of the project categories Stretto established in accordance with its internal billing

---

[3]     The period from March 1, 2023, through and including March 31, 2023, is referred to herein as the "Fee Period."

procedures. As reflected in **Exhibit A**, Stretto incurred $47,299.36[4] in fees during the Fee Period. Pursuant to this Fee Statement, Stretto seeks reimbursement for 80% of such fees (*i.e.*, $37,839.49 in the aggregate).

2.       Attached hereto as **Exhibit B** is a schedule of Stretto professionals, including the standard hourly rate for each professional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of professionals for all services provided during the Fee Period is $152.97.

3.       Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Stretto is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Stretto's out-of-pocket expenses, which total $3,322.63.

4.       Attached hereto as **Exhibit D** are the time records of Stretto, which provide a daily summary of the time spent by each Stretto professional during the Fee Period.

### **Notice**

5.       Stretto will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the Fee Examiner Order.  A copy of this Fee Statement is also available on the website of the Plan Administrator's claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager.  Stretto submits that no other or further notice be given.


*[Remainder of page intentionally left blank]*

---

[4]    Listed amount of fees requested is net of a contractual discount in the amount of $11,824.84.

WHEREFORE, Stretto, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $47,299.36 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $37,839.49, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors (i.e., $47,299.36); and (iii) allowance and payment of $3,322.63 for the actual and necessary expenses that Stretto incurred in connection with such services during the Fee Period.

Dated: June 27, 2023
Irvine, California

Respectfully submitted,

/s/ Brian Karpuk
Brian Karpuk
410 Exchange, Ste. 100
Irvine, California 92602
Tel: (312) 523-9564
Email: brian.karpuk@stretto.com

*Administrative Advisor for Debtors
and Debtors in Possession*

**Exhibit A**

**Statement of Fees and Expenses By Project Category**

### Statement of Fees and Expenses By Project Category

| Project Category | Hours | Fees |
|---|---|---|
| Claims Reconciliation | 192.5 | $37,152.50 |
| Distributions | 0.7 | $135.10 |
| Fee Applications | 10.5 | $2,026.50 |
| Hearings | 70.1 | $13,496.90 |
| Non-working Travel | 16.0 | $1,544.00 |
| Tabulation | 19.4 | $4,769.20 |
| Less Contractual Discount | | ($11,824.84) |
| **Totals** | **309.2** | **$47,299.36** |

**Exhibit B**

**Summary of Timekeepers Included in this Fee Statement**

## Summary of Timekeepers Included in this Fee Statement

| Name | Position | Rate | Hours | Total |
|------|----------|------|-------|-------|
| Jung Woo Song | Director of Securities / Managing Director | $268.00 / $193.00 | 5.1 | $1,179.30 |
| Amanda Hinchey | Solicitation Associate | $243.00 | 1.3 | $315.90 |
| Nancy Vandell | Solicitation Associate | $243.00 | 0.9 | $218.70 |
| Adam Fialkowski | Solicitation Associate / Director | $243.00 / $193.00 | 57.9 | $11,229.70 |
| Leticia Sanchez | Solicitation Associate / Director | $243.00 / $193.00 / $96.50 | 203.5 | $38,181.50 |
| Michael Deboissiere | Solicitation Associate / Senior Associate | $243.00 / $193.00 | 11.8 | $2,492.40 |
| Brian Karpuk | Managing Director | $193.00 | 1.9 | $366.70 |
| Chris Updike | Managing Director | $193.00 | 0.2 | $38.60 |
| Fred Brown | Managing Director | $193.00 | 0.7 | $135.10 |
| Nicholas Kennedy | Director | $193.00 | 9.4 | $1,814.20 |
| Jamilla Dennis | Senior Associate | $193.00 | 10.7 | $2,065.10 |
| Jin Sul | Senior Associate | $193.00 | 0.4 | $77.20 |
| Gregory Lesage | Associate | $187.00 | 5.4 | $1,009.80 |
| Less Contractual Discount | | | | ($11,824.84) |
| **Grand Total** | | | **309.2** | **$47,299.36** |
| **Blended Rate** | | | | **$152.97** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense Category | Amount |
|---|---|
| Airfare | $1,487.00 |
| Hotels | $1,370.51 |
| Transportation to/from Airport | $345.12 |
| Travel Meals | $120.00 |
| **Total** | **$3,322.63** |

## **Exhibit D**

**Detailed Description of Time Records and Expenses**

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 03/08/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review proposed substantive claim objections for Customer Claims and identify data to be updated re new claims and updates from BRG | 3.9 | $193.00 | $752.70 |
| 03/08/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review proposed substantive claim objections for Non-Customer Claims and identify data to be updated re new claims and updates from BRG | 1.4 | $193.00 | $270.20 |
| 03/08/2023 | Leticia Sanchez | Director | Claims Reconciliation | Teleconference with case team re open items on substantive claim objections for Non-Customer Claims and Customer Claims | 0.7 | $193.00 | $135.10 |
| 03/08/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review timely filed claims for potential amend/replacement claims | 2.0 | $193.00 | $386.00 |
| 03/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review proposed substantive claim objections for Customer Claims and identify data to be updated re new claims and updates from BRG | 3.7 | $193.00 | $714.10 |
| 03/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review proposed substantive claim objections for Non-Customer Claims and identify data to be updated re new claims and updates from BRG | 1.8 | $193.00 | $347.40 |
| 03/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Teleconference with case team re open items on substantive claim objections for Non-Customer Claims and Customer Claims | 0.5 | $193.00 | $96.50 |
| 03/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze, identify claims for claim objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/10/2023 | Adam Fialkowski | Director | Claims Reconciliation | Review, analyze amended claims data | 2.7 | $193.00 | $521.10 |
| 03/10/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze, identify claims for claim objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/10/2023 | Leticia Sanchez | Director | Claims Reconciliation | Continued analysis, identification of claims for claims objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/13/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate, analyze updated claims and schedules report per BRG request | 2.5 | $193.00 | $482.50 |
| 03/14/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze, identify claims for omibus objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/14/2023 | Leticia Sanchez | Director | Claims Reconciliation | Continued analysis, identification of claims for claims objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/14/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate, analyze updated admin, GUC claims summary | 2.0 | $193.00 | $386.00 |
| 03/15/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze, identify claims for claim objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/15/2024 | Leticia Sanchez | Director | Claims Reconciliation | Continued analysis, identification of claims for claim objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/15/2023 | Adam Fialkowski | Director | Claims Reconciliation | Generate, analyze mapping analysis in accordance with claims register | 1.6 | $193.00 | $308.80 |

**Exhibit D**

*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 03/15/2023 | Jamilla Dennis | Senior Associate | Claims Reconciliation | Review claims register for potential amended claims | 2.1 | $193.00 | $405.30 |
| 03/16/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze, identify claims for claim objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/16/2024 | Leticia Sanchez | Director | Claims Reconciliation | Continued analysis, identification of claims for claim objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/17/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze, identify claims for claim objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/17/2024 | Leticia Sanchez | Director | Claims Reconciliation | Continued analysis, identification of claims for claim objection exhibits (amend/replacement claims) | 3.0 | $193.00 | $579.00 |
| 03/18/2023 | Jin Sul | Senior Associate | Claims Reconciliation | Attend claims summary meeting with BRG, K&E teams | 0.4 | $193.00 | $77.20 |
| 03/18/2023 | Adam Fialkowski | Director | Claims Reconciliation | Analyze case claims exhibit (.5); conference call with BRG, K&E re: same (.5) | 1.0 | $193.00 | $193.00 |
| 03/18/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze case claims exhibit (.5); conference call with BRG and K&E re: same (.5) | 1.0 | $193.00 | $193.00 |
| 03/20/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate master claim register for claim objections | 4.0 | $193.00 | $772.00 |
| 03/20/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze claim report for amend/replacement exhibits (non-customer claims) | 3.8 | $193.00 | $733.40 |
| 03/20/2023 | Adam Fialkowski | Director | Claims Reconciliation | Call with case professionals re: claim objections | 0.5 | $193.00 | $96.50 |
| 03/20/2023 | Brian Karpuk | Managing Director | Claims Reconciliation | Case planning, correspondence | 0.8 | $193.00 | $154.40 |
| 03/20/2023 | Leticia Sanchez | Director | Claims Reconciliation | Call with case professionals re: claim objections | 0.5 | $193.00 | $96.50 |
| 03/21/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, update disputed amount claim objections (schedule 1) per K&E team comments | 3.5 | $193.00 | $675.50 |
| 03/21/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, update disputed USD claims (schedule 2) per K&E team comments | 3.7 | $193.00 | $714.10 |
| 03/21/2023 | Leticia Sanchez | Director | Claims Reconciliation | Update amend/replacement claim objection exhibits (non-customer claims) | 3.9 | $193.00 | $752.70 |
| 03/21/2023 | Adam Fialkowski | Director | Claims Reconciliation | Review updated omnibus objection schedules | 0.8 | $193.00 | $154.40 |
| 03/22/2023 | Leticia Sanchez | Director | Claims Reconciliation | Update amend/replacement claim objection exhibits (non-customer claims) | 3.0 | $193.00 | $579.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 03/22/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze, identify exact duplicate claims claim objection exhibits (non-customer claims) | 3.5 | $193.00 | $675.50 |
| 03/22/2023 | Leticia Sanchez | Director | Claims Reconciliation | Analyze, identify cross-debtor duplicate claims claim objection exhibits (non-customer claims) | 3.9 | $193.00 | $752.70 |
| 03/22/2023 | Adam Fialkowski | Director | Claims Reconciliation | Analyze claims register for late filed claims | 3.9 | $193.00 | $752.70 |
| 03/23/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate Exact Duplicate Exhibits for Non-Customer Claims | 3.8 | $193.00 | $733.40 |
| 03/23/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate cross-debtor duplicate exhibits (non-customer claims) | 3.9 | $193.00 | $752.70 |
| 03/23/2023 | Leticia Sanchez | Director | Claims Reconciliation | Update amend/replacement claim objection exhibits (non-customer claims) | 1.3 | $193.00 | $250.90 |
| 03/23/2023 | Jamilla Dennis | Senior Associate | Claims Reconciliation | Prepare claim objection exhibit for amended claims | 2.9 | $193.00 | $559.70 |
| 03/24/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit amended claims claim objection exhibits | 3.8 | $193.00 | $733.40 |
| 03/24/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit Late Filed Claims (customer claims) claim objection exhibits | 2.6 | $193.00 | $501.80 |
| 03/24/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit late filed claims (non-customer claims) claim objection exhibits | 2.8 | $193.00 | $540.40 |
| 03/24/2023 | Leticia Sanchez | Director | Claims Reconciliation | Teleconference with K&E team re: claim objection status, draft motion | 0.5 | $193.00 | $96.50 |
| 03/24/2023 | Adam Fialkowski | Director | Claims Reconciliation | Continue to prepare analysis of late filed customer claims | 3.7 | $193.00 | $714.10 |
| 03/24/2023 | Adam Fialkowski | Director | Claims Reconciliation | Review claim objection schedules for order preparation | 0.9 | $193.00 | $173.70 |
| 03/24/2023 | Adam Fialkowski | Director | Claims Reconciliation | Analyze claims register for late filed claims | 3.8 | $193.00 | $733.40 |
| 03/24/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare, review claim objections exhibits data | 2.7 | $193.00 | $521.10 |
| 03/24/2023 | Adam Fialkowski | Director | Claims Reconciliation | Analyze amended claims data for claim objection exhibits | 3.1 | $193.00 | $598.30 |
| 03/24/2023 | Leticia Sanchez | Director | Claims Reconciliation | Prepare, review claim objections exhibits data | 3.0 | $193.00 | $579.00 |
| 03/27/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, update exact duplicate claim objections exhibits (customer claims) | 2.0 | $193.00 | $386.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 03/27/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, update exact duplicate claim objections exhibits (non-customer claims) | 2.0 | $193.00 | $386.00 |
| 03/27/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit amended claims objections exhibits (customer claims) | 4.0 | $193.00 | $772.00 |
| 03/28/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit amended claims objections exhibits (customer claims) | 4.0 | $193.00 | $772.00 |
| 03/28/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit claims objection schedules 1 (disputed claim amounts) | 1.5 | $193.00 | $289.50 |
| 03/29/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit claims objection schedules 1 (disputed claim amounts) | 1.0 | $193.00 | $193.00 |
| 03/29/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit amended claims claim objection exhibits | 4.0 | $193.00 | $772.00 |
| 03/29/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit exact duplication claims objection exhibits | 2.0 | $193.00 | $386.00 |
| 03/29/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate cross-debtor duplicate claims objection exhibits | 3.9 | $193.00 | $752.70 |
| 03/29/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare updates to omnibus objection analysis | 1.4 | $193.00 | $270.20 |
| 03/29/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare duplicate claims analysis of customer claims | 3.6 | $193.00 | $694.80 |
| 03/30/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit amended claims objections exhibits (customer claims) | 4.0 | $193.00 | $772.00 |
| 03/30/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit amended claims objections exhibits (non-customer claims) | 2.0 | $193.00 | $386.00 |
| 03/30/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate amended claims objections exhibits (non-customer claims) | 3.9 | $193.00 | $752.70 |
| 03/30/2023 | Adam Fialkowski | Director | Claims Reconciliation | Prepare duplicate claims analysis of customer claims | 3.1 | $193.00 | $598.30 |
| 03/31/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit amended claims objections exhibits (customer claims) | 4.0 | $193.00 | $772.00 |
| 03/31/2023 | Leticia Sanchez | Director | Claims Reconciliation | Continued review, edits of amended claims objection exhibits (customer claims) | 2.5 | $193.00 | $482.50 |
| 03/31/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, edit late filed claims claim objection exhibits (non-customer claims) | 2.8 | $193.00 | $540.40 |
| 03/31/2023 | Leticia Sanchez | Director | Claims Reconciliation | Review, update exact duplicate claims objection exhibits (customer claims) | 2.0 | $193.00 | $386.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 03/31/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate cross-debtor duplicate claim objection exhibits for non-customer claims | 3.9 | $193.00 | $752.70 |
| | Contractual Discount | | | | | | ($7,430.50) |
| | **TOTAL** | | | | **192.5** | | **$29,722.00** |
| | | | | | | | |
| 03/01/2023 | Fred Brown | Managing Director | Distributions | Conversation re: post confirmation distribution requirements | 0.5 | $193.00 | $96.50 |
| 03/03/2023 | Fred Brown | Managing Director | Distributions | Communications re: banking, distribution updates | 0.2 | $193.00 | $38.60 |
| | Contractual Discount | | | | | | ($27.02) |
| | **TOTAL** | | | | **0.7** | | **$108.08** |
| | | | | | | | |
| 03/10/2023 | Nicholas Kennedy | Director | Fee Applications | Draft, edit Seventh Monthly Fee Statement | 1.3 | $193.00 | $250.90 |
| 03/13/2023 | Nicholas Kennedy | Director | Fee Applications | Draft, edit Seventh Monthly Fee Statement | 1.7 | $193.00 | $328.10 |
| 03/14/2023 | Nicholas Kennedy | Director | Fee Applications | Review, revise Seventh Monthly Fee Statement | 0.5 | $193.00 | $96.50 |
| 03/14/2023 | Brian Karpuk | Managing Director | Fee Applications | Review, revise Seventh Monthly Fee Statement | 0.8 | $193.00 | $154.40 |
| 03/15/2023 | Nicholas Kennedy | Director | Fee Applications | Communications re: revisions to Seventh Monthly Fee Statement | 0.3 | $193.00 | $57.90 |
| 03/17/2023 | Nicholas Kennedy | Director | Fee Applications | Review, revise Seventh Monthly Fee Statement | 2.4 | $193.00 | $463.20 |
| 03/20/2023 | Nicholas Kennedy | Director | Fee Applications | Draft, review Eighth Monthly Fee Statement | 0.4 | $193.00 | $77.20 |
| 03/21/2023 | Nicholas Kennedy | Director | Fee Applications | Draft, review Eighth Monthly Fee Statement | 2.2 | $193.00 | $424.60 |
| 03/22/2023 | Nicholas Kennedy | Director | Fee Applications | Review, revise Seventh Monthly Fee Statement | 0.6 | $193.00 | $115.80 |
| 03/23/2023 | Brian Karpuk | Managing Director | Fee Applications | Correspondence re: Seventh Monthly Fee Statement | 0.3 | $193.00 | $57.90 |
| | Contractual Discount | | | | | | ($405.30) |
| | **TOTAL** | | | | **10.5** | | **$1,621.20** |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 03/02/2023 | Michael Deboissiere | Senior Associate | Hearings | Telephonically attend confirmation hearing | 2.5 | $193.00 | $482.50 |
| 03/02/2023 | Adam Fialkowski | Director | Hearings | Telephonically attend confirmation hearing | 4.0 | $193.00 | $772.00 |
| 03/02/2023 | Adam Fialkowski | Director | Hearings | Telephonically attend confirmation hearing | 4.0 | $193.00 | $772.00 |
| 03/02/2023 | Leticia Sanchez | Director | Hearings | Attend confirmation hearing | 4.0 | $193.00 | $772.00 |
| 03/02/2023 | Leticia Sanchez | Director | Hearings | Attend confirmation hearing | 4.0 | $193.00 | $772.00 |
| 03/02/2023 | Leticia Sanchez | Director | Hearings | Attend confirmation hearing | 1.0 | $193.00 | $193.00 |
| 03/02/2023 | Jung Woo Song | Managing Director | Hearings | Attend confirmation hearing | 0.7 | $193.00 | $135.10 |
| 03/02/2023 | Jamilla Dennis | Senior Associate | Hearings | Telephonically attend confirmation hearing | 3.2 | $193.00 | $617.60 |
| 03/03/2023 | Michael Deboissiere | Senior Associate | Hearings | Telephonically attend confirmation hearing | 2.5 | $193.00 | $482.50 |
| 03/03/2023 | Adam Fialkowski | Director | Hearings | Telephonically attend confirmation hearing | 3.0 | $193.00 | $579.00 |
| 03/03/2023 | Adam Fialkowski | Director | Hearings | Telephonically attend confirmation hearing | 3.0 | $193.00 | $579.00 |
| 03/03/2023 | Leticia Sanchez | Director | Hearings | Telephonically attend confirmation hearing | 4.0 | $193.00 | $772.00 |
| 03/03/2023 | Jung Woo Song | Managing Director | Hearings | Telephonically attend confirmation hearing | 0.7 | $193.00 | $135.10 |
| 03/03/2023 | Gregory Lesage | Associate | Hearings | Telephonically attend confirmation hearing | 2.0 | $187.00 | $374.00 |
| 03/03/2023 | Jamilla Dennis | Senior Associate | Hearings | Telephonically attend confirmation hearing | 2.5 | $193.00 | $482.50 |
| 03/06/2023 | Michael Deboissiere | Senior Associate | Hearings | Telephonically attend confirmation hearing | 2.5 | $193.00 | $482.50 |
| 03/06/2023 | Leticia Sanchez | Director | Hearings | Telephonically attend confirmation hearing | 4.0 | $193.00 | $772.00 |
| 03/06/2023 | Leticia Sanchez | Director | Hearings | Telephonically attend confirmation hearing | 4.0 | $193.00 | $772.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 03/06/2023 | Jung Woo Song | Managing Director | Hearings | Telephonically attend confirmation hearing | 1.1 | $193.00 | $212.30 |
| 03/06/2023 | Gregory Lesage | Associate | Hearings | Telephonically attend confirmation hearing | 2.1 | $187.00 | $392.70 |
| 03/06/2023 | Adam Fialkowski | Director | Hearings | Telephonically attend confirmation hearing | 3.0 | $193.00 | $579.00 |
| 03/06/2023 | Adam Fialkowski | Director | Hearings | Telephonically attend confirmation hearing | 3.0 | $193.00 | $579.00 |
| 03/07/2023 | Leticia Sanchez | Director | Hearings | Telephonically attend confirmation hearing | 3.5 | $193.00 | $675.50 |
| 03/07/2023 | Gregory Lesage | Associate | Hearings | Telephonically attend confirmation hearing | 1.3 | $187.00 | $243.10 |
| 03/07/2023 | Adam Fialkowski | Director | Hearings | Telephonically attend confirmation hearing | 4.0 | $193.00 | $772.00 |
| 03/28/2023 | Leticia Sanchez | Director | Hearings | Attend omnibus hearing | 0.5 | $193.00 | $96.50 |
| | Contractual Discount | | | | | | ($2,699.38) |
| | **TOTAL** | | | | **70.1** | | **$10,797.52** |
| 03/01/2023 | Leticia Sanchez | Director | Non-working Travel | Travel to New York City for confirmation hearing | 4.0 | $96.50 | $386.00 |
| 03/01/2023 | Leticia Sanchez | Director | Non-working Travel | Travel to New York City for confirmation hearing | 4.0 | $96.50 | $386.00 |
| 03/03/2023 | Leticia Sanchez | Director | Non-working Travel | Travel to California in connection with confirmation hearing | 4.0 | $96.50 | $386.00 |
| 03/03/2023 | Leticia Sanchez | Director | Non-working Travel | Travel to California in connection with confirmation hearing | 4.0 | $96.50 | $386.00 |
| | Contractual Discount | | | | | | ($308.80) |
| | **TOTAL** | | | | **16.0** | | **$1,235.20** |
| 03/01/2023 | Nancy Vandell | Solicitation Associate | Tabulation | Administrative review of ballots input into case management system for accuracy, completeness | 0.9 | $243.00 | $218.70 |
| 03/01/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the Plan treatment of common stock, related opt-in forms | 1.7 | $243.00 | $413.10 |
| 03/01/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Input ballots received into case management system | 1.1 | $243.00 | $267.30 |

**Exhibit D**

*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 03/01/2023 | Amanda Hinchey | Solicitation Associate | Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $243.00 | $48.60 |
| 03/01/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Finalize Exhibits for Amended Voting Declaration | 4.0 | $243.00 | $972.00 |
| 03/01/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Update the Amended Voting Declaration | 4.0 | $243.00 | $972.00 |
| 03/01/2023 | Jung Woo Song | Director of Securities | Tabulation | Respond to various equity holders inquiring about voting results, opt-in forms, confirmation hearing schedule | 0.8 | $268.00 | $214.40 |
| 03/01/2023 | Jung Woo Song | Director of Securities | Tabulation | Research number of equity holders received non-voting opt-in forms | 0.6 | $268.00 | $160.80 |
| 03/01/2023 | Chris Updike | Managing Director | Tabulation | Attention to amended voting declaration; emails re: same | 0.2 | $193.00 | $38.60 |
| 03/02/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the Plan treatment of common stock, related opt-in forms | 1.6 | $243.00 | $388.80 |
| 03/02/2023 | Adam Fialkowski | Solicitation Associate | Tabulation | Analyze customer data for votes from non-supported states | 1.1 | $243.00 | $267.30 |
| 03/02/2023 | Jung Woo Song | Director of Securities | Tabulation | Respond to various inquiries from equity holders re: status of the hearing, case outlook | 1.2 | $268.00 | $321.60 |
| 03/03/2023 | Michael Deboissiere | Solicitation Associate | Tabulation | Respond to shareholder inquiries regarding the Plan treatment of common stock, questions re: opt-in forms | 1.0 | $243.00 | $243.00 |
| 03/13/2023 | Leticia Sanchez | Solicitation Associate | Tabulation | Teleconference with case team re status of final ballot candidates | 1.0 | $243.00 | $243.00 |
| Contractual Discount | | | | | | | ($953.84) |
| **TOTAL** | | | | | **19.4** | | **$3,815.36** |
| Total Contractual Discount | | | | | | | ($11,824.84) |
| **GRAND TOTAL** | | | | | **309.2** | | **$47,299.36** |

**Exhibit D**
*Expense Detail*

| Date | Name | Category | Description | Amount |
|------|------|----------|-------------|--------|
| 2/27/2023 | Leticia Sanchez | Airfare | Roundtrip from LAX to LGA on 3/1/2023, EWR to LAX on 3/3/2023 | $1,145.00 |
| 3/2/2023 | Leticia Sanchez | Airfare | Seat selection fee in Coach, internet in connection with LGA to LAX flight | $342.00 |
| | | | **TOTAL** | **$1,487.00** |
| 3/3/2023 | Leticia Sanchez | Hotels | Hotel stay (2/28/2023, 3/1/2023, 3/2/2023) in New York in connection with confirmation hearing in New York on 3/2/2023 | $1,370.51 |
| | | | **TOTAL** | **$1,370.51** |
| 2/28/2023 | Leticia Sanchez | Transportation to/from airport | Lyft from LAX to home in connection with confirmation hearing in New York on 3/2/2023 | $43.35 |
| 3/1/2023 | Leticia Sanchez | Transportation to/from airport | Taxi from hotel to LGA in connection with confirmation hearing in New York on 3/2/2023 | $74.40 |
| 3/2/2023 | Leticia Sanchez | Transportation to/from airport | Taxi from Court to hotel in connection with confirmation hearing in New York on 3/2/2023 | $50.40 |
| 3/2/2023 | Leticia Sanchez | Transportation to/from airport | Lyft from hotel to Court in connection with confirmation hearing in New York on 3/2/2023 | $51.39 |
| 3/3/2023 | Leticia Sanchez | Transportation to/from airport | Lyft to EWR from hotel in connection with confirmation hearing in New York on 3/2/2023 | $83.99 |
| 3/3/2023 | Leticia Sanchez | Transportation to/from airport | Lyft from LAX to home in connection with confirmation hearing in New York on 3/2/2023 | $41.59 |
| | | | **TOTAL** | **$345.12** |
| 2/28/2023 | Leticia Sanchez | Travel Meals | Attend confirmation hearing in New York on 3/2/2023 | $20.00 |
| 3/1/2023 | Leticia Sanchez | Travel Meals | Attend confirmation hearing in New York on 3/2/2023 | $20.00 |
| 3/1/2023 | Leticia Sanchez | Travel Meals | Attend confirmation hearing in New York on 3/2/2023 | $20.00 |

**Exhibit D**
*Expense Detail*

| Date | Name | Category | Description | Amount |
|------|------|----------|-------------|--------|
| 3/1/2023 | Leticia Sanchez | Travel Meals | Attend confirmation hearing in New York on 3/2/2023 | $20.00 |
| 3/2/2023 | Leticia Sanchez | Travel Meals | Attend confirmation hearing in New York on 3/2/2023 | $20.00 |
| 3/3/2023 | Leticia Sanchez | Travel Meals | Attend confirmation hearing in New York on 3/2/2023 | $20.00 |
| | | | **TOTAL** | **$120.00** |
| | | | **GRAND TOTAL** | **$3,322.63** |