**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF**
**M3 ADVISORY PARTNERS, LP, FOR COMPENSATION FOR SERVICES AND**
**REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 27, 2023, effective as of January 4, 2023 |
| Period for Which Compensation and Reimbursement Will be Sought: | March 1, 2023 to March 31, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $130,859.50 |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $459.48 |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

York, the *Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023 [Docket No. 1229]*, entered March 27, 2023 [Docket No. 1229] (the "Retention Order") and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket. No. 236], (the "Interim Compensation Order"), M3 Advisory Partners, LP ("M3") hereby submits this *Monthly Fee Statement of M3 Advisory Partners, LP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from March 1, 2023 Through March 31, 2023* (this "Monthly Fee Statement").[2] Specifically, M3 seeks (i) interim allowance of $130,859.50 for the reasonable and necessary financial advisory services that M3 rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) compensation in the amount of $104,687.60, which is equal to 80% of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period (*i.e.*, $130,859.50); and (iii) allowance and payment of $459.48 for the actual and necessary expenses that M3 incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a schedule of M3 professionals and paraprofessionals, who rendered services to the Committee in connection with these chapter 11

---

[2] The period from March 1, 2023, through and including March 31, 2023 is referred to herein as the "Fee Period."

2

cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.

2. Attached hereto as **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by M3 professionals and paraprofessionals during the Fee Period with respect to each of the project categories M3 established in accordance with its internal billing procedures. As reflected in **Exhibit B**, M3 incurred $130,859.50 in fees during the Fee Period. Pursuant to this Fee Statement, M3 seeks reimbursement for 80% of such fees ($104,687.60 in the aggregate).

3. Attached hereto as **Exhibit C** are the time records of M3, which provide detailed time entries by task code of the time spent by each M3 professional and paraprofessional during the Fee Period.

4. Attached hereto as **Exhibit D** is a schedule of the expense categories and total expenses in each category for the Fee Period that M3 seeks reimbursement of in this Monthly Fee Statement.

5. Attached hereto as **Exhibit E** are the expense records of M3, which provide a daily summary of the expenses for which M3 is seeking payment and an itemization thereof.

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the Fee Examiner Order. A copy of this Fee Statement is also available on the website of the Plan Administrator's claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be given.

Dated:  New York, New York  **M3 ADVISORY PARTNERS, LP**
       June 27, 2023

                                                   */s/ Mohsin Y. Meghji*
                                                   Mohsin Y. Meghji
                                                   Managing Partner
                                                   M3 Advisory Partners, LP

**EXHIBIT A**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| Name | Initials | Position | HOURS BILLED IN STATEMENT | HOURLY RATE | FEES BILLED IN STATEMENT |
|---|---|---|---|---|---|
| Winning, Robert | RW | Managing Director | 18.7 | $1,150.00 | 21,505.00 |
| Boffi, Jonathan | JB | Director | 89.6 | $945.00 | 84,672.00 |
| Callahan, Mark | MC | Senior Associate | 38.7 | $650.00 | 25,155.00 |
| **TOTAL** | | | **147.0** | | **$131,332.00** |

**TOTAL BLENDED HOURLY RATE** $ 893.41

1

**EXHIBIT B**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| CATEGORY | HOURS | FEES |
|---|---|---|
| Firm Retention | 2.8 | 2,830.50 |
| General Correspondence with Debtor & Debtors' Professionals | 2.6 | 2,457.00 |
| General Correspondence with UCC & UCC Counsel | 12.8 | 12,147.00 |
| Plan of Reorganization/Disclosure Statement | 39.7 | 36,377.50 |
| Potential Avoidance Actions/Litigation Matters | 46.5 | 40,301.50 |
| Court Attendance/Participation | 42.6 | 37,218.50 |
| *Hours and Fees Total* | **147.0** | **$ 131,332.00** |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| *Firm Retention* | | | | | |
| JB | 3/20/2023 | Attention to correspondence and matters re: M3 retention | 0.6 | $ 945.00 | $ 567.00 |
| JB | 3/22/2023 | Correspondence with counsel re: M3 retention status | 0.5 | $945.00 | $ 472.50 |
| JB | 3/25/2023 | Correspondence with counsel re: M3 retention | 0.3 | $945.00 | $ 283.50 |
| JB | 3/27/2023 | Correspondence regarding M3 retention with counsel; review final court order | 0.5 | $945.00 | $ 472.50 |
| RW | 3/16/2023 | Correspondence re: UST comments on M3 retention | 0.5 | $1,150.00 | $ 575.00 |
| RW | 3/20/2023 | Attention to matters re: UST comments on M3 retention | 0.4 | $1,150.00 | $ 460.00 |
| | | ***Firm Retention Subtotal*** | **2.8** | | **$ 2,830.50** |
| **General Correspondence with Debtor & Debtors' Professionals** | | | | | |
| JB | 3/1/2023 | Attend call with M. Vaughn (BRG) re: regarding rebalancing status | 0.1 | $ 945.00 | $ 94.50 |
| JB | 3/1/2023 | Draft and review correspondence with BRG re: administrative claims | 0.5 | $ 945.00 | $ 472.50 |
| JB | 3/6/2023 | Review and draft correspondence with Moelis re: rebalancing status | 0.3 | $ 945.00 | $ 283.50 |
| JB | 3/6/2023 | Review and draft correspondence with BRG re: fee estimates (0.2); review and draft correspondence with BRG re: questions on weekly rebalancing report (0.3) | 0.5 | $ 945.00 | $ 472.50 |
| JB | 3/8/2023 | Review and draft correspondence with BRG fee estimates (0.1); draft monthly fee estimates (0.4) | 0.5 | $ 945.00 | $ 472.50 |
| JB | 3/9/2023 | Attend call with BRG re: cash balance (0.1); draft email correspondence with BRG re: rebalancing report (0.1); prepare for call with BRG (0.1) | 0.3 | $ 945.00 | $ 283.50 |
| JB | 3/9/2023 | Draft email correspondence with BRG re: various tokens | 0.1 | $ 945.00 | $ 94.50 |
| JB | 3/9/2023 | Correspondence with Moelis re: cash balance | 0.1 | $ 945.00 | $ 94.50 |
| JB | 3/10/2023 | Correspondence with Moelis re: cash balance; call with BRG re: cash balance | 0.2 | $ 945.00 | $ 189.00 |
| | | ***General Correspondence with Debtor & Debtors' Professionals Subtotal*** | **2.6** | | **$ 2,457.00** |
| **General Correspondence with UCC & UCC Counsel** | | | | | |
| JB | 3/1/2023 | Draft and review correspondence with UCC counsel regarding weekly professional's meeting | 0.2 | $ 945.00 | $ 189.00 |
| JB | 3/8/2023 | Correspondence regarding weekly UCC meeting | 0.2 | $ 945.00 | $ 189.00 |
| JB | 3/8/2023 | Review summary of confirmation ruling from MWE | 0.2 | $ 945.00 | $ 189.00 |
| JB | 3/10/2023 | Correspondence with counsel and UCC members regarding committee meeting | 0.4 | $ 945.00 | $ 378.00 |
| JB | 3/10/2023 | Attend weekly committee call pre-call (0.3); prepare for call (0.2) | 0.5 | $ 945.00 | $ 472.50 |
| JB | 3/10/2023 | Attend weekly committee call (0.5); prepare for weekly committee call (1.5); review and draft correspondence regarding rebalancing update (0.3) | 2.3 | $ 945.00 | $ 2,173.50 |
| RW | 3/10/2023 | Prepare for and participate in UCC call | 0.8 | $1,150.00 | $ 920.00 |
| JB | 3/14/2023 | Attend weekly committee professional's pre-call with MWE (0.6); prepare for call (0.2) | 0.8 | $ 945.00 | $ 756.00 |

3

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| RW | 3/14/2023 | Call with UCC professionals re: plan and related issues | 0.6 | $1,150.00 | $ 690.00 |
| MC | 3/15/2023 | Correspond with MWE re: supporting documentation for historical transactions | 0.2 | $ 650.00 | $ 130.00 |
| MC | 3/15/2023 | Discussion with M3 and MWE re: preference analysis and mediation preparation | 0.6 | $ 650.00 | $ 390.00 |
| JB | 3/21/2023 | Attend weekly professionals call with MWE | 0.5 | $ 945.00 | $ 472.50 |
| JB | 3/21/2023 | Review correspondence with counsel and UCC re: government stay and self-liquidation | 0.5 | $ 945.00 | $ 472.50 |
| JB | 3/23/2023 | Attend weekly committee pre-call (0.3); prepare for call (0.5) | 0.8 | $ 945.00 | $ 756.00 |
| JB | 3/23/2023 | Attend weekly committee call (0.7); review correspondence regarding weekly committee call (0.3); prepare for call (0.2) | 1.2 | $ 945.00 | $ 1,134.00 |
| JB | 3/27/2023 | Review organizational structure presentation to committee and review correspondence from counsel re: same | 0.7 | $ 945.00 | $ 661.50 |
| JB | 3/28/2023 | Attend weekly committee meeting pre-call with MWE (0.5); prepare for call (0.2) | 0.7 | $ 945.00 | $ 661.50 |
| JB | 3/28/2023 | Attend weekly committee meeting (1.5); prepare for meeting (0.1) | 1.6 | $ 945.00 | $ 1,512.00 |
| | | ***General Correspondence with UCC & UCC Counsel Subtotal*** | **12.8** | | **$ 12,147.00** |

**Plan of Reorganization/Disclosure Statement**

| | | | | | |
|---|---|---|---|---|---|
| JB | 3/1/2023 | Review third amended plan, plan objections, and declarations re: plan confirmation | 2.4 | $ 945.00 | $ 2,268.00 |
| RW | 3/2/2023 | Review pleadings filed in connection with plan confirmation | 0.8 | $1,150.00 | $ 920.00 |
| JB | 3/4/2023 | Review correspondence with counsel and UCC | 0.8 | $ 945.00 | $ 756.00 |
| JB | 3/4/2023 | Review and revise rebalancing draft materials | 1.4 | $ 945.00 | $ 1,323.00 |
| JB | 3/6/2023 | Review draft rebalancing materials for committee (0.3); correspondence re: same (0.1) | 0.4 | $ 945.00 | $ 378.00 |
| MC | 3/6/2023 | Review and revise rebalancing update presentation for UCC; Correspond with M3 re: same | 3.9 | $ 650.00 | $ 2,535.00 |
| RW | 3/6/2023 | Correspondence re: Debtors' holdings | 0.4 | $1,150.00 | $ 460.00 |
| RW | 3/6/2023 | Review rebalancing report | 0.4 | $1,150.00 | $ 460.00 |
| MC | 3/6/2023 | Continue to review and revise rebalancing update presentation for UCC; Correspond with M3 re: same | 1.2 | $ 650.00 | $ 780.00 |
| JB | 3/7/2023 | Draft and review correspondence with BRG re: rebalancing update | 0.4 | $ 945.00 | $ 378.00 |
| JB | 3/7/2023 | Review draft materials for committee re: rebalancing update (0.7); correspondence re: same (0.2) | 0.9 | $ 945.00 | $ 850.50 |
| JB | 3/7/2023 | Review new filings re: plan confirmation | 1.2 | $ 945.00 | $ 1,134.00 |
| RW | 3/7/2023 | Review additional materials re: Debtors asset composition and changes | 1.1 | $1,150.00 | $ 1,265.00 |
| MC | 3/8/2023 | Review and revise update presentation on rebalancing for UCC | 2.2 | $ 650.00 | $ 1,430.00 |
| JB | 3/8/2023 | Review and analyze revised weekly rebalancing report and correspondence re: same | 2.4 | $ 945.00 | $ 2,268.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JB | 3/8/2023 | Review VGX smart contract analysis from FTI | 0.3 | $ 945.00 | $ 283.50 |
| JB | 3/9/2023 | Review amended disclosure statement and plan of reorganization | 0.3 | $ 945.00 | $ 283.50 |
| JB | 3/9/2023 | Update, review, and provide comments draft rebalancing materials for committee meeting (3.1); review and draft correspondence re: same (0.5) | 3.6 | $ 945.00 | $ 3,402.00 |
| MC | 3/9/2023 | Review and revise rebalancing update presentation; Correspond with M3 re: same | 0.4 | $ 650.00 | $ 260.00 |
| RW | 3/10/2023 | Analyze impact of potential bank failures | 0.8 | $1,150.00 | $ 920.00 |
| JB | 3/13/2023 | Review and analyze updated rebalancing report (1.2); review and draft correspondence with BRG re: same (0.2) | 1.4 | $ 945.00 | $ 1,323.00 |
| JB | 3/14/2023 | Draft correspondence with BRG re: rebalancing matters | 0.1 | $ 945.00 | $ 94.50 |
| JB | 3/14/2023 | Continued analysis of issues re: plan confirmation and preparation for discussion of same with UCC counsel | 1.2 | $ 945.00 | $ 1,134.00 |
| RW | 3/14/2023 | Continued analysis of issues re: plan confirmation and preparation for discussion of same with MWE | 1.4 | $1,150.00 | $ 1,610.00 |
| JB | 3/15/2023 | Attend call with M. Vaughn (BRG) re: rebalancing matters | 0.2 | $ 945.00 | $ 189.00 |
| JB | 3/15/2023 | Continued analysis of potential defenses to FTX preference | 1.1 | $ 945.00 | $ 1,039.50 |
| JB | 3/15/2023 | Review rebalancing proposal (0.6); review and draft correspondence with M. Vaughn (BRG) re: same (0.2) | 0.8 | $ 945.00 | $ 756.00 |
| JB | 3/16/2023 | Review and draft correspondence with MWE re: rebalancing matters | 0.8 | $ 945.00 | $ 756.00 |
| JB | 3/16/2023 | Review and analyze RFQ proposal for rebalancing (0.5); correspond and meet with M3 team re: same (0.4); review and draft correspondence with MWE and BRG re: same (0.6) | 1.5 | $ 945.00 | $ 1,417.50 |
| MC | 3/16/2023 | Review and analyze RFQ Proposal for rebalancing; Correspond with M3 re: same | 0.4 | $ 650.00 | $ 260.00 |
| RW | 3/16/2023 | Correspondence re: rebalancing | 0.4 | $1,150.00 | $ 460.00 |
| JB | 3/20/2023 | Review and analyze updated rebalancing report | 2.2 | $ 945.00 | $ 2,079.00 |
| RW | 3/20/2023 | Review report from Debtors on rebalancing | 0.4 | $1,150.00 | $ 460.00 |
| JB | 3/21/2023 | Review rebalancing proposal from Debtors; correspondence with M3 and counsel re: same | 1.2 | $ 945.00 | $ 1,134.00 |
| JB | 3/28/2023 | Review rebalancing report (0.4); correspondence re: same (0.2) | 0.6 | $ 945.00 | $ 567.00 |
| RW | 3/28/2023 | Review materials re: rebalancing | 0.4 | $1,150.00 | $ 460.00 |
| JB | 3/30/2023 | Attend call with BRG regarding rebalancing status; attend call with R. Winning re: same | 0.3 | $ 945.00 | $ 283.50 |
| | | *Plan of Reorganization/Disclosure Statement Subtotal* | **39.7** | | **$ 36,377.50** |

**Potential Avoidance Actions/Litigation Matters**

| | | | | | |
|---|---|---|---|---|---|
| JB | 3/7/2023 | Correspondence on Alameda work plan | 0.2 | $ 945.00 | $ 189.00 |
| RW | 3/7/2023 | Review information re: analysis of potential defenses to preference action | 1.2 | $1,150.00 | $ 1,380.00 |
| JB | 3/8/2023 | Correspondence with counsel related to Alameda preference claim | 0.5 | $ 945.00 | $ 472.50 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JB | 3/9/2023 | Correspondence with counsel regarding Alameda preference claim defense | 0.4 | $ 945.00 | $ 378.00 |
| MC | 3/9/2023 | Review historical transactions with Alameda | 3.9 | $ 650.00 | $ 2,535.00 |
| MC | 3/9/2023 | Analyze historical transactions with Alameda | 3.2 | $ 650.00 | $ 2,080.00 |
| JB | 3/10/2023 | Call to discuss historical transaction materials for discussion with MWE (1.1); prepare for call (0.5) | 1.6 | $ 945.00 | $ 1,512.00 |
| JB | 3/10/2023 | Attend call with MWE team to review Alameda preference claim work streams (0.5); prepare for call (0.3) | 0.8 | $ 945.00 | $ 756.00 |
| MC | 3/10/2023 | Prepare for and participate in discussion with J. Boffi (M3) re: materials for discussion with MWE re: Alameda claim | 1.1 | $ 650.00 | $ 715.00 |
| MC | 3/10/2023 | Prepare for and participate in discussion with MWE and M3 re: Alameda preference claim | 0.6 | $ 650.00 | $ 390.00 |
| MC | 3/10/2023 | Review historical transactions with Alameda; Participate in discussions with M3 re: same | 3.9 | $ 650.00 | $ 2,535.00 |
| MC | 3/10/2023 | Analyze historical transactions with Alameda; Participate in discussions with M3 re: same | 1.2 | $ 650.00 | $ 780.00 |
| RW | 3/10/2023 | Prepare for and participate in call re: investigation into facts surrounding allegedly preferential transfers | 0.9 | $1,150.00 | $ 1,035.00 |
| JB | 3/13/2023 | Review and draft correspondence with MWE re: weekly call on litigation matters | 0.3 | $ 945.00 | $ 283.50 |
| JB | 3/15/2023 | Meet with MWE re: preference analysis and mediation preparation (0.6); prepare for call (0.8) | 1.4 | $ 945.00 | $ 1,323.00 |
| JB | 3/15/2023 | Draft diligence requests re: Alameda preference matters (0.8); review and draft correspondence with BRG re: same (0.4) | 1.2 | $ 945.00 | $ 1,134.00 |
| JB | 3/15/2023 | Review Alameda loan documents and correspondence re: same | 1.2 | $ 945.00 | $ 1,134.00 |
| RW | 3/15/2023 | Continued analysis of potential defenses to FTX preference | 0.8 | $1,150.00 | $ 920.00 |
| RW | 3/15/2023 | Participate in discussion with MWE re: preference analysis and mediation preparation | 0.6 | $1,150.00 | $ 690.00 |
| RW | 3/15/2023 | Prepare for call with MWE team re: FTX preference defenses | 0.8 | $1,150.00 | $ 920.00 |
| JB | 3/16/2023 | Continue review of information re: potential litigation defenses | 0.4 | $ 945.00 | $ 378.00 |
| RW | 3/16/2023 | Further review of information re: potential defenses | 0.4 | $1,150.00 | $ 460.00 |
| JB | 3/21/2023 | Research re: Debtors' contracts and agreements for information re: potential defenses to FTX preference | 0.8 | $ 945.00 | $ 756.00 |
| RW | 3/21/2023 | Research re: Debtors' contracts and agreements for information re: potential defenses to FTX preference | 0.7 | $1,150.00 | $ 805.00 |
| JB | 3/22/2023 | Draft diligence list re: Alameda preference requests (1.5); correspondence with BRG re: same (0.2) | 1.7 | $ 945.00 | $ 1,606.50 |
| JB | 3/22/2023 | Correspondence with counsel re: Alameda preference matters | 0.3 | $ 945.00 | $ 283.50 |
| JB | 3/22/2023 | Continued research re: Debtors' contracts and agreements for information re: potential defenses to FTX preference | 0.6 | $ 945.00 | $ 567.00 |
| JB | 3/23/2023 | Review and draft correspondence with BRG and company regarding diligence requests; review diligence requests | 0.6 | $ 945.00 | $ 567.00 |
| MC | 3/23/2023 | Review and analyze avoidance defenses and Debtor documentation | 1.1 | $ 650.00 | $ 715.00 |
| JB | 3/24/2023 | Weekly call with counsel to discuss Alameda preference claim | 0.2 | $ 945.00 | $ 189.00 |

6

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JB | 3/24/2023 | Correspondence related to Alameda preference claim work streams; review diligence list | 0.5 | $ 945.00 | $ 472.50 |
| MC | 3/24/2023 | Prepare for and participate in discussion with MWE re: preference action preparation | 0.2 | $ 650.00 | $ 130.00 |
| JB | 3/26/2023 | Call with M3 team discuss work streams and next steps on Alameda preference claim (0.6); prepare for call (0.5) | 1.1 | $ 945.00 | $ 1,039.50 |
| RW | 3/26/2023 | Analysis of necessary fact development in connection with potential defenses to FTX preference | 0.8 | $1,150.00 | $ 920.00 |
| MC | 3/27/2023 | Review correspondence from M3 and MWE re: preference analysis | 2.1 | $ 650.00 | $ 1,365.00 |
| MC | 3/28/2023 | Review correspondence from MWE re: Alameda claims and prepare diligence request list | 0.9 | $ 650.00 | $ 585.00 |
| RW | 3/28/2023 | Research re potential defenses to FTX preference: | 1.2 | $1,150.00 | $ 1,380.00 |
| JB | 3/29/2023 | Review Alameda preference claim requests from counsel and draft email correspondence and diligence list | 1.1 | $ 945.00 | $ 1,039.50 |
| JB | 3/29/2023 | Meet with M3 team re: Alameda preference works streams (0.4); prepare for meeting (0.2) | 0.6 | $ 945.00 | $ 567.00 |
| JB | 3/29/2023 | Attend weekly meeting with MWE re: Alameda preference claim (0.5); debrief with M3 team re: next steps on Alameda diligence (0.4) | 0.9 | $ 945.00 | $ 850.50 |
| MC | 3/29/2023 | Prepare for and participate in discussion with M3 re: Alameda claim | 0.4 | $ 650.00 | $ 260.00 |
| MC | 3/29/2023 | Attend weekly meeting with MWE re: Alameda preference claim (0.5); debrief with M3 team re: next steps on Alameda diligence (0.4) | 0.9 | $ 650.00 | $ 585.00 |
| RW | 3/29/2023 | Participate in meeting with M3 team re: Alameda preference works streams | 0.4 | $1,150.00 | $ 460.00 |
| RW | 3/29/2023 | Attend weekly meeting with MWE re: Alameda preference claim (0.5); debrief with M3 team re: next steps on Alameda diligence (0.4) | 0.9 | $1,150.00 | $ 1,035.00 |
| JB | 3/30/2023 | Correspondence with BRG regarding diligence requests | 0.3 | $ 945.00 | $ 283.50 |
| RW | 3/30/2023 | Continued research re: potential defenses to Alameda preference | 1.6 | $1,150.00 | $ 1,840.00 |
| | | *Potential Avoidance Actions/Litigation Matters Subtotal* | **46.5** | | **$ 40,301.50** |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **Court Attendance/Participation** | | | | | |
| JB | 3/2/2023 | Attend plan confirmation court hearing (8.8); prepare for hearing (0.7) | 9.5 | $ 945.00 | $ 8,977.50 |
| MC | 3/2/2023 | Prepare for and attend hearing related to Confirmation of Voyager Plan on behalf of UCC | 4.2 | $ 650.00 | $ 2,730.00 |
| JB | 3/3/2023 | Attend plan confirmation court hearing (9.5); prepare for hearing (0.5) | 10.0 | $ 945.00 | $ 9,450.00 |
| JB | 3/6/2023 | Attend plan confirmation court hearing (8.3); prepare for hearing (0.8) | 9.1 | $ 945.00 | $ 8,599.50 |
| MC | 3/6/2023 | Prepare for and attend hearing related to Confirmation of Voyager Plan on behalf of UCC | 6.1 | $ 650.00 | $ 3,965.00 |
| JB | 3/7/2023 | Attend court hearing telephonically (3.3); prepare for hearing (0.4) | 3.7 | $ 945.00 | $ 3,496.50 |
| | | *Court Attendance/Participation Subtotal* | **42.6** | | **$ 37,218.50** |
| | | **Hours and Fees Total** | **147.0** | | **$ 131,332.00** |

**EXHIBIT D**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE SUMMARY**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| DATE | PROFESSIONAL | AMOUNT |
|---|---|---|
| Conference Calls | | $ 45.34 |
| Court Hearings | | 210.00 |
| Transportion | | 204.14 |
| | *Total Expenses* | **$ 459.48** |

**EXHIBIT E**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE SUMMARY**
**FOR THE PERIOD MARCH 1, 2023 TO MARCH 31, 2023**

| DATE | PROFESSIONAL | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| ***Conference Call Expense*** | | | | |
| 3/31/2023 | M3 Team | LoopUp Conference Call Expense for March 2023 | $ | 45.34 |
| | | ***Subtotal Conference Call Expenses*** | **$** | **45.34** |
| | | | | |
| ***Court Hearing Expense*** | | | | |
| 3/2/2023 | MC | CourtSolutions Charge for Court Hearing | $ | 70.00 |
| 3/6/2023 | MC | CourtSolutions Charge for Court Hearing | | 70.00 |
| 3/7/2023 | JB | CourtSolutions Charge for Court Hearing | | 70.00 |
| | | ***Subtotal Court Hearing Expense*** | **$** | **210.00** |
| | | | | |
| ***Transportion Expense*** | | | | |
| 3/2/2023 | JB | Uber: Confirmation Hearing to Home | | 31.70 |
| 3/2/2023 | JB | Uber: Home to Confirmation Hearing | | 28.57 |
| 3/3/2023 | JB | Uber: Confirmation Hearing to Home | | 30.78 |
| 3/3/2023 | JB | Uber: Home to Confirmation Hearing | | 36.84 |
| 3/6/2023 | JB | Uber: Confirmation Hearing to Home | | 45.56 |
| 3/6/2023 | JB | Uber: Home to Confirmation Hearing | | 30.69 |
| | | ***Subtotal Transportion Expense*** | **$** | **204.14** |