**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF STRETTO, INC. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD MAY 1, 2023 THROUGH MAY 19, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Stretto, Inc. | |
| **Applicant's Role in Case:** | **Administrative Advisor to Voyager Digital Holdings, Inc.,** *et al.* | |
| **Date Order of Employment Signed:** | **August 4, 2022 [Docket No. 241]** | |
| **Time Period covered by this statement:** | **Beginning Period** | **End Period**[2] |
| | **May 1, 2023** | **May 19, 2023** |

| **Summary of Total Fees and Expenses Requested:** | |
|---|---|
| **Total fees requested in this statement:** | $247.04 (80% of $308.80) |
| **Total expenses requested in this statement:** | $0.00 |
| **Total fees and expenses requested in this statement:** | $247.04 |
| This is a(n):  __X__ Monthly Application  ____ Interim Application  ____ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1]   The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

[2]   This statement consists of fees and expenses from May 1, 2023 through May 19, 2023.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor to the Debtors Effective as of the Petition Date* [Docket No. 241], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Stretto, Inc. ("Stretto"), administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Eleventh Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period from May 1, 2023 through May 19, 2023* (this "Fee Statement").[3] Specifically, Stretto seeks: (i) interim allowance of $308.80 for the reasonable compensation for actual, necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $247.04, which is equal to 80% of the total amount of reasonable compensation for actual, necessary professional administrative services that Stretto incurred in connection with such services during the Fee Period (*i.e.*, $308.80); and (iii) allowance and payment of $0.00 for the actual, necessary expenses that Stretto incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.  Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Stretto professionals during the Fee Period with respect to each of the project categories Stretto established in accordance with its internal billing

---

[3] The period from May 1, 2023, through and including May 19, 2023, is referred to herein as the "Fee Period."

2

procedures. As reflected in **Exhibit A**, Stretto incurred $308.80[4] in fees during the Fee Period. Pursuant to this Fee Statement, Stretto seeks reimbursement for 80% of such fees (*i.e.*, $247.04 in the aggregate).

2.  Attached hereto as **Exhibit B** is a schedule of Stretto professionals, including the standard hourly rate for each professional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of professionals for all services provided during the Fee Period is $154.40.

3.  Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Stretto is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Stretto's out-of-pocket expenses, which total $0.00.

4.  Attached hereto as **Exhibit D** are the time records of Stretto, which provide a daily summary of the time spent by each Stretto professional during the Fee Period.

## Notice

5.  Stretto will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1277]. A copy of this Fee Statement is also available on the website of the claims, noticing, and solicitation agent of the Plan Administrator for the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166-1] of Voyager Digital Holdings, Inc., *et al.* at https://cases.stretto.com/Voyager. Stretto

---

[4] Listed amount of fees requested is net of a contractual discount in the amount of $77.20.

submits that no other or further notice be given.

WHEREFORE, Stretto, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $308.80 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $247.04, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors (i.e., $308.80); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that Stretto incurred in connection with such services during the Fee Period.

Dated: June 27, 2023
      Irvine, California

Respectfully submitted,

*/s/ Brian Karpuk*
Brian Karpuk
410 Exchange, Ste. 100
Irvine, California 92602
Tel:  (312) 523-9564
Email:  brian.karpuk@stretto.com

*Administrative Advisor for Debtors
and Debtors in Possession*

# Exhibit A

## Statement of Fees and Expenses By Project Category

**Statement of Fees and Expenses By Project Category**

| Project Category | Hours | Fees |
|---|---:|---:|
| Claims Reconciliation | 2.0 | $386.00 |
| Less Contractual Discount |  | ($77.20) |
| **Totals** | **2.0** | **$308.80** |

# Exhibit B

## Summary of Timekeepers Included in this Fee Statement

**Summary of Timekeepers Included in this Fee Statement**

| Name | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Leticia Sanchez | Director | $193.00 | 2.0 | $386.00 |
| Less Contractual Discount | | | | ($77.20) |
| **Grand Total** | | | **2.0** | **$308.80** |
| **Blended Rate** | | | | **$154.40** |

# Exhibit C

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense Category | Expenses |
|---|---|
| None | $0.00 |

# Exhibit D

**Detailed Description of Time Records**

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 05/09/2023 | Leticia Sanchez | Director | Claims Reconciliation | Generate updated Duplicate Claims Schedule-Same Debtor (Non-Customer Claims) per updates from BRG | 1.0 | $193.00 | $193.00 |
| 05/09/2024 | Leticia Sanchez | Director | Claims Reconciliation | Generate updated Late Filed Claims Schedule (Non-Customer Claims) per updates from BRG | 1.0 | $193.00 | $193.00 |
|  | Contractual Discount |  |  |  |  |  | ($77.20) |
|  | **TOTAL** |  |  |  | **2.0** |  | **$308.80** |