**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before June 16, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first class mail on the service list attached hereto as **Exhibit A**, and on forty-three (43) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of First Amended Liquidation Procedures** (Docket No. 1419)

Furthermore, on June 16, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first class mail on seven (7) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

Furthermore, on or before June 20, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on sixteen (16) confidential parties not included herein:

- **Notice of Filing of the Liquidation Procedures** (Docket No. 1374)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Furthermore, on or before June 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first class mail on three hundred fifty-four (354) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

- **Notice of (I) Entry of Corrected and Amended Order (A) Approving the Second Amended Disclosure Statement and (B) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code and (II) Occurrence of Effective Date** (Docket No. 1405)

Furthermore, on or before June 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first class mail on the service list attached hereto as **Exhibit B**, and on five (5) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of (I) Entry of Corrected and Amended Order (A) Approving the Second Amended Disclosure Statement and (B) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code and (II) Occurrence of Effective Date** (Docket No. 1405)

Furthermore, on June 20, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on one (1) confidential party not included herein:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

Dated: June 27, 2023

_/s/ Stephanie Delgado_
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27th day of June, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/_

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

# Exhibit A

**STRETTO**

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Ditto | | 261 W Data Dr | | Draper | UT | 84020-2372 |
| Fivetran | | 1221 Broadway | Ste 2400 | Oakland | CA | 94612-1824 |
| Hilltop Securities Inc. | Attn: Bonnie Allen, Corporate Actions | 717 N Harwood St | Ste 3400 | Dallas | TX | 75201-6534 |
| IQTalent Partners Inc | | 211 Commerce St | Ste 1100 | Nashville | TN | 37201-1820 |
| IQTalent Partners, Inc. | | 211 Commerce St | Ste 1100 | Nashville | TN | 37201-1820 |
| Merlin Media LLC | | 2113 Country Run Ln | | Argyle | TX | 76226-3365 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Aura Sub, LCC | | 250 Northern Ave | Ste 300 | Boston | MA | 02210-2035 |
| Infinity Consulting Solutions, Inc | | 200 Park Ave | Fl 33 | New York | NY | 10166-3298 |
| KCSA Strategic Communications | | 261 Madison Ave | Fl 9 | New York | NY | 10016-2311 |
| The Moskowitz Law Firm, PLLC | Attn: Adam M. Moskowitz, Joseph M. Kaye, Barbara C. Lewis | 3250 Mary St | Ste 202 | Miami | FL | 33133-5232 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1