Steven J. Reisman
Shaya Rochester
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone:    (212) 940-8800
*Special Counsel to Voyager Digital Ltd.*
*at the Direction of its Independent Director*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY COVER SHEET TO THE SECOND INTERIM AND FINAL FEE APPLICATION OF KATTEN MUCHIN ROSENMAN LLP AS SPECIAL COUNSEL TO VOYAGER DIGITAL LTD., AT THE DIRECTION OF ITS INDEPENDENT DIRECTOR, FOR THE (I) INTERIM FEE PERIOD FROM MARCH 1, 2023 THROUGH AND INCLUDING MAY 19, 2023 AND (II) THE TOTAL FEE PERIOD FROM NOVEMBER 11, 2022 THROUGH AND INCLUDING MAY 19, 2023**

In accordance with the Local Rules for the United States Bankruptcy Court of the Southern District of New York, Katten Muchin Rosenman LLP ("Katten"), special counsel to Debtor Voyager Digital Ltd. ("TopCo"), at the direction of its independent director (the "Independent Director"), hereby submits this summary ("Summary") of fees and expenses sought as actual, reasonable, and necessary in the fee application to which this Summary is attached (the "Fee Application") for the period from March 1, 2023 through and including May 19, 2023 (the "Interim Fee Period") and for the period from November 11, 2022 through and including May 19, 2023 (the "Total Fee Period").

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Katten submits this Fee Application as a second interim[2] and final fee application in accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 374] (the "Interim Compensation Order"), which permits professionals to file interim fee applications every four months, commencing with the period beginning on July 5, 2022, and the *Corrected and Amended Order (I) Approving the Second Amended Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166] (the "Confirmation Order"), which establishes a deadline of forty-five days after the Effective Date (as defined in the Confirmation Order) to file a final fee application.

| General Information | |
|---|---|
| Name of Applicant: | Katten Muchin Rosenman LLP |
| Authorized to Provide Services to: | Voyager Digital Ltd. at the Direction of its Independent Director |
| Petition Date: | July 5, 2022 |
| Date of Retention Order: | January 25, 2023, effective as of November 11, 2022 |
| **Summary of Fees and Expenses Sought for the Total Fee Period**[3] | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | November 11, 2023 through and including May 19, 2023 |
| Voluntary Fee Waiver in the Total Fee Period: | Reduced fees by $31,534 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Total Fee Period: | $1,428,477.50[4] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Total Fee Period: | $12,549.42 |
| Total Amount of Compensation and Expense Reimbursement Sought for the Total Fee Period: | $1,441,026.92[5] |

---

[2] On April 14, 2023, Katten filed its first interim fee application [Docket No. 1295]. Accordingly, this Fee Application is Katten's second interim fee application. Other estate professionals were retained prior to Katten and are therefore filing third interim fee applications.

[3] As a courtesy to the Debtors' estates, during the Total Fee Period, Katten voluntarily wrote off $10,570.50 in fees and $64.10 in expenses for a total write-off of $10,634.60. In addition, to resolve comments provided by the Fee Examiner appointed in these Chapter 11 cases, Katten agreed to write off $20,963.50 in fees. As a result of the foregoing, Katten has written off $31,534 in fees and $64.10 in expenses for a total write-off of $31,598.10 during the Total Fee Period, and will not seek payment of these amounts in the Fee Application.

[4] This amount does not reflect the fee reduction of $20,963.50 made by Katten to resolve the Fee Examiner's comments.

[5] This amount does not reflect the fee reduction of $20,963.50 made by Katten to resolve the Fee Examiner's comments.

| Rate Increases Applicable to the Total Fee Period | |
| --- | --- |
| Total Amount of Compensation Sought for the Total Fee Period, Calculated Using Rates in Effect as of the Date of Retention: | $1,304,834.50[6] |
| **Summary of Past Requests for Compensation and Prior Payments** | |
| Total Amount of Compensation Previously Requested Pursuant to the Interim Compensation Order to Date: | $815,130.50[7] |
| Total Amount of Expense Reimbursement Previously Requested Pursuant to the Interim Compensation Order to Date: | $9,936.50[8] |
| Total Allowed Compensation Paid to Date: | $652,104.40 |
| Total Allowed Expenses Paid to Date: | $9,936.50 |
| Compensation Sought in this Fee Application in the Interim Fee Period Already Paid Pursuant to the Interim Compensation Order But Not Yet Allowed: | $0.00[9] |
| Expenses Sought in this Fee Application in the Interim Fee Period Already Paid Pursuant to the Interim Compensation Order But Not Yet Allowed: | $0.00[10] |

This is a: _____ monthly;____ interim;   X   final application.

Dated:  June 30, 2023                    /s/ Steven J. Reisman_____
        New York, NY                     Steven J. Reisman, Esq.
                                         Shaya Rochester, Esq.
                                         **KATTEN MUCHIN ROSENMAN LLP**
                                         50 Rockefeller Plaza
                                         New York, NY 10020-1605
                                         Telephone: (212) 940-8800
                                         Email: sreisman@katten.com
                                                shaya.rochester@katten.com

                                         *Special Counsel to Voyager Digital Ltd. at the
                                         Direction of its Independent Director*

---

[6]   Pursuant to the Retention Order, Katten filed the *First Supplemental Declaration of Steven J. Reisman in Support of Application of Debtor Voyager Digital Ltd. for Entry of an Order Authorizing The Retention And Employment Of Katten Muchin Rosenman LLP As Special Counsel For Debtor Voyager Digital Ltd., on Behalf of and at the Sole Direction of the Independent Director, Effective as of November 11, 2022* [Docket No. 857], which notified the parties of Katten's ordinary course rate increases for 2023.

[7]   This amount reflects 100% of the compensation requested in Katten's monthly fee statements filed at Docket Nos. 1145, 1146, 1147 and 1285.

[8]   This amount reflects 100% of the expenses requested in Katten's monthly fee statements filed at Docket Nos. 1145, 1146, 1147 and 1285.

[9]   As of the date of this filing, Katten has not yet received payment of its fees requested in its March 2023 and April/May 2023 monthly fee statements filed at Docket Nos. 1462 and 1481 in the aggregate amount of $613,347.

[10]  As of the date of this filing, Katten has not yet received payment of its expenses requested in its March 2023 and April/May 2023 monthly fee statements filed at Docket Nos. 1462 and 1481 in the aggregate amount of $2,612.92.

Steven J. Reisman
Shaya Rochester
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020-1605
Telephone:    (212) 940-8800
*Special Counsel to Voyager Digital Ltd.*
*at the Direction of its Independent Director*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND INTERIM AND FINAL FEE APPLICATION OF KATTEN MUCHIN
ROSENMAN LLP, SPECIAL COUNSEL TO VOYAGER DIGITAL LTD.,
AT THE DIRECTION OF ITS INDEPENDENT DIRECTOR, FOR THE (I) INTERIM
FEE PERIOD FROM MARCH 1, 2023 THROUGH AND
INCLUDING MAY 19, 2023 AND (II) THE TOTAL FEE PERIOD
FROM NOVEMBER 11, 2022 THROUGH AND INCLUDING MAY 19, 2023**

Katten Muchin Rosenman LLP ("Katten"), special counsel to Voyager Digital Ltd.

("TopCo"), at the direction of its independent director (the "Independent Director"), hereby

submits its second interim and final fee application (the "Fee Application")[2] for (a) allowance and

approval of compensation on an interim basis for professional services provided in the amount of

$613,347 and reimbursement of actual and necessary expenses in the amount of $2,612.92 that

Katten incurred for the period from March 1, 2023 through and including May 19, 2023 (the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtor's principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2]    On April 14, 2023, Katten filed its first interim fee application [Docket No. 1295].  Accordingly, this Fee Application is Katten's second interim fee application.  Other estate professionals were retained prior to Katten and are therefore filing third interim fee applications.

"Interim Fee Period"), and (b) allowance and approval on a final basis of compensation for professional services provided in the amount of $1,407,514[3] and reimbursement of actual and necessary expenses in the amount of $12,549.42 for the period from November 11, 2022 through May 19, 2023 (the "Total Fee Period"). In support of this Fee Application, Katten submits the declaration of Steven J. Reisman, a partner at Katten (the "Reisman Declaration"), which is attached hereto as **Exhibit A** and incorporated herein by reference. In further support of this Fee Application, Katten respectfully states as follows:

**Preliminary Statement**

1.    During the Total Fee Period, Katten professionally, diligently and efficiently represented TopCo, at the direction of the Independent Director, on a variety of complex matters in the above-captioned chapter 11 cases (these "Chapter 11 Cases"), including but not limited to:

a.  Analyzing multiple prepetition intercompany transactions among TopCo and certain of its subsidiaries (collectively, the "Intercompany Transactions"), including reviewing underlying transaction documents, the Debtors' books and records with respect to the Intercompany Transactions and other related materials;

b.  Conducting extensive factual and legal analysis regarding the Intercompany Transactions and related issues, including whether the Intercompany Transactions constitute loans or capital contributions;

c.  Preparing and serving numerous information and documentation requests on the Debtors, as well as the independent directors for Voyager Digital Holdings, Inc. ("HoldCo") and Voyager Digital, LLC ("OpCo");

d.  Reviewing information and documentation produced in response to the foregoing requests;

e.  Conducting informal interviews of the Debtors' Chief Commercial Officer and the Debtors' financial advisor in these Chapter 11 Cases regarding the Intercompany Transactions and related issues;

---

[3]    This number represents the aggregate amount of fees requested by Katten in the Total Fee Period (*i.e.*, $1,428,477.50) less a fee reduction of $20,963.50 made by Katten to resolve the Fee Examiner's comments.

f.  Reviewing, analyzing, and conducting legal research in connection with the *Complaint for Declaratory Judgment* [Docket No. 631] (the "Complaint") filed by the Ad Hoc Group of Equity Interest Holders of TopCo (the "AHG"), as well as other issues identified by the AHG with respect to the Intercompany Transactions;

g.  Preparing comprehensive, privileged reports for the Independent Director's review detailing Katten's findings and analyses regarding the Intercompany Transactions and other related issues;

h.  Engaging in extensive discussions with parties in interest, including respective counsel for the AHG, HoldCo and OpCo, regarding the Intercompany Transactions and the settlement of same;

i.  Analyzing the *Second Amended Disclosure Statement Relating to the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 863] (the "Disclosure Statement") and *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1138] (the "Plan"), and providing comments to certain Plan Supplement documents;

j.  Reviewing Disclosure Statement and Plan objections relating to Intercompany Transactions and the TopCo estate;

k.  Preparing and filing a Reservation of Rights in response to pleadings filed by the AHG in connection with the Plan Confirmation process;

l.  Assisting TopCo's Canadian counsel as needed with respect to effectuating relief granted in connection with TopCo's Canadian insolvency proceedings;

m.  Attending Bankruptcy Court hearings and monitoring the Bankruptcy Court's docket with respect to matters related to the Intercompany Transactions and the TopCo estate;

n.  Conducting meetings on a timely and consistent basis with the Independent Director to apprise the Independent Director of the foregoing; and

o.  Attending to calls, correspondence, and other matters in respect of all of the foregoing.

2.  With respect to each of these matters and as described in further detail below, the professional services rendered by Katten were reasonable, necessary and appropriate.  In light of

the complexity of the issues involved in these Chapter 11 Cases, Katten maintained a leanly-staffed team of highly-qualified attorneys that completed the tasks with which they were charged in an efficient and effective manner.  Accordingly, Katten respectfully requests that the Court grant the relief requested herein.

<u>**Jurisdiction**</u>

3.      The United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  TopCo confirms its consent, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), to the entry of a final order by the Court in connection with this Fee Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

4.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (as amended, the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "<u>Local Rules</u>"), the *Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Special Counsel for Debtor Voyager Digital, Ltd., on Behalf of and at the Sole Direction of the Independent Director, Effective as of November 11, 2022* [Docket No. 910] (the "<u>Retention Order</u>"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "<u>Interim Compensation Order</u>"), the *Corrected and Amended Order (I) Approving the Second Amended*

4

*Disclosure Statement and (II) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166] (the "Confirmation Order"), and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1277] (the "Fee Examiner Order"), appointing Lori Lapin Jones as the Fee Examiner for these Chapter 11 Cases.

### Background

6.      On July 5, 2022 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  No party has requested the appointment of an examiner in these Chapter 11 Cases.  On July 19, 2022, the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed an official committee of unsecured creditors in these Chapter 11 Cases.  On February 1, 2023, a *pro se* creditor moved for appointment of a trustee, which the Court denied.

7.      The *Declaration of Stephen Ehrlich, Chief Executive Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions*, filed on July 6, 2022 [Docket No. 15] (the "First Day Declaration"), incorporated herein by reference, describes the Debtors' businesses, the reasons for commencing these Chapter 11 Cases, and the relief sought from the Court in these Chapter 11 Cases.

8.     On August 4, 2022, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these Chapter 11 Cases.

9.     On March 10, 2023, the Court entered the Confirmation Order, confirming the Plan.

10.    On May 19, 2023 (the "Effective Date"), the Plan went effective. *Notice of (I) Entry of Corrected and Amended Order (A) Approving the Second Amended Disclosure Statement and (B) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (II) Occurrence of Effective Date* [Docket No. 1403]. Pursuant to the Confirmation Order, final fee applications must be filed within 45 days of the Effective Date (as defined in the Confirmation Order). This Fee Application has been timely filed.

**The Retention of Katten by TopCo at the Direction of the Independent Director**

11.    On December 14, 2022, TopCo filed the *Application of Debtor Voyager Digital, Ltd. for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Special Counsel for Debtor Voyager Digital, Ltd., on Behalf of and at the Sole Direction of the Independent Director, effective as of November 11, 2022* [Docket No. 732] (the "Retention Application"). On January 25, 2023, the Court entered the Retention Order, attached hereto as **Exhibit B**.

12.    The Retention Order authorizes TopCo to compensate and reimburse Katten in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Order. The Retention Order also authorizes TopCo to compensate Katten at Katten's hourly rates charged for services of this type and to reimburse Katten for Katten's actual and necessary out-of-pocket expenses incurred, subject to application to this Court. The particular

6

terms of Katten's engagement are detailed in the engagement letter by and among Katten, the Independent Director and TopCo, dated as of November 11, 2022, and attached to the Retention Order as Exhibit 1.

13.     The Retention Order authorizes Katten to provide certain legal services consistent with the Retention Application, Retention Order and Engagement Letter.

### Disinterestedness of Katten

14.     To the best of TopCo's knowledge and as disclosed in the *Declaration of Steven J. Reisman in Support of the Application of Debtor Voyager Digital, Ltd. for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Special Counsel for Debtor Voyager Digital, Ltd., on Behalf of and at the Sole Direction of the Independent Director, Effective as of November 11, 2022,* attached as Exhibit B to the Retention Application (collectively, with any supplemental declarations filed thereafter, the "Declarations of Disinterestedness"), (a) Katten is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as used in section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (b) Katten has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Declarations of Disinterestedness.

15.     Katten may have represented, may currently represent, and may in the future represent parties in interest in connection with matters unrelated to these Chapter 11 Cases.  In the Declarations of Disinterestedness, Katten has disclosed its connections to parties in interest that it has been able to ascertain using its reasonable efforts.

16.     Katten performed the services for which it is seeking compensation on behalf of TopCo, at the sole direction of the Independent Director, and not on behalf of any committee, creditor, or other entity.

17.     Katten has received no payment and no promises for payment from any source other than the Debtors for services provided in any capacity whatsoever in connection with these Chapter 11 Cases.

18.     Pursuant to Bankruptcy Rule 2016(b), Katten has not shared, nor has Katten agreed to share (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of Katten or (b) any compensation another person or party has received or may receive.

### Summary of Compliance with Interim Compensation Order

19.     This Fee Application has been prepared in accordance with the Interim Compensation Order.

20.     Katten seeks interim compensation for professional services provided to TopCo, at the direction of the Independent Director, during the Interim Fee Period in the amount of $613,347 and reimbursement of actual and necessary expenses incurred in connection with providing such services in the amount of $2,612.92.   During the Interim Fee Period, Katten attorneys and paraprofessionals expended a total of 552.20 hours for which compensation is requested.[4]

21.     In accordance with the Interim Compensation Order, as of the date hereof, Katten has received payments in the amount of $662,040.90 of which $652,104.40 was for services provided and $9,936.50 of which was for reimbursement of expenses for the Total Fee Period.

---

[4]     As a courtesy to the Debtors' estates, during the Total Fee Period, Katten voluntarily wrote off the time of timekeepers billing under three hours in any month, which resulted in a total write-off of $10,570.50.

Accordingly, by this Fee Application, and to the extent such amounts have not been paid by the time of the hearing on this Fee Application, Katten seeks payment of the remaining $758,022.52, which equals $615,959.92 in unpaid fees and expenses incurred during the Interim Fee Period, *plus* $163,026.10 in fees held back during the First Interim Fee Period, *less* the agreed Fee Examiner reduction from the First Interim Fee Period in the amount of $20,963.50.

### Fees and Expenses Incurred During Total Fee Period

A.    **Customary Billing Disclosures**.

22.    Katten's hourly rates are set at a level designed to compensate Katten fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. The hourly rates and corresponding rate structure utilized by Katten in these Chapter 11 Cases are equivalent to the hourly rates and corresponding rate structure used by Katten for other restructuring matters, as well as similar complex corporate and litigation matters whether in court or otherwise, regardless of whether a fee application is required. The rates and rate structure reflect that such restructuring and other complex matters typically are national in scope and typically involve great complexity, high stakes, and significant time pressures. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit C** is Katten's Budget and Staffing Plan, and attached hereto as **Exhibit D** is a summary of blended hourly rates for all non-bankruptcy domestic timekeepers who billed to non-bankruptcy matters and blended hourly rates for timekeepers who billed to TopCo during the Total Fee Period. The Independent Director has approved the actual fees and expenses covered by the Fee Application.

B.    **Fees Incurred During Total Fee Period**.

23.    In the ordinary course of Katten's practice, Katten maintains computerized records of the time expended to render the professional services required by its clients. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit E** is a summary of

fees incurred and hours expended during the Total Fee Period, setting forth the following information:

      a.      the name of each attorney and paraprofessional for whose work on these Chapter 11 Cases compensation is sought;

      b.      each attorney's year of bar admission and area of practice concentration;

      c.      the aggregate time expended and fees billed by each attorney and each paraprofessional during the Total Fee Period;

      d.      the hourly billing rate for each attorney and each paraprofessional at Katten's current billing rates;

      e.      the hourly billing rate for each attorney and each paraprofessional as disclosed in the first interim application;

      f.      the number of rate increases since the inception of these Chapter 11 Cases; and

      g.      a calculation of total compensation requested using the rates disclosed in the Retention Application.

**C.    Expenses Incurred During Total Fee Period**.

24.    In the ordinary course of Katten's practice, Katten maintains a record of expenses incurred in rendering professional services required by the Debtors and for which reimbursement is sought.  Katten currently charges $0.10 per page for standard black and white duplication and $0.25 per page for color duplication.  Katten does not charge its clients for incoming facsimile transmissions.

25.    For the convenience of the Court and all parties in interest, attached hereto as **Exhibit F** is a summary for the Total Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten is seeking reimbursement.

**<u>Summary of Legal Services Rendered During the Total Fee Period</u>**

26.     During the Total Fee Period, Katten provided extensive and important professional services to TopCo, at the direction of the Independent Director.  These services were necessary to address a multitude of critical issues in support of the Independent Director's delegated authority.

27.     To provide a meaningful summary of the services rendered by Katten to TopCo and its estate, Katten established, in accordance with its internal billing procedures, certain subject matters categories (each, a "<u>Matter Category</u>") in connection with these Chapter 11 Cases.  A summary of the fees and hours billed for each Matter Category in the Total Fee Period is attached hereto as **<u>Exhibit G</u>**.

28.     **<u>Exhibit H</u>** is a comparison of the hours and fees budgeted for each Matter Category to which Katten professionals and paraprofessionals billed time during the Total Fee Period against the hours and fees for which Katten seeks compensation for during the Total Fee Period.  In addition, Katten's computerized records of expenses and time expended providing professional services to TopCo, at the direction of the Independent Director, are attached hereto as **<u>Exhibit I</u>**.

29.     The following is a summary of the most significant professional services provided by Katten in each Matter Category organized in accordance with Katten's internal system of matter numbers for these Chapter 11 Cases.  The detailed descriptions demonstrate that Katten diligently performed services for TopCo, at the direction of the Independent Director, on a daily basis, often including night and weekend work, to meet the needs of TopCo, at the direction of the Independent Director, in these Chapter 11 Cases.

       (a)       **Disclosure Statement, Plan, Confirmation [Matter No. 18]**

           Total Fees Requested: $1,133,156
           Total Hours: 963.40

30.    This Matter Category includes time spent by Katten attorneys reviewing and analyzing the Disclosure Statement and Plan during the Total Fee Period.  Specifically, Katten attorneys spent time analyzing issues relevant to the Intercompany Transactions and the TopCo estate, as well as any objections thereto, and providing comments to certain documents related to the Plan.  In addition, Katten attorneys provided regular updates to the Independent Director regarding the Plan confirmation process and the Plan's impact on the Intercompany Transactions and the TopCo estate.  Katten attorneys also spent time preparing and filing a Reservation of Rights in response to pleadings filed by the AHG in connection with the Plan confirmation process.

31.    Further, Katten attorneys spent substantial time analyzing the Intercompany Transactions, including reviewing the underlying transaction documentation, the Debtors' books and records with respect to the Intercompany Transactions and other related materials.  Katten conducted extensive factual and legal analysis regarding the Intercompany Transactions and related issues, including whether the Intercompany Transactions constitute loans or capital contributions.  Katten attorneys prepared and served numerous information and document requests on the Debtors and the independent directors for HoldCo and OpCo and reviewed the information and documents produced in response thereto.  Katten also prepared for and conducted informal interviews of the Debtors' Chief Commercial Officer and the Debtors' financial advisor in these Chapter 11 Cases regarding the Intercompany Transactions and related issues.  Katten attorneys also spent time analyzing and conducting legal research in connection with the Complaint filed by the AHG and other issues the AHG raised with respect to the Intercompany Transactions.  Finally, Katten attorneys engaged in extensive discussions with the parties in interest, including the

respective counsel for the AHG, HoldCo and OpCo, regarding the Intercompany Transactions and the settlement of same. Katten attorneys also spent time assisting TopCo's Canadian counsel in connection with effectuating relief granted in connection with the Plan, Confirmation Order, and Canadian insolvency proceedings.

32.     Katten prepared multiple comprehensive, privileged reports for the Independent Director's review detailing Katten's finding and analyses regarding the Intercompany Transactions and related issues. Katten conducted meetings on a timely and consistent basis with the Independent Director to apprise the Independent Director of the foregoing.

### (b)     Adversary Proceedings, Contested Matters [Matter No. 3]

Total Fees Requested: $29,946.50
Total Hours: 26.90

33.     This Matter Category includes time spent by Katten attorneys during the Total Fee Period providing services related to adversary proceedings and contested matters. Katten attorneys conducted extensive factual and legal research regarding claims asserted by the AHG in the Complaint, and advising the Independent Director with respect to such claims. Katten attorneys also spent time discussing claims in the Complaint with the AHG and reviewing and responding to the AHG's written inquiries regarding the Complaint and issues implicated therein. Katten attorneys also spent time reviewing and analyzing pleadings and documents cited in the Complaint that were relevant to TopCo.

### (c)     Hearings [Matter No. 16]

Total Fees Requested: $136,631.50
Total Hours: 121.60

34.     This Matter Category includes time spent by Katten attorneys preparing for and attending hearings on behalf of TopCo, at the direction of the Independent Director, and discussing

13

with the Independent Director key issues arising out of such hearings with respect to matter relating

to the Intercompany Transactions and TopCo estate.

**(d)** **Retention and Fee Applications [Matter No. 20]**

Total Fees Requested: $128,743.50
Total Hours: 170.00

35.     This Matter Category includes time spent by Katten attorneys during the Fee Period

with respect to preparing monthly fee statements in accordance with the Interim Compensation

Order.  This preparation included, among other things, close review of time records to limit

disclosure of privileged and/or confidential information.  Katten attorneys also spent time

reviewing the potential parties in interest list received from the Debtors and necessary information

compiled from Katten professionals for purposes of preparing necessary disclosures in connection

with Katten's retention.

**Actual and Necessary Expenses Incurred by Katten**

36.     As set forth in **Exhibit I** attached hereto, and as summarized in **Exhibit F** attached

hereto, Katten seeks reimbursement of a total of $12,549.42 for expenses incurred on behalf of

TopCo, at the direction of the Independent Director, during the Total Fee Period.  These charges

are intended to reimburse Katten's direct operating costs, which are not incorporated into Katten's

hourly billing rates.  Katten charges external copying and computer research at the provider's cost

without markup.  Only clients who actually use services of the types set forth in **Exhibit I** of this

Fee Application are separately charged for such services.

**<u>Reasonable and Necessary Services Provided by Katten</u>**

**A.    Reasonable and Necessary Fees Incurred in Providing Services to TopCo, at the Direction of the Independent Director**

37.    The foregoing professional services provided by Katten for TopCo, at the direction of the Independent Director, during the Total Fee Period were reasonable, necessary, and appropriate.

38.    Many of the services performed by partners and associates of Katten were provided by Katten's Insolvency and Restructuring Practice.  Katten has a prominent practice in this area and enjoys a national reputation for its specialized expertise.  The attorneys at Katten have extensive experience acting as estate professionals in many large Chapter 11 cases.

39.    In addition, due to the facts and circumstances of these Chapter 11 Cases, attorneys from Katten's Litigation Practice were essential members of the Katten team representing TopCo, at the direction of the Independent Director.  Katten's Litigation Practice enjoys a national reputation for its skill and knowledge advising and advocating for its clients, who operate across the globe in virtually all market sectors.

**B.    Reasonable and Necessary Expenses Incurred in Providing Services to TopCo, at the Direction of the Independent Director**

40.    The complex issues in these Chapter 11 Cases necessitate extensive analysis and coordination among team members and require Katten attorneys and other employees to devote substantial time during the evenings and on weekends to perform services for TopCo, at the direction of the Independent Director.  These services were essential to meet deadlines and otherwise provide professional services on the necessary timetable.  Katten's regular practice is to not charge its clients for out-of-pocket disbursements incurred during the regular course of rendering legal services.

15

41.     The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances in Katten's representation of TopCo, at the direction of the Independent Director.  Specifically, Katten regularly reviews its bills to ensure that clients are billed only for services that were actual and necessary and, where appropriate, prorates expenses.  In that regard, Katten will voluntarily waive certain fees and reduce its expenses where appropriate.  Consequently, Katten does not seek payment of such fees or reimbursement of such expenses in the Fee Application.

## **Katten's Requested Compensation and Reimbursement Should be Allowed**

42.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including—
>
> (a)     the time spent on such services;
>
> (b)     the rates charged for such services;
>
> (c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

> (e)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* § 330(a)(3).

43.    Katten respectfully submits that the services for which it seeks compensation in this Fee Application were, at the time rendered, necessary for and beneficial to TopCo, at the direction of the Independent Director, and were rendered to protect and maximize the value of the TopCo estate.  Katten further believes that it performed the services for TopCo, at the direction of the Independent Director, economically, effectively and efficiently, and the results obtained benefited not only TopCo, but also TopCo's estate and constituents.  Katten further submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to TopCo, at the direction of the Independent Director.

44.    During the Total Fee Period, Katten's hourly billing rates for attorneys ranged from $570 to $1,755.  The hourly rates and corresponding rate structure utilized by Katten in these Chapter 11 Cases are equivalent to the hourly rates and corresponding rate structure used by Katten for restructuring, workout, bankruptcy, insolvency and comparable matters, and similar complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.  Katten strives to be efficient in the staffing of matters.  These rates and the rate structure reflect that such matters are typically national in scope and involve great complexity, high stakes and severe time pressures—all of which were present in these Chapter 11 Cases.

45.    Moreover, Katten's hourly rates are set at a level designed to compensate Katten fairly for the work of its attorneys and paraprofessionals and to cover certain fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals

assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

46.     In sum, Katten respectfully submits that the professional services provided by Katten on behalf of TopCo, at the direction of the Independent Director, during these Chapter 11 Cases were necessary and appropriate given the complexity of these Chapter 11 Cases, the time expended by Katten, the nature and extent of Katten's services provided, the value of Katten's services, and the cost of comparable services outside of bankruptcy, all of which are relevant factors set forth in section 330 of the Bankruptcy Code.  Accordingly, Katten respectfully submits that approval of the compensation sought herein is warranted and should be approved.

## Notice

47.     Katten has provided notice of this Fee Application to: (a) the entities on the Master Service List and (b) any person or entity with a particularized interest in the subject matter of the Fee Application.  A copy of this Fee Application is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager.  Katten respectfully submit that no other or further notice is necessary.

## No Prior Request

48.     No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, Katten respectfully requests that the Court enter an order (a) awarding Katten final compensation for professional and paraprofessional services rendered during the Total Fee Period in the amount of $1,407,514[5], and reimbursement of actual, reasonable and necessary expenses incurred in the Total Fee Period in the amount of $12,549.42; (b) authorizing and directing TopCo to remit payment to Katten for such fees and expenses; and (c) granting such other relief as is appropriate under the circumstances.

Dated:  June 30, 2023          /s/ Steven J. Reisman
        New York, NY           Steven J. Reisman, Esq.
                               Shaya Rochester, Esq.
                               **KATTEN MUCHIN ROSENMAN LLP**
                               50 Rockefeller Plaza
                               New York, NY 10020-1605
                               Telephone: (212) 940-8800
                               Email: sreisman@katten.com
                                         shaya.rochester@katten.com

                               *Special Counsel to Voyager Digital Ltd. at the*
                               *Direction of its Independent Director*

---

[5]    This number represents the aggregate amount of fees requested by Katten in the Total Fee Period (*i.e.,* $1,428,477.50) less a fee reduction of $20,963.50 made by Katten to resolve the Fee Examiner's comments.

**Exhibit A**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Reisman Verification**

Steven J. Reisman
Shaya Rochester
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
*Special Counsel to Voyager Digital Holdings Ltd.*
*at the Direction of its Independent Director*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**VERIFICATION OF STEVEN J. REISMAN IN SUPPORT OF SECOND INTERIM**
**AND FINAL FEE APPLICATION OF KATTEN MUCHIN ROSENMAN LLP,**
**SPECIAL COUNSEL TO VOYAGER DIGITAL LTD., AT THE DIRECTION OF**
**ITS INDEPENDENT DIRECTOR, FOR THE (I) INTERIM**
**FEE PERIOD FROM MARCH 1, 2023 THROUGH AND INCLUDING**
**MAY 19, 2023 AND (II) THE TOTAL FEE PERIOD FROM**
**NOVEMBER 11, 2022 THROUGH AND INCLUDING MAY 19, 2023**

I, Steven J. Reisman, hereby declare the following under penalty of perjury:

1.      I am a partner at the law firm of Katten Muchin Rosenman LLP ("Katten"), located

at 50 Rockefeller Plaza, New York, New York 10020.  I submit this verification in connection

with the *Second Interim and Final Fee Application of Katten Muchin Rosenman LLP, Special*

*Counsel to Voyager Digital, Ltd., at the Direction of its Independent Director, for the (I) Interim*

*Fee Period from March 1, 2023 Through and Including May 19, 2023 and (II) the Total Fee Period*

*from March 1, 2023 Through and Including May 19, 2023* ("Fee Application").  I am one of the

---

[1]     The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers, are
Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013).  The
location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

attorneys from Katten representing Voyager Digital, Ltd. ("TopCo") at the direction of its

Independent Director (the "Independent Director") in the above-captioned chapter 11 cases (these

"Chapter 11 Cases").

2.      I am a member in good standing of the Bar of the State of New York, and I have

been admitted to practice in the United States District Court for the Southern District of New York.

There are no disciplinary proceedings pending against me.

3.      I have personally performed many of the legal services rendered by Katten as

special counsel to TopCo at the direction of its Independent Director, and am familiar with the

work described in the Fee Application.

4.      The facts set forth in the Fee Application are true and correct to the best of my

knowledge, information and belief.

5.      In connection therewith, I certify that:

    a.      to the best of my knowledge, information, and belief, formed after
reasonable inquiry, the fees and disbursements sought in the Fee
Application are permissible under the relevant rules, court orders, and
Bankruptcy Code provisions;

    b.      the fees and disbursements sought in the Fee Application are billed at rates
customarily employed by Katten and generally accepted by Katten's clients.
In addition, none of the professionals seeking compensation varied their
hourly rate based on the geographic location of the Chapter 11 Cases;

    c.      Katten increased its hourly rates from those disclosed in the Retention
Application during the Total Fee Period, which rate increases were
approved by the client pursuant to Katten's engagement letter;

    d.      Katten is seeking compensation of approximately $24,094 in fees
(representing approximately 36 hours) for time spent during the Total Fee
Period reviewing and revising time records and redacting same for
privileged and confidential information;[2]

---

[2]      This work does not include reasonable fees for preparing this Fee Application.

e.      Katten did not make a profit on the expenses incurred during the Total Fee Period irrespective of whether the expense was incurred by Katten or a third party;

f.      in accordance with Bankruptcy Rule 2016(a) and section 504 of the Bankruptcy Code, no agreement or understanding exists between Katten and any other person for the sharing of compensation to be received in connection with the Chapter 11 Cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Rules; and

g.      all services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

6.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge, information and belief.

Dated: June 30, 2023                          */s/ Steven J. Reisman*
New York, NY                                  Partner
                                              Katten Muchin Rosenman LLP

3

## **Exhibit B**

***In re Voyager Digital Holdings, Inc.., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Retention Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KATTEN MUCHIN ROSENMAN LLP AS SPECIAL COUNSEL FOR DEBTOR VOYAGER DIGITAL LTD., ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTOR, EFFECTIVE AS OF NOVEMBER 11, 2022

Upon the application (the "Application")[2] of Voyager Digital Ltd., one of the above-captioned debtors and debtors in possession ("TopCo") for the entry of an order (this "Order") authorizing TopCo to retain and employ Katten Muchin Rosenman LLP ("Katten") as special counsel for TopCo, on behalf of and at the sole direction of Matthew D. Ray (the "Independent Director"), pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"); and the Court having reviewed the Application, the Declaration of Steven J. Reisman, a partner of Katten (the "Reisman Declaration"), and the declaration of Matthew D. Ray, Independent Director for Voyager Digital Ltd. (the "Ray Declaration" and, together with the Reisman Declaration, the "Declarations"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, entered February 1, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Application is in the best interests of TopCo's estate, its creditors, and other parties in interest; and this Court having found that TopCo's notice of the Application and opportunity for a hearing on the Application were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      TopCo is authorized pursuant to 327(a) and 328 of the Bankruptcy Code to retain and employ Katten as of November 11, 2022 as special counsel, on behalf of and at the sole direction of the Independent Director, to advise the Independent Director in connection with investigating certain historical transactions between TopCo and certain of its subsidiaries, in accordance with the terms and conditions set forth in the Application and in the Engagement Letter attached hereto as **Exhibit 1**.

3.      Katten shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with TopCo's chapter 11 case in compliance

with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy

Rules, Local Rules, and any other applicable procedures and orders of the Court.

4.      Notwithstanding anything to the contrary in the Application, the Engagement

Letter, or the Declarations attached to the Application, the reimbursement provisions allowing the

reimbursement of fees and expenses incurred in connection with participating in, preparing for, or

responding to any action, claim, suit, or proceeding brought by or against any party that relates to

the legal services provided under the Engagement Letter and fees for defending any objection to

Katten's fee applications under the Bankruptcy Code are not approved pending further order of

the Court.

5.      Katten shall not charge a markup to TopCo with respect to fees billed by contract

attorneys who are hired by Katten to provide services to TopCo and shall ensure that any such

contract attorneys are subject to conflict checks and disclosures in accordance with the

requirements of the Bankruptcy Code and Bankruptcy Rules.

6.      Katten shall provide ten-business-days' notice to TopCo, the U.S. Trustee, and the

Committee before any increases in the rates set forth in the Application or the Engagement Letter

are implemented and shall file such notice with the Court.  The U.S. Trustee retains all rights to

object to any rate increase on all grounds, including the reasonableness standard set forth in section

330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant

to section 330 of the Bankruptcy Code.

7.      TopCo and Katten are authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order in accordance with the Application.

8.      Katten shall use its reasonable best efforts to avoid any duplication of services

provided by any of Debtors' other retained professionals in these chapter 11 cases.

9.      Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

10.     To the extent the Application, the Reisman Declaration, the Ray Declaration, or the Engagement Letter is inconsistent with this Order, the terms of this Order shall govern.

11.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: January 25, 2023

                                 s/Michael E. Wiles
                                 THE HONORABLE MICHAEL E. WILES
                                 UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

**Engagement Letter**

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

**STEVEN J. REISMAN**
sreisman@katten.com
212.940.8700 direct

Dated as of November 11, 2022

*VIA EMAIL: mray@pppllc.com*

Matthew Ray
Independent Director of
Voyager Digital Ltd.
Portage Point Partners
300 North LaSalle, Suite 1420
Chicago, Illinois  60654

Re:  **Engagement Agreement**

Dear Mr. Ray:

We are pleased to confirm the engagement of Katten Muchin Rosenman LLP (the "Firm") to act as special counsel to Voyager Digital Ltd. ("Voyager Ltd." or "you" or "Client" or "Company") to render independent services at the sole direction of Matthew Ray in his capacity as the independent director of Voyager Ltd. (the "Independent Director"), in connection with (a) investigating certain transactions between the Company and certain of its subsidiaries, and (b) the Chapter 11 cases of *Voyager Digital Holdings, Inc.* and its debtor affiliates (collectively, the "Debtors") jointly administered at Bankruptcy Case No: 22-10943, pending before the Honorable Judge Michael E. Wiles in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") as it relates to the preceding clause (a) (collectively, the "Matter").  To the extent the Client requests and the Firm agrees to provide additional services, the terms and scope of such services will be set forth in an addendum to this Engagement Agreement.

This letter and the enclosed Terms of Engagement, which contains a provision on conflicts of interest, describe the basis on which the Firm will provide legal services to the Client.

The Company has agreed to be responsible to the Firm for all reasonable legal fees and expenses incurred in this Matter as described in this engagement agreement. This undertaking by the Company is made with the express understanding that the sole professional obligation of myself and the Firm is to the Client at the sole direction of the Independent Director.  The Firm is not required to disclose any legal strategy, theory, plan of action, or the like to the Company, and the payment of legal fees by the Company to the Firm in no way depends upon such disclosure.

# Katten

Matthew Ray
Dated as of November 11, 2022
Page 2

Notwithstanding anything contained herein, the the parties hereto agree that the Firm shall have a professional relationship with the Independent Director as a result of the rendering of legal services by us in connection with the matter, and the Independent Director shall control any attorney-client, work product, or other privilege belonging to the Company in connection with the Firm's work or privileged communications on the Matter.

Nevertheless, certain confidential communications between the Firm and counsel for the Debtors may, with the Independent Director's consent, occur. These confidential communications will be subject to any and all applicable privileges, to the extent provided under law and agreed upon by the Firm and counsel for the Debtors. Once again, however, the payment of legal fees and expenses under this agreement is neither conditioned upon nor dependent upon the Firm's cooperation with counsel for the Debtors or any other party.

On a monthly basis, the Firm will send a detailed invoice to the Client providing a fulsome description for all timekeeper entries and a summary of work performed during the billing period. The Firm will apply for compensation for professional services rendered and reimbursement of expenses incurred in this matter in compliance with 11 U.S.C. §§ 330 and 331 and applicable provisions of the Federal Rules of Bankruptcy Procedure, the local rules of the Bankruptcy Court, the Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief [Docket No. 236], and any other applicable procedures and orders of the Bankruptcy Court.

I will be the lawyer at the firm with the primary responsibility for the Matter and understand that it is your expectation, as well as my own intention, that I be involved in managing all aspects of this engagement. I will be assisted by Shaya Rochester, and such other partners, associates, and other members of the Firm as appropriate. As indicated in the Terms of Engagement, our fees are based upon our hourly rates unless otherwise noted herein.

I understand that Voyager Digital Holdings, Inc. has engaged Kirkland & Ellis LLP ("K&E") as general chapter 11 counsel to the Debtors, including the Company. The services rendered and functions performed by the Firm will not be duplicative of work performed by K&E or any other law firm retained by the Company.

Please review the Terms of Engagement (which immediately follow the signature page), with the assistance of independent counsel if you wish, and let me know if you have any questions about them. If all the terms are satisfactory, please indicate your consent by signing this letter and returning it to me. However, your continuing instructions in this matter will amount to your acceptance of the terms of this letter, including the Terms of Engagement (collectively, the "Terms"). All parties to this agreement agree that a digital signature shall be effective to prove each party's agreement to the Terms. Furthermore, the parties agree that the Terms may be proven

# Katten

Matthew Ray
Dated as of November 11, 2022
Page 3

through an electronic copy in digital format, and that no "original" hard-copy document need be retained to prove the Terms.

A schedule of the Firm's standard hourly rates is attached as <u>Exhibit A</u>. The Firm's disbursements that are billed on a per-unit basis are attached as <u>Exhibit B</u>. The Firm's wiring instructions are attached as <u>Exhibit C</u>, and the Firm's W-9 Taxpayer Certification is attached as <u>Exhibit D</u>.

Thank you for allowing us the privilege of this representation. We value and appreciate the trust and confidence you have placed in us and we assure you we will do our best to see that your expectations are satisfied.

My best.

Sincerely,

*/s/ Steven J. Reisman*

Steven J. Reisman

w/attachments

cc:    Joshua A. Sussberg, P.C. (w/attachments, via email: joshua.sussberg@kirkland.com)
       Christine A. Okike, P.C. (w/attachments, via email: christine.okike@kirkland.com)
           (Kirkland & Ellis LLP)
       Shaya Rochester, Esq. (w/attachments, via email: srochester@katten.com)
           (Katten Muchin Rosenman LLP)

**Katten**

Matthew Ray
Dated as of November 11, 2022
Page 4


This letter and the Terms of Engagement are agreed to:

**MATTHEW RAY**
**INDEPENDENT DIRECTOR OF**
**VOYAGER DIGITAL LTD.**


By: _____

Name: Matthew Ray
Title:   Independent Director
          Dated as of November 11, 2022

# Katten

Matthew Ray
Dated as of November 11, 2022
Page 5

Acknowledged and agreed to:

**VOYAGER DIGITAL LTD, a Canadian Limited Company**

By: _____

Name: David Brosgol

Title: General Counsel

139EC73A2D4F474...

Dated as of November 9, 2022

# KATTEN MUCHIN ROSENMAN LLP
## TERMS OF ENGAGEMENT

The information below describes the terms that apply to the legal services provided for you by Katten Muchin Rosenman LLP (the "Firm"). We encourage you to discuss any of these Terms with us at any time. If modifications to the Terms are needed, you should discuss that with us so that agreement on changes can be reached and reduced to writing. All references to "you" or "your" means only the client or clients identified in our engagement letter. **Individuals or entities that are related to or affiliated with you, such as partners, officers, directors, stockholders, parent companies, related companies, or family members, are not clients, unless we otherwise agree in writing.**

**I.       Scope of Representation.** The scope of the work we will do for you is limited to the description stated in our engagement letter. Any changes or additions to the scope of our work, which we would be pleased to consider, must be agreed to and memorialized by letter or email. Unless that description states otherwise, **our engagement does not include responsibility for:** (1) review of your insurance policies to determine the possibility of coverage for our fees and costs or for the claim asserted against you, (2) notification of your insurance carriers about a matter, (3) advice to you about your disclosure obligations concerning a matter under the federal securities laws or any other applicable law, or (4) advice to you about tax issues that relate to a matter. If we agree to represent you in additional matters, we will do so in writing by letter or email, and the Terms of our engagement will remain the same for these additional matters unless changed by agreement in writing.

Additionally, if in response to your request or by requirement of lawful process we: testify; gather and/or produce documents; respond to document hold or production requests; or respond to any other requests in connection with possible, threatened or actual proceedings commenced by third parties that relate to our representation of you, you agree to pay us our reasonable fees and costs incurred.

**II.      Staffing.** Steven J. Reisman will have the primary responsibility for our relationship. We assign additional lawyers and other personnel when needed based upon the type of work and the appropriate experience level required.

**III.     Client Responsibilities.** You agree to use best efforts to provide us with all information that we believe is necessary or appropriate to fulfill our professional responsibilities in this matter and to cooperate with us in matters such as fact investigation, preparation of pleadings, discovery responses, settlement conferences, etc. You will designate one or more persons to give us instructions and authority to receive our requests and inquiries. You further agree that without our express written consent, you will not use our name or the fact of your engagement of us in any form of advertising or solicitation of business.

**IV.      Financial Arrangements.**

      A.       Fees and Expenses. Our fees are based primarily upon the hourly rates of our lawyers and other personnel in effect when the services are performed. These rates change periodically based upon economic factors and the experience level of our personnel. We

are affiliated with Katten Muchin Rosenman UK LLP of London, England, and if we obtain advice or services on your behalf from that firm, we will include their time and expenses on our bill.

Expenses include items such as consultants, experts, filing fees, court reporting fees, travel costs, overnight or other special mail services, messenger services, photocopies, long distance telephone, outgoing faxes, research service charges (e.g., LEXIS), secretarial and other staff overtime charges (when required to meet the needs of the matter), and other special services such as document imaging. Certain of these charges are adjusted to include administrative and overhead expenses incurred by the Firm to provide the billed service. With respect to costs incurred and payable to third parties, such as court reporters or experts, it is our usual policy to forward those bills to you for payment directly to the third party, and you agree to pay those fees directly to the provider. As an accommodation to you, however, we may advance those costs on your behalf and include them in our monthly bills. Some large disbursements may be forwarded to you for direct payment. Some charges may not be in the system at the time of monthly billing and will appear on a later bill.

B.    _Fee Deposits_.  Intentionally omitted.

C.    _Billing and Payment_.  We generally forward our statements monthly; however, we may request payment more frequently, such as on a weekly or bi-weekly basis. The statements will include a brief description of the work performed, the date the work was performed, the time required to do the work, and the expenses incurred. Payment is due within 20 days of mailing of our invoice. We reserve the right to terminate our representation of clients who do not pay promptly. We do not and cannot guarantee the outcome of any matter, and payment of our fees and disbursements is not conditioned on any particular outcome.

**V.    Electronic Communication.**    The use of email can be an efficient means of communication, and we use it often in communicating with clients. Some clients also use instant messaging as a means of communication. However, these electronic communications can be delayed or blocked (for example, by anti-spam software) or otherwise not transmitted. You must not assume that an email or instant message sent to us was actually opened and read by us unless you receive a non-automated reply message indicating that we have read your message.

**VI.    Responses to Auditors' Inquiries.**    We are frequently asked to provide information to auditing firms regarding client legal matters and we respond to those inquiries with the same level of care and professionalism used to handle the client's other legal work. We will accordingly charge for those services at the same rates. When you make a written request that we provide information to an auditing firm, we will deem your request to be your consent for us to disclose the requested information on your behalf. Additionally, when an auditing firm makes a written request for information on your behalf, that request will be deemed to be your consent for us to disclose that information to the auditing firm.

**VII.    Conflicts of Interest Issues.**    As you know, we are a large general services law firm with many clients and with offices located in Charlotte, North Carolina; Chicago, Illinois; Dallas,

Texas; Los Angeles, California (Century City and Downtown); New York, New York; Orange County, California; Washington D.C.; and Shanghai, China, and we have an affiliate in London, England. It is possible that, during the course of our engagement, an existing or future client may seek to hire the Firm in connection with an actual or potential transaction or pending or potential litigation or other dispute resolution proceeding in which such other client's interests are or potentially may become adverse to your interests.

Because the duty of loyalty would otherwise prevent the Firm from being adverse to a current client, rules of professional conduct prevent the Firm from accepting such engagements during the Firm's representation of you absent informed consent by you and the waiver of the duty of loyalty. Notwithstanding any affirmative consent and waiver, the Firm will not undertake any such representation unless we first reasonably determine that we will be able to provide competent and diligent representation to both of the affected clients. We also will continue to maintain the confidentiality of the confidential information you provide to us in the course of the Firm's engagement by you, and will not use such information for any purpose except for the benefit of, and on behalf of, you without your written consent.

Potential adverse consequences may result from the Firm's representing parties that are adverse to you. These may include a perception that the Firm's loyalty and independence of judgment with respect to you are impaired. Also, the Firm's representation of parties adverse to you may come at a time when it would harm your interests to terminate the services of the Firm, or after expenditures of fees and costs to the Firm that might need to be replicated by new counsel. The Firm encourages you to have this conflicts waiver reviewed by independent counsel acting on your behalf before agreeing to these Terms of Engagement.

Further, in the course of our representation of you, it may be necessary for our lawyers to analyze or address their professional duties or responsibilities or those of the Firm, and to consult with the Firm's General Counsel, Deputy General Counsel, Conflicts Counsel, or other lawyers in doing so. To the extent we are addressing our duties, obligations or responsibilities to you in those consultations, it is possible that a conflict of interest might be deemed to exist as between our Firm and you. As a condition of this engagement, you waive any conflict of interest that might be deemed to arise out of any such consultations. You further agree that these consultations are protected from disclosure by the Firm's attorney-client privilege. Nothing in the foregoing shall diminish or otherwise affect our obligation to keep you informed of material developments in your representation, including any conclusions arising out of such consultations to the extent that they affect your interests.

**VIII.** **Arbitration of Disputes.** At the prior request of the United States Trustee in other cases, this paragraph has been removed.

**IX.** **Conclusion of Representation.** Our representation of you will terminate when we send you our final statement for services rendered in this matter. We may also terminate our representation for any reason consistent with rules of professional responsibility, including conflicts of interest or your failure to pay our fees and expenses. Our representation may also be terminated upon your request. Following termination, any nonpublic information you have supplied to us which is retained by us will be kept confidential in accordance with applicable rules of professional responsibility. Once our representation is concluded, we will not be obligated to

take any steps such as keeping track of deadlines, filing papers, pursuing appeals, or monitoring or advising you about changes in the law or circumstances that might bear upon the concluded matter.

**X.**   **Disposition of Client Files.**   Upon conclusion of your representation, we may return to you your original papers, documents and/or other property that you provided to the Firm during our engagement. You agree to accept the return of such documents and/or property. If you so request, we will also provide to you, at your expense, copies or originals of your complete file. We reserve the right to make, at our expense, copies of all documents generated or received by us in the course of our representation of you. The Firm will not provide copies or originals of the Firm Administrative or Matter Administration files pertaining to the matter, which will be retained by the Firm. All such documents retained by the Firm, including client files (including any original documents and/or property that we attempted unsuccessfully to return to you) and Firm Administrative or Matter Administration files, will be transferred to the person responsible for administering our records retention program. For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any documents or other materials retained by us within a reasonable time, but not less than seven (7) years after the matter is closed. We will not destroy, discard or otherwise dispose of any such documents without first providing you with thirty (30) days' prior written notice.

## EXHIBIT A

### RATES

| PROFESSIONALS | STANDARD RANGE |
|---|---|
| Partner | $835 - $1,795 |
| Associate | $300 - $935 |
| Counsel and Special Staff | $460 - $1,230 |
| Of Counsel | $735 - $1,440 |
| Paralegal | $90 - $650 |

### EXHIBIT B

### PER UNIT EXPENSES

| DESCRIPTION | COST PER PAGE |
|---|---|
| Fax | $1.60 |
| Photocopy Costs | $  .20 |
| Photocopy – Wide Format | $1.00 |
| Color Printing / Copies | $  .25 |

**Exhibit C**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Budget and Staffing Plan**

*In re Voyager Digital Holdings, Inc., et al.*
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Budget and Staffing Plan**

Date Retention Approved:  January 25, 2023 effective as of November 11, 2022

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|
| Retention and Fee Applications | 235 | $    200,000 |
| Disclosure Statement, Plan, Confirmation | 880 | 920,000 |
| Hearings | 340 | 360,000 |
| Adversary Proceedings, Contested Matters | 685 | 805,000 |
| **TOTAL** | **2,140** | **$ 2,285,000** |

**Staffing Plan for the Period**

| Category of Timekeeper | Estimated Number of Timekeepers Expected to Work on the Matter During the Budget Period | Estimated Average Hourly Rate |
|---|---|---|
| Partner | 4 | $ 1,317 |
| Associate | 3 | 778 |
| Paraprofessional | 1 | 410 |
| **Total** | **8** | **$ 1,001** |

**Exhibit D**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Voluntary Rate Disclosures**

*In re Voyager Digital Holdings, Inc., et al.*
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Voluntary Rate Disclosures**

The blended hourly rate for Katten timekeepers in Katten's New York and Chicago offices (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the period beginning on November 1, 2022 and ending on May 31, 2023 (the "Comparable Period") was, in the aggregate, approximately $1,003 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

The blended hourly rate for all Katten timekeepers (including both professionals and paraprofessionals) who billed to TopCo during the Fee Period was approximately $1,114 per hour (the "Voyager Blended Hourly Rate").[3]

| Position at Katten | Voyager Blended Hourly Rate for this Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partner | $1,328 | $1,270 |
| Counsel | N/A | N/A |
| Associate | 791 | 811 |
| Paralegal | 408 | 455 |
| **Total Combined Blended Rate[4]** | **$1,114** | **$1,003** |

---

[1] It is the nature of Katten's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Katten's Insolvency and Restructuring Practice. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Katten's domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters may include time billed by Katten domestic timekeepers who work primarily within Katten's Insolvency and Restructuring Practice.

[2] Katten calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount billed* by Katten timekeepers in the New York and Chicago offices to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Katten timekeepers in the New York and Chicago offices to the Non-Bankruptcy Matters during the Comparable Period.

[3] Katten calculated the blended rate for timekeepers who billed to TopCo by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

[4] The Voyager Blended Hourly Rate for this Fee Application is greater than the Non-Bankruptcy Blended Hourly Rate because these Chapter 11 Cases involve unique and highly complex issues, requiring the attention of more senior attorneys in various practice groups with higher billing rates

**Exhibit E**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Attorneys' and Paraprofessionals' Information**
**for the Fee Period of November 11, 2022 Through and Including May 19, 2023**

*In re Voyager Digital Holdings, Inc., et al.*
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Attorneys' and Paraprofessionals' Information
for the Fee Period of November 11, 2022 Through and Including May 19, 2023**

**<u>Attorneys</u>**

| Attorney | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Steven Reisman | Partner (NYC) | NY - 1991 | Restructuring | 2022 - $1,585<br>2023 -  1,755 | 15.70<br>163.50 | $    24,884.50<br>286,942.50 |
| Shaya Rochester | Partner (NYC) | NY - 2003 | Restructuring | 2022 -  1,285<br>2023 -  1,425 | 38.40<br>257.70 | 49,344.00<br>367,222.50 |
| Julia Mosse | Partner (NYC) | NY - 2010 | Litigation | 2022 -    N/A<br>2023 -  1,050 | 248.60 | 261,030.00 |
| Johnjerica Hodge | Partner (DC) | TX - 2013<br>DC - 2017 | Litigation | 2022 -    N/A<br>2023 -  1,040 | 94.70 | 98,488.00 |
| Ashley Chase | Associate (NYC) | NY - 2016 | Restructuring | 2022 -    910<br>2023 -    N/A | 7.30 | 6,643.00 |
| Ethan Trotz | Associate (CHI) | IL - 2018 | Restructuring | 2022 -    715<br>2023 -    815 | 24.90<br>245.50 | 17,803.50<br>200,082.50 |
| Jesse Kitnick | Associate (NYC) | NY - 2020 | Restructuring | 2022 -    N/A<br>2023 -    775 | 5.00 | 3,875.00 |
| Ally Jordan | Associate (DC) | CT - 2021<br>DC - 2022 | Litigation | 2022 -    N/A<br>2023 -    765 | 66.80 | 51,102.00 |
| Kenneth Hebeisen | Associate (CHI) | IL - 2021 | Restructuring | 2022 -    655<br>2023 -    N/A | 7.30 | 4,781.50 |
| Robin Evans | Associate (CHI) | IL - 2021<br>IA - 2021 | Restructuring | 2022 -    570<br>2023 -    755 | 3.00<br>35.50 | 1,710.00<br>26,802.50 |
| **Totals for Attorneys** | | | | | **1,213.90** | **$ 1,400,711.50** |

**PARAPROFESSIONALS**

| Paraprofessional | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Marie Siena | Paraprofessional (NYC) | Restructuring | 2022 -   $380<br>2023 -    410 | 3.80<br>64.20 | $      1,444.00<br>26,322.00 |
| **Totals for Paraprofessionals** | | | | **68.00** | **$    27,766.00** |

| **Total for Attorneys and Paraprofessionals**[1] | | | | **1,281.90** | **$ 1,428,477.50**[2] |
|---|---|---|---|---|---|

---

[1]   As a courtesy to the Debtors' estates, during the Total Fee Period, Katten voluntarily wrote off the time of timekeepers billing under three hours in any month, which resulted in a total write-off of $10,570.50.

[2]   This amount does not reflect the fee reduction of $20,963.50 made by Katten to resolve the Fee Examiner's comments.

**Exhibit F**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Summary of Actual and Necessary Expenses**
**for the Fee Period of November 11, 2022 Through and Including May 19, 2023**

*In re Voyager Digital Holdings, Inc., et al.*
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Summary of Actual and Necessary Expenses
for the Fee Period of November 11, 2023 Through and Including May 19, 2023**

| Expenses by Category | Amount |
| --- | --- |
| Binding / Color Printing | $  1,678.00 |
| Filing Fees / Court Costs | 1,520.80 |
| Legal Research | 9,286.55 |
| Postage and Courier | 61.28 |
| Service Fees | 2.79 |
| **Total[1]** | **$ 12,549.42** |

---

[1]   As a courtesy to the Debtors' estates, during the Total Fee Period, Katten voluntarily wrote off $64.10 in expenses.

**<u>Exhibit G</u>**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Summary of Total Fees and Expenses by Project Category**
**for the Fee Period of November 11, 2022 Through and Including May 19, 2023**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Summary of Total Fees and Expenses by Project Category**
**for the Fee Period of November 11, 2022 Through and Including May 19, 2023**

| Matter Number | Matter Description | Hours | Amount | Expenses | Total Compensation |
|---|---|---|---|---|---|
| 3 | Adversary Proceeding and Contested Matters | 26.90 | $    29,946.50 | | $    29,946.50 |
| 16 | Hearings | 121.60 | 136,631.50 | | 136,631.50 |
| 18 | Disclosure Statement, Plan, Confirmation | 963.40 | 1,133,156.00 | | 1,133,156.00 |
| 20 | Retention and Fee Matters | 170.00 | 128,743.50 | | 128,743.50 |
| 24 | Expenses | | | $ 12,549.42 | 12,549.42 |
| **Totals[1]** | | **1,281.90** | **$ 1,428,477.50** | **$ 12,549.42** | **$ 1,441,026.92** |

---

[1]    As a courtesy to the Debtors' estates, during the Total Fee Period, Katten voluntarily wrote off the time of timekeepers billing under three hours in any month, and expenses in the amount of $64.10, which resulted in a total write-off of $10,634.60.  In addition, the amounts in this Exhibit do not reflect the fee reduction of $20,963.50 made by Katten to resolve the Fee Examiner's comments.

## Exhibit H

### *In re Voyager Digital Holdings, Inc., et al.*
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Summary of Fees Budgeted and Fees Incurred by Matter**

*In re Voyager Digital Holdings, Inc., et al.*
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Summary of Fees Budgeted and Fees Incurred by Matter**

| Matter Number | Matter Description | Hours | | Fees | |
|---|---|---|---|---|---|
| | | Budget | Billed | Budget | Billed |
| 3 | Adversary Proceedings, Contested Matters | 685 | 26.9 | $  805,000 | $      29,946.50 |
| 16 | Hearings | 340 | 121.6 | 360,000 | 136,631.50 |
| 18 | Disclosure Statement, Plan, Confirmation | 880 | 963.4 | 920,000 | 1,133,156.00 |
| 20 | Retention and Fee Applications | 235 | 170.0 | 200,000 | 128,743.50 |
| **Total** | | **2,140** | **1,281.9** | **$ 2,285,000** | **$ 1,428,477.50**[1] |

---

[1]   This amount does not reflect the fee reduction of $20,963.50 made to resolve the Fee Examiner's comments.

**Exhibit I**

***In re Voyager Digital Holdings, Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Detailed Description of Fees, Expenses and Disbursements
for the Fee Period of November 11, 2022 Through May 19, 2023**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
[www.katten.com](http://www.katten.com)

March 03, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00003 |
| Invoice #: | 9020116347 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE:  Adversary Proceeding and Contested Matters

For Professional Services Rendered Through November 30, 2022

Fees Total....................................................................................................................................... 25,903.50
**Total Amount Due** .................................................................................................................. **25,903.50**    **USD**

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:                398573.00003
Invoice #:             9020116347                                                      March 03, 2023
Invoice Due Date:   Payable Upon Receipt

---

RE:  Adversary Proceeding and Contested Matters

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/11/2022 | Trotz, Ethan | Review equity group complaint (.40); review equity group filings (1.30) | 1.70 |
| 11/11/2022 | Rochester, Shaya | Analyze complaint filed by Ad Hoc Equity Committee (.90); emails with E. Trotz regarding complaint (.30); call with S. Reisman regarding agenda for call with lead Debtor counsel and Complaint (.30) | 1.50 |
| 11/14/2022 | Trotz, Ethan | Call with S. Rochester regarding research regarding complaint (.20); research issues regarding complaint (1.30) | 1.50 |
| 11/14/2022 | Rochester, Shaya | Prepare summary of Complaint filed by Ad Hoc Committee of Equity Holders (1.20); revise summary of Complaint based on call with S. Reisman (.20); call with J. Hall regarding Complaint filed by Ad Hoc Committee of Equity Holders (.40); call with E. Trotz regarding Complaint (.20); call with S. Reisman regarding litigation matters (.30) | 2.30 |
| 11/14/2022 | Reisman, Steven | Follow up call with S. Rochester regarding litigation matters (.30); call with J. Hall regarding litigation matters (.10); review summary of complaint filed by Ad Hoc Committee of Equity Holders related to validity of intercompany debt (1.40) | 1.80 |
| 11/15/2022 | Rochester, Shaya | Analyze claims asserted in Complaint filed by Ad Hoc Equity Committee (2.70) | 2.70 |
| 11/21/2022 | Reisman, Steven | Review materials regarding claims asserted in Ad Hoc Committee complaint (.70) | 0.70 |
| 11/30/2022 | Chase, Ashley | Call with S. Rochester regarding litigation matters research (.20); review research from E. Trotz regarding timeliness of litigation matters (1.20); conduct research regarding litigation matters (3.70); read Ad Hoc Equity complaint (1.40); emails among Katten regarding litigation matters research (.80) | 7.30 |
| 11/30/2022 | Trotz, Ethan | Research issues regarding equity group complaint (.80); prepare summary of research (.20); emails with A. Chase regarding research (.20) | 1.20 |
| 11/30/2022 | Rochester, Shaya | Review issues regarding litigation matters (1.40); call with A. Chase regarding litigation matters research (.20) | 1.60 |
| 11/30/2022 | Reisman, Steven | Review issues related to litigation matters (1.10) | 1.10 |
| | | **Total Hours :** | **23.40** |

| Matter: | 398573.00003 | |
|---|---|---|
| Invoice #: | 9020116347 | March 03, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 3.60 | 1,585.00 | 5,706.00 |
| Rochester, Shaya | 8.10 | 1,285.00 | 10,408.50 |
| Chase, Ashley | 7.30 | 910.00 | 6,643.00 |
| Trotz, Ethan | 4.40 | 715.00 | 3,146.00 |
| **Sub Total :** | **23.40** | **Sub Total :** | **25,903.50** |
| **Total Hours :** | **23.40** | **Total Fees** | **25,903.50    USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 03, 2023

**Matthew Ray, Independent Director of**
**Voyager Digital Ltd.**
██████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00016 |
| Invoice #: | 9020116327 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Hearings

For Professional Services Rendered Through November 30, 2022

| | | |
|---|---|---|
| Fees Total................................................................................................................... | 2,463.00 | |
| **Total Amount Due** ................................................................................................. | **2,463.00** | **USD** |

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:              398573.00016
Invoice #:           9020116327                                    March 03, 2023
Invoice Due Date:    Payable Upon Receipt

---

RE:  Hearings

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 11/13/2022 | Rochester, Shaya | Review issues regarding upcoming hearings (.20) | 0.20 |
| 11/15/2022 | Trotz, Ethan | Attend hearing (.80); emails with S. Rochester regarding hearing (.30); prepare summary of hearing (.20) | 1.30 |
| 11/15/2022 | Rochester, Shaya | Attend Voyager hearing (partial) (.50) | 0.50 |
| 11/15/2022 | Reisman, Steven | Review summary regarding today's hearing, case status and follow up (.40) | 0.40 |
| | | **Total Hours :** | **2.40** |

| Matter: | 398573.00016 | |
|---|---|---|
| Invoice #: | 9020116327 | |
| Invoice Due Date: | Payable Upon Receipt | |

March 03, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 0.40 | 1,585.00 | 634.00 |
| Rochester, Shaya | 0.70 | 1,285.00 | 899.50 |
| Trotz, Ethan | 1.30 | 715.00 | 929.50 |
| | | | |
| **Sub Total :** | **2.40** | **Sub Total :** | **2,463.00** |
| **Total Hours :** | **2.40** | **Total Fees** | **2,463.00    USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 03, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
████████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00018 |
| Invoice #: | 9020116346 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Disclosure Statement, Plan, Confirmation

For Professional Services Rendered Through November 30, 2022

| | | |
|---|---|---|
| Fees Total........................................................................................................................... | 32,841.00 | |
| **Total Amount Due** ......................................................................................................... | **32,841.00** | **USD** |

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

| | | |
|---|---|---|
| Matter: | 398573.00018 | |
| Invoice #: | 9020116346 | |
| Invoice Due Date: | Payable Upon Receipt | March 03, 2023 |

RE:  Disclosure Statement, Plan, Confirmation

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/11/2022 | Trotz, Ethan | Review docket in Voyager for pleadings regarding claims (.20); call with lead Debtor counsel (A. Smith) regarding case update (.40); follow up call with S. Rochester regarding call with lead Debtor counsel (.40); prepare summary of claims at issue (.90) | 1.90 |
| 11/11/2022 | Rochester, Shaya | Continue review of loan documents (.40); continue review of analysis of intercompany transactions (.40); draft agenda for call with lead Debtor counsel (A. Smith) (.30); call with lead Debtor counsel regarding current status of case (.40); follow-up call with E. Trotz regarding call with lead Debtor counsel (.40) | 1.90 |
| 11/12/2022 | Rochester, Shaya | Continue review of loan documents (.20); continue to review analysis of intercompany transactions (.20) | 0.40 |
| 11/13/2022 | Trotz, Ethan | Prepare document and information request (1.70); review draft responses to discovery requests (.40); emails with S. Rochester regarding discovery requests (.20) | 2.30 |
| 11/13/2022 | Rochester, Shaya | Revise information and diligence request (.80); review draft Response and Objections to Request for Documents served by Ad Hoc Equity Group (.40) | 1.20 |
| 11/13/2022 | Reisman, Steven | Review information and diligence request for documentation (.80) | 0.80 |
| 11/14/2022 | Trotz, Ethan | Draft presentation summarizing intercompany claims (3.10); emails with S. Rochester regarding presentation (.20) | 3.30 |
| 11/14/2022 | Rochester, Shaya | Revise Information and Documentation Request List (1.90); call with S. Reisman regarding Information and Documentation Request List (.20); revise Information and Documentation Request List based on call with S. Reisman (.30) | 2.40 |
| 11/14/2022 | Reisman, Steven | Call with S. Rochester regarding information and document request list (.20); provide comments regarding information and documentation request list (.50); review information and document request list (.30) | 1.00 |
| 11/15/2022 | Trotz, Ethan | Attend Katten pre-call before call with clients (.50); review MOR in connection with review of intercompany claims (.20) | 0.70 |
| 11/15/2022 | Rochester, Shaya | Prepare for call with client (.50); prepare agenda for call with client (.30); prepare for call with client (.60); attend Katten pre-call before call with client (.50); attend call with client (.50); finalize Information and Diligence Request list (.30) | 2.70 |
| 11/15/2022 | Reisman, Steven | Review materials in preparation for call with client (1.20); attend Katten pre-call before call with client (.50); participate in call with client (M. Ray) regarding strategy and next steps (.50); obtain sign off on documentation and information requests list (.20) | 2.40 |
| 11/18/2022 | Trotz, Ethan | Call with S. Rochester regarding document review (.20); review document production from Debtors (1.00) | 1.20 |
| 11/18/2022 | Rochester, Shaya | Review document production from Debtors (2.20); call with E. Trotz regarding document review (.20) | 2.40 |
| 11/18/2022 | Reisman, Steven | Review materials produced to M. Ray as Independent Director in connection with intercompany claims analysis (.70); follow up emails with S. Rochester regarding matters related to document production, status and strategy (.30) | 1.00 |
| 11/20/2022 | Trotz, Ethan | Review updated schedules in connection with review of intercompany claims (.30); update intercompany claims analysis (.40) | 0.70 |

**Katten**

Matter:            398573.00018
Invoice #:         9020116346                                    March 03, 2023
Invoice Due Date:  Payable Upon Receipt

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/21/2022 | Rochester, Shaya | Review additional documents produced by Debtors (.40) | 0.40 |
| 11/22/2022 | Rochester, Shaya | Review document production (.90); emails with E. Trotz regarding document review (.20) | 1.10 |
| 11/28/2022 | Rochester, Shaya | Meet and confer with Debtors' counsel regarding Information and Documentation request to Debtors (.30) | 0.30 |
| 11/29/2022 | Trotz, Ethan | Update intercompany claims analysis (1.20) | 1.30 |
| | | **Total Hours :** | **29.40** |

Matter:          398573.00018
Invoice #:       9020116346
Invoice Due Date:  Payable Upon Receipt

March 03, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Reisman, Steven | 5.20 | 1,585.00 | 8,242.00 |
| Rochester, Shaya | 12.80 | 1,285.00 | 16,448.00 |
| Trotz, Ethan | 11.40 | 715.00 | 8,151.00 |
| **Sub Total :** | **29.40** | **Sub Total :** | **32,841.00** |
| **Total Hours :** | **29.40** | **Total Fees** | **32,841.00   USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 03, 2023

**Matthew Ray, Independent Director of**
**Voyager Digital Ltd.**

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00020 |
| Invoice #: | 9020116345 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Retention and Fee Matters

For Professional Services Rendered Through November 30, 2022

| | | |
|---|---|---|
| Fees Total............................................................................................................................ | 22,715.50 | |
| **Total Amount Due** ............................................................................................................ | **22,715.50** | **USD** |

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:            398573.00020
Invoice #:         9020116345                                    March 03, 2023
Invoice Due Date:  Payable Upon Receipt

RE: Retention and Fee Matters

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/16/2022 | Trotz, Ethan | Emails with S. Rochester regarding retention application (.20); review retention application issues (.20) | 0.40 |
| 11/16/2022 | Rochester, Shaya | Provide comments on Katten retention application (1.90); review conflicts search (.60); emails with Katten regarding preparation of Schedules to Katten retention application (.30); prepare Staffing and Budget Plan (.70) | 3.50 |
| 11/17/2022 | Trotz, Ethan | Call with K. Hebeisen regarding retention application (.30) | 0.30 |
| 11/17/2022 | Hebeisen, Kenneth | Call with E. Trotz regarding retention application (.30); review retention application materials and precedent retention applications (.90); draft schedules for retention application (1.80); edit retention application (1.30); call with S. Rochester regarding schedules to retention application (.50); calls with Katten conflicts regarding retention application (.40); further calls with S. Rochester regarding retention application (.40) | 5.60 |
| 11/17/2022 | Rochester, Shaya | Calls with K. Hebeisen regarding Schedules to retention application (.50); finalize Katten retention application (1.90); finalize Schedules and Reisman Declaration (1.80); emails with Conflicts regarding schedules to retention application (.60); further calls with K. Hebeisen regarding retention application (.40); email with S. Reisman regarding retention application (.20); revise Reisman Declaration based on emails with S. Reisman (.20) | 5.60 |
| 11/18/2022 | Hebeisen, Kenneth | Revise portions of retention application (.40); emails with S. Rochester regarding retention application (.20) | 0.60 |
| 11/18/2022 | Rochester, Shaya | Respond to emails from K. Hebeisen regarding retention application (.30) | 0.30 |
| 11/20/2022 | Reisman, Steven | Provide comments to retention application and declaration (.60); emails with S. Rochester regarding Katten retention (.30) | 0.90 |
| 11/21/2022 | Hebeisen, Kenneth | Review precedent bankruptcy filings in connection with retention application (.30) | 0.30 |
| 11/22/2022 | Rochester, Shaya | Review retention application issues (.40); emails with S. Reisman regarding retention application issues (.30) | 0.70 |
| 11/22/2022 | Reisman, Steven | Attend to issues regarding retention application (.40); emails with S. Rochester regarding retention application issues (.30) | 0.70 |
| 11/23/2022 | Hebeisen, Kenneth | Review revised retention application prior to filing (.60); emails with S. Rochester regarding revised retention application (.20) | 0.80 |
| 11/23/2022 | Rochester, Shaya | Respond to emails from Katten regarding schedules to retention application issues (.50); call with Debtors' counsel regarding retention application (.30); revise schedules to retention application (.20) | 1.00 |
| 11/23/2022 | Reisman, Steven | Review retention application and schedules regarding sign off (.40) | 0.40 |
| | | **Total Hours :** | **21.10** |

**Katten**

| Matter: | 398573.00020 | |
|---|---|---|
| Invoice #: | 9020116345 | |
| Invoice Due Date: | Payable Upon Receipt | March 03, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 2.00 | 1,585.00 | 3,170.00 |
| Rochester, Shaya | 11.10 | 1,285.00 | 14,263.50 |
| Trotz, Ethan | 0.70 | 715.00 | 500.50 |
| Hebeisen, Kenneth | 7.30 | 655.00 | 4,781.50 |
| **Sub Total :** | **21.10** | **Sub Total :** | **22,715.50** |
| **Total Hours :** | **21.10** | **Total Fees** | **22,715.50    USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 03, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
███████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00024 |
| Invoice #: | 9020116328 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Expenses

For Professional Services Rendered Through November 30, 2022

Disbursements ........................................................................................................... 447.24

**Total Amount Due** ...................................................................................................... **447.24**    **USD**

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:            398573.00024
Invoice #:         9020116328                                          March 03, 2023
Invoice Due Date:  Payable Upon Receipt

---

RE:  Expenses

**DISBURSEMENTS**

| Description | Cost Description | Amount |
|---|---|---|
| Court Costs | Telephonic Appearance at Hearing regarding Voyager Digital Holdings, Inc.-Date Incurred: 11/15/2022. | 70.00 |
| Data/Library Research Services | Westlaw Legal Research: CHASE,ASHLEY on 11/30/2022. | 377.24 |

**Total  Disbursements:**      **447.24    USD**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY 10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 03, 2023

**Matthew Ray, Independent Director of**
**Voyager Digital Ltd.**
███████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00003 |
| Invoice #: | 9020116353 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Adversary Proceeding and Contested Matters

For Professional Services Rendered Through December 31, 2022

| | | |
|---|---|---|
| Fees Total............................................................................................................................... | 3,728.00 | |
| **Total Amount Due** ........................................................................................................... | **3,728.00** | **USD** |

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:              398573.00003
Invoice #:           9020116353                                    March 03, 2023
Invoice Due Date:    Payable Upon Receipt

RE:  Adversary Proceeding and Contested Matters

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/07/2022 | Trotz, Ethan | Prepare for call with lead Debtor counsel regarding Complaint (.50); update call with lead Debtor counsel regarding Complaint (.70) | 1.20 |
| 12/07/2022 | Rochester, Shaya | Call with S. Reisman before call with lead Debtor counsel regarding Ad Hoc Equity Complaint (.30); call with lead Debtor counsel regarding Complaint (.70) | 1.00 |
| 12/07/2022 | Reisman, Steven | Discussion with S. Rochester regarding Ad Hoc Equity Committee complaint (.30); update call with Kirkland regarding Complaint (.70) | 1.00 |
| | | **Total Hours :** | **3.20** |

**Katten**

Matter:             398573.00003
Invoice #:          9020116353
Invoice Due Date:   Payable Upon Receipt

March 03, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Reisman, Steven | 1.00 | 1,585.00 | 1,585.00 |
| Rochester, Shaya | 1.00 | 1,285.00 | 1,285.00 |
| Trotz, Ethan | 1.20 | 715.00 | 858.00 |
| **Sub Total :** | **3.20** | **Sub Total :** | **3,728.00** |
| **Total Hours :** | **3.20** | **Total Fees** | **3,728.00**   USD |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 03, 2023

**Matthew Ray, Independent Director of**
**Voyager Digital Ltd.**
██████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00016 |
| Invoice #: | 9020116354 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Hearings

For Professional Services Rendered Through December 31, 2022

| | | |
|---|---|---|
| Fees Total.................................................................................................................................... | 261.50 | |
| **Total Amount Due** ................................................................................................................. | **261.50** | **USD** |

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:              398573.00016
Invoice #:           9020116354                                                    March 03, 2023
Invoice Due Date:    Payable Upon Receipt

---

RE:  Hearings

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/19/2022 | Siena, Marie | Review notices of upcoming hearings (.30); emails with E. Trotz regarding upcoming hearings (.20) | 0.50 |
| 12/28/2022 | Trotz, Ethan | Emails with S. Rochester regarding hearing schedule (.10) | 0.10 |
| | | **Total Hours :** | **0.60** |

**Katten**

Matter:               398573.00016
Invoice #:            9020116354                                          March 03, 2023
Invoice Due Date:     Payable Upon Receipt

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Trotz, Ethan | 0.10 | 715.00 | 71.50 |
| Siena, Marie | 0.50 | 380.00 | 190.00 |
| **Sub Total :** | **0.60** | **Sub Total :** | **261.50** |
| **Total Hours :** | **0.60** | **Total Fees** | **261.50    USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 03, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**

|  |  |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00018 |
| Invoice #: | 9020116355 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Disclosure Statement, Plan, Confirmation

For Professional Services Rendered Through December 31, 2022

Fees Total................................................................................................................................... 14,391.00
**Total Amount Due** ............................................................................................................... **14,391.00**  **USD**

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:              398573.00018
Invoice #:           9020116355                                                      March 03, 2023
Invoice Due Date:    Payable Upon Receipt

RE:  Disclosure Statement, Plan, Confirmation

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|------:|
| 12/01/2022 | Rochester, Shaya | Update analysis on intercompany claims (.50) | 0.50 |
| 12/01/2022 | Reisman, Steven | Review documentation and information regarding intercompany claims (.80) | 0.80 |
| 12/02/2022 | Trotz, Ethan | Revise intercompany claims chart (.30) | 0.30 |
| 12/05/2022 | Trotz, Ethan | Review motion to compel (.30); review equity interest motion (.30) | 0.60 |
| 12/06/2022 | Rochester, Shaya | Review issues regarding information and documentation request to prepare for call with lead Debtor counsel (.30) | 0.30 |
| 12/06/2022 | Reisman, Steven | Revise information and documentation request (.30) | 0.30 |
| 12/09/2022 | Trotz, Ethan | Review docket for case updates (.20) | 0.20 |
| 12/19/2022 | Trotz, Ethan | Review update on case including Binance matters (.20) | 0.20 |
| 12/19/2022 | Rochester, Shaya | Review Binance press release (.10); prepare email to client regarding Binance press release (.10) | 0.20 |
| 12/20/2022 | Rochester, Shaya | Review recent reports regarding Voyager-Binance transaction (.10); emails with S. Reisman and M. Ray regarding reports on Voyager-Binance transaction (.20) | 0.20 |
| 12/20/2022 | Reisman, Steven | Emails with S. Rochester and M. Ray regarding Voyager-Binance transaction (.20) | 0.20 |
| 12/22/2022 | Trotz, Ethan | Review amended Plan and Disclosure Statement (2.10); prepare summary of changes with respect to TopCo (.60); call with S. Rochester regarding summary (.20); emails with S. Rochester regarding summary (.20) | 3.10 |
| 12/22/2022 | Rochester, Shaya | Provide comments on summary of amended Chapter 11 Plan and Disclosure Statement regarding Binance (.80); multiple emails with E. Trotz regarding summary (.40); call with E. Trotz regarding summary (.20) | 1.40 |
| 12/22/2022 | Reisman, Steven | Review amended plan and disclosure statement regarding treatment of intercompany claims (1.40) | 1.40 |
| 12/23/2022 | Trotz, Ethan | Update claims analysis (.60) | 0.60 |
| 12/23/2022 | Rochester, Shaya | Update summary of intercompany transfer analysis based on changes to Chapter 11 Plan (.20) | 1.20 |
| 12/23/2022 | Reisman, Steven | Review summary of intercompany transfer claims analysis pursuant to plan (.40); review underlying documentation (.40) | 0.80 |
| 12/29/2022 | Rochester, Shaya | Emails with Katten and lead Debtor counsel regarding update call in light of Binance transaction and new Chapter 11 plan (.30) | 0.30 |
| | | **Total Hours :** | **12.60** |

**Katten**

Matter:              398573.00018
Invoice #:           9020116355
Invoice Due Date:    Payable Upon Receipt

March 03, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Reisman, Steven | 3.50 | 1,585.00 | 5,547.50 |
| Rochester, Shaya | 4.10 | 1,285.00 | 5,268.50 |
| Trotz, Ethan | 5.00 | 715.00 | 3,575.00 |
| **Sub Total :** | **12.60** | **Sub Total :** | **14,391.00** |
| **Total Hours :** | **12.60** | **Total Fees** | **14,391.00    USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 03, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00020 |
| Invoice #: | 9020116356 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Retention and Fee Matters

For Professional Services Rendered Through December 31, 2022

Fees Total.................................................................................................................................... 4,307.00
**Total Amount Due** ...................................................................................................................... **4,307.00**    **USD**

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

| | | |
|---|---|---|
| Matter: | 398573.00020 | |
| Invoice #: | 9020116356 | |
| Invoice Due Date: | Payable Upon Receipt | March 03, 2023 |

---

RE: Retention and Fee Matters

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/02/2022 | Rochester, Shaya | Review issues regarding Retention Application (.20) | 0.20 |
| 12/07/2022 | Rochester, Shaya | Review issues regarding finalizing Retention Application (.20); multiple emails with Kirkland regarding Retention Application (.20) | 0.40 |
| 12/15/2022 | Trotz, Ethan | Review issues regarding Retention Application (.20); review draft monthly fee statement (.20) | 0.40 |
| 12/15/2022 | Siena, Marie | Revise November monthly fee statement materials to ensure that confidential and privileged information is not disclosed (1.10) | 1.10 |
| 12/16/2022 | Trotz, Ethan | Emails with R. Evans regarding retention issues (.20) | 0.20 |
| 12/16/2022 | Trotz, Ethan | Emails with S. Rochester regarding retention issues (.20) | 0.20 |
| 12/16/2022 | Evans, Robin | Drafted monthly fee statement (1.90) | 1.90 |
| 12/18/2022 | Siena, Marie | Continue to review materials for November monthly fee statement for privileged and confidential information (.40) | 0.40 |
| 12/19/2022 | Siena, Marie | Continue to revise November monthly fee statement to ensure that confidential and privileged information (.60); email R. Evans regarding November monthly fee statement (.20) | 0.80 |
| 12/22/2022 | Evans, Robin | Provide comments to November monthly fee statement (.90); emails with E. Trotz and M. Siena regarding November monthly fee statement (.20) | 1.10 |
| 12/23/2022 | Siena, Marie | Continue to revise November monthly fee statement to incorporate R. Evans comments (.20); emails with S. Rochester regarding November monthly fee statement (.20) | 0.40 |
| 12/29/2022 | Siena, Marie | Continue to revise November monthly fee statement to incorporate S. Rochester comments (.60) | 0.60 |
| | | **Total Hours :** | **7.70** |

**Katten**

| Matter: | 398573.00020 |
| Invoice #: | 9020116356 |
| Invoice Due Date: | Payable Upon Receipt |

March 03, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rochester, Shaya | 0.60 | 1,285.00 | 771.00 |
| Trotz, Ethan | 0.80 | 715.00 | 572.00 |
| Evans, Robin | 3.00 | 570.00 | 1,710.00 |
| Siena, Marie | 3.30 | 380.00 | 1,254.00 |

| | **Sub Total :** | **7.70** | **Sub Total :** | | **4,307.00** |
|---|---|---|---|---|---|
| | **Total Hours :** | **7.70** | **Total Fees** | **4,307.00** | **USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 05, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00003 |
| Invoice #: | 9020116364 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Adversary Proceeding and Contested Matters

For Professional Services Rendered Through January 31, 2023

| | | |
|---|---|---|
| Fees Total................................................................................................................................... | 315.00 | |
| **Total Amount Due** ..................................................................................................................... | **315.00** | **USD** |

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:              398573.00003
Invoice #:           9020116364                                           March 05, 2023
Invoice Due Date:    Payable Upon Receipt

RE:  Adversary Proceeding and Contested Matters

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/17/2023 | Mosse, Julia | Review Complaint filed by the Ad Hoc Group of Equity Interest Holders of Voyager Digital Ltd. (.30) | 0.30 |
| | | **Total Hours :** | **0.30** |

**Katten**

| Matter: | 398573.00003 | |
| Invoice #: | 9020116364 | |
| Invoice Due Date: | Payable Upon Receipt | March 05, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Mosse, Julia | 0.30 | 1,050.00 | 315.00 |
| | **Sub Total :** **0.30** | **Sub Total :** | **315.00** |
| | **Total Hours :** **0.30** | **Total Fees** **315.00** | **USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY 10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 05, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00016 |
| Invoice #: | 9020116360 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Hearings

For Professional Services Rendered Through January 31, 2023

| | | |
|---|---|---|
| Fees Total............................................................................................................................ | 3,422.00 | |
| **Total Amount Due** ......................................................................................................... | **3,422.00** | **USD** |

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:            398573.00016
Invoice #:         9020116360
Invoice Due Date:  Payable Upon Receipt

March 05, 2023

---

RE:  Hearings

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/24/2023 | Trotz, Ethan | Attend hearing (2.60); prepare summary of hearing (.20) | 2.80 |
| 01/24/2023 | Rochester, Shaya | Prepare for hearing on Katten retention application (.30); attend portion of hearing on Katten retention application (.50) | 0.80 |
| | | **Total Hours :** | **3.60** |

| Matter: | 398573.00016 | |
|---|---|---|
| Invoice #: | 9020116360 | |
| Invoice Due Date: | Payable Upon Receipt | March 05, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Rochester, Shaya | 0.80 | 1,425.00 | 1,140.00 |
| Trotz, Ethan | 2.80 | 815.00 | 2,282.00 |
| **Sub Total :** | **3.60** | **Sub Total :** | **3,422.00** |
| **Total Hours :** | **3.60** | **Total Fees** | **3,422.00   USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 05, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
███████████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00018 |
| Invoice #: | 9020116363 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Disclosure Statement, Plan, Confirmation

For Professional Services Rendered Through January 31, 2023

Fees Total............................................................................................................................... 284,205.50
**Total Amount Due** ............................................................................................................. **284,205.50**  **USD**

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:           398573.00018
Invoice #:        9020116363
Invoice Due Date: Payable Upon Receipt

March 05, 2023

---

RE: Disclosure Statement, Plan, Confirmation

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/04/2023 | Trotz, Ethan | Review objections to Binance APA (.40); prepare summary of objections (.30) | 0.70 |
| 01/04/2023 | Rochester, Shaya | Review objections to Disclosure Statement (.20); review objections to Binance APA (.10) | 0.30 |
| 01/05/2023 | Trotz, Ethan | Call with S. Rochester regarding diligence matters (.20) | 0.20 |
| 01/05/2023 | Rochester, Shaya | Call with E. Trotz regarding diligence matters (.20); pre-call with S. Reisman regarding call with lead Debtors' counsel (.30); call with lead Debtors' counsel regarding status of Chapter 11 Plan process, intercompany transactions and ad hoc equity group (.30); begin preparing updated diligence and requests list (.30) | 1.10 |
| 01/05/2023 | Reisman, Steven | Discussions with S. Rochester regarding call with Debtors' counsel (.30); prepare for call for Debtors' counsel to discuss intercompany transactions (.80); participate in call with Debtor's counsel (.30) | 1.40 |
| 01/06/2023 | Trotz, Ethan | Draft diligence request to Company (2.20); call with S. Rochester regarding diligence request (.30); incorporate S. Rochester comments to diligence request (.30) | 2.80 |
| 01/06/2023 | Rochester, Shaya | Revise diligence request to Debtor's lead counsel (1.50); call with E. Trotz regarding diligence request (.30) | 1.80 |
| 01/07/2023 | Rochester, Shaya | Review recently filed pleadings on docket (.20) | 0.20 |
| 01/08/2023 | Trotz, Ethan | Review docket for confirmation updates (.20); emails with S. Rochester regarding confirmation updates (.20) | 0.40 |
| 01/08/2023 | Rochester, Shaya | Prepare update email for client (.60); email with Katten team regarding client update (.20) | 0.80 |
| 01/09/2023 | Trotz, Ethan | Review updated Plan and Disclosure Statement (.40); prepare summary of changes to Plan and Disclosure Statement (.30) | 0.70 |
| 01/09/2023 | Rochester, Shaya | Respond to emails from lead Debtors' counsel regarding issues related to diligence request list (.60) | 0.60 |
| 01/12/2023 | Trotz, Ethan | Emails with S. Rochester regarding confirmation issues (.60) | 0.60 |
| 01/12/2023 | Rochester, Shaya | Prepare for call regarding resolution of intercompany claims (.40) | 0.40 |
| 01/13/2023 | Trotz, Ethan | Review confirmation scheduling order (.30); call with S. Rochester regarding Company interviews (.30); prepare outline of confirmation issues and intercompany matters (2.00) | 2.60 |
| 01/13/2023 | Rochester, Shaya | Prepare for call with Debtors' lead counsel and counsel for Independent Directors regarding intercompany claims (.40); call with S. Reisman regarding intercompany claims (.30); call with lead Debtors' counsel and counsel for Independent Directors regarding intercompany claims (.40); prepare update for client (.30); call with E. Trotz regarding Company interviews (.30); emails with Ad Hoc Equity Group (.40); respond to emails regarding deposition prep (.40) | 2.50 |
| 01/13/2023 | Reisman, Steven | Call with S. Rochester regarding intercompany claims (.30); follow up emails with Katten team regarding efforts to resolve intercompany claims (.80); review client update (.30) | 1.40 |
| 01/14/2023 | Rochester, Shaya | Provide initial comments on outline for interview of Company personnel (.20); review pleadings related to Plan process (.30) | 0.50 |
| 01/15/2023 | Trotz, Ethan | Review updated Plan documents for claims analysis (1.20) | 1.20 |

**Katten**

Matter:              398573.00018
Invoice #:           9020116363
Invoice Due Date:    Payable Upon Receipt

March 05, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/15/2023 | Rochester, Shaya | Prepare for interviews with Company personnel regarding investigation of intercompany claims (.90) | 0.90 |
| 01/16/2023 | Trotz, Ethan | Prepare comprehensive issues list regarding intercompany claims (2.60); conduct document review (1.30); review Plan for certain intercompany claims issues (.50); emails with S. Rochester regarding intercompany claims (.30) | 4.70 |
| 01/16/2023 | Rochester, Shaya | Revise outline of questions for Company personnel interviews (2.10); prepare for call with Ad Hoc Equity Group (.70); emails with M. Ray and Kirkland (.40) | 3.20 |
| 01/16/2023 | Reisman, Steven | Analyze issues in connection with intercompany claims under Plan (.40); review outline of confirmation issues regarding intercompany matters (.30); review materials from E. Trotz regarding intercompany matters (.60) | 1.30 |
| 01/17/2023 | Mosse, Julia | Meet with S. Rochester regarding intercompany claims (.50); review Intercompany Transactions Presentation (.30); emails with Katten, Kirkland, Arent Fox, Quinn Emanuel regarding information requests and potential interviews (.20) | 1.00 |
| 01/17/2023 | Trotz, Ethan | Review issues regarding outstanding diligence requests (.30); emails with S. Rochester regarding outstanding diligence requests (.20); call with advisors for Ad Hoc Equity Committee (.50); attend portion of Katten pre-call before call with advisors for Ad Hoc Equity Committee (.20) | 1.20 |
| 01/17/2023 | Rochester, Shaya | Attend pre-call with Katten before call with advisors for Ad Hoc Equity Committee (.50); attend call with advisors for Ad Hoc Equity Committee (.50); meet with J. Mosse regarding investigation of intercompany claims (.50); respond to emails regarding issues on interview with Company representative relating to intercompany claims (.70); respond to emails regarding issues with script for interview (.70) | 2.90 |
| 01/17/2023 | Reisman, Steven | Review materials in preparation for call with advisors for Ad Hoc Equity Committee and analysis of materials (1.40); participate in call with advisors for Ad Hoc Equity Committee and Katten team (.50); discussions regarding status of investigation of intercompany claims (1.70) | 3.60 |
| 01/18/2023 | Mosse, Julia | Review Ad Hoc Equity Group's document requests (.30); review portions of Debtors' Second Amended Disclosure Statement Related to the Third Amended Joint Plan of Reorganization (.70); review materials produced by Grant Thornton (.60) | 1.60 |
| 01/18/2023 | Trotz, Ethan | Review issues regarding TopCo claims (1.20); emails with S. Rochester regarding TopCo claims (.40); review documents in connection with Canadian insolvency proceeding (.90) | 2.50 |
| 01/18/2023 | Kitnick, Jesse | Review Schedules of Assets and Liabilities, Information Reports (2.10) | 2.10 |
| 01/18/2023 | Rochester, Shaya | Revise outline for interview of Company representative regarding intercompany claims (2.20); email with J. Hodge regarding investigation of intercompany claims (.20) | 2.40 |
| 01/18/2023 | Reisman, Steven | Continue to review matters related to analysis of intercompany claims (2.60) | 2.60 |
| 01/19/2023 | Mosse, Julia | Call with Katten regarding intercompany claims (.70); review materials in connection with Canadian insolvency proceedings (.80); review legal research in connection with schedules and statements (.90) | 2.40 |
| 01/19/2023 | Trotz, Ethan | Review summary of Schedules of Assets and Liabilities (.20); review materials in connection with Canadian insolvency proceeding (.70); emails with S. Rochester regarding diligence issues (.20); review materials provided by the Ad Hoc Equity Group (.30) | 1.40 |
| 01/19/2023 | Hodge, Johnjerica | Attend Katten call regarding intercompany claims (.70); review background materials (.10) | 0.80 |

**Katten**

Matter:              398573.00018
Invoice #:          9020116363
Invoice Due Date:    Payable Upon Receipt

March 05, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/19/2023 | Kitnick, Jesse | Conduct legal research regarding Schedules of Assets and Liabilities (2.70) | 2.70 |
| 01/19/2023 | Rochester, Shaya | Call with Katten regarding investigation of intercompany claims (.70); revise script for Company interviews (2.20) | 2.90 |
| 01/19/2023 | Reisman, Steven | Review materials supporting intercompany claims (.40) | 0.40 |
| 01/20/2023 | Mosse, Julia | Call with Katten in preparation for call with M. Ray (.30); call with Katten and M. Ray in connection with his role as Independent Director of Voyager Digital Ltd. (.50); review documents provided by M. Ray in connection with his role as Independent Director of Voyager Digital Ltd. (.60); follow-up call with S. Rochester regarding call with M. Ray (.20) | 1.60 |
| 01/20/2023 | Jordan, Ally | Analyze background materials providing the case summary and relevant facts (1.10) | 1.10 |
| 01/20/2023 | Trotz, Ethan | Review Board materials in connection with Plan issues (2.10); summarize Board materials (.60) | 2.70 |
| 01/20/2023 | Hodge, Johnjerica | Review background materials to prepare for upcoming Company interviews (1.70) | 1.70 |
| 01/20/2023 | Rochester, Shaya | Attend Katten pre-call before call with M. Ray regarding status of investigation (.30); call with M. Ray regarding status of investigation (.50); follow up call with J. Mosse regarding call with M. Ray (.20); review documents provided by M. Ray (.80) | 1.80 |
| 01/20/2023 | Reisman, Steven | Review Board materials in connection with intercompany claims (.80); participate in pre-call before discussions with M. Ray, independent director regarding status of investigation (.30); review materials in preparation for call with M. Ray (.70); participate in call with M. ray regarding analysis of intercompany transactions (.50) | 2.30 |
| 01/21/2023 | Hodge, Johnjerica | Review case law related to transactions (.20); review research regarding transactions (.20); review prior filings (1.70); review background materials to prepare for interview (.30) | 2.40 |
| 01/22/2023 | Jordan, Ally | Analyze reports from Information Officer (.70); review caselaw (1.20) | 1.90 |
| 01/22/2023 | Hodge, Johnjerica | Revise outline for interview of company representative (.30); review background materials (3.90); review research (.70) | 4.90 |
| 01/23/2023 | Mosse, Julia | Draft outline for interview of Debtor representative, E. Psaropoulos, regarding intercompany transactions (5.60); analyze background materials in connection with intercompany transactions (.90); review documents produced by lead Debtors' counsel in response to Katten document requests related to intercompany transfers (1.30); update outline for interview of E. Psaropoulos following review of production (1.40); emails with Katten in preparation for interview of E. Psaropoulos (.50); call with Katten in preparation for interview (.90) | 10.60 |
| 01/23/2023 | Jordan, Ally | Teleconference with Katten to discuss case background (.90); review reports from Information Officer (.80); research recent caselaw developments relevant to case (2.30) | 4.00 |
| 01/23/2023 | Trotz, Ethan | Review issues regarding Plan distributions (.60); review diligence in connection with intercompany issues (1.70); review Debtors response to diligence requests (.30); review docket for updates regarding Plan (.20); revise outline for interview of Company personnel (1.80) | 4.60 |
| 01/23/2023 | Hodge, Johnjerica | Attend Katten meeting regarding case background (.90); revise interview outline (1.20); draft document requests (.90); review recently-produced documents (1.60) | 4.60 |

**Katten**

Matter:                398573.00018
Invoice #:            9020116363
Invoice Due Date:    Payable Upon Receipt

March 05, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/23/2023 | Rochester, Shaya | Call with Katten regarding Company interviews, research, and diligence requests (.90); review responses to diligence requests (.40); review interview script (.70); review summary of documents produced to Ad Hoc Equity Group (.90) | 2.90 |
| 01/23/2023 | Reisman, Steven | Continue to review matters related to analysis of intercompany claims (1.70) | 1.70 |
| 01/24/2023 | Mosse, Julia | Review draft document requests to Voyager Digital Holdings, Inc. on behalf of M. Ray, as Independent Director of Voyager Digital Ltd. (.20); review draft document requests to Voyager Digital, LLC on behalf of M. Ray as Independent Director of Voyager Digital Ltd. (.20); email with E. Trotz in preparation for interview of E. Psaropoulos (.30); call with Katten in preparation for interview of E. Psaropoulos (.50); update outline for interview of E. Psaropoulos (1.70); review documents to be used in interview of E. Psaropoulos (.80); participate in interview of E. Psaropoulos (1.30); Katten call following interview of E. Psaropoulos (.20); email with Kirkland, Quinn Emanuel, Arent Fox and Katten regarding E. Psaropoulos interview (.20); review transaction documents involving TopCo (.80); email with Katten regarding documents (.40) | 6.60 |
| 01/24/2023 | Jordan, Ally | Research case law regarding legal issues regarding TopCo transactions (3.80); draft email to Katten regarding the research (1.30) | 5.10 |
| 01/24/2023 | Trotz, Ethan | Emails with J. Mosse regarding interview outline (.20); attend update call with Katten team in advance of interview of Company personnel (.50); attend interview of Company personnel (1.30); follow up call with Katten (.20); prepare summary of interview of Company personnel (1.60); call with S. Rochester regarding summary of interview (.30) | 4.10 |
| 01/24/2023 | Hodge, Johnjerica | Attend Katten meeting to prepare for Company interviews (.50); attend interview of Company representative (1.30); attend Katten debrief meeting (.20); draft diligence requests (1.40); revise interview outline (.40); revise interview memorandum (.60) | 4.40 |
| 01/24/2023 | Kitnick, Jesse | Review docket for J. Hodge (.20) | 0.20 |
| 01/24/2023 | Rochester, Shaya | Call with Katten to prepare for Company interview (.50); prepare for Company interview (2.20); attend Company interview (1.30); review follow-up emails regarding interview (.20); call with E. Trotz regarding summary of Company interview (.30) | 4.50 |
| 01/24/2023 | Reisman, Steven | Continue to review documents regarding intercompany claims (1.20); review BRG analysis regarding intercompany claims (1.20); emails with Katten team regarding intercompany claims (.20) | 2.60 |
| 01/25/2023 | Mosse, Julia | Review documents regarding intercompany transactions (.80); draft outline for interview with BRG regarding intercompany transactions (1.40); provide comments on memorandum regarding interview of E. Psaropoulos regarding intercompany transactions (.70); call with S. Rochester regarding summary of Company interview (.20) | 3.10 |
| 01/25/2023 | Jordan, Ally | Email with J. Hodge regarding legal research (.20) | 0.20 |
| 01/25/2023 | Trotz, Ethan | Incorporate comments into interview outline (3.70); review documents in connection with intercompany issues (1.70); emails with S. Rochester regarding intercompany transaction issues (.30) | 5.70 |
| 01/25/2023 | Hodge, Johnjerica | Review research on intercompany transactions issues (.40); review summary of Company interview (.40); revise document requests (1.50) | 2.30 |

Katten

Matter:            398573.00018
Invoice #:         9020116363                                          March 05, 2023
Invoice Due Date:  Payable Upon Receipt

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/25/2023 | Rochester, Shaya | Call with J. Mosse regarding summary of Company interview (.20); review issues regarding interview of BRG (.20); review updated summary of interview of Company (.20); provide comments on revised update of interview of Company (.30); provide comments on diligence requests to HoldCo and OpCo (.40); email with E. Trotz regarding summary of Company interview (.20) | 1.50 |
| 01/25/2023 | Reisman, Steven | Review interview notes from Company personnel (1.00); emails with Katten team regarding interview (.40) | 1.40 |
| 01/26/2023 | Mosse, Julia | Update outline for BRG interview regarding intercompany transactions (.90); review fee applications regarding intercompany transactions (1.20); call with S. Rochester regarding BRG interview (.20) | 2.30 |
| 01/26/2023 | Jordan, Ally | Draft memo analyzing intercompany claims (2.40) | 2.40 |
| 01/26/2023 | Rochester, Shaya | Prepare for interview of BRG (.50); emails with Katten regarding BRG interview (.20); call with J. Mosse regarding BRG interview (.20) | 0.90 |
| 01/27/2023 | Mosse, Julia | Review updated diligence requests regarding intercompany transactions (.30); call with Katten in preparation for BRG interview regarding intercompany transactions (.50); update outline for BRG interview (.40); participate in interview of M. Renzi and P. Farley regarding intercompany transactions (.80); debrief call with Katten regarding interview (.20); review memorandum regarding intercompany transactions (.40); email with Katten regarding diligence requests related to intercompany transactions (.30); email with Katten regarding intercompany transaction analysis (.20) | 3.10 |
| 01/27/2023 | Jordan, Ally | Draft memorandum analyzing intercompany claims (2.30) | 2.30 |
| 01/27/2023 | Trotz, Ethan | Draft presentation regarding intercompany claims (1.30) | 1.30 |
| 01/27/2023 | Hodge, Johnjerica | Attend Katten meeting to prepare for interview (.50); attend interview of BRG representatives (.80); attend Katten meeting to debrief on interview (.20); revise document requests (.30); revise interview outline (.40); revise correspondence regarding follow-up to interview (.10) | 2.30 |
| 01/27/2023 | Rochester, Shaya | Review script for interview of BRG (.30); review research (1.10); attend pre-call with Katten before interview of BRG (.50); attend and take questions at interview of BRG (.80); attend call with Katten after interview (.20); attend to follow-up emails (.60); provide comments on diligence requests to OpCo and HoldCo (.60) | 4.10 |
| 01/27/2023 | Reisman, Steven | Review materials regarding intercompany claims (.60); review materials related to Independent Director interview of BRG (1.10); follow up emails regarding matters related to intercompany claims (.90) | 2.60 |
| 01/28/2023 | Hodge, Johnjerica | Revise document requests to HoldCo and OpCo (.40) | 0.40 |
| 01/29/2023 | Mosse, Julia | Draft diligence requests in connection with analysis of intercompany transactions (.90); review documents in connection with diligence requests (.40); email with S. Rochester, J. Hodge regarding diligence requests (.30); update draft diligence requests (.30); email with Katten and Arent Fox regarding diligence requests (.10); email with Katten and Quinn Emanuel regarding diligence requests (.10) | 2.10 |
| 01/29/2023 | Jordan, Ally | Continue to conduct legal research in connection with intercompany transactions (2.30) | 2.30 |
| 01/29/2023 | Trotz, Ethan | Review summary of legal research in connection with intercompany claims (1.10); continue drafting presentation on intercompany claims (1.60) | 2.70 |

Matter:             398573.00018
Invoice #:          9020116363
Invoice Due Date:   Payable Upon Receipt

March 05, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/29/2023 | Hodge, Johnjerica | Review fee statements filed by counsel for Independent Directors at OpCo (.40); draft summary of interview of BRG representatives (.60); revise diligence request to Kirkland (.20); review proposed correspondence to counsel for the Independent Directors at OpCo and HoldCo (.10); call with S. Rochester regarding investigation (.20). | 1.50 |
| 01/29/2023 | Rochester, Shaya | Revise diligence requests to Opco, Holdco and BRG (.40); call with J. Hodge regarding investigation (.20); review materials regarding issues regarding preparing presentation (1.80) | 2.40 |
| 01/29/2023 | Reisman, Steven | Review issues regarding outstanding diligence requests (.60) | 0.60 |
| 01/30/2023 | Mosse, Julia | Provide comments on memorandum regarding BRG interview relating to intercompany transactions (.60); email with J. Hodge, S. Rochester regarding memorandum (.20); email with Katten regarding diligence requests to OpCo and HoldCo (.30); email with Katten, M. Ray regarding diligence request to Debtors (.20); email with Katten, Kirkland regarding diligence requests (.20); draft presentation to M. Ray regarding background of intercompany transactions (3.60); review documents regarding intercompany transactions in connection with draft presentation (1.10); Katten call regarding draft presentation (.50); draft presentation to M. Ray regarding investigation into intercompany transactions (1.10); call with Katten regarding legal research in connection with intercompany claims analysis (.40) | 8.20 |
| 01/30/2023 | Jordan, Ally | Research legal issues regarding intercompany transactions (3.20); draft memorandum regarding research (1.90); call with Katten regarding research related to intercompany transactions (.40) | 5.50 |
| 01/30/2023 | Trotz, Ethan | Review docket for updates relating to Plan (.30); review updated research regarding intercompany claims (.30); call with Katten regarding intercompany claims issues (.40); review schedules (.50); call with S. Rochester regarding related party claims (.20); Katten pre-call before call with OpCo Independent Director counsel call (.30); call with OpCo Independent Director counsel regarding diligence issues (.30); incorporate comments into presentation (4.30) | 6.60 |
| 01/30/2023 | Hodge, Johnjerica | Meet with counsel for the Independent Director for HoldCo (.50); attend Katten call to discuss presentation to Independent Director (.50); meet with counsel for the Independent Director of OpCo (.30); attend Katten call to prepare for meeting with the Independent Director of OpCo (.30); review comments to memorandum summarizing interview of BRG representatives (.20); draft analysis section on intercompany transactions (2.10); review research related to intercompany transactions (.60); call with Katten regarding research related to intercompany transactions (.40); review interview summaries and related documents (.60) | 5.50 |
| 01/30/2023 | Rochester, Shaya | Call with counsel for HoldCo Independent Director (.50); call with Katten regarding presentation (.50); call with Katten regarding research (.40); review issues regarding related party claims (.70); attend pre-call before call with Quinn (.30); participate in call with Quinn (.30); follow-up emails from call with Quinn (.20); provide comments on summary of BRG interview (.40); respond to emails regarding issues on BRG diligence request (.30); respond to emails regarding diligence requests (.40); revise presentation (3.20); call with E. Trotz regarding related party claims (.20) | 7.40 |
| 01/30/2023 | Reisman, Steven | Call with Katten regarding intercompany claims issues (.40); review interview summaries (.60); prepare for update call with Katten (.80) | 1.80 |

Katten

Matter:                398573.00018
Invoice #:             9020116363
Invoice Due Date:   Payable Upon Receipt

March 05, 2023

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/31/2023 | Mosse, Julia | Update analysis of intercompany claims (2.10); email with Katten regarding same (.30); call with Katten regarding intercompany claims analysis (2.20); update presentation regarding presentation (1.80); call with S. Rochester regarding presentation (.20); email with Katten regarding presentation (.20) | 6.80 |
| 01/31/2023 | Jordan, Ally | Research case law regarding intercompany claims analysis (1.20) | 1.20 |
| 01/31/2023 | Trotz, Ethan | Call with S. Rochester regarding presentation (.30); attend Katten call regarding presentation (2.20); incorporate revisions into presentation (.80); emails throughout the day regarding presentation (.30) | 3.60 |
| 01/31/2023 | Hodge, Johnjerica | Attend portion of Katten call regarding presentation summarizing analysis (1.50); revise presentation summarizing analysis (.90); review research regarding transactions (.50) | 2.90 |
| 01/31/2023 | Rochester, Shaya | Continue to revise presentation (4.90); call with E. Trotz regarding presentation (.30); follow-up emails with Katten regarding presentation (.60); calls with Katten to revise presentation (2.20); call with J. Mosse regarding presentation (.20); review revised presentation (.30); email with S. Reisman regarding revised presentation (.20) | 8.70 |
| 01/31/2023 | Reisman, Steven | Review research summaries regarding intercompany claims (.90); review client presentation regarding provisions on intercompany claims (1.10); review intercompany transaction documents (.80); review presentation regarding intercompany claims (1.90); emails with Katten team regarding presentation (.40); review issues in connection with intercompany claims (1.40); revise issues list regarding intercompany claims (.90) | 7.40 |
|  |  | **Total Hours :** | **250.20** |

Katten

Matter:              398573.00018
Invoice #:           9020116363
Invoice Due Date:    Payable Upon Receipt

March 05, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Reisman, Steven | 31.10 | 1,755.00 | 54,580.50 |
| Rochester, Shaya | 54.70 | 1,425.00 | 77,947.50 |
| Mosse, Julia | 49.40 | 1,050.00 | 51,870.00 |
| Hodge, Johnjerica | 33.70 | 1,040.00 | 35,048.00 |
| Trotz, Ethan | 50.30 | 815.00 | 40,994.50 |
| Kitnick, Jesse | 5.00 | 775.00 | 3,875.00 |
| Jordan, Ally | 26.00 | 765.00 | 19,890.00 |
| **Sub Total :** | **250.20** | **Sub Total :** | **284,205.50** |
| **Total Hours :** | **250.20** | **Total Fees** | **284,205.50    USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY 10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 05, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**

<span style="background:black">     </span>

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00020 |
| Invoice #: | 9020116362 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Retention and Fee Matters

For Professional Services Rendered Through January 31, 2023

| | | |
|---|---|---|
| Fees Total.................................................................................................................. | 652.00 | |
| **Total Amount Due** ................................................................................................ | **652.00** | **USD** |

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:                398573.00020
Invoice #:             9020116362                                             March 05, 2023
Invoice Due Date:      Payable Upon Receipt

RE:  Retention and Fee Matters

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|------:|
| 01/06/2023 | Trotz, Ethan | Draft notice of rate increase (.60) | 0.60 |
| 01/26/2023 | Trotz, Ethan | Review issues regarding retention (.20) | 0.20 |
| | | **Total Hours :** | **0.80** |

Katten

| Matter: | 398573.00020 | |
|---|---|---|
| Invoice #: | 9020116362 | |
| Invoice Due Date: | Payable Upon Receipt | March 05, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Trotz, Ethan | 0.80 | 815.00 | 652.00 |
| | **Sub Total :** 0.80 | **Sub Total :** | **652.00** |
| | **Total Hours :** 0.80 | **Total Fees** | **652.00** USD |

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

March 05, 2023

**Matthew Ray, Independent Director of**
**Voyager Digital Ltd.**

███████████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00024 |
| Invoice #: | 9020116361 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Expenses

For Professional Services Rendered Through January 31, 2023

| | | |
|---|---|---|
| Disbursements ............................................................................................................................. | 2,419.97 | |
| **Total Amount Due** ................................................................................................................ | **2,419.97** | **USD** |

Payment can be remitted directly to our account:



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:           398573.00024
Invoice #:        9020116361                                    March 05, 2023
Invoice Due Date:  Payable Upon Receipt

---

RE: Expenses

## DISBURSEMENTS

| Description | Cost Description | Amount |
|---|---|---|
| Service Fees | Vendor: CourtAlert.Com, Inc. Invoice No. 199538-2212 (12/31/2022) Billing Period December 01-31, 2022. Case monitoring, dockets, searches and litigation alerts. | 2.79 |
| Color Printing | Color Printing. | 1,102.50 |
| Courier | FedExCorp.Inv#: 801601676,Trking# 393643684070,on 1/19/2023 To: Shaya Rochester. FedExCorp.Inv#: 801601676,Trking# 393643815087,on 1/19/2023 To: Johnjerica Hodge. | 61.28 |
| Court Costs | Attend hearing telephonically--Date Incurred: 01/24/2023. Telephonic Appearance at Hearing regarding Voyager Digital Holdings, Inc.-Date Incurred: 01/10/2023. Telephonic Appearance at Hearing on 1/24/23-Date Incurred: 01/24/2023. | 210.00 |
| Data/Library Research Services | Westlaw Legal Research: KITNICK,JESSE on 1/19/2023. Westlaw Legal Research: JORDAN,ALLY on 1/31/2023. Westlaw Legal Research: JORDAN,ALLY on 1/30/2023. Westlaw Legal Research: JORDAN,ALLY on 1/27/2023. Westlaw Legal Research: JORDAN,ALLY on 1/26/2023. Westlaw Legal Research: JORDAN,ALLY on 1/25/2023. Westlaw Legal Research: JORDAN,ALLY on 1/23/2023. | 1,043.40 |

|  | **Total Disbursements:** | **2,419.97**    **USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY 10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

April 11, 2023

**Matthew Ray, Independent Director of**
**Voyager Digital Ltd.**

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00016 |
| Invoice #: | 9020122362 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Hearings

For Professional Services Rendered Through February 28, 2023

| | | |
|---|---|---|
| Fees Total.................................................................................................................. | 3,548.50 | |
| **Total Amount Due** ................................................................................................. | **3,548.50** | **USD** |

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:              398573.00016
Invoice #:          9020122362
Invoice Due Date:  Payable Upon Receipt

April 11, 2023

---

RE:  Hearings

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/05/2023 | Siena, Marie | Review agenda for hearing on 2/7/23 (.30); emails with E. Trotz regarding hearing on 2/7/23 (.10) | 0.40 |
| 02/05/2023 | Reisman, Steven | Review materials in preparation for February 7th hearing (.40) | 0.40 |
| 02/07/2023 | Siena, Marie | Review amended agenda for hearing today (.30) | 0.30 |
| 02/07/2023 | Reisman, Steven | Review agenda for hearing (.10); listen to hearing (.20) | 0.30 |
| 02/19/2023 | Siena, Marie | Update case calendar with details of 2/22 hearing (.10); schedule telephonic appearances for S. Rochester and E. Trotz at hearing on 2/22 (.20) | 0.30 |
| 02/19/2023 | Rochester, Shaya | Review agenda for Voyager hearing (.20) | 0.20 |
| 02/19/2023 | Reisman, Steven | Review materials regarding scheduling of hearing (.10) | 0.10 |
| 02/22/2023 | Trotz, Ethan | Review agenda for hearing (.10); attend hearing (1.20); prepare summary of hearing (.20) | 1.50 |
| 02/22/2023 | Hodge, Johnjerica | Review summary of 2.22.23 hearing (.10) | 0.10 |
| 02/28/2023 | Siena, Marie | Register S. Reisman and S. Rochester to appear at hearing on 3/2/23 (.30) | 0.30 |
| | | **Total Hours :** | **3.90** |

Katten

| Matter: | 398573.00016 |
|---|---|
| Invoice #: | 9020122362 |
| Invoice Due Date: | Payable Upon Receipt |

April 11, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 0.80 | 1,755.00 | 1,404.00 |
| Rochester, Shaya | 0.20 | 1,425.00 | 285.00 |
| Hodge, Johnjerica | 0.10 | 1,040.00 | 104.00 |
| Trotz, Ethan | 1.50 | 815.00 | 1,222.50 |
| Siena, Marie | 1.30 | 410.00 | 533.00 |
| | | | |
| **Sub Total :** | **3.90** | **Sub Total :** | **3,548.50** |
| **Total Hours :** | **3.90** | **Total Fees** | **3,548.50   USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

April 11, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
███████████████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00018 |
| Invoice #: | 9020122364 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Disclosure Statement, Plan, Confirmation

For Professional Services Rendered Through February 28, 2023

Fees Total.................................................................................................................................... 400,645.00
**Total Amount Due** ................................................................................................................. **400,645.00**    **USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

| | | |
|---|---|---|
| Matter: | 398573.00018 | |
| Invoice #: | 9020122364 | |
| Invoice Due Date: | Payable Upon Receipt | |

April 11, 2023

RE:  Disclosure Statement, Plan, Confirmation

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/01/2023 | Mosse, Julia | Call with S. Rochester regarding intercompany transactions (.20); review current draft of intercompany transfer analysis (.90); review case law regarding intercompany claims treatment in bankruptcy (1.30); draft presentation regarding intercompany claims analysis in preparation for discussion with Independent Directors of Debtors (1.40) | 3.80 |
| 02/01/2023 | Jordan, Ally | Research legal issues regarding intercompany claims treatment (1.70); emails with S. Rochester and J. Hodge regarding same (.30) | 2.00 |
| 02/01/2023 | Trotz, Ethan | Review UCC claims objection (.40); review and revise presentation (1.40); call with S. Rochester regarding presentation (.20); create appendix for presentation (.40); review interview memo (.30); review trustee motion (.40); review Plan supplement (.70); review pleadings in connection with presentation (.70) | 4.50 |
| 02/01/2023 | Hodge, Johnjerica | Revise memo summarizing interview of BRG representatives (.20) | 0.20 |
| 02/01/2023 | Rochester, Shaya | Review issues regarding presentation and UCC Objection to claims (1.10); call with J. Mosse regarding presentation and investigation (.20); analyze follow-up issues regarding investigation (.60); call with E. Trotz regarding presentation (.20); call with counsel for AHEG (.20); update presentation (.90); correspondence with Kirkland regarding status and documentation of form 9019 settlement agreement (.30) | 3.50 |
| 02/01/2023 | Reisman, Steven | Review summary of legal research regarding intercompany claims treatment (.50); emails with J. Hodge regarding same (.30); review notes of BRG interview (.20); review docket summary updates (.40) | 1.40 |
| 02/02/2023 | Mosse, Julia | Review Debtors objections to claims (.60); review Official Committee of Unsecured Creditors' Objection to Alameda Ventures' Proofs of Claim (.50); email with Katten regarding analysis of intercompany transactions (.60); revise presentation regarding intercompany claims analysis (3.60); call with Katten regarding same (.50); draft presentation of intercompany claims analysis in preparation for discussion with Independent Directors of Debtors (2.60); review case law in connection with same (.90); review transaction documents in connection with same (.30) | 9.60 |
| 02/02/2023 | Trotz, Ethan | Emails with S. Rochester regarding Plan issues (.20); update issues list (.70); revise presentation (4.70); draft settlement agreement (2.10); call with S. Rochester regarding presentation (.30); update call with Katten regarding next steps (.50); emails throughout the day regarding presentation (.20) | 9.10 |
| 02/02/2023 | Hodge, Johnjerica | Call with Katten (.50); review objection filed by the Unsecured Creditors Committee (.40); research issues related to intercompany claims (2.20) | 3.10 |
| 02/02/2023 | Rochester, Shaya | Call with counsel for HoldCo Independent Director (.20); call with E. Trotz regarding intercompany claims presentation (.30); call with S. Reisman regarding investigation and presentation (.50); call with Katten regarding changes to presentation (.50); further revise presentation to incorporate comments (3.20); analyze issues regarding claims against TopCo (1.00) | 5.70 |
| 02/02/2023 | Reisman, Steven | Review materials in connection with intercompany transactions (1.80); call with S. Rochester regarding same (.50); emails with S. Rochester regarding investigation and presentation issues (.60) | 3.10 |
| 02/03/2023 | Mosse, Julia | Email with Katten regarding intercompany claims presentation for discussion with Independent Directors (.30); update same (1.10); review draft settlement agreement by and among Voyager Debtor entities (.30) | 1.70 |

Matter:              398573.00018
Invoice #:          9020122364
Invoice Due Date:   Payable Upon Receipt

April 11, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/03/2023 | Hodge, Johnjerica | Revise settlement agreement (.30); revise presentation to M. Ray (.60) | 0.90 |
| 02/03/2023 | Rochester, Shaya | Review revised version of presentation analyzing intercompany claims (1.20) | 1.20 |
| 02/03/2023 | Reisman, Steven | Further review of presentation on intercompany claims (.70) | 0.70 |
| 02/04/2023 | Mosse, Julia | Email with Katten regarding recent docket filings (.20) | 0.20 |
| 02/04/2023 | Trotz, Ethan | Review docket for updates regarding intercompany claims (.90) | 0.90 |
| 02/04/2023 | Hodge, Johnjerica | Revise settlement agreement (.90); review settlement agreement precedents (.20) | 1.10 |
| 02/04/2023 | Rochester, Shaya | Emails with Katten regarding additional diligence required for intercompany claims analysis (.50) | 0.50 |
| 02/05/2023 | Mosse, Julia | Prepare for call with M. Ray regarding intercompany claims analysis (.60); call with Katten in preparation for M. Ray discussion regarding intercompany claims analysis (.50); call with Katten and M. Ray regarding intercompany claims analysis (1.40); call with Katten regarding additional diligence requests to Debtors in connection with intercompany claims analysis (.40); review and comment on draft follow-up diligence requests to Debtors (.50); email with Katten regarding same (.20); review updated draft Settlement Agreement among Debtor entities related to intercompany claims (.30) | 3.90 |
| 02/05/2023 | Trotz, Ethan | Emails with S. Rochester regarding intercompany claims issues (.20); review intercompany claims issues regarding S. Rochester questions (.30); update call with Katten regarding presentation (.50); follow up emails with Katten (.30) | 1.30 |
| 02/05/2023 | Hodge, Johnjerica | Attend Katten pre-call to prepare for call with M. Ray (.50); attend call with M. Ray (1.40); attend Katten call to discuss next steps based on meeting with M. Ray (.40); finalize additional due diligence request (.80); emails with M. Ray (.20); review documents related to settlement agreement draft (.40); review the production to prepare for call with M. Ray (.40); emails with Katten regarding next steps in investigation (.20) | 4.30 |
| 02/05/2023 | Rochester, Shaya | Prepare for call with M. Ray to discuss presentation on intercompany claims (1.20); revise draft 9019 settlement agreement (1.20); lead pre-call with Katten before call with M. Ray (.50); call with M. Ray to status of investigation regarding intercompany claims (1.40); prepare discovery requests (.60); attend recap call with Katten (.40); review and provide comments on discovery requests (1.30) | 6.60 |
| 02/05/2023 | Reisman, Steven | Review materials regarding settlement agreement and presentation to M. Ray (2.60) | 2.60 |
| 02/06/2023 | Mosse, Julia | Call with S. Rochester regarding intercompany claims analysis (.20); email with Katten regarding same (.20); prepare for call with counsel for Independent Directors of Voyager Digital Holdings and Voyager Digital LLC regarding intercompany claims (.60); call with Katten to prepare for same (.40); call with Katten, counsel for the Independent Directors of Voyager Digital Holdings and Voyager Digital LLC regarding intercompany claims (1.30); review responses to diligence requests to Debtors regarding intercompany transactions (.40); email with Katten regarding same (.30); draft follow-up request to Debtors regarding intercompany transfers (.40); email with J. Hodge regarding update to M. Ray regarding intercompany claims discussions (.40); review legal research regarding intercompany claims analysis (.60) | 4.80 |
| 02/06/2023 | Jordan, Ally | Conduct legal research re intercompany claims (1.90) | 1.90 |

**Katten**

Matter:              398573.00018
Invoice #:          9020122364
Invoice Due Date:   Payable Upon Receipt

April 11, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/06/2023 | Trotz, Ethan | Review updated diligence request (.20); call with S. Rochester regarding presentation and other matters (.50); revise presentation (1.00); call with S. Rochester regarding presentation edits (.20) | 1.90 |
| 02/06/2023 | Hodge, Johnjerica | Call with S. Rochester to discuss next steps in investigation (.30); call with Katten to prepare for call with counsel for other Independent Directors (.40); call with counsel for other Independent Directors (1.30); review documents produced by the debtors (.50); review research related to intercompany claims (.20); prepare update to M. Ray (.40); review emails to counsel for other Independent Directors and to Kirkland (.20); prepare task list for remaining items in investigation (.40) | 3.70 |
| 02/06/2023 | Rochester, Shaya | Call with R. Howell at Kirkland regarding status of discussions in connection with intercompany claims (.30); call with E. Trotz regarding analysis of intercompany claims (.50); revise draft intercompany claims settlement agreement (.60); call with E. Trotz regarding edits to presentation regarding analysis of intercompany claims (.20); call with J. Mosse regarding status of diligence requests (.20); call with J. Hodge regarding call with Quinn and ArentFox (.30); revise intercompany claims settlement (.20); prepare for call with counsel for the other Independent Directors (.20); pre-call with Katten before call with the other Independent Directors (.40); attend call with the other Independent Directors to discuss intercompany claims settlement (1.30); review additional diligence materials provided by Kirkland (.40); review and provide comments on update summary email to M. Ray (.30); call with S. Reisman to discuss status of investigation (.40) | 5.30 |
| 02/06/2023 | Reisman, Steven | Call with S. Rochester regarding independent investigation of intercompany claims (.40); review materials regarding intercompany claims (.10); call with Independent Directors to discuss intercompany claims and settlement proposal (1.30); emails with Katten and counsel for OpCo regarding intercompany claims (.60) | 2.40 |
| 02/07/2023 | Mosse, Julia | Review responses to diligence request to Debtors regarding intercompany transfers (.20); call with Katten regarding intercompany claims analysis (.50); call with S. Rochester regarding intercompany claims analysis (.30); draft follow-up request to Debtors in connection with intercompany claims analysis (.20); email with Katten regarding same (.10); update presentation regarding intercompany claims analysis (2.10); email with Katten regarding legal research in connection with intercompany claims analysis (.30); draft update to M. Ray regarding intercompany claims analysis (.60); email with Katten and M. Ray regarding intercompany claims analysis (.30); analyze financial information provided by Debtors in connection with intercompany claims analysis (2.10); email with Katten regarding same (.20) | 6.90 |
| 02/07/2023 | Jordan, Ally | Research intercompany claims issues (3.20); review equity group complaint regarding same (2.20); prepare memo regarding same (2.20) | 7.60 |
| 02/07/2023 | Trotz, Ethan | Review issues regarding diligence requests (.20); review BRG claims analyses (.30); review update on Plan (.20) | 0.70 |
| 02/07/2023 | Hodge, Johnjerica | Attend Katten call to prepare for negotiations with counsel for other Independent Directors (.50); meet with counsel for other Independent Directors (.50); attend Katten call to discuss next steps in investigation (.50); revise email to Kirkland and counsel for other Independent Directors (.20); revise presentation summarizing investigation findings (1.40); prepare email to Kirkland (.20) | 3.30 |

**Katten**

Matter:            398573.00018
Invoice #:         9020122364
Invoice Due Date:  Payable Upon Receipt

April 11, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/07/2023 | Rochester, Shaya | Revise presentation with analysis of intercompany claims (1.40); call with Katten regarding presentation (.50); call with Kirkland regarding status of intercompany claims analysis (.20); attend to issues regarding diligence requests to Kirkland (.50); emails with Quinn and ArentFox regarding potential settlement of intercompany claims (.30); attend pre-call before call with counsel for the other Independent Directors (.50); call with counsel for the other Independent Directors (.50); call with J. Mosse regarding new documents produced by Kirkland (.30); review new document production (.80); emails with Katten regarding same (.20); emails with S. Reisman regarding status of case (.40) | 5.60 |
| 02/07/2023 | Reisman, Steven | Participate in call with Kirkland regarding intercompany claims analysis (.20); review materials in preparation for same (.20); emails with Arent Fox and Quinn Emanuel regarding intercompany claims settlement proposal and follow up (.30); call with Independent Director regarding settlement proposal and follow up (.40); review Katten intercompany claims analysis and underlying documentation (1.60) | 2.70 |
| 02/08/2023 | Mosse, Julia | Call with R. Howell (Kirkland), S. Rochester regarding diligence requests in connection with intercompany claims analysis (.20); draft additional diligence requests to Debtors in connection with intercompany claims analysis (1.20); email with S. Rochester, J. Hodge regarding same (.30); review documents in connection with preparation of diligence requests (.80); review diligence responses from Debtors' counsel (.30); draft update to M. Ray regarding same (.30); revise factual portion of presentation regarding intercompany claims analysis (1.20); revise analysis portion of presentation regarding intercompany claims analysis (1.10); review diligence responses from Debtors in connection with same (.70) | 6.10 |
| 02/08/2023 | Jordan, Ally | Research caselaw regarding intercompany claims (.20) | 0.20 |
| 02/08/2023 | Trotz, Ethan | Update call with Katten regarding intercompany issues (.50); call with Katten regarding presentation (.30); update presentation (1.40) | 2.20 |
| 02/08/2023 | Hodge, Johnjerica | Attend Katten call to discuss next steps in investigation (.50); call with Katten regarding presentation (.30); review newly-produced diligence materials (.70); prepare a list of follow-up diligence questions (.30); update presentation summarizing investigation findings (.70); revise presentation analyzing settlement options (.50) | 3.00 |
| 02/08/2023 | Rochester, Shaya | Call with S. Reisman regarding status of investigation of intercompany claims (.20); call with Kirkland and J. Mosse regarding status of diligence requests (.20); review updated recovery tables (.60); call with Katten regarding investigation (.50); call with Katten to discuss investigation and presentation and Kirkland responses (.30); attend to follow-up diligence from call (.20); review and provide comments on revised presentation (1.90); review J. Mosse comments to presentation (.30); review further revised presentation (1.10); email to S. Reisman regarding presentation (.10) | 5.40 |
| 02/08/2023 | Reisman, Steven | Call with S. Rochester regarding intercompany claims investigation (.20); review materials in connection with intercompany claims investigation (1.50); call with Katten regarding investigation (.50); call with Katten regarding presentation to M. Ray (.30); review materials regarding diligence requests to Debtors (.40); review update email from M. Ray (.20); revise intercompany claims presentation (.80) | 3.90 |
| 02/09/2023 | Mosse, Julia | Revise draft agreement regarding intercompany claims (.30); review updated draft intercompany claims analysis (.40); email with Katten and M. Ray regarding same (.30); email with counsel for Independent Directors of Voyager Digital Holdings and Voyager Digital LLC (.20); email with Katten in preparation for call with counsel for Independent Directors of Voyager Digital Holdings and Voyager Digital LLC (.30) | 1.50 |

**Katten**

| | | | |
|---|---|---|---|
| Matter: | 398573.00018 | | |
| Invoice #: | 9020122364 | | |
| Invoice Due Date: | Payable Upon Receipt | | April 11, 2023 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/09/2023 | Hodge, Johnjerica | Update presentation summarizing investigation findings (2.90); review additional diligence materials provided by Kirkland (.90); review research regarding intercompany claims (.20) | 4.00 |
| 02/09/2023 | Rochester, Shaya | Calls with S. Reisman regarding presentation analyzing intercompany claims (.40); update presentation analyzing intercompany claims (.70); emails with J. Mosse and J. Hodge regarding same (.20); email with M. Ray regarding analysis of intercompany claims (.20); prepare for call with Quinn and ArentFox regarding intercompany claims analysis (.60) | 2.10 |
| 02/09/2023 | Reisman, Steven | Review materials related to intercompany claims and investigation (1.00); revise materials related to intercompany claims and investigation (1.10); emails to Katten regarding settlement of intercompany claims (.60); emails to Katten regarding intercompany claims analysis (.50); calls with S. Rochester regarding presentation on intercompany claims (.40); review talking points for settlement discussions (.30) | 3.90 |
| 02/10/2023 | Mosse, Julia | Draft talking points for meeting with counsel for Independent Directors of Voyager Digital Holdings and Voyager Digital LLC (1.30); review intercompany claims analysis, agreements and case law in connection with same (1.30); call with Katten in preparation for meeting with counsel for Independent Directors of Voyager Digital Holdings and Voyager Digital LLC (.50); meet (via Zoom) with counsel for Independent Directors of Voyager Digital Holdings and Voyager Digital LLC regarding intercompany claims (.70); email with Katten regarding legal research in connection with intercompany claims analysis (.30); review Voyager Board update materials in connection with intercompany claims analysis (.40); email with Katten and counsel for Ad Hoc Equity Group of Voyager Digital Ltd. in connection with intercompany claims analysis (.20) | 4.70 |
| 02/10/2023 | Jordan, Ally | Conduct legal research regarding treatment of intercompany claims (2.40); prepare summary of research (.60) | 3.00 |
| 02/10/2023 | Trotz, Ethan | Review Plan supplement (.30); review issues regarding certain claims against TopCo (1.00) | 1.30 |
| 02/10/2023 | Hodge, Johnjerica | Attend Katten call to prepare for settlement discussions (.50); meet with counsel for other Independent Directors to discuss settlement (.70); prepare email to M. Ray (.20); email with counsel for the Independent Directors of OpCo (.20); email with Katten regarding follow-up research (.20); prepare talking points for settlement discussions (.20) | 2.00 |
| 02/10/2023 | Rochester, Shaya | Prepare for call with counsel for other Independent Directors regarding potential settlement of intercompany claims (.50); emails with S. Reisman regarding same (.20); attend pre-call with S. Reisman, J. Mosse and J. Hodge before call with counsel for other Independent Directors regarding potential settlement of intercompany claims (.50); attend call with counsel for other Independent Directors regarding potential settlement of intercompany claims (.70); research and analyze issues related to intercompany claims (.90) | 2.80 |
| 02/10/2023 | Reisman, Steven | Emails with S. Rochester regarding potential settlement and intercompany claims analysis (.60); participate in pre-call with S. Rochester, J. Mosse, and J. Hodge prior to call with Independent Director (.50); participate in call with M. Ray regarding potential settlement (.70); review materials in connection with intercompany claims analysis and settlement proposal (.80) | 2.60 |
| 02/11/2023 | Mosse, Julia | Email with Katten regarding legal research in connection with intercompany claims analysis (.30); review case law in connection with same (.80) | 1.10 |

Matter:              398573.00018
Invoice #:          9020122364                                                    April 11, 2023
Invoice Due Date:   Payable Upon Receipt

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/11/2023 | Jordan, Ally | Meet with J. Hodge to discuss research (.50); Continue researching treatment of intercompany claims (2.20); prepare summary of research (.80); review diligence in connection with research (1.70); emails with Katten team regarding research (.40); incorporate research into presentation to Independent Director (1.60); conduct follow up research based on J. Hodge questions (.40) | 7.50 |
| 02/11/2023 | Hodge, Johnjerica | Meet with A. Jordan to discuss research (.50); email with M. Ray (.10); review research (.40) | 1.00 |
| 02/11/2023 | Rochester, Shaya | Emails with J. Mosse, J. Hodge and E. Trotz regarding issues to research in connection with intercompany claims analysis (.40); review case-law related to same (.40) | 0.80 |
| 02/11/2023 | Reisman, Steven | Review research on intercompany claims analysis (1.10) | 1.10 |
| 02/12/2023 | Mosse, Julia | Review documents in preparation for call with counsel for Ad Hoc Equity Group of Voyager Digital Ltd. (.60); prepare talking points for same (.70); call with Katten in preparation for same (.40); meet (via Zoom) with Katten and counsel for Ad Hoc Equity Group of Voyager Digital Ltd. and financial advisor to same (.90); email with Katten regarding follow-up diligence requests in connection with intercompany claims analysis (.20); email with Katten and counsel for Independent Directors of Voyager Digital Holdings, Inc. and Voyager Digital LLC in connection with intercompany claims analysis (.20); email with Katten regarding Voyager Digital Ltd. public filings (.20); comment on update to M. Ray regarding intercompany claims discussions (.20) | 3.40 |
| 02/12/2023 | Jordan, Ally | Review public filings regarding intercompany claims (.60); emails with S. Rochester regarding information in public filings (.20) | 0.80 |
| 02/12/2023 | Trotz, Ethan | Review Board materials regarding intercompany claims (.80) | 0.80 |
| 02/12/2023 | Hodge, Johnjerica | Attend prep call for meeting with Ad Hoc Group (.40); meet with Ad Hoc Group and Katten (.90); prepare update for M. Ray (.50) | 1.80 |
| 02/12/2023 | Rochester, Shaya | Emails with J. Mosse and J. Hodge regarding analysis of intercompany claims (.30); research cases regarding intercompany claims (.30); attend pre-call with J. Mosse and J. Hodge before call with counsel and financial advisor to ad hoc group of equity holders (.40); attend call with counsel and financial advisor to ad hoc group of equity holders (.90); emails with Katten, including S. Reisman and J Hodge, following call with counsel and financial advisor to ad hoc group of equity holders (.40) | 2.30 |
| 02/12/2023 | Reisman, Steven | Review materials related to intercompany claims analysis and settlement in preparation for call with Ad Hoc Equity Group (.80); attend call with Ad Hoc Equity Group (.90); email Katten regarding settlement proposal (.40) | 2.10 |
| 02/13/2023 | Mosse, Julia | Call with Katten in preparation for meeting with counsel for the Independent Directors of Voyager Digital Holdings, Inc. and Voyager Digital LLC (.20); meet (via Zoom) with Katten and counsel for the Independent Directors of Voyager Digital Holdings, Inc. and Voyager Digital LLC (.40); follow-up call with Katten regarding same (.20); revise additional diligence requests to Debtors (.20); email with Katten regarding same (.30); review materials regarding Three Arrows Capital (.80); email with Katten regarding same (.30); review claim objection in connection with analysis of intercompany claims (.80);review summary of research re claims against TopCo (.40); conduct follow up research in connection with claims (1.90); review docket in connection with claims (.60) | 6.10 |

Katten

Matter:              398573.00018
Invoice #:           9020122364
Invoice Due Date:    Payable Upon Receipt

April 11, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/13/2023 | Trotz, Ethan | Call with S. Rochester regarding new research assignment (.30); review issues regarding Plan (.70); call with S. Rochester regarding customer agreements (.20); conduct legal research re claims against TopCo (1.80); prepare summary of research (.40) | 3.40 |
| 02/13/2023 | Hodge, Johnjerica | Attend Katten pre-call to prepare for call with counsel for other Independent Directors (.20); attend call with counsel for other Independent Directors (.40); attend Katten recap call (.20); review research to assess strength of argument from AHG (.40); analyze strength of argument from AHG (.30); prepare due diligence requests (.40); revise due diligence requests (.20); revise email to M. Ray (.10) | 2.20 |
| 02/13/2023 | Rochester, Shaya | Emails with J. Mosse and J. Hodge regarding additional diligence requests (.20); pre-call with J. Mosse and J. Hodge before call with counsel (Quinn and ArentFox) for the other Independent Directors (.20); call with counsel (Quinn and ArentFox) for the other Independent Directors (.40); attend recap call with J. Mosse and J. Hodge (.20); prepare summary of call for client (.90); call with E. Trotz regarding new research assignments concerning intercompany claims (.30); prepare additional diligence requests to Voyager (.80); review and provide comments on additional diligence requests to Voyager (.70) | 3.70 |
| 02/14/2023 | Mosse, Julia | Review complaint by filed by AHG (1.20); update TopCo issues list in connection with AHG issues (1.60); email with Katten regarding Ad Hoc Equity Group inquiry (.20); call with S. Rochester regarding intercompany claims analysis (.30); update supplemental diligence requests to Debtors (.30) | 3.60 |
| 02/14/2023 | Trotz, Ethan | Conduct legal research regarding intercompany claims (1.40) | 1.40 |
| 02/14/2023 | Hodge, Johnjerica | Prepare correspondence to AHG (.30); revise correspondence to debtor's counsel (.10); correspond with Katten regarding case strategy (.10) | 0.50 |
| 02/14/2023 | Rochester, Shaya | Review outstanding diligence requests to Debtors (.50); call with J. Mosse regarding intercompany claims (.30); emails with J. Hodge regarding response to Ad Hoc Equity Group (.30) | 1.10 |
| 02/14/2023 | Reisman, Steven | Emails with Katten team regarding settlement proposal (.30) | 0.30 |
| 02/15/2023 | Mosse, Julia | Email with Katten and Kirkland regarding follow-up diligence requests in connection with intercompany claims analysis (.30); call with K. Scherling in connection with intercompany claims analysis (.10); email with Katten and Ad Hoc Equity Group in connection with intercompany claims analysis (.10) | 0.50 |
| 02/15/2023 | Trotz, Ethan | Call with S. Rochester regarding schedules (.30); conduct legal research regarding claims and schedules (2.20); emails with S. Rochester regarding Voyager loans (.30); review amended Schedules filed (.70) | 3.40 |
| 02/15/2023 | Hodge, Johnjerica | Email with counsel for AHEG (.10); emails regarding investigation next steps with Katten (.20); emails with Debtors' counsel (.10) | 0.40 |
| 02/15/2023 | Rochester, Shaya | Call with E. Trotz regarding Schedules (.30); emails with E. Trotz regarding potential claims at TopCo (.60); emails with R. Howell at Kirkland regarding adversary proceeding commenced by Ad Hoc Equity Group (.50) | 1.40 |
| 02/15/2023 | Reisman, Steven | Call with K. Scherling regarding intercompany claims settlement analysis (.10); emails regarding the same (.20) | 0.30 |
| 02/16/2023 | Mosse, Julia | Email with Katten regarding Three Arrows Capital claims in connection with intercompany claims analysis (.30); email with K. Scherling in connection with intercompany claims analysis (.10); email with Katten and Kirkland in connection with intercompany claims analysis (.20) | 0.60 |

**Katten**

Matter:              398573.00018
Invoice #:           9020122364
Invoice Due Date:    Payable Upon Receipt

April 11, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/16/2023 | Trotz, Ethan | Review Plan Supplement (.50); emails with S. Rochester regarding same (.10); review issues regarding schedules (.40) | 1.00 |
| 02/16/2023 | Rochester, Shaya | Review Restructuring Transactions Memorandum filed as Plan Supplement (.60); emails with Katten litigators regarding diligence requests (1.10); review Kirkland responses to diligence requests regarding intercompany claims analysis and correspondence (.70); emails with J. Mosse regarding same (.20); emails with A. Smith from Kirkland regarding shared services agreement (.20) | 2.80 |
| 02/16/2023 | Reisman, Steven | Follow up with S. Rochester regarding plan supplement, matters related to confirmation and intercompany claims analysis (1.10) | 1.10 |
| 02/17/2023 | Mosse, Julia | Draft email to S. Rochester, J. Hodge regarding intercompany claims analysis (.20); email with E. Trotz regarding legal research in connection with analysis of intercompany claims (.30); email with Katten regarding administrative claims analysis (.30); email with Katten and Kirkland regarding same (.30); call with S. Rochester and A. Smith regarding inquiry related to Voyager Digital Ltd. (.30); email with Katten and M. Ray regarding intercompany claims analysis (.30) | 1.70 |
| 02/17/2023 | Trotz, Ethan | Conduct legal research regarding Plan issues (.80); review Voyager customer issues (.50); review issues regarding administrative claims (.50); review issues regarding Binance transaction (.30); emails with S. Rochester regarding same (.20); call with S. Rochester regarding claims issues (.20); review docket for updates (.30); review litigation claims issues (.60) | 3.40 |
| 02/17/2023 | Hodge, Johnjerica | Attend Katten pre-call before call with Kirkland regarding intercompany issues (.50); attend part of call with Debtor's counsel (.20); correspond with Katten regarding next steps in investigation (.10); review additional due diligence materials (.10) | 0.90 |
| 02/17/2023 | Rochester, Shaya | Email with E. Trotz regarding potential liabilities of TopCo (.30); update intercompany claims analysis (.40); emails with S. Reisman and Katten regarding same (.20); pre-call with Katten before call with Kirkland regarding intercompany issues (.50); call with A. Smith at Kirkland and J. Mosse regarding shared services agreement (.30); emails with J. Mosse and team regarding intercompany issues (.50); emails with T. Hatcher and Kirkland regarding shared services agreement (.20); review intercompany shared services agreement (.60); emails with J. Mosse and client regarding updates on intercompany claims analysis and potential settlement discussions (.40); call with E .Trotz regarding claims asserted against TopCo (.20); call with T. Hatcher, Voyager and Kirkland regarding shared services agreement (.40); prepare summary and recommendation for M. Ray regarding shared services agreement (.80) | 4.80 |
| 02/19/2023 | Rochester, Shaya | Review shared services agreement (.20); call with M. Ray regarding shared services agreement (.10); follow-up email with lead Debtor counsel regarding same (.20); review summary of 3AC litigation (.60) | 1.10 |
| 02/19/2023 | Reisman, Steven | Emails regarding shared services agreement and matters related to same (.30) | 0.30 |
| 02/20/2023 | Rochester, Shaya | Continue diligence of shared services agreement (.30) | 0.30 |
| 02/21/2023 | Mosse, Julia | Review discovery requests relating to FTX (.40); email with Katten regarding same (.20); email with Katten regarding follow-up diligence requests to Debtors in connection with intercompany claims analysis (.30) | 0.90 |
| 02/21/2023 | Trotz, Ethan | Review docket for updates (.30) | 0.30 |

Matter:            398573.00018
Invoice #:         9020122364
Invoice Due Date:  Payable Upon Receipt

April 11, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/21/2023 | Rochester, Shaya | Emails with lead Debtor counsel regarding shares services agreement (.20); emails with J. Mosse and lead Debtor counsel regarding outstanding diligence requests (.40); emails with J. Mosse regarding UCC depositions (.20) | 0.80 |
| 02/21/2023 | Reisman, Steven | Review materials related to settlement proposal and intercompany claims (1.10) | 1.10 |
| 02/22/2023 | Mosse, Julia | Email with Katten regarding Voyager docket update and hearing summary (.30); review Ad Hoc Equity Group's Objection to Plan Confirmation (.40); email with Katten regarding same (.40); review Voyager/FTX Stipulation (.30); email with Katten regarding same (.40); provide comments on update to M. Ray regarding docket filings (.30) | 2.10 |
| 02/22/2023 | Trotz, Ethan | Review docket for updates on Plan issues (.30); review objections to Plan (1.90); prepare summary of Plan objections (.60); emails with Katten regarding Plan objections (.30); review stipulation with FTX/Alameda (.40) | 3.10 |
| 02/22/2023 | Hodge, Johnjerica | Revise email to M. Ray (.10); review confirmation objection from AHEG (.20); review stipulation between FTX and Voyager (.20) | 0.50 |
| 02/22/2023 | Rochester, Shaya | Call with J. Gleit at ArentFox regarding potential intercompany claims settlement (.20); emails with M. Ray regarding shared services agreement (.20); review Plan confirmation objection filed by AHEG (.40); review joint stipulation filed by Debtors, Alameda and UCC (.20); revise client summary of Plan confirmation objection filed by AHEG and joint stipulation filed by Debtors, Alameda and UCC (1.60) | 2.60 |
| 02/22/2023 | Reisman, Steven | Analyze Ad Hoc Equity Group objection in connection to resolving intercompany claims issues (1.40); emails with C. Giglio regarding intercompany claims (.40); review various plan objections in connection with confirmation (1.10) | 2.90 |
| 02/23/2023 | Mosse, Julia | Call with Katten regarding intercompany claims analysis (.80); email with Katten regarding follow up diligence requests in connection with intercompany claims analysis (.30); review and comment on updated presentation to M. Ray regarding intercompany claims analysis (1.30); email with Katten and Kirkland regarding diligence requests in connection with intercompany claims analysis (.30); review correspondence from Ad Hoc Equity Group regarding intercompany claims analysis (.10); email with Katten regarding same (.20); review diligence materials provided in response to requests in connection with intercompany claims analysis (.30) | 3.30 |
| 02/23/2023 | Trotz, Ethan | Continue reviewing Plan objections (2.20); call with S. Rochester regarding Plan objections (.30); draft update presentation regarding recent developments (2.40); review issues regarding administrative claims (1.30); call with Katten regarding claims issues (.80); call with S. Rochester regarding presentation (.30); review securities issues (.50) | 7.80 |
| 02/23/2023 | Hodge, Johnjerica | Revise email to Kirkland (.10); revise presentation to M. Ray (.70); review stipulation (.10) | 0.90 |

| Matter: | 398573.00018 |
| Invoice #: | 9020122364 |
| Invoice Due Date: | Payable Upon Receipt |

April 11, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/23/2023 | Rochester, Shaya | Emails with S. Reisman and J. Mosse regarding outstanding diligence requests (.60); emails with Kirkland regarding same (.40); call with T. Hatcher regarding shared services agreement (.60); email with S. Reisman regarding same (.10); emails with M. Ray regarding same (.40); emails with E. Trotz regarding updating intercompany claims analysis (.70); call with E. Trotz regarding Plan confirmation objections (.30); review diligence responses from Kirkland (1.10); calls with Katten regarding response to Kirkland (.80); call with E. Trotz regarding presentation on intercompany claims analysis (.30); revise presentation on intercompany claims analysis (1.90); call with C. Giglio regarding intercompany claims analysis (.40); calls with S. Reisman regarding intercompany claims analysis (.60); prepare email to lead Debtor counsel with questions regarding AHEG Objection and Joint Stipulation (1.20); review governmental claims asserted against TopCo (.60); review summary of confirmation objections (.70) | 10.70 |
| 02/23/2023 | Reisman, Steven | Calls with S. Rochester regarding intercompany claims analysis (.60); emails with S. Rochester regarding intercompany claims analysis (.50); call with C. Giglio regarding intercompany claims (.40); analyze materials related to potential settlement of intercompany claims (1.40) | 2.90 |
| 02/24/2023 | Mosse, Julia | Call with Katten regarding intercompany claims analysis (1.10); prepare for call with M. Ray regarding intercompany claims analysis (.60); call with S. Rochester and Kirkland regarding intercompany claims analysis (.50); call with M. Ray regarding intercompany claims analysis (.80); call with Katten, Quinn, ArentFox regarding intercompany claims analysis (.40); review Ad Hoc Equity Group's objection to Voyager/FTX Stipulation (.30); email with Katten regarding same (.40); draft update to M. Ray regarding intercompany claims analysis (.60); email with Katten and M. Ray regarding intercompany claims analysis (.20); email with Katten and Kirkland regarding information requests related to Ad Hoc Equity Group's confirmation objection and objection to Voyager/FTX Stipulation (.30) | 5.20 |
| 02/24/2023 | Jordan, Ally | Review TopCo public filings (.50) | 0.50 |
| 02/24/2023 | Trotz, Ethan | Revise updated presentation (2.30); call with S. Rochester regarding same (.20); call with Katten regarding intercompany settlement issues (1.10); emails with Katten regarding intercompany settlement issues (.20); review equity group objection to FTX stipulation (.40); incorporate S. Rochester comments to presentation (.40) | 4.60 |
| 02/24/2023 | Hodge, Johnjerica | Call with S. Rochester to prepare for call with M. Ray (.20); meet with M. Ray (.80); meet with counsel for other Independent Directors (.40); review objection filed by the Ad Hoc Equity Group (.20); discuss next steps in investigation with Katten (.20); prepare reservation of rights (.30) | 2.10 |
| 02/24/2023 | Rochester, Shaya | Emails with Katten regarding intercompany claims analysis (.30); update presentation on intercompany claims analysis (.40); call with J. Hodge to prepare for call with M. Ray regarding intercompany claims presentation (.20); call with Katten regarding intercompany claims presentation (1.10); call with K. Scherling at Quinn regarding potential intercompany claims settlement (.20); prepare for calls with client and Quinn to discuss potential intercompany claims settlement (.60); call with S. Reisman regarding same (.30); call with R. Howell (Kirkland) and J. Mosse regarding claims analysis (.50); call with M. Ray to discuss updated intercompany claims analysis (.80); prepare for call with Quinn to discuss potential intercompany claims settlement (.30); call with Quinn to discuss potential intercompany claims settlement (.40); call with E. Trotz regarding presentation (.20); revise update memo to client regarding AHEG objection to Joint Stipulation (.40) | 5.70 |

**Katten**

Matter:             398573.00018
Invoice #:          9020122364
Invoice Due Date:   Payable Upon Receipt                          April 11, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/24/2023 | Reisman, Steven | Analyze intercompany claims settlement issues (1.00); call with S. Rochester regarding intercompany claims (.30); review documents in connection with intercompany claims (1.10); emails with Katten regarding Ad Hoc Equity Group (.40) | 2.80 |
| 02/25/2023 | Mosse, Julia | Draft email to M. Ray regarding Ad Hoc Equity Group Objection to Voyager/FTX Stipulation (.40); review Objection in connection with same (.20); email with Katten regarding same (.20) | 0.80 |
| 02/25/2023 | Hodge, Johnjerica | Revise email to M. Ray (.10); draft reservation of rights (1.70) | 1.80 |
| 02/26/2023 | Mosse, Julia | Email with Katten regarding claims against Voyager Digital Ltd. (.30); review and comment on draft Reservation of Rights in response to Ad Hoc Equity Group's objections (.40); email with Katten regarding same (.30); review updated hypothetical recovery analysis regarding intercompany transactions (.20); email with Katten regarding same (.20) | 1.40 |
| 02/26/2023 | Jordan, Ally | Review TopCo public filings (.30); research cases regarding intercompany claims (1.00) | 1.30 |
| 02/26/2023 | Trotz, Ethan | Revise reservation of rights (.60); emails with Katten regarding same (.20); review TopCo public filings (.40); continue reviewing Plan objections (1.10) | 2.30 |
| 02/26/2023 | Hodge, Johnjerica | Revise correspondence to independent director (.10); revise reservation of rights (.50); revise settlement analysis (.20); perform research related to reservation of rights (.60) | 1.40 |
| 02/26/2023 | Rochester, Shaya | Review correspondence with client and J. Mosse regarding AHEG Objection to Joint Objection (.20); make extensive revisions to Reservation of Rights (1.50); update presentation on intercompany claims analysis (.50); further revise ROR based on comments from team (.40); revise update memo for M. Ray (.70) | 3.30 |
| 02/26/2023 | Reisman, Steven | Review materials in connection with settlement of intercompany claims (.80) | 0.80 |
| 02/27/2023 | Mosse, Julia | Email with Katten and Quinn Emanuel regarding intercompany claims (.20); email with Katten and M. Ray regarding intercompany claims analysis (.20); comment on updated draft presentation regarding intercompany claims analysis (.80); email with Katten regarding same (.40); call with S. Rochester regarding intercompany claims analysis (.20); review draft reservation of rights regarding Ad Hoc Equity Group filings (.30); email with Katten and M. Ray regarding same (.30); review FTX Debtors' Rule 9019 Motion regarding Voyager/FTX Stipulation (.30); email with Katten regarding same (.20); review Ad Hoc Equity Group's supplemental Plan objection (.10); email with Katten regarding same (.10); review Stipulation between Voyager Debtors and certain governmental claimants (.20); email with Katten regarding same (.10); comment on update email to M. Ray (.20) | 3.60 |
| 02/27/2023 | Trotz, Ethan | Review Plan for independent director issues (1.20); emails with S. Reisman regarding independent director issues (.30); email with S. Rochester regarding intercompany negotiations (.10); review intercompany claims scenarios (.90); incorporate scenarios into presentation (1.20); review FTX Alameda issues (.70); emails with Katten regarding intercompany issues (.30); call with S. Rochester regarding presentation (.20); continue reviewing Plan objections (.70) | 5.60 |

Katten

Matter:              398573.00018
Invoice #:           9020122364
Invoice Due Date:    Payable Upon Receipt

April 11, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/27/2023 | Rochester, Shaya | Emails with E. Trotz regarding updates to intercompany claims analysis (.30); review updated presentation on intercompany claims analysis (.30); revise updated presentation on intercompany claims analysis (1.10); call with J. Mosse regarding intercompany claims analysis (.20); review markup of updated presentation on intercompany claims (.20); further revise updated presentation on intercompany claims (1.10); call with E. Trotz regarding updated presentation (.20); revise update summary to client (.30) | 3.70 |
| 02/27/2023 | Reisman, Steven | Emails with Quinn Emanuel regarding intercompany claims settlement strategy (1.20); review Ad Hoc Group's supplemental plan objection (.10); review materials regarding settlement (.40); emails with S. Rochester and J. Mosse regarding settlement (.40) | 2.10 |
| 02/28/2023 | Mosse, Julia | Email with Katten and M. Ray regarding draft Reservation of Rights in response to Ad Hoc Equity Group filings (.20); review updated draft Reservation of Rights (.20); comment on updated presentation to M. Ray regarding intercompany claims analysis (1.20); review Debtors' Motion for Entry of an Order Approving the Joint Stipulation by and among the Debtors and FTX (.30); email with Katten regarding same (.20); review draft update email to M. Ray (.20); email with S. Rochester regarding contingent account holder claims (.20); review Voyager Debtors Confirmation Brief (.70); email with Katten regarding same (.60); review Voyager Debtors Third Amended Plan of Reorganization (.50); email with Katten regarding same (.30) | 4.60 |
| 02/28/2023 | Trotz, Ethan | Review 9019 motion (.50); prepare summary of 9019 motion (.20); emails with Katten regarding 9019 motion (.30); incorporate Katten comments to presentation (.40); continue reviewing objections and statements in support of Plan (2.60); prepare summary of confirmation papers filed (1.60) | 5.70 |
| 02/28/2023 | Hodge, Johnjerica | Revise reservation of rights (.50); update presentation to Independent Director (.80); revise email with debtors' counsel (.10) | 1.40 |
| 02/28/2023 | Siena, Marie | Finalize reservation of rights pleading (.20); file reservation of rights on the court's docket (.20); emails with S. Rochester and E. Trotz regarding same (.20) | 0.60 |
| 02/28/2023 | Rochester, Shaya | Emails with Katten regarding arguments raised by Ad Hoc Equity Group (.30); call with S. Reisman regarding Reservation of Rights (.20); revise Reservation of Rights based on S. Reisman comments (.40); make final changes to Reservations of Rights (.30); review Debtors' 9019 Motion seeking approval of Stipulation with FTX (.60); update summary for client regarding same (.60); provide comments on updated presentation regarding intercompany claims (.80); call with S. Reisman regarding Plan confirmation (.30); communications with lead Debtor counsel regarding confirmation (.30); begin to review revised Chapter 11 Plan (.30) | 4.10 |
| 02/28/2023 | Reisman, Steven | Review reservation of rights (.40); call with S. Rochester regarding the same (.20); call with S. Rochester regarding plan confirmation (.30); emails with Katten regarding intercompany claims (.80) | 1.70 |
| | | **Total Hours :** | **343.40** |

Matter:              398573.00018
Invoice #:           9020122364
Invoice Due Date:    Payable Upon Receipt

April 11, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Reisman, Steven | 42.80 | 1,755.00 | 75,114.00 |
| Rochester, Shaya | 87.90 | 1,425.00 | 125,257.50 |
| Mosse, Julia | 82.10 | 1,050.00 | 86,205.00 |
| Hodge, Johnjerica | 40.50 | 1,040.00 | 42,120.00 |
| Trotz, Ethan | 64.70 | 815.00 | 52,730.50 |
| Jordan, Ally | 24.80 | 765.00 | 18,972.00 |
| Siena, Marie | 0.60 | 410.00 | 246.00 |
| **Sub Total :** | **343.40** | **Sub Total :** | **400,645.00** |
| **Total Hours :** | **343.40** | **Total Fees** | **400,645.00    USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

April 11, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
███████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00020 |
| Invoice #: | 9020122363 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Retention and Fee Matters

For Professional Services Rendered Through February 28, 2023

| | | |
|---|---|---|
| Fees Total............................................................................................................................ | 15,732.00 | |
| **Total Amount Due** .......................................................................................................... | **15,732.00** | **USD** |

Payment can be remitted directly to our account:

███████████████
███████████████████
███████████████████████
████████████████████████████████████
███████████████
██████████████████████

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:          398573.00020
Invoice #:       9020122363
Invoice Due Date:  Payable Upon Receipt

April 11, 2023

RE:  Retention and Fee Matters

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/02/2023 | Trotz, Ethan | Call with R. Evans and M. Siena regarding fee statements (.20); prepare for call with R. Evans and M. Siena regarding fee statements (.20) | 0.40 |
| 02/02/2023 | Siena, Marie | Revise draft of First Monthly Fee Statement (1.50); call with E. Trotz and R. Evans regarding monthly fee statements (.20) | 1.70 |
| 02/02/2023 | Evans, Robin | Call with E. Trotz and M. Siena regarding preparation of fee applications (.20); emails regarding same (.10) | 0.30 |
| 02/05/2023 | Trotz, Ethan | Emails with S. Rochester regarding fee statements (.20) | 0.20 |
| 02/05/2023 | Siena, Marie | Revise materials for December fee statement (.40) | 0.40 |
| 02/05/2023 | Evans, Robin | Finalize fee statements before filing (.70) | 0.70 |
| 02/06/2023 | Trotz, Ethan | Review issues regarding November 2022 fee statement (.80); review issues regarding December 2022 fee statement (.50) | 1.30 |
| 02/06/2023 | Siena, Marie | Revise materials for November fee statement to incorporate R. Evans comments (.20); further revise materials for November fee statement to incorporate E. Trotz comments (.90); revise materials for December fee statement to incorporate E. Trotz comments (.60) | 1.70 |
| 02/06/2023 | Evans, Robin | Revise November fee application for consistency with court filings and orders (1.30) | 1.30 |
| 02/06/2023 | Reisman, Steven | Review November and December fee statement (.40) | 0.40 |
| 02/13/2023 | Trotz, Ethan | Emails with M. Siena regarding fee statements (.20); call with Katten regarding fee statements (.30); review November fee statement (.90) | 1.40 |
| 02/13/2023 | Siena, Marie | Revise materials for November fee statement (.70); emails to E. Trotz regarding materials for November fee statement (.20); revise materials for December fee statement to incorporate R. Evans comments (.30); revise materials for January fee statement to ensure that privileged and confidential information is not disclosed (2.30); call with Katten regarding fee statements (.30); revise November monthly fee statement (.90); emails with E. Trotz and R. Evans regarding November fee statement (.20) | 4.90 |
| 02/13/2023 | Evans, Robin | Call with Katten regarding fee examiner appointment and fee application guidelines (.30) | 0.30 |
| 02/14/2023 | Trotz, Ethan | Review interim compensation order in connection with preparing Katten's fee statements (.30) | 0.30 |
| 02/14/2023 | Siena, Marie | Revise materials for January fee statement (1.80) | 1.80 |
| 02/15/2023 | Evans, Robin | Revise November and December prebills for accuracy and consistency with billing guidelines (.40); email with M. Siena and E. Trotz regarding same (.10) | 0.50 |
| 02/16/2023 | Trotz, Ethan | Review exhibits to November monthly fee statement (.40) | 0.40 |
| 02/17/2023 | Siena, Marie | Revise materials for January fee statement to ensure that privileged and confidential information is not disclosed (2.40) | 2.40 |
| 02/20/2023 | Siena, Marie | Revise materials for November and December fee statements to incorporate S. Rochester comments (.90); emails with S. Reisman regarding same (.20) | 1.10 |
| 02/20/2023 | Reisman, Steven | Review revised fee statements (.20); emails regarding same (.10) | 0.30 |
| 02/21/2023 | Trotz, Ethan | Review materials for December 2022 fee statement (.50) | 0.50 |

Katten

Matter:              398573.00020
Invoice #:           9020122363
Invoice Due Date:    Payable Upon Receipt

April 11, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/21/2023 | Siena, Marie | Revise materials for January fee statement to incorporate E. Trotz and R. Evans comments (1.90); call with R. Evans regarding fee examiner and prebill issues (.20); emails with S. Rochester regarding same (.30) | 2.40 |
| 02/21/2023 | Evans, Robin | Call with M. Siena regarding fee examiner and prebill issues (.20); provide comments to materials for January fee statement (1.10); email M. Siena and E. Trotz regarding same (.10) | 1.40 |
| 02/21/2023 | Rochester, Shaya | Review Voyager monthly fee statement for confidential and privileged information and for compliance with Fee Guidelines (.30) | 0.30 |
| 02/26/2023 | Siena, Marie | Email with S. Reisman regarding materials for January fee statement (.20) | 0.20 |
| 02/28/2023 | Siena, Marie | Draft chart of fees and expenses to date (.30); emails with S. Rochester and S. Reisman regarding fees and expenses (.20) | 0.50 |
| | | **Total Hours :** | **27.10** |

Katten

| Matter: | 398573.00020 | |
|---|---|---|
| Invoice #: | 9020122363 | |
| Invoice Due Date: | Payable Upon Receipt | April 11, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 0.70 | 1,755.00 | 1,228.50 |
| Rochester, Shaya | 0.30 | 1,425.00 | 427.50 |
| Trotz, Ethan | 4.50 | 815.00 | 3,667.50 |
| Evans, Robin | 4.50 | 755.00 | 3,397.50 |
| Siena, Marie | 17.10 | 410.00 | 7,011.00 |
| **Sub Total :** | **27.10** | **Sub Total :** | **15,732.00** |
| **Total Hours :** | **27.10** | **Total Fees** | **15,732.00   USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

April 11, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
███████████████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00024 |
| Invoice #: | 9020122361 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Expenses

For Professional Services Rendered Through February 28, 2023

| | | |
|---|---|---|
| Disbursements | 7,069.29 | |
| **Total Amount Due** | **7,069.29** | **USD** |

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:          398573.00024
Invoice #:       9020122361
Invoice Due Date:    Payable Upon Receipt

April 11, 2023

RE:  Expenses

## DISBURSEMENTS

| Description | Cost Description | Amount |
|---|---|---|
| Color Printing | Color Printing. Color Printing. Color Printing. | 575.50 |
| Court Costs | Pacer Court Costs 1/01/2023-1/31/2023 CHI. Pacer Court Costs 1/01/2023-1/31/2023 CHI. Pacer Court Costs 1/01/2023-1/31/2023 LAX. CourtSolutions fee for telephonic appearance at hearing--Date Incurred: 02/07/2023. CourtSolutions fee for telephonic attendance at hearing-Date Incurred: 02/22/2023. | 177.90 |
| Data/Library Research Services | Westlaw Legal Research: JORDAN,ALLY on 2/26/2023. Westlaw Legal Research: JORDAN,ALLY on 2/11/2023. Westlaw Legal Research: JORDAN,ALLY on 2/10/2023. Westlaw Legal Research: JORDAN,ALLY on 2/8/2023. Westlaw Legal Research: JORDAN,ALLY on 2/7/2023. Westlaw Legal Research: JORDAN,ALLY on 2/6/2023. Westlaw Legal Research: JORDAN,ALLY on 2/1/2023. Westlaw Legal Research: HODGE,JOHNJERICA on 2/26/2023. Westlaw Legal Research: HODGE,JOHNJERICA on 2/2/2023. | 6,315.89 |

**Total  Disbursements:**     **7,069.29**     **USD**

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 13, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
███████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00016 |
| Invoice #: | 9020133477 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Hearings

For Professional Services Rendered Through March 31, 2023

Fees Total.................................................................................................................................... 114,875.00

**Total Amount Due** ................................................................................................................. **114,875.00**   **USD**

Payment can be remitted directly to our account:

███████████

██████  ████

██████  ████

██████  ████████████████

██████  ████

████████████

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

| Matter: | 398573.00016 | |
|---|---|---|
| Invoice #: | 9020133477 | June 13, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

RE: Hearings

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/01/2023 | Trotz, Ethan | Attend hearing (.40); prepare summary of hearing (.10) | 0.50 |
| 03/01/2023 | Hodge, Johnjerica | Review summary of Voyager hearing on 3.1.2023 (.10) | 0.10 |
| 03/01/2023 | Siena, Marie | Review agenda for upcoming hearing (.20) | 0.20 |
| 03/02/2023 | Mosse, Julia | Attend (by phone) Confirmation Hearing morning session before Judge Wiles (3.80); attend (by phone) Confirmation Hearing afternoon session before Judge Wiles (4.20); review and comment on email to M. Ray regarding hearing summary (.30) | 8.30 |
| 03/02/2023 | Trotz, Ethan | Attend confirmation hearing (8.00); prepare summary of hearing (.30) | 8.30 |
| 03/02/2023 | Rochester, Shaya | Attend Confirmation Hearing on behalf of Independent Director (partial attendance as an accommodation to the client) (6.40); revise summary of Confirmation Hearing for client (1.20) | 7.60 |
| 03/02/2023 | Reisman, Steven | Participate in confirmation hearing on behalf of Independent Director and protecting interest in connection with intercompany claims (all time not billed as courtesy to client) (5.40) | 5.40 |
| 03/03/2023 | Mosse, Julia | Attend (by phone) morning session of Confirmation Hearing before Judge Wiles (4.00); attend (by phone) afternoon session of Confirmation Hearing before Judge Wiles (4.30); email with S. Rochester and E. Trotz regarding same (.30); comment on summary of same (.20) | 8.80 |
| 03/03/2023 | Trotz, Ethan | Emails with S. Rochester regarding confirmation hearing (.20); attend hearing (9.50); prepare summary of hearing (.40); emails with J. Mosse and S. Rochester regarding hearing (.20) | 10.30 |
| 03/03/2023 | Siena, Marie | Register S. Reisman and S. Rochester to appear at hearing on 3/6 (.20) | 0.20 |
| 03/03/2023 | Rochester, Shaya | Attend Confirmation Hearing (partial attendance as an accommodation to the client) (Day 2) (3.40) | 3.40 |
| 03/03/2023 | Reisman, Steven | Review materials to prepare for hearing (.50); attend second day of confirmation hearing regarding protecting client interest in intercompany claims (not all time billed as courtesy to client) (4.00) | 4.50 |
| 03/04/2023 | Mosse, Julia | Email with S. Rochester regarding Confirmation Hearing (.20); email with S. Rochester and M. Ray regarding same (.10) | 0.30 |
| 03/06/2023 | Mosse, Julia | Attend (by phone) morning session of Confirmation Hearing before Judge Wiles (2.90); email with S. Rochester and E. Trotz regarding March 8 hearing in FTX Chapter 11 cases regarding Voyager-FTX Stipulation (.20); update email to M. Ray regarding same (.10); attend (by phone) afternoon session of Confirmation Hearing before Judge Wiles (4.50); email with S. Rochester and E. Trotz regarding Confirmation Hearing (.30); revise summary of Confirmation Hearing for M. Ray (.20); email with S. Rochester and E. Trotz and M. Ray regarding same (.20) | 8.40 |
| 03/06/2023 | Trotz, Ethan | Emails with S. Rochester and J. Mosse regarding confirmation hearing (.30); draft summary of hearing (1.20); attend confirmation hearing (7.40) | 8.90 |
| 03/06/2023 | Rochester, Shaya | Attend Confirmation Hearing (Day 3) (partial attendance as an accommodation to the client) (3.40) | 3.40 |
| 03/06/2023 | Reisman, Steven | Participate in third day of confirmation hearing to protect client interest in intercompany claims (not all time billed as courtesy to client) (4.40) | 4.40 |
| 03/07/2023 | Mosse, Julia | Attend (by phone) Confirmation Hearing before Judge Wiles (3.30); email with S. Rochester regarding same (.30); review and comment on summary for M. Ray regarding same (.20) | 3.80 |

**Katten**

| Matter: | 398573.00016 |
|---|---|
| Invoice #: | 9020133477 |
| Invoice Due Date: | Payable Upon Receipt |

June 13, 2023

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/07/2023 | Trotz, Ethan | Attend confirmation hearing (3.30); draft summary of hearing (.30) | 3.60 |
| 03/07/2023 | Reisman, Steven | Participate in confirmation hearing (partial attendance as courtesy to client) (2.10) | 2.10 |
| 03/15/2023 | Mosse, Julia | Attend (by phone) emergency hearing on Government's motion to stay pending appeal (.90); revise summary of same for M. Ray (.50); email with Katten regarding hearing on Government's motion to stay pending appeal (.30) | 1.70 |
| 03/15/2023 | Trotz, Ethan | Attend hearing (.90); draft summary of hearing (.40); emails with J. Mosse and S. Rochester regarding hearing (.20) | 1.50 |
| 03/15/2023 | Rochester, Shaya | Listen to hearing on emergency motion to stay confirmation order (.90); provide comments on summary of hearing for client (.20) | 1.10 |
| 03/15/2023 | Reisman, Steven | Review summary of today's hearing for client (.20) | 0.20 |
| 03/16/2023 | Hodge, Johnjerica | Revise summary of 3.15.23 hearing (.10) | 0.10 |
| 03/19/2023 | Mosse, Julia | Email with S. Rochester regarding District Court hearing on emergency motion to stay pending appeal (.30) | 0.30 |
| 03/19/2023 | Trotz, Ethan | Attend hearing (.30); prepare summary of hearing (.20) | 0.50 |
| 03/20/2023 | Mosse, Julia | Review email and notice regarding adjournment of March 23, 2023 hearing (.10) | 0.10 |
| 03/20/2023 | Rochester, Shaya | Emails with D. Azman (Creditors Committee counsel) regarding adjournment of March 23 hearing (.20) | 0.20 |
| 03/22/2023 | Trotz, Ethan | Review hearing agenda (.10) | 0.10 |
| 03/23/2023 | Trotz, Ethan | Attend hearing (.20) | 0.20 |
| 03/23/2023 | Rochester, Shaya | Dial into District Court status conference on stay of Confirmation Order (.20) | 0.20 |
| 03/28/2023 | Trotz, Ethan | Attend hearing (.50); draft summary of hearing (.20) | 0.70 |
| 03/28/2023 | Reisman, Steven | Review materials related to stay hearing (.70) | 0.70 |
| | | **Total Hours :** | **100.10** |

Matter:              398573.00016
Invoice #:           9020133477                                    June 13, 2023
Invoice Due Date:   Payable Upon Receipt

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Reisman, Steven | 17.30 | 1,755.00 | 30,361.50 |
| Rochester, Shaya | 15.90 | 1,425.00 | 22,657.50 |
| Mosse, Julia | 31.70 | 1,050.00 | 33,285.00 |
| Hodge, Johnjerica | 0.20 | 1,040.00 | 208.00 |
| Trotz, Ethan | 34.60 | 815.00 | 28,199.00 |
| Siena, Marie | 0.40 | 410.00 | 164.00 |
| | | | |
| **Sub Total :** | **100.10** | **Sub Total :** | **114,875.00** |
| **Total Hours :** | **100.10** | **Total Fees** | **114,875.00    USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 13, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**

███████████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00018 |
| Invoice #: | 9020133476 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Disclosure Statement, Plan, Confirmation

For Professional Services Rendered Through March 31, 2023

Fees Total.......................................................................................................................  232,945.50
**Total Amount Due** ...................................................................................................... **232,945.50**   **USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

| | | |
|---|---|---|
| Matter: | 398573.00018 | |
| Invoice #: | 9020133476 | |
| Invoice Due Date: | Payable Upon Receipt | June 13, 2023 |

RE:  Disclosure Statement, Plan, Confirmation

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/01/2023 | Mosse, Julia | Call with S. Rochester, in preparation for call with D. Posner (.50); call with D. Posner regarding TopCo equity group concerns (.50); emails with S. Rochester regarding confirmation-related filings (.50); review summary of same (.40); email with S. Rochester regarding Voyager customer claims (.30); review Second Information Report filed in CCAA proceeding (.40); email with S. Rochester regarding same (.20); review TopCo's books and records regarding same (.30); review HoldCo's amended schedules (.20); email with S. Rochester regarding same (.20); email with S. Rochester and M. Ray regarding Confirmation hearing and filings (.20); email with S. Rochester and A. Smith regarding intercompany claims issues (.10); emails with S. Rochester regarding same (.40); review updated Confirmation notes chart (.30) | 4.50 |
| 03/01/2023 | Trotz, Ethan | Review emails to A. Smith regarding confirmation issues (.10); review confirmation notes (.30); prepare for meeting with D. Posner (.20); call with S. Rochester, S. Reisman and J. Hodge to prepare for meeting with A. Smith regarding confirmation issues (.30); attend meeting with S. Rochester, J. Hodge, S. Reisman, and A. Smith regarding confirmation issues (.30) | 5.20 |
| 03/01/2023 | Hodge, Johnjerica | Review emails to A. Smith regarding confirmation issues (.10); review confirmation notes (.30); prepare for meeting with D. Posner (.20); call with S. Reisman, S. Rochester, and E. Trotz to prepare for meeting with A. Smith regarding confirmation issues (.30); attend meeting with S. Rochester, S. Reisman, E. Trotz, and A. Smith  regarding confirmation issues (.30) | 1.70 |
| 03/01/2023 | Rochester, Shaya | Review Debtor's Confirmation Brief (1.10); review amended Chapter 11 Plan (1.50); review proposed form of Confirmation Order (.90); attend pre-call with J. Mosse before call with D. Posner to discuss intercompany claims (.50); prepare and send comprehensive update email to client (.60); incorporate comments from J. Mosse regarding same (.80); emails with A. Smith regarding intercompany claims (.40); emails with S. Reisman regarding intercompany claims (.20); pre-call with J. Hodge, E. Trotz, and S. Reisman before call with A. Smith regarding confirmation (.30); call with J. Hodge, E. Trotz, S. Reisman, and A. Smith to discuss confirmation (.30) | 6.60 |
| 03/01/2023 | Reisman, Steven | Review documents and information to prepare for call with Ad Hoc Group of Equity Holders regarding intercompany claims analysis (2.40); review comprehensive update email to client on intercompany claims settlement and analysis (.70); email with S. Rochester regarding intercompany claims (.20); call with A. Smith (Kirkland), J. Hodge, S. Rochester, and E. Trotz regarding confirmation status and possible need for testimony in connection with same (.30); participate in pre-call with S. Rochester, J. Hodge, and E. Trotz regarding call with A. Smith (.30); emails with J. Mosse and S. Rochester regarding confirmation hearing (.30) | 4.20 |
| 03/02/2023 | Mosse, Julia | Review amended OpCo Schedules (.20); email with S. Rochester and J. Hodge regarding same (.10) | 0.30 |
| 03/02/2023 | Trotz, Ethan | Review amended plan documents (1.20); incorporate confirmation hearing into presentation (.70) | 1.90 |
| 03/02/2023 | Hodge, Johnjerica | Email with J. Mosse and S. Rochester to analyze intercompany issues (.20); revise email with M. Ray regarding intercompany issues (.10) | 0.30 |

**Katten**

Matter:             398573.00018
Invoice #:          9020133476
Invoice Due Date:   Payable Upon Receipt                                June 13, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/02/2023 | Rochester, Shaya | Review amended Chapter 11 Plan (.60); review amended proposed Confirmation Order (.40); update presentation on intercompany claims analysis (.70) | 1.70 |
| 03/02/2023 | Reisman, Steven | Review materials related to intercompany claims and settlement (.90) | 0.90 |
| 03/03/2023 | Hodge, Johnjerica | Revise email to M. Ray regarding intercompany issues (.10) | 0.10 |
| 03/04/2023 | Hodge, Johnjerica | Email with M. Ray regarding intercompany issues (.10) | 0.10 |
| 03/05/2023 | Trotz, Ethan | Review issues regarding Ad Hoc Equity Group of TopCo (.40) | 0.40 |
| 03/06/2023 | Trotz, Ethan | Review newly filed Amended Plan documents (.40) | 0.40 |
| 03/06/2023 | Hodge, Johnjerica | Revise email to M. Ray (.10); email with E. Trotz regarding settlement discussions (.10) | 0.20 |
| 03/06/2023 | Reisman, Steven | Emails to J. Hodge and S. Rochester regarding intercompany claims, settlement proposal and next steps (.80) | 0.80 |
| 03/07/2023 | Trotz, Ethan | Emails with J. Hodge regarding confirmation issues (.30); review docket for confirmation updates (.30) | 0.60 |
| 03/07/2023 | Hodge, Johnjerica | Email E. Trotz regarding intercompany issues (.10); review email to M. Ray regarding intercompany issues (.10) | 0.20 |
| 03/08/2023 | Mosse, Julia | Review FTX docket entries relevant to representation of TopCo (.30); email with S. Rochester, E. Trotz, and J. Hodge regarding same (.30); draft email to M. Ray regarding same (.40); email with S. Rochester, E. Trotz and J. Hodge regarding Confirmation Order and Intercompany Claims (.60); review revised Confirmation Order (.60); email with K. Scherling (Quinn) in connection with Intercompany Claims review (.20); review and comment on status update to M. Ray (.20); call with E. Trotz, S. Rochester, and J. Hodge regarding Intercompany Claims and revised Confirmation Order (.70); email with E. Trotz, J. Hodge, S. Rochester and D. Posner (counsel for Ad Hoc Equity Group of TopCo) (.10) | 3.40 |
| 03/08/2023 | Trotz, Ethan | Incorporate confirmation issues to presentation regarding intercompany matters (1.90); review FTX issues (.40); update call with S. Rochester, J. Hodge, and J. Mosse (.70); review revised confirmation order (.80); emails with S. Rochester, J. Hodge, and J. Mosse regarding confirmation (.20) | 4.00 |
| 03/08/2023 | Hodge, Johnjerica | Attend part of call with S. Rochester, J. Mosse, and E. Trotz to discuss next steps in analysis (.50); review emails to K. Scherling (Quinn) (.10) | 0.60 |
| 03/08/2023 | Rochester, Shaya | Email E. Trotz regarding updating presentation on intercompany claims analysis (.20); prepare for call with J. Mosse, J. Hodge, and E. Trotz regarding outstanding work-streams (.30); call with E. Trotz, J. Mosse, and J. Hodge regarding outstanding work-streams (.70); emails regarding same (.20); review Confirmation Order (.90); revise summary email to M. Ray regarding Confirmation Order (.40); emails with J. Mosse, E. Trotz, J. Hodge, and A. Smith regarding outstanding diligence questions (.40) | 3.10 |
| 03/08/2023 | Reisman, Steven | Review emails related to confirmation hearing (.60); analyze intercompany claims (.60) | 1.20 |
| 03/09/2023 | Mosse, Julia | Email with J. Hodge, S. Rochester and E. Trotz regarding Confirmation Order (.30); email with J. Hodge, S. Rochester, E. Trotz, and M. Ray regarding same (.20); detailed review of Amended Confirmation Order as compared to previous Confirmation Order (1.90); email with S. Rochester, J. Hodge, and E. Trotz regarding same (.40); call with S. Rochester regarding same (.30); review and comment on updated draft presentation regarding intercompany claims analysis (1.40); email with J. Hodge, S. Rochester and E. Trotz regarding Plan supplement (.10) | 4.60 |

Katten

Matter:                398573.00018
Invoice #:             9020133476
Invoice Due Date:    Payable Upon Receipt

June 13, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/09/2023 | Trotz, Ethan | Call with S. Rochester regarding plan provisions (.30); review issues in connection with same (.70); emails with S. Rochester, J. Mosse, and J. Hodge regarding certain plan provisions (.30) | 1.30 |
| 03/09/2023 | Rochester, Shaya | Review revised Confirmation Order (.90); review revised Chapter 11 Plan (.90); call with E. Trotz regarding same (.30); call with J. Mosse regarding same (.30); call with K. Scherling (Quinn) regarding same (.30); call with A. Smith and J. Mosse regarding same (.20) | 2.90 |
| 03/09/2023 | Reisman, Steven | Analyze confirmation order in connection with litigation of intercompany claims (1.30); emails with S. Rochester regarding intercompany claims (.20); review documents regarding intercompany claims (.80) | 2.30 |
| 03/10/2023 | Mosse, Julia | Review Plan and Disclosure Statement materials related to amended order (.80); email with S. Rochester, E. Trotz, J. Mosse, and S. Reisman regarding same (.60); review summary of Plan Administration Agreement (.40); emails with S. Rochester and E. Trotz regarding same (.50); call with S. Rochester, E. Trotz, and J. Hodge to prepare for status call with A. Smith (.50); call with S. Rochester and A. Smith regarding status (.50); email with D. Posner regarding TopCo claims (.20); email with M. Ray regarding amended Confirmation Order and open workstreams (.70); email with S. Rochester, S. Reisman, and J. Hodge regarding intercompany claims (.50); email with S. Rochester, E. Trotz, and K. Scherling regarding same (.10); review notice of appeal filed by US Trustee (.10) | 4.90 |
| 03/10/2023 | Trotz, Ethan | Review Plan Supplements (.80); review Plan Administrator Agreement (.80); prepare summary of Plan Administrator Agreement (.30); call with S. Rochester regarding Plan provisions (.20); incorporate J. Mosse comments to presentation (1.10); review correspondence with TopCo equity group (.30); prepare chart of certain Plan provisions (1.90); update call with S. Rochester, J. Mosse, and J. Hodge regarding revised Plan (.50) | 5.90 |
| 03/10/2023 | Hodge, Johnjerica | Attend part of call with S. Rochester, J. Mosse, and E. Trotz to prepare for meeting with Kirkland (.20); review confirmation order (.20); emails with S. Rochester, J. Mosse, and E. Trotz regarding settlement (.10) | 0.50 |
| 03/10/2023 | Rochester, Shaya | Review Corrected Confirmation Order and Plan (.70); call with E. Trotz regarding Plan (.20); review email to client regarding Corrected Confirmation Order (.40); emails with E. Trotz regarding Amended Confirmation Order (.40); revise summary to client regarding Corrected Confirmation Order (.70); revise presentation on intercompany claims (1.60); pre-call with J. Mosse, J. Hodge, and E. Trotz before call with A. Smith (Kirkland) regarding intercompany claims (.50); call with A. Smith (Kirkland) regarding intercompany claims (.50); emails with K. Scherling (Quinn) regarding settlement proposal (.30) | 5.30 |
| 03/10/2023 | Reisman, Steven | Review confirmation order (.80); emails regarding the same (.30); review presentation on intercompany claims analysis and settlement (2.30); emails to J. Mosse and S. Rochester regarding settlement proposal and efforts to resolve intercompany claims (.60) | 4.00 |
| 03/11/2023 | Mosse, Julia | Review updated draft presentation to M. Ray regarding intercompany claims and other issues (.40); email with J. Hodge, E. Trotz, and S. Rochester regarding legal research in connection with TopCo claims against TopCo (.30) | 0.70 |
| 03/11/2023 | Jordan, Ally | Research securities issues involving TopCo in relation to claims (3.50) | 3.50 |
| 03/11/2023 | Reisman, Steven | Emails with K. Scherling (Quinn) regarding intercompany claims settlement (.50); emails to M. Ray regarding intercompany claims settlement (.30); review materials related to securities laws in relation to TopCo (2.00) | 2.80 |

Katten

Matter:            398573.00018
Invoice #:        9020133476
                                                                                    June 13, 2023
Invoice Due Date:   Payable Upon Receipt

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/12/2023 | Mosse, Julia | Email with J. Hodge, E. Trotz, and S. Rochester regarding open information requests and research issues (.20); email with J. Hodge, E. Trotz, and S. Rochester regarding TopCo Schedules and claims register (.30) | 0.50 |
| 03/12/2023 | Jordan, Ally | Continue researching securities issues related to TopCo and claims against TopCo (2.00) | 2.00 |
| 03/12/2023 | Trotz, Ethan | Review docket for updates (.30); review claims issues (.40); emails with S. Rochester regarding same (.20) | 0.90 |
| 03/12/2023 | Rochester, Shaya | Revise intercompany claims presentation (.60); review Schedules of Assets and Liabilities of TopCo (.30) | 0.90 |
| 03/13/2023 | Mosse, Julia | Review updated presentation regarding intercompany claims analysis (.20); email with J. Hodge and S. Rochester regarding Confirmation Order (.30); call with S. Rochester and J. Hodge to prepare for call with K. Scherling (Quinn) and A. Smith (Kirkland) regarding intercompany claims (.20); emails with J. Hodge, S. Rochester, K. Scherling and A. Smith regarding same (.10); review legal research from A. Jordan in connection with claims against TopCo (.30); review case law regarding same (1.10); follow up emails with S. Rochester and J. Hodge regarding same (.20); review proposed edits to Plan Administrator Agreement (.40) | 2.80 |
| 03/13/2023 | Jordan, Ally | Research regarding securities laws as applicable to TopCo claims (1.40); draft summary of securities research for J. Mosse (1.50) | 2.90 |
| 03/13/2023 | Trotz, Ethan | Review issues regarding schedules (1.10); update call with S. Rochester (.30); review Plan Administrator Agreement (.60); emails with J. Mosse, J. Hodge, and S. Rochester regarding Plan Administrator issues (.30); review docket for updates (.40) | 2.70 |
| 03/13/2023 | Hodge, Johnjerica | Attend meeting with J. Mosse and S. Rochester to prepare for meeting with counsel for other independent directors and the debtors (.20); attend meeting with S. Reisman, S. Rochester, A. Smith and K. Scherling regarding settlement issues (.50); review research regarding arguments raised by the Ad Hoc Group (.20); email with J. Mosse and S. Rochester regarding next steps in analysis (.20) | 1.10 |
| 03/13/2023 | Rochester, Shaya | Further revise presentation on intercompany claims analysis (.90); pre-call with J, Mosse and J. Hodge in advance of all-hands call with K. Scherling (Quinn) and A. Smith (Kirkland) regarding potential resolution of intercompany claims (.20); attend call regarding intercompany claims with S. Reisman, J. Hodge, K. Scherling and A. Smith regarding potential resolution of intercompany claims (.50); call with E. Trotz regarding upcoming research streams regarding potential resolution of intercompany claims (.30); emails with A. Smith regarding outstanding diligence questions (.30); review and provide comments on Plan Administrator Agreement (.90) | 3.10 |
| 03/13/2023 | Reisman, Steven | Revised intercompany claims analysis (1.90); emails with J. Mosse, J. Hodge, and S. Rochester regarding settlement of intercompany claims (.20); prepare for meeting with M. Ray (.10); meet with M. Ray (.10); meet with K. Scherling (Quinn), A. Smith (Kirkland), S. Rochester, and J. Hodge regarding intercompany claims settlement (.50); emails with A. Smith (Kirkland) regarding same (.60) | 3.40 |
| 03/14/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and E. Trotz regarding proposed edits to Plan Administrator Agreement (.40); review Ad Hoc Equity Group objection to FTX/Voyager Stipulation (.30); email S. Reisman, S. Rochester, J. Hodge, and E. Trotz regarding same (.70); revise Reservation of Rights regarding FTX/Voyager Stipulation (.80); review documents in connection with same (.40); email with D. Azman regarding scheduling (.10); review Government's motion to stay pending appeal (.40) | 3.10 |

**Katten**

Matter:            398573.00018
Invoice #:         9020133476
Invoice Due Date:  Payable Upon Receipt

June 13, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/14/2023 | Trotz, Ethan | Review issues regarding Plan Administrator Agreement (2.10); draft reservation of rights (1.60); incorporate comments to reservation of rights (.40); emails with J. Mosse, J. Hodge, and S. Rochester regarding stipulation (.30); review docket for updates (.20) | 4.60 |
| 03/14/2023 | Hodge, Johnjerica | Revise reservation of rights (.30) | 0.30 |
| 03/14/2023 | Rochester, Shaya | Emails with J. Hodge, J. Mosse, and E. Trotz regarding Reservation of Rights to FTX Stipulation (.20); emails with A. Smith regarding Plan Administrator Agreement (.40); provide comments on Reservation of Rights (.50); further emails with A. Smith regarding Reservation of Rights (.30) | 1.40 |
| 03/14/2023 | Reisman, Steven | Emails with J. Hodge, S. Rochester, J. Mosse, and E. Trotz regarding reservation of rights in connection with confirmation and impact on TopCo (.30); comment on reservation of rights (.80); review and sign off on the same (.80); emails with D. Azman regarding analysis, scheduling and settlement proposal (.40) | 2.30 |
| 03/15/2023 | Mosse, Julia | Review Debtor's opposition to motion to stay pending appeal (.30); review UCC's objection to motion to stay pending appeal (.30); email S. Reisman, S. Rochester, and J. Hodge regarding issues related to representation of TopCo (.60); email with S. Rochester and D. Azman regarding intercompany claims analysis (.10); email with S. Rochester and A. Smith regarding Reservation of Rights (.40); email with S. Rochester regarding same (.20); email with S. Rochester and K. Scherling regarding intercompany claims (.10); review order extending stay of confirmation order (.10); comment on updated Reservation of Rights (.30); review order denying Government's motion to stay pending appeal (.40) | 2.80 |
| 03/15/2023 | Trotz, Ethan | Review motion for stay pending appeal (.80); review Debtors and UCC responses (.50) emails with S. Rochester, J. Hodge, and J. Mosse regarding Plan issues (.30) | 1.60 |
| 03/15/2023 | Hodge, Johnjerica | Revise correspondence to M. Ray (.20) | 0.20 |
| 03/15/2023 | Rochester, Shaya | Emails with S. Reisman regarding Reservation of Rights with respect to FTX/Voyager Stipulation and markup of Plan Administrator Agreement (.50); emails with A. Smith (Kirkland) regarding Reservation of Rights with respect to FTX/Voyager Stipulation (.30); emails with K. Scherling (Quinn) and D Azman (McDermott) regarding potential settlement (.30); prepare cover email to client regarding Reservation of Rights with respect to FTX/Voyager Stipulation (.40); email with S. Reisman regarding Reservation of Rights with respect to FTX/Voyager Stipulation (.20); revise cover email to client regarding Reservation of Rights with respect to FTX/Voyager Stipulation based on comments from S. Reisman (.30); further revise draft Reservation of Rights and send to M. Ray (.20) | 2.20 |
| 03/15/2023 | Reisman, Steven | Review intercompany claims settlement analysis (.50); emails with S. Rochester and J. Mosse regarding same (.20); emails with S. Rochester and J. Mosse regarding reservation of rights (.10); analyze Voyager/FTX issues (.50); review emergency motion of government to stay confirmation (.80); emails regarding same (.30) | 2.40 |

**Katten**

| | | |
|---|---|---|
| Matter: | 398573.00018 | |
| Invoice #: | 9020133476 | June 13, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/16/2023 | Mosse, Julia | Email with J. Hodge and S. Rochester in preparation for call with Unsecured Creditors Committee (.20); email with E. Trotz, J. Hodge, and S. Rochester regarding FTX Schedules (.10); review and comment on emails relating to Reservation of Rights regarding FTX/Voyager Stipulation (.40); review and comment on updated draft presentation to M. Ray regarding intercompany claims analysis (1.10); review documents in connection with same (.30); email with S. Rochester and J. Hodge regarding same (.30); email with S. Rochester and J. Hodge regarding Government motion to stay (.20); call with J. Hodge and S. Rochester in preparation for call with counsel for the Unsecured Creditors Committee (.30); call with J. Hodge, S. Rochester, and D. Azman regarding FTX issues (.50); review Confirmation Order (.30) | 3.70 |
| 03/16/2023 | Trotz, Ethan | Emails regarding FTX schedules (.20); review decision denying stay (.70); review Plan for certain provisions (.30) | 1.20 |
| 03/16/2023 | Hodge, Johnjerica | Revise email to M. Ray (.10); attend pre-call with J. Mosse and S. Rochester to prepare for meeting with McDermott (.30); attend meeting with J. Mosse, S. Rochester, and D. Azman (.50) | 0.90 |
| 03/16/2023 | Rochester, Shaya | Emails to A. Smith regarding Reservation of Rights (.40); emails to J. Hodge, J. Mosse, and E. Trotz regarding potential settlement call with D. Azman (.30); review order denying government's motion to stay confirmation (.20); revise client summary of same (1.00); emails with J. Hodge, J. Mosse, and E. Trotz regarding same (.20); revise intercompany claims analysis (.50); review J. Mosse changes to presentation on intercompany claims (.20); call with J. Hodge and J. Mosse to prepare for call with D. Azman regarding next steps after Plan Effective Date (.30); call with J. Hodge, J. Mosse, and D. Azman regarding next steps after Plan Effective Date (.50); emails with E. Trotz regarding same (.20); call with S. Reisman regarding Reservation of Rights (.20); revise the same (.80); emails with A. Smith regarding same (.90); prepare engagement letter between Katten, TopCo Independent Director and Wind-Down Debtor (.50) | 6.20 |
| 03/17/2023 | Mosse, Julia | Email with S. Rochester and J. Hodge regarding updated presentation to M. Ray (.30); email with S. Rochester and J. Hodge, K. Scherling (Quinn), J. Gleit (ArentFox) regarding intercompany claims (.20); review motion to stay pending appeal filings in District Court (.70); email with S. Rochester and J. Hodge regarding Reservation of Rights regarding FTX/Voyager Stipulation (.30); email with S. Rochester and J. Hodge and M. Ray regarding same (.20) | 1.70 |
| 03/17/2023 | Trotz, Ethan | Emails with S. Rochester regarding claims issues (.30); review Plan regarding same (.50) | 0.80 |
| 03/17/2023 | Rochester, Shaya | Further revise presentation on intercompany analysis (.30); further revise engagement letter with Wind-Down Debtor for post-effective date work (.30); prepare proposed budget at request of Wind-Down Debtor's counsel (.30); emails with K. Scherling (Quinn) regarding intercompany settlement (.40); emails with S. Reisman regarding amended engagement letter and proposed budget (.30); update to client regarding confirmation (.20); emails with S. Reisman regarding Reservation of Rights with respect to Voyager (.30); emails with D. Azman regarding same (.20); emails with client regarding same (.20) | 2.50 |
| 03/17/2023 | Reisman, Steven | Emails with J. Hodge, J. Mosse and S. Rochester regarding reservation of rights in connection with Voyager confirmation (.10); call with S. Rochester regarding Reservation of Rights (.20); emails with D. Azman (Committee counsel) regarding same (.20) | 0.50 |

**Katten**

Matter:               398573.00018
Invoice #:           9020133476
Invoice Due Date:   Payable Upon Receipt                              June 13, 2023

---

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/20/2023 | Mosse, Julia | Review Debtors' and Creditors' Committee's filings in response to Government's motion to stay pending appeal (.90); call with J. Hodge, S. Rochester, and S. Reisman in preparation for call with K. Scherling (Quinn) and J. Gleit (ArentFox) regarding intercompany claims (.40); call with K. Scherling and J. Gleit regarding intercompany claims (.40); review and comment on update to M. Ray (.30); review and revise updated intercompany claims analysis for M. Ray (1.20); call with S. Rochester regarding same (.20); email with S. Rochester, J. Hodge, and S. Reisman regarding same (.50); email with S. Rochester, J. Hodge, S. Reisman, and M. Ray regarding updates and scheduling (.30); email with S. Rochester, J. Hodge, S. Reisman, and M. Ray regarding correspondence with counsel for Ad Hoc Equity Group of TopCo (.30) | 4.50 |
| 03/20/2023 | Trotz, Ethan | Review issues regarding intercompany claims (.50); call with S. Rochester regarding same (.30); revise presentation to incorporate comments (.90); review docket for updates (.30); review post-confirmation transaction issues (.80) | 2.80 |
| 03/20/2023 | Hodge, Johnjerica | Attend meeting with J. Mosse, S. Rochester, and S. Reisman to prepare for settlement discussions (.40); attend meeting with K. Scherling and J. Gleit to continue settlement discussions (.40); revise presentation to M. Ray (.20) | 1.00 |
| 03/20/2023 | Rochester, Shaya | Pre-call with J. Mosse, J. Hodge, and S. Reisman before call with K. Scherling (Quinn) regarding potential settlement (.40); call with K. Scherling and J. Gleit (ArentFox) regarding potential settlement offer (.40); follow-up call with S. Reisman regarding potential settlement offer (.20); call with J. Mosse regarding OpCo settlement proposal (.20); call with E. Trotz regarding OpCo settlement proposal (.30); prepare summary email to client regarding OpCo settlement proposal (.70); revise presentation on intercompany claims settlement (2.30); call with S. Reisman regarding comments to summary email to M. Ray regarding OpCo settlement proposal (.40) | 4.90 |
| 03/20/2023 | Reisman, Steven | Review materials regarding intercompany claims in preparation for call with OpCo counsel (1.50); pre-call with S. Rochester, J. Hodge, and J. Mosse to prepare for call with K. Scherling (Quinn) and J. Gleit (ArentFox) regarding intercompany claims (.40); call with K. Scherling and J. Gleit regarding intercompany claim settlement issues (.40); follow-up call with S. Rochester regarding potential settlement of intercompany claims (.20); call with S. Rochester regarding comments to email to M. Ray (.40); review materials regarding settlement proposal presentation to M. Ray (1.20) | 4.10 |
| 03/21/2023 | Mosse, Julia | Call with J. Hodge, S. Reisman and S. Rochester in preparation for call with M. Ray regarding intercompany claims analysis (.40); call with J. Hodge, S. Reisman, S. Rochester, and M. Ray regarding intercompany claims analysis (.40); follow-up emails with J. Hodge and S. Rochester regarding same (.10); review District Court stipulation and order regarding Government motion to stay pending appeal (.10); email with J. Hodge and S. Rochester regarding same (.10); call with J. Hodge, S. Rochester, K. Scherling (Quinn) and J. Gleit (ArentFox) regarding intercompany claims (.30); review Government reply brief in support of motion to stay pending appeal (.20); review draft settlement agreement regarding intercompany claims (.30); email with J. Hodge and S. Rochester regarding same (.20) | 2.10 |
| 03/21/2023 | Trotz, Ethan | Review Voyager docket for updates (.20); review issues regarding confirmation appeal (.30); review issues regarding intercompany claims (.40) | 0.90 |

**Katten**

Matter:        398573.00018

Invoice #:      9020133476

Invoice Due Date:   Payable Upon Receipt

June 13, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/21/2023 | Hodge, Johnjerica | Attend internal J. Mosse, S. Reisman and S. Rochester meeting to prepare for meeting with M. Ray (.40); meet with J. Mosse, S. Reisman and S. Rochester and M. Ray (.40); attend meeting with J. Mosse and S. Rochester and counsel for OpCo and HoldCo Independent Directors (.30) | 1.10 |
| 03/21/2023 | Rochester, Shaya | Prepare for call with client regarding intercompany claims analysis and potential settlement (.20); attend pre-call with J. Hodge, J. Mosse, and S. Reisman before call with M. Ray regarding intercompany claims settlement (.40); call with J. Mosse, J. Hodge, S. Reisman and M. Ray regarding intercompany claims settlement (.40); prepare for settlement call (.20); call with K. Scherling (Quinn), J. Gleit (ArentFox), J. Mosse and J. Hodge regarding potential settlement (.30); emails with A. Smith (Kirkland) and S. Reisman regarding LGO (.30); revise intercompany settlement agreement (1.20) | 3.10 |
| 03/21/2023 | Reisman, Steven | Call with S. Rochester, J. Hodge, and J. Mosse to prepare for call with client regarding intercompany claims settlement (.40); call with M. Ray, J. Hodge, J. Mosse, and S. Rochester regarding intercompany claims analysis and settlement (.40); emails to J. Hodge, J. Mosse, and S. Rochester regarding same (.30) | 1.10 |
| 03/22/2023 | Mosse, Julia | Email with E. Trotz and S. Rochester regarding intercompany claims and potential resolution (.40); review docket entries regarding Government appeal and March 23 hearing (.20); review and comment on updated draft Plan Administrator Agreement (.60); email with E. Trotz and S. Rochester regarding same (.20) | 1.40 |
| 03/22/2023 | Trotz, Ethan | Review intercompany claims agreement (.80); emails with S. Rochester regarding claims issues (.20) | 1.00 |
| 03/22/2023 | Rochester, Shaya | Emails with E. Trotz regarding intercompany settlement agreement (.20); revise intercompany settlement agreement (.30); call with A. Smith (Kirkland) and T. Hatcher regarding LGO issue (.40); review revised Plan Administrator Agreement (.30); emails with A. Smith regarding LGO agreement (.30); prepare markup of revised Plan Administrator Agreement and send to A. Smith (.30); further revise Intercompany Claims Settlement Agreement (.60) | 2.40 |
| 03/22/2023 | Reisman, Steven | Emails to J. Mosse and S. Rochester regarding resolution of intercompany claims (.20); review analysis of intercompany claims settlement proposal (1.10) | 1.30 |
| 03/23/2023 | Mosse, Julia | Email with E. Trotz and S. Rochester regarding Government stay motion (.20); review docket entries regarding same (.10) | 0.30 |
| 03/23/2023 | Trotz, Ethan | Emails with S. Rochester regarding claims issues (.20) | 0.20 |
| 03/24/2023 | Hodge, Johnjerica | Analyze intercompany issues with respect to governmental claims (.60) | 0.60 |
| 03/27/2023 | Mosse, Julia | Email with J. Hodge, S. Rochester, and K. Scherling (Quinn) regarding intercompany claims (.20); review docket entries regarding Government motion to stay (.20); email with J. Hodge and S. Rochester regarding same (.30); email with J. Hodge, S. Rochester, and M. Ray regarding updates (.20) | 0.90 |
| 03/27/2023 | Trotz, Ethan | Review Binance issues (1.20); draft update regarding same (.20); prepare summary of Binance complaint (.40); emails with J. Mosse, J. Hodge, and S. Rochester regarding Binance issues (.30) | 2.10 |
| 03/27/2023 | Hodge, Johnjerica | Review Binance complaint (.90); revise email to M. Ray (.20) | 1.10 |
| 03/27/2023 | Rochester, Shaya | Revise summary to client regarding Binance and stay of confirmation order (.50) | 0.50 |
| 03/27/2023 | Reisman, Steven | Review materials related to Binance complaint with regard to potential impact on confirmation and next steps (.80) | 0.80 |

**Katten**

| | | | |
|---|---|---|---|
| Matter: | 398573.00018 | | |
| Invoice #: | 9020133476 | | |
| Invoice Due Date: | Payable Upon Receipt | | June 13, 2023 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/28/2023 | Mosse, Julia | Review updated Plan Administration Agreement (.30); email with J. Hodge, E. Trotz, and S. Rochester regarding same (.20) | 0.50 |
| 03/28/2023 | Trotz, Ethan | Review Plan Supplement (.70) | 0.70 |
| 03/28/2023 | Reisman, Steven | Review materials from K. Scherling (Quinn) regarding settlement proposal (.60) | 0.60 |
| 03/29/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and K. Scherling (Quinn) regarding intercompany claims (.30); email with S. Rochester, J. Hodge, and E. Trotz regarding same (.40); review updated presentation regarding intercompany claims analysis (.40); email with J. Hodge, E. Trotz, and S. Rochester regarding same (.20) | 1.30 |
| 03/29/2023 | Trotz, Ethan | Review issues regarding intercompany settlement (.30) | 0.30 |
| 03/29/2023 | Rochester, Shaya | Revise presentation on intercompany claims (1.30); emails with J. Hodge, J. Mosse, and E. Trotz regarding same (.30); review OpCo proposal (.40); emails with J. Hodge, J. Mosse, and E. Trotz regarding same (.40) | 2.40 |
| 03/29/2023 | Reisman, Steven | Review presentation on intercompany claims settlement (.50); revise proposal received from counter party to settlement (1.10); emails with S. Rochester and J. Mosse regarding same (.40) | 2.30 |
| 03/30/2023 | Mosse, Julia | Email with J. Hodge and S. Rochester regarding intercompany claims analysis (.30); email with M. Ray regarding same (.10) | 0.40 |
| 03/30/2023 | Rochester, Shaya | Prepare cover email to client regarding intercompany claims analysis (.30); revise intercompany claims presentation (.20) | 0.50 |
| 03/31/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and M. Ray regarding intercompany claims (.30); email with S. Reisman, S. Rochester, and J. Hodge regarding Voyager/FTX Stipulation (.40); review filings related to same (.60) | 1.30 |
| 03/31/2023 | Hodge, Johnjerica | Review documents related to FTX stipulation (.40); email J. Mosse and S. Rochester regarding next steps in investigation (.20) | 0.60 |
| 03/31/2023 | Rochester, Shaya | Review intercompany agreement with LGO (.70); emails with A. Smith (Kirkland) regarding the same (.10) | 0.80 |
| 03/31/2023 | Reisman, Steven | Review materials related to FTX declaration with regard to impact on intercompany claims settlement, recovery from TopCo creditors and next steps (1.10) | 1.10 |
| | | **Total Hours :** | **190.80** |

**Katten**

| Matter: | 398573.00018 |
| Invoice #: | 9020133476 |
| Invoice Due Date: | Payable Upon Receipt |

June 13, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Reisman, Steven | 36.10 | 1,755.00 | 63,355.50 |
| Rochester, Shaya | 50.50 | 1,425.00 | 71,962.50 |
| Mosse, Julia | 45.70 | 1,050.00 | 47,985.00 |
| Hodge, Johnjerica | 10.60 | 1,040.00 | 11,024.00 |
| Trotz, Ethan | 39.50 | 815.00 | 32,192.50 |
| Jordan, Ally | 8.40 | 765.00 | 6,426.00 |

| | **Sub Total :** | **190.80** | **Sub Total :** | | **232,945.50** |
| | **Total Hours :** | **190.80** | **Total Fees** | | **232,945.50    USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 13, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
██████████████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00020 |
| Invoice #: | 9020133462 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Retention and Fee Matters

For Professional Services Rendered Through March 31, 2023

Fees Total.................................................................................................................................... 32,477.00
**Total Amount Due ........................................................................................................... 32,477.00    USD**

Payment can be remitted directly to our account:

██████████████
███████████  ███████
█████████  █████
██████████████████████
█████████  █████████
█████████████████

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:            398573.00020
Invoice #:         9020133462
Invoice Due Date:  Payable Upon Receipt

June 13, 2023

RE:  Retention and Fee Matters

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/02/2023 | Trotz, Ethan | Emails with S. Reisman regarding fee statements (.20); review materials regarding November fee statement for privilege and compliance with UST guidelines (.20) | 0.40 |
| 03/02/2023 | Siena, Marie | Review November fee statement for compliance with Fee Examiner order (.80); call with R. Evans regarding same (.20); revise November Monthly Fee Statement to incorporate R. Evans comments (.70); revise materials for December Monthly Fee Statement (.60) | 2.30 |
| 03/02/2023 | Evans, Robin | Call with M. Siena regarding November fee statements (.20); email S. Rochester, M. Siena, and E. Trotz summaries of fee statements to send to client (.30); review November fee statements for compliance with UST guidelines in preparation for fee application (.50); email M. Siena, E. Trotz, and S. Rochester regarding November fee statement (.10) | 1.10 |
| 03/03/2023 | Trotz, Ethan | Emails with M. Siena regarding December fee statement (.20); review materials regarding January fee statement for privilege and compliance with Fee Examiner order (.30); review November fee statement for privilege (.30) | 0.80 |
| 03/03/2023 | Siena, Marie | Draft exhibits for November Monthly Fee Statement (.90); revise November Monthly Fee Statement (.90); email to R. Evans and E. Trotz regarding November Monthly Fee Statement (.10); emails with S. Rochester and E. Trotz regarding November Monthly Fee Statement (.30); revise December Monthly Fee Statement to incorporate E. Trotz and R. Evans comments (.50); email S. Rochester regarding December monthly fee statement (.20); draft exhibits for December Monthly Fee Statement (.60); emails with E. Trotz and R. Evans regarding materials for January fee statement (.40); revise materials for January fee statement in preparation for fee application (1.10) | 5.00 |
| 03/03/2023 | Evans, Robin | Review fee statement materials for compliance with Fee Examiner order to prepare fee application (1.40); draft email to client summarizing fee statement (.30); review updated fee statement for compliance with UST guidelines in preparation of fee application (.30); emails to M. Siena, E. Trotz, and S. Rochester regarding fee statements in preparation of fee application (.20) | 2.20 |
| 03/04/2023 | Trotz, Ethan | Respond to S. Rochester inquiries regarding fee statements (.20) | 0.20 |
| 03/04/2023 | Siena, Marie | Draft exhibits for December fee statement (.30); call with R. Evans regarding December fee statement (.10); revise materials for January fee statement to incorporate E. Trotz and R. Evans comments in preparation for fee application (1.10); review November Monthly Fee statement for compliance with Fee Examiner Order (.20); emails with S. Rochester regarding same (.10) | 1.80 |
| 03/04/2023 | Evans, Robin | Call with M. Siena regarding December fee statement (.10); revise client email regarding fee statement (.20); review January fee statement materials for compliance with UST guidelines in preparation of fee application (.30) | 0.60 |
| 03/04/2023 | Rochester, Shaya | Review Voyager monthly fee statements for compliance with UST fee guidelines (.30) | 0.30 |
| 03/05/2023 | Trotz, Ethan | Review fee statements prior to filing for privileged and confidential information (.40) | 0.40 |

Katten

Matter:              398573.00020
Invoice #:           9020133462
Invoice Due Date:    Payable Upon Receipt                                June 13, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/05/2023 | Siena, Marie | Revise November monthly fee statement (.40); draft exhibits for January fee statement (.70); emails with S. Rochester regarding November fee statement (.20); draft exhibits for December fee statement (.60); draft exhibits for January fee statement (.70); revise January fee statement in preparation of fee application (.20) | 2.80 |
| 03/05/2023 | Evans, Robin | Review and comment on December and January fee statements for compliance with UST guidelines (.80); emails to M. Siena and E. Trotz regarding same (.10) | 0.90 |
| 03/05/2023 | Rochester, Shaya | Review November monthly fee statement for compliance with UST guidelines and Fee Examiner order (.30); review December and January Monthly Fee Statements for same (.50) | 0.80 |
| 03/05/2023 | Reisman, Steven | Review monthly fee statements for compliance with guidelines in preparation for filing (.60); emails with S. Rochester and M. Siena regarding same (.20) | 0.80 |
| 03/07/2023 | Trotz, Ethan | Emails with M. Siena regarding fee statements (.20); review interim compensation order (.30) | 0.50 |
| 03/07/2023 | Siena, Marie | File November, December and January monthly fee statements on the court's docket (.40); emails with noticing agent regarding service of filed fee statements (.30); update case calendar with objection deadline for fee statements (.20); review interim comp order (.30); emails with E. Trotz regarding interim fee application (.30) | 1.50 |
| 03/08/2023 | Trotz, Ethan | Emails with A. Smith (Kirkland) regarding fee statements (.20) | 0.20 |
| 03/17/2023 | Siena, Marie | Emails with S. Rochester regarding February and March fee statements (.30) | 0.30 |
| 03/17/2023 | Reisman, Steven | Emails with S. Rochester regarding budgeting for post effective date work (.80) | 0.80 |
| 03/20/2023 | Trotz, Ethan | Emails with S. Rocheter regarding fee statements (.20); review issues regarding same (.20) | 0.40 |
| 03/20/2023 | Siena, Marie | Draft allocations for 1st, 2nd, and 3rd monthly fee statements (.60); emails with S. Rochester regarding same (.20) | 0.80 |
| 03/21/2023 | Trotz, Ethan | Emails with S. Rochester and M. Siena regarding fee statement issues (.20) | 0.20 |
| 03/21/2023 | Siena, Marie | Revise materials for February fee statement in preparation of fee application (.50); emails with S. Reisman, E. Trotz and R. Evans regarding the same (.20) | 0.70 |
| 03/23/2023 | Trotz, Ethan | Emails with S. Rochester regarding February fee statement (.20) | 0.20 |
| 03/24/2023 | Evans, Robin | Revise February fee statement materials for consistency and compliance with UST guidelines in preparation of fee application (4.00); email comments to M. Siena and E. Trotz (.10) | 4.10 |
| 03/25/2023 | Trotz, Ethan | Review materials regarding February fee statement for compliance with Fee Examiner order and UST guidelines (.90) | 0.90 |
| 03/27/2023 | Trotz, Ethan | Emails with R. Evans and S. Rochester regarding fee statements (.30); call with R. Evans and M. Siena regarding interim fee application (.50) | 0.80 |
| 03/27/2023 | Siena, Marie | Call with E. Trotz and R. Evans regarding Interim Fee Application (.50); revise February billing statements to incorporate E. Trotz and R. Evans comments in preparation of fee application (4.20) | 4.70 |
| 03/27/2023 | Evans, Robin | Draft cover email summary of February prebill and monthly fee statement (.40); email the same to E. Trotz and M. Siena (.10); call with M. Siena and E. Trotz regarding preparation of interim fee statement (.50); draft February monthly fee statement (.40); email draft to M. Siena and E. Trotz (.10) | 1.50 |

**Katten**

Matter:              398573.00020
Invoice #:          9020133462                                                                                    June 13, 2023
Invoice Due Date:  Payable Upon Receipt

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|------:|
| 03/27/2023 | Reisman, Steven | Review fee statement for filing (40); analyze compliance with US Trustee guidelines in connection with Katten retention (.40) | 0.80 |
| 03/28/2023 | Trotz, Ethan | Review exhibits to February fee statement for compliance with Fee Examiner order (.80) | 0.80 |
| 03/28/2023 | Siena, Marie | Revise February billing statements to incorporate R. Evans and E. Trotz comments to prepare fee application (1.10); emails with E. Trotz and R. Evans regarding same (.30) | 1.40 |
| 03/28/2023 | Evans, Robin | Revise cover email to M. Ray regarding February monthly fee statement (.10) | 0.10 |
| 03/29/2023 | Evans, Robin | Further review February fee statements for compliance with UST guidelines in preparation for filing fee application (.70); email comments to M. Siena and E. Trotz (.10) | 0.80 |
| 03/30/2023 | Siena, Marie | Revise materials for February fee statement to incorporate E. Trotz and R. Evans comments in preparation of fee application (1.00) | 1.00 |
| 03/31/2023 | Trotz, Ethan | Draft first interim fee application (1.60) | 1.60 |
| 03/31/2023 | Siena, Marie | Emails with S. Rochester regarding February fee statement (.30) | 0.30 |
| 03/31/2023 | Evans, Robin | Draft first interim fee application (3.60); emails with E. Trotz regarding the same (.20) | 3.80 |
| | | **Total Hours :** | **48.60** |

**Katten**

| Matter: | 398573.00020 |
| Invoice #: | 9020133462 |
| Invoice Due Date: | Payable Upon Receipt |

June 13, 2023

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Reisman, Steven | 2.40 | 1,755.00 | 4,212.00 |
| Rochester, Shaya | 1.10 | 1,425.00 | 1,567.50 |
| Trotz, Ethan | 7.40 | 815.00 | 6,031.00 |
| Evans, Robin | 15.10 | 755.00 | 11,400.50 |
| Siena, Marie | 22.60 | 410.00 | 9,266.00 |
| **Sub Total :** | **48.60** | **Sub Total :** | **32,477.00** |
| **Total Hours :** | **48.60** | **Total Fees** | **32,477.00   USD** |

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 13, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**

██████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00024 |
| Invoice #: | 9020133461 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Expenses

For Professional Services Rendered Through March 31, 2023

Disbursements ............................................................................................................... 1,955.15

**Total Amount Due** .......................................................................................................... **1,955.15**    **USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:              398573.00024
Invoice #:           9020133461
Invoice Due Date:    Payable Upon Receipt

June 13, 2023

RE: Expenses

**DISBURSEMENTS**

| Description | Cost Description | Amount |
|---|---|---|
| Court Costs | Telephonic appearance at hearing on 3/3/23-Date Incurred: 03/03/2023. Telephonic appearance at hearing on 3/7/23-Date Incurred: 03/07/2023. Telephonic appearance at hearing on 3/6/23-Date Incurred: 03/06/2023. Telephonic Appearance at Hearing on 3/6/23--Date Incurred: 03/06/2023. Telephonic Appearance at Hearing on 3/3/23--Date Incurred: 03/03/2023. Telephonic Appearance at Hearing on 3/2/23--Date Incurred: 03/02/2023. Telephonic appearance at Hearing--Date Incurred: 03/15/2023. Telephonic appearance at Voyager Hearing-Date Incurred: 03/28/2023. Telephonic appearance at hearing on 3/1/23-Date Incurred: 03/01/2023. Telephonic appearance at hearing on 3/2/23Date Incurred: 03/02/2023. Pacer Court Costs 2/01/2023-2/28/2023 LAX. | 705.10 |
| Data/Library Research Services | Westlaw Legal Research: JORDAN,ALLY on 3/13/2023. Westlaw Legal Research: JORDAN,ALLY on 3/12/2023. Westlaw Legal Research: JORDAN,ALLY on 3/11/2023. | 1,250.05 |
| | **Total Disbursements:** | **1,955.15**   **USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 23, 2023

**Matthew Ray, Independent Director of**
**Voyager Digital Ltd.**
███████████████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00016 |
| Invoice #: | 9020135264 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Hearings

For Professional Services Rendered Through May 19, 2023

Fees Total................................................................................................................................... 12,061.50
**Total Amount Due** ...........................................................................................................  **12,061.50**    **USD**

Payment can be remitted directly to our account:

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

| Matter: | 398573.00016 | |
|---|---|---|
| Invoice #: | 9020135264 | |
| Invoice Due Date: | Payable Upon Receipt | June 23, 2023 |

---

RE: Hearings

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/01/2023 | Mosse, Julia | Email with S. Rochester, J. Mosse, and E. Trotz regarding April 5 hearing on Voyager/FTX Stipulation (.30) | 0.30 |
| 04/05/2023 | Mosse, Julia | Attend (by phone) Omnibus Hearing before Judge Wiles (1.80); email with S. Rochester, J. Hodge, and E. Trotz regarding same (.30) | 1.10 |
| 04/05/2023 | Trotz, Ethan | Review agenda for hearing (.10); attend part of hearing (1.50); draft summary of hearing (.20); emails with S. Rochester, J. Hodge, and J. Mosse regarding hearing (.20) | 2.00 |
| 04/05/2023 | Hodge, Johnjerica | Revise summary of 4.5.23 hearing (.10); email with M. Ray regarding same (.10) | 0.20 |
| 04/05/2023 | Rochester, Shaya | Attend a portion of Bankruptcy Court hearing on approval of FTX/Voyager Stipulation on behalf of Independent Director (1.00) | 1.00 |
| 04/05/2023 | Reisman, Steven | Review summary regarding today's bankruptcy court hearing on FTX/Voyager stipulation and matters related to intercompany claims (.70) | 0.70 |
| 04/11/2023 | Mosse, Julia | Attend (by phone) Second Circuit argument on Government motion to stay pending appeal (.50) | 0.50 |
| 04/11/2023 | Trotz, Ethan | Attend hearing (.50); draft summary of hearing (.20) | 0.70 |
| 04/12/2023 | Siena, Marie | Update case calendar with objection deadline for February fee statement (.20) | 0.20 |
| 04/17/2023 | Trotz, Ethan | Review agenda for hearing (.10) | 0.10 |
| 04/18/2023 | Mosse, Julia | Review docket entries regarding April 19 hearing (.20); email with S. Rochester regarding same (.10) | 0.30 |
| 04/21/2023 | Siena, Marie | Update case calendar with hearing details for 6/14/23 (.20) | 0.20 |
| 04/24/2023 | Siena, Marie | Update case calendar with details for Hearing on 4/26 (.20); register S. Rochester for appearance at Hearing on 4/26 (.10) | 0.30 |
| 04/26/2023 | Trotz, Ethan | Review summary of hearing (.10) | 0.10 |
| 04/26/2023 | Rochester, Shaya | Dial into Voyager hearing and status conference regarding termination of Binance sale transaction (1.00) | 1.00 |
| 04/26/2023 | Reisman, Steven | Review summary of status conference on termination of finance sale transaction and intercompany claims matters (.60) | 0.60 |
| 05/16/2023 | Trotz, Ethan | Review agenda for hearing (.10) | 0.10 |
| 05/17/2023 | Mosse, Julia | Attend (by phone) hearing on proposed liquidation procedures (1.60) | 1.60 |
| | | **Total Hours :** | **11.00** |

| Matter: | 398573.00016 | |
|---|---|---|
| Invoice #: | 9020135264 | June 23, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 1.30 | 1,755.00 | 2,281.50 |
| Rochester, Shaya | 2.00 | 1,425.00 | 2,850.00 |
| Mosse, Julia | 3.80 | 1,050.00 | 3,990.00 |
| Hodge, Johnjerica | 0.20 | 1,040.00 | 208.00 |
| Trotz, Ethan | 3.00 | 815.00 | 2,445.00 |
| Siena, Marie | 0.70 | 410.00 | 287.00 |
| **Sub Total :** | **11.00** | **Sub Total :** | **12,061.50** |
| **Total Hours :** | **11.00** | **Total Fees** | **12,061.50    USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY 10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 23, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
████████████████

| | | |
|---|---|---|
| Client: | | 0000398573 |
| Payer: | | 0000398573 |
| Matter: | | 398573.00018 |
| Invoice #: | | 9020135266 |
| Invoice Due Date: | | Payable Upon Receipt |

## Summary

RE: Disclosure Statement, Plan, Confirmation

For Professional Services Rendered Through May 19, 2023

| | | |
|---|---|---|
| Fees Total.......................................................................................................................... | 168,128.00 | |
| **Total Amount Due** ................................................................................................. | **168,128.00** | **USD** |

Payment can be remitted directly to our account:

████████████
███████  ████
████████  ████
███████████████
████  ████
████████████████

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

| Matter: | 398573.00018 | |
|---|---|---|
| Invoice #: | 9020135266 | |
| Invoice Due Date: | Payable Upon Receipt | June 23, 2023 |

RE: Disclosure Statement, Plan, Confirmation

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/01/2023 | Trotz, Ethan | Emails with S. Reisman, S. Rochester, J. Mosse, and J. Hodge regarding mediation issues (.30); update claims analysis (.10); review District Court opinion (.40) | 0.80 |
| 04/01/2023 | Hodge, Johnjerica | Prepare for meeting with M. Ray (.20) | 0.20 |
| 04/01/2023 | Reisman, Steven | Review Voyager settlement proposal (1.00); emails with S. Rochester regarding same and counterproposal to OpCo (.30) | 1.30 |
| 04/02/2023 | Mosse, Julia | Review presentation to M. Ray in preparation for call (.30); call with S. Reisman, S. Rochester, and J. Hodge to prepare for call with M. Ray (.50); call with S. Reisman, S. Rochester, J. Hodge, and M. Ray regarding intercompany claims (.40); email with S. Reisman, S. Rochester, and J. Hodge regarding intercompany claims and Voyager/FTX Stipulation (.60) | 1.80 |
| 04/02/2023 | Hodge, Johnjerica | Prepare for meeting with M. Ray (.10); meet with S. Reisman, S. Rochester, and J. Mosse regarding settlement discussions (.50); meet with S. Reisman, S. Rochester, J. Mosse, and M. Ray regarding settlement (.40); revise email to M. Ray (.10); revise email to A. Smith (.10); revise email to K. Scherling (Quinn) (.10); review documents related to settlement agreement negotiations (.20) | 1.50 |
| 04/02/2023 | Rochester, Shaya | Emails with S. Reisman, J. Hodge, and J. Mosse regarding Reservation of Rights (.30); prepare for call with client regarding intercompany claims settlement and Reservation of Rights (.30); pre-call with S. Reisman, J. Mosse, and J. Hodge to prepare for call with client regarding intercompany claims settlement and Reservation of Rights (.50); call with S. Reisman, J. Mosse, J. Hodge and M. Ray regarding intercompany claims settlement and Reservation of Rights (.40); revise settlement proposal based on call (.40); emails with S. Reisman, J. Mosse, and J. Hodge regarding counterproposal (.50); revise settlement proposal based on comments from S. Reisman (.40); emails with A. Smith regarding Reservation of Rights (.40) | 3.20 |
| 04/02/2023 | Reisman, Steven | Review updated settlement proposal and background materials regarding Voyager claims (.50); call with J. Hodge, J. Mosse and S. Rochester regarding same and preparation for update call with M. Ray (.50); call with M. Ray, J. Hodge, J. Mosse, and S. Rochester to discuss settlement proposal, counteroffer, merits of claims and proposal regarding settlement of issues (.40); review documentation regarding Voyager settlement (1.20) | 2.60 |
| 04/03/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, S. Reisman, K. Scherling (Quinn), and J. Gleit (ArentFox) regarding intercompany claims (.40); email with S. Rochester, S. Reisman, J. Hodge, and A. Smith regarding FTX/Voyager Stipulation and amended proposed order (.50); review updated draft FTX/Voyager Stipulation and amended proposed order (.40); email S. Reisman, S. Rochester, and J. Hodge regarding same (.50) | 1.80 |
| 04/03/2023 | Hodge, Johnjerica | Review revised stipulation and order (.40); email K. Scherling and J. Gleit regarding intercompany claims (.10) | 0.50 |
| 04/03/2023 | Rochester, Shaya | Emails with K. Scherling regarding counterproposal (.20); emails with A. Smith regarding Reservation of Rights (.20); review changes to FTX Stipulation (.40); emails with S. Reisman, J. Hodge, and J. Mosse regarding changes to FTX Stipulation (.30); review revised FTX/Voyager Order approving Stipulation (.30) | 1.40 |

**Katten**

Matter:              398573.00018
Invoice #:           9020135266
Invoice Due Date:    Payable Upon Receipt

June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/03/2023 | Reisman, Steven | Analyze settlement alternatives and counterproposal for K. Scherling (Quinn) on behalf of OpCo (.50); emails with J. Mosse, J. Hodge, and S. Rochester regarding same (.20); emails with K. Scherling (.10); emails with D. Azman regarding settlement proposal (.40) | 1.20 |
| 04/04/2023 | Mosse, Julia | Emails with S. Rochester, J. Hodge, and E. Trotz regarding intercompany claims (.90); revise draft settlement agreement regarding intercompany claims (.40) | 1.30 |
| 04/04/2023 | Trotz, Ethan | Emails with S. Rochester, J. Mosse, and J. Hodge regarding settlement issues (.20); review draft settlement agreement (.40) | 0.60 |
| 04/04/2023 | Hodge, Johnjerica | Revise settlement agreement (.60) | 0.60 |
| 04/04/2023 | Rochester, Shaya | Revise Intercompany Claims Settlement Agreement (.30); review Debtors' reply to Objections to FTX/Voyager Stipulation (.20); further revise Intercompany Claims Settlement Agreement (1.00); revise Intercompany Claims Settlement Agreement based on comments from J. Mosse and J. Hodge (.40); prepare for call with A. Smith (Kirkland) regarding agreement with LGO (.20); call with A. Smith of Kirkland regarding draft agreement with LGO (.20); revise draft agreement with LGO based on call (.80); further revise Intercompany Claims Settlement Agreement (.20) | 3.30 |
| 04/05/2023 | Mosse, Julia | Call with S. Reisman, S. Rochester, K. Scherling (Quinn), and D. Azman (McDermott) regarding intercompany claims (.70); update draft intercompany claims settlement agreement (1.20); review documents in connection with same (.40); email S. Rochester and E. Trotz regarding same (.60); revise status update email to M. Ray (.20) | 4.10 |
| 04/05/2023 | Trotz, Ethan | Update presentation (.30); call with S. Rochester regarding presentation (.10); emails with S. Rochester and J. Mosse regarding settlement issues (.20); revise settlement agreement (.30) | 0.90 |
| 04/05/2023 | Rochester, Shaya | Call with J. Mosse, S. Reisman, K. Scherling (Quinn) and D. Azman (committee counsel) regarding intercompany settlement (.70); revise Settlement Agreement based on call (.30); revise presentation on intercompany claims based on call (.40); call E. Trotz regarding same (.10) | 1.50 |
| 04/05/2023 | Reisman, Steven | Review materials related to intercompany claims settlement (1.70); call with S. Rochester, J. Mosse, K. Scherling (Quinn), and D. Azman (McDermott) regarding intercompany settlement proposal and analysis (.70); follow-up emails to S. Rochester, J. Mosse, and J. Hodge regarding efforts to resolve issues with Ad Hoc Committee (.30); emails with S. Rochester regarding Voyager intercompany claims settlement and next steps (.30) | 3.00 |
| 04/06/2023 | Mosse, Julia | Email with S. Rochester and E. Trotz regarding draft intercompany settlement agreement (.30) | 0.30 |
| 04/06/2023 | Trotz, Ethan | Research issues in connection with settlement agreement (.90) | 0.90 |
| 04/07/2023 | Mosse, Julia | Review briefing and docket entries regarding Government appeal and motion to stay (.80); email with S. Rochester, J. Hodge, S. Reisman, D. Azman, and K. Scherling regarding intercompany claims (.20); emails with S. Reisman, S. Rochester, J. Hodge, and M. Ray regarding same (.10) | 1.10 |
| 04/07/2023 | Trotz, Ethan | Emails with J. Mosse and S. Rochester regarding Settlement Agreement (.20) | 0.20 |
| 04/07/2023 | Reisman, Steven | Emails with J. Mosse, S. Rochester, J. Hodge, D. Azman, and K. Scherling regarding intercompany claims settlement (.30); emails with J. Mosse, S. Rochester, J. Hodge, and M. Ray regarding intercompany claims settlement (.20) | 0.50 |
| 04/08/2023 | Rochester, Shaya | Emails with S. Reisman, J. Mosse, J. Hodge, and E. Trotz regarding intercompany claims settlement (.50) | 0.50 |

Katten

Matter:              398573.00018
Invoice #:           9020135266
Invoice Due Date:    Payable Upon Receipt

June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/08/2023 | Reisman, Steven | Emails with S. Rochester regarding intercompany claims settlement (.30) | 0.30 |
| 04/09/2023 | Mosse, Julia | Email with S. Reisman, S. Rochester, J. Hodge, and E. Trotz regarding intercompany claims (.30) | 0.30 |
| 04/09/2023 | Trotz, Ethan | Update claim analysis chart (.30); review filings regarding confirmation order (.50) | 0.80 |
| 04/09/2023 | Rochester, Shaya | Respond to S. Reisman question regarding governmental claims (.20) | 0.20 |
| 04/09/2023 | Reisman, Steven | Emails with S. Rochester, J. Mosse, J. Hodge, and E. Trotz regarding governmental claims, background and request for information (.30) | 0.30 |
| 04/10/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and E. Trotz regarding intercompany claims analysis (.30); review filings regarding Government appeal and motion to stay (.40) | 0.70 |
| 04/11/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, E. Trotz, and D. Posner regarding intercompany claims (.20); prepare for call with D. Posner regarding same (.80); review intercompany claims presentation (.60); email with S. Rochester, J. Hodge, and E. Trotz in preparation for call with D. Posner (.40); call with S. Rochester and J. Hodge in preparation for call with D. Posner (.50); call with S. Rochester regarding call with Ad Hoc Equity Group professional advisors regarding potential settlement (.30); email with S. Rochester, E. Trotz, and J. Hodge regarding governmental claims analysis (.40); email with S. Rochester, J. Hodge, and E. Trotz regarding claims at TopCo (.20); email with S. Rochester, J. Hodge, E. Trotz, and A. Smith (Kirkland) regarding same (.10); review Second Circuit's order denying motion to vacate stay pending appeal (.10) | 3.60 |
| 04/11/2023 | Trotz, Ethan | Emails with J. Mosse regarding claims issues (.30); review issues regarding TopCo claims (2.80) | 3.10 |
| 04/11/2023 | Hodge, Johnjerica | Call with S. Rochester and J. Mosse regarding intercompany claims (.50); email D. Posner regarding intercompany claims (.20); analyze settlement negotiation issues (.30); revise email to A. Smith (.10) | 1.10 |
| 04/11/2023 | Rochester, Shaya | Prepare for call with Ad Hoc Equity Group professional advisors regarding potential settlement (1.60); call with J. Mosse regarding same (.30); call with J. Mosse and J. Hodge regarding intercompany claims analysis (.50); revise draft Intercompany Claims Settlement Agreement (.20); emails with A. Smith regarding intercompany claims (.30) | 2.90 |
| 04/11/2023 | Reisman, Steven | Review intercompany claims settlement presentation (1.10); emails with D. Posner regarding intercompany claims (.30); emails with A. Smith (Kirkland) regarding intercompany claims (.20) | 1.60 |
| 04/12/2023 | Mosse, Julia | Email with J. Hodge, E. Trotz, and S. Rochester regarding Governmental Claims (.90); review documents regarding same (.80); email with S. Rochester, J. Hodge, E. Trotz, and A. Smith regarding claims at TopCo (.30); email with S. Rochester, J. Hodge, and E. Trotz regarding same (.40) | 2.40 |
| 04/12/2023 | Jordan, Ally | Review materials related to claims asserted by state entities (1.00); research law regarding claims asserted by state entities (3.90); draft analysis regarding same (1.10); meet with J. Hodge regarding same (.20) | 6.20 |
| 04/12/2023 | Trotz, Ethan | Continue reviewing TopCo claims issues (1.60) | 1.60 |
| 04/12/2023 | Hodge, Johnjerica | Meet with A. Jordan regarding claims analysis (.20); email E. Trotz, S. Rochester and J. Mosse (.10) | 0.30 |
| 04/12/2023 | Reisman, Steven | Analyze governmental claims with respect to impact for equityholders (1.30) | 1.30 |

Katten

Matter:            398573.00018
Invoice #:         9020135266
Invoice Due Date:  Payable Upon Receipt

June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/13/2023 | Mosse, Julia | Review securities regulator filings against Debtors (1.30); email with S. Rochester, J. Hodge, and E. Trotz regarding Governmental claims and TopCo claims (.80); update draft intercompany claims settlement agreement (.50); email with S. Rochester, J. Hodge, E. Trotz, and K Scherling (Quinn) regarding same (.30); email with S. Rochester, J. Hodge and D. Posner regarding intercompany claims (.20) | 3.10 |
| 04/13/2023 | Jordan, Ally | Revise summary emails to J. Hodge providing analysis of state government entity claims (.50) | 0.50 |
| 04/13/2023 | Trotz, Ethan | Prepare summary of claims at TopCo (1.60); emails with J. Mosse, J. Hodge, and S. Rochester regarding claims (.40) | 2.00 |
| 04/13/2023 | Hodge, Johnjerica | Revise claims analysis (.60) | 0.60 |
| 04/13/2023 | Rochester, Shaya | Analyze issues regarding governmental claims (.50); analyze issues regarding intercompany settlement (.40) | 0.40 |
| 04/13/2023 | Reisman, Steven | Emails with K. Scherling (Quinn) regarding governmental claims and ad hoc negotiations (.70) | 0.70 |
| 04/14/2023 | Mosse, Julia | Email with S. Rochester and J. Hodge and K. Scherling (Quinn) regarding intercompany claims (.20); review current draft settlement agreement regarding same (.30) | 0.50 |
| 04/14/2023 | Trotz, Ethan | Update claim analysis chart (.70); call with S. Rochester regarding TopCo claims issues (.40); review issues regarding TopCo claims (1.30) | 2.40 |
| 04/14/2023 | Rochester, Shaya | Call with E. Trotz regarding TopCo claims issues (.40) | 0.40 |
| 04/17/2023 | Trotz, Ethan | Review docket for updates (.30) | 0.30 |
| 04/17/2023 | Reisman, Steven | Comment on Voyager settlement agreement (.60); emails with S. Rochester regarding same (.30); finalize settlement agreement for forwarding to D. Azman for approval (.20) | 1.10 |
| 04/18/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and A. Smith regarding intercompany claims (.20); review waterfall analysis (.20); email with S. Rochester and J. Hodge regarding same (.20); review updated draft intercompany claims settlement agreement (.30); email S. Rochester and J. Hodge regarding same (.20) | 1.10 |
| 04/18/2023 | Rochester, Shaya | Call with S. Reisman regarding Settlement Agreement (.30); revise Settlement Agreement based on call with S. Reisman (.70) | 1.00 |
| 04/18/2023 | Reisman, Steven | Call with S. Rochester regarding settlement agreement (.30); review settlement agreement (.40); email D. Azman (McDermott) regarding the same (.10) | 0.80 |
| 04/19/2023 | Mosse, Julia | Emails with S. Rochester, J. Hodge, and E. Trotz regarding TopCo claims (.60); emails with S. Rochester, J. Hodge, E. Trotz, and A. Smith regarding same (.30); emails with S. Rochester, J. Hodge, and E. Trotz regarding intercompany claims (.40) | 1.30 |
| 04/19/2023 | Trotz, Ethan | Review claims waterfall (.30); emails with S. Rochester and J. Mosse regarding diligence issues (.20) | 0.50 |
| 04/19/2023 | Rochester, Shaya | Review diligence materials provided by A. Smith regarding intercompany claims (.70); emails with A. Smith regarding intercompany claims analysis (.30); emails with J. Mosse, J. Hodge, and E. Trotz regarding intercompany claims analysis (.70); emails with D. Posner regarding intercompany claims (.20) | 1.90 |
| 04/20/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and E. Trotz regarding intercompany claims and Voyager/Government Stipulation (.60) | 0.60 |
| 04/20/2023 | Trotz, Ethan | Emails with S. Rochester, J. Mosse, and J. Hodge regarding Plan stipulation (.20); review updated plan administrator agreement (.10) | 0.30 |

**Katten**

Matter:              398573.00018
Invoice #:           9020135266
Invoice Due Date:    Payable Upon Receipt

June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/20/2023 | Rochester, Shaya | Emails with S. Reisman, J. Mosse, J. Hodge, and E. Trotz regarding intercompany claims settlement (.60); email with S. Reisman regarding resolution of intercompany claims (.20) | 0.80 |
| 04/21/2023 | Mosse, Julia | Call with S. Rochester regarding intercompany claims (.50); call with S. Rochester and A. Smith regarding same (.40); review current draft of intercompany claims settlement agreement (.30) | 1.20 |
| 04/21/2023 | Jordan, Ally | Research scope of liability for claims asserted by state entities (.90) | 0.90 |
| 04/21/2023 | Trotz, Ethan | Emails with S. Rochester and J. Mosse regarding governmental claims (.20) | 0.20 |
| 04/21/2023 | Hodge, Johnjerica | Attend meeting to prepare for meeting with A. Smith and BRG (.50); attend meeting with A. Smith and BRG (.40); review revised settlement agreement (.20) | 1.10 |
| 04/21/2023 | Rochester, Shaya | Revise draft settlement agreement (.40); emails with M. Ray regarding stay of confirmation order (.20); analyze intercompany issues (.10); research governmental claims (.30); call with J. Mosse to prepare for call with A. Smith about intercompany claims (.50); call with A. Smith regarding intercompany claims (.40) | 1.90 |
| 04/24/2023 | Mosse, Julia | Call with S. Reisman, S. Rochester, and J. Hodge to prepare for call with counsel for Ad Hoc Equity Group of TopCo (.50); call with S. Reisman, S. Rochester, J. Hodge, and D. Posner regarding intercompany claims (.70); review updated draft of intercompany claims settlement agreement (.20); emails with S. Reisman, S. Rochester, and J. Hodge regarding same (.50) | 1.90 |
| 04/24/2023 | Trotz, Ethan | Review Plan distribution motion (.30) | 0.30 |
| 04/24/2023 | Hodge, Johnjerica | Attend meeting with S. Reisman, S. Rochester, and J. Mosse to prepare for meeting with counsel for the Ad Hoc Equity Group (.50); review materials to prepare for meeting with counsel for the Ad Hoc Equity Group (.30); attend meeting with S. Reisman, S. Rochester, J. Mosse, and D. Posner regarding intercompany settlement (.70); prepare update to M. Ray on meeting with counsel for the Ad Hoc Equity Group (.30); revise email to D. Azman (.10) | 1.90 |
| 04/24/2023 | Rochester, Shaya | Revise draft Settlement Agreement (.70); emails with S. Reisman regarding revised Settlement Agreement (.30); further revise Settlement Agreement based on comments from S. Reisman (.60); attend pre-call with S. Reisman, J. Hodge, and J. Mosse to prepare for call with Ad Hoc Equity Group advisors regarding intercompany settlement (.50); call with D. Posner regarding intercompany settlement (.70); emails with S. Reisman, J. Hodge, and J. Mosse regarding the same (.20); revise summary update to client (.40) | 3.40 |
| 04/24/2023 | Reisman, Steven | Call with S. Rochester, J. Hodge, and J. Mosse regarding strategy and presentation to counsel for Ad Hoc Committee of Equity Holders (.50); review materials in preparation for call with Ad Hoc Committee of Equity Holders (1.40); call with S. Rochester, J. Hodge, J. Mosse and D. Posner to discuss settlement offer and status of matters (.70) | 2.60 |
| 04/25/2023 | Mosse, Julia | Email with S. Rochester, J. Hodge, and M. Ray regarding Binance US notice of termination (.30); email with S. Rochester and J. Hodge regarding intercompany claims (.20) | 0.50 |
| 04/25/2023 | Trotz, Ethan | Review updated draft settlement agreement (.30); review update on Binance deal (.20) | 0.50 |
| 04/25/2023 | Hodge, Johnjerica | Review updates on deal with Binance US (.10); prepare update to M. Ray on developments in the case (.20); email with M. Ray regarding same (.10) | 0.40 |
| 04/25/2023 | Rochester, Shaya | Call with D. Azman counsel regarding proposed settlement agreement (.10) | 0.10 |

**Katten**

Matter:              398573.00018
Invoice #:           9020135266
Invoice Due Date:    Payable Upon Receipt

June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/26/2023 | Mosse, Julia | Email with S. Rochester and J. Hodge regarding intercompany claims settlement agreement (.20); review updated draft of same (.30) | 0.50 |
| 04/26/2023 | Rochester, Shaya | Revise draft intercompany settlement agreement based on comments from UCC counsel (.40) | 0.40 |
| 04/26/2023 | Reisman, Steven | Reviewed updated intercompany claims settlement negotiation materials (.40); emails with S. Rochester regarding status, next steps and strategy regarding settlement (.20); emails with D. Posner regarding same (.20) | 0.80 |
| 04/27/2023 | Mosse, Julia | Email with S. Rochester and J. Hodge regarding intercompany claims settlement (.30) | 0.30 |
| 04/27/2023 | Hodge, Johnjerica | Prepare update to M. Ray on settlement negotiations (.30); email with M. Ray regarding settlement negotiations (.20) | 0.50 |
| 04/27/2023 | Rochester, Shaya | Emails with S. Reisman regarding intercompany claims settlement agreement (.20); call with D. Posner regarding intercompany claims settlement (.30); update intercompany claims settlement agreement (.40); emails with J. Mosse and J. Hodge regarding same (.30) | 1.20 |
| 05/01/2023 | Mosse, Julia | Email with S. Reisman, D. Posner, and D. Azman regarding intercompany claims settlement (.30) | 0.30 |
| 05/01/2023 | Reisman, Steven | Review issues regarding intercompany claims settlement and status (.40) | 0.40 |
| 05/02/2023 | Mosse, Julia | Email with S. Rochester and A. Smith regarding intercompany claims (.20) | 0.20 |
| 05/02/2023 | Trotz, Ethan | Review update on intercompany settlement discussions (.10) | 0.10 |
| 05/02/2023 | Reisman, Steven | Review update regarding matters related to intercompany claims settlement and status (.10) | 0.10 |
| 05/03/2023 | Rochester, Shaya | Emails with D. Posner regarding update on potential settlement of intercompany claims (.20) | 0.20 |
| 05/03/2023 | Reisman, Steven | Emails with D. Posner regarding settlement (.20) | 0.20 |
| 05/05/2023 | Rochester, Shaya | Emails with D. Posner to request update on potential settlement (.20); emails with A. Smith regarding intercompany claims settlement (.20) | 0.40 |
| 05/05/2023 | Reisman, Steven | Emails with S. Rochester regarding intercompany claims settlement (.20) | 0.20 |
| 05/09/2023 | Rochester, Shaya | Emails with S. Reisman regarding intercompany claims (.20) | 0.20 |
| 05/09/2023 | Reisman, Steven | Emails with S. Rochester regarding status update on intercompany claims settlement (.10) | 0.10 |
| 05/10/2023 | Mosse, Julia | Email with S. Rochester, A. Smith, and D. Azman regarding intercompany claims (.70) | 0.70 |
| 05/10/2023 | Trotz, Ethan | Revise presentation (.80); call with S. Rochester regarding presentation revisions (.20); review proposal from equity group (.40) | 1.40 |
| 05/10/2023 | Rochester, Shaya | Review current presentation analyzing intercompany claims (.20); emails with D. Posner regarding potential intercompany claims settlement (.20); call with E. Trotz regarding presentation analyzing intercompany claims (.20); analyze AHEG settlement proposal (.70); emails with M. Ray regarding intercompany claims issues (.30); emails with J. Mosse, J. Hodge, and E. Trotz regarding intercompany claims issues (.30); call with S. Reisman regarding updates to client (.40) | 2.30 |
| 05/10/2023 | Reisman, Steven | Review intercompany claims settlement presentation in preparation for call with AHEG counsel (1.10); call with S. Rochester regarding updates to client on intercompany claims settlement (.40); revise intercompany claims settlement proposal (.70) | 2.20 |

Katten

Matter:              398573.00018
Invoice #:           9020135266
Invoice Due Date:    Payable Upon Receipt                                    June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/11/2023 | Mosse, Julia | Email with S. Rochester, K. Scherling (Quinn), and D. Azman (MWE) regarding intercompany claims (.50); review and edit presentation to M. Ray regarding intercompany claims (.70); email with S. Rochester, J. Hodge, and E. Trotz regarding same (.30) | 1.50 |
| 05/11/2023 | Trotz, Ethan | Continue updating presentation with updated claims analysis (1.30) | 1.30 |
| 05/11/2023 | Hodge, Johnjerica | Revise presentation to M. Ray (.40) | 0.40 |
| 05/11/2023 | Rochester, Shaya | Emails with D. Azman (MWE) regarding intercompany claims (.20); emails with K. Scherling (OpCo counsel) regarding intercompany claims (.20); revise presentation on intercompany claims (.90); further revise presentation on intercompany claims analysis (.40) | 1.70 |
| 05/11/2023 | Reisman, Steven | Revise presentation on intercompany claims to M. Ray (.30); email K. Scherling regarding intercompany claims settlement (.20); emails with S. Rochester and J. Mosse regarding intercompany claims presentation (.30) | 0.80 |
| 05/12/2023 | Mosse, Julia | Email with S. Rochester regarding intercompany claims settlement (.20); call with S. Rochester to prepare for call with K. Scherling and D. Azman (.50); call with S. Rochester, K. Scherling, and D. Azman regarding intercompany claims (.40) | 1.10 |
| 05/12/2023 | Rochester, Shaya | Prepare for call with counsel for UCC and OpCo regarding intercompany claims (.50); attend pre-call with J. Mosse before call with K. Scherling and D. Azman regarding intercompany claims (.50); call with J. Mosse, K. Scherling and D. Azman regarding intercompany claims (.40); prepare summary of call (.30); call with S. Reisman regarding same (.20) | 1.90 |
| 05/12/2023 | Reisman, Steven | Review intercompany claims settlement materials in efforts to finalize same (.20); call with S. Rochester regarding same (.20) | 0.40 |
| 05/14/2023 | Mosse, Julia | Email with S. Reisman, S. Rochester, E. Trotz, and M. Ray regarding intercompany claims settlement (.20) | 0.20 |
| 05/14/2023 | Reisman, Steven | Review updated intercompany claims settlement materials (.20) | 0.20 |
| 05/15/2023 | Trotz, Ethan | Review update on settlement discussions (.10) | 0.10 |
| 05/16/2023 | Mosse, Julia | Email with S. Rochester and A. Smith regarding affidavit of M. Ray for Canadian proceeding (.30); call with S. Rochester regarding same (.10); draft email to M. Ray regarding same (.30); email with S. Rochester, J. Hodge, and M. Ray regarding same (.20) | 0.90 |
| 05/16/2023 | Trotz, Ethan | Review update on Canadian proceeding (.10); review affidavit in connection with Canadian proceeding (1.40); call with S. Rochester regarding affidavit in connection with Canadian proceeding (.20); emails with J. Mosse and S. Rochester regarding affidavit in connection with Canadian proceeding (.30) | 2.00 |
| 05/16/2023 | Hodge, Johnjerica | Revise affidavit related to Canadian proceeding (.30) | 0.30 |
| 05/16/2023 | Rochester, Shaya | Emails with J. Mosse and A. Smith regarding potential affidavit (.30); call with E. Trotz regarding same (.20); call with J. Mosse regarding same (.10) | 0.60 |
| 05/16/2023 | Reisman, Steven | Emails with A. Smith (Kirkland) and D. Azman regarding efforts to settle intercompany claims (.40) | 0.40 |
| 05/17/2023 | Mosse, Julia | Review draft affidavit of M. Ray for proceeding in Canada (.30); email with S. Rochester, S. Reisman, and E. Trotz regarding same (.20); call with S. Rochester and N. Adzima (Kirkland) regarding same (.30); call with S. Rochester regarding same (.30); call with S. Reisman and S. Rochester to prepare for call with M. Ray (.20); call with M. Ray, S. Rochester, and S. Reisman regarding affidavit (.20) | 1.50 |

**Katten**

Matter:                398573.00018
Invoice #:             9020135266
Invoice Due Date:      Payable Upon Receipt

June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/17/2023 | Trotz, Ethan | Continue reviewing affidavit for Canadian proceeding (1.40); emails with S. Rochester regarding affidavit for Canadian proceeding (.40); review CCAA docket in connection with affidavit (.40) | 2.20 |
| 05/17/2023 | Rochester, Shaya | Provide comments on draft Affidavit to be filed by M. Ray (1.00); call with J. Mosse and N. Adzima (Kirkland) regarding same (.30); call with J. Mosse regarding same (.30); email with E. Trotz regarding same (.20); emails with J. Mosse regarding same (.20); further call with N. Adzima (Kirkland) regarding draft Affidavit to be filed by M. Ray (.20); pre-call with S. Reisman and J. Mosse before call with client regarding draft Affidavit (.20); call with M. Ray, J. Mosse, and S. Reisman regarding draft Affidavit (.20); emails with D. Posner, counsel to AHEG, regarding intercompany claims (.20) | 2.80 |
| 05/17/2023 | Reisman, Steven | Review draft of affidavit of M. Ray (.90); call with S. Rochester and J. Mosse to prepare for call with M. Ray regarding affidavit (.20); call with M. Ray, S. Rochester, and J. Mosse regarding draft affidavit (.20); emails with S. Rochester and J. Mosse regarding same (.40) | 1.70 |
| 05/18/2023 | Mosse, Julia | Emails with S. Reisman and S. Rochester regarding intercompany claims (.30); emails with S. Rochester and A. Smith (Kirkland) regarding Plan Administrator (.20) | 0.50 |
| 05/18/2023 | Rochester, Shaya | Emails with D. Posner regarding intercompany claims (.30); emails with M. Ray regarding intercompany claims (.30) | 0.60 |
| 05/18/2023 | Reisman, Steven | Review intercompany claims settlement materials (.80); emails with S. Rochester and J. Mosse regarding same (.30) | 1.10 |
| 05/19/2023 | Mosse, Julia | Email with S. Reisman regarding intercompany claims (.30) | 0.30 |
| 05/19/2023 | Rochester, Shaya | Emails with A. Smith regarding post-Effective Date matters (.30); prepare for call with AHEG advisors regarding intercompany claims (.30) | 0.60 |
| 05/19/2023 | Reisman, Steven | Emails with J. Mosse regarding intercompany claims and review emails regarding status (.20) | 0.20 |
|  |  | **Total Hours :** | **137.00** |

Katten

Matter:              398573.00018
Invoice #:           9020135266
Invoice Due Date:    Payable Upon Receipt

June 23, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Reisman, Steven | 26.10 | 1,755.00 | 45,805.50 |
| Rochester, Shaya | 35.80 | 1,425.00 | 51,015.00 |
| Mosse, Julia | 35.60 | 1,050.00 | 37,380.00 |
| Hodge, Johnjerica | 9.40 | 1,040.00 | 9,776.00 |
| Trotz, Ethan | 22.50 | 815.00 | 18,337.50 |
| Jordan, Ally | 7.60 | 765.00 | 5,814.00 |
| **Sub Total :** | **137.00** | **Sub Total :** | **168,128.00** |
| **Total Hours :** | **137.00** | **Total Fees** | **168,128.00    USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 23, 2023

**Matthew Ray, Independent Director of
Voyager Digital Ltd.**
███████████████

| | |
|---|---|
| Client: | 0000398573 |
| Payer: | 0000398573 |
| Matter: | 398573.00020 |
| Invoice #: | 9020135265 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Retention and Fee Matters

For Professional Services Rendered Through May 19, 2023

Fees Total.......................................................................................................................................... 52,860.00
**Total Amount Due** ........................................................................................................................ **52,860.00**   **USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

| Matter: | 398573.00020 | |
|---|---|---|
| Invoice #: | 9020135265 | |
| Invoice Due Date: | Payable Upon Receipt | June 23, 2023 |

RE: Retention and Fee Matters

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/03/2023 | Trotz, Ethan | Continue drafting first interim fee application (1.30) | 1.30 |
| 04/03/2023 | Siena, Marie | Revise materials for February monthly fee statement to incorporate S. Rochester comments (.60); email with S. Reisman regarding February monthly fee statement and Interim Fee Application (.30); begin to draft exhibits for Interim Fee Application (1.30) | 2.20 |
| 04/03/2023 | Rochester, Shaya | Review Monthly Fee Statement for confidentiality and privilege and compliance with UST Fee Guidelines (.50); provide comments on draft Interim Fee Application (1.60) | 2.10 |
| 04/03/2023 | Reisman, Steven | Review February monthly fee statement materials (.40); review interim fee application (.50); comment on interim fee application regarding privilege and disclosure (.20) | 1.10 |
| 04/04/2023 | Trotz, Ethan | Incorporate S. Rochester comments to interim fee application (2.00); call with S. Rochester regarding same (.20) | 2.20 |
| 04/04/2023 | Rochester, Shaya | Provide comments on revised Interim Fee Application (.30); call with E. Trotz regarding Interim Fee Application (.20); further revise Interim Fee Application (.30) | 0.80 |
| 04/05/2023 | Trotz, Ethan | Emails with R. Evans regarding February fee statements exhibits (.20) | 0.20 |
| 04/05/2023 | Siena, Marie | Review materials for February fee statement (.90); emails with E. Trotz and R. Evans regarding same (.20) | 1.10 |
| 04/05/2023 | Evans, Robin | Review revised materials for fee application (1.30); emails to M. Siena and E. Trotz regarding the same (.10) | 1.40 |
| 04/06/2023 | Siena, Marie | Revise materials to February fee statement to incorporate R. Evans comments (.30); email S. Rochester regarding same (.20) | 0.50 |
| 04/09/2023 | Trotz, Ethan | Review fee examiner order (.40) | 0.40 |
| 04/10/2023 | Trotz, Ethan | Review fee examiner procedures (.30); emails with M. Siena regarding same (.20) | 0.50 |
| 04/10/2023 | Siena, Marie | Emails with S. Reisman regarding 1st Interim Fee Application (.20); draft exhibits for 1st Interim Fee Application (.40) | 0.60 |
| 04/10/2023 | Reisman, Steven | Emails with M. Siena regarding comments to first interim fee application (.30) | 0.30 |
| 04/11/2023 | Trotz, Ethan | Emails with M. Siena regarding interim fee application (.40); review exhibits to February fee statement (.70) | 1.10 |
| 04/11/2023 | Siena, Marie | Emails with S. Rochester regarding fee examiner requests (.30); calendar deadline for same (.20); prepare escrow estimate (.30); draft exhibits for February monthly fee statement (2.40); revise February monthly fee statement to include all exhibits and calculations (1.90); emails with S. Reisman regarding February monthly fee statement (.30) | 5.40 |
| 04/11/2023 | Evans, Robin | Draft cover email summarizing work described in interim fee application (.60) | 0.60 |
| 04/11/2023 | Rochester, Shaya | Review February Monthly Fee Statement for privileged and confidential information and compliance with Billing Guidelines (.20) | 0.20 |
| 04/11/2023 | Reisman, Steven | Emails with M. Siena regarding February monthly fee statement comments (.30) | 0.30 |
| 04/12/2023 | Siena, Marie | Revise interim fee application (1.30); file February monthly fee statement on the court's docket (.20); emails with noticing agent regarding service of same (.30) | 1.80 |

**Katten**

Matter:              398573.00020
Invoice #:           9020135265
Invoice Due Date:    Payable Upon Receipt

June 23, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/12/2023 | Evans, Robin | Revise draft interim fee application (1.90); emails with E. Trotz and M. Siena regarding the same (.20) | 2.10 |
| 04/13/2023 | Trotz, Ethan | Review interim fee application (1.40); emails with S. Rochester regarding same (.20) | 1.60 |
| 04/13/2023 | Siena, Marie | Revise 1st Interim fee application (.40); emails with S. Reisman and S. Rocheter regarding same (.30); reconcile exhibits in 1st Interim Fee Application (.30) | 1.00 |
| 04/13/2023 | Reisman, Steven | Review interim fee application for compliance with guidelines (.20) | 0.20 |
| 04/14/2023 | Trotz, Ethan | Call with S. Rochester and M. Siena regarding interim fee application (.50); review interim fee application (.30) | 0.80 |
| 04/14/2023 | Siena, Marie | Call with S. Rochester and E. Trotz regarding 1st Interim Fee Application (.50); file 1st Interim Fee Application on the court's docket (.20); email with S. Rochester and E. Trotz regarding same (.20); email with noticing agent regarding service of same (.20); email with fee examiner regarding requested materials (.20) | 1.30 |
| 04/14/2023 | Rochester, Shaya | Call with M. Siena and E. Trotz regarding finalizing Katten Interim Fee Application (.50); review Interim Fee Application for privileged and confidential information and compliance with UST and Billing Guidelines (1.40) | 1.90 |
| 04/14/2023 | Reisman, Steven | Further review first interim fee application for filing (.30) | 0.30 |
| 04/20/2023 | Rochester, Shaya | Respond to questions raised by Fee Examiner concerning Interim Fee Application (.30) | 0.30 |
| 04/21/2023 | Siena, Marie | Draft chart of fees and expenses (.40) | 0.40 |
| 05/04/2023 | Siena, Marie | Revise materials for March fee statements to ensure compliance with UST guidelines (1.60); emails with E. Trotz and R. Evans regarding same (.20) | 1.80 |
| 05/05/2023 | Evans, Robin | Review March prebill for compliance with fee guidelines (2.10) | 2.10 |
| 05/08/2023 | Trotz, Ethan | Review budget and staffing plan (.60); emails with R. Evans and M. Siena regarding same (.30) | 0.90 |
| 05/08/2023 | Siena, Marie | Review Budget and Staffing Plan (1.30); email E. Trotz and R. Evans regarding same (.20); emails S. Rochester regarding same (.40) | 1.90 |
| 05/08/2023 | Evans, Robin | Review budget and staffing materials (.60); emails with E. Trotz and M. Siena regarding the same (.20) | 0.80 |
| 05/09/2023 | Trotz, Ethan | Review budget and staffing plan (.30); call with R. Evans regarding budget and staffing plan (.20) | 0.50 |
| 05/09/2023 | Evans, Robin | Call with E. Trotz to discuss budget and staffing plan (.20); review budget and staffing plan for compliance with federal guidelines (.20); emails regarding the same (.10) | 0.50 |
| 05/10/2023 | Trotz, Ethan | Emails with R. Evans regarding budget and staffing plan (.50) | 0.50 |
| 05/10/2023 | Evans, Robin | Review March pre-bills for compliance with fee guidelines (.30); emails with E. Trotz, M. Siena, and S. Rochester regarding same (.10); email E. Trotz the draft of client cover email for budget (.20); review budget and staffing plan (.20): emails with E. Trotz, M. Siena, and S. Rochester regarding the same (.10) | 0.90 |
| 05/11/2023 | Siena, Marie | Revise materials for March fee statement to incorporate R. Evans comments (2.50) | 2.50 |
| 05/12/2023 | Trotz, Ethan | Review exhibits to March fee statement materials (.70); emails with M. Siena regarding March fee statement (.20); review fee examiner report (.20); call with S. Rochester and R. Evans regarding response to fee examiner (.40); follow up call with R. Evans regarding response to fee examiner (.20) | 1.70 |

**Katten**

| Matter: | 398573.00020 | |
| Invoice #: | 9020135265 | |
| Invoice Due Date: | Payable Upon Receipt | June 23, 2023 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/12/2023 | Evans, Robin | Review budget and staffing plan (.80); meet with S. Rochester and E. Trotz regarding fee examiner report (.40); meet with E. Trotz regarding preparation of response to fee examiner (.20) | 1.40 |
| 05/12/2023 | Rochester, Shaya | Call with E. Trotz and R. Evans regarding response to Fee Examiner letter (.40); review staffing and budget plan (.20) | 0.60 |
| 05/12/2023 | Reisman, Steven | Review budget and staffing plan (.70); review fee examiner report (.40); emails with S. Rochester regarding fee examiner report and feedback (.30) | 1.40 |
| 05/16/2023 | Trotz, Ethan | Emails with R. Evans regarding response to fee examiner (.20) | 0.20 |
| 05/16/2023 | Siena, Marie | Revise materials for March fee statement to incorporate E. Trotz comments (1.00) | 1.00 |
| 05/16/2023 | Evans, Robin | Draft presentation in response to Fee Examiner feedback on First Interim Fee Application (2.20) | 2.20 |
| 05/16/2023 | Reisman, Steven | Review presentation in response to fee examiners request for information and follow up (.70) | 0.70 |
| 05/17/2023 | Trotz, Ethan | Review fee examiner response (.90) | 0.90 |
| 05/17/2023 | Evans, Robin | Revise presentation to Fee Examiner (.50); draft cover email to accompany the same (.30); emails with E. Trotz and S. Rochester regarding the same (.10) | 0.90 |
| 05/18/2023 | Trotz, Ethan | Call with S. Rochester regarding fee examiner response (.20); follow up email with R. Evans regarding fee examiner response (.10) | 0.30 |
| 05/18/2023 | Evans, Robin | Call with E. Trotz and S. Rochester regarding fee application issues (.20); review Fee Examiner comments on fee application (.30); revise presentation response to Fee Examiner (.50); review interim fee application with regard to Fee Examiner comments (.30); emails with E. Trotz and S. Rochester regarding the same (.20) | 1.50 |
| 05/18/2023 | Rochester, Shaya | Revise response to Fee Examiner (1.30); call with E. Trotz and R. Evans regarding response to Fee Examiner (.20) | 1.50 |
| 05/18/2023 | Reisman, Steven | Review fee application materials with regard to fee examiner responses (.60) | 0.60 |
| 05/19/2023 | Trotz, Ethan | Review case law regarding examiner response (.40); emails with R. Evans regarding same (.20); review S. Rochester comments to March fee statement exhibits (.20) | 0.80 |
| 05/19/2023 | Evans, Robin | Research issues regarding fee application and Fee Examiner comments (1.10); emails to S. Rochester and E. Trotz regarding the same (.30); email with E. Trotz regarding the same (.10) | 1.50 |
| 05/19/2023 | Rochester, Shaya | Provide comments on revised response to Fee Examiner (.70); review April monthly fee statement for privileged and confidential information and compliance with UST and Fee Examiner billing guidelines (.40) | 1.10 |
| | | **Total Hours :** | **64.70** |

Katten

Matter:          398573.00020
Invoice #:       9020135265                                          June 23, 2023
Invoice Due Date:  Payable Upon Receipt

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Reisman, Steven | 4.90 | 1,755.00 | 8,599.50 |
| Rochester, Shaya | 8.50 | 1,425.00 | 12,112.50 |
| Trotz, Ethan | 13.90 | 815.00 | 11,328.50 |
| Evans, Robin | 15.90 | 755.00 | 12,004.50 |
| Siena, Marie | 21.50 | 410.00 | 8,815.00 |
| **Sub Total :** | **64.70** | **Sub Total :** | **52,860.00** |
| **Total Hours :** | **64.70** | **Total Fees** | **52,860.00   USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 23, 2023

**Matthew Ray, Independent Director of**
**Voyager Digital Ltd.**
███████████████

| | | |
|---|---|---|
| Client: | | 0000398573 |
| Payer: | | 0000398573 |
| Matter: | | 398573.00024 |
| Invoice #: | | 9020135263 |
| Invoice Due Date: | | Payable Upon Receipt |

**Summary**

RE: Expenses

For Professional Services Rendered Through May 19, 2023

Disbursements ........................................................................................................................... 657.77

**Total Amount Due** ........................................................................................................... **657.77**   **USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:            398573.00024
Invoice #:         9020135263
Invoice Due Date:  Payable Upon Receipt

June 23, 2023

RE: Expenses

**DISBURSEMENTS**

| Description | Cost Description | Amount |
|---|---|---|
| Data/Library Research Services | Westlaw Legal Research: JORDAN,ALLY on 4/21/2023. Westlaw Legal Research: JORDAN,ALLY on 4/12/2023. | 299.97 |
| Court Costs | Voyager hearing line-Voyager hearing line-Date Incurred: 04/05/2023. 2023.04.05 Phone conference with Court-2023.04.05 Phone conference with Court-Date Incurred: 04/05/2023. CourtSolutions line for Voyager hearing-CourtSolutions line for Voyager hearing-Date Incurred: 05/17/2023. Telephonic appearance at Court hearing--Date Incurred: 04/05/2023. Telephonic appearance at Court hearing--Date Incurred: 04/26/2023. Pacer Court Costs 3/01/2023-3/31/2023 LAX. Pacer Court Costs 4/01/2023-4/30/2023 NYC. | 357.80 |

**Total Disbursements:**          **657.77    USD**

**Katten**

**Exhibit J**

***In re Voyager Digital Holdings Inc., et al.***
**Bankruptcy Case No. 22-10943 (MEW) (Jointly Administered)**

**Proposed Order**

Steven J. Reisman
Shaya Rochester
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
*Special Counsel to Voyager Digital Ltd.*
*at the Direction of its Independent Director*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF
KATTEN MUCHIN ROSENMAN LLP AS SPECIAL COUNSEL TO VOYAGER
DIGITAL, LTD., AT THE DIRECTION OF ITS INDEPENDENT DIRECTOR, FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES FOR THE PERIODS (I) MARCH 1, 2023 THROUGH AND INCLUDING
MAY 19, 2023 AND (II) NOVEMBER 11, 2022 THROUGH AND INCLUDING MAY 19,
2023**

Upon the second interim and final fee application (the "Fee Application")[2] of Katten

Muchin Rosenman LLP ("Katten") for entry of an order for allowance of reasonable compensation

for services rendered and reimbursement of actual and necessary expenses incurred on behalf of

Voyager Digital, Ltd. ("TopCo"), at the direction of its Independent Director (the "Independent

Director"), (i) in the aggregate amount of $615,959.92 for the period commencing March 1, 2023

through May 19, 2023, and (ii) in the aggregate amount of $1,420,063.42[3] for the period

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers, are
Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The
location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Fee Application.

[3]    This amount reflects the fee reduction of $20,963.50 made by Katten to resolve the Fee Examiner's comments.

commencing November 11, 2022 through May 19, 2023; and this Court having jurisdiction to

consider the Fee Application pursuant to 28 U.S.C. §§ 157 and 1334; and venue of these Chapter

11 Cases and the Fee Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having

found that proper and adequate notice of the Fee Application and the relief requested therein has

been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as

otherwise ordered herein, no other or further notice is necessary; and any objections (if any) to the

Fee Application having been withdrawn or overruled on the merits; and, if necessary, a hearing

having been held to consider the relief requested in the Fee Application and upon the record of the

hearing, if any, and all of the proceedings had before this Court; and that the legal and factual bases

set forth in the Fee Application establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor,

       IT IS HEREBY ORDERED THAT:

      1.      The Fee Application is GRANTED.

      2.      Katten is allowed, on a final basis, an administrative expense claim in the amount

of $1,407,514 (*i.e.*, aggregate amount of fees requested by Katten in the Total Fee Period less the

fee reduction made by Katten to resolve the Fee Examiner's comments) for reasonable and

necessary professional services rendered during the Total Fee Period.

      3.      Katten is allowed, on a final basis, an administrative expense claim in the amount

of $12,549.42 for reimbursement of actual and necessary costs and expenses incurred by Katten

during the Total Fee Period.

      4.      TopCo is authorized and empowered to disburse to Katten payment in the amount

of $758,022.52 to the extent such amount has not been paid by the time of the hearing on this Fee

Application, which is the difference between the allowed amounts in this Order (*i.e.*, $1,420,063.42 in fees and expenses) and the actual monthly payments previously received by Katten for fees and expenses incurred during the Total Fee Period (*i.e.*, $662,040.90 in fees and expenses).

5.      Katten and TopCo are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

6.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation, implementation, and/or enforcement of this Order.

7.      This Order shall be effective immediately upon entry thereof.


Dated: _____, 2023                              _____
New York, New York                                        United States Bankruptcy Judge