**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SECOND MONTHLY FEE STATEMENT OF
M3 ADVISORY PARTNERS, LP, FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 27, 2023, effective as of January 4, 2023 |
| Period for Which Compensation and Reimbursement Will be Sought: | April 1, 2023 to April 30, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $74,962.50 |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $42.99 |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

York, the *Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023*, entered March 27, 2023 [Docket No. 1229] (the "Retention Order") and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket. No. 236], (the "Interim Compensation Order"), M3 Advisory Partners, LP ("M3") hereby submits this *Second Monthly Fee Statement of M3 Advisory Partners, LP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from April 1, 2023 Through April 30, 2023* (this "Monthly Fee Statement").[2] Specifically, M3 seeks (i) interim allowance of $74,962.50 for the reasonable and necessary financial advisory services that M3 rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) compensation in the amount of $59,970.00, which is equal to 80% of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period (*i.e.*, $74,962.50) and (iii) allowance and payment of $42.99 for the actual and necessary expenses that M3 incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.  Attached hereto as **Exhibit A** is a schedule of M3 professionals and paraprofessionals, who rendered services to the Committee in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.

---

[2] The period from April 1, 2023, through and including April 30, 2023 is referred to herein as the "Fee Period."

2.     Attached hereto as **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by M3 professionals and paraprofessionals during the Fee Period with respect to each of the project categories M3 established in accordance with its internal billing procedures. As reflected in **Exhibit B**, M3 incurred $74,962.50 in fees during the Fee Period. Pursuant to this Fee Statement, M3 seeks reimbursement for 80% of such fees ($59,970.00 in the aggregate).

3.     Attached hereto as **Exhibit C** are the time records of M3, which provide detailed time entries by task code of the time spent by each M3 professional and paraprofessional during the Fee Period.

4.     Attached hereto as **Exhibit D** is a schedule of the expense categories and total expenses in each category for the Fee Period that M3 seeks reimbursement of in this Monthly Fee Statement.

5.     Attached hereto as **Exhibit E** are the expense records of M3, which provide a daily summary of the expenses for which M3 is seeking payment and an itemization thereof.

## Notice

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1277]. A copy of this Fee Statement is also available on the website of the claims, noticing, and solicitation agent of the Plan Administrator for the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166-1] at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be given.

Dated:  New York, New York   **M3 ADVISORY PARTNERS, LP**
        July 1, 2023

        */s/ Mohsin Y. Meghji*
        Mohsin Y. Meghji
        Managing Partner
        M3 Advisory Partners, LP

**EXHIBIT A**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD ARPIL 1, 2023 TO APRIL 30, 2023**

| Name | Initials | Position | HOURS BILLED IN STATEMENT | HOURLY RATE | FEES BILLED IN STATEMENT |
|---|---|---|---|---|---|
| Winning, Robert | RW | Managing Director | 12.1 | $1,150.00 | 13,915.00 |
| Boffi, Jonathan | JB | Director | 50.5 | $945.00 | 47,722.50 |
| Callahan, Mark | MC | Senior Associate | 20.5 | $650.00 | 13,325.00 |
| **TOTAL** | | | **83.1** | | **$74,962.50** |

**TOTAL BLENDED HOURLY RATE**              $        902.08

**EXHIBIT B**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD ARPIL 1, 2023 TO APRIL 30, 2023**

| TASK CODE | CATEGORY | HOURS | FEES |
|---|---|---|---|
| 4 | General Correspondence with Debtor & Debtors' Professionals | 1.3 | 1,228.50 |
| 5 | General Correspondence with UCC & UCC Counsel | 10.2 | 10,113.00 |
| 6 | Plan of Reorganization/Disclosure Statement | 5.3 | 5,172.50 |
| 7 | Potential Avoidance Actions/Litigation Matters | 43.1 | 39,474.50 |
| 9 | Fee Application | 23.2 | 18,974.00 |
| | *Hours and Fees Total* | **83.1** | **$ 74,962.50** |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD ARPIL 1, 2023 TO APRIL 30, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| **General Correspondence with Debtor & Debtors' Professionals** | | | | | | |
| 4 | JB | 4/4/2023 | Correspondence with A. Sorial (BRG) re: projected fee estimates | 0.3 | $ 945.00 | $ 283.50 |
| 4 | JB | 4/4/2023 | Correspondence with M. Vaughn (BRG) re: rebalancing efforts | 0.3 | $ 945.00 | $ 283.50 |
| 4 | JB | 4/19/2023 | Correspondence with BRG re: accrued professional fees (0.2); create fee estimate (0.4) | 0.6 | $ 945.00 | $ 567.00 |
| 4 | JB | 4/20/2023 | Correspondence with BRG re: accrued professional fees | 0.1 | $ 945.00 | $ 94.50 |
| | | | *General Correspondence with Debtor & Debtors' Professionals Subtotal* | **1.3** | | **$ 1,228.50** |
| **General Correspondence with UCC & UCC Counsel** | | | | | | |
| 5 | JB | 4/4/2023 | Attend weekly UCC professionals meeting with R. Winning (M3) and G. Steinman (MWE) et al. re: committee updates (0.3); prepare for call (0.2) | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 4/4/2023 | Attend weekly committee call with G. Steinman (MWE) et al. (0.4); prepare for call (0.2) | 0.6 | $ 945.00 | $ 567.00 |
| 5 | RW | 4/4/2023 | Attend weekly UCC professionals meeting with J. Boffi (M3) and G. Steinman (MWE) et al. re: committee updates | 0.3 | ######## | $ 345.00 |
| 5 | JB | 4/11/2023 | Attend weekly pre-committee call with R. Winning (M3) and G. Steinman (MWE) et al. re: case updates (0.3); prepare for call (0.3) | 0.6 | $ 945.00 | $ 567.00 |
| 5 | JB | 4/11/2023 | Attend call with M. Eisler (FTI) re: committee meeting (0.1); correspondence re: same (0.1) | 0.2 | $ 945.00 | $ 189.00 |
| 5 | JB | 4/11/2023 | Correspondence with G. Williams (MWE) re: committee meeting agenda | 0.1 | $ 945.00 | $ 94.50 |
| 5 | JB | 4/11/2023 | Attend weekly committee call with R. Winning (M3) and D. Azman (MWE) et al. (0.7); prepare for meeting (0.2) | 0.9 | $ 945.00 | $ 850.50 |
| 5 | RW | 4/11/2023 | Attend weekly pre-committee call with J. Boffi (M3) and G. Steinman (MWE) et al. re: case updates | 0.3 | ######## | $ 345.00 |
| 5 | RW | 4/11/2023 | Attend weekly committee call with J. Boffi (M3) and D. Azman (MWE) et al. | 0.7 | ######## | $ 805.00 |
| 5 | MC | 4/13/2023 | Participate in discussion with G. Steinmann (MWE) re: case issues | 0.2 | $ 650.00 | $ 130.00 |
| 5 | JB | 4/14/2023 | Correspondence with MWE and committee re: plan status | 0.6 | $ 945.00 | $ 567.00 |
| 5 | JB | 4/15/2023 | Correspondence with MWE and committee re: plan status | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 4/17/2023 | Correspondence with MWE and committee re: plan status | 0.3 | $ 945.00 | $ 283.50 |
| 5 | JB | 4/18/2023 | Attend weekly committee pre-call with R. Winning (M3) and G. Steinman (MWE) et al. (0.3); prepare for call (0.5) | 0.8 | $ 945.00 | $ 756.00 |
| 5 | JB | 4/18/2023 | Attend weekly committee meeting with R. Winning (M3) re: plan confirmation and other issues | 1.0 | $ 945.00 | $ 945.00 |
| 5 | RW | 4/18/2023 | Attend weekly committee pre-call with J. Boffi (M3) and G. Steinman (MWE) et al. (0.3) | 0.3 | ######## | $ 345.00 |
| 5 | RW | 4/18/2023 | Attend weekly committee meeting with J. Boffi (M3) re: plan confirmation and other issues | 1.0 | ######## | $ 1,150.00 |
| 5 | JB | 4/25/2023 | Attend weekly professionals call with MWE re: Binance deal status and rebalancing (0.4); prepare for call (0.1) | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 4/25/2023 | Attend weekly committee call re: Binance status and rebalancing | 0.8 | $ 945.00 | $ 756.00 |
| | | | *General Correspondence with UCC & UCC Counsel Subtotal* | **10.2** | | **$ 10,113.00** |
| **Plan of Reorganization/Disclosure Statement** | | | | | | |
| 6 | JB | 4/4/2023 | Correspondence with M. Eisler (FTI) re: USDC conversion | 0.1 | $ 945.00 | $ 94.50 |
| 6 | JB | 4/11/2023 | Analyze latest rebalancing results (1.3); correspondence correspondence with BRG and MWE re: rebalancing matters (0.5) | 1.8 | $ 945.00 | $ 1,701.00 |
| 6 | RW | 4/11/2023 | Attention to matters re: potential further rebalancing | 0.8 | ######## | $ 920.00 |
| 6 | JB | 4/13/2023 | Analyze updated rebalancing report from BRG (2.3); correspondence re: same (0.3) | 2.6 | $ 945.00 | $ 2,457.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD ARPIL 1, 2023 TO APRIL 30, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | *Plan of Reorganization/Disclosure Statement Subtotal* | 5.3 | | $ 5,172.50 |
| **Potential Avoidance Actions/Litigation Matters** | | | | | | |
| 7 | RW | 4/1/2023 | Continued analysis re: Alameda avoidance action defenses | 1.3 | ######## | $ 1,495.00 |
| 7 | JB | 4/3/2023 | Review of Voyager historical loan balances by loan and counterparty (1.4); meet with M. Callahan (M3) to review historical loan balances (0.2); correspondence re: same (0.1) | 1.7 | $ 945.00 | $ 1,606.50 |
| 7 | JB | 4/3/2023 | Correspondence with M. Vaughn (BRG) re: diligence requests | 0.4 | $ 945.00 | $ 378.00 |
| 7 | MC | 4/3/2023 | Review of historical loan balances with J. Boffi (M3) | 0.2 | $ 650.00 | $ 130.00 |
| 7 | MC | 4/3/2023 | Review and revise summary of loans outstanding by coin and counterparty | 2.4 | $ 650.00 | $ 1,560.00 |
| 7 | JB | 4/4/2023 | Participate in call with M. Vaughn (BRG) re: diligence requests (1.0); prepare diligence list for same (1.5) | 2.5 | $ 945.00 | $ 2,362.50 |
| 7 | JB | 4/4/2023 | Attend call with M. Callahan (M3) to review dilligence requests | 0.2 | $ 945.00 | $ 189.00 |
| 7 | JB | 4/4/2023 | Research re: potential defenses to FTX preference action and review loan documents | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | MC | 4/4/2023 | Prepare for and participate in discussion with M. Vaughn (BRG) et al. and J. Boffi (M3) re: diligence requests | 1.2 | $ 650.00 | $ 780.00 |
| 7 | MC | 4/4/2023 | Prepare diligence list related to Alameda loans | 1.4 | $ 650.00 | $ 910.00 |
| 7 | RW | 4/4/2023 | Research re: potential defenses to FTX preference action | 1.3 | ######## | $ 1,495.00 |
| 7 | JB | 4/5/2023 | Review term sheets and other loan documentation for Alameda loans re: FTX preference research (2.5); correspondence re: same (0.4) | 2.9 | $ 945.00 | $ 2,740.50 |
| 7 | JB | 4/5/2023 | Correspondence with P. Kennedy (MWE) re: FTX preference matters | 0.4 | $ 945.00 | $ 378.00 |
| 7 | MC | 4/5/2023 | Review Alameda preference work stream progress with J. Boffi (M3) and R. Winning (M3) and prepare for call with MWE | 0.3 | $ 650.00 | $ 195.00 |
| 7 | MC | 4/5/2023 | Prepare for and participate in discussion with J. Boffi (M3) re: Alameda preference analysis | 0.5 | $ 650.00 | $ 325.00 |
| 7 | MC | 4/5/2023 | Prepare term sheets and diligence list related to Alameda loans; correspond with M3 and BRG re: same | 0.6 | $ 650.00 | $ 390.00 |
| 7 | RW | 4/5/2023 | Review Alameda preference work stream progress and prepare for call with MWE | 0.3 | ######## | $ 345.00 |
| 7 | JB | 4/6/2023 | Continued research re: potential defenses to FTX preference complaint | 1.4 | $ 945.00 | $ 1,323.00 |
| 7 | JB | 4/7/2023 | Continued research re: potential defenses to FTX preference complaint | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | RW | 4/7/2023 | Research re: potential defenses to FTX preference complaint | 1.2 | ######## | $ 1,380.00 |
| 7 | JB | 4/11/2023 | Review materials re: Debtors' prepetition lending and related activities | 2.4 | $ 945.00 | $ 2,268.00 |
| 7 | RW | 4/11/2023 | Review materials re: Debtors' prepetition loan activities | 1.3 | ######## | $ 1,495.00 |
| 7 | JB | 4/12/2023 | Attend with P. Kennedy (MWE) re: Alameda claims and mediation process (0.3); prepare for call (0.2); analysis of potential discovery (1.8) | 2.3 | $ 945.00 | $ 2,173.50 |
| 7 | JB | 4/12/2023 | Correspondence with BRG re: diligence updates | 0.2 | $ 945.00 | $ 189.00 |
| 7 | MC | 4/12/2023 | Review and revise historical analysis of staking balances | 0.4 | $ 650.00 | $ 260.00 |
| 7 | MC | 4/12/2023 | Participate in discussion with P. Kennedy (MWE) re: Alameda claim reconciliation process | 0.3 | $ 650.00 | $ 195.00 |
| 7 | MC | 4/12/2023 | Review historical loan books and coin pricing to determine staking balances over historical periods | 2.3 | $ 650.00 | $ 1,495.00 |
| 7 | RW | 4/12/2023 | Continue review of materials re: Debtors' prepetition lending and related activities | 1.2 | ######## | $ 1,380.00 |
| 7 | MC | 4/13/2023 | Correspond and participate in discussions with B. Lytle (M3) re: historical coin prices | 0.2 | $ 650.00 | $ 130.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD ARPIL 1, 2023 TO APRIL 30, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | RW | 4/13/2023 | Analysis of potential discovery (1.1); participate in discussion with G. Steinmann (MWE) re: case issues (0.2) | 1.3 | ######## | $ 1,495.00 |
| 7 | JB | 4/17/2023 | Correspondence with MWE re: Voyager loan book data | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 4/17/2023 | Continued research re: potential defenses to FTX preference complaint | 2.8 | $ 945.00 | $ 2,646.00 |
| 7 | JB | 4/19/2023 | Analyze materials re: potential defenses to FTX complain in preparation for review session with MWE | 1.8 | $ 945.00 | $ 1,701.00 |
| 7 | JB | 4/19/2023 | Attend call with R. Winning (M3), M. Callahan (M3), and P. Kennedy (MWE) et al. re: FTX defenses | 0.2 | $ 945.00 | $ 189.00 |
| 7 | JB | 4/19/2023 | Correspondence with P. Kennedy (MWE) re: Alameda mediation timeline | 0.3 | $ 945.00 | $ 283.50 |
| 7 | RW | 4/19/2023 | Review materials re: potential defenses to FTX complain in preparation for review session with P. Kennedy (MWE) | 0.8 | ######## | $ 920.00 |
| 7 | MC | 4/19/2023 | Prepare for and participate in discussion with P. Kennedy (MWE) and J. Boffi (M3) re: mediation timeline, preference analysis | 0.2 | $ 650.00 | $ 130.00 |
| 7 | JB | 4/20/2023 | Analysis of historical loan balances (1.3); correspondence with M3 and MWE re: same (0.1) | 1.4 | $ 945.00 | $ 1,323.00 |
| 7 | JB | 4/20/2023 | Correspondence with P. Kennedy (MWE) re: Alameda mediation timeline | 0.1 | $ 945.00 | $ 94.50 |
| 7 | MC | 4/20/2023 | Review and revise analysis of historical loan balances | 0.3 | $ 650.00 | $ 195.00 |
| 7 | JB | 4/25/2023 | Review Binance termination related updates | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 4/26/2023 | Review correspondence with M3 and MWE re: Alameda litigation | 0.3 | $ 945.00 | $ 283.50 |
| | | | *Potential Avoidance Actions/Litigation Matters Subtotal* | 43.1 | | $ 39,474.50 |

*Fee Application*

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 9 | JB | 4/5/2023 | Correspondence with G. Steinman (MWE) et al. re: interim fee application | 0.5 | $ 945.00 | $ 472.50 |
| 9 | JB | 4/6/2023 | Begin preparing interim fee application | 1.5 | $ 945.00 | $ 1,417.50 |
| 9 | JB | 4/7/2023 | Continue to prepare interim fee application | 0.8 | $ 945.00 | $ 756.00 |
| 9 | JB | 4/8/2023 | Correspondence with G. Williams (MWE) re: interim fee application | 0.1 | $ 945.00 | $ 94.50 |
| 9 | JB | 4/10/2023 | Prepare Voyager interim fee application (1.2); correspondence re: same (0.4) | 1.6 | $ 945.00 | $ 1,512.00 |
| 9 | MC | 4/10/2023 | Review and revise interim fee application | 3.1 | $ 650.00 | $ 2,015.00 |
| 9 | JB | 4/11/2023 | Correspondence with G. Williams (MWE) re: interim fee application | 0.1 | $ 945.00 | $ 94.50 |
| 9 | JB | 4/11/2023 | Revise draft interim fee application | 1.6 | $ 945.00 | $ 1,512.00 |
| 9 | MC | 4/11/2023 | Review and revise draft interim fee application | 3.1 | $ 650.00 | $ 2,015.00 |
| 9 | MC | 4/11/2023 | Continue to prepare interim fee application | 1.6 | $ 650.00 | $ 1,040.00 |
| 9 | JB | 4/12/2023 | Revise Voyager interim fee application (1.7); provide comments on same (0.8); correspondence with M3 and MWE re: same (1.0) | 3.5 | $ 945.00 | $ 3,307.50 |
| 9 | MC | 4/12/2023 | Revise draft interim fee application | 0.4 | $ 650.00 | $ 260.00 |
| 9 | JB | 4/13/2023 | Meet with M. Callahan (M3) re: interim fee application | 0.4 | $ 945.00 | $ 378.00 |
| 9 | JB | 4/13/2023 | Revise draft of interim fee application (0.8); correspondence with M3 and MWE teams re: same (0.6) | 1.4 | $ 945.00 | $ 1,323.00 |
| 9 | MC | 4/13/2023 | Review and revise fee application to include Schedule F and include comments from MWE; correspond with J. Boffi (M3) re: same | 1.2 | $ 650.00 | $ 780.00 |
| 9 | JB | 4/14/2023 | Prepare final draft of interim fee application (1.2); correspondence re: same (0.5) | 1.7 | $ 945.00 | $ 1,606.50 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD ARPIL 1, 2023 TO APRIL 30, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 9 | MC | 4/14/2023 | Participate in discussion with J. Boffi (M3) re: fee application | 0.4 | $ 650.00 | $ 260.00 |
| 9 | MC | 4/14/2023 | Revise final draft of fee application | 0.2 | $ 650.00 | $ 130.00 |
| | | | *Firm Retention Subtotal* | 23.2 | | $ 18,974.00 |
| | | | **Hours and Fees Total** | **83.1** | | **$ 74,962.50** |

**EXHIBIT D**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE SUMMARY**
**FOR THE PERIOD ARPIL 1, 2023 TO APRIL 30, 2023**

| DATE | PROFESSIONAL | AMOUNT |
|---|---|---|
| Conference Calls | | $ 42.99 |
| | *Total Expenses* | **$ 42.99** |

**EXHIBIT E**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE SUMMARY**
**FOR THE PERIOD ARPIL 1, 2023 TO APRIL 30, 2023**

| DATE | PROFESSIONAL | DESCRIPTION | AMOUNT |
|---|---|---|---|
| *Conference Call Expense* | | | |
| 4/30/2023 | M3 Team | LoopUp Conference Call Expense for April 2023 | $ 42.99 |
| | | *Subtotal Conference Call Expenses* | **$ 42.99** |