**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors.[1] | ) ) | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF**
**M3 ADVISORY PARTNERS, LP, FOR COMPENSATION FOR SERVICES AND**
**REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM MAY 1, 2023 THROUGH MAY 18, 2023**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 27, 2023, effective as of January 4, 2023 |
| Period for Which Compensation and Reimbursement Will be Sought: | May 1, 2023 to May 18, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $67,697.50 |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $113.91 |

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

York, the *Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023*, entered March 27, 2023 [Docket No. 1229] (the "Retention Order") and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket. No. 236], (the "Interim Compensation Order"), M3 Advisory Partners, LP ("M3") hereby submits this *Third Monthly Fee Statement of M3 Advisory Partners, LP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from May 1, 2023 Through May 18, 2023* (this "Monthly Fee Statement").[2] Specifically, M3 seeks (i) interim allowance of $67,697.50 for the reasonable and necessary financial advisory services that M3 rendered to the Official Committee of Unsecured Creditors (the "Committee") during the Fee Period; (ii) compensation in the amount of $54,158.00, which is equal to 80% of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period (*i.e.*, $67,697.50) and (iii) allowance and payment of $113.91 for the actual and necessary expenses that M3 incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.  Attached hereto as **Exhibit A** is a schedule of M3 professionals and paraprofessionals, who rendered services to the Committee in connection with these chapter 11 cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.

---

[2] The period from May 1, 2023, through and including May 18, 2023 is referred to herein as the "Fee Period."

2. Attached hereto as **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by M3 professionals and paraprofessionals during the Fee Period with respect to each of the project categories M3 established in accordance with its internal billing procedures. As reflected in **Exhibit B**, M3 incurred $67,697.50 in fees during the Fee Period. Pursuant to this Fee Statement, M3 seeks reimbursement for 80% of such fees ($54,158.00 in the aggregate).

3. Attached hereto as **Exhibit C** are the time records of M3, which provide detailed time entries by task code of the time spent by each M3 professional and paraprofessional during the Fee Period.

4. Attached hereto as **Exhibit D** is a schedule of the expense categories and total expenses in each category for the Fee Period that M3 seeks reimbursement of in this Monthly Fee Statement.

5. Attached hereto as **Exhibit E** are the expense records of M3, which provide a daily summary of the expenses for which M3 is seeking payment and an itemization thereof.

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1277]. A copy of this Fee Statement is also available on the website of the claims, noticing, and solicitation agent of the Plan Administrator for the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166-1] at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be given.

Dated:  New York, New York  **M3 ADVISORY PARTNERS, LP**
       July 1, 2023

*/s/ Mohsin Y. Meghji*
Mohsin Y. Meghji
Managing Partner
M3 Advisory Partners, LP

**EXHIBIT A**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2023 TO MAY 18, 2023**

| Name | Initials | Position | HOURS BILLED IN STATEMENT | HOURLY RATE | FEES BILLED IN STATEMENT |
|---|---|---|---|---|---|
| Winning, Robert | RW | Managing Director | 12.9 | $1,150.00 | 14,835.00 |
| Boffi, Jonathan | JB | Director | 52.5 | $945.00 | 49,612.50 |
| Callahan, Mark | MC | Senior Associate | 5.0 | $650.00 | 3,250.00 |
| **TOTAL** | | | **70.4** | | **$67,697.50** |

**TOTAL BLENDED HOURLY RATE** $ 961.61

**EXHIBIT B**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2023 TO MAY 18, 2023**

| TASK CODE | CATEGORY | HOURS | FEES |
|---|---|---|---|
| 4 | General Correspondence with Debtor & Debtors' Professionals | 1.6 | 1,512.00 |
| 5 | General Correspondence with UCC & UCC Counsel | 4.1 | 3,977.00 |
| 7 | Potential Avoidance Actions/Litigation Matters | 49.9 | 49,055.00 |
| 8 | Court Attendance/Participation | 1.8 | 1,701.00 |
| 9 | Fee Application | 13.0 | 11,452.50 |
| | *Hours and Fees Total* | **70.4** | **$ 67,697.50** |

22-10943-mew    Doc 1507    Filed 07/01/23    Entered 07/01/23 10:42:39    Main Document
Pg 7 of 11

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| **General Correspondence with Debtor & Debtors' Professionals** | | | | | | |
| 4 | JB | 5/3/2023 | Review and draft correspondence with BRG re: fee estimates | 0.3 | $ 945.00 | $ 283.50 |
| 4 | JB | 5/10/2023 | Attend call with M. Goodwin (BRG) re: interim fee application (0.1); draft correspondence re: same (0.1) | 0.2 | $ 945.00 | $ 189.00 |
| 4 | JB | 5/15/2023 | Correspondence with N. Adzima (K&E) re: revised M3 professional fee estimates | 0.2 | $ 945.00 | $ 189.00 |
| 4 | JB | 5/16/2023 | Correspondence with N. Adzima (K&E) re: M3 fee estimates (0.2); prepare M3 fee and expense estimate through closing (0.4) | 0.6 | $ 945.00 | $ 567.00 |
| 4 | JB | 5/16/2023 | Correspondence with M. Goodwin (BRG) re: professional fee escrow account funding estimates | 0.3 | $ 945.00 | $ 283.50 |
| | | | ***General Correspondence with Debtor & Debtors' Professionals Subtotal*** | **1.6** | | **$ 1,512.00** |
| **General Correspondence with UCC & UCC Counsel** | | | | | | |
| 5 | JB | 5/1/2023 | Attend weekly UCC call re: SEC settlement and liquidation procedures | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 5/2/2023 | Attend weekly professionals call with MWE re: case and rebalancing updates (0.3); prepare for call (0.1) | 0.4 | $ 945.00 | $ 378.00 |
| 5 | JB | 5/9/2023 | Attend weekly professionals call with G. Steinman (MWE) re: self-liquidation matters and other case updates | 0.3 | $ 945.00 | $ 283.50 |
| 5 | JB | 5/9/2023 | Attend weekly committee call re: self-liquidation matters and other case updates | 0.6 | $ 945.00 | $ 567.00 |
| 5 | RW | 5/10/2023 | Meet with MWE (E. Rodd) re: Alameda/FTX damages analysis and litigation work stream status | 0.5 | $1,150.00 | $ 575.00 |
| 5 | JB | 5/15/2023 | Correspondence with G. Williams (MWE) re: March fee statement | 0.2 | $ 945.00 | $ 189.00 |
| 5 | JB | 5/15/2023 | Review correspondence from G. Williams (MWE) re: committee meeting | 0.1 | $ 945.00 | $ 94.50 |
| 5 | JB | 5/18/2023 | Attend professionals pre-call with G. Steinman (MWE) et al. re: committee updates | 0.3 | $ 945.00 | $ 283.50 |
| 5 | JB | 5/18/2023 | Attend weekly committee call with D. Azman (MWE) et al. re: liquidation procedures and plan effectiveness (1.1); review agenda for call (0.1) | 1.2 | $ 945.00 | $ 1,134.00 |
| | | | ***General Correspondence with UCC & UCC Counsel Subtotal*** | **4.1** | | **$ 3,977.00** |
| **Potential Avoidance Actions/Litigation Matters** | | | | | | |
| 7 | JB | 5/1/2023 | Attend call with R. Winning (M3) re: FTX claims and damages (0.3); review correspondence from MWE re: FTX/Alameda litigation (0.1); draft email correspondence re: same (0.3) | 0.7 | $ 945.00 | $ 661.50 |
| 7 | RW | 5/3/2023 | Analysis of potential damages re: FTX claims (1.2) and call with MWE re same (0.5) | 1.7 | $1,150.00 | $ 1,955.00 |
| 7 | MC | 5/3/2023 | Attend call with M3 and MWE re: Alameda matters | 0.5 | $ 650.00 | $ 325.00 |
| 7 | JB | 5/3/2023 | Attend weekly call with MWE re: Alameda matters and potential damages (0.5); attend call with R. Winning (M3) re: follow-up work streams (0.3) | 0.8 | $ 945.00 | $ 756.00 |
| 7 | JB | 5/3/2023 | Review analysis of potential FTX/Alameda damages | 1.4 | $ 945.00 | $ 1,323.00 |
| 7 | MC | 5/4/2023 | Research into Genesis and FTX preference actions | 1.2 | $ 650.00 | $ 780.00 |
| 7 | MC | 5/4/2023 | Continued analysis re: FTX/Alameda issues | 0.2 | $ 650.00 | $ 130.00 |
| 7 | JB | 5/4/2023 | Research FTX and Genesis preference actions | 1.0 | $ 945.00 | $ 945.00 |
| 7 | JB | 5/4/2023 | Review correspondence from E. Rodd (MWE) re: potential FTX damages analysis (0.5); review correspondence from R. Winning (M3) re: same (0.1) | 0.6 | $ 945.00 | $ 567.00 |
| 7 | RW | 5/5/2023 | Analysis of potential damages for claims against FTX | 2.2 | $1,150.00 | $ 2,530.00 |
| 7 | JB | 5/5/2023 | Analysis of potential damages claims against FTX | 1.3 | $ 945.00 | $ 1,228.50 |
| 7 | JB | 5/5/2023 | Review correspondence from E. Rodd (MWE) re: potential FTX damages analysis | 0.4 | $ 945.00 | $ 378.00 |
| 7 | JB | 5/8/2023 | Prepare FTX damages analysis | 1.8 | $ 945.00 | $ 1,701.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | JB | 5/8/2023 | Review amended Alameda preference complaint | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | JB | 5/8/2023 | Review confirmation hearing transcript | 1.3 | $ 945.00 | $ 1,228.50 |
| 7 | JB | 5/8/2023 | Review SEC complaint against Ellison and Wang | 1.2 | $ 945.00 | $ 1,134.00 |
| 7 | JB | 5/8/2023 | Review draft motion to dismiss FTX/Alameda preference actions and related exhibits | 1.7 | $ 945.00 | $ 1,606.50 |
| 7 | JB | 5/8/2023 | Research FTX/Genesis preference actions re: Alameda preference defense | 0.8 | $ 945.00 | $ 756.00 |
| 7 | RW | 5/9/2023 | Prepare for meeting with MWE re: FTX conduct and damages | 2.4 | $1,150.00 | $ 2,760.00 |
| 7 | JB | 5/9/2023 | Correspondence with R. Winning (M3) re: litigation work streams | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 5/9/2023 | Review self-liquidating recovery model and initial distribution calculations | 1.7 | $ 945.00 | $ 1,606.50 |
| 7 | JB | 5/9/2023 | Analyze potential FTX damages claims | 0.4 | $ 945.00 | $ 378.00 |
| 7 | JB | 5/9/2023 | Draft correspondence with R. Winning (M3) regarding Genesis/FTX preference motions | 0.1 | $ 945.00 | $ 94.50 |
| 7 | JB | 5/9/2023 | Attend call with R. Winning (M3) re: FTX damages analysis (0.4); prepare for same (0.2) | 0.6 | $ 945.00 | $ 567.00 |
| 7 | JB | 5/9/2023 | Continue to revise FTX damage analysis | 2.1 | $ 945.00 | $ 1,984.50 |
| 7 | RW | 5/10/2023 | Meet with J. Boffi (M3) re: Alameda/FTX damages analysis | 0.7 | $1,150.00 | $ 805.00 |
| 7 | RW | 5/10/2023 | Meet with J. Boffi (M3) re: litigation work streams | 0.3 | $1,150.00 | $ 345.00 |
| 7 | RW | 5/10/2023 | Analysis of FTX conduct and consequences therefrom | 2.8 | $1,150.00 | $ 3,220.00 |
| 7 | JB | 5/10/2023 | Review Debtor cash flow budget (0.7); review and draft correspondence with FTI re: same (0.4) | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | JB | 5/10/2023 | Attend call with J. Baltaytis (FTI) re: cash flow budget | 0.1 | $ 945.00 | $ 94.50 |
| 7 | JB | 5/10/2023 | Attend call with M. Eisler (FTI) re: professional fee schedule (0.2); review professional fee schedule (0.2) | 0.4 | $ 945.00 | $ 378.00 |
| 7 | JB | 5/10/2023 | Analyze FTX damages | 2.4 | $ 945.00 | $ 2,268.00 |
| 7 | JB | 5/10/2023 | Continue Alameda preference analysis | 1.5 | $ 945.00 | $ 1,417.50 |
| 7 | JB | 5/10/2023 | Review historical crypto price and volume data | 1.2 | $ 945.00 | $ 1,134.00 |
| 7 | JB | 5/10/2023 | Meet with R. Winning (M3) to review Alameda/FTX damages analysis | 0.7 | $ 945.00 | $ 661.50 |
| 7 | JB | 5/10/2023 | Meet with MWE to review Alameda/FTX damages analysis and litigation work stream status | 0.5 | $ 945.00 | $ 472.50 |
| 7 | JB | 5/10/2023 | Meet with R. Winning (M3) re: litigation work streams | 0.3 | $ 945.00 | $ 283.50 |
| 7 | RW | 5/11/2023 | Continued analysis of FTX conduct and consequences | 1.8 | $1,150.00 | $ 2,070.00 |
| 7 | JB | 5/11/2023 | Correspondence with FTI re: revised Debtor budget | 0.2 | $ 945.00 | $ 189.00 |
| 7 | JB | 5/15/2023 | Correspond with M. Eisler (FTI) re: updated cash flow projections required for FTX | 0.1 | $ 945.00 | $ 94.50 |
| 7 | JB | 5/15/2023 | Analyze FTX/Alameda damages and preference action | 2.2 | $ 945.00 | $ 2,079.00 |
| 7 | JB | 5/16/2023 | Correspondence with M. Eisler (FTI) and J. Baltaytis (FTI) re: updated cash flow projections required for FTX damage analysis | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 5/16/2023 | Continue to analyze FTX damages | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | RW | 5/17/2023 | Call with J. Boffi (M3) re: FTX/Alameda damages analysis | 0.1 | $1,150.00 | $ 115.00 |
| 7 | JB | 5/17/2023 | Continue to revise FTX/Alameda damages analysis | 1.5 | $ 945.00 | $ 1,417.50 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | JB | 5/17/2023 | Attend call with R. Winning (M3) re: FTX/Alameda damages analysis | 0.1 | $ 945.00 | $ 94.50 |
| 7 | JB | 5/17/2023 | Revise FTX/Alameda preference action collateral analysis | 2.4 | $ 945.00 | $ 2,268.00 |
| 7 | JB | 5/17/2023 | Review correspondence with MWE and committee re: liquidation procedures hearing | 0.1 | $ 945.00 | $ 94.50 |
| 7 | JB | 5/17/2023 | Correspondence with MWE re: Alameda preference claim | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 5/17/2023 | Continued analysis re: FTX/Alameda damages | 0.2 | $ 945.00 | $ 189.00 |
| | | | *Potential Avoidance Actions/Litigation Matters Subtotal* | **49.9** | | **$ 49,055.00** |

*Court Attendance/Participation*

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 8 | JB | 5/16/2023 | Prepare for May 17th court hearing re: liquidation | 0.2 | $ 945.00 | $ 189.00 |
| 8 | JB | 5/17/2023 | Attend court hearing re: liquidation procedures telephonically | 1.6 | $ 945.00 | $ 1,512.00 |
| | | | *Court Attendance/Participation Subtotal* | **1.8** | | **$ 1,701.00** |

*Fee Application*

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 9 | JB | 5/1/2023 | Correspondence with BRG re: interim fee application | 0.2 | $ 945.00 | $ 189.00 |
| 9 | JB | 5/2/2023 | Begin preparing March monthly fee statement | 0.3 | $ 945.00 | $ 283.50 |
| 9 | MC | 5/10/2023 | Prepare draft of March fee statement | 1.2 | $ 650.00 | $ 780.00 |
| 9 | JB | 5/10/2023 | Draft correspondence with G. Steinman re: interim fee app (0.1); draft correspondence with MWE re: March fee statement (0.1) | 0.2 | $ 945.00 | $ 189.00 |
| 9 | MC | 5/11/2023 | Continue to prepare draft of March fee statement | 0.6 | $ 650.00 | $ 390.00 |
| 9 | JB | 5/11/2023 | Correspondence with MWE re: interim fee application | 0.2 | $ 945.00 | $ 189.00 |
| 9 | JB | 5/11/2023 | Continue to prepare March fee statement; correspondence re: same | 3.2 | $ 945.00 | $ 3,024.00 |
| 9 | RW | 5/12/2023 | Prepare monthly fee statement for March | 0.4 | $1,150.00 | $ 460.00 |
| 9 | MC | 5/12/2023 | Revise draft March fee statement | 1.1 | $ 650.00 | $ 715.00 |
| 9 | JB | 5/12/2023 | Revise draft March fee statement; correspondence with MWE and M3 re: same | 2.8 | $ 945.00 | $ 2,646.00 |
| 9 | JB | 5/14/2023 | Review correspondence from G. Williams (MWE) re: March fee statement (0.2); review comments to March fee statement (0.2); review correspondence from R. Winning (M3) re: March fee statement comments (0.1) | 0.5 | $ 945.00 | $ 472.50 |
| 9 | JB | 5/15/2023 | Attend call with G. Williams (MWE) and G. Steinman (MWE) re: March fee statement comments | 0.3 | $ 945.00 | $ 283.50 |
| 9 | JB | 5/15/2023 | Review March fee statement comments (0.3); attend call with M. Callahan re: March fee statement comments (0.1) | 0.4 | $ 945.00 | $ 378.00 |
| 9 | MC | 5/16/2023 | Participate in discussion with J. Boffi (M3) re: fee application | 0.2 | $ 650.00 | $ 130.00 |
| 9 | JB | 5/16/2023 | Attend call with M. Callahan (M3) re: March fee statement comments | 0.2 | $ 945.00 | $ 189.00 |
| 9 | JB | 5/18/2023 | Revise March fee statement draft for additional comments | 1.2 | $ 945.00 | $ 1,134.00 |
| | | | *Firm Retention Subtotal* | **13.0** | | **$ 11,452.50** |
| | | | **Hours and Fees Total** | **70.4** | | **$ 67,697.50** |

**EXHIBIT D**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE SUMMARY**
**FOR THE PERIOD MAY 1, 2023 TO MAY 18, 2023**

| DATE | PROFESSIONAL | AMOUNT |
|---|---|---|
| Conference Calls | | $ 43.91 |
| Court Hearings | | 70.00 |
| | *Total Expenses* | **$ 113.91** |

**EXHIBIT E**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE SUMMARY**
**FOR THE PERIOD MAY 1, 2023 TO MAY 18, 2023**

| DATE | PROFESSIONAL | DESCRIPTION | AMOUNT |
|---|---|---|---|
| *Conference Call Expense* | | | |
| 5/18/2023 | M3 Team | LoopUp Conference Call Expense for May 2023 | $ 43.91 |
| | | *Subtotal Conference Call Expenses* | **$ 43.91** |
| *Court Hearing Expense* | | | |
| 5/17/2023 | JB | CourtSolutions Charge for Court Hearing | $ 70.00 |
| | | *Subtotal Court Hearing Expense* | **$ 70.00** |