UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VOYAGER DIGITAL HOLDINGS, INC., *et. al.*, [1] | ) Case No. 22-10943 (MEW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**TENTH MONTHLY FEE STATEMENT OF
EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND
INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL.*, FOR
THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| **Name of Applicant:** | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 18, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement is sought: | April 1, 2023 to April 30, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $4,113.04 (80% of $5,141.30) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $11.86 |
| Blended Rate of Professionals during the Fee Period: | $153.80 |

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

This statement is the tenth monthly fee statement (the "Fee Statement") of Epiq Corporate Restructuring, LLC ("Epiq"), noticing and information agent to The Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order") and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1277] (the "Fee Examiner Order").  Epiq requests: (a) payment of compensation in the amount of $4,113.04 (80 percent of $5,141.30 of fees on account of reasonable and necessary professional services rendered to the Committee by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $11.86 incurred by Epiq, each during the period of April 1, 2023 through April 30, 2023 (the "Fee Period").  Attached as **Exhibit A** hereto is the itemization and description of the services that Epiq rendered as noticing and information agent and a list of the detailed expenses incurred by Epiq during the Fee Period.

Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services; and (d) includes a detailed list of expenses incurred by Epiq during the Fee Period.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Amayrany Gutierrez | Senior Case Manager II | $159.00 | 0.2 | $31.80 |
| Angela Chachoff | Senior Case Manager II | $159.00 | 0.1 | $15.90 |
| Charles Safko | Senior Consultant I | $176.00 | 1.2 | $211.20 |
| David Rodriguez | Senior Case Manager III | $165.00 | 1.2 | $198.00 |
| Diane Streany | Senior Case Manager III | $165.00 | 0.3 | $49.50 |
| Elli Krempa | Senior Case Manager III | $165.00 | 1.6 | $264.00 |
| Forrest Houku | Senior Case Manager II | $159.00 | 1.1 | $174.90 |
| Jennifer Noble | Senior Case Manager II | $159.00 | 0.1 | $15.90 |
| Joseph Saraceni | Senior Consultant II | $187.00 | 1.5 | $280.50 |
| Kameron Nguyen | Senior Case Manager II | $159.00 | 1.1 | $174.90 |
| Kimberly Kehm | Case Manager I | $82.00 | 1.0 | $82.00 |
| Mary Schmidt | Senior Case Manager II | $159.00 | 0.5 | $79.50 |
| Panagiota Manatakis | Senior Case Manager III | $165.00 | 1.2 | $198.00 |
| Sena Sengun | Senior Case Manager II | $159.00 | 0.6 | $95.40 |
| Sharna Wilson | Senior Case Manager II | $159.00 | 0.1 | $15.90 |
| Sidney Garabato | Senior Consultant II | $187.00 | 15.7 | $2,935.90 |
| Tiffany Taveras | Senior Case Manager II | $159.00 | 2.0 | $318.00 |
| **TOTALS FOR PROFESSIONALS** | | | **29.5** | **$5,141.30** |

**Summary of Fees Billed by Subject Matter for the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | 130 Creditor Calls/Requests | 1.6 | $264.00 |
| 205 | 205 Set Up Mailing/Noticing | 4.3 | $663.60 |
| 220 | 220 Affidavits | 2.5 | $399.90 |
| 395 | 395 Case Management Services - Other | 4.6 | $741.50 |
| 610 | 610 Data Audit | 1.2 | $211.20 |
| 642 | 642 Fee Application Prep and Related Issues | 15.3 | $2,861.10 |
| | TOTAL | **29.5** | **$5,141.30** |

3

**Summary of Expenses for the Fee Period**

| Expense Category | Amount |
|---|---:|
| NO100:  Noticing | $2.30 |
| NO100T:  Noticing - In state | $5.10 |
| OS225:  Envelope - 9x12 | $0.50 |
| RE100:  Postage | $3.96 |
| **TOTAL EXPENSES** | **$11.86** |

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the Fee Examiner Order. A copy of this Fee Statement is also available on the website of the Plan Administrator for the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166-1] at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be given.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests: (a) payment of compensation in the amount of $4,113.04 (80 percent of $5,141.30 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $11.86.

Dated:  July 3, 2023                    /s/ *Sidney Garabato*
       New York, New York              Senior Consultant

# EXHIBIT A

**Timekeeper, Matter & Expense Detail**

**MATTER NUMBER: 130**
**Matter Description: 130 Creditor Calls/Requests**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 4/7/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.3 | $49.50 | CREDITOR INQUIRE REVIEW AND RESOLUTION |
| 4/17/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.5 | $82.50 | CREDITOR INQUIRE REVIEW AND RESOLUTION, TRACKING AND REPORTING TO COUNSEL |
| 4/21/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.3 | $49.50 | REVIEW, RESOLVE, AND PROCESS TO COUNSEL CREDITOR INQUIRES |
| 4/28/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | 165.00 | 0.5 | $82.50 | REVIEW AND RESOLVE CREDITOR INQUIRES / TRACK |
| | | | | | **1.6** | **$264.00** | |

**MATTER NUMBER:  205**
**Matter Description:  205 Set Up Mailing/Noticing**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 4/11/2023 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 187.00 | 0.3 | $56.10 | RECEIVE FILED DOCUMENT FROM COUNSEL, REVIEW SAME, AND COORDINATE SERVICE OF DOCKET 1278-1280 WITH CASE TEAM; FORWARD SAME TO ACCOUNTING FOR CUSTOMER ACCOUNT RECORDKEEPING |
| 4/11/2023 | Forrest Houku | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.1 | $15.90 | COMMENCE TO COORDINATE SERVICE OF DOCKET NOS. 1278-1280 |
| 4/11/2023 | Forrest Houku | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.5 | $79.50 | COMPLETE TO COORDINATE SERVICE OF DOCKET NOS. 1278-1280 WITH FULFILLMENT TEAM |
| 4/11/2023 | Kameron Nguyen | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.6 | $95.40 | OVERSEE FULFILLMENT OF SERVICE OF DOCKET NOS. 1278, 1279, 1280 |
| 4/11/2023 | Mary Schmidt | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.5 | $79.50 | OVERSEE FULFILLMENT OF SERVICE OF DOCKET NOS. 1278, 1279, 1280 |
| 4/17/2023 | David Rodriguez | Senior Case Manager III | 205 Set Up Mailing/Noticing | 165.00 | 1.0 | $165.00 | SERVICE SETUP WITH NOTICING TEAM REGARDING DOCKET NO. 1309. |
| 4/17/2023 | Kimberly Kehm | Case Manager I | 205 Set Up Mailing/Noticing | 82.00 | 0.5 | $41.00 | COORDINATE SERVICE OF DOCKET NO. 1309 |
| 4/17/2023 | Kameron Nguyen | Senior Case Manager II | 205 Set Up Mailing/Noticing | 159.00 | 0.5 | $79.50 | OVERSEE FULFILLMENT OF SERVICE OF DOCKET NO. 1309 |
| 4/18/2023 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | 187.00 | 0.1 | $18.70 | PROOF SERVICES RE DOCKET 1309 SECOND EPIQ INTERIM FEE APPLICATION |
| 4/18/2023 | Panagiota Manatakis | Senior Case Manager III | 205 Set Up Mailing/Noticing | 165.00 | 0.2 | $33.00 | SERVICE SETUP WITH NOTICING TEAM RE: SERVICE OF DOCKET NO. 1309 |
| | | | | | **4.3** | **$663.60** | |

**MATTER NUMBER: 220**
**Matter Description: 220 Affidavits**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 4/12/2023 | Jennifer Noble | Senior Case Manager II | 220 Affidavits | 159.00 | 0.1 | $15.90 | AUDIT AFFIDAVIT OF SERVICE OF DOCKET NUMBERS 1278-1280 |
| 4/12/2023 | Tiffany Taveras | Senior Case Manager II | 220 Affidavits | 159.00 | 1.0 | $159.00 | DRAFT AFFIDAVIT OF SERVICE DI 1278-1280 |
| 4/18/2023 | Tiffany Taveras | Senior Case Manager II | 220 Affidavits | 159.00 | 1.0 | $159.00 | DRAFT CERTIFICATE OF SERVICE - DI 1309 |
| 4/21/2023 | Panagiota Manatakis | Senior Case Manager III | 220 Affidavits | 165.00 | 0.4 | $66.00 | REVIEW AND FILE AFFIDAVIT OF SERVICE OF DOCKET NO. 1309 |
| | | | | | **2.5** | **$399.90** | |

| MATTER NUMBER: 395 |
| Matter Description: 395 Case Management Services - Other |

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 4/5/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 187.00 | 0.3 | $56.10 | RUN ESTIMATE PER COUNSEL TO UCC FOR BUDGET FORECASTING |
| 4/10/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 187.00 | 0.1 | $18.70 | REVIEW INVOICE AND TIME DETAIL FOR PREVIOUS BILLED MONTH |
| 4/11/2023 | Kimberly Kehm | Case Manager I | 395 Case Management Services - Other | 82.00 | 0.1 | $8.20 | DOCUMENT SERVICE OF DOCKET NOS. 1278-1280 |
| 4/12/2023 | Sena Sengun | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.2 | $31.80 | REVIEW SERVICE OF DOCKET NOS. 1278-1280 |
| 4/14/2023 | Forrest Houku | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.5 | $79.50 | DOCUMENT SERVICE OF DOCKET NOS. 1278-1280 |
| 4/17/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 187.00 | 0.5 | $93.50 | CONFER WITH TEAM ON REDACTION PROTOCOL IN CASE |
| 4/17/2023 | Diane Streany | Senior Case Manager III | 395 Case Management Services - Other | 165.00 | 0.3 | $49.50 | REVIEW CASE REDACTION PROTOCOL AND CONFIRM NO REDACTIONS.  PREPARE CASE REDACTION FORM TO REFLECT SAME.  FORWARD CASE REDACTION FOR TO CASE TEAM FOR REVIEW. |
| 4/17/2023 | Angela Chachoff | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.1 | $15.90 | ADD SERVICE OF DKT 1309 TO NOTICING TRACKER. |
| 4/17/2023 | Kimberly Kehm | Case Manager I | 395 Case Management Services - Other | 82.00 | 0.1 | $8.20 | COMMENCE TO DOCUMENT SERVICE OF DOCKET NO. 1309 |
| 4/18/2023 | Sena Sengun | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.4 | $63.60 | PROOF SERVICE OF DOCKET NO. 1309 FOR ACCURACY:  SERVICE LIST AND DOCUMENT |
| 4/19/2023 | Panagiota Manatakis | Senior Case Manager III | 395 Case Management Services - Other | 165.00 | 0.2 | $33.00 | ADD SERVICE OF DOCKET NOS. 1278-1280 TO SERVICE TRACKER |
| 4/19/2023 | Amayrany Gutierrez | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.2 | $31.80 | DOCUMENT SERVICE OF DOCKET NOS. 1278-1280 |
| 4/19/2023 | Kimberly Kehm | Case Manager I | 395 Case Management Services - Other | 82.00 | 0.3 | $24.60 | COMPLETE DOCUMENTATION OF SERVICE OF DOCKET NO. 1309 |
| 4/20/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 187.00 | 0.2 | $37.40 | FORMAT 2ND INTERIM TIME DETAIL FOR FEE EXAMINER |
| 4/20/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 187.00 | 0.2 | $37.40 | CONFIRM 4/21 PROF TIME AND EXPENSES WITH ACCOUNTING |
| 4/21/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | 187.00 | 0.2 | $37.40 | CONFIRM ESTIMATE FOR APRIL 2023 PER UCC COUNSEL |
| 4/21/2023 | Panagiota Manatakis | Senior Case Manager III | 395 Case Management Services - Other | 165.00 | 0.4 | $66.00 | PROOF SERVICE OF DOCKET NOS. 1278-1280 AND ADD TO SERVICE TRACKER |
| 4/23/2023 | David Rodriguez | Senior Case Manager III | 395 Case Management Services - Other | 165.00 | 0.2 | $33.00 | REVIEW AND APPROVE BILLING TICKETS FOR SERVICE RELATED TO DOCKET NO. 1309. |
| 4/27/2023 | Sharna Wilson | Senior Case Manager II | 395 Case Management Services - Other | 159.00 | 0.1 | $15.90 | REVIEW AND FILE CASE TEAM EMAILS |
|  |  |  |  |  | **4.6** | **$741.50** |  |

| | | | MATTER NUMBER:  610 | | | | |
|---|---|---|---|---|---|---|---|
| | | | Matter Description:  610 Data Audit | | | | |
| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
| 4/13/2023 | Charles Safko | Senior Consultant I | 610 Data Audit | 176.00 | 0.6 | $105.60 | REVIEWED AFFIDAVIT OF SERVICE TO ENSURE REDACTIONS WERE CAPTURED CORRECTLY IF APPLICABLE RE: DKT 1309 - EPIQ INTERIM FEE APPLICATION |
| 4/19/2023 | Charles Safko | Senior Consultant I | 610 Data Audit | 176.00 | 0.6 | $105.60 | REVIEWED AFFIDAVIT OF SERVICE TO ENSURE REDACTIONS WERE CAPTURED CORRECTLY IF APPLICABLE RE: DKTS 1278 – 1280: 6TH – 8TH MONTHLY FEE APPLICATIONS FOR EPIQ SYSTEMS |
| | | | | | **1.2** | **$211.20** | |

**MATTER NUMBER: 642**
**Matter Description: 642 Fee Application Prep and Related Issues**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 4/5/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.3 | $56.10 | CONFER WITH L. SAECHAO ON EXPENSE FOR 2ND INTERIM FEE PERIOD AND CONFIRM PROFESSIONAL TIME TO LIST ON FEE APPS |
| 4/5/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.4 | $74.80 | PRIME TIME DETAIL IN VARIOUS PIVOT TABLES FOR DEC-JAN IN PREP FOR FEE APPS |
| 4/5/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.2 | $37.40 | PRIME TIME DETAIL ON VARIOUS PIVOT TABLES, PREPARE 6TH EPIQ MONTHLY FEE APP |
| 4/6/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.6 | $112.20 | PRIME TIME DETAIL ON VARIOUS PIVOT TABLES, PREPARE 6TH EPIQ MONTHLY FEE APP |
| 4/6/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.7 | $130.90 | PREPARE EPIQ 7TH MONTHLY FEE APP |
| 4/6/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.5 | $93.50 | COMPILE AND FINALIZE 6TH MONTHLY FEE APP |
| 4/6/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.8 | $149.60 | PREPARE EXHIBIT A TIME DETAIL PER ACTIVITY FOR 2ND INTERIM FEE APP |
| 4/6/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.4 | $74.80 | REVIEW TIME DETAIL AND RE-GENERATE TO INCLUDE ADDITIONAL COMMENTS FOR EXHIBIT |
| 4/7/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 1.5 | $280.50 | PREPARE 2ND EPIQ INTERIM FEE APP, UPDATE SCHEDULE TO REFLECT 2023 RATE CHANGES |
| 4/7/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.9 | $168.30 | PROOF 6TH, 7TH, AND 8TH EPIQ MONTHLY FEE APP BEFORE SENDING TO MWE FOR COMMENT/FILING |
| 4/7/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.4 | $74.80 | DRAFT 8TH EPIQ MONTHLY FEE APPLICATION |
| 4/11/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 1.2 | $224.40 | UPDATE EXHIBITS TO INCLUDE NOVEMBER TIME, COMPILE FIRST REVISED INTERIM DRAFT |
| 4/11/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 1.5 | $280.50 | REVISE EPIQ 2ND INTERIM FEE APP TO INCLUDE MONTH OF NOVEMBER |
| 4/12/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 1.1 | $205.70 | REVISE EXPENSE DETAIL FOR 2ND INTERIM, CONFER WITH L. SAECHAO ON REPORTING AND UPDATES GOING FORWARD |
| 4/12/2023 | Joseph Saraceni | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.5 | $93.50 | CONFER WITH SGARABATO ON FEE APP. |
| 4/13/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.3 | $56.10 | CONFER WITH J. SARACENI ON TWO OUSTANDING AMOUNTS ON SUMMARY PAGE |
| 4/13/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 1.9 | $355.30 | FINALIZE 2ND EPIQ INTERIM FEE APP PER RECENT MWE COMMENTS |
| 4/13/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 1.1 | $205.70 | CONFIRM UPDATED COUNTS ON UPDATED FEE APP PER MWE COMMENTS, GENERATE EXPENSE DETAIL TO MATCH EXPENSE SUMMARY |
| 4/13/2023 | Joseph Saraceni | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.5 | $93.50 | REVIEW SECOND INTERIM FEE APP FOR ACCURACY. |
| 4/13/2023 | Joseph Saraceni | Senior Consultant II | 642 Fee Application Prep and Related Issues | 187.00 | 0.5 | $93.50 | REVIEW SECOND INTERIM FEE APP FOR ACCURACY. |
| | | | | | **15.3** | **$2,861.10** | |

| Month | Material Code | Description | Sales Unit | Expense Amount |
|---|---|---|---|---|
| | | **Expenses** | | |
| April-23 | NO100 | Noticing | 0.1 | $2.30 |
| April-23 | NO100T | Noticing - In state | 0.1 | $5.10 |
| April-23 | OS225 | Envelope - 9x12 | 0.25 | $0.50 |
| April-23 | RE100 | Postage | 1 | $3.96 |
| | | | | **$11.86** |