UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| VOYAGER DIGITAL HOLDINGS, INC., *et. al.*,[1] | ) Case No. 22-10943 (MEW) ) |
| Debtors. | ) (Jointly Administered) ) |

**ELEVENTH MONTHLY FEE STATEMENT OF
EPIQ CORPORATE RESTRUCTURING, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS NOTICING AND
INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF VOYAGER DIGITAL HOLDINGS, INC., *ET AL.*, FOR
THE PERIOD FROM MAY 1, 2023 THROUGH MAY 18, 2023**

| | |
|---|---|
| **Name of Applicant:** | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 18, 2022, effective as of July 26, 2022 |
| Period for which compensation and reimbursement is sought: | May 1, 2023 to May 18, 2023 |
| Total Amount of Compensation to Be Sought as Actual, Reasonable, and Necessary for the Applicable Period: | $2,133.68 (80% of $2,667.10) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1.89 |
| Blended Rate of Professionals during the Fee Period: | $171.75 |

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

This statement is the eleventh monthly fee statement (the "Fee Statement") of Epiq Corporate Restructuring, LLC ("Epiq"), noticing and information agent to The Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order") and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1277] (the "Fee Examiner Order").  Epiq requests: (a) payment of compensation in the amount of $2,133.68 (80% of $2,667.10) of fees on account of reasonable and necessary professional services rendered to the Committee by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $1.89 incurred by Epiq, each during the period of May 1, 2023 through May 18, 2023 (the "Fee Period").  Attached as **Exhibit A** hereto is the itemization and description of the services that Epiq rendered as noticing and information agent and a list of the detailed expenses incurred by Epiq during the Fee Period.

Further, **Exhibit A**: (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services; and (d) includes a detailed list of expenses incurred by Epiq during the Fee Period.

**Summary of Hours Billed by Professionals During the Fee Period**

| Professional | Position With the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Amayrany Gutierrez | Senior Case Manager II | $159.00 | 0.2 | $31.80 |
| Angela Chachoff | Senior Case Manager II | $159.00 | 0.1 | $15.90 |
| Cassandra Murray | Senior Case Manager III | $165.00 | 0.3 | $49.50 |
| David Mejia | Senior Case Manager II | $159.00 | 0.1 | $15.90 |
| David Rodriguez | Senior Case Manager III | $165.00 | 0.3 | $49.50 |
| Diane Streany | Senior Case Manager III | $165.00 | 0.9 | $148.50 |
| Elli Krempa | Senior Case Manager III | $165.00 | 2.9 | $478.50 |
| Forrest Houku | Senior Case Manager II | $159.00 | 0.3 | $47.70 |
| Jesse Steichen | Senior Consultant I | $176.00 | 0.2 | $35.20 |
| Rosalyn Demattia | Senior Case Manager II | $159.00 | 0.7 | $111.30 |
| Sena Sengun | Senior Case Manager II | $159.00 | 1.5 | $238.50 |
| Sharna Wilson | Senior Case Manager II | $159.00 | 0.1 | $15.90 |
| Shivam Patel | Senior Consultant I | $176.00 | 1.0 | $176.00 |
| Sidney Garabato | Senior Consultant II | $187.00 | 6.7 | $1,252.90 |
| **TOTALS FOR PROFESSIONALS** | | | **15.3** | **$2,667.10** |

**Summary of Fees Billed by Subject Matter for the Fee Period**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 130 | 130 Creditor Calls/Requests | 2.9 | $478.50 |
| 205 | 205 Set Up Mailing/Noticing | 2.2 | $356.20 |
| 220 | 220 Affidavits | 1.1 | $177.30 |
| 230 | 230 Website Posting/Noticing | 1.5 | $260.70 |
| 395 | 395 Case Management Services - Other | 1.9 | $328.50 |
| 642 | 642 Fee Application Prep and Related Issues | 5.7 | $1,065.90 |
| | **TOTAL** | **15.3** | **$2,667.10** |

**Summary of Expenses for the Fee Period**

| Expense Category | Amount |
|---|---:|
| Expenses: NO100T Noticing - In state | $1.00 |
| Expenses: OS223 Envelope - #10 | $0.05 |
| Expenses: RE100 Postage | $0.84 |
| **TOTAL EXPENSES** | **$1.89** |

**Notice**

The Committee will provide notice of this Fee Statement in accordance with the Interim Compensation Order and the Fee Examiner Order. A copy of this Fee Statement is also available on the website of the Plan Administrator for the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166-1] at https://cases.stretto.com/Voyager. The Committee submits that no other or further notice need be given.

WHEREFORE, pursuant to the Interim Compensation Order, Epiq requests: (a) payment of compensation in the amount of $2,133.68 (80 percent of $2,667.10 of fees on account of reasonable and necessary professional services rendered to the Debtors by Epiq); and (b) reimbursement of actual and necessary costs and expenses in the amount of $1.89.

Dated: July 3, 2023          /s/ Sidney Garabato
       New York, New York    Senior Consultant

# EXHIBIT A

**Timekeeper, Matter & Expense Detail**

| MATTER NUMBER: 130 Matter Description: 130 Creditor Calls/Requests ||||||||
|---|---|---|---|---|---|---|---|
| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
| 5/5/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | $165.00 | 0.8 | $132.00 | REVIEW, RESOLVE, AND TRACK CREDITOR INQUIRIES FROM 04/29/2023 – 5/05/2023. |
| 5/12/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | $165.00 | 1.0 | $165.00 | CREDITOR INQUIRE REVIEW, TRACKING, AND REPORTING |
| 5/17/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | $165.00 | 0.5 | $82.50 | CREDITOR INQUIRE REVIEW AND RESOLUTION / TRACKING |
| 5/18/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | $165.00 | 0.3 | $49.50 | REVIEW, RESOLVE, AND TRACK CREDITOR INQUIRES |
| 5/18/2023 | Elli Krempa | Senior Case Manager III | 130 Creditor Calls/Requests | $165.00 | 0.3 | $49.50 | CREDITOR INQUIRE REVIEW, RESOLUTION, AND TRACKING |
|  |  |  |  |  | **2.9** | **$478.50** |  |

| **Expenses** |
|---|---|---|---|---|
| **Month** | **Material Code** | **Description** | **Sales Unit** | **Expense Amount** |
| May-23 | NO100 | Expenses: NO100T Noticing - In state | 0.10 | $1.00 |
| May-23 | OS223 | Expenses: OS223 Envelope - #10 | 0.05 | $0.05 |
| May-23 | RE100 | Expenses: RE100 Postage | 0.84 | $0.84 |
| | | | | **$1.89** |

| MATTER NUMBER: 205 Matter Description: 205 Set Up Mailing/Noticing ||||||||
|---|---|---|---|---|---|---|---|
| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
| 5/15/2023 | Sidney Garabato | Senior Consultant II | 205 Set Up Mailing/Noticing | $187.00 | 0.1 | $18.70 | PROOF SERVICES RE DOCKET 1382 EPIQ 9TH FEE APP |
| 5/15/2023 | Diane Streany | Senior Case Manager III | 205 Set Up Mailing/Noticing | $165.00 | 0.3 | $49.50 | RESPOND TO EMAIL FROM S.GARABATO WITH SERVICE OF EPIQ 9TH FEE APPLICATION. PREPARE INSTRUCTIONS AND REQUEST FIRST CLASS MAIL AND EMAIL SERVICE OF DOCUMENT. |
| 5/15/2023 | Sena Sengun | Senior Case Manager II | 205 Set Up Mailing/Noticing | $159.00 | 1.3 | $206.70 | RECEIVE DOCUMENT, REVIEW DOCUMENT AND RELATED SERVICE INSTRUCTIONS. COORDINATE SERVICE OF DOCKET NO. 1382 WITH MAIL ROOM FULFILLMENT TEAM |
| 5/16/2023 | Cassandra Murray | Senior Case Manager III | 205 Set Up Mailing/Noticing | $165.00 | 0.3 | $49.50 | REVIEW AND APPROVE NOTICING GRID. PREPARE EMAIL CONFIRMATION TO COUNSEL FOR SERVICE OF DOCKET 1382 |
| 5/16/2023 | Sena Sengun | Senior Case Manager II | 205 Set Up Mailing/Noticing | $159.00 | 0.2 | $31.80 | CONFIRM ACCURACY OF SERVICE OF DOCKET NO. 1382 |
| | | | | | **2.2** | **$356.20** | |

**MATTER NUMBER: 220**
**Matter Description: 220 Affidavits**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 5/16/2023 | Rosalyn Demattia | Senior Case Manager II | 220 Affidavits | $159.00 | 0.7 | $111.30 | DRAFT CERTIFICATE OF SERVICE FOR DOCKET 1382 |
| 5/18/2023 | Diane Streany | Senior Case Manager III | 220 Affidavits | $165.00 | 0.4 | $66.00 | REVIEW AND DOCKET CERTIFICATE OF SERVICE FOR DOCKET NO. 1382 ON 5/15/23. |
| | | | | | **1.1** | **$177.30** | |

| MATTER NUMBER: 230 <br> Matter Description: 230 Website Posting/Noticing ||||||||
|---|---|---|---|---|---|---|---|
| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
| 5/18/2023 | David Rodriguez | Senior Case Manager III | 230 Website Posting/Noticing | $165.00 | 0.3 | $49.50 | COORDINATE WEBSITE UPDATES TO THE HOMEPAGE RE: KEY INFORMATION; UPDATE DOCKET PER DOCKET GAPS, REGARDING DOCKET NO. 1399. |
| 5/18/2023 | Jesse Steichen | Senior Consultant I | 230 Website Posting/Noticing | $176.00 | 0.2 | $35.20 | REVIEW REQUEST FOR WEBSITE UPDATES |
| 5/18/2023 | Shivam Patel | Senior Consultant I | 230 Website Posting/Noticing | $176.00 | 1.0 | $176.00 | PERFORM WEBSITE HTML UPDATE IN OVERVIEW TAB AND PUSHING TO PRODUCTION. |
|  |  |  |  |  | **1.5** | **$260.70** |  |

| MATTER NUMBER: 395 Matter Description: 395 Case Management Services - Other ||||||||
|---|---|---|---|---|---|---|---|
| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
| 5/2/2023 | David Mejia | Senior Case Manager II | 395 Case Management Services - Other | $159.00 | 0.1 | $15.90 | ADDED SERVICE TICKET NUMBER FOR DOCKET NUMBER 1309 TO SERVICE TRACKER |
| 5/4/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | $187.00 | 0.7 | $130.90 | CONFIRM CURRENT ACCOUNT SUMMARY, AND PROVIDE ESTIMATE FOR APR, MAY, JUNE TO UCC COUNSEL |
| 5/15/2023 | Sharna Wilson | Senior Case Manager II | 395 Case Management Services - Other | $159.00 | 0.1 | $15.90 | REVIEW AND FILE CASE TEAM EMAILS |
| 5/15/2023 | Angela Chachoff | Senior Case Manager II | 395 Case Management Services - Other | $159.00 | 0.1 | $15.90 | ADD SERVICE OF DKT 1382 TO NOTICING TRACKER. |
| 5/17/2023 | Forrest Houku | Senior Case Manager II | 395 Case Management Services - Other | $159.00 | 0.3 | $47.70 | COMMENCE DOCUMENTATION OF SERVICE OF DOCKET NO. 1382 |
| 5/18/2023 | Sidney Garabato | Senior Consultant II | 395 Case Management Services - Other | $187.00 | 0.2 | $37.40 | CONFER WITH ACCOUNTING ON HOLDBACKS AND UNPAID INVOICES. PROVIDE ESTIMATE THROUGH MAY 2023 TO MWE COUNSEL FOR BUDGET PURPOSES |
| 5/18/2023 | Amayrany Gutierrez | Senior Case Manager II | 395 Case Management Services - Other | $159.00 | 0.2 | $31.80 | COMPLETE DOCUMENTATION OF SERVICE OF DOCKET NO. 1382 |
| 5/18/2023 | Diane Streany | Senior Case Manager III | 395 Case Management Services - Other | $165.00 | 0.2 | $33.00 | REVIEW AND APPROVE DOCUMENTATION FOR NOTICING OF DOCKET NO. 1382 ON 5/15/23. |
| | | | | | **1.9** | **$328.50** | |

**MATTER NUMBER:  642**
**Matter Description:  642 Fee Application Prep and Related Issues**

| Date | Name | Position | Matter Description | Hourly Rate | Hours | Compensation | Detail |
|---|---|---|---|---|---|---|---|
| 5/10/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | $187.00 | 1.9 | $355.30 | PREPARE EPIQ'S NINTH MONTHLY FEE STATEMENT (MARCH 1 - MARCH 31) AND FORMAT TIME DETAIL AND EXPENSES FOR INCLUSION |
| 5/11/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | $187.00 | 0.6 | $112.20 | FINALIZE EPIQ'S NINTH MONTHLY FEE STATEMENT (MARCH 1 - MARCH 31) |
| 5/18/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | $187.00 | 0.3 | $56.10 | MEET WITH K. MAILLOUX ON FEE EXAMINER RESPONSE |
| 5/18/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | $187.00 | 1.5 | $280.50 | PREPARE EPIQ 10TH MONTHLY FEE APP, ORGANIZE DATA FILE TO PREP EXHIBITS |
| 5/18/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | $187.00 | 0.8 | $149.60 | FINALIZE 10TH EPIQ FEE APP, SEND TO MWE FOR COMMENT/REVIEW |
| 5/18/2023 | Sidney Garabato | Senior Consultant II | 642 Fee Application Prep and Related Issues | $187.00 | 0.6 | $112.20 | CONTINUE TO PREPARE 10TH EPIQ MONTHLY FEE APP |
| | | | | | **5.7** | **$1,065.90** | |