**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SUMMARY COVER SHEET TO THE SECOND INTERIM AND FINAL FEE
APPLICATION OF M3 ADVISORY PARTNERS, LP, FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE
SECOND INTERIM FEE PERIOD FROM MARCH 1, 2023 THROUGH MAY 18,
2023 AND THE FEE PERIOD FROM JANUARY 4, 2023 THROUGH MAY 18, 2023**

M3 Advisory Partners, LP ("M3"), financial advisor to the Official Committee of

Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the

"Chapter 11 Cases") of Voyager Digital Holdings, Inc. and its affiliated debtors (collectively, the

"Debtors"), submits this summary (this "Summary") of the compensation and reimbursement

that are requested in the fee application to which this Summary is attached (the "Fee

Application")[2] for services rendered and expenses incurred during the period from March 1,

2023 through May 18, 2023 (the "Second Interim Fee Period") and for services rendered and

expenses incurred during the period from January 4, 2023 through May 18, 2023 (the "Fee

Period").

---

[1]    The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

[2]    Capitalized terms that are used but not defined in this Summary have the meanings that are given to those terms in the Fee Application.

22-10943-mew    Doc 1516    Filed 07/03/23    Entered 07/03/23 14:55:14    Main Document
Pg 2 of 32

| General Information | |
| --- | --- |
| Name of Applicant: | M3 Advisory Partners, LP |
| Name of Client: | Official Committee of Unsecured Creditors |
| Petition Date: | July 5, 2022 |
| Date of Order Approving Applicant's Employment: | March 27, 2023, Effective as of January 4, 2023 |

| Summary of Compensation and Reimbursement Requested in the Fee Application | |
| --- | --- |
| Second Interim Fee Period: | March 1, 2023 – May 18, 2023 |
| Fee Period: | January 4, 2023 – May 18, 2023 |
| Amount of Compensation Requested in Second Interim Fee Period: | $273,519.50 |
| Amount of Reimbursement Requested in Second Interim Fee Period: | $616.38 |
| Amount of Compensation Requested in Fee Period: | $579,190.50 |
| Amount of Reimbursement Requested in Fee Period: | $784.48 |
| Amount of Requested Compensation Paid under the Interim Compensation Order: | $0.00[3] |
| Amount of Requested Reimbursement Paid under the Interim Compensation Order: | $0.00[3] |
| Blended Hourly Rate for all Timekeepers Except Paraprofessionals: | $914.56 |
| Amount of Compensation Requested, Calculated Using Rates as of Date of Order Approving Applicant's Employment: | N/A |

[3]Although no payments have been received to date, it is M3's understanding that 80% of the fees allowed pursuant to the First Interim Fee Order will be paid out to M3 in the near term

| Summary of Compensation and Reimbursement Allowed as of the Date Hereof | |
|---|---|
| Amount of Compensation Allowed: | $301,921.00[4] |
| Amount of Allowed Compensation Paid: | $0.00[3] |
| Amount of Reimbursement Allowed: | $168.10[4] |
| Amount of Allowed Reimbursement Paid: | $0.00[3] |

Dated: July 3, 2023
     New York, New York

**M3 ADVISORY PARTNERS, LP**

*/s/ Mohsin Y. Meghji*
Mohsin Y. Meghji, Managing Partner
1700 Broadway, 19th Floor
New York, New York 10019
Telephone: (212) 202-2300
E-mail: mmeghji@m3-partners.com

---

[4] Reflects the amount as detailed in the final report of the Fee Examiner, filed at Docket No. 1425.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SECOND INTERIM AND FINAL FEE APPLICATION OF M3 ADVISORY
PARTNERS, LP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR THE SECOND INTERIM FEE PERIOD FROM
MARCH 1, 2023 THROUGH MAY 18, 2023 AND THE FEE PERIOD FROM
<u>JANUARY 4, 2023, THROUGH MAY 18, 2023</u>**

M3 Advisory Partners, LP ("<u>M3</u>"), financial advisor to the Official Committee of

Unsecured Creditors (the "<u>Committee</u>") appointed in the above-captioned chapter 11 cases (the

"<u>Chapter 11 Cases</u>") of Voyager Digital Holdings, Inc. and its affiliated debtors (collectively, the

"<u>Debtors</u>"), hereby submits its second interim and final fee application (the "<u>Fee Application</u>")

for (a) the allowance of (i) $273,519.50 of compensation for professional services rendered

during the period from March 1, 2023, through May 18, 2023 (the "<u>Second Interim Fee Period</u>")

and (ii) $616.38 of reimbursement for expenses incurred during the Second Interim Fee Period

and (b) allowance and approval on a final basis of compensation in the amount of $579,190.50

and reimbursement of actual and necessary expenses in the amount of $784.48, incurred during

the period from January 4, 2023 through and including May 18, 2023 (the "<u>Fee Period</u>"), in

accordance with the *Order (I) Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket

---

[1]    The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's
federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and
Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin,
Suite 2500, Southfield, MI 48034.

No. 236] (the "Interim Compensation Order"). In support of this Fee Application, M3 submits

the certification of Mohsin Y. Meghji, the Managing Partner of M3 (the "Meghji Certification"),

which is attached hereto as **Exhibit F** and incorporated into this Fee Application by reference. In

further support of this Fee Application, M3 respectfully states as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Southern District of New York (the

"Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a

core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and other bases for the relief requested herein are sections 330 and

331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1(a) of the Local

Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), the

*Guidelines for Reviewing Applications for Compensation Filed under 11 U.S.C. § 330 in (1)*

*Larger Chapter 11 Cases by Those Seeking Compensation Who Are Not Attorneys, (2) All*

*Chapter 11 Cases Below the Larger Case Thresholds, and (3) Cases under Other Chapters of the*

*Bankruptcy Code* (the "UST Guidelines"), the *Amended Guidelines for Fees and Disbursements*

*for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines"),

the Interim Compensation Order, and the *Order Appointing Independent Fee Examiner and*

*Establishing Related Procedures for the Review of Fee Applications of Retained Professionals*

[Docket No. 1277] (the "Fee Examiner Order").

## BACKGROUND

**A.     The Debtors' Chapter 11 Cases**

4.      On July 5, 2022 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.

5.      On July 19, 2022, the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 106].

6.      The circumstances leading to these Chapter 11 Cases are set forth in the *Declaration of Stephen Ehrlich, Chief Executive Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 15].

7.      On August 4, 2022, the Court entered the Interim Compensation Order.

8.      On April 10, 2023, the Court, by entering the Fee Examiner Order, (a) modified the Interim Compensation Order in part and (b) appointed Lori Lapin Jones, Esq., to serve as the independent fee examiner in these Chapter 11 Cases (the "Fee Examiner").

**B.     Retention of M3 as Financial Advisor to the Committee**

9.      On February 16, 2023, the Committee filed its *Application for Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023* [Docket No. 1011] (the "Retention Application").

10.     On March 22, 2023, the Committee filed the *Certificate of Counsel in Support of Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023* [Docket No. 1215].

11.     On March 27, 2023, the Court entered the *Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., et al., Effective as of January 4, 2023* [Docket No. 1229] (the "<u>Retention Order</u>"), pursuant to which the Court authorized (a) the employment and retention of M3 to serve as the Committee's financial advisor in connection with all matters relating to FTX Trading Ltd. and its affiliates that are the debtors in the chapter 11 cases that are being jointly administered as *In re FTX Trading Ltd.*, Case No. 22-11068 (JTD) (Bankr. D. Del.) (any such matter, an "<u>FTX-Related Matter</u>"), (b) the compensation of M3 on an hourly basis, and (c) the reimbursement of M3 for actual and necessary expenses.

<u>SUMMARY OF PROFESSIONAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES REQUESTED</u>

12.     This Fee Application has been prepared in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the UST Guidelines, the Local Guidelines, and the Interim Compensation Order.

13.     By this Fee Application, M3 requests the allowance and approval on a final basis of (a) $579,190.50 of compensation for professional services rendered during the Fee Period, during which M3's professionals spent a total of approximately 633.3 hours rendering professional services to the Committee, and (b) $784.48 of reimbursement for actual and necessary expenses incurred during the Fee Period.

14.     M3 did not file monthly fee statements for January or February. M3 was not eligible to request interim compensation or reimbursement under the Interim Compensation Order until March 27, 2023, the date on which the Court approved the Committee's employment and retention of M3.

4

15.     M3 filed an interim fee application for the period from January 4, 2023 through February 28, 2023 [Docket No. 1305] and monthly fee statements for March, April, and May 2023 [Docket Nos. 1487, 1506, and 1507].

16.     The fees charged by M3 in these Chapter 11 Cases are billed in accordance with its existing billing rates and procedures in effect during the Fee Period. The rates M3 charges for the services rendered by its professionals in these Chapter 11 Cases are the same rates that M3 charges for services rendered by its professionals in comparable non-bankruptcy related matters. Such fees are reasonable in light of the fees that are customarily charged by comparably skilled practitioners in comparable non-bankruptcy cases in the competitive national restructuring and financial advisory market.

17.     All services for which M3 requests compensation were performed for or on behalf of the Committee.[2] M3 has received no payment and no promises of payment from any source other than the Debtors' estates for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. There is no agreement or understanding between M3 and any other person other than the affiliates and employees of M3 for the sharing of compensation received or to be received for services rendered in these Chapter 11 Cases. M3 has not received a retainer in these Chapter 11 Cases.

18.     M3 has classified all services rendered for which compensation is requested in this Fee Application into one of several major categories. M3 tried to classify those services into the category to which they best relate. Because certain of those services may relate to more than one of the categories, however, services relating to one category may in fact be included in another category.

---

[2]     During the Fee Period, M3 used reasonable efforts to avoid duplication of services provided by any of the other professionals retained by the Committee in these Chapter 11 Cases.

19.     This Fee Application summarizes the services rendered by M3 for or on behalf of the Committee during the Fee Period. While it is not possible or practical to describe every activity undertaken by M3, M3 has maintained contemporaneous time records that include a detailed chronology of the daily activities performed, descriptions of the precise nature of those activities, the specific tasks performed, and the time expended by each professional. A breakdown of the hours and fees by professional for the Second Interim Fee Period is attached hereto as **Exhibit A**. A breakdown of the hours and fees by task code for the Second Interim Fee Period is attached hereto as **Exhibit B**. A detailed copy of the time records for the Second Interim Fee Period is attached hereto as **Exhibit C**.

20.     M3 has incurred expenses during the Fee Period. A breakdown of these expenses by category for the Second Interim Fee Period is attached hereto as **Exhibit D**. And a more detailed breakdown of them is attached hereto as **Exhibit E**. Each expense for which M3 is requesting reimbursement in this Fee Application is actual and necessary and therefore reasonable.

## SUMMARY OF SERVICES PERFORMED BY M3 DURING THE FEE PERIOD

21.     These Chapter 11 Cases have presented numerous large and complex issues that needed to be addressed to preserve the Debtors' estates and maximize value for the benefit of unsecured creditors. The Retention Order authorized M3 to assist the Committee with navigating those issues by rendering financial advisory services in connection with any FTX-Related Matter.

22.     The primary services rendered by M3 include, but are not limited to, the categories set forth below. The Fee Application and project billing format is generally consistent,

or substantially conforms, with and is inclusive of all of the concepts in Exhibit A to the Local

Guidelines and includes additional detail, information, and categories.

**A.     Case Administration (Task Code 1)**
**Fees: $3,588.50**
**Hours Billed: 3.7**

23.     Time billed to this category relates primarily monitoring various case issues and

developing M3's workplan.

**B.     Claims/Liabilities Subject to Compromise (Task Code 2)**
**Fees: $65,991.00**
**Hours Billed: 66.7**

24.     Time billed to this category relates to correspondence and discussions with the

Committee's and the Debtors' professionals related to disputed Alameda claims, FTX-Related

Matters, and any relevant analysis in evaluation or dispute of those claims.

**C.     Firm Retention (Task Code 3)**
**Fees: $6,787.00**
**Hours Billed: 6.9**

25.     During the Fee Period, time billed to this category relates to time spent by M3's

professionals reviewing and finalizing the Retention Application.

**D.     General Correspondence with Debtor & Debtors' Professionals (Task Code 4)**
**Fees: $17,855.00**
**Hours Billed: 18.2**

26.     Time billed to this category relates to M3's time communicating with the

Debtors' professionals throughout the restructuring process, including about diligence requests,

requests for additional information from management, or questions from the Debtors.

**E.    General Correspondence with UCC and UCC Counsel (Task Code 5)**
**Fees: $54,033.00**
**Hours Billed: 54.8**

27.    Time billed to this category relates to M3's time communicating with other

professionals and stakeholders throughout the restructuring process, including briefing them on

the Chapter 11 Cases' progress or communicating the Committee's objectives or FTX-Related

Matters.

**F.    Plan of Reorganization/Disclosure Statement (Task Code 6)**
**Fees: $158,932.50**
**Hours Billed: 173.5**

28.    Time billed to this category relates to M3's time reviewing and analyzing the

Debtors' proposed plan and its implementation, specifically as they relate to FTX-Related

Matters, including evaluation of materials provided by the Debtors and correspondence with the

Debtors and the Committee and their respective professionals.

**G.    Potential Avoidance Actions/Litigation Matters (Task Code 7)**
**Fees: $202,657.50**
**Hours Billed: 228.9**

29.    Time billed to this category relates to M3's time reviewing and analyzing FTX-

Related Matters, including the adversary proceeding commenced in the chapter 11 cases of FTX

Trading, Ltd., *et al*.

**H.    Court Attendance/Participation (Task Code 8)**
**Fees: $38,919.50**
**Hours Billed: 44.4**

30.    Time billed to this category relates to M3's time preparing for and attending court

hearings in person and telephonically.

**I.    Fee Application (Task Code 9)**
**Fees: $30,426.50**
**Hours Billed: 36.2**

31.     Time billed to this category relates to M3's time preparing monthly and interim fee applications.

## ACTUAL AND NECESSARY EXPENSES

32.     M3 seeks the allowance of $784.48 of reimbursement for actual and necessary expenses that M3 incurred in connection with rendering professional services to the Committee during the Fee Period. The expenses incurred include, among other things, travel expenses, Wi-Fi costs, working meals, and charges for telephonic hearing appearances. These charges are intended to cover M3's direct operating costs, which are not accounted for in M3's hourly billing rates. M3 made every effort to minimize its expenses in these Chapter 11 Cases. The expenses that M3 incurred in connection with rendering professional services to the Committee during the Fee Period are actual and necessary and therefore reasonable.

## RESERVATION OF RIGHTS

33.     It is possible that some professional services rendered or expenses incurred by M3 during the Fee Period are not reflected in this Fee Application. M3 reserves the right to request compensation for such serves and reimbursement for such expenses in future fee applications.

## NO PRIOR REQUEST

34.     No prior application or other request for the relief requested herein has been made to this Court or any other court.

## NOTICE

35.     As required by the Interim Compensation Order and the Fee Examiner Order, notice of this Fee Application has been served on: (a) Voyager Digital Holdings, Inc., 33 Irving Place, Suite 3060, New York, New York 10003, Attn.: David Brosgol and Brian Nistler; (b)

counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York

10022, Attn.: Joshua A. Sussberg, P.C. (jsussberg@kirkland.com), Christopher Marcus, P.C.

(cmarcus@kirkland.com), Christine A. Okike, P.C. (christine.okike@kirkland.com), and Allyson

B. Smith (allyson.smith@kirkland.com); (c) United States Trustee, U.S. Federal Office Building,

201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Richard Morrissey

(richard.morrissey@usdoj.gov) and Mark Bruh (mark.bruh@usdoj.gov); and (d) Lori Lapin

Jones, Esq., in her capacity as the Fee Examiner, Lori Lapin Jones PLLC, 98 Cutter Mill Road,

Suite 255, South Great Neck, New York 11021, ljones@jonespllc.com. A copy of this Fee

Application is also available on the website of the Plan Administrator for the *Third Amended

Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of

the Bankruptcy Code* [Docket No. 1166-1] at https://cases.stretto.com/Voyager. The Committee

submits that, in light of the nature of the relief requested, no other or further notice need be

served or otherwise given.

## **CONCLUSION**

WHEREFORE, M3 respectfully requests that this Court enter an order: (a) allowing in

favor of M3 (i) $579,190.50 of compensation for professional services rendered during the Fee

Period and (ii) $784.48 of reimbursement for expenses incurred during the Fee Period; (b)

ordering the immediate payment of all the allowed interim compensation and reimbursement in

accordance with the Interim Compensation Order, and (c) granting any other relief that this

Court deems necessary and appropriate.

Dated: July 3, 2023               **M3 ADVISORY PARTNERS, LP**
      New York, New York

                                       */s/ Mohsin Y. Meghji*
                                       Mohsin Y. Meghji, Managing Partner
                                       1700 Broadway, 19th Floor
                                       New York, New York 10019
                                       Telephone: (212) 202-2300
                                       E-mail: mmeghji@m3-partners.com

**EXHIBIT A**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| Name | PROFESSIONALS Initials | Position | HOURS BILLED IN STATEMENT | HOURLY RATE | FEES BILLED IN STATEMENT |
|---|---|---|---|---|---|
| Winning, Robert | RW | Managing Director | 43.7 | $1,150.00 | 50,255.00 |
| Boffi, Jonathan | JB | Director | 192.1 | $945.00 | 181,534.50 |
| Callahan, Mark | MC | Senior Associate | 64.2 | $650.00 | 41,730.00 |
| **TOTAL** | | | **300.0** | | **$273,519.50** |
| | | | | | |
| **TOTAL BLENDED HOURLY RATE** | | | | $        911.73 | |

**EXHIBIT B**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | CATEGORY | HOURS | FEES |
|---|---|---|---|
| 3 | Firm Retention | 2.8 | 2,830.50 |
| 4 | General Correspondence with Debtor & Debtors' Professionals | 5.5 | 5,197.50 |
| 5 | General Correspondence with UCC & UCC Counsel | 26.0 | 25,374.50 |
| 6 | Plan of Reorganization/Disclosure Statement | 45.0 | 41,550.00 |
| 7 | Potential Avoidance Actions/Litigation Matters | 140.1 | 129,221.00 |
| 8 | Court Attendance/Participation | 44.4 | 38,919.50 |
| 9 | Fee Application | 36.2 | 30,426.50 |
| | *Hours and Fees Total* | **300.0** | **$ 273,519.50** |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| *Firm Retention* | | | | | | |
| 3 | RW | 3/16/2023 | Correspondence re: UST comments on M3 retention | 0.5 | $ 1,150.00 | $ 575.00 |
| 3 | JB | 3/20/2023 | Attention to correspondence and matters re: M3 retention | 0.6 | $ 945.00 | 567.00 |
| 3 | RW | 3/20/2023 | Attention to matters re: UST comments on M3 retention | 0.4 | $ 1,150.00 | 460.00 |
| 3 | JB | 3/22/2023 | Correspondence with MWE re: M3 retention status | 0.5 | $945.00 | 472.50 |
| 3 | JB | 3/25/2023 | Correspondence with MWE re: M3 retention | 0.3 | $945.00 | 283.50 |
| 3 | JB | 3/27/2023 | Correspondence re: M3 retention with MWE; review final court order | 0.5 | $ 945.00 | 472.50 |
| | | | ***Firm Retention Subtotal*** | **2.8** | | **$ 2,830.50** |
| | | | | | | |
| **General Correspondence with Debtor & Debtors' Professionals** | | | | | | |
| 4 | JB | 3/1/2023 | Attend call with M. Vaughn (BRG) re: regarding rebalancing status | 0.1 | $ 945.00 | 94.50 |
| 4 | JB | 3/1/2023 | Correspondence with BRG re: administrative claims | 0.5 | $ 945.00 | 472.50 |
| 4 | JB | 3/6/2023 | Correspondence with Moelis re: rebalancing status | 0.3 | $ 945.00 | 283.50 |
| 4 | JB | 3/6/2023 | Correspondence with BRG re: fee estimates (0.2); correspondence with BRG re: questions on weekly rebalancing report (0.3) | 0.5 | $ 945.00 | 472.50 |
| 4 | JB | 3/8/2023 | Correspondence with BRG re: fee estimates (0.1); draft monthly fee estimates (0.4) | 0.5 | $ 945.00 | 472.50 |
| 4 | JB | 3/9/2023 | Attend call with M. Vaughn (BRG) re: cash balance (0.1); prepare for call (0.1); draft email correspondence re: rebalancing report (0.1) | 0.3 | $ 945.00 | 283.50 |
| 4 | JB | 3/9/2023 | Draft email correspondence with BRG re: various tokens | 0.1 | $ 945.00 | 94.50 |
| 4 | JB | 3/9/2023 | Correspondence with Moelis re: cash balance | 0.1 | $ 945.00 | 94.50 |
| 4 | JB | 3/10/2023 | Correspondence with Moelis and BRG re: cash balance | 0.2 | $ 945.00 | 189.00 |
| 4 | JB | 4/4/2023 | Correspondence with A. Sorial (BRG) re: projected fee estimates | 0.3 | $ 945.00 | 283.50 |
| 4 | JB | 4/4/2023 | Correspondence with M. Vaughn (BRG) re: rebalancing efforts | 0.3 | $ 945.00 | 283.50 |
| 4 | JB | 4/19/2023 | Correspondence with BRG re: accrued professional fees (0.2); create fee estimate (0.4) | 0.6 | $ 945.00 | 567.00 |
| 4 | JB | 4/20/2023 | Correspondence with BRG re: accrued professional fees | 0.1 | $ 945.00 | 94.50 |
| 4 | JB | 5/3/2023 | Review and draft correspondence with BRG re: fee estimates | 0.3 | $ 945.00 | 283.50 |
| 4 | JB | 5/10/2023 | Attend call with M. Goodwin (BRG) re: interim fee application (0.1); draft correspondence re: same (0.1) | 0.2 | $ 945.00 | 189.00 |
| 4 | JB | 5/15/2023 | Correspondence with N. Adzima (K&E) re: revised M3 professional fee estimates | 0.2 | $ 945.00 | 189.00 |
| 4 | JB | 5/16/2023 | Correspondence with N. Adzima (K&E) re: M3 fee estimates (0.2); prepare M3 fee and expense estimate through closing (0.4) | 0.6 | $ 945.00 | 567.00 |
| 4 | JB | 5/16/2023 | Correspondence with M. Goodwin (BRG) re: professional fee escrow account funding estimates | 0.3 | $ 945.00 | 283.50 |
| | | | ***General Correspondence with Debtor & Debtors' Professionals Subtotal*** | **5.5** | | **$ 5,197.50** |
| | | | | | | |
| **General Correspondence with UCC & UCC Counsel** | | | | | | |
| 5 | JB | 3/1/2023 | Correspondence with MWE re: weekly professional's meeting | 0.2 | $ 945.00 | 189.00 |
| 5 | JB | 3/8/2023 | Correspondence re: weekly UCC meeting | 0.2 | $ 945.00 | 189.00 |
| 5 | JB | 3/8/2023 | Review summary of confirmation ruling from MWE | 0.2 | $ 945.00 | 189.00 |
| 5 | JB | 3/10/2023 | Correspondence with MWE and UCC members regarding committee meeting | 0.4 | $ 945.00 | 378.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5 | JB | 3/10/2023 | Attend weekly committee professionals' call with G. Steinman (MWE) et al. (0.3); prepare for call (0.2) | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 3/10/2023 | Participate in weekly committee call with R. Winning (M3) and D. Azman (MWE) et al. (0.5); prepare for call (1.5) | 2.0 | $ 945.00 | $ 1,890.00 |
| 5 | JB | 3/10/2023 | Correspondence re: rebalancing update for committee meeting | 0.3 | $ 945.00 | $ 283.50 |
| 5 | RW | 3/10/2023 | Participate in weekly committee call with J. Boffi (M3) and D. Azman (MWE) et al. (0.5); prepare for call (0.3) | 0.8 | $ 1,150.00 | $ 920.00 |
| 5 | JB | 3/14/2023 | Attend weekly committee professionals' pre-call with R. Winning (M3) and D. Azman (MWE) et al. re: plan and related issues (0.6); prepare for call (0.2) | 0.8 | $ 945.00 | $ 756.00 |
| 5 | RW | 3/14/2023 | Attend weekly committee professionals' pre-call with J. Boffi (M3) and D. Azman (MWE) et al. re: plan and related issues | 0.6 | $ 1,150.00 | $ 690.00 |
| 5 | MC | 3/15/2023 | Correspond with MWE re: supporting documentation for historical transactions | 0.2 | $ 650.00 | $ 130.00 |
| 5 | JB | 3/21/2023 | Review correspondence with MWE and UCC re: government stay and self-liquidation | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 3/23/2023 | Attend weekly committee pre-call with G. Steinman (MWE) et al. (0.3); prepare for call (0.5) | 0.8 | $ 945.00 | $ 756.00 |
| 5 | JB | 3/23/2023 | Attend weekly committee call with D. Azman (MWE) et al. (0.7); prepare for call (0.2); review correspondence re: weekly committee call (0.3) | 1.2 | $ 945.00 | $ 1,134.00 |
| 5 | JB | 3/27/2023 | Review organizational structure presentation to committee and review correspondence from MWE re: same | 0.7 | $ 945.00 | $ 661.50 |
| 5 | JB | 3/28/2023 | Attend weekly committee pre-call with G. Steinman (MWE) et al. (0.5); prepare for call (0.2) | 0.7 | $ 945.00 | $ 661.50 |
| 5 | JB | 3/28/2023 | Attend weekly committee meeting with D. Azman (MWE) et al. (1.5); prepare for meeting (0.1) | 1.6 | $ 945.00 | $ 1,512.00 |
| 5 | JB | 4/4/2023 | Attend weekly UCC professionals meeting with R. Winning (M3) and G. Steinman (MWE) et al. re: committee updates (0.3); prepare for call (0.2) | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 4/4/2023 | Attend weekly committee call with G. Steinman (MWE) et al. (0.4); prepare for call (0.2) | 0.6 | $ 945.00 | $ 567.00 |
| 5 | RW | 4/4/2023 | Attend weekly UCC professionals meeting with J. Boffi (M3) and G. Steinman (MWE) et al. re: committee updates | 0.3 | $ 1,150.00 | $ 345.00 |
| 5 | JB | 4/11/2023 | Attend weekly pre-committee call with R. Winning (M3) and G. Steinman (MWE) et al. re: case updates (0.3); prepare for call (0.3) | 0.6 | $ 945.00 | $ 567.00 |
| 5 | JB | 4/11/2023 | Attend call with M. Eisler (FTI) re: committee meeting (0.1); correspondence re: same (0.1) | 0.2 | $ 945.00 | $ 189.00 |
| 5 | JB | 4/11/2023 | Correspondence with G. Williams (MWE) re: committee meeting agenda | 0.1 | $ 945.00 | $ 94.50 |
| 5 | JB | 4/11/2023 | Attend weekly committee call with R. Winning (M3) and D. Azman (MWE) et al. (0.7); prepare for meeting (0.2) | 0.9 | $ 945.00 | $ 850.50 |
| 5 | RW | 4/11/2023 | Attend weekly pre-committee call with J. Boffi (M3) and G. Steinman (MWE) et al. re: case updates | 0.3 | $ 1,150.00 | $ 345.00 |
| 5 | RW | 4/11/2023 | Attend weekly committee call with J. Boffi (M3) and D. Azman (MWE) et al. | 0.7 | $ 1,150.00 | $ 805.00 |
| 5 | MC | 4/13/2023 | Participate in discussion with G. Steinmann (MWE) re: case issues | 0.2 | $ 650.00 | $ 130.00 |
| 5 | JB | 4/14/2023 | Correspondence with MWE and committee re: plan status | 0.6 | $ 945.00 | $ 567.00 |
| 5 | JB | 4/15/2023 | Correspondence with MWE and committee re: plan status | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 4/17/2023 | Correspondence with MWE and committee re: plan status | 0.3 | $ 945.00 | $ 283.50 |
| 5 | JB | 4/18/2023 | Attend weekly committee pre-call with R. Winning (M3) and G. Steinman (MWE) et al. (0.3); prepare for call (0.5) | 0.8 | $ 945.00 | $ 756.00 |
| 5 | JB | 4/18/2023 | Attend weekly committee meeting with R. Winning (M3) re: plan confirmation and other issues | 1.0 | $ 945.00 | $ 945.00 |
| 5 | RW | 4/18/2023 | Attend weekly committee pre-call with J. Boffi (M3) and G. Steinman (MWE) et al. (0.3) | 0.3 | $ 1,150.00 | $ 345.00 |
| 5 | RW | 4/18/2023 | Attend weekly committee meeting with J. Boffi (M3) re: plan confirmation and other issues | 1.0 | $ 1,150.00 | $ 1,150.00 |
| 5 | JB | 4/25/2023 | Attend weekly professionals call with MWE re: Binance deal status and rebalancing (0.4); prepare for call (0.1) | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 4/25/2023 | Attend weekly committee call re: Binance status and rebalancing | 0.8 | $ 945.00 | $ 756.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5 | JB | 5/1/2023 | Attend weekly UCC call re: SEC settlement and liquidation procedures | 0.5 | $ 945.00 | $ 472.50 |
| 5 | JB | 5/2/2023 | Attend weekly professionals call with MWE re: case and rebalancing updates (0.3); prepare for call (0.1) | 0.4 | $ 945.00 | $ 378.00 |
| 5 | JB | 5/9/2023 | Attend weekly professionals call with G. Steinman (MWE) re: self-liquidation matters and other case updates | 0.3 | $ 945.00 | $ 283.50 |
| 5 | JB | 5/9/2023 | Attend weekly committee call re: self-liquidation matters and other case updates | 0.6 | $ 945.00 | $ 567.00 |
| 5 | RW | 5/10/2023 | Meet with MWE (E. Rodd) re: Alameda/FTX damages analysis and litigation work stream status | 0.5 | $ 1,150.00 | $ 575.00 |
| 5 | JB | 5/15/2023 | Correspondence with G. Williams (MWE) re: March fee statement | 0.2 | $ 945.00 | $ 189.00 |
| 5 | JB | 5/15/2023 | Review correspondence from G. Williams (MWE) re: committee meeting | 0.1 | $ 945.00 | $ 94.50 |
| 5 | JB | 5/18/2023 | Attend professionals pre-call with G. Steinman (MWE) et al. re: committee updates | 0.3 | $ 945.00 | $ 283.50 |
| 5 | JB | 5/18/2023 | Attend weekly committee call with D. Azman (MWE) et al. re: liquidation procedures and plan effectiveness (1.1); review agenda for call (0.1) | 1.2 | $ 945.00 | $ 1,134.00 |
| | | | *General Correspondence with UCC & UCC Counsel Subtotal* | **26.0** | | **$ 25,374.50** |

**Plan of Reorganization/Disclosure Statement**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | JB | 3/1/2023 | Review third amended plan, plan objections, and declarations re: plan confirmation | 2.4 | $ 945.00 | 2,268.00 |
| 6 | RW | 3/2/2023 | Review pleadings filed in connection with plan confirmation | 0.8 | $ 1,150.00 | 920.00 |
| 6 | JB | 3/4/2023 | Review correspondence with MWE and UCC re: plan confirmation | 0.8 | $ 945.00 | 756.00 |
| 6 | JB | 3/4/2023 | Prepare summary rebalancing materials for committee | 1.4 | $ 945.00 | 1,323.00 |
| 6 | JB | 3/6/2023 | Review draft rebalancing materials for committee (0.3); correspondence re: same (0.1) | 0.4 | $ 945.00 | 378.00 |
| 6 | MC | 3/6/2023 | Revise rebalancing update presentation for UCC (3.4); correspondence re: same (0.5) | 3.9 | $ 650.00 | 2,535.00 |
| 6 | RW | 3/6/2023 | Correspondence re: Debtors' holdings | 0.4 | $ 1,150.00 | 460.00 |
| 6 | RW | 3/6/2023 | Review rebalancing report | 0.4 | $ 1,150.00 | 460.00 |
| 6 | MC | 3/6/2023 | Continue to revise rebalancing update presentation for UCC | 1.2 | $ 650.00 | 780.00 |
| 6 | JB | 3/7/2023 | Correspondence with BRG re: rebalancing update | 0.4 | $ 945.00 | 378.00 |
| 6 | JB | 3/7/2023 | Review draft materials for committee re: rebalancing update (0.7); correspondence re: same (0.2) | 0.9 | $ 945.00 | 850.50 |
| 6 | JB | 3/7/2023 | Review new filings re: plan confirmation | 1.2 | $ 945.00 | 1,134.00 |
| 6 | RW | 3/7/2023 | Review additional materials re: Debtors asset composition and changes | 1.1 | $ 1,150.00 | 1,265.00 |
| 6 | MC | 3/8/2023 | Revise presentation materials re: rebalancing for UCC | 2.2 | $ 650.00 | 1,430.00 |
| 6 | JB | 3/8/2023 | Analyze revised weekly rebalancing report and correspondence re: same | 2.4 | $ 945.00 | 2,268.00 |
| 6 | JB | 3/8/2023 | Review VGX smart contract analysis for committee meeting | 0.3 | $ 945.00 | 283.50 |
| 6 | JB | 3/9/2023 | Review amended disclosure statement and plan of reorganization | 0.3 | $ 945.00 | 283.50 |
| 6 | JB | 3/9/2023 | Revise draft rebalancing materials for committee meeting (3.1); correspondence re: same (0.5) | 3.6 | $ 945.00 | 3,402.00 |
| 6 | MC | 3/9/2023 | Revise rebalancing update presentation (0.3); correspondence re: same (0.1) | 0.4 | $ 650.00 | 260.00 |
| 6 | RW | 3/10/2023 | Analyze impact of potential bank failures | 0.8 | $ 1,150.00 | 920.00 |
| 6 | JB | 3/13/2023 | Analyze updated rebalancing report (1.2); correspondence with BRG re: same (0.2) | 1.4 | $ 945.00 | 1,323.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | JB | 3/14/2023 | Draft correspondence with BRG re: rebalancing matters | 0.1 | $ 945.00 | $ 94.50 |
| 6 | JB | 3/14/2023 | Continued analysis of issues re: plan confirmation and preparation for discussion of same with MWE | 1.2 | $ 945.00 | $ 1,134.00 |
| 6 | RW | 3/14/2023 | Continued analysis of issues re: plan confirmation and preparation for discussion of same with MWE | 1.4 | $ 1,150.00 | $ 1,610.00 |
| 6 | JB | 3/15/2023 | Attend call with M. Vaughn (BRG) re: rebalancing matters | 0.2 | $ 945.00 | $ 189.00 |
| 6 | JB | 3/15/2023 | Continued analysis of potential defenses to FTX preference | 1.1 | $ 945.00 | $ 1,039.50 |
| 6 | JB | 3/15/2023 | Review rebalancing proposal (0.6); correspondence with M. Vaughn (BRG) re: same (0.2) | 0.8 | $ 945.00 | $ 756.00 |
| 6 | JB | 3/16/2023 | Correspondence with MWE re: rebalancing matters | 0.8 | $ 945.00 | $ 756.00 |
| 6 | JB | 3/16/2023 | Analyze RFQ proposal for rebalancing (0.5); correspondence with M3 team re: same (0.4); correspondence with MWE and BRG re: same (0.6) | 1.5 | $ 945.00 | $ 1,417.50 |
| 6 | MC | 3/16/2023 | Analyze RFQ proposal for rebalancing | 0.4 | $ 650.00 | $ 260.00 |
| 6 | RW | 3/16/2023 | Review materials re: rebalancing | 0.4 | $ 1,150.00 | $ 460.00 |
| 6 | JB | 3/20/2023 | Analyze updated rebalancing report | 2.2 | $ 945.00 | $ 2,079.00 |
| 6 | RW | 3/20/2023 | Review report from Debtors on rebalancing | 0.4 | $ 1,150.00 | $ 460.00 |
| 6 | JB | 3/21/2023 | Review rebalancing proposal from Debtors; correspondence with M3 and MWE re: same | 1.2 | $ 945.00 | $ 1,134.00 |
| 6 | JB | 3/28/2023 | Review rebalancing report (0.4); correspondence re: same (0.2) | 0.6 | $ 945.00 | $ 567.00 |
| 6 | RW | 3/28/2023 | Review materials re: rebalancing | 0.4 | $ 1,150.00 | $ 460.00 |
| 6 | JB | 3/30/2023 | Participate in calls with M. Vaughn (BRG) and R. Winning (M3) re: rebalancing status | 0.3 | $ 945.00 | $ 283.50 |
| 6 | JB | 4/4/2023 | Correspondence with M. Eisler (FTI) re: USDC conversion | 0.1 | $ 945.00 | $ 94.50 |
| 6 | JB | 4/11/2023 | Analyze latest rebalancing results (1.3); correspondence correspondence with BRG and MWE re: rebalancing matters (0.5) | 1.8 | $ 945.00 | $ 1,701.00 |
| 6 | RW | 4/11/2023 | Attention to matters re: potential further rebalancing | 0.8 | $ 1,150.00 | $ 920.00 |
| 6 | JB | 4/13/2023 | Analyze updated rebalancing report from BRG (2.3); correspondence re: same (0.3) | 2.6 | $ 945.00 | $ 2,457.00 |
| | | | *Plan of Reorganization/Disclosure Statement Subtotal* | **45.0** | | **$ 41,550.00** |

**Potential Avoidance Actions/Litigation Matters**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | JB | 3/7/2023 | Correspondence re: Alameda work plan | 0.2 | $ 945.00 | $ 189.00 |
| 7 | RW | 3/7/2023 | Review information re: analysis of potential defenses to preference action | 1.2 | $ 1,150.00 | $ 1,380.00 |
| 7 | JB | 3/8/2023 | Correspondence with MWE re: Alameda preference claim | 0.5 | $ 945.00 | $ 472.50 |
| 7 | JB | 3/9/2023 | Correspondence with MWE re: Alameda preference claim defense | 0.4 | $ 945.00 | $ 378.00 |
| 7 | MC | 3/9/2023 | Review historical transactions with Alameda | 3.9 | $ 650.00 | $ 2,535.00 |
| 7 | MC | 3/9/2023 | Analyze historical transactions with Alameda | 3.2 | $ 650.00 | $ 2,080.00 |
| 7 | JB | 3/10/2023 | Attend call with M. Callahan (M3) re: Alameda preference claim discussion materials (1.1); prepare for call (0.5) | 1.6 | $ 945.00 | $ 1,512.00 |
| 7 | MC | 3/10/2023 | Attend call with J. Boffi (M3) re: Alameda claim discussion materials | 1.1 | $ 650.00 | $ 715.00 |
| 7 | JB | 3/10/2023 | Participate in call with R. Winning (M3), M. Callahan (M3) and S. Ashworth (MWE) re: investigation into allegedly preferential transfers (0.5); prepare for call (0.3) | 0.8 | $ 945.00 | $ 756.00 |
| 7 | MC | 3/10/2023 | Prepare for (0.1) and participate in call with R. Winning (M3), J. Boffi (M3) and S. Ashworth (MWE) re: investigation into allegedly preferential transfers (0.5) | 0.6 | $ 650.00 | $ 390.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | MC | 3/10/2023 | Continue to review historical transactions with Alameda (3.5); participate in discussions with M3 re: same (0.3) | 3.8 | $ 650.00 | $ 2,470.00 |
| 7 | MC | 3/10/2023 | Continue to analyze historical transactions with Alameda | 1.3 | $ 650.00 | $ 845.00 |
| 7 | RW | 3/10/2023 | Prepare for (0.4) and participate in call with J. Boffi (M3), M. Callahan (M3) and S. Ashworth (MWE) re: investigation into allegedly preferential transfers (0.5) | 0.9 | $ 1,150.00 | $ 1,035.00 |
| 7 | JB | 3/13/2023 | Correspondence with MWE re: weekly call on litigation matters | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 3/15/2023 | Participate in discussion with R. Winning (M3), M. Callahan (M3) and P. Kennedy (MWE) re: preference analysis and mediation preparation (0.6); prepare for call (0.8) | 1.4 | $ 945.00 | $ 1,323.00 |
| 7 | JB | 3/15/2023 | Draft diligence requests re: Alameda preference matters (0.9); correspondence with BRG re: same (0.4) | 1.3 | $ 945.00 | $ 1,228.50 |
| 7 | JB | 3/15/2023 | Review Alameda loan documents; correspondence re: same | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | RW | 3/15/2023 | Continued analysis of potential defenses to FTX preference | 0.8 | $ 1,150.00 | $ 920.00 |
| 7 | RW | 3/15/2023 | Participate in discussion with J. Boffi (M3), M. Callahan (M3) and P. Kennedy (MWE) re: preference analysis and mediation preparation | 0.6 | $ 1,150.00 | $ 690.00 |
| 7 | MC | 3/15/2023 | Participate in discussion with R. Winning (M3), J. Boffi (M3) and P. Kennedy (MWE) re: preference analysis and mediation preparation | 0.6 | $ 650.00 | $ 390.00 |
| 7 | RW | 3/15/2023 | Prepare for call with MWE team re: FTX preference defenses | 0.8 | $ 1,150.00 | $ 920.00 |
| 7 | JB | 3/16/2023 | Continue review of information re: potential litigation defenses | 0.4 | $ 945.00 | $ 378.00 |
| 7 | RW | 3/16/2023 | Further review of information re: potential defenses | 0.4 | $ 1,150.00 | $ 460.00 |
| 7 | JB | 3/21/2023 | Research re: Debtors' contracts and agreements for information re: potential defenses to FTX preference | 0.8 | $ 945.00 | $ 756.00 |
| 7 | RW | 3/21/2023 | Research re: Debtors' contracts and agreements for information re: potential defenses to FTX preference | 0.7 | $ 1,150.00 | $ 805.00 |
| 7 | JB | 3/22/2023 | Draft diligence list re: Alameda preference requests (1.5); correspondence with BRG re: same (0.2) | 1.7 | $ 945.00 | $ 1,606.50 |
| 7 | JB | 3/22/2023 | Correspondence with MWE re: Alameda preference matters | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 3/22/2023 | Continued research re: Debtors' contracts and agreements for information re: potential defenses to FTX preference | 0.6 | $ 945.00 | $ 567.00 |
| 7 | JB | 3/23/2023 | Correspondence with BRG and company re: diligence requests; review diligence requests | 0.6 | $ 945.00 | $ 567.00 |
| 7 | MC | 3/23/2023 | Analyze avoidance defenses and Debtor documentation | 1.1 | $ 650.00 | $ 715.00 |
| 7 | JB | 3/24/2023 | Participate in discussion with M. Callahan (M3) and P. Kennedy (MWE) re: preference action work streams | 0.2 | $ 945.00 | $ 189.00 |
| 7 | JB | 3/24/2023 | Review diligence list re: preference claim work streams; correspondence re: same | 0.5 | $ 945.00 | $ 472.50 |
| 7 | MC | 3/24/2023 | Participate in discussion with J. Boffi (M3) and P. Kennedy (MWE) re: preference action work streams | 0.2 | $ 650.00 | $ 130.00 |
| 7 | JB | 3/26/2023 | Participate in call with R. Winning (M3) re: analysis of necessary fact development in connection with potential defenses to FTX preference (0.6); prepare for call (0.5) | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | RW | 3/26/2023 | Participate in call with J. Boffi (M3) re: analysis of necessary fact development in connection with potential defenses to FTX preference (0.6); prepare for call (0.2) | 0.8 | $ 1,150.00 | $ 920.00 |
| 7 | MC | 3/27/2023 | Review correspondence from M3 and MWE re: preference analysis | 2.1 | $ 650.00 | $ 1,365.00 |
| 7 | MC | 3/28/2023 | Review correspondence from MWE re: Alameda claims and prepare diligence request list re: same | 0.9 | $ 650.00 | $ 585.00 |
| 7 | RW | 3/28/2023 | Research re: potential defenses to FTX preference | 1.2 | $ 1,150.00 | $ 1,380.00 |
| 7 | JB | 3/29/2023 | Review Alameda preference claim requests from MWE (0.4); draft diligence list re: same (0.7) | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | JB | 3/29/2023 | Meet with R. Winning and M. Callahan (M3) re: Alameda preference work streams (0.4); prepare for meeting (0.2) | 0.6 | $ 945.00 | $ 567.00 |
| 7 | JB | 3/29/2023 | Attend weekly meeting with S. Ashworth (MWE) re: Alameda preference claim (0.5); debrief with R. Winning and M. Callahan (M3) re: next steps on Alameda diligence (0.4) | 0.9 | $ 945.00 | $ 850.50 |
| 7 | MC | 3/29/2023 | Meet with R. Winning and J. Boffi (M3) re: Alameda preference work streams | 0.4 | $ 650.00 | $ 260.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | MC | 3/29/2023 | Attend weekly meeting with S. Ashworth (MWE) re: Alameda preference claim (0.5); debrief with J. Boffi and R. Winning (M3) re: next steps on Alameda diligence (0.4) | 0.9 | $ 650.00 | $ 585.00 |
| 7 | RW | 3/29/2023 | Meet with J. Boffi and M. Callahan (M3) re: Alameda preference work streams | 0.4 | $ 1,150.00 | $ 460.00 |
| 7 | RW | 3/29/2023 | Attend weekly meeting with S. Ashworth (MWE) re: Alameda preference claim (0.5); debrief with J. Boffi and M. Callahan re: next steps on Alameda diligence (0.4) | 0.9 | $ 1,150.00 | $ 1,035.00 |
| 7 | JB | 3/30/2023 | Correspondence with BRG re: diligence requests | 0.3 | $ 945.00 | $ 283.50 |
| 7 | RW | 3/30/2023 | Continued research re: potential defenses to Alameda preference | 1.6 | $ 1,150.00 | $ 1,840.00 |
| 7 | RW | 4/1/2023 | Continued analysis re: Alameda avoidance action defenses | 1.3 | $ 1,150.00 | $ 1,495.00 |
| 7 | JB | 4/3/2023 | Review of Voyager historical loan balances by loan and counterparty (1.4); meet with M. Callahan (M3) to review historical loan balances (0.2); correspondence re: same (0.1) | 1.7 | $ 945.00 | $ 1,606.50 |
| 7 | JB | 4/3/2023 | Correspondence with M. Vaughn (BRG) re: diligence requests | 0.4 | $ 945.00 | $ 378.00 |
| 7 | MC | 4/3/2023 | Review of historical loan balances with J. Boffi (M3) | 0.2 | $ 650.00 | $ 130.00 |
| 7 | MC | 4/3/2023 | Review and revise summary of loans outstanding by coin and counterparty | 2.4 | $ 650.00 | $ 1,560.00 |
| 7 | JB | 4/4/2023 | Participate in call with M. Vaughn (BRG) re: diligence requests (1.0); prepare diligence list for same (1.5) | 2.5 | $ 945.00 | $ 2,362.50 |
| 7 | JB | 4/4/2023 | Attend call with M. Callahan (M3) to review diligence requests | 0.2 | $ 945.00 | $ 189.00 |
| 7 | JB | 4/4/2023 | Research re: potential defenses to FTX preference action and review loan documents | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | MC | 4/4/2023 | Prepare for and participate in discussion with M. Vaughn (BRG) et al. and J. Boffi (M3) re: diligence requests | 1.2 | $ 650.00 | $ 780.00 |
| 7 | MC | 4/4/2023 | Prepare diligence list related to Alameda loans | 1.4 | $ 650.00 | $ 910.00 |
| 7 | RW | 4/4/2023 | Research re: potential defenses to FTX preference action | 1.3 | $ 1,150.00 | $ 1,495.00 |
| 7 | JB | 4/5/2023 | Review term sheets and other loan documentation for Alameda loans re: FTX preference research (2.5); correspondence re: same (0.4) | 2.9 | $ 945.00 | $ 2,740.50 |
| 7 | JB | 4/5/2023 | Correspondence with P. Kennedy (MWE) re: FTX preference matters | 0.4 | $ 945.00 | $ 378.00 |
| 7 | MC | 4/5/2023 | Review Alameda preference work stream progress with J. Boffi (M3) and R. Winning (M3) and prepare for call with MWE | 0.3 | $ 650.00 | $ 195.00 |
| 7 | MC | 4/5/2023 | Prepare for and participate in discussion with J. Boffi (M3) re: Alameda preference analysis | 0.5 | $ 650.00 | $ 325.00 |
| 7 | MC | 4/5/2023 | Prepare term sheets and diligence list related to Alameda loans; correspond with M3 and BRG re: same | 0.6 | $ 650.00 | $ 390.00 |
| 7 | RW | 4/5/2023 | Review Alameda preference work stream progress and prepare for call with MWE | 0.3 | $ 1,150.00 | $ 345.00 |
| 7 | JB | 4/6/2023 | Continued research re: potential defenses to FTX preference complaint | 1.4 | $ 945.00 | $ 1,323.00 |
| 7 | JB | 4/7/2023 | Continued research re: potential defenses to FTX preference complaint | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | RW | 4/7/2023 | Research re: potential defenses to FTX preference complaint | 1.2 | $ 1,150.00 | $ 1,380.00 |
| 7 | JB | 4/11/2023 | Review materials re: Debtors' prepetition lending and related activities | 2.4 | $ 945.00 | $ 2,268.00 |
| 7 | RW | 4/11/2023 | Review materials re: Debtors' prepetition loan activities | 1.3 | $ 1,150.00 | $ 1,495.00 |
| 7 | JB | 4/12/2023 | Attend call with P. Kennedy (MWE) re: Alameda claims and mediation process (0.3); prepare for call (0.2); analysis of potential discovery (1.8) | 2.3 | $ 945.00 | $ 2,173.50 |
| 7 | JB | 4/12/2023 | Correspondence with BRG re: diligence updates | 0.2 | $ 945.00 | $ 189.00 |
| 7 | MC | 4/12/2023 | Review and revise historical analysis of staking balances | 0.4 | $ 650.00 | $ 260.00 |
| 7 | MC | 4/12/2023 | Participate in discussion with P. Kennedy (MWE) re: Alameda claim reconciliation process | 0.3 | $ 650.00 | $ 195.00 |
| 7 | MC | 4/12/2023 | Review historical loan books and coin pricing to determine staking balances over historical periods | 2.3 | $ 650.00 | $ 1,495.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | RW | 4/12/2023 | Continue review of materials re: Debtors' prepetition lending and related activities | 1.2 | $ 1,150.00 | $ 1,380.00 |
| 7 | MC | 4/13/2023 | Correspond and participate in discussions with B. Lytle (M3) re: historical coin prices | 0.2 | $ 650.00 | $ 130.00 |
| 7 | RW | 4/13/2023 | Analysis of potential discovery (1.1); participate in discussion with G. Steinmann (MWE) re: case issues (0.2) | 1.3 | $ 1,150.00 | $ 1,495.00 |
| 7 | JB | 4/17/2023 | Correspondence with MWE re: Voyager loan book data | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 4/17/2023 | Continued research re: potential defenses to FTX preference complaint | 2.8 | $ 945.00 | $ 2,646.00 |
| 7 | JB | 4/19/2023 | Analyze materials re: potential defenses to FTX complain in preparation for review session with MWE | 1.8 | $ 945.00 | $ 1,701.00 |
| 7 | JB | 4/19/2023 | Attend call with R. Winning (M3), M. Callahan (M3), and P. Kennedy (MWE) et al. re: FTX defenses | 0.2 | $ 945.00 | $ 189.00 |
| 7 | JB | 4/19/2023 | Correspondence with P. Kennedy (MWE) re: Alameda mediation timeline | 0.3 | $ 945.00 | $ 283.50 |
| 7 | RW | 4/19/2023 | Review materials re: potential defenses to FTX complain in preparation for review session with P. Kennedy (MWE) | 0.8 | $ 1,150.00 | $ 920.00 |
| 7 | MC | 4/19/2023 | Prepare for and participate in discussion with P. Kennedy (MWE) and J. Boffi (M3) re: mediation timeline, preference analysis | 0.2 | $ 650.00 | $ 130.00 |
| 7 | JB | 4/20/2023 | Analysis of historical loan balances (1.3); correspondence with M3 and MWE re: same (0.1) | 1.4 | $ 945.00 | $ 1,323.00 |
| 7 | JB | 4/20/2023 | Correspondence with P. Kennedy (MWE) re: Alameda mediation timeline | 0.1 | $ 945.00 | $ 94.50 |
| 7 | MC | 4/20/2023 | Review and revise analysis of historical loan balances | 0.3 | $ 650.00 | $ 195.00 |
| 7 | JB | 4/25/2023 | Review Binance termination related updates | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 4/26/2023 | Review correspondence with M3 and MWE re: Alameda litigation | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 5/1/2023 | Attend call with R. Winning (M3) re: FTX claims and damages (0.3); review correspondence from MWE re: FTX/Alameda litigation (0.1); draft email correspondence re: same (0.3) | 0.7 | $ 945.00 | $ 661.50 |
| 7 | RW | 5/3/2023 | Analysis of potential damages re: FTX claims (1.2) and call with MWE re same (0.5) | 1.7 | $ 1,150.00 | $ 1,955.00 |
| 7 | MC | 5/3/2023 | Attend call with M3 and MWE re: Alameda matters | 0.5 | $ 650.00 | $ 325.00 |
| 7 | JB | 5/3/2023 | Attend weekly call with MWE re: Alameda matters and potential damages (0.5); attend call with R. Winning (M3) re: follow-up work streams (0.3) | 0.8 | $ 945.00 | $ 756.00 |
| 7 | JB | 5/3/2023 | Review analysis of potential FTX/Alameda damages | 1.4 | $ 945.00 | $ 1,323.00 |
| 7 | MC | 5/4/2023 | Research into Genesis and FTX preference actions | 1.2 | $ 650.00 | $ 780.00 |
| 7 | MC | 5/4/2023 | Continued analysis re: FTX/Alameda issues | 0.2 | $ 650.00 | $ 130.00 |
| 7 | JB | 5/4/2023 | Research FTX and Genesis preference actions | 1.0 | $ 945.00 | $ 945.00 |
| 7 | JB | 5/4/2023 | Review correspondence from E. Rodd (MWE) re: potential FTX damages analysis (0.5); review correspondence from R. Winning (M3) re: same (0.1) | 0.6 | $ 945.00 | $ 567.00 |
| 7 | RW | 5/5/2023 | Analysis of potential damages for claims against FTX | 2.2 | $ 1,150.00 | $ 2,530.00 |
| 7 | JB | 5/5/2023 | Analysis of potential damages claims against FTX | 1.3 | $ 945.00 | $ 1,228.50 |
| 7 | JB | 5/5/2023 | Review correspondence from E. Rodd (MWE) re: potential FTX damages analysis | 0.4 | $ 945.00 | $ 378.00 |
| 7 | JB | 5/8/2023 | Prepare FTX damages analysis | 1.8 | $ 945.00 | $ 1,701.00 |
| 7 | JB | 5/8/2023 | Review amended Alameda preference complaint | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | JB | 5/8/2023 | Review confirmation hearing transcript | 1.3 | $ 945.00 | $ 1,228.50 |
| 7 | JB | 5/8/2023 | Review SEC complaint against Ellison and Wang | 1.2 | $ 945.00 | $ 1,134.00 |
| 7 | JB | 5/8/2023 | Review draft motion to dismiss FTX/Alameda preference actions and related exhibits | 1.7 | $ 945.00 | $ 1,606.50 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | JB | 5/8/2023 | Research FTX/Genesis preference actions re: Alameda preference defense | 0.8 | $ 945.00 | $ 756.00 |
| 7 | RW | 5/9/2023 | Prepare for meeting with MWE re: FTX conduct and damages | 2.4 | $ 1,150.00 | $ 2,760.00 |
| 7 | JB | 5/9/2023 | Correspondence with R. Winning (M3) re: litigation work streams | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 5/9/2023 | Review self-liquidating recovery model and initial distribution calculations | 1.7 | $ 945.00 | $ 1,606.50 |
| 7 | JB | 5/9/2023 | Analysis re: potential FTX damages claims | 0.4 | $ 945.00 | $ 378.00 |
| 7 | JB | 5/9/2023 | Draft correspondence with R. Winning (M3) regarding Genesis/FTX preference motions | 0.1 | $ 945.00 | $ 94.50 |
| 7 | JB | 5/9/2023 | Attend call with R. Winning (M3) re: FTX damages analysis (0.4); prepare for same (0.2) | 0.6 | $ 945.00 | $ 567.00 |
| 7 | JB | 5/9/2023 | Continue to revise FTX damage analysis | 2.1 | $ 945.00 | $ 1,984.50 |
| 7 | RW | 5/10/2023 | Meet with J. Boffi (M3) re: Alameda/FTX damages analysis | 0.7 | $ 1,150.00 | $ 805.00 |
| 7 | RW | 5/10/2023 | Meet with J. Boffi (M3) re: litigation work streams | 0.3 | $ 1,150.00 | $ 345.00 |
| 7 | RW | 5/10/2023 | Analysis of FTX conduct and consequences therefrom | 2.8 | $ 1,150.00 | $ 3,220.00 |
| 7 | JB | 5/10/2023 | Review Debtor cash flow budget (0.7); review and draft correspondence with FTI re: same (0.4) | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | JB | 5/10/2023 | Attend call with J. Baltaytis (FTI) re: cash flow budget | 0.1 | $ 945.00 | $ 94.50 |
| 7 | JB | 5/10/2023 | Attend call with M. Eisler (FTI) re: professional fee schedule (0.2); review professional fee schedule (0.2) | 0.4 | $ 945.00 | $ 378.00 |
| 7 | JB | 5/10/2023 | Analyze FTX damages | 2.4 | $ 945.00 | $ 2,268.00 |
| 7 | JB | 5/10/2023 | Continue Alameda preference analysis | 1.5 | $ 945.00 | $ 1,417.50 |
| 7 | JB | 5/10/2023 | Review historical crypto price and volume data | 1.2 | $ 945.00 | $ 1,134.00 |
| 7 | JB | 5/10/2023 | Meet with R. Winning (M3) to review Alameda/FTX damages analysis | 0.7 | $ 945.00 | $ 661.50 |
| 7 | JB | 5/10/2023 | Meet with MWE to review Alameda/FTX damages analysis and litigation work stream status | 0.5 | $ 945.00 | $ 472.50 |
| 7 | JB | 5/10/2023 | Meet with R. Winning (M3) re: litigation work streams | 0.3 | $ 945.00 | $ 283.50 |
| 7 | RW | 5/11/2023 | Continued analysis of FTX conduct and consequences | 1.8 | $ 1,150.00 | $ 2,070.00 |
| 7 | JB | 5/11/2023 | Correspondence with FTI re: revised Debtor budget | 0.2 | $ 945.00 | $ 189.00 |
| 7 | JB | 5/15/2023 | Correspond with M. Eisler (FTI) re: updated cash flow projections required for FTX | 0.1 | $ 945.00 | $ 94.50 |
| 7 | JB | 5/15/2023 | Analysis re: FTX/Alameda damages and preference action | 2.2 | $ 945.00 | $ 2,079.00 |
| 7 | JB | 5/16/2023 | Correspondence with M. Eisler (FTI) and J. Baltaytis (FTI) re: updated cash flow projections required for FTX damage analysis | 0.3 | $ 945.00 | $ 283.50 |
| 7 | JB | 5/16/2023 | Continue FTX damages analysis | 1.1 | $ 945.00 | $ 1,039.50 |
| 7 | RW | 5/17/2023 | Call with J. Boffi (M3) re: FTX/Alameda damages analysis | 0.1 | $ 1,150.00 | $ 115.00 |
| 7 | JB | 5/17/2023 | Continue to revise FTX/Alameda damages analysis | 1.5 | $ 945.00 | $ 1,417.50 |
| 7 | JB | 5/17/2023 | Attend call with R. Winning (M3) re: FTX/Alameda damages analysis | 0.1 | $ 945.00 | $ 94.50 |
| 7 | JB | 5/17/2023 | Analyze FTX/Alameda preference action | 2.4 | $ 945.00 | $ 2,268.00 |
| 7 | JB | 5/17/2023 | Review correspondence with MWE and committee re: liquidation procedures hearing | 0.1 | $ 945.00 | $ 94.50 |
| 7 | JB | 5/17/2023 | Correspondence with MWE re: Alameda preference claim | 0.3 | $ 945.00 | $ 283.50 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | JB | 5/17/2023 | Continue analysis re: FTX/Alameda | 0.2 | $ 945.00 | $ 189.00 |
| | | | *Potential Avoidance Actions/Litigation Matters Subtotal* | **140.1** | | **$ 129,221.00** |
| | | | | | | |
| **Court Attendance/Participation** | | | | | | |
| 8 | JB | 3/2/2023 | Attend plan confirmation court hearing (8.8); prepare for hearing (0.7) | 9.5 | $ 945.00 | $ 8,977.50 |
| 8 | MC | 3/2/2023 | Attend confirmation hearing telephonically (3.7); prepare for same (0.5) | 4.2 | $ 650.00 | $ 2,730.00 |
| 8 | JB | 3/3/2023 | Attend plan confirmation court hearing (9.5); prepare for hearing (0.5) | 10.0 | $ 945.00 | $ 9,450.00 |
| 8 | JB | 3/6/2023 | Attend plan confirmation court hearing (8.3); prepare for hearing (0.8) | 9.1 | $ 945.00 | $ 8,599.50 |
| 8 | MC | 3/6/2023 | Attend confirmation hearing telephonically (5.7); prepare for same (0.4) | 6.1 | $ 650.00 | $ 3,965.00 |
| 8 | JB | 3/7/2023 | Attend court hearing telephonically (3.3); prepare for hearing (0.4) | 3.7 | $ 945.00 | $ 3,496.50 |
| 8 | JB | 5/16/2023 | Prepare for May 17th court hearing re: liquidation | 0.2 | $ 945.00 | $ 189.00 |
| 8 | JB | 5/17/2023 | Attend court hearing re: liquidation procedures telephonically | 1.6 | $ 945.00 | $ 1,512.00 |
| | | | *Court Attendance/Participation Subtotal* | **44.4** | | **$ 38,919.50** |
| | | | | | | |
| **Fee Application** | | | | | | |
| 9 | JB | 4/5/2023 | Correspondence with G. Steinman (MWE) et al. re: interim fee application | 0.5 | $ 945.00 | $ 472.50 |
| 9 | JB | 4/6/2023 | Begin preparing interim fee application | 1.5 | $ 945.00 | $ 1,417.50 |
| 9 | JB | 4/7/2023 | Continue to prepare interim fee application | 0.8 | $ 945.00 | $ 756.00 |
| 9 | JB | 4/8/2023 | Correspondence with G. Williams (MWE) re: interim fee application | 0.1 | $ 945.00 | $ 94.50 |
| 9 | JB | 4/10/2023 | Prepare Voyager interim fee application (1.2); correspondence re: same (0.4) | 1.6 | $ 945.00 | $ 1,512.00 |
| 9 | MC | 4/10/2023 | Review and revise interim fee application | 3.1 | $ 650.00 | $ 2,015.00 |
| 9 | JB | 4/11/2023 | Correspondence with G. Williams (MWE) re: interim fee application | 0.1 | $ 945.00 | $ 94.50 |
| 9 | JB | 4/11/2023 | Revise draft interim fee application | 1.6 | $ 945.00 | $ 1,512.00 |
| 9 | MC | 4/11/2023 | Review and revise draft interim fee application | 3.1 | $ 650.00 | $ 2,015.00 |
| 9 | MC | 4/11/2023 | Continue to prepare interim fee application | 1.6 | $ 650.00 | $ 1,040.00 |
| 9 | JB | 4/12/2023 | Revise Voyager interim fee application (1.7); provide comments on same (0.8); correspondence with M3 and MWE re: same (1.0) | 3.5 | $ 945.00 | $ 3,307.50 |
| 9 | MC | 4/12/2023 | Revise draft interim fee application | 0.4 | $ 650.00 | $ 260.00 |
| 9 | JB | 4/13/2023 | Meet with M. Callahan (M3) re: interim fee application | 0.4 | $ 945.00 | $ 378.00 |
| 9 | JB | 4/13/2023 | Revise draft of interim fee application (0.8); correspondence with M3 and MWE teams re: same (0.6) | 1.4 | $ 945.00 | $ 1,323.00 |
| 9 | MC | 4/13/2023 | Review and revise fee application to include Schedule F and include comments from MWE; correspond with J. Boffi (M3) re: same | 1.2 | $ 650.00 | $ 780.00 |
| 9 | JB | 4/14/2023 | Prepare final draft of interim fee application (1.2); correspondence re: same (0.5) | 1.7 | $ 945.00 | $ 1,606.50 |
| 9 | MC | 4/14/2023 | Participate in discussion with J. Boffi (M3) re: fee application | 0.4 | $ 650.00 | $ 260.00 |
| 9 | MC | 4/14/2023 | Revise final draft of fee application | 0.2 | $ 650.00 | $ 130.00 |
| 9 | JB | 5/1/2023 | Correspondence with BRG re: interim fee application | 0.2 | $ 945.00 | $ 189.00 |

**EXHIBIT C**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| TASK CODE | PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 9 | JB | 5/2/2023 | Begin preparing March monthly fee statement | 0.3 | $ 945.00 | $ 283.50 |
| 9 | MC | 5/10/2023 | Prepare draft of March fee statement | 1.2 | $ 650.00 | $ 780.00 |
| 9 | JB | 5/10/2023 | Draft correspondence with G. Steinman re: interim fee app (0.1); draft correspondence with MWE re: March fee statement (0.1) | 0.2 | $ 945.00 | $ 189.00 |
| 9 | MC | 5/11/2023 | Continue to prepare draft of March fee statement | 0.6 | $ 650.00 | $ 390.00 |
| 9 | JB | 5/11/2023 | Correspondence with MWE re: interim fee application | 0.2 | $ 945.00 | $ 189.00 |
| 9 | JB | 5/11/2023 | Continue to prepare March fee statement; correspondence re: same | 3.2 | $ 945.00 | $ 3,024.00 |
| 9 | RW | 5/12/2023 | Prepare monthly fee statement for March | 0.4 | $ 1,150.00 | $ 460.00 |
| 9 | MC | 5/12/2023 | Revise draft March fee statement | 1.1 | $ 650.00 | $ 715.00 |
| 9 | JB | 5/12/2023 | Revise draft March fee statement; correspondence with MWE and M3 re: same | 2.8 | $ 945.00 | $ 2,646.00 |
| 9 | JB | 5/14/2023 | Review correspondence from G. Williams (MWE) re: March fee statement (0.2); review comments to March fee statement (0.2); review correspondence from R. Winning (M3) re: March fee statement comments (0.1) | 0.5 | $ 945.00 | $ 472.50 |
| 9 | JB | 5/15/2023 | Attend call with G. Williams (MWE) and G. Steinman (MWE) re: March fee statement comments | 0.3 | $ 945.00 | $ 283.50 |
| 9 | JB | 5/15/2023 | Review March fee statement comments (0.3); attend call with M. Callahan re: March fee statement comments (0.1) | 0.4 | $ 945.00 | $ 378.00 |
| 9 | MC | 5/16/2023 | Participate in discussion with J. Boffi (M3) re: fee application | 0.2 | $ 650.00 | $ 130.00 |
| 9 | JB | 5/16/2023 | Attend call with M. Callahan (M3) re: March fee statement comments | 0.2 | $ 945.00 | $ 189.00 |
| 9 | JB | 5/18/2023 | Revise March fee statement draft for additional comments | 1.2 | $ 945.00 | $ 1,134.00 |
| | | | *Fee Application Subtotal* | **36.2** | | **$ 30,426.50** |
| | | | **Hours and Fees Total** | **300.0** | | **$ 273,519.50** |

**EXHIBIT D**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE SUMMARY**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| DATE | PROFESSIONAL | AMOUNT |
|------|-------------|--------|
| Conference Calls | | $ 132.24 |
| Court Hearings | | 280.00 |
| Transportion | | 204.14 |
| | *Total Expenses* | **$ 616.38** |

**EXHIBIT E**
**VOYAGER DIGITAL HOLDINGS, INC., ET AL. - CASE NO. 22-10943 (MEW)**
**EXPENSE SUMMARY**
**FOR THE PERIOD MARCH 1, 2023 TO MAY 18, 2023**

| DATE | PROFESSIONAL | DESCRIPTION | AMOUNT |
|------|-------------|-------------|--------|
| ***Conference Call Expense*** | | | |
| 3/31/2023 | M3 Team | LoopUp Conference Call Expense for March 2023 | 45.34 |
| 4/30/2023 | M3 Team | LoopUp Conference Call Expense for April 2023 | 42.99 |
| 5/18/2023 | M3 Team | LoopUp Conference Call Expense for May 2023 | 43.91 |
| | | ***Subtotal Conference Call Expenses*** $ | **132.24** |
| | | | |
| ***Court Hearing Expense*** | | | |
| 3/2/2023 | MC | CourtSolutions Charge for Court Hearing | 70.00 |
| 3/6/2023 | MC | CourtSolutions Charge for Court Hearing | 70.00 |
| 3/7/2023 | JB | CourtSolutions Charge for Court Hearing | 70.00 |
| 5/17/2023 | JB | CourtSolutions Charge for Court Hearing | 70.00 |
| | | ***Subtotal Court Hearing Expense*** $ | **280.00** |
| | | | |
| ***Transportion Expense*** | | | |
| 3/2/2023 | JB | Uber: Confirmation Hearing to Home | 31.70 |
| 3/2/2023 | JB | Uber: Home to Confirmation Hearing | 28.57 |
| 3/3/2023 | JB | Uber: Confirmation Hearing to Home | 30.78 |
| 3/3/2023 | JB | Uber: Home to Confirmation Hearing | 36.84 |
| 3/6/2023 | JB | Uber: Confirmation Hearing to Home | 45.56 |
| 3/6/2023 | JB | Uber: Home to Confirmation Hearing | 30.69 |
| | | ***Subtotal Transportion Expense*** $ | **204.14** |

# EXHIBIT F

**Meghji Certification**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF MOHSIN Y. MEGHJI IN SUPPORT OF THE SECOND
INTERIM AND FINAL FEE APPLICATION OF M3 ADVISORY PARTNERS, LP,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR THE SECOND INTERIM FEE PERIOD FROM MARCH 1, 2023
THROUGH MAY 18, 2023 AND THE FEE PERIOD FROM
JANUARY 4, 2023 THROUGH MAY 18, 2023**

I, Mohsin Y. Meghji, certify as follows:

1.      I am the Managing Partner with M3 Advisory Partners, LP ("M3"), a nationally

recognized financial advisory firm, financial advisor to the Official Committee of Unsecured

Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11

Cases") of Voyager Digital Holdings, Inc. and its affiliated debtors (collectively, the "Debtors").

2.      M3 submits the *Second Interim and Final Fee Application of M3 Advisory

Partners, LP, Financial Advisor to the Official Committee of Unsecured Creditors, for the

Second Interim Fee Period from March 1, 2023 through May 18, 2023 and the Fee Period from

January 4, 2023 Through May 18, 2023* (the "Fee Application")[2] in accordance with sections

330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1(a) of the Local

---

[1]    The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

[2]    Capitalized terms that are used but not defined in this Summary have the meanings that are given to those terms in the Fee Application.

Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), the *Guidelines for Reviewing Applications for Compensation Filed under 11 U.S.C. § 330 in (1) Larger Chapter 11 Cases by Those Seeking Compensation Who Are Not Attorneys, (2) All Chapter 11 Cases Below the Larger Case Thresholds, and (3) Cases under Other Chapters of the Bankruptcy Code* (the "UST Guidelines"), the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 236] (the "Interim Compensation Order"), and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1277] (the "Fee Examiner Order").

3.       I am the professional designated by M3 with the responsibility for M3's compliance with the UST Guidelines, the Local Guidelines, the Interim Compensation Order, and the Fee Examiner Order in these Chapter 11 Cases.

4.       This certification is made in connection with the Fee Application, which requests the allowance of the following, in accordance with the UST Guidelines, the Local Guidelines, the Interim Compensation Order, and the Fee Examiner Order:

  a.   compensation for professional services rendered during the period from January 4, 2023, through May 18, 2023 (the "Fee Period"), and

  b.   reimbursement of expenses incurred during the Fee Period.

5.       I have read the Fee Application.

6.       To the best of my knowledge, information, and belief formed after reasonable inquiry, the compensation and reimbursement requested fall within the Local Guidelines, except as specifically noted in this certification and described in the Fee Application.

2

7.      Except to the extent that compensation or reimbursement is prohibited by the Local Guidelines, the compensation and reimbursement requested are billed at rates and in accordance with practices customarily employed by M3 and generally accepted by M3's clients.

8.      In providing a reimbursable service, M3 does not make a profit on the service, whether the service is rendered by M3 in-house or through a third party.

9.      The U.S. Trustee, the Debtors, the Committee, and the Fee Examiner will, concurrently with this certification's filing, be provided with a copy of the Fee Application at least 14 days before the deadline to object to it.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2023
       New York, New York

**M3 ADVISORY PARTNERS, LP**

*/s/ Mohsin Y. Meghji*
Mohsin Y. Meghji, Managing Partner
1700 Broadway, 19th Floor
New York, New York 10019
Telephone: (212) 202-2300
E-mail: mmeghji@m3-partners.com