Matthew M. Murphy, Esq.
Matthew Micheli, Esq.
Paul Hastings LLP
71 S. Wacker Drive
Forty-Fifth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

and

Chris Daniel, Esq.
Paul Hastings LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, Georgia 30309
Telephone: (404) 815-2100
Facsimile: (404) 815-2424

and

LK Greenbacker, Esq.
Paul Hastings LLP
2050 M Street NW
Washington, D.C., 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

*Special Regulatory Counsel to the*
*Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SEVENTH MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL REGULATORY COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 1, 2023
THROUGH MAY 19, 2023**

| Name of Applicant: | Paul Hastings LLP |
|---|---|
| Applicant's Role in Case: | Special Regulatory Counsel to Voyager Digital Holdings, Inc., *et al.* |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

| Date Order of Employment Signed: | **March 28, 2023 [Docket No. 1234]** | |
|---|---|---|
| **Time period covered by this statement:** | **Beginning of Period** | **End of Period** |
| | **May 1, 2023** | **May 19, 2023** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Voluntary Fee Waiver in this statement:** | $31,636.55[2] | |
| **Total fees requested in this statement:** | **$101,236.96** **(80% of $126,546.20)** | |
| **Total expenses requested in this statement:** | **$109.41** | |
| **Total fees and expenses requested in this statement:** | **$101,346.37** | |
| **This is a(n):** __X_ Monthly Application ___ Interim Application ___ Final Application | | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing and Approving Retention and Employment of Paul Hastings LLP as Special Regulatory Counsel to the Debtors, Effective as of the Petition Date*, dated March 28, 2023 [Docket No. 1234] (the "Retention Order"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Paul Hastings LLP ("Paul Hastings"), special regulatory counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *Seventh Monthly Fee Statement of Paul Hastings LLP for Compensation for Services and Reimbursement of Expenses as Special Regulatory Counsel to the Debtors and Debtors in Possession for the Period from*

---

[2]    At the time of Paul Hastings' engagement in July 2021, as a courtesy to the Debtors and based on circumstances unique to this client at that time, Paul Hastings reduced its hourly rates by twenty percent (20%).

*May 1, 2023 through May 19, 2023* (this "Fee Statement").[3]  Specifically, Paul Hastings seeks: (i) interim allowance of $126,546.20 for the reasonable compensation for actual, necessary legal services that Paul Hastings rendered to the Debtors during the period from May 1, 2023 through and including May 19, 2023 (the "Fee Period"); (ii) compensation in the amount of $101,236.96, which is equal to 80% of the fees incurred during the Fee Period; and (iii) allowance and payment of $109.41 for the actual, necessary expenses that Paul Hastings incurred in connection with its services during the Fee Period.[4]

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a summary of the compensation requested by project category for the Fee Period.  As reflected in **Exhibit A**, Paul Hastings incurred $126,546.20 in fees during the Fee Period and requests payment of 80% of such fees in this Fee Statement.

2.      Attached hereto as **Exhibit B** is a schedule of Paul Hastings professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys and paraprofessionals for services provided during the Fee Period is $998 and $412, respectively.[5]

3.      Attached hereto as **Exhibit C** is a summary of the expense reimbursements requested by category for the Fee Period, reflecting total expenses in the amount of $109.41.

---

[3]    Initially retained and approved as an ordinary course professional to the Debtors, Paul Hastings submitted monthly fee statements and received partial payment in accordance with the *Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [Docket No. 244] (the "OCP Order"). In accordance with the Retention Order (entered on March 28, 2023) and the Interim Compensation Order, Paul Hastings hereby submits its seventh monthly Fee Statement.

[4]    As provided above, Paul Hastings voluntarily reduced its fees by 20% (or $31,636.55) for services provided in the Fee Period.

[5]    The blended rate reflects the voluntarily reduced fees divided by the total hours billed.

4.      Attached hereto as **Exhibit D** are the time records of Paul Hastings, which provide a daily summary of the time spent by each Paul Hastings professional and paraprofessional during the Fee Period as well as an itemization of expenses.

### Notice

5.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager.  The Debtors submit that no other or further notice be given.

WHEREFORE, Paul Hastings, in connection with its special regulatory services rendered on behalf of the Debtors, respectfully requests:  (i) interim allowance of $126,546.20 for the reasonable and necessary legal services that Paul Hastings rendered to the Debtors during the Fee Period;

[*Remainder of Page Intentionally Left Blank*]

(ii) payment in the amount of $101,236.96, which is equal to 80% of the total compensation sought for the Fee Period, and (iii) allowance and payment of $109.41 for the actual and necessary expenses that Paul Hastings incurred in connection with such services during the Fee Period.

Date: July 3, 2023
      Chicago, Illinois

*/s/ Matthew M. Murphy*
Matthew M. Murphy, Esq.
Matthew Micheli, Esq.
Paul Hastings LLP
71 S. Wacker Drive
Forty-Fifth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
mattmurphy@paulhastings.com
mattmicheli@paulhastings.com

and

Chris Daniel, Esq.
Paul Hastings LLP
1170 Peachtree Street, N.E.
Suite 100
Atlanta, Georgia 30309
Telephone: (404) 815-2100
Facsimile: (404) 815-2424
chrisdaniel@paulhastings.com

and

LK Greenbacker, Esq.
Paul Hastings LLP
2050 M Street NW
Washington, D.C., 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
lkgreenbacker@paulhastings.com

*Special Regulatory Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Summary of Compensation by Project Category for the Fee Period**

**Summary of Compensation by Project Category for the Fee Period**

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B155  Court Hearings | 2.00 | $2,079.00 |
| B160   Employment / Fee Applications (Paul Hastings) | 9.50 | $10,239.38 |
| B215  Regulatory Matters for Voyager | 99.50 | $127,469.99 |
| B261  Investigations | 16.70 | $18,394.38 |
| **TOTAL** | **127.70** | **$158,182.75** |

**Exhibit B**

**Summary of Timekeepers for the Fee Period**

## Summary of Timekeepers for the Fee Period

| Name | Date of First Admission; Department; Practice Group | Hourly Rate Billed During Fee Period | Hours Billed During Fee Period | Fees Billed During Fee Period |
|---|---|---|---|---|
| **Partner** | | | | |
| Bell, Katherine | 2001, Finance | $1,700.00 | 2.60 | $4,420.00 |
| Boylan, Meredith | 2002, Litigation, Investigation & White Collar Defense | $1,450.00 | 3.70 | $5,365.00 |
| Daniel, Chris | 1999, Corporate, Fintech and Payments Group | $1,700.00 | 6.20 | $10,540.00 |
| Morgan, Nicholas | 1993, Litigation, Investigation & White Collar Defense | $1,700.00 | 15.20 | $25,840.00 |
| Murphy, Matt | 1999, Corporate, Financial Restructuring | $1,750.00 | 0.40 | $700.00 |
| Sibbitt, Eric | 1997, Fintech and Payments Group | $1,550.00 | 11.20 | $17,360.00 |
| **Total Partner:** | | | **39.30** | **$64,225.00** |
| **Counsel** | | | | |
| Greenbacker, Lauren | 2014, Corporate, Fintech and Payments Group | $1,318.75 | 16.80 | $23,940.00 |
| Micheli, Matthew | 2002, Corporate, Finance & Restructuring | $1,650.00 | 6.90 | $11,385.00 |
| Stevenson, Braddock | 2008, Fintech and Payments Group | $1,450.00 | 2.20 | $3,190.00 |
| Traxler, Katherine | 1990, Corporate, Financial Restructuring | $1,025.00 | 1.50 | $1,537.50 |
| **Total Counsel:** | | | **27.40** | **$40,052.50** |
| **Associate** | | | | |
| Cass, Erin | 2016, Litigation, Investigation & White Collar Defense | $1,318.75 | 5.80 | $7,648.75 |
| Glogowski, Angelika | 2021, Corporate, Financial Restructuring | $793.75 | 5.30 | $4,206.88 |

| Name | Date of First Admission; Department; Practice Group | Hourly Rate Billed During Fee Period | Hours Billed During Fee Period | Fees Billed During Fee Period |
|---|---|---|---|---|
| Hwang, Philip | 2021, Litigation, Investigation & White Collar Defense | $881.25 | 4.10 | $3,613.13 |
| Khoury, Gabriel | 2021, Fintech and Payments Group | $793.75 | 27.90 | $22,145.63 |
| Lersch, Kelly | 2018, Corporate, Fintech and Payments Group | $1,068.75 | 7.80 | $8,336.25 |
| Nizamian, Andrew | 2017, Fintech and Payments Group | $1,100.00 | 1.80 | $1,980.00 |
| Shields, Maggie | Litigation, Investigation & White Collar Defense | $768.75 | 6.70 | $5,150.63 |
| **Total Associate:** | | | **59.40** | **$53,081.25** |
| **Paraprofessional** | | | | |
| Magzamen, Michael | Corporate, Financial Restructuring | $540.00 | 1.10 | $594.00 |
| Smith, Lindsay | Litigation, Intellectual Property | $460.00 | 0.50 | $230.00 |
| **Total Paraprofessional:** | | | **1.60** | **$824.00** |
| **Subtotal:** | | | **127.70** | **$158,182.75** |
| **Less 20% Fee Reduction:**[1] | | | | **(31,636.55)** |
| **Total:** | | | **127.70** | **$126,546.20** |

---

[1]     At the time of Paul Hastings' engagement in July 2021, as a courtesy to the Debtors and based on circumstances unique to this client at that time, Paul Hastings reduced its hourly rates by twenty percent (20%).

**Exhibit C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense Category | Total Expenses |
|---|---:|
| Courier Service | $109.41 |
| **TOTAL** | **$109.41** |

## **Exhibit D**

**Monthly Statements for the Fee Period**



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and   June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor
33 Irving Place                                    Please Refer to
New York, NY 10003                                 Invoice Number: 2363371

Attn: David Brosgol                                PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Regulatory and Contractual Matters**
PH LLP Client/Matter # 49164-00002
Chris Daniel

Legal fees for professional services
for the period ending May 19, 2023                         $3,795.00

       Less 20% Discount                                   (759.00)

    **Current Fees and Costs Due**                        **$3,036.00**

    **Total Balance Due - Due Upon Receipt**              **$3,036.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| --- |
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and   June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor
33 Irving Place                                           Please Refer to
New York, NY 10003                                        Invoice Number: 2363371

Attn: David Brosgol                                       PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Regulatory and Contractual Matters**
PH LLP Client/Matter # 49164-00002
Chris Daniel

| | |
|---|---:|
| Legal fees for professional services for the period ending May 19, 2023 | $3,795.00 |
| Less 20% Discount | (759.00) |
| **Current Fees and Costs Due** | **$3,036.00** |
| **Total Balance Due - Due Upon Receipt** | **$3,036.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and
Voyager Digital, LLC Debtors-in-Possession
3rd Floor
33 Irving Place
New York, NY 10003

June 30, 2023

Please Refer to
Invoice Number: 2363371

Attn: David Brosgol

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 19, 2023

| Regulatory and Contractual Matters | | $3,795.00 |
|---|---|---|
| Less 20% Discount | | (759.00) |
| | | $3,036.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B160** | **Fee/Employment Applications** | | | | |
| 05/01/2023 | MM53 | Analysis of fee application issues. | 0.10 | 1,650.00 | 165.00 |
| 05/17/2023 | MM53 | Telephone conference with A. Glogowski regarding Voyager fee application | 0.40 | 1,650.00 | 660.00 |
| 05/18/2023 | MM53 | Review and comment on Voyager fee applications | 0.70 | 1,650.00 | 1,155.00 |
| 05/18/2023 | MM53 | Review invoice details for Voyager second interim fee application. | 0.20 | 1,650.00 | 330.00 |
| 05/19/2023 | MM53 | Telephone conference with A. Glogowski regarding Voyager fee application | 0.30 | 1,650.00 | 495.00 |
| 05/19/2023 | MM53 | Analyze issues to be resolved regarding fee applications | 0.60 | 1,650.00 | 990.00 |
| | **Subtotal: B160  Fee/Employment Applications** | | **2.30** | | **3,795.00** |
| **Total** | | | **2.30** | | **3,795.00** |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                    Page 2
Voyager Digital, LLC Debtors-in-Possession
49164-00002
Invoice No. 2363371

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| MM53 | Matthew Micheli | Of Counsel | 2.30 | 1,650.00 | 3,795.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$3,036.00** |
| **Total Balance Due - Due Upon Receipt** | | **$3,036.00** |



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and    June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor                                          Please Refer to
33 Irving Place                                    Invoice Number: 2363372
New York, NY 10003

Attn: David Brosgol                                PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**State and Federal Investigations**
PH LLP Client/Matter # 49164-00003
Chris Daniel

| | |
|---|---:|
| Legal fees for professional services for the period ending May 19, 2023 | $26,053.12 |
| Less 20% Discount | (5,210.62) |
| **Current Fees and Costs Due** | **$20,842.50** |
| **Total Balance Due - Due Upon Receipt** | **$20,842.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and
Voyager Digital, LLC Debtors-in-Possession
3rd Floor
33 Irving Place
New York, NY 10003

June 30, 2023

Please Refer to
Invoice Number: 2363372

Attn: David Brosgol

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**State and Federal Investigations**
PH LLP Client/Matter # 49164-00003
Chris Daniel

| | |
|---|---:|
| Legal fees for professional services for the period ending May 19, 2023 | $26,053.12 |
| Less 20% Discount | (5,210.62) |
| **Current Fees and Costs Due** | **$20,842.50** |
| **Total Balance Due - Due Upon Receipt** | **$20,842.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
|   Paul Hastings LLP |
|   Lockbox 4803 |
|   PO Box 894803 |
|   Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

| | |
|---|---|
| Voyager Digital Holdings, Inc., Voyager Digital Ltd. and Voyager Digital, LLC Debtors-in-Possession | June 30, 2023 |
| 3rd Floor | Please Refer to |
| 33 Irving Place | Invoice Number: 2363372 |
| New York, NY 10003 | |
| Attn: David Brosgol | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 19, 2023

| **State and Federal Investigations** | **$26,053.12** |
|---|---|
| Less 20% Discount | (5,210.62) |
| | **$20,842.50** |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B215** | **Regulatory Matters for Voyager** | | | | |
| 05/01/2023 | NM11 | Correspond with client, P. Hwang, K&E regarding CFTC requests | 0.90 | 1,700.00 | 1,530.00 |
| 05/01/2023 | PMH1 | Correspond with client regarding document production in connection with CFTC (.5); correspond with KE vendor regarding CFTC production (.5); prepare search terms in connection with CFTC subpoena request (1.1) | 2.10 | 881.25 | 1,850.62 |
| 05/02/2023 | NM11 | Correspond with client, K&E, and P. Hwang regarding regulatory inquiries from CFTC and SEC (.6); consider same (.3); comment on response to same (.2) | 1.10 | 1,700.00 | 1,870.00 |
| 05/02/2023 | PMH1 | Correspond with KE vendor re CFTC follow-up request | 0.20 | 881.25 | 176.25 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                    Page 2
Voyager Digital, LLC Debtors-in-Possession
49164-00003
Invoice No. 2363372

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/03/2023 | NM11 | Correspond with client, K&E, L. Greenbacker, and P. Hwang regarding Voyager liquidation and SEC matters (.3); call with C. Daniel regarding SEC claims and states' securities commissions' claims (.4) | 0.70 | 1,700.00 | 1,190.00 |
| 05/03/2023 | PMH1 | Correspond with CFTC regarding subpoena (.3); correspond with KE vendor regarding the same (.2) | 0.50 | 881.25 | 440.62 |
| 05/04/2023 | NM11 | Correspond with client, K&E, L. Greenbacker, and P. Hwang regarding regulatory requests related to liquidation (.4); review and comment on same (.3) | 0.70 | 1,700.00 | 1,190.00 |
| 05/05/2023 | NM11 | Correspond with client, K&E, C. Daniel, and P. Hwang regarding regulatory aspects of Voyager transition (.7); prepare follow up notes regarding next steps (.2) | 0.90 | 1,700.00 | 1,530.00 |
| 05/06/2023 | NM11 | Correspond with client, K&E, C. Daniel, L. Greenbacker, plan administrator's counsel, and P. Hwang regarding Voyager liquidation, regulatory steps, and related regulatory inquiries | 0.50 | 1,700.00 | 850.00 |
| 05/08/2023 | NM11 | Correspond with client, K&E, L. Greenbacker, and P. Hwang regarding regulatory matters involved in liquidation and transition (.4); consider and comment on same (.2) | 0.60 | 1,700.00 | 1,020.00 |
| 05/09/2023 | NM11 | Correspond with client, K&E, P. Hwang, and E. Sibbitt regarding regulatory next steps for Voyager | 0.60 | 1,700.00 | 1,020.00 |
| 05/10/2023 | NM11 | Correspond with client, K&E, C. Daniel, E. Sibbitt, and P. Hwang regarding regulatory needs and next steps in liquidation (.6); follow up analysis of same (.3); comment on same (.2) | 1.10 | 1,700.00 | 1,870.00 |
| 05/11/2023 | NM11 | Correspond with client, K&E counsel, C. Daniel, and P. Hwang regarding regulatory inquiries related to Voyager liquidation | 0.60 | 1,700.00 | 1,020.00 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                   Page 3
Voyager Digital, LLC Debtors-in-Possession
49164-00003
Invoice No. 2363372

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/12/2023 | NM11 | Correspond with client, K&E, L. Greenbacker and P. Hwang regarding Voyager liquidation and related regulatory requests (.8); review and comment on regulatory requests (.3) | 1.10 | 1,700.00 | 1,870.00 |
| 05/15/2023 | NM11 | Correspond with K&E, client, and plan administrator counsel regarding SEC issues | 1.10 | 1,700.00 | 1,870.00 |
| 05/15/2023 | NM11 | Prepare board presentation analyzing SEC settlement proposal | 2.00 | 1,700.00 | 3,400.00 |
| 05/16/2023 | NM11 | Review and prepare notes on SEC issues (.4); participate in board meeting with E. Sibbitt regarding SEC issues (.6) | 1.00 | 1,700.00 | 1,700.00 |
| 05/18/2023 | PMH1 | Prepare outline regarding Voyager matters with federal and state securities regulators and CFTC in connection with liquidation | 1.30 | 881.25 | 1,145.62 |
| 05/19/2023 | NM11 | Review and revise regulatory overview from P. Hwang | 0.30 | 1,700.00 | 510.00 |
| | | **Subtotal: B215  Regulatory Matters for Voyager** | **17.30** | | **26,053.12** |
| | **Total** | | **17.30** | | **26,053.12** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| NM11 | Nicolas Morgan | Partner | 13.20 | 1,700.00 | 22,440.00 |
| PMH1 | Philip M. Hwang | Associate | 4.10 | 881.25 | 3,613.12 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$20,842.50** |
| **Total Balance Due - Due Upon Receipt** | | **$20,842.50** |



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com


Voyager Digital Holdings, Inc., Voyager Digital Ltd. and    June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor                                                  Please Refer to
33 Irving Place                                            Invoice Number: 2363373
New York, NY 10003

Attn: David Brosgol                                        PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**General Securities Matters**
PH LLP Client/Matter # 49164-00008
Chris Daniel

| | |
|---|---:|
| Legal fees for professional services for the period ending May 19, 2023 | $42,810.62 |
| Less 20% Discount | (8,562.12) |
| **Current Fees and Costs Due** | **$34,248.50** |
| **Total Balance Due - Due Upon Receipt** | **$34,248.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA 90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and   June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor
33 Irving Place                                            Please Refer to
New York, NY 10003                                         Invoice Number: 2363373

Attn: David Brosgol                                        PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**General Securities Matters**
PH LLP Client/Matter # 49164-00008
Chris Daniel

Legal fees for professional services
for the period ending May 19, 2023                                    $42,810.62

        Less 20% Discount                                     (8,562.12)

    **Current Fees and Costs Due**                               **$34,248.50**

    **Total Balance Due - Due Upon Receipt**                     **$34,248.50**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| --- |
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and   June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor                                                 Please Refer to
33 Irving Place                                           Invoice Number: 2363373
New York, NY 10003

Attn: David Brosgol                                       PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 19, 2023

## General Securities Matters                              $42,810.62
Less 20% Discount                                   (8,562.12)
$34,248.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B215** | **Regulatory Matters for Voyager** | | | | |
| 05/03/2023 | CD5 | Call with N. Morgan regarding SEC claims and states' securities commissions' claims | 0.40 | 1,700.00 | 680.00 |
| 05/03/2023 | ECS3 | Telephone conference with D. Brosgol regarding securities law matters | 0.50 | 1,550.00 | 775.00 |
| 05/08/2023 | ECS3 | Telephone conference with D. Brosgol to discuss SEC update | 0.50 | 1,550.00 | 775.00 |
| 05/16/2023 | ECS3 | Attend board meeting on SEC matters with N. Morgan | 0.60 | 1,550.00 | 930.00 |
| 05/16/2023 | ECS3 | Review and comment on documents regarding tokens for potential token sales | 0.90 | 1,550.00 | 1,395.00 |
| 05/16/2023 | GK6 | Analyze SEC Regulation S and how a security initially sold in a public offering without registration statement can be resold in compliance with federal securities laws (5.9); correspond with E. Sibbitt regarding the same (0.6) | 6.50 | 793.75 | 5,159.38 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                              Page 2
Voyager Digital, LLC Debtors-in-Possession
49164-00008
Invoice No. 2363373

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/17/2023 | ECS3 | Analyze application of statute of limitation on securities law claims | 1.00 | 1,550.00 | 1,550.00 |
| 05/17/2023 | GK6 | Further analyze and prepare memorandum summarizing SEC Regulation S, Rule 144, and how a security initially sold in a public offering without registration statement can be resold in compliance with federal securities laws (6.4); analyze related token affiliations (1.6); correspond with E. Sibbitt regarding the same (0.5) | 8.50 | 793.75 | 6,746.88 |
| 05/17/2023 | NM11 | Analyze statute of limitations issue for regulatory matters in connection with liquidation | 0.90 | 1,700.00 | 1,530.00 |
| 05/18/2023 | ECS3 | Review and revise memo regarding securities law considerations for resale of assets | 1.20 | 1,550.00 | 1,860.00 |
| 05/18/2023 | GK6 | Prepare memorandum summarizing SEC Regulation S, Rule 144, and how a security initially sold in a public offering without registration statement can be resold in compliance with federal securities laws (4.9); analyze related token affiliations (1.1); analyze legislative history of Regulations S (1.1); correspond with E. Sibbitt regarding the same (0.5) | 7.60 | 793.75 | 6,032.50 |
| 05/19/2023 | ECS3 | Draft parts of memorandum on securities law considerations for resale of assets | 5.40 | 1,550.00 | 8,370.00 |
| 05/19/2023 | ECS3 | Correspond with D. Brosgol and N. Morgan regarding token resale analysis and related SEC matters | 0.60 | 1,550.00 | 930.00 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                    Page 3
Voyager Digital, LLC Debtors-in-Possession
49164-00008
Invoice No. 2363373

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/19/2023 | GK6 | Prepare memorandum summarizing SEC Regulation S, Rule 144, and how a security initially sold in a public offering without registration statement can be resold in compliance with federal securities laws (4.5); analyze related token affiliations (0.3); analyze legislative history of Regulations S (0.3); correspond with E. Sibbitt, N. Morgan, and A. Nizamian regarding the same (0.2) | 5.30 | 793.75 | 4,206.88 |
| 05/19/2023 | NM11 | Review token resale analysis (.8); correspond with D. Brosgol and E. Sibbitt regarding same (.3) | 1.10 | 1,700.00 | 1,870.00 |
| | | **Subtotal: B215  Regulatory Matters for Voyager** | **41.00** | | **42,810.62** |
| | **Total** | | **41.00** | | **42,810.62** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| CD5 | Chris Daniel | Partner | 0.40 | 1,700.00 | 680.00 |
| NM11 | Nicolas Morgan | Partner | 2.00 | 1,700.00 | 3,400.00 |
| ECS3 | Eric C. Sibbitt | Partner | 10.70 | 1,550.00 | 16,585.00 |
| GK6 | Gabriel Khoury | Associate | 27.90 | 793.75 | 22,145.62 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$34,248.50** |
| **Total Balance Due - Due Upon Receipt** | | **$34,248.50** |



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and    June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor                                              Please Refer to
33 Irving Place                                        Invoice Number: 2363374
New York, NY 10003

Attn: David Brosgol                                    PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**MTRA**
PH LLP Client/Matter # 49164-00009
Chris Daniel

| | |
|---|---:|
| Legal fees for professional services for the period ending May 19, 2023 | $67,129.62 |
| Less 20% Discount | (13,425.92) |
| | $53,703.70 |
| Costs incurred and advanced | 109.41 |
| **Current Fees and Costs Due** | **$53,813.11** |
| **Total Balance Due - Due Upon Receipt** | **$53,813.11** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and   June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor                                                 Please Refer to
33 Irving Place                                           Invoice Number: 2363374
New York, NY 10003

Attn: David Brosgol                                       PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**MTRA**
PH LLP Client/Matter # 49164-00009
Chris Daniel

| | |
|---|---:|
| Legal fees for professional services for the period ending May 19, 2023 | $67,129.62 |
| Less 20% Discount | (13,425.92) |
| | $53,703.70 |
| Costs incurred and advanced | 109.41 |
| **Current Fees and Costs Due** | **$53,813.11** |
| **Total Balance Due - Due Upon Receipt** | **$53,813.11** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and   June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor                                          Please Refer to
33 Irving Place                                    Invoice Number: 2363374
New York, NY 10003

Attn: David Brosgol                                PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 19, 2023

**MTRA**                                                          **$67,129.62**
                        Less 20% Discount                          (13,425.92)
                                                                  **$53,703.70**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 05/16/2023 | MM57 | Prepare for 5/17/23 hearing | 0.20 | 540.00 | 108.00 |
| 05/17/2023 | MM53 | Attend Voyager hearing regarding liquidation procedures. | 0.90 | 1,650.00 | 1,485.00 |
| 05/17/2023 | MM57 | Observe (listen-only line) hearing on liquidation procedures | 0.90 | 540.00 | 486.00 |
| | | **Subtotal: B155  Court Hearings** | **2.00** | | **2,079.00** |
| **B160** | **Fee/Employment Applications** | | | | |
| 05/02/2023 | AG29 | Review objections to PH fee application (.2); draft analysis of same (.2) | 0.40 | 793.75 | 317.50 |
| 05/03/2023 | AG29 | Correspond with M. Micheli regarding PH interim fee applications | 0.10 | 793.75 | 79.38 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                        Page 2
Voyager Digital, LLC Debtors-in-Possession
49164-00009
Invoice No. 2363374

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/12/2023 | AG29 | Correspond with M. Murphy, M. Micheli, C. Daniel regarding PH fee applications (.1); review application related documents (.7); draft analysis of same (.4) | 1.20 | 793.75 | 952.50 |
| 05/15/2023 | AG29 | Correspond with M. Micheli regarding April monthly fee statement | 0.10 | 793.75 | 79.38 |
| 05/15/2023 | KAT2 | Review correspondence from A. Glogowski regarding April services (.1); prepare monthly fee request for April services (.3); correspond with C. Edge and A. Glogowski regarding same (.1) | 0.50 | 1,025.00 | 512.50 |
| 05/17/2023 | AG29 | Correspond with M. Micheli regarding PH monthly fee statement and related timing (.2); telephone conference with M. Micheli regarding objections to PH fees (.4) | 0.60 | 793.75 | 476.25 |
| 05/17/2023 | MMM5 | Respond to fee estimate request from BRG | 0.40 | 1,750.00 | 700.00 |
| 05/18/2023 | AG29 | Correspond with M. Micheli, K. Traxler regarding PH fee application (.3); review objections, exhibits, and narratives related to same (1.2); draft analysis of same (.6) | 2.10 | 793.75 | 1,666.88 |
| 05/18/2023 | KAT2 | Review fee examiner letter regarding first interim fee application (.3); analyze fee examiner's comments and related authority and precedent (.3); correspond with A. Glogowski regarding response to same (.4) | 1.00 | 1,025.00 | 1,025.00 |
| 05/19/2023 | AG29 | Correspond with M. Micheli regarding PH retention application fees (.2); correspond with M. Murphy regarding same (.1); review documents related to same (.5) | 0.80 | 793.75 | 635.00 |
| | | **Subtotal: B160  Fee/Employment Applications** | **7.20** | | **6,444.38** |

**B215**     **Regulatory Matters for Voyager**

| | | | | | |
|------|------|------|------|------|------|
| 05/01/2023 | BJS4 | Analyze and revise liquidation plan in consideration of AML/KYC obligations | 1.10 | 1,450.00 | 1,595.00 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                    Page 3
Voyager Digital, LLC Debtors-in-Possession
49164-00009
Invoice No. 2363374

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/2023 | CD5 | Participate in call with client, L. Greenbacker, K. Lersch regarding regulatory needs in winddown | 0.50 | 1,700.00 | 850.00 |
| 05/01/2023 | CD5 | Correspond with L. Greenbacker and client regarding client's questions on loan collateral and regulatory implications | 0.40 | 1,700.00 | 680.00 |
| 05/01/2023 | KEB | Analyze documents regarding previous loan transactions and regulatory implications (.9); correspond with C. Daniel regarding same (.2) | 1.10 | 1,700.00 | 1,870.00 |
| 05/01/2023 | KLL1 | Telephone conference with client, C. Daniel, L. Greenbacker regarding liquidation plan and related regulatory issues | 0.50 | 1,068.75 | 534.38 |
| 05/01/2023 | LED | Review and comment on distribution procedures (1.1); correspond with B. Stevenson regarding liquidity plan and incorporate feedback on AML matters (.5); correspond with N. Morgan and incorporate feedback on SEC matters in liquidity plan (.4); attend weekly call with Voyager, C. Daniel and K. Lersch on regulatory issues with liquidation (.5); correspond with C. Daniel regarding liquidation matters (.4); correspond with surety regarding IL bond (.4); correspond with M. Micheli regarding liquidation process (.4) | 3.70 | 1,425.00 | 5,272.50 |
| 05/01/2023 | MM53 | Analyze SEC claims | 0.20 | 1,650.00 | 330.00 |
| 05/01/2023 | MM53 | Review and analyze regulatory aspects of liquidation procedures. | 0.40 | 1,650.00 | 660.00 |
| 05/01/2023 | MM53 | Review and revise regulatory aspects of liquidation procedures. | 0.50 | 1,650.00 | 825.00 |
| 05/02/2023 | BJS4 | Provide additional analysis on AML/KYC considerations based on risks of specific coins | 0.30 | 1,450.00 | 435.00 |
| 05/02/2023 | CD5 | Participate in call with client, K&E, L. Greenbacker, K. Lersch regarding regulatory matters in winddown | 0.30 | 1,700.00 | 510.00 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                          Page 4
Voyager Digital, LLC Debtors-in-Possession
49164-00009
Invoice No. 2363374

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/02/2023 | CD5 | Review and follow up on items discussed in regulatory call with client and K&E | 0.20 | 1,700.00 | 340.00 |
| 05/02/2023 | KLL1 | Telephone conference with client, K&E, L. Greenbacker, and C. Daniel regarding self-liquidation (.3); prepare memorandum regarding money transmission winddown compliance for purpose of claims negotiation and reconciliation (1.8) | 2.10 | 1,068.75 | 2,244.38 |
| 05/02/2023 | LED | Review privacy token-related matters (.4); correspond with Voyager regarding same (.2) | 0.60 | 1,425.00 | 855.00 |
| 05/02/2023 | LED | Correspond with K. Lersch regarding reporting matters (.2); attend call with C. Daniel, K. Lersch, K&E and Voyager regarding wind-down (.3); correspond with MTRA regarding liquidation matters (.3); review PH comments on K&E draft liquidation procedures (.7); analyze AML obligations (.3) | 1.80 | 1,425.00 | 2,565.00 |
| 05/02/2023 | MM53 | Review and revise regulatory aspects of liquidation procedures. | 0.20 | 1,650.00 | 330.00 |
| 05/03/2023 | LED | Correspond with K&E regarding liquidation procedures and timing considerations (.4); correspond with M. Micheli regarding same (.2); review updated liquidation procedures drafts (.4) | 1.00 | 1,425.00 | 1,425.00 |
| 05/04/2023 | BJS4 | Analyze Voyager liquidation plan for AML/KYC obligations | 0.20 | 1,450.00 | 290.00 |
| 05/04/2023 | CD5 | Participate in call with client, K&E regarding the crypto loan agreement and regulatory implications | 0.50 | 1,700.00 | 850.00 |
| 05/04/2023 | CD5 | Debrief correspondence with K. Bell regarding call with client and K&E regarding the crypto loan agreement and regulatory implications | 0.20 | 1,700.00 | 340.00 |
| 05/04/2023 | KEB | Analyze loan agreement and related documents and records regarding collateral packages (1.3); correspond with C. Daniel regarding same (.2) | 1.50 | 1,700.00 | 2,550.00 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                    Page 5
Voyager Digital, LLC Debtors-in-Possession
49164-00009
Invoice No. 2363374

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/04/2023 | LED | Review liquidation procedures (.3); review correspondence from Voyager regarding distribution controls (.2) | 0.50 | 1,425.00 | 712.50 |
| 05/05/2023 | LED | Review AML queries from Voyager (.3); correspond with B. Stevenson regarding same (.2) | 0.50 | 1,425.00 | 712.50 |
| 05/08/2023 | CD5 | Participate in call with client, L. Greenbacker, and K. Lersch regarding open regulatory matters and next steps (.2); outline next steps in regulatory process (.2) | 0.40 | 1,700.00 | 680.00 |
| 05/08/2023 | KLL1 | Telephone conference with L. Greenbacker, C. Daniel, and client regarding winddown | 0.20 | 1,068.75 | 213.75 |
| 05/08/2023 | LED | Review liquidation procedures filed with bankruptcy court (.3); correspond with K&E regarding same (.2) | 0.50 | 1,425.00 | 712.50 |
| 05/08/2023 | LED | Attend regulatory/liquidation call with C. Daniel, K. Lersch and Voyager (.2); review regulatory issues related to liquidation (.3) | 0.50 | 1,425.00 | 712.50 |
| 05/09/2023 | BJS4 | Call with Voyager, C. Daniel, K. Lersch, and LK Greenbacker on KYC obligations for distribution (.5); prepare notes regarding KYC obligations in liquidation (.1) | 0.60 | 1,450.00 | 870.00 |
| 05/09/2023 | CD5 | Conference with LK Greenbacker regarding update from Voyager/K&E call regarding regulatory needs in winddown | 0.10 | 1,700.00 | 170.00 |
| 05/09/2023 | CD5 | Call with client, B. Stevenson, L. Greenbacker, and K. Lersch regarding regulatory aspects of distribution of assets and AML/sanctions (.5); review and comment on AML/sanctions (.3) | 0.80 | 1,700.00 | 1,360.00 |
| 05/09/2023 | KLL1 | Telephone conference with client, L. Greenbacker, and Kirkland regarding closing (.2); telephone conference with L. Greenbacker, C. Daniel, B. Stevenson, and client regarding AML considerations (.5) | 0.70 | 1,068.75 | 748.12 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and          Page 6
Voyager Digital, LLC Debtors-in-Possession
49164-00009
Invoice No. 2363374

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/09/2023 | LED | Attend call with K. Lersch, K&E and Voyager regarding wind-down next steps (.2); consider regulatory next steps (.2); attend call with Voyager, C. Daniel, K. Lersch, and B. Stevenson regarding wind-down procedures (.5); follow up call with C. Daniel regarding same (.1) | 1.00 | 1,425.00 | 1,425.00 |
| 05/10/2023 | CD5 | Call with M. Micheli and LK Greenbacker regarding claims process for purchasers of claims and related regulatory/AML issues | 0.50 | 1,700.00 | 850.00 |
| 05/10/2023 | CD5 | Conference with LK Greenbacker regarding debriefing on call with State Banking Department and winddown procedures | 0.30 | 1,700.00 | 510.00 |
| 05/10/2023 | KLL1 | Telephone conference with MTRA, L. Greenbacker, and M. Micheli regarding regulatory aspects of liquidation | 0.50 | 1,068.75 | 534.38 |
| 05/10/2023 | LED | Attend call with C. Daniel and M. Micheli regarding regulatory aspects related to sale of claims (.5); summarize analysis of same for Voyager (.6); review regulatory next steps to prepare for MTRA call (.1); attend MTRA call with M. Micheli and K. Lersch (.5); debrief with C. Daniel regarding regulatory next steps (.3) | 2.00 | 1,425.00 | 2,850.00 |
| 05/10/2023 | MM53 | Attend MTRA call with K. Lersch and L. Greenbacker | 0.50 | 1,650.00 | 825.00 |
| 05/10/2023 | MM53 | Telephone conference with LK Greenbacker and C. Daniel regarding regulatory matters related to plan and claims process | 0.50 | 1,650.00 | 825.00 |
| 05/12/2023 | CD5 | Review correspondence from K. Tierney of Arkansas Securities Department regarding $135 MM estate holdback and regulatory implications | 0.30 | 1,700.00 | 510.00 |
| 05/12/2023 | LED | Revise FinCEN section of memorandum on Voyager licensing and registration matters | 0.40 | 1,425.00 | 570.00 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                    Page 7
Voyager Digital, LLC Debtors-in-Possession
49164-00009
Invoice No. 2363374

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/15/2023 | CD5 | Participate in call with client and K. Lersch regarding regulatory needs in winddown and next steps | 0.30 | 1,700.00 | 510.00 |
| 05/15/2023 | ECS3 | Review liquidation procedures and regulatory requirements | 0.50 | 1,550.00 | 775.00 |
| 05/15/2023 | KLL1 | Prepare correspondence to surety broker regarding surety bonds (.1); telephone conference with N. Valmores, E. Gianetta, B. Nistler, and C. Daniel regarding regulatory aspects of liquidation (.3) | 0.40 | 1,068.75 | 427.50 |
| 05/15/2023 | MM53 | Revise memorandum on licensing issues. | 0.70 | 1,650.00 | 1,155.00 |
| 05/16/2023 | CD5 | Participate in call with K&E, client, K. Lersch regarding regulatory needs in winddown and next steps | 0.30 | 1,700.00 | 510.00 |
| 05/16/2023 | KLL1 | Telephone conference with C. Daniel, E. Gianetta, B. Nistler, D. Brosgol, and A. Smith regarding regulatory aspects of Voyager winddown (.3); prepare correspondence to MTRA regarding liquidation procedures (.6); analyze and comment on entity registrations (.4) | 1.30 | 1,068.75 | 1,389.38 |
| 05/16/2023 | LED | Correspond with K. Lersch regarding MTRA queries regarding liquidation (.3); review correspondence from Voyager regarding secretary of state registrations (.2) | 0.50 | 1,425.00 | 712.50 |
| 05/16/2023 | MM53 | Analyze regulatory needs related to effective date. | 0.40 | 1,650.00 | 660.00 |
| 05/17/2023 | CD5 | Correspond with K. Lersch and K. Thrasher regarding MTRA call today and result of today's hearing | 0.30 | 1,700.00 | 510.00 |
| 05/17/2023 | KLL1 | Further review entity registrations (.2); prepare correspondence to E. Gianetta regarding entity registrations (.1); update regulatory items tracker for winddown trustee (.2) | 0.50 | 1,068.75 | 534.38 |
| 05/17/2023 | MM53 | Analyze regulatory needs related to effective date. | 0.30 | 1,650.00 | 495.00 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                    Page 8
Voyager Digital, LLC Debtors-in-Possession
49164-00009
Invoice No. 2363374

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/18/2023 | KLL1 | Prepare regulatory items tracker for plan administrator | 0.60 | 1,068.75 | 641.25 |
| 05/18/2023 | LED | Prepare regulatory tracker requested by Voyager (.3); correspond with K. Lersch regarding plan confirmation hearing and MTRA requests (.3); correspond with K&E regarding regulatory matters in connection with liquidation (.2) | 0.80 | 1,425.00 | 1,140.00 |
| 05/19/2023 | AAN1 | Analyze and comment on resale of unregistered securities | 1.80 | 1,100.00 | 1,980.00 |
| 05/19/2023 | CD5 | Correspond with LK Greenbacker and K. Lersch regarding licensing and registration memo relating to Voyager transition | 0.10 | 1,700.00 | 170.00 |
| 05/19/2023 | CD5 | Revise licensing and registration memo relating to Voyager transition | 0.30 | 1,700.00 | 510.00 |
| 05/19/2023 | KLL1 | Prepare response to MTRA regarding regulatory implications of liquidation procedures hearing and winddown | 1.00 | 1,068.75 | 1,068.75 |
| 05/19/2023 | LED | Review and revise licensing and registration memorandum for transition team (.6); correspond with C. Daniel, K. Lersch regarding transition updates requested by client (.6); prepare correspondence to Voyager regarding email from TN and next steps (.4); review and comment on hearing summary requested by MTRA (.4); correspond with M. Micheli regarding regulatory aspects of liquidation (.2); prepare regulatory tracker requested by Voyager for transition team (.6); correspond with C. Daniel regarding TN matters (.2) | 3.00 | 1,425.00 | 4,275.00 |
| **Subtotal: B215  Regulatory Matters for Voyager** | | | **41.20** | | **58,606.25** |
| **Total** | | | **50.40** | | **67,129.62** |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                    Page 9
Voyager Digital, LLC Debtors-in-Possession
49164-00009
Invoice No. 2363374

---

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| MMM5 | Matt M. Murphy | Partner | 0.40 | 1,750.00 | 700.00 |
| CD5 | Chris Daniel | Partner | 5.80 | 1,700.00 | 9,860.00 |
| KEB | Katherine E. Bell | Partner | 2.60 | 1,700.00 | 4,420.00 |
| ECS3 | Eric C. Sibbitt | Partner | 0.50 | 1,550.00 | 775.00 |
| MM53 | Matthew Micheli | Of Counsel | 4.60 | 1,650.00 | 7,590.00 |
| BJS4 | Braddock J. Stevenson | Of Counsel | 2.20 | 1,450.00 | 3,190.00 |
| LED | Lauren-Kelly E. D. Greenbacker | Of Counsel | 16.80 | 1,425.00 | 23,940.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 1.50 | 1,025.00 | 1,537.50 |
| AAN1 | Andrew A. Nizamian | Associate | 1.80 | 1,100.00 | 1,980.00 |
| KLL1 | Kelly L. Lersch | Associate | 7.80 | 1,068.75 | 8,336.25 |
| AG29 | Angelika S. Glogowski | Associate | 5.30 | 793.75 | 4,206.88 |
| MM57 | Michael Magzamen | Paralegal | 1.10 | 540.00 | 594.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 05/04/2023 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543183; 05/04/2023; K. Traxler; 1Z9305430192528736 (MAN) | | | 34.37 |
| 05/19/2023 | UPS/Courier Service - Federal Express, Invoice# 8-136-51816 Dated 05/19/23, Package from Matthew Wilkoff to Kelly Lersch. | | | 75.04 |
| **Total Costs incurred and advanced** | | | | **$109.41** |

| | |
|---|---|
| **Current Fees and Costs** | **$53,813.11** |
| **Total Balance Due - Due Upon Receipt** | **$53,813.11** |



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and    June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor
33 Irving Place                                            Please Refer to
New York, NY 10003                                         Invoice Number: 2363375

Attn: David Brosgol                                        PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Confidential FTC Investigation**
PH LLP Client/Matter # 49164-00011
Chris Daniel

Legal fees for professional services
for the period ending May 19, 2023                                    $18,394.38
             Less 20% Discount                                (3,678.88)
        **Current Fees and Costs Due**                        **$14,715.50**
        **Total Balance Due - Due Upon Receipt**              **$14,715.50**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| --- |
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and    June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor                                                   Please Refer to
33 Irving Place                                             Invoice Number: 2363375
New York, NY 10003

Attn: David Brosgol                                         PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Confidential FTC Investigation**
PH LLP Client/Matter # 49164-00011
Chris Daniel

| | |
|---|---:|
| Legal fees for professional services for the period ending May 19, 2023 | $18,394.38 |
| Less 20% Discount | (3,678.88) |
| **Current Fees and Costs Due** | **$14,715.50** |
| **Total Balance Due - Due Upon Receipt** | **$14,715.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
1170 Peachtree Street, NE, Suite 100, Atlanta, GA 30309
t: +1.404.815.2400 | f: +1.404.815.2424 | www.paulhastings.com

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and June 30, 2023
Voyager Digital, LLC Debtors-in-Possession
3rd Floor                                    Please Refer to
33 Irving Place                              Invoice Number: 2363375
New York, NY 10003

Attn: David Brosgol                          PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 19, 2023

| **Confidential FTC Investigation** | **$18,394.38** |
|---|---|
| Less 20% Discount | (3,678.88) |
| | **$14,715.50** |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B261** | **Investigations** | | | | |
| 05/01/2023 | EC1 | Respond to B. Nistler regarding production (0.2); review and finalize responses and production to Bureau (0.5) | 0.70 | 1,318.75 | 923.12 |
| 05/01/2023 | MS69 | Summarize DR 11 responses for client | 0.20 | 768.75 | 153.75 |
| 05/02/2023 | LLD2 | Update production log and related FTC documents | 0.50 | 460.00 | 230.00 |
| 05/03/2023 | MS69 | Review productions and summarize outstanding document requests and interrogatories | 2.20 | 768.75 | 1,691.25 |
| 05/03/2023 | MS69 | Draft summary of document productions to date | 0.90 | 768.75 | 691.88 |
| 05/03/2023 | MS69 | Meet with M. Boylan to discuss production to FTC | 0.50 | 768.75 | 384.38 |
| 05/03/2023 | MB28 | Conference with M. Shields regarding FTC responses (Rog 33, DR8-9, DR12, DR20-23) | 0.50 | 1,450.00 | 725.00 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                                    Page 2
Voyager Digital, LLC Debtors-in-Possession
49164-00011
Invoice No. 2363375

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/2023 | MS69 | Draft responses to Interrogatories 8, 9, 10, 11 and Document Request 18 | 2.10 | 768.75 | 1,614.38 |
| 05/10/2023 | EC1 | Draft responses to interrogatories | 2.50 | 1,318.75 | 3,296.88 |
| 05/10/2023 | MB28 | Review and finalize response to Interrogatories 12, 13, 14 (1.5); review and comment on response to Interrogatory No. 4 (.8) | 2.30 | 1,450.00 | 3,335.00 |
| 05/11/2023 | EC1 | Review and revise interrogatory responses (1.2); draft email to client regarding same (0.2) | 1.40 | 1,318.75 | 1,846.25 |
| 05/11/2023 | MS69 | Update objections and responses to FTC requests | 0.50 | 768.75 | 384.38 |
| 05/11/2023 | MB28 | Revise draft responses (Nos. 4, 24) | 0.20 | 1,450.00 | 290.00 |
| 05/12/2023 | EC1 | Review and comment on revised interrogatory responses | 1.00 | 1,318.75 | 1,318.75 |
| 05/12/2023 | MS69 | Review past disclosures for objections and responses to FTC | 0.30 | 768.75 | 230.62 |
| 05/14/2023 | MB28 | Review and revise Interrogatory Nos. 3 / 18 and DR 12 | 0.70 | 1,450.00 | 1,015.00 |
| 05/16/2023 | EC1 | Email FTC regarding production | 0.20 | 1,318.75 | 263.75 |
| | | **Subtotal: B261 Investigations** | **16.70** | | **18,394.38** |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | | | **16.70** | | **18,394.38** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| MB28 | Meredith Boylan | Partner | 3.70 | 1,450.00 | 5,365.00 |
| EC1 | Erin Cass | Associate | 5.80 | 1,318.75 | 7,648.75 |
| MS69 | Maggie Shields | Associate | 6.70 | 768.75 | 5,150.62 |
| LLD2 | Lindsay Smith | Paralegal | 0.50 | 460.00 | 230.00 |

Voyager Digital Holdings, Inc., Voyager Digital Ltd. and                    Page 3
Voyager Digital, LLC Debtors-in-Possession
49164-00011
Invoice No. 2363375

| | |
|---|---|
| **Current Fees and Costs** | **$14,715.50** |
| **Total Balance Due - Due Upon Receipt** | **$14,715.50** |