UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 30, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Voyager Digital Holdings, Inc. Attn: David Brosgol and Brian Nistler at 33 Irving Place Suite 3060, New York, NY 10003, and via electronic mail on the service list attached hereto as **Exhibit A**:

- **Seventh Monthly Fee Statement of ArentFox Schiff LLP, Special Counsel for Voyager Digital Holdings, Inc., for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from May 1, 2023 Through May 19, 2023** (Docket No. 1498)

- **Fifth Monthly Fee Statement of Potter Anderson & Corroon LLP for Compensation for Services and Reimbursement of Expenses as Delaware Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2023 Through May 19, 2023** (Docket No. 1499)

- **Second Interim and Final Fee Application of Potter Anderson & Corroon LLP, as Delaware Counsel to the Debtors and Debtors in Possession, for the (I) the Second Interim Fee Period from March 1, 2023 Through May 19, 2023 and (II) the Final Fee Period from November 30, 2022 Through May 19, 2023** (Docket No. 1500)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

- **Application of ArentFox Schiff LLP, Special Counsel for Voyager Digital Holdings, Inc., for (A) Interim Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from March 1, 2023 Through May 19, 2023; and (B) Final Allowance of Compensation and Reimbursement of Expenses Incurred During the Period from November 10, 2022 Through May 19, 2023** (Docket No. 1501)

- **Second Interim and Final Fee Application of Katten Muchin Rosenman LLP, Special Counsel to Voyager Digital Ltd., at the Direction of Its Independent Director, for the (I) Interim Fee Period from March 1, 2023 Through and Including May 19, 2023 and (II) the Total Fee Period from November 11, 2022 Through and Including May 19, 2023** (Docket No. 1503)



Dated: July 5, 2023

Gregory A. Lesage

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of July, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A

**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, P.C., CHRISTOPHER MARCUS, P.C., CHRISTINE A. OKIKE, P.C. AND ALLYSON B. SMITH | | JSUSSBERG@KIRKLAND.COM ALLYSON.SMITH@KIRKLAND.COM SUSAN.GOLDEN@KIRKLAND.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | RICHARD.MORRISSEY@USDOJ.GOV MARK.BRUH@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN | DAZMAN@MWE.COM JCALANDRA@MWE.COM JBEVANS@MWE.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1