**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A** and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Tenth Monthly Fee Statement of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors During the Period from April 1, 2023 Through May 19, 2023** (Docket No. 1504)

- **Third Interim and Final Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors During the Period from July 5, 2022 Through May 19, 2023** (Docket No. 1505)

- **Third Interim and Final Application of Stretto, Inc. For Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtors for the (I) Third Interim Period from March 1, 2023 Through May 18, 2023, and (II) Final Fee Period from July 5, 2022 Through May 18, 2023** (Docket No. 1509)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013).  The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

- **Third Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the (I) Interim Fee Period from March 1, 2023 Through and Including May 19, 2023, and the (II) Final Fee Period from July 5, 2022 Through and Including May 19, 2023** (Docket No. 1513)

- **Third Interim and Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel to Voyager Digital LLC for Compensation for Professional Services Rendered and Reimbursement of Expenses** (Docket No. 1515)

- **Fifth Monthly Fee Statement of Paul Hastings LLP for Compensation for Services and Reimbursement of Expenses as Special Regulatory Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2023 Through March 31, 2023** (Docket No. 1517)

- **Sixth Monthly Fee Statement of Paul Hastings LLP for Compensation for Services and Reimbursement of Expenses as Special Regulatory Counsel to the Debtors and Debtors in Possession for the Period from April 1, 2023 Through April 30, 2023** (Docket No. 1518)

- **Seventh Monthly Fee Statement of Paul Hastings LLP for Compensation for Services and Reimbursement of Expenses as Special Regulatory Counsel to the Debtors and Debtors in Possession for the Period from May 1, 2023 Through May 19, 2023** (Docket No. 1519)

- **Third Interim and Final Fee Application of Paul Hastings LLP, Special Regulatory Counsel for the Debtors and Debtors in Possession, for the Period from July 5, 2022 Through and Including May 19, 2023** (Docket No. 1520)

Dated: July 5, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of July, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# <u>Exhibit A</u>

**Exhibit A**
Served via First Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| LORI LAPIN JONES PLLC | ATTN: LORI LAPIN JONES, ESQ. | 98 CUTTER MILL ROAD STE 255 SOUTH | GREAT NECK | NY | 11021 |
| VOYAGER DIGITAL HOLDINGS, INC. | ATTN: DAVID BROSGOL & BRIAN NISTLER | 33 IRVING PLACE SUITE 3060 | NEW YORK | NY | 10003 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# <u>Exhibit B</u>

**STRETTO**

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, P.C., CHRISTOPHER MARCUS, P.C., CHRISTINE A. OKIKE, P.C. AND ALLYSON B. SMITH | | JSUSSBERG@KIRKLAND.COM ALLYSON.SMITH@KIRKLAND.COM SUSAN.GOLDEN@KIRKLAND.COM |
| LORI LAPIN JONES PLLC | ATTN: LORI LAPIN JONES, ESQ. | | LJONES@JONESPLLC.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | RICHARD.MORRISSEY@USDOJ.GOV MARK.BRUH@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN | DAZMAN@MWE.COM JCALANDRA@MWE.COM JBEVANS@MWE.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)