UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 22-10943 (MEW) |
| Debtors. | ) ) ) | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 23, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on thirty-six (36) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Plan Administrator's First Status Report to Creditors** (Docket No. 1459)

Furthermore, on June 24, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on one (1) confidential party not included herein:

- **Notice of Filing of First Amended Liquidation Procedures** (Docket No. 1419)

Furthermore, on or before June 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on fifteen (15) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of (I) Entry of Corrected and Amended Order (A) Approving the Second Amended Disclosure Statement and (B) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code and (II) Occurrence of Effective Date** (Docket No. 1405)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Furthermore, on or before June 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, and on five (5) confidential parties not included herein:

- **Notice of Filing of First Amended Liquidation Procedures** (Docket No. 1419)

Furthermore, on June 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Amazon Web Services, Inc., Attn: Steve Beranek at 510 14th Rd S, Arlington, VA 22202-4739, pursuant to USPS forwarding instructions:

- **Notice of Filing of the Liquidation Procedures** (Docket No. 1374)

Furthermore, on June 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

Furthermore, on June 26, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on twenty-one (21) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Order (I) Approving the Liquidation Procedures and (II) Granting Related Relief** (Docket No. 1398)

- **Notice of (I) Entry of Corrected and Amended Order (A) Approving the Second Amended Disclosure Statement and (B) Confirming the Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of The Bankruptcy Code and (II) Occurrence of Effective Date** (Docket No. 1405)

Dated: July 5, 2023

_____
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of July, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

# Exhibit A



**Exhibit A**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Chord Advisors LLC | 800 Boylston St | # 16 | Boston | MA | 02199-1900 |
| Elastic | 88 Kearny St | Fl 19 | San Francisco | CA | 94108-5508 |
| ElasticSearch, Inc | 88 Kearny St | Fl 19 | San Francisco | CA | 94108-5508 |
| Jumio Corporation | 100 Mathilda Pl | Ste 100 | Sunnyvale | CA | 94086-6019 |
| Usertesting, Inc. | 3453 Pierce Dr NE | Ste 100 | Atlanta | GA | 30341-2403 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Infinity Consulting Solutions, Inc | 200 Park Ave | Fl 33 | New York | NY | 10166-3298 |
| KCSA Strategic Communications | 261 Madison Ave | Fl 9 | New York | NY | 10016-2311 |
| National Investor Relations Institute (NIRI) | 908 King St | Ste 320 | Alexandria | VA | 22314-3067 |
| Ogon,LLC | 575 5th Ave | Fl 14 | New York | NY | 10017-2452 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1