Hearing Date and Time: September 13, 2023, at 11:00 a.m. (prevailing Eastern Time)
Objection Deadline: September 6, 2023, at 4:00 p.m. (prevailing Eastern Time)

Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FINAL FEE HEARING**

**PLEASE TAKE NOTICE** that a hearing (the "Final Fee Hearing") with respect to the applications for allowance of final compensation and reimbursement of expenses for the period July 5, 2022 (or the effective date of retention), through and including May 19, 2023 (the "Final Fee Applications"), filed by certain professionals retained in the above-captioned chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), will be held before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10022, on **September 13, 2023, at 11:00 a.m. (prevailing Eastern Time)**. In accordance with General Order M-543 dated March 20, 2020, the Final Fee Hearing will be conducted telephonically. Any

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

parties wishing to participate must do so by making arrangements through CourtSolutions by visiting https://www.court-solutions.com. The Final Fee Applications and the amounts requested therein are set forth as follows:

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| **Debtor Professionals** | | | |
| Grant Thornton LLP [Docket No. 1378] | Tax Compliance Services and Tax Advisory Services Provider | $120,000.00 | $0.00 |
| Deloitte Tax LLP [Docket No. 1457] | Tax Services Provider | $1,654,848.63 | $0.00 |
| Moelis & Company LLC [Docket No. 1494] | Investment Banker | $12,261,290.32 | $113,101.09 |
| Potter Anderson & Corroon LLP [Docket No. 1500] | Delaware Counsel | $255,209.00 | $386.30 |
| ArentFox Schiff LLP [Docket No. 1501] | Special Counsel | $325,155.50 | $1,003.50 |
| Katten Muchin Rosenman LLP [Docket No. 1503] | Special Counsel | $1,428,477.50 | $12,549.42 |
| Berkeley Research Group [Docket No. 1505] | Financial Advisor | $13,497,176.81 | $79,230.78 |
| Stretto, Inc. [Docket No. 1509] | Administrative Advisor | $286,646.62 | $3,322.63 |
| Kirkland & Ellis LLP [Docket No. 1513] | Attorneys for the Debtors | $27,973,771.50 | $496,216.83 |
| Quinn Emanuel Urquhart & Sullivan, LLP [Docket No. 1515] | Special Counsel | $3,795,481.00 | $25,975.86 |
| Paul Hastings LLP [Docket No. 1520] | Special Regulatory Counsel | $2,951,966.80 | $23,322.73 |
| **Official Committee of Unsecured Creditors Professionals** | | | |
| FTI Consulting, Inc. [Docket No. 1508] | Financial Advisor | $7,005,037.75 | $26,783.91 |
| Cassels Brock & Blackwell LLP [Docket No. 1510] | Canadian Counsel for the Official Committee of Unsecured Creditors | $189,923.35 | $1,111.98 |
| Harney Westwood & Riegels LP [Docket No. 1512] | BVI Counsel for the Official Committee of Unsecured Creditors | $69,488.00 | $0.00 |
| M3 Advisory Partners, LP [Docket No. 1516] | Financial Advisor | $579,190.50 | $784.48 |
| Epiq Corporate Restructuring LLC [Docket No. 1521] | Noticing and Information Agent | $60,854.70 | $104,925.05 |
| McDermott Will & Emery LLP [Docket No. 1522] | Counsel for the Official Committee of Unsecured Creditors | $16,481,771.20 | $358,955.62 |

**PLEASE TAKE FURTHER NOTICE** that the Final Fee Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Final Fee Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Final Fee Applications (each, an "<u>Objection</u>") are required to be filed and served so as to be actually received no later than **<u>September 6, 2023, at 4:00 p.m. (prevailing Eastern Time)</u>** (the "<u>Objection Deadline</u>"), or the applicable objection date contained in each Final Fee Application, upon the parties on the Service List (as defined in the case management order in these chapter 11 cases [Docket No. 240]).

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the Final Fee Applications, the Debtors shall, on or after the Objection Deadline, submit to the Court a proposed order granting the Final Fee Applications, which order the Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Final Fee Applications and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated:  July 7, 2023<br>New York, New York | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             jsussberg@kirkland.com<br>                        cmarcus@kirkland.com<br>                        christine.okike@kirkland.com<br>                        allyson.smith@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |