UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK – Chapter 11
One Bowling Green New York, NY 10004-1408   JUL 10 2023

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

In re:  Voyager Digital Holdings, Inc., et al.,
Case No. 22-10943 (MEW)

This is the Formal Response of Ronald Leese to the Objection to Certain Filled Proofs of Claim (Docket No. 1479).

Reason for Objection:  Claim Asserted Against Incorrect Debtor.

My Asserted Debtor:  Voyager Digital Holdings, Inc.

Correct Debtor Entity:   Voyager Digital, LLC.

Claim Number – 10548

Claim Reference Number – VOY-19026

Claim Identifier:  1575

MY RESPONSE:    I WITHDRAW MY CLAIM AGAINST Voyager Digital Holdings, Inc. as the Debtor.  The ONLY CORRECT DEBTOR ENTITY WAS MEANT TO BE  Voyager Digital, LLC.

Please make the appropriate change/update so that there can be no delays in the disbursements in this Bankruptcy Case against Voyager Digital, LLC. in my behalf.

_Please alert me if this correction is inadequate_ in any way to the resolution Of the objections of Voyager Digital Holdings Inc.

Respectfully,  Ronald Leese            Date July 3, ,2023

Voyager Account Email:  rleese52@gmail.com
My Current Address:  1101 Hickox St.  Santa Fe, NM  87505

Filed with the Bankruptcy Court and a Copy to the Court's Chambers
And Copy to: Plan Administrator.  McDermott Will & Emery LLP,
One Vanderbilt Avenue, New York, New York, 10017-3852
Attn: Darren Azman, Joseph B. Evans, Gregg Steinman, and Grayson Williams

 Gmail

Ron Leese <rleese52@gmail.com>

## In re: Voyager Digital Holdings, Inc., et al., Case No. 22-10943 (MEW)
1 message

**Voyager Wind-Down Debtors** <no-reply@cases-cr.stretto-services.com>                                        Mon, Jun 26, 2023 at 1
To: rleese52@gmail.com

Dear Customer,

**PLEASE TAKE NOTICE** that Paul R. Hage, in his capacity as the plan administrator (the "Plan Administrator") of Voyager Digital Holdings, Inc. and its affiliates (collectively, the "Wind-Down Debtors") is seeking to modify your filed claim pursuant to the below objection documentation (the "Objection").

The Plan Administrator's First Omnibus Objection to Certain Filed Proofs of Claim [Docket No. 1479]

Pursuant to the Objection, the Wind-Down Debtors seek to modify your claim listed in the table below on the grounds that your claim is a Schedule 7 – Incorrect Debtor Claim. The claim subject to the Objection may also be found in the schedules attached to the Objection Notice, a copy of which has been provided below:

Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court

Below please find your Filed Claim Number and/or Reference Number, in addition to the characterization of your claim on the objection documentation:

Claim Number – 10548

Claim Reference Number – VOY-19026

| Claim Identifier | Name of Claimant | Claim Number | Reference Number | Date Filed | Current Claim Amount | Current Coin Amounts | Asserted Debtor | Correct Debtor Entity | Reason for Objection |
|---|---|---|---|---|---|---|---|---|---|
| 1575 | CONFIDENTIAL CREDITOR | 10548 | VOY-19026 | 09/26/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br>Total: $0.00 | BITCOIN (BTC): 0.501866<br>ETHEREUM (ETH): 2.01178<br>USDCOIN (USDC): 4070.54 | Voyager Digital Holdings, Inc. | Voyager Digital, LLC | Claim Asserted Against Incorrect Debtor |

Please review the Objection closely, as your rights may be affected. If you wish to file a response to the Objection, you must do so in a manner consistent with the Objection's procedures to ensure your response to the Objection, if any, is timely and correct. Your Response must be filed with the Court and served so as to be *actually received* on or before 4:00 p.m. (prevailing Eastern Time) on July 25, 2023, unless the Plan Administrator consents to an extension in writing) (the "Response Deadline"). The Response must be filed with the Court and served timely on the following party, with a copy to the Court's chambers:

a. **Plan Administrator**. McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York, 10017-3852, Attn: Darren Azman, Joseph B. Evans, Gregg Steinman, and Grayson Williams.

Additional information about the cases may be obtained by visiting https://cases.stretto.com/Voyager, calling 855.473.8665 (Toll-Free) or 949.271.6507 (International), or emailing us at VoyagerInquiries@stretto.com.

To subscribe to future case notifications, including court filings and upcoming dates, please visit https://cases.stretto.com/Voyager/court-docket-subscription/.

Thank you,

The Stretto Team

410 Exchange, Suite 100, Irvine, CA 92602

unsubscribe