Hearing Date: August 1, 2023 at 11:00 a.m. (prevailing Eastern Time)
Response Deadline: July 25, 2023 at 4:00 p.m. (prevailing Eastern Time)

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP** | **MCDERMOTT WILL & EMERY LLP** |
| Darren Azman | Charles R. Gibbs (admitted *pro hac vice*) |
| Joseph B. Evans | Grayson Williams (admitted *pro hac vice*) |
| One Vanderbilt Avenue | 2501 North Harwood Street, Suite 1900 |
| New York, New York 10017-3852 | Dallas, Texas 75201-1664 |
| Telephone: (212) 547-5400 | Telephone: (214) 295-8000 |
| Facsimile: (212) 547-5444 | Facsimile: (972) 232-3098 |

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF HEARING REGARDING THE PLAN ADMINISTRATOR'S**
**FIRST OMNIBUS OBJECTION TO CERTAIN FILED PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that a hearing on *The Plan Administrator's First Omnibus Objection to Certain Filed Proofs of Claim* [Docket No. 1479] (the "Omnibus Objection")[2] filed by the Plan Administrator (the "Plan Administrator") for the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166-1] of Voyager Digital Holdings, Inc., *et al.* (collectively, the "Wind-Down Debtors"), will be held on **August 1, 2023 at 11:00**

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Omnibus Objection.

**a.m., prevailing Eastern Time** (the "Hearing"). In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted telephonically. Any parties wishing to participate must do so by making arrangements through CourtSolutions by visiting https://www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file and serve responses to the Omnibus Objection is **July 25, 2023 at 4:00 p.m. prevailing Eastern Time** (the "Response Deadline"), and Claimants with Disputed Claims received individualized notice of the Hearing date and Response Deadline in connection with service of the Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that copies of the Omnibus Objection and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of the Omnibus Objection and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: New York, New York  
July 12, 2023

McDERMOTT WILL & EMERY LLP

/s/ Darren Azman  
Darren Azman  
Joseph B. Evans  
One Vanderbilt Avenue  
New York, NY 10017-3852  
Telephone: (212) 547-5400  
Facsimile: (212) 547-5444  
E-mail: dazman@mwe.com  
         jbevans@mwe.com

and

Charles R. Gibbs (admitted *pro hac vice*)  
Grayson Williams (admitted *pro hac vice*)  
2501 North Harwood Street, Suite 1900  
Dallas, TX 75201  
Telephone: (214) 295-8000  
Facsimile: (972) 232-3098

2

E-mail: crgibbs@mwe.com
gwilliams@mwe.com

and

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805
E-mail: gsteinman@mwe.com

*Counsel to the Plan Administrator*