Lori Lapin Jones, Esq.
Lori Lapin Jones PLLC
98 Cutter Mill Road – Suite 255 South
Great Neck, New York 11021
Telephone: (516) 466-4110
Facsimile: (516) 466-4009

Independent Fee Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] ) | Case No. 22-10943 (MEW) |
| ) | |
| Debtors. ) | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF LORI LAPIN JONES, ESQ., INDEPENDENT FEE EXAMINER, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Name of Applicant: | Lori Lapin Jones, Esq. | |
|---|---|---|
| Applicant's Role in Cases: | Independent Fee Examiner | |
| Date Order of Appointment Signed: | April 10, 2023 [Docket No. 1277] | |
| Time Period Covered by this Statement ("Fee Period"): | Beginning of Period: June 1, 2023 | End of Period: June 30, 2023 |

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this Statement: | $2,587.20 (80% of $3,234.00) |
| Total expenses requested in this Statement: | None |
| Total fees and expenses requested in this Statement: | $2,587.20 |
| This is a(n):   **X** Monthly Application ___ Interim Application ___ Final Application | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, New York 10003.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the Order Appointing Independent Fee Examiner and Establishing Related Procedures For the Review of Fee Applications of Retained Professionals, dated April 10, 2023 [Docket No. 1277], and the Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), Lori Lapin Jones, Esq., Independent Fee Examiner in the cases of the above-captioned debtors (collectively, the "Debtors"), hereby submits this Second Monthly Fee Statement of Lori Lapin Jones, Esq., Independent Fee Examiner For Compensation For Services Rendered and Reimbursement of Expenses For the Period June 1, 2023 through June 30, 2023 (this "Fee Statement"). Specifically, Lori Lapin Jones, Esq. seeks: (i) interim allowance of $3,234.00 for the reasonable compensation for actual and necessary services that Lori Lapin Jones, Esq. rendered in the Debtors' cases during the Fee Period; and (ii) payment in the amount of $2,587.20, which is equal to 80% of the total amount of reasonable compensation for actual and necessary services that Lori Lapin Jones, Esq. rendered during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1. Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred by Lori Lapin Jones, Esq. during the Fee Period with respect to each of the project categories established by Lori Lapin Jones, Esq. in these cases. As reflected in **Exhibit A**, Lori Lapin Jones, Esq. incurred $3,234.00 in fees during the Fee Period. Pursuant to this Fee Statement, Lori Lapin Jones, Esq. seeks reimbursement for 80% of such fees (*i.e.*, $2,587.20).

2. Attached as **Exhibit B** are the time records of Lori Lapin Jones, Esq. reflecting time

spent during the Fee Period.

## Notice

3.   Notice of this Fee Statement will be provided in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager.  Lori Lapin Jones, Esq. submits that no other or further notice is required.

**WHEREFORE**, Lori Lapin Jones, Esq., Independent Fee Examiner in the Debtors' cases, respectfully requests: (i) interim allowance of $3,234.00 for the reasonable and necessary services that Lori Lapin Jones, Esq. rendered in the Debtors' cases during the Fee Period; and (ii) payment in the amount of $2,587.20, which is equal to 80% of the total amount of compensation sought for reasonable and necessary services that Lori Lapin Jones, Esq. rendered in the Debtors' cases during the Fee Period (*i.e.*, $3,234.00).

Dated: July 20, 2023
Great Neck, New York

/s/ Lori Lapin Jones
Lori Lapin Jones, Esq.

Lori Lapin Jones, PLLC
98 Cutter Mill Road – Suite 255 South
Great Neck, New York 11021
Telephone: (516) 466-4110
Facsimile: (516) 466-4009
Email: ljones@jonespllc.com

Independent Fee Examiner

## Exhibit A

## Schedule of Fees by Project Category

| Project Category | Hours | Fees |
|---|---|---|
| General Administration | 3.80 | $1,862.00 |
| Retention/Fee Application | 1.40 | $686.00 |
| Fee Application Review/Preliminary Reports | N/A | N/A |
| Communications with Retained Professionals | .30 | $147.00 |
| Communications with U.S. Trustee | N/A | N/A |
| Court Hearings | 1.10 | $539.00 |
| Final Report | N/A | N/A |
| **Total:** | **6.60** | **$3,234.00** |

## Exhibit B

**Voyager Digital Holdings, Inc.,** *et al.*

**Time Records**
**Lori Lapin Jones, Esq.**

**June 1, 2023 – June 30, 2023**

**General Administration   3.80 hours  ($1,862.00)**

06/01/23  .20 hours
Efile First Report; emails Stretto re service (.1)
Email Report to US Trustee; email Report to Chambers (.1)

06/05/23  .40 hours
Email S Goldman, D Azman, A Smith, R Morrissey re letter application and proposed order to extend deadline for Fee Examiner to file fee applications and review replies re same (.1)
Finalize letter application and order to extend time/set deadline for Fee Examiner to file fee applications; efile same; submit order to Chambers re same (.3)

06/10/23  1.00 hours
Review draft fee order, quality check numbers; provide detailed comments (1)

06/12/23  .40 hours
Review revised fee order and email comments to Z Piech re same (.4)

06/13/23  1.20 hours
Prepare for fee hearing: review Final Report, pro se fee objection, reply, agenda, and prepare notes (1.2)

06/14/23  .30 hours
Pre-hearing emails with US Trustee; review filings (status report, proposed fee order)(.3)

06/20/23  .30 hours
Efile three monthly fee statements, email R Morrissey re same; email Stretto re service (.3)

**Communications (with Retained Professionals)   .30 hours  ($147.00)**

06/01/23  .20 hours
Email from/to/from/to A Smith re First Report on Kirkland fees (.2)

06/13/23  .10 hours
Miscellaneous emails with Kirkland re 6/14 hearing, order (.1)

**Court Hearings 1.10 hours ($539.00)**

06/14/23 1.10 hours
Attend fee hearing (1.1)

**Retention/Fee Applications 1.40 hours ($686.00)**

06/01/23 1.40 hours
Prepare first combined first monthly fee statement (two months); revise same (1.4)