July 24,2023.

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Case 22-10943 (VOYAGER) Complaint

Sir/Madam:

I have an account with Voyager and they sent out emails in relation to recovery. I tried to log into my account and cannot. I try to reset my password as my email has not changed and they sent an auto email to reset password and it will not allow me to reset the password, I have been dealing with this for over a month, I have submitted tickets to there company for support and get NO response except an auto email and NO ONE reaches out to help, when I see the tickets created and they all say SOLVED and NOTHING HAS BEEN SOLVED, so I am filing this complaint along with a screenshot of the tickets submitted.

How they expect to solve someone's problem getting into there accounts when they do not reach out personally.

My name is Bedri Kulla my email is [cobogo1029@yandex.com](mailto:cobogo1029@yandex.com) and telephone number is 202-239-9715 and physical address is 469 Youngs Mill Lane Apt D Newport News Virginia.
Last 4 of social is 9772.

I want my money in my account back.


Regards


Bedri Kulla