| Subject | Id | Created | Last activity ▼ |
|---|---|---|---|
| NEED SOMONE CONTACT ME | #862646 | 28 minutes ago | 28 minutes ago |
| need help logging in | #859356 | 1 day ago | 1 day ago |
| Need Help Access My Account SECOND REQUEST | #793571 | 1 month ago | 1 month ago |
| trouble logging into my account | #790437 | 1 month ago | 1 month ago |
| cannot sign into account | #790442 | 1 month ago | 1 month ago |