ROY CHANG Creditor

8112 9th St apt 11 Buena Park, CA 90621

562 230 8031

ROYCHANG329@YAHOO.COM



UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

VOYAGER DIGITAL HOLDING, INC Debtors

CASE NUMBER. 22-10943 (MEW)

NOTICE OF OBJECTION TO YOUR PROOF OF CLAIM

PROOF OF CLAIM NUMBER 01329

Creditor objection against modified proof of claim by Voyager Digital Holdings Inc.

Claim Amount

I object against voyager digital holdings about my proof of claim. Voyager is trying to modify my claim trying to take nearly 50% or more of my actual cash value or percentage of my cryptocurrency. I cannot allow this and am against this.

This is the actual cash value $4220.83 I put in with my own cash from my bank into voyager purchasing various cryptocurrencies. This amount $4220.83 will not be effected by the crypto market rate. Whether the market is up or down it cannot effect this amount $4220.83 because this is the actual cash amount I put in. I did not put how much I made or loss based off my $4220.83 due to market changes. This is only my actual cash value I had in my voyager digital account before voyager digital decided to do a bankruptcy.

The $4220.83 is the exact cash amount I had left at the current market rate at the time and the total quantity/percentage of cryptocurrency would be at 1772.926833 comprised of different cryptocurrencies I have purchased before the bankruptcy.

Definition of Cryptocurrency

If the court is unfamiliar how cryptocurrency works. Whatever amount of money you put into cryptocurrency it is always the same. If I put in a $100.00 it will always be $100.00 and you will get a decimal number "percentage" at that market rate you purchased it at and this dollar amount and percentage will never change and will always remain $100.00 no matter if the market goes up or down. So for example if I put $100.00 and bought bitcoin when it was at $20,000 market rate you will get a decimal number of 0.005, this is your percentage of bitcoin which you purchased it at $20,000. So the cash amount of $100.00 and your decimal number/percentage cannot ever change as long as keep your bitcoin in a crypto exchange and don't cash out which I have no intention to. Transferring your bitcoin to another exchange from Voyager to Coinbase will also not change the value of your $100.00 and your decimal/percentage of your cryptocurrency as well. I only want to transfer my money to another exchange. But as of right now voyager digital has taken nearly 50% or more of my digital assets that is why my percentage of my cryptocurrency is much lower than it originally was. All the reasons that voyager has given to the court to legally take my money and percentage of my cryptocurrency is false.

Conclusion

I would be willing to only give voyager digital no more than 10% of my cash $4220.83 or quantity of my cryptocurrency or nothing at all. This amount would be $422.08 or 177.29 cryptocurrency quantity. I am only considering this and is subject to change by me the creditor. I only am willing to give this amount just to help voyager digital. And in know way should voyager use bankruptcy to make a profit as if it were still in business.

Anyone who knows anything about cryptocurrency knows that what voyager is saying is that they can take nearly 50% or more of my digital assets legally thru the court knows that this is fraud.

So what voyager has done now is transfer a huge portion of my cryptocurrency into their own personal cryptocurrency accounts so they can make money when the market goes up and only allowing me to keep a small portion of cryptocurrency that I can transfer to another crypto exchange or I can wait to receive a paper check. They have took almost 50% or more of my money from my $4220.83 leaving only about $900.00. The quantity of cryptocurrency I originally had was at 1772.29 now it is at 766.40. This is illegal.

Debtors of Cryptocurrency

If one can do it in millions have to give them the full amount of money you put into cryptocurrency to day the same. If I put in $20,000 into Voyager the $10,000 day you will get decided to accept them self that's not letting you cover such losses and this billion amount and come this way news, this is and will say only and, for them the smaller if the market goes up or even So for example I put in 10 USC as in the amount of the USDC that converts rate you will get back will input in USDC, this way they are helping the prices of bitcoin, ether, and the rest of $20,000 will now and will be with our team, team I mean cryptocurrency currencies will change as long as keep you but this happens again that's which now we need to be transferring to. Bitcoin and Ether, etc. to Voyager to this are also no change to value. If you (USDC) it of your the change they've of ways they'll only real only my loan every money if at all carefully this new way to help them in their leave are at in August to get my percentage from our owners it government to gladly ask all the lagions they very hardy are giving

Capillaries

It would be very hopeful I've never signed up unless no matter what I USDC to quantity of by cryptocurrency again, at all the full in very small credit USDC. I'd always know how simply I am only considering this a very first with wonder the circulation one had letting to give the amount just to help very very largely that was the know only to can say to make a pledge as it was came to cashless.

Anyone who knew myths a bout my touch only know the will very I saying it saying it said on us only of investigators now with there in a house and it's is fraud.

You will have your money is such a process one of every one is because no file to we them over and through one one's once a bound in the prices cryptos, let's he say and copy allowing the basic buy owner here the only in may have to excessive at I cost may can us company to voyager now of my by Pan us to FTX I leaving only after some bit. The new any circumstances one of  all I to I may be now it is if I certainly

REVISED

Bitcoin

Have invested $6449.92 - $4366.50 = $2083.42 actual cash value

0.088233 BTC quantity percentage

Market rate last known price as of July 5, 2022 before bankruptcy $20,157.69

Cardano

Have invested $3424.81 - $1978.74 = $1446.07 actual cash value

1251.6 ADA quantity percentage

Market rate at $0.46

Decentraland

Have invested $501.50 - 102.59 = $398.91 actual cash value

97.90 MANA quantity percentage

Market value $0.87

Aave

Have invested $289.97 - $118.49 = $171.48 actual cash value

0.7886 AAVE quantity percentage

Market value $60.62

Dogecoin

Have invested $454.94 - $436.84 = $18.10 actual cash value

318.7 DOGE quantity percentage

Market value $0.07

Tether

Have invested $595.02 - $500.00 = $95.02 actual cash value.

64.13 USDT quantity percentage

Market value $1.00

Luna Terra

Have invested $7.83 actual cash value

36.22 LUNA quantity percentage

Market value $2.16

Luna Classic

3.5 Lunc quantity

Market value $0.00

Total quantity of all cryptocurrencies invested 1772.926833

Total $ 4220.83

This is the actual cash value of my own money invested into digital assets cryptocurrency. This is the actual money cash value in dollars invested. I would like this exact money in dollars returned back to me the creditor Roy Chang effective/immediately. Other exception besides having check/cash/or money order returned back to me is to allow me to transfer my digital assets to another exchange effective/immediately. If anything else me the creditor Roy Chang needs to change or add regarding this claim I will send additional documents that support my claim.

Bank statements will not show all documentation required for this claim. Any documents can be seen thru the creditors voyager app on the exchange. There is not a option to print paper copies of the transactions made on the voyager exchange. If requested by the court creditor can take pictures of transactions made on voyager exchange as there is not a option to make paper copies.

**Conclusion**

Voyager digital holdings owe me $4220.83 this includes money from these cryptocurrencies Bitcoin, Cardano, Decentraland, Aave, Dogecoin, Tether, Luna Terra only. This amount is what I need to be owed or I need back my 1772.926833 quantity "percentage" of my total cryptocurrencies this will include cryptocurrencies from Bitcoin, Cardano, Decentraland, Aave, Dogecoin, Tether, Luna Terra, Luna classic. I would be willing to only give voyager digital no more than 10% of my $4220.83 or quantity of my cryptocurrency or nothing at all. This amount would be $422.08 or 177.29 cryptocurrency quantity. I am only considering this and is subject to change by me the creditor. I only am willing to give this amount just to help voyager digital. And in know way should voyager use bankruptcy to make a profit as if it were still in business.