**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 22-10943 (MEW) |
| Debtors.[1] | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**AUGUST 1, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | August 1, 2023, at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting |

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleading by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I. Matter Going Forward

1. ***Omnibus Claims Objection.*** The Plan Administrator's First Omnibus Objection to Certain Filed Proofs of Claim [Docket No. 1479].

    Objection Deadline: July 25, 2023, at 4:00 p.m. (prevailing Eastern Time)

    Responses Received:

    A. Response of Faith Laffin to the Objection to Certain Filed Proofs of Claim [Docket No. 1527].

    B. Response of Ronald Leese to the Objection to Certain Filed Proofs of Claim [Docket No. 1529].

    C. Creditor Roy Chang's Objection Against Modified Proof of Claim by Voyager Digital Holdings Inc. [Docket No. 1546].

    Related Documents:

    A. Notice of Hearing Regarding the Plan Administrator's First Omnibus Objection to Certain Filed Proofs of Claim [Docket No. 1534].

    B. Affidavit of Service [Docket No. 1535].

    C. Declaration of Mark A. Renzi in Support of Plan Administrator's First Omnibus Objection to Certain Filed Proofs of Claim [Docket No. 1537].

    D. Omnibus Reply in Support of the Plan Administrator's First Omnibus Objection to Certain Filed Proofs of Claim [Docket No. 1548].

    **Status**: **This matter is going forward.**

<table>
<tr><td>

Dated: New York, New York<br>
July 28, 2023

</td><td>

**MCDERMOTT WILL & EMERY LLP**

*/s/ Darren Azman*<br>
Darren Azman<br>
Joseph B. Evans<br>
One Vanderbilt Avenue<br>
New York, NY 10017-3852<br>
Telephone: (212) 547-5400<br>
Facsimile: (212) 547-5444<br>
E-mail: dazman@mwe.com<br>
E-mail: jbevans@mwe.com

and

Charles R. Gibbs (admitted *pro hac vice*)<br>
Grayson Williams (admitted *pro hac vice*)<br>
2501 North Harwood Street, Suite 1900<br>
Dallas, TX 75201<br>
Telephone: (214) 295-8000<br>
Facsimile: (972) 232-3098<br>
E-mail: crgibbs@mwe.com<br>
E-mail: gwilliams@mwe.com

and

Gregg Steinman (admitted *pro hac vice*)<br>
333 SE 2nd Avenue, Suite 4500<br>
Miami, FL 33131-2184<br>
Telephone: (305) 329-4473<br>
Facsimile: (305) 503-8805<br>
E-mail: gsteinman@mwe.com

*Counsel to the Plan Administrator*

</td></tr>
</table>