**August 04, 2023.**

**Re: Case 22-10943 (Voyager)**

**When will I receive a check? My problem all along has been I have NOT I repeat have NOT been able to get into my account. If I did I would have no reason to file a complaint with the bankruptcy court. I click on the option forgot password it sends me an email and area to click to reset password and all it does is take me back to the login page and NO option to reset password. So, I have not been able to access my account. The emails send mentioned nothing about replying back if issue was no resolved. These folks are being difficult to deal with.**

**Signed**

**Bedri Kulla**