**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 22-10943 (MEW) |
| Debtors.[1] | (Jointly Administered) |

**THE PLAN ADMINISTRATOR'S NOTICE REGARDING LETTERS FILED BY BEDRI KULLA [DOCKET NOS. 1544 AND 1555]**

**PLEASE TAKE NOTICE** that on July 24, 2023, Bedri Kulla filed a letter [Docket No. 1544] (the "Initial Letter") indicating certain issues with respect to Mr. Kulla's ability to access his account with the Debtors (as defined below).

**PLEASE TAKE FURTHER NOTICE** that, on August 4, 2023, Paul R. Hage, in his capacity as the plan administrator (the "Plan Administrator") for the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the*

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

*Bankruptcy Code* [Docket No. 1166-1] (the "Plan")² of Voyager Digital Holdings, Inc., *et al*. (collectively, the "Debtors" and, after the Effective Date, the "Wind-Down Debtors") filed his response to the Letter [Docket No. 1553].

**PLEASE TAKE FURTHER NOTICE** that, on August 4, 2023, Mr. Kulla filed a supplemental letter [Docket No. 1555] (the "Supplemental Letter," and together with the Initial Letter, the "Kulla Letters").

**PLEASE TAKE FURTHER NOTICE** that, after the Kulla Letters were filed, the Wind-Down Debtors worked with Mr. Kulla to resolve the issues raised in the Kulla Letters, and on August 10, 2023, the Plan Administrator obtained confirmation that all issues are resolved and no hearing or order is necessary with respect to the Kulla Letters.

---

² Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

| | |
|---|---|
| Dated:  New York, New York<br>August 16, 2023 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>E-mail: jbevans@mwe.com<br><br>*- and -*<br><br>Charles R. Gibbs (admitted *pro hac vice*)<br>Grayson Williams (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>E-mail: crgibbs@mwe.com<br>E-mail: gwilliams@mwe.com<br><br>*- and -*<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184<br>Telephone: (305) 329-4473<br>Facsimile: (305) 503-8805<br>E-mail: gsteinman@mwe.com<br><br>*Counsel to the Plan Administrator* |