Diana G. Adams, Esq.
602 Main Street – P.O. Box L
Hobart, New York 13788
Telephone: (607) 643-2455
Fee Reviewer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**COMBINED SECOND MONTHLY FEE STATEMENT OF DIANA G. ADAMS, ESQ., FEE REVIEWER, FOR COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JULY 31, 2023**

| Name of Applicant: | **Diana G. Adams, Esq.** |
|---|---|
| Applicant's Role in Cases: | **Fee Reviewer (Retained by the Independent Fee Examiner)** |
| Date Order of Retention Signed: | **May 3, 2023 [Docket No. 1367] Effective as of April 11, 2023** |
| Time Period Covered by this Statement ("Fee Period"): | Beginning of Period: **June 1, 2023** / End of Period: **July 31, 2023** |

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this Statement: | **$6,464.00 (80% of $8,080.00)** |
| Total expenses requested in this Statement: | **$       0.00** |
| Total fees and expenses requested in this Statement: | **$8,080.00** |

This is a(n):    **X**  Monthly Application  ___ Interim Application  __ Final Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, New York 10003.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the Order Appointing Fee Reviewer and Establishing Related Procedures For the Review of Fee Applications of Retained Professionals, dated April 11, 2023 [Docket No. 1277], the Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), the Order Authorizing the Retention by The Independent Fee Examiner of (A) National CRS, LLC As Database Service Provider and (B) Diana G. Adams as a Fee Reviewer, and in the cases of the above-captioned debtors (collectively, the "Debtors), and the Order Extending Time for the Independent Fee Examiner and Her Professionals to File Applications for Compensation and Reimbursement of Expenses [Docket No. 1441], Diana G. Adams, Esq., hereby submits this Combined Second Monthly Fee Statement of Diana G. Adams, Esq., Fee Reviewer, For Compensation For Services Rendered For the Period June 1, 2023 through July 31, 2023 (this "Fee Statement"). Specifically, Diana G. Adams, Esq. seeks: (i) interim allowance of $8,080.00 for the reasonable compensation for actual and necessary services that Diana G. Adams, Esq. rendered in the Debtors' cases during the Fee Period; and (ii) payment in the amount of $6,464.00, which is equal to 80% of the total amount of reasonable compensation for actual and necessary services that Diana G. Adams, Esq. rendered during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.  Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred by Diana G. Adams, Esq. during the Fee Period with respect to each of the project categories established by the Independent Fee Examiner, in these cases. As reflected in **Exhibit**

**A**, Diana G. Adams, Esq. incurred $8,080.00 in fees during the Fee Period. Pursuant to this Fee Statement, Diana G. Adams, Esq. seeks payment for 80% of such fees (*i.e.*, $6,464.00).

2. Attached hereto as **Exhibit B** are the time records of Diana G. Adams, Esq. reflecting time spent during the Fee Period.

## Notice

3. Notice of this Fee Statement will be provided in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. Diana G. Adams, Esq. submits that no other or further notice is required.

**WHEREFORE**, Diana G. Adams, Esq., Fee Reviewer in the Debtors' cases, respectfully requests: (i) interim allowance of $8,080.00 for the reasonable and necessary services that Diana G. Adams, Esq. rendered in the Debtors' cases during the Fee Period; and (ii) payment in the amount of $6,464.00, which is equal to 80% of the total amount of compensation sought for reasonable and necessary services that Diana G. Adams, Esq. rendered in the Debtors' cases during the Fee Period (*i.e.*, $8,080.00).;

Dated: August 21, 2023
       Hobart, New York

                        */s/ Diana* G. Adams
                        Diana G. Adams, Esq.

                        Diana G. Adams
                        602 Main Street – P.O. Box L
                        Hobart, New York 13788
                        Telephone: (607) 643-2455
                        Email: diana.goldberg.adams@gmail.com
                        Fee Reviewer

## Exhibit A

## Schedule of Fees by Project Category

| Project Category | Hours | Fees |
|---|---|---|
| General Administration | 0.3 | $120.00 |
| Fee Application Review/Preliminary Reports | 19.0 | $7,600.00 |
| Preparation of Fee Application | 0.9 | $360.00 |
| **Total:** | **20.2** | **$8,080.00** |

**Exhibit B**

**Time Records**

## Case No. 22-10943 (MEW)
## Voyager Digital Holdings, Inc. *et al* .

| Date | Timekeeper | Task Code* | Description Task | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/8/2023 | DGA | R/Fees | Draft 1st combined monthly fee statement covering April and May (.9) | 0.90 | $400.00 | $360.00 |
| 7/10/2023 | DGA | ADMIIN | Call with Fee Examiner (L. Jones) to discuss assignments of interim applications, timing and possible issues (.3) | 0.30 | $400.00 | $120.00 |
| 7/12/2023 | DGA | FAR | Begin review of Potter fee application including narrative and exhibits (.2); review of Potter time records and note issues (.5); draft memorandum and exhibit (.3) | 1.00 | $400.00 | $400.00 |
| 7/15/2023 | DGA | FAR | Begin review of Deloitte's 3rd interim application including narrative and exhibits (.3); review Deloitte's time records and note issues including transitory timekeepers, non-compensable time and number of attendees on calls (2.1); draft Deloitte memorandum (.4) | 2.80 | $400.00 | $1,120.00 |
| 7/16/2023 | DGA | FAR | Begin review of FTI fee application including narrative and schedules (.4); begin review of FTI time records and note issues focusing on transitory timekeepers, staffing, vague entries and non-compensable or excessive time (3.5) | 3.90 | $400.00 | $1,560.00 |

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/17/2023 | DGA | FAR | Continue reviewing FTI time records including rate increase and fee estimation and review previous reductions noted in fee application (1.1); draft memorandum of issues noted in FTI review (2.2) | 3.30 | $400.00 | $1,320.00 |
| 7/24/2023 | DGA | FAR | Begin review of Berkeley fee application including narrative and schedules (.4); begin review of Berkeley time records and note issues focusing on transitory timekeepers, staffing, vague entries, non-compensable or excessive time, attendance on calls and at hearings and possible duplicate entries (3.8). | 4.20 | $400.00 | $1,680.00 |
| 7/25/2023 | DGA | FAR | Review Berkeley notes and draft memorandum (1.1); extrapolate entries for exhibits (.6) | 1.70 | $400.00 | $680.00 |
| 7/27/2023 | DGA | FAR | Create exhibits for Potter (.1); FTI (.2); Deloitte (.3); Berkeley (.3) | 0.90 | $400.00 | $360.00 |
| 7/28/2023 | DGA | FAR | Quality check of memoranda and exhibits for Potter (.2); FTI (.3); Deloitte (.3) and Berkeley (.4) | 1.20 | $400.00 | $480.00 |
| | | | | **20.20** | | **$8,080.00** |

***Task Code**
- **Court**     **Court Hearings**
- **Admin**     **General Administration**
- **R/Fees**    **Retention/Fee Applications**
- **FAR**       **Fee Application Review/Memorandum**

22-10943-mew    Doc 1564    Filed 08/20/23    Entered 08/20/23 14:01:17    Main Document
Pg 8 of 8

| | |
|---|---|
| **RPT** | **Fee Examiner Report** |
| **Com** | **Communication with Professionals** |