National CRS, LLC
4846 Sun City Center Blvd. #255
Sun City Center, FL 33573
Michael L. Newsom
Telephone: (727) 515-8949

Database Service Provider to Independent Fee Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**COMBINED SECOND MONTHLY FEE STATEMENT OF NATIONAL CRS, LLC DATABASE SERVICE PROVIDER FOR THE INDEPENDENT FEE EXAMINER, FOR COMPENSATION FOR SERVICES RENDERED FOR**
**THE PERIOD FROM JUNE 1, 2023, THROUGH JULY 31, 2023**

| Name of Applicant: | **National CRS, LLC** | |
|---|---|---|
| Applicant's Role in Cases: | **Database Service Provider (Retained by the Independent Fee Examiner)** | |
| Date Order of Retention Signed: | **May 3, 2023 [Docket No. 1367] Effective as of April 11, 2023** | |
| Time Period Covered by this Statement ("Fee Period"): | Beginning of Period: **June 1, 2023** | End of Period: **July 31, 2023** |

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| Total fees requested in this Statement: | **$5,566.00 (80% of 6,957.50)** |
| Total expenses requested in this Statement: | **$       0.00** |
| Total fees and expenses requested in this Statement: | **$5,566.00** |
| This is a(n):    **X**  Monthly Application  ___ Interim Application  __Final Application | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, New York 10003.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the Order Appointing Fee Reviewer and Establishing Related Procedures For the Review of Fee Applications of Retained Professionals, dated April 11, 2023 [Docket No. 1277], the Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief, dated August 4, 2022 [Docket No. 236] (the "Interim Compensation Order"), the Order Authorizing the Retention by The Independent Fee Examiner of (A) National CRS, LLC As Database Service Provider and (B) Diana G. Adams as a Fee Reviewer, in the cases of the above-captioned debtors (collectively, the "Debtors"), and the Order Extending Time for the Independent Fee Examiner and Her Professionals to File Applications for Compensation and Reimbursement of Expenses [Docket No. 1441], National CRS, LLC hereby submits this Combined Second Monthly Fee Statement of National CRS, LLC, Database Service Provider, For Compensation For Services Rendered For the Period June 1, 2023 through July 31, 2023 (this "Fee Statement"). Specifically, National CRS, LLC seeks: (i) interim allowance of $6,957.50 for the reasonable compensation for actual and necessary services that National CRS, LLC rendered in the Debtors' cases during the Fee Period; and (ii) payment in the amount of $5,566.00, which is equal to 80% of the total amount of reasonable compensation for actual and necessary services that National CRS, LLC rendered during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred by National CRS, LLC during the Fee Period with respect to each of the project categories established by the Independent Fee Examiner, in these cases. As reflected in **Exhibit**

**A**, National CRS, LLC incurred $6,957.50 in fees during the Fee Period. Pursuant to this Fee Statement, National CRS, LLC seeks payment of 80% of such fees (*i.e.*, $5,566.00).

2.  Attached hereto as **Exhibit B** are the time records of National CRS, LLC reflecting time spent during the Fee Period.

### Notice

3.  Notice of this Fee Statement will be provided in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Voyager. National CRS, LLC submits that no other or further notice is required.

**WHEREFORE**, National CRS, LLC, Database Service Provider to the Independent Service Provider in the Debtors' cases, respectfully requests: (i) interim allowance of $6,957.50 for the reasonable and necessary services that National CRS, LLC rendered in the Debtors' cases during the Fee Period; and (ii) payment in the amount of $5,566.00, which is equal to 80% of the total amount of compensation sought for reasonable and necessary services that National CRS LLC rendered in the Debtors' cases during the Fee Period (*i.e.*, $6,957.50).;

Dated: August 14, 2023
      Sun City Center, FL

                Michael L. Newsom,
                Tite : Managing Member

                National CRS, LLC
                4846 Sun City Center Blvd. #255
                Sun City Center, FL 33573
                (727) 515-8949
                Email: mnewsom@nationalcrsllc.com
                Database Service Provider
                to the Independent Fee Examiner

## Exhibit A

## Schedule of Fees by Project Category

| **Project Category** | **Hours** | **Hourly Rate** | **Fees** |
|---|---|---|---|
| Data Entry | 20.2 | $275.00 | $5,555.00 |
| Data Analysis and Exhibit Generation | 5.1 | $275.00 | $1,402.50 |
| **Total:** | **25.3** | | **$6,957.50** |

**Exhibit B**

**Time Records**

## National CRS, LLC Fee Statement, June 1 through July 31, 2023

| Date | Task Code* | Description | Hours | Rates | Fees |
|---|---|---|---|---|---|
| 6/15/2023 | Entries | Reformat Deloitte Apr-May 2023 spreadsheet to extract fees, expenses, codes, and timekeepers (.3). Enter data into database for analysis (.3) Enter eight new timekeepers (.3). Generate contact report for unusual distribution of billing times (.1). Vet numbers to fee app (.2). Generate contact report noting six March entries in Apr-May data (.1). Generate contact report showing duplicate entries (.1) | 1.4 | $275.00 | $385.00 |
| 6/16/2023 | Entries | Reformat Arent Fox Apr 2023 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2). Vet numbers to fee app (.2). | 0.6 | $275.00 | $165.00 |
| 6/16/2023 | Entries | Reformat Arent Fox Mar 2023 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2). Vet numbers to fee app (.1). | 0.5 | $275.00 | $137.50 |
| 7/3/2023 | Ex Gen | Generated status chart for data for L Jones, including all firms billing and expenses. filing status and quality review of same. | 3.4 | $275.00 | $935.00 |
| 7/3/2023 | Entries | Loaded Grant Thornton data. Requested corrected data. | 0.3 | $275.00 | $82.50 |

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| 7/5/2023 | Entries | Reformat FTI Mar-May 2023 spreadsheet to extract fees, expenses, codes, and timekeepers (.3). Enter data into database for analysis (.2) Entered four new timekeepers (.1). Vet numbers to fee app (.2). | 0.8 | $275.00 | $220.00 |
| 7/5/2023 | Entries | Vet FTI for 3rd Interim. | 0.4 | $275.00 | $110.00 |
| 7/5/2023 | Entries | Reformat Potter May 2023 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee app (.1). | 0.5 | $275.00 | $137.50 |
| 7/5/2023 | Entries | Reformat Arent May 2023 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.1) Vet numbers to fee app (.1). | 0.4 | $275.00 | $110.00 |
| 7/5/2023 | Entries | Reformat Potter Apr 2023 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee app (.2). | 0.6 | $275.00 | $165.00 |
| 7/7/2023 | Entries | Combine three txt files (.1). Reformat McDermott Mar-May 2023 ledes text file to extract fees, expenses, codes, and timekeepers (.3). Enter data into database for analysis (.2) Vet numbers to fee app (.2). Compile list of code and timekeeper errors in data and forwarded to McDermott for explanation (.3). | 1.1 | $275.00 | $302.50 |
| 7/7/2023 | Entries | Vet ArentFox to 2nd interim | 0.2 | $275.00 | $55.00 |
| 7/8/2023 | Entries | Updated dropbox. Sent email with contact reports for discrepancies between | 0.4 | $275.00 | $110.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | task detail time and billing time and duplication entries. | | | |
| 7/10/2023 | Entries | Examination of over 18,000 entries to track down errors in the final data received from K&E. Email to K&E requesting corrected data. | 1.5 | $275.00 | $412.50 |
| 7/11/2023 | Entries | Reformat M3 Mar-May 2023 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee app (.1). | 0.5 | $275.00 | $137.50 |
| 7/11/2023 | Entries | Combine eight XL files (.2). Reformat Katten Mar-May spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee app (.1). Generate contact report for task detail v billing time errors (.1). | 0.8 | $275.00 | $220.00 |
| 7/11/2023 | Entries | Combine three txt files (.1). Reformat Quinn Mar-May 2023 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee app (.2). | 0.7 | $275.00 | $192.50 |
| 7/11/2023 | Entries | Reformat Epiq Mar-May 2023 spreadsheet to extract fees, expenses, codes, and timekeepers (.3). Enter data into database for analysis (.2) Enter seven new timekeepers (.2). Vet numbers to fee app (.3). Correct code error in data (.1). | 1.1 | $275.00 | $302.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 7/12/2023 | Entries | Set up new file for Grant Thornton (.1). Reformat Jul 2022 through Mar 2023 spreadsheet to extract fees, expenses, codes, and timekeepers (.3). Enter data into database for analysis (.2). Enter twenty-seven timekeepers (.2). Enter five codes (.1). Vet numbers to fee app (.2). | 1.1 | $275.00 | $302.50 |
| 7/12/2023 | Entries | Update dropbox and sent email with reports on discrepancies between task detail and billing time and a data error. | 0.3 | $275.00 | $82.50 |
| 7/13/2023 | Entries | Extract Cassels Mar-May from final data and reformatted ledes text file to extract fees, expenses, codes, and timekeepers (.4). Enter data into database for analysis (.4) Enter three new timekeepers (.1). Enter one new code (.1). Vet numbers to fee app (.4). Generated contact report regarding 10% voluntary reduction and comparison of data versus the fee app (.2). | 1.6 | $275.00 | $440.00 |
| 7/13/2023 | Entries | Reformat Harney Mar-May 2023 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Enter one new timekeeper (.1).  Enter one new code (.1). Vet numbers to fee app (.6).  Contact report generated listing errors and discrepancies between fee app and data regarding billing for timekeepers and codes (.2). | 1.4 | $275.00 | $385.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/17/2023 | Entries | Combined thirteen text files (.3). Reformat Paul Hastings Mar-May 2023 ledes text file to extract fees, expenses, codes, and timekeepers (.4). Enter data into database for analysis (.3) Generate contact report detailing discrepancies between the data and the fee app (.4). Vet against fee app (.5). | 1.9 | $275.00 | $522.50 |
| 7/17/2023 | Entries | Reformat Berkeley Mar-May 2023 spreadsheet to extract fees, expenses, codes, and timekeepers (.3). Enter data into database for analysis (.2).  Enter one new code (.1). Vet numbers to fee app (.2). | 0.8 | $275.00 | $220.00 |
| 7/17/2023 | Entries | Update dropbox and send email with five contact reports. | 0.3 | $275.00 | $82.50 |
| 7/18/2023 | Ex Gen | Create single report with eight transitory billers for Diana Adams. | 0.8 | $275.00 | $220.00 |
| 7/21/2023 | Ex Gen | Compile contact reports regarding duplicate entries and discrepancies between task detail time and billing time for L Jones. | 0.5 | $275.00 | $137.50 |
| 7/21/2023 | Entries | Reformat K&E Mar-May spreadsheet to extract fees, expenses, codes, and timekeepers (.4). Enter data into database for analysis (.2). Enter Twenty-three new timekeepers (.2). Vet numbers to fee app (.2). | 1 | $275.00 | $275.00 |
| 7/28/2023 | Ex Gen | Combine FTI transitory timekeeper reports for Diana Adams. | 0.4 | $275.00 | $110.00 |
| | | **Total** | **25.3** | | **$6,957.50** |
| | | | | | |
| *Task Code | | | | | |

| Entries | Data Entry | **$5,555.00** | | |
|---|---|---|---|---|
| Ex Gen | Data Analysis and Exhibit Generation | **$1,402.50** | | |
| | | | | |