**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) Case No. 22-10943 (MEW) |
| Debtors.[1] | ) (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**SEPTEMBER 13, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | September 13, 2023, at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting |

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any pleading by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I. Matters Going Forward

1. ***Final Fee Applications.*** Notice of Final Fee Hearing [Docket No. 1528].

   Objection Deadline: September 6, 2023, at 4:00 p.m. (prevailing Eastern Time)

   Responses Received:

   A. Final Report of Lori Lapin Jones, Esq., Independent Fee Examiner, on Final Applications for Compensation and Reimbursement of Expenses of Retained Professionals [Docket No. 1568].

   B. Letter to Judge Wiles from Benjamin Toledano regarding September 13, 2023 Hearing [Docket No. 1570].

   Related Documents:

   A. First and Final Fee Application of Grant Thornton LLP as Tax Compliance Services and Tax Advisory Services Provider to the Debtors and Debtors-in-Possession for the Period from July 5, 2022 through March 31, 2023 [Docket No. 1378].

   B. Second Interim and Final Fee Application of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider to the Debtors for the Period from August 1, 2022 Through May 19, 2023 [Docket No. 1457].

   C. Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from July 5, 2022 Through and Including May 19, 2023 [Docket No. 1494].

   D. Second Interim and Final Fee Application of Potter Anderson & Corroon LLP, as Delaware Counsel to the Debtors and Debtors in Possession, for (I) the Second Interim Fee Period from March 1, 2023, Through May 19, 2023 and (II) the Final Fee Period from November 30, 2022 through May 19, 2023 [Docket No. 1500].

   E. Application of ArentFox Schiff LLP, Special Counsel for Voyager Digital Holdings, Inc., for (A) Interim Allowance of Compensation and Reimbursement of Expenses for Services Incurred During the Period from March 1, 2023 Through May 19, 2023; and (B) Final

        Allowance of Compensation and Reimbursement of Expenses for Services Incurred During the Period from November 10, 2022 Through May 19, 2023 [Docket No. 1501].

F.    Second Interim and Final Fee Application of Katten Muchin Rosenman LLP, Special Counsel to Voyager Digital, Ltd., at the Direction of Its Independent Director, for the (I) Interim Fee Period from March 1, 2023 Through and Including May 19, 2023 and (II) the Total Fee Period from November 11, 2022 Through and Including May 19, 2023 [Docket No. 1503].

G.    Third Interim and Final Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Debtors During the Period from July 5, 2022 Through May 19, 2023 [Docket No. 1505].

H.    Combined (I) Third Interim Fee Application for the Interim Fee Period from March 1, 2023, Through May 19, 2023, and (II) Final Fee Application for the Final Fee Period from July 25, 2022, Through May 19, 2023, of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 1508].

I.    Third Interim and Final Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtors for the (I) Third Interim Period from March 1, 2023 through May 18, 2023, and (II) Final Fee Period from July 5, 2022 through May 18, 2023 [Docket No. 1509].

J.    Third Interim and Final Fee Application of Cassels Brock & Blackwell LLP, Canadian Counsel to the Official Committee of Unsecured Creditors, for the Third Interim Fee Period from March 1, 2023, through May 18, 2023 and the Fee Period from July 29, 2022 through May 18, 2023 [Docket No. 1510].

K.    Third Interim and Final Fee Application of Harney Westwood & Riegels LP, BVI Counsel to the Official Committee of Unsecured Creditors, for the Third Interim Period from March 1, 2023, through May 18, 2023 and the Fee Period from July 31, 2022 through May 18, 2023 [Docket No. 1512].

L.    Third Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the (I) Interim Fee Period from March 1, 2023 Through and Including May 19, 2023, and the (II) Final Fee Period from July 5, 2022 Through and Including May 19, 2023 [Docket No. 1513].

| | |
|---|---|
| M. | Third Interim and Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel to Voyager Digital LLC for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred [Docket No. 1515]. |
| N. | Second Interim and Final Fee Application of M3 Advisory Partners, LP, Financial Advisor to the Official Committee of Unsecured Creditors, for the Second Interim Fee Period from March 1, 2023, through May 18, 2023 and the Fee Period from January 4, 2023 through May 18, 2023 [Docket No. 1516]. |
| O. | Third Interim and Final Fee Application of Paul Hastings LLP, Special Regulatory Counsel for the Debtors and Debtors in Possession, for the Period from July 5, 2022 Through and Including May 19, 2023 [Docket No. 1520]. |
| P. | Third Interim Fee Application of Epiq Corporate Restructuring, LLC as Noticing and Information Agent to the Official Committee of Unsecured Creditors for (I) Allowance of Compensation for Services and Reimbursement of Expenses for the Period March 1, 2023, through May 18, 2023 and (II) Final Allowance of Compensation for Services and Reimbursement of Expenses for the Final Period from July 26, 2022, through May 18, 2023 [Docket No. 1521]. |
| Q. | Third Interim and Final Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for (I) the Interim Fee Period from March 1, 2023, through May 18, 2023 and (II) the Final Fee Period from July 22, 2022, through May 18, 2023 [Docket No. 1522]. |
| R. | Reply of Kirkland & Ellis to the Creditor Letter Objecting to the Third Interim and Final Fee Application and Other Relief [Docket 1572] |
| S. | Declaration in Support of Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors for the Period from July 5, 2022 Through and Including May 19, 2023 [Docket No. 1573] |
| T. | Response of McDermott Will & Emery LLP to the Letter Filed by Benjamin Toledano [Docket No. 1574] |

**Status**: **This matter is going forward.**

| | |
|---|---|
| Dated: New York, New York<br>September 11, 2023 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>E-mail: jbevans@mwe.com<br><br>and<br><br>Charles R. Gibbs (admitted *pro hac vice*)<br>Grayson Williams (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>E-mail: crgibbs@mwe.com<br>E-mail: gwilliams@mwe.com<br><br>and<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184<br>Telephone: (305) 329-4473<br>Facsimile: (305) 503-8805<br>E-mail: gsteinman@mwe.com<br><br>*Counsel to the Plan Administrator* |