**Hearing Date and Time : November 1, 2023, at 11:00 a.m. (Eastern time)**
**Objection Deadline : October 25, 2023, at 4 :00 p.m. (Eastern time)**

Lori Lapin Jones, Esq.
Lori Lapin Jones PLLC
98 Cutter Mill Road – Suite 255 South
Great Neck, New York 11021
Telephone: (516) 466-4110
Facsimile: (516) 466-4009

Independent Fee Examiner

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF HEARING ON FIRST AND FINAL APPLICATIONS FOR COMPENSATION FOR THE INDEPENDENT FEE EXAMINER AND HER PROFESSIONALS

**PLEASE TAKE NOTICE** that a hearing ("Final Fee Hearing") with respect to the applications for allowance of final compensation and reimbursement of expenses for the period April 10, 2023 (or the effective date of retention), through and including September 15, 2023 ("Final Fee Applications") filed by the Independent Fee Examiner and her professionals retained in the chapter 11 cases of the above-captioned debtors, will be held before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York ("Court"), One Bowling Green, New York, New York 10004 on **November 1, 2023 at 11:00 a.m. (prevailing Eastern Time).** In accordance with General Order M-543 dated March 20, 2020, the Final Fee Hearing will be conducted telephonically. Any parties wishing to participate must do so by making arrangements through CourtSolutions by visiting https://www.court-solutions.com. The Final Fee Applications and the amounts requested therein are set forth as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, New York 10003.

| APPLICANT | NATURE OF REPRESENTATION | FEES REQUESTED TO BE ALLOWED | EXPENSES REQUESTED TO BE ALLOWED |
|---|---|---|---|
| Lori Lapin Jones, Esq. 04/10/23-09/15/23 [Docket No. 1581] | Independent Fee Examiner | $119,976.50 | $52.60 |
| Diana G. Adams, Esq. 04/11/23-09/10/23 [Docket No. 1582] | Fee Reviewer | $29,720.00 | N/A |
| National CRS, LLC 04/11/23-09/13/23 [Docket No. 1583] | Database Service Provider to the Independent Fee Examiner | $20,460.00 | N/A |

**PLEASE TAKE FURTHER NOTICE** that the Final Fee Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Final Fee Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Final Fee Applications (each, an "Objection") are required to be filed and served so as to be actually received no later than **October 25, 2023 at 4:00 p.m. (prevailing Eastern Time)** ("Objection Deadline"), upon each of the above Applicants and upon the parties on the Service List (as defined in the case management order in these cases (Docket No. 240)).

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the Final Fee Applications, the Independent Fee Examiner may, on or after the Objection Deadline, submit to the Court a proposed order granting the Final Fee Applications, which order the Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Final Fee Applications and all other documents filed in the chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Voyager. You may also obtain copies of any

pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: September 15, 2023
      Great Neck, New York

/s/ Lori Lapin Jones, Esq.
Lori Lapin Jones, Esq.
Independent Fee Examiner

LORI LAPIN JONES PLLC
98 Cutter Mill Road – Suite 255 South
Great Neck, New York 11021
Telephone: (516) 466-4110