EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------x

Amended Certification Of Michael L. Newsom In Support Of First And Final Application Of National CRS, LLC, Database Service Provider for the Independent Fee Examiner, For Compensation For <u>Services Rendered For The Period From April 11, 2023 Through September 13, 2023.</u>

Michael L. Newsom hereby certifies that:

1.  I have a Bachelor's Degree in Chemical Engineering and a Master's Degree in Business Administration. I am the Managing Member of National CRS, LLC who serves as the Database Service Provider ("<u>Database Service Provider</u>") to the Independent Fee Examiner in the above-captioned Chapter 11 cases. I make this certification in support of the First and Final Application Of National CRS, LLC, Database Service Provider, For Compensation For Services Rendered For The Period From April 11, 2023 Through September 13, 2023 ("<u>Application</u>").

2.  I have reviewed Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York ("<u>Local Bankruptcy Rules</u>"), General Order M-447, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, amended as of June 17, 2013, promulgated pursuant to Local Bankruptcy Rule 2016-1(a) ("<u>Local Guidelines</u>"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 ("U.S. Trustee Large Case Guidelines").

3. I am a Certifying Professional as defined in the Local Guidelines.

4. I have read the Application and to the best of my knowledge, information, and belief, formed after reasonable inquiry, except as specifically indicated to the contrary, (a) the Application complies with the Local Bankruptcy Rules and Local Guidelines, and (b) the fees sought by National CRS, LLC are discounted by 9.2%.

5. To the extent the U.S. Trustee Large Case Guidelines apply, I represent as follows:

Question: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Answer: N/A.

Question: Have any of the professionals included in this fee application varied their hourly rate based on geographic location of the bankruptcy case?

Answer: No.

Question: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees.

Answer: No.

Question: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, quantify by hours and fees.

Answer: No

<u>Question:</u> If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when the retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

<u>Answer</u>: N/A.

Dated: Sun City Center, FL
       September 18, 2023

                                      Michael L. Newsom
                                      National CRS, LLC
                                      4846 Sun City Center Blvd. #255
                                      Sun City Center, FL 33573
                                      Telephone: (727) 515-8949

                                      Database Service Provider to Independent
                                      Fee Examiner