**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, via electronic mail on the service list attached hereto as **Exhibit B**:

- **First and Final Application of Lori Lapin Jones, Esq., Independent Fee Examiner, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from April 10, 2023 Through September 15, 2023** (Docket No. 1581)

- **First and Final Application of Diana G. Adamas, Esq., Fee Reviewer, for Compensation for Services Rendered for the Period from April 11, 2023 Through September 10, 2023** (Docket No. 1582)

- **First and Final Application of National CRS, LLC, Database Service Provider for the Independent Fee Examiner, for Compensation for Services Rendered for the Period from April 11, 2023 Through September 13, 2023** (Docket No. 1583)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

- **Notice of Hearing on First and Final Applications for Compensation for the Independent Fee Examiner and Her Professionals** (Docket No. 1584)

Dated: September 19, 2023

*Christopher Chiu*
Christopher Chiu

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 19th day of September 2023 by Christopher Chiu.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **<u>Exhibit A</u>**

Document Ref: CAGER-TF7T3-LJMIN-VZ7BB

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| LORI LAPIN JONES PLLC | ATTN: LORI LAPIN JONES, ESQ. | 98 CUTTER MILL ROAD - SUITE 255 SOUTH | GREAT NECK | NY | 11021 |
| VOYAGER DIGITAL HOLDINGS, INC. | ATTN: DAVID BROSGOL AND BRIAN NISTLER | 33 IRVING PLACE SUITE 3060 | NEW YORK | NY | 10003 |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, P.C., CHRISTOPHER MARCUS, P.C., CHRISTINE A. OKIKE, P.C. AND ALLYSON B. SMITH | | JSUSSBERG@KIRKLAND.COM ALLYSON.SMITH@KIRKLAND.COM SUSAN.GOLDEN@KIRKLAND.COM |
| LORI LAPIN JONES PLLC | ATTN: LORI LAPIN JONES, ESQ. | | LJONES@JONESPLLC.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DIST OF NEW YORK | ATTN: RICHARD C. MORRISSEY, ESQ. AND MARK BRUH, ESQ. | RICHARD.MORRISSEY@USDOJ.GOV MARK.BRUH@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MCDERMOTT WILL & EMERY LLP | ATTN: JOHN J. CALANDRA & JOSEPH B. EVANS & DARREN AZMAN | DAZMAN@MWE.COM JCALANDRA@MWE.COM JBEVANS@MWE.COM |

In re: Voyager Digital Holdings, Inc. et al.
Case No. 22-10943 (MEW)

Page 1 of 1

Document Ref: CAGER-TF7T3-LJMIN-VZ7BB

Page 6 of 6