**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF FILING OF
### AMENDED SCHEDULE RELATING TO THE
### PLAN ADMINISTRATOR'S SECOND OMNIBUS
### OBJECTION TO CERTAIN FILED PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that on September 22, 2023, the Plan Administrator (the

"Plan Administrator") for the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and*

*Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket 1166-1] of

Voyager Digital Holdings, Inc., *et al.* (collectively, the "Wind-Down Debtor") filed the *Plan*

---

[1]   The Wind-Down Debtor in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's
      federal tax identification number, are:  Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and
      Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin,
      Suite 2500, Southfield, MI 48034.

*Administrator's Second Omnibus Objection to Certain Filed Proofs of Claim* [Docket No. 1588]

(the "Objection").

**PLEASE TAKE FURTHER NOTICE** that in connection with the filing of the

Objection, the Wind-Down Debtor filed Schedules 1-4 to the Proposed Order.[2]

**PLEASE TAKE FURTHER NOTICE** that the Wind-Down Debtor hereby files the

attached amended Schedule 4 to the Proposed Order, removing from Schedule 4 the single

objected-to claim listed on that schedule, which claim has now been consensually resolved, and a

redline to the previously filed Schedule 4 (the "Amended Schedule 4"):

**Exhibit A**: Amended Schedule 4 to the Proposed Order

**Exhibit B**: Redline of Schedule 4.

**PLEASE TAKE FURTHER NOTICE** that the removal of any Claim from the

Amended Schedule 4 shall not be an admission as to the validity of such Claim, and the Wind-

Down Debtor's rights and defenses to any Claim not included in the Amended Schedule 4,

including the right to objection to such Claim at a later date, are expressly preserved.

*[Remainder of page intentionally left blank]*

---

[2]    Capitalized terms used and not defined herein have the meaning ascribed to them in the Objection.

2

Dated:   New York, New York
         October 27, 2023

MCDERMOTT WILL & EMERY LLP

*/s/ Darren Azman*
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com
E-mail: jbevans@mwe.com

*- and -*

Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
E-mail: crgibbs@mwe.com
E-mail: gwilliams@mwe.com

*- and -*

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805
E-mail: gsteinman@mwe.com

*Counsel to the Plan Administrator*

**<u>Exhibit A</u>**

**Amended Schedule 4 to the Proposed Order**

**Schedule 4**
**No Liability Claims**

| Claim Identifier | Name of Claimant | Claim Reference Number | Debtor Name | Claim Number | Date Filed | Current Claim Amount | Current Coin Amount | Reason for Objection | Treatment for Objection |
|---|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **TOTALS** | | | | | | **$0.00 Various** | | | |

Voyager Digital Holdings, Inc., et al.
Case Number: 22-10943 (MEW)

Page 1 of 1

**<u>Exhibit B</u>**

**Redline of Schedule 4**

**Schedule 4**
**No Liability Claims**

| Claim Identifier | Name of Claimant | Claim Reference Number | Debtor Name | Claim Number | Date Filed | Current Claim Amount | Current Coin Amount | Reason for Objection | Treatment for Objection |
|---|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 1 | Texas Attorney General's Office | | Voyager Digital, LLC | 12404 | 01/17/2023 | Administrative: $0.00 Secured: $0.00 Priority: $0.00 General Unsecured: Contingent/Unliquidated<br><br>Total: Contingent/Unliquidated | | No Liability | Disallow - Books and Records |

**TOTALS**                                                                                           **$0.00 Various**

Voyager Digital Holdings, Inc., et al.
Case Number: 22-10943 (MEW)

Page 1 of 1