## Schedule 1
### Incorrect Debtor Claims

| | Claim to be Modified | | | | | | | Reason for Objection |
|---|---|---|---|---|---|---|---|---|
| Claim Identifier | Name of Claimant | Claim Reference Number | Asserted Debtor | Correct Debtor Entity | Claim Number | Date Filed | Current Claim Amount | |
| 1 | Cloud Posse, LLC | VOY-19558 | Voyager Digital Holdings, Inc. | Voyager Digital, LLC | 11080 | 10/2/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $30,002.50<br><br>Total: $30,002.50 | Claim Asserted Against Incorrect Debtor |
| 2 | Frankfurt Kurnit Klein & Selz | | Voyager Digital Holdings, Inc. | Voyager Digital, LLC | 10296 | 9/30/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $33,497.50<br><br>Total: $33,497.50 | Claim Asserted Against Incorrect Debtor |
| 3 | Google LLC | | Voyager Digital Holdings, Inc. | Voyager Digital, LLC | 11441 | 10/6/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $959,775.94<br><br>Total: $959,775.94 | Claim Asserted Against Incorrect Debtor |
| 4 | Impact Tech, Inc. | | Voyager Digital Holdings, Inc. | Voyager Digital, LLC | 7221 | 8/31/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $79,410.71<br><br>Total: $79,410.71 | Claim Asserted Against Incorrect Debtor |
| 5 | Mode Mobile, LLC [f/k/a Current Mobile, LLC] | | Voyager Digital Holdings, Inc. | Voyager Digital, LLC | 9748 | 9/21/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,111,900.00<br><br>Total: $1,111,900.00 | Claim Asserted Against Incorrect Debtor |
| **TOTALS** | | | | | | | **$2,214,586.65** | |

Voyager Digital Holdings, Inc., et al.
Case Number: 22-10943 (MEW)

Page 1 of 1