**Schedule 2**
**Superseded Claims**

| Claim Identifier | Claim to be Disallowed | | | | | Surviving Claim | | | | | Reasoning for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | |
| 1 | Beekman Social, LLC | Voyager Digital, LLC | 10593 | 09/19/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $97,983.87<br>Total: $97,983.87 | Beekman Social LLC | Voyager Digital, LLC | 12842 | 05/22/2023 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $97,983.87<br>Total: $97,983.87 | Amended Claim |
| 2 | Google LLC | Voyager Digital Holdings, Inc. | 11205 | 10/03/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $959,775.94<br>Total: $959,775.94 | Google LLC | Voyager Digital Holdings, Inc. | 11441 | 10/06/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $959,775.94<br>Total: $959,775.94 | Amended Claim |
| **TOTALS** | | | | | **$1,057,759.81** | | | | | **$1,057,759.81** | |

Voyager Digital Holdings, Inc., et al.
Case Number: 22-10943 (MEW)

1 of 1