Schedule 3
USD Claims

| Claim Identifier | Name of Claimant | Claim Reference Number | Debtor Name | Claim Number | Date Filed | Current Claim Amount | Coin Amount | Modified Claim Amount | Modified Coin Amount | Reason for Objection | Treatment for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONFIDENTIAL CREDITOR | VOY-14100 | Voyager Digital, LLC | 5504 | 08/28/2022 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $3,350.00<br>General Unsecured: $0.00<br><br>Total: $3,350.00 | DOGECOIN (DOGE): 1002<br>ETHEREUM (ETH): 0.34<br>SOLANA (SOL): 0.0194 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | DOGECOIN (DOGE): 1002<br>ETHEREUM (ETH): 0.34<br>SOLANA (SOL): 0.0194 | Modify Amount - Books and Records | Reduce and Allow |
| TOTALS | | | | | | $3,350.00 Various | | $0.00 Various | | | |

Voyager Digital Holdings, Inc., et al.
Case Number: 22-10943 (MEW)

Page 1 of 1