**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 22-10943 (MEW) |
| Debtors.[1] | (Jointly Administered) |

## AGENDA FOR HEARING TO BE HELD
## NOVEMBER 1, 2023, AT 11:00 A.M. (PREVAILING EASTERN TIME)

| | |
|---|---|
| Time and Date of Hearing: | November 1, 2023, at 11:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. |
| Copies of Motions: | A copy of each pleading may be obtained by visiting the Court's |

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

I. **Matters Going Forward**

1. *First and Final Fee Applications.* Notice of Hearing on First and Final Applications for Compensation for the Independent Fee Examiner and Her Professionals [Docket No. 1584]

   Objection Deadline: October 25, 2023, at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: N/A

   Related Documents:

   A. First and Final Application of Lori Lapin Jones, Esq., Independent Fee Examiner, For Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from April 10, 2023 Through September 15, 2023 [Docket No. 1581].

   B. First and Final Application of Diana G. Adams, Esq., Fee Reviewer, for Compensation for Services Rendered for the Period from April 11, 2023 Through September 10, 2023 [Docket No. 1582].

   C. First and Final Application of National CRS, LLC, Database Service Provider for the Independent Fee Examiner, for Compensation for Services Rendered for the Period from April 11, 2023 Through September 13, 2023 [Docket No. 1583].

   a. Amended Certification of Michael L. Newsom in Support of First and Final Application of National CRS, LLC, Database Service Provider for the Independent Fee Examiner, for Compensation for Services Rendered for the Period from April 11, 2023 Through September 13, 2023 [Docket No. 1585].

   Status: **This matter is going forward.**

II. **Matters Already Entered**

1. *Plan Administrator's Second Omnibus Claims Objection.* The Plan Administrator's Second Omnibus Objection to Certain Filed Proofs of Claim [Docket No. 1588]

   Objection Deadline: October 25, 2023, at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: N/A

Related Documents:

A. Declaration of Mark A. Renzi in Support of the Plan Administrator's Second Omnibus Objection to Certain Filed Proofs of Claim [Docket No. 1589].

B. Notice of Filing of Amended Schedule Relating to the Plan Administrator's Second Omnibus Objection to Certain Filed Proofs of Claim [Docket No. 1605].

C. Certificate of No Objection Regarding the Plan Administrator's Second Omnibus Objection to Certain Filed Proofs of Claim [Docket No. 1606].

D. Order Granting the Plan Administrator's Second Omnibus Objection to Certain Filed Proofs of Claim [Docket No. 1607].

**Status**: **On October 30, 2023, the Court entered the proposed form of order. Therefore, the hearing on this matter is cancelled.**

| | |
|---|---|
| Dated: New York, New York<br>October 30, 2023 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>E-mail: jbevans@mwe.com<br><br>and<br><br>Charles R. Gibbs (admitted *pro hac vice*)<br>Grayson Williams (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>E-mail: crgibbs@mwe.com<br>E-mail: gwilliams@mwe.com<br><br>and<br><br>Gregg Steinman (admitted *pro hac vice*)<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL 33131-2184<br>Telephone: (305) 329-4473<br>Facsimile: (305) 503-8805<br>E-mail: gsteinman@mwe.com<br><br>*Counsel to the Plan Administrator* |