UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                           Chapter 11

VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1]         Case No. 22-10943 (MEW)

                      Debtors.                                            (Jointly Administered)
-------------------------------------------------------------x

ORDER GRANTING FIRST AND FINAL APPLICATIONS FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR
THE INDEPENDENT FEE EXAMINER AND HER PROFESSIONALS

Upon consideration of each application (each, a "Fee Application" and collectively, the "Fee Applications") [Docket Nos.1581, 1582, 1583, and 1585] of the Professionals listed on **Schedule B** hereto, pursuant to sections 327, 328, and 330 of title 11 of the of the United States Code ("Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), seeking allowance of final compensation for professional services rendered and reimbursement of actual and necessary expenses incurred during the periods identified in Schedule B; and due and proper notice having been provided pursuant to Bankruptcy Rules 2002(a)(6) and (c)(2); and the Court having jurisdiction to consider the Fee Applications and the relief requested therein in accordance with 28 U.S.C. § § 157 and 1334; and consideration of the Fee Applications and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157 (b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found the relief requested in the Fee Applications is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that notice of the Fee Applications and opportunity for a hearing on the Fee

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (N/A); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Applications were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Fee Applications and held a hearing on November 1, 2023 ("Hearing"); and this Court having determined that the legal and factual bases set forth in the Fee Applications and at the Hearing establish just cause for the relief granted herein; and there being no objections to the Fee Applications and the relief requested therein; and after due deliberation and sufficient cause appearing therefor; it is:

1. ORDERED that each Fee Application and all amounts requested therein is granted on a final basis to the extent set forth in **Schedule B** hereto.

2. ORDERED that upon entry of this Order, the Debtors are directed and authorized to remit payment to each of the Professionals in the amounts set forth on **Schedule B** less all amounts previously paid on account of such fees and expenses.

3. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

4. ORDERED that the Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Fee Applications.

5. ORDERED that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
      November 2, 2023

                                  /s/ **Michael E. Wiles**
                                  THE HONORABLE MICHAEL E. WILES
                                  UNITED STATES BANKRUPTCY JUDGE

Case No. 22-10943 (MEW)  
*In re Voyager Digital Holdings, Inc., et al.*

SCHEDULE A: CURRENT FEE PERIOD  
April 10, 2023 to September 15, 2023 (Independent Fee Examiner and her Professionals Only)

| (1) Applicant | (2) Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Lori Lapin Jones, Esq.** *Independent Fee Examiner* | Docket No. 1581 | $119,976.50 | $119,976.50 | $119,976.50 | $0.00 | $119,976.50 | $52.60 | $52.60 |
| **Diana G. Adams, Esq.** *Fee Reviewer* | Docket No. 1582 | $29,720.00 | $29,720.00 | $29,720.00 | $0.00 | $29,720.00 | N/A | N/A |
| **National CRS, LLC** *Database Service Provider to Independent Fee Examiner* | Docket No. 1583, 1585 | $20,460.00 | $20,460.00 | $20,460.00 | $0.00 | $20,460.00 | N/A | N/A |

Schedule A    Date: 11/2/2023    Initials: MEW  USBJ

Case No. 22-10943 (MEW)  
*Voyager Digital Holdings, Inc., et al.*  
her

SCHEDULE B: FINAL FEE APPLICATION TOTALS  
April 10, 2023 to September 15, 2023 (Independent Fee Examiner and Professionals Only)

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| **Lori Lapin Jones, Esq.** *Independent Fee Examiner* | $119,976.50 | $119,976.50 | $52.60 | $52.60 |
| **Diana G. Adams, Esq.** *Fee Reviewer* | $29,720.00 | $29,720.00 | N/A | N/A |
| **National CRS, LLC** *Database Service Provider the Independent Fee Examiner* | $20,460.00 | $20,460.00 | N/A | N/A |

SCHEDULE B, PAGE 1         DATE: 11/2/2023         INITIALS: MEW  USBJ