UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VOYAGER DIGITAL HOLDINGS, INC. et al., | : | Case No. 22-10943 (MEW) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

ORDER DENYING *EX PARTE* MOTIONS SEEKING
BANKRUPTCY RULE 2004 DISCOVERY WITHOUT PREJUDICE

On December 6, 2023, the Plan Administrator filed five *ex parte* motions seeking entry of orders, pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016, authorizing and directing subpoenas for the production of documents by, and the Examination of (i) Plaid Inc. [ECF No. 1618], (ii) Metropolitan Commercial Bank [ECF No. 1619], (iii) Jump Trading Group and related entities [ECF No. 1620], (iv) Dallas Basketball Ltd. and Mark Cuban [ECF No. 1621], and Ketchum Inc. [ECF No. 1622] (collectively, the *Ex Parte* 2004 Motions).

The Court has reviewed the *Ex Parte* 2004 Motions and determined that it will not approve any of them on an *ex parte* basis. The Plan Administrator will have to seek the requested relief on full notice to the parties from whom he seeks discovery to afford those parties an opportunity to contest whether it is appropriate to invoke Rule 2004 in this way. Based upon the foregoing, it is hereby,

ORDERED, that the *Ex Parte* 2004 Motions are denied without prejudice to a renewal upon a motion made with full notice to the parties from whom discovery is sought.

Dated: New York, New York
December 14, 2023

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE