Hearing Date: January 31, 2024 at 11:00 a.m. (prevailing Eastern Time)

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP** | **MCDERMOTT WILL & EMERY LLP** |
| Darren Azman | Charles R. Gibbs (admitted *pro hac vice*) |
| Joseph B. Evans | Grayson Williams (admitted *pro hac vice*) |
| One Vanderbilt Avenue | 2501 North Harwood Street, Suite 1900 |
| New York, New York 10017-3852 | Dallas, Texas 75201-1664 |
| Telephone: (212) 547-5400 | Telephone: (214) 295-8000 |
| Facsimile: (212) 547-5444 | Facsimile: (972) 232-3098 |

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

*Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF HEARING REGARDING THE PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9016 AUTHORIZING AND DIRECTING SUBPOENA FOR THE PRODUCTION OF DOCUMENTS BY, AND THE EXAMINATION OF, METROPOLITAN COMMERCIAL BANK**

**PLEASE TAKE NOTICE** that a hearing on *The Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing and Directing Subpoena for the Production of Documents by, and the Examination of, Metropolitan Commercial Bank* [Docket No. 1626] (the "Motion")[2] filed by

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address for purposes of these chapter 11 cases is 27777 Franklin, Suite 2500, Southfield, MI 48034.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

the Plan Administrator (the "Plan Administrator") for the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1166-1] of Voyager Digital Holdings, Inc., *et al.* (collectively, the "Wind-Down Debtors"), will be held on **January 31, 2024 at 11:00 a.m., prevailing Eastern Time** (the "Hearing"). The Hearing will be conducted in a hybrid format that will permit either in-person attendance or remote participation. Any parties wishing to participate in the Hearing remotely must do so by making arrangements through CourtSolutions by visiting https://www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that the Court has set **January 29, 2024, at 12:00 noon prevailing Eastern Time** as the deadline for the Plan Administrator to file and serve any reply in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the Creditor Portal on the Wind-Down Debtors' website at www.investvoyager.com. You may also obtain copies of the Motion and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated:  New York, New York<br>January 19, 2024 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>           jbevans@mwe.com<br><br>and<br><br>Charles R. Gibbs (admitted *pro hac vice*)<br>Grayson Williams (admitted *pro hac vice*) |

2

2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
E-mail: crgibbs@mwe.com
         gwilliams@mwe.com

and

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805
E-mail: gsteinman@mwe.com

*Counsel to the Plan Administrator*