UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            :
In re:                                      :        Chapter 11
                                            :
VOYAGER DIGITAL HOLDINGS, INC., *et al*.,   :        Case No. 22-10943 (MEW)
                                            :
                    Debtors.                :
_____:

## ORDER REGARDING PENDING ADVERSARY PROCEEDINGS

On July 19, 2024, Paul R. Hage, in his capacity as the Plan Administrator (the "Plan Administrator") of Voyager Digital Holdings, Inc. *et al*., filed a *Motion for an Order Establishing Procedures Governing Adversary Proceedings Brought by the Plan Administrator Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code* (the "Procedures Motion"). [ECF 1772]. A copy of the order proposed for entry was also provided, and attached to it as an exhibit was a copy of the proposed Avoidance Action Procedures. [ECF No. 1772-3]. In addition, another exhibit to the proposed order listed all of the adversary proceedings then pending that were subject to the proposed Avoidance Actions Procedures. The hearing on the Procedures Motion was noticed for September 17, 2024 at 11:00 a.m. (the "Notice"). [ECF No. 1772-2]. The Notice further provided, among other things, that responses or opposition to the motion were to be in writing with a description of "the basis for the response or opposition and the specific grounds therefor," and it set a deadline of September 10, 2024 at 4:00 p.m. for receipt of any such objection or opposition. A certificate of service was filed at ECF No. 1772-4.

This order is to clarify that (a) the Procedures Motion will be heard on **September 17, 2024 at 11:00 a.m.**, and any defendant can be heard with respect thereto, (b) the pretrial conferences in the adversary proceedings that are the subject of the Procedures Motion are adjourned without date pending the hearing on the Procedures Motion; and (c) the deadlines for

the filing of answers to the complaints or motions to dismiss in the adversary proceedings that

are the subject of the Procedures Motion are suspended until such time as the Court rules on the

Procedures Motion.

The Plan Administrator is directed to provide notice of this Order to the defendants in the

adversary proceedings that are the subject of the Procedures Motion or to their counsel if

appearances have been entered.

IT IS SO ORDERED.

DATED: New York, New York
        July 31, 2024

**s/Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE