**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted pro hac vice)
Grayson Williams (admitted pro hac vice)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

**MCDERMOTT WILL & EMERY LLP**
Gregg Steinman (admitted pro hac vice)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805

-and-

**ASK LLP**
Marianna Udem
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427

**ASK LLP**
Brigette G. McGrath
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676

*Counsel to Paul R. Hage, as the Plan Administrator
for the Voyager Wind-Down Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10943 (MEW)<br><br>(Jointly Administered) |

**AGENDA FOR HEARING ON MOTION FOR AN ORDER ESTABLISHING PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY THE PLAN ADMINISTRATOR PURSUANT TO SECTIONS 502, 547, AND 550 OF THE BANKRUPTCY CODE**

---

[1] The Wind-Down Debtor in these chapter 11 cases consists of Voyager Digital Holdings, Inc. (7687), Voyager Digital Ltd. (7224), and Voyager Digital, LLC (8013). The Wind-Down Debtors' service address is 27777 Franklin, Suite 2500, Southfield, MI 48034.

| | |
|---|---|
| Time and Date of Hearing: | September 17, 2024 at 11:00 A.M. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Michael E. Wiles<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom 617<br>New York, New York 10004 |
| Hearing Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through Court Solutions LLC. Instructions to register for Court Solutions LLC are attached to General Order M-543. |
| Copies of Motions: | A copy of each pleading may be obtained by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

## **Matters Going Forward**

1. Motion for an Order Establishing Procedures Governing Adversary Proceedings Brought by the Plan Administrator Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 1772].

    **Objection Deadline:** September 10, 2024 at 4:00 P.M. (prevailing Eastern Time)

    **Response Received**: Objection to Motion for an Order Establishing Procedures Governing Adversary Proceedings Brought by the Plan Administrator Pursuant to Sections 502, 547 and 550 of the Bankruptcy Proceedings, Document 1772 [Docket No. 1779]

    **Related Documents:**

    a. Proposed Order Establishing Procedures Governing Adversary Proceedings Brought by the Plan Administrator Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 1772].
    b. *Signed* Order Regarding Pending Adversary Proceedings [Docket No. 1777].
    c. Notice of Filing of Revised Proposed Order (1) Order Establishing Procedures Governing Adversary Proceedings Brought by the Plan Administrator Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 1781]

    | | |
    |---|---|
    | **Status**: | This matter is going forward, with Plaintiff to request that the Court approve Motion submitted. |

| | |
|---|---|
| Dated: September 13, 2024<br>New York, New York | Respectfully submitted,<br><br>**ASK LLP**<br><br>*/s/ Brigette G. McGrath*<br>Marianna Udem<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>Email: mudem@askllp.com<br><br>-and-<br><br>Brigette G. McGrath<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>Telephone: (651) 406-9665<br>Facsimile: (651) 406-9676<br>Email: bmcgrath@askllp.com<br><br>*Counsel to Paul R. Hage, as the Plan Administrator for the Voyager Wind-Down Debtor* |