**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | ) | Case No. 22-10943 (MEW) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

**STIPULATED ORDER**
**CONCLUDING MEDIATION PURSUANT TO COURT'S MEDIATION PROCEDURES**

Pursuant to Paragraph 3.4 of this Court's Procedures Governing Mediation of Matters and the Use of Early Neutral Evaluation and Mediation/Voluntary Arbitration in Bankruptcy Cases and Adversary Proceedings, Paul R. Hage, as Plan Administrator for the Voyager Wind-Down Debtor, which consists of Debtors Voyager Digital Holdings, Inc.; Voyager Digital, Ltd.; and Voyager Digital, LLC (collectively, "Voyager" and referred to after May 19, 2023 as, the "Wind-Down Debtor"), on the one hand, and, on the other hand, Ethos.io PTE Ltd. ("Ethos"), Amano Global Holdings Inc. ("Amano"), Adam, Aiko Nomura, and Shingo Lavine (collectively, the "Lavines" and, together with Ethos and Amano, the "Ethos Parties" and, collectively with the Wind-Down Debtor, the "Parties") hereby stipulate and agree that the "Claims" referenced in the Parties' June 11, 2024, "Stipulated Order Regarding Mediation Between Ethos.io PTE Ltd., Amano Global Holdings, Inc., and Adam Lavine, Aiko Nomura Lavine, and Shingo Lavine and the Wind-Down Debtor" have been resolved pursuant to mediation in a confidential settlement agreement.

---

[1] The Wind-Down Debtor in these chapter 11 cases consists of Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The service address and principal place of business is 27777 Franklin, Suite 2500, Southfield, MI 48034.

AGREED and stipulated as of September 24, 2024

| McDermott Will & Emery LLP | Law Offices of Douglas T. Tabachnik |
|---|---|
| By: /s/ John J. Calandra<br>Darren Azman<br>John J. Calandra<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>dazman@mwe.com<br>jcalandra@mwe.com<br>jbevans@mwe.com<br><br>*On behalf of Paul R. Hage, as Plan Administrator for the Voyager Wind-Down Debtor* | By: /s/ Douglas T. Tabachnik<br>Douglas T. Tabachnik<br>63 W. Main St.<br>Freehold, NJ 07728<br>Telephone: 732-780-2760<br>dtabachnik@dttlaw.com<br><br>*On behalf of the Ethos Parties* |

Dated: October 4, 2024
      New York, New York


**s/Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE